CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (_____) |
| Debtors. | Joint Administration Pending |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Hoo Ri Kim of Cleary Gottlieb Steen & Hamilton LLP

hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Genesis Global Holdco, LLC and

certain of its affiliated entities (collectively the "Debtors"), and requests pursuant to Bankruptcy

Rules 9007 and 9010(b) that all notices given or required to be given in this case and all papers

served or required to be served in this case be given to and served upon the person listed below

at the following address:

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. LTD. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Hoo Ri Kim
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
212-225-2000
hokim@cgsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise. This Notice of

Appearance is not and shall not be construed as a waiver of any of the Debtors' jurisdictional,

substantive or procedural rights and remedies in connection with the above-captioned

proceeding, all of which are hereby expressly reserved.

Dated: January 20, 2023
New York, New York

Respectfully submitted,

/s/ *Hoo Ri Kim*
Hoo Ri Kim
hokim@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Proposed Counsel to the Debtors*
*and Debtors-in Possession*