ASK LLP
Edward E. Neiger
Marianna Udem
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427

*Counsel to Donut, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
Genesis Global Holdco, LLC, *et al.*,[1]            : Case No. 23-10063 (SHL)
                                                    :
                        Debtors.                    : (Joint Administration Pending)
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Donut, Inc. hereby enters its appearance in the above-captioned cases by and through its counsel, ASK LLP, pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in these chapter 11 cases and all adversary and related proceedings be given and served upon the following persons listed below at the following address:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. LTD. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

>ASK LLP
>Edward E. Neiger, Esq.
>Marianna Udem, Esq.
>60 East 42nd Street, 46th Floor
>New York, New York 10165
>Tel.: (212) 267-7342
>Fax: (212) 918-3427
>Email: eneiger@askllp.com
>mudem@askllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, email, facsimile, telephone, or otherwise filed or made with regard to the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed to waive Donut, Inc.'s: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: January 20, 2022

                                              ASK LLP

                                              */s/ Edward E. Neiger*
                                              Edward E. Neiger
                                              Marianna Udem
                                              60 East 42nd Street, 46th Floor
                                              New York, New York 10165
                                              Tel.: (212) 267-7342
                                              Fax: (212) 918-3427
                                              Email: eneiger@askllp.com
                                                             mudem@askllp.com

                                              *Counsel to Donut, Inc.*

3