PROSKAUER ROSE LLP
Brian S. Rosen
Vincent Indelicato
Megan R. Volin
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group of Genesis Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Joint Administration Pending |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of the Ad Hoc Group of Genesis Lenders, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that copies of all notices and pleadings filed in these cases be served upon the following:

>PROSKAUER ROSE LLP
>Brian S. Rosen
>Vincent Indelicato
>Megan R. Volin
>Eleven Times Square
>New York, NY 10036
>Telephone: (212) 969-3000

        Email: brosen@proskauer.com
                vindelicato@proskauer.com
                mvolin@proskauer.com

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred in the above-mentioned Bankruptcy Rules, but also includes, without limitation, any orders and notices of any application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of the Ad Hoc Group of Genesis Lenders to any and all rights, claims, counterclaims, defenses or objections the Ad Hoc Group of Genesis Lenders may have, including, without limitation, the right to (i) trial by jury in any proceeding so triable in this proceeding or any case, controversy, or proceeding related to this proceeding or the above-captioned chapter 11 case; (ii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iii) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Ad Hoc Group of Genesis Lenders is or may be entitled under agreements, in law or in equity, any and all

of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

Dated: January 20, 2023

**PROSKAUER ROSE LLP**

*/s/ Brian S. Rosen*
Brian S. Rosen
Vincent Indelicato
Megan R. Volin
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group of Genesis Lenders*