PROSKAUER ROSE LLP
Brian S. Rosen
Vincent Indelicato
Megan R. Volin
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group of Genesis Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors. | Joint Administration Pending |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jordan E. Sazant, Esq., respectfully request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the Ad Hoc Group of Genesis Lenders, as creditors in the above-captioned chapter 11 cases.

I certify that I am a member in good standing with the Bars of the States of Delaware and Illinois, and I am admitted to practice before the United States District Court for the District of Delaware and the United States Court of Appeals for the First Circuit. I further certify that I am a member in good standing to practice before all courts to which I am admitted, and there are no disciplinary actions pending against me in any jurisdiction.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: January 20, 2023<br>New York, New York | **PROSKAUER ROSE LLP**<br>*/s/ Jordan E. Sazant*<br>Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Email: JSazant@proskauer.com<br><br>*Counsel to the Ad Hoc Group of Genesis Lenders* |

2

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Joint Administration Pending |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jordan E. Sazant, Esq., to be admitted, *pro hac vice*, to represent the Ad Hoc Group of Genesis Lenders, as creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing with the Bars of the States of Delaware and Illinois, and is admitted to practice before the United States District Court for the District of Delaware and the United States Court of Appeals for the First Circuit, it is hereby:

**ORDERED**, that Jordan E. Sazant, Esq., is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, to represent the Ad Hoc Group of Genesis Lenders, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023　　　　　　　　/s/ _____
　　　　New York, New York　　　　　　　　　HONORABLE SEAN H. LANE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

4