Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Ross J. Fiedler
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              christopher.marcus@kirkland.com
              ross.fiedler@kirkland.com

*Counsel to Ad Hoc Group of Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 23-10063 (SHL) |
| | ) | |
| | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the below named attorneys hereby file their appearance as attorneys in the above-referenced chapter 11 cases on behalf of the *ad hoc* group of creditors of Debtor Genesis Global Capital, LLC ("GGC" and such *ad hoc* group, the "Ad Hoc Group of Creditors"), pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, and hereby request that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases be

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

delivered to and served upon the persons listed below at the following addresses, telephone numbers, and facsimile numbers:

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Ross J. Fiedler
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
             christopher.marcus@kirkland.com
             ross.fiedler@kirkland.com

*Counsel to Ad Hoc Group of Creditors*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of the Ad Hoc Group of Creditors:  (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same

be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and notwithstanding whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions, or defenses, setoffs, recoupments, or other matters to which the Ad Hoc Group of Creditors is entitled under any agreement or at law or in equity or under the United States Constitution.

Dated:  January 20, 2023

*/s/ Joshua A. Sussberg*
Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Ross J. Fiedler
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              christopher.marcus@kirkland.com
              ross.fiedler@kirkland.com

*Counsel to Ad Hoc Group of Creditors*