HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for Gemini Trust Company, LLC,*
*Acting in capacity as Agent on behalf of Earn users*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Joint Administration Pending |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Hughes Hubbard & Reed LLP hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Gemini Trust Company, LLC, acting in capacity as Agent on behalf of Earn users ("Gemini"), and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address:

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, New York 10004
Attention: Anson B. Frelinghuysen, Esq.

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dustin P. Smith, Esq.<br>
Jeffrey S. Margolin, Esq.

PLEASE TAKE FURTHER NOTICE that service by electronic mail should be made on Hughes Hubbard & Reed LLP at the following addresses:

anson.frelinghuysen@hugheshubbard.com<br>
dustin.smith@hugheshubbard.com<br>
jeff.margolin@hugheshubbard.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that the filing and service of this Notice of Appearance shall not evidence 1) a waiver of any rights or remedies available to Gemini, or 2) a consent to the jurisdiction of this court on any matters as to which such waiver or consent is or may be relevant, including, but not limited to matters relative to jurisdiction, venue, right to trial by jury, right to trial by an Article III court and any and all such similar matters.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not and shall not be construed as a waiver of any of the above-named party's jurisdictional, substantive or

procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated: January 20, 2023
      New York, New York

                HUGHES HUBBARD & REED LLP

By: */s/ Anson B. Frelinghuysen*
    Anson B. Frelinghuysen
    Dustin P. Smith
    Jeffrey S. Margolin
    One Battery Park Plaza
    New York, New York 10004
    Telephone: (212) 837-6000
    Facsimile: (212) 422-4726
    anson.frelinghuysen@hugheshubbard.com
    dustin.smith@hugheshubbard.com
    jeff.margolin@hugheshubbard.com

*Attorneys for Gemini Trust Company, LLC, Acting in capacity as Agent on behalf of Earn users*