NORTON ROSE FULBRIGHT US LLP
Eric Daucher
Victoria V. Corder
Francisco Vazquez
130 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000

*Counsel to Mirana Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENESIS GLOBAL HOLDCO, LLC, et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Joint Administration Pending) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Mirana Corp. ("**Mirana**") hereby appears in the above-captioned chapter 11 case by its counsel, Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon counsel at the addresses set forth below:

**NORTON ROSE FULBRIGHT US LLP**
Eric Daucher

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003

>Victoria V. Corder
>Francisco Vazquez
>1301 Avenue of the Americas
>New York, New York  10019-6022
>Telephone: (212) 318-3000
>Facsimile: (212) 318-3400
>E-mail:    eric.daucher@nortonrosefulbright.com
>           victoria.corder@nortonrosefulbright.com
>           francisco.vazquez@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred in the above-mentioned Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Documents* nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of Mirana to any and all rights, claims, counterclaims, defenses or objections Mirana may have, including, without limitation, the right to (i) have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after de novo review by a district court judge; (ii) trial by jury in any proceeding so triable in the above-captioned chapter 11 cases or any case, controversy, matter, or proceeding related to the above-captioned chapter 11 case; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which

Mirana is or may be entitled under agreements, in law or in equity, any and all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

Dated: New York, New York
       January 20, 2023

    Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: /*s/ Eric Daucher*/
    Eric Daucher
    Victoria V. Corder
    Francisco Vazquez
    1301 Avenue of the Americas
    New York, New York 10019-6022
    Telephone: (212) 318-3000
    Facsimile: (212) 318-3400

*Counsel to Mirana Corp.*

# **CERTIFICATE OF SERVICE**

      I certify that on January 20, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

      */s/ Thomas Burns*
Thomas Burns
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-mail: thomas.burns@nortonrosefulbright.com