**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 |
| Debtors. | Joint Administration Pending |

## <u>AFFIDAVIT OF SERVICE</u>

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 case.

On January 20, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as <u>**Exhibit A**</u>:

- Debtors' Motion for Entry of an Order Directing Joint Administration of their Chapter 11 Cases [Docket No. 2]

- Debtors' Motion for an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Docket No. 3]

- Debtors' Motion Pursuant to Section 1505 of the Bankruptcy Code for Authorization of Genesis Asia Pacific Pte. Ltd. to Act as the Foreign Representative of the Debtors [Docket No. 4]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Taxes and Fees [Docket No. 9]

- Debtors' Motion for Entry of an Order Implementing Certain Notice and Case Management Procedures [Docket No. 10]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors, (II) Authorizing and Directing Financial Institutions to Honor and Process

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Checks and Transfers Related to Such Claims and (III) Granting Related Relief [Docket No. 11]

- Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 12]

- Debtors' Motion for an Order Authorizing Debtors to Operate their Business in the Ordinary Course and Ordering Implementation of the Automatic Stay [Docket No. 13]

- Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 14]

- Debtors' Motion For Entry of Interim and Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief [Docket No. 15] (the "*Cash Management Motion*")

- Motion of Genesis Asia Pacific PTE. LTD. for Entry of Interim and Final Orders (I) Authorizing Genesis Asia Pacific PTE. LTD. to (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Transfers Related to Such Obligations [Docket No. 16]

- Declaration of A. Derar Islim in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2 [Docket No. 17]

- Declaration of Paul Aronzon in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2 [Docket No. 19]

- Debtors' Joint Chapter 11 Plan [Docket No. 20]

- Declaration of Michael Leto in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2 [Docket No. 28]

- Notice of Commencement of Chapter 11 Cases and First Day Hearing [Docket No. 29] (the "*First Day Hearing Notice*")

On January 20, 2023, at my direction and under my supervision, employees of Kroll caused the Cash Management Motion to be served via email on the Banks Email Service List attached hereto as **Exhibit B**.

On January 20, 2023, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Notice to be served by the method set forth on (1) the Master Hardcopy and Facsimile Service List attached hereto as **Exhibit C**; and (2) the Banks Service List attached hereto as **Exhibit D**.

Dated: January 23, 2023

*/s/ Christine Porter*
Christine Porter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 23, 2023, by Christine Porter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 66755

**<u>Exhibit A</u>**

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 50 Creditor | Altcoinomy SA | Address on File | |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem | eneiger@askllp.com<br>mudem@askllp.com |
| Top 50 Creditor | Bayhawk Fund LLC | Address on File | |
| Top 50 Creditor | Big Time Studios Ltd. | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Caramila Capital Management LLC | Address on File | |
| Top 50 Creditor | Claure Group LLC | Address on File | |
| Proposed Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com |
| Top 50 Creditor | Coincident Capital International, Ltd. | Address on File | |
| Top 50 Creditor | Coinhouse | Address on File | |
| Top 50 Creditor | Cumberland DRW LLC | Address on File | |
| Top 50 Creditor | Digital Finance Group | Address on File | |
| Top 50 Creditor | Donut, Inc. | Address on File | |
| Top 50 Creditor | Heliva International Corp | Address on File | |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com |
| Top 50 Creditor | Levity & Love, LLC | Address on File | |
| Top 50 Creditor | Mirana Corp. | Address on File | |
| Top 50 Creditor | Moonalpha Financial Services Limited | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Top 50 Creditor | Name on File | Address on File | |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>susan.arbeit@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov |
| Top 50 Creditor | Plutus Lending LLC | Address on File | |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant | jsazant@proskauer.com |
| Top 50 Creditor | Ripio International | Address on File | |
| Top 50 Creditor | Schnutz Investments LP | Address on File | |
| Securities And Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Top 50 Creditor | Stellar Development Foundation | Address on File | |
| Top 50 Creditor | Streami Inc. | Address on File | |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 50 Creditor | The Badger Technology Company Holdings, Limited | Address on File | |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov |
| Top 50 Creditor | Valour, Inc. | Address on File | |
| Top 50 Creditor | VanEck New Finance Income Fund, LP | Address on File | |
| Top 50 Creditor | Various Lenders as defined in certain Master Digital Asset Loan Agreements entered into with Gemini Trust Company, LLC, as agent for the Lenders | Address on File | |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com |
| Top 50 Creditor | Winah Securities S.A. | Address on File | |

**<u>Exhibit B</u>**

# Exhibit B

Banks Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| JPMORGAN CHASE BANK, NA | ATTN: JULIETTE LAM | juliette.k.lam@jpmorgan.com |
| JPMORGAN CHASE BANK, NA SINGAPORE | ATTN: JULIETTE LAM | juliette.k.lam@jpmorgan.com |
| METROPOLITAN  COMMERCIAL BANK | ATTN: CHRIS JONES | cjones@mcbankny.com |
| METROPOLITAN  COMMERCIAL BANK | ATTN: BRAYAN LOPEZ SALAZAR | blopezsalazar@mcbankny.com |
| SIGNATURE BANK | ATTN: SARMEN SARYAN | ssaryan@signatureny.com |
| SIGNATURE BANK | ATTN: NICOLE SANTIAGO | nsantiago@signatureny.com |
| SILVERGATE BANK | ATTN: ZINE MAJID | zmajid@silvergate.com |
| SILVERGATE BANK | ATTN: JAMES LECLAIR | jleclair@silvergate.com |

**Exhibit C**

Exhibit C
Master Hardcopy and Facsimile Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP | FAX | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Digital Finance Group | Attn: Terry Culver | 111 Ellis Street, Floor 2 & 3 | San Francisco | CA | 94102 | | Overnight Mail |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin | | | | | 212-422-4726 | Facsimile |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | | | | | 855-235-6787 | Facsimile |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | | | | | 855-235-6787 | Facsimile |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | | | | | 212-446-4900 | Facsimile |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | | | | | 212-318-3400 | Facsimile |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | | | | | 212-668-2255 | Overnight Mail and Facsimile |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | | | | | 212-637-2685 | Overnight Mail and Facsimile |
| Chambers of Honorable Sean H. Lane | United States Bankruptcy Court for the Southern District of New York | Attn: Judge Sean H. Lane | One Bowling Green | New York | NY | 10004 | | Overnight Mail |
| Top 50 Creditor | Various Lenders as defined in certain Master Digital Asset Loan Agreements entered into with Gemini Trust Company, LLC, as agent for the Lenders | Attn: Tyler Winklevoss | 600 Third Avenue, 2nd Floor | New York | NY | 10016 | | Overnight Mail |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | | | | | 212-310-8007 | Facsimile |

## Exhibit D

Exhibit D
Banks Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| BANKING CIRCLE | ATTN: PRESIDENT OR GENERAL COUNSEL | AMERIKA PLADS 38 | KOBENHAVN | | | 2100 | DENMARK | | Overnight Mail |
| CONTINENTAL STOCK TRANSFER & TRUST | ATTN: PRESIDENT OR GENERAL COUNSEL | 1 STATE STREET | 30TH FLOOR | NEW YORK | NY | 10004 | UNITED STATES | | Overnight Mail |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | ATTN: PRESIDENT OR GENERAL COUNSEL | 6 RAFFLES QUAY | #23 01 | | | S048580 | SINGAPORE | | Overnight Mail |
| INTERACTIVE BROKERS | ATTN: PRESIDENT OR GENERAL COUNSEL | ONE PICKWICK PLAZA | | GREENWICH | CT | 06830 | UNITED STATES | | Overnight Mail |
| JPMORGAN CHASE BANK, NA | ATTN: JULIETTE LAM | 575 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | | juliette.k.lam@jpmorgan.com | Overnight Mail and Email |
| JPMORGAN CHASE BANK, NA SINGAPORE | ATTN: JULIETTE LAM | 88 MARKET STREET | CAPITASPRING, #30-00 | | | 048948 | SINGAPORE | juliette.k.lam@jpmorgan.com | Overnight Mail and Email |
| KRAKEN CUSTODIAL | ATTN: PRESIDENT OR GENERAL COUNSEL | PAYWARD VENTURES INC. | 237 KEARNEY STREET #102 | SAN FRANCISCO | CA | 94108 | UNITED STATES | | Overnight Mail |
| MAREX CAPTIAL MARKETS, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 425 S FINANCIAL PLACE | SUITE 1850 | CHICAGO | IL | 60605 | UNITED STATES | | Overnight Mail |
| METROPOLITAN  COMMERCIAL BANK | ATTN: CHRIS JONES | 99 PARK AVE. | 13TH FLOOR | NEW YORK | NY | 10016 | | cjones@mcbankny.com | Overnight Mail and Email |
| METROPOLITAN  COMMERCIAL BANK | ATTN: BRAYAN LOPEZ SALAZAR | 99 PARK AVE. | 13TH FLOOR | NEW YORK | NY | 10016 | | blopezsalazar@mcbankny.com | Overnight Mail and Email |
| SIGNATURE BANK | ATTN: SARMEN SARYAN | 1400 BROADWAY | 26TH FLOOR | NEW YORK | NY | 10018 | | ssaryan@signatureny.com | Overnight Mail and Email |
| SIGNATURE BANK | ATTN: NICOLE SANTIAGO | 1400 BROADWAY | 26TH FLOOR | NEW YORK | NY | 10018 | | nsantiago@signatureny.com | Overnight Mail and Email |
| SILVERGATE BANK | ATTN: ZINE MAJID | 4250 EXEUCTIVE SQUARE | SUITE 100 | LA JOLLA | CA | 92037 | | zmajid@silvergate.com | Overnight Mail and Email |
| SILVERGATE BANK | ATTN: JAMES LECLAIR | 4250 EXEUCTIVE SQUARE | SUITE 100 | LA JOLLA | CA | 92037 | | jleclair@silvergate.com | Overnight Mail and Email |
| TRADESTATION CRYPTO, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | 8050 SW 10TH STREET | SUITE 4000 | PLANTATION | FL | 33324 | | | Overnight Mail |