CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF SECOND DAY HEARING

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC and its affiliates Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors" and the cases, the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") having taken place on January 23, 2023, at 2:00 p.m. (Prevailing Eastern Time) before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in order to consider, among other things, the relief requested by the Debtors in the motions and applications heard at the First Day Hearing (the "First Day Pleadings"). The First Day Hearing was conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that a second hearing (the "Second Day Hearing") has been scheduled for February 22, 2023, at 11:00 a.m. (Prevailing Eastern Time)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in order to consider, among other things, the relief requested by the Debtors in the motions and applications in the Second Day Pleadings (as defined below).  The Second Day Hearing will only be conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances.  After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Second Day Hearing may affect your rights.  Please read the motions to be heard at the Second Day Hearing (the "Second Day Pleadings") carefully and, if you have one available, discuss them with your attorney.  (If you do not have an attorney, you should consider consulting with one.)

**PLEASE TAKE FURTHER NOTICE** that, if you oppose the relief requested in the Second Day Pleadings, or if you want the Court to hear your position on the Second Day Pleadings, then you or your attorney must attend the Second Day Hearing.  If you or your attorney does not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Second Day Pleadings and may enter orders granting the relief requested by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Second Day Hearing will be filed prior to the hearing.

Dated:  January 26, 2023　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　New York, New York

　　　　　　　　　　　　　　　　/s/ *Sean A. O'Neal*
　　　　　　　　　　　　　　　　Sean A. O'Neal
　　　　　　　　　　　　　　　　Jane VanLare
　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　　*Proposed Counsel for the Debtors*
　　　　　　　　　　　　　　　　*and Debtors-in-Possession*