UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, STATEMENTS OF FINANCIAL AFFAIRS, AND RULE 2015.3 FINANCIAL REPORTS

Upon the motion (the "Motion")[2] of Genesis Global Holdco, LLC ("Holdco") and its affiliates, as debtors and debtors–in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 1007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"): (i) extending the time for the Debtors to file schedules, including of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules and Statements by an additional thirty-five (35) days, for a total of forty-nine (49) days from the Petition Date through and including March 9, 2023 (the "Deadline"), without prejudice to the Debtors' right to request additional time with agreement from the U.S. Trustee without additional Court approval should it become necessary; (ii) extending the time for the Debtors to file their

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

reports of financial information with respect to entities in which the Debtors hold controlling or substantial interests as defined in rule 2015.3 (the "2015.3 Financial Reports") of the Federal Rules of Bankruptcy Procedure or to file a motion with the Court seeking a modification of such reporting requirements for cause is extended by thirty-five (35) days, such that the Debtors shall file such reports or motions by the date that is 28 days after the date first set for the 341 Meeting each without prejudice to the Debtors' right to request additional time with agreement from the U.S. Trustee without additional Court approval should it become necessary, all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and that the Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion having been given as provided in the Motion; such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the *Declaration of A. Derar Islim in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* (the "Islim Declaration"), the *Declaration of Paul Aronzon in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* (the "Aronzon Declaration"), and the *Declaration of Michael Leto in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* (the "Leto Declaration," and along with the Islim Declaration and the Aronzon Declaration, the "First Day Declarations"), filed

contemporaneously with the Motion, the record of the Hearing, and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion and on the record of the Hearing establish just cause for relief granted herein; and the Court having determined that the relief sought is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to Sections 105(a) and 521 of the Bankruptcy Code, Bankruptcy Rules 1007(c) and 9006(b), and Local Rule 1007-1, the time by which the Debtors shall file their Schedules and Statements is extended by an additional thirty-five (35) days, for a total of forty-nine (49) days from the Petition Date through and including March 9, 2023 (the "Deadline"), without prejudice to the Debtors' right to request additional time with agreement from the U.S. Trustee without additional Court approval should it become necessary, provided that any additional extensions agreed upon shall be set forth in a notice filed on the docket.

3. The time by which the Debtors must file the 2015.3 Financial Reports or otherwise file a motion with this Court seeking a modification of such reporting requirements for cause is extended by thirty-five (35) days, such that the Debtors shall file such reports or motions by the date that is 28 days after the date first set for the 341 Meeting, in each case without prejudice to the Debtors' right to request additional time with agreement from the U.S. Trustee without additional Court approval should it become necessary, provided that any additional extensions agreed upon shall be set forth in a notice filed on the docket.

4. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation, interpretation or enforcement of this Order.

Dated:  January 27, 2023         */s/ Sean H. Lane*
        White Plains, New York    The Honorable Sean H. Lane
                                 United States Bankruptcy Judge