BAIRD HOLM LLP
Jeremy C. Hollembeak
1700 Farnam St. Ste. 1500
Omaha, NE 68102
Telephone (402) 636-8317
jhollembeak@bairdholm.com

*Counsel to Digital Finance Group Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENESIS DIGITAL HOLDCO, LLC, et al.,[1]<br><br>                           *Debtor*. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |

## NOTICE OF APPEATANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Digital Finance Group Co. ("**DFG**") herby appears in the above-captioned chapter 11 case by its counsel, Baird Holm LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon counsel at the addresses set forth below:

    BAIRD HOLM LLP
    Jeremy C. Hollembeak
    1700 Farnam St. Ste. 1500

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003

1

      Omaha, NE 68102
      Telephone: (402) 636-8317
      Facsimile: (402) 344-0588
      Email: jhollembeak@bairdholm.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred in the above-mentioned Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Documents* nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of DFG to any and all rights, claims, counterclaims, defenses or objections DFG may have, including, without limitation, the right to (i) have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after de novo review by a district court judge; (ii) trial by jury in any proceeding so triable in the above-captioned chapter 11 cases or any case, controversy, matter, or proceeding related to the above-captioned chapter 11 case; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any and all rights, claims, actions, defenses, setoffs,

recoupments, or remedies to which DFG is or may be entitled under agreements, in law or in equity, any and all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

Dated: Omaha, Nebraska
February 3, 2022

/s/*Jeremy C. Hollembeak*
Jeremy C. Hollembeak
BAIRD HOLM, LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
jhollembeak@bairdholm.com

*Counsel to Digital Finance Group Co.*

### CERTIFICATE OF SERVICE

I certify that on February 3, 2023, I caused a copy of the foregoing document to be served by Electronic Case Filings System for the United States Bankruptcy Court for the Southern District of New York.

/s/*Jeremy C. Hollembeak*
Jeremy C. Hollembeak
BAIRD HOLM, LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
jhollembeak@bairdholm.com