```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AMENDED TO REFLECT <u>MINISTERIAL CHANGES TO NOTICE</u>

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of Title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, *et al.* and its affiliated debtors-in-possession:

1. SOF International, LLC
   30 N Gould Street, Suite S
   Sheridan, WY 82801
   Email:  genesisucc1@gmail.com

2. Teddy Andre Amadeo Gorisse
   Email:  genesis.creditor@gmail.com

3. Digital Finance Group Co.
   23 Lime Tree Bay Avenue
   Grand Cayman, Cayman Island, KY1-1104
   Email:  Dfg96031@gmail.com

4. Richard R. Weston
   Email: richardwestondc@gmail.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

5. Mirana Corp.
   House of Francis, Room 303, ILe Du Port Mahe
   SC, Seychelles
   Email: genesisucc@mirana.tech

6. Amelia Alvarez
   Email:  aaucc@proton.me

7. Bitvavo Custody B.V.
   Keizersgracht 281
   1016 ED Amsterdam
   The Netherlands
   Email: ucc@bitvavo.com

Dated: New York, New York
       February 4, 2023

                                                       WILLIAM K. HARRINGTON
                                                       UNITED STATES TRUSTEE
                                                       Region 2

                                       *By:*    */s/ Greg M. Zipes*
                                                       Greg M. Zipes
                                                       Trial Attorney
                                                       Office of the United States Trustee
                                                       Alexander Hamilton Custom House
                                                       One Bowling Green
                                                       Suite 515
                                                       New York, New York 10004
                                                       Tel. (212) 510-0500

2