**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 30, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Entry of an Order Directing Joint Administration of their Chapter 11 Cases [Docket No. 2]

- Debtors' Motion for an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Docket No. 3]

- Debtors' Motion Pursuant to Section 1505 of the Bankruptcy Code for Authorization of Genesis Asia Pacific Pte. Ltd. to Act as the Foreign Representative of the Debtors [Docket No. 4]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Taxes and Fees [Docket No. 9]

- Debtors' Motion for Entry of an Order Implementing Certain Notice and Case Management Procedures [Docket No. 10]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

(II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims and (III) Granting Related Relief [Docket No. 11]

- Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 12]

- Debtors' Motion for an Order Authorizing Debtors to Operate Their Businesses in the Ordinary Course and Ordering Implementation of the Automatic Stay [Docket No. 13]

- Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 14]

- Debtors' Motion For Entry of Interim and Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief [Docket No. 15] (the "***Cash Management Motion***")

- Motion of Genesis Asia Pacific PTE. LTD. for Entry of Interim and Final Orders (I) Authorizing Genesis Asia Pacific PTE. LTD. to (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Transfers Related to Such Obligations [Docket No. 16]

- Declaration of A. Derar Islim in Support of First Day Motions and Applications in Compliance with the Local Rule 1007-2 [Docket No. 17]

- Declaration of Paul Aronzon in Support of First Day Motions and Applications in Compliance with the Local Rule 1007-2 [Docket No. 19]

- Debtors' Joint Chapter 11 Plan [Docket No. 20]

- Declaration of Michael Leto in Support of First Day Motions and Applications [Docket No. 28]

- Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 37]

- Order Authorizing Debtor Genesis Asia Pacific PTE LTD. to Act as Foreign Representative of the Debtors [Docket No. 38]

- Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 39]

- Order Restating and Enforcing the Existence and Implementation of the Worldwide Automatic Stay [Docket No. 40]

- Notice of Second Day Hearing [Docket No. 41]

- Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports [Docket No. 42]

- Interim Order Authorizing the Payment of Certain Taxes and Fees [Docket No. 43]

- Order Implementing Certain Notice and Case Management Procedures [Docket No. 44]

- Interim Order (I) Authorizing, But Not Directing, the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors, (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims and (III) Granting Related Relief [Docket No. 45]

- Interim Order Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 46]

- Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief [Docket No. 47] (the "***Interim Cash Management Order***")

- Interim Order (I) Authorizing Genesis Asia Pacific PTE. LTD. to (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Transfers Related to Such Obligations [Docket No. 49]

On January 30, 2023, at my direction and under my supervision, employees of Kroll caused the Cash Management Motion and the Interim Cash Management Order to be served by the method set forth on the Banks Service List attached hereto as **Exhibit B**.

3

Dated: February 2, 2023

*/s/ Nataly Diaz*
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 2, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 66940

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Altcoinomy SA | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Bayhawk Fund LLC | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Big Time Studios Ltd. | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Caramila Capital Management LLC | Address on File | Email on File | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 147<br>White Plains NY 10601 |  | First Class Mail |
| Top 50 Creditor | Claure Group LLC | Address on File | Email on File | Email |
| Proposed Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com | Email |
| Top 50 Creditor | Coincident Capital International, Ltd. | Address on File | Email on File | Email |
| Top 50 Creditor | Coinhouse | Address on File | Email on File | Email |
| Top 50 Creditor | Cumberland DRW LLC | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Digital Finance Group | Address on File | Email on File | Email |
| Top 50 Creditor | Donut, Inc. | Address on File | Email on File | Email |
| Top 50 Creditor | Heliva International Corp | Address on File | Email on File | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York NY 10004 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | mimi.m.wong@irscounsel.treas.gov | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com | Email |
| Top 50 Creditor | Levity & Love, LLC | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Mirana Corp. | Address on File | Email on File | Email |
| Top 50 Creditor | Moonalpha Financial Services Limited | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Email |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Plutus Lending LLC | Address on File | Email on File | Email |
| Counsel to Caramila Capital Management LLC | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | Email |
| Counsel to Caramila Capital Management LLC | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Ripio International | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Schnutz Investments LP | Address on File | Email on File | Email |
| Securities And Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Top 50 Creditor | Stellar Development Foundation | Address on File | Email on File | Email |
| Top 50 Creditor | Streami Inc. | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | The Badger Technology Company Holdings, Limited | Address on File | Email on File | Email |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |
| Top 50 Creditor | Valour, Inc. | Address on File | Email on File | Email |
| Top 50 Creditor | VanEck New Finance Income Fund, LP | Address on File | Email on File | Email |
| Top 50 Creditor | Various Lenders as defined in certain Master Digital Asset Loan Agreements entered into with Gemini Trust Company, LLC, as agent for the Lenders | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui<br>767 Fifth Avenue<br>New York NY 10153 | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Winah Securities S.A. | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |

**Exhibit B**

Exhibit B
Banks Service List
Served as set forth below

| PCID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| PC_0136 | BANKING CIRCLE | ATTN PRESIDENT OR GENERAL COUNSEL | AMERIKA PLADS 38 | KOBENHAVN | | | 02100 | DK | | First Class Mail |
| PC_1441 | CONTINENTAL STOCK TRANSFER & TRUST | 1 STATE STREET | 30TH FLOOR | | NEW YORK | NY | 10004 | | | First Class Mail |
| PC_0568 | INDUSTRIAL & COMMERCIAL BANK CHINA | ATTN PRESIDENT OR GENERAL COUNSEL | 6 RAFFLES QUAY | 23 01 | | | S048580 | SG | | First Class Mail |
| PC_1443 | INTERACTIVE BROKERS | ONE PICKWICK PLAZA | | | GREENWICH | CT | 06830 | | | First Class Mail |
| PC_0669 | JPMORGAN CHASE BANK NA | ATTN JULIETTE LAM | 575 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | | juliette.k.lam@jpmorgan.com | First Class Mail and Email |
| PC_0670 | JPMORGAN CHASE BANK NA SINGAPORE | ATTN JULIETTE LAM | 88 MARKET STREET | CAPITASPRING 30 00 | | | 48948 | SG | juliette.k.lam@jpmorgan.com | First Class Mail and Email |
| PC_1444 | KRAKEN CUSTODIAL | ATTN PRESIDENT OR GENERAL COUNSEL | PAYWARD VENTURES INC | 237 KEARNEY STREET 102 | SAN FRANCISCO | CA | 94108 | | | First Class Mail |
| PC_1445 | MAREX CAPTIAL MARKETS INC | ATTN PRESIDENT OR GENERAL COUNSEL | 425 S FINANCIAL PLACE | SUITE 1850 | CHICAGO | IL | 60605 | | | First Class Mail |
| PC_0841 | METROPOLITAN COMMERCIAL BANK | ATTN CHRIS JONES | 99 PARK AVE | 13TH FLOOR | NEW YORK | NY | 10016 | | cjones@mcbankny.com | First Class Mail and Email |
| PC_0842 | METROPOLITAN COMMERCIAL BANK | ATTN BRAYAN LOPEZ SALAZAR | 99 PARK AVE | 13TH FLOOR | NEW YORK | NY | 10016 | | blopezsalazar@mcbankny.com | First Class Mail and Email |
| PC_1145 | SIGNATURE BANK | ATTN SARMEN SARYAN | 1400 BROADWAY | 26TH FLOOR | NEW YORK | NY | 10018 | | ssaryan@signatureny.com | First Class Mail and Email |
| PC_1146 | SIGNATURE BANK | ATTN NICOLE SANTIAGO | 1400 BROADWAY | 26TH FLOOR | NEW YORK | NY | 10018 | | nsantiago@signatureny.com | First Class Mail and Email |
| PC_1151 | SILVERGATE BANK | ATTN ZINE MAJID | 4250 EXEUCTIVE SQUARE | SUITE 100 | LA JOLLA | CA | 92037 | | zmajid@silvergate.com | First Class Mail and Email |
| PC_1152 | SILVERGATE BANK | ATTN JAMES LECLAIR | 4250 EXEUCTIVE SQUARE | SUITE 100 | LA JOLLA | CA | 92037 | | jleclair@silvergate.com | First Class Mail and Email |
| PC_1267 | TRADESTATION CRYPTO INC | 8050 SW 10TH STREET | SUITE 4000 | | PLANTATION | FL | 33324 | | | First Class Mail |