**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## <u>AFFIDAVIT OF SERVICE</u>

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 25, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **<u>Exhibit A</u>:**

- Notice of Status Conference Scheduled for February 1, 2023 [Docket No. 36]

Dated: February 7, 2023

                                                                                */s/ Eladio Perez*
                                                                                Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 7, 2023, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

SRF 66894

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Altcoinomy SA | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Bayhawk Fund LLC | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Big Time Studios Ltd. | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Caramila Capital Management LLC | Address on File | Email on File | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 147<br>White Plains NY 10601 | | First Class Mail |
| Top 50 Creditor | Claure Group LLC | Address on File | Email on File | Email |
| Proposed Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com | Email |
| Top 50 Creditor | Coincident Capital International, Ltd. | Address on File | Email on File | Email |
| Top 50 Creditor | Coinhouse | Address on File | Email on File | Email |
| Top 50 Creditor | Cumberland DRW LLC | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Digital Finance Group | Address on File | Email on File | Email |
| Top 50 Creditor | Donut, Inc. | Address on File | Email on File | Email |
| Top 50 Creditor | Heliva International Corp | Address on File | Email on File | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York NY 10004 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | mimi.m.wong@irscounsel.treas.gov | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com | Email |
| Top 50 Creditor | Levity & Love, LLC | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Mirana Corp. | Address on File | Email on File | Email |
| Top 50 Creditor | Moonalpha Financial Services Limited | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Email |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Plutus Lending LLC | Address on File | Email on File | Email |
| Counsel to Caramila Capital Management LLC | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | Email |
| Counsel to Caramila Capital Management LLC | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Ripio International | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Schnutz Investments LP | Address on File | Email on File | Email |
| Securities And Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Top 50 Creditor | Stellar Development Foundation | Address on File | Email on File | Email |
| Top 50 Creditor | Streami Inc. | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | The Badger Technology Company Holdings, Limited | Address on File | Email on File | Email |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |

In re: Genesis Global Holdco, LLC, et al.
Case No. 22-10063 (SHL)

Page 2 of 3

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Creditor | Valour, Inc. | Address on File | Email on File | Email |
| Top 50 Creditor | VanEck New Finance Income Fund, LP | Address on File | Email on File | Email |
| Top 50 Creditor | Various Lenders as defined in certain Master Digital Asset Loan Agreements entered into with Gemini Trust Company, LLC, as agent for the Lenders | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui 767 Fifth Avenue New York NY 10153 | jeffrey.saferstein@weil.com ronit.berkovich@weil.com jessica.liou@weil.com furqaan.siddiqui@weil.com | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |
| Top 50 Creditor | Winah Securities S.A. | Address on File | Email on File | Email |
| Top 50 Creditor | Name on File | Address on File | Email on File | Email |