**KOBRE & KIM LLP**
Danielle L. Rose
Daniel J. Saval
John G. Conte
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

*Proposed Special Litigation Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, et al.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kobre & Kim LLP ("Kobre & Kim") hereby appears as special litigation counsel to Genesis Global Holdco, LLC and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors", and these cases, collectively, the "Chapter 11 Cases") and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), requests that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in these Chapter 11 Cases, be delivered to and served upon the undersigned attorneys at the following addresses:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

1

        KOBRE & KIM LLP
        Danielle L. Rose
        Daniel J. Saval
        John G. Conte
        800 Third Avenue
        New York, New York 10022
        Telephone: +1 212 488 1200
        Email:    Danielle.Rose@kobrekim.com
                      Daniel.Saval@kobrekim.com
                      John.Conte@kobrekim.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code, the foregoing demand includes not only the notices and papers referred in the above-mentioned Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the Chapter 11 Cases and the proceedings therein. This Notice of Appearance is not and shall not be construed as a waiver of any of the Debtors' jurisdictional, substantive or procedural rights and remedies in connection with the Chapter 11 Cases, all of which are hereby expressly reserved.

Dated: New York, New York
February 9, 2023

**KOBRE & KIM LLP**

/s/ *Danielle L. Rose*
Danielle L. Rose
Daniel J. Saval
John G. Conte
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Facsimile: +1 212 488 1220
Danielle.Rose@kobrekim.com
Daniel.Saval@kobrekim.com
John.Conte@kobrekim.com

*Proposed Special Litigation Counsel
to the Debtors and Debtors-in-Possession*