CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 9, 2023 AT 2:00 PM (ET)**

**I.   Motions and Applications to be Heard at the Hearing**

1. *Debtors' Emergency Motion for Entry of an Order Authorizing Debtor Genesis Global Holdco LLC to Consent to Priming of Lien* [ECF No. 61]

    a) *Declaration of Zul Jamal in Support of .Debtors' Emergency Motion for Entry of an Order Authorizing Debtor Genesis Global Holdco LLC to Consent to Priming of Lien* [ECF No. 61-1]

2. *Debtors' Motion to Shorten Notice Period and Schedule a Hearing With Respect to Debtors' Emergency Motion for Entry of An Order Authorizing Debtor Genesis Global Holdco, LLC to Consent to Priming of Lien.* [ECF No. 62]

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dated: February 9, 2023
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Sean A. O'Neal*
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Proposed Counsel for the Debtors
and Debtors-in-Possession*