**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
Michele J. Meises
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  cshore@whitecase.com
           philip.abselson@whitecase.com
           michele.meises@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (*pro hac vice pending*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that White & Case LLP hereby appears in the above-captioned chapter 11 cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), as proposed counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of the title 11 of the United States Code (the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

AMERICAS 116616989 v1                                        1

"**Bankruptcy Code**"), that all notices given or required to be given, and all papers served or required to be served, in these Chapter 11 Cases, be given to and served upon the undersigned at the following office address, telephone numbers, and e-mail addresses:

J. Christopher Shore
Philip Abelson
Michele J. Meises
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  cshore@whitecase.com
            philip.abselson@whitecase.com
            michele.meises@whitecase.com

Gregory F. Pesce
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: gregory.pesce@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail, or otherwise, in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Committee's rights (1) to have final orders in non-core matters entered only after de novo review by a district court judge, (2) to trial by jury in any proceeding so triable in these Chapter 11 Cases or any case, controversy, or proceeding related to these Chapter 11 Cases, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Committee expressly reserve, or (5) to any and all defenses or objections the Committee may have to any claims asserted

against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued. The undersigned certifies that the parties listed in the first paragraph are admitted to practice before this Court or have sought such admission *pro hac vice*.

Dated: February 10, 2023
      New York, New York

Respectfully submitted,

/s/ *J. Christopher Shore*
**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
Michele J. Meises
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
      philip.abselson@whitecase.com
      michele.meises@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (*pro hac vice pending*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*