**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) ) | Case No. 23-10063 (SHL) |
| Debtors. | ) ) ) | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

      I, Gregory F. Pesce, hereby request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 cases. I certify that I am a member in good standing of the bar of the State of Illinois. I have submitted the filing fee of $200 with the motion for *pro hac vice* admission.

Dated: February 10, 2023
       Chicago, Illinois

                                                                 */s/ Gregory F. Pesce*
                                                                 Gregory F. Pesce
                                                                 **WHITE & CASE LLP**
                                                                 111 South Wacker Drive, Suite 5100
                                                                 Chicago, Illinois 60606
                                                                 Telephone: (312) 881-5400
                                                                 Facsimile:  (312) 881-5450
                                                                 E-mail: gregory.pesce@whitecase.com

                                                                *Proposed Counsel to the Official Committee*
                                                                *of Unsecured Creditors*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.