**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Gregory F. Pesce to be admitted, ***pro hac vice***, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Illinois, it is hereby:

ORDERED that Gregory F. Pesce is admitted to practice, ***pro hac vice***, in the above-captioned cases to represent the Official Committee of Unsecured Creditors in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
       New York, New York

                                    _____
                                    THE HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.