Hearing Date: February 22, 2023 at 11:00 a.m. (Prevailing Eastern Time)

**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
David Turetsky
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: cshore@whitecase.com
           philip.abelson@whitecase.com
           david.turetsky@whitecase.com
           michele.meises@whitecase.com

– and –

Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (305) 881-5450
Email:  gregory.pesce@whitecase.com

*Proposed Counsel to Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 15** |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION
OF RIGHTS WITH RESPECT TO THE DEBTORS' CASH MANAGEMENT MOTION**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

The Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "**Committee**"), by and through its undersigned counsel, respectfully states as follows in support of this reservation of rights regarding the Cash Management Motion (as defined herein):

## Reservation of Rights

The Committee was appointed on February 3, 2023 and promptly selected its proposed professionals. The Committee, with the assistance of its proposed professional advisors, immediately began to analyze—among other things—the matters set for hearing on February 22, 2023 (the "**Second Day Hearing**"). Following good-faith discussions with the Debtors' professionals, the Committee and the Debtors have significantly narrowed the open issues. However, discussions remain ongoing regarding the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief* [Docket No. 15] (the "**Cash Management Motion**"). The Committee will continue to engage with the Debtors regarding the Cash Management Motion prior to the Second Day Hearing. To the extent that any such concerns are not consensually resolved, the Committee reserves all rights regarding further interim or final relief with respect to the Cash Management Motion, including the Committee's right to be heard at the Second Day Hearing, or such other hearing at which the Cash Management Motion shall be considered, to object to the relief sought therein, and to seek any other appropriate relief from this Court.

Dated: February 17, 2023
New York, New York

Respectfully submitted,

By: */s/ J. Christopher Shore*

**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
David Turetsky
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: cshore@whitecase.com
 philip.abelson@whitecase.com
 david.turetsky@whitecase.com
 michele.meises@whitecase.com

– and –

Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (305) 881-5450
Email:  gregory.pesce@whitecase.com

*Proposed Counsel to Official
Committee of Unsecured Creditors*