CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED AGENDA FOR SECOND DAY HEARING TO BE HELD
FEBRUARY 22, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Time and Date of Hearing:**   February 22, 2023, at 11:00 am (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601. The Second Day Hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

|  |  |
|---|---|
|  | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website |

### AGENDA FOR SECOND DAY HEARING

**I. Pleadings to be Heard at Second Day Hearing**

1. **Taxes and Fees Motion:** *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Taxes and Fees*. ECF No. 9.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

    iii. **No Objections**

    iv. **Related Pleadings:**

    1. *Interim Order Authorizing The Payment Of Certain Taxes And Fees.* ECF. No. 43.

    2. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

    3. *Final Order Authorizing The Payment Of Certain Taxes And Fees.* ECF No. 92, Exhibit A.

    v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

2. **Critical Vendors Motion:** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, The Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors, (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims and (III) Granting Related Relief.* ECF No. 11.

      **i.**    **General Response Deadline:** February 15, 2023 at 4:00 PM

      **ii.**    **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

      **iii.**    **No Objections**

      **iv.**    **Related Pleadings:**

1. *Interim Order (I) Authorizing, But Not Directing, The Debtors To Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors, (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims and (III) Granting Related Relief.* ECF. No. 45.

2. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

3. *Final Order (I) Authorizing, But Not Directing, The Debtors To Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors, (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims and (III) Granting Related Relief.* ECF No. 92, Exhibit B.

      **v.**    **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

3. **Employee and Wages Motion:** *Motion of Genesis Asia Pacific PTE. LTD. For Entry of Interim and Final Orders (I) Authorizing Genesis Asia Pacific PTE. LTD. To (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Transfers Related to Such Obligations.* ECF No. 16.

      **i.**    **General Response Deadline:** February 15, 2023 at 4:00 PM

      **ii.**    **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

      **iii.**    **No Objections**

      **iv.**    **Related Pleadings:**

1. *Interim Order (I) Authorizing Genesis Asia Pacific PTE. LTD. To (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Transfers Related to Such Obligations.* ECF. No. 49.

2. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

       3. *Final Order (I) Authorizing Genesis Asia Pacific PTE. LTD. To (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Transfers Related to Such Obligations.* ECF No. 92, Exhibit C.

   v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

4. **Interim Compensation Motion:** *Motion to Authorize Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.* ECF No. 64.

   i. **General Response Deadline:** February 15, 2023 at 4:00 PM

   ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

   iii. **No Objections**

   iv. **Related Pleadings**

       1. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92

       2. *Final Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.* ECF No. 92, Exhibit D.

   v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

5. **Ordinary Course Professionals Motion:** *Application to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date.* ECF No. 65.

   i. **General Response Deadline:** February 15, 2023 at 4:00 PM

   ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

   iii. **No Objections**

   iv. **Related Pleadings**

       1. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

       2. *Final Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business.* ECF No. 92, Exhibit E.

v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

6. **Cleary Gottlieb Steen & Hamilton Retention Application:** *Application to Employ Cleary Gottlieb Steen & Hamilton LLP as Counsel for the Debtors and Debtors-In-Possession Nunc Pro Tunc to the Petition Date.* ECF No. 69.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

    iii. **No Objections**

    iv. **Related Pleadings**

        1. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

        2. *Final Order Authorizing The Employment of Cleary Gottlieb Steen & Hamilton LLP as Counsel for the Debtors and Debtors-In-Possession Nunc Pro Tunc to the Petition Date.* ECF No. 92, Exhibit F.

    v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

7. **Morrison Cohen LLP Retention Application:** *Application to Employ Morrison Cohen LLP as Special Counsel to the Debtors and Debtors-In-Possession Effective Nunc Pro Tunc to the Petition Date.* ECF No. 71.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

    iii. **No Objections**

    iv. **Related Pleadings**

        1. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

        2. *Final Order Authorizing The Employment of Morrison Cohen LLP as Special Counsel to the Debtors and Debtors-In-Possession Effective Nunc Pro Tunc to the Petition Date.* ECF No. 92, Exhibit G.

    v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

8. **Kroll Restructuring Administration Retention Application:** *Application to Employ Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date.* ECF No. 72.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

    iii. **No Objections**

    iv. **Related Pleadings**

        1. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

        2. *Final Order Authorizing The Employment of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date.* ECF No. 92, Exhibit H.

    v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

9. **Alvarez & Marsal Retention Application:** *Application to Employ Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(A) and 328 of the Bankruptcy Code.* ECF No. 73.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

    iii. **No Objections**

    iv. **Related Pleadings**

        1. *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

        2. *Final Order Authorizing the Employment of Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(A) and 328 of the Bankruptcy Code.* ECF No. 92, Exhibit I.

    v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

10. **Kobre & Kim Retention Application:** *Application to Employ Kobre & Kim LLP as Special Litigation Counsel.* ECF No. 70.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

      ii.    **Response Deadline for the UCC:** February 17, 2023 at 4:00 PM

      iii.    **No Objections**

          1.  *Debtor's Omnibus Certificate of No Objection.* ECF No. 92.

          2.  *Final Order Authorizing The Employment of Kobre & Kim LLP as Special Litigation Counsel.* ECF No. 92, Exhibit J.

      iv.    **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

11.    **Cash Management Motion Second Interim Order:** *Debtors' Motion For Entry of Interim and Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF No. 15.

      i.    **General Response Deadline:** February 15, 2023 at 4:00 PM

      ii.    **Response Deadline for the UCC:** February 20, 2023 at 12:00 PM

      iii.    **Objections**

          1.  *The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion.* ECF No. 91.

      iv.    **Related Pleadings**

          1.  *Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 47.

          2.  *The Official Committee of Unsecured Creditors' Reservation of Rights With Respect to the Debtors' Cash Management Motion.* ECF No. 88.

      v.    **Status:** A revised proposed second interim order will be submitted prior to the Hearing. Hearing on the final order is adjourned to March 15, 2023 at 2:00 PM (ET).

II. **Motions Adjourned to the Hearing on March 15, 2023 at 2:00 PM**

1. **Moelis Retention Application:** *Application to Employ Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the Debtors, Effective as of the Petition Date.* ECF No. 68.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 24, 2023 at 4:00 PM

    iii. **Status:** Adjourned to March 15, 2023 at 2:00 PM (ET).

2. **Cash Management Motion:** *Debtors' Motion For Entry of Interim and Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF No. 15.

    vi. **General Response Deadline:** March 8, 2023 at 4:00 PM

    vii. **Related Pleadings**

    1. *Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 47.

    2. *The Official Committee of Unsecured Creditors' Reservation of Rights With Respect to the Debtors' Cash Management Motion.* ECF No. 88.

    3. *The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion.* ECF No. 91.

    viii. **Status:** A revised proposed second interim order will be submitted. Hearing on the final order is adjourned to March 15, 2023 at 2:00 PM (ET).

III. **Motions Adjourned to the Hearing on March 30, 2023 at 11:00 AM**

1. **Consolidated Creditor Motion:** *Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting*

  *a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief.*  ECF No. 14.

   i. **Response Deadline:** March 23, 2023 at 4:00 PM

   ii. **Related Pleadings**

     1. *Interim Order Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief.*  ECF. No. 46.

   iii. **Status:** Adjourned to March 30, 2023 at 11:00 AM (ET).

 2. **Sealing Motion:** *Debtors' Motion Pursuant to 11 U.S.C. 107(b),107(c) and 105(a) For Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information About the Confidential Parties Listed in the Debtors' Professional Retention Applications and Schedules.*  ECF No. 67.

   i. **Response Deadline:** March 23, 2023 at 4:00 PM

   ii. **Status:** Adjourned to March 30, 2023 at 11:00 AM (ET).

| | |
|---|---|
| Dated: February 21, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Sean A. O'Neal*<br>Sean A. O'Neal<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |