**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
Colin West
Michele Meises
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  cshore@whitecase.com
   philip.abelson@whitecase.com
   cwest@whitecase.com
   michele.meises@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: gregory.pesce@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2023, a true and correct copy of the *Official Committee of Unsecured Creditors' Reservation of Rights with Respect to the Debtors' Cash Management Motion* [Docket No. 88] was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn sent notifications of such filing

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

1

to all interested parties of record.

I FURTHER CERTIFY that on February 20, 2023, a true and correct copy of the *Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion* [Docket No. 91] was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn sent notifications of such filing to all interested parties of record.

I FURTHER CERTIFY that on February 20, 2023, true and correct copies of these filing were served upon those parties identified on the service list attached hereto as **Exhibit A,** and on February 21, 2023 upon those parties identified on the service list attached hereto as **Exhibit B,** in the manner specified therein.

[*Remainder of page left intentionally blank*]

Dated: February 24, 2023
      New York, New York

                                                 Respectfully submitted,

                                                 /s/ *J. Christopher Shore*
                                                 **WHITE & CASE LLP**
                                                 J. Christopher Shore
                                                 Philip Abelson
                                                 Colin West
                                                 Michele Meises
                                                 1221 Avenue of the Americas
                                                 New York, New York 10020
                                                 Telephone: (212) 819-8200
                                                 Facsimile:  (212) 354-8113
                                                 Email:  cshore@whitecase.com
                                                       philip.abelson@whitecase.com
                                                       cwest@whitecase.com
                                                      michele.meises@whitecase.com

                                               – and –

                                               **WHITE & CASE LLP**
                                               Gregory F. Pesce (admitted *pro hac vice*)
                                               111 South Wacker Drive, Suite 5100
                                               Chicago, Illinois 60606
                                               Telephone: (312) 881-5400
                                               Facsimile:  (312) 881-5450
                                               Email:  gregory.pesce@whitecase.com

                                               *Proposed Counsel to the Official*
                                               *Committee of Unsecured Creditors*

## EXHIBIT A

## Via Electronic Service

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
| --- | --- | --- | --- |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem | eneiger@askllp.com<br>mudem@askllp.com |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak | jhollembeak@bairdholm.com |
| Proposed Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey | jamassey@cgsh.com |
| Proposed Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com |
| Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman, Christine Porter, & Herb Baer | genesisteam@ra.kroll.com<br>serviceqa@ra.kroll.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | eric.daucher@nortonrosefulbright.com victoria.corder@nortonrosefulbright.com victoria.corder@nortonrosefulbright.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov andy.velez-rivera@usdoj.gov tara.tiantian@usdoj.gov |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin | brosen@proskauer.com vindelicato@proskauer.com mvolin@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant | jsazant@proskauer.com |
| Securities And Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | david.jones6@usdoj.gov jeffrey.oestericher@usdoj.gov carina.schoenberger@usdoj.gov lawrence.fogelman@usdoj.gov peter.aronoff@usdoj.gov linda.riffkin@usdoj.gov |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | jeffrey.saferstein@weil.com ronit.berkovich@weil.com jessica.liou@weil.com furqaan.siddiqui@weil.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com<br>philip.abelson@whitecase.com<br>michele.meises@whitecase.com |

## **EXHIBIT B**

Via UPS Overnight Mail

Chambers of the Honorable Sean H. Lane
US Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 147
White Plains, New York 10601

Genesis Global Holdco, LLC
Attn: Derar Islim
250 Park Avenue South
5th Floor
New York, New York 10003