WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Barry Habib*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorney appearing:   James M. Sullivan (jsullivan@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

Genesis Global Holdco, LLC,

         Debtor.
-----------------------------------------------------------------x

        Chapter 11

        Case No. 23-10063-shl

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that:

  1. Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and 11 U.S.C. §§ 102(1), 342 and 1109, the undersigned attorneys appear as counsel for *Barry Habib,* a creditor and party in interest, and request that all notices given or required to be given in this case and all related cases and proceedings, and all papers served or required to be served in this case and all related cases and proceedings, be given to and served upon:

> James M. Sullivan
> WINDELS MARX LANE & MITTENDORF, LLP
> 156 West 56th Street
> New York, New York 10019
> Tel. (212) 237-1000 / Fax. (212) 262-1215
> Email: jsullivan@windelsmarx.com

  2. The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

{12153535:1}

informal, whether written or oral and whether transmitted or conveyed by mail, courier, hand delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way the Debtor, any right or interest of the Debtor, or affects or seeks to affect any rights or interest of any party in interest in this case or any related proceeding.

3.      Neither this Notice nor any later appearance, pleading, claim, or suit shall waive the rights of *Barry Habib* to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated:  New York, New York            WINDELS MARX LANE & MITTENDORF, LLP
        March 3, 2023                 *Attorneys for Barry Habib*

                                      By:   */s/ James M. Sullivan*
                                            James M. Sullivan (jsullivan@windelsmarx.com)
                                            156 West 56th Street
                                            New York, New York 10019
                                            Tel. (212) 237-1000 / Fax. (212) 262-1215

{12153535:1}                                       2

## CERTIFICATION OF SERVICE

I hereby certify that on the 28th day of February, 2023, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served electronically by ECF notification from the court to counsel for the Debtor, the U.S. Trustee, and all interested parties.

Dated: New York, New York
March 3, 2023

                              WINDELS MARX LANE & MITTENDORF, LLP
                              *Attorneys for Barry Habib*

                By:    */s/ James M. Sullivan*
                          James M. Sullivan (jsullivan@windelsmarx.com)
                          156 West 56th Street
                          New York, New York 10019
                          Tel. (212) 237-1000 / Fax. (212) 262-1215