**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the (1) Agenda Service List attached hereto as **Exhibit A**; and (2) Banks Service List attached hereto as **Exhibit B**:

- Agenda for Second Day Hearing to be Held February 22, 2023 at 11:00 a.m. (ET) [Docket No. 89]

Dated: March 1, 2023

*/s/ Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 1, 2023, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

SRF 67424

## Exhibit A

Exhibit A
Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | 212-918-3427 | eneiger@askllp.com<br>mudem@askllp.com | Facsimile and Email |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak<br>1700 Farnam St. Ste. 1500<br>Omaha NE 68102 | 402-344-0588 | jhollembeak@bairdholm.com | Facsimile and Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 147<br>White Plains NY 10601 | | | Overnight Mail |
| Proposed Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey<br>2112 Pennsylvania Avenue, N.W.<br>Washington DC 20037 | | jamassey@cgsh.com | Email |
| Proposed Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro<br>One Liberty Plaza<br>New York NY 10006 | | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York NY 10004 | 212-422-4726 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com | Facsimile and Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | mimi.m.wong@irscounsel.treas.gov | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | mimi.m.wong@irscounsel.treas.gov | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | 212-446-4900 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com | Facsimile and Email |
| Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte<br>800 Third Avenue<br>New York NY 10022 | 212-488-1220 | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com | Facsimile and Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Suite 1401<br>Newark NJ 07102 | 973-622-5314 | jbernstein@mdmc-law.com | Facsimile and Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | 212-483-9129 | nleonard@mdmc-law.com | Facsimile and Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | 973-425-0161 | vshea@mdmc-law.com | Facsimile and Email |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | 212-318-3400 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Facsimile and Email |

Exhibit A

Agenda Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | | cward@polsinelli.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | | jeremy.johnson@polsinelli.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin<br>Eleven Times Square<br>New York NY 10036 | | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | | jsazant@proskauer.com | Email |
| Securities And Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen<br>125 Broad Street<br>New York NY 10004 | 212-558-3588 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>jensenc@sullcrom.com | Facsimile and Email |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui<br>767 Fifth Avenue<br>New York NY 10153 | 212-310-8007 | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com | Facsimile and Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606 | 312-881-5450 | gregory.pesce@whitecase.com | Facsimile and Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | 212-354-8113 | cshore@whitecase.com<br>philip.abselson@whitecase.com<br>michele.meises@whitecase.com | Facsimile and Email |

In re: Genesis Global Holdco, LLC, et al.
Case No. 22-10063 (SHL)

Page 2 of 2

**Exhibit B**

Exhibit B

Banks Service List

Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| BANKING CIRCLE | AMERIKA PLADS 38 | KOBENHAVN | | | | 2100 | DENMARK | | Overnight Mail |
| CONTINENTAL STOCK TRANSFER & TRUST | 1 STATE STREET | 30TH FLOOR | | NEW YORK | NY | 10004 | | | Overnight Mail |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | 6 RAFFLES QUAY | #23 01 | | | | S048580 | SINGAPORE | | Overnight Mail |
| INTERACTIVE BROKERS | ONE PICKWICK PLAZA | | | GREENWICH | CT | 06830 | | | Overnight Mail |
| JPMORGAN CHASE BANK, NA | ATTN: JULIETTE LAM | 575 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | | juliette.k.lam@jpmorgan.com | Overnight Mail and Email |
| JPMORGAN CHASE BANK, NA SINGAPORE | ATTN: JULIETTE LAM | 88 MARKET STREET | CAPITASPRING, #30-00 | | | 048948 | SINGAPORE | juliette.k.lam@jpmorgan.com | Overnight Mail and Email |
| KRAKEN CUSTODIAL | PAYWARD VENTURES INC. | 237 KEARNEY STREET #102 | | SAN FRANCISCO | CA | 94108 | | | Overnight Mail |
| MAREX CAPTIAL MARKETS, INC. | 425 S FINANCIAL PLACE | SUITE 1850 | | CHICAGO | IL | 60605 | | | Overnight Mail |
| METROPOLITAN COMMERCIAL BANK | ATTN: BRAYAN LOPEZ SALAZAR | 99 PARK AVE. | 13TH FLOOR | NEW YORK | NY | 10016 | | blopezsalazar@mcbankny.com | Overnight Mail and Email |
| METROPOLITAN COMMERCIAL BANK | ATTN: CHRIS JONES | 99 PARK AVE. | 13TH FLOOR | NEW YORK | NY | 10016 | | cjones@mcbankny.com | Overnight Mail and Email |
| SIGNATURE BANK | ATTN: NICOLE SANTIAGO | 1400 BROADWAY | 26TH FLOOR | NEW YORK | NY | 10018 | | nsantiago@signatureny.com | Overnight Mail and Email |
| SIGNATURE BANK | ATTN: SARMEN SARYAN | 1400 BROADWAY | 26TH FLOOR | NEW YORK | NY | 10018 | | ssaryan@signatureny.com | Overnight Mail and Email |
| SILVERGATE BANK | ATTN: JAMES LECLAIR | 4250 EXEUCTIVE SQUARE | SUITE 100 | LA JOLLA | CA | 92037 | | jleclair@silvergate.com | Overnight Mail and Email |
| SILVERGATE BANK | ATTN: ZINE MAJID | 4250 EXEUCTIVE SQUARE | SUITE 100 | LA JOLLA | CA | 92037 | | zmajid@silvergate.com | Overnight Mail and Email |
| TRADESTATION CRYPTO, INC. | 8050 SW 10TH STREET | SUITE 4000 | | PLANTATION | FL | 33324 | | | Overnight Mail |

In re: Genesis Global Holdco, LLC, *et al.*
Case No. 22-10063 (SHL)

Page 1 of 1