Sean A. O'Neal
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF EXTENSION OF DEBTORS' TIME
TO FILE SCHEDULES OF ASSETS AND LIABILITIES,
SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, AND STATEMENT OF FINANCIAL AFFAIRS TO MARCH 20, 2023**

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that on January 20, 2023, the Debtors filed the *Debtors' Motion for an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports* [ECF No. 3] seeking an extension of the deadline to file their Statements and Schedules.

**PLEASE TAKE FURTHER NOTICE** that on January 27, 2023 the Bankruptcy Court entered the *Order Extending Time To File Schedules Of Assets And Liabilities, Schedules Of Executory Contracts And Unexpired Leases, Statements Of Financial Affairs, And Rule 2015.3 Financial Reports* [ECF No. 42] (the "Schedule Extension Order"), extending the Debtors' deadline to file their Schedules and Statements to March 9, 2023 without prejudice to the Debtors' right to request additional time with agreement from the U.S. Trustee and without additional Bankruptcy Court approval, provided that any additional extensions agreed upon shall be set forth in a notice filed on the docket.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Schedule Extension Order, the Debtors and the U.S. Trustee have agreed upon an additional extension of the Debtors' deadline to file their Schedules and Statements to March 20, 2023.

| | | |
|---|---|---|
| Dated: | March 6, 2023<br>New York, New York | */s/ Sean A. O'Neal*<br>Sean A. O'Neal<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |