**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Final Order Authorizing the Payment of Certain Taxes and Fees ("Final Taxes and Fees Order") [Docket No. 97]

- Final Order (I) Authorizing, But Not Directing, the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Foreign Vendors, (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims and (III) Granting Related Relief [Docket No. 98]

- Second Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply With the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief [Docket No. 99] ("***Second Interim Cash Management Order***")

- Final Order (I) Authorizing Genesis Asia Pacific PTE. LTD to (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Directing Applicable Banks to Honor All Transfers Related to Such Obligations ("Final Wages and Benefits Order") [Docket No. 100]

- Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 101]

- Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 102] ("***Ordinary Course Professionals Motion Proposed Order***")

- Order Authorizing the Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel for the Debtors and Debtors-in-Possession *nunc pro tunc* to the Petition Date [Docket No. 103]

- Order Authorizing the Employment and Retention of Kobre & Kim LLP as Special Litigation Counsel to the Debtors and Debtors-in-Possession *nunc pro tunc* to February 1, 2023 [Docket No. 104]

- Order Authorizing the Employment and Retention of Morrison Cohen LLP as Special Counsel for the Debtors and Debtors-in-Possession *nunc pro tunc* to the Petition Date [Docket No. 106]

- Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 107]

- Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 108]

On February 24, 2023, at my direction and under my supervision, employees of Kroll caused the Second Interim Cash Management Order to be served by the method set forth on the Banks Service List attached hereto as **Exhibit B**.

On February 24, 2023, at my direction and under my supervision, employees of Kroll caused the Ordinary Course Professionals Motion Proposed Order to be served via first class mail on the Ordinary Course Professionals Service List attached hereto as **Exhibit C**.

SRF 67533

Dated: March 2, 2023

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 2, 2023, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

23-10063-shl    Doc 120    Filed 03/06/23    Entered 03/06/23 14:50:57    Main Document
Pg 4 of 10

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak<br>1700 Farnam St. Ste. 1500<br>Omaha NE 68102 | jhollembeak@bairdholm.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 147<br>White Plains NY 10601 | | First Class Mail |
| Proposed Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey<br>2112 Pennsylvania Avenue, N.W.<br>Washington DC 20037 | jamassey@cgsh.com | Email |
| Proposed Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York NY 10004 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | mimi.m.wong@irscounsel.treas.gov | Email |
| Irs Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com | Email |
| Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte<br>800 Third Avenue<br>New York NY 10022 | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Suite 1401<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Email |

In re: Genesis Global Holdco, LLC, et al.
Case No. 22-10063 (SHL)

Page 1 of 2

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| Securities And Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Securities And Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>jensenc@sullcrom.com | Email |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui<br>767 Fifth Avenue<br>New York NY 10153 | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606 | gregory.pesce@whitecase.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | cshore@whitecase.com<br>philip.abselson@whitecase.com<br>michele.meises@whitecase.com | Email |

In re: Genesis Global Holdco, LLC, et al.
Case No. 22-10063 (SHL)

Page 2 of 2

**Exhibit B**

Exhibit B
Banks Service List
Served as set forth below

| ADDRESSID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12047607 | Name on File | Address on File | | | | | | | | | First Class Mail |
| 12047431 | Name on File | Address on File | | | | | | | | | First Class Mail |
| 12046714 | Name on File | Address on File | | | | | | | | | First Class Mail |
| 12047433 | Name on File | Address on File | | | | | | | | | First Class Mail |
| 12046811 | JPMORGAN CHASE BANK, NA | ATTN: JULIETTE LAM | 575 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 | | juliette.k.lam@jpmorgan.com | First Class Mail and Email |
| 12046812 | JPMORGAN CHASE BANK, NA SINGAPORE | ATTN: JULIETTE LAM | 88 MARKET STREET | CAPITASPRING, #30-00 | | | | 048948 | SINGAPORE | juliette.k.lam@jpmorgan.com | First Class Mail and Email |
| 12047434 | KRAKEN CUSTODIAL | PAYWARD VENTURES INC. | 237 KEARNEY STREET #102 | | | SAN FRANCISCO | CA | 94108 | | | First Class Mail |
| 12047435 | Name on File | Address on File | | | | | | | | | First Class Mail |
| 12046960 | METROPOLITAN COMMERCIAL BANK | 99 PARK AVE. | 13TH FLOOR | | | NEW YORK | NY | 10016 | | broadwaymanagement@metropolitanbankny.com | First Class Mail and Email |
| 12046961 | METROPOLITAN COMMERCIAL BANK | ATTN: BRAYAN LOPEZ SALAZAR | 99 PARK AVE. | 13TH FLOOR | | NEW YORK | NY | 10016 | | blopezsalazar@mcbankny.com | First Class Mail and Email |
| 12047220 | SIGNATURE BANK | ATTN: NICOLE SANTIAGO | 1400 BROADWAY | 26TH FLOOR | | NEW YORK | NY | 10018 | | nsantiago@signatureny.com | First Class Mail and Email |
| 12047219 | SIGNATURE BANK | ATTN: SARMEN SARYAN | 1400 BROADWAY | 26TH FLOOR | | NEW YORK | NY | 10018 | | ssaryan@signatureny.com | First Class Mail and Email |
| 12047226 | SILVERGATE BANK | ATTN: JAMES LECLAIR | 4250 EXEUCTIVE SQUARE | SUITE 100 | | LA JOLLA | CA | 92037 | | jleclair@silvergate.com | First Class Mail and Email |
| 12047225 | SILVERGATE BANK | ATTN: ZINE MAJID | 4250 EXEUCTIVE SQUARE | SUITE 100 | | LA JOLLA | CA | 92037 | | zmajid@silvergate.com | First Class Mail and Email |
| 12047321 | TRADESTATION CRYPTO, INC. | | 8050 SW 10TH STREET | SUITE 4000 | | PLANTATION | FL | 33324 | | | First Class Mail |

**<u>Exhibit C</u>**

# Exhibit C

Ordinary Course Professionals Service List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 12105041 | Allen & Gledhill | One Marina Boulevard #28-00 | | | | 018989 | Singapore |
| 12105045 | Davis Polk & Wardwell LLP | 450 Lexington Avenue | | New York | NY | 10017 | |
| 12105039 | Ernst & Young LLP | 1 Manhattan W 401 9TH Ave | | New York | NY | 10001 | |
| 12105043 | FTI Consulting | 555 12th Street NW | Suite 700 | Washington | DC | 20004 | |
| 12105044 | Gunderson Dettmer | 550 Allerton Street | | Redwood City | CA | 94063 | |
| 12105040 | Reed Smith LLP | 225 5th Ave Ste 1200 | | Pittsburgh | PA | 15222-2716 | |

In re: Genesis Global Holdco, LLC, *et al.*

Case No. 22-10063 (SHL)

Page 1 of 1