CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED AGENDA FOR HEARING TO BE HELD
MARCH 15, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Time and Date of Hearing:** | March 15, 2023, at 2:00 pm (Prevailing Eastern Time) |
| **Location of Hearing:** | Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601. The March 15 Hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

|   |   |
|---|---|
|   | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website |

## AGENDA FOR MARCH 15 HEARING

I. **Pleadings to be Heard at March 15 Hearing**

1. **Moelis Retention Application:** *Application to Employ Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the Debtors, Effective as of the Petition Date.* ECF No. 68.

    i. **General Response Deadline:** February 15, 2023 at 4:00 PM

    ii. **Response Deadline for the UCC:** February 24, 2023 at 4:00 PM

    iii. **No Objections**

    iv. **Related Pleadings:**

        1. *Debtor's Certificate of No Objection.* ECF No. 110.

        2. *Proposed Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the Debtors, Effective as of the Petition Date.* ECF No. 110, Exhibit A.

    v. **Status:** A revised proposed order has been filed and the matter is going forward on an uncontested basis.

2. **Information Protocol Order:** *The Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information.* ECF No. 111.

    i. **General Response Deadline:** March 8, 2023 at 4:00 PM

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward on an uncontested basis.

3. **Cash Management Motion:** *Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF No. 15.

    i. **General Response Deadline:** March 8, 2023 at 4:00 PM.

    ii. **No Objections**

    iii. **Related Pleadings**

        1. *Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 47.

        2. *The Official Committee of Unsecured Creditors' Reservation of Rights With Respect to the Debtors' Cash Management Motion.* ECF No. 88.

        3. *The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion.* ECF No. 91.

        4. *Second Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 99.

    iv. **Status:** A revised proposed final order will be submitted prior to the Hearing. Hearing on the Section 345 Compliance Matter is adjourned to March 30, 2023 at 11:00 AM (ET).

II.   **Matters Adjourned to the Hearing on March 30, 2023 at 2:00 PM**

1.   **Section 345 Compliance Matter – Cash Management Motion:** *Debtors' Motion For Entry of a Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF No. 15.

     v.   **Related Pleadings**

          1. *Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 47.

          2. *The Official Committee of Unsecured Creditors' Reservation of Rights With Respect to the Debtors' Cash Management Motion.* ECF No. 88.

          3. *The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion.* ECF No. 91.

          4. *Second Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 99.

     vi.  **Status:** Hearing on the Final Order is March 15, 2023 at 2:00 PM. Hearing on the Section 345 Compliance Matter is adjourned to March 30, 2023 at 11:00 AM (ET).

Dated: March 13, 2023
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Sean A. O'Neal*
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Proposed Counsel for the Debtors
and Debtors-in-Possession*