**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) ) | Case No. 23-10063 (SHL) |
| Debtors. | ) ) ) | (Joint Administration Pending) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Amanda Parra Criste, hereby request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 cases. I certify that I am a member in good standing of the bar of the State of Florida. I have submitted the filing fee of $200 with the motion for *pro hac vice* admission.

Dated: March 14, 2023
Miami, Florida

*/s/ Amanda Parra Criste*
Amanda Parra Criste
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
E-mail: aparracriste@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.