## Exhibit B

**Pesce Declaration**

AMERICAS 120163393

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DECLARATION OF GREGORY F. PESCE IN SUPPORT OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WHITE &
CASE LLP AS COUNSEL EFFECTIVE AS OF FEBRUARY 10, 2023**

I, Gregory F. Pesce, pursuant to 28 U.S.C. § 1746, hereby declare that the following

is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of White & Case LLP ("**White & Case**"), an international

law firm, which maintains offices for the practice of law at, among other locations, Chicago,

Illinois.  Among other admissions, I am a member in good standing of the Bar of the State of

Illinois and I have been admitted *pro hac vice* in connection with the above-captioned cases.  There

are no disciplinary proceedings pending against me in any jurisdiction.

2.      I submit this declaration (the "**Declaration**") pursuant to sections 328(a) and 1103

of title 11 of the United States Code (the "**Bankruptcy Code**"), Bankruptcy Rules 2014(a) and

Rule 2016, and Local Rules 2014-1, 2016-1 and 9013-1 in support of the *Official Committee of*

*Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and*

*Retention of White & Case LLP as Counsel Effective as of February 10, 2023* (the "**Application**"),

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital,
LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address
for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

filed contemporaneously herewith by the Committee.[2]  To the extent that White & Case determines

that any information disclosed herein requires amendment or modification upon White & Case's

completion of further analysis or as additional information becomes available to it, a supplemental

declaration will be submitted to the Court reflecting the same.  Except as otherwise noted, I have

personal knowledge of the matters set forth herein.[3]

## Qualifications Of White & Case

3.     On February 10, 2023, the Committee selected White & Case to serve as counsel

to the Committee to perform all of the services that are necessary and appropriate to discharge the

Committee's responsibilities and further the interests of the Committee's constituents in the

chapter 11 cases, subject to approval by the Court.

4.     Since that time, White & Case has worked closely with the Committee and its other

professionals with respect to the chapter 11 cases.  The Committee selected White & Case to serve

as its counsel based in part upon the firm's extensive knowledge, experience, and expertise in

representing stakeholders in chapter 11 cases.  White & Case also has extensive expertise in other

fields of law that are implicated by the chapter 11 cases, including, among others, financial

technology law, corporate law, commercial litigation, banking and finance law, and tax law.  Given

the firm's experience and knowledge in these fields, White & Case believes that it is well qualified

and able to act on the Committee's behalf in connection with the chapter 11 cases.

## Services To Be Provided

5.     The Committee has requested that White & Case render various services, including

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3]     Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

2

the following:

(a)    assist and advise the Committee regarding its rights, powers, and duties under the Bankruptcy Code and in connection with these chapter 11 cases;

(b)    assist and advise the Committee in its consultations and negotiations with the Debtors concerning the administration of the chapter 11 cases;

(c)    assist and advise the Committee in its examination, investigation, and analysis of the acts, conduct, assets, liabilities, and financial condition of the Debtors, including without limitation, reviewing and investigating prepetition transactions, the operation of the Debtors' business, and the desirability of the continuance of such business;

(d)    assist and advise the Committee in the formulation, review, analysis, and negotiation of any chapter 11 plan(s) that have been or may be filed and assist the Committee in the formulation, review, analysis, and negotiation of the disclosure statement accompanying any chapter 11 plan(s);

(e)    take all necessary action to protect and preserve the interests of the Committee and creditors holding general unsecured claims against the Debtors' estates, including (i) the investigation and possible prosecution of actions enhancing the Debtors' estates, and (ii) review and analysis of claims filed against the Debtors' estates;

(f)    review and analyze motions, applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

(g)    prepare on behalf of the Committee all necessary pleadings, applications, memoranda, orders, reports, and other papers, including, if applicable, any request for appointment of a trustee or examiner under section 1104 of the Bankruptcy Code, in support of positions taken by the Committee;

(h)    represent the Committee at all court hearings, statutory meetings of creditors, and other proceedings before this Court;

(i)    assist and advise the Committee in the review, analysis, and negotiation of any financing agreements;

(j)    assist and advise the Committee as to its communications with its constituents regarding significant matters in these chapter 11 cases, including but not limited to, communications required under section 1102(b)(3) of the Bankruptcy Code; and

(k)    perform such other legal services as required or otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers

3

and duties set forth in the Bankruptcy Code, the Bankruptcy Rules, or other applicable law.

6.      Subject to the Court's approval of the Application, White & Case is willing to serve as the Committee's counsel in the chapter 11 cases and to perform the services described above.

**Compliance with Sections 1103(b) and 328(c) of the Bankruptcy Code**

7.      I am not, nor is White & Case, an insider of the Debtors.  To the best of my knowledge, White & Case (i) does not hold or represent any interest in the chapter 11 cases that is adverse to the Committee or the Debtors that would preclude the firm from acting as counsel to the Committee to the extent provided under section 1103(b) of the Bankruptcy Code, and, (ii) to the extent applicable to White & Case's retention by the Committee, is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code and as may be incorporated by section 328(c) of the Bankruptcy Code.

**I.    Connections Search and Disclosure Process**

8.      In accordance with Bankruptcy Rule 2014(a), prior to filing the Application, White & Case conducted a disclosure review with respect to the firm's connections to the Debtors and the most significant parties in interest in the chapter 11 cases based upon a list of interested parties supplied by counsel to the Debtors.

9.      To conduct this review, we caused the names of the parties identified by the Debtors and provided to White & Case as set out in **Schedule 1** annexed hereto (the "**Potential Parties in Interest**") to be run through White & Case's conflicts department to determine whether White & Case has connections to such parties and, if so, whether such connections relate in any way to the proposed representation of the Committee in these chapter 11 cases.

10.     As of this filing, White & Case has completed its review of the names listed on Schedule 1.  Based on reports generated by White & Case's conflicts department, **Schedule 2**

annexed hereto identifies that White & Case currently represents, or has represented within the last two (2) years, certain individuals, entities or their affiliates who are, or appear to be, Potential Parties in Interest in matters unrelated to the Debtors, the chapter 11 cases, or such entities' claims against and interests in the Debtors.[4] Of the entities listed on Schedule 2, none represented more than 1% of White & Case's revenue for the twelve-month period through January 31, 2023, except as identified on Schedule 2.

11.    To the best of my knowledge and information, White & Case does not hold or represent any interest adverse to the Committee, the Debtors, or their estates and, except as disclosed on Schedule 2, does not have any "connections" to the Debtors' creditors, affiliates, other parties in interest and potential parties in interest, the Office of the United States Trustee, or the United States Bankruptcy Judge assigned to the chapter 11 cases.  I do not believe that any of the representations described on Schedule 2 or listed herein are materially adverse to the interests of the Committee, the Debtors, or their estates.  In light of the possibility that certain creditors or other parties in interest may not have been identified on Schedule 1, White & Case discloses that it may have represented, may currently represent, or may in the future represent such entities in matters wholly unrelated to the chapter 11 cases that may be Potential Parties in Interest in the chapter 11 cases.  White & Case's disclosures on Schedule 2 are based on its searches of its

---

[4]    The term "client" means an entity listed as a client or affiliate of a client in an active or closed matter in White & Case's conflicts search system.  To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest may be disclosed in only one category.  Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise is for convenience only and is not, and shall not be construed as, an acknowledgment or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors. Additionally, (i) Schedule 2 is over inclusive generally, (ii) whether an actual client relationship exists with the entities listed on Schedule 2 can only be determined by reference to the documents governing White & Case's representation rather than its potential listing in White & Case's conflicts database(s), (iii) such analysis has not been undertaken in connection with this connections disclosure, and (iv) where particular name(s) provided by the Debtors are incomplete or ambiguous, White & Case's search was broad and inclusive and erred on the side of disclosure.

AMERICAS 120163393

electronic databases for the names on Schedule 1, but the information listed on the attached schedules may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  To the extent that White & Case becomes aware of any such additional Potential Parties in Interest, White & Case will promptly run such new Potential Parties in Interest through White & Case's conflicts department and file a supplemental declaration, if necessary.  White & Case will also periodically refresh the search results regarding previously-identified Potential Parties in Interest and, to the extent that disclosures for new connections are appropriate, White & Case will file a supplemental declaration regarding same.

12.     White & Case is a large global law firm.  The firm and its lawyers provide an extremely broad range of services to numerous clients throughout the world.  Because of the firm's extensive worldwide legal practice, including numerous representations and involvements in bankruptcy cases as counsel to debtors and other parties in interest, White & Case represents or has in the past represented, in matters unrelated to the Debtors or the chapter 11 cases, clients that are adverse, or could be considered potentially adverse, to creditors of the Debtors and other parties in interest in the chapter 11 cases, in matters unrelated to the chapter 11 cases.  In addition, White & Case is likely in the future to represent certain creditors and equity security holders of the Debtors and other parties in interest on matters unrelated to the Debtors or the chapter 11 cases.  However, I do not believe that such representations would preclude White & Case's representation of the Committee on the matters for which it is to be engaged.

## II.     Disclosures as to Specific Parties in Interest

### a.  Celsius

13.     White & Case currently represents the Official Committee of Unsecured Creditors (the "**Celsius Committee**") of Celsius Network LLC, and its debtor affiliates (the "**Celsius**

AMERICAS 120163393

**Debtors**") in the cases styled as *In re Celsius Network LLC*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.) (the "**Celsius Matters**") as its counsel.  White & Case is not aware of any transfers between any Debtor and the Celsius Debtors; however, certain Debtors may hold claims or causes of action against certain Celsius Debtors.

14.    White & Case has not represented, and will not represent, the Celsius Committee in any matter adverse to the Debtors during the pendency of the Debtors' chapter 11 cases.  To the extent necessary, the Committee will engage separate counsel with respect to any matters directly involving the Debtors and the Celsius Debtors that arise during the Debtors' chapter 11 cases.

15.    White & Case's representation of the Celsius Committee is not related to the Debtors or these chapter 11 cases.  To the extent that situation were to change, White & Case will not represent the Celsius Committee in connection with these chapter 11 cases.  In light of the foregoing, I do not believe that White & Case's representation of the Celsius Committee in connection with the Celsius Matters affects whether White & Case meets the standard for the retention of Committee counsel under the Bankruptcy Code.

   **b.  FTX**

16.    On November 15, 2022, Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacities as joint provisional liquidators of FTX Digital Markets Ltd., a non-debtor affiliate of the FTX Trading Ltd. and its debtor affiliates (in such capacities, the "**FTX Digital Markets JPLs**"), commenced a case under chapter 15 of the Bankruptcy Code, which case is pending in the U.S. Bankruptcy Court for the District of Delaware (the "**FTX Digital Markets Chapter 15 Case**").

17.    As of November 15, 2022, White & Case was engaged by the FTX Digital Markets JPLs in connection with the FTX Digital Markets Chapter 15 Case and certain related matters

7

(collectively, the "**FTX Digital Markets Matters**").  White & Case is not aware of any transfers between any Debtor and FTX Digital Markets; however, certain Debtors may hold claims or causes of action against FTX Digital Markets.

18.      White & Case has not represented, and will not represent, the FTX Digital Markets JPLs in any matter adverse to the Debtors during the pendency of the Debtors' chapter 11 cases. To the extent necessary, the Committee will engage separate counsel with respect to any matters directly involving the Debtors and FTX Digital Markets JPLs that arise during the Debtors' chapter 11 cases.

19.      White & Case's representation of the FTX Digital Markets JPLs is not related to the Debtors or these chapter 11 cases.  To the extent that situation were to change, White & Case will not represent the FTX Digital Markets JPLs in connection with these chapter 11 cases.  In light of the foregoing, I do not believe that White & Case's representation of the FTX Digital Markets JPLs in connection with the FTX Digital Markets Matters affects whether White & Case meets the standard for the retention of Committee counsel under the Bankruptcy Code.

### c.    Affirmative Statement

20.      Based upon the information available to me, after following the procedures described herein, and except as otherwise described on Schedule 2 hereto or herein, I believe White & Case holds no interest adverse under section 1103(b) of the Bankruptcy Code.  Further, I submit that White & Case is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

### Professional Compensation

21.      White & Case has agreed to serve as counsel to the Committee and receive compensation and reimbursement in accordance with its standard billing practices for services

8

rendered and expenses incurred on behalf of the Committee, in accordance with sections 328, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, or as otherwise ordered by the Court.

22.    White & Case will charge its then current standard rate for the professional services that the White & Case has provided to date and will provide in the future.  Currently, the hourly rates charged by White & Case in its U.S. offices range from $1,370 to $2,100 for partners, $1,310 for counsel, $740 to $1,270 for associates, and $215 to $640 for paraprofessionals.  White & Case has advised the Committee that the hourly rates set forth above are subject to periodic review and adjustment in the normal course of the firm's business, typically on January 1st of each year, and due to the increased experience of a particular professional.  Such adjustments were last made in January 2023.  In the event that its billing rates increase, White & Case will provide notice of any rate increases in the fee statements in which such increased rates are in effect.

23.    The hourly rates set forth above are White & Case's current standard rates and (as noted above) are subject to periodic adjustment in the ordinary course of business.  These rates are set at a level designed to fairly compensate White & Case for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

24.    White & Case also charges its clients in all areas of practice for expenses incurred in connection with each client's case.  The expenses charged to clients include, among other things, printing and photocopying, postage and package delivery charges, e-discovery expenses, court fees, transcript costs, travel expenses, expenses for overtime meals, and computer-aided research. White & Case will seek reimbursement, subject to the Court's approval, for all such expenses incurred by White & Case on the Committee's behalf.  All requests for reimbursement of expenses will be consistent with any guidelines established by the Court.

25.    White & Case shall apply to this Court for allowance of compensation for

AMERICAS 120163393

professional services rendered and reimbursement of expenses in accordance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, Administrative Order M-447 (*Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.)), any other applicable procedures and orders of the Court, for all professional services performed and expenses incurred in the chapter 11 cases.

26.    Further, White & Case also intends to make a reasonable effort to comply with United States Trustee requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**").

27.    The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines:

| **Question:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
|---|---|
| **Answer:** | No. |
| **Question:** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Answer:** | No. |
| **Question:** | If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve (12) months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Answer:** | White & Case did not represent the Committee prepetition. |
| **Question:** | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |

10

**Answer:**    The Committee has approved a framework for White & Case's staffing for the initial stage of the chapter 11 case. In light of the unique nature of these proceedings and the various stakeholders involved, White & Case and the Committee are in the process of finalizing a staffing and budget plan for the remainder of the chapter 11 cases, which White & Case expects to occur prior to the objection deadline for this Application. Without limiting the generality of the foregoing, in light of any number of unforeseeable events may arise in large chapter 11 cases, the Committee and White & Case may need to refine or amend any budget or staffing plan, as necessary. Any budget or staffing plan is intended as an estimate and not as caps or limitations on fees or expenses that may be incurred or on the professionals or paraprofessionals who may advise the Committee in these chapter 11 cases. In accordance with the U.S. Trustee Guidelines, the budget may be approved or amended as necessary to reflect changed or unanticipated developments.

28.    Pursuant to Bankruptcy Rule 2016(b), White & Case has no agreement with any other entity to share any compensation received by White & Case, except as permitted under section 504(b)(1) of the Bankruptcy Code. White & Case has not received any promises as to payment or compensation in connection with the chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code and as disclosed herein.

29.    Based upon the foregoing, I respectfully submit that the requirements for White & Case's retention as attorneys for the Committee have been met.

AMERICAS 120163393

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 16, 2023

Respectfully submitted,

*/s/ Gregory F. Pesce*
Gregory F. Pesce
Partner, White & Case LLP

AMERICAS 120163393

## Schedule 1

**Parties in Interest List Received from Debtors**

AMERICAS 120163393

**Schedule 1**

**Potential Parties-in-Interest**

**Debtor Entities**
Genesis Asia Pacific PTE. LTD
Genesis Global Capital LLC
Genesis Global Holdco, LLC

**Non-Debtor Affiliates**
Genesis Asia (Hong Kong) Limited
Genesis Bermuda Holdco Limited
Genesis Custody Limited
Genesis Global Assets, LLC
Genesis Global Labs, LLC
Genesis Global Markets Limited
Genesis Global Trading, Inc.
Genesis UK Holdco Limited
GGA International Limited (BVI)
GGC International, Ltd (BVI)

**Major Equity Holders**
Digital Currency Group, Inc.

**Major Equity Holders' Counsel**
Weil, Gotshal, and Manges LLP

**Senior Management**
Agnes Chen Meiyun
Alice Chan
Andrew Sullivan
Brian Bulthius
Diana Kim

**Current Directors**
A. Derar Islim
Arianna Pretto-Sakmann
Gan Lee Teng
Lip Chih Ng
Matthew Johnson
Mark Murphy
Michael Kraines
Michael Patterson
Sugandhi Govil
Paul Aronzon

Tom Conheeney

**Debtors' Restructuring Professionals**
Cleary Gottlieb Steen & Hamilton LLP
Alvarez & Marsal Holdings, LLC
Kobre & Kim LLP
Kroll Restructuring Administration LLC
Moelis & Company

**Material Contract Counterparties**
Talos Trading, Inc.
WorkSocial.com LLC

**Insurers**
Axis Capital
Forge Insurance Company
Lloyd's of London
Starr Insurance & Reinsurance Limited
Woodruff Sawyer

**Bankruptcy Court for the Southern District of New York**
Ali Ismail
Brenda Robie
Chantel Barrett
Christine Azzaro
Connor Farley
Daniel Slemmer
Deanna Anderson
Dorie Arthur
Francis O'Rourke
Graham Fisher
Greg White
Hon. Cecelia G. Morris
Hon. David S. Jones
Hon. James L. Garrity, Jr.
Hon. John P. Mastando
Hon. Lisa G. Beckerman
Hon. Martin Glenn
Hon. Michael E. Wiles
Hon. Philip Bentley
Hon. Sean H. Lane

Ian Kitts
Jacob Schuerger
Jacqueline DePierola
James Vincenti
Jaqueline Tran
Jenna MacDonald
Jennifer Pollan
John Churchill
John Kuebler
Julia Bonnell
Karra Puccia
Leslie Wybiral
Liza Ebanks
Lorraine Echevarria
Lynda Calderon
Maria Rodriguez-Castillo
Sarah Rosenthal
Tammi Hellwig
Tracey Mercado
Tyler Talton
Vanessa Ashmeade
Willie Rodriguez

**U.S. Trustee Office, Region 2, Southern District of New York, Manhattan Division**
Abriano, Victor
Allen, Joseph
Arbeit, Susan
Bentley, Phillip
Black, Christine
Bruh, Mark
Cornell, Shara
Gannone, James
Harrington, William K.
Higgins, Benjamin J.
Higgins, David S.
Joseph, Nadkarni
Leonhard, Alicia
Masumoto, Brian S.
Mendoza, Ercilia A.
Moroney, Mary V.
Morrissey, Richard C.
Ogunleye, Alaba
Penpraze, Lisa
Riffkin, Linda A.
Rodriguez, Ilusion

Schmitt, Kathleen
Schwartz, Andrea B.
Schwartzberg, Paul K.
Scott, Shannon
Sharp, Sylvester
Tiantian, Tara
Van Baalen, Guy A.
Velez-Rivera, Andy
Vescovacci, Madeleine
Wells, Annie
Zipes, Greg M.

**Taxing Authorities**
Monetary Authority of Singapore

**Debtors' Banks & Financial Services Providers**
Anchorage Lending CA, LLC
Banking Circle
Continental Stock Transfer & Trust
Houlihan Lokey
Industrial and Commercial Bank of China
Interactive Brokers
JPMorgan Chase Bank, NA
JPMorgan Chase Bank, NA Singapore
Kraken
Marex Captial Markets, Inc.
Metropolitan  Commercial Bank
Signature Bank
Silvergate Bank
Tradestation

**Significant Vendors**
250 Park LLC
ACRION GROUP INC/Dmitri Gofshtein
Agon Litigation
Amazon Web Services
American Arbitration Association
Anchorage Digital Bank, National Association
Andy McMullen
BitGo, Inc.
Bloomberg LP
CAPITEQ PTE. LTD.
CDW Direct LLC

2

Chicago Mercantile Exchange Inc NEED PO
CJD Technologies
CloudFlare, Inc.
CMS Cameron McKenna Nabarro Olswang LLP
Coinbase Custody Trust
Compliancy Services
Corver Roos
Cyberfort Ltd
Dashlane USA Inc
Davis Polk & Wardwell LLP
DCG Real Estate Management LLC
Donnelley Financial LLC
Driven
Ernst & Young LLP
Fireblocks Inc.
Friedman LLP
GitLab Inc
Global Fund Media Limited
Goodwin Procter LLP
Gowling WLG (Canada) LLP
Grab Pte. Ltd.
Halborn Inc.
IBM Corporation
I-Net Technologies
Inland Revenue Authority Of Singapore
Intelliware Development Inc
ISS Facility Services Private Limited
JAMS, Inc.
Kleinberg Kaplan Wolff & Cohen P.C.
Kyte Broking Limited
Levin Group Ltd
Mana Holdings Ltd
Managed Funds Association
Massive Computing, Inc
Meitar Law Offices
Milken Institute
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
Mitchell Martin
Moore & Van Allen PLLC
Mount Studio Pte Ltd
Murphy & Mcgonigle P.C.
Nakul Verma
Numerix LLC

Office Secretaries Pte Ltd.
Okta Inc
One Raffles Quay Pte Ltd
One11 Racing LLC
OnStream LLC
Opswat, Inc.
Opus Recruitment Solutions Ltd
Ordinary Folk
Orrick, Herrington & Sutcliffe, LLP
Papaya Global, Inc.
Perkins Coie LLP
Phaidon International Inc
Pico Quantitative Trading
Private Chefs of Atlanta
Pythian Services, Inc.
Reed Smith Pte. Ltd
Richards Layton & Finger
Roman Mashtalyar
SALT Venture Group, LLC
Savills (Singapore) PTE LTD
Shearman & Sterling LLP
Singtel (Singapore Telecommunications Limited)
Snowflake Inc.
Spire Search Partners
Stop Pest Control Of NY, INC.
STORM2 PTE LTD
Stott and May
Structure Works
T2 CONSULTING, LLC
The Furniture X-Change
The TIE, Inc
Unispace Of Boston, LLC
United Corporate Services Inc
VIP Sports Marketing, Inc.
Wolters Kluwer financial Services Inc.
Woodruff Sawyer
Xenetix Pte Ltd

**Litigation Counterparties**



3



Coinhouse
Cumberland DRW LLC

Digital Finance Group
Donut, Inc.
Heliva International Corp

Levity & Love, LLC

Mirana Corp.
Moonalpha Financial Services Limited

Plutus Lending LLC

Ripio International

Schnutz Investments LP
Stellar Development Foundation
Streami Inc.

The Badger Technology Company
Holdings, Ltd.
Valour, Inc.
VanEck New Finance Income Fund, LP

Winah Securities S.A.

**Potential M&A Counterparties**

**Top 50 Creditors**
Altcoinomy SA

Bayhawk Fund LLC

Big Time Studios Ltd.

Caramila Capital Management LLC
Claure Group LLC
Coincident Capital International, Ltd.





## Schedule 2

### White & Case's Relationships with Parties in Interest

| Category | Name | Open/Closed |
|---|---|---|
| Bankruptcy Court for the Southern District of New York | Ali Ismail | Closed |
| Debtors' Banks & Financial Services Providers | Anchorage Lending CA, LLC | Closed |
| Debtors' Banks & Financial Services Providers | ███████████ | Open |
| Debtors' Banks & Financial Services Providers | Houlihan Lokey | Closed |
| Debtors' Banks & Financial Services Providers | ████████████████████ | Open |
| Debtors' Banks & Financial Services Providers | JPMorgan Chase Bank, NA | Closed |
| Debtors' Banks & Financial Services Providers | JPMorgan Chase Bank, NA Singapore | Closed |
| Debtors' Banks & Financial Services Providers | Kraken | Open |
| Debtors' Banks & Financial Services Providers | Signature Bank | Open |
| Debtors' Restructuring Professionals | Alvarez & Marsal Holdings, LLC | Open |
| Debtors' Restructuring Professionals | Moelis & Company | Open |
| Insurers | Axis Capital | Open |
| Major Equity Holders | Digital Currency Group, Inc. | Open |
| Potential M&A Counterparties | ██████████████ | Open |
| Potential M&A Counterparties | ███████████ | Closed |
| Potential M&A Counterparties | █████████████ | Open |
| Potential M&A Counterparties | ██████████ | Closed |
| Potential M&A Counterparties | █████████████ | Open |
| Potential M&A Counterparties | ████████ | Closed |
| Potential M&A Counterparties | ███████ | Open |
| Potential M&A Counterparties | ████████████ | Closed |
| Potential M&A Counterparties | ██████████████ | Closed |
| Potential M&A Counterparties | █████████ | Closed |
| Potential M&A Counterparties | █████████████████ | Closed |
| Potential M&A Counterparties | ████████████ | Closed |
| Potential M&A Counterparties | ██████████ | Closed |
| Potential M&A Counterparties | ████████████ | Open |
| Potential M&A Counterparties | █████████ | Open |
| Potential M&A Counterparties | ██████████ | Closed |
| Potential M&A Counterparties | █████████ | Open |
| Potential M&A Counterparties | █████████ | Open |
| Potential M&A Counterparties | ████████████ | Open |
| Potential M&A Counterparties | ██████████ | Open |
| Potential M&A Counterparties | █████████ | Closed |
| Potential M&A Counterparties | ███████████ | Open |
| Potential M&A Counterparties | █████████ | Closed |
| Potential M&A Counterparties | ███████████████ | Open |
| Potential M&A Counterparties | ██████████ | Closed |
| Potential M&A Counterparties | ██████ | Closed |
| Potential M&A Counterparties | ███████████████ | Open |
| Potential M&A Counterparties | ████████████ | Closed |
| Potential M&A Counterparties | ██████████ | Closed |
| Potential M&A Counterparties | █████████ | Closed |
| Potential M&A Counterparties | ████████ | Closed |
| Potential M&A Counterparties | ██████████ | Closed |

| | | |
|---|---|---|
| Potential M&A Counterparties | | Closed |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Closed |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open[1] |
| Potential M&A Counterparties | | Closed |
| Potential M&A Counterparties | | Closed |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Closed |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Closed |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Open |
| Potential M&A Counterparties | | Closed |
| Significant Vendors | Amazon Web Services | Closed |
| Significant Vendors | American Arbitration Association | Closed |
| Significant Vendors | Anchorage Digital Bank, National Association | Closed |
| Significant Vendors | Bloomberg LP | Open |
| Significant Vendors | Ernst & Young LLP | Open |
| Significant Vendors | GitLab Inc | Open |
| Significant Vendors | Goodwin Procter LLP | Open |
| Significant Vendors | IBM Corporation | Open |
| Significant Vendors | Reed Smith Pte. Ltd | Open |
| Significant Vendors | Snowflake Inc. | Closed |
| Taxing Authorities | Monetary Authority of Singapore | Closed |
| Top 50 Creditors | Donut, Inc. | Open |
| Top 50 Creditors | | Open |
| Top 50 Creditors | | Open |

---

[1]    For the twelve-month period through January 31, 2023, ▮▮▮▮▮▮▮ which may be an affiliate of ▮▮▮ ▮▮▮▮▮▮▮▮▮ represented more than 1% of White & Case's revenue.