CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING FIRST SUPPLEMENT TO LIST OF PROFESSIONALS**
**UTILIZED BY DEBTORS IN THE ORDINARY COURSE OF BUSINESS**

    **PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that, on February 8, 2023, the Debtors filed the *Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [ECF No. 65] (the "Motion").[2]

    **PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business* [ECF No. 102] (the "OCP Order").

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the Motion and entered in the OCP Order, the Debtors hereby modify and supplement the OCP List with the removal of an Ordinary Course Professional and the addition of certain other Ordinary Course Professionals as listed on **Exhibit 1** attached hereto (the "Supplement").

**PLEASE TAKE FURTHER NOTICE** that, within thirty (30) days of the date of filing this Supplement, the additional Ordinary Course Professionals listed on **Exhibit 1** shall file and serve a declaration (the "OCP Declaration") and a completed retention questionnaire (the "OCP Questionnaire") upon the Notice Parties. Any objection to the retention of the additional Ordinary Course Professionals must be filed and served within fifteen (15) days following service of such OCP Declaration and OCP Questionnaire (the "Objection Deadline"), which fifteen (15)-day period may be extended with the consent of the Debtors without further order of the Court. Objections, if any, shall be served upon the affected Ordinary Course Professional and the Notice Parties on or before the Objection Deadline. If an objection received on or before the Objection Deadline with respect to the additional Ordinary Course Professional cannot be resolved, a hearing on the matter shall be held at the next reasonably available regularly scheduled hearing date. If no objection is timely submitted on or before the Objection Deadline, or if all timely objections are withdrawn or resolved, the Debtors shall be authorized to retain such additional Ordinary Course Professional, without the necessity of a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that, following the Debtors' retention of the additional Ordinary Course Professionals listed on **Exhibit 1**, such additional Ordinary Course Professionals shall be required to comply with the requirements of the OCP Order.

| | | |
|---|---|---|
| Dated: | March 20, 2023<br>New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

# **EXHIBIT 1**

**Ordinary Course Professional Supplement**

**Additional Ordinary Course Professionals Subject to $100,000 Monthly Cap**

| Ordinary Course Professional | Service Provided |
|---|---|
| Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 | Nevada Counsel |
| JK Medora, 22 Malacca Street, RB Capital, Building #03-02, Singapore 048980 | Tax Advisor |
| Morgan Lewis Stamford LLC, 10 Collyer Quay, #27-00 OceanFinancial Center, Singapore 049315 | Singapore Counsel |

**Ordinary Course Professionals Removed from the Ordinary Course Professional List**

| Ordinary Course Professional | Service Provided |
|---|---|
| Ernst & Young LLP, 1 Manhattan W 401 9th Ave, New York, NY, 10001 United States | Tax and Compliance Work |