**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### GLOBAL NOTES AND STATEMENT OF
### LIMITATIONS, METHODOLOGY AND DISCLAIMERS
### REGARDING THE DEBTORS' SCHEDULES OF ASSETS
### AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Genesis Global Holdco, LLC and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor" and collectively, the "Debtors," and the cases, the "Chapter 11 Cases")), have filed these respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007–1 of the Bankruptcy Local Rules for the Southern District of New York (the "Local Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements. The Global Notes should be referred to considered in connection with any review of the Schedules and Statements.[2] In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes control.

Mr. A. Derar Islim, Interim Chief Executive Officer of Genesis Global Holdco, LLC, has signed each set of the Schedules and Statements. Mr. Islim is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Islim has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]    These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

Debtors' legal and financial advisors. Mr. Islim has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor contact information.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve all of their rights, including to amend and/or supplement the Schedules and Statements, as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys, and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

**The Schedules and Statements and these Global Notes should not be relied upon by any person or information relating to current or future financial conditions, events, or performance of any of the Debtors.**

## Global Notes and Overview of Methodology

1. **Description of Cases.** On January 19, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.[3] The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only under lead case *In re Genesis Global Holdco, LLC*, Case No. 23-10063 (SHL) (Bankr. S.D.N.Y.).

---

[3]    Copies of publicly filed documents in these chapter 11 cases are available at https://restructuring.ra.kroll.com/genesis/ (free of charge) or the Court's website at https://www.nysb.uscourts.gov/ecf-and-pacer-information (for a fee).

The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 3, 2023, the Office of the United States Trustee for Region 2 (the "U.S. Trustee") appointed an official committee of unsecured creditors [Docket No. 55] (the "Committee"). The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2.     **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (i) amend and/or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim ("Claim")[4] is asserted; (ii) dispute or otherwise assert offsets, setoffs, or other defenses to any Claim reflected or not reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated"). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated" or a waiver of any right to later object to any claim on any grounds. Listing a Claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, in each case, by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' Chapter 11 Cases, including, without limitation, issues involving or defenses against Claims, substantive consolidation, defenses, statutory, equitable subordination, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

   (a)     **No Admission.** Nothing contained in the Schedules and Statements, or the omission of any information in the Schedules or Statements, is intended as, or should be construed as, an admission or stipulation as to any matter addressed in the Schedules or Statements, including as to the validity or priority of any Claim against any Debtor, the status of any Person identified or not identified in the Schedules or Statements (including whether or not a Person is or is not an insider as that term is defined in the Bankruptcy Code) or any assertion made therein or

---

[4]     For the purposes of these Global Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

herein, or a waiver of any Debtor's rights to dispute any Claim or assert any cause of action or defense against any Person.

**(b)**     **Recharacterization.**   The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

**(c)**     **Classifications.**   Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to dispute the characterization or classification of such Claims or contracts or to setoff such Claims, as appropriate, or that such Claim is not subject to objection. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection.

**(d)**     **Estimates and Assumptions.**   The preparation of the Schedules and Statements required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates. The Debtors reserve their rights to amend the reported amount of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

**(e)**     **Causes of Action.**   Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit,

obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have (collectively, "Causes of Action"), and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such Claims, Causes of Action, or avoidance actions or in any way prejudice or impair the assertion of such Claims or Causes of Action.

(f)     **Property Rights.**   Exclusion of certain property, including, but not limited to, intellectual property, from the Schedules and Statements shall not be construed to be an admission that such property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain property, including, but not limited to, intellectual property, shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.   Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all property rights, including but not limited to, intellectual property rights.

(g)     **Cryptocurrency.**   Certain of the Debtors' assets are cryptocurrencies, or digital tokens, based on a publicly accessible blockchain.   Cryptocurrencies are unique assets.   Certain laws and regulations that may be applicable to cryptocurrencies do not contemplate or address unique issues associated with the cryptocurrency economy, are subject to significant uncertainty, and vary widely across U.S. federal, state, and local and international jurisdictions.   The Debtors make no representations or admissions concerning the status of cryptocurrency as a "security" under any state, federal, or local domestic or international statute, including United States federal securities laws, and reserve all rights to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

(h)     **Insiders.**   In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.   Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for:

(a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity could successfully argue that it is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, the listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

3.    **Methodology.**

   (a)    **Basis of Presentation.** Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. The Schedules and Statements have not, however, been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") or International Financial Reporting Standards ("IFRS") and are not intended to reconcile fully with any financial statements of each Debtor prepared under GAAP or IFRS. Therefore, combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that are substantially different from financial information that would be prepared on a consolidated basis under GAAP or IFRS. For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Moreover, given, among other things, the uncertainty surrounding the valuation, collection, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, it is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

   (b)    **Confidential or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, the nature of an agreement between a Debtor and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information (e.g. names, physical addresses and other information), or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the Debtor or applicable third party and in accordance with any order of the Court determining the appropriate scope of redactions in the Schedules and Statements. All such

redacted information shall be made available as directed by orders of the Court or to the individual customer or creditor scheduled, as applicable.

(c)     **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statements.  Except as otherwise discussed below, to the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d)     **Net Book Value.**  In certain instances, current market valuations for certain assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values.  Market values may vary, sometimes materially, from net book values.  The Debtors believe that it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined or unknown.  For this reason, amounts ultimately realized will vary, potentially materially, from net book values.

Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

In addition, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

(e)     **Property.**  The Debtors' office property leases are set forth on Schedule G.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(f)    **Allocation of Liabilities.**  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statement as is necessary or appropriate.  Further, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structures of any such transaction or any document or instrument related to any creditor's claim.

(g)    **Undetermined Amounts.**  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(h)    **Unliquidated Claim Amounts.**  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

(i)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed totals.

(j)    **Valuation of Cryptocurrency.**  Cryptocurrency amounts are generally listed by coin amount rather than a conversion to price in U.S. dollars.  To the extent cryptocurrency values are presented in U.S. dollars, they reflect the valuation as set forth in the Debtors' books and records as of the Petition Date or the time of the relevant transaction, as applicable.  Actual net realizable value may vary significantly.  The Debtors reserve all rights in this respect with such values presented in the Schedules and Statements.

Should the Debtors' plan of reorganization require Claims based in cryptocurrency to be paid out in U.S. dollars, the following conversion chart produced by the Debtors listing the types of cryptocurrency held and the valuation as of 11:11pm EST on January 19, 2023 shall be used to determine the U.S. dollar equivalent amount.

| Cryptocurrency | | Conversion Rate to USD as of January 19, 2023 at 11:11pm ET |
|---|---|---|
| 1INCH | 1inch Network | $0.45 |
| AAVE | AAVE | $81.34 |
| ADA | Cardano | $0.3394 |

| | | |
|---|---|---|
| ALCX | Alchemix | $16.34 |
| ALGO | Algorand | $0.2199 |
| AMP | Amp | $0.00474 |
| ANKR | Ankr | $0.02344 |
| APE | ApeCoin | $4.987 |
| ATOM | Cosmos | $12.168 |
| AVAX | Avalanche | $16.18 |
| AXS | Axie Infinity | $8.37 |
| BAL | Balancer | $6.558 |
| BAT | Basic Attention Token | $0.24002 |
| BCH | Bitcoin Cash | $121.55 |
| BNB | Binance Coin | $294 |
| BNBW_BSC | Wrapped Binance Coin | $0 |
| BNT | Bancor | $0.39 |
| BSV | Bitcoin SV | $43.06 |
| BTC | Bitcoin | $21091.98 |
| BUSD | Binance USD | $1 |
| BUSD_BSC | Binance USD_Binance Smart Chain | $0 |
| CHZ | Chiliz | $0.1278 |
| COMP | Compound | $48.4 |
| CRV | Curve DAO Token | $0.9263 |
| DAI | Multi Collateral Dai | $0.9998 |
| DASH | Dash | $49.06 |
| DOGE | DogeCoin | $0.08148 |
| DOT | Polkadot | $5.864 |
| DPX | Dopex | $0 |
| EOS | EOS | $0.9796 |
| ETC | Ethereum Classic | $20.73 |
| ETH | Ethereum | $1554.65 |
| ETHE | Grayscale Ethereum Trust | $7.85 |
| ETHW | EthereumPoW | $3.84 |
| FET | Fetch.ai | $0.2741 |
| FIL | Filecoin | $4.399 |
| FLOW | Flow | $1.025 |
| FTM | Fantom | $0.30393 |
| FTT | FTX Token | $2.27 |
| GALA | Gala | $0.04558 |
| GBTC | Grayscale Bitcoin Trust | $11.46 |
| GLMR | Moonbeam | $0.3929 |
| GRT | The Graph | $0.0787 |
| GUSD | Gemini Dollar | $1 |
| HBAR | Hedera | $0.0612 |
| HNT | Helium | $2.9796 |
| INJ | Injective | $1.537 |
| KNC | Kyber Network Crystal v2 | $0.804 |
| KNC | Kyber Network Crystal | $0.804 |

| | | |
|---|---|---|
| KSM | Kusama | $33.59 |
| LINK | Chainlink | $6.496 |
| LPT | Livepeer | $5.501 |
| LRC | Loopring | $0.2589 |
| LTC | Litecoin | $84.11 |
| LUNA | Terra | $0.00017375 |
| LUNC | Terra Classic | $0 |
| MANA | Decentraland | $0.6451 |
| MATIC | Polygon | $0.9531 |
| MKR | Maker | $661.19 |
| NEAR | Near | $2.098 |
| NEO | Neo | $7.45 |
| NU | NuCypher | $0.1335 |
| OMG | OMG Network | $1.2462 |
| OXT | Orchid | $0.0757 |
| PAXG | PAX Gold | $1907 |
| POLY | Polymath | $0.1738 |
| RBN | Ribbon Finance | $0.199 |
| REN | Ren | $0.072 |
| RLY | Rally | $0.0098 |
| SAND | The Sandbox | $0.7014 |
| SGB | Songbird | $0 |
| SHIB | Shiba Inu | $0.0000115 |
| SKL | Skale | $0.02727 |
| SNX | Synthetix | $2.24772 |
| SOL | Solana | $21.28 |
| SRM | Serum | $0.424 |
| STORJ | Storj | $0.33317 |
| SUSHI | SushiSwap | $1.1973 |
| TOKE | Tokemak | $0.99 |
| TRX | Tron | $0.06 |
| UMA | UMA | $1.81 |
| UNI | Uniswap | $6.189 |
| USDC | USD Coin | $1.00151 |
| USDP | Pax Dollar | $1 |
| USDT | Tether | $0.99998 |
| USTC | TerraClassicUSD | $0.0219 |
| WBTC | Wrapped Bitcoin | $21079.18 |
| WLUNA | Wrapped Terra | $0 |
| XEC | eCash | $0 |
| XLM | Stellar | $0.084244 |
| XRP | XRP | $0.39088 |
| XTZ | Tezos | $0.999 |
| YFI | Yearn.Finance | $6736.54 |
| ZEC | Zcash | $45.07 |
| ZEN | Horizen | $9.88 |

| ZRX | 0x | $0.20248 |
|---|---|---|

(k)     **Paid Claims.**   Pursuant to certain orders of the Court entered in the Debtors' chapter 11 cases entered shortly after the Petition Date (each, a "<u>First Day Order</u>" and collectively, the "<u>First Day Orders</u>") as well as other orders of the Court, the Debtors have authority to pay certain outstanding prepetition payables; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.   Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated.   Regardless of whether such claims are listed in the Schedules and Statements, to the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.   Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest such payment.

(l)     **<u>Intercompany Receivables and Payables</u>.**   Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records. Intercompany loan amounts scheduled may include accrued and unpaid interest. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion of the Debtors' regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.   For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

As described more fully in the Debtors' *Motion For Entry Of Interim And Final Orders (I) Authorizing Debtors To Continue To Operate The Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, And Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions And Granting Certain Administrative Claims; (III) Extending The Time To Comply With The Requirements Of Section 345 Of The Bankruptcy Code; And (IV) Granting Related Relief* [Docket No. 15] (the "<u>Cash Management Motion</u>"), the Debtors engage in a range of intercompany transactions in the ordinary course of business.   Pursuant to the second interim order granting certain of the relief requested in the Cash Management Motion on an interim basis [Docket No. 99] (the "<u>Cash Management Order</u>"), the Bankruptcy Court has granted the Debtors authority to continue these intercompany transactions in the ordinary course of business on an interim basis.

Thus, intercompany balances as of the Petition Date, as set forth in Schedule E/F or Schedule A/B 77, may not accurately reflect current positions.

**(m)** **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, and other such agreements.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

**(n)** **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries and employee benefit accruals.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other order that may be entered by the Court.  Additionally, certain immaterial or *de minimis* assets and liabilities may have been excluded.

**(o)** **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars or amount of cryptocurrency coins.

**(p)** **Setoffs.**  The Debtors may incur certain setoffs and other similar rights during the ordinary course of business.  Setoffs in the ordinary course can result from various items, including, without limitation, margin call or other lending-related transactions, intercompany transactions, and other disputes between the Debtors and their customers and/or suppliers.  These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and may not be tracked separately.  Therefore, although such setoffs and other similar rights may have been included in the Schedules, other setoffs are not independently accounted for, or may not have occurred by the Petition Date and as such, may be excluded from the Schedules.  The Gemini Collateral as defined in the Restructuring Term Sheet, filed with the court on 2/10/23 Doc 80, is reflected as an offset to the overall Gemini claim in the amount of $354,180,262.  The Debtors reserve all rights related to any purported exercise of remedies by Gemini.

**(q)** **Claims and Causes of Action.**  The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their Causes of Action or potential Causes of Action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any Claims, Causes of Action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(r) **Executory Contracts.** Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract is an executory contract or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, supplements, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Certain of the contracts and agreements listed on Schedule G may also consist of several parts, including purchase orders, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. Unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, memorandums, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The Debtors reserve all of their rights with respect to the executory contracts, including the right to amend Schedule G.

(s) **Umbrella or Master Agreements.** Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. The master service agreements have been listed in Schedule G, but do not reflect any decision by the Debtor as to whether or not such agreements are executory in nature.

(t) **Credits and Adjustments.** The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or

other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

(u)   **Payments.** The financial affairs and businesses of the Debtors are complex. Prior to the Petition Date, the Debtors and their non-Debtor affiliates maintained a cash management and disbursement system in the ordinary course of their businesses, as described in the Cash Management Motion (as defined herein). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

(v)   **Litigation.** Certain litigation actions reflected as claims against a particular Debtor may related to one or more of the other Debtors. The Debtors made reasonable efforts to accurately record those certain litigation actions (the "Litigation Actions") in the Schedules and Statements of the Debtor(s) that is the party to the Litigation Action. The inclusion of any Litigation Action in these Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount, priority and/or treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

**4.    Specific Schedules Disclosures.**

(a)   **Schedule A/B, Question 3 – Checking, Savings, Money Market, or Financial Brokerage Accounts.** Amounts listed are as of the Petition Date for the corresponding Debtor and reflect the actual bank balance, not the net book value.

(b)   **Schedule A/B, Question 15 – Non-Publicly Traded Stock.** Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all subsidiaries and affiliates. Nothing in these Schedules is an admission or conclusion of the Debtors regarding the value of such subsidiary and affiliate equity interests, which, under certain fair market or enterprise valuation analyses, may have value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets. As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

(c)   **Schedule A/B, Question 55 – Real Property.** The Debtors do not own any real property. The Debtors' office and other property leases are set forth on Schedule G.

(d)     **Schedule A/B, Question 72 – Tax Refunds and Unused Net Operating Losses (NOLs).**  The Debtors' response to the schedule question is indicative of certain gross non-tax effected net operating loss ("NOL") values as compared to the GAAP net deferred tax assets associated with such NOLs. The actual tax savings from these NOLs is dependent upon, among other things, the timing, character, and amount of any future or previous years' (provided NOLs are allowed to be carried back) income to which they can be applied. Amounts also do not reflect the consideration of any valuation allowances recorded pursuant to GAAP, which have the effect of reducing associated deferred tax assets.

(e)     **Schedule A/B, Question 73 – Interests in insurance policies or annuities.**  The Debtors have included a listing of their insurance policies in response to Question 73, however, a determination as to the surrender or refund value of each of the insurance policies has not been made and, therefore, the balance is listed as undetermined.

(f)     **Schedule A/B, Question 77 – Other property of any kind not already listed.**  Schedule A/B, Question 77 lists, among other things, the Debtors' cryptocurrency, or digital tokens, assets based on a publicly accessible blockchain in Rider 2. The amounts listed in Rider 3 include collateral posted by the Debtors related to certain borrowings from counterparties. All figures set forth in Schedule A/B, Question 77 are preliminary, unreviewed, and unaudited and are subject to final adjustments following, *inter alia*, completion of quarterly and year-end close procedures.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

(g)     **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to any creditor of any Debtor. The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.

The Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(h)     **Schedule E/F – Creditors Who Have Unsecured Claims.**  The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such

Claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any Claim on any basis at any time.

***Part 1 - Creditors with Priority Unsecured Claims.*** Pursuant to the *Final Order Authorizing the Payment of Certain Taxes and Fees* [Docket No. 97] (the "Taxes Order"), the Court granted the Debtors authority to pay, in their sole discretion, certain tax liabilities and regulatory fees, including certain business licensing fees, that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been or will be paid pursuant to the Taxes Order are not listed in Schedule E.

Furthermore, pursuant to the *Final Order (I) Authorizing Genesis Asia Pacific Pte. Ltd To (A) Pay Certain Employee Wages And Other Compensation And Related Obligations And (B) Maintain And Continue Employee Benefits And Programs In The Ordinary Course, And (II) Authorizing And Directing Applicable Banks To Honor All Transfers Related To Such Obligations* [Docket No. 100] (the "Wages Order"), the Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits, in the ordinary course of business. The Debtors believe that all such Claims have been, or will be, satisfied in the ordinary course during their Chapter 11 Cases pursuant to the authority granted in the Wages Order, and such satisfied amounts are not set forth on Schedule E.

The listing of a claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2 are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of Claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed Claims or the correct amount of all unsecured Claims. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts, including on account of outstanding cryptocurrency or other loans. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights.

Schedule E/F, Part 2 contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. In certain instances, the date on which a litigation claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F, Part 2 was incurred or arose would be unduly burdensome and

prohibitively costly and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F, Part 2.

Schedule E/F, Part 2 may also reflect prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2 does not include rejection damage claims, to the extent such damage claims exist, of the counterparties to the executory contracts and unexpired leases that have been or may be rejected.

Schedule E/F, Part 2 does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

(i)     **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors reserve all rights to supplement or amend Schedule G as necessary.

Certain relationships between the Debtors and their vendors and account holders may be governed by a master services agreement, under which counterparties may place purchase orders or other ancillary agreements which may be considered executory contracts.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreement, which documents may not be set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same counterparty may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

5.    **Specific Statements Disclosures.**

(a)    **Statement Question 3 – Payments to Creditors.**    All accounts payable disbursements listed in Statement Question 3 are made through the Debtors' cash management system, more fully described in the Cash Management Motion.  Dates listed in Statement Questions 3 reflect the dates upon which the Debtor transferred funds to the relevant payee or disbursing agent.  Certain disbursements may be excluded from Statement 3, such as disbursements to retained professionals (reported elsewhere).  Certain payroll-related pass-through payments have been excluded from Statement 3.

Statement Question 3 also includes details regarding certain cryptocurrency transactions, including loans, borrows, repays, collateral returns, transfers, interest payments and other transactions, in order to provide a transparent transaction history.  These transactions are also presented in USD value using the asset market price at the time of the transaction.  The Debtors recognize that not all listed transactions are directly responsive to Statement Question 3, however they believe that presenting the transaction history provides the most accurate view.

For the avoidance of doubt, any payments made in connection with the Debtors' bankruptcy within the 12-month period prior to the Petition Date are disclosed in response to Statement Question 11 and therefore are not listed in response to Statement Question 3.  Further, any payments made to an insider within the 12-month period prior to the Petition Date are disclosed in response to Statement Question 4 and therefore are not listed in response to Statement Question 3.

(b)    **Statement Question 4 – Payments to Insiders.**  The Debtors have responded to Statement Questions 4 and 30 in the attachment for Statement Question 4.

Statement Question 4 includes payments or other transfers of property made within one year before filing this case that benefited any insider.  As described in the Cash

Management Motion, the Wages Motion, and the *Declaration of Michael Leto in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* [Docket No. 28], the Debtors and their affiliates are parties to certain Shared Services Agreements where certain non-Debtor affiliates provide the Debtors with certain services, such as customer onboarding, shared management, employees, payroll and administrative support. Certain employees are employed by a non-Debtor affiliate and only devote a portion of their time supporting certain aspects of the Debtors' operations. Therefore, while a non-Debtor affiliate has made payments to certain employees who may be deemed insiders under the Bankruptcy Code, and those and other associated costs have been reimbursed by the Debtors pursuant to the Shared Services Agreement, such reimbursements would not be listed in response to Statement Question 4 as they were not direct payments by a Debtor to an employee who may be deemed an insider under the Bankruptcy Code.

Statement Question 4 also includes details regarding certain cryptocurrency transactions, including loans made to insiders and related repayments in order to provide a transparent transaction history. The Debtors recognize that not all listed transactions are directly responsive to Statement Question 4, however they believe that presenting the transaction history provides the most accurate view.

Individual payments among Debtors and to non-Debtor affiliates are not reflected in Statement 4 due to their complexity and volume. The Debtors have reported monthly intercompany positions in Statement Question 4. In addition, intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule AB.

To the extent: (i) a person qualified as an insider in the year prior to the Petition Date but later resigned their insider status or (ii) did not begin the year as an insider but later became an insider, the Debtors have listed in response to Statement Question 4 all payments or transfers made during the applicable 12-month period, irrespective of when such person was defined as an "insider."

As discussed above, the inclusion of a party as an insider is not intended to be, nor should be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and any such rights, Claims, and defenses are hereby expressly reserved.

(c)    **Statement Question 11 – Payments Made Related to Bankruptcy.** Although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Statement Question 11 may include payments for professional services unrelated to bankruptcy.

\*        \*        \*        \*        \*

**Fill in this information to identify the case:**

Debtor name  Genesis Asia Pacific Pte. Ltd. (Singapore)

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known)  23-10065

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2023 to 1/19/2023<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ (83,276,440.16) |
| **For prior year:** | From 1/1/2022 to 12/31/2022<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ (168,127,798.92) |
| **For the year before that:** | From 1/1/2021 to 12/31/2021<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ 100,950,534.63 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM/DD/YYYY | | $ |
| **For prior year:** | From to<br>MM/DD/YYYY   MM/DD/YYYY | | $ |
| **For the year before that:** | From to<br>MM/DD/YYYY   MM/DD/YYYY | | $ |

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | Case number (If known) | 23-10065 |
|---|---|---|---|
| | Name | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7, 575. (This amount may be adjusted on 4/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None    **See Attached Rider**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1 _____ Street _____ City        State        Zip Code | _____ | $ _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2 _____ Street _____ City        State        Zip Code | _____ | $ _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7, 575. (This amount may be adjusted on 4/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None    **See Attached Rider**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 _____ Street _____ City        State        Zip Code | _____ | $ _____ | _____ _____ |
| **Relationship to debtor** _____ | | | |
| 4.2 _____ Street _____ City        State        Zip Code | _____ | $ _____ | _____ _____ |
| **Relationship to debtor** _____ | | | |

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | Case number (if known) | 23-10065 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | _____ | _____ | _____ | $ _____ |
| | Street | | | |
| | City          State          Zip Code | | | |
| 5.2 | _____ | _____ | _____ | $ _____ |
| | Street | | | |
| | City          State          Zip Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| Street | | | |
| City          State          Zip Code | | | |

Last 4 digits of account number: XXXX - _____

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None    **See Attached Rider**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | _____ | _____ | _____ | ☐ Pending |
| | | | Street | ☐ On appeal |
| | **Case number** | | City          State          Zip Code | ☐ Concluded |
| | _____ | | | |
| 7.2 | _____ | _____ | _____ | ☐ Pending |
| | | | Street | ☐ On appeal |
| | **Case number** | | City          State          Zip Code | ☐ Concluded |
| | _____ | | | |

---

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | | Case number (If known) | 23-10065 |
|---|---|---|---|---|
| | Name | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Street | Case title | Court name and address |
| City        State        Zip Code | Case number | |
| | Date of order or assignment | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | | | | $ |
| | Street | | | |
| | City        State        Zip Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2 | | | | $ |
| | Street | | | |
| | City        State        Zip Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | | Case number (If known) | 23-10065 |
|---|---|---|---|---|
| | Name | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 MORRISON COHEN LLP | | 09/20/2022 | $ $61,268.10 |

**Address**

909 THIRD AVENUE
NEW YORK, NY 10022-4784

**Email or website address**

https://www.morrisoncohen.com/

**Who made the payment, if not debtor?**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2 | | | $ |

**Address**

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |

**Trustee**

Debtor   Genesis Asia Pacific Pte. Ltd. (Singapore)
         Name                                                    Case number (If known)   23-10065

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property-by sale, trade, or any other means-made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | $ |
| **Address** | | | |
| _____ Street | | | |
| City       State       Zip Code | | | |
| **Relationship to debtor** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2 | | | $ |
| **Address** | | | |
| _____ Street | | | |
| City       State       Zip Code | | | |
| **Relationship to debtor** | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of Occupancy |
|---|---|
| 14.1 120 ROBINSON ROAD #15-01 SINGAPORE, 068913 SINGAPORE | From  March 2020   To  April 2022 |
| 14.2 | From  _____   To  _____ |

---

| | |
|---|---|
| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) |
| Name | |

Case number (If known)   23-10065

---

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 _____ | _____ | _____ |
| Street _____ | | |
| City _____ State ____ Zip Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ | Check all that apply: |
| | _____ | ☐ Electronically |
| | | ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2 _____ | _____ | _____ |
| Street _____ | | |
| City _____ State ____ Zip Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ | Check all that apply: |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.   See Attached Rider

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☑ Yes. Fill in below

| Name of plan | Employer identification number of the plan |
|---|---|
| Central Provident Fund | EIN:   202002164R |

Has the plan been terminated?
☑ No
☐ Yes

---

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | | Case number (If known) | 23-10065 |
|---|---|---|---|---|
| | Name | | | |

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, old, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account  number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____ <br> Street _____ <br> City    State    Zip Code | XXXX-_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |
| 18.2 | _____ <br> Street _____ <br> City    State    Zip Code | XXXX-_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Street _____ <br> City    State    Zip Code | _____ <br><br> Address <br> _____ <br> _____ | _____ | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Street _____ <br> City    State    Zip Code | _____ <br><br> Address <br> _____ <br> _____ | _____ | ☐ No <br> ☐ Yes |

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | Case number (If known) | 23-10065 |
|---|---|---|---|
| | Name | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| Street | | | |
| City          State          Zip Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case Number** | Street | | ☐ On appeal |
| | City          State          Zip Code | | ☐ Concluded |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Street | Street | | |
| City          State          Zip Code | City          State          Zip Code | | |

Debtor   Genesis Asia Pacific Pte. Ltd. (Singapore)                                    Case number (If known)   23-10065
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Street | Street | | |
| _____ | _____ | | |
| City          State      Zip Code | City          State      Zip Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1** _____ | _____ | EIN: _____ |
| Street | _____ | **Dates business existed** |
| _____ | | |
| City          State      Zip Code | | From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.2** _____ | _____ | EIN: _____ |
| Street | _____ | **Dates business existed** |
| _____ | | |
| City          State      Zip Code | | From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.3** _____ | _____ | EIN: _____ |
| Street | _____ | **Dates business existed** |
| _____ | | |
| City          State      Zip Code | | From _____   To _____ |

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | Case number (If known) | 23-10065 |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None   **See Attached Rider**

| Name and address | Dates of service |
|---|---|
| 26a.1 _____ | From _____ To _____ |
| Street _____ | |
| City _____ State _____ Zip Code _____ | |

| Name and address | Dates of service |
|---|---|
| 26a.2 _____ | From _____ To _____ |
| Street _____ | |
| City _____ State _____ Zip Code _____ | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None   **See Attached Rider**

| Name and address | Dates of service |
|---|---|
| 26b.1 _____ | From _____ To _____ |
| Street _____ | |
| City _____ State _____ Zip Code _____ | |

| Name and address | Dates of service |
|---|---|
| 26b.2 _____ | From _____ To _____ |
| Street _____ | |
| City _____ State _____ Zip Code _____ | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None   **See Attached Rider**

| Name and address | if any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 _____ | _____ |
| Street _____ | _____ |
| City _____ State _____ Zip Code _____ | |

Debtor   Genesis Asia Pacific Pte. Ltd. (Singapore)                                        Case number (If known)   23-10065
Name

| Name and address | if any books of account and records are unavailable, explain why |
|---|---|
| 26c.2 _____ | _____ |
| Street _____ | _____ |
| City          State          Zip Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None    **See Attached Rider**

| Name and address |
|---|
| 26d.1 _____ |
| Street _____ |
| City          State          Zip Code |

| Name and address |
|---|
| 26d.2 _____ |
| Street _____ |
| City          State          Zip Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1 _____ | | |
| Street _____ | | |
| City          State          Zip Code | | |

Debtor   Genesis Asia Pacific Pte. Ltd. (Singapore)                                    Case number (If known)   23-10065
         Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |
| Name and address of the person who has possession of inventory records | | | |

27.2 _____
     Street _____
     City _____ State _____ Zip Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached Rider | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attached Rider | | | From     To |
| | | | From     To |
| | | | From     To |
| | | | From     To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Please Refer to SOFA Question 4.** | | | |
| Street | | | |
| City        State        Zip Code | | | |
| **Relationship to debtor** | | | |

| Debtor | Genesis Asia Pacific Pte. Ltd. (Singapore) | | Case number (If known)    23-10065 |
|--------|-------------------------------------------|---|-----------------------------------|
| | Name | | |

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|--------------------------------------------------|-------|-------------------------------|
| 30.2 | | | | |
| | Street | | | |
| | City                State                Zip Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| DIGITAL CURRENCY GROUP, INC. | EIN: 46-2307141 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| CENTRAL PROVIDENT FUND | EIN: 202002164R |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/20/2023
              MM / DD / YYYY

**X** /s/ A. Derar Islim                          Printed name    A. Derar Islim
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number: 23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

**Cash Disbursements - Operational**

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason for payment | Amount Paid |
|---|---|---|---|---|
| ALLEN GLEDHILL LLP<br>ONE MARINA BOULEVARD #28-00<br>SINGAPORE, 018989<br>SINGAPORE | ACH/Wire | 1/18/2023 | Services | $ 75,941.68 |
| | | | **SUBTOTAL** | $ 75,941.68 |
| BLOOMBERG FINANCE SINGAPORE L.P.<br>23 CHURCH STREET<br>12TH FLOOR, CAPITAL SQUARE<br>SINGAPORE, 049481<br>SINGAPORE | ACH/Wire | 11/29/2022 | Suppliers or Vendors | $ 46,002.51 |
| | ACH/Wire | 1/19/2023 | Suppliers or Vendors | $ 46,602.74 |
| | | | **SUBTOTAL** | $ 92,605.25 |
| CAPITEQ PTE. LTD.<br>132A TELOK AYER STREET<br>SINGAPORE, 068599<br>SINGAPORE | ACH/Wire | 11/2/2022 | Suppliers or Vendors | $ 14,320.50 |
| | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 6,899.20 |
| | ACH/Wire | 12/14/2022 | Suppliers or Vendors | $ 5,578.31 |
| | ACH/Wire | 12/23/2022 | Suppliers or Vendors | $ 5,015.05 |
| | ACH/Wire | 1/19/2023 | Suppliers or Vendors | $ 4,603.32 |
| | | | **SUBTOTAL** | $ 36,416.38 |
| CDM LIFESTYLE PTE LTD<br>D'LEEDON, 11 LEEDON HEIGHTS, #30-32<br>SINGAPORE, 267955<br>SINGAPORE | ACH/Wire | 12/6/2022 | Suppliers or Vendors | $ 3,454.91 |
| | | | **SUBTOTAL** | $ 3,454.91 |
| CENTRAL PROVIDENT FUND BOARD<br>238B THOMSON ROAD<br>#08-00 TOWER, B NOVENA SQUARE<br>SINGAPORE, 307685<br>SINGAPORE | ACH/Wire | 11/7/2022 | Suppliers or Vendors | $ 25,633.63 |
| | ACH/Wire | 12/7/2022 | Suppliers or Vendors | $ 26,422.09 |
| | ACH/Wire | 1/10/2023 | Suppliers or Vendors | $ 27,846.38 |
| | ACH/Wire | 1/19/2023 | Suppliers or Vendors | $ 104,452.32 |
| | | | **SUBTOTAL** | $ 184,354.42 |
| COMMISSIONER OF INLAND REVENUE<br>55 NEWTON ROAD<br>REVENUE HOUSE, 307987<br>SINGAPORE | ACH/Wire | 1/5/2023 | Other - Government | $ 718,369.49 |
| | | | **SUBTOTAL** | $ 718,369.49 |
| CSC ASIA SERVICES (HONG KONG) LIM<br>UNIT 2, 10/F, NEO 123 HOI BUN ROAD<br>KWUN TONG, HONG KONG | ACH/Wire | 10/27/2022 | Suppliers or Vendors | $ 2,330.00 |
| | ACH/Wire | 1/18/2023 | Services | $ 4,000.00 |
| | | | **SUBTOTAL** | $ 6,330.00 |
| CSCGFM CORPORATE SERVICES SINGAPORE<br>#23-01, 30 RAFFLES PLACE<br>SINGAPORE, 048622<br>SINGAPORE | ACH/Wire | 1/13/2023 | Services | $ 747.62 |
| | ACH/Wire | 1/18/2023 | Services | $ 4,000.00 |
| | | | **SUBTOTAL** | $ 4,747.62 |
| EY CORPORATE ADVISORS PTE. LTD<br>P.O BOX 640382<br>PITTSBURGH, PA 15264-0382 | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 77,108.68 |
| | ACH/Wire | 12/7/2022 | Suppliers or Vendors | $ 75,475.40 |
| | ACH/Wire | 12/14/2022 | Services | $ 4,523.56 |
| | ACH/Wire | 1/12/2023 | Services | $ 5,609.94 |
| | ACH/Wire | 1/13/2023 | Services | $ 3,166.35 |
| | ACH/Wire | 1/19/2023 | Services | $ 3,049.12 |
| | | | **SUBTOTAL** | $ 168,933.05 |
| FEDERAL EXPRESS (SINGAPORE) PTE LTD<br>ROBINSON ROAD POST OFFICE PO BOX 927<br>SINGAPORE, 901827<br>SINGAPORE | ACH/Wire | 11/9/2022 | Suppliers or Vendors | $ 291.00 |
| | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 39.13 |
| | ACH/Wire | 11/30/2022 | Suppliers or Vendors | $ 101.42 |
| | ACH/Wire | 12/29/2022 | Suppliers or Vendors | $ 490.75 |
| | | | **SUBTOTAL** | $ 922.35 |
| FUJIFILM BUSINESS INNOVATION<br>20E PASIR PANJANG ROAD<br>#02-21A MAPLETREE BUSINESS CITY<br>SINGAPORE, 117439<br>SINGAPORE | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 18.78 |
| | ACH/Wire | 11/30/2022 | Suppliers or Vendors | $ 7.60 |
| | ACH/Wire | 12/29/2022 | Suppliers or Vendors | $ 6.64 |
| | | | **SUBTOTAL** | $ 33.02 |
| FULLERTON HEALTHCARE GROUP PTE LTD<br>6 RAFFLES BOULEVARD<br>#03-308 MARINA SQUARE<br>SINGAPORE, 039594<br>SINGAPORE | ACH/Wire | 12/29/2022 | Services | $ 873.00 |
| | ACH/Wire | 12/30/2022 | Services | $ 4,851.62 |
| | | | **SUBTOTAL** | $ 5,724.62 |
| GRABTAXI PTE LTD<br>3 MEDIA CLOSE<br>SINGAPORE, 138498<br>SINGAPORE | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 2,104.38 |
| | ACH/Wire | 12/23/2022 | Suppliers or Vendors | $ 2,517.71 |
| | ACH/Wire | 1/12/2023 | Suppliers or Vendors | $ 845.35 |
| | ACH/Wire | 1/19/2023 | Suppliers or Vendors | $ 1,032.36 |
| | | | **SUBTOTAL** | $ 6,499.80 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number: 23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

**Cash Disbursements - Operational**

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason for payment | Amount Paid |
|---|---|---|---|---|
| ISS FACILITY SERVICES PRIVATE LIMIT NO. 1 JALAN KILANG TIMOR #10-00 PACIFIC TECH CENTER SINGAPORE, 159303 SINGAPORE | ACH/Wire | 11/2/2022 | Suppliers or Vendors | $ 1,063.09 |
| | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 1,092.63 |
| | ACH/Wire | 12/22/2022 | Suppliers or Vendors | $ 1,109.71 |
| | | | SUBTOTAL | $ 3,265.43 |
| KEPPEL ELECTRIC PTE LTD 1 HARBOURFRONT AVENUE #06-03 SINGAPORE, 098632 SINGAPORE | ACH/Wire | 10/27/2022 | Suppliers or Vendors | $ 325.81 |
| | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 330.12 |
| | ACH/Wire | 12/22/2022 | Suppliers or Vendors | $ 322.37 |
| | | | SUBTOTAL | $ 978.30 |
| LYRECO (SINGAPORE) PTE LTD 20 COLLYER QUAY #23-01 SINGAPORE, 049319 SINGAPORE | ACH/Wire | 11/2/2022 | Suppliers or Vendors | $ 427.69 |
| | ACH/Wire | 12/7/2022 | Suppliers or Vendors | $ 710.07 |
| | ACH/Wire | 1/4/2023 | Suppliers or Vendors | $ 502.47 |
| | | | SUBTOTAL | $ 1,640.23 |
| MITSUBISHI HC CAPITAL ASIA PACIFIC 111 SOMERSET ROAD #14-05 SINGAPORE, 238164 SINGAPORE | ACH/Wire | 11/9/2022 | Suppliers or Vendors | $ 123.32 |
| | ACH/Wire | 12/1/2022 | Suppliers or Vendors | $ 127.23 |
| | | | SUBTOTAL | $ 250.55 |
| OFFICE SECRETARIES PTE LTD 150 ORCHARD ROAD #06-02 ORCHARD PLAZA SINGAPORE, 238841 SINGAPORE | ACH/Wire | 11/2/2022 | Suppliers or Vendors | $ 2,890.83 |
| | ACH/Wire | 12/7/2022 | Suppliers or Vendors | $ 3,013.14 |
| | ACH/Wire | 1/4/2023 | Suppliers or Vendors | $ 3,045.36 |
| | | | SUBTOTAL | $ 8,949.33 |
| ONE RAFFLES QUAY PTE LTD 1 RAFFLES QUAY 19-10, SOUTH TOWER SINGAPORE, 048583 SINGAPORE | ACH/Wire | 11/9/2022 | Suppliers or Vendors | $ 79,989.57 |
| | ACH/Wire | 12/14/2022 | Suppliers or Vendors | $ 270.22 |
| | ACH/Wire | 12/23/2022 | Suppliers or Vendors | $ 39,026.01 |
| | ACH/Wire | 1/6/2023 | Suppliers or Vendors | $ 39,116.06 |
| | ACH/Wire | 1/12/2023 | Suppliers or Vendors | $ 265.20 |
| | | | SUBTOTAL | $ 157,667.06 |
| PIXIU SERVICES 33 UBI AVENUE 3 #05-16, VERTEX SINGAPORE, 408868 SINGAPORE | ACH/Wire | 12/1/2022 | Suppliers or Vendors | $ 2,954.21 |
| | ACH/Wire | 12/22/2022 | Suppliers or Vendors | $ 800.80 |
| | | | SUBTOTAL | $ 3,755.01 |
| REED SMITH PTE. LTD 10 COLLYER QUAY #23-01 OCEAN FINANCIAL CENTRE SINGAPORE, 049315 SINGAPORE | ACH/Wire | 10/27/2022 | Services | $ 33,187.66 |
| | | | SUBTOTAL | $ 33,187.66 |
| SAVILLS (SINGAPORE) PTE LTD 30 CECIL STREET #20-03 PRUDENTIAL TOWE SINGAPORE, 049712 SINGAPORE | ACH/Wire | 12/1/2022 | Suppliers or Vendors | $ 4,939.07 |
| | | | SUBTOTAL | $ 4,939.07 |
| SINGAPORE TELECOMMUNICATIONS LTD ORCHARD P.O. BOX 399 SINGAPORE, 912314 | ACH/Wire | 11/9/2022 | Suppliers or Vendors | $ 2,741.21 |
| | ACH/Wire | 12/14/2022 | Suppliers or Vendors | $ 2,851.87 |
| | ACH/Wire | 1/4/2023 | Suppliers or Vendors | $ 2,889.50 |
| | | | SUBTOTAL | $ 8,482.58 |
| STARHUB LTD 67 UBI AVENUE 1 #05-01 STARHUB GREEN SINGAPORE, 408942 SINGAPORE | ACH/Wire | 11/25/2022 | Suppliers or Vendors | $ 1,918.35 |
| | ACH/Wire | 12/23/2022 | Suppliers or Vendors | $ 1,953.26 |
| | ACH/Wire | 1/19/2023 | Suppliers or Vendors | $ 1,992.92 |
| | | | SUBTOTAL | $ 5,864.53 |
| VERTICAL GREEN PTE LTD 1 SOON LEE STREET #06-14/15 PIONEER CENTRE SINGAPORE, 627605 SINGAPORE | ACH/Wire | 10/27/2022 | Suppliers or Vendors | $ 5,567.13 |
| | | | SUBTOTAL | $ 5,567.13 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number: 23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

**Cash Disbursements - Non-Operational**

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason for payment | Amount Paid | |
|---|---|---|---|---|---|
| NAME ON FILE ADDRESS ON FILE | ACH/Wire | 11/7/2022 | Other - Loan Book Activity | $ | 128,237.34 |
| | | 11/9/2022 | Other - Loan Book Activity | $ | 188,730.67 |
| | | | | SUBTOTAL $ | 316,968.01 |
| NAME ON FILE ADDRESS ON FILE | ACH/Wire | 10/21/2022 | Other - Loan Book Activity | $ | 2,000,000.00 |
| | | | | SUBTOTAL $ | 2,000,000.00 |
| NAME ON FILE ADDRESS ON FILE | ACH/Wire | 11/10/2022 | Other - Loan Book Activity | $ | 687,995.81 |
| | | | | SUBTOTAL $ | 687,995.81 |
| NAME ON FILE ADDRESS ON FILE | ACH/Wire | 11/1/2022 | Other - Loan Book Activity | $ | 3,151,333.05 |
| | | | | SUBTOTAL $ | 3,151,333.05 |
| NAME ON FILE ADDRESS ON FILE | ACH/Wire | 11/1/2022 | Other - Loan Book Activity | $ | 75,933.37 |
| | | | | SUBTOTAL $ | 75,933.37 |
| NAME ON FILE ADDRESS ON FILE | ACH/Wire | 10/28/2022 | Other - Loan Book Activity | $ | 7,485,900.00 |
| | | | | SUBTOTAL $ | 7,485,900.00 |
| NAME ON FILE ADDRESS ON FILE | | 1/17/2023 | Other - Loan Book Activity | $ | 65,387.29 |
| | | | | SUBTOTAL $ | 65,387.29 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case
**Coin Transactions**

| Name | Address | Date | Descriptive Purpose | Coin | Coin Quantity | Coin USD |
|---|---|---|---|---|---|---|
| NAME ON FILE | ADDRESS ON FILE | 10/21/2022 | Collateral Posted | FTT | 85,739.00 | $ 1,925,183.51 |
| NAME ON FILE | ADDRESS ON FILE | 10/21/2022 | Borrow Returned | USDC | 100,000.00 | $ 100,000.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | BNB | 89.92199726 | $ 29,119.91 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | DOT | 424.65753425 | $ 2,742.86 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | BTC | 0.96312328 | $ 19,724.27 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | USDC | 67,945.205479 | $ 67,945.21 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | BTC | 0.1230822 | $ 2,520.66 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | USDC | 3,678.767123 | $ 3,678.77 |
| NAME ON FILE | ADDRESS ON FILE | 11/1/2022 | Interest Payment | BNB | 135.89041096 | $ 44,006.10 |
| NAME ON FILE | ADDRESS ON FILE | 11/7/2022 | Collateral Posted | FTT | 96,057.00 | $ 2,126,701.98 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | USDC | 500,000.00 | $ 500,000.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 15,451.69747494 | $ 5,323.11 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 3,945.20547945 | $ 1,359.12 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 14,916.47527092 | $ 5,138.73 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 14,804.24845187 | $ 5,100.06 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 15,374.51768467 | $ 5,296.52 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 15,335.44381413 | $ 5,283.06 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BIT | 6,000,000.00 | $ 2,067,000.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Collateral Posted | ETH | 1,687.77 | $ 2,252,919.78 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Collateral Posted | ETH | 2,150.00 | $ 2,869,927.50 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Collateral Posted | ETH | 4,041.79 | $ 5,395,183.38 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Collateral Posted | ETH | 4,769.23 | $ 6,366,206.67 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Collateral Posted | ETH | 1,791.23 | $ 2,391,023.37 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Interest Payment | BIT | 3,497.98299594 | $ 1,205.06 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Borrow Returned | BNB | 20,000.00 | $ 6,549,345.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/8/2022 | Collateral Posted | FTT | 219,030.00 | $ 1,191,961.26 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 133.00 | $ 2,112,111.82 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 17.00 | $ 269,969.18 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 167.00 | $ 2,652,050.18 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 200.00 | $ 3,176,108.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 280,739.49766 | $ 280,739.50 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 148,630.136986 | $ 148,630.14 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 275,053.415376 | $ 275,053.42 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 270,067.419779 | $ 270,067.42 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 282,475.31382 | $ 282,475.31 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 285,922.52159 | $ 285,922.52 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDC | 3,451,302.25 | $ 3,451,302.25 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 1.86073998 | $ 29,549.56 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDT | 802,820.228309 | $ 801,616.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDT | 713,921.32858 | $ 712,850.45 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 1.92632044 | $ 30,591.01 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDT | 808,377.283944 | $ 807,164.72 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDT | 245,890.410959 | $ 245,521.58 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDT | 787,715.617801 | $ 786,534.04 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | USDT | 819,425.307824 | $ 818,196.17 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 1.91909732 | $ 30,476.30 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 1.915437 | $ 30,418.17 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 1.85022706 | $ 29,382.60 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Borrow Returned | BTC | 0.49315068 | $ 7,831.50 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Collateral Posted | BTC | 297.05 | $ 4,717,314.41 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Collateral Posted | ETH | 5,688.12 | $ 6,252,153.98 |
| NAME ON FILE | ADDRESS ON FILE | 11/9/2022 | Collateral Posted | ETH | 1,533.28 | $ 1,685,320.04 |
| NAME ON FILE | ADDRESS ON FILE | 11/14/2022 | Borrow Returned | BTC | 339.51 | $ 5,391,602.14 |
| NAME ON FILE | ADDRESS ON FILE | 11/14/2022 | Borrow Returned | USDC | 10,000,000.00 | $ 10,000,000.00 |
| NAME ON FILE | ADDRESS ON FILE | 11/14/2022 | Borrow Returned | USDC | 6,548,697.75 | $ 6,548,697.75 |
| NAME ON FILE | ADDRESS ON FILE | 11/14/2022 | Borrow Returned | USDT | 10,000,000.00 | $ 9,987,000.00 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)                                                                    Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

**SOFA 4 - Rider 1: Intercompany / Affiliate Transfers**

| Debtor | Trading Partner | Month | Beginning Balance | Ending Balance | Net Monthly Activity Receivable/(Payable) |
|---|---|---|---|---|---|
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Dec-21 | | $ - | |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Jan-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Feb-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Mar-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Apr-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | May-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Jun-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Jul-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Aug-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Sep-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Oct-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Nov-22 | $ - | $ 100,548,978.32 | 100,548,978.32 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | Dec-22 | $ 100,548,978.32 | $ 118,215,631.32 | 17,666,653.00 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Digital Currency Group, Inc. | 1/19/23 | $ 118,215,631.32 | $ 118,215,631.32 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Dec-21 | | $ - | |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Jan-22 | $ - | $ (5,398.00) | $ (5,398.00) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Feb-22 | $ (5,398.00) | $ 6.33 | $ 5,404.33 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Mar-22 | $ 6.33 | $ 5,414.53 | $ 5,408.20 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Apr-22 | $ 5,414.53 | $ 10,695.74 | $ 5,281.21 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | May-22 | $ 10,695.74 | $ 16,019.68 | $ 5,323.94 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Jun-22 | $ 16,019.68 | $ 21,273.66 | $ 5,253.98 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Jul-22 | $ 21,273.66 | $ 26,577.31 | $ 5,303.65 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Aug-22 | $ 26,577.31 | $ 31,809.57 | $ 5,232.26 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Sep-22 | $ 31,809.57 | $ 36,924.59 | $ 5,115.02 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Oct-22 | $ 36,924.59 | $ 42,092.29 | $ 5,167.70 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Nov-22 | $ 42,092.29 | $ 47,401.80 | $ 5,309.51 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | Dec-22 | $ 47,401.80 | $ 65,697.05 | $ 18,295.25 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Custody Limited | 1/19/23 | $ 65,697.05 | $ 65,697.05 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Dec-21 | | $ (324,681,963.80) | |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Jan-22 | $ (324,681,963.80) | $ (784,331,188.91) | (459,649,225.11) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Feb-22 | $ (784,331,188.91) | $ (929,444,290.78) | (145,113,101.87) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Mar-22 | $ (929,444,290.78) | $ (1,081,988,587.28) | (152,544,296.50) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Apr-22 | $ (1,081,988,587.28) | $ (1,166,413,804.13) | (84,425,216.85) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | May-22 | $ (1,166,413,804.13) | $ (972,856,688.29) | 193,557,115.84 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Jun-22 | $ (972,856,688.29) | $ 178,336,721.09 | 1,151,193,409.38 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Jul-22 | $ 178,336,721.09 | $ 475,102,572.38 | 296,765,851.29 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Aug-22 | $ 475,102,572.38 | $ 241,854,181.53 | (233,248,390.85) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Sep-22 | $ 241,854,181.53 | $ 182,859,198.66 | (58,994,982.87) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Oct-22 | $ 182,859,198.66 | $ 122,092,484.03 | (60,766,714.63) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Nov-22 | $ 122,092,484.03 | $ (46,999,412.77) | (169,091,896.80) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | Dec-22 | $ (46,999,412.77) | $ (25,276,786.08) | 21,722,626.69 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Capital, LLC | 1/19/23 | $ (25,276,786.08) | $ (144,404,890.27) | (119,128,104.19) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Dec-21 | | $ 8,220,203.00 | |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Jan-22 | $ 8,220,203.00 | $ 7,892,463.00 | (327,740.00) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Feb-22 | $ 7,892,463.00 | $ 7,637,829.23 | (254,633.77) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Mar-22 | $ 7,637,829.23 | $ 7,758,644.04 | 120,814.81 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Apr-22 | $ 7,758,644.04 | $ 7,758,644.04 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | May-22 | $ 7,758,644.04 | $ 7,758,644.04 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Jun-22 | $ 7,758,644.04 | $ 7,757,700.08 | (943.96) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Jul-22 | $ 7,757,700.08 | $ 7,757,700.08 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Aug-22 | $ 7,757,700.08 | $ 7,757,700.08 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Sep-22 | $ 7,757,700.08 | $ 7,757,700.08 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Oct-22 | $ 7,757,700.08 | $ 7,757,700.08 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Nov-22 | $ 7,757,700.08 | $ 7,757,700.08 | - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | Dec-22 | $ 7,757,700.08 | $ 7,984,447.76 | 226,747.68 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Genesis Global Trading, Inc. | 1/19/23 | $ 7,984,447.76 | $ 6,984,447.76 | (1,000,000.00) |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

**SOFA 4 - Rider 1: Intercompany / Affiliate Transfers**

| Debtor | Trading Partner | Month | Beginning Balance | Ending Balance | Net Monthly Activity Receivable/(Payable) |
|---|---|---|---|---|---|
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Dec-21 | | $ - | |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Jan-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Feb-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Mar-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Apr-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | May-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Jun-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Jul-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Aug-22 | $ - | $ - | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Sep-22 | $ - | $ (713,033.67) | $ (713,033.67) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Oct-22 | $ (713,033.67) | $ (1,743,650.75) | $ (1,030,617.08) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Nov-22 | $ (1,743,650.75) | $ (1,743,650.75) | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | Dec-22 | $ (1,743,650.75) | $ (1,743,650.75) | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | GGC International Limited | 1/19/23 | $ (1,743,650.75) | $ (1,743,650.75) | $ - |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Dec-21 | | $ (180,308,092.23) | |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Jan-22 | $ (180,308,092.23) | $ (146,897,893.75) | $ 33,410,198.48 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Feb-22 | $ (146,897,893.75) | $ (152,218,831.13) | $ (5,320,937.38) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Mar-22 | $ (152,218,831.13) | $ (161,933,551.96) | $ (9,714,720.83) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Apr-22 | $ (161,933,551.96) | $ (141,838,273.22) | $ 20,095,278.74 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | May-22 | $ (141,838,273.22) | $ (111,039,924.79) | $ 30,798,348.43 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Jun-22 | $ (111,039,924.79) | $ (50,562,808.10) | $ 60,477,116.69 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Jul-22 | $ (50,562,808.10) | $ (68,865,875.14) | $ (18,303,067.04) |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Aug-22 | $ (68,865,875.14) | $ (63,014,314.15) | $ 5,851,560.99 |
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Luno Pte Ltd. | Sep-22 | $ (63,014,314.15) | $ (59,930,568.58) | $ 3,083,745.57 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)                                      Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

**SOFA 4 - Rider 2: Wages, Benefits, Loans and Other Beneficial Transfers**

| NAME | DATE | DESCRIPTION | VALUE |
|---|---|---|---|
| **GOVIL, SUGANDHI** | 1/26/2022 | Payroll | $ 9,323.56 |
| Former Director | 2/25/2022 | Payroll | $ 9,284.34 |
| | 3/30/2022 | Payroll | $ 9,287.78 |
| | 4/28/2022 | Payroll | $ 9,059.50 |
| | 5/26/2022 | Payroll | $ 9,150.78 |
| | 6/29/2022 | Payroll | $ 9,020.37 |
| | 7/28/2022 | Payroll | $ 9,108.22 |
| | 8/30/2022 | Payroll | $ 8,981.58 |
| | 9/29/2022 | Payroll | $ 8,780.83 |
| | 9/30/2022 | Expense Reimbursement | $ 1,810.64 |
| | 10/25/2022 | Payroll | $ 8,875.35 |
| | 1/19/2023 | Payroll | $ 35,474.98 |
| **LEONG HOI-YUE, AARON** | 1/26/2022 | Payroll | $ 13,751.70 |
| Former Director | 2/7/2022 | Payroll | $ 13,780.42 |
| | 2/25/2022 | Payroll | $ 15,605.03 |
| | 3/9/2022 | Expense Reimbursement | $ 3,447.09 |
| | 3/30/2022 | Payroll | $ 14,425.01 |
| | 4/28/2022 | Payroll | $ 14,070.46 |
| | 5/26/2022 | Payroll | $ 14,212.25 |
| | 6/29/2022 | Payroll | $ 14,009.70 |
| | 7/28/2022 | Payroll | $ 14,146.14 |
| | 8/30/2022 | Payroll | $ 7,509.61 |
| | 9/30/2022 | Payroll | $ 13,637.66 |
| | 10/25/2022 | Payroll | $ 13,784.47 |
| | 1/19/2023 | Payroll | $ 31,332.13 |
| **LIN XINXIANG, LEROY** | 1/26/2022 | Payroll | $ 140,123.81 |
| Former Director | 2/25/2022 | Payroll | $ 18,107.41 |
| | 3/30/2022 | Payroll | $ 20,135.76 |
| | 4/28/2022 | Payroll | $ 13,638.77 |
| | 5/26/2022 | Payroll | $ 17,846.94 |
| | 6/29/2022 | Payroll | $ 19,544.94 |
| | 7/28/2022 | Payroll | $ 19,736.16 |
| | 8/30/2022 | Payroll | $ 13,521.47 |
| | 9/29/2022 | Payroll | $ 17,125.41 |
| | 10/25/2022 | Payroll | $ 17,309.76 |
| | 1/19/2023 | Payroll | $ 38,878.68 |
| **WALIA, SATBIR K** | 1/26/2022 | Payroll | $ 22,052.02 |
| Former Director | 2/25/2022 | Payroll | $ 21,931.77 |
| | 3/30/2022 | Payroll | $ 21,939.89 |
| | 4/28/2022 | Payroll | $ 21,400.64 |
| | 5/26/2022 | Payroll | $ 21,616.28 |
| | 6/29/2022 | Payroll | $ 21,308.21 |
| | 8/2/2022 | Payroll | $ 2,912.52 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)                                                                                    Case Number:   23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
SOFA Question 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider
SOFA 4 - Rider 3: Affiliate Coin and USD Transactions

| Name | Address | Date | Descriptive Purpose | Coin | Coin Quantity | Coin USD |
|---|---|---|---|---|---|---|
| Luno Pte Ltd | ADDRESS ON FILE | 1/19/2022 | Borrow Return | ETH | 50.00 | $    158,192.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/19/2022 | Borrow Return | USD | 1,500,000.00 | $ 1,500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/19/2022 | Non-Loanbook Cash Transfer | USD | 252,840.00 | $    252,840.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/19/2022 | Non-Loanbook Cash Transfer | USD | 293,650.00 | $    293,650.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/20/2022 | Borrow Return | USD | 1,000,000.00 | $ 1,000,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/21/2022 | Borrow Return | ETH | 30.00 | $     90,088.80 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/21/2022 | Borrow Return | USD | 190,000.63 | $    190,000.63 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/21/2022 | Borrow Return | USD | 307,729.37 | $    307,729.37 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/21/2022 | Borrow Return | USD | 1,002,270.00 | $ 1,002,270.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/21/2022 | Borrow Return | USDC | 100,000.00 | $    100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/21/2022 | Borrow Return | USDC | 200,000.00 | $    200,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/24/2022 | Borrow Return | BTC | 8.00 | $    293,705.84 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/24/2022 | Borrow Return | ETH | 70.00 | $    171,031.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/24/2022 | Borrow Return | ETH | 245.00 | $    598,608.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 1/28/2022 | Borrow Return | USDC | 100,000.00 | $    100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/1/2022 | Borrow Return | USD | 406,900.00 | $    406,900.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/1/2022 | Borrow Return | USD | 1,093,100.00 | $ 1,093,100.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 53,420.00 | $     53,420.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 199,959.37 | $    199,959.37 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 286,650.00 | $    286,650.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 345,000.00 | $    345,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 431,900.00 | $    431,900.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 432,670.63 | $    432,670.63 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 516,150.00 | $    516,150.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Borrow Return | USD | 734,250.00 | $    734,250.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/2/2022 | Non-Loanbook Cash Transfer | USD | 308,000.00 | $    308,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/4/2022 | Borrow Return | ETH | 30.00 | $     89,942.10 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/4/2022 | Non-Loanbook Cash Transfer | USD | 227,700.00 | $    227,700.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/4/2022 | Borrow Return | USDC | 175,000.00 | $    175,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/7/2022 | Non-Loanbook Cash Transfer | USD | 341,440.00 | $    341,440.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/9/2022 | Non-Loanbook Cash Transfer | USD | 324,560.00 | $    324,560.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/9/2022 | Non-Loanbook Cash Transfer | USD | 349,120.00 | $    349,120.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/14/2022 | Non-Loanbook Cash Transfer | USD | 260,490.00 | $    260,490.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 19,280.16 | $     19,280.16 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 206,850.00 | $    206,850.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 219,170.00 | $    219,170.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 221,067.20 | $    221,067.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 226,100.00 | $    226,100.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 277,340.00 | $    277,340.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 277,725.00 | $    277,725.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 277,920.00 | $    277,920.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 280,500.00 | $    280,500.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 281,850.00 | $    281,850.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 316,960.00 | $    316,960.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 318,850.00 | $    318,850.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 325,010.00 | $    325,010.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 335,230.00 | $    335,230.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 451,257.64 | $    451,257.64 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 455,520.00 | $    455,520.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 471,700.00 | $    471,700.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 477,600.00 | $    477,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Borrow Return | USD | 560,070.00 | $    560,070.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/15/2022 | Non-Loanbook Cash Transfer | USD | 252,840.00 | $    252,840.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/16/2022 | Borrow Return | BTC | 8.00 | $    351,263.76 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/17/2022 | Borrow Return | BTC | 7.00 | $    283,763.27 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/21/2022 | Borrow Return | ETH | 150.00 | $    385,345.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/22/2022 | Borrow Return | USD | 69,042.36 | $     69,042.36 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/22/2022 | Borrow Return | USD | 240,784.25 | $    240,784.25 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/22/2022 | Borrow Return | USD | 261,783.39 | $    261,783.39 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/22/2022 | Borrow Return | USD | 338,400.00 | $    338,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/22/2022 | Borrow Return | USD | 361,840.00 | $    361,840.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/22/2022 | Borrow Return | USD | 728,150.00 | $    728,150.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/24/2022 | Borrow Return | ETH | 100.00 | $    259,737.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 2/24/2022 | Borrow Return | ETH | 150.00 | $    389,605.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/1/2022 | Borrow Return | USDC | 125,000.00 | $    125,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/4/2022 | Borrow Return | BTC | 8.00 | $    313,332.08 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/9/2022 | Borrow Return | BTC | 10.00 | $    419,574.10 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/9/2022 | Non-Loanbook Cash Transfer | USD | 372,600.00 | $    372,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/9/2022 | Borrow Return | USDC | 325,000.00 | $    325,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | ETH | 70.00 | $    182,588.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | USD | 88,356.61 | $     88,356.61 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | USD | 119,704.37 | $    119,704.37 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | USD | 223,189.02 | $    223,189.02 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | USD | 297,050.00 | $    297,050.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | USD | 329,700.00 | $    329,700.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/10/2022 | Borrow Return | USD | 442,000.00 | $    442,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/11/2022 | Borrow Return | ETH | 30.00 | $     76,685.10 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/14/2022 | Borrow Return | BTC | 10.00 | $    396,808.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/17/2022 | Borrow Return | BTC | 7.00 | $    286,625.64 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | BTC | 10.00 | $    410,190.30 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 70,858.78 | $     70,858.78 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 90,764.75 | $     90,764.75 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 165,830.84 | $    165,830.84 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 185,650.00 | $    185,650.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 206,750.00 | $    206,750.00 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)                                                                                                    Case Number: 23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider
**SOFA 4 - Rider 3: Affiliate Coin and USD Transactions**

| Name | Address | Date | Descriptive Purpose | Coin | Coin Quantity | Coin USD |
|------|---------|------|---------------------|------|---------------|----------|
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 225,600.00 | $ 225,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 310,000.00 | $ 310,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 317,600.00 | $ 317,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 391,500.00 | $ 391,500.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 464,040.00 | $ 464,040.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 527,040.00 | $ 527,040.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/21/2022 | Borrow Return | USD | 544,365.63 | $ 544,365.63 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/22/2022 | Borrow Return | BTC | 6.00 | $ 254,267.04 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/22/2022 | Non-Loanbook Cash Transfer | USD | 212,350.00 | $ 212,350.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/24/2022 | Borrow Return | USD | 211,164.50 | $ 211,164.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/24/2022 | Borrow Return | USD | 224,144.28 | $ 224,144.28 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/24/2022 | Borrow Return | USD | 281,941.22 | $ 281,941.22 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/24/2022 | Borrow Return | USD | 282,750.00 | $ 282,750.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/24/2022 | Borrow Return | USDC | 100,000.00 | $ 100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/28/2022 | Borrow Return | BTC | 14.00 | $ 659,999.76 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/29/2022 | Non-Loanbook Cash Transfer | USD | 173,836.00 | $ 173,836.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/30/2022 | Borrow Return | USD | 95,600.00 | $ 95,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/30/2022 | Borrow Return | USD | 404,400.00 | $ 404,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 3/30/2022 | Non-Loanbook Cash Transfer | USD | 283,500.00 | $ 283,500.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | BTC | 18.00 | $ 833,331.78 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | USD | 93,724.28 | $ 93,724.28 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | USD | 192,040.00 | $ 192,040.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | USD | 229,250.00 | $ 229,250.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | USD | 245,650.00 | $ 245,650.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | USD | 353,655.72 | $ 353,655.72 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Borrow Return | USD | 385,680.00 | $ 385,680.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/1/2022 | Non-Loanbook Cash Transfer | USD | 271,260.00 | $ 271,260.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/4/2022 | Non-Loanbook Cash Transfer | USD | 229,750.00 | $ 229,750.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 71,584.95 | $ 71,584.95 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 148,025.72 | $ 148,025.72 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 203,650.00 | $ 203,650.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 203,750.93 | $ 203,750.93 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 219,900.00 | $ 219,900.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 228,240.00 | $ 228,240.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 231,750.00 | $ 231,750.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 234,600.00 | $ 234,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 236,200.00 | $ 236,200.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 245,550.00 | $ 245,550.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 246,190.00 | $ 246,190.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 264,480.00 | $ 264,480.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 281,220.00 | $ 281,220.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 299,180.00 | $ 299,180.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 327,740.00 | $ 327,740.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 331,650.00 | $ 331,650.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 375,120.00 | $ 375,120.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 451,440.00 | $ 451,440.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 459,525.00 | $ 459,525.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USD | 671,400.00 | $ 671,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Non-Loanbook Cash Transfer | USD | 226,675.00 | $ 226,675.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/6/2022 | Borrow Return | USDC | 268,803.40 | $ 268,803.40 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/8/2022 | Borrow Return | BTC | 5.00 | $ 211,345.85 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/8/2022 | Borrow Return | ETH | 30.00 | $ 95,812.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/14/2022 | Borrow Return | ETH | 50.00 | $ 151,091.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/21/2022 | Borrow Return | BTC | 8.00 | $ 323,919.44 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/21/2022 | Borrow Return | ETH | 35.00 | $ 104,443.85 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/22/2022 | Borrow Return | USD | 200,300.00 | $ 200,300.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/22/2022 | Borrow Return | USD | 200,700.00 | $ 200,700.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/22/2022 | Borrow Return | USD | 217,285.00 | $ 217,285.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/22/2022 | Borrow Return | USD | 250,000.00 | $ 250,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/22/2022 | Borrow Return | USD | 631,715.00 | $ 631,715.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 4/28/2022 | Borrow Return | BTC | 12.00 | $ 476,920.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/4/2022 | Borrow Return | ETH | 45.00 | $ 132,281.10 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/6/2022 | Borrow Return | USD | 2,500,000.00 | $ 2,500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/9/2022 | Borrow Return | BTC | 4.00 | $ 120,257.08 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/9/2022 | Borrow Return | ETH | 60.00 | $ 133,761.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/9/2022 | Borrow Return | USD | 131,715.00 | $ 131,715.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/9/2022 | Borrow Return | USD | 1,000,000.00 | $ 1,000,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/9/2022 | Borrow Return | USD | 1,868,285.00 | $ 1,868,285.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/10/2022 | Borrow Return | BTC | 5.00 | $ 155,021.40 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/10/2022 | Borrow Return | ETH | 34.90375131 | $ 81,706.54 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/10/2022 | Borrow Return | USDC | 100,000.00 | $ 100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/11/2022 | Borrow Return | ETH | 45.00 | $ 93,493.80 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/12/2022 | Borrow Return | BTC | 15.00 | $ 433,941.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/12/2022 | Borrow Return | ETH | 330.00 | $ 644,371.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/12/2022 | Borrow Return | USDC | 150,000.00 | $ 150,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/16/2022 | Borrow Return | BTC | 20.00 | $ 596,749.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/16/2022 | Borrow Return | USD | 131,715.00 | $ 131,715.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/16/2022 | Borrow Return | USD | 1,868,285.00 | $ 1,868,285.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 39,819.43 | $ 39,819.43 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 71,585.57 | $ 71,585.57 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 73,935.00 | $ 73,935.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 184,800.00 | $ 184,800.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 206,500.00 | $ 206,500.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 229,680.00 | $ 229,680.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 236,580.00 | $ 236,580.00 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider
**SOFA 4 - Rider 3: Affiliate Coin and USD Transactions**

| Name | Address | Date | Descriptive Purpose | Coin | Coin Quantity | Coin USD |
|------|---------|------|---------------------|------|---------------|----------|
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 283,500.00 | $ 283,500.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 317,200.00 | $ 317,200.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/18/2022 | Borrow Return | USD | 356,400.00 | $ 356,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/19/2022 | Borrow Return | ETH | 45.00 | $ 80,672.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/20/2022 | Borrow Return | USDC | 300,000.00 | $ 300,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/23/2022 | Borrow Return | BTC | 15.00 | $ 436,111.35 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/23/2022 | Borrow Return | ETH | 70.00 | $ 137,942.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/23/2022 | Borrow Return | USD | 2,500,000.00 | $ 2,500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/27/2022 | Borrow Return | ETH | 80.00 | $ 137,841.60 |
| Luno Pte Ltd | ADDRESS ON FILE | 5/31/2022 | Borrow Return | BTC | 9.00 | $ 285,966.90 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/7/2022 | Borrow Return | USD | 1,000,000.00 | $ 1,000,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/9/2022 | Borrow Return | USD | 1,500,000.00 | $ 1,500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/10/2022 | Borrow Return | USD | 3,500,000.00 | $ 3,500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/13/2022 | Borrow Return | BTC | 45.00 | $ 1,010,442.15 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/13/2022 | Borrow Return | ETH | 140.00 | $ 168,872.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/13/2022 | Borrow Return | USDC | 225,000.00 | $ 225,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/14/2022 | Borrow Return | BTC | 135.00 | $ 2,988,327.60 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/14/2022 | Borrow Return | ETH | 1,700.00 | $ 2,055,266.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/14/2022 | Borrow Return | USDC | 1,900,000.00 | $ 1,900,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/15/2022 | Borrow Return | BTC | 75.00 | $ 1,691,805.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/15/2022 | Borrow Return | ETH | 600.00 | $ 741,996.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/16/2022 | Borrow Return | BTC | 60.00 | $ 1,222,170.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 4,520.547945 | $ 4,520.55 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 7,780.327607 | $ 7,780.33 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 8,562.523302 | $ 8,562.52 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 9,285.115695 | $ 9,285.12 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 10,200.86414 | $ 10,200.86 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 10,345.008927 | $ 10,345.01 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 11,555.148717 | $ 11,555.15 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 13,090.82057 | $ 13,090.82 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 13,756.431554 | $ 13,756.43 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 14,004.857415 | $ 14,004.86 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 331,196.60 | $ 331,196.60 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/17/2022 | Borrow Return | USDC | 500,000.00 | $ 500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 1,428,414.43 | $ 1,428,414.43 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 50,816.40 | $ 50,816.40 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 106,625.00 | $ 106,625.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 125,800.00 | $ 125,800.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 134,400.00 | $ 134,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 144,700.00 | $ 144,700.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 148,600.00 | $ 148,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 150,000.00 | $ 150,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 152,350.00 | $ 152,350.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 156,600.00 | $ 156,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 165,000.00 | $ 165,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 181,080.00 | $ 181,080.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 183,900.00 | $ 183,900.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 189,240.00 | $ 189,240.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/21/2022 | Borrow Return | USD | 231,990.00 | $ 231,990.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/22/2022 | Non-Loanbook Cash Transfer | USD | 121,080.00 | $ 121,080.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/24/2022 | Non-Loanbook Cash Transfer | USD | 146,720.00 | $ 146,720.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/28/2022 | Non-Loanbook Cash Transfer | USD | 185,535.00 | $ 185,535.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | BTC | 135.00 | $ 2,712,102.75 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | ETH | 1,700.00 | $ 1,867,416.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Non-Loanbook Cash Transfer | USD | 140,280.00 | $ 140,280.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | USDC | 23,858.984804 | $ 23,858.98 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | USDC | 38,273.710475 | $ 38,273.71 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | USDC | 300,000.00 | $ 300,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | USDC | 450,000.00 | $ 450,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 6/29/2022 | Borrow Return | USDC | 1,087,867.304721 | $ 1,087,867.30 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/1/2022 | Non-Loanbook Cash Transfer | USD | 155,440.00 | $ 155,440.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/5/2022 | Borrow Return | ETH | 20.00 | $ 403,240.80 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/5/2022 | Borrow Return | BTC | 65.00 | $ 1,310,532.60 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/5/2022 | Interest Payment | USD | 24,306.85 | $ 24,306.85 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/5/2022 | Non-Loanbook Cash Transfer | USD | 133,455.00 | $ 133,455.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/5/2022 | Interest Payment | USDC | 3,378.832014 | $ 3,378.83 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/6/2022 | Non-Loanbook Cash Transfer | USD | 120,660.00 | $ 120,660.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/8/2022 | Non-Loanbook Cash Transfer | USD | 152,600.00 | $ 152,600.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/11/2022 | Non-Loanbook Cash Transfer | USD | 122,460.00 | $ 122,460.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/13/2022 | Non-Loanbook Cash Transfer | USD | 138,180.00 | $ 138,180.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/15/2022 | Borrow Return | ETH | 70.00 | $ 86,210.60 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/15/2022 | Non-Loanbook Cash Transfer | USD | 499,440.00 | $ 499,440.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/18/2022 | Non-Loanbook Cash Transfer | USD | 279,400.00 | $ 279,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/20/2022 | Borrow Return | ETH | 150.00 | $ 228,228.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/20/2022 | Non-Loanbook Cash Transfer | USD | 43,275.00 | $ 43,275.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/21/2022 | Non-Loanbook Cash Transfer | USD | 212,580.00 | $ 212,580.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/22/2022 | Non-Loanbook Cash Transfer | USD | 161,910.00 | $ 161,910.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/25/2022 | Non-Loanbook Cash Transfer | USD | 131,580.00 | $ 131,580.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/27/2022 | Non-Loanbook Cash Transfer | USD | 149,506.00 | $ 149,506.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 7/29/2022 | Non-Loanbook Cash Transfer | USD | 216,450.00 | $ 216,450.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/1/2022 | Non-Loanbook Cash Transfer | USD | 163,030.00 | $ 163,030.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/3/2022 | Non-Loanbook Cash Transfer | USD | 138,120.00 | $ 138,120.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/5/2022 | Non-Loanbook Cash Transfer | USD | 139,200.00 | $ 139,200.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/8/2022 | Non-Loanbook Cash Transfer | USD | 142,380.00 | $ 142,380.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/10/2022 | Non-Loanbook Cash Transfer | USD | 275,040.00 | $ 275,040.00 |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
SOFA Question 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider
**SOFA 4 - Rider 3: Affiliate Coin and USD Transactions**

| Name | Address | Date | Descriptive Purpose | Coin | Coin Quantity | Coin USD |
|------|---------|------|---------------------|------|---------------|----------|
| Luno Pte Ltd | ADDRESS ON FILE | 8/12/2022 | Non-Loanbook Cash Transfer | USD | 178,374.00 | $ 178,374.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/12/2022 | Non-Loanbook Cash Transfer | USD | 598,250.00 | $ 598,250.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/15/2022 | Non-Loanbook Cash Transfer | USD | 120,100.00 | $ 120,100.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/18/2022 | Borrow Return | BTC | 7.00 | $ 162,386.56 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/18/2022 | Borrow Return | USDC | 16,929.26332 | $ 16,929.26 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/18/2022 | Borrow Return | USDC | 83,070.73668 | $ 83,070.74 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/23/2022 | Borrow Return | BTC | 10.00 | $ 215,269.20 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/24/2022 | Non-Loanbook Cash Transfer | USD | 170,800.00 | $ 170,800.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/25/2022 | Borrow Return | ETH | 50.00 | $ 84,783.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/26/2022 | Non-Loanbook Cash Transfer | USD | 128,310.00 | $ 128,310.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/29/2022 | Non-Loanbook Cash Transfer | USD | 158,464.00 | $ 158,464.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/30/2022 | Borrow Return | USDC | 50,000.00 | $ 50,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 8/31/2022 | Non-Loanbook Cash Transfer | USD | 202,400.00 | $ 202,400.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/6/2022 | Borrow Return | ETH | 29.38324189 | $ 45,814.35 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/8/2022 | Borrow Return | ETH | 80.00 | $ 130,864.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/12/2022 | Borrow Return | ETH | 60.00 | $ 102,992.40 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 20.00 | $ 32,793.60 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 26.55955734 | $ 43,549.17 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 29.94574251 | $ 49,101.44 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 40.22169452 | $ 65,950.71 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 50.00 | $ 81,984.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 125.00 | $ 204,960.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 125.00 | $ 204,960.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 300.00 | $ 491,904.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 500.00 | $ 819,840.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | ETH | 13,127.73505712 | $ 21,525,284.62 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 7,000.00 | $ 7,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 15,000.00 | $ 15,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 48,328.531566 | $ 48,328.53 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 50,000.00 | $ 50,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 50,000.00 | $ 50,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 54,641.888479 | $ 54,641.89 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 55,658.355817 | $ 55,658.36 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 57,426.297056 | $ 57,426.30 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 58,919.575858 | $ 58,919.58 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 60,000.00 | $ 60,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 60,603.541504 | $ 60,603.54 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 61,009.297192 | $ 61,009.30 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 61,971.378766 | $ 61,971.38 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 64,073.849005 | $ 64,073.85 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 67,143.428547 | $ 67,143.43 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 69,521.803225 | $ 69,521.80 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 69,936.496037 | $ 69,936.50 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 70,000.00 | $ 70,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 75,000.00 | $ 75,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 80,000.00 | $ 80,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 100,000.00 | $ 100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 100,000.00 | $ 100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 125,000.00 | $ 125,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 150,000.00 | $ 150,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 220,000.00 | $ 220,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 250,000.00 | $ 250,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 260,000.00 | $ 260,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 350,000.00 | $ 350,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 366,929.26332 | $ 366,929.26 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 400,000.00 | $ 400,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 420,000.00 | $ 420,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 450,000.00 | $ 450,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 450,000.00 | $ 450,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 450,000.00 | $ 450,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 475,000.00 | $ 475,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 500,000.00 | $ 500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 500,000.00 | $ 500,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/14/2022 | Borrow Return | USDC | 1,100,000.00 | $ 1,100,000.00 |
| Luno Pte Ltd | ADDRESS ON FILE | 9/30/2022 | Borrow Return | ETH | 175.00 | $ 232,555.75 |
| Luno Pte Ltd | ADDRESS ON FILE | 10/3/2022 | Borrow Return | ETH | 24.55684008 | $ 32,497.54 |

In the year prior to the petition date, the Debtors entered into numerous transactions with Digital Currency Group (DCG) and certain of its subsidiaries including but not limited to lending, borrowing, spot trading, equity contributions from DCG and other related activity.  In aggregate, the outgoing payments and transfers by the Debtors totaled $844.3M for Digital Currency Group, $559.1M for DCG International, $130.9M for Luno Pte Ltd, $5.7M for Luno Australia Pty Ltd, $101.2M for HQ Cash Management Fund LP, $21.4M for Foundry Digital LLC,  and $3.7M for Grayscale and the total incoming payments and transfers totaled $201.7M for DCG, $626.8M for DCG International, $88.7M for Luno Pte Ltd, $3.8M for Luno Australia Pty Ltd, $99.5M for HQ Cash Management Fund LP, $20.8M for Foundry Digital LLC, and $2.2M for Grayscale.

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)                                                    Case Number:   23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Name(s) redacted vs. Genesis Asia Pacific Pte. Ltd. Et al | Case Number Redacted | Lawsuit | NAME ON FILE ADDRESS ON FILE | Pending |

Debtor Name: Genesis Asia Pacific Pte. Ltd. (Singapore)                                               Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 8, Question 16: Does the debtor collect and retain personally identifiable information of customers?**

| Debtor | Nature of the Information Collected and Retained | Does the Debtor have a Privacy Policy? |
|---|---|---|
| Genesis Asia Pacific Pte. Ltd. (Singapore) | Address, Asset Types, Bank, Browser, Contact Information, Cookies, Correspondence, Criminal Convictions, Date of Birth, Device Hard Drive, Device Hardware, Device Location Services, Device Operating System, Device Type, Device-Specific Information, Domain Name, Driver's License, Flash Cookies, Government-Issued ID, Health Information, Internal and External Information related to Genesis Pages, IP Address, Location Information, Message Authentication Code, Name, Passport, Pixel Tags, Proof of Net Worth, Quoted Prices of Trades, Relationship Status, Social Security Number, Statements, System Activity, Tax Documents, Transaction Amounts, Wallet Addresses | Yes |

Note: The Debtors may not have every type of information listed above for each user.

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)                                                    Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26a:** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name and Address | From | To |
|---|---|---|
| CERTAIN EMPLOYEES AT PARENT CORPORATION | 01/19/2021 | Present |
| BEVAUN, MARLON<br>ADDRESS ON FILE | 01/19/2021 | 03/31/2022 |
| CHAN, ALICE<br>ADDRESS ON FILE | 07/06/2021 | Present |
| MCMAHON, RYAN<br>ADDRESS ON FILE | 01/19/2021 | Present |

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26b:** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Name and Address | From | To |
|---|---|---|
| BEVAUN, MARLON<br>ADDRESS ON FILE | 01/19/2021 | 03/31/2022 |
| CHAN, ALICE<br>ADDRESS ON FILE | 07/06/2021 | Present |
| JK MEDORA PAC<br>22 MALACCA STREET<br>#03-02 RB CAPITAL BUILDING<br>SINGAPORE, 048980 SINGAPORE | 01/01/2020 | 12/31/2021 |
| MCMAHON, RYAN<br>ADDRESS ON FILE | 01/19/2021 | Present |

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)                                                      Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26c:** Firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Name and Address | If unavailable, why? |
|---|---|
| CERTAIN EMPLOYEES AT PARENT CORPORATION | |
| CHAN, ALICE<br>ADDRESS ON FILE | |
| MCMAHON, RYAN<br>ADDRESS ON FILE | |

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)

Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26d:** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issues a financial statement within 2 years before filing this case.

| Name and Address |
| --- |
|  |

In the ordinary course of business, the Debtors provide financial statements to certain parties, such as financial institutions, investment banks, auditors, potential investors, vendors and financial advisors. The Debtors do not maintain complete lists to track such disclosures and, as such, the Debtors have not provided a listing of these parties in response to this question.

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)                                         Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 28:** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position | % Interest |
|------|---------|----------|------------|
| A. DERAR ISLIM | ADDRESS ON FILE | DIRECTOR / OFFICER | N/A |
| AGNES CHEN MEIYUN | ADDRESS ON FILE | SECRETARY | N/A |
| ALICE CHAN | ADDRESS ON FILE | DIRECTOR / OFFICER | N/A |
| ARIANNA PRETTO-SAKMANN | ADDRESS ON FILE | DIRECTOR / OFFICER | N/A |
| GAN LEE TENG | ADDRESS ON FILE | SECRETARY | N/A |
| GENESIS GLOBAL HOLDCO, LLC | 250 PARK AVE S 5TH FLOOR NEW YORK, NY 10003 | SOLE MEMBER | 100 |
| LIP CHIH NG | ADDRESS ON FILE | DIRECTOR | N/A |

Debtor Name:  Genesis Asia Pacific Pte. Ltd. (Singapore)                                          Case Number:  23-10065

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 29:** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Name | Address | Position | Start | End |
|------|---------|----------|-------|-----|
| AARON LEONG | ADDRESS ON FILE | FORMER DIRECTOR | 09/12/2022 | 01/05/2023 |
| LEROY XINXIANG LIN | ADDRESS ON FILE | FORMER DIRECTOR | 07/30/2021 | 09/12/2022 |
| SATBIR WALIA | ADDRESS ON FILE | FORMER DIRECTOR | 07/01/2021 | 07/22/2022 |
| SOICHIRO MICHAEL MORO | ADDRESS ON FILE | FORMER CHIEF EXECUTIVE OFFICER | 01/16/2020 | 08/17/2022 |
| SUGANDHI GOVIL | ADDRESS ON FILE | FORMER DIRECTOR | 09/12/2022 | 01/13/2023 |