**LEXITAS**

# EXHIBIT B

# FORM OF NOTICE OF TRANSFER OF CLAIM – E1

# Xclaim

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Xclaim Capital Holdings, LLC** (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Jefferies Leveraged Credit Products, LLC (the "Buyer"), Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the original liquidated face claim amount of $2,555,320.59 against Genesis Global Capital, LLC, and each of its Debtors and non-Debtors affiliates (collectively, "**Genesis**"), in the chapter 11 cases captioned *In re Genesis Global Holdco, LLC*, et al, Case No. 23-10063 (SHL) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

In WITNESS WHEREOF, this NOTICE OF TRANSFER OF CLAIM is executed __03/07/2023__.

**SELLER:**
Xclaim Capital Holdings, LLC

By: _Matt Sedigh_ (DocuSigned)
Name: Matthew Sedigh
Title: President

**BUYER:**
Jefferies Leveraged Credit Products, LLC

By: _Bill McLoughlin_ (DocuSigned)
Name: Bill McLoughlin
Title: SVP