UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| GENESIS GLOBAL HOLDCO, LLC, *et. al.*,[1] | : | Case No. 23-10063 (SHL) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above-captioned cases will take place on April 13, 2023 at 1:00 p.m. (EST) (the "Designated Meeting Time").

All parties shall appear by phone at the section 341 in accordance with the instructions to be filed by the United States Trustee's office prior to the Designated Meeting Time.

Dated:  New York, New York
March 22, 2023

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE, REGION 2

                                           */s/ Greg M. Zipes*
                                          Greg M. Zipes
                                          Office of the United States Trustee – NY Office
                                          Alexander Hamilton Custom House
                                          One Bowling Green
                                          New York, New York 10014
                                          Tel. No. (212) 510-0500
                                          Fax No. (212) 668-2255

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.