UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephanie Assi, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Ross D. Blankenship and Dr. D. Winslow Blankenship in the above-referenced chapter 11 cases.

***I certify that I am a member in good standing*** in the bar in the State of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 28, 2023
Dallas, Texas

Respectfully submitted,

By: */s/ Stephanie Assi*
\*Stephanie F. Assi (sfassi@ccsb.com)
 Texas Bar No. 24096737
**CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3030 – Telephone
(214) 580-2641 – Facsimile
\**Pending admission pro hac vice*

**ATTORNEY FOR ROSS D. BLANKENSHIP AND
DR. D. WINSLOW BLANKENSHIP**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.