UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephanie Assi, to be admitted, ***pro hac vice***, to represent Ross D. Blankenship and Dr. D. Winslow Blankenship, in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby:

**ORDERED** that Stephanie Assi is admitted to practice, ***pro hac vice***, to represent Ross D. Blankenship and Dr. D. Winslow Blankenship in the above-referenced chapter 11 cases in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:

New York, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.