**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jordan E. Sazant, Esq., to be admitted, *pro hac vice*, to represent the Ad Hoc Group of Genesis Lenders, as creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing with the Bars of the States of Delaware and Illinois, and is admitted to practice before the United States District Court for the District of Delaware and the United States Court of Appeals for the First Circuit, it is hereby:

**ORDERED**, that Jordan E. Sazant, Esq., is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, to represent the Ad Hoc Group of Genesis Lenders, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 29, 2023

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE