*Stephanie F. Assi (sfassi@ccsb.com)
 Texas Bar No. 24096737
**CARRINGTON, COLEMAN,
 SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Telephone
(214) 850-2641 – Facsimile
*Pending pro hac vice admission*

*Attorney for Creditors Ross D. Blankenship
and Dr. D. Winslow Blankenship*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 29, 2023, true and correct copies of the following documents were served in accordance with the Court's Case Management Procedures [ECF No. 44] as set forth in the Master Service List attached hereto as Exhibit A:

- Motion for Admission to Practice *Pro Hac Vice* and proposed Order [ECF No. 169]; and

- Limited Objection to Debtors' Application for an Order (i) Establishing Bar Dates for Submitting Proofs of Claim; (ii) Approving Proof of Claim Forms, Bar Date Notices, and Mailing and Publication Procedures; and (iii) Implementing Uniform Procedures Regarding 503(B)(9) Claims; and (iv) Providing Certain Supplemental Relief [ECF No. 170].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dated: March 29, 2023  
Dallas, Texas.

Respectfully submitted,

By: */s/ Stephanie F. Assi*  
\*Stephanie F. Assi (sfassi@ccsb.com)  
 Texas Bar No. 24096737  
**CARRINGTON, COLEMAN,**  
 **SLOMAN & BLUMENTHAL, L.L.P**.  
901 Main Street, Suite 5500  
Dallas, Texas 75202  
(214) 855-3000 – Telephone  
(214) 850-2641 – Facsimile  
*\*Pending pro hac vice admission*

*Attorney for Creditors Ross D. Blankenship*  
*and Dr. D. Winslow Blankenship*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 29, 2023, a true and correct copy of the above and foregoing document was electronically served through CM/ECF on all parties requesting electronic notification.

*/s/ Stephanie F. Assi*  
Stephanie F. Assi