# **EXHIBIT F**



An official website of the United States government

Here's how you know

U.S. Customs and Border Protection

MENU

Home »  Newsroom »  National Media Release »

CBP Warns Against Phone Scams

**Newsroom**

Accountability and Transparency

Legal Notices

Advisories

Media Releases

Photo Gallery

Video Gallery

Press Officers

Publications

Social Media Directory

Speeches/Statements

Spotlights

Stats and Summaries

COVID-19

Newsroom

# CBP Warns Against Phone Scams

**Release Date:** Thu, 01/20/2022 - 12:00

**WASHINGTON** — U.S. Customs and Border Protection is aware of numerous telephone scams targeting residents nationwide.

Individuals nationwide have received unsolicited calls from scammers posing as U.S. Border Patrol agents and U.S. Customs and Border Protection officers. Residents are reporting calls with a pre-recorded message stating, "a box of drugs and money being shipped has your name on it and has been intercepted." Others are reporting calls from individuals claiming to be CBP employees and informing call recipients that there is a warrant for their arrest or requesting information in exchange for Bitcoin. In either case, the resident is instructed to provide banking information or other personal identifiable information, such as social security numbers or dates of birth.



These calls are phone scams/phishing attempts and have been around for the last few years. Residents are urged to not provide the caller with any information. The Department of Homeland Security and CBP does not solicit money over the phone, nor does it use Bitcoin other digital currency or gift cards. If such calls are received, people should make a note of the number and any other pertinent details about the call and immediately hang up, and then report the incident to your local police department and the Federal Trade Commissioner at **https://reportfraud.ftc.gov/**. If you would still like to talk to someone from CBP, please contact the CBP Information Center at (877) 227-5511.

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the comprehensive management, control, and protection of our nation's borders, combining customs, immigration, border security, and agricultural protection at and between official ports of entry.*

**Tags: Office of Field Operations, Outreach and Programs**

**Last Modified: September 7, 2022**

Click 'Share This Page' button to display social media links.

 **Share This Page.**



## Media Contacts

### Office of Public Affairs

**(202) 344-1780**

**CBPMEDIARELATIONS**

**All Other Inquiries**
**(202) 325-8000**

[Return to top](#)

**Travel**   **Trade**   **Border Security**   **Newsroom**   **About CBP**   **Careers**

**Employee Resources**

     





**Contact CBP**



CBP.gov

**An official website of the** U.S. Department of Homeland Security

Accessibility

Accountability

DHS Components

FOIA

Forms

Inspector General

No FEAR Act

Privacy

Site Policies

The White House

USA.gov

# National Terrorism Advisory System