**<u>EXHIBIT K</u>**

| BTC | ETH | USDC | BNB | XRP | ADA |
|---|---|---|---|---|---|
| $27,408 | $1,743 | $1.00 | $324 | $0.44 | $0.356 |
| -2.14% | -1.50% | +0.05% | -0.14% | +3.94% | -1.33% |

ENGLISH
ADVERTISE
CAREERS

News    Markets    Magazine    Top 100    People    Cryptopedia    Research    Video    Podcasts

Markets Pro



ZHIYUAN SUN                                                                              FEB 02, 2022

## $5 wrench attacks appear to be on the rise in the crypto community

Security expert warns that individuals known to work in crypto are susceptible to becoming targets of extortion-related crimes.

8626        52                                                                          2:57

NEWS

Collect this article as an NFT  ›

Cointelegraph.com uses Cookies to ensure the best experience for you.

ACCEPT