**EXHIBIT L**




# Crypto blogger Yuri Boytsov had $284 000 stolen in bitcoins

*Criminals broke into his house and forced him to hand over the passwords to his wallets*



27.02.2023 - 14:00    👁 116    ⏱ 2 min    👍 0

What's new? In Bali, unknown persons robbed investment blogger Yuri Boytsov. According to the Telegram channel Baza, a group of four men attacked Boytsov at his villa, forcing him to unlock his phone and give them the passwords to his crypto wallets. According to Boytsov, the robbery involved an Indonesian man in a police uniform, a man in a balaclava, and "two men of Caucasian appearance."

News on the Baza channel

What else is known about the robbery? The attackers claimed that the blogger had "ripped someone off" and demanded to give them money. After refusing, they beat Boytsov and forced him to transfer $284 000 in bitcoins to their accounts. Given that the transactions were for large amounts, the criminals had to go through verification with a picture of the blogger with his passport, which was sent to customer service.

## Cryptocurrency rates

| | | |
|---|---|---|
| ₿ | bitcoin BTC | $23471 +0.30397 |
| ₿ | bitcoin-cash BCH | $133.45 -1.42268 |
| Ξ | ethereum ETH | $1636.97 -0.19648 |
| Ł | litecoin LTC | $95.06 +0.52369 |
| ₿ | bitcoin-sv BSV | $41.52 -1.38445 |
| Ð | dogecoin DOGE | $0.08 +1.18343 |
| D | dash DASH | $72.7 +0.26869 |
| X | ripple XRP | $0.38 +1.44978 |
| ✦ | stellar XLM | $0.09 +0.38134 |
| Z | zcash ZEC | $44.14 +0.09395 |



## News



Feb 28, 2023
Yuga Labs announces the launch of a new NFT collection on the bitcoin blockchain



Feb 28, 2023

Police reportedly managed to find one of the suspects in the attack, but he denies his guilt and claims that Boytsov is a fraudster himself and is to blame for what happened.

Last July, in the village of Kuchino, near Moscow, unknown offenders robbed a mining farm that was located on the warehouse premises of the VkusVill supermarket chain. According to a security guard, armed, masked criminals broke into the premises through the fence and handcuffed the farm's guards, and stole 100 video cards.

And in November 2021, a Moscow crypto trader was robbed while trying to sell $1 million worth of stablecoins. He met with a buyer he already knew in the office, where he transferred the tokens in exchange for cash. After that, unidentified men broke into the office and took a bag containing the money.

Author:
Michael Golikov

Share:    Useful material?  

Subscribe to Getblock Magazine and stay up to date with the latest news from the world of cryptocurrencies and the digital economy

Telegram        Newsletter        Twitter

#Bitcoin    #Cybercrime



### Trends

**Yuga Labs announces the launch of a new NFT collection on the bitcoin…**
It will include 300 generative art non-fungible tokens
Feb 28, 2023

### Market

**LaunchZone token collapses by 82% after hacking the platform of…**
In total, the hackers managed to withdraw about $700 000…
Feb 27, 2023

### Incidents

**Crypto blogger Yuri Boytsov had $284 000 stolen in bitcoins**
Criminals broke into his house and forced him to hand over…
Feb 27, 2023

### Market

**Coinbase: 20% of American adults own cryptocurrencies**

### Politics

**US Treasury Secretary urges G20 to create strong regulatory framework fo…**

### Incidents

**Colombia held the world's first court hearing in the metaverse**

---


Binance will launch a government crypto exchange in South Korea

Feb 28, 2023

Robinhood receives a subpoena from the SEC over cryptocurrency-related…

Feb 28, 2023

Playboy will launch its mansion in The Sandbox metaverse in 2023

Feb 27, 2023

LaunchZone token collapses by 82% after hacking the platform of the same name

Feb 27, 2023

Citigroup calls cryptocurrencies stronger than stocks

Feb 27, 2023

Trezor will launch its own production of chips for hardware wallets

## New in the knowledge base

**BASICS**
What zkSync is and why it is important for Ethereum. We are explaining in simple words
Nov 2, 2022

**BASICS**
14 years of the bitcoin concept. Unusual facts about the first cryptocurrency
Oct 31, 2022

**BASICS**
How to trade with the trend. Detailed guide for beginners
Sep 13, 2022

**BASICS**
How to earn on affiliate programs of crypto exchanges
Aug 29, 2022

**BASICS**
Eight myths about Ethereum's migration to Proof-of-Stake
Aug 18, 2022