**EXHIBIT M**

23-10063-shl    Doc 184-13    Filed 03/29/23    Entered 03/29/23 16:42:19    Exhibit M
Pg 2 of 4

archive.today
Webpage Capture

Saved from https://brescia.corriere.it/notizie/cronaca/22_agosto_11/manerba-minacciato-    search    11 Aug 2022 16:42:48 UTC
no other snapshots from this url
All snapshots  from host brescia.corriere.it

Webpage | Screenshots           Share  Download .zip  Report Bug or Abuse  Buy me a coffee

**CORRIERE DELLA SERA**    **BRESCIA**    SUBSCRIBERS    Log in

## CHRONICLE

Turn on notifications

**CHRONICLE**    POLITICS    ECONOMY    SPORT

The latest news on the general election

# Manerba, threatened with a knife and robbed of bitcoins

by Valerio Morabito

Three strangers followed the victim home and with an excuse one managed to enter and then force him to make the transfer of cryptocurrencies. The carabinieri investigate



They managed to **transfer the Bitcoins to their account** and then disappeared on the streets of Manerba. This is the robbery staged on Saturday in the town of Garda. The victim was a local man, who was approached by at least three people. According to a reconstruction of the

**Bear cub on the roads of Vallecamonica: cross the road and return to the woods**

dynamics of the facts, the robbers with a trivial excuse followed the victim home. Then they started a generic speech and one of them managed to enter the house.

At this point the **citizen of Manerba was pointed at a knife and under threat was forced to provide the codes to transfer his Bitcoins to the account of the authors of the blow.** The robbery was reported to the police, who after an inspection were on the trail of the members of the gang. While the investigations are underway, there would be at least three Bitcoin robbers and with the passing of the hours the circle is tightening by the carabinieri of the Salò Company around those responsible. One might think that the immateriality of cryptocurrencies protects them from armed robberies. It is possible that some hackers will seize it by hacking into virtual wallets, as has been the case in recent years, but it **may have seemed unlikely that Bitcoins would become the object of the lust of traditional robbers.** Yet this is what happened last weekend in Manerba. To quantify the money in Bitcoin that the gang managed to take away from the man's home.

In the last year similar robberies have occurred around Europe and in Italy, but it would be the first case in the province of Brescia. Apparently the robbers had been monitoring the victim for a few weeks and had become aware that he owned Bitcoin. Cryptocurrency is a constantly expanding market also in Italy. According to a recent survey published in the Corriere della Sera, 18% of Italians own Bitcoin or other cryptocurrencies. In such a context there is another risk, namely the recycling of money through cryptocurrencies. Chainalysis revealed that assets worth a total of $2021.8 billion were recycled via cryptocurrencies in 6. This is an increase of 25% compared to 2020, but still lower than the peak reached in 2019, where 10.9 billion in value was recycled through cryptocurrencies.

11 agosto 2022 (modifica il 11 agosto 2022 | 07:16)
© RIPRODUZIONE RISERVATA

 Leggi e commenta



### CORRIERE DELLA SERA

Chi Siamo | The Trust Project

Abbonati a Corriere della Sera | Gazzetta | El Mundo | Marca | RCS Mediagroup | Fondazione Corriere | Fondazione Cutuli | Quimamme | OFFERTE CORRIERE STORE | Buonpertutti          Servizi | Scrivi | Cookie policy e privacy Hamburg Declaration

Codici Sconto | Corso di Inglese – Francese

Copyright 2022 © RCS Mediagroup S.p.a. Tutti i diritti sono riservati | Per la pubblicità : CAIRORCS MEDIA SpA – Direzione Pubblicità
RCS MediaGroup S.p.A. – Divisione Quotidiani Sede legale: via Angelo Rizzoli, 8 – 20132 Milano | Capitale sociale: Euro 270.000.000,00
Codice Fiscale, Partita I.V.A. e Iscrizione al Registro delle Imprese di Milano n.12086540155 | R.E.A. di Milano: 1524326 | ISSN 2499-0485