# **EXHIBIT N**



The founder of Tuenti.  EFE

**SPAIN  /  MADRID**

# Hooded men torture the founder of Tuenti in his apartment in Madrid and steal his fortune in bitcoins

The National Police investigates since late afternoon of this Tuesday this event perpetrated in his house in the center of Madrid.

3 noviembre, 2021  -  07:32

IN:   **MADRID**   **MINISTRY OF THE INTERIOR**   **NATIONAL POLICE**   **THEFT**   **KIDNAPPINGS**   **EVENTS**   **TUENTI**

**Brais Cedeira**

The agents of the Judicial Police of the Superior Headquarters of the [National Police in Madrid](#) investigate from early this afternoon the **robbery and attempted kidnapping** perpetrated against **Zaryn Dentzel,** first president of [the social network Tuenti](#). The creator of this platform has denounced this Tuesday having been **the victim of an organized gang** that would have entered his apartment and that, after handcuffing and gagging him, has stolen his laptops, his mobile phone and his tablet.

The victim has told investigators that after extorting him for several hours, the assailants also managed to get the password of an account in which, he says, he had **stored several tens of millions of euros in bitcoin**.

### Related news

Police and Civil Guard still pursue 26 ETA with hidden outstanding accounts in Latin America

The film life of GEO Pelayo: he fought against ETA, was on the floor of 11-M and in the rescues of Kabul

The fall of Silla, captain of the narcos' sailboat, the only one who crossed the Atlantic with a storm

## Most Read

1   The 25 best dermatologists in Spain: these are the great sages of... 

2   Hooded men torture the founder of Tuenti in his apartment in Madrid and... 

3   WhatsApp on Android is updated in a big way with two major new features 

4   Ana Rosa Quintana temporarily leaves television after announcing that... 

5   Two brothers from Castilla-La Mancha, on the list of the richest people... 

### WHILE YOU SLEPT

Register for free and receive the news every morning in your email

**JOIN**

## Most viewed videos



Arrested a man in Lardero (La Rioja) as the author of the murder of...

 

Demonstration in Soria    A young man driving a car at full speed...

### Latest Photo Galleries

