# **EXHIBIT O**

archive.today
webpage capture

Saved from  https://cryptonews.com/news/ex-mitsubishi-electric-ceos-son-charged-with-v    search    15 Feb 2023 13:23:15 UTC
no other snapshots from this url
All snapshots  from host cryptonews.com

Webpage | Screenshot                                        share    download .zip    report bug or abuse    Buy me a coffee



**Enter your email for our Free Daily Newsletter**

A quick 3min read about today's crypto news!

Email                    Sign Up



Source: Naka/Adobe

The son of the former CEO of Mitsubishi Electric has been arrested in a violent crypto robbery and kidnapping case in Japan – which saw a crypto holder allegedly confined and beaten over a period of 20 days.

Per Weekly Bunshun, Kyoto Prefectural Police arrested eight men on suspicion of kidnapping, assaulting, and confining an individual. Police said this was part of an attempt to steal some $0.75 million worth of tokens. Officers stated that Sugiyama Leo (30) was the group's ringleader.



Sugiyama Leo was described as a "company executive" and gym operator living in Osaka. And his father, the news outlet noted, is Takeshi Sugiyama, who served as Mitsubishi Electric's CEO from 2018 to 2021.

The media outlet reported that in June of last year, Sugiyama Leo learned that a member of a gym he managed in Osaka was in possession of considerable cryptoasset holdings.

Police said that Sugiyama Leo and his associates confined this individual to a room in a guest house. Here, the victim was allegedly "tied up with adhesive tape and repeatedly assaulted."

Officers stated that the victim was repeatedly "kicked in the head." The assailants also reportedly "threatened to kill the victim's family" if the victim "ran away or lied to them." Eventually, the assailants managed to coerce the victim into handing over their crypto wallet's private keys, officers said.



**Recommended**



BITCOIN NEWS • JAN 23, 2023

Crypto Billionaire Arthur Hayes Says Bitcoin May 'Crash Back Down' If This Happens – Here's What You Need to Know



BITCOIN NEWS • JAN 30, 2023

Bitcoin Sees $116M in Inflows as Price Holds Near 6-Month Highs



BITCOIN NEWS • FEB 7, 2023

Bitcoin "Golden Cross" Confirmed – What Next for BTC Price?



**Latest news**



INDUSTRY TALK
• 20 HOURS AGO

Police said that the gang then proceeded to steal the crypto – but that the victim finally managed to escape. Once free, the victim then sought help from a "passer-by" near the guest house.

## 'Heinous Crypto Crime' Could See Ex-Mitsubishi Electric CEO Jailed for 3-4 Years

The media outlet quoted a former public prosecutor named Nobuo Gohara as stating:

> "This was an exceptionally heinous crime in which the defenseless victim was assaulted in captivity. The perpetrators extorted a large amount of money from the victim."

Gohara opined that, if convicted, a prison sentence of at least three to four years was "inevitable" for Sugiyama Leo.



Established in 1921, Mitsubishi Electric is one of Japan's biggest electrical goods companies. The company is one of the core units in the Mitsubishi Group – one of Asia's most lucrative family-run business groups.

Last month, a Tokyo-based woman in her eighties was reportedly cheated out of $748,000 worth of crypto by a scammer who claimed that her bank account was being attacked.



Japan    Police



**PEGA Pool Announces the Official Launch of Its Eco-friendly Bitcoin Mining Pool**



**ALTCOIN NEWS**
• 20 HOURS AGO

**Prosecutors Voice Concern Over Bankman-Fried's Use of VPN**



**INDUSTRY TALK**
• 20 HOURS AGO

**The Fitness Industry is About to be Disrupted by Fight Out's Revolutionary Move-to-Earn Technology – Here's How it Works**



**ALTCOIN NEWS**
• 20 HOURS AGO

**Best Crypto to Buy Today MEMAG, CRV, FGHT, APT, CCHG, GMX, METRO**



**INDUSTRY TALK**
• 21 HOURS AGO

**Coinbase-Backed DeSo Launches Revolutionary Chat Protocol, Unlocking Cross-Chain Wallet-to-Wallet Messaging with Ethereum**



**ALTCOIN NEWS**
• 21 HOURS AGO

**Today in Crypto: UK Goes After Unregistered Crypto ATM Operators, S. Korea Watching the Ripple-SEC Battle, Silvergate Execs Investigated by Law Firm, Bitget to Collaborate on CBDCs**



**ALTCOIN NEWS**
• 22 HOURS AGO