## **EXHIBIT Q**

 OBOZREVATEL

/ CRIME

# In Kiev, bitcoin worth almost $ 50 thousand was knocked out of the guy.

*08 September 2017 [22:43]*  👁 33.3t  📷 *photo*  🇺🇦 *Read the material in Ukrainian*  🖨

f  💬  ✈  🐦  ✉  💬 COMMENTS

In Kiev, three men knocked bitcoin from Alexei Sherstnev, who is engaged in cryptocurrency trading and advice on this topic.

The victim wrote about this on his Facebook page.

"Torture for Bitcoin. Torture for 3 hours. They demanded Bitcoin. Three strong people. They beat me, intimidated me, promised to kill them," Sherstnev said.

He said that the incident occurred on the evening, September 4, in the premises of the Santa Muerte club on Yaroslaviv Val Street. Sherstnev was contacted by a man who asked to meet with him for advice on cryptocurrencies, saying that he knew an investor who was ready to invest in Bitcoin.

It is noted that the first meeting with the alleged investor occurred on August 25. On it, Sherstnev was asked to show how the Bitcoin wallet and the transfer of funds work. At the same time, the next meeting was scheduled for September 4.

## OUR BLOGS

Ukraine began to dictate its terms to the Kremlin
Sergey Klimovsky
565

For the Kremlin, the Russian Mova is a Kalashnikov assault rifle
Vitaly Portnikov



The terrible news that the occupiers are trying to hide
Fascik Donetsk
86.8t

Pedofmen, yaks tried two communities for "pidkup vibortsiv", pred'...
Olga Chervakova
1.1t

232

Anna MARIA: I don't want such mankurts to represent...
Borislav Bereza
275

Crimean News is ours. At best, they will not cure, at worst they will shoot
KRYM Bandaravets
38.1t

What are you celebrating on February 23?
Maksim Mirovich
106

"Whose Crimea?" put an end to the career of the duo Anna-Maria
Monroe
1

7.3t
12



*Alexey Sherstnev, Facebook*

NEWS

### Bitcoin Time: The National Bank will dot the "i" on cryptocurrencies in Ukraine

The victim claims that at the meeting, three men began to threaten him, and also demanded a phone and a password to the Bitcoin wallet. According to him, when trying to leave the room, he was grabbed and began to beat, taking away the phone.



*Alexey Sherstnev, Facebook*

Alexey said that he was kept in the bar for about three hours, demanding to transfer 10-12 Bitcoins to their account, which is about $ 44,000.

At the same time, he outwitted the attackers, convincing them to send an SOS signal from his phone. Moreover, he managed to photograph one of them.