CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF SUMMARY OF THE DEBTORS' SCHEDULES AND STATEMENTS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 20, 2023, the Debtors filed the *Notice of Filing of Cash and Coin Report* [ECF No. 141] (the "Cash and Coin Report").

**PLEASE TAKE FURTHER NOTICE** that, on March 21, 2023, the Debtors filed, on behalf of each Debtor, the *Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs*, the *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

and the *Summary of Assets and Liabilities for Non-Individuals* [ECF Nos. 142–147] (the "Schedules and Statements").[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors have prepared a summary of the Cash and Coin Report and the Schedules and Statements attached hereto as **Exhibit 1** (the "Summary").

**PLEASE TAKE FURTHER NOTICE** that copies of the Summary can be viewed and/or obtained: (i) by accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017.  Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated:    March 30, 2023<br>         New York, New York | */s/ Sean A. O'Neal*<br>Sean A. O'Neal<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Schedules and Statements.

# Genesis – Debtor Entities

## Debtor Coin Balance Sheets as of 1/19/2023

March 24, 2023

SUBJECT TO MATERIAL CHANGE

# General Disclaimer

**Genesis**

The limiting conditions, qualifications, assumptions and disclaimers set forth herein are an integral part of this Report, must be reviewed in conjunction herewith, and may not be modified or distributed separately.

**Limitations of Report**

Incorporated by reference are the *Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed in the Debtors' Chapter 11 Cases [Docket Nos. 142–147] as if set forth herein with respect to the matters discussed herein. In preparing this report (the "Report"), the Debtors, with the assistance of Alvarez & Marsal North America, LLC, relied on financial data derived from their books and records that was available at the time of such preparation. The information contained in this Report is subject to ongoing revision and discussion. Although the Debtors have made good faith efforts to ensure the accuracy and completeness of the such information, subsequent information or discovery may result in material changes to the Report. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve the right to amend and/or supplement the Report, as may be necessary or appropriate. Nothing herein shall be deemed an admission.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While good faith efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

**No Third Party Reliance**

In no event will the Debtors or their agents, attorneys, and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Report should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of any of the Debtors.

[ 1 ]

**SUBJECT TO MATERIAL CHANGE**

# Table of Contents

Genesis

| | | |
|---|---|---|
| I. | Global Notes to the Coin Balance Sheets | 3 |
| II. | Genesis Debtor's Balance Sheets as of 1/19/23 | 4 |
| II. | Genesis Global Capital Coin Balance Sheet as of 1/19/23 | 5 |
| III. | Genesis Asia Pacific Coin Balance Sheet as of 1/19/23 | 6 |
| IV. | Genesis Global Holdco, LLC Balance Sheet as of 1/19/23 | 7 |

## Global Notes to Financial Information as of 1/19/2023



| Item | Description |
|---|---|
| **Basis of Presentation** | ▪ Information contained in the Schedules have been derived from the Debtors' books and records as of the Petition Date.<br>▪ The balance sheet presented is unaudited, not in accordance with GAAP or IFRS and are subject to change<br>▪ No assumptions have been made to recovery values to certain assets reported herein<br>▪ Digital currencies (assets and liabilities) are valued as of 11:11 PM EST on January 19, 2023 (the "Petition Date") (where prices are available)<br>▪ References are included on page 4 to the Schedules filed with the Court |
| **Reporting Date** | ▪ The liabilities reflected on the Schedules generally reflect the Debtors' books and records as of the close of business on the Petition Date |
| **Cash and Investments in Digital Currencies** | ▪ Cash and Cash equivalents are primarily held at bank accounts held in United States in the US (except for certain accounts at GAP) and include USD held at a money market account<br>▪ Investments held digital currencies at fair value includes digital assets primarily held at a third-party asset custody platform and brokerage accounts |
| **USD Loans and Digital Currency Loans** | ▪ Loans initiated by GGC with Third Parties outstanding as of the Petition Date;<br>▪ Collateral posted related to outstanding loans are reflected in the balance sheet as Digital Currency Collateral Payable and USD Collateral Payable |
| **Digital Currency Collateral Receivable** | ▪ Includes digital currency collateral posted by GGC or GAP related to outstanding borrows as of the Petition Date |
| **Interest Receivable / Payable** | ▪ Relates to interest on loans / borrows unpaid and accrued through the Petition Date; includes late fees, default interest and penalties |
| **Receivable from Affiliates** | ▪ Includes receivables from DCG and certain of its subsidiaries and receivables from Debtors and non-Debtors, including GGCI, GGT and other subsidiaries of GGH<br>▪ DCG and Affiliates balances are categorized by digital currency or USD on Page 5; Genesis Entities balances are shown in USD |
| **Investments in Subsidiaries** | ▪ Investments in Subsidiaries are listed as undetermined amounts, as the net book values may differ materially from fair market values |
| **Digital Currency Loans at Fair Value / USD Loans Payable** | ▪ Borrows from Third Parties in digital currency and USD as of the Petition Date |
| **Digital Currency and USD Collateral Payable** | ▪ Collateral received by GGC / GAP from third party counterparties on loans |
| **Book Value / Solvency** | ▪ The Financial Information provided herein shall not constitute an admission with respect to any entity's solvency as of the Petition Date or at any time before the Petition Date |

[ 3 ]

# Genesis Debtor's Financial Information as of 1/19/23

**Genesis Debtors**
**Statements & Schedules Summary - Balances as of 1/19/23**

*($ in actual USD)*

Subject to Material Change

| Schedule | Balance Sheet Category | Genesis Global Capital, LLC | Coin BS Mapping | Genesis Asia Pacific Pte. Ltd. (Singapore) | Coin BS Mapping | Genesis Global Holdco, LLC | Coin BS Mapping |
|---|---|---:|:---:|---:|:---:|---:|:---:|
| | **Assets** | | | | | | |
| 2, 3, 4 | Cash and cash equivalents[1] | $ 179,195,609 | [A] | $ 1,499,117 | [A] | $ 100 | [A] |
| 77 | Investments in digital currencies at fair value | 936,881,515 | [A] | 223,757 | [A] | - | |
| 77 | Digital currency loans, at fair value | 532,482,224 | [B] | - | | - | |
| 77 | USD loans receivable, net of allowance for loan losses | 6,275,716 | [B] | - | | 105,879,619 | [B] |
| 77 | Digital currency collateral receivable | 230,775,211 | [C] | 150,028,739 | [C] | - | |
| 77 | USD collateral receivable | - | | - | | - | |
| 77 | Interest receivable, at fair value | 11,327,672 | [D] | 8,946 | [D] | 8,496,697 | [C] |
| 39, 41 | Fixed assets, net | 133,586 | [E] | 15,527 | [E] | 117,117 | [D] |
| 77 | Prepaid expenses and other assets | 584,278 | [E] | 593,479 | [E] | 641,482 | [D] |
| 77 | Receivable from affiliates | 2,331,583,845 | [F] | 125,265,776 | [F] | - | |
| 15 | Investment in Subsidiary | UNDETERMINED | | - | | UNDETERMINED | |
| | **Total Assets** | **$ 4,229,239,656** | | **$ 277,635,341** | | **$ 115,135,014** | |
| | | | | | | | |
| | **Liabilities and Equity** | | | | | | |
| F | **Liabilities** | | | | | | |
| F | Digital Currency loans payable, at fair value | $ 2,787,296,734 | [B] | $ 169,078,451 | [B] | $ - | |
| F | USD loans payable | 570,178,692 | [B] | 7,197,894 | [B] | - | |
| F | Digital Currency collateral payable | 524,584,036 | [C] | - | | - | |
| F | USD collateral payable | 59,385,459 | [C] | 0 | | - | |
| F | Interest payable | 65,515,811 | [D] | 3,246,005 | [D] | - | |
| F | Accounts payable and accrued expenses | 33,184 | [E] | 45,970 | [E] | - | |
| F | Payables to related parties | 72,177,948 | [F] | 146,148,541 | [F] | 116,552,106 | [E] |
| | **Total Liabilities** | **$ 4,079,171,863** | | **$ 325,716,860** | | **$ 116,552,106** | |
| | | | | | | | |
| | **Total Members' Equity** | **$ 150,067,793** | | **$ (48,081,519)** | | **$ (1,417,091)** | |
| | **Total Liabilities and Members' Equity** | **$ 4,229,239,656** | | **$ 277,635,341** | | **$ 115,135,014** | |

**Footnotes:**
(1) GGC Cash and Cash equivalents includes $175.4mm of USD bank cash, $3.3mm USD held in Marex money market account, and $376k of mutual fund ETF shares (i.e. cash equivalents)

[ 4 ]

# Genesis Global Capital Coin Balance Sheet as of 1/19/23

**Genesis Global Capital**
**Coin Balance Sheet**                                                                                                                                     Subject to Material Change
*($ in thousands, coin prices as of 1/19/23)*

**Mapping to Scheduled Balance Sheet >>**   [A]   [B]   [C]         [D]   [E]   [F]   [F]

| | Total Liquidity | Loan Book (Third Parties) | | | Other Balance Sheet Items | | Intercompany | | | Total Receivables | Total Receivable In Kind ('000s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Third Party Loans | | | Interest Receivable | Other Assets | Interco Receivable | | Total Interco Assets | | |
| | | Loans | Collateral Pledged | Asset Position | | | DCG & Affiliates | Genesis Entities | | | |
| **ASSETS** | | | | | | | | | | | |
| USD | $179,196 | $6,276 | $0 | $6,276 | $1,868 | $718 | $1,626,267 | $611,032 | $2,237,299 | $2,425,356 | $2,425,356 |
| STABLE | 5,511 | 15,720 | 150,227 | 165,946 | 501 | 0 | 0 | 0 | 0 | 171,958 | 171,715 |
| **USD Equivalents** | **$184,706** | **$21,996** | **$150,227** | **$172,222** | **$2,369** | **$718** | **$1,626,267** | **$611,032** | **$2,237,299** | **$2,597,315** | **2,597,071** |
| BTC | 210,530 | 222,979 | 0 | 222,979 | 3,261 | 0 | 95,978 | 0 | 95,978 | 532,748 | 25 |
| ETH | 184,623 | 236,136 | 59,077 | 295,212 | 4,315 | 0 | 0 | 0 | 0 | 484,150 | 311 |
| ETHE | 30,217 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,217 | 3,849 |
| GBTC | 411,864 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 411,864 | 35,939 |
| ALT | 94,137 | 57,647 | 21,472 | 79,119 | 1,383 | 0 | (1,693) | 0 | (1,693) | 172,947 | NA |
| **Total Assets** | **$1,116,077** | **$538,758** | **$230,775** | **$769,533** | **$11,328** | **$718** | **$1,720,552** | **$611,032** | **$2,331,584** | **$4,229,240** | **NA** |
| **LIABILITIES** | Total Liquidity | Third Party Borrows | | | Interest Payable | Other Liabilities | Interco Payable | | Total Interco Liabilities | Total Payables | Total Payable In Kind ('000s) |
| | | Borrows | Collateral Received | Liability Position | | | DCG & Affiliates | Genesis Entities | | | |
| USD | $0 | ($570,179) | ($59,385) | ($629,564) | ($14,823) | ($33) | ($378) | ($2,301) | ($2,679) | ($647,099) | ($647,099) |
| STABLE | 0 | (739,227) | (236,024) | (975,251) | (20,450) | 0 | (8,447) | 0 | (8,447) | (1,004,148) | (1,003,730) |
| **USD Equivalents** | **$0** | **($1,309,406)** | **($295,409)** | **($1,604,815)** | **($35,273)** | **($33)** | **($8,825)** | **($2,301)** | **($11,126)** | **($1,651,248)** | **(1,650,829)** |
| BTC | 0 | (1,260,447) | (70,311) | (1,330,758) | (15,765) | 0 | (32,384) | 0 | (32,384) | (1,378,907) | (65) |
| ETH | 0 | (584,529) | (210,660) | (795,189) | (9,126) | 0 | (22,687) | 0 | (22,687) | (827,003) | (532) |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | (203,093) | (7,590) | (210,682) | (5,352) | 0 | (5,981) | 0 | (5,981) | (222,015) | NA |
| **Total Liabilities** | **$0** | **($3,357,475)** | **($583,969)** | **($3,941,445)** | **($65,516)** | **($33)** | **($69,877)** | **($2,301)** | **($72,178)** | **($4,079,172)** | **NA** |
| **NET ASSET/(LIABILITY)** | Total Liquidity | Net Third Parties | | | Net Interest Receiv / (Payable) | Total Other Asset / (Liab) | Net Receivable / (Payable) | | Net Interco Asset (Liability) | Net Asset / (Liability) | Net Asset / (Liab) In Kind ('000s) |
| | | Loans / (Borrows) | Collat Rec / (Payable) | Asset / (Liability) | | | DCG & Affiliates | Genesis Entities | | | |
| USD | $179,196 | ($563,903) | ($59,385) | ($623,288) | ($12,955) | $685 | $1,625,889 | $608,731 | $2,234,620 | $1,778,257 | $1,778,257 |
| STABLE | 5,511 | (723,508) | (85,797) | (809,305) | (19,949) | 0 | (8,447) | 0 | (8,447) | (832,190) | (832,015) |
| **USD Equivalents** | **$184,706** | **($1,287,411)** | **($145,183)** | **($1,432,593)** | **($32,904)** | **$685** | **$1,617,442** | **$608,731** | **$2,226,173** | **$946,067** | **946,242** |
| BTC | 210,530 | (1,037,468) | (70,311) | (1,107,779) | (12,504) | 0 | 63,594 | 0 | 63,594 | (846,159) | (40) |
| ETH | 184,623 | (348,393) | (151,583) | (499,977) | (4,812) | 0 | (22,687) | 0 | (22,687) | (342,852) | (221) |
| ETHE | 30,217 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,217 | 3,849 |
| GBTC | 411,864 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 411,864 | 35,939 |
| ALT | 94,137 | (145,445) | 13,882 | (131,563) | (3,969) | 0 | (7,674) | 0 | (7,674) | (49,068) | NA |
| **Total Net Asset / (Liability)** | **$1,116,077** | **($2,818,717)** | **($353,194)** | **($3,171,912)** | **($54,188)** | **$685** | **$1,650,675** | **$608,731** | **$2,259,406** | **$150,068** | **NA** |

**Footnotes:**
**A) Liquidity** - includes cash and cash equivalents of approximately $179mm, Investments in Digital Currencies and shares held in brokerage accounts
**B) Third Party Loans and Borrows** – loans of ~$539mm of loan receivables primarily denominated in BTC and ETH;  $3.4Bn of borrows from third parties denominated in USD, Stables, BTC and ETH
**C) Third Party Collateral Pledged and Collateral Received** - $231mm of collateral pledged related to borrows from third parties; $583mm of collateral received and owed to third parties on loans initiated by GGC
**D) Interest Receivable/Payable with Counterparties** - $11.3mm of interest receivable less $66mm of interest payable
**E) Total Other Assets** - $4mm of prepaids + $134k of furniture
**F) Total Intercompany** – (a) $1.65Bn net receivables from DCG & Affiliates, of which $1.62Bn is DCG and $95mm from DCGI, (b) $609mm of net receivables from Related Parties driven by $290mm from GGCI, $144mm from GAP, $116mm from GGH

[ 5 ]

**SUBJECT TO MATERIAL CHANGE**

# Genesis Asia Pacific Coin Balance Sheet as of 1/19/23

**Genesis**

**Genesis Asia Pacific**
**Coin Balance Sheet**
*($ in thousands, coin prices as of 1/19/23)*

Subject to Material Change

| Mapping to Scheduled Balance Sheet > | [A] | [B] | [C] | | [D] | [E] | [F] | [F] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Loan Book (Third Parties) | | | Other Balance Sheet Items | | Intercompany | | | | |
| **ASSETS** | Total Liquidity | Third Party Loans | | | Interest Receivable | Other Assets | Interco Receivable | | Total Interco Assets | Total Receivables | Total Receivable In Kind ('000s) |
| | | Loans | Collateral Pledged | Asset Position | | | DCG & Affiliates | Genesis Entities | | | |
| USD | $1,499 | $0 | $0 | $0 | $8 | $609 | $118,216 | $7,050 | $125,266 | $127,382 | $127,382 |
| STABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **USD Equivalents** | **$1,499** | **$0** | **$0** | **$0** | **$8** | **$609** | **$118,216** | **$7,050** | **$125,266** | **$127,382** | **$127,382** |
| BTC | 209 | 0 | 66,810 | 66,810 | 0 | 0 | 0 | 0 | 0 | 67,019 | 3 |
| ETH | 14 | 0 | 83,219 | 83,219 | 1 | 0 | 0 | 0 | 0 | 83,234 | 54 |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NA |
| **Total Assets** | **$1,723** | **$0** | **$150,029** | **$150,029** | **$9** | **$609** | **$118,216** | **$7,050** | **$125,266** | **$277,635** | **NA** |
| | | | | | | | | | | | |
| **LIABILITIES** | Total Liquidity | Third Party Borrows | | | Interest Payable | Other Liabilities | Interco Payable | | Total Interco Liabilities | Total Payables | Total Payable In Kind ('000s) |
| | | Borrows | Collateral Received | Liability Position | | | DCG & Affiliates | Genesis Entities | | | |
| USD | $0 | ($7,198) | ($0) | ($7,198) | ($169) | ($46) | $0 | ($146,149) | ($146,149) | ($153,561) | ($153,561) |
| STABLE | 0 | (140,452) | 0 | (140,452) | (2,822) | 0 | 0 | 0 | 0 | (143,273) | (143,221) |
| **USD Equivalents** | **$0** | **($147,650)** | **($0)** | **($147,650)** | **($2,990)** | **($46)** | **$0** | **($146,149)** | **($146,149)** | **($296,835)** | **($296,782)** |
| BTC | 0 | (25,100) | 0 | (25,100) | (166) | 0 | 0 | 0 | 0 | (25,266) | (1) |
| ETH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | (3,527) | 0 | (3,527) | (89) | 0 | 0 | 0 | 0 | (3,617) | NA |
| **Total Liabilities** | **$0** | **($176,276)** | **($0)** | **($176,276)** | **($3,246)** | **($46)** | **$0** | **($146,149)** | **($146,149)** | **($325,717)** | **NA** |
| | | | | | | | | | | | |
| **NET ASSET/(LIABILITY)** | Total Liquidity | Net Third Parties | | | Net Interest Receiv / (Payable) | Total Other Asset / (Liab) | Net Receivable / (Payable) | | Net Interco Asset (Liability) | Net Asset / (Liability) | Net Asset / (Liab) In Kind ('000s) |
| | | Loans / (Borrows) | Collat Rec / (Payable) | Asset / (Liability) | | | DCG & Affiliates | Genesis Entities | | | |
| USD | $1,499 | ($7,198) | ($0) | ($7,198) | ($161) | $563 | 118,216 | ($139,098) | ($20,883) | ($26,180) | ($26,180) |
| STABLE | 0 | (140,452) | 0 | (140,452) | (2,822) | 0 | 0 | 0 | 0 | (143,273) | (143,221) |
| **USD Equivalents** | **$1,499** | **($147,650)** | **($0)** | **($147,650)** | **($2,983)** | **$563** | **$118,216** | **($139,098)** | **($20,883)** | **($169,453)** | **($169,400)** |
| BTC | 209 | (25,100) | 66,810 | 41,711 | (166) | 0 | 0 | 0 | 0 | 41,753 | 2 |
| ETH | 14 | 0 | 83,219 | 83,219 | 1 | 0 | 0 | 0 | 0 | 83,234 | 54 |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | (3,527) | 0 | (3,527) | (89) | 0 | 0 | 0 | 0 | (3,617) | NA |
| **Total Net Asset / (Liability)** | **$1,723** | **($176,276)** | **$150,029** | **($26,248)** | **($3,237)** | **$563** | **$118,216** | **($139,098)** | **($20,883)** | **($48,082)** | **NA** |

**Footnotes:**
**A) Liquidity** - $1.7mm of USD and digital assets held by GGC
**B) Third Party Loans and Borrows** – $176mm borrows, $0 of third party loans - 1/19 petition date prices are to be locked in for borrows
**C) Third Party Collateral Pledged and Collateral Received** - $150mm of collateral receivables (prices for collateral receivable will continue to float after petition date)
**D) Interest Receivable/Payable with Counterparties** - $3.2mm of interest payable
**E) Total Other Assets** - $593k of prepaids + $15k of furniture less $46k of accounts payable
**F) Total Intercompany** – (a) $118mm net receivable from DCG, of which $100mm is AVAX/NEAR collateral and $17mm is tax receivable; (b) $144mm payable to GGC partially offset by $7mm receivable from GGT

[ 6 ]

# Genesis Global Holdco, LLC Balance Sheet as of 1/19/23

**Genesis**

**Genesis Global Holdings**
**Coin Balance Sheet**                                                                                                                                       Subject to Material Change
*$ in thousands*

**Mapping to Scheduled Balance Sheet >**    **[A]**        **[B]**                                                **[C]**          **[D]**              **[E]**

|  | Total Liquidity | Loan Book (Third Parties) | | | Other Balance Sheet Items | | Intercompany | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Third Party Loans[1] | | | Interest Receivable[1] | Other Assets | Interco Receivable | | Total Interco Assets | |
| **ASSETS** | | Loans | Collateral Pledged | Asset Position | | | DCG & Affiliates | Genesis Entities | | Receivables |
| USD | $0 | $105,880 | $0 | $105,880 | $8,497 | $759 | $0 | $0 | $0 | $115,135 |
| STABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **USD Equivalents** | **$0** | **$105,880** | **$0** | **$105,880** | **$8,497** | **$759** | **$0** | **$0** | **$0** | **$115,135** |
| BTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ETH | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Assets** | **$0** | **$105,880** | **$0** | **$105,880** | **$8,498** | **$759** | **$0** | **$0** | **$0** | **$115,136** |

| **LIABILITIES** | Total Liquidity | Third Party Borrows | | | Interest Payable | Other Liabilities | Interco Payable | | Total Interco Liabilities | Total Payables |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Borrows | Collateral Received | Liability Position | | | DCG & Affiliates | Genesis Entities | | |
| USD | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($116,552) | ($116,552) | ($116,552) |
| STABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **USD Equivalents** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **($116,552)** | **($116,552)** | **($116,552)** |
| BTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ETH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Liabilities** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **($116,552)** | **($116,552)** | **($116,552)** |

| **NET ASSET/(LIABILITY)** | Total Liquidity | Net Third Parties | | | Net Interest Receiv / (Payable) | Total Other Asset / (Liab) | Net Receivable / (Payable) | | Net Interco Asset (Liability) | Net Asset / (Liability) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Loans / (Borrows) | Collat Rec / (Payable) | Asset / (Liability) | | | DCG & Affiliates | Genesis Entities | | |
| USD | $0 | $105,880 | $0 | $105,880 | $8,497 | $759 | $0 | ($116,552) | ($116,552) | ($1,417) |
| STABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **USD Equivalents** | **$0** | **$105,880** | **$0** | **$105,880** | **$8,497** | **$759** | **$0** | **($116,552)** | **($116,552)** | **($1,417)** |
| BTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ETH | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| ETHE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GBTC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Net Asset / (Liability)** | **$0** | **$105,880** | **$0** | **$105,880** | **$8,498** | **$759** | **$0** | **($116,552)** | **($116,552)** | **($1,416)** |

**Footnotes:**
**A) Liquidity -** $100 of USD
**B) Third Party Loans –** $105mm loan to Cash Cloud Inc.- see footnote (1) below
**C) Interest Receivable/Payable -** $8.5mm of interest due from Cash Cloud
**D) Total Other Assets -** $641k of prepaids + $117k of furniture
**E) Total Intercompany -** $117mm payable to GGC

[ 7 ]

(1) Third Party Loans of $105.9M and Interest Receivable of $8.5M relates to loans made to Cash Cloud Inc. (DBA Coin Cloud) which filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 7th, 2013. No assessment has been made to impairment as of the filing of this report and could result in a material adjustment.