CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED AGENDA FOR HEARING TO BE HELD**
**MARCH 30, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**       March 30, 2023, at 11:00 am (Prevailing Eastern Time)

**Location of Hearing:**       Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The March 30 Hearing will be conducted only through Zoom. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[AM_ACTIVE 404809916_3]

|  |  |
|---|---|
|  | muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website. |

## AMENDED AGENDA FOR MARCH 30 HEARING

I. **Uncontested Matters to be Heard at March 30 Hearing**

1. **Houlihan Retention Application**: *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to February 3, 2023*.  ECF No. 130.

    i.   **General Response Deadline:** March 23, 2023 at 4:00 P.M.

    ii.  **Response Deadline for UST**: March 27, 2023 at 4:00 P.M.

    iii. **No Objections**

    iv.  **Related Pleadings:**

    1. *Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to February 3, 2023*.  ECF No. 175.

    v.   **Status**: A proposed order has been filed and the matter is going forward.

2. **Berkeley Research Group Retention Application:** *Application for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 14, 2023.* ECF No. 131.

    i.   **General Response Deadline:** March 23, 2023 at 4:00 P.M.

    ii.  **Response Deadline for UST**: March 27, 2023 at 4:00 P.M.

    iii. **No Objections**

    vi.  **Related Pleadings:**

   1. *Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Application for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 14, 2023.* ECF No. 176.

 vii. **Status**: A proposed order has been filed and the matter is going forward.

3. **Kroll Retention Application:** *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent Effective as of February 22, 2023.* ECF No. 132.

 i. **General Response Deadline:** March 23, 2023 at 4:00 P.M.

 ii. **Response Deadline for UST**: March 27, 2023 at 4:00 P.M.

 iii. **No Objections**

 iv. **Related Pleadings:**

   1. *Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent Effective as of February 22, 2023.* ECF No. 177.

 v. **Status**: A proposed order has been filed and the matter is going forward.

4. **White & Case Retention Application:** *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 10, 2023.* ECF No. 136.

 i. **General Response Deadline:** March 23, 2023 at 4:00 P.M.

 ii. **Response Deadline for UST**: March 27, 2023 at 4:00 P.M.

 iii. **No Objections**

 iv. **Related Pleadings:**

   1. *Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 10, 2023.* ECF No. 178.

 v. **Status**: A proposed order has been filed and the matter is going forward.

II. **Contested Matters to be Heard at March 30 Hearing**

5. **Cash Management – 345 Compliance:** *Statement of the United States Trustee to the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§105, 345 and 363.* ECF No. 158.

      **i.**    **Debtors' Reply Deadline**: March 29, 2023 at 12:00 P.M.

      **ii.**   **Related Pleadings:**

1. *Debtors' Motion for Entry of a Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF No. 15.

2. *Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 47.

3. *The Official Committee of Unsecured Creditors' Reservation of Rights With Respect to the Debtors' Cash Management Motion.* ECF No. 88.

4. *The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion.* ECF No. 91.

5. *Second Interim Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply with the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF. No. 99.

6. *Final Order (I) Authorizing Debtors to Continue to Operate the Existing Cash Management System, Including Existing Bank Accounts, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms; (II) Permitting Continued Intercompany Transactions and Granting Certain Administrative Claims; (III) Extending the Time to Comply With the Requirements of Section 345 of the Bankruptcy Code and (IV) Granting Related Relief.* ECF No. 150.

7. *Debtors' Statement in Support of (I) Extending the Time to Comply with the Requirements of and Granting a Limited Waiver of Section 345 of the Bankruptcy Code to the Extent Required and (II) Granting Related Relief.* ECF No. 180.

     **iii.**  **Status:** A final order has been entered on all cash management issues with exception of the 345 compliance matter which will go forward at the March 30 Hearing.

6. **Bar Date Motion:** *Debtors' Application for an Order (I) Establishing Bar Dates for Filing Proofs of Claim; (II) Approving Proof of Claim Forms, Bar Date Notices, and Mailing and Publication Procedures; (III) Implementing Uniform Procedures Regarding 503(B)(9) Claims; and (IV) Providing Certain Supplemental Relief.*  ECF No. 135.

    i. **General Response Deadline:** March 23, 2023 at 12:00 P.M.

    ii. **Related Pleadings**:

       1. *The Official Committee of Unsecured Creditors' Reservation of Rights With Respect to Debtors' Application for an Order (I) Establishing Bar Dates for Filing Proofs of Claim; (II) Approving Proof of Claim Forms, Bar Date Notices, and Mailing and Publication Procedures; (III) Implementing Uniform Procedures Regarding 503(B)(9) Claims; and (IV) Providing Certain Supplemental Relief.*  ECF No. 159.

    iii. **Objections:**

       1. *Limited Objection to Debtors' Application for an Order (I) Establishing Bar Dates for Submitting Proofs of Claim; (II) Approving Proof of Claim Forms, Bar Date Notices, and Mailing and Publication Procedures; (III) Implementing Uniform Procedures Regarding 503(B)(9) Claims; and (IV) Providing Certain Supplemental Relief.*  ECF No. 170.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

7. **Bidding Procedures Motion:** *Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Deadlines, (II) Scheduling Hearings and Objection Deadlines With Respect to the Debtors' Sale, and (III) Granting Related Relief.*  ECF No. 133.

    i. **General Response Deadline**: March 27, 2023 at 12:00 P.M.

    ii. **Response Deadline for the UCC**: March 28, 2023 at 12:00 P.M.

    iii. **Debtors' Reply Deadline**: March 29, 2023 at 12:00 P.M.

    iv. **Related Pleadings:**

       1. *Debtors' Motion to Shorten Notice to Consider Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Deadlines, (II) Scheduling Hearings and Objection Deadlines With Respect to the Debtors' Sale, and (III) Granting Related Relief.*  ECF No. 134.

       2. *Order Shortening Time With Respect to the Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Deadlines, (II) Scheduling Hearings and Objection Deadlines With Respect to the Debtors' Sale, and (III) Granting Related Relief.*  ECF No. 139.

    v. **Objections:**

1. *The Official Committee of Unsecured Creditors' Limited Objection and Reservation of Rights to the Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to The Debtors' Sale, and (III) Granting Related Relief.* ECF No. 167.

   vi. **Status:** An order has been granted shortening time to hear the motion. A proposed order has been filed and the matter is going forward.

8. **Redaction Motion:** *Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief.* ECF No. 14.

   i. **General Response Deadline:** March 23, 2023 at 4:00 P.M.

   ii. **Debtors' Reply Deadline**: March 29, 2023 at 12:00 P.M.

   iii. **Related Pleadings:**

   1. *Interim Order Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (V) Granting Related Relief.* ECF No. 46.

   2. *Debtors' Motion Pursuant to 11 U.S.C. §§ 107(B), 107(C) and 105(A) for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information About the Confidential Parties Listed in the Debtors' Professional Retention Applications and Schedules.* ECF No. 67.

   3. *Ad Hoc Group of Genesis Lenders' Joinder to Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirements that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief.* ECF No. 115.

   4. *The Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 137.

6

5. *Declaration of Mark Renzi in Support of the Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 156.

6. *The Official Committee of Unsecured Creditors' Omnibus Statement Regarding the Debtors' Redaction Motions.* ECF No. 160.

7. *Supplemental Declaration of Mark Renzi in Support of the Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 184.

8. *Notice of Revised Order Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (V) Granting Related Relief.* ECF No. 185.

9. *Notice of Revised Order Authorizing the Debtors to Redact and File Under Seal Certain Information About the Confidential Parties Listed in the Debtors' Professional Retention Applications and Schedules.* ECF No. 186.

10. *Notice of Revised Proposed Order Granting the Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 188.

    iv. **Objections:**

1. *Omnibus Objection of the United States Trustee to: (A) The Debtors' Motion Seeking the Redaction or Sealing of Certain Information (B) The Unsecured Creditors' Committee's Request to Seal Certain Information.* ECF No. 157.

    v. **Replies:**

1. *Debtors' Omnibus Reply and Statement to (I) the Objection of the United States Trustee, (II) the Statement of the Official Committee of Unsecured Creditors to the Debtors' Motions to Redact and File Under Seal Certain Confidential Information, and (III) the Motion of the Official Committee of Unsecured Creditors' Motion to Redact Certain Confidential Information.* ECF No. 179.

2. *The Official Committee of Unsecured Creditors' Reply to Objection of United States Trustee and in Support of Committee's Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 182.

    vi. **Status:** Revised proposed orders have been filed and the matter is going forward.

[AM_ACTIVE 404809916_3]

| | |
|---|---|
| Dated: March 30, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Sean A. O'Neal*<br>Sean A. O'Neal<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

[AM_ACTIVE 404809916_3]