Aaron L. Hammer
Nathan E. Delman
HORWOOD MARCUS & BERK CHTD.
500 W. Madison St., Ste. 3700
Chicago, IL 60661
312-606-3200
ahammer@hmblaw.com;
ndelman@hmblaw.com

*Attorneys for Foundry Digital LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, et al.,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that Horwood Marcus & Berk Chartered appears as counsel

for ***Foundry Digital LLC*** in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a),

9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests

that copies of any and all notices, pleadings, motions, orders to show cause, applications,

presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed

or entered in these cases, be transmitted to:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**HORWOOD MARCUS & BERK CHARTERED**
Aaron L. Hammer
Nathan E. Delman
500 W. Madison St., Ste. 3700
Chicago, IL 60661
Telephone: 312-606-3200
Fax: 312-606-3232
Email: ahammer@hmblaw.com;
ndelman@hmblaw.com;
ecfnotices@hmblaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Foundry Digital LLC to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 3, 2023

Respectfully submitted,

 */s/ Aaron L. Hammer*
Aaron L. Hammer (NY Bar #4759080)
ahammer@hmblaw.com
Nathan E. Delman
ndelman@hmblaw.com;
ecfnotices@hmblaw.com;
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison St., Suite 3700
Chicago, Illinois 60661
Ph: (312) 606 3200
Fax: (312) 606 3232

*Attorneys for Foundry Digital LLC, Creditor*

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on the 3rd  day of April, 2023, a true and correct copy of the foregoing

Notice of Appearance and Request for Service of All Pleadings was served electronically by ECF

notification from the court to counsel for the Debtor, the U.S. Trustee, and all interested parties.

Dated: April 3, 2023                          */s/ Aaron L. Hammer*
                                              Aaron L. Hammer (NY Bar #4759080)
                                              ahammer@hmblaw.com
                                              Nathan E. Delman
                                              ndelman@hmblaw.com;
                                              ecfnotices@hmblaw.com;
                                              **HORWOOD MARCUS & BERK CHARTERED**
                                              500 W. Madison St., Suite 3700
                                              Chicago, Illinois 60661
                                              Ph: (312) 606 3200
                                              Fax: (312) 606 3232

                                              ***Attorneys for Foundry Digital LLC, Creditor***