CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF DECLARATION OF ROBERT KINAS**
**ON BEHALF OF SNELL & WILMER L.L.P. IN ACCORDANCE WITH**
**THE ORDER AUTHORIZING THE DEBTORS TO RETAIN AND COMPENSATE**
**CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on February 8, 2023, the Debtors filed *Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date* [ECF No. 65] (the "OCP Motion").

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business* [ECF No. 102] (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** and **Exhibit B** are the OCP Declaration[2] and OCP Questionnaire, respectively, of Robert Kinas on behalf of Snell & Wilmer L.L.P.

Dated:    April 6, 2023
          New York, New York

/s/ Jane VanLare
Sean A. O'Neal
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and Debtors-in-Possession*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the OCP Motion.

**<u>EXHIBIT A</u>**
**OCP Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.,*[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS

I, Robert Kinas, declare that the following is true to the best of my knowledge, information and belief:

1.      I am of counsel of Snell & Wilmer L.L.P., located at 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169 (the "Firm"), which has been employed by the debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") in the ordinary course of the Debtors' business.  The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [ECF No. 102] (the "Ordinary Course Professionals Order").

2.      The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases.  The Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

3.      The Debtors have requested that the Firm act as Nevada counsel to the Debtors in the Cash Cloud, Inc. bankruptcy case pending in the U.S. Bankruptcy Court for the District of Nevada, Case No. 23-10423-mkn, and the Firm has consented to provide such services.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

4854-6661-8451

4.      The Firm has not provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

5.      The Firm does keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

6.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

7.      Neither I nor any principal, partner, directors, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.      Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.      The Debtors owe the Firm $0 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. This amount is either owing in United States ("U.S.") Dollars or has been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

10.     As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

11.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

///

///

///

///

4854-6661-8451

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3

4    DATED:  February 28, 2023

5    Robert R. Kinas, Esq.
     Of Counsel

6    SNELL & WILMER L.L.P.
     3883 Howard Hughes Parkway, Suite 1100

7    Las Vegas, NV 89169
     Telephone: (702) 784-5200

8    Facsimile:  (702) 784-5252
     Email:  rkinas@swlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4854-6661-8451

**<u>EXHIBIT B</u>**
**OCP Questionnaire**

Genesis Global Holdco, LLC, *et al*.
Chapter 11 Lead Case No 23-10063 (SHL)

### RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al*., (the "Debtors")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:</u>

[Address]

If more space is needed, please complete on a separate page and attach.

1.  Name and address of the firm:

    Snell + Wilmer
    3883 Howard Hughes Pkwy
    Suite 1100
    Las Vegas NV 89169

2.  Date of retention: 2/10/2024

3.  Type of services provided:

    Nevada counsel in the
    Cash Cloud Bankruptcy
    Bankruptcy + Commercial litigation
    Services

---

[1]   All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.