CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT AND RESCHEDULING OF**
**THE HEARING ON CERTAIN MOTIONS TO APRIL 24, 2023**

**PLEASE TAKE NOTICE** that the hearing on certain motions and related pleadings thereto, which were adjourned from the hearing before this Court on March 30, 2023, at 11:00 a.m. (Prevailing Eastern Time) shall now be conducted on **April 24, 2023, at 11:00 a.m. (Prevailing Eastern Time)** (the "April 24 Hearing") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The April 24 Hearing will be conducted via Zoom. In the event of any witness testimony, the hearing will be hybrid and will be conducted in person and through Zoom for government.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the April 24 Hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that a proposed agenda for the April 24 Hearing is set forth below.  An updated agenda will be filed prior to the April 24 Hearing.

### AGENDA FOR APRIL 24 HEARING

**I.    Motions to be Heard at the April 24 Hearing**

1. **Redaction Motion:** *Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief.*  ECF No. 14.

    i.   **General Response Deadline:** March 23, 2023 at 4:00 P.M.

    ii.  **Debtors' Reply Deadline**: March 29, 2023 at 12:00 P.M.

    iii. **Related Pleadings:**

    1. *Interim Order Waiving the Requirement that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (V) Granting Related Relief.*  ECF No. 46.

    2. *Debtors' Motion Pursuant to 11 U.S.C. §§ 107(B), 107(C) and 105(A) for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Information About the Confidential Parties Listed in the Debtors' Professional Retention Applications and Schedules.*  ECF No. 67.

    3. *Ad Hoc Group of Genesis Lenders' Joinder to Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirements that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured*

*Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief.* ECF No. 115.

4. *Stipulation and Agreed Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee Regarding the Redaction of Certain Personally Identifiable Information in the Debtors' Schedules and Statements.* ECF No. 124.

5. *The Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 137.

6. *Declaration of Mark Renzi in Support of the Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 156.

7. *The Official Committee of Unsecured Creditors' Omnibus Statement Regarding the Debtors' Redaction Motions.* ECF No. 160.

8. *Supplemental Declaration of Mark Renzi in Support of the Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 184.

9. *Notice of Revised Order Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (V) Granting Related Relief.* ECF No. 185.

10. *Notice of Revised Order Authorizing the Debtors to Redact and File Under Seal Certain Information About the Confidential Parties Listed in the Debtors' Professional Retention Applications and Schedules.* ECF No. 186.

11. *Notice of Revised Proposed Order Granting the Official Committee of Unsecured Creditors' Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 188.

    **iv. Objections:**

1. *Omnibus Objection of the United States Trustee to: (A) The Debtors' Motion Seeking the Redaction or Sealing of Certain Information (B) The Unsecured Creditors' Committee's Request to Seal Certain Information.* ECF No. 157.

    **v. Replies:**

1. *Debtors' Omnibus Reply and Statement to (I) the Objection of the United States Trustee, (II) the Statement of the Official Committee of Unsecured Creditors to the Debtors' Motions to Redact and File Under Seal Certain Confidential Information, and (III) the Motion of the Official Committee of Unsecured Creditors' Motion to Redact Certain Confidential Information.* ECF No. 179.

2. *The Official Committee of Unsecured Creditors' Reply to Objection of United States Trustee and in Support of Committee's Motion for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information.* ECF No. 182.

    **vi. Status:** Revised proposed orders have been filed and the matter is going forward.

Dated: April 10, 2023  
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Sean A. O'Neal*
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*