UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| *In re* | : | Chapter 11 |
| | : | |
| GENESIS GLOBAL HOLDCO, LLC, *et al,*[1] | : | Case No. 23-10063 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------ x | | |

## NOTICE OF SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above-captioned cases, scheduled for April 13, 2023 at 1:00 p.m. (the "**Designated Meeting Time**"), will be a telephonic meeting and conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting of creditors in accordance with the instructions below.

**Call-in Information**:

Parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No: 800-857-5165, and when prompted, enter the

Participant Code: 3287910.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.   Thank you for you anticipated cooperation in this regard.

Date:  April 10, 2023                                           William K. Harrington
       New York, New York                                  United States Trustee for Region 2
                                                       U.S. Department of Justice
                                                       Office of the United States Trustee
                                                       201 Varick Street, Room 1006
                                                       New York, New York 10014

                                            By:    */s/ Greg M. Zipes*
                                                       Greg M. Zipes
                                                       Trial Attorney