CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF PUBLICATION

I, Jane VanLare, an attorney admitted to practice before this court and an employee of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that the *Notice of Bidding Procedures, Potential Auction, and Sale Hearing*, which is substantially similar to the form of notice attached as Exhibit 2 to the above-captioned debtors' filing at ECF No. 191, was published in *USA Today* on Monday, April 10, 2023, as more fully set forth in the Proof of Publication of Venus Osborne (attached hereto as Exhibit A).

Dated:   April 12, 2023            */s/ Jane VanLare*
         New York, New York        Jane VanLare

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

## EXHIBIT A

**Proof of Publication**

23-10063-shl    Doc 215    Filed 04/12/23    Entered 04/12/23 13:58:07    Main Document
Pg 2 of 4



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Venus Osborne says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, April 10, 2023**, the following legal advertisement –

**Genesis Global Holdco, LLC** – was published in the national edition of **USA TODAY.**

*Venus Osborne*
Principal Clerk of USA TODAY
April 10, 2023

# LeBron watches Bronny help USA win

**Lindsay Schnell**
USA TODAY

PORTLAND, Ore. – With dad LeBron James watching courtside at the Moda Center, Bronny James scored 11 points Saturday at the Nike Hoop Summit, hitting a couple of key shots late and helping Team USA pull out a 90-84 win. He also chipped in four rebounds, one assist, one steal and one block.

Mom Savannah and little sister Zhuri were also in attendance watching Bronny, who struggled some in the first half of his USA Basketball debut. He shot 2-for-5 from the field in the first half, including two air balls from beyond the 3-point arc.

At halftime, Bronny walked over to his dad to get advice, and LeBron broke down for him how to better attack the rim. (The Lakers were off Saturday, which allowed LeBron to attend.) Bronny said LeBron told him to "keep playing my game. He knows what I'm capable of, and ... he wants to see it out of me."

Bronny James played sparingly in the second half, but when he went in midway through the fourth quarter his play helped the Americans maintain a slim lead and eventually pull out the win.

He hit a big 3 with 4:51 to play that gave the USA a six-point lead, then forced a turnover at the other end.

"I like to play defense as hard as I can," he said. "It always makes the coach happy. I really take pride in playing defense and I feel like all the next-level coaches take that into consideration when they're recruiting me."

A couple of minutes later he scored a bucket inside after the World team had cut the Americans' lead to three.

"I always try to stay confident in myself, even if I'm missing shots at the beginning of the game," James said. "I try



**Bronny James also played in the McDonald's All American game in March.** MARIA LYSAKER/USA TODAY SPORTS

to keep my head up and keep playing my game because I know good things are going to come."

### 'He's very unselfish'

Asked what he showed NBA scouts this past week, James told reporters, "That I can defend at a high level. I'm a smart player, I can make the right plays. I'm not very ball hungry; I can give it up. Just that I'm a good player and a good teammate."

USA coach Steve Turner praised James afterward, saying "the biggest thing about Bronny is he's very unselfish. He can do a lot of different things at any given time. Tonight I called on him to guard their best player, and he took the assignment and worked it to a charm. He's a big part of why we won the game tonight.

"For a young man with so much pressure on him because of who he is and his family, he handles it like a pro. I was blessed to have the opportunity to coach him this week."

James still hasn't announced where he will play college basketball, though a decision is expected soon. He is considering Southern Cal, Ohio State and Memphis and has expressed interest in Oregon.

Tons of Oregon fans showed up Saturday, most of them to watch Jackson Shelstad, a USA guard who's committed to the Ducks. But a few fans made sure James knew he'd be welcome in Eugene, too, holding up a sign that read, "We want Bronny at Oregon".

### Who played well?

Ron Holland, a Texas signee, stood out for the Americans on Saturday, scoring 15 points, grabbing eight rebounds and six steals and handing out five assists. He also blocked a shot.

Four other players scored in double figures, with USC signee Isaiah Collier (11 points), Duke signee Jared McCain (10) and Kentucky signees Justin Edwards (10) and DJ Wagner (10) all contributing.

Mackenzie Mgbako, a 6-foot-8 forward representing Nigeria who has signed with Duke, led all scorers with 22 points. He also grabbed eight rebounds.

### What is the Nike Hoop Summit?

One of the bigger showcase events in the country for high school seniors, the Nike Hoop Summit featured Team USA against a roster of top international players under the age of 19.

The event is a scouting feast for NBA teams, with dozens of front office executives in town all week watching practices. Most Hoop Summit players, both American and international, will declare for the 2024 NBA draft.

This year, the Hoop Summit added a women's game for the first time. The U.S. women won 100-79.

One women's player from the World roster, Shaneice Swain of Australia, is expected to be picked in Monday's WNBA draft.

### Who else attended the Summit?

The showcase event Saturday was a star-studded event. Besides LeBron, both Draymond Green and Steve Kerr of the Golden State Warriors were courtside (Golden State played the Portland Trail Blazers in the last game of the NBA regular season Sunday).

Former NBA All-Star Peja Stojakovic was in attendance, watching his son Andrej, a Stanford signee, play for the World team. Chris Bosh watched the game while sipping wine. Another former All-Star, Carlos Boozer, called the game for NBATV. Boozer's twin boys, Cameron and Cayden, are two of the top sophomores in the country and should play in the 2025 Hoop Summit.

Turner, the USA coach, said coaching a game with LeBron James courtside was a unique experience and that his reaction was "like the kids, man" – as in, he can get a little starstruck.

"More importantly, it's special for them," Turner said. "They got a chance tonight to see some of the people, some of the coaches, who they aspire to have an opportunity to play for and play with at some point in their life. Those guys were out there cheering them on. For years, they've been the ones cheering those guys on.

"To have an experience like this is something all these guys will never forget. I certainly won't."

---

# USWNT star Swanson injures knee tendon

**Lorenzo Reyes**
USA TODAY

After being carted off during a friendly against Ireland, tests revealed U.S. Women's National Soccer Team forward Mallory Swanson tore her patella tendon in her left knee.

The USWNT announced the injury update Sunday. While a timeline was not provided for her recovery, the injury will almost certainly remove her from participation in the Women's World Cup, which will be held this summer in Australia and New Zealand as the USWNT seeks its third consecutive title.

Swanson, 24, hurt her knee Saturday in the first half of the eventual 2-0 U.S. victory in Austin, Texas. She collided with an Irish player and fell to the ground, yelling out in pain as teammate Rose Lavelle knelt beside her to comfort her. Swanson, who had scored in all five of the USWNT's games this year, was put on a stretcher and while being carted off the field she held up her hands in the shape of a heart to show love to the crowd.

Per the USWNT, Swanson returned to Chicago, where she plays for the Red Stars of the NWSL, for further evaluation.

Swanson, who formerly went by the last name Pugh before marrying Chicago Cubs shortstop Dansby Swanson, won the World Cup with Team USA in 2019 but was left off the roster for the Tokyo Olympics after dealing with multiple injuries. Swanson was the 2023 SheBelieves Cup MVP and has scored 32 goals with 27 assists in 87 appearances for the USWNT.

Forward Alyssa Thompson will replace Swanson on the USWNT roster. Thompson, 18, became the youngest pick in NWSL history when Angel City FC selected her in the 2023 draft.



**USWNT forward Mallory Swanson suffered a torn knee tendon during an exhibition game Saturday against Ireland.** DUSTIN SAFRANEK/USA TODAY SPORTS

Thompson scored a goal in her pro debut and then earned a penalty kick for her team in her second match. She has two caps for the USWNT, both of which came in October. Thompson had previously played for the U.S. in the 2022 FIFA U-20 Women's World Cup.

*Contributing: Victoria Hernandez*

---

# Quinnipiac captures first men's hockey title with OT goal

**Associated Press**

TAMPA, Fla. – Jacob Quillan scored 10 seconds into overtime to give Quinnipiac a 3-2 victory over Minnesota for its first NCAA men's hockey championship.

Quinnipiac (34-4-3) trailed for more than 50 minutes and took its first lead of the game Saturday when Quillan scored moments into the extra period.

The Bobcats won the faceoff to open overtime and Zach Metsa flipped a pass to a streaking Sam Lipkin, who fed Quillan for the winning goal.

It was the first Frozen Four championship game to go to OT since 2011.

John Mittelstadt scored from point-blank range with 14:25 left in the first period and Jaxon Nelson gave Minnesota (29-10-1) a 2-0 lead when he redirected a shot by Brock Faber that bounced off the wall into the net about five minutes into the second.

Cristophe Tellier's goal with 12:39 left in the second period trimmed Quinnipiac's deficit to 2-1.



**Jacob Quillan celebrates with his Quinnipiac teammates after scoring the winning goal.** CHRIS O'MEARA/AP

With 3:28 to play in regulation and the Gophers leading 2-1, Quinnipiac coach Rand Pecknold went with an empty net and 41 seconds later Collin Graf – who leads the team with 21 goals this season but had yet to score in three-plus tournament games – scored to make it 2-2 and eventually force the extra period.

The Bobcats outshot Minnesota 30-15 and had a 34-23 advantage in faceoffs won.

## LEGAL MONDAY

For advertising information: 1.800.872.3433    www.marketplace.usatoday.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP, Sean A. O'Neal, Jane VanLare, One Liberty Plaza, New York, New York 10006, Telephone: 212-225-2000, Facsimile: 212-225-3999, *Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

In re:　　　　　　　　　　　　　　Chapter 11
Genesis Global Holdco, LLC, *et al.*,[1]  Case Nos.: 23-10063 (SHL)
　　　　　　　　　Debtors.　　　Jointly Administered

**NOTICE OF BIDDING PROCEDURES, POTENTIAL AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC and its affiliates Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd., as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors" and the cases, the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the Bankruptcy Court for the Southern District of New York (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE** that on March 16, 2023, the Debtors filed a motion [Docket No. 133] (the "Motion") seeking, among other things, the entry of an order approving (a) bidding procedures (the "Bidding Procedures") in connection with the proposed auction (the "Auction") and sale (the "Sale") of the Debtors', Genesis Global Trading, Inc.'s and non-Debtor subsidiaries' equity or some or all of their assets (the "Assets") to one or more Successful Bidders, (b) the selection of a Stalking Horse Bidder and the payment of Bid Protections in certain instances as set forth in the Bidding Procedures, and (c) scheduling dates and deadlines in connection with approval of the Sale (the "Sale Schedule").

**PLEASE TAKE FURTHER NOTICE** that on March 31, 2023, the Bankruptcy Court entered an order [Docket No. 192] (the "Bidding Procedures Order") granting the relief sought in the Motion, including, among other things, approving the Bidding Procedures and the Sale Schedule.

**Contact Parties for Parties Interested in Submitting a Bid.** (i) **Investment Banker to the Debtors:** Moelis & Company LLC, 399 Park Avenue, 4th Floor, New York, NY 10022, Attn.: Jul Jamal (zul.jamal@moelis.com), Barak Klein (barak.klein@moelis.com); and (ii) **Counsel to the Debtors:** Cleary Gottlieb, Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Sean A. O'Neal, Esq. (soneal@cgsh.com), Jane VanLare, Esq. (jvanlare@cgsh.com).

**Obtaining Information.** Copies of the Bidding Procedures Order, the Bidding Procedures, and any other related documents can be viewed and/or obtained: by (i) accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017. Note that a PACER password is needed to access documents on the Court's website.

**The Sale Schedule**　**Action** (Description): Deadline
- **Bidding Procedures Hearing** (The hearing before the Court to consider this Motion): March 30, 2023
- **Indications of Interest Deadline** (The deadline by which all indications of interest must be actually received): May 5, 2023
- **Stalking Horse Designation Deadline** (The date by which the Debtors may designate one or more Qualified Bidders as the Stalking Horse Bidder(s), if any; provided however that the Debtors may designate a Stalking Horse Bidder at any time prior to the Stalking Horse Designation Deadline; and provided further that the Debtors, in consultation with the Consultation Parties, may extend the Stalking Horse Designation Deadline provided that a notice of any such extension is filed on the docket): June 12, 2023
- **Bid Deadline** (The deadline by which all binding Bids must be actually received pursuant to the Bidding Procedures, as well as the deadline by which DCG must identify whether or not it or any of its insiders or controlled affiliates will submit a Bid or whether any newly created entity wholly-owned or directly or indirectly controlled by DCG'S insiders or controlled affiliates (other than by virtue of its existing equity ownership in the Debtors) intends to submit a Bid): June 19, 2023
- **Auction** (The date and time of the Auction, if one is needed, which will be held at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, 38th Floor, New York, NY 10006 and/or via Zoom): June 27, 2023
- **Deadline to file the Designation of Successful Bid** (The deadline to file a notice designating the Successful Bid and Successful Bidder, as well as the Back-up Bid and Back-up Bidder): One business day following the conclusion of the Auction
- **Sale Objection Deadline** (The deadline by which objections to the entry of an order by the Court approving the Sale must be filed with the Court and served so as to be actually received by the appropriate notice parties (the "Sale Objection Deadline")): July 7, 2023, or as otherwise determined in accordance with a motion seeking entry of an order approving the adequacy of a disclosure statement and setting forth the timeline for confirmation of a plan
- **Sale Hearing (subject to the Court's availability)** (The Sale will be implemented under the Plan and shall be approved at the Confirmation Hearing): July 14, 2023, or as otherwise determined in accordance with a motion seeking entry of an order approving the adequacy of a disclosure statement and setting forth the timeline for confirmation of a plan
- **Filing Objections to the Sale.** The Debtors request that the Court require that objections to the Sale (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules and other case management rules and orders of this Court; (c) state the name and address of the objecting party and the amount and nature of the claim or interest asserted by the objecting party against the estate or property of the Debtors; (d) state with particularity the legal and factual basis for such objections, and, if applicable, a proposed modification to the Sale that would resolve such objection; and (e) be filed with the Court with proof of service thereof and served upon, so as to be actually received by the Sale Objection Deadline, the following parties: (i) the Office of the United States Trustee for Region 2; (ii) counsel to the Debtors, Cleary Gottlieb, Steen and Hamilton LLP, One Liberty Plaza, NY, NY 10006 Attn: Sean O'Neal (soneal@cgsh.com) and Jane VanLare (jvanlare@cgsh.com); (iii) the investment banker to the Debtors, Moelis & Company LLC, 399 Park Avenue, 4th Floor, New York, New York 10022, Attn: Zul Jamal and Barak Klein, and; (iv) counsel to the Committee, White & Case LLP, 111 South Wacker Drive Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (gregory.pesce@whitecase.com) and 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson (philip.abelson@whitecase.com).
- **Consequences of Failing to Timely File an Objection.** Any party or entity who fails to timely file an objection to the Sale on or before the Sale Objection Deadline, in accordance with the Bidding Procedures, shall be forever barred from asserting any objection to the Sale.

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purposes of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]  Capitalized terms used in this notice and not defined herein shall have the meanings given to them in the Bidding Procedures (as defined herein).

---

**For more information on how to place your legal notice in Marketplace Today, call 1-800-872-3433** (Toll-free in the U.S. only)