LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue
New York, New York 10022
Fred B. Ringel, Esq.
*Attorneys for 250 Park LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **GENESIS GLOBAL HOLDCO, LLC, et al.,**[1] | Case No: 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for **250 Park LLC,** party in interest herein, and pursuant to Fed. R. Bankr. P. 2002 and 11 U.S.C. § 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the following:

>  Fred B. Ringel, Esq.
>  Leech Tishman Robinson Brog, PLLC
>  875 Third Avenue, 9th Floor
>  New York, New York 10022
>  fringel@leechtishman.com
>  Telephone: 212-603-6300
>  Fax: 212-956-2164

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. § 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtors or the property of the estates of the above named Debtors.

**DATED:** New York, New York
April 12, 2023

                                                    **LEECH TISHMAN
ROBINSON BROG, PLLC**
**Attorneys for 250 Park LLC**
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

By **/s/ Fred B. Ringel**
     Fred B. Ringel

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 12th day of April 2023, a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case and by e-mail upon: soneal@cgsh.com and jvanlare@cgsh.com.

      /s/ Fred B. Ringel
      Fred B. Ringel