**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Sean A. O'Neal
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF PUBLICATION

I, Jane VanLare, an attorney admitted to practice before this court and an employee of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that the *Notice of Deadlines for Submitting Proofs of Claim ((General Claims Bar Date: May 22, 2023 at 4:00 PM (ET)))*, which is substantially similar to the form of notice attached as Exhibit C to the above-captioned debtors' filing at ECF No. 190, was published in *USA Today* on Monday, April 14, 2023, as more fully set forth in the Proof of Publication of Venus Osborne (attached hereto as Exhibit A).

Dated:    April 17, 2023              */s/ Jane VanLare*
          New York, New York          Jane VanLare

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

## EXHIBIT A

**Proof of Publication**



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**
_____

Being duly sworn, Venus Osborne says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, April 14, 2023**, the following legal advertisement –
**Genesis Global Holdco, LLC** – was published in the national edition of **USA TODAY.**

*Venus Osborne*
_____
Principal Clerk of USA TODAY
April 14, 2023

**2B** ● FRIDAY APRIL 14, 2023 ● USA TODAY                    *LIFE*

## WEEKEND VIEWING GUIDE

# Cage's Drac, Crowe's 'Exorcist,' oh my!

**Brian Truitt** USA TODAY

Nicolas Cage playing Dracula? Russell Crowe battling demons? It's Halloween in April! ● This weekend, Cage stars as the big bad vampire – who happens to be the worst boss ever – opposite Nicholas Hoult in a horror comedy that's a modern-day sequel of sorts to the 1931 Universal classic "Dracula." And Crowe grabs a crucifix and faces possessed folks in a film based on the real-life scary work of Father Gabriele Amorth, the Vatican's chief exorcist for 36 years. ● Here's a guide to new movies that will satisfy every cinematic taste, plus some noteworthy theatrical films making their streaming and on-demand debuts:



PROVIDED BY UNIVERSAL PICTURES



PROVIDED BY ENTERTAINMENT SQUAD



PROVIDED BY BLEECKER STREET



PROVIDED BY BENNETT RAGLIN

**If you love over-the-top Nicolas Cage the most: 'Renfield'**

Channeling Bela Lugosi, Cage chews all the scenery he can with some impressive fangs. But this movie (when it's working) is way more about Drac's put-upon servant Renfield (Hoult), who befriends a dogged New Orleans cop (Awkwafina), runs afoul of drug dealers and more importantly realizes his codependent working relationship isn't working anymore. It's a bit of a gory mess, but Cage and Hoult keep it watchable.

● Where to watch: In theaters

**If you're down with Russell Crowe vs. Satan: 'The Pope's Exorcist'**

What if James Bond was a whiskey-drinking, scooter-riding Italian guy with a penchant for saving souls? Crowe takes on the role of Father Amorth, a real-life exorcist who worked for the pope, in this nifty hell-raising franchise starter. In the 1980s-set biopic/mystery/fright fest, Crowe travels to Spain to deal with a possibly possessed boy and uncovers a centuries-old conspiracy.

● Where to watch: In theaters

**If you want to see a star being born: 'Cherry'**

Alex Trewhitt dazzles in this refreshing dramedy as a roller-skating, directionless Los Angeles 20-something who learns she's 10 weeks pregnant and has a weekend to decide if she wants an abortion. This forces her to be a responsible adult for a change and reassess every part of her life, and Trewhitt brilliantly captures the lightness and hope of a stressed woman with a major choice to make.

● Where to watch: In theaters

**If you're all about hoops history: 'Sweetwater'**

As pioneering basketball star Nat "Sweetwater" Clifton, Everett Osborne is the best part of this biopic. Set in the post-war 1940s, the movie chronicles Sweetwater's path from the Harlem Globetrotters to becoming a New York Knick as the first Black player to sign an NBA contract. It's a solid sports flick coming on the heels of "Air," though sometimes takes its eyes off the ball in terms of a central focus.

**If you're a Toni Collette completist: 'Mafia Mamma'**

Catherine Hardwicke's trite, unfunny and weirdly gory mob comedy casts Collette as an insecure American pharmaceutical rep whose grandfather dies. She's called to Italy for the funeral, discovers she's now the head of a wine-making crime family – currently in a vicious war with a rival clan of Mafiosi – and finds renewed confidence in a forgettable narrative full of cannoli, pasta and "The Godfather" references.

● Where to watch: In theaters

**If you enjoy the Katie Holmes oeuvre: 'Rare Objects'**

Katie Holmes directs and co-writes this drama about a young woman named Benita (Julia Mayorga), fresh out of rehab, who moves home to New York City instead of going back to school after a traumatic incident. Benita finds herself again working alongside a pair of antiquities dealers (Alan Cumming and Derek Luke) but her tale of self-discovery is muddled with subplots, including a reunion with a troubled fellow patient (Holmes).

● Where to watch: In theaters and Apple TV, Vudu, Amazon

---

**Also on streaming:**

● The DC sequel "Shazam: Fury of the Gods," starring Zachary Levi as a teen-turned-superhero, is now available to rent/buy on Apple TV, Vudu and Amazon.

● The sci-fi action film "65," featuring Adam Driver taking on dinosaurs, is also available to rent/buy on Apple TV and other on-demand platforms.

● Elizabeth Banks' horror comedy



SHAZAM BY WARNER BROS. PICTURES

"Cocaine Bear," based on a true-life tale, premieres Friday on Peacock.

---

## MUSIC

# Daddy Yankee, Queen Latifah added to National Recording Registry

**Melissa Ruggieri** USA TODAY

The National Recording Registry is slotting in some pioneers among its 2023 entries. ● Queen Latifah becomes the first female rapper to join the ranks with her 1989 debut album, "All Hail the Queen," "Super Mario Bros." composer Koji Kondo is the architect of the first video game soundtrack to enter the registry, and Daddy Yankee's "Gasolina" is the first reggaeton selection. ● This year's list of 25 recordings regarded as "audio treasures" by the National Recording Registry of the Library of Congress was announced Wednesday by Librarian of Congress Carla Hayden. The songs are recognized as worthy of preservation based on "their cultural, historical or aesthetic importance in the nation's recorded sound heritage," according to the library.

**Who has a song in the Library of Congress?**

Among the new entries this year that join Queen Latifah and Kondo – whose original music appears in the "Super Mario Bros. Movie" – are:

● Madonna's cultural touchstone "Like a Virgin."

● Mariah Carey (making her debut in the National Recording Registry) with ubiquitous holiday jingle, "All I Want For Christmas Is You."

● John Lennon's peace anthem "Imagine."

● Daddy Yankee's "Gasolina," which is widely credited for the explosion of reggaeton upon its release in 2004.

Jimmy Buffett's "Margaritaville" also is a new inductee. Buffett told the Library of Congress the song's appeal is due to the uplifting effect it has on people.

"You're lucky enough at some point to put your thumb on the pulse of something that people can connect with," he said.

**How many songs are in the National Recording Registry?**

The recordings selected for the National Recording Registry bring its number of titles to 625. The full list can be viewed at loc.gov/recording. National Recording Registry playlists will be available on most streaming platforms.

Other songs landing in the registry: The Four Seasons' "Sherry"; Led Zeppelin's "Stairway to Heaven"; "Take Me Home, Country Roads," by John Denver; The Police's "Synchronicity," Ricky Martin's "Livin' La Vida Loca," Queen's "Bohemian Rhapsody" and Jay-Z's "Blueprint" album.

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES

### LEGAL NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
Genesis Global Holdco, LLC, et al.,[1]
Debtors.

Chapter 11
Case No.: 23-10063 (SHL)
Jointly Administered

PLEASE TAKE NOTICE OF DEADLINES FOR SUBMITTING PROOFS OF CLAIM (GENERAL CLAIMS BAR DATE)
MAY 22, 2023 AT 4:00 PM (ET)

PLEASE TAKE NOTICE THAT ANY ENTITY THAT FILES A PROOF OF CLAIM IN THESE CASES, IT INDICATES, BY DESIGNED, FOR THE PURPOSES OF THE PROOF OF CLAIM AND POSSIBLY RELATED MATTERS, TO HAVE SUBMITTED TO THE JURISDICTION OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. ANY ENTITY WHO IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM AS SET FORTH IN THIS NOTICE BUT FAILS TO DO SO WILL BE (A) FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH PREPETITION CLAIM AGAINST ANY OF THE DEBTORS AND (B) FOREVER BARRED FROM VOTING TO ACCEPT OR REJECT ANY PLAN OR PLANS OR PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH PREPETITION CLAIMS.

On April 4, 2023, the United States Bankruptcy Court for the Southern District of New York entered an Order (ECF No. 200) (the "Bar Date Order") in the above-captioned jointly-administered Chapter 11 Cases of Genesis Global Holdco, LLC and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), establishing May 22, 2023 at 4:00 p.m., Eastern Time (the "General Bar Date") as the general deadline for each entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to submit a Proof of Claim (defined below) against any of the Debtors.

The General Bar Date, the other deadlines established by the Bar Date Order and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to the date, as indicated in the above table, on which each Debtor commenced its chapter 11 case (i.e. it filed a bankruptcy petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for claims described in paragraph 5 of the Bar Date Order as being excluded. Governmental units have until July 18, 2023 at 4:00 p.m., Eastern Time to file proofs of claims (the "Governmental Bar Date").

1. WHO MUST FILE A PROOF OF CLAIM. The following Proof of Claim Form (defined below) and any required supporting documentation indicated therein (together, a "Proof of Claim") on or before the applicable Bar Date by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to January 19, 2023 (as applicable to each Debtor, the "Petition Date" and any such claim, a "Prepetition Claim"), and it is not one of the types of claim described in paragraph 5 of the Bar Date Order. Acts that give rise to claims by the Debtors must be asserted before the Petition Date must be filed on or before the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or if the applicable deadline or did not mature or become fixed, liquidated or certain before the Petition Date.

The Bar Date Order establishes the following due dates for filing proofs of claim in these Chapter 11 Cases (collectively, the "Bar Dates"):

(a) General Bar Date: Pursuant to the Bar Date Order and except as otherwise described in this Notice, all entities that hold a claim against any of the Debtors that arose prior to the Petition Date (whether secured, unsecured priority, or unsecured nonpriority) shall file a proof of claim as described in this Notice by May 22, 2023 at 4:00 p.m., Eastern Time. For the avoidance of doubt and without limitation, the General Bar Date applies to claims asserted against the Debtors pursuant to section 503(b)(9) of the Bankruptcy Code (a "503(b)(9) Claim").

(b) Rejection Bar Date: Pursuant to the Bar Date Order, any person or entity that has a Prepetition Claim against any of the Debtors arising out of the rejection of executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code that becomes effective after the entry of the Bar Date Order must submit a Proof of Claim on or before the later of (i) the General Bar Date, and (ii) any date that may be specified in the applicable order authorizing such rejection (the "Rejection Bar Date").

(c) Amended Schedule Bar Date: Pursuant to the Bar Date Order, if any of the Debtors amends or supplements its Schedules, the Debtors shall give notice of such amendment to the holders of any Prepetition Claims affected thereby and such holders must submit a Proof of Claim or amend any previously filed Proof of Claim in respect of such amended or supplemented Prepetition Claim or added claim on the later of (i) General Bar Date and (ii) the date that notice of the amendment or supplemented Prepetition Claim is provided to the holder of the Prepetition Claim (the "Amended Schedule Bar Date").

(d) Governmental Bar Date: Pursuant to the Bar Date Order, all governmental units, as defined in section 101(27) of the Bankruptcy Code, must file Proofs of Claim against the Debtors on account of claims that arose prior to the Petition Date by July 18, 2023 at 4:00 p.m., Eastern Time (the "Governmental Bar Date").

2. WHAT TO FILE. Your filed proof of claim must conform substantially to Official Form No. 410, a case-specific proof of claim form accompanies this Notice. The Debtors are enclosing a Proof of Claim Form for use in these cases (the "Claim Form"). If your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as disputed, contingent or unliquidated. You will receive a different Claim Form for each claim scheduled in your name by the Debtors. You may utilize the Claim Form(s) provided by the Debtors to file your claim. Additional Claim Forms may be obtained at the following websites: www.ussuroh.gov/forms/bankruptcy-forms or https://restructuring.ra.kroll.com/genesis.

Each Claim Form must (i) be written in English; (ii) set forth (A) for any Prepetition Claim based on cryptocurrency, the number and type of units of such cryptocurrency held by the claimant as of the Petition Date or (B) solely to the extent a Prepetition Claim is not based on cryptocurrency, the amount of such Prepetition Claim denominated in United States dollars; (iii) conform substantially with the Claim Forms provided by the Debtors or Official Form No. 410, as applicable; (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (v) include supporting documentation unless otherwise consented to by the Debtors in writing or impractical/office).

In addition to the requirements set forth in the immediately preceding paragraph, any Proof of Claim asserting a 503(b)(9) Claim must also include, with specificity: (i) the amount of the 503(b)(9) Claim; (ii) the particular Debtor against which the 503(b)(9) Claim is asserted; (iii) the date of delivery of the goods purportedly delivered to a Debtor within twenty days before the Petition Date; (iv) documentation, including invoices, receipts, bills of lading and the like, identifying with specificity the particular goods for which the 503(b)(9) Claim is being asserted; (v) an identification of which goods (if any) were subject to a demand for reclamation asserted under section 546(c) of the Bankruptcy Code; and (vi) documentation either evidence that the goods with respect to which the 503(b)(9) Claim is being filed were sold in the ordinary course of the Debtor's business.

Your Claim Form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

All entities asserting claims against more than one Debtor are required to (i) file a separate proof of claim with respect to each such Debtor and (ii) identify on each proof of claim the specific Debtor against which such claim is asserted. Any claim filed under the Debtor or Debtors to which the claim is asserted. From than one Debtor is listed on the form, the proof of claim will be treated as filed only against the first-listed Debtor.

3. WHEN AND WHERE TO FILE. Except as provided for herein, all Proofs of Claim must be submitted so as to be actually received on or before the applicable Bar Date by the Debtors' court-approved claims and noticing agent, Kroll Restructuring Administration ("Kroll") for these Chapter 11 Cases (the "Case Website") located at https://restructuring.ra.kroll.com/genesis by following instructions for filing proofs of claim electronically. IF BY U.S. MAIL, OVERNIGHT MAIL OR HAND DELIVERY TO: Genesis Inc. Claims Processing Center, c/o Prime Clerk LLC (now known as Kroll Restructuring Administration), 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

PROOFS OF CLAIM MUST BE SUBMITTED BY MAIL, BY HAND, OR THROUGH THE CASE WEBSITE. PROOFS OF CLAIM SUBMITTED BY ELECTRONIC MEANS OTHER THAN THE CASE WEBSITE (E.G., VIA E-MAIL, FACSIMILE, TELECOPY, OR SIMILAR ELECTRONIC MEANS) WILL NOT BE ACCEPTED AND WILL NOT BE DEEMED TIMELY SUBMITTED. CLAIMS FOR WHICH PROOFS OF CLAIM HAVE BEEN FILED, INCLUDING GENESIS LENDER CLAIMS.

The Bar Date Order further provides that certain persons or entities whose claims otherwise would be subject to the General Bar Date, need not file Proofs of Claim. To review a copy of the Bar Date Order about which the Debtors are not required to file a Proof of Claim, please contact Kroll.

In particular Genesis Trust Company, LLC ("Gemini") users (each a "Gemini Lender") holding a claim in connection with those certain loans of digital assets at Gemini to GGC (the "Gemini Borrowings") in exchange for the return of such digital assets upon request or at the expiration of a specified period and the payment by GGC of a loan fee pursuant to the relevant master loan agreements ("Gemini MLAs") between GGC, Gemini and the Gemini Lender need not file a Proof of Claim. Should a Gemini Lender wish to assert a Prepetition Claim against the Debtors for any amount greater than the Gemini Lender's Gemini Borrowings from these GGC pursuant to the Gemini MLAs, the Gemini Lender must file a Proof of Claim as outlined herein. For the avoidance of doubt, each Gemini Lender may assert a Prepetition Claim for the unreturned digital assets loaned to GGC pursuant to the Gemini MLAs.

The Bar Date Order authorized and directed Gemini, given Gemini's appointment as agent for each Gemini Lender under the Gemini MLAs, to file a single proof of claim on behalf of each and all Gemini Lenders against the Debtors on account of the Gemini Borrowings (the "Gemini Master Claim").

The Bar Date Order authorized the act two group of creditors of Genesis Global Capital, LLC represented by Proskauer Rose LLP (the "Ad Hoc Group") to file a Proof of Claim on behalf of the Ad Hoc Group (the "Ad Hoc Group Claim"). Any member of the Ad Hoc Group who wishes to assert a Prepetition Claim in an amount greater than such member's claim as a member of the Ad Hoc Group may do so by following the instructions set forth herein and filing a separate proof of claim on or before the applicable Bar Date.

4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE. ANY ENTITY WHO IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM AS SET FORTH IN THIS NOTICE BUT FAILS TO DO SO WILL BE (A) FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND (B) FOREVER BARRED FROM VOTING TO ACCEPT OR REJECT ANY PLAN OR PLANS OR PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIMS.

5. THE DEBTORS' SCHEDULES AND ACCESS THERETO. You may be listed as the holder of a claim against one or more of the Debtors in the Debtor's Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively the "Schedules").

Copies of the Debtors' Schedules are available for inspection on the Court's website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Debtors' Schedules are also available at the Case Website at https://restructuring.ra.kroll.com/genesis. Copies of the Debtors' Schedules may also be obtained by request to the Debtors' claims and noticing agent, Kroll, by (i) calling the Debtors' restructuring hotline at (888) 524-2017 (Toll Free) or, for parties outside of the U.S., (646) 440-4371 (International); (ii) emailing genesisinfo@ra.kroll.com; and/or (iii) writing to Genesis Claims Processing Center, c/o Prime Clerk LLC (now known as Kroll Restructuring Administration), 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules in all respects. Similarly, if you are a Gemini Lender and you rely on your individual account page that may be accessed through the Gemini Lender Program's website (https://exchange.gemini.com/signin) and the Gemini mobile app, it is your responsibility to determine that the claim is accurately listed in such website and app, as that is the amount that will be listed for your Prepetition Claim in the Gemini Master Claim.

As set forth above, if you agree with the claims and status of your Prepetition Claim as listed in the Debtors' Schedules and you do not dispute that your Prepetition Claim is only against the Debtor specified in the Schedules, and if your Prepetition Claim is not described as "disputed," "contingent" or "unliquidated," you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

The Debtors reserve the right to (a) dispute, or (b) assert offsets or defenses against, any filed claim or any claim listed or reflected in its Schedules as to nature, amount, liability, priority, classification or otherwise; (b) subsequently designate any scheduled claim as disputed, contingent or unliquidated; and (c) otherwise amend or supplement the Schedules. Nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any grounds.

A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a Proof of Claim.

Dated: April 6, 2023, New York, New York                    BY ORDER OF THE COURT

/s/ Sean A. O'Neal ... Sean A. O'Neal, Jane Kim & CLEARY GOTTLIEB STEEN & HAMILTON LLP Jane VanLare Luke A. Barefoot & Jane Kim & One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999, Counsel to the Debtors and Debtors-in-Possession.

The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

For the avoidance of doubt, all claims for cryptocurrency must clearly indicate (i) each type of cryptocurrency held and (ii) the number of units of each cryptocurrency held (which may be represented in whole units or fractions of a unit, as applicable) for each cryptocurrency on the proposed Claim Form).

**NEW GREAT MARKETPLACE RATES!**
Scan QR Code for Current Specials

