**EXHIBIT C**

archive.today
webpage capture

Saved from https://www.khaleejtimes.com/crime/dubai-dh4-million-stolen-from-bitcoin-tra   search
no other snapshots from this url
All snapshots from host www.khaleejtimes.com

Webpage | Screenshot                                share  download .zip  report bug or abuse  Buy me a coffee

3 Oct 2022 12:11:11 UTC

# Khaleej Times

-1:-2:-15    Dhuhr 12:11

Video  Metaverse  UAE  World  Opinion  Business  Sports  Entertainment  Food  Lifestyle  Gold/Forex  Supplements

Advertisement

HOME / UAE / CRIME

# Dubai: Dh4 million stolen from Bitcoin trader; 9 people jailed

The robbers knocked on the door of his company's headquarters before entering and assaulting him; they will be deported after serving their sentences



Photo: AFP file

by **Afkar Ali Ahmed**   Published: Mon 3 Oct 2022, 8:10 AM

A gang comprising nine people stole Dh 4,120,000 from the owner of a Bitcoin trading company in the Al Nakhil area in Dubai. They assaulted him while he was at work.

The details of the case date back to last April, when the victim filed a report stating that he had been assaulted and robbed by force at his company's headquarters.

According to the victim's statement, he was surprised by nine robbers knocking on the door of his company and entering. They attacked him and stole the cash.

The police identified them and arrested them. The Dubai Criminal Court convicted them and sentenced to three years in prison, and deportation from the state after serving their sentences.

**ALSO READ:**

Advertisement

**Dubai: Two jailed for threatening to kill couple, stealing Dh8,000 from them**