**<u>EXHIBIT D</u>**

archive.today
webpage capture

Saved from    http://www.cbc.ca/news/canada/ottawa/robbery-ottawa-search-bitcoin-1.4507    search

All snapshots from host www.cbc.ca    no other snapshots from this url

24 Jan 2018 18:38:35 UTC

| Webpage | Screenshot |

share    download .zip    report bug or abuse    Buy me a coffee

TV   RADIO   NEWS   SPORTS   MUSIC   LIFE   ARTS   CANADA 2017   LOCAL   MORE      WATCH   LISTEN   LOG IN

**Ottawa**

host picture

LIVE   Ottawa   More Streams
Radio One
Listen Live

Home   Opinion   World   Canada   Politics   Business   Health   Entertainment   Technology & Science   Video
Canada   Ottawa

# Suspect charged in Bitcoin heist, police hunt 2 others

**3 armed men bound employees at Bitcoin office before fleeing empty-handed, Ottawa police say**

CBC News   Posted: Jan 24, 2018 12:27 PM ET   |   Last Updated: Jan 24, 2018 12:27 PM ET


Heavily armed officers with dogs searched a wooded ravine near the scene of a robbery Tuesday morning. One of the three suspects was arrested without incident, but the other two remain at large, police say.

Heavily armed officers with dogs searched a wooded ravine near the scene of a robbery Tuesday morning. One of the three suspects was arrested without incident, but the other two remain at large, police say. (Jenna McMillan)

79 shares

Facebook
Twitter
Reddit
Google
Share
Email

**Related Stories**

- Police hunt robbery suspects in Nepean

Ottawa police have arrested one suspect and are looking for two others after employees at a Bitcoin financial institution were held up at gunpoint Tuesday.

The attempted robbery happened on Concourse Gate off Colonnade Road just before 11 a.m., police said in a media release issued Wednesday.

■ **Police hunt robbery suspects in Nepean**

Three suspected entered the business armed with handguns, gained control over four employees and bound them, police said. One of the employees was struck on the head with a gun.

A fifth employee, who remained unseen in an office, contacted police, and the suspects fled empty-handed.

Video shot from the passenger seat of a passing vehicle shows the manhunt in Nepean:

> Ottawa Police Sgt Fernando Viera says they're searching for a gun following yesterday's robbery at a Bitcoin operation
> **pic.twitter.com/hxIooG2q2N**
>
> — **@JudyTrinhCBC**

**Stay Connected with CBC News**

Mobile   Facebook   Podcasts   Twitter   Alerts   Newsletter

**Weather**

| Ottawa (Kanata - Orleans) | Gatineau | Petawawa | Cornwall | Kingston |
|---|---|---|---|---|
|  | | | | |
| -9°C | -8°C | -10°C | -10°C | -8°C |

More Weather |

**Latest Ottawa News Headlines**

Griffin Martin
■ Ottawa boy's death inspires French Catholic school board to install defibrillators

■ Suspect charged in Bitcoin heist, police hunt 2 others
■ What to do if you pump the wrong fuel into your tank
■ Ultramar offering compensation after fuel mix-up in Vars
■ LRT handover likely running late, transit boss says

**Top News Headlines**


nassar-larry
■ 'I just signed your death warrant,' judge tells U.S. gymnastics doctor in sex assault sentencing

Arriving officers saw one of the suspects run into a ravine north of Colonnade Road, and "extensive resources" were deployed to find him, including tactical and K-9 unit officers. The suspect was arrested later Wednesday "without incident," police said.

The arrested man, a 19-year-old from Ottawa, was charged with:

- Five counts of robbery with a firearm.
- Five counts of pointing a firearm.
- Five counts of forcible confinement.
- One count of wearing a disguise.
- One count of carrying a concealed weapon.
- One count of conspiracy to commit and indictable offence.
- One count of possessing a firearm while prohibited.
- One count of possessing a loaded, regulated firearm.

Police are searching for the other two suspects, and are hoping to speak to a person of interest who was inside the business when the three suspects arrived.

Investigators are expected to return to the scene Wednesday to search for additional evidence.

Anyone with information is asked to call the robbery unit at 613-236-1222, ext. 5116. Anonymous tips can be submitted by calling Crime Stoppers toll free at 1-800-222-8477 (TIPS).

> Breaking: 1st video of what looks like a large @ottawapolice response to a commercial robbery on Colonnade Rd. Suspect believed to be in area. Video courtesy Jessa Hoffman pic.twitter.com/tQmc7N5925
>
> — @JudyTrinhCBC

- Kentucky shooting is 11th U.S. school attack of new year

**Most Viewed**

- Ultramar offering compensation after fuel mix-up in Vars
- Should Ottawa adopt Sweden's gender-balanced snow-clearing policies?
- LRT handover likely running late, transit boss says
- Police hunt robbery suspects in Nepean
- 'Bullets are flying, people are scared': Bells Corners ponders Neighbourhood Watch
- Gas station's fuel mix-up proving costly for customers
- Wanted for 19 years, man with alleged Mafia ties arrested in Gatineau
- 9 of 14 charged in major gun sweep out on bail
- First Air aiming high with Ottawa airport expansion plan
- Driver killed in crash with Hydro-Québec truck near Gatineau



**100 Concourse Gate**

100 Concourse Gate, Nepean, ON
K2E 7V7

Directions    Save

View larger map

Report Typo or Error | Send Feedback

## Don't Miss

| | | | | | | |
|---|---|---|---|---|---|---|
| Griffin Martin | police respond to robbery in Nepean- Jan. 23/18 | StatCan Inflation July 20170818 | Sandra Simard Gas Diesel Ultramar | o-train lrt light rail confederation line signage construction ottawa | snow sidewalk plow ottawa jan 4 2018 | |
| **NEW** | | | | | **Q&A** | |
| Ottawa boy's death inspires French Catholic school board to install defibrillators | Suspect charged in Bitcoin heist, police hunt 2 others | What to do if you pump the wrong fuel into your tank | Ultramar offering compensation after fuel mix-up in Vars | LRT handover likely running late, transit boss says | Should Ottawa adopt Sweden's gender-balanced snow-clearing policies? | |

## Explore CBC

| | | | |
|---|---|---|---|
| CBC Home | Music | Documentaries | Digital Archives |
| TV | Life | Comedy | Games |
| Radio | Arts | Books | Contests |
| News | Kids | Parents | Site Map |
| Sports | Local | Indigenous | |

## Stay Connected

| | | | |
|---|---|---|---|
| Apps | RSS | Podcasts | Newsletters & Alerts |

## Services and Information

| Contact Us | Jobs | Doing Business with Us | Renting Facilities |
| --- | --- | --- | --- |

CBC ❋ Radio-Canada

©2018 CBC/Radio-Canada. All rights reserved

Visitez Radio-Canada.ca