**EXHIBIT E**

saved from https://elcaso.elnacional.cat/es/noticias/asalto-empresa-criptomonedas-eixample    search
no other snapshots from this url
all snapshots  from host elcaso.elnacional.cat
share     download .zip     report bug

FIRE    ABANDONED BABY BARCELONA



Only Minutes to Get Started

ADVERTISING

Learn More


ad   CIT Bank

# Assault on a cryptocurrency company in the Eixample: caught by the owner while gagging the concierge

**ORSOLYA GAZDAGI**
Barcelona
01/22/2023 10:49
Updated 01/22/2023 10:49
2 minutes



Agents of the Mossos d'Esquadra have arrested **five men** as alleged perpetrators of a **robbery** at a **cryptocurrency company** located in the **Eixample district of Barcelona** . The arrest occurred shortly after the crime was committed , as the thieves were surprised by the

### They posed as customers
The robbery took place on **January 14** around half past three in the afternoon. The thieves had hatched a plan according to which one of them **was posing as a client** who had an appointment to gain access to the offices without problems. Meanwhile, the rest of the assailants broke into the farm with **stun guns** and **zip ties** that they used to **gag** and tie the farm **janitor's** hands and feet.

However, the woman resisted, and the resulting struggle sparked a **major disturbance** that alerted the company's workers, and they notified the director. Leaving the offices to find out what was going on, **he caught the thieves** *on the spot* while they were trying to detain the concierge. Quickly, the owner called the police.

### The infiltrator, trapped in the offices
The thieves **fled** down the service stairs that led to the roof, from where they would have jumped to the neighboring block of flats. The fifth member, however, posing as a customer, got **trapped inside the offices** with no chance of escape. The man tried to leave the building through the front door, but **was met by the police**. At first they did not think he was involved, but during the routine search they found **latex gloves** on him and, given the inconsistencies in his statements, they arrested him as the alleged perpetrator of the robbery.

ADVERTISING

The first detainee also had car keys and a **parking ticket**. Thanks to these tests, the agents intensified surveillance around the parking area where the thieves had the car, and were able to arrest the rest of the criminals when they returned to **pick up the vehicle**. The five men were arrested on charges of **robbery with violence and**