**EXHIBIT F**





Subscribe

More newsletters

noment a gang of masked raiders raided a bitcoin store on a
ill view of stunned onlookers.

he raiders rushed from the Bitcoin Exchange store on Formans
a blue Seat Leon parked across the pavement directly outside.

n black and wearing balaclavas scooted back and forth, stuffing
boot. **Watch the dramatic footage of the RAID above.**

the front seat, while the other two filled the car with what
lles of thin long strips from the Bitcoin store.



**Shocking robbery caught on camera** (Image: Facebook - Brumz Updates)

▶ READ MORE

▸ West Midlands Police officer charged with custody block assault

Less than ten seconds later, they speed away from the scene.

It happened at around 10pm on Monday, July 15.

Posted on a **community Facebook Page, Brumz Updates** , the video was viewed more than 13,000 times in less than four hours.

**Read More**

### Top Stories



Mosque attacks



**Universal Credit**

- **M5 shut after woman dies**

- **Woman attacked with hammer**

Another added: "Crime is getting so bad in our city. It feels like everyday there is something. The most conceding for me is the knife and violent crime."

West Midlands Police said: "A group of people gained access to
hout taking anything.

and anyone with information is asked to contact us via Live
**ids.police.uk** between 8am and midnight or call 101 anytime,
nce 20BE/168249B/19."

e called anonymously on 0800 555 111.

am_live

Enter email

hill    Crime    West Midlands Police

RECOMMENDED