**Objection Deadline: May 3, 2023 at 12:00 p.m. (Prevailing Eastern Time)**

**KOBRE & KIM LLP**
Danielle L. Rose
Daniel J. Saval
John G. Conte
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

*Special Litigation Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, et al.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FIRST MONTHLY
STATEMENT OF KOBRE & KIM LLP FOR COMPENSATION
FOR SERVICES RENDERED AS SPECIAL LITIGATION COUNSEL TO
THE DEBTORS FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| Name of applicant: | Kobre & Kim LLP |
|---|---|
| Authorized to provide services to: | Genesis Global Holdco, LLC, *et al.* |
| Date of retention: | Order entered on February 24, 2023 authorizing the employment and retention of Kobre & Kim LLP as special litigation counsel to the Debtors and Debtors-in-Possession *nunc pro tunc* to February 1, 2023 (Docket No. 104) |
| Period of which compensation and expenses are sought: | February 1, 2023 through February 28, 2023 |
| Amount of compensation requested: | $126,224.50 |
| Less 20% holdback: | $25,244.90 |
| Amount of expenses requested: | $0.00 |
| Total compensation (net of holdback): | $100,979.60 |

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 24, 2023 (Docket No. 101) (the "Interim Compensation Order"), Kobre & Kim LLP ("Kobre & Kim" or the "Firm") hereby submits this first monthly statement (the "First Monthly Statement") seeking compensation for services rendered as special litigation counsel to the Debtors for the period February 1, 2023 through February 28, 2023 (the "First Monthly Period"). By this First Monthly Statement, and after accounting for certain voluntary reductions, the Firm seeks payment in the amount of $100,979.60, which is 80% of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Period. The Firm is not seeking reimbursement of any expenses incurred during the First Monthly Period.

**SERVICES RENDERED**

1.      Attached hereto as **Exhibit A** is a summary of the Firm professionals by individual, setting forth the (a) name and title of each individual who provided services during the First Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, (d) amount of fees earned by each individual, and (e) year of earliest admission for

2

each attorney. The blended hourly billing rate of Kobre & Kim timekeepers during the First Monthly Period is approximately $1,057.[2]

2. Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought by project category for the First Monthly Period.

3. Attached hereto as **Exhibit C** is itemized time records of the Firm professionals that provided services during the First Monthly Period.

## NOTICE OF OBJECTION PROCEDURES

4. Notice of this First Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "Notice Parties"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (email: arianna@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

5. Objections to this First Monthly Statement, if any, must be served upon the Notice Parties and by e-mail upon Kobre & Kim LLP, Attn: Danielle L. Rose, Daniel J. Saval, and John G. Conte (email: danielle.rose@kobrekim.com, daniel.saval@kobrekim.com, and

---

[2] The blended rate is comprised of all Kobre & Kim timekeepers who provided services during the First Monthly Period.

john.conte@kobrekim.com) no later than, **May 3, 2023 at 12:00 PM (Prevailing Eastern Time)** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees at issue.

6. If no objections to the First Monthly Statement are received by the Objection Deadline, the Debtors shall pay the Firm 80% of the fees identified in this First Monthly Statement.

7. To the extent an objection to this First Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the First Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees in the percentage set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 18, 2023
        New York, New York

/s/ Danielle L. Rose
**KOBRE & KIM LLP**
Danielle L. Rose
Daniel J. Saval
John G. Conte
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

*Special Litigation Counsel to the Debtors and Debtors-in-Possession*