# EXHIBIT A

Kobre & Kim LLP
Special Litigation Counsel for the Debtors and Debtors-in-Possession

### Fee Summary for February 1, 2023 through February 28, 2023 by Timekeeper

| Timekeeper | Title | Rate | Year | Hours | Amount |
|---|---|---|---|---|---|
| Danielle L. Rose (DLR) | Partner | 1,650.00 | 2002 | 28.1 | 46,365.00 |
| Daniel J. Saval (DJS) | Partner | 1,650.00 | 2002 | 8.7 | 14,355.00 |
| Lara Levinson (LL) | Counsel | 1,200.00 | 1994 | 2.4 | 2,880.00 |
| John G. Conte (JGC) | Associate | 950.00 | 2017 | 44.7 | 42,465.00 |
| Abigail G. Liman (AGL) | Analyst | 585.00 | N/A | 26.0 | 15,210.00 |
| Ayesha K. Pasha (AKP) | Analyst | 585.00 | N/A | 5.7 | 3,334.50 |
| Elizabeth D. Haywood (EDH) | Litigation Assistant | 425.00 | N/A | 3.8 | 1,615.00 |
| **Total** | | | | **119.4** | **$126,224.50** |

**Case Administration**

| Timekeeper | Hours | Amount |
|---|---|---|
| Danielle L. Rose | 0.2 | $330.00 |
| Daniel J. Saval | 0.2 | $330.00 |
| Elizabeth D. Haywood | 3.8 | $1,615.00 |
| Abigail G. Liman | 0.4 | $234.00 |
| **Total** | **4.6** | **$2,509.00** |

**Consultation with Debtor**

| Timekeeper | Hours | Amount |
|---|---|---|
| Danielle L. Rose | 0.5 | $825.00 |
| Daniel J. Saval | 0.5 | $825.00 |
| John G. Conte | 0.9 | $855.00 |
| Abigail G. Liman | 1.0 | $585.00 |
| **Total** | **2.9** | **$3,090.00** |

**Employment and Fee Applications**

| Timekeeper | Hours | Amount |
|---|---|---|
| Danielle L. Rose | 24.2 | $39,930.00 |
| Daniel J. Saval | 6.3 | $10,395.00 |
| Lara Levinson | 2.4 | $2,880.00 |
| John G. Conte | 39.5 | $37,525.00 |
| Abigail G. Liman | 23.4 | $13,689.00 |
| Ayesha K. Pasha | 5.7 | $3,334.50 |
| **Total** | **101.5** | **$107,753.50** |

**Hearing Attendance and Preparation**

| Timekeeper | Hours | Amount |
|---|---|---|
| Danielle L. Rose | 3.2 | $5,280.00 |
| Daniel J. Saval | 1.7 | $2,805.00 |
| John G. Conte | 4.3 | $4,085.00 |
| Abigail G. Liman | 1.2 | $702.00 |
| **Total** | **10.4** | **$12,872.00** |