## **EXHIBIT B**

**Fee Summary by Project Category for February 1, 2023 through February 28, 2023**

<u>Summary by Task</u>

| <u>Project Category</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|
| Case Administration | 4.6 | $2,509.00 |
| Consultation with Debtor | 2.9 | $3,090.00 |
| Employment and Fee Applications | 101.5 | $107,753.50 |
| Hearing Attendance and Preparation | 10.4 | $12,872.00 |
| **Total** | **119.4** | **$126,224.50** |