# EXHIBIT C

## Billing Report for February 1, 2023 through February 28, 2023

Schedule of Professional Services

**Case Administration**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/01/2023 | | | | |
| EDH | Calendar upcoming deadlines for case team. | $425.00 | 0.5 | 212.50 |
| 02/07/2023 | | | | |
| EDH | Monitor media reports for issues of relevance to case team. | 425.00 | 0.2 | 85.00 |
| DLR | Attention to filing procedures. | 1,650.00 | 0.2 | 330.00 |
| 02/08/2023 | | | | |
| EDH | Monitor media reports for issues of relevance to case team (0.2); attention to correspondence and materials as per instructions from lawyers to expedite work by case team (0.2). | 425.00 | 0.4 | 170.00 |
| 02/09/2023 | | | | |
| EDH | Calendar relevant court deadlines for case team. | 425.00 | 0.4 | 170.00 |
| AGL | Prepare notice of appearance and file same. | 585.00 | 0.4 | 234.00 |
| DJS | Review and comment on notice of appearance. | 1,650.00 | 0.2 | 330.00 |
| 02/14/2023 | | | | |
| EDH | Calendar relevant court deadlines for case team. | 425.00 | 0.4 | 170.00 |
| 02/21/2023 | | | | |
| EDH | Memorialize correspondence and materials as per instructions from lawyers to expedite work by case team. | 425.00 | 1.3 | 552.50 |
| 02/28/2023 | | | | |
| EDH | Calendar relevant court deadlines in bankruptcy proceeding for case team (0.3); memorialize recent filings in bankruptcy proceeding for case team (0.3). | 425.00 | 0.6 | 255.00 |
| **Subtotal Case Administration** | | | | **$2,509.00** |

**Consultation with Debtor**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/01/2023 | | | | |
| DJS | Review materials in preparation for call with Cleary Gottlieb (0.3); call with J. VanLare and H. Kim regarding bankruptcy proceeding (0.2). | 1,650.00 | 0.5 | 825.00 |
| DLR | Call with J. VanLare and H. Kim regarding bankruptcy proceeding. | 1,650.00 | 0.2 | 330.00 |
| 02/08/2023 | | | | |
| AGL | Call with M. Hatch, C. Ribeiro, and J. VanLare regarding retention application (0.3); memorialize notes regarding same for case team (0.7). | 585.00 | 1.0 | 585.00 |
| JGC | Prepare for call with Cleary Gottlieb (0.2); call with M. Hatch, C. Ribeiro, and J. VanLare regarding retention application (0.3); follow up calls with M. Hatch regarding redactions (0.4). | 950.00 | 0.9 | 855.00 |
| DLR | Call with M. Hatch, C. Ribeiro, and J. VanLare regarding retention application. | 1,650 | 0.3 | 495.00 |
| **Subtotal Consultation with Debtor** | | | | **$3,090.00** |

**Employment and Fee Applications**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/01/2023 | | | | |
| AGL | Analyze retention application materials at direction of J. Conte to expedite work by case team. | 585.00 | 0.4 | 234.00 |
| JGC | Confer with D. Rose regarding retention application (0.5); review retention application materials and prepare analysis for D. Rose (0.8); begin preparing retention application (2.9). | 950.00 | 4.2 | 3,990.00 |
| DJS | Confer with D. Rose regarding retention application (0.5); attention to retention application questions from case team (0.5). | 1,650.00 | 1.0 | 1,650.00 |
| DLR | Review and analyze connections with interested parties in preparation for call with J. VanLare (0.5); work on disclosures for retention application (3.5); confer with J. Conte regarding retention application (0.5); confer with D. Saval regarding retention application (0.5); review analysis from J. Conte and A. Liman regarding retention application (0.5). | 1,650.00 | 5.5 | 9,075.00 |
| 02/02/2023 | | | | |
| AGL | Analyze retention applications and orders from recent cases to expedite work by legal team. | 585.00 | 2.1 | 1,228.50 |

**Employment and Fee Applications**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| JGC | Confer with L. Levinson, D. Saval, and D. Rose regarding preparation of retention application (0.5); prepare same (5.4). | 950.00 | 5.9 | 5,605.00 |
| LL | Confer with J. Conte, D. Saval, and D. Rose regarding preparation of retention application (0.5); review same (0.4). | 1,200.00 | 0.9 | 1,080.00 |
| DJS | Confer with J. Conte, L. Levinson, and D. Rose regarding preparation of retention application (0.5); work on retention materials (1.5). | 1,650.00 | 2.0 | 3,300.00 |
| DLR | Confer with J. Conte, L. Levinson, and D. Saval regarding preparation of retention application (0.5); prepare disclosures for retention application based on information provided by the conflict check team (1.0); attention to draft application (0.7). | 1,650.00 | 2.2 | 3,630.00 |
| 02/03/2023 | | | | |
| AKP | Analyze retention applications and orders from recent cases to expedite work by legal team. | 585.00 | 1.7 | 994.50 |
| JGC | Review retention applications and orders from recent cases (1.5); prepare retention application (3.5); prepare Rose Declaration and schedules (2.1); prepare Aronzon Declaration (1.1). | 950.00 | 8.2 | 7,790.00 |
| DLR | Attention to follow-up questions for Cleary Gottlieb regarding retention application. | 1,650.00 | 0.5 | 825.00 |
| 02/04/2023 | | | | |
| JGC | Prepare retention application (3.3); prepare Rose Declaration (1.2); prepare Aronzon Declaration (0.3); prepare list of questions regarding disclosures (0.6); draft email and circulate to case team for internal review and comment (0.3). | 950.00 | 5.7 | 5,415.00 |
| 02/05/2023 | | | | |
| JGC | Correspond with case team regarding retention application. | 950.00 | 0.5 | 475.00 |
| LL | Revise draft retention application. | 1,200.00 | 1.5 | 1,800.00 |
| DLR | Attention to firm-wide inquiry for retention application (0.2); follow-up with team regarding firm-wide inquiry (0.2); preliminarily review draft retention application and materials related to same (0.4). | 1,650.00 | 0.8 | 1,320.00 |

**Employment and Fee Applications**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 02/06/2023 | | | | |
| AGL | Review local and federal rules to assist team in retention application filing (0.9); review key documents regarding Kobre & Kim's prior representations in bankruptcy engagements to confirm description in draft retention application (2.0). | 585.00 | 2.9 | 1,696.50 |
| DLR | Revise draft retention application (2.8); revise draft Rose Declaration (3.7); review and comment on draft Aronzon Declaration (0.1); revise draft proposed Court order (0.2); attention to draft Schedule II (0.1). | 1,650.00 | 6.9 | 11,385.00 |
| JGC | Review and incorporate D. Rose's comments to retention application and declarations. | 950.00 | 1.3 | 1,235.00 |
| DJS | Provide input on retention application and respond to questions from case team regarding same. | 1,650.00 | 0.5 | 825.00 |
| 02/07/2023 | | | | |
| AGL | Confer with J. Conte and A. Pasha regarding retention application filing (0.4); review and analyze documents supporting factual assertions in retention application under the supervision of J. Conte (3.1); review key documents regarding Kobre & Kim's prior representation in bankruptcy engagements to confirm information in draft retention application (1.9); review rules and procedures in preparation for filing of same (0.6). | 585.00 | 6.0 | 3,510.00 |
| AKP | Confer with J. Conte and A. Liman regarding filing of retention application. | 585.00 | 0.4 | 234.00 |
| JGC | Incorporate comments to retention application (1.8); confer with A. Liman and A. Pasha regarding filing of retention application (0.4); coordinate additional conflicts checks and revise disclosure schedules based on updates to interested parties list (2.2). | 950.00 | 4.4 | 4,180.00 |
| DLR | Review materials to confirm prior Kobre & Kim bankruptcy representation for draft retention application (0.7); revise draft retention application (3.7); confer with D. Saval regarding same (0.5); follow-up internally to confirm accuracy and completeness of draft retention application (0.8); attention to revised Parties-in-Interest List (0.8). | 1,650.00 | 6.5 | 10,725.00 |
| DJS | Confer with D. Rose regarding draft retention application (0.5); work on retention application (1.5). | 1,650.00 | 2.0 | 3,300.00 |

**Employment and Fee Applications**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/08/2023 | | | | |
| AGL | Review and revise draft application under the supervision of J. Conte (2.3); confer with J. Conte regarding retention application and exhibits (0.5); review key documents regarding Kobre & Kim's prior representations in bankruptcy engagements to confirm summary of same in retention application (3.1); redact Parties-in-Interest at request of debtors to prepare documents for filing (0.4); prepare application and exhibits for filing (3.9); file retention application and exhibits (0.2). | 585.00 | 10.4 | 6,084.00 |
| AKP | Prepare application and exhibits for filing. | 585.00 | 3.6 | 2,106.00 |
| JGC | Finalize retention application (0.4); finalize Rose Declaration (3.7); finalize Aronzon Declaration (0.2); finalize disclosure schedule (3.1); confer with A. Liman regarding same (0.5); confer with D. Rose regarding same (0.3) | 950.00 | 8.2 | 7,790.00 |
| DJS | Work on matters regarding retention application. | 1,650.00 | 0.8 | 1,320.00 |
| DLR | Revise draft application (1.5); confer with J. Conte regarding same (0.3). | 1,650.00 | 1.8 | 2,970.00 |
| 02/13/2023 | | | | |
| AGL | Prepare instructions to billing department to facilitate firm compliance with interim compensation procedures and U.S. Trustee Fee Guidelines. | 585.00 | 0.9 | 526.50 |
| 02/14/2023 | | | | |
| AGL | Revise instructions to billing department to facilitate firm compliance with interim compensation procedures and U.S. Trustee Fee Guidelines. | 585.00 | 0.7 | 409.50 |
| JGC | Review interim compensation procedures and U.S. Trustee Fee Guidelines (0.8) comment on instructions to billing department regarding same (0.3). | 950.00 | 1.1 | 1,045.00 |
| | **Subtotal Employment and Fee Applications** | | | **$107,753.50** |

**Hearing Attendance**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/15/2023 | | | | |
| AGL | Attention to preparations for upcoming hearing on retention application. | 585.00 | 0.3 | 175.50 |

**Hearing Attendance**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/21/2023 | | | | |
| AGL | Prepare talking points for hearing on retention application under attorney supervision. | 585.00 | 0.9 | 526.5 |
| JGC | Call with M. Hatch regarding second day hearing (0.1); correspond with case team regarding hearing preparations (0.2); review and revise talking points for hearing (1.3); call with M. Hatch regarding presentation of retention application (0.2). | 950.00 | 1.8 | 1,710.00 |
| DLR | Prepare for second day hearing and revise talking points for same. | 1,650.00 | 0.8 | 1,320.00 |
| 02/22/2023 | | | | |
| JGC | Prepare for second day hearing (1.1); appear for second day hearing (1.4). | 950.00 | 2.5 | 2,375.00 |
| DLR | Prepare for second day hearing (1.0); appear for second day hearing (1.4). | 1,650.00 | 2.4 | 3,960.00 |
| DJS | Prepare for second day hearing (0.3); appear for second day hearing (1.4). | 1,650.00 | 1.7 | 2,805.00 |
| | **Subtotal Hearing Attendance** | | | **$12,872.00** |
| | **Total Current Fees** | | | **$126,224.50** |