**Objection Deadline: May 5, 2023 at 12:00 noon (prevailing Eastern Time)**

**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
David Turetsky
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

– and –

Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (305) 881-5450

*Counsel to Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FIRST MONTHLY FEE STATEMENT**
**OF HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF GENESIS GLOBAL HOLDCO, LLC, ET AL., FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF**
**FEBRUARY 12, 2023 THROUGH FEBRUARY 28, 2023**

PLEASE TAKE NOTICE that on the date hereof, Houlihan Lokey Capital, Inc.

("**Houlihan Lokey**") filed its *First Monthly Fee Statement of Houlihan Lokey Capital, Inc.,*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Investment Banker for the Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, et al., for Compensation and Reimbursement of Expenses for the Period of February 12, 2023 Through February 28, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Fee Notice Parties.  *See* Docket No. 101 ¶ 2.A.(a).

      **PLEASE TAKE FURTHER NOTICE** that responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 101] (the "**Interim Compensation Procedures**");[2] (b) be served via e-mail so as to be actually received by **May 8, 2023, at 12:00 noon (prevailing Eastern Time)**, by (i) Houlihan Lokey and (ii) the Fee Notice Parties; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue.  *See* Docket No. 101 ¶ 2.A.(f).

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Houlihan Lokey.  *See id.* ¶ 2.A.(g).

---

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder. *See id.* ¶ 2.A.(h).

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll at https://restructuring.ra.kroll.com/genesis/.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page left intentionally blank]*

Dated: April 21, 2023
       New York, New York

Respectfully submitted,

By: */s/ Gregory F. Pesce*

**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
David Turetsky
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
E-mail: cshore@whitecase.com
      philip.abelson@whitecase.com
      david.turetsky@whitecase.com
      michele.meises@whitecase.com

– and –

Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (305) 881-5450
E-mail:  gregory.pesce@whitecase.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|   |   |   |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **GENESIS GLOBAL HOLDCO, LLC,** *et al.,* [1] | : | **Case No. 23-10063 (SHL)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FIRST MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.,
INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF GENESIS GLOBAL HOLDCO, LLC, ET AL., FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
FEBRUARY 12, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| **Name of Applicant** | Houlihan Lokey Capital, Inc. |
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, et al., |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 13, 2023 |
| **Period for which compensation and reimbursement is sought** | February 12, 2023 through and including February 28, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $91,071.43 |
| **Current Fee Request** | $72,857.14 (80% of $91,071.43) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,033.79 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $74,890.93 |

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| **Total Fees and Expenses Inclusive of Holdback** | $93,105.22 |
|---|---|
| **This is a(n):**    X̲ monthly         ___interim application         ___final application | |

### SUMMARY OF MONTHLY FEE STATEMENTS

Pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**" or the "**Applicant**"), Investment Banker for the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits this First Monthly Fee Statement (the "**Statement**") for the period of February 12, 2023 through and including February 28, 2023 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" are the time records of Applicant for this Monthly Fee Period organized by project category and professional with a daily time log explaining the time spent by each professional.

2

Applicant respectfully requests (i) compensation in the amount of $72,857.14, which represents 80% of fees for services rendered by Applicant as investment banker to the Official Committee of Unsecured Creditors during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,033.79.

Dated: April 21, 2023                                  Respectfully submitted,

By:   _/s/ Brad Geer_

Brad Geer, Managing Director
**HOULIHAN LOKEY CAPITAL, INC.**
225 South 6th Street
Minneapolis, Minnesota 55402
Telephone: (612) 215-2249
Email:  bgeer@hl.com

# **EXHIBIT A**

Work Hours Summary

## Genesis Global Holdco, LLC - Houlihan Lokey Work Hours Summary

*February 12, 2023 - February 28, 2023*

### Summary of Hours by Professional / Task Code

| Principal Professional | Title | Task Code | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | | Total |
| Saul Burian | Managing Director | 2.0 | 6.0 | 15.0 | 0.5 | – | | 23.5 |
| Bradley Geer | Managing Director | 7.5 | 14.0 | 46.0 | 10.0 | – | | 77.5 |
| David Cumming | Senior Vice President | 13.0 | 12.5 | 30.5 | 4.5 | – | | 60.5 |
| Steven White | Associate | 27.0 | 13.0 | 29.0 | 40.5 | – | | 109.5 |
| Rijul Malik | Associate | 11.0 | 5.5 | 25.0 | 74.5 | – | | 116.0 |
| Tom Dircks | Analyst | 9.5 | 4.0 | 21.0 | 18.0 | – | | 52.5 |
| Braedon Kehoe | Analyst | 6.5 | 4.0 | 19.0 | 26.0 | – | | 55.5 |
| Odessa Fung | Analyst | 3.5 | 4.0 | 21.0 | 82.0 | – | | 110.5 |
| **Total** | | **80.0** | **63.0** | **206.5** | **256.0** | **–** | | **605.5** |

**Task Code Legend**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

# **EXHIBIT B**

Invoice

# Houlihan Lokey

**Invoice #  118609-2**

**PERSONAL & CONFIDENTIAL**                                                                                            April 3, 2023

Genesis Global Capital, LLC                                                                                        Client #  26011
250 Park Ave S, 5th Floor                                                                                          Case #  119253
New York, NY 10003

**Professional Fees**
| | | | |
|---|---|---|---|
| Monthly Fee due on February 6, 2023 | $ | 91,071.43 | |
| Professional Fees Due | | | $   91,071.43 |

**Out of Pocket Expenses**
| | | | |
|---|---|---|---|
| Airfare | $ | 1,913.49 | |
| Ground Transportation | | 32.50 | |
| Travel and Overtime Meals | | 78.41 | |
| Telephone and Data | | 9.39 | |
| Out of Pocket Expenses Due | | | $   2,033.79 |

**TOTAL AMOUNT DUE AND PAYABLE**                                                    **$   93,105.22**

**PAYMENT DUE UPON RECEIPT**

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

# EXHIBIT C

Work Hours Details

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Saul Burian |
|---|---|
| Total Hours: | 23.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Stakeholder Advisors | 1.5 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with SteerCo Advisors | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| **Total** | | | | **23.5** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 12, 2023 - February 28, 2023*

**Hours for: Bradley Geer**
**Total Hours:  77.5**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|------|-----------|------|--------------------------|-------|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/13/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 3.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | A | General Case Administration | Preparation and Review of Materials | 0.5 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Stakeholder Advisors | 1.5 |
| 2/17/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 0.5 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/20/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with SteerCo Advisors | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 1.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 3.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 3.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 0.5 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 0.5 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/24/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 3.0 |
| 2/25/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 1.0 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 2.0 |

**Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet**

*February 12, 2023 - February 28, 2023*

| Hours for: | Bradley Geer |
|---|---|
| Total Hours: | 77.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/27/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Review of Analysis or Presentation | 0.5 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/28/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| **Total** | | | | **77.5** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

**Hours for: David Cumming**
**Total Hours: 60.5**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 0.5 |
| 2/16/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 1.5 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Stakeholder Advisors | 1.5 |
| 2/17/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 0.5 |
| 2/19/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/20/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Ad Hoc Group | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with SteerCo Advisors | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 3.0 |
| 2/23/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/27/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | A | General Case Administration | HL Internal Call | 3.0 |
| **Total** | | | | **60.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Steven White |
|---|---|
| **Total Hours:** | 109.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 2.0 |
| 2/13/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 1.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/14/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/16/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/16/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | A | General Case Administration | Preparation and Review of Materials | 3.0 |
| 2/17/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/17/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Stakeholder Advisors | 1.5 |
| 2/17/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/18/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/18/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/19/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/19/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/19/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/19/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/20/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/20/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with SteerCo Advisors | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 1.0 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/22/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 3.0 |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 12, 2023 - February 28, 2023*

| Hours for: | Steven White |
|---|---|
| Total Hours: | 109.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/23/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 2.0 |
| 2/24/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.5 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 4.0 |
| 2/27/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/27/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 3.5 |
| 2/28/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/28/2023 | A | General Case Administration | HL Internal Call | 4.0 |
| 2/28/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| **Total** | | | | **109.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Rijul Malik |
|---|---|
| **Total Hours:** | **116.0** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 2.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/14/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 2.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/16/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | A | General Case Administration | Preparation and Review of Materials | 3.0 |
| 2/17/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/18/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/19/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/19/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/19/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/20/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/20/2023 | A | General Case Administration | HL Internal Call | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with SteerCo Advisors | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 12.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/22/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 8.0 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/24/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 5.5 |
| 2/25/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 1.5 |
| 2/25/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 4.0 |
| 2/26/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Rijul Malik |
|---|---|
| **Total Hours:** | **116.0** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/27/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 5.0 |
| 2/27/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 5.0 |
| **Total** | | | | **116.0** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Tom Dircks |
|---|---|
| **Total Hours:** | **52.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/14/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/18/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 0.5 |
| 2/19/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/19/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/25/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 1.5 |
| 2/26/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.5 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 2.0 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 4.0 |
| 2/28/2023 | A | General Case Administration | Preparation and Review of Materials | 2.0 |
| **Total** | | | | **52.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Braedon Kehoe |
|---|---|
| **Total Hours:** | **55.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 2.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/14/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/19/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/19/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/20/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/22/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/24/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 1.0 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 4.0 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | A | General Case Administration | HL Internal Call | 2.0 |
| **Total** | | | | **55.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 12, 2023 - February 28, 2023*

| Hours for: | Odessa Fung |
|---|---|
| **Total Hours:** | **110.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | A | General Case Administration | HL Internal Call | 0.5 |
| 2/13/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/14/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 4.0 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/14/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/15/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/15/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/16/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/16/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/17/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/18/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 4.0 |
| 2/19/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/19/2023 | A | General Case Administration | Preparation and Review of Materials | 1.0 |
| 2/20/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 2/20/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/20/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/21/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/21/2023 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/21/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 12.0 |
| 2/22/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.5 |
| 2/22/2023 | A | General Case Administration | Court Hearing | 1.5 |
| 2/22/2023 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/23/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/23/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 8.0 |
| 2/24/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 6.0 |
| 2/25/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 1.5 |
| 2/25/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 4.0 |
| 2/26/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 3.0 |
| 2/27/2023 | B | Correspondence with Debtor and Other Stakeholders | Discussions with UCC Members and/or Advisors | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | HL Internal Call | 0.5 |
| 2/27/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 5.5 |
| 2/28/2023 | C | Correspondence with Official Committee of Unsecured Creditors | Discussions with UCC Members and/or Advisors | 1.0 |
| 2/28/2023 | D | Analysis, Presentation and Due Diligence | Financial Analysis | 5.5 |
| **Total** | | | | **110.5** |