CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED AGENDA FOR HEARING TO BE HELD
APRIL 26, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**   April 26, 2023, at 2:00 pm (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The April 26 Hearing will be conducted only through Zoom. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

              muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:**     Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AMENDED AGENDA FOR APRIL 26 HEARING

I. **Uncontested Matters to be Heard at April 26 Hearing**

1. **Removal Extension Motion**: *Debtors' Motion for Entry of an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(B) and 9027 Extending the Time Within Which to File Notices of Removal of Related Proceedings.* ECF No. 218.

    i. **General Response Deadline:** April 19, 2023 at 4:00 P.M.

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status**: A proposed order has been filed and the matter is going forward.

II. **Contested Matters to be Heard at April 26 Hearing**

1. **D&O Insurance Motion**: *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow for Advancements and Payments Under D&O Insurance Policy.* ECF No. 165

    v. **General Response Deadline:** April 19, 2023 at 4:00 P.M.

    vi. **Objections:**

      1. *Objection of the Official Committee of Unsecured Creditors to the Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow for Advancements and Payments Under D&O Insurance Policy.* ECF No. 235.

    vii. **Responses:**

      1. *Debtors' Response to Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow for Advancements and Payments Under D&O Insurance.* ECF No. 234.

2. *Reply in Support of the Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow for Advancements and Payments Under D&O Insurance Policy.* ECF No. 249.

3. *Declaration of Marcus Asner in Support of the Motion for Entry of an Order Modifying the Automation Stay, to the Extent Applicable, to Allow for Advancements and Payments Under D&O Insurance Policy.* ECF No. 250.

**viii.** **Status**: This matter is going forward.

Dated: April 25, 2023
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Sean A. O'Neal*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*