**Presentment Date: April 28, 2023 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: April 28, 2023 at 12:00 p.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF DEBTORS' APPLICATION FOR AN ORDER APPROVING A SETTLEMENT AGREEMENT BY AND AMONG GENESIS ASIA PACIFIC PTE. LTD AND ONE RAFFLES QUAY PTE LTD AND AUTHORIZING THE DEBTORS TO IMPLEMENT CERTAIN TRANSACTIONS**

     **PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE** that, on April 25, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement by and Among Genesis*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Asia Pacific Pte. Ltd and One Raffles Quay Pte. Ltd and Authorizing the Debtors to Implement Certain Transactions* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that an order, substantially in the form attached to the Motion as **Exhibit A** (the "Proposed Order"), will be presented to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on **April 28, 2023 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each an "Objection") to the Proposed Order must be made in writing and received in the chambers of the Honorable Sean H. Lane and by the undersigned not later than 12:00 p.m. on **April 28, 2023 (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that in the event any Objections to the proposed Order are timely filed and served on or before the Objection Deadline as set forth herein, a hearing to consider the Proposed Order and such Objection(s) shall be scheduled by the Bankruptcy Court.

| | |
|---|---|
| Dated: April 25, 2023<br>New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |