**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

-and-

1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700

*Bankruptcy Counsel to the Securities
Litigation Lead Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that the undersigned counsel hereby appear, pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors-in-possession (collectively, the "Debtors") for and on behalf of Remo Maria Morone, William McGreevy, Ashwin Gowda,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

43699/2
04/26/2023 213563074.1

Translunar Crypto LP, Christopher Buttenham, and Alex Sopinka (collectively, the "Lead Plaintiffs") in their capacity as court-appointed co-lead plaintiffs in the securities class action pending in the United States District Court for the District of Connecticut under the caption, *William McGreevy, Ashwin Gowda, Translunar Crypto LP, Christopher Buttenham, and Alex Sopinka, individually and on behalf of all others similarly situated v. Digital Currency Group, Inc. and Barry Silbert*, Case No. 3:23-cv-00082 (the "Securities Litigation").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, on behalf of the Lead Plaintiffs and the proposed class the Lead Plaintiffs represent and/or seek to represent in the Securities Litigation (the "Class"), hereby request service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and request that the names and addresses of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases. Service may be made and directed as follows:

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Andrew D. Behlmann, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2333
E-mail: metkin@lowenstein.com
E-mail: abehlmann@lowenstein.com
E-mail: mpapandrea@lowenstein.com

**KAPLAN FOX & KILSHEIMER LLP**
Jeffrey P. Campisi, Esq.
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
E-mail: jcampisi@kaplanfox.com

**SILVER GOLUB & TEITELL LLP**
Ian W. Sloss, Esq.
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
E-mail: isloss@sgtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal

Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by the Lead Plaintiffs, either individually or for the Class or any member thereof, do not, shall not, and shall not be deemed to:

- constitute a submission by the Lead Plaintiffs, either individually or for the Class or any member thereof, to the jurisdiction of the Bankruptcy Court;

- constitute consent by the Lead Plaintiffs, either individually or for the Class or any member thereof, to entry by the Bankruptcy Court of any final order in any non-core proceeding, **which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding**;

- waive any substantive or procedural rights of the Lead Plaintiffs or the Class or any member thereof, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in any Related Proceedings, in the Securities Litigation, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Litigation; (d) the right to seek withdrawal of the bankruptcy reference

by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which the Lead Plaintiffs or the Class or any member thereof are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law, rule, regulation, or order.

| | |
|---|---|
| Dated: April 26, 2023 | **LOWENSTEIN SANDLER LLP** |
| | */s/ Michael S. Etkin* |
| | Michael S. Etkin, Esq. |
| | Andrew Behlmann, Esq. |
| | Michael Papandrea, Esq. |
| | One Lowenstein Drive |
| | Roseland, New Jersey 07068 |
| | Telephone: (973) 597-2500 |
| | |
| | -and- |
| | |
| | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 262-6700 |
| | E-mail: metkin@lowenstein.com |
| | E-mail: abehlmann@lowenstein.com |
| | E-mail: mpapandrea@lowenstein.com |
| | |
| | *Bankruptcy Counsel to the Securities Litigation Lead Plaintiffs* |