THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE: Genesis Global Holdco, LLC, Debtor(s).                     Case No. 23-10063 SHL
   250 Park Avenue South                                                  Chapter 11
   5th Floor
   New York, NY 10003
   38-4058219

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

        Respectfully submitted,
        Jonathan Skrmetti
        Attorney General and Reporter

        /s/ Marvin E. Clements, Jr.
        Marvin E. Clements, Jr.
        Senior Assistant Attorney General
        BPR No. 016031
        OFFICE OF THE ATTORNEY GENERAL
        BANKRUPTCY DIVISION
        P O BOX 20207
        Nashville, TN 37202-0207
        Phone: (615) 741-1935   Fax: 615-741-3334
        Email: AGBankNewYork@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on April 28, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

        /s/ Marvin E. Clements, Jr.
        Marvin E. Clements, Jr.
        Senior Assistant Attorney General

| | |
|---|---|
| United States Trustee | Sean A. O'Neal |
| Office of the United States Trustee - NY | Attorney for the Debtor(s) |
| Alexander Hamilton Custom House | One Liberty Plaza |
| One Bowling Green, Room 534 | New York, NY 10006 |
| New York, NY 10004-1408 | |