**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

-and-

1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700

*Bankruptcy Counsel to the Securities
Litigation Lead Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew Behlmann, request admission, **pro hac vice**, before the Honorable Sean H. Lane, to represent Remo Maria Morone, William McGreevy, Ashwin Gowda, Translunar Crypto LP, Christopher Buttenham, and Alex Sopinka (collectively, the "Securities Litigation Lead Plaintiffs") in their capacity as court-appointed co-lead plaintiffs in the securities class action pending in the United States District Court for the District of Connecticut under the caption, *William McGreevy, Ashwin Gowda, Translunar Crypto LP, Christopher Buttenham, and Alex Sopinka, individually and on behalf of all others similarly situated v. Digital Currency Group,*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

-2-

*Inc. and Barry Silbert*, Case No. 3:23-cv-00082, and the proposed class the Securities Litigation Lead Plaintiffs represent and/or seek to represent, in the above referenced chapter 11 cases.

I certify that I am a member in good standing of bar in the State of New Jersey.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 28, 2023

*/s/ Andrew Behlmann*
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ  07068
Phone: (973) 597-2500
Fax: (973) 597-2400
E-mail: abehlmann@lowenstein.com

*Bankruptcy Counsel to the Securities Litigation Lead Plaintiffs*