**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael Etkin, Esq. for Michael Papandrea, Esq. to be admitted, ***pro hac vice***, to represent Remo Maria Morone, William McGreevy, Ashwin Gowda, Translunar Crypto LP, Christopher Buttenham, and Alex Sopinka (collectively, the "Securities Litigation Lead Plaintiffs") in their capacity as court-appointed co-lead plaintiffs in the securities class action pending in the United States District Court for the District of Connecticut under the caption, *William McGreevy, Ashwin Gowda, Translunar Crypto LP, Christopher Buttenham, and Alex Sopinka, individually and on behalf of all others similarly situated v. Digital Currency Group, Inc. and Barry Silbert*, Case No. 3:23-cv-00082 (the "Securities Litigation"), and the proposed class the Securities Litigation Lead Plaintiffs represent and/or seek to represent, in the above referenced chapter 11 cases; and upon the movant's certification that he is a member in good standing of the bars of the States of New York and New Jersey and the United States District Court for the District of New Jersey; it is hereby

**ORDERED**, that Michael Papandrea, Esq., is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 cases to represent the Securities Litigation Lead Plaintiffs in their capacity as court-appointed co-lead plaintiffs in the Securities Litigation, and the proposed class

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

the Securities Litigation Lead Plaintiffs represent and/or seek to represent, in the above referenced chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE