UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION FOR
ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. § 1452 AND
FED. R. BANKR. P. 9006(b) AND 9027 EXTENDING THE TIME WITHIN
WHICH TO FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS**

Upon the consideration of the *Debtors' Motion for Entry of an Order Pursuant to 28 U.S.C. § 1452 Fed. R. Bankr. Pro. 9006(b) and 9027 Extending the Time Within Which to File Notices of Removal of Related Proceedings* (the "Motion")[2] and the First Day Declarations; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms not described herein shall have the meanings ascribed to them in the Motion.

1

their estates, their creditors and other parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time provided by Bankruptcy Rule 9027 within which the Debtors may file notices of removal of the civil actions and proceedings pending in state and federal courts to which the Debtors are parties, is extended through and until the date an order is entered confirming a chapter 11 plan in the Debtors' Chapter 11 Cases.

3. Notice of the relief requested in the Motion satisfies Bankruptcy Rule 6004(a).

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation, interpretation, or enforcement of this Order.

Dated:  May 1, 2023            */s/ Sean H. Lane*
    White Plains, New York        The Honorable Sean H. Lane
                                        United States Bankruptcy Judge