Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 23-10063-SHL

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    GENESIS GLOBAL HOLDCO, LLC,

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                   United States Bankruptcy Court

13                   300 Quarropas Street, Room 248

14                   White Plains, NY 10601

15

16                   April 28, 2023

17                   9:06 AM

18

19

20

21   B E F O R E :

22   HON SEAN H. LANE

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO: ART

1    HEARING re Status Conference re: Doc. #252 Motion For

2    Appointment Of A Mediator

3

4    HEARING re Status Conference re: Doc. #253 Motion To Shorten

5    Time To Consider Debtors' Motion For Appointment Of A

6    Mediator And Order Appointing Mediator

7

8    HEARING re Status Conference re: #254 Notice of Hearing

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 3

1    A P P E A R A N C E S :

2

3    CLEARY GOTTLIEB STEEN & HAMILTON LLP

4         Attorneys for the Debtor

5         One Liberty Plaza

6         New York, NY 10006

7

8    BY:  SEAN A. O'NEAL

9

10   WHITE & CASE LLP

11        Attorneys Official Committee of Unsecured Creditors

12        1221 Avenue of the Americas

13        New York, NY 10020

14

15   BY:  PHILIP ABELSON

16        COLIN WEST

17

18   PROSKAUER ROSE LLP

19        Attorneys for Ad Hoc Group of Genesis Customers

20        Eleven Times Square

21        New York, NY 10036

22

23   BY:  BRIAN ROSEN

24

25

Page 4

1    HUGHES HUBBARD & REED LLP

2          Attorneys for Gemini Trust Company, LLC, as Agent

3          One Battery Park Plaza

4          New York, NY 10004

5

6    BY:  ANSON B. FRELINGHUYSEN

7

8    WEIL, GOTSHAL & MANGES LLP

9          Attorneys for Digital Currency Group, Inc.

10         767 Fifth Avenue

11         New York, NY 10153

12

13   BY:  JEFFREY SAFERSTEIN

14

15   LOWENSTEIN SANDLER LLP

16         Attorneys for Securities Class Action Lead Plaintiffs

17         One Lowenstein Drive

18         Roseland, NJ 07068

19

20   BY:  ANDREW BEHLMANN

21

22   ALSO PRESENT TELEPHONICALLY:

23   JANE VANLARE

24   RICHARD CHESTER MINOTT

25   LUKE A. BAREFOOT

Page 5

1    ERIC C. DAUCHER

2    VINCENT INDELICATO

3    HOO RI KIM

4    MI LIU

5    LEAN LIU

6    KEN LUKASZEWSKI

7    MARCY J. MCLAUGHLIN SMITH

8    MICHELE J. MEISES

9    RICHARD CHESTER MINOTT

10   SEAN A. O'NEAL

11   MICHAEL PAPANDREA

12   AMANDA PARRA CRISTE

13   GREGORY F. PESCE

14   CHRISTIAN RIBEIRO

15   JORDAN SAZANT

16   J. CHRISTOPHER SHORE

17   FRANCISCO VAZQUEZ

18   MEGAN VOLIN

19   MICHAEL WEINBERG

20   GREG ZIPES

21   PAUL ARONZON

22   ARIAM ASMEROM

23   BRENDON BARNWELL

24   BRIANNA B. BILTER

25   SABRINA BREMER

Page 6

1   BRIAN BULTHUIS

2   TOM CONHEENEY

3   JARED DERMONT

4   MICHAEL DIYANNI

5   LEIA DORAN

6   UDAY GORREPATI

7   JASON GOTTLIEB

8   BRANDON HAMMER

9   MIRA HAQQANI

10   TAYLOR HARRISON

11   MIRANDA HATCH

12   DERAR ISLIM

13   ZUL JAMAL

14   BARRY JASON

15   KEEFE JOHNSON

16   PAUL KINEALY

17   BARAK KLEIN

18   DIETRICH KNAUTH

19   KONRAD LAESSER

20   MICHAEL LETO

21   DAVID LOPEZ

22   JACK MASSEY

23   AKIKOK MATSUDA

24   DAVID MAYO

25   KYLE MCKUHEN

1   ANAIS MITRA

2   JOHN NGUYEN

3   AMELIA POLLARD

4   ARIANNA PRETTO-SAKMANN

5   KATIE ROSS

6   JOE SCIAMETTA

7   BENJAMIN STEELE

8   ANDREW SULLIVAN

9   ANDREW SWIFT

10   BRIAN TICHENOR

11   ANDREW TSANG

12   WILLIAM MATTHEW UPTEGROVE

13   MICHAEL WEINBERG

14   JACK WESTNER

15   PAUL WIRTZ

16

17

18

19

20

21

22

23

24

25

Page 8

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE COURT:  Good morning.  This is Judge Sean Lane |
| 3 | in the United States Bankruptcy Court for the Southern |
| 4 | District of New York and we're here for a status conference |
| 5 | in Genesis Global Holdco LLC about the motion that was filed |
| 6 | to appoint a mediator, and so, happy Friday.  No better way |
| 7 | to start a Friday than have a discussion about mediation. |
| 8 | So let me make sure everybody is here who should be here. |
| 9 | So on behalf of the Debtors? |
| 10 | MR. O'NEAL:  Your Honor, it's Sean O'Neal, Cleary |
| 11 | Gottlieb, on behalf of the Debtors.  I'm hoping you can hear |
| 12 | me fine. |
| 13 | THE COURT:  I can hear you just fine.  And -- |
| 14 | MR. O'NEAL:  Thank you. |
| 15 | THE COURT:  And on behalf of the Committee? |
| 16 | MR. ABELSON:  Good morning, Your Honor.  Phil |
| 17 | Abelson, White and Case on behalf of the Unsecured Creditors |
| 18 | Committee.  I'm joined this morning by my partner Colin |
| 19 | West. |
| 20 | THE COURT:  All right.  Good morning.  Good to see |
| 21 | you twice in one week, Mr. Abelson.  All right, and on |
| 22 | behalf of the Ad Hoc Group? |
| 23 | MR. ROSEN:  Good morning, Your Honor.  This is |
| 24 | Brian Rosen.  Can you hear me? |
| 25 | THE COURT:  I can hear you just fine. |

1           MR. ROSEN:  I apologize for the screen issue.  I'm

2    having connectivity issues, but yes, Brian Rosen, Proskauer

3    Rose, on behalf of the Ad Hoc Group.

4           THE COURT:  No worries at all.  We'll get through

5    it just fine.  And on behalf of Gemini Trust Company?

6           MR. FRELINGHUYSEN:  Good morning, Your Honor.

7    Anson Frelinghuysen, Hughes Hubbard and Reed for Gemini

8    Trust Company.

9           THE COURT:  All right.  Good morning.  And I know

10   we have no doubt a number of other people who are around,

11   but I think we expect to get an appearance from Digital

12   Currency Group as well.

13          MR. SAFERSTEIN:  Yes, good morning, Your Honor.

14   Jeffrey Saferstein from Weil Gotshal and Manges on behalf of

15   Digital Currency Group.

16          THE COURT:  All right, good morning.  Anyone else

17   who needs to make an appearance?

18          All right.

19          MR. BEHLMANN:  Good morning, Your Honor.  I

20   apologize.  I couldn't get off mute.  Andrew Behlmann from

21   Lowenstein Sandler on behalf of the DCG Securities

22   Litigation Lead Plaintiffs.

23          THE COURT:  Good morning.  It's always

24   challenging.  It's like a quick draw contest to get yourself

25   of mute.  I get it.  No worries.  Anyone else?

1              All right.  Good to have you all here this

2      morning.  So I think we were going to follow up on our

3      conversation earlier this week and I thought it probably

4      made most sense to start off with Mr. O'Neal and obviously

5      we'll make sure to hear from anybody who wishes to be heard

6      before all is said and done.

7              MR. O'NEAL:  Certainly.  Thank you very much, Your

8      Honor.  Sean O'Neal on behalf of the Debtors.  I think this

9      can be a short status conference.  We are pleased to report

10     that we have reached agreement on the form of a mediation

11     order.  The open item remains the identification of the

12     mediator.  We have a list of potential mediators and we have

13     reached out to a few of them and given the time constraints,

14     availability is important and so, Your Honor, that is really

15     the open issue that we have right now.

16             We've agreed on a process that is basically a 30-

17     day mediation process, but we hope to do it more quickly.

18     We've agreed that we'd have -- we would use our commercially

19     reasonable efforts to have at least two substantive sessions

20     before May 8th and we've agreed that the last term sheets of

21     each of the parties will be publicly disclosed at the

22     termination of the mediation.

23             And of course, Your Honor, per your suggestion --

24     and we thank you very much for your guidance at the last

25     status conference -- per your suggestion, we're including a

                                                              Page 11

1    full reservation of rights with respect to a number of

2    issues, including with any forbearance on account that the

3    DCG loans that are fixed term loans due on May 9th, 10th,

4    and 11th.  So that is the status, Your Honor.

5              THE COURT:  All right.

6              MR. O'NEAL:  And (indiscernible) today, Your

7    Honor, if we can, to try to submit the order to you as soon

8    as we can fill in the one blank, which is the name of a

9    mediator.

10             THE COURT:  All right.  And what I would ask, just

11   to make sure that it doesn't in any way shape or form have

12   any shot of falling off of the radar screen, when you do

13   submit it, call chambers to let us know it's been submitted,

14   just to make sure that it gets immediate attention, given

15   the circumstances.

16             MR. O'NEAL:  You bet.

17             THE COURT:  All right.  Well, thank you very much

18   for the happy update.  That constitutes significant

19   progress.  I appreciate that, given the conversations that

20   we had the other day.  It's obviously very easy in my seat

21   to distill and simplify things.  That's actually part of my

22   day job, but sometimes reality is not nearly as cooperative

23   and certainly I can easily imagine the economics of the

24   events on the 9th, 10th, and 11th significantly impacting

25   the way people think about what they want to do here, the

Page 12

1    timing of what they do here, and how it impacts parties who

2    aren't even necessarily truly in front of this Court at the

3    moment.

4            We obviously have the case that we have and so I

5    appreciate you all doing the best you can to move the case

6    that we have forward and appreciate that.  So with that, I

7    would normally circle the virtual room and call out each

8    party, if things were in a bit more of a in-progress kind of

9    a situation, but it sounds like you've reached a certain

10   plateau in circumstances so folks may not feel the same need

11   to individually chime in, but so instead I'll just ask, Mr.

12   Abelson, on behalf of the Committee, thank you very much.

13           MR. ABELSON:  Yes, Your Honor, and I -- very, very

14   briefly.  I just want to make it clear that, as Mr. O'Neal

15   said, there's a full reservation on the forbearance

16   extension issue.  I just want to make it clear for the

17   record our position has not changed on an issue and we do

18   not want our participation in the mediation to be

19   misconstrued.  That's all I wanted to say, Your Honor.  Just

20   want to make that clear.

21           THE COURT:  No, I appreciate that.

22   Understandable.  No worries on that front and as to that --

23           MR. ABELSON:  Thank you.

24           THE COURT:  -- and what's necessary to -- or not

25   to do here, I'll be -- we'll get to that before we leave in

Page 13

```
1    terms of scheduling time to check in so that nobody is

2    caught flatfooted in terms of availability because I

3    understand, obviously, how important that is.  And so anyone

4    else who wishes to chime in?

5            MR. BEHLMANN:  Your Honor, if I may, and I will

6    keep this very brief, not to pile on with the recognition

7    that, you know, we certainly want to complicate the process.

8    Andrew Behlmann from Lowenstein Sandler on behalf of the DCG

9    Securities Lead Plaintiffs.  I apologize.  My pro hac

10   application is being filed as we speak, so I have to request

11   the Court's indulgence in allowing me to speak for 20

12   seconds.

13           THE COURT:  That's fine.  No worries.

14           MR. BEHLMANN:  Understood, Your Honor.  We were

15   just appointed this week.  Our clients, as lead plaintiffs

16   in the securities litigation that's pending against DCG and

17   Barry Silbert in which Genesis does factor pretty

18   extensively, but is not a defendant, given the timing of the

19   bankruptcy filing.  We recognize there are a lot of cooks in

20   the kitchen.  There's a lot to be done in mediation.

21           We're certainly not trying to pile onto that melee

22   or add to the complexity.  We just wanted to introduce

23   ourselves and make sure that wherever the dust does settle,

24   we would hope that the direct claims that are being asserted

25   on behalf of our constituents in the securities litigation
```

Page 14

1    aren't going to be prejudiced by whatever emerges from the

2    mediation process.

3              So not trying to insert ourselves in that process,

4    just hoping that we can, you know, sort of not be impacted

5    by it.

6              THE COURT:  All right.  Well, how that all works,

7    I guess, is a question sort of best left to the folks who

8    are on this call.  I obviously haven't seen that complaint

9    and am fairly ill equipped to weigh in.  I don't know if Mr.

10   O'Neal or anybody else thinks it's fruitful to chime in here

11   or not but I'll give Mr. O'Neal an opportunity if he chooses

12   to do so.

13             MR. O'NEAL:  Certainly, Your Honor.  Sean O'Neal,

14   Cleary Gottlieb on behalf of Debtors.  As far as I know the

15   Debtors are not named as defendants in that particular

16   action.  I don't know what impact this mediation would have

17   on that action, but it's all premature at this point in

18   time, so I don't think there's anything to say at this point

19   in time, but very pleased to make the acquaintance of Mr.

20   Behlmann.  That's all we can say for now.

21             THE COURT:  All right.  Well, obviously this case

22   cried out for an additional level of complexity, so --

23             MR. O'NEAL:  That's right.

24             THE COURT:  -- Mr. Behlmann is here to satisfy

25   that, any concerns on that front.  All right.  Anyone else

Page 15

1    who wishes to weigh in?

2            I'll wait an extra second just because Zoom sort

3    of works that way.  All right.  So we can segue to timing.

4    Obviously, there's -- everyone's reserving their rights on

5    issues.  I won't repeat what those reservations are.  I

6    think they've been covered in a prior conference and covered

7    this morning, will no doubt be covered in whatever order you

8    submit.

9            But I guess my question, Mr. O'Neal, is what sort

10   of Court time would make sense to reserve so that you can

11   react nimbly to circumstances as they unfold?

12           MR. O'NEAL:  Yes, Your Honor.  I think that's an

13   excellent question, and I think, Your Honor, I think our

14   view would be if we could have some form of a status

15   conference on the 4th of May or thereabouts.  I think that

16   would be helpful.

17           THE COURT:  That would be just fine.  So would you

18   prefer the morning or the afternoon?

19           MR. O'NEAL:  Actually, I don't think I have a

20   preference, but -- well, actually, I think the morning.

21   Probably earlier is better.  I'm looking at my colleagues to

22   see if there's any concern about the morning versus the

23   afternoon.

24           THE COURT:  So one thing I can do is schedule it

25   for 9:30 so before the tradition ten o'clock calendars that

Page 16

1    I have and other judges have, so get you all in and out

2    since there's quite a few folks involved and hopefully

3    that'll minimize the disruption to everybody's day.  I also

4    could do it in the afternoon -- hold on one second.

5              Okay, so I have a morning calendar.  I don't

6    currently have anything on at two o'clock, so I could stick

7    you 9:30 or 2, your options.

8              MR. O'NEAL:  Your Honor, I think let's go with

9    door number one.  Nine-thirty sounds good, just in case we

10   need the time.

11             THE COURT:  All right, great.  Nine-thirty it is

12   on May 4th and with that, anything else from any other party

13   that we need to discuss here this morning?

14             All right.  Good luck with your discussions.  I'll

15   await submission of an order and thank you very much for all

16   the progress.  Obviously, folks are doing a lot of work,

17   heavy lifting to get things moving along and I appreciate

18   that and with that, happy Friday and have a good weekend.

19             MR. O'NEAL:  Thank you, Your Honor.

20             (Whereupon these proceedings were concluded at

21   9:19 AM)

22

23

24

25

1                              I N D E X

2

3                                RULINGS

4                                                   Page        Line

5    Motion for appointment of mediator, approved  11          10

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 18

1                    C E R T I F I C A T I O N

2

3          I, Sonya Ledanski Hyde, certified that the foregoing

4                                       cord of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  May 3, 2023