UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 20, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**. Courtesy copies were also delivered via overnight mail to the Chambers of Honorable Sean H Lane, Genesis Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas St Room 147, White Plains NY 10601:

- First Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from February 10, 2023 through February 28, 2023 [Docket No. 239]

Dated: May 2, 2023

                                        */s/ Humas Ali*
                                        Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 2, 2023, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

SRF 69056

**Exhibit A**

## Exhibit A

Fee Application Service List
Served via Email

| NAME | Notice Name | EMAIL |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott, Christian Ribeiro | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com |
| Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |