CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF OMNIBUS DECLARATIONS IN ACCORDANCE WITH
THE ORDER AUTHORIZING THE DEBTORS TO RETAIN AND COMPENSATE
CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on February 8, 2023, the Debtors filed *Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition* Date, ECF No. 65 (the "OCP Motion").

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of* Business, ECF No. 102 (the "OCP Order").

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** and **Exhibit B** are the OCP Declaration[2] and OCP Questionnaire, respectively, of Xerxes Jamshid Medora on behalf of J K Medora Corporate Assistance Pte Ltd.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit C** and **Exhibit D** are the OCP Declaration and OCP Questionnaire, respectively, of Daniel L. Zelenko behalf of Crowell & Moring LLP.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit E** and **Exhibit F** are the OCP Declaration and OCP Questionnaire, respectively, of Hagen Rooke on behalf of Reed Smith in alliance with Resource Law.

Dated:    May 5, 2023
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and
Debtors-in-Possession*

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the OCP Motion.

## **EXHIBIT A**

**J K Medora OCP Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS

I, Xerxes Jamshid Medora, declare that the following is true to the best of my knowledge, information and belief:

1.      I am a director of J K Medora Corporate Assistance Pte Ltd , located at 22 Malacca Street, RB Building #03-02, Singapore 048980 (the "Firm"), which has been employed by the debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") in the ordinary course of the Debtors' business.  The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [ECF No. 102] (the "Ordinary Course Professionals Order").

The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases.  The Firm does not perform services for any

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

The Debtors have requested that the Firm provide corporate tax compliance services to the Debtors, and the Firm has consented to provide such services.

The Firm had not provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

The Firm does keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

The Debtors owe the Firm $Nil for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. This amount is either owing in United States ("U.S.") Dollars or has been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.  [A copy of such agreement is attached as **Exhibit A** to this Declaration.]

2

The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

*[Signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 02 May, 2023

*/s/ Xerxes Jamshid Medora*
Xerxes Jamshid Medora
Director
J K Corporate Assistance Pte Ltd
22 Malacca Street, RB Capital Building
#03-02, Singapore #03-02
Tel: (65) 6532 3003
Fax: (65) 6533 0616
Email: cpa@ jkmedora.com.sg

4

## **EXHIBIT B**

**J K Medora OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

[Address]

If more space is needed, please complete on a separate page and attach.

    1.    Name and address of the firm:

        JK Medora Corporate Assistance Pte Ltd
        22 Malacca Street, #03-02 RB Capital Building
        Singapore 048980

    2.    Date of retention:  6 March 2023

    3.    Type of services provided:

        the Debtors' tax affairs

    4.    Brief description of services to be provided:

        The work carried out will be preparation of corporate tax computation and supporting schedules required for preparation of the Company's tax return from accounts, information and explanations provided by the the Company

---

[1]     All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

5.    Arrangements for compensation (hourly, contingent, etc.):

6.

SGD4,600 plus minimal disbursements of less than SGD300, are note subject to sales tax of 8%. Fees are revised from time to time depending on volume and complexity.

(a)  Average hourly rate (if applicable): Partners SGD600 per hour, Director SGD500 per hour, Senior Manager SGD400 per hour, Manager SGD300 per hour, Senior staff SGD200 per hour

(b)  Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

7.    Prepetition claims against any of the Debtors held by the firm:

Debtor(s) against whom claim is held:  NA

Amount of claim:      NA

Date claim arose:      NA

Source of claim:      NA

8.    Prepetition claims against the Debtors held individually by any member or associate of the firm:

Name:  NA

Status:  NA

Debtor(s) against whom claim is held  NA

Amount of claim:      NA

Date claim arose:      NA

Source of claim:      NA

9.     Stock or American Depository Shares of any of the Debtors currently held by the firm:

Kind of shares: NA _____

No. of shares:  NA _____

10.     Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

Name:  NA _____

Status:  NA _____

11.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

_____

_____

_____

_____

Name:  Xerxes Jamshid Medora

Title:   Director _____

## EXHIBIT C

**Crowell OCP Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS

I, Daniel L. Zelenko, declare that the following is true to the best of my knowledge, information and belief:

1.      I am a partner at Crowell & Moring LLP, located at 590 Madison Avenue, New York, NY 10022 (the "Firm"), which the debtors and debtors-in-possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") have agreed to compensate in connection with representation of a certain current officer in the ordinary course of the Debtors' business. The Debtors have requested that the Firm serve as counsel and provide legal representation to such officer of the Debtors in connection with ongoing investigations relating to the Debtors. The Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (the "Ordinary Course Professionals Order").

2.      The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

persons that are parties in interest in the Chapter 11 Cases.  The Firm does not believe that its past

or future performance of services for such parties in interest in matters unrelated to the Chapter 11

Cases  presents a disqualifying conflict of  interest.

3.      A member of the Firm has represented a general unsecured creditor to

Debtor Genesis Global Capital, LLC ("GGC") with respect to the filing of a proof of claim and

the monitoring of the Chapter 11 Cases.  The member of the Firm involved in that representation

will not be involved in the engagement related hereto and the Firm has implemented appropriate

firewalls to prevent communications and sharing of information between those involved in the

Firm's engagement related hereto, and the Firm's representation of a GGC creditor.  Accordingly,

the Firm does not believe that such representation presents a disqualifying conflict of interest.

4.      The Firm has not provided services to the Debtors prior to the

commencement of the Chapter 11 Cases.

5.      The Firm keeps, in the ordinary course of business, time records in one-

tenth-of-an-hour increments.

6.      As part of its customary practice, the Firm is retained in cases, proceedings

and transactions involving many different parties, some of whom may represent or be employed

by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

7.      Neither I nor any principal, partner, director, or officer of or professional

employed by, the Firm, has agreed to share or will share any portion of the compensation to be

received from the Debtors with any other person other than the principal and regular employees of

the Firm.

8.      Except as otherwise disclosed in this Declaration, neither I nor any

principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have

been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.    As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

10.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

*[Signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2023
      New York, New York

*/s/ Daniel L. Zelenko*

Daniel L. Zelenko
Partner
Crowell & Moring LLP
590 Madison Avenue New York, NY 10022
Telephone: 212-223-4000
Facsimile: 212-223-4134
Email: dzelenko@crowell.com

# **EXHIBIT D**

**Crowell OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

<u>RETENTION QUESTIONNAIRE</u>[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:</u>

[Address]

If more space is needed, please complete on a separate page and attach.

1.  Name and address of the firm:

    Daniel L. Zelenko

    Crowell & Moring LLP

    590 Madison Avenue, 20th Floor

    New York, NY  10022

2.  Date of retention:  April 7, 2023

3.  Type of services provided:

    Legal representation of a certain current officer.

---

[1]  All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

4.      Brief description of services to be provided:

Legal counsel in connection with ongoing investigations

relating to debtors.

_____

_____

5.      Arrangements for compensation (hourly, contingent, etc.):

Discounted hourly rate

(a)  Average hourly rate (if applicable): Discounted hourly rates ranging from $705 to
$1160

(b)  Estimated average monthly compensation (based on prepetition retention if
firm was employed prepetition):
N/A

6.      Prepetition claims against any of the Debtors held by the firm:

Debtor(s) against whom claim is held:  N/A

Amount of claim:

Date claim arose:

Source of claim:

7.      Prepetition claims against the Debtors held individually by any member or
associate of the firm:

Name:  N/A

Status:

Debtor(s) against whom claim is held:

Amount of claim:

Date claim arose:

Source of claim: _____

8.    Stock or American Depository Shares of any of the Debtors currently held by
the firm:

Kind of shares: N/A _____

No. of shares: _____

9.    Stock or American Depository Shares of any of the Debtors currently
held individually by any member or associate of the firm:

Name:  N/A _____

Status: _____

10.    Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-
named firm is to be employed.

None that we are aware of. _____

_____

_____

_____

Name:  Daniel L. Zelenko

Title:    Partner

3

## <u>EXHIBIT E</u>

**Reed Smith OCP Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS

I, Hagen Rooke, declare that the following is true to the best of my knowledge, information and belief:

1.      I am a Partner and Director of Reed Smith in alliance with Resource Law, located at 10 Collyer Quay, #18-01, Ocean Financial Centre, Singapore 049315 (the "Firm"), which has been employed by the debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") in the ordinary course of the Debtors' business.  The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [ECF No. 102] (the "Ordinary Course Professionals Order").

The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

that are parties in interest in the Chapter 11 Cases.  The Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

The Debtors have requested that the Firm provide legal and regulatory advisory services to the Debtors, and the Firm has consented to provide such services.

The Firm has provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

The Firm does keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

The Debtors owe the Firm USD 55,955.98 and HKD 99,678 respectively for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  This amount is either owing in United States ("U.S.") Dollars or has been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

2

As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

[*Signature page follows*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  3 May, 2023

_____

Hagen Rooke
Partner and Director
Reed Smith in alliance with Resource Law
Address: 10 Collyer Quay, #18-01, Ocean
Financial Centre, Singapore 049315
Telephone: +65 6320 5363
Facsimile: +65 6320 5399
Email: hrooke@reedsmith.com

## **EXHIBIT F**

**Reed Smith OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al*., (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

[Address]

If more space is needed, please complete on a separate page and attach.

1.   Name and address of the firm:

Reed Smith, in alliance with Resource Law

10 Collyer Quay, #18-01, Ocean Financial Centre, Singapore 049315

2.   Date of retention:  1 October 2021

3.   Type of services provided:

Legal advice on various corporate, commercial and regulatory matters.

---

[1]      All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

4.    Brief description of services to be provided:

Singapore legal and regulatory advice on proposed restructuring and/or acquisition of the Genesis group.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a)    Average hourly rate (if applicable): US 700

(b)    Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):
USD 20,000

6.    Prepetition claims against any of the Debtors held by the firm:

Debtor(s) against whom claim is held:  Genesis Asia Pacific Pte Ltd

Amount of claim:      HKD 99,678 and USD 55,955.98 respectively

Date claim arose:      16 January 2023 and 17 August 2022 respectively

Source of claim:      Legal work as reflected in invoices issued

7.    Prepetition claims against the Debtors held individually by any member or associate of the firm:

Name:  None

Status:

Debtor(s) against whom claim is held:

Amount of claim:

Date claim arose:

Source of claim: _____

8.     Stock or American Depository Shares of any of the Debtors currently held by the firm:

Kind of shares: _None_____

No. of shares: _____

9.     Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

Name: _None_____

Status: _____

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

_None_____

_____

_____

_____

Name: _Hagen Rooke_____

Title: _Partner & Director_

4