DocuSign Envelope ID: 2DE3243E-45EB-4A2A-BBFB-AE4862A491FD

# Xclaim

FILED
U.S. BANKRUPTCY COURT

### AMENDED NOTICE OF TRANSFER OF CLAIM

2023 MAY -5 P 1: 13

S.D.N.Y.

## TO: THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Xclaim Capital Holdings, LLC** (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to **Jefferies Leveraged Credit Products, LLC**, with offices located at **520 Madison Avenue, 3rd Floor, New York, New York 10022** (the "Buyer") Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the original liquidated face claim amount of $2,555,320.59 against Genesis Global Capital, LLC, and each of its Debtors and non-Debtors affiliates (collectively, **"Genesis"**), in the chapter 11 cases captioned *In re* Genesis Global Holdco, LLC, et al, Case No. 23-10063 (SHL) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and identified below.

| Proof of Claim | Claim Amount |
|----------------|--------------|
| #44 | $2,555,320.59 |
| #45 | $2,555,320.59 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

In WITNESS WHEREOF, this AMENDED NOTICE OF TRANSFER OF CLAIM is executed

05/03/2023
_____

**SELLER:**

**Xclaim Capital Holdings, LLC**

DocuSigned by:
By: *Matt Sedigh*
―――9F70D08F7347406...
Name: Matthew Sedigh
Title: President

**BUYER:**

**Jefferies Leveraged Credit Products, LLC**

DocuSigned by:
By: *Bill McLoughlin*
―――BCDDAF2A49754DD...
Name: William P McLoughlin
Title: Senior Vice President
Authorized Signatory