Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 23-10063-shl

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    GENESIS GLOBAL HOLDCO, LLC

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11               United States Bankruptcy Court

12               300 Quarropas Street, Room 248

13               White Plains, NY 10601

14

15

16               March 15, 2023

17               2:05 PM

18

19

20

21   B E F O R E :

22   HON JUDGE SEAN LANE

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  UNKNOWN

1    HEARING re Omnibus Hearing

2

3    HEARING re Doc. #123 Amended Notice of Agenda

4

5    HEARING re Doc. #68 Application to Employ Moelis & Company

6    LLC as Investment Banker and Capital Markets to the Debtors,

7    Effective as of the Petition Date

8

9    HEARING re Doc. #111 Motion to Approve / The Official

10   Committee of Unsecured Creditors Motion for Entry of an

11   Order Clarifying the Requirement to Provide Access to

12   Confidential or Privileged Information and Approving a

13   Protocol Regarding Creditor Requests for Information

14

15   HEARING re Doc. #15 (Cash Management) Motion to Authorize /

16   Debtor's Motion to Continue to Operate the Existing Cash

17   Management System, Including Existing Bank Accounts, Honor

18   Certain Prepetition Obligations Related Thereto, and

19   Maintain Existing Business Forms: (II) Permitting Continued

20   Intercompany Transactions and Granting Certain

21   Administrative Claims; (III) Extending the Time to Comply

22   with the Requirements of Section 345 of the Bankruptcy Code

23   and (IV) Granting Related Relief

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1      A P P E A R A N C E S :

 2

 3    WHITE & CASE

 4         Proposed Counsel For Unsecured Creditor's Committee

 5         1221 Avenue of the Americas

 6         New York, NY 10020

 7

 8    BY:  PHILIP ABELSON

 9         J. CHRISTOPHER SHORE

10         AMANDA PARRA CRISTE

11

12    CLEARY GOTTLIEB STEEN HAMILTON LLP

13         Attorneys for the Debtors

14         One Liberty Plaza

15         New York, NY 10003

16

17    BY:  JANE VANLARE

18         CHESTER MINOTT

19         CHRISTIAN RIBEIRO

20         SEAN A. O'NEAL

21         HOO RI KIM

22

23

24

25
```

1   HUGHES HUBBARD REED

2       Attorneys for Gemini Trust Co.

3       One Battery Park Plaza

4       New York, NY 10004

5

6   BY:  JEFFREY S. MARGOLIN

7

8   PROSKAUER ROSE LLP

9       Attorneys for the Ad Hoc Committee GCC Creditors

10      11 Times Square

11      New York, NY 10304

12

13  BY:  BRIAN ROSEN

14

15  WEIL GOTSHAL MAGNES

16      Attorneys for Digital Currency Group

17      767 Fifth Avenue

18      New York, NY 10153

19

20  BY:  JEFFREY D. SAFERSTEIN

21

22

23

24

25

1    UNITED STATES DEPARTMENT OF JUSTICE

2         Attorneys for the U.S. Trustee

3         201 Varick Street

4         New York, NY 10014

5

6    BY:  GREG ZIPES

7         BEN TEJES

8

9    ALSO PRESENT:

10   KUNAL SOMANI

11   STEVEN CHURCH

12   CHEYENNE LIGON

13   JACK SCHICKLER

14   GORDON SUN

15   COLIN WEST

16   MICHAEL WEINBERG

17   MEGAN VOLIN

18   JORDAN SAZANT

19   BRIAN ROSEN

20   CRAIG RASILE

21   GREGORY F. PESCE

22   BRETT MATTHEW NEVE

23   MARY J. MCLAUGHLIN SMITH

24   JACK MASSEY

25   CHRISTOPHER MARCUS

Page 6

1    KEN LUKASZEWSKI

2    XIA LIU

3    MIKE LEGGE

4    VINCENT INDELICATO

5    ANSON B. FRELINGHUYSEN

6    ROSS FIEDLER

7    ERIC C. DAUCHER

8    SABRINA BREMER

9    ERIC ASQUITH

10   PAUL ARONZON

11   ZUL JAMAL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

```
1                      P R O C E E D I N G S
2              THE COURT:  Good afternoon.  This is Judge Sean
3     Lane in the United States Bankruptcy Court for the Southern
4     District of New York and we're here this afternoon for a two
5     o'clock hearing in Genesis Global HoldCo, LLC, a Chapter 11
6     case that's jointly administered and we have an amended
7     agenda for the hearing that was filed on the docket at
8     Docket No. 123, that lays out the matters that are on for
9     today.
10             So, but we'll start the hearing as we do always,
11    which is by getting appearances.  So we'll start with
12    Debtor's counsel.
13             MS. VANLARE:  Good afternoon, Your Honor.  Jane
14    VanLare of Cleary Gottlieb Steen and Hamilton on behalf of
15    the Debtors.  And with me today are my colleagues, Mr.
16    Minott also Cleary Gottlieb and Christian Ribeiro, Sean
17    O'Neal, and Hoo Ri Kim.
18             THE COURT:  All right, good afternoon to all of
19    you.  And let me get appearances from the Committee.
20             MR. ABELSON:  Yes, good afternoon, Your Honor.
21    Phil Abelson, White and Case, proposed counsel for the
22    Unsecured Creditors Committee.  And with me today, Your
23    Honor, are my colleagues, Chris Shore and Amanda Parra
24    Criste.
25             THE COURT:  All right, good afternoon.  And I know
```

Page 8

1       there are some ad hoc committees, so let me get those

2       appearances as well.  Mr. Rosen, you are on mute.

3               MR. ROSEN:  Sorry, about that.  Does that work

4       now?  Thank you.

5               THE COURT:  I can hear you just fine.  Again, it's

6       one of the joys of COVID, so --

7               MR. ROSEN:  Thank you, sir.  Brian Rosen,

8       Proskauer Rose, on behalf of the Ad Hoc Group of GGE

9       Creditors.

10              THE COURT:  All right, good afternoon.

11              MR. ROSEN:  Good afternoon.

12              THE COURT:  Any other appearances on behalf of the

13      Ad Hoc Committees?  All right, moving right along, on behalf

14      of the United States Trustee's Office?

15              MR. ZIPES:  Good afternoon, Your Honor.  Greg

16      Zipes with the U.S. Trustee's Office, and my colleague Ben

17      Tejes should be on the phone as well.  L

18              THE COURT:  All right, good afternoon. And with

19      that, there -- I think there's quite a few people on the

20      Zoom at the moment, some 70-plus.  Rather than try to guess

21      who might need to make an appearance or -- and who's in

22      listen only mode, I'll just throw it open to any other

23      appearances for folks who might need to speak on the record.

24              MR. MARGOLIN:  Good afternoon, Your Honor.

25      Jeffrey Margolin, Hughes Hubbard and Reed for Gemini Trust

Page 9

1    Company as agent in his capacity for the earn users.

2           THE COURT:  All right, good afternoon.  Anyone

3    else?

4           MR. SAFERSTEIN:  Good afternoon, Your Honor.

5    Jeffrey Saferstein from Weil Gotshal and Manges on behalf of

6    Digital Currency Group.

7           THE COURT:  Good afternoon.  Thank you.  Anyone

8    else?  All right, and certainly I mean no sleight to either

9    of you gentlemen by not calling out your specific

10   appearance.  Sometimes it's hard to know who's going to

11   chime in in a particular hearing and who's not.

12          So all right.  With that, I -- one preliminary

13   exceedingly minor matter.  I just always appreciate when

14   people send binders.  I know that's very 20th century of me,

15   but it allows us here to not have to reprint on our

16   government printers and spend taxpayer money, large volumes

17   of documents.  And so I understand that that, sending a

18   binder for the hearing means that it's always subject to

19   being updated and additional things being filed, that

20   wouldn't be in the binder.  That's fine.  We certainly

21   understand that.

22          So I just wanted to remind folks that our chambers

23   rules have a direction, say hearing binders should be sent

24   two days prior to the scheduled hearing just because I mark

25   them up with stickies and various things, and so if I get

Page 10

1    them too late, I can't do any of that.  So then they become

2    essentially a very nice looking doorstop.  So anyhow, I just

3    mention that.  Not a big deal.  If that's the biggest

4    problem I have in life, my life has no problems, but I

5    appreciate everybody's assistance on that.

6            And so with that incredibly non-substantive issue

7    out of the way, I will turn it over to Debtor's counsel to

8    walk us through the matters that are on for today.

9            MS. VANLARE:  Your Honor, Jane VanLare, Cleary

10   Gottlieb.  We have a fairly brief agenda and I'm pleased to

11   say that it is uncontested.  We were able to resolve all of

12   the outstanding issues with respect to the cash management

13   motion.  So on the agenda today, we have the application to

14   retain Moelis and Company, the cash -- the final cash

15   management order, and then the Committee's motion.  And what

16   I would propose, Your Honor, is modify -- is to modify the

17   agenda order slightly and to proceed with the Moelis and the

18   cash management motion and then we will pass the virtual

19   podium to the Committee to present their motion.

20           THE COURT:  All right, that's fine with me.  Take

21   it away.

22           MS. VANLARE:  Thank you, Your Honor.  So I will

23   let my colleague Mr. Minott present Moelis' retention

24   application.

25           THE COURT:  All right.  Mr. Minott, please.

Page 11

1           MR. MINOTT:  Good afternoon, Your Honor.  For the

2    record, Richard Minott of Clearly Gottlieb Steen and

3    Hamilton, counsel for the Debtors.  I'll be presenting the

4    first item on the agenda, the Debtors' application to retain

5    Moelis and Company as an investment banker and capital

6    markets advisors to the Debtors as of the petition date.

7           The application was filed at Docket No. 68 and is

8    at Tab 2 of Your Honor's binder.  Your Honor, objections and

9    responses from all parties other than the Committee were due

10   on February 15th.  The committee's objection deadline was

11   extended to February 24.  We have received no formal

12   objections and the application is moving forward on an

13   uncontested basis.

14           A certificate of no objection was filed at Docket

15   No. 110, so unless Your Honor has any questions at this

16   time, the Debtors respectfully request that Your Honor

17   approve the application and enter an order substantially in

18   the form attached to the certificate of no objection.

19           THE COURT:  All right, thank you very much.  I do

20   note that the certificate of no objection has attached to it

21   the latest version of the order which I appreciate.  And so

22   let me throw it up -- throw it out there to the virtual

23   room.  Anyone wish to be heard in connection with this

24   particular request?

25           All right, hearing no responses, Mr. Minott, the

Page 12

1    only question I had was there's a reference in the order in

2    Paragraph 4 that it says, "Moelis is authorized to apply the

3    expense advance to any unbilled or otherwise remaining

4    prepetition expenses, that is, before the bankruptcy, that

5    Moelis becomes aware of in its ordinary course billing

6    review and reconciliation."

7            And I guess my only question for purposes of just

8    transparency probably more than anything else is if anyone

9    has a sense of what that number is or what that number might

10   be based on circumstances?

11           MR. MINOTT:  Your Honor, to our knowledge, there

12   isn't an amount.  I know declarant Zul Jamal is on the line

13   as well, but I defer to Mr. Jamal in case there's anything

14   there.

15           THE COURT:  All right, thank you.  Mr. Jamal,

16   anything to add?

17           MR. JAMAL:  Yes, Your Honor.  I don't know the

18   exact amount either, but I don't believe it is significant.

19   If anything, it might be a couple of thousand dollars.

20   There hasn't been significant travel associated with this

21   matter, given the Debtors are located in New York as is our

22   entire team.  So my expectation is it will not be a

23   meaningful amount of money.

24           THE COURT:  All right, thank you.  That was my

25   sense given the way it was drafted in the order.  I just

Page 13

1    wanted to confirm that, so that's helpful to know and so a

2    few thousand dollars is obviously real money, but it is a

3    very modest amount given the size of this case.  So, all

4    right, that was the only comment I had.  The order looked

5    otherwise just fine to me and I'm happy to approve the

6    request and we can move on to the next matter.  Thank you,

7    Mr. Minott.

8         MR. MINOTT:  Thank you, Your Honor.  I'll cede the

9    podium back to Ms. VanLare.

10        MS. VANLARE:  Thank you, Your Honor.  Next, I'd

11   like to present the cash management motion.  This is -- we

12   had, as Your Honor I'm sure recalls, two interim cash

13   management orders.  We are now before you seeking a final

14   cash management order, with the exception of the issue of

15   Section 345.  That with the -- given the request we received

16   from the Office of the United States Trustee, we're

17   adjourning to the March 30th hearing.  But with respect to

18   everything else, we are here seeking a final order from Your

19   Honor.

20        THE COURT:  All right.  And so let me do the same

21   thing which is canvas the virtual room for any party that

22   might wish to be heard in connection with the request for a

23   final order on this matter.

24        MS. PARRA CRISTE:  Good afternoon, Your Honor.

25   Can you hear me okay?

1           THE COURT:  I can hear you just fine.

2           MS. PARRA CRISTE:  Great.  For the record, Amanda

3    Parre Criste of White and Case, proposed counsel to the

4    Committee.  I promise I'll be brief.  I just have a few

5    points I wanted to raise.  The first is, as Your Honor

6    knows, prepetition transactions between the Debtors and

7    their affiliates and in particular, the Debtors and their

8    ultimate parent GCC, are a paramount issue in these cases.

9           The Committee is hard at work closely reviewing

10   all of those prepetition transactions and reserves all

11   rights with respect to them.  But it's for this reason that

12   the Committee has been very focused on the intercompany

13   transactions that the Debtors expect to perform while in

14   Chapter 11.

15          Over the last several weeks, the Committee has

16   worked closely with the Debtors and their professionals to

17   better understand the nature and scope of those intercompany

18   transfers and to ensure that there are appropriate

19   safeguards with respect to them.  We finally reached an

20   agreement after many, many discussions with the Debtors'

21   professionals and we're very appreciative of that.  And that

22   agreement as Ms. VanLare reflect -- stated is reflect in the

23   form of final cash management order.

24          I think there's going to be a revised form of

25   order that will be loaded right after the hearing that has

1     some tweaks that we just agreed to prior to the hearing, but

2     our agreement largely consists of certain consent rights for

3     the Committee related to intercompany transfers and the

4     movement of Cryptocurrency as well as some additional

5     reporting that will be provided by the Debtors to the

6     Committee.

7              So I just wanted to, you know, summarize that, but

8     with that Your Honor, we support entry of the final cash

9     management order subject to, you know, the minor revisions

10    that I think are going to be submitted.

11             THE COURT:  All right.  And I know Ms. VanLare

12    wants to say something.  Let me canvass the rest of the room

13    and see if there's anybody else, and that way you can chime

14    in sort of bat cleanup.  Anyone else who wishes to be heard

15    on the request for a final order here?

16             MR. ZIPES:  Your Honor, Greg Zipes with the U.S.

17    Trustee's Office.  We -- my office has no objection to the

18    entry of a final order.  As stated, there's language in the

19    order that provides for a mechanism for getting before the

20    Court any issues relating to 345 to the extent they exist.

21    So --

22             THE COURT:  All right.  Thank you very much.

23    Anyone else, before I hear from Ms. VanLare?  All right,

24    hearing no one, Ms. VanLare, in light of the comments of the

25    Committee, I don't know if you want spend, you know, three

1     sentences giving an overview of the changes in terms of sort

2     of the tracking and transparency aspects, particularly

3     intercompany transactions and obviously any preview of any

4     other tweaks I haven't seen yet, to the extent that you

5     think they're of any significance other than sort of just

6     cleaning up the draft.

7                MS. VANLARE:  Absolutely, Your Honor, and I was

8     going to suggest that.  We did file a revised proposed order

9     last night.  I don't believe that made it into your binder,

10    but we filed it on the docket and we do, as Ms. Parra Criste

11    has said, we do have a couple of minor changes that I did

12    want to explain to Your Honor along with some of the other

13    changes we've made.  And I also like --

14                THE COURT:  And let me just make it clear, I was

15    working off that copy.  We printed that out --

16                MS. VANLARE:  Perfect.

17                THE COURT:  -- took a look at it here in chambers,

18    so thank you.

19                MS. VANLARE:  Apologies for making you use the

20    printers.

21                THE COURT:  No, not -- well, for things like that

22    they're -- that's entirely appropriate and we don't want to

23    stand in the way of people negotiating.  And so I'm always

24    happy to do that so that no worries about that.

25                MS. VANLARE:  So, Your Honor, in addition to

Page 17

1    highlighting some of the changes that we've made, I did want

2    to update Your Honor and our creditors and stakeholders as

3    to the company's deposits.  Obviously, there's been a lot

4    going on in the market and in particular with the banks that

5    serve as banks to a lot of the crypto companies.  And I'm

6    pleased to report to you, Your Honor, and to everyone that

7    as of a few weeks ago, we did have significant deposits at

8    Signature Bank.

9         However, we had the foresight to move those bank -

10   - move those deposits out of Signature Bank.  And you'll see

11   that reflected in the blackline in terms of the bank

12   accounts.  We did, several weeks ago shift our banking

13   relationship to Western Alliance.  So a lot of the Signature

14   accounts that we had been using are now pending closure, as

15   noted.  So I did want to let you and others know that as a

16   result of those actions, we are largely unaffected by the

17   events that took place last weekend.

18        We're obviously remaining extremely vigilant about

19   what is happening in the market and will continue to do so.

20   And the Debtors' management and advisors are very focused on

21   this, on this issue and will continue to make sure that our

22   assets are as protected as they possibly can be.

23        THE COURT:  All right, thank you very much.  I was

24   hoping you were going to address that because obviously it's

25   been all over the news and people are obviously -- blood

Page 18

1    pressures up a little bit, and so, and I remember seeing

2    Signature listed in a number of places in the chart on the

3    first day in connection with cash management.  So thank you

4    for that.  It's very helpful.  Anything else that you wanted

5    to highlight either that's of significance in the blackline

6    version that was filed late last night or that is to come as

7    a result of further discussions?

8           MS. VANLARE:  Yes, Your Honor, I would.  And I

9    think, you know, I think the changes that we've made largely

10   reflect either comments from the Committee and the U.S.

11   Trustee or are changes and tweaks we've made to further

12   bolster our ability to make sure that our assets are

13   protected, given the events that are happening in the market

14   today.

15          So I'll -- in terms of the intercompanies that the

16   Committee counsel has flagged, we've made changes to

17   Paragraph 2 of the blackline to indicate that the Debtors

18   are authorized to continue to perform intercompany

19   transactions provided that the Debtors shall obtain prior

20   written consent from the Committee, and this is one of the

21   changes.  This is cleanup change.  We'll be submitting that

22   to add the words from the Committee to indicate the consent

23   is to come from the Committee before exceeding the budget by

24   a variance of more than 50 percent cumulatively over a four-

25   week period.

Page 19

1          We've also clarified in the same paragraph that

2     the Debtors are authorized to continue to deposit and invest

3     in accordance with our investment practices or in U.S.

4     Treasury bonds or government money market funds

5     notwithstanding Section 345.  Again, this is supplementing

6     previous language that we had had which was in part why we

7     were able to safeguard our assets and protect the deposits

8     given the events involving Signature and other banks.

9          Furthermore, this clarifies that we have agreed to

10    provide the Committee with an updated 13-week budget which

11    we have agreed to refresh and provide a refreshed and

12    amended budget to the Committee on the first business day of

13    every calendar month.  We previously had the requirement in

14    here which we've kept to also provide a cash variance

15    report.

16         We have also clarified here based on comments we

17    received from the Committee that we are agreeing to maintain

18    current records of intercompany balances, provide such

19    records to the U.S. Trustee and the Committee's advisors

20    upon request.  And on the 30th day of each month provide to

21    the committee's advisors a debtor-by-debtor summary of all

22    of the post-petition intercompany transactions involving the

23    transfer of cash in the preceding month.

24         We have, as part of what we've negotiated with the

25    Committee, as part of what I've just described, we have

Page 20

1    removed Paragraph 5, which was really meant to be there just

2    for the interim order, which was a cap on intercompany

3    transactions of $750,000.  That was always intended to be an

4    interim provision subject to negotiation of the final order.

5    So, here we are, that paragraph is removed, and has been

6    replaced with the provisions I've described.

7            The next paragraph, these are largely non-

8    substantive changes relating to the bank accounts as I

9    alluded to earlier.  The exhibit, we did file an amended

10   exhibit showing our current bank accounts and the status so

11   that it's clear where we are today.  We did open some new

12   bank accounts as I mentioned earlier and are in the process

13   of closing our prior bank accounts.  Those are at Signature,

14   Silver Gate, and other banks.

15           Next, I'd like to highlight changes to Paragraph

16   6.  This -- these have to do with our -- the Debtors'

17   obligation to provide coin reports which we previously had

18   in the interim order.  These changes clarify and clean up

19   some of those reporting obligations.  We did previously

20   agree and that is unchanged that a coin report will be filed

21   with our monthly operating reports every month.

22           Next, further in that paragraph, Paragraph 6, we -

23   - and this is all existing language from the second interim

24   order, but we do have here language clarifying that the

25   others are not allowed to convert cryptocurrency, move

Page 21

```
 1    cryptocurrency, or liquidate it unless we obtain consent of

 2    the Committee or pursuant to further order from this Court

 3    after notice and a hearing.  That all is largely unchanged,

 4    but this is the second sort of late coming change that we

 5    made this morning, actually.

 6            We'd like to add into this list, the ability to

 7    buy cryptocurrency as well.  Well, the way it's drafted is

 8    actually prohibiting us from buying cryptocurrency other

 9    than with the consent of the Committee or pursuant to a

10    Court order.  And again, this was done, primarily driven by

11    the current market conditions and our desire to be as

12    flexible as we can in the event that there are any

13    additional events taking place in the market.

14            We want to be able to protect our digital assets

15    and we think that there are safeguards in place.  Of course,

16    we've got the Committee's consent that's required or a Court

17    order, but we do think that it is important given the

18    current market conditions.

19            THE COURT:  All right.

20            MS. VANLARE:  And then finally, the changes to

21    Paragraph 8, those relate to Section 345, as I mentioned

22    earlier.  Those have been -- we're just clarifying that this

23    is not a final order with respect to Section 345.  That

24    issue has been adjourned to March 30th, as I mentioned

25    earlier.  So I think those are the main changes.  There are
```

Page 22

1    a few others here but probably not worth mentioning.  I've

2    sort of tried to highlight the main ones.

3            THE COURT:  All right.  And I think you covered

4    the one comment I had, which I thought was just, it was the

5    consent from the Committee language in Paragraph 2, which

6    you've covered.  And so thank you for that summary of the

7    changes made recently or still to come.

8            And let me ask if there's anybody who wishes to be

9    heard in connection with any of those changes or anything

10   put on the record just now.

11           MR. ZIPES:  Your Honor, Greg Zipes with the U.S.

12   Trustee's Office.  My office has no objection and it may be

13   clear from the order, but can Ms. VanLare just explain or

14   confirm that any cryptocurrency purchases would be subject

15   to Committee review?  I -- just based on what she was

16   describing, she was asking for some flexibility in that

17   regard, and I just want to make sure that there's a check in

18   place in connection with that.

19           MS. VANLARE:  That's correct.  That's correct, Mr.

20   Zipes.  It -- we're proposing to add that to that long list

21   of actions that are prohibited unless we obtain consent from

22   the Committee or pursuant to a Court order.

23           MR. ZIPES:  Okay, thank you.

24           THE COURT:  All right.  Anyone else who wishes to

25   be heard?  All right, I'm happy to grant the request for a

Page 23

1    final order on cash management of the type that we're

2    discussing and is essentially substantially consistent with

3    the redline of proposed final cash management order at

4    Docket 126 with a few extra tweaks that have been discussed.

5    I find it's appropriate under the facts and circumstances of

6    the case and applicable law and is essentially an

7    appropriate way to deal with the Debtors' assets and its

8    financial systems.

9            I very much appreciate all the cooperation and

10   consultations obviously gone on to reach this point.  And so

11   the only other thing I have on my list is really not for the

12   Debtors.  It's, when I was reading, like everyone else,

13   about the bank issues recently, Mr. Zipes, I was struck by

14   the fact when I saw Signature Bank as one of the banks that

15   was squarely in the media crosshairs for a good reason, and

16   if memory serves, they are a bank that's been considered as

17   sort of an authorized depository; is that right, in cases --

18   large cases of this type?

19           MR. ZIPES:  Your Honor, are you directing that at

20   me, Greg Zipes?

21           THE COURT:  Yeah, no, I -- yes.  I'm just trying

22   to get a handle on that because certainly it's a bank that

23   we've seen in other cases and as soon as I read the media

24   report, I knew I'd seen it in this case, but I know I've

25   seen this name in other cases, and I guess it just made me

Page 24

1    realize that in terms of that list of authorized

2    depositories, it made me wonder quite what that designation

3    means or doesn't mean.

4           I don't want to put you on the spot because this

5    is a larger question, but certainly all I'm raising it now

6    is I would appreciate your office's thoughts on that, as I'm

7    sure you may be getting this inquiry from other judges as

8    well, just in terms of trying to handle cases in appropriate

9    fashion moving forward, which is what we all want to do.  So

10   I don't expect you to have this kind of a comprehensive kind

11   of answer available right now, but I wanted to at least

12   raise it so that, to get your --  to ask your office for any

13   thoughts about that.

14          And certainly if you have any observations now, I

15   welcome them, but don't feel any obligation.  I at least

16   wanted to throw it out there for purposes of continuing

17   discussion.

18          MR. ZIPES:  Yeah.  Your Honor, I appreciate that

19   and I'm not prepared to give a full answer at the moment,

20   but I will state that Signature is an authorized depository

21   and what that means is that they've entered into agreements.

22   Authorized depository banks in general have entered into

23   agreements with my office.  My office has oversight over the

24   bank accounts in terms of visibility among other things.

25          We can see what's going on in those bank accounts

Page 25

1    and there's collateralization or some other method of

2    backing up those assets as well as.  It's usually 115

3    percent of the assets in the bank account.  And so we do

4    monitor for maximums in that regard.  And yes, Signature was

5    one of those authorized depositories.  Debtors can choose

6    Signature, they can choose other banks, and they can also

7    seek waivers as this Court well knows.  So, but we are

8    monitoring and concerned about those issues.

9          THE COURT:  Yeah, no, I'm sure you are and that

10   there's a lot of discussions going on.  I guess any wisdom

11   about, in light of current recent events, if your office has

12   any wisdom about what recent events tell us or don't tell us

13   about the adequacy of the system going forward or tweaks to

14   the system, again, I suspect it's going to be a longer

15   discussion, but I at least wanted to throw it out there.

16         I appreciate your comment now and we -- I suspect

17   it won't be the last time we'll have some discussion about

18   these issues, but thank you for your assistance on that.

19         All right.  So cash management has been addressed

20   and the final order has been approved and I'll wait to get

21   that, the last final tweaks in written form.  And so with

22   that, I think we can move on to the next matter.

23         MS. PARRA CRISTE:  Good afternoon again, Your

24   Honor.  It's Amanda Parra Criste of White and Case, proposed

25   counsel to the Committee.  The last matter on the agenda is

Page 26

1     the information sharing protocol motion that the Committee

2     filed and I'll be presenting that.

3            Your Honor, as you know, this type of motion is

4     routinely filed by Committees in large complex Chapter 11

5     cases, particularly where there's a broad and engaged

6     creditor body, as is the case here.  Our Committee takes

7     seriously its obligations under the bankruptcy code to

8     ensure creditors have access to information, and in fact,

9     the Committee has already taken steps in this regard such as

10    launching a case website that's hosted by Kroll as well as

11    establishing a Twitter account.

12           And to that end, the Committee seeks an order that

13    does really two things, Your Honor.  The first clarifies the

14    committee's information sharing obligations under Section

15    1102 of the code, and in particular, sets forth a protocol

16    whereby creditors can request access to information that's

17    in the Committee's possession, but that may be confidential

18    or privileged in nature.

19           And the second thing, Your Honor, is authorizes

20    the Committee to maintain various information platforms

21    through which it can continue to share updates and provide

22    other nonconfidential information with the broader creditor

23    bodies, including the website that I just mentioned as well

24    as the Twitter account.

25           Your Honor, I would like to note that no party

Page 27

1    objected to our motion.  We did receive some informal

2    comment from the U.S. Trustee's Office and we filed those,

3    we filed a revised form of a proposed order with a

4    certificate of no objection that attaches a redline

5    reflecting those comments that we received.  That's at

6    Docket No, 128.

7          We don't believe the comments are material.  A lot

8    of them were cleanup comments or clarifying, you know,

9    certain defined terms in the actual order, but we're happy

10   to walk the Court through the red line.  Again, it was the

11   redline that's attached to the certificate of no objection

12   that was filed yesterday.  There haven't been any other

13   changes to that form of order.  It's just what was filed at

14   Docket No. 121 with the certificate of no objection.

15         THE COURT:  All right, I -- yeah, I have the

16   redline of the order at Docket 128, I guess it's dash 2,

17   which is the redline version compared to the prior version

18   and they -- the changes seem to be, the only significant

19   change other than a few word tweaks was the deletion of

20   Paragraph 6 in its entirety.  So I don't know if you have

21   anything you wanted to say about that.

22         MS. PARRA CRISTE:  Yes, Your Honor.  Actually, we

23   always intended to not have this paragraph in there.  This

24   was a comment that we received from the U.S. Trustee.  It's

25   really just removing exculpation of certain parties,

Page 28

1    including the Debtors, the Committee and, you know, the

2    respective officers and directors.  Again, it's a comment we

3    received from the U.S. Trustee that we didn't have any issue

4    with.

5              THE COURT:  All right.  I guess my question for

6    you is just sort of -- I don't have any question about what

7    you describe as the first aspect of the motion, which is

8    information sharing protocols.  Well -- your obligation to

9    provide information and requests for access.  And I don't

10   really have any objection to the notion about setting up

11   platforms to share information.

12             I guess my only question was about whether there's

13   any concern about duplication of effort by the Committee who

14   I believe has also retained Kroll and what information is

15   getting out there.  And I suppose if there's information

16   getting out there, it's better to have in two places than

17   not have it in any, but I'm sure you've had some

18   conversations about that.  So I'd appreciate any thoughts

19   you might have.

20             MS. PARRA CRISTE:  Yeah, our objective is to not

21   duplicate at all.  In fact, I think that that's why we chose

22   Kroll over other potential options is to make sure that we

23   aren't duplicating.  A lot of what we're going to -- we're

24   planning on sharing on the web site, really reverts back to

25   what's on the Debtors' website and links back to what

1    they're putting out there.  But of course, we also are

2    putting out additional information that's very specific to

3    what we believe the creditors want more detail on.

4            For example, we have prepared and uploaded to our

5    Committee website, answers to frequently asked questions

6    that again are based on feedback from the Committee that's

7    based on feedback on certain -- that they've received from

8    the broader creditor body.  So, again, the idea is not to be

9    duplicative.  One thing I would also note is that the Kroll

10   team that we're working with is actually a separate team

11   from the Kroll team that's working on the Debtors' website.

12           Again, we're trying to be efficient but

13   confidentiality of creditor inquiries that were coming in

14   through the Kroll website was something that was very

15   important to the Committee.  So that's another aspect that I

16   did want to highlight, but again, we are not trying to be

17   duplicative.  And a lot of what we're doing is pointing

18   creditors, right, in the right direction and maybe linking

19   things that are on the Debtors' website.

20           THE COURT:  All right.  And so it sounds like

21   you'll piggyback to the extent that's possible and wise with

22   what Kroll is doing in its other capacity for the estate.

23           MS. PARRA CRISTE:  Correct.

24           THE COURT:  All right.

25           MS. PARRA CRISTE:  Absolutely, Your Honor.

1              THE COURT:  All right, thank you very much for

2      that.  So let me circle the virtual room and ask if there's

3      any party who wishes to be heard in connection with this

4      motion.

5              All right, hearing no response, I'm happy to

6      approve the motion and -- as has been modified in very

7      slight way in the most recent order posted on the docket at

8      Docket 128 in terms of clarifying the Committee's

9      obligations to share information, what to do with requests

10     for access to information, as well as what to do in terms of

11     getting information out to the creditor body in a case of

12     this sort.

13             So, thank you very much for the additional

14     information in response to my question, and so that motion

15     is approved as appropriate under the facts and circumstances

16     of the case and applicable law.

17             And so with that, let me turn it back to Ms.

18     VanLare in terms of anything else we need to address here

19     this afternoon.

20             MS. VANLARE:  We don't have anything further.

21     Thank you very much, Your Honor.

22             THE COURT:  All right.  And I assume you have

23     whatever dates you need going forward?  I know we're getting

24     together at the end of this month and then any other -- I

25     assume any other dates you need, you'll reach out to Ms.

Page 31

1    Ebanks to get.

2              MS. VANLARE:  Yes, Your Honor.

3              THE COURT:  All right, thank you very much.  With

4    that, good afternoon to all and see you at the end of the

5    month.

6              MS. PARRA CRISTE:  Thank you, Your Honor.

7              MS. VANLARE:  Thank you.

8              THE COURT:  Thank you.

9              (Whereupon these proceedings were concluded at

10   2:43 PM)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 32

1                          I N D E X

2

3                          RULINGS

4                                              Page      Line

5    Moelis Retention, GRANTED               13        5

6

7    Final Cash Management Order, GRANTED    22        25

8

9    Information Sharing Protocol, GRANTED   30        6

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 33

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *[signature: Sonya M. Ledanski Hyde]*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  March 17, 2023

**&**

**&** 2:5 3:3

**1**

**10003** 3:15
**10004** 4:4
**10014** 5:4
**10020** 3:6
**10153** 4:18
**10304** 4:11
**10601** 1:13
**11** 4:10 7:5
  14:14 26:4
**110** 11:15
**1102** 26:15
**111** 2:9
**115** 25:2
**11501** 33:23
**121** 27:14
**12151** 33:7
**1221** 3:5
**123** 2:3 7:8
**126** 23:4
**128** 27:6,16
  30:8
**13** 19:10 32:5
**15** 1:16 2:15
**15th** 11:10
**17** 33:25

**2**

**2** 11:8 18:17
  22:5 27:16
**201** 5:3
**2023** 1:16
  33:25
**20th** 9:14

**22** 32:7
**23-10063** 1:3
**24** 11:11
**248** 1:12
**25** 32:7
**2:05** 1:17
**2:43** 31:10

**3**

**30** 32:9
**300** 1:12 33:22
**30th** 13:17
  19:20 21:24
**330** 33:21
**345** 2:22 13:15
  15:20 19:5
  21:21,23

**4**

**4** 12:2

**5**

**5** 20:1 32:5
**50** 18:24

**6**

**6** 20:16,22
  27:20 32:9
**68** 2:5 11:7

**7**

**70** 8:20
**750,000** 20:3
**767** 4:17

**8**

**8** 21:21

**a**

**abelson** 3:8
  7:20,21

**ability** 18:12
  21:6
**able** 10:11 19:7
  21:14
**absolutely** 16:7
  29:25
**access** 2:11
  26:8,16 28:9
  30:10
**accordance**
  19:3
**account** 25:3
  26:11,24
**accounts** 2:17
  17:12,14 20:8
  20:10,12,13
  24:24,25
**accurate** 33:4
**actions** 17:16
  22:21
**actual** 27:9
**actually** 21:5,8
  27:22 29:10
**ad** 4:9 8:1,8,13
**add** 12:16
  18:22 21:6
  22:20
**addition** 16:25
**additional** 9:19
  15:4 21:13
  29:2 30:13
**address** 17:24
  30:18
**addressed**
  25:19
**adequacy**
  25:13

**adjourned**
  21:24
**adjourning**
  13:17
**administered**
  7:6
**administrative**
  2:21
**advance** 12:3
**advisors** 11:6
  17:20 19:19,21
**affiliates** 14:7
**afternoon** 7:2
  7:4,13,18,20
  7:25 8:10,11
  8:15,18,24 9:2
  9:4,7 11:1
  13:24 25:23
  30:19 31:4
**agenda** 2:3 7:7
  10:10,13,17
  11:4 25:25
**agent** 9:1
**ago** 17:7,12
**agree** 20:20
**agreed** 15:1
  19:9,11
**agreeing** 19:17
**agreement**
  14:20,22 15:2
**agreements**
  24:21,23
**alliance** 17:13
**allowed** 20:25
**allows** 9:15
**alluded** 20:9

**amanda** 3:10 7:23 14:2 25:24
**amended** 2:3 7:6 19:12 20:9
**americas** 3:5
**amount** 12:12 12:18,23 13:3
**anson** 6:5
**answer** 24:11 24:19
**answers** 29:5
**anybody** 15:13 22:8
**apologies** 16:19
**appearance** 8:21 9:10
**appearances** 7:11,19 8:2,12 8:23
**applicable** 23:6 30:16
**application** 2:5 10:13,24 11:4 11:7,12,17
**apply** 12:2
**appreciate** 9:13 10:5 11:21 23:9 24:6,18 25:16 28:18
**appreciative** 14:21
**appropriate** 14:18 16:22 23:5,7 24:8

30:15
**approve** 2:9 11:17 13:5 30:6
**approved** 25:20 30:15
**approving** 2:12
**aronzon** 6:10
**asked** 29:5
**asking** 22:16
**aspect** 28:7 29:15
**aspects** 16:2
**asquith** 6:9
**assets** 17:22 18:12 19:7 21:14 23:7 25:2,3
**assistance** 10:5 25:18
**associated** 12:20
**assume** 30:22 30:25
**attached** 11:18 11:20 27:11
**attaches** 27:4
**attorneys** 3:13 4:2,9,16 5:2
**authorize** 2:15
**authorized** 12:2 18:18 19:2 23:17 24:1,20,22 25:5

**authorizes** 26:19
**available** 24:11
**avenue** 3:5 4:17
**aware** 12:5

**b**

**b** 1:21 6:5
**back** 13:9 28:24,25 30:17
**backing** 25:2
**balances** 19:18
**bank** 2:17 17:8 17:9,10,11 20:8,10,12,13 23:13,14,16,22 24:24,25 25:3
**banker** 2:6 11:5
**banking** 17:12
**bankruptcy** 1:1,11,23 2:22 7:3 12:4 26:7
**banks** 17:4,5 19:8 20:14 23:14 24:22 25:6
**based** 12:10 19:16 22:15 29:6,7
**basis** 11:13
**bat** 15:14
**battery** 4:3
**behalf** 7:14 8:8 8:12,13 9:5
**believe** 12:18 16:9 27:7

28:14 29:3
**ben** 5:7 8:16
**better** 14:17 28:16
**big** 10:3
**biggest** 10:3
**billing** 12:5
**binder** 9:18,20 11:8 16:9
**binders** 9:14 9:23
**bit** 18:1
**blackline** 17:11 18:5,17
**blood** 17:25
**bodies** 26:23
**body** 26:6 29:8 30:11
**bolster** 18:12
**bonds** 19:4
**bremer** 6:8
**brett** 5:22
**brian** 4:13 5:19 8:7
**brief** 10:10 14:4
**broad** 26:5
**broader** 26:22 29:8
**budget** 18:23 19:10,12
**business** 2:19 19:12
**buy** 21:7
**buying** 21:8

[c - conditions]                                                                        Page 3

| c | certificate | clarifies  19:9 | 19:16 27:5,7,8 |
|---|---|---|---|
| **c**  3:1 6:7 7:1 | 11:14,18,20 | 26:13 | **committee** |
| 33:1,1 | 27:4,11,14 | **clarify**  20:18 | 2:10 3:4 4:9 |
| **calendar**  19:13 | **certified**  33:3 | **clarifying**  2:11 | 7:19,22 10:19 |
| **calling**  9:9 | **chambers**  9:22 | 20:24 21:22 | 11:9 14:4,9,12 |
| **canvas**  13:21 | 16:17 | 27:8 30:8 | 14:15 15:3,6 |
| **canvass**  15:12 | **change**  18:21 | **clean**  20:18 | 15:25 18:10,16 |
| **cap**  20:2 | 21:4 27:19 | **cleaning**  16:6 | 18:20,22,23 |
| **capacity**  9:1 | **changes**  16:1 | **cleanup**  15:14 | 19:10,12,17,25 |
| 29:22 | 16:11,13 17:1 | 18:21 27:8 | 21:2,9 22:5,15 |
| **capital**  2:6 | 18:9,11,16,21 | **clear**  16:14 | 22:22 25:25 |
| 11:5 | 20:8,15,18 | 20:11 22:13 | 26:1,6,9,12,20 |
| **case**  1:3 3:3 7:6 | 21:20,25 22:7 | **clearly**  11:2 | 28:1,13 29:5,6 |
| 7:21 12:13 | 22:9 27:13,18 | **cleary**  3:12 | 29:15 |
| 13:3 14:3 23:6 | **chapter**  7:5 | 7:14,16 10:9 | **committee's** |
| 23:24 25:24 | 14:14 26:4 | **closely**  14:9,16 | 10:15 11:10 |
| 26:6,10 30:11 | **chart**  18:2 | **closing**  20:13 | 19:19,21 21:16 |
| 30:16 | **check**  22:17 | **closure**  17:14 | 26:14,17 30:8 |
| **cases**  14:8 | **chester**  3:18 | **code**  2:22 26:7 | **committees**  8:1 |
| 23:17,18,23,25 | **cheyenne**  5:12 | 26:15 | 8:13 26:4 |
| 24:8 26:5 | **chime**  9:11 | **coin**  20:17,20 | **companies** |
| **cash**  2:15,16 | 15:13 | **colin**  5:15 | 17:5 |
| 10:12,14,14,18 | **choose**  25:5,6 | **collateralizat...** | **company**  2:5 |
| 13:11,12,14 | **chose**  28:21 | 25:1 | 9:1 10:14 11:5 |
| 14:23 15:8 | **chris**  7:23 | **colleague**  8:16 | **company's** |
| 18:3 19:14,23 | **christian**  3:19 | 10:23 | 17:3 |
| 23:1,3 25:19 | 7:16 | **colleagues**  7:15 | **compared** |
| 32:7 | **christopher** | 7:23 | 27:17 |
| **cede**  13:8 | 3:9 5:25 | **come**  18:6,23 | **complex**  26:4 |
| **century**  9:14 | **church**  5:11 | 22:7 | **comply**  2:21 |
| **certain**  2:18,20 | **circle**  30:2 | **coming**  21:4 | **comprehensive** |
| 15:2 27:9,25 | **circumstances** | 29:13 | 24:10 |
| 29:7 | 12:10 23:5 | **comment**  13:4 | **concern**  28:13 |
| **certainly**  9:8 | 30:15 | 22:4 25:16 | **concerned**  25:8 |
| 9:20 23:22 | **claims**  2:21 | 27:2,24 28:2 | **concluded**  31:9 |
| 24:5,14 | **clarified**  19:1 | **comments** | **conditions** |
|  | 19:16 | 15:24 18:10 | 21:11,18 |

confidential
   2:12 26:17
confidentiality
   29:13
confirm   13:1
   22:14
connection
   11:23 13:22
   18:3 22:9,18
   30:3
consent   15:2
   18:20,22 21:1
   21:9,16 22:5
   22:21
considered
   23:16
consistent   23:2
consists   15:2
consultations
   23:10
continue   2:16
   17:19,21 18:18
   19:2 26:21
continued   2:19
continuing
   24:16
conversations
   28:18
convert   20:25
cooperation
   23:9
copy   16:15
correct   22:19
   22:19 29:23
counsel   3:4
   7:12,21 10:7
   11:3 14:3

18:16 25:25
country   33:21
couple   12:19
   16:11
course   12:5
   21:15 29:1
court   1:1,11
   7:2,3,18,25 8:5
   8:10,12,18 9:2
   9:7 10:20,25
   11:19 12:15,24
   13:20 14:1
   15:11,20,22
   16:14,17,21
   17:23 21:2,10
   21:16,19 22:3
   22:22,24 23:21
   25:7,9 27:10
   27:15 28:5
   29:20,24 30:1
   30:22 31:3,8
covered   22:3,6
covid   8:6
craig   5:20
creditor   2:13
   26:6,22 29:8
   29:13 30:11
creditor's   3:4
creditors   2:10
   4:9 7:22 8:9
   17:2 26:8,16
   29:3,18
criste   3:10 7:24
   13:24 14:2,3
   16:10 25:23,24
   27:22 28:20
   29:23,25 31:6

crosshairs
   23:15
crypto   17:5
cryptocurrency
   15:4 20:25
   21:1,7,8 22:14
cumulatively
   18:24
currency   4:16
   9:6
current   19:18
   20:10 21:11,18
   25:11

**d**

d   4:20 7:1 32:1
dash   27:16
date   2:7 11:6
   33:25
dates   30:23,25
daucher   6:7
day   18:3 19:12
   19:20
days   9:24
deadline   11:10
deal   10:3 23:7
debtor   1:9
   19:21,21
debtor's   2:16
   7:12 10:7
debtors   2:6
   3:13 7:15 11:3
   11:4,6,16
   12:21 14:6,7
   14:13,16,20
   15:5 17:20
   18:17,19 19:2
   20:16 23:7,12

25:5 28:1,25
   29:11,19
declarant
   12:12
defer   12:13
defined   27:9
deletion   27:19
department
   5:1
deposit   19:2
depositories
   24:2 25:5
depository
   23:17 24:20,22
deposits   17:3,7
   17:10 19:7
describe   28:7
described
   19:25 20:6
describing
   22:16
designation
   24:2
desire   21:11
detail   29:3
digital   4:16 9:6
   21:14
directing   23:19
direction   9:23
   29:18
directors   28:2
discussed   23:4
discussing   23:2
discussion
   24:17 25:15,17
discussions
   14:20 18:7

25:10
**district** 1:2 7:4
**doc** 2:3,5,9,15
**docket** 7:7,8
  11:7,14 16:10
  23:4 27:6,14
  27:16 30:7,8
**documents**
  9:17
**doing** 29:17,22
**dollars** 12:19
  13:2
**doorstop** 10:2
**draft** 16:6
**drafted** 12:25
  21:7
**driven** 21:10
**due** 11:9
**duplicate**
  28:21
**duplicating**
  28:23
**duplication**
  28:13
**duplicative**
  29:9,17

**e**

**e** 1:21,21 3:1,1
  7:1,1 32:1 33:1
**earlier** 20:9,12
  21:22,25
**earn** 9:1
**ebanks** 31:1
**ecro** 1:25
**effective** 2:7
**efficient** 29:12

**effort** 28:13
**either** 9:8
  12:18 18:5,10
**employ** 2:5
**engaged** 26:5
**ensure** 14:18
  26:8
**enter** 11:17
**entered** 24:21
  24:22
**entire** 12:22
**entirely** 16:22
**entirety** 27:20
**entry** 2:10 15:8
  15:18
**eric** 6:7,9
**essentially**
  10:2 23:2,6
**establishing**
  26:11
**estate** 29:22
**event** 21:12
**events** 17:17
  18:13 19:8
  21:13 25:11,12
**everybody's**
  10:5
**exact** 12:18
**example** 29:4
**exceeding**
  18:23
**exceedingly**
  9:13
**exception**
  13:14
**exculpation**
  27:25

**exhibit** 20:9,10
**exist** 15:20
**existing** 2:16
  2:17,19 20:23
**expect** 14:13
  24:10
**expectation**
  12:22
**expense** 12:3
**expenses** 12:4
**explain** 16:12
  22:13
**extended** 11:11
**extending** 2:21
**extent** 15:20
  16:4 29:21
**extra** 23:4
**extremely**
  17:18

**f**

**f** 1:21 5:21
  33:1
**fact** 23:14 26:8
  28:21
**facts** 23:5
  30:15
**fairly** 10:10
**fashion** 24:9
**february** 11:10
  11:11
**feedback** 29:6
  29:7
**feel** 24:15
**fiedler** 6:6
**fifth** 4:17
**file** 16:8 20:9

**filed** 7:7 9:19
  11:7,14 16:10
  18:6 20:20
  26:2,4 27:2,3
  27:12,13
**final** 10:14
  13:13,18,23
  14:23 15:8,15
  15:18 20:4
  21:23 23:1,3
  25:20,21 32:7
**finally** 14:19
  21:20
**financial** 23:8
**find** 23:5
**fine** 8:5 9:20
  10:20 13:5
  14:1
**first** 11:4 14:5
  18:3 19:12
  26:13 28:7
**flagged** 18:16
**flexibility**
  22:16
**flexible** 21:12
**focused** 14:12
  17:20
**folks** 8:23 9:22
**foregoing** 33:3
**foresight** 17:9
**form** 11:18
  14:23,24 25:21
  27:3,13
**formal** 11:11
**forms** 2:19
**forth** 26:15

forward   11:12
  24:9 25:13
  30:23
four   18:24
frelinghuysen
  6:5
frequently
  29:5
full   24:19
funds   19:4
further   18:7,11
  20:22 21:2
  30:20
furthermore
  19:9

**g**

g   7:1
gate   20:14
gcc   4:9 14:8
gemini   4:2
  8:25
general   24:22
genesis   1:7 7:5
gentlemen   9:9
getting   7:11
  15:19 24:7
  28:15,16 30:11
  30:23
gge   8:8
give   24:19
given   12:21,25
  13:3,15 18:13
  19:8 21:17
giving   16:1
global   1:7 7:5
going   9:10
  14:24 15:10

16:8 17:4,24
  24:25 25:10,13
  25:14 28:23
  30:23
good   7:2,13,18
  7:20,25 8:10
  8:11,15,18,24
  9:2,4,7 11:1
  13:24 23:15
  25:23 31:4
gordon   5:14
gotshal   4:15
  9:5
gottlieb   3:12
  7:14,16 10:10
  11:2
government
  9:16 19:4
grant   22:25
granted   32:5,7
  32:9
granting   2:20
  2:23
great   14:2
greg   5:6 8:15
  15:16 22:11
  23:20
gregory   5:21
group   4:16 8:8
  9:6
guess   8:20 12:7
  23:25 25:10
  27:16 28:5,12

**h**

hamilton   3:12
  7:14 11:3

handle   23:22
  24:8
happening
  17:19 18:13
happy   13:5
  16:24 22:25
  27:9 30:5
hard   9:10 14:9
hear   8:5 13:25
  14:1 15:23
heard   11:23
  13:22 15:14
  22:9,25 30:3
hearing   2:1,1,3
  2:5,9,15 7:5,7
  7:10 9:11,18
  9:23,24 11:25
  13:17 14:25
  15:1,24 21:3
  30:5
helpful   13:1
  18:4
highlight   18:5
  20:15 22:2
  29:16
highlighting
  17:1
hoc   4:9 8:1,8
  8:13
holdco   1:7 7:5
hon   1:22
honor   2:17
  7:13,20,23
  8:15,24 9:4
  10:9,16,22
  11:1,8,15,16
  12:11,17 13:8

13:10,12,19,24
  14:5 15:8,16
  16:7,12,25
  17:2,6 18:8
  22:11 23:19
  24:18 25:24
  26:3,13,19,25
  27:22 29:25
  30:21 31:2,6
honor's   11:8
hoo   3:21 7:17
hoping   17:24
hosted   26:10
hubbard   4:1
  8:25
hughes   4:1
  8:25
hyde   2:25 33:3
  33:8

**i**

idea   29:8
ii   2:19
iii   2:21
important
  21:17 29:15
including   2:17
  26:23 28:1
incredibly   10:6
indelicato   6:4
indicate   18:17
  18:22
informal   27:1
information
  2:12,13 26:1,8
  26:14,16,20,22
  28:8,9,11,14
  28:15 29:2

30:9,10,11,14
32:9
**inquiries**  29:13
**inquiry**  24:7
**intended**  20:3
27:23
**intercompani...**
18:15
**intercompany**
2:20 14:12,17
15:3 16:3
18:18 19:18,22
20:2
**interim**  13:12
20:2,4,18,23
**invest**  19:2
**investment**  2:6
11:5 19:3
**involving**  19:8
19:22
**issue**  10:6
13:14 14:8
17:21 21:24
28:3
**issues**  10:12
15:20 23:13
25:8,18
**item**  11:4
**iv**  2:23

**j**

**j**  3:9 5:23
**jack**  5:13,24
**jamal**  6:11
12:12,13,15,17
**jane**  3:17 7:13
10:9

**jeffrey**  4:6,20
8:25 9:5
**jointly**  7:6
**jordan**  5:18
**joys**  8:6
**judge**  1:22,23
7:2
**judges**  24:7
**justice**  5:1

**k**

**ken**  6:1
**kept**  19:14
**kim**  3:21 7:17
**kind**  24:10,10
**knew**  23:24
**know**  7:25 9:10
9:14 12:12,17
13:1 15:7,9,11
15:25,25 17:15
18:9 23:24
26:3 27:8,20
28:1 30:23
**knowledge**
12:11
**knows**  14:6
25:7
**kroll**  26:10
28:14,22 29:9
29:11,14,22
**kunal**  5:10

**l**

**l**  8:17
**lane**  1:22 7:3
**language**  15:18
19:6 20:23,24
22:5

**large**  9:16
23:18 26:4
**largely**  15:2
17:16 18:9
20:7 21:3
**larger**  24:5
**late**  10:1 18:6
21:4
**latest**  11:21
**launching**
26:10
**law**  23:6 30:16
**lays**  7:8
**ledanski**  2:25
33:3,8
**legal**  33:20
**legge**  6:3
**liberty**  3:14
**life**  10:4,4
**light**  15:24
25:11
**ligon**  5:12
**line**  12:12
27:10 32:4
**linking**  29:18
**links**  28:25
**liquidate**  21:1
**list**  21:6 22:20
23:11 24:1
**listed**  18:2
**listen**  8:22
**little**  18:1
**liu**  6:2
**llc**  1:7 2:6 7:5
**llp**  3:12 4:8
**loaded**  14:25

**located**  12:21
**long**  22:20
**longer**  25:14
**look**  16:17
**looked**  13:4
**looking**  10:2
**lot**  17:3,5,13
25:10 27:7
28:23 29:17
**lukaszewski**
6:1

**m**

**made**  16:9,13
17:1 18:9,11
18:16 21:5
22:7 23:25
24:2
**magnes**  4:15
**main**  21:25
22:2
**maintain**  2:19
19:17 26:20
**make**  8:21
16:14 17:21
18:12 22:17
28:22
**making**  16:19
**management**
2:15,17 10:12
10:15,18 13:11
13:13,14 14:23
15:9 17:20
18:3 23:1,3
25:19 32:7
**manges**  9:5
**march**  1:16
13:17 21:24

33:25
**marcus** 5:25
**margolin** 4:6
8:24,25
**mark** 9:24
**market** 17:4,19
18:13 19:4
21:11,13,18
**markets** 2:6
11:6
**mary** 5:23
**massey** 5:24
**material** 27:7
**matter** 1:5
9:13 12:21
13:6,23 25:22
25:25
**matters** 7:8
10:8
**matthew** 5:22
**maximums**
25:4
**mclaughlin**
5:23
**mean** 9:8 24:3
**meaningful**
12:23
**means** 9:18
24:3,21
**meant** 20:1
**mechanism**
15:19
**media** 23:15,23
**megan** 5:17
**memory** 23:16
**mention** 10:3

**mentioned**
20:12 21:21,24
26:23
**mentioning**
22:1
**method** 25:1
**michael** 5:16
**mike** 6:3
**mineola** 33:23
**minor** 9:13
15:9 16:11
**minott** 3:18
7:16 10:23,25
11:1,2,25
12:11 13:7,8
**mode** 8:22
**modest** 13:3
**modified** 30:6
**modify** 10:16
10:16
**moelis** 2:5
10:14,17,23
11:5 12:2,5
32:5
**moment** 8:20
24:19
**money** 9:16
12:23 13:2
19:4
**monitor** 25:4
**monitoring**
25:8
**month** 19:13
19:20,23 20:21
30:24 31:5
**monthly** 20:21

**morning** 21:5
**motion** 2:9,10
2:15,16 10:13
10:15,18,19
13:11 26:1,3
27:1 28:7 30:4
30:6,14
**move** 13:6 17:9
17:10 20:25
25:22
**movement**
15:4
**moving** 8:13
11:12 24:9
**mute** 8:2

**n**

**n** 3:1 7:1 32:1
33:1
**name** 23:25
**nature** 14:17
26:18
**need** 8:21,23
30:18,23,25
**negotiated**
19:24
**negotiating**
16:23
**negotiation**
20:4
**neve** 5:22
**new** 1:2 3:6,15
4:4,11,18 5:4
7:4 12:21
20:11
**news** 17:25
**nice** 10:2

**night** 16:9 18:6
**non** 10:6 20:7
**nonconfident...**
26:22
**note** 11:20
26:25 29:9
**noted** 17:15
**notice** 2:3 21:3
**notion** 28:10
**notwithstand...**
19:5
**number** 12:9,23
18:2
**ny** 1:13 3:6,15
4:4,11,18 5:4
33:23

**o**

**o** 1:21 7:1 33:1
**o'clock** 7:5
**o'neal** 3:20
7:17
**objected** 27:1
**objection**
11:10,14,18,20
15:17 22:12
27:4,11,14
28:10
**objections** 11:8
11:12
**objective** 28:20
**obligation**
20:17 24:15
28:8
**obligations**
2:18 20:19
26:7,14 30:9

observations
  24:14
obtain  18:19
  21:1 22:21
obviously  13:2
  16:3 17:3,18
  17:24,25 23:10
office  8:14,16
  13:16 15:17,17
  22:12,12 24:12
  24:23,23 25:11
  27:2
office's  24:6
officers  28:2
official  2:9
okay  13:25
  22:23
old  33:21
omnibus  2:1
ones  22:2
open  8:22
  20:11
operate  2:16
operating
  20:21
options  28:22
order  2:11
  10:15,17 11:17
  11:21 12:1,25
  13:4,14,18,23
  14:23,25 15:9
  15:15,18,19
  16:8 20:2,4,18
  20:24 21:2,10
  21:17,23 22:13
  22:22 23:1,3
  25:20 26:12

27:3,9,13,16
  30:7 32:7
orders  13:13
ordinary  12:5
outstanding
  10:12
oversight
  24:23
overview  16:1

**p**

p  3:1,1 7:1
page  32:4
paragraph
  12:2 18:17
  19:1 20:1,5,7
  20:15,22,22
  21:21 22:5
  27:20,23
paramount
  14:8
parent  14:8
park  4:3
parra  3:10
  7:23 13:24
  14:2 16:10
  25:23,24 27:22
  28:20 29:23,25
  31:6
parre  14:3
part  19:6,24,25
particular  9:11
  11:24 14:7
  17:4 26:15
particularly
  16:2 26:5
parties  11:9
  27:25

party  13:21
  26:25 30:3
pass  10:18
paul  6:10
pending  17:14
people  8:19
  9:14 16:23
  17:25
percent  18:24
  25:3
perfect  16:16
perform  14:13
  18:18
period  18:25
permitting
  2:19
pesce  5:21
petition  2:7
  11:6 19:22
phil  7:21
philip  3:8
phone  8:17
piggyback
  29:21
place  17:17
  21:13,15 22:18
places  18:2
  28:16
plains  1:13
planning  28:24
platforms
  26:20 28:11
plaza  3:14 4:3
please  10:25
pleased  10:10
  17:6

plus  8:20
pm  1:17 31:10
podium  10:19
  13:9
point  23:10
pointing  29:17
points  14:5
possession
  26:17
possible  29:21
possibly  17:22
post  19:22
posted  30:7
potential  28:22
practices  19:3
preceding
  19:23
preliminary
  9:12
prepared
  24:19 29:4
prepetition
  2:18 12:4 14:6
  14:10
present  5:9
  10:19,23 13:11
presenting
  11:3 26:2
pressures  18:1
preview  16:3
previous  19:6
previously
  19:13 20:17,19
primarily
  21:10
printed  16:15

**printers** 9:16
16:20
**prior** 9:24 15:1
18:19 20:13
27:17
**privileged** 2:12
26:18
**probably** 12:8
22:1
**problem** 10:4
**problems** 10:4
**proceed** 10:17
**proceedings**
31:9 33:4
**process** 20:12
**professionals**
14:16,21
**prohibited**
22:21
**prohibiting**
21:8
**promise** 14:4
**propose** 10:16
**proposed** 3:4
7:21 14:3 16:8
23:3 25:24
27:3
**proposing**
22:20
**proskauer** 4:8
8:8
**protect** 19:7
21:14
**protected**
17:22 18:13
**protocol** 2:13
26:1,15 32:9

**protocols** 28:8
**provide** 2:11
19:10,11,14,18
19:20 20:17
26:21 28:9
**provided** 15:5
18:19
**provides** 15:19
**provision** 20:4
**provisions**
20:6
**purchases**
22:14
**purposes** 12:7
24:16
**pursuant** 21:2
21:9 22:22
**put** 22:10 24:4
**putting** 29:1,2

**q**

**quarropas**
1:12
**question** 12:1,7
24:5 28:5,6,12
30:14
**questions**
11:15 29:5
**quite** 8:19 24:2

**r**

**r** 1:21 3:1 7:1
33:1
**raise** 14:5
24:12
**raising** 24:5
**rasile** 5:20

**rather** 8:20
**reach** 23:10
30:25
**reached** 14:19
**read** 23:23
**reading** 23:12
**real** 13:2
**realize** 24:1
**really** 20:1
23:11 26:13
27:25 28:10,24
**reason** 14:11
23:15
**recalls** 13:12
**receive** 27:1
**received** 11:11
13:15 19:17
27:5,24 28:3
29:7
**recent** 25:11
25:12 30:7
**recently** 22:7
23:13
**reconciliation**
12:6
**record** 8:23
11:2 14:2
22:10 33:4
**records** 19:18
19:19
**red** 27:10
**redline** 23:3
27:4,11,16,17
**reed** 4:1 8:25
**reference** 12:1
**reflect** 14:22
14:22 18:10

**reflected** 17:11
**reflecting** 27:5
**refresh** 19:11
**refreshed**
19:11
**regard** 22:17
25:4 26:9
**regarding** 2:13
**relate** 21:21
**related** 2:18,23
15:3
**relating** 15:20
20:8
**relationship**
17:13
**relief** 2:23
**remaining** 12:3
17:18
**remember** 18:1
**remind** 9:22
**removed** 20:1
20:5
**removing**
27:25
**replaced** 20:6
**report** 17:6
19:15 20:20
23:24
**reporting** 15:5
20:19
**reports** 20:17
20:21
**reprint** 9:15
**request** 11:16
11:24 13:6,15
13:22 15:15
19:20 22:25

26:16
**requests** 2:13
28:9 30:9
**required** 21:16
**requirement**
2:11 19:13
**requirements**
2:22
**reserves** 14:10
**resolve** 10:11
**respect** 10:12
13:17 14:11,19
21:23
**respectfully**
11:16
**respective** 28:2
**response** 30:5
30:14
**responses** 11:9
11:25
**rest** 15:12
**result** 17:16
18:7
**retain** 10:14
11:4
**retained** 28:14
**retention**
10:23 32:5
**reverts** 28:24
**review** 12:6
22:15
**reviewing** 14:9
**revised** 14:24
16:8 27:3
**revisions** 15:9
**ri** 3:21 7:17

**ribeiro** 3:19
7:16
**richard** 11:2
**right** 7:18,25
8:10,13,13,18
9:2,8,12 10:20
10:25 11:19,25
12:15,24 13:4
13:20 14:25
15:11,22,23
17:23 21:19
22:3,24,25
23:17 24:11
25:19 27:15
28:5 29:18,18
29:20,24 30:1
30:5,22 31:3
**rights** 14:11
15:2
**road** 33:21
**room** 1:12
11:23 13:21
15:12 30:2
**rose** 4:8 8:8
**rosen** 4:13 5:19
8:2,3,7,7,11
**ross** 6:6
**routinely** 26:4
**rules** 9:23
**rulings** 32:3

**s**

**s** 3:1 4:6 7:1
**sabrina** 6:8
**safeguard** 19:7
**safeguards**
14:19 21:15

**saferstein** 4:20
9:4,5
**saw** 23:14
**says** 12:2
**sazant** 5:18
**scheduled** 9:24
**schickler** 5:13
**scope** 14:17
**sean** 1:22 3:20
7:2,16
**second** 20:23
21:4 26:19
**section** 2:22
13:15 19:5
21:21,23 26:14
**see** 15:13 17:10
24:25 31:4
**seeing** 18:1
**seek** 25:7
**seeking** 13:13
13:18
**seeks** 26:12
**seem** 27:18
**seen** 16:4 23:23
23:24,25
**send** 9:14
**sending** 9:17
**sense** 12:9,25
**sent** 9:23
**sentences** 16:1
**separate** 29:10
**seriously** 26:7
**serve** 17:5
**serves** 23:16
**sets** 26:15
**setting** 28:10

**several** 14:15
17:12
**share** 26:21
28:11 30:9
**sharing** 26:1
26:14 28:8,24
32:9
**shift** 17:12
**shl** 1:3
**shore** 3:9 7:23
**showing** 20:10
**signature** 17:8
17:10,13 18:2
19:8 20:13
23:14 24:20
25:4,6 33:7
**significance**
16:5 18:5
**significant**
12:18,20 17:7
27:18
**silver** 20:14
**sir** 8:7
**site** 28:24
**size** 13:3
**sleight** 9:8
**slight** 30:7
**slightly** 10:17
**smith** 5:23
**solutions** 33:20
**somani** 5:10
**sonya** 2:25
33:3,8
**soon** 23:23
**sorry** 8:3
**sort** 15:14 16:1
16:5 21:4 22:2

23:17 28:6
30:12
**sounds** 29:20
**southern** 1:2
7:3
**speak** 8:23
**specific** 9:9
29:2
**spend** 9:16
15:25
**spot** 24:4
**square** 4:10
**squarely** 23:15
**stakeholders**
17:2
**stand** 16:23
**start** 7:10,11
**state** 24:20
**stated** 14:22
15:18
**states** 1:1,11
5:1 7:3 8:14
13:16
**status** 20:10
**steen** 3:12 7:14
11:2
**steps** 26:9
**steven** 5:11
**stickies** 9:25
**street** 1:12 5:3
**struck** 23:13
**subject** 9:18
15:9 20:4
22:14
**submitted**
15:10

**submitting**
18:21
**substantially**
11:17 23:2
**substantive**
10:6 20:8
**suggest** 16:8
**suite** 33:22
**summarize**
15:7
**summary**
19:21 22:6
**sun** 5:14
**supplementing**
19:5
**support** 15:8
**suppose** 28:15
**sure** 13:12
17:21 18:12
22:17 24:7
25:9 28:17,22
**suspect** 25:14
25:16
**system** 2:17
25:13,14
**systems** 23:8

**t**

**t** 33:1,1
**tab** 11:8
**take** 10:20
**taken** 26:9
**takes** 26:6
**taxpayer** 9:16
**team** 12:22
29:10,10,11
**tejes** 5:7 8:17

**tell** 25:12,12
**terms** 16:1
17:11 18:15
24:1,8,24 27:9
30:8,10,18
**thank** 8:4,7 9:7
10:22 11:19
12:15,24 13:6
13:8,10 15:22
16:18 17:23
18:3 22:6,23
25:18 30:1,13
30:21 31:3,6,7
31:8
**thereto** 2:18
**thing** 13:21
23:11 26:19
29:9
**things** 9:19,25
16:21 24:24
26:13 29:19
**think** 8:19
14:24 15:10
16:5 18:9,9
21:15,17,25
22:3 25:22
28:21
**thought** 22:4
**thoughts** 24:6
24:13 28:18
**thousand**
12:19 13:2
**three** 15:25
**throw** 8:22
11:22,22 24:16
25:15

**time** 2:21
11:16 25:17
**times** 4:10
**today** 7:9,15
7:22 10:8,13
18:14 20:11
**together** 30:24
**took** 16:17
17:17
**tracking** 16:2
**transactions**
2:20 14:6,10
14:13 16:3
18:19 19:22
20:3
**transcribed**
2:25
**transcript** 33:4
**transfer** 19:23
**transfers** 14:18
15:3
**transparency**
12:8 16:2
**travel** 12:20
**treasury** 19:4
**tried** 22:2
**true** 33:4
**trust** 4:2 8:25
**trustee** 5:2
13:16 18:11
19:19 27:24
28:3
**trustee's** 8:14
8:16 15:17
22:12 27:2
**try** 8:20

**trying** 23:21
24:8 29:12,16
**turn** 10:7
30:17
**tweaks** 15:1
16:4 18:11
23:4 25:13,21
27:19
**twitter** 26:11
26:24
**two** 7:4 9:24
13:12 26:13
28:16
**type** 23:1,18
26:3

**u**

**u.s.** 1:23 5:2
8:16 15:16
18:10 19:3,19
22:11 27:2,24
28:3
**ultimate** 14:8
**unaffected**
17:16
**unbilled** 12:3
**unchanged**
20:20 21:3
**uncontested**
10:11 11:13
**under** 23:5
26:7,14 30:15
**understand**
9:17,21 14:17
**united** 1:1,11
5:1 7:3 8:14
13:16

**unknown** 1:25
**unsecured** 2:10
3:4 7:22
**update** 17:2
**updated** 9:19
19:10
**updates** 26:21
**uploaded** 29:4
**use** 16:19
**users** 9:1
**using** 17:14
**usually** 25:2

**v**

**vanlare** 3:17
7:13,14 10:9,9
10:22 13:9,10
14:22 15:11,23
15:24 16:7,16
16:19,25 18:8
21:20 22:13,19
30:18,20 31:2
31:7
**variance** 18:24
19:14
**varick** 5:3
**various** 9:25
26:20
**veritext** 33:20
**version** 11:21
18:6 27:17,17
**vigilant** 17:18
**vincent** 6:4
**virtual** 10:18
11:22 13:21
30:2
**visibility** 24:24

**volin** 5:17
**volumes** 9:16

**w**

**wait** 25:20
**waivers** 25:7
**walk** 10:8
27:10
**want** 15:25
16:12,22 17:1
17:15 21:14
22:17 24:4,9
29:3,16
**wanted** 9:22
13:1 14:5 15:7
18:4 24:11,16
25:15 27:21
**wants** 15:12
**way** 10:7 12:25
15:13 16:23
21:7 23:7 30:7
**we've** 16:13
17:1 18:9,11
18:16 19:1,14
19:24 21:16
23:23
**web** 28:24
**website** 26:10
26:23 28:25
29:5,11,14,19
**week** 18:25
19:10
**weekend** 17:17
**weeks** 14:15
17:7,12
**weil** 4:15 9:5
**weinberg** 5:16

**welcome** 24:15
**west** 5:15
**western** 17:13
**white** 1:13 3:3
7:21 14:3
25:24
**wisdom** 25:10
25:12
**wise** 29:21
**wish** 11:23
13:22
**wishes** 15:14
22:8,24 30:3
**wonder** 24:2
**word** 27:19
**words** 18:22
**work** 8:3 14:9
**worked** 14:16
**working** 16:15
29:10,11
**worries** 16:24
**worth** 22:1
**written** 18:20
25:21

**x**

**x** 1:4,10 32:1
**xia** 6:2

**y**

**yeah** 23:21
24:18 25:9
27:15 28:20
**yesterday**
27:12
**york** 1:2 3:6,15
4:4,11,18 5:4
7:4 12:21

**[zipes - zul]**                                                    Page 14

| z |
|---|

**zipes**   5:6 8:15
  8:16 15:16,16
  22:11,11,20,23
  23:13,19,20
  24:18
**zoom**   8:20
**zul**   6:11 12:12