CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT AND RESCHEDULING OF
THE HEARING ON THE MOTION FOR RELIEF FROM STAY TO JUNE 15, 2023**

**PLEASE TAKE NOTICE** that the hearing on the *Motion for Relief from Stay* ECF No. 289) (the "Stay Relief Motion"), which was adjourned from the hearing before this Court on May 25, 2023, at 2:00 p.m. (Prevailing Eastern Time) shall now be conducted on **June 15, 2023, at 11:00 a.m.  (Prevailing Eastern Time)** (the "June 15 Hearing") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The June 15 Hearing will be conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Stay Relief Motion or the relief requested therein shall be made in writing and (a) filed with the Bankruptcy Court no later than **June 8, 2023 at 4:00 p.m (Eastern Time) (the "Objection Deadline")** and (b) served as required by the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order").

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the June 15 Hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances.  After the deadline to make appearances passes, the Court will circulate by email Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.  Members of the public who wish to listen to, but not participate in, the hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website.

Dated:  May 15, 2023　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　New York, New York

　　　　　　　　　　　　　　/s/ *Jane VanLare*
　　　　　　　　　　　　　　Sean A. O'Neal
　　　　　　　　　　　　　　Luke A. Barefoot
　　　　　　　　　　　　　　Jane VanLare
　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　*Counsel for the Debtors*
　　　　　　　　　　　　　　*and Debtors-in-Possession*