**NOTICE OF TRANSFER OF CLAIM – E1 TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Benjamin Stein-Lobovits**, located at **3999 Whittle Ave, CA 94602 USA** (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to **Ari Litan,** at **5028 NW 24th Cir, Boca Raton, FL 33431** (the "Buyer") a value of $408,963.48 of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Case (as defined below) as Case No. 23- 10063 and filed in the original liquidated face claim amount of $408,963.48, that was asserted against Genesis Global Capital, LLC and Genesis Global Holdco, LLC, and each of its debtors and non-debtor affiliates (collectively, "**Genesis**"), (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

IN WITNESS WHEREOF, this NOTICE OF TRANSFER OF CLAIM is executed this 15th day of May, 2023

**SELLER**:
Benjamin Stein-Lobovits

*[DocuSigned by: Benjamin Stein-Lobovits]*
D5AD7D4F252B467...

**BUYER**:
Ari Litan

*[DocuSigned by: Ari Litan]*
484444CFBF884C1...