**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
John R. Ashmead
Mark D. Kotwick
Catherine V. LoTempio
Andrew J. Matott

*Special Litigation Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, et al,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as special litigation counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases, pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases or any adversary proceeding related to these cases, be transmitted to:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

    John R. Ashmead
    Mark D. Kotwick
    Catherine V. LoTempio
    Andrew J. Matott
    **SEWARD & KISSEL LLP**
    One Battery Park Plaza
    New York, NY 10004
    Telephone: (212) 574-1200
    Email: ashmead@sewkis.com
            kotwick@sewkis.com
            lotempio@sewkis.com
            matott@sewkis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that ONLY ONE set of physical documents be sent to the undersigned when there are physical mailings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (e) to have documents served in accordance with Rule 7004 of the Bankruptcy Rules and Rule 4 of the Federal Rule of Civil Procedure or (f)

any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 18, 2023
      New York, NY

                    **SEWARD & KISSEL LLP**

                    By: */s/ John R. Ashmead*
                    John R. Ashmead
                    Mark D. Kotwick
                    Catherine V. LoTempio
                    Andrew J. Matott
                    **SEWARD & KISSEL LLP**
                    One Battery Park Plaza
                    New York, NY 10004
                    Telephone: (212) 574-1200
                    Email: ashmead@sewkis.com
                            kotwick@sewkis.com
                            lotempio@sewkis.com
                            matott@sewkis.com

                    *Special Litigation Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, a copy of the foregoing Notice of Appearance and Request for Service of All Pleadings was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

*/s/ John R. Ashmead*
Counsel
