UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS GOLBAL HOLDCO, LLC, | Case No. 23-10063-shl |
| Debtor. | **AFFIDAVIT OF SERVICE** |

-------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU  ) ss.:

Christine Fruscella, being duly sworn, says:

1. I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

2. On May 18, 2023, I served a true copy of the Notice of Appearance and Demand for Service of Papers, by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee indicated below:

**United States Trustee, One Bowling Green, Room 534, New York, New York 10004-1408**
**Cleary, Gottlieb Steen & Hamilton, LLP, One Liberty Plaza, New York, NY 10006**

Sworn to before me this
18th day of May 2023


s/Stuart P. Gelberg                                                     s/Christine Fruscella
Stuart P. Gelberg                                                        Christine Fruscella
Notary Public State of New York
No. 01GE4676624
Qualified in Nassau County
Commission Expires April 30, 2026