# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Case No. 23-10063 (SHL) |
| Genesis Global Holdco, LLC, *et al.*[1], | Chapter 11 <br> **(Jointly Administered)** |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William M. Uptegrove, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the U.S. Securities and Exchange Commission, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bars in the State of New York and the State of New Jersey. I am also admitted to practice in the bars of the U.S. District Court for the District of New Jersey, the U.S. Court of Appeals for the Third Circuit, and the Supreme Court of the United States.

I request a waiver of the filing fee, as I am representing an agency of the federal government.

Dated: May 19, 2023
      Atlanta, Georgia

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE COMMISSION

By: */s/ William M. Uptegrove*
    William M. Uptegrove
    Senior Trial Counsel
    950 East Paces Ferry Rd., N.E.
    Suite 900
    Atlanta, GA 30326
    Email: uptegrovew@sec.gov
    Tel.: (404) 842-5765

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* to be served upon counsel or parties of record by the Court's CM/ECF system on May 19, 2023.

By: */s/ William M. Uptegrove*
William M. Uptegrove