# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* ) | Case No. 23-10063 (SHL) |
| ) | |
| Genesis Global Holdco, LLC, *et al.*[1], ) | **Chapter 11** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Therese A. Scheuer, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the U.S. Securities and Exchange Commission, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bars in the State of Delaware and the Commonwealth of Massachusetts, and the bars of the U.S. District Court for the District of Delaware, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

I request a waiver of the filing fee, as I am representing an agency of the federal government.

Dated: May 19, 2023
      Washington, DC

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE COMMISSION

By: */s/ Therese A. Scheuer*
    Therese A. Scheuer
    Senior Trial Counsel
    100 F Street, NE
    Washington, DC 20549
    (202) 551-6029 (Telephone)
    (202) 772-9317 (Facsimile)
    scheuert@sec.gov

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* to be served upon counsel or parties of record by the Court's CM/ECF system on May 19, 2023.

> By: */s/ Therese A. Scheuer*
> Therese A. Scheuer