# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Case No. 23-10063 (SHL) |
| Genesis Global Holdco, LLC, *et al.*[1], | Chapter 11 (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Therese A. Scheuer, to be admitted, *pro hac vice*, to represent the U.S. Securities and Exchange Commission (the "SEC"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and the Commonwealth of Massachusetts, and the bars of the U.S. District Court for the District of Delaware, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED** that Therese A. Scheuer is admitted to practice, ***pro hac vice***, in the above referenced case to represent the SEC, in the United States Bankruptcy Court for the Southern District of New York. The filing fee is hereby waived.

Dated: _____
    White Plains, New York

THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.