IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES
INCURRED BY M3 ADVISORY PARTNERS, LP FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 30, 2023
THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | March 30, 2023 |
| Period for which compensation and reimbursement is sought: | March 30, 2023 through April 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $104,889.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $58.77 |
| This is a(n): | __x__Monthly ____Interim ____Final application |

This is the FIRST monthly fee statement filed in this case.

M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors of Genesis Global Holdco LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**") hereby submits this monthly fee statement (the "**Fee Statement**") pursuant to this Court's *Order Establishing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 101], dated February 24, 2023 (the "**Interim Compensation Order**") and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002 and S.D.N.Y. LBR 2014-1, *Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisors for the Debtors and Debtors-in-Possession* [Docket No. 268], dated April 28, 2023, seeking compensation and reimbursement of expenses for the period of March 30, 2023 through April 30, 2023 (the "**First Monthly Period**").  By this Fee Statement, M3 seeks payment of $83,969.97, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

**Professional Services Rendered and Expense Disbursements Incurred**

1. **Exhibit A** sets forth a timekeeper summary that includes: (a) the name and title of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by M3; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by M3. The blended rate for compensation requested in this Monthly Statement is approximately $677.14.[2]

2. **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a timekeeper summary per project category spent by M3 timekeepers in

---

[4] The blended rate is calculated by taking the total of fees sought in this First Monthly Statement and dividing by the total of hours sought in this First Monthly Statement.

rendering services to the Committee during the Compensation Period.

4. **Exhibit D** sets forth both a summary of, and detailed entries of, expenses for which M3 seeks reimbursement.

5. **Exhibit E** sets forth the time records for M3 timekeepers for which compensation is sought by M3, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

## Notice of Objection Procedures

Notice of this First Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Notice Parties**"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (email: arianna@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

Objections to this First Monthly Statement, if any, must be served upon the Notice Parties and by e-mail, hand, or overnight delivery upon M3, at M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019 (email: kkamlani@m3-partners.com and wfoster@m3-partners.com) no later than June 6, 2023 at 12:00 PM (Prevailing Eastern Time) (the "**Objection**

**Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this First Monthly Statement are received by the Objection Deadline, the Debtors shall pay M3 80% of the fees and 100% of the expenses identified in this First Monthly Statement.

To the extent an objection to this First Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees in the percentage set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## Reservation of Rights

Although M3 has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. M3 reserves the right to seek payment of such fees and expenses not included herein.

**WHEREFORE**, M3 respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $83,969.97, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

| | |
|---|---|
| Dated: May 22, 2023<br>New York, New York | Respectfully submitted,<br><br>**M3 ADVISORY PARTNERS, LP**<br><br>*/s/ Mohsin Y. Meghji*<br>Mohsin Y. Meghji<br>1700 Broadway, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 202-2200<br>mmeghji@m3-partners.com<br><br>*Financial Advisor to the Debtors and Debtors in Possession* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

### Exhibit A - Summary of Total Fees by Professional

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245.00 | 17.2 | $21,414.00 |
| Schiffrin, Javier | Managing Director | $1,150.00 | 2.1 | $2,415.00 |
| Foster, William | Vice President | $750.00 | 45.9 | $34,425.00 |
| Iannella, Monique | Associate | $550.00 | 30.6 | $16,830.00 |
| Altman, Matthew | Associate | $550.00 | 32.1 | $17,655.00 |
| Lauser, Peter | Analyst | $450.00 | 27.0 | $12,150.00 |
| **Total** | | | **154.9** | **$104,889.00** |

*Average Billing Rate*  $677.14

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

### Exhibit B - Summary of Time Detail by Task Category

| Task Category | Hours | Fees |
|---|---:|---:|
| Potential Avoidance Actions/Litigation Support | 90.8 | $61,335.50 |
| General Correspondence with Debtor & Debtors' Professionals | 53.4 | $37,161.00 |
| Intercompany Claims | 8.7 | $4,785.00 |
| General Correspondence with Other Professionals | 2.0 | $1,607.50 |
| **Total** | **154.9** | **$104,889.00** |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*Potential Avoidance Actions/Litigation Support*
On an ongoing basis, M3 will support the Debtors with respect to matters relating to certain payments received by the Debtors from Alameda Research LLC, Alameda Research Ltd. (BVI), and/or certain of their affiliates (the "Alameda Payments") and matters ancillary thereto.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 8.9 | $11,080.50 |
| Schiffrin, Javier | Managing Director | $1,150 | 2.1 | $2,415.00 |
| Foster, William | Vice President | $750 | 30.4 | $22,800.00 |
| Iannella, Monique | Associate | $550 | 15.9 | $8,745.00 |
| Altman, Matthew | Associate | $550 | 12.2 | $6,710.00 |
| Lauser, Peter | Analyst | $450 | 21.3 | $9,585.00 |
| **Total** | | | **90.8** | **$61,335.50** |
| *Average Billing Rate* | | | | *$675.50* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*Intercompany Claims*
On an ongoing basis, M3 will analyze and review intercompany claims

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | - | $0.00 |
| Schiffrin, Javier | Managing Director | $1,150 | - | $0.00 |
| Foster, William | Vice President | $750 | - | $0.00 |
| Iannella, Monique | Associate | $550 | 3.0 | $1,650.00 |
| Altman, Matthew | Associate | $550 | 5.7 | $3,135.00 |
| Lauser, Peter | Analyst | $450 | - | $0.00 |
| **Total** | | | **8.7** | **$4,785.00** |

*Average Billing Rate*    *$550.00*

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: April 1 2023 - April 30 2023

### Exhibit C - Summary of Time Detail by Task Category by Professional

*General Correspondence with Debtor & Debtors' Professionals*
On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 7.8 | $9,711.00 |
| Schiffrin, Javier | Managing Director | $1,150 | - | $0.00 |
| Foster, William | Vice President | $750 | 14.7 | $11,025.00 |
| Iannella, Monique | Associate | $550 | 11.7 | $6,435.00 |
| Altman, Matthew | Associate | $550 | 13.5 | $7,425.00 |
| Lauser, Peter | Analyst | $450 | 5.7 | $2,565.00 |
| **Total** | | | **53.4** | **$37,161.00** |
| *Average Billing Rate* | | | | *$695.90* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

<u>**Exhibit C - Summary of Time Detail by Task Category by Professional**</u>

*General Correspondence with Other Professionals*
On an ongoing basis, M3 will communicate with other professionals including the UCC, its counsel, and other advisors on topics including case strategy, workstream organizaiton and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 0.5 | $622.50 |
| Schiffrin, Javier | Managing Director | $1,150 | - | $0.00 |
| Foster, William | Vice President | $750 | 0.8 | $600.00 |
| Iannella, Monique | Associate | $550 | - | $0.00 |
| Altman, Matthew | Associate | $550 | 0.7 | $385.00 |
| Lauser, Peter | Analyst | $450 | - | $0.00 |
| **Total** | | | **2.0** | **$1,607.50** |
| *Average Billing Rate* | | | | *$803.75* |

6

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

### Exhibit D - Summary of Expenses by Category

| Description | Total |
|---|---|
| Business Meals | $58.77 |
| **Total (a)** | **$58.77** |

**Note:**
(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 4/22/2023 | $18.77 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 4/24/2023 | $20.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 4/27/2023 | $20.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| **Total** | **$58.77** | | | |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: April 1 2023 - April 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/2/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of transaction loan excel documentation file sent over by counsel | 1.1 |
| 4/2/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of MLA dated 2/6/19 and initial review on transaction file. | 1.1 |
| 4/3/2023 | Schiffrin, Javier | Potential Avoidance Actions/Litigation Support | Participated in call with K. Kamlani (M3) and W. Foster (M3) to review transaction excel provided by Cleary | 0.6 |
| 4/3/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of loans records analysis with k. Kamlani, j. Schiffrin (m3) | 0.7 |
| 4/3/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of loan sheet and create initial diligence request list for company | 1.5 |
| 4/3/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with M. Hatch and C. Ribiero (CGSH) regarding initial diligence questions | 0.6 |
| 4/3/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Provided direction to the M3 team to with respect to reviewing transaction loan excel documentation and drafted questions to be consolidated in a diligence list. | 1.1 |
| 4/3/2023 | Altman, Matthew | General Correspondence with Other Professionals | Participate in Internal M3 call regarding claims actions with Kunal Kamlani (M3), Javier Schiffrin (M3), William Foster (M3), and M. Iannella (M3) | 0.7 |
| 4/3/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' | Participate in call with W. Foster (M3) on diligence list updates | 0.8 |
| 4/3/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Create diligence tracker for CGSH | 1.1 |
| 4/4/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review and update question and diligence list based on feedback from team | 0.5 |
| 4/4/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Updated diligence list for CGSH | 0.9 |
| 4/4/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Further updates to diligence list for CGSH | 0.2 |
| 4/4/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued updates to diligence list for CGSH based on feedback from M3 team | 0.5 |
| 4/5/2023 | Schiffrin, Javier | Potential Avoidance Actions/Litigation Support | Participated in call to review M3 diligence list re: historic transactions | 0.2 |
| 4/5/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Participate in call with K. Kamlani, J. Schiffrin and M. Altman (M3) to discuss loan transaction excel | 0.6 |
| 4/5/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in call with M. Hatch and C. Ribiero (CG) regarding loan transaction data | 0.3 |
| 4/5/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in call with J. Vanlare, M. Hatch and C. Ribiero (CG) about next steps with Genesis and diligence questions | 0.4 |
| 4/5/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review transaction reconciliations and adjust for changes. File sent to Cleary. | 0.8 |
| 4/5/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participated in a call with Cleary to review initial questions. | 0.5 |
| 4/5/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend call with K. Kamlani (M3), W. Foster (M3), J. Schiffrin (M3), M. Altman (M3) and CGSH regarding loan transaction data | 0.3 |
| 4/5/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend call with CGHS about next steps with Genesis and diligence questions | 0.4 |
| 4/5/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in call with W. Foster (M3), K. Kamlani (M3), and J. Schiffrin (M3) on diligence list | 0.3 |
| 4/5/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence list for company | 0.5 |
| 4/5/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in call with K. Kamlani (M3), W. Foster (M3), J. Schiffrin (M3) M. Iannella (M3) and CGSH on claims | 0.3 |
| 4/6/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in call with j. Vanlare, M. Hatch and C. Ribiero (CG) regarding diligence list with genesis about pulling data | 0.6 |

8

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: April 1 2023 - April 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/6/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | create and revise updated diligence list in conjunction with input from k. kamlani (m3) | 0.7 |
| 4/6/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review diligence list for the Company | 0.3 |
| 4/6/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participated in a follow up call with Cleary to review the diligence list | 0.4 |
| 4/6/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in call with K. Kamlani (M3), W. Foster (M3), J. Schiffrin (M3) and CGSH on diligence list | 0.4 |
| 4/6/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence list per updates from team | 0.7 |
| 4/10/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Prepare for call with debtor's to review business operations | 0.3 |
| 4/10/2023 | Foster, William | General Correspondence with Other Professionals | Correspondence with team regarding next steps in regards to data aggregation and conversations with company | 0.4 |
| 4/10/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Call with CGSH, M. Iannella (M3), K. Kamlani (M3), and Matt Altman (M3) and company to discuss diligence list | 1.3 |
| 4/10/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Call with CGSH W. Foster (M3), M. Iannella (M3) and Matt Altman (M3) and company to discuss diligence list | 1.3 |
| 4/10/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Schedule open items and issue follow up note to the team. | 0.4 |
| 4/10/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in call with CGSH, W. Foster (M3), M. Iannella (M3), K. Kamlani (M3), and company to discuss diligence list | 1.3 |
| 4/10/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence notes for M3 leadership | 0.8 |
| 4/10/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update call notes for M3 leadership | 0.5 |
| 4/10/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Call with CGSH W. Foster (M3), M. Iannella (M3), K. Kamlani (M3), and Matt Altman (M3) and company to discuss diligence list | 1.3 |
| 4/11/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3) to discuss diligence list and outstanding items | 0.5 |
| 4/11/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), M. Altman (M3) to discuss diligence list and outstanding items | 0.5 |
| 4/11/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Update and review new diligence questions and create new data template to be discussed with debtors | 0.6 |
| 4/11/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participated in communication with J. Vanlare, M. Hatch and Cleary team regarding updates to diligence list | 0.4 |
| 4/11/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Follow up with internal team on Finance/Risk diligence and data pull matrix. | 0.7 |
| 4/11/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review updated diligence list and data pull request to client. | 0.5 |
| 4/11/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3) and W. Foster (M3) to discuss diligence list and outstanding items | 0.5 |
| 4/11/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Create diligence list with data template | 0.9 |
| 4/11/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), K. Kamlani (M3) and W. Foster (M3) to discuss diligence list and outstanding items | 0.5 |
| 4/11/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3) and W. Foster (M3) to discuss diligence list and outstanding items | 0.5 |
| 4/11/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Review and update diligence list with M. Altman and reviewing correspondence | 0.5 |
| 4/11/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) and W. Foster (M3) to discuss diligence list and outstanding items | 0.5 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: April 1 2023 - April 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/12/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with CGSH team and debtors regarding updated diligence and data tracker | 1.2 |
| 4/12/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of FTX filing referencing potential avoidance actions against Genesis. | 0.2 |
| 4/13/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3) to outstanding items and go-forward plan for analysis | 0.4 |
| 4/13/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in call with Company, CGSH, and K.Kamlani, M. Altman, and M. Iannella (M3) on diligence list and data table | 1.4 |
| 4/13/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Work through additional questions genesis and updates to data template | 0.6 |
| 4/13/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Reviewed data pull provided by the Company in response to our diligence list. | 0.6 |
| 4/13/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participate in call with Company, CGSH, W. Foster, M. Altman, and M. Iannella (M3) on diligence list and data table | 1.0 |
| 4/13/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) and W. Foster (M3) to review outstanding items and go-forward plan for analysis | 0.3 |
| 4/13/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Provide guidance to the team on refining data request and additional areas of focus for follow up diligence. | 0.4 |
| 4/13/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in call with Company, CGSH, and K.Kamlani (M3), W. Foster (M3), and M. Iannella (M3) on diligence list and data table | 1.3 |
| 4/13/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence list and notes from meeting with company and CGSH | 0.5 |
| 4/13/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), K. Kamlani (M3) and W. Foster (M3) to discuss outstanding items and go-forward plan for analysis | 0.4 |
| 4/13/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Participate in call with Company, CGSH, and K. Kamlani, W. Foster, M. Altman, and M. Iannella (M3) on diligence list and data table | 1.4 |
| 4/13/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3) and W. Foster (M3) to outstanding items and go-forward plan for analysis | 0.4 |
| 4/13/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Updated diligence list and data list edits, additions and review | 1.8 |
| 4/14/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3) to review outstanding items and go-forward plan for diligence requests | 0.6 |
| 4/14/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Speak with C. Ribiero (CGSH) about additional work to be completed and additions to data template | 0.3 |
| 4/14/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Work through additional diligence questions and update diligence request list and data template with team | 0.7 |
| 4/14/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) and W. Foster (M3) to review outstanding items and go-forward plan for diligence requests | 0.6 |
| 4/14/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), K. Kamlani (M3) and W. Foster (M3) to review outstanding items and go-forward plan for diligence requests | 0.6 |
| 4/14/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence lists and data request forms for company request | 0.7 |
| 4/14/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence lists and data request forms | 0.7 |
| 4/14/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Further updates to diligence list and data list edits, additions and review | 1.4 |
| 4/14/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3) and W. Foster (M3) to review outstanding items and go-forward plan for diligence requests | 0.6 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: April 1 2023 - April 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/17/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | create updated data template based on discussion with team and updated diligence request list | 1.6 |
| 4/17/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Correspond with debtors regarding updated data request template | 0.3 |
| 4/17/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review correspondence to Client and associated data request. | 0.5 |
| 4/18/2023 | Schiffrin, Javier | Potential Avoidance Actions/Litigation Support | Participated in call with W. Foster (M3), M. Iannella (M3), J. VanLare (CGSH), C. Ribeiro (CGSH) and N. Getahun (Genesis) | 1.0 |
| 4/18/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Company, CGSH, M. Iannella (M3), K. Kamlani (M3), J. Schiffrin (M3), and W. Foster (M3) to review outstanding items and data template | 1.1 |
| 4/18/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Update notes from call with company, CGSH, and M3 for distribution | 0.4 |
| 4/18/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Review diligence list and data request list | 0.4 |
| 4/18/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Update diligence and data list | 0.6 |
| 4/18/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Company, CGSH, M. Iannella (M3), M. Altman (M3) K. Kamlani (M3), J. Schiffrin (M3) to review outstanding items and data template | 1.1 |
| 4/18/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Update data template and request list based on conversations with Genesis | 1.8 |
| 4/18/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Correspond with debtors about updated data template and data requests | 0.3 |
| 4/18/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Provide comments to Will on revised data template and diligence questions. | 0.3 |
| 4/18/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Company, CGSH, M. Iannella (M3), M. Altman (M3), J. Schiffrin, and W. Foster (M3) to review outstanding items and data template | 1.1 |
| 4/18/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Company, CGSH, M. Iannella (M3), M. Altman (M3) K. Kamlani (M3), J. Schiffrin, and W. Foster (M3) to review outstanding items and data template | 1.1 |
| 4/18/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Updating diligence list, general correspondence, review data template | 0.9 |
| 4/19/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of interest expense invoices and reconciliation to data template | 1.9 |
| 4/19/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in communication with debtors regarding data pulls and due diligence requests made by M3 team | 1.7 |
| 4/19/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review diligence correspondence sent by the Company. | 0.3 |
| 4/19/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Reviewed Sean Lynch's questions on a diligence request and provided guidance to Will F to respond. | 0.3 |
| 4/20/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Work through transaction reconciliation analysis with Peter Lauser (m3) and provide comments | 1.7 |
| 4/20/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Continued to work through transaction reconciliation analysis with Peter Lauser (m3) and provide comments | 1.5 |
| 4/20/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Correspond with debtor team on additional data requests and feedback based on data requests completed to date | 0.6 |
| 4/20/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participate in conversation with Jane from Cleary and follow up communication to the M3 team on timing around a Work Plan. | 0.3 |
| 4/20/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Analyze loan data sent by company | 1.9 |
| 4/20/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Analyze loan data sent by company as per phase 1 work plan | 1.7 |
| 4/20/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Reconcile loan data sent by company | 2.6 |
| 4/21/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review and provide comments on excel analysis of interest expense reconciliation | 2.6 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: April 1 2023 - April 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/21/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued reconciliation of loan data sent by company | 2.1 |
| 4/21/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Created summary of loan data sent by company | 1.3 |
| 4/21/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Reconcile loan data sent by company for various analyses | 1.2 |
| 4/22/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Provide further commentary and discussion on Genesis transactions | 0.4 |
| 4/22/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Analyze loan data sent by company as per phase 1 work plan | 1.5 |
| 4/23/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of genesis transactions files provided by company | 0.6 |
| 4/23/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Created summary presentation of loan data sent by company | 0.8 |
| 4/24/2023 | Schiffrin, Javier | Potential Avoidance Actions/Litigation Support | Participated in call with K. Kamlani (M3), W. Foster (M3) and M3 team to review workplan | 0.3 |
| 4/24/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3), K. Kamlani (M3), J. Schiffrin (M3), to review work plan | 0.5 |
| 4/24/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) to review work plan for CGSH | 0.3 |
| 4/24/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Correspond with debtors' on additional data requests and filling out data templates | 0.4 |
| 4/24/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Create summary work plan to be shared with CGSH outlining proposed scope of work | 1.9 |
| 4/24/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Draft correspondence with Cleary to provide working plan update | 1.8 |
| 4/24/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3), J. Schiffrin (M3), and W. Foster (M3) to review work plan | 0.5 |
| 4/24/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Review of W. Foster's workplan outline and comments provided in advance of internal meeting. | 0.9 |
| 4/24/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Review work plan prior to internal call with M3 team | 0.5 |
| 4/24/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), K. Kamlani (M3), J. Schiffrin (M3), and W. Foster (M3) to review work plan | 0.5 |
| 4/24/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Create slide deck for CGSH on work plan | 2.0 |
| 4/24/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), and W. Foster (M3) to review work plan for CGSH | 0.1 |
| 4/24/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Analyze and execute on updates for work plan for CGSH | 1.2 |
| 4/24/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3) to work on slide deck for CGSH | 1.0 |
| 4/24/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3), K. Kamlani (M3), J. Schiffrin (M3), and W. Foster (M3) to review work plan | 0.5 |
| 4/24/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3), and W. Foster (M3) to review work plan for CGSH | 0.1 |
| 4/24/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Work on diligence and analysis deck | 2.7 |
| 4/24/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Continued work on diligence and analysis deck | 2.4 |

Case No: 23-10063  
Case Name: Genesis Global Holdco, LLC et al.  
M3 Advisory Partners, LP  
Fee Application Period: April 1 2023 - April 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/24/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) to work on slide deck for CGSH | 1.0 |
| 4/25/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Meeting with M. Altman (M3), M. Iannella (M3), P. Lauser (M3) to work on intercompany reconciliation | 3.0 |
| 4/25/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with M3 team and genesis team about additional data requests and update to work plan | 1.4 |
| 4/25/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Analyze various metrics for Genesis portfolio and create summary presentation | 1.9 |
| 4/25/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Meeting with W. Foster (M3), M. Altman (M3), and M. Iannella (M3) to strategize phase 1 work plan | 3.0 |
| 4/25/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Review and comment on Initial Work Plan sent to Cleary. | 0.7 |
| 4/25/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Review of correspondence sent by Conor (Genesis) and direction provided to Will F (M3). | 0.4 |
| 4/25/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participated in a call with Christian (Cleary) regarding inquiry from UCC advisor. | 0.1 |
| 4/25/2023 | Altman, Matthew | Intercompany Claims | Participate in meeting with W. Foster (M3), M. Iannella (M3), and P. Lauser (M3) to work on intercompany recon | 3.0 |
| 4/25/2023 | Iannella, Monique | Intercompany Claims | Attend meeting with W. Foster (M3), M. Altman (M3), P. Lauser (M3) to work on intercompany reconciliation | 3.0 |
| 4/25/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Review transaction data and work on work plan for CGSH | 2.9 |
| 4/26/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Created reconciliation of loan transactions | 1.4 |
| 4/26/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued to create reconciliation of loan transactions | 1.9 |
| 4/26/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3), W. Foster (M3) to review outstanding items and discuss stage one progress | 0.6 |
| 4/26/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) W. Foster (M3) to review outstanding items and discuss stage one progress | 2.9 |
| 4/26/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Finalize diligence list for Cleary | 0.4 |
| 4/26/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3) K. Kamlani (M3), and P. Lauser (M3) to review outstanding items and discuss stage one progress | 0.6 |
| 4/26/2023 | Foster, William | General Correspondence with Other Professionals | Participate in call with J. Hill (BRG) and E. Hengel (BRG) to discuss claims and work plan | 0.4 |
| 4/26/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), M. Altman (M3) and P. Lauser (M3) to review outstanding items and discuss stage one progress | 2.9 |
| 4/26/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of detailed question list and work plan in conjunction with team | 1.6 |
| 4/26/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review raw data file provided by Genesis. | 0.5 |
| 4/26/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), M. Altman (M3), W. Foster (M3), and P. Lauser (M3) to review outstanding items and discuss stage one progress | 0.6 |
| 4/26/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Participated in a call with Evan H and Jim H from BRG. Provided an update post the call to internal team. | 0.5 |
| 4/26/2023 | Altman, Matthew | Intercompany Claims | Update diligence list and plan for phases for company | 1.7 |
| 4/26/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Update diligence list and plan for phases for company | 0.6 |
| 4/26/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Iannella (M3), K. Kamlani (M3), W. Foster (M3), and P. Lauser (M3) to review outstanding items and discuss stage one progress | 2.9 |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: April 1 2023 - April 30 2023**

<u>**Exhibit E - Time Detail by Task by Professional**</u>

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 4/26/2023 | Altman, Matthew | Intercompany Claims | Attend Meeting with M. Iannella (M3), W. Foster (M3), and P. Lauser (M3) to review outstanding items and discuss stage one progress | 1.0 |
| 4/26/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Altman (M3) K. Kamlani (M3), W. Foster (M3), and P. Lauser (M3) to review outstanding items and discuss stage one progress | 0.6 |
| 4/26/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Work on claim diligence and analysis | 2.9 |
| 4/26/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with M. Altman (M3) W. Foster (M3), and P. Lauser (M3) to review outstanding items and discuss stage one progress | 2.9 |
| 4/27/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | further review of question list and plan of next steps with team | 0.6 |
| 4/27/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Analysis of claim diligence and analysis | 0.5 |