UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**. Courtesy copies were also sent via overnight mail to the Chambers of Honorable Sean H Lane, Genesis Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas St Room 147, White Plains NY 10601:

- Third Monthly Fee Statement of Houlihan Lokey Capital, Inc., Investment Banker for the Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, et al., for Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023 [Docket No. 335]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dated: May 26, 2023

*/s/ Humas Ali*
Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 26, 2023, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**<u>Exhibit A</u>**

## Exhibit A
Fee Application Service List
Served via Email

| NAME | Notice Name | EMAIL |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott, Christian Ribeiro | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com |
| Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |