CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AGENDA FOR HEARING TO BE HELD
JUNE 5, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**  June 5, 2023, at 11:00 am (Prevailing Eastern Time)

**Location of Hearing:**  Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The June 5 Hearing will be conducted only through Zoom. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

|  |  |
|---|---|
|  | muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website. |

## AGENDA FOR JUNE 5 HEARING

I. **Matters to be Heard at June 5 Hearing:**

1. **Insurance Motion**: *Debtors' Motion for Entry of an Order of an Order Authorizing the Debtors to (I) Extend the Coverage Period of Certain Insurance Policies and (II) Granting Related Relief.* ECF No. 311.

    i. **General Response Deadline:** May 30, 2023 at 4:00 P.M.

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status**: A proposed order has been filed and the matter is going forward.

2. **Severance Motion**: *Motion of Genesis Asia Pacific Pte. Ltd. For Entry of an Order Authorizing Genesis Asia Pacific Pte. Ltd. to Pay Certain Employee Severance Obligations.* ECF No. 312.

    i. **General Response Deadline:** May 30, 2023 at 4:00 P.M.

    ii. **No Objections**

    iii. **Related Pleadings:**

        1. *Notice of Revised Proposed Order Authorizing Genesis Asia Pacific Pte. Ltd to Pay Certain Employee Severance Obligations.* ECF No. 345.

    iv. **Status**: A proposed order has been filed and the matter is going forward.

3. **Exclusivity Motion**: *Debtors' Motion for Entry of Order Extending the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief.* ECF No. 329.

    i. **General Response Deadline:** May 30, 2023 at 4:00 P.M.

    ii. **The Official Committee of Unsecured Creditors and Proskauer Rose LLP on Behalf of an Ad Hoc Group of GGC Lenders Response Deadline:** June 2, 2023 at 12:00 PM.

  **iii.** **No Related Pleadings**

  **iv.** **Status**: A proposed order has been filed and the matter is going forward.

Dated: June 1, 2023
   New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Jane VanLare*
Sean A. O'Neal
Luke Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*