**Hearing Date: June 5, 2023 at 11:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: June 2, 2023 at 12:00 p.m. (prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' PROPOSED**
**AMENDED CONSENSUAL ORDER EXTENDING MEDIATION**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 23, 2023, the Debtors filed the *Debtors' Motion for Appointment of a Mediator*, ECF No. 252 (the "Mediation Motion"),[2] seeking an order from this Court appointing a mediator and ordering mediation of the Mediation Issues between the Mediation Parties.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Mediation Motion.

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2023, the Debtors filed the *Notice of Filing of Proposed Consensual Order Appointing Mediator*, ECF No. 278 (the "Notice of Proposed Consensual Mediation Order"). The Notice of Proposed Consensual Mediation Order sought this Court's entry of the proposed order attached thereto as Exhibit 1 which reflected a consensual agreement for mediation among the Mediation Parties.

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2023, the Court entered the *Order Appointing Mediator*, ECF No. 279 (the "Mediation Order") granting the Mediation Motion for a period of thirty (30) days.

**PLEASE TAKE FURTHER NOTICE** that, on May 31, 2023, the Debtors filed the *Notice of Filing of Proposed Amended Consensual Order Extending Mediation*, ECF No. 350, seeking entry of the *Order Extending Mediation Period* attached thereto as Exhibit A (the "Proposed Mediation Extension Order") by the Honorable Sean H. Lane, United States Bankruptcy Judge, on June 2, 2023 at 2:00 p.m. (ET) on presentment.

**PLEASE TAKE FURTHER NOTICE** that, rather than on presentment, the Court will be conducting a hearing (the "Hearing") on the Proposed Mediation Extension Order via Zoom for Government on **June 5, 2023 at 11:00 a.m. (ET) (the "Hearing Date")**. Any responses or objections to the relief requested in the Proposed Mediation Extension Order shall: (a) be in writing; (b) filed electronically with the Court on or before **Friday, June 2, 2023 at 12:00 p.m. (ET) (the "Objection Deadline")** and (b) served as required by the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order") entered in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, parties wishing to register for the Hearing must use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links to those persons who made eCourt appearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE** that, all parties-in-interest filing an objection to the Proposed Mediation Extension Order or who wish to be heard with respect to the Proposed Mediation Extension Order shall appear before the Court on the Hearing Date. Failure to appear at the Hearing may result in the Court overruling any objections and entering the Proposed Mediation Extension Order without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Mediation Extension Order can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis or by calling +1 888 524 2017.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: June 1, 2023<br>New York, New York | */s/ Sean A. O'Neal*_____<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |