**From:** Ariam Asmerom <asmerom.ariam@gmail.com>
**Sent:** Thursday, June 1, 2023 1:12 PM
**To:** NYSBdb_SHL
**Subject:** Case No. 23-10063

**CAUTION - EXTERNAL:**

To the Honorable Judge Sean H. Lane:

I'm writing to implore your fair consideration of the thousands of lay people who have been de-frauded by Gemini, Genesis and DCG.

Please allow the bankruptcy proceedings to continue without the endless delay tactics that Genesis et al have employed since November 2022. Another extension request at this stage seems almost laughable if it wasn't at the expense of our financial, mental and emotional well being.

Please use your authority, as you have done admirably so far, to prevent the sleezy tactics that DCG and Genesis keep using.

Respectfully,

Ariam Asmerom
* A mother of 3 who has over $30,000 stuck in Earn

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.