| | |
|---|---|
| **From:** | David Finkelstein <David@bdex.com> |
| **Sent:** | Thursday, June 1, 2023 10:35 AM |
| **To:** | NYSBdb_SHL |
| **Subject:** | Objection to the extension mediation request filed by Genesis Global Holdco LLC in Case Number: 23-10063 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Dear Judge Sean H. Lane,

As a concerned creditor of Genesis, one of the approximately 240k consumers who invested through the Gemini Earn program, I am writing to strongly object to the extension mediation request filed by Genesis Global Holdco LLC in Case Number: 23-10063.

Our funds have been locked up by Genesis since November and we desperately need access to our funds.

The immediate disbursement of even a small percentage of the funds belonging to retail investors would make a profound difference in our lives. It is crucial to acknowledge the extreme hardship that these investors are enduring as a result of this situation. Many of them are facing significant financial strain (myself included), with their livelihoods hanging in the balance. The prompt release of a portion of their invested funds could alleviate their immediate burdens and provide much-needed relief during these challenging times.

In light of the aforementioned points, I strongly request that you consider, Your Honor, to deny the motion requesting an extension. Granting this request would only prolong the uncertainty and hardships faced by the creditors and retail investors involved. It is in the best interest of justice and fairness that the legal proceedings move forward without further delay.

Thank you for your attention to this matter. I trust that you will consider the concerns raised by concerned Gemini Earn Users and act in the best interest of all parties involved. Should you require any additional information or clarification, please do not hesitate to contact me.

Sincerely

David Finkelstein

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.