| | |
|---|---|
| **From:** | Mohammad Rahman <stockrahman@gmail.com> |
| **Sent:** | Thursday, June 1, 2023 1:39 AM |
| **To:** | NYSBdb_SHL |
| **Subject:** | Objection to Genesis Global LLC extension |

**CAUTION - EXTERNAL:**

To the Honorable Judge Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York:

I, Mohammad A Rahman, Gemini Earn User, am writing to express my strong objection to the extension mediation request made by Genesis Global Holdco LLC in Case Number: 23-10063.

I join my fellow Gemini Earn Users in conveying the immense hardships we have endured as a result of the prolonged delay in accessing our funds. Since November of last year, we have been grappling with financial uncertainty and the promised resolution remains elusive. It is disheartening to witness Genesis resorting to yet another extension, further exacerbating the burdens faced by the public.

Genesis Global Holdco LLC has already been granted multiple extensions, but their failure to fulfill their commitments has left us disillusioned. We, as a diverse group of individuals including teachers, nurses, miners, students, and many more, relied on these funds for our basic needs, educational pursuits, and financial stability. The passage of time only intensifies our struggles and dampens our hopes for a swift resolution.

Therefore, I implore you, Your Honor, to deny the requested extension mediation and instead require Genesis Global Holdco LLC to provide a transparent and clearly defined pay schedule, with an immediate initial payment. It is of utmost importance that we are given a clear timeline for the disbursement of our funds, as well as the assurance that we will be fully compensated for our losses.

The hardships endured by the public throughout this ordeal cannot be understated. Families have faced severe financial strain, dreams have been put on hold, and lives have been adversely affected. We appeal to your sense of justice and compassion as you consider the far-reaching consequences of further delays on individuals who are already grappling with dire circumstances.

By denying the requested extension and demanding a comprehensive pay schedule, we can ensure fairness and restore the faith of Gemini Earn Users in the legal system.

Thank you for your unwavering dedication to upholding justice, and for taking our concerns into account.

Sincerely,
Mohammad Rahman

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.