| | |
|---|---|
| From: | Nicholas Serres <serresng@hotmail.com> |
| Sent: | Thursday, June 1, 2023 1:28 PM |
| To: | NYSBdb_SHL |
| Subject: | Case Number 23-10063 |

**CAUTION - EXTERNAL:**

To the Honorable Judge Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York:

I, an undersigned Gemini Earn user, am writing to object to the requested extension to mediation by Genesis Holdco, LLC, under Case Number 23-10063.

I and the other Gemini Earn users have had our funds completely withheld in violation of our agreement with Gemini and Genesis since November 16, 2022. Any requested extension to the mediation process is an unacceptable delay tactic, and any request by Genesis to further extend without a payment schedule to Gemini Earn creditors is unacceptable.

Genesis Global Holdco, LLC, has already been granted multiple extensions, and they must at this point commit to engaging the mediation and payment processes in good faith, and with greater urgency. Gemini Earn creditors have been patient, but with more than six months without access to any amount of our significant funds, the fact that there has been no tangible progress is an unacceptable burden on creditors.

Gemini Earn creditors must know when we will be able to access our funds, and to what extent we will receive some or all of our funds back.

I and fellow Gemini Earn users urge you to deny the requested extension to the mediation process, and to require Genesis Holdco, LLC, to provide a clearly delineated payment schedule to Gemini Earn users, with payments to begin immediately.

This extension denial, and a stricter expectation of urgency and good faith, is the only way to ensure that Gemini Earn users, as creditors, are treated fairly and that we are able to regain access to our much-needed funds and assets.

Thank you for your time and consideration in this matter.

Sincerely,

Nicholas Serres
Gemini Earn User

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.