| | |
|---|---|
| **From:** | Richard Zembol <rzembol@hotmail.com> |
| **Sent:** | Thursday, June 1, 2023 11:24 AM |
| **To:** | NYSBdb_SHL |
| **Subject:** | Please do not grant Genesis/Gemini 100 day extension |

**CAUTION - EXTERNAL:**

To the Honorable Judge Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York:

I am writing on behalf of myself, my 82-year-old retired father and 340,000 other defrauded Gemini Earn users. I would like you to consider strongly objecting to any extension in mediation made by Genesis Global Holdco LLC in Case Number: 23-10063. I cannot put into words what this has done to me, my family and many other Gemini Earn users. By not granting an extension, you will force Genesis and Gemini to finally put together a solid repayment plan and possibly force DCG into bankruptcy for not repaying their $630M loan to Genesis two weeks ago. Gemini is holding our collateral interest free and refuses to release funds to their investors because extensions keep getting granted. I am pleading with you to restore some sense of faith in humanity by telling these billionaires to return the funds to the hard-working people who entrusted part of their life savings in their fraudulent programs. Personally, I have $115,000 locked in Earn and my father has $52,500 locked in Earn. You can only imagine how much this has affected my family. Please send a message, no more extensions. Thank you for your time and consideration on this matter.

Rich Zembol
(708)243-8057

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.