| | |
|---|---|
| **From:** | Joseph Kurian <joekur001@gmail.com> |
| **Sent:** | Friday, June 2, 2023 2:54 PM |
| **To:** | NYSBdb_SHL |
| **Subject:** | 23-10063 Genesis: Objection to Extension |

CAUTION - EXTERNAL:

Dear Judge Sean H. Lane,

I am a creditor of Genesis via Gemini Earn, and I am writing to formally object to the mediation extension request filed by Genesis Global Holdco LLC in Case #: 23-10063

Like many others, the delayed return of our funds is causing financial strain. It is wrong to draw out this process at our expense. My wife passed away last year, leaving me a single father of 2: I just want what is mine to be returned so that I can provide for my family.

Thank you for your time & consideration,

-Joseph Kurian
14865 50th St S
Afton, MN 55001
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.