| | |
|---|---|
| **From:** | Gmail <pberardi1@gmail.com> |
| **Sent:** | Thursday, June 1, 2023 11:38 PM |
| **To:** | NYSBdb_SHL |
| **Subject:** | email title: Case Number: 23-10063 (SHL): Objection to Extension Mediation Request by Genesis Global Holdco, LLC |

**CAUTION - EXTERNAL:**

To the Honorable Judge Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York:

I, an undersigned Gemini Earn User, am writing to strenuously object to the requested extension mediation by Genesis Global Holdco LLC under Case Number: 23-10063.

We, the Gemini Earn Users, have been without a single dollar as agreed upon, since November of last year, and we believe any requested extension is a delay tactic. We believe any request by Genesis to extend without a clearly laid out pay schedule is unacceptable.

Genesis Global Holdco LLC. has already been granted multiple extensions, and we believe that it is time for them to start making good on their promises. We have been patient, but we are running out of time. We are teachers, nurses, miners, students, and more. We do not have the luxury of waiting this out much further while billionaires deliberate over our funds.

We need to know when we will be able to access our funds, and we need to know that we will be made whole.

We urge you to deny the requested extension mediation and to require Genesis Global Holdco LLC. to provide a clearly laid out pay schedule, with an initial payment put forth immediately.

We believe this is the only way to ensure that we are treated fairly and that we are able to get our money back.

Thank you for your time and consideration.

Sincerely,

pete berardi
Gemini Earn User

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.