| | |
|---|---|
| **From:** | Vashita Dhir <vashidhir@gmail.com> |
| **Sent:** | Thursday, June 1, 2023 11:25 PM |
| **To:** | NYSBdb_SHL |
| **Subject:** | Case Number: 23-10063 (SHL): Objection to Extension Mediation Request by Genesis Global Holdco, LLC |

**CAUTION - EXTERNAL:**

To the Honorable Judge Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York:

I, an undersigned Gemini Earn User, am writing to strenuously object to the requested extension mediation by Genesis Global Holdco LLC under Case Number: 23-10063.

We, the Gemini Earn Users, have been unable to withdraw our funds since November of last year, and we believe Barry Silbert is not acting in good faith. We believe that any requested extension is a delay tactic by Genesis.

Genesis Global Holdco LLC. has already been granted multiple extensions, and it is frankly unconscionable that we have yet to be paid back our own hard-earned money.
We urge you to deny the requested extension mediation and to require Genesis Global Holdco LLC. to provide a clearly laid out pay schedule, with an initial payment put forth immediately.

Thank you for your time and consideration.

Sincerely,

Vashita Dhir, M.D.
Gemini Earn victim

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.