PAUL HASTINGS LLP
Kristopher M. Hansen
Kenneth Pasquale
Isaac Sasson
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
Email: kenpasquale@paulhastings.com
Email: isaacsasson@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors of FTX Trading Ltd., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear in the above-captioned chapter 11 cases as counsel for the Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. ("FTX Committee") in the chapter 11 cases styled *In re FTX Trading Ltd. et al.*, Case No. 22-11068-JTD (Bankr. D. Del.) pursuant 11 U.S.C. § 1109(b) and request, pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of any and all notices, pleadings, motions, orders to show cause,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

Kristopher M. Hansen
Kenneth Pasquale
Isaac Sasson
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
Email: kenpasquale@paulhastings.com
Email: isaacsasson@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the FTX Committee to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: June 5, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Kristopher M. Hansen*<br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen<br>Kenneth Pasquale<br>Isaac Sasson<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>Email: kenpasquale@paulhastings.com<br>Email: isaacsasson@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of FTX Trading Ltd., et al.* |