| | |
|---|---|
| Adam J. Goldberg | Nima H. Mohebbi |
| Christopher Harris | Tiffany M. Ikeda |
| Brett M. Neve | **LATHAM & WATKINS LLP** |
| Nacif Taousse | 355 South Grand Avenue, Suite 100 |
| **LATHAM & WATKINS LLP** | Los Angeles, CA 90071 |
| 1271 Avenue of the Americas | Telephone: (213) 485-1234 |
| New York, NY 10020 | Facsimile: (213) 891-8763 |
| Telephone: (212) 906-1200 | Email:  nima.mohebbi@lw.com |
| Facsimile: (212) 751-4864 |            tiffany.ikeda@lw.com |
| Email:  adam.goldberg@lw.com | |
|            christopher.harris@lw.com | |
|            brett.neve@lw.com | |
|            nacif.taousse@lw.com | |

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

# MOTION FOR ADMISSION *PRO HAC VICE*

I, Nima H. Mohebbi, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (in liquidation) (collectively, the "**Foreign Representatives**"), in the above-referenced cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

I certify that I am a member in good standing of the bar of the State of California and have been admitted to practice in the U.S. District Court for the Central District of California and the U.S. District Court for the Southern District of California. I further certify that I am a member in good standing to practice before all courts to which I am admitted, and there are no disciplinary actions pending against me in any jurisdiction.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 5, 2023　　　　　　　　　　　Respectfully submitted,
Los Angeles, CA

　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　　　　　By: /s/ *Nima H. Mohebbi*
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　Nima H. Mohebbi
　　　　　　　　　　　　　　　　　　　355 South Grand Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　Telephone: (213) 485-1234
　　　　　　　　　　　　　　　　　　　Facsimile: (213) 891-8763
　　　　　　　　　　　　　　　　　　　Email: nima.mohebbi@lw.com

　　　　　　　　　　　　　　　　　　　*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)*

# Exhibit A

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) Case No. 23-10063 (SHL) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF NIMA H. MOHEBBI

UPON the motion of Nima H. Mohebbi, to be admitted, *pro hac vice*, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "Foreign Representatives"), in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and has been admitted to practice in the U.S. District Court for the Central District of California and the U.S. District Court for the Southern District of California, it is hereby

ORDERED, that Nima H. Mohebbi, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
New York, New York

                                                HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.