Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARINGS ON (I) THE ADEQUACY OF
INFORMATION IN THE DEBTORS' DISCLOSURE STATEMENT
AND (II) CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file the *Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code* (including all exhibits attached thereto, and as may be amended, altered, modified, revised, or supplemented from time to time) (the "Disclosure Statement") and the *Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code* (including all exhibits annexed thereto and as it may be amended, altered, modified, revised, or supplemented from time to time) (the "Plan").

**PLEASE TAKE FURTHER NOTICE** a hearing on the adequacy of the information in the Disclosure Statement will be held via Zoom before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on **July 12, 2023 at 2:00 P.M. (Eastern Time)** (the "Disclosure Statement Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Disclosure Statement shall be (a) made in writing; (b) filed with the Bankruptcy Court no later than **July 5, 2023 at 4:00 P.M. (Eastern Time)** (the "Disclosure Statement Objection Deadline"); (c) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order"); (d) state with particularity the basis and nature of any objection to the Disclosure Statement; (e) filed electronically with this Court on the docket of *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) by registered users of this Court's electronic filing system and in accordance with the Bankruptcy Court's General Order M-399 (which is available

at http://www.nysb.uscourts.gov); and (f) be served so as to be actually received by the Disclosure Statement Objection Deadline (or supplemental deadline, if applicable), by: (i) the Chambers of the Honorable Judge Sean H. Lane, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601; (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq. and Jane VanLare, Esq.; (iii) the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 111 South Wacker Drive Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, Esq., and 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq.; (v) counsel to the Ad Hoc Group of Genesis Lenders, Proskauer Rose LLP, Eleven Times, New York, NY 10036, Attn: Brian S. Rosen, Esq., and 70 West Madison Street, Suite 3800, Chicago, IL 60602, Attn: Jordan Sazant, Esq.; (vi) any parties that have appeared and requested notice pursuant to the Bankruptcy Rules (each of (i) through (vi), the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **August 24, 2023 at 11:00 A.M. prevailing Eastern Time**, before the Honorable Sean H. Lane, United States Bankruptcy Court for the Southern District of New York. The Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such

adjournment being announced in open court, by agenda filed with the Court, and/or by a notice of adjournment filed with the Court and served on all parties entitled to notice.[2]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Plan shall be (a) made in writing; (b) filed with the Bankruptcy Court no later than **August 17, 2023 at 4:00 P.M. (Eastern Time)** (the "Plan Objection Deadline"); (c) conform to Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of New York, and the Case Management Order; (d) state with particularity the basis and nature of any objection to the Plan; (e) filed electronically with this Court on the docket of *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) by registered users of this Court's electronic filing system and in accordance with the Bankruptcy Court's General Order M-399 (which is available at http://www.nysb.uscourts.gov); and (f) be served so as to be actually received by the Plan Objection Deadline (or supplemental deadline, if applicable), by the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement and Plan will be accessible and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis or by calling +1 888 524 2017.

---

[2] The Debtors intend to file a motion seeking approval of solicitation and voting procedures in connection with the Plan, which will include a notice of the confirmation hearing and other key dates relevant to Plan voting and solicitation.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Disclosure Statement or Plan, or if you want the Court to consider your position on the Disclosure Statement, then you or your attorney must attend the relevant hearing. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Disclosure Statement and/or Plan and may enter orders granting the relief requested by the Debtors.

**PLEASE TAKE FURTHER NOTICE**, if confirmed, the Plan shall bind all holders of claims and holders of equity interests to the maximum extent permitted by applicable law, whether or not such holder will receive or retain any property or interest in property under the Plan, has filed a proof of claim in these Chapter 11 cases, or failed to vote to accept or reject the Plan or voted to reject the Plan.

| | |
|---|---|
| Dated:  June 7, 2023<br>           New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |