# EXHIBIT B

## Arabella di Iorio OCP Questionare

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006

If more space is needed, please complete on a separate page and attach.

1. Name and address of the firm:

    Agon Litigation
    Ritter House, 2/F, Road Town
    Tortola, VG1110, British Virgin Islands

2. Date of retention: December 12, 2023

3. Type of services provided:

    BVI law consultation

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

2

4. Brief description of services to be provided:

The firm will be consulting with the Debtors on issues of BVI law and representing the Debtors as local counsel in the BVI.

5. Arrangements for compensation (hourly, contingent, etc.):

Hourly compensation on a time spent basis.

(a) Average hourly rate (if applicable): Arabella di Iorio (Partner) $800 per hour, Paul Griffiths (Partner) $750 per hour, Senior Associate $500 per hour, Junior Associate $375 per hour, Paralegal Support $200 per hour

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):
$10,000

6. Prepetition claims against any of the Debtors held by the firm:

Debtor(s) against whom claim is held: NA

Amount of claim:       NA

Date claim arose:      NA

Source of claim:       NA

7. Prepetition claims against the Debtors held individually by any member or associate of the firm:

Name: NA

Status: NA

Debtor(s) against whom claim is held: NA

3

      Amount of claim:   NA

      Date claim arose:   NA

      Source of claim:   NA

8. Stock or American Depository Shares of any of the Debtors currently held by the firm:

    Kind of shares: NA

    No. of shares: NA

9. Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

    Name: NA

    Status: NA

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    See declaration.

                                               Name: Arabella di Iorio

                                               Title: Partner