**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
David Turetsky
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

– and –

Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (305) 881-5450

*Counsel to Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 289, 405** |

**JOINDER AND RESERVATION OF RIGHTS**
**OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO DEBTORS' OBJECTION TO THE MOTION OF FTX TRADING LTD. AND ITS**
**AFFILIATED DEBTORS FOR AN ORDER MODIFYING THE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. 362(d)(1) AND BANKRUPTCY RULE 4001**

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases

of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") respectfully

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's tax identification number (as applicable) are as follows:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

states as follows in support of this Joinder and Reservation of Rights to the *Debtors' Objection to the Motion of FTX Trading Ltd. and Its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001* [Docket No. 405] (the "**Objection**").  In support of this Joinder and Reservation of Rights, the Committee respectfully states as follows:

1.      On May 3, 2023, FTX Trading Ltd. and certain affiliates filed a motion for entry of an order modifying the automatic stay to permit them to commence one or more adversary proceedings against the Debtors to adjudicate and liquidate their alleged preference claims against the Debtors [Docket No. 289] (the "**Motion**").

2.      On June 8, 2023, the Debtors filed their Objection to the Motion.

3.      The Committee joins in the arguments made by the Debtors in their Objection and reserves all rights with respect to the Motion.

4.      The Committee further reserves the right to supplement or amend this Joinder and Reservation of Rights and to present evidence at the hearing to consider the Motion, whether as a result of ongoing discovery or otherwise.

WHEREFORE, the Committee respectfully requests that the Court (i) deny the Motion, (ii) sustain the Objection, and (iii) grant the Committee such other and further relief as is just, proper, and equitable.

Dated: June 8, 2023
New York, New York

Respectfully submitted,

By: _Philip Abelson_

**WHITE & CASE LLP**
J. Christopher Shore
Philip Abelson
David Turetsky
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: cshore@whitecase.com
   philip.abelson@whitecase.com
   david.turetsky@whitecase.com
   michele.meises@whitecase.com

– and –

Gregory F. Pesce (admitted _pro hac vice_)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (305) 881-5450
E-mail: gregory.pesce@whitecase.com

_Counsel to Official Committee of Unsecured
Creditors_