CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF DECLARATION OF TAY YU XI
ON BEHALF OF ALLEN & GLEDHILL LLP IN ACCORDANCE WITH
THE ORDER AUTHORIZING THE DEBTORS TO RETAIN AND COMPENSATE
CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on February 8, 2023, the Debtors filed *Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date* [ECF No. 65] (the "OCP Motion").

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business* [ECF No. 102] (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** and **Exhibit B** are the OCP Declaration[2] and OCP Questionnaire, respectively, of Tay Yu Xi on behalf of Allen & Gledhill LLP.

| | |
|---|---|
| Dated: June 8, 2023<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the OCP Motion.

# EXHIBIT A
## OCP Declaration

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DECLARATION OF DISINTERESTEDNESS**

I, **TAY YU XI** (Singapore National Registration Identity Card No. SXXX180Z), declare that the following is true to the best of my knowledge, information and belief:

1. I am a Partner of Allen & Gledhill LLP, located at One Marina Boulevard #28-00 Singapore 018989 (the "Firm"), which has been employed by the debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") in the ordinary course of the Debtors' business. The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [ECF No. 102] (the "Ordinary Course Professionals Order").

2. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases. The Firm does not perform services for

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

3. The Debtors have requested that the Firm provide Singapore law advice on restructuring and insolvency proceedings relating to the Debtors, and the Firm has consented to provide such services.

4. The Firm has provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

5. The Firm does keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

7. Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8. Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors owe the Firm US$12,744 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§

2

101-1532.  This amount is either owing in United States ("U.S.") Dollars or has been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

10. As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

[*Signature page follows*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __8__ May, 2023

_____
TAY YU XI
Partner
Allen & Gledhill LLP
Address: One Marina Boulevard #28-00
Singapore 018989
Telephone: +65 6890 7470
Facsimile: +65 6302 3429
Email: jo.tay@allenandgledhill.com

4

**EXHIBIT B**
**OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

<u>RETENTION QUESTIONNAIRE</u>[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al*., (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

[Address]

If more space is needed, please complete on a separate page and attach.

1. Name and address of the firm:

    Allen & Gledhill LLP. One Marina Boulevard #28-00 Singapore 018989.

2. Date of retention: 12 December 2022

3. Type of services provided:

    Legal advice and/or representation

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

4. Brief description of services to be provided:

   Singapore law advice in relation to restructuring and insolvency matters involving the Debtors, including Singapore recognition and assistance applications under the UNCITRAL Model Law on Cross-Border Insolvency.

5. Arrangements for compensation (hourly, contingent, etc.):

   The Firm's standard policy is to charge fees based on our standard hourly rates as set out in our engagement papers. Also see our letter of engagement dated 11 January 2023.

   (a) Average hourly rate (if applicable):

   | Designation / Name | Standard Hourly Rates (S$) |
   |---|---|
   | Partner, Alexander Yeo | 750 |
   | Partner, Jo Tay | 750 |
   | Associate, Yeoh Tze Ning | 500 |

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

6. Prepetition claims against any of the Debtors held by the firm:

   Debtor(s) against whom claim is held:  NA

   Amount of claim:

   Date claim arose:

3

      Source of claim: _____

7. Prepetition claims against the Debtors held individually by any member or associate of the firm:

      Name: NA_____

      Status: _____

      Debtor(s) against whom claim is held: _____

      Amount of claim: _____

      Date claim arose: _____

      Source of claim: _____

8. Stock or American Depository Shares of any of the Debtors currently held by the firm:

      Kind of shares: NA_____

      No. of shares: _____

9. Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

      Name: NA_____

      Status: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      NA
_____
_____
_____

4

Name: Tay Yu Xi

Title: Partner