PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered<br><br>**Re: Docket No. 329** |

**JOINDER AND RESERVATION OF RIGHTS OF THE AD HOC GROUP TO DEBTORS' OBJECTION TO THE MOTION OF FTX TRADING LTD. AND ITS AFFILIATED DEBTORS FOR AN ORDER MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND BANKRUPTCY RULE 4001**

The Ad Hoc Group of Lenders (the "Ad Hoc Group") respectfully files this joinder and reservation of right (this "Joinder") to the *Debtors' Objection to the Motion of FTX Trading Ltd. and its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*§ 362(d)(1) and Bankruptcy Rule 4001* [Docket No. 405] (the "Objection").[2] In support of this Joinder, the Ad Hoc Group respectfully submits as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. On May 3, 2023, FTX Trading Ltd. and certain affiliates (the "FTX Debtors") filed a motion seeking entry of an order lifting the automatic stay to permit the FTX Debtors to file adversary proceedings against the Debtors to prosecute alleged preference claims and other avoidance actions against the Debtors in the United States Bankruptcy Court for the District of Delaware [Docket No. 289] (the "Motion").

2. On June 8, 2023, the Debtors filed the Objection to the Motion. Among other things, the Objection opposes the relief requested in the Motion on account of the significant delay and prejudice that such relief would cause other creditors in these chapter 11 cases, including the members of the Ad Hoc Group.

3. The Ad Hoc Group files this Joinder to support the arguments made by the Debtors in the Objection. The Ad Hoc Group further reserves all rights with respect to the Motion, including the right to supplement this Joinder with additional written support or to present such arguments at the hearing on the Motion. The Ad Hoc Group respectfully requests that the Court sustain the Objection and deny the relief requested in the Motion.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Dated: June 8, 2023

**PROSKAUER ROSE LLP**

*/s/ Brian S. Rosen*
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: brosen@proskauer.com

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Email:  jsazant@proskauer.com

*Counsel to the Ad Hoc Group*