Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Benjamin S. Beller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for FTX Trading Ltd. and Affiliated Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No: 23-10063 (SHL)<br><br>Jointly Administered |

## <u>AFFIDAVIT OF SERVICE</u>

I, Benjamin S. Beller, depose and say that I am a special counsel of Sullivan &

Cromwell LLP ("**<u>S&C</u>**"), counsel for FTX Trading Ltd. and its affiliates.

On June 13, 2023, at my direction and under my supervision, employees of S&C

caused a copy of the following document to be served via email the parties listed on the Master

Email Service List attached hereto as **<u>Exhibit A:</u>**

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003

**Docket No. 428.** Reply in Support of the Motion of FTX Trading Ltd. and Its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001 [Docket No. 289]

Dated:  June 13, 2023        */s/ Benjamin S. Beller*
        New York, New York        Benjamin S. Beller

State of New York
County of New York

Subscribed and sworn to me on June 13, 2021, by Benjamin S. Beller, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Zhuofan Chen*
Notary Public, State of New York
No. 01CH6427141
Qualified in New York County
Commission Expires December 20, 2025

**<u>Exhibit A</u>**

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato | benjamin.mintz@arnoldporter.com<br>marcus.asner@arnoldporter.com<br>justin.imperato@arnoldporter.com |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem | eneiger@askllp.com<br>mudem@askllp.com |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak | jhollembeak@bairdholm.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy | |
| Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey | jamassey@cgsh.com |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com<br>lbarefoot@cgsh.com |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman | arianna@genesistrading.com |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi | jcampisi@kaplanfox.com |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman, Christine Porter, & Herb Baer | genesisteam@ra.kroll.com<br>serviceqa@ra.kroll.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse | adam.goldberg@lw.com<br>christopher.harris@lw.com<br>brett.neve@lw.com<br>nacif.taousse@lw.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel | fringel@leechtishman.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea | metkin@lowenstein.com abehlmann@lowenstein.com mpapandrea@lowenstein.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb | hrosenblat@morrisoncohen.com |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | eric.daucher@nortonrosefulbright.com victoria.corder@nortonrosefulbright.com victoria.corder@nortonrosefulbright.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov andy.velez-rivera@usdoj.gov tara.tiantian@usdoj.gov greg.zipes@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson | krishansen@paulhastings.com kenpasquale@paulhastings.com isaacsasson@paulhastings.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin | brosen@proskauer.com vindelicato@proskauer.com mvolin@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant | jsazant@proskauer.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott | ashmead@sewkis.com kotwick@sewkis.com lotempio@sewkis.com matott@sewkis.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss | isloss@sgtlaw.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg | |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>jensenc@sullcrom.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office | |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com<br>philip.abelson@whitecase.com<br>michele.meises@whitecase.com |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan | jsullivan@windelsmarx.com |