**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
John R. Ashmead, Esq.
Mark D. Kotwick, Esq.
Catherine V. LoTempio, Esq.

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FIRST COMBINED MONTHLY STATEMENT OF SEWARD & KISSEL LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 30, 2023 THROUGH APRIL 30, 2023**

  **PLEASE TAKE NOTICE** that on the date hereof, Seward & Kissel LLP ("S&K") filed the *First Combined Monthly Statement of Seward & Kissel LLP for Interim Compensation and Reimbursement of Expenses as Special Litigation Counsel for the Official Committee of Unsecured Creditors for the Period From March 30, 2023 Through April 30, 2023* (the "Monthly Statement") with the United States Bankruptcy Court for the Southern District of New York and served it on the Fee Notice Parties.  *See* Dkt. No. 101 ¶ 2.A.(a).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that responses or objections (an "Objection") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 101] (the "Interim Compensation Procedures");[2] (b) be served via email so as to be actually received by **12:00 p.m. (ET) on the date that is 15 days following the service of this Monthly Statement**, by (i) Seward & Kissel LLP and (ii) the Fee Notice Parties; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Dkt. No. 101 ¶ 2.A.(f).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to S&K. *See id.* ¶ 2.A.(g).

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder. *See id.* ¶ 2.A.(h).

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

SK 38292 0013 10645740 v1

Kroll at https://restructuring.ra.kroll.com/genesis/.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: June 13, 2023
      New York, New York

Respectfully submitted,

By:  */s/ John R. Ashmead*

**SEWARD & KISSEL LLP**
John R. Ashmead
Mark D. Kotwick
Catherine V. LoTempio
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
E-mail: ashmead@sewkis.com
        kotwick@sewkis.com
        lotempio@sewkis.com

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

SK 38292 0013 10645740 v1

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
John R. Ashmead, Esq.
Mark D. Kotwick, Esq.
Catherine V. LoTempio, Esq.

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### FIRST COMBINED MONTHLY STATEMENT OF SEWARD & KISSEL LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 30, 2023 THROUGH APRIL 30, 2023

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| Name of Applicant: | Seward & Kissel LLP ("S&K") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively the "Debtors") |
| Date of Retention: | May 16, 2023 [Dkt. No. 315], *Effective as of* March 30, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | March 30, 2023 – April 30, 2023 (the "Compensation Period") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $73,485.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $58,788.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $14,670.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $0.00 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $73,485.00 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $58,788.00 |

This is a combined <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, S&K, as special litigation counsel to the Committee of the Debtors, hereby submits this combined monthly

---

[2]   Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

SK 38292 0013 10645740 v1

statement (the "Monthly Statement") for the Compensation Period, and requests that the Debtors promptly pay an aggregate amount of $58,788.00, consisting of 80% of the $73,485.00 in fees earned.

## Professional Services Rendered and Expense Disbursements Incurred

1.      Prior to filing this Monthly Statement, S&K reviewed its fees generated and hours worked (which totaled 73.2 hours and $73,485.00) and expenses incurred (which totaled $0.00). By this Monthly Statement, S&K requests payment of an aggregate amount of $58,788.00, consisting of 80% of the $73,485.00 in fees earned.

2.      **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by S&K; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by S&K. The blended rate for compensation requested in this Monthly Statement is approximately $1,004 per hour.[3]

3.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by S&K timekeepers in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth the time records for S&K timekeepers for which compensation is sought by S&K, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

5.      S&K does not seek reimbursement for any expenses during the Compensation

---

[3]      The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement, rounded to the nearest dollar.

Period.

6.      The following is a brief narrative summary of the services performed by S&K professionals and paraprofessionals on behalf of the Committee during the Compensation Period, organized by project category:

| Matter No. | Category Name | Hours | Fees |
|---|---|---|---|
| | Brief Narrative Summary | 73.2 | $73,485.00 |
| 0001 | **Case Administration** | 18.6 | $16,210.00 |
| | Upon being engaged by the Committee on March 30, 2023, S&K immediately began working with respect to its special litigation mandate.  S&K's professionals and paraprofessionals were involved in the following activities, among others, relating to administration of these chapter 11 cases during the Compensation Period: (i) meetings to discuss various workstreams, staffing, and upcoming deadlines; (ii) administrative tasks with respect to receiving certain formal and informal discovery productions and hosting such data (principally, financial) on review platforms; (iii) calls with other Committee advisors to discuss and coordinate workstreams; (iv) attending to external file management, including external data rooms; and (v) attending to internal file management, including establishing an internal calendar and monitoring work in progress. | | |
| 0011 | **Discovery** | 45.6 | $46,577.50 |
| | During the Compensation Period, S&K reviewed discovery produced, conducted due diligence and legal research, and discussed initial findings with the Committee's financial advisors with respect to relationships and transactions between and potential claims by or against creditors. | | |
| 0013 | **Employment and Fee Applications** | 9.0 | $10,697.50 |
| | During the Compensation Period, S&K prepared its retention application, which was filed on April 21, 2023 [Dkt. No. 243]. | | |

## Reservation of Rights

7.      Although S&K has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation

4

Period.  S&K reserves the right to seek payment of such fees and expenses not included herein.

**<u>Notice</u>**

8.      S&K will provide notice of this Monthly Statement to the Fee Notice Parties [*see*

Dkt. No. 101 ¶ 2.A.(a)] in accordance with the Interim Compensation Procedures.


Dated: June 13, 2023
         New York, New York


                                                    Respectfully submitted,


                                                    By:  */s/ John R. Ashmead*

                                                    **SEWARD & KISSEL LLP**
                                                    John R. Ashmead
                                                    Mark D. Kotwick
                                                    Catherine V. LoTempio
                                                    One Battery Park Plaza
                                                    New York, NY 10004
                                                    Telephone: (212) 574-1200
                                                    E-mail: ashmead@sewkis.com
                                                            kotwick@sewkis.com
                                                            lotempio@sewkis.com

                                                    *Special Litigation Counsel to the*
                                                    *Official Committee of Unsecured Creditors*

## Exhibit A

### Timekeeper Summary

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Amount |
|------|-------|---------------|--------------------|-------|------|--------|
| John R. Ashmead | Partner | 1991 | Corporate Restructuring and Bankruptcy | 11.0 | $1,625 | $17,875.00 |
| Mark D. Kotwick | Partner | 1990 | Litigation | 11.7 | $1,450 | $16,965.00 |
| Catherine V. LoTempio | Associate | 2014 | Corporate Restructuring and Bankruptcy | 8.2 | $975 | $7,995.00 |
| Andrew J. Matott | Associate | 2017 | Corporate Restructuring and Bankruptcy | 14.4 | $925 | $13,320.00 |
| Carmella O'Hanlon | Associate | 2022 | Litigation | 12.6 | $750 | $9,450.00 |
| John Patouhas | Law Clerk | N/A | Corporate Restructuring and Bankruptcy | 6.8 | $750 | $5,100.00 |
| Marian Wasserman | Paralegal | N/A | Litigation | 8.0 | $360 | $2,600.00 |
| Isaura Collado | Paralegal | N/A | Litigation | 0.5 | $325 | $180.00 |
| Grand Total | | | | 73.2 | | $73,485.00 |

## Exhibit B

**Project Summary**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 0001 | Case Administration | 18.6 | $16,210.00 |
| 0011 | Discovery | 45.6 | $46,577.50 |
| 0013 | Employment and Fee Applications | 9.0 | $10,697.50 |
| | **Grand Total** | **73.2** | **$73,485.00** |

**<u>Exhibit C</u>**

**Time Records**

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**

**May 31, 2023**
**Invoice Number 9160064498**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through April 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0001 | GGH Case Administration | 16,210.00 | 0.00 | 16,210.00 |

Genesis Creditors Committee

**38292-0001**       GGH Case Administration

| | | |
|---|---|---|
| **Invoice Date** | May 31, 2023 |
| **Invoice Number** | 9160064498 |
| **Through** | April 30, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/05/2023 | Research re: FTX filings (.4); schedules/SOFA (.3) and proofs of claims (.2); email re: the same (.2). | JOP | 1.10 | 825.00 |
| 04/06/2023 | Attention to docket info from Patouhas re FTX/Alameda (.20); call with BRG and M. Kotwick (.50). | JRA | 0.70 | 1,137.50 |
| 04/06/2023 | Review materials (.50), teleconference with J. Ashmead and matter and next steps (.50). | MDK | 1.00 | 1,450.00 |
| 04/06/2023 | Schedules/SOFA research re: Alameda and cross reference w/ FTX schedules/SOFA for J. Ashmead. | JOP | 2.10 | 1,575.00 |
| 04/07/2023 | Emails re intro to CGSH (.40); discuss internally (.5); attention emails from BRG re background info (.3). | JRA | 1.20 | 1,950.00 |
| 04/08/2023 | Attention to documents and emails from BRG (.50). | JRA | 0.50 | 812.50 |
| 04/09/2023 | Review and analysis of materials provided by BRG. | MDK | 0.60 | 870.00 |
| 04/10/2023 | Further attention to materials and x-ck FTX and Genesis dkt (.40); teleconference with C. LoTempio re same (.30). | JRA | 0.70 | 1,137.50 |
| 04/10/2023 | Correspondence with Morrison & Cohen (.10) and internal discussions re document collection and review (.20). | MDK | 0.30 | 435.00 |
| 04/10/2023 | Discuss background materials with J. Ashmead. | CVL | 0.30 | 292.50 |
| 04/11/2023 | Attention to documents and access issues. | JRA | 0.30 | 487.50 |
| 04/11/2023 | Review received document production (3.1); confer with vendor regarding Relativity (.40); mts w/ M. Kotwick (.3). | ISC | 3.80 | 1,235.00 |
| 04/11/2023 | Meeting with I. Collada re document review. | MDK | 0.30 | 435.00 |
| 04/12/2023 | Attention re document data site (.20). | JRA | 0.20 | 325.00 |
| 04/12/2023 | Continue to review production documents (3.60); coordinate with vendor for hosting in Relativity (.60). | ISC | 4.20 | 1,365.00 |
| 04/12/2023 | Discuss document receipt logistics with C. LoTempio (.1) and coordinate doc hosting logistics (.2). | MDK | 0.30 | 435.00 |
| 04/12/2023 | Discuss document receipt with M. Kotwick (.10); prepare conflict form re same (.10). | CVL | 0.20 | 195.00 |
| 04/13/2023 | Meetings (.2) and correspondence (.1) re doc review and next steps. | MDK | 0.30 | 435.00 |
| 04/14/2023 | Attention status of documents upload (.20), emails M. Kotwick (.10); emails BRG (.20). | JRA | 0.50 | 812.50 |

**Total Hours**.................................................................................. **18.60**

**Total Services**..................................................................$ **16,210.00**

**TOTAL AMOUNT DUE**.......................................................$ **16,210.00**

Genesis Creditors Committee

| | | Invoice Date | May 31, 2023 |
| --- | --- | --- | --- |
| | | **Invoice Number** | 9160064498 |
| **38292-0001** | GGH Case Administration | **Through** | April 30, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0994 JRA | Partner | Ashmead, John | 4.10 | 1,625.00 | 6,662.50 |
| 0431 MDK | Partner | Kotwick, Mark | 2.80 | 1,450.00 | 4,060.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.50 | 975.00 | 487.50 |
| 2339 JOP | Law Clerk | Patouhas, John | 3.20 | 750.00 | 2,400.00 |
| 2210 ISC | Paralegal | Collado, Isaura | 8.00 | 325.00 | 2,600.00 |
| **Total** | | | **18.60** | | **16,210.00** |

## Seward & Kissel LLP

Pg 15 of 22

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**

**May 31, 2023**
**Invoice Number 9160064500**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through April 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0011 | GGH Discovery | 46,577.50 | 0.00 | 46,577.50 |

|  | Genesis Creditors Committee | **Invoice Date** | May 31, 2023 |
|---|---|---|---|
| | | **Invoice Number** | 9160064500 |
| **38292-0011** | GGH Discovery | **Through** | April 30, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/14/2023 | Review and analysis of materials re debtor and Alameda. | MDK | 2.40 | 3,480.00 |
| 04/14/2023 | Numerous emails re document review. | CVL | 0.20 | 195.00 |
| 04/17/2023 | Attention worksite re documents (1.0); discuss with M. Kotwick (.10); email BRGs re document production request (.20). | JRA | 1.30 | 2,112.50 |
| 04/17/2023 | Review open matters re collection and review (.40); correspondence with counsel re document collection and review (.20). | MDK | 0.60 | 870.00 |
| 04/18/2023 | Reach out to WC /BRG re document production, discuss (.30); discuss with M. Kotwick (.20); reach out to MoCo re documents (.10). | JRA | 0.60 | 975.00 |
| 04/18/2023 | Teleconferences with C. LoTempio and A. Matott (.60) call with C. O'Hanlon (.20), and communications re document review and next steps (.50); review company materials (.30). | MDK | 1.60 | 2,320.00 |
| 04/18/2023 | Call with M. Kotwick and A. Matott re background and workstreams. | CVL | 0.60 | 585.00 |
| 04/18/2023 | Prep for (.10) and call with C. O'Hanlon re background and workstreams (.40); Discuss workstreams internally (.20); call with M. Kotwick and C. LoTempio (.60); review briefing materials (.40); email with doc hosting company (.10). | AJM | 1.80 | 1,665.00 |
| 04/18/2023 | Confer with M. Kotwick re: case status and next steps (.20); confer with A. Matott re: document review (.40). | CHA | 0.60 | 450.00 |
| 04/18/2023 | Discuss workstreams/updates internally. | JOP | 0.30 | 225.00 |
| 04/19/2023 | Coordinate with M. Kotwick and MoCo re documents (.10); emails with team re document review (.10); attention to subp transcript (.10). | JRA | 0.30 | 487.50 |
| 04/19/2023 | Teleconference with D. Isaacs re doc production (.60) and internal discussions re review of materials (.20). | MDK | 0.80 | 1,160.00 |
| 04/19/2023 | Review emails re scope of documents (.20); discuss with A. Matott (.20); discuss with M. Kotwick status (.10). | CVL | 0.50 | 487.50 |
| 04/19/2023 | Review documents/filter results (.30); discuss internally (.20) and with Relativity support (.10). | AJM | 0.60 | 555.00 |
| 04/19/2023 | Attention to review of Genesis documents (.60); Confer with A. Matott re: same (.20). | CHA | 0.80 | 600.00 |
| 04/19/2023 | Index and organize case materials for attorney review. | MW | 0.50 | 180.00 |
| 04/20/2023 | Check in re review (.10); update from A. Matott (.20); emails with BRG (.10) email to A. Matott (.10). | JRA | 0.50 | 812.50 |

| | | | | |
|---|---|---|---|---|
| | Genesis Creditors Committee | **Invoice Date** | | May 31, 2023 |
| | | **Invoice Number** | | 9160064500 |
| **38292-0011** | GGH Discovery | **Through** | | April 30, 2023 |

| | | | | |
|---|---|---|---|---|
| 04/20/2023 | Correspondence with BRG re document review (.20); internal discussions re document review (.20). | MDK | 0.40 | 580.00 |
| 04/20/2023 | Attention to emails with Relativity and C. O'Hanlon re narrowing and organizing production (.50); attention to email re the same with J. Ashmead and M. Kotwick (.20). | AJM | 0.70 | 647.50 |
| 04/20/2023 | Attention to review of Genesis documents. | CHA | 3.30 | 2,475.00 |
| 04/20/2023 | Review regulatory requests. | JOP | 0.60 | 450.00 |
| 04/21/2023 | Document review (4.10) and internal discussions re the same (.20). | AJM | 4.30 | 3,977.50 |
| 04/21/2023 | Attention to review of Genesis emails. | CHA | 4.00 | 3,000.00 |
| 04/23/2023 | Attention to review of Genesis documents. | CHA | 1.00 | 750.00 |
| 04/24/2023 | Review email updates from review team (.30), comment (.20); reach out to BRG re additional info (.10). | JRA | 0.60 | 975.00 |
| 04/24/2023 | Review open matters re document review and next steps (.20) and related correspondence (.20). | MDK | 0.40 | 580.00 |
| 04/24/2023 | Review documents (1.40), organize responsive documents (.60), and discuss internally (.20). | AJM | 2.20 | 2,035.00 |
| 04/24/2023 | Attention to review of Alameda/Genesis documents. | CHA | 0.20 | 150.00 |
| 04/25/2023 | Call with BRG re document review (.50); attention to sharefile from BRG (.50); email with Hengel re M3 meeting and more info (.10). | JRA | 1.10 | 1,787.50 |
| 04/25/2023 | Review open document review matters (.50); teleconference with BRG (.50) and internal meetings re same (.40). | MDK | 1.40 | 2,030.00 |
| 04/25/2023 | Call with BRG re documents reviewed (.50); discuss the same with A. Matott (.10). | CVL | 0.60 | 585.00 |
| 04/25/2023 | Attention to internal emails re documents (.20); discuss internally (.20); and call with BRG re the same (.50). | AJM | 0.90 | 832.50 |
| 04/25/2023 | Meeting with BRG. | CHA | 0.50 | 375.00 |
| 04/25/2023 | Review docs related to Alameda entities. | JOP | 1.80 | 1,350.00 |
| 04/26/2023 | Review and quality control documents for uploading to BRG sharefile. | AJM | 2.90 | 2,682.50 |
| 04/26/2023 | Discuss Genesis research with A. Matott (.20). | JOP | 0.20 | 150.00 |
| 04/26/2023 | Research for J. Ashmead (.50) and draft email re: same (.20). | JOP | 0.70 | 525.00 |
| 04/27/2023 | Check with AM re supp/additional materials from BRG (M3). | JRA | 0.20 | 325.00 |
| 04/27/2023 | Correspondence with BRG (.10) and internal discussion re status (.10). | MDK | 0.20 | 290.00 |

|  | Genesis Creditors Committee | **Invoice Date** | May 31, 2023 |
|---|---|---|---|
|  |  | **Invoice Number** | 9160064500 |
| **38292-0011** | GGH Discovery | **Through** | April 30, 2023 |

| | | | | |
|---|---|---|---|---|
| 04/27/2023 | Email with BRG (.10) and format folders for upload (.10). | AJM | 0.20 | 185.00 |
| 04/27/2023 | Attention to review of Alameda/Genesis documents. | CHA | 0.50 | 375.00 |
| 04/28/2023 | Correspondence with BRG re open matters (.10) and review of materials (.10). | MDK | 0.20 | 290.00 |
| 04/28/2023 | Attention to email with BRG (.10); discussions internally and with vendor re doc exportation (.30); organize document zip files (.20); discuss with C O'Hanlon (.20). | AJM | 0.80 | 740.00 |
| 04/28/2023 | Attention to review of Alameda/Genesis documents (1.4). Correspondence with BRG re: same (.10). Correspondence with A. Matott re: same (.20). | CHA | 1.70 | 1,275.00 |

**Total Hours**.................................................................................................... **45.60**

**Total Services**............................................................................................. $ **46,577.50**

**TOTAL AMOUNT DUE**.................................................................$ **46,577.50**

Genesis Creditors Committee

**38292-0011**          GGH Discovery

|  | | | | | Invoice Date | May 31, 2023 |
|  | | | | | Invoice Number | 9160064500 |
|  | | | | | Through | April 30, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 4.60 | 1,625.00 | 7,475.00 |
| 0431 MDK | Partner | Kotwick, Mark | 8.00 | 1,450.00 | 11,600.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.90 | 975.00 | 1,852.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 14.40 | 925.00 | 13,320.00 |
| 2190 CHA | Associate | O'Hanlon, Carmella | 12.60 | 750.00 | 9,450.00 |
| 2339 JOP | Law Clerk | Patouhas, John | 3.60 | 750.00 | 2,700.00 |
| 2077 MW | Paralegal | Wasserman, Marian | 0.50 | 360.00 | 180.00 |
| **Total** | | | **45.60** | | **46,577.50** |

SEWARD & KISSEL LLP
Pg 20 of 22

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                    **May 31, 2023**
                                                                 **Invoice Number 9160064499**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through April 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0013 | GGH Employment and Fee Applications | 10,697.50 | 0.00 | 10,697.50 |

Genesis Creditors Committee

| | | Invoice Date | May 31, 2023 |
|---|---|---|---|
| | | Invoice Number | 9160064499 |
| | | Through | April 30, 2023 |

**38292-0013**       GGH Employment and Fee Applications

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/12/2023 | Attention retention app diligence (.10). | JRA | 0.10 | 162.50 |
| 04/12/2023 | Attention re conflict check and retention papers (.40). | JRA | 0.40 | 650.00 |
| 04/12/2023 | Review and analysis re conflict matters (.40); teleconference with White & Case re same (.50). | MDK | 0.90 | 1,305.00 |
| 04/12/2023 | Emails re retention and timing. | CVL | 0.10 | 97.50 |
| 04/13/2023 | Attention to email from WC re hearing (.10); check with C. LoTempio re timing, interested parties (.20). | JRA | 0.30 | 487.50 |
| 04/13/2023 | Emails re conflicts check. | CVL | 0.30 | 292.50 |
| 04/14/2023 | Emails conflict check (.10), emails and teleconference with C. LoTempio (.10). | JRA | 0.20 | 325.00 |
| 04/14/2023 | Review precedent retention applications in Genesis (.10); discuss with J. Ashmead (.10); follow up internally re disclosures same (.10); call with accounting re disclosures (.20); follow up with J. Ashmead re same (.10). | CVL | 0.60 | 585.00 |
| 04/17/2023 | Review retention app (.20), dec and order (.20), comment thereto (.10). | JRA | 0.50 | 812.50 |
| 04/17/2023 | Draft retention application (1.10); draft Ashmead declaration (.80); prepare disclosures (.30); follow up re disclosure questions (.10); emails with W&C re redaction (.20); update application (.2); further update and draft declaration of committee (.50); circulate to W&C (.10). | CVL | 3.30 | 3,217.50 |
| 04/18/2023 | Attention WC comments to retention papers (.20), attention to next steps with C. LoTempio (.10). | JRA | 0.30 | 487.50 |
| 04/18/2023 | Review and incorporate comments to retention papers (.80); emails with W&C (.10). | CVL | 0.90 | 877.50 |
| 04/20/2023 | Attention to inquiry from WC (.10); discuss with C. LoTempio (.10); review revise and approve (.20). | JRA | 0.40 | 650.00 |
| 04/20/2023 | Call with J. Ashmead re dec (.20); prepare language re same (.10); circulate internally (.10); circulate to W&C (.10). | CVL | 0.50 | 487.50 |
| 04/21/2023 | Attention update re retention papers and filing (.10). | JRA | 0.10 | 162.50 |
| 04/21/2023 | Follow up re filing of retention papers. | CVL | 0.10 | 97.50 |

**Total Hours**..................................................................................................       **9.00**

**Total Services**...........................................................................................$       **10,697.50**

**TOTAL AMOUNT DUE**.......................................................................$       **10,697.50**

Genesis Creditors Committee

| | | | Invoice Date | May 31, 2023 |
|---|---|---|---|---|

**38292-0013**        GGH Employment and Fee Applications

| | | | Invoice Number | 9160064499 |
|---|---|---|---|---|
| | | | Through | April 30, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 2.30 | 1,625.00 | 3,737.50 |
| 0431 MDK | Partner | Kotwick, Mark | 0.90 | 1,450.00 | 1,305.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 5.80 | 975.00 | 5,655.00 |
| **Total** | | | **9.00** | | **10,697.50** |