## **EXHIBIT B**
### **OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

<u>RETENTION QUESTIONNAIRE</u>[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

[Address]

If more space is needed, please complete on a separate page and attach.

1.   Name and address of the firm:

Reed Smith, in alliance with Resource Law

10 Collyer Quay, #18-01, Ocean Financial Centre, Singapore 049315

2.   Date of retention:  1 October 2021

3.   Type of services provided:

Legal advice on various corporate, commercial and regulatory matters.

---

[1]      All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

4.    Brief description of services to be provided:

Singapore legal and regulatory advice on proposed restructuring and/or acquisition of the Genesis group.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a) Average hourly rate (if applicable): US 700

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):
USD 20,000

6.    Prepetition claims against any of the Debtors held by the firm:

Debtor(s) against whom claim is held: Genesis Asia Pacific Pte Ltd

Amount of claim:    HKD 99,678 and USD 55,955.98 respectively

Date claim arose:    16 January 2023 and 17 August 2022 respectively

Source of claim:    Legal work as reflected in invoices issued

7.    Prepetition claims against the Debtors held individually by any member or associate of the firm:

Name: None

Status:

Debtor(s) against whom claim is held:

Amount of claim:

Date claim arose:

2

Source of claim: _____

8.    Stock or American Depository Shares of any of the Debtors currently held by the firm:

Kind of shares: _None_____

No. of shares: _____

9.    Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

Name: _None_____

Status: _____

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

_None_____

_____

_____

_____

Name: _Hagen Rooke_____

Title:  Partner & Director__

3