# **EXHIBIT A**

# **Daniel Chia OCP Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS

I,  Daniel Chia  , declare that the following is true to the best of my knowledge, information and belief:

1. I am a Director of Prolegis LLC, located at 50 Raffles Place #24-01 Singapore Land Tower Singapore 048623  (the "Firm"), which has been employed by the debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") in the ordinary course of the Debtors' business.  The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business ECF No. 23-10063 (SHL) (the "Ordinary Course Professionals Order").

2. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

are parties in interest in the Chapter 11 Cases. The Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

3. The Debtors have requested that the Firm provide advice on a dispute in relation to Babel Insolvency in the Singapore Court to the Debtors, and the Firm has consented to provide such services.

4. The Firm has not provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

5. The Firm does keep, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

7. Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8. Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors owe the Firm $0 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. This

amount is either owing in United States ("U.S.") Dollars or has been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

10. As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

[Signature page follows]

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9 June, 2023

                                             Daniel Chia
                                             Director
                                             PROLEGIS LLC
                                             Address: 50 Raffles Place #24-01 Singapore Land Tower Singapore 048623
                                             Telephone: +65 68121363
                                             Facsimile: +65 6812 1379
                                             Email: Daniel.Chia@hsf.com