# **EXHIBIT B**

**Daniel Chia OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

[Address]

If more space is needed, please complete on a separate page and attach.

1. Name and address of the firm:

    Prolegis LLC

    50 Raffles Place #24-01 Singapore Land Tower Singapore 048623

2. Date of retention:   3 April 2023

3. Type of services provided:

    Legal advice and acting for Debtors on a dispute in relation to Babel Insolvency in the Singapore Court

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

4. Brief description of services to be provided:

   Legal advice and acting for Debtors on a dispute in relation to Babel

   Insolvency in the Singapore Court

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

   (a) Average hourly rate (if applicable): _____

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):
   N/A

6. Prepetition claims against any of the Debtors held by the firm:

   Debtor(s) against whom claim is held:  N/A

   Amount of claim:     N/A

   Date claim arose:    N/A

   Source of claim:     N/A

7. Prepetition claims against the Debtors held individually by any member or associate of the firm:

   Name:  N/A

   Status:  N/A

   Debtor(s) against whom claim is held:  N/A

   Amount of claim:     N/A

   Date claim arose:    N/A

      Source of claim:   N/A

8. Stock or American Depository Shares of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

   Name: N/A

   Status: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

Name:   Daniel Chia

Title:   Director