2

# **EXHIBIT D**

**Yap Wai Ming OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

<u>RETENTION QUESTIONNAIRE</u>[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

Address: 10 Collyer Quay, #27-00 Ocean Financial Centre, Singapore 049315

If more space is needed, please complete on a separate page and attach.

1. Name and address of the firm:

    Morgan Lewis Stamford LLC

    10 Collyer Quay

    #27-00, Ocean Financial Centre

    Singapore 049315

2. Date of retention: 28 March 2023

3. Type of services provided:

    Legal services

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

2

4. Brief description of services to be provided:

   (1) Advising the Debtors on matters of Singapore law in relation to Babel Insolvency and (2) Representing the Debtors in legal proceedings brought in Singapore in connection with the foregoing

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

   (a) Average hourly rate (if applicable): 750

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):
   NA

6. Prepetition claims against any of the Debtors held by the firm:

   Debtor(s) against whom claim is held: 

   Amount of claim:

   Date claim arose:

   Source of claim:

7. Prepetition claims against the Debtors held individually by any member or associate of the firm:  Nil

   Name:

   Status:

   Debtor(s) against whom claim is held:

   Amount of claim:

   Date claim arose:

Source of claim: _____

8. Stock or American Depository Shares of any of the Debtors currently held by the firm: Not applicable

   Kind of shares: _____

   No. of shares: _____

9. Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm: Not applicable

   Name: _____

   Status: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed. Not applicable.

   _____
   _____

                                    Name:  Yap Wai Ming

                                    Title:  Managing Director

4