Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Benjamin S. Beller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for FTX Trading Ltd. and Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 23-10063 (SHL)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Benjamin S. Beller, depose and say that I am a special counsel of Sullivan & Cromwell LLP, counsel for FTX Trading Ltd and its Affiliates.

On June 20, 2023, I caused true and correct copies of (1) the FTX Debtors' Interrogatories and Requests for Production of Documents Directed to the Genesis Debtors in Connection with the Genesis Debtors' Motion to Establish Procedures and a Schedule for

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003

Estimating the Amount of the FTX Debtors' Claims Against the Debtors Under Bankruptcy Rule 105(a) and 502(c) and Bankruptcy Rule 3018; and (2) the FTX Debtors' Second Interrogatories and Requests for Production of Documents Directed to the Genesis Debtors in Connection with the Genesis Debtors' Motion to Establish Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against the Debtors Under Bankruptcy Rule 105(a) and 502(c) and Bankruptcy Rule 3018 to be served on the below-listed counsel via e-mail:

Luke A. Barefoot, Esq.<br>
Jane VanLare, Esq.<br>
Andrew Weaver, Esq.<br>
Cleary Gottlieb Steen & Hamilton LLP<br>
One Liberty Plaza<br>
New York, New York 10006<br>
E-mail: lbarefoot@cgsh.com<br>
E-mail: jvanlare@cgsh.com<br>
E-mail: aweaver@cgsh.com

Dated:  June 23, 2023          */s/ Benjamin S. Beller*
       New York, New York         Benjamin S. Beller

State of New York
County of New York

Subscribed and sworn to me on June 23, 2023, by Benjamin S. Beller, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Harrison Schlossberg*
Notary Public, State of New York
No. 01SC6440501
Qualified in New York County
Commission Expires September 12, 2026