CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FIRST REPORT OF**
**ORDINARY COURSE PROFESSIONAL CHARGES**

    **PLEASE TAKE NOTICE** that in accordance with the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (the "OCP Order"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submit their report (for fees and expenses incurred through May 31, 2023) (the "First OCP Report") specifying the amounts disbursed by the Debtors to professionals utilized in the ordinary course of business (the "Ordinary Course Professionals"). The First OCP Report is annexed hereto as Exhibit A.

    **PLEASE TAKE FURTHER NOTICE** that inclusion of the fees and expenses of any Ordinary Course Professional in the Quarterly Report is without prejudice to the Debtors' right to dispute or challenge the fees and expenses of each Ordinary Course Professional and does not constitute final approval of the fees and expenses of any Ordinary Course Professional by the Debtors.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve this Notice, together with the First OCP Report, on the Notice Parties (as defined in the OCP Order).

| | |
|---|---|
| Dated: June 30, 2023<br>New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

## EXHIBIT A

**First OCP Report**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Genesis Global Holdco, LLC et al.     **Case No. 23-10063 (Jointly Administered)**
Payments to Ordinary Course Professionals     Reporting Period: 1/19/2023-5/31/2023

| Ordinary Course Professionals ($USD) | | | |
|---|---|---|---|
| **Name** | **Amount Paid** | **Total Paid to Date** | **General Description of Services Rendered** |
| Crowell & Moring | $98,581 | $98,581 | Counsel for an Individual Director or Officer |
| Snell & Wilmer L.L.P | $37,555 | $37,555 | Counsel to the Debtors for the Cash Cloud Bankruptcy |
| **Total Payments to OCP** | $ 136,135 | $ 136,135 | |