# Exhibit A

## Timekeeper Summary

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Hirshorn, Deanna** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 4.7 | $380.00 | $1,786.00 |
| **Lingle, Barrett** | **Associate** | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 28.0 | $1,020.00 | $28,560.00 |
| **Ludovici, Stephen** | **Associate** | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 13.8 | $1,240.00 | $17,112.00 |
| **West, Colin** | **Partner** | 2008 | Commercial Litigation Practice | 167.7 | $1,370.00 | $229,749.00 |
| **Pesce, Gregory** | **Partner** | 2011 | Financial Restructuring & Insolvency (FRI) Practice | 64.0 | $1,460.00 | $93,440.00 |
| **Rogan, Reed** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 31.7 | $960.00 | $30,432.00 |
| **Parra Criste, Amanda** | **Associate** | 2015 | Financial Restructuring & Insolvency (FRI) Practice | 146.7 | $1,220.00 | $178,974.00 |
| **Smith, Trudy** | **Associate** | 2016 | Financial Restructuring & Insolvency (FRI) Practice | 26.0 | $1,180.00 | $30,680.00 |
| **Mitra, Anais** | **Associate** | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 23.5 | $740.00 | $17,390.00 |
| **Shore, Christopher** | **Partner** | 1992 | Commercial Litigation Practice | 53.7 | $2,100.00 | $112,770.00 |
| **Smith, Erin** | **Associate** | 2014 | Commercial Litigation Practice | 66.8 | $1,270.00 | $84,836.00 |
| **Meises, Michele** | **Counsel** | 1992 | Financial Restructuring & Insolvency (FRI) Practice | 145.5 | $1,310.00 | $190,605.00 |
| **Kaul, Sequoia** | **Associate** | 2018 | Commercial Litigation Practice | 193.3 | $1,060.00 | $204,898.00 |
| **Abelson, Philip** | **Partner** | 2000 | Financial Restructuring & Insolvency (FRI) Practice | 179.6 | $1,590.00 | $285,564.00 |
| **Yoo, Jade** | **Associate** | 2020 | Commercial Litigation Practice | 56.1 | $1,020.00 | $57,222.00 |
| **Kuethman, Kathryn** | **Associate** | 2021 | Commercial Litigation Practice | 10.4 | $960.00 | $9,984.00 |
| **Perez, Michelle** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 24.7 | $960.00 | $23,712.00 |
| **Sutherland, Gabe** | **Associate** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 28.9 | $740.00 | $21,386.00 |
| **Lundy, Lauren** | **Associate** | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 21.4 | $1,020.00 | $21,828.00 |
| **Strom, Peter** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 80.6 | $960.00 | $77,376.00 |
| **Ramirez, Grace** | **Associate** | 2021 | Commercial Litigation Practice | 50.7 | $960.00 | $48,672.00 |
| **Khalil, Zeinab** | **Associate** | N/A | Pool Associates - Litigation | 41.4 | $740.00 | $30,636.00 |
| **Shabir, Zarka** | **Associate** | N/A | Pool Associates - Litigation | 55.7 | $740.00 | $41,218.00 |
| **Huang, Keith** | **Project Manager - Litigation Support** | N/A | Practice Technology - Disputes | 1.0 | $380.00 | $380.00 |
| **Venes, Aileen** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 3.9 | $380.00 | $1,482.00 |
| **Chemborisov, Gleb** | **Litigation Specialist** | N/A | Timekeeper Pool | 0.5 | $380.00 | $190.00 |

| **Landy, Douglas** | **Partner** | 1994 | Bank Advisory Practice | 6.1 | $1,840.00 | $11,224.00 |
| **Shu, Cathy** | **Associate** | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 9.7 | $740.00 | $7,178.00 |
| **Eguiluz, Alexandra** | **Legal Assistant** | N/A | Commercial Litigation Practice | 3.0 | $380.00 | $1,140.00 |
| **Grand Total** | | | | **1539.1** | | **$1,860,424.00** |