**Exhibit B**

**Project Summary**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---:|---:|
| B01 | Asset Sales | 0.0 | $0.00 |
| B02 | Automatic Stay Issues | 69.2 | $73,591.00 |
| B03 | Case Administration | 15.1 | $14,380.00 |
| B04 | Case Strategy | 137.7 | $199,912.00 |
| B05 | Cash Management & Intercompany Issues | 5.8 | $7,651.00 |
| B06 | Claims Administration & Objections | 66.2 | $76,213.00 |
| B07 | Committee Meetings & Communications | 225.5 | $300,435.00 |
| B08 | Corporate, Securities & Regulatory issues | 26.8 | $41,950.00 |
| B09 | Crypto Matters, Business Operations, & Utilities | 2.6 | $3,772.00 |
| B10 | Creditor Communications | 34.7 | $37,844.00 |
| B11 | Exclusivity, Plan & Disclosure Statement | 180.2 | $209,333.00 |
| B12 | Executory Contracts & Unexpired Leases | 0.0 | $0.00 |
| B13 | GAP Issues | 13.6 | $15,431.00 |
| B14 | Hearings | 0.5 | $190.00 |
| B15 | Investigations | 400.7 | $416,828.00 |
| B16 | Non-working Travel | 0.0 | $0.00 |
| B17 | Professional Retention & Fees – Other | 2.8 | $2,461.00 |
| B18 | Professional Retention & Fees – W&C | 46.9 | $44,338.00 |
| B19 | Reports, Schedules & Statements | 0.1 | $159.00 |
| B20 | Taxes | 2.8 | $3,939.00 |
| B21 | US Trustee Issues | 0.0 | $0.00 |
| B22 | Mediation | 307.9 | $411,997.00 |
| | **Grand Total** | **1539.1** | **$1,860,424.00** |