## Exhibit D

### Expense Summary & Detail

### Expense Summary for White & Case

| Description | Amount |
|---|---:|
| E-Discovery Data Hosting / Storage | $874.56 |
| Deposition Transcripts | $122.40 |
| E-Discovery User Fees | $300.00 |
| Search Fee | $26.28 |
| Taxi - Business | $856.14 |
| Airfare | $440.63 |
| Hotel Expense | $1,522.80 |
| Supplies | $3.00 |
| Taxi - Overtime | $458.26 |
| Document Research | $5.55 |
| Conference Room Dining | $1,102.36 |
| Overtime Meals | $31.46 |
| **Grand Total** | **$5,743.44** |

### Expense Summary for Committee Members

| Category | Amount |
|---|---:|
| Meals | $486.05 |
| **Grand Total** | **$486.05** |

## Expense Detail for White & Case LLP

| Work Date | Timekeeper Name | English Narrative | Cost Description | WIP Amt |
|---|---|---|---|---|
| 5/12/2023 | Baum-D Amico, Karen | Delivered envelope with flash drive to bankruptcy court. | Supplies | $3.00 |
| 5/23/2023 | West, Colin | Overtime Transportation - Overtime taxi expense incurred for working late in the office. - 03-May-23 | Taxi - Overtime | $129.34 |
| 5/23/2023 | West, Colin | Overtime Transportation - Overtime taxi expense incurred for working late in the office. - 19-Apr-23 | Taxi - Overtime | $128.95 |
| 5/23/2023 | West, Colin | Taxi - Residence/Court - Taxi expense incurred for traveling from Residence to Court. - 24-Apr-2023 | Taxi - Business | $22.60 |
| 5/23/2023 | West, Colin | Taxi - Court/Residence - Taxi expense incurred for traveling from Court to Residence. - 24-Apr-2023 | Taxi - Business | $51.21 |
| 5/29/2023 | Hirshorn, Deanna | Bloomberg Industry Group, Inc.. Invoice Date: 08 May 2023. BNA Dockets (April 2023) | Document Research | $5.55 |
| 5/22/2023 | Meises, Michele | FLIK - 5/4/2023 - 366578 - Genesis Unsecured Creditors� Committee Meeting | Conference Room Dining | $367.45 |
| 5/22/2023 | Meises, Michele | FLIK - 5/4/2023 - 366578 - Genesis Unsecured Creditors� Committee Meeting | Conference Room Dining | $734.91 |
| 5/1/2023 | Sullivan, Janet | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | $874.56 |
| 5/1/2023 | Sullivan, Janet | E-Discovery User Fees | E-Discovery User Fees | $300.00 |
| 5/3/2023 | Abelson, Philip | Transcript Services – Transcript for April 26, 2023 hearing | Deposition Transcripts | $92.40 |
| 5/8/2023 | Abelson, Philip | Transcript Services - Transcript for April 28, 2023 hearing | Deposition Transcripts | $30.00 |
| 5/11/2023 | Abelson, Philip | Car Service - office to home - Late night working regarding Genesis - 03-May-2023 | Taxi - Overtime | $199.97 |
| 5/3/2023 | McConnell, Charles | Supreme Court. Invoice Date: 03 May 2023. 202002164R - Appeal & Insolvency (Supreme Court) | Search Fee | $14.98 |
| 5/3/2023 | McConnell, Charles | Sub Court. Invoice Date: 03 May 2023. 202002164R - Appeal & Insolvency (State Courts) | Search Fee | $7.49 |
| 5/4/2023 | McConnell, Charles | Accounting And Corporate Regulatory Authority. Invoice Date: 03 May 2023. ACRA Receipt - Genesis Asia Pacific Pte. Ltd. (dtd 03 May 2023) | Search Fee | $3.81 |
| 5/23/2023 | Sutherland, Gabe | Overtime Meals - Gabe Sutherland - Overtime Meal. - 24-Apr-23 | Overtime Meals | $31.46 |
| 5/1/2023 | Shabir, Zarka | Taxi - Office/Home - Night Work. - 12-Apr-2023 | Taxi - Business | $29.90 |
| 5/16/2023 | Pesce, Gregory | Taxi - Hotel/Court - Taxi - 24-Apr-2023 | Taxi - Business | $147.33 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 5/16/2023 | Pesce, Gregory | One Way, First Class airfare/fee on United Airlines from New York to Chicago for Gregory Pesce on 04/27/2023 for Flight from NYC for Celsius auction and Genesis hearing | Airfare | $186.45 |
| 5/16/2023 | Pesce, Gregory | Taxi - Home/Airport - Taxi - 23-Apr-2023 | Taxi - Business | $49.35 |
| 5/16/2023 | Pesce, Gregory | Taxi - Airport/Hotel - Taxi - 24-Apr-2023 | Taxi - Business | $55.38 |
| 5/16/2023 | Pesce, Gregory | One Way, Economy airfare/fee on United Airlines from Chicago to New York for Gregory Pesce on 04/23/2023 for Flight to NYC for Celsius auction and Genesis hearing | Airfare | $254.18 |
| 5/16/2023 | Pesce, Gregory | Hotel stay by Gregory Pesce at St. Regis in New York, New York for 3 nights Hotel while in NYC for Genesis hearing | Hotel Expense | $1,522.80 |
| 5/15/2023 | Lingle, Barrett | Car Service - White Plains to New York - Genesis hearing in White Plains with Greg Pesce, Michele Meises, Peter Strom and Katie Wick - 24-Apr-2023 | Taxi - Business | $393.25 |
| 5/5/2023 | Wick, Katie | Car Service - Court Room - Transportation to hearing - 24-Apr-2023 | Taxi - Business | $107.12 |
| | | | | $5,743.44 |

2

**Expense Detail for Committee Members**

| Dates | Committee Member | Description | Category | Amount |
|---|---|---|---|---|
| 05/18/2023 | Refael Sofair; Richard Weston; Terry Culver; Amelia Alvarez. | Dinner for Committee members, including: Richard Weston and spouse, Terry Culver and spouse, Refael Sofair, and Amelia Alvarez. | Meals | $486.05 |
| Total | | | | $486.05 |



3