CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED AGENDA FOR HEARING TO BE HELD
JULY 6, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**     July 6, 2023, at 11:00 am (Prevailing Eastern Time)

**Location of Hearing:**     Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The July 6 Hearing will be conducted only through Zoom. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

|  |  |
|---|---|
|  | muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website. |

## **AMENDED AGENDA FOR JULY 6 HEARING**

I. **Matters to be Heard at July 6 Hearing:**

1. **Claims Objection Procedures**: *Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (i) Establishing Claims Objection and Notice Procedures, (ii) Establishing Claim Hearing Procedures and (iii) Granting Related Relief.*  ECF No. 449.

    i. **General Response Deadline:** June 29, 2023 at 4:00 p.m (Eastern Time)

    ii. **No Responses**

    iii. **Related Pleadings:**

    1. *Debtors' Revised Proposed Order Pursuant to 11 U.S.C. 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief.*  ECF No. 465.

    iv. **Status**: Informal comments were received from the Joint Liquidators for Three Arrows Capital Limited and the Unsecured Creditors Committee. A revised proposed order incorporating these comments has been filed and the matter is going forward on an uncontested basis.

2. **Lift Stay Motion**: *Motion of FTX Trading Ltd. and its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.*  ECF No. 289.

    v. **General Response Deadline:** June 8, 2023 at 4:00 p.m (Eastern Time)

    vi. **Objection:**

    1. *Debtors' Objection to Motion of FTX Trading Ltd. and its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362 (d)(1) and Bankruptcy Rule 4001.*  ECF No. 405.

    ii. **Reply:**

1. *Reply in Support of the Motion of FTX Trading Ltd. and Its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 428.

   vii. **Related Pleadings:**

   1. *Joinder and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Objection to the Motion of FTX Trading Ltd. and its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 407.

   2. *Joinder and Reservation of Rights of the Ad Hoc Group to Debtors' Objection to the Motion of FTX Trading Ltd. and its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 412.

   3. *Notice of Adjournment and Rescheduling of the Hearing on the Motion for Relief from Stay to June 15, 2023.* ECF No. 313.

   viii. **Status**: A proposed order has been filed and the matter is going forward.

3. **Estimation Motion**: *Debtors' Motion to Establish Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against the Debtors Under Bankruptcy Code Sections 105(a) and 502(cc) and Bankruptcy Rule 3018.* ECF No. 373.

   i. **General Response Deadline:** June 8, 2023 at 4:00 P.M.

   ii. **Objection:**

   1. *FTX Debtors' Objection to Genesis Debtors' Motion to Establish Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against the Genesis Debtors Under Bankruptcy Code Sections 105(a) and 502(c) and Bankruptcy Rule 3018.* ECF No. 404.

   iii. **Reply:**

   1. *Debtors' Reply in Support of Motion to Establish Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against the Debtors Under Bankruptcy Code Sections 105(a) and 502(c) and Bankruptcy Rule 3018.* ECF No. 430.

   iv. **Related Pleadings:**

   1. *Objection of the FTX Committee and Joinder to the FTX Debtors' Objection to Motion to Establish Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against the Genesis Debtors Under Bankruptcy Code Sections 105(a) and 502(c) and Bankruptcy Rule 3018.* ECF No. 406.

   2. *Debtors' Revised Proposed Order Establishing Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against*

       the Debtors Under Bankruptcy Code Sections 105(a) and 502(c) and Bankruptcy Rule 3018.  ECF No. 435.

3. *Letter to Judge Lane re Estimation and Lift Stay Filed by Brian D. Glueckstein on behalf of FTX Trading Ltd. and affiliated debtors.*  ECF No. 476.

4. *Debtors' Revised Proposed Order Establishing Procedures and a Schedule for Estimating the Amount of the FTX Debtors' Claims Against the Debtors Under Bankruptcy Code Sections 105(a) and 502(c) and Bankruptcy Rule 3018.*  ECF No. 479.

    v.    **Status**: A revised proposed order was be filed and the matter is going forward.

Dated: July 5, 2023  
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Jane VanLare*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

*Counsel for the Debtors  
and Debtors-in-Possession*