**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: (973) 597-6426

-and-

Lindsay Sklar, Esq.
1251 Avenue of the Americas
New York, New York 10020

*Bankruptcy Counsel to the Securities*
 *Litigation Lead Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Diane C. Claussen, pursuant to 28 U.S.C. § 1746, certify as follows:

1.     I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel to the Securities Lead Plaintiffs[2] in the above-referenced chapter 11 cases.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]     Capitalized terms used but not otherwise defined shall have the meanings ascribed to such terms in the Reservation of Rights.

2.      In accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 44], on July 12, 2023, I caused the following document to be electronically filed with the Court, using the Court's electronic filing system and served via the court's CM/ECF system on the parties that have consented to electronic service of all filings:

- *Securities Litigation Lead Plaintiffs' Reservation of Rights Regarding The Disclosure Statement With Respect to the Amended Joint Plan of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code* [Docket No. 496].

3.      Also on July 12, 2023, I sent (i) a "Chambers Copy" of the foregoing document to the chambers of the Honorable Sean H. Lane, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408; and (ii) a copy to the Office of the United States Trustee for the Southern District of New York, Attn: Greg M. Zipes, Esq., One Bowling Green, Room 534, New York, New York 10014-1408 via first class mail.

4.      Finally, on July 12, 2023, I caused the foregoing document to be served on all parties listed on **Exhibit A** in the manner set forth therein.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: July 12, 2023                              */s/ Diane C. Claussen*
                                                         Diane C. Claussen

**EXHIBIT  A**

**In re: Genesis Global Holdco, LLC, *et al.***

Master Service List

Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | SERVED VIA EMAIL OR FIRST CLASS MAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato | 250 West 55th Street | | New York | NY | 10019 | 212-836-8000 | benjamin.mintz@arnoldporter.com marcus.asner@arnoldporter.com justin.imperato@arnoldporter.com |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem | 60 East 42nd Street, 46th Floor | | New York | NY | 10165 | 212-267-7342 | eneiger@askllp.com mudem@askllp.com |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak | 1700 Farnam St. Ste. 1500 | | Omaha | NE | 68102 | 402-636-8317 | jhollembeak@bairdholm.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 147 | White Plains | NY | 10601 | | |
| Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey | 2112 Pennsylvania Avenue, N.W. | | Washington | DC | 20037 | 202-974-1500 | jamassey@cgsh.com |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot | One Liberty Plaza | | New York | NY | 10006 | 212-225-2000 | soneal@cgsh.com jvanlare@cgsh.com hokim@cgsh.com mdweinberg@cgsh.com rminott@cgsh.com cribeiro@cgsh.com lbarefoot@cgsh.com |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman | 250 Park Avenue South | 5th Floor | New York | NY | 10003 | | arianna@genesistrading.com |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman | 500 W. Madison St., Ste. 3700 | | Chicago | IL | 60661 | 312-606-3200 | ahammer@hmblaw.com ndelman@hmblaw.com ecfnotices@hmblaw.com |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin | One Battery Park Plaza | | New York | NY | 10004 | 212-837-6000 | anson.frelinghuysen@hugheshubbard.com dustin.smith@hugheshubbard.com jeff.margolin@hugheshubbard.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | 800-973-0424 | mimi.m.wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | 800-973-0424 | mimi.m.wong@irscounsel.treas.gov |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi | 800 Third Avenue, 38th Floor | | New York | NY | 10022 | 212-687-1980 | jcampisi@kaplanfox.com |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | 601 Lexington Avenue | | New York | NY | 10022 | 212-446-4800 | joshua.sussberg@kirkland.com christopher.marcus@kirkland.com ross.fiedler@kirkland.com |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte | 800 Third Avenue | | New York | NY | 10022 | 212-488-1200 | Danielle.Rose@kobrekim.com Daniel.Saval@kobrekim.com John.Conte@kobrekim.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman, Christine Porter, & Herb Baer | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | 212-257-5450 | genesisteam@ra.kroll.com serviceqa@ra.kroll.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse | 1271 Avenue of the Americas | | New York | NY | 10020 | 212-906-1200 | adam.goldberg@lw.com christopher.harris@lw.com brett.neve@lw.com nacif.taousse@lw.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | 213-485-1234 | nima.mohebbi@lw.com tiffany.ikeda@lw.com |
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel | 875 Third Avenue, 9th Floor | | New York | NY | 10022 | 212-603-6300 | fringel@leechtishman.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea | One Lowenstein Drive | | Roseland | NJ | 07068 | 973-597-2500 | metkin@lowenstein.com abehlmann@lowenstein.com mpapandrea@lowenstein.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street | Suite 1401 | Newark | NJ | 07102 | 973-565-2183 | jbernstein@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | 225 Liberty Street | 36th Floor | New York | NY | 10281 | 973- 565-2048 | nleonard@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | 1300 Mt. Kemble Avenue | P.O. Box 2075 | Morristown | NJ | 07962-2075 | 201-493-3709 | vshea@mdmc-law.com |

**In re: Genesis Global Holdco, LLC,** *et al.*

Master Service List

Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | SERVED VIA EMAIL OR FIRST CLASS MAIL |
|---|---|---|---|---|---|---|---|---|---|
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb | 909 Third Avenue | 27th Floor | New York | NY | 10022 | 212-735-8600 | hrosenblat@morrisoncohen.com |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | 212-318-3000 | eric.daucher@nortonrosefulbright.com victoria.corder@nortonrosefulbright.com victoria.corder@nortonrosefulbright.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | Alexander Hamilton Custom House | One Bowling Green, Suite 515 | New York | NY | 10014 | 212-510-0500 | ustpregion02.nyecf@usdoj.gov andy.velez-rivera@usdoj.gov tara.tiantian@usdoj.gov greg.zipes@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson | 200 Park Avenue | | New York | NY | 10166 | 212-318-6000 | krishansen@paulhastings.com kenpasquale@paulhastings.com isaacsasson@paulhastings.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | 302-252-0920 | cward@polsinelli.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson | 600 Third Avenue, 42nd Floor | | New York | NY | 10016 | 212-684-0199 | jeremy.johnson@polsinelli.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin | Eleven Times Square | | New York | NY | 10036 | 212-969-3000 | brosen@proskauer.com vindelicato@proskauer.com mvolin@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant | 70 West Madison, Suite 3800 | | Chicago | IL | 60602 | 312-962-3550 | jsazant@proskauer.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | 202-942-8088 | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | 212-336-1100 | bankruptcynoticeschr@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia | PA | 19103 | 215-597-3100 | secbankruptcy@sec.gov |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | 212-574-1200 | ashmead@sewkis.com kotwick@sewkis.com lotempio@sewkis.com matott@sewkis.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss | One Landmark Square, 15th Floor | | Stamford | CT | 06901 | 203-325-4491 | isloss@sgtlaw.com |
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg | 125 Turkey Lane | | Cold Spring Harbor | NY | 11724 | 516-228-4280 | |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen | 125 Broad Street | | New York | NY | 10004 | 212-558-4000 | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com kranzleya@sullcrom.com jensenc@sullcrom.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | 212-637-2200 | jeffrey.oestericher@usdoj.gov lawrence.fogelman@usdoj.gov peter.aronoff@usdoj.gov linda.riffkin@usdoj.gov |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeffrey.saferstein@weil.com ronit.berkovich@weil.com jessica.liou@weil.com furqaan.siddiqui@weil.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce | 111 South Wacker Drive | Suite 5100 | Chicago | IL | 60606 | 312-881-5400 | gregory.pesce@whitecase.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | cshore@whitecase.com philip.abelson@whitecase.com michele.meises@whitecase.com |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan | 156 West 56th Street | | New York | NY | 10019 | 212-237-1000 | jsullivan@windelsmarx.com |