CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### <u>NOTICE OF FOURTH AMENDED SALE SCHEDULE</u>

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "<u>Petition Date</u>"), Genesis Global Holdco, LLC ("<u>Holdco</u>") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "<u>Debtors</u>"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "<u>Bankruptcy Code</u>") with the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, on March 16, 2023, the Debtors filed the *Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, and (III) Granting Related Relief* [ECF No. 133] (the "<u>Bidding Procedures Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that, on March 31, 2023, the Court entered the *Order Authorizing the Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Deadlines, (II) Scheduling Hearings and Objection Deadlines with*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Respect to the Debtors' Sale, and (III) Granting Related Relief* [ECF No. 192] (the "Bidding Procedures Order").[2]

      **PLEASE TAKE FURTHER NOTICE** that, in connection with the Bidding Procedures, the Debtors presented a Sale Schedule setting forth dates and deadlines in connection with the potential Sale, subject to modification, in consultation with the Consultation Parties, in accordance with the Bidding Procedures.

      **PLEASE TAKE FURTHER NOTICE** that, on May 5, 2023, the Debtors filed the *Notice of Amended Sale Schedule* [ECF No. 295] (the "Amended Sale Schedule").

      **PLEASE TAKE FURTHER NOTICE** that, on June 20, 2023, the Debtors filed the *Notice of Second Amended Sale Schedule* [ECF No. 439] (the "Second Amended Sale Schedule").

      **PLEASE TAKE FURTHER NOTICE** that, on June 27, 2023, the Debtors filed the *Notice of Second Amended Sale Schedule* [ECF No. 456] (the "Third Amended Sale Schedule").

      **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby modify the Third Amended Sale Schedule as set forth on **Exhibit A** attached hereto (the "Fourth Amended Sale Schedule").

      **PLEASE TAKE FURTHER NOTICE** that a copy of the Amended Sale Schedule can be viewed and/or obtained: (i) by accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017. Note that a PACER password is needed to access documents on the Court's website.

Dated: July 12, 2023
      New York, New York

*/s/ Jane VanLare*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and Debtors-in-Possession*

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion or Bidding Procedures Order.

## **EXHIBIT A**

**Fourth Amended Sale Schedule**

## Important Dates and Deadlines

| Action | Description | Old Deadline | New Deadline |
|---|---|---|---|
| Bidding Procedures Hearing | The hearing before the Court to consider this Motion | March 30, 2023 | **No change** |
| Indications of Interest Deadline | The deadline by which all indications of interest must be actually received | May 19, 2023 | **No change** |
| Stalking Horse Designation Deadline | The date by which the Debtors may designate one or more Qualified Bidders as the Stalking Horse Bidder(s), if any; provided however that the Debtors may designate a Stalking Horse Bidder at any time prior to the Stalking Horse Designation Deadline; and provided further that the Debtors, in consultation with the Consultation Parties, may extend the Stalking Horse Designation Deadline provided that a notice of any such extension is filed on the docket | July 12, 2023 | **July 18, 2023** |
| Bid Deadline | The deadline by which all binding Bids must be actually received pursuant to the Bidding Procedures, as well as the deadline by which DCG must identify whether it or any of its insiders or controlled affiliates will submit a Bid or whether it or any of its insiders or controlled affiliates is a controlled affiliate of a party that intends to submit a Bid (other than by virtue of its existing equity ownership in the Debtors) | July 19, 2023 | **No change** |
| Auction | The date and time of the Auction, if one is needed, which will be held at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, 38th Floor, New York, NY 10006 and/or via Zoom | July 26, 2023 | **No change** |
| Deadline to file the Designation of Successful Bid | The deadline to file a notice designating the Successful Bid and Successful Bidder, as well as the Back-up Bid and Back-up Bidder | One business day following the conclusion of the Auction | **No change** |
| Sale Objection Deadline | The deadline by which objections to the entry of an order by the Court approving the Sale must be filed with the Court and served so as to be actually received by the appropriate notice parties (the "Sale Objection Deadline") | August 4, 2023, or as otherwise determined in accordance with a motion seeking entry of an order approving the adequacy of a disclosure statement and setting forth the timeline for confirmation of a plan | **No change** |

| Sale Hearing (subject to the Court's availability) | The Sale will be implemented under the Plan and shall be approved at the Confirmation Hearing | August 11, 2023, or as otherwise determined in accordance with a motion seeking entry of an order approving the adequacy of a disclosure statement and setting forth the timeline for confirmation of a plan | **No change** |

2