DocuSign Envelope ID: 64DBC504-F44B-42C1-B5C6-9C251F71D501

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# Xclaim

In re:

Genesis Global Holdco, LLC, et al.

Debtors

Chapter 11

Case No. 23-10063

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **STREAMI INC.** | **MARCOS HOLDINGS I LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| Streami Inc.<br>18th floor, 42 Olympic-ro 35da-gil,<br>Songpa-gu, Seoul<br>Republic of Korea<br>Attn: Junhaeng Lee, Joonghoon Lee<br>Email: junhaeng.lee@streami.co;<br>jake.lee@streami.co<br><br>With a copy to: James Park<br>Email: james.park@streami.co | Marcos Holdings I LLC<br>c/o Attestor Limited<br>7 Seymour Street, London, W1H 7JW<br>United Kingdom<br>Attn: Steve Gillies<br>Email: settlements@attestorcapital.com |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 3.1.0562 | Name on File | As described on Schedule F | Genesis Global Capital, LLC | 23-10064 |
| Master Proof of Claim filed by Ad Hoc Group of Creditors | Anonymous Lender 78 | As described on Addendum to Master Proof of Claim filed by Ad Hoc Group of Genesis Lenders | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Christopher Guth*
Transferee / Transferee's Agent

Date: 06/21/2023

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____  _____
Clerk of the Court

DocuSign Envelope ID: 64DBC504-F44B-42C1-B5C6-9C251F71D501

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Streami Inc.**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Marcos Holdings I LLC**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against Genesis Global Holdco, LLC, et al., in the United States Bankruptcy Court, Southern District of New York, Case No. 23-10063.

| Schedule/Claim No. | Xclaim ID | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| 3.1.0562 | Genesis Xcm_5 | Name on File | As described on Schedule F | Genesis Global Capital, LLC | 23-10064 |
| Master Proof of Claim filed by Ad Hoc Group of Creditors | Genesis Xcm_5 | Anonymous Lender 78 | As described on Addendum to Master Proof of Claim filed by Ad Hoc Group of Genesis Lenders | Genesis Global Capital, LLC | 23-10064 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| Buyer: | Seller: | |
|---|---|---|
| **MARCOS HOLDINGS I LLC** | **STREAMI INC.** | |
| By: *Christopher Guth* | By: *[signature]* | By: *[signature]* |
| Name: Christopher Guth | Name: Junhaeng Lee | Name: Joonghoon Lee |
| Title: Authorized Attorney | Title: Founder and President | Title: Chief Executive Officer |
| Email: Christopher.Guth@attestorcapital.com | Email: junhaeng.lee@streami.co | Email: jake.lee@streami.co |
| Date: 06/21/2023 | Date: 06/21/2023 | Date: 06/21/2023 |