**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re:<br>*Genesis Global Holdco, LLC, et al.*<br>                    Debtors | Chapter 11<br>Case No. 23-10063 (SHL)<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **OKAMI LLC** | **Jefferies Leveraged Credit Products, LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| Okami LLC<br>2232 Dell Range Blvd Ste 245<br>Cheyenne, WY 82009<br>Attn: Ethan Davidoff | |
| | Jefferies Leveraged Credit Products, LLC<br>520 Madison Ave 3rd Fl<br>New York, NY 10022<br>Telephone: 212-708-2826<br>Attn: Mike Richards<br>mrichards@jefferies.com |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Claim # 3.1.0461 | Okami LLC | BTC 16.8828761214795<br>USD 1,051,500.47013587 | Genesis Global Capital, LLC | Case No. 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Bill McLoughlin* (DocuSigned by: BCDDAF2A49754DD...)
Transferee / Transferee's Agent

Date: 06/16/2023

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                  Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**OKAMI LLC,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against Genesis Global Holdco, LLC, et al., in the United States Bankruptcy Court, Southern District of New York, Case No. 23-10063.

| Schedule/Claim No. | Creditor Name | Amount (USD) | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 3.1.0461 | Okami LLC | BTC 16.8828761214795 USD 1,051,500.47013587 | Genesis Global Capital, LLC | Case No. 23-10064 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.



Buyer:

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: Bill McLoughlin (DocuSigned)
Name: Bill McLoughlin
Title: Associate General Counsel and SVP
Email: bmcloughlin@jefferies.com
Date: 06/16/2023

Seller:

OKAMI LLC

By: Ethan Davidof (DocuSigned)
Name: Ethan Davidof
Title: Member
Email: ethand85@gmail.com
Date: 06/14/2023