UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## ORDER FURTHER EXTENDING MEDIATION PERIOD

Upon the motion (the "Motion")[2] dated April 24, 2023, of Genesis Global Holdco, LLC ("Holdco") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully described in the Motion, appointing a mediator to assist the parties in resolving certain issues relating to the formulation and confirmation of a plan of reorganization; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and the Court having granted the relief requested in the Motion and entered the *Order*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

*Appointing Mediator*, ECF No. 279 (the "Mediation Order"); and the Court having found that the Debtors' notice of the relief requested by this order (this "Order") to extend the mediation period ordered in the Mediation Order to and including July 27, 2023 was appropriate and no other notice need be provided; and the Court having determined that the Debtors and the Mediation Parties have established just cause for the relief granted herein; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Upon entry of this Order, the mediation period set forth in the Mediation Order shall be extended to and including July 27, 2023; *provided, however,* that this Order or the Mediation Order may be amended by further order of the Court, upon notice and opportunity for a hearing, or upon agreement of all of the Mediation Parties.

2. Other than as set forth in paragraph 1, nothing in this Order shall, or is intended to, modify any terms, conditions or provisions of the Mediation Order and all such terms, conditions and provisions of the Mediation Order continue to apply.

3. For the avoidance of doubt, to the extent any part of this Order conflicts with Local Rule 9019-1 or General Order M-452, the terms and provisions of this Order shall govern.

4. Notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(h), 7062, 9014 or otherwise, this Order shall be in full force and effect upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated:  July 19, 2023                  */s/ Sean H. Lane*
       White Plains, New York         THE HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE