**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES**
**INCURRED BY M3 ADVISORY PARTNERS, LP FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM June 1, 2023**
**THROUGH June 30, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | March 30, 2023 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $213,015.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $337.63 |
| This is a(n): | __x__ Monthly ____ Interim ____ Final application |

This is the THIRD monthly fee statement filed in this case.

M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors of Genesis Global

Holdco LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**") hereby submits this

monthly fee statement (the "**Fee Statement**") pursuant to this Court's *Order Establishing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 101], dated February 24, 2023 (the "**Interim Compensation Order**") and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002 and S.D.N.Y. LBR 2014-1, *Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisors for the Debtors and Debtors-in-Possession* [Docket No. 268], dated April 28, 2023, seeking compensation and reimbursement of expenses for the period of June 1, 2023 through June 30, 2023 (the "**Third Monthly Period**").  By this Fee Statement, M3 seeks payment of $170,749.63, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Third Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

### Professional Services Rendered and Expense Disbursements Incurred

1. **Exhibit A** sets forth a timekeeper summary that includes: (a) the name and title of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by M3; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by M3. The blended rate for compensation requested in this Monthly Statement is approximately $705.82.[2]

2. **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a timekeeper summary per project category spent by M3 timekeepers in

---

[2]    The blended rate is calculated by taking the total of fees sought in this Third Monthly Statement and dividing by the total of hours sought in this Third Monthly Statement.

rendering services to the Committee during the Compensation Period.

4. **Exhibit D** sets forth both a summary of, and detailed entries of, expenses for which M3 seeks reimbursement.

5. **Exhibit E** sets forth the time records for M3 timekeepers for which compensation is sought by M3, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

### Notice of Objection Procedures

Notice of this Third Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Notice Parties**"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (email: arianna@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

Objections to this Third Monthly Statement, if any, must be served upon the Notice Parties and by e-mail, hand, or overnight delivery upon M3, at M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019 (email: kkamlani@m3-partners.com and wfoster@m3-partners.com) no later than August 3, 2023 at 12:00 PM (Prevailing Eastern Time) (the "**Objection**

**Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Third Monthly Statement are received by the Objection Deadline, the Debtors shall pay M3 80% of the fees and 100% of the expenses identified in this Third Monthly Statement.

To the extent an objection to this Third Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Third Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees in the percentage set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## Reservation of Rights

Although M3 has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. M3 reserves the right to seek payment of such fees and expenses not included herein.

**WHEREFORE**, M3 respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $170,749.63, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Third Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

Dated:  July 19, 2023           Respectfully submitted,
        New York, New York

                                **M3 ADVISORY PARTNERS, LP**

                                */s/ Mohsin Y. Meghji*
                                Mohsin Y. Meghji
                                1700 Broadway, 19th Floor
                                New York, NY 10019
                                Telephone: (212) 202-2200
                                mmeghji@m3-partners.com

                                *Financial Advisor to the Debtors and Debtors in*
                                *Possession*

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

### Exhibit A - Summary of Total Fees by Professional

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245.00 | 41.0 | $51,045.00 |
| Foster, William | Vice President | $750.00 | 79.6 | $59,700.00 |
| O'Connell, Daniel | Senior Associate | $650.00 | 73.3 | $47,645.00 |
| Iannella, Monique | Associate | $550.00 | 60.7 | $33,385.00 |
| Lauser, Peter | Analyst | $450.00 | 47.2 | $21,240.00 |
| **Total** | | | **301.8** | **$213,015.00** |
| | | | | |
| *Average Billing Rate* | | | | *$705.82* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

### Exhibit B - Summary of Time Detail by Task Category

| Task Category | Hours | Fees |
|---|---|---|
| Potential Avoidance Actions/Litigation Support | 210.4 | $144,225.00 |
| General Correspondence with Debtor & Debtors' Professionals | 54.5 | $41,467.50 |
| General Correspondence with Other Professionals | 16.9 | $13,556.50 |
| Case Administration | 20.0 | $13,766.00 |
| **Total** | **301.8** | **$213,015.00** |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

<u>**Exhibit C - Summary of Time Detail by Task Category by Professional**</u>

*Potential Avoidance Actions/Litigation Support*
On an ongoing basis, M3 will support the Debtors with respect to matters relating to certain payments received by the Debtors from Alameda Research LLC, Alameda Research Ltd. (BVI), and/or certain of their affiliates (the "Alameda Payments") and matters ancillary thereto.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 25.0 | $31,125.00 |
| Foster, William | Vice President | $750 | 44.2 | $33,150.00 |
| O'Connell, Daniel | Senior Associate | $650 | 58.4 | $37,960.00 |
| Iannella, Monique | Associate | $550 | 47.3 | $26,015.00 |
| Lauser, Peter | Analyst | $450 | 35.5 | $15,975.00 |
| **Total** | | | **210.4** | **$144,225.00** |
| *Average Billing Rate* | | | | *$685.48* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

<u>**Exhibit C - Summary of Time Detail by Task Category by Professional**</u>

*General Correspondence with Debtor & Debtors' Professionals*
On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Directo | $1,245 | 9.5 | $11,827.50 |
| Foster, William | Vice President | $750 | 23.6 | $17,700.00 |
| O'Connell, Daniel | Senior Associate | $650 | 7.9 | $5,135.00 |
| Iannella, Monique | Associate | $550 | 7.3 | $4,015.00 |
| Lauser, Peter | Analyst | $450 | 6.2 | $2,790.00 |
| **Total** | | | **54.5** | **$41,467.50** |
| | | | | |
| *Average Billing Rate* | | | | *$760.87* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*General Correspondence with Other Professionals*

On an ongoing basis, M3 will communicate with other professionals including the UCC, its counsel, and other advisors on topics including case strategy, workstream organizaiton and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 5.7 | $7,096.50 |
| Foster, William | Vice President | $750 | 2.2 | $1,650.00 |
| O'Connell, Daniel | Senior Associate | $650 | 2.3 | $1,495.00 |
| Iannella, Monique | Associate | $550 | 3.0 | $1,650.00 |
| Lauser, Peter | Analyst | $450 | 3.7 | $1,665.00 |
| **Total** | | | **16.9** | **$13,556.50** |
| | | | | |
| *Average Billing Rate* | | | | *$802.16* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*Case Administration*

On an ongoing basis, M3 conferred the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 0.8 | $996.00 |
| Foster, William | Vice President | $750 | 9.6 | $7,200.00 |
| O'Connell, Daniel | Senior Associate | $650 | 4.7 | $3,055.00 |
| Iannella, Monique | Associate | $550 | 3.1 | $1,705.00 |
| Lauser, Peter | Analyst | $450 | 1.8 | $810.00 |
| **Total** | | | **20.0** | **$13,766.00** |
| | | | | |
| *Average Billing Rate* | | | | *$688.30* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: June 1 2023 - June 30 2023**

### Exhibit D - Summary of Expenses by Category

| Description | Total |
|---|---|
| Business Meals | $275.42 |
| Taxi/Car Service | $62.21 |
| **Total (a)** | **$337.63** |

**Note:**

(a)    Total amounts are based on M3's expense reporting
system as of the date of this Monthly Report and may
not be reflective of all expenses incurred during the
Reporting Period.  As such, future monthly reports may
include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 4/2/2023 | $16.39 | Business Meals | Monique Iannella | Business Meals: Local Working Dinner |
| 5/23/2023 | $20.00 | Business Meals | Monique Iannella | Business Meals: Local Working Dinner |
| 5/24/2023 | $20.00 | Business Meals | Monique Iannella | Business Meals: Local Working Dinner |
| 5/30/2023 | $20.00 | Business Meals | Monique Iannella | Business Meals: Local Working Dinner |
| 5/31/2023 | $20.00 | Business Meals | Monique Iannella | Business Meals: Local Working Dinner |
| 6/1/2023 | $20.00 | Business Meals | Monique Iannella | Business Meals: Local Working Dinner |
| 6/1/2023 | $20.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/1/2023 | $62.21 | Taxi/Car Service | Monique Iannella | Late night car home from office |
| 6/3/2023 | $20.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 6/4/2023 | $19.03 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 6/4/2023 | $20.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/5/2023 | $20.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/6/2023 | $20.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/27/2023 | $20.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/30/2023 | $20.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| **Total** | **$337.63** | | | |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/1/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Iannella to discuss draft deliverable presentation regarding transactions | 1.0 |
| 6/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of draft deliverable deck related to company practices | 2.9 |
| 6/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of phase 2 deliverable materials | 2.8 |
| 6/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of executive summary related to claims | 0.8 |
| 6/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review responses from the Company to the last diligence request to incorporate into an updated Phase 1 and initial Phase 2 analysis. | 0.4 |
| 6/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of Clearys collection of Genesis correspondence from June 22 through Nov 22 to address open questions on Phase 1 and Phase 2 transaction reviews. | 2.1 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Worked on Phase 3 presentation | 2.3 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attended meeting with D. OConnell (M3) to discuss Phase 3 Presentation | 1.0 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Continued work of Phase 3 presentation | 1.7 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Created new outputs for Phase 3 analysis | 2.9 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Continued work on Phase 3 analysis and presentation | 2.7 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Analyzed data for Phase 3 analysis | 2.2 |
| 6/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Continued data analysis for Phase 3 | 1.9 |
| 6/1/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with debtors regarding additional information needed for phase 2 analysis | 0.6 |
| 6/2/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan deliverables | 0.5 |
| 6/2/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed and made edits to Phase 3 Presentation | 2.9 |
| 6/2/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani(M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan deliverables | 0.5 |
| 6/2/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan deliverables | 0.5 |
| 6/2/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of Phase 2 presentation | 2.3 |
| 6/2/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), K. Kamlani(M3), W. Foster (M3), P. Lauser (M3) to discuss Phase 2 work plan deliverables | 0.5 |
| 6/2/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of draft phase 2 deliverable presentation | 1.0 |
| 6/2/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), K. Kamlani (M3), W. Foster (M3), and D. OConnell (M3) to discuss Phase 2 work plan deliverables | 0.5 |
| 6/3/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review Draft Phase 2 analysis and provide comments to W. Foster (M3) to incorporate. | 2.4 |
| 6/3/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of phase 2 presentation and provide comments to the team | 2.9 |
| 6/3/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Additional detailed review of phase 2 presentation along with company data and draft detailed comments for the team | 2.8 |
| 6/4/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participated in a call with W. Foster (M3) to review and consolidate internal comments on the draft Phase 2 analysis | 0.6 |
| 6/4/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Participated in a call with K. Kamlani (M3) to review and consolidate internal comments on the draft Phase 2 analysis | 0.6 |
| 6/4/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | conform comments from K. Kamlani (M3) and draft detailed general comments for phase 2 presentation for the team while reviewing phase 2 presentation | 2.2 |
| 6/5/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), K. Kamlani(M3), W. Foster (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan materials | 0.6 |
| 6/5/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to loan originations from the Company | 2.8 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 6/5/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical transactions | 2.9 |
| 6/5/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of company data received from debtors | 2.7 |
| 6/5/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of analysis related to Phase 2 deliverable materials | 2.6 |
| 6/5/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of cyrpto analysis based on information received from company | 2.1 |
| 6/5/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan materials | 0.6 |
| 6/5/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), K. Kamlani(M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan materials | 0.6 |
| 6/5/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Provide guidance to team on next phase of work and strategy | 1.7 |
| 6/5/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan materials | 0.6 |
| 6/5/2023 | Iannella, Monique | Case Administration | Reviewed time entries | 0.4 |
| 6/5/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Phase 2 | 1.4 |
| 6/6/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of phase 2 deliverable materials | 2.8 |
| 6/6/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of crypto currency transactions based on information received from company | 2.7 |
| 6/6/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of components of transactions from company data | 2.6 |
| 6/6/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to phase 2 of workplan | 2.9 |
| 6/6/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to various crypto transactions | 1.4 |
| 6/6/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/6/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review and provide comments to the team on phase 2 analysis | 2.9 |
| 6/6/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Walk through changes that need to be made to phase 2 analysis with team | 2.3 |
| 6/6/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Drafted Phase 2 deck | 2.1 |
| 6/6/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/6/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), W. Foster (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/6/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review updates to phase 2 work plan deck | 0.9 |
| 6/7/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of phase 2 deliverable based on transactional dataset | 1.8 |
| 6/7/2023 | O'Connell, Daniel | Case Administration | Preparation of monthly fee statement for May, 2023 | 0.8 |
| 6/7/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), P. Lauser (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/7/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of historical transactions | 2.7 |
| 6/7/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Attend call with J. Van Lare, M. Hatch, N. Maisel, C. Rebeiro, J. Massey (CGSH), K. Kamlani, W. Foster, M. Iannella, and P. Lauser (M3) to discuss key workstream updates | 1.1 |
| 6/7/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of analysis related to historical transactions | 1.6 |
| 6/7/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with CGSH, M. Iannella (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan | 1.1 |
| 6/7/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Follow up correspondence with Genesis on specific diligence items and communication of the same with Cleary | 0.3 |
| 6/7/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review diligence files provided by Cleary to respond an inquiry on a matter between Genesis and multiple counterparties. | 0.8 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/7/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review draft of the Phase 2 analysis provided by the team. | 1.9 |
| 6/7/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/7/2023 | Foster, William | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3) M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan | 1.1 |
| 6/7/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with debtor professionals regarding genesis posture during bankruptcy | 2.4 |
| 6/7/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/7/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan | 1.1 |
| 6/7/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Updated Phase 2 deck | 2.7 |
| 6/7/2023 | Lauser, Peter | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3) M. Iannella (M3), W. Foster (M3), and D. OConnell (M3) to discuss Phase 2 work plan | 1.1 |
| 6/7/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), and D. OConnell (M3) to discuss changes to Phase 2 work plan findings deck | 0.3 |
| 6/7/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Perform reconciliation of claims using company data | 1.8 |
| 6/8/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of historical transaction analysis deliverable deck | 2.1 |
| 6/8/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Completed review of Phase 2 analysis provided by the team and distribute full set of comments. | 1.1 |
| 6/8/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with Moelis, CGSH, M. Iannella (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims per Phase 2 work plan | 0.6 |
| 6/8/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Sent follow up correspondence to Cleary on the status of certain diligence items and recommended next steps for following up with the Company on a coordinated basis. | 0.4 |
| 6/8/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participated in a call with Cleary to discuss approach for upcoming meeting with FTX's advisors. | 0.2 |
| 6/8/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Preparation for meeting with FTX's advisors; review diligence and analytics to date. | 1.2 |
| 6/8/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3) M. Iannella (M3),  P. Lauser (M3), and D. OConnell (M3) to discuss claims per Phase 2 work plan | 0.6 |
| 6/8/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with team regarding next step on phase 2 analysis | 1.1 |
| 6/8/2023 | Iannella, Monique | General Correspondence with Other Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims per Phase 2 work plan | 0.6 |
| 6/8/2023 | Lauser, Peter | General Correspondence with Other Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3) M. Iannella (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims per Phase 2 work plan | 0.6 |
| 6/8/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review changes to phase 2 work plan deck | 0.7 |
| 6/9/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani, W. Foster, M. Iannella, and P. Lauser to discuss updates to latest deliverable materials related to historical transaction analysis | 0.6 |
| 6/9/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan deck | 0.6 |
| 6/9/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with S&C, A&M, CGSH, M. Iannella (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.6 |
| 6/9/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Sent diligence files to Cleary and a recap of an analysis requested by Cleary. | 0.4 |
| 6/9/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan deck | 0.6 |
| 6/9/2023 | Foster, William | General Correspondence with Other Professionals | Attend Meeting with S&C, CGSH, K. Kamlani (M3) M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.6 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/9/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review of analysis prepared by team based on genesis company information | 2.1 |
| 6/9/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss Phase 2 work plan deck | 0.6 |
| 6/9/2023 | Iannella, Monique | General Correspondence with Other Professionals | Attend Meeting with S&C, CGSH, K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.6 |
| 6/9/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Continued work for Phase 2 analysis | 1.1 |
| 6/9/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3), W. Foster (M3), and D. OConnell (M3) to discuss Phase 2 work plan deck | 0.6 |
| 6/9/2023 | Lauser, Peter | General Correspondence with Other Professionals | Attend Meeting with S&C, CGSH, K. Kamlani (M3) M. Iannella (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 0.6 |
| 6/9/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Prepare analysis of claims using data provided by company | 1.8 |
| 6/9/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review updates to phase 2 work plan deck | 0.8 |
| 6/9/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Discuss and prepare analysis of claims using data provided by the company | 0.8 |
| 6/10/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and comment on draft analysis from the M3 team related to Genesis transactions. | 0.8 |
| 6/10/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Create summary analyses based on company provided information | 2.9 |
| 6/10/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Correspond with team based on new summary analyses created | 1.4 |
| 6/10/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Perform reconciliation of claims with data provided by company | 1.4 |
| 6/11/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Reviewed and sent analysis on Genesis transactions to Cleary. | 0.7 |
| 6/12/2023 | Lauser, Peter | General Correspondence with Other Professionals | Attend Meeting with BRG, CGSH, K. Kamlani (M3), W. Foster (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/12/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Conduct analysis and build deck on claims | 1.2 |
| 6/12/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued analysis and built deck on claims | 0.9 |
| 6/12/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with BRG, CGSH, W. Foster (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/12/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Met with J. VanLare, C. Ribiero, M. Hatch (All Cleary), S. Vayner, M. Lepow, A Pretto-Sakmann, A. van Hoorhees (all genesis) to discuss next steps in the case and strategy for follow up key work streams | 1.1 |
| 6/12/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review Phase 2 Analysis, provide comments to the team to be delivered to Cleary. | 1.4 |
| 6/12/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Updated Phase 2 deck | 2.4 |
| 6/12/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Analyzed data for Phase 2 | 1.1 |
| 6/12/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Meet with J. VanLare, C. Ribiero, M. Hatch (All Cleary), S. Vayner, M. Lepow, A Pretto-Sakmann, A. van Hoorhees (all genesis) to discuss next steps in the case and strategy for follow up key work streams | 1.1 |
| 6/12/2023 | Foster, William | General Correspondence with Other Professionals | Attend Meeting with BRG, CGSH, K. Kamlani (M3) and P. Lauser (M3) to discuss claims | 0.5 |
| 6/12/2023 | Foster, William | Case Administration | Create and update May fee statement | 2.9 |
| 6/12/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review and provide comments on updated phase 2 presentation to the team | 2.3 |
| 6/13/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Create deck for analysis of claims | 2.1 |
| 6/13/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued creation of deck for analysis of claims | 1.8 |
| 6/13/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Conduct analysis of Alameda claims | 1.5 |
| 6/13/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review changes to phase 2 work plan | 0.9 |
| 6/13/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued analysis of Alameda claims | 1.2 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/13/2023 | Kamlani, Kunal | Case Administration | Review and provided comments on May fee statement | 0.8 |
| 6/13/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and provided comments to the team on analysis requested by Cleary with respect to certain transactions. | 0.8 |
| 6/13/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Analyzed data for Phase 2 | 2.6 |
| 6/13/2023 | Foster, William | Case Administration | Work through comments and changes that need to be made to May fee statement | 2.7 |
| 6/13/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review and provide comments on potential claims presentation prepared by the team | 1.3 |
| 6/13/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with Cleary team regarding analyses performed and status of deliverables | 1.3 |
| 6/14/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of analysis related to historical crypto transactions | 2.6 |
| 6/14/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Reconciliation of company data with crypto transactions | 1.1 |
| 6/14/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Build out analysis of claims | 1.6 |
| 6/14/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Analyzed data for Phase 2 | 0.5 |
| 6/15/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Further reconciliation of company data with crypto transactions | 1.2 |
| 6/15/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Make edits to claims analysis deck | 1.0 |
| 6/15/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review draft presentation and provide comments to the team in advance of sending to Cleary. | 0.7 |
| 6/15/2023 | Foster, William | Case Administration | Update and make changes to May fee statement based on comments received | 1.8 |
| 6/15/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with team on next phase of work and key phases in the case | 1.1 |
| 6/16/2023 | Lauser, Peter | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and D. OConnell (M3) to discuss claims | 0.9 |
| 6/16/2023 | Lauser, Peter | Case Administration | Prepare fee statement for CGSH | 1.8 |
| 6/16/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with CGSH, W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.9 |
| 6/16/2023 | Iannella, Monique | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.9 |
| 6/16/2023 | O'Connell, Daniel | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and P. Lauser (M3) to discuss claims | 0.9 |
| 6/16/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss | 0.9 |
| 6/16/2023 | Foster, William | Case Administration | Update may fee statement based on comments from counsel | 1.6 |
| 6/20/2023 | Foster, William | Case Administration | Update and revise May fee statement based on feedback from Counsel | 0.6 |
| 6/20/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Review of FTX Debtors request for production of documents. | 0.4 |
| 6/21/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of phase 2 deliverable deck based on feeback provided | 1.2 |
| 6/21/2023 | O'Connell, Daniel | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and P. Lauser (M3) to discuss claims | 0.7 |
| 6/21/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.2 |
| 6/21/2023 | Iannella, Monique | General Correspondence with Other Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.7 |
| 6/21/2023 | Iannella, Monique | General Correspondence with Other Professionals | Attend Meeting with K. Kamlani (M3), W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.2 |
| 6/21/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Organized claims data and correspondence with Debtor Counsel | 0.4 |
| 6/21/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), D. OConnell (M3) to discuss claims | 0.7 |
| 6/21/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), D. OConnell (M3) to discuss claims | 0.2 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/21/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review changes to transaction reconciliation | 0.6 |
| 6/21/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.2 |
| 6/21/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.7 |
| 6/21/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with Cleary team regarding key work streams and next steps | 0.6 |
| 6/21/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.2 |
| 6/21/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.7 |
| 6/22/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with N. Maisel (CGSH) and M. Iannella (M3) to discuss claims | 0.4 |
| 6/22/2023 | Iannella, Monique | Case Administration | Organized claims data and correspondence with Debtor Counsel | 2.7 |
| 6/22/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with N. Maisel (CGSH) and D. O'Connell (M3) to discuss claims | 0.4 |
| 6/22/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Review schedules to be provided to Cleary to move forward work streams | 1.3 |
| 6/22/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and comments on data files requested by Cleary. | 0.7 |
| 6/23/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Organized claims data | 1.1 |
| 6/23/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), P. Lauser (M3), W. Foster (M3), and D. O'Connell (M3) to discuss claims | 0.7 |
| 6/23/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), D. O'Connell (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/23/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, M. Iannella (M3), K. Kamlani (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/23/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), D. OConnell (M3) to discuss claims | 0.5 |
| 6/23/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review transaction reconciliation | 1.2 |
| 6/23/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued review of transaction reconciliation ahead of call with Cleary | 0.7 |
| 6/23/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/23/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/23/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with Cleary team regarding next steps and key deliverables for work streams | 1.2 |
| 6/23/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, M. Iannella (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/23/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/23/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), W. Foster (M3) to discuss claims | 0.7 |
| 6/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/25/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Organized claims data | 0.6 |
| 6/25/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and provide comments on transaction analysis file requested by Cleary. | 0.8 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/26/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/26/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with debtors and counsel regarding key case work streams and next steps | 1.9 |
| 6/26/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of potential claims | 1.8 |
| 6/26/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/26/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Cleary team and Debtors regarding proof of claim preparation | 0.9 |
| 6/26/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), D. OConnell (M3) to discuss claims | 0.5 |
| 6/26/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Build tracker for outstanding data needs from the Company | 0.9 |
| 6/26/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Gather information from team and make edits to outstanding data tracker | 0.8 |
| 6/26/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review all workstreams requested by Cleary and confirm the status of each with respect to upcoming deadlines. | 0.4 |
| 6/26/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.5 |
| 6/26/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Draft diligence request and follow up to Genesis on specific workstreams. | 0.6 |
| 6/26/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review correspondence and related questions sent by Cleary and provided direction to the team on next steps. | 0.6 |
| 6/26/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Analyzed claims data for Phase 1 | 1.1 |
| 6/26/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review outstanding data needs for Willow and make requested edits to data tracker | 1.2 |
| 6/27/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Debtors and Debtors counsel to determine meeting times to discuss claims and transactions with key customers | 0.8 |
| 6/27/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Reviewed Genesis Claim Summary. | 0.4 |
| 6/27/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review Phase 2 materials and follow up diligence items in advance of meeting with Genesis. | 0.6 |
| 6/27/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed data sent by Cleary | 0.5 |
| 6/27/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Prepare for call with Genesis team by detailed review of phase 1 and phase 2 analyses | 2.8 |
| 6/28/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with Genesis team, CGSH, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and W. Foster (M3) to discuss claims | 1.1 |
| 6/28/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and W. Foster (M3) to discuss claims | 1.0 |
| 6/28/2023 | O'Connell, Daniel | Case Administration | Documentation of key action items following workstream update with the Debtors and Debtors' professionals | 1.1 |
| 6/28/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), K. Kamlani (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 1.1 |
| 6/28/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), K. Kamlani (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 1.0 |
| 6/28/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 1.1 |
| 6/28/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 1.0 |
| 6/28/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review follow up correspondence to Genesis and provide comments to the internal team. | 0.3 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/28/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, K. Kamlani (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 1.1 |
| 6/28/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, K. Kamlani (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 1.0 |
| 6/28/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed files and data for Phase1 | 2.9 |
| 6/28/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 1.1 |
| 6/28/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 1.0 |
| 6/28/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Detailed review and comments to team on key work stream follow ups and diligence lists to be sent to clients | 2.9 |
| 6/29/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), D. OConnell (M3) (M3) to discuss claims | 0.4 |
| 6/29/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Determine outstanding diligence items and update tracker | 0.7 |
| 6/29/2023 | O'Connell, Daniel | Case Administration | Development of diligence list and applicable follow up items by workstream | 1.2 |
| 6/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Reconciliation of cyrpto and company information | 2.9 |
| 6/29/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Responded to Cleary on request for additional analytics around certain claims | 0.3 |
| 6/29/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Provide edits to the draft follow up request to Genesis that came out of our diligence call with Genesis and Cleary yesterday. | 0.5 |
| 6/29/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of FTX Debtors request for production of documents. | 0.4 |
| 6/29/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Meeting with W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.4 |
| 6/29/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Correspondence on the status of follow up diligence items with Cleary | 0.7 |
| 6/29/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and comments provided on claims analysis requested by Cleary | 0.4 |
| 6/29/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.4 |
| 6/29/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Conducted analysis and correspondence for Phase 1 | 1.6 |
| 6/29/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Met with D. O'Connell to discuss the Phase 1 analysis | 0.3 |
| 6/29/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.4 |
| 6/29/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Detailed review of SOFA SOALs of bankrupt crypto companies | 2.8 |
| 6/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review claims data from various filings to respond to Cleary's request on meeting a filing deadline. | 0.9 |
| 6/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Call with Cleary on claims analysis and follow up direction sent to the team. | 0.7 |
| 6/30/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with S&C, CGSH, Alix, M. Iannella (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), D. OConnell (M3), M. Iannella (M3),  to discuss claims | 0.3 |
| 6/30/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.8 |
| 6/30/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Correspondence to Cleary with Genesis on copy to confirm details of certain claims. | 0.4 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 6/30/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Moelis, CGSH, W. Foster (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.5 |
| 6/30/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims reconciliation | 0.3 |
| 6/30/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.6 |
| 6/30/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with S&C, CGSH, Alix, K. Kamlani (M3), P. Lauser (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), D. OConnell (M3) to discuss claims | 0.3 |
| 6/30/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.8 |
| 6/30/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.5 |
| 6/30/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims reconciliation | 0.3 |
| 6/30/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Conducted analysis and correspondence for Phase 1 | 2.9 |
| 6/30/2023 | Iannella, Monique | General Correspondence with Debtor & Debtors' Professionals | Discussion with J. VanLare (CGHS) W. Foster (M3), D. O'Connell (M3) to discuss claims | 0.3 |
| 6/30/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Discussion with J. VanLare (CGHS), D. OConnell (M3), M. Iannella (M3) to discuss claims | 0.3 |
| 6/30/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims | 0.6 |
| 6/30/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with S&C, CGSH, Alix, M. Iannella (M3), K. Kamlani (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), D. OConnell (M3), M. Iannella (M3), to discuss claims | 0.3 |
| 6/30/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, K. Kamlani (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.8 |
| 6/30/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with D. OConnell (M3), and P. Lauser (M3) to discuss claims reconciliation | 0.2 |
| 6/30/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.5 |
| 6/30/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), M. Iannella (M3), P. Lauser (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3), D. OConnell (M3), and P. Lauser (M3) to discuss claims reconciliation | 0.3 |
| 6/30/2023 | Foster, William | General Correspondence with Debtor & Debtors' Professionals | Participate in correspondence with CGSH regarding potential claims and analysis on various work streams | 2.9 |
| 6/30/2023 | Foster, William | Potential Avoidance Actions/Litigation Support | Create summary analyses based on company data to assess claims | 2.8 |
| 6/30/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), and D. OConnell (M3) (M3) to discuss claims | 0.6 |
| 6/30/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with S&C, CGSH, Alix, M. Iannella (M3), K. Kamlani (M3), W. Foster (M3), and D. OConnell (M3) to discuss claims | 0.7 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: June 1 2023 - June 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 6/30/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Genesis, CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and D. OConnell (M3) to discuss claims | 0.8 |
| 6/30/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), D. OConnell (M3) to discuss claims reconciliation | 0.2 |
| 6/30/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and D. OConnell (M3) to discuss claims | 0.5 |
| 6/30/2023 | Lauser, Peter | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and D. OConnell (M3) to discuss claims | 0.7 |
| 6/30/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), D. OConnell (M3) to discuss claims reconciliation | 0.3 |
| 6/30/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Conduct analysis on reconciliation of claims | 1.9 |
| 6/30/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Continued analysis on reconciliation of claims | 1.6 |
| 6/30/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Conduct review of diligence tracker | 0.5 |
| 6/30/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Discussion with J. VanLare (CGHS) W. Foster (M3), M. Iannella (M3) to discuss claims | 0.3 |
| 6/30/2023 | O'Connell, Daniel | Case Administration | Development and distribution of agendas for meetings scheduled with advisors and the Company | 0.6 |
| 6/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), M. Iannella (M3), and P. Lauser (M3) to discuss claims | 0.6 |
| 6/30/2023 | O'Connell, Daniel | General Correspondence with Other Professionals | Participate in meeting with Sullivan & Cromwell team, CGSH team, AlixPartners team, and M3 team to discuss potential claims | 0.7 |
| 6/30/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Attend Meeting with Moelis, CGSH, K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), P. Lauser (M3) to discuss claims | 0.5 |
| 6/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with W. Foster (M3), and P. Lauser (M3) to discuss claims reconciliation | 0.2 |
| 6/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), W. Foster (M3), M. Iannella (M3), and P. Lauser (M3) to discuss claims reconciliation | 0.3 |
| 6/30/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Preparation of diligence materials for sales process | 1.1 |
| 6/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Reconciliation of crypto data based on disuccsions with Company | 2.7 |