Hearing Date: September 6, 2023 at 2:00 p.m. (Prevailing Eastern Time)
Objection Date: August 30, 2023 at 4:00 p.m. (Prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES INCURRED FROM JANUARY 19, 2023 THROUGH MAY 31, 2023**

**PLEASE TAKE NOTICE** that a hearing to consider Interim Applications for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred from January 19, 2023 through May 31, 2023 (the "Applications") will be held on September 6, 2023 at 2:00 p.m. (Prevailing Eastern Time) (the "Fee Application Hearing") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The Fee Application Hearing will be conducted via Zoom. The following Applications shall be considered:

| | Applicant | ECF No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|---|
| 1. | Moelis & Company LLC | 516 | January 19, 2023 through May 31, 2023 | $600,000 | $29,411.00 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| | | | | | |
|---|---|---|---|---|---|
| 2. | Morrison Cohen LLP | 522 | January 19, 2023 through May 31, 2023 | $933,249.00 | $13,087.58 |
| 3. | White & Case LLP | 523 | February 10, 2023 through May 31, 2023 | $7,759,595.00 | $11,065.14 |
| 4. | M3 Advisory Partners, LP | 524 | April 1, 2023 through May 31, 2023 | $448,737.00 | - |
| 5. | Houlihan Lokey Capital, Inc. | 525 | February 12, 2023 through May 31, 2023 | $541,071.43 | $12,832.54 |
| 6. | Alvarez & Marsal North America, LLC | 527 | January 20, 2023 through May 31, 2023 | $4,858,933.75 | $46,875.63 |
| 7. | Cleary Gottlieb Steen and Hamilton LLP | 529 | January 19, 2023 through May 31, 2023 | $23,894,770.50 | $256,085.65 |

**PLEASE TAKE FURTHER NOTICE** that this notice has been issued in accordance with the procedures set forth in paragraphs 2(B)(a) through (b) of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, ECF No. 101 (the "Compensation Order").

**PLEASE TAKE FURTHER NOTICE** that the deadline and process for submitting interim fee applications for interim court approval was set forth in paragraphs 2(B)(a) through (f) of the Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Applications or the relief requested therein shall be made in writing and (a) filed with the Bankruptcy Court no later than **August 30, 2023 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline")** and (b) served as required by the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order").

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received by the Objection Deadline, the Court may approve the Applications without further notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications and other pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website.

Dated: July 27, 2023  
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Jane VanLare*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*