**Hearing Date: August 4, 2023 at 11:00 a.m.**
**Opp. Deadline:  July 31, 2023 at 4:00 p.m.**

**McELROY, DEUTSCH, MULVANEY**
 **& CARPENTER, LLP**
Jeffrey Bernstein, Esq.
Virginia T. Shea, Esq.
570 Broad Street, Suite 1500
Newark, NJ 07102
Phone: (973) 565-2183
jbernstein@mdmc-law.com
vshea@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*[1] | ) Case No. 23-10063 (SHL) |
| | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**THE NEW JERSEY BUREAU OF SECURITIES' JOINDER TO THE**
***OBJECTION OF THE U.S. SECURITIES AND EXCHANGE COMMISSION TO***
***DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE***
***ADEQUACY OF THE DISCLOSURE STATEMENT* [Docket No. 510].**

The New Jersey Bureau of Securities (the "Bureau"), by and through its undersigned counsel, files this joinder (the "Joinder")  to the *Objection of the U. S. Securities and Exchange Commission to Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement.* (the "SEC Objection")( Docket No. 5120), and respectfully states the following:

1.      The Bureau is charged with protecting New Jersey investors, and, to the extent a violation originates from the State of New Jersey, investors outside of the State of New Jersey.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (21`64$).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY  10003.

2. Pursuant to a New Jersey Status Report generated on July 6, 2023, Debtor Genesis Global Capital LLC is a foreign Limited Liability Company with a main business address of 111 Town Square Place, Suite 1203, Jersey City, NJ 07310

3. Accordingly, the Bureau supports, joins and adopts as its own, the SEC Objection, subject to the following comments (paragraphs 4).

4. To the extent that the SEC Objection states in Section C therein that the Disclosure Statement, Amended Plan and Confirmation Order ("Plan Documents") should be amended with respect to the SEC's Police and Regulatory Powers, the Plan Documents should likewise be amended to expressly state that nothing therein impairs the Bureau's (or any State's) police and regulatory powers or limits the Bureau (or any State) from commencing or continuing any proceeding or investigation.

## RESERVATION OF RIGHTS

5. The Bureau reserves the right to supplement and/or amend this Joinder at or prior to the hearing regarding the adequacy of the disclosure statement, the confirmation hearing, or any other relevant hearing and to join in arguments made by any other party prior to or at the adequacy of the disclosure statement hearing, the confirmation hearing or any other relevant hearing.

WHEREFORE, The New Jersey Bureau of Securities respectfully requests entry of an Order consistent with the relief requested in this Joinder and for such other relief as the Court shall deem just and proper.

                Respectfully submitted,

                **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: July 27, 2023          */s/ Jeffrey Bernstein*
                Jeffrey Bernstein, Esq.
                Virginia T. Shea, Esq.
                570 Broad Street, Suite 1500
                Newark, NJ 07102
                Phone: (973) 565-2183
                jbernstein@mdmc-law.com
                vshea@mdmc-law.com

                *Counsel for the New Jersey Bureau of Securities*