**NEW YORK STATE OFFICE OF
THE ATTORNEY GENERAL**

Gabriel Tapalaga, Esq.
Assistant Attorney General
28 Liberty St., 21st Floor
New York, New York 10005
Telephone: (212) 416-6177
gabriel.tapalaga@ag.ny.gov

*Counsel for the People of the
State of New York*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*[1], | ) | Case No.: 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the attorney listed below appears as counsel for the New York State Office of the Attorney General (the "NYSOAG") in the above-referenced matter, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in these chapter 11 cases or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the following address:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). The case numbers are as follows: 23-10063 for Genesis Global Holdco, LLC; 23-10064 for Genesis Global Capital, LLC; and, 23-10065 for Genesis Asia Pacific PTE. LTD. For these Chapter 11 Cases, the Debtors' service address is 250 Park Avenue South, 5th Floor, New York, NY 10003.

> Gabriel Tapalaga, Esq.
> Assistant Attorney General
> New York State Office of the Attorney General
> Investor Protection Bureau
> 28 Liberty St., 21st Floor
> New York, New York 10005
> Telephone: (212) 416-6177
> gabriel.tapalaga@ag.ny.gov

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, service of copies of all papers, including but not limited to, reports, pleadings, motions, applications, petitions, schedules, complaints, demands, statements of financial affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise (or circulated drafts of any of the foregoing), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the above address.

**PLEASE TAKE FURTHER NOTICE** in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the NYSOAG does not intend for this Notice of Appearance and Request for Service, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any rights to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related

to these cases; or (v) any rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the NYSOAG may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies the NYSOAG expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service does not constitute an agreement to accept service of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of the NYSOAG for such purpose.

Dated: July 27, 2023  
      New York, New York

Respectfully Submitted,

**LETITIA JAMES**  
**Attorney General of the State of New York**

/s/ Gabriel Tapalaga  
_____  
Gabriel Tapalaga  
Assistant Attorney General  
28 Liberty St.  
New York, New York 10005  
Telephone: (212) 416-6177  
Email: gabriel.tapalaga@ag.ny.gov

*Of Counsel for NYSOAG*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2023 the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** was filed and served electronically through the Court's CM/ECF system.

/s/ Gabriel Tapalaga
Gabriel Tapalaga