**McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP**
Jeffrey Bernstein, Esq.
Virginia T. Shea, Esq.
570 Broad Street, Suite 1500
Newark, NJ 07102
Phone: (973) 565-2183
jbernstein@mdmc-law.com
vshea@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) Chapter 11 |
|---|---|
|  | ) |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*[2] | ) Case No. 23-10063 (SHL) |
|  | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Thursday, Juley 27, 2023, *The New Jersey Bureau of Securities' Joinder to the Objection of the U. S. Securities and Exchange Commission to Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement* was e-filed via CM/ECF and served on all parties registered to receive notification of such filings. Additionally, the following parties were served by email, or other manner indicated:

| *Via FedEx Overnight Delivery* <br> The Hon. Sean H. Lane <br> United States Bankruptcy Court <br> for the Southern District of New York <br> 300 Quarropas Street <br> White Plains, NY 10601-4140 | *Via FedEx Overnight Delivery* <br> Genesis Global Holdco, LLC <br> Attn: Arianna Pretto-Sakmann, Esq. <br> 250 Park Avenue South <br> Fifth Floor <br> New York, NY 10003 |
|---|---|

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (21`64$). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| | |
|---|---|
| Sean O'Neal, Esq.<br>Jane VanLare, Esq.<br>**Cleary Gottlieb**<br>soneal@cgsh.com<br>jvanlare@cgsh.com<br>*Counsel to Debtors* | William K. Harrington<br>Greg M. Zipes<br>**U.S. Department of Justice**<br>**Office of the U.S. Trustee**<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York, NY 10004<br>william.harrington@usdoj.gov<br>greg.zipes@usdoj.gov<br>*U.S. Trustee* |
| Philip Abelson, Esq.<br>Amanda Ann Parra Criste, Esq.<br>Gregory F. Pesce, Esq.<br>J. Christopher Shore, Esq.<br>**White & Case**<br>Philip.abelson@whitecase.com<br>aparracriste@whitecase.com<br>Gregory.pesce@whitecase.com<br>cshore@whitecase.com<br>*Counsel to the Official Committee of Unsecured Creditors* | John R. Ashmead, Esq.<br>**Seward & Kissel, LLP**<br>ashmead@sewkis.com<br>*Counsel to the Official Committee of Unsecured Creditors* |

                                  **McELROY, DEUTSCH, MULVANEY**
                                     **& CARPENTER, LLP**

Dated: July 28, 2023                */s/ Jeffrey Bernstein*
                                           Jeffrey Bernstein, Esq.
                                           Virginia T. Shea, Esq.
                                           570 Broad Street, Suite 1500
                                           Newark, NJ 07102
                                           Phone: (973) 565-2183
                                           jbernstein@mdmc-law.com
                                           vshea@mdmc-law.com

                                           *Counsel for the New Jersey Bureau of Securities*