CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 2, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**   August 2, 2023, at 10:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.  The August 2 Hearing will be conducted only through Zoom.  Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website:  https://www.nysb.uscourts.gov/ecourt-appearances.  After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

|  |  |
|---|---|
|  | muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website. |

## AGENDA FOR AUGUST 2 HEARING

I. **Matters to be Heard at August 2 Hearing:**

1. **Status Conference on Mediation** : *Order Appointing Mediator.*  ECF No. 279.

    i. **Related Pleadings:**

        1. *Notice of Extension of Mediation Period.*  ECF No. 436.

        2. *Order Extending Mediation Period.* ECF No. 445.

        3. *Notice of Further Extension of Mediation Period.*  ECF No. 453.

        4. *Notice of Further Extension of Mediation Period.*  ECF No. 473.

        5. *Notice of Further Extension of Mediation Period.*  ECF No. 480.

        6. *Order Further Extending Mediation Period.* ECF No. 517.

    ii. **Status**: The matter is going forward as a status conference on the Debtors' request for an extension of the mediation period.

2. **Discovery Conference on Debtors' First Omnibus Objection**: *Debtors' First Omnibus Objection (Substantive) to Claim Nos. 523, 526 and 527 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).*  ECF No. 530.

    iii. **Response Deadline for Letter Briefs Concerning Discovery Dispute:** August 1, 2023 at 1:00 pm (Eastern Time)

    iv. **Related Pleadings**

        1. *Debtors' Letter to Judge Lane Requesting Guidance on Scheduling Regarding the Debtors' First Omnibus Objection.*  ECF No. 564.

        2. *Letter to Judge Lane re: Discovery Conference on 3AC Claim Objection.*  ECF No. 563.

    v. **Status**: This matter is going forward as a discovery conference.

2

| | |
|---|---|
| Dated: August 1, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

3