**EXHIBIT A**

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

**Fee Summary for June 1, 2023 through June 30, 2023**

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 2.2 | $2,640.00 |
| Hong, Richard | Partner | Digital Assets | 1992 | $950.00 | 0.3 | $285.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $875.00 | 0.8 | $700.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 13.0 | $11,375.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 2.4 | $2,160.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 9.4 | $6,110.00 |
| Upadhyaya, Vani T. | Associate | Digital Assets | 2020 | $580.00 | 5.4 | $3,132.00 |

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 1.8 | $873.00 |
| Yan, Ken | Litigation Support Specialist | Litigation | n/a | $330.00 | 1.5 | $495.00 |
| Crawley, Brianna S. | Docket Clerk | Litigation | n/a | $225.00 | 0.1 | $22.50 |

## **EXHIBIT B**

### **Fee Summary by Project Category for June 1, 2023 through June 30, 2023**

| **Matter/Description** | **Hours** | **Amount** |
|---|---|---|
| B110  Case Administration | 4.7 | $4,180.00 |
| B160  Fee/Employment Applications | 10.4 | $6,763.00 |
| B190  Litigation | 21.8 | $16,849.50 |
| **Total** | **36.9** | **$27,792.50** |

**<u>EXHIBIT C</u>**

**<u>Time Records for June 1, 2023 through June 30, 2023</u>**

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: | 07/25/23 |
| | | INVOICE #: | 2215900 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 06/01/23 | HDR | E-MAILS AND TELEPHONE CALLS TO/FROM S. SICONOLFI REGARDING OPEN CASE MATTERS AND NEXT STEPS (.9); TELEPHONE CALL WITH T. KNOX REGARDING SAME (.1); REVIEW OF DOCKET REGARDING FILINGS (.2). | 1.20 | 1,080.00 |
| 06/01/23 | SSI | E-MAILS AND TELEPHONE CALLS TO/FROM H. ROSENBLAT REGARDING OPEN CASE MATTERS AND NEXT STEPS | 0.90 | 585.00 |
| 06/03/23 | JXG | CALL WITH CLIENTS REGARDING  REGULATOR POSITION IN BANKRUPTCY PROCEEDINGS | 0.70 | 840.00 |
| 06/09/23 | JXG | STRATEGY DISCUSSION WITH S. O'NEAL | 0.10 | 120.00 |
| 06/26/23 | SSI | CHECK REVIEW AND ANALYSIS OF BANKRUPTCY DOCKET FOR RELEVANT PLEADINGS ON CASE STATUS AND FOLLOW-UP (.9) WITH UP H. ROSENBLAT ON SAME (.2) | 1.10 | 715.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 4.00 | 3,340.00 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 06/01/23 | TMK | REVIEW AND REVISE CERTIFICATE OF SERVICE COMBINED THIRD FEE STATEMENT IN PREPARATION FOR ELECTRONIC FILING. | 0.20 | 97.00 |
| 06/01/23 | TMK | PREPARE CERTIFICATE OF SERVICE  COMBINED THIRD FEE STATEMENT IN PREPARATION FOR ELECTRONIC FILING. | 0.10 | 48.50 |
| 06/05/23 | TMK | E-MAILS (.2) TO/FROM S. SICONOLFI REGARDING PREPARATION OF  FEE APPLICATIONS | 0.10 | 48.50 |
| 06/07/23 | SSI | WORK ON INITIAL DRAFT OF QUARTERLY FEE APPLICATION WITH FOCUS ON INITIAL FEE APPLICATION. | 1.70 | 1,105.00 |
| 06/14/23 | SSI | WORK ON MAY MONTHLY FEE STATEMENT (1.5); MULITPLE EMAILS REGARDING SAME WITH INTERNAL TEAM MEMBERS (.6). | 2.10 | 1,365.00 |
| 06/20/23 | HDR | TELEPHONE CALLS AND E-MAILS TO/FROM S. SICONOLFI AND J. GOTTLIEB REGARDING MONTHLY FEE STATEMENTS/FEE APPLICATIONS. | 0.20 | 180.00 |
| 06/21/23 | SSI | REVIEW AND REVISE MONTHLY MAY STATEMENT | 1.70 | 1,105.00 |

# MorrisonCohen LLP

030986-0001          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:       07/25/23
                     BANKRUPTCY MATTER                                 INVOICE #:  2215900

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 06/22/23 | SSI | DRAFT MAY MONTHLY STATEMENT (1.6); EMAILS TO AND FROM M. MIX. AND D. ISAACS AND H. ROSENBLAT REGARDING SAME (.3) | 1.90 | 1,235.00 |
| 06/23/23 | HDR | E-MAILS TO/FROM ACCOUNTING REGARDING MONTHLY FEE STATEMENT. | 0.20 | 180.00 |
| 06/25/23 | HDR | REVIEW AND REVISE MONTHLY FEE STATEMENT MATERIALS (.3) AND E-MAILS TO/FROM S. SICONOLFI REGARDING SAME (.1) | 0.40 | 360.00 |
| 06/26/23 | HDR | E-MAILS AND TELEPHONE CALLS TO/FROM S. SICONOLFI REGARDING MONTHLY FEE STATEMENT AND RELATED ISSUES. | 0.40 | 360.00 |
| 06/27/23 | TMK | E-MAILS AND TELEPHONE CALLS TO/FROM  S. SICONOLFI AND H. ROSENBLAT<br><br>REGARDING  FOURTH FEE STATEMENT | 0.10 | 48.50 |
| 06/27/23 | TMK | PREPARE CERTIFICATE OF SERVICE FOR FOURTH FEE STATEMENT | 0.20 | 97.00 |
| 06/27/23 | TMK | FILE FOURTH FEE STATEMENT AND EFFECTUATE SERVICE WITH NOTICING AGENT | 0.80 | 388.00 |
| 06/28/23 | TMK | TELEPHONE CALL WITH S. SICONOLFI REGARDING CERTIFICATE OF SERVICE FOR FOURTH FEE STATEMENT | 0.10 | 48.50 |
| 06/28/23 | TMK | REVIEW DOCUMENT FOR EDITS AND FURTHER REVIEW BY ATTORNEY (.1); ELECTRONIC FILING OF CERTIFICATE OF SERVICE FOR FOURTH FEE STATEMENT (.1) | 0.20 | 97.00 |
| TOTAL TASK CODE  B160     FEE/EMPLOYMENT APPLICATIONS | | | 10.40 | 6,763.00 |
| TASK CODE B190     LITIGATION | | | | |
| 06/12/23 | MIM | EMAILS REGARDING CLEARY REQUEST FOR UPDATE TO LITIGATIONS AND INVESTIGATIONS INVOLVING GGT AND GGCI (.2); REVIEW PRIOR CORRESPONDENCE REGARDING SUCH REQUEST (.1); REVIEW LATEST INFORMATION ON THOSE CASES (.1) | 0.40 | 350.00 |
| 06/12/23 | DCI | CORR. WITH CLEARY REGARDING MATTERS. | 0.50 | 437.50 |
| 06/23/23 | MIM | EMAILS WITH CLEARY TO ANSWER FOLLOW-UP QUESTION REGARDING EXISTING ARBITRATIONS AGAINST GGT AND GGCI | 0.40 | 350.00 |
| TOTAL TASK CODE  B190     LITIGATION | | | 1.30 | 1,137.50 |

# Morrison Cohen LLP

| | | | | |
|---|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | | DATE: | 07/25/23 |
| | | | INVOICE #: | 2215900 |
| | BANKRUPTCY MATTER | | | |

| | | | |
|---|---|---|---|
| GRAND TOTAL FEES | | 15.70 | 11,240.50 |
| TOTAL FEES SERVICES | ............................................... $ | | 11,240.50 |

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| HDR | HEATH D. ROSENBLAT | 1.20 | 1,080.00 |
| JXG | JASON GOTTLIEB | 0.80 | 960.00 |
| SSI | SALLY SICONOLFI | 2.00 | 1,300.00 |
| SUBTOTAL | B110   CASE ADMINISTRATION | 4.00 | 3,340.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 1.20 | 1,080.00 |
| SSI | SALLY SICONOLFI | 7.40 | 4,810.00 |
| TMK | TUKISHA KNOX | 1.80 | 873.00 |
| SUBTOTAL | B160   FEE/EMPLOYMENT APPLICATIONS | 10.40 | 6,763.00 |
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 0.50 | 437.50 |
| MIM | MICHAEL MIX | 0.80 | 700.00 |
| SUBTOTAL | B190   LITIGATION | 1.30 | 1,137.50 |
| | | | |
| TOTAL FEES | | 15.70 | 11,240.50 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.00 | 3,340.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 10.40 | 6,763.00 |
| B190 | LITIGATION | 1.30 | 1,137.50 |
| TOTAL FEES | | 15.70 | 11,240.50 |

# Morrison Cohen LLP

| | | | | |
|---|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | | DATE: | 07/25/23 |
| | BANKRUPTCY MATTER | | INVOICE #: | 2215900 |

---

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 0.50 | 437.50 |
| HDR | HEATH D. ROSENBLAT | 2.40 | 2,160.00 |
| JXG | JASON GOTTLIEB | 0.80 | 960.00 |
| MIM | MICHAEL MIX | 0.80 | 700.00 |
| SSI | SALLY SICONOLFI | 9.40 | 6,110.00 |
| TMK | TUKISHA KNOX | 1.80 | 873.00 |
| **TOTAL FEES** | | **15.70** | **11,240.50** |

| | | |
|---|---|---|
| DISBURSEMENTS: | | Value |
| TASK SUMMARY FOR EXPENSES: | | |
| MAIL | | 121.87 |
| TOTAL DISBURSEMENTS | $ | 121.87 |
| TOTAL BALANCE DUE FOR THIS PERIOD | $ | 11,362.37 |

**<u>NOTE</u>: PLEASE USE THESE INSTRUCTIONS FOR PAYMENT OF MORRISON COHEN INVOICES AND INCLUDE INVOICE OR CLIENT/MATTER NUMBER FOR IDENTIFICATION PURPOSES.**

**<u>WIRE/ACH INSTRUCTIONS FOR MORRISON COHEN FEES AND EXPENSES</u>**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Ave. |
| | New York, NY 10018 |
| Bank ABA# (use for wire transfer): | 021 001 088 |
| Bank ABA# (use for ACH transfer): | 021 001 088 |
| Account Name: | Morrison Cohen, LLP |
| | Operating Account |
| | 909 Third Avenue |
| | New York, New York 10022 |
| Account #: | 610-044460 |
| Swift Code (only for international wire): | MRMDUS33 |
| Special Instructions: | Please reference Client Number and/or Invoice Number |



030983          GENESIS GLOBAL HOLDCO, LLC

DATE:        07/25/23
INVOICE #:  2215902

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| FEE SUMMARY BY MATTER | | | |
|---|---|---|---|
| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
| ███████████ | 030983-0001 | 9.6 | $ 7,049.50 |
| ███████████ | 030983-0005 | 0.7 | $ 231.00 |
| ███████████ | 030983-0007 | 6.9 | $ 5,359.00 |
| ███████████ | 030983-0008 | 2.6 | $ 2,600.00 |
| ███████████ | 030983-0017 | 1.4 | $ 1,312.50 |
| | GRAND TOTALS: | 21.2 | $ 16,552.00 |

| FEE SUMMARY BY TIMEKEEPER | | | | |
|---|---|---|---|---|
| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 1.4 | $ 1,680.00 |
| HONG, RICHARD | PARTNER | $ 950.00 | 0.3 | $ 285.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 12.5 | $ 10,937.50 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 5.4 | $ 3,132.00 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 1.5 | $ 495.00 |
| CRAWLEY, BRIANNA S. | DOCKET CLERK | $ 225.00 | 0.1 | $ 22.50 |
| | | GRAND TOTALS: | 21.2 | $ 16,552.00 |



030983        GENESIS GLOBAL HOLDCO, LLC

DATE:        07/25/23
INVOICE #:   2215902

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

### FEE TASK CODE: B110 / CASE ADMINISTRATION

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 0.7 | $ 840.00 |
| | | | | |
| **TOTALS FOR TASK CODE: B110 /CASE ADMINISTRATION :** | | | 0.7 | $ 840.00 |

### FEE TASK CODE: B190 / LITIGATION

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 0.7 | $ 840.00 |
| HONG, RICHARD | PARTNER | $ 950.00 | 0.3 | $ 285.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 12.5 | $ 10,937.50 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 5.4 | $ 3,132.00 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 1.5 | $ 495.00 |
| CRAWLEY, BRIANNA S. | DOCKET CLERK | $ 225.00 | 0.1 | $ 22.50 |
| | | | | |
| **TOTALS FOR TASK CODE B190 / LITIGATION:** | | | 20.5 | $ 15,712.00 |
| **GRAND TOTALS FOR HOURS & FEES:** | | | 21.2 | $ 16,552.00 |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|-------------|-----------------|------|----------|
| ▬▬▬▬▬▬▬ | 030983-0017 | Database Search | $ 58.60 |
| ▬▬▬▬▬▬▬ | 030983-0017 | Electronic Storage | $ 32.00 |
| | | | |
| | | **TOTAL DISBURSEMENTS:** | $ 90.60 |

TOTAL BALANCE DUE FOR THIS PERIOD...........................................................................  $    16,642.60

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 07/25/23 |
| | | INVOICE #: | 2215902 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.          TAXPAYER IDENTIFICATION
250 PARK AVENUE SOUTH, 5TH FLOOR      NUMBER 13-3205994
NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B190** | | **LITIGATION** | | |
| 06/05/23 | VTU | CREATE CHART OF PRODUCTIONS TO DATE (.9); REVIEW EMAILS WITH A. SAENZ AND D. ISAACS REGARDING PRODUCING DOCUMENT TO REGULATOR (.3) | 1.20 | 696.00 |
| 06/05/23 | DCI | CONF. WITH CLEARY REGARDING DOCUMENT PRODUCTIONS. | 0.50 | 437.50 |
| 06/06/23 | DCI | REVIEW VENDOR INVOICES. | 0.20 | 175.00 |
| 06/12/23 | DCI | PREPARE DOCUMENT PRODUCTION. | 0.50 | 437.50 |
| 06/12/23 | VTU | ANALYZE, REVIEW AND RESPOND TO EMAILS WITH D. ISAACS, A. SAENZ, ▮▮▮▮ REGARDING UPCOMING PRODUCTION | 0.40 | 232.00 |
| 06/13/23 | VTU | ANALYZE, REVIEW AND RESPOND TO EMAILS WITH D. ISAACS, A. SULLIVAN REGARDING UPCOMING PRODUCTION | 0.30 | 174.00 |
| 06/13/23 | DCI | CONF. WITH CLEARY REGARDING ▮▮▮▮▮▮▮ (.5); DOCUMENT PRODUCTION (.7). | 1.20 | 1,050.00 |
| 06/14/23 | DCI | FINALIZE, CONSIDER AND REVIEW DOCUMENT PRODUCTION (2.1); REVIEW ▮▮▮▮▮▮▮▮ .6) | 2.70 | 2,362.50 |
| 06/14/23 | VTU | DRAFT COVER LETTERS FOR PRODUCTION (.3); REVIEW EMAILS WITH D. ISAACS, K. YAN, CDS, J. LEVY REGARDING FINALIZING DOCUMENT PRODUCTION (.5); REVIEW CGSH MATERIALS (.3) | 1.10 | 638.00 |
| 06/14/23 | KJY | APPLY QUALITY CONTROL TO PRODUCTION VOLUME FOR DELIVERY CONSISTENCY ACCORDING TO REGULATOR'S PRODUCTION SPECIFICATION PER D. ISAACS. | 0.80 | 264.00 |
| 06/20/23 | VTU | ANALYZE, REVIEW AND RESPOND TO EMAILS REGARDING SCHEDULING MEETING WITH REGULATOR | 0.10 | 58.00 |
| 06/26/23 | DCI | CONF. WITH REGULATOR REGARDING PRODUCTION (.3); CORR. WITH CLEARY REGARDING SAME. (.3) | 0.60 | 525.00 |
| **TOTAL TASK CODE   B190   LITIGATION** | | | **9.60** | **7,049.50** |

# MorrisonCohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 07/25/23 |
| | | INVOICE #: | 2215902 |

| GRAND TOTAL FEES | | 9.60 | 7,049.50 |
|---|---|---|---|
| TOTAL FEES SERVICES | | $ | 7,049.50 |

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 5.70 | 4,987.50 |
| KJY | KEN (JIAN-QING) YAN | 0.80 | 264.00 |
| VTU | VANI T. UPADHYAYA | 3.10 | 1,798.00 |
| SUBTOTAL   B190   LITIGATION | | 9.60 | 7,049.50 |
| | | | |
| TOTAL FEES | | 9.60 | 7,049.50 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 9.60 | 7,049.50 |
| TOTAL FEES | | 9.60 | 7,049.50 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 5.70 | 4,987.50 |
| KJY | KEN (JIAN-QING) YAN | 0.80 | 264.00 |
| VTU | VANI T. UPADHYAYA | 3.10 | 1,798.00 |
| TOTAL FEES | | 9.60 | 7,049.50 |
| TOTAL BALANCE DUE FOR THIS PERIOD | | $ | 7,049.50 |

# MorrisonCohen LLP

| | | |
|---|---|---|
| 030983-0005 | GENESIS GLOBAL HOLDCO, LLC | DATE:        07/25/23 |
| | | INVOICE #:  2215902 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.                TAXPAYER IDENTIFICATION
250 PARK AVENUE SOUTH, 5TH FLOOR          NUMBER 13-3205994
NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 06/14/23 | KJY | APPLY QUALITY CONTROL TO PRODUCTION VOLUME FOR DELIVERY CONSISTENCY ACCORDING TO REGULATOR'S PRODUCTION SPECIFICATION PER D. ISAACS. | 0.70 | 231.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 0.70 | 231.00 |
| GRAND TOTAL FEES | | | 0.70 | 231.00 |
| TOTAL FEES SERVICES | | | $ | 231.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| KJY | KEN (JIAN-QING) YAN | 0.70 | 231.00 |
| SUBTOTAL  B190    LITIGATION | | 0.70 | 231.00 |
| TOTAL FEES | | 0.70 | 231.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 0.70 | 231.00 |
| TOTAL FEES | | 0.70 | 231.00 |

# Morrison Cohen LLP

030983-0005        GENESIS GLOBAL HOLDCO, LLC                    DATE:        07/25/23
                                                                INVOICE #:   2215902

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|----------------|-------|--------|
| KJY | KEN (JIAN-QING) YAN | 0.70 | 231.00 |
| TOTAL FEES | | 0.70 | 231.00 |

TOTAL BALANCE DUE FOR THIS PERIOD  _____  $        231.00

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 07/25/23 |
| | | INVOICE #: | 2215902 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 06/01/23 | VTU | ANALYZE, REVIEW, AND RESPOND TO EMAILS WITH S. KIM, D. ISAACS REGARDING FURTHER INFORMATION FOR REGULATOR | 0.30 | 174.00 |
| 06/01/23 | DCI | CORR. WITH CLIENT REGARDING REGULATOR REQUESTS (.4); ANALYZE SAME (.4) | 0.80 | 700.00 |
| 06/06/23 | DCI | DRAFT RESPONSE TO REGULATOR REQUESTS. | 0.90 | 787.50 |
| 06/06/23 | VTU | ANALYZE, REVIEW, AND RESPOND TO EMAILS WITH D. ISAACS, S. KIM REGARDING REGULATOR'S QUESTIONS | 0.30 | 174.00 |
| 06/08/23 | VTU | REVIEW EMAILS WITH CLIENT REGARDING RESPONSE TO REGULATOR | 0.20 | 116.00 |
| 06/08/23 | DCI | CORR. WITH REGULATOR REGARDING MATTER | 0.50 | 437.50 |
| 06/12/23 | DCI | DRAFT CORR. TO ████ (.4);  DRAFT CORR. TO CLIENT REGARDING SAME (.8) | 1.20 | 1,050.00 |
| 06/12/23 | VTU | REVIEW EMAILS WITH D. ISAACS, CLIENT REGARDING REGULATOR'S QUESTIONS | 0.20 | 116.00 |
| 06/15/23 | VTU | PREPARE FOR AND ATTEND CALL WITH CLIENT REGARDING REGULATOR'S QUESTIONS | 0.50 | 290.00 |
| 06/15/23 | DCI | CONF. WITH CLIENT REGARDING RESPONSE TO REGULATOR REQUESTS. | 0.70 | 612.50 |
| 06/16/23 | VTU | REVIEW EMAILS WITH D. ISAACS, S. KIM REGARDING INFORMATION FOR REGULATOR | 0.20 | 116.00 |
| 06/20/23 | VTU | ANALYZE, REVIEW, AND RESPOND TO EMAILS FROM D. ISAACS REGARDING PROVIDING INFO TO REGULATORS | 0.30 | 174.00 |
| 06/20/23 | DCI | PREPARE CORR. TO REGULATOR. | 0.50 | 437.50 |
| 06/26/23 | VTU | REVIEW EMAILS WITH CLIENT REGARDING REGULATOR'S REQUEST | 0.10 | 58.00 |
| 06/27/23 | VTU | ANALYZE, REVIEW, AND RESPOND TO CLIENT REGARDING REGULATOR'S REQUEST | 0.20 | 116.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 6.90 | 5,359.00 |

**MorrisonCohen**LLP

030983-0007      GENESIS GLOBAL HOLDCO, LLC              DATE:      07/25/23
                                                        INVOICE #:  2215902

| GRAND TOTAL FEES | | 6.90 | 5,359.00 |
|---|---|---|---|
| TOTAL FEES SERVICES | | $ | 5,359.00 |

### TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 4.60 | 4,025.00 |
| VTU | VANI T. UPADHYAYA | 2.30 | 1,334.00 |
| SUBTOTAL   B190   LITIGATION | | 6.90 | 5,359.00 |
| | | | |
| TOTAL FEES | | 6.90 | 5,359.00 |

### TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 6.90 | 5,359.00 |
| TOTAL FEES | | 6.90 | 5,359.00 |

### TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 4.60 | 4,025.00 |
| VTU | VANI T. UPADHYAYA | 2.30 | 1,334.00 |
| TOTAL FEES | | 6.90 | 5,359.00 |

| TOTAL BALANCE DUE FOR THIS PERIOD | | $ | 5,359.00 |
|---|---|---|---|

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0008 | GENESIS GLOBAL HOLDCO, LLC T | DATE: | 07/25/23 |
| | | INVOICE #: | 2215902 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 06/12/23 | JXG | DISCUSSION WITH D. ISAACS & CLIENTS REGARDING CASE STRATEGY AND STATUS | 0.50 | 600.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 0.50 | 600.00 |
| TASK CODE B190 | | LITIGATION | | |
| 06/12/23 | DCI | CONF. WITH REGULATOR REGARDING ███████ | 0.40 | 350.00 |
| 06/13/23 | DCI | REVISE CONSENT ORDER AND CORR. WITH CLIENT REGARDING SAME. | 0.50 | 437.50 |
| 06/13/23 | JXG | EMAIL WITH REGULATOR AND D. ISAACS REGARDING REVISIONS TO ███████ | 0.20 | 240.00 |
| 06/14/23 | DCI | CORR. WITH CLIENT REGARDING ███████ | 0.40 | 350.00 |
| 06/27/23 | DCI | CORR. WITH CLIENT REGARDING ███████ | 0.30 | 262.50 |
| 06/27/23 | JXG | FOLLOW UP EMAIL WITH D. ISAACS & CLIENTS ON ███████ | 0.10 | 120.00 |
| 06/28/23 | JXG | EMAIL WITH REGULATOR REGARDING UPDATES | 0.20 | 240.00 |
| TOTAL TASK CODE | B190 | LITIGATION | 2.10 | 2,000.00 |
| | | | | |
| GRAND TOTAL FEES | | | 2.60 | 2,600.00 |
| | TOTAL FEES SERVICES | --------------------------------------------------- $ | | 2,600.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 0.50 | 600.00 |
| SUBTOTAL B110 | CASE ADMINISTRATION | 0.50 | 600.00 |

**MorrisonCohen**LLP

030983-0008     GENESIS GLOBAL HOLDCO, LLC          DATE:      07/25/23
                                                     INVOICE #:  2215902

---

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 1.60 | 1,400.00 |
| JXG | JASON GOTTLIEB | 0.50 | 600.00 |
| SUBTOTAL | B190   LITIGATION | 2.10 | 2,000.00 |

| | | HOURS | VALUE |
|--|--|-------|-------|
| TOTAL FEES | | 2.60 | 2,600.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 0.50 | 600.00 |
| B190 | LITIGATION | 2.10 | 2,000.00 |
| TOTAL FEES | | 2.60 | 2,600.00 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| DCI | DANIEL C. ISAACS | 1.60 | 1,400.00 |
| JXG | JASON GOTTLIEB | 1.00 | 1,200.00 |
| TOTAL FEES | | 2.60 | 2,600.00 |

TOTAL BALANCE DUE FOR THIS PERIOD  _____  $      2,600.00

# MorrisonCohen LLP

| | | | | | |
|---|---|---|---|---|---|
| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | | DATE: | 07/25/23 |
| | | | | INVOICE #: | 2215902 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 06/05/23 | JXG | EMAIL WITH CLIENT REGARDING PROCEDURAL POSTURE | 0.20 | 240.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 0.20 | 240.00 |
| TASK CODE B190 | | LITIGATION | | |
| 06/22/23 | RSH | REVIEWING AND PREPARING EMAILS TO/FROM D, ISAACS, REVIEWING ATTACHED ARTICLE | 0.20 | 190.00 |
| 06/23/23 | DCI | CORR. WITH CLIENT REGARDING ███████ SCHEDULE. | 0.30 | 262.50 |
| 06/26/23 | DCI | CORR. WITH OTHER PARTY'S COUNSEL REGARDING ███████ SCHEDULE. | 0.30 | 262.50 |
| 06/26/23 | JXG | EMAIL WITH CLIENTS REGARDING ███████ SCHEDULE (.1); EMAIL WITH L. MEEHAN (.1) | 0.20 | 240.00 |
| 06/28/23 | BSC | REVIEWED AND DOCKETED LETTER ███████ | 0.10 | 22.50 |
| 06/28/23 | RSH | REVIEWING ECF REGARDING LITIGATION STATUS | 0.10 | 95.00 |
| TOTAL TASK CODE | B190 | LITIGATION | 1.20 | 1,072.50 |
| GRAND TOTAL FEES | | | 1.40 | 1,312.50 |
| | TOTAL FEES SERVICES | ------------------------------------------------- $ | | 1,312.50 |

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| SUBTOTAL | B110   CASE ADMINISTRATION | 0.20 | 240.00 |

# MorrisonCohen LLP

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 07/25/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2215902 |

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| BSC | BRIANNA S. CRAWLEY | 0.10 | 22.50 |
| DCI | DANIEL C. ISAACS | 0.60 | 525.00 |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| RSH | RICHARD HONG | 0.30 | 285.00 |
| SUBTOTAL | B190   LITIGATION | 1.20 | 1,072.50 |
| | | | |
| TOTAL FEES | | 1.40 | 1,312.50 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 0.20 | 240.00 |
| B190 | LITIGATION | 1.20 | 1,072.50 |
| TOTAL FEES | | 1.40 | 1,312.50 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| BSC | BRIANNA S. CRAWLEY | 0.10 | 22.50 |
| DCI | DANIEL C. ISAACS | 0.60 | 525.00 |
| JXG | JASON GOTTLIEB | 0.40 | 480.00 |
| RSH | RICHARD HONG | 0.30 | 285.00 |
| TOTAL FEES | | 1.40 | 1,312.50 |

## DISBURSEMENTS:                                                                      Value

### TASK SUMMARY FOR EXPENSES:

| | Value |
|---|---|
| DATABASE SEARCH | 58.60 |
| ELECTRONIC DATA STORAGE | 32.00 |
| TOTAL DISBURSEMENTS | $ 90.60 |
| TOTAL BALANCE DUE FOR THIS PERIOD | $ 1,403.10 |

# Morrison Cohen LLP

030983-0017          GENESIS GLOBAL HOLDCO, LLC                              DATE:        07/25/23
                                                                            INVOICE #:   2215902

---

**<u>NOTE</u>: PLEASE USE THESE INSTRUCTIONS FOR PAYMENT OF MORRISON COHEN INVOICES
AND INCLUDE INVOICE OR CLIENT/MATTER NUMBER FOR IDENTIFICATION PURPOSES.**

**<u>WIRE/ACH INSTRUCTIONS FOR MORRISON COHEN FEES AND EXPENSES</u>**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Ave. |
| | New York, NY 10018 |

Bank ABA# (use for wire transfer):  021 001 088
Bank ABA# (use for ACH transfer):  021 001 088

| | |
|---|---|
| Account Name: | Morrison Cohen, LLP |
| | Operating Account |
| | 909 Third Avenue |
| | New York, New York 10022 |

| | |
|---|---|
| Account #: | 610-044460 |

Swift Code (only for international wire):    MRMDUS33
Special Instructions:   Please reference Client Number and/or Invoice Number

## EXHIBIT D

## Summary of Expenses for June 1, 2023 through June 30, 2023

| Expense Category | Total Expenses |
|---|---|
| Delivery Services / Courier | $121.87 |
| Relativity Hosting Fee | $32.00 |
| Lexis | $58.60 |
| **Grand Total Expenses** | **$212.47** |

## EXHIBIT E

### Summary of Expenses for June 1, 2023 through June 30, 2023

**Delivery Services / Courier**

5/31/2023   VENDOR: Federal Express – 030986-0001 -Tracking Number #: 772302228475 - $25.59

5/31/2023   VENDOR: Federal Express – 030986-0001 -Tracking Number #: 772302293311 - $25.59

6/1/2023   VENDOR: Federal Express – 030986-0001 -Tracking Number #: 772318614402 - $29.34

6/1/2023   VENDOR: Federal Express – 030986-0001 -Tracking Number #: 772302196763 - $41.35

**Relativity Hosting Fee**

6/30/2023   Relativity Hosting June 2023 – 030983-0017 - $16.00

6/30/2023   Relativity Hosting June 2023 – 030983-0017 - $16.00

**Pacer**

4/30/2023 Lexis Search Charges May 2023 – 030983-0017 - $58.60