**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                          Chapter 11

Genesis Global Holdco, LLC, *et al.*,[1]                       Case No.: 23-10063 (SHL)

                                    Debtors.                    Jointly Administered

<u>**CERTIFICATE OF SERVICE**</u>

I, Tukisha Knox, certify that on the 8th day of August, 2023, I caused the *Notice of Fifth Fee Statement During The Second Fee Application Period of Morrison Cohen LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors And Debtors -In-Possession For The Period From June 1, 2023 Through June 30, 2023* with Exhibits ("**Fifth Fee Statement**") [ECF. No. 587] to be filed electronically *via* the Case Management/Electronic Case Filing System ("**CM/ECF**") for the United States Bankruptcy Court for the Southern District of New York, which in turn caused a Notice of Electronic Filing to be sent to all registered users thereof. Additionally, parties to the above-captioned action may access the above-listed filing through CM/ECF or at the Debtors' case website managed by the noticing and claims agent located at (https://restructuring.ra.kroll.com/genesis/).

In addition, on August 9, 2023, an unredacted copy of **Exhibit C** to the Fifth Fee Statement was sent via electronic mail to Greg Zipes, Esq. (greg.zipes@usdoj.gov), Arianna Pretto-Sankman (arianna@genesistrading.com), Sean A. O'Neal, Esq. (soneal@cgsh.com), and Jane VanLare, Esq. (jvanlare@cgsh.com).

/s/ Tukisha Knox
Tukisha Knox

---

[1] The debtors and debtors-in-possession (collectively, "**Debtors**") in the above-captioned jointly-administered cases ("**Chapter 11 Cases**") are: (i) Genesis Global Holdco, LLC (8219); (ii) Genesis Global Capital, LLC (8564); and (iii) Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, New York 10003.