# UNITED STATES BANKRUPTCY COURT

Southern District of New York



| | |
|---|---|
| Genesis Global Capital, LLC, et al., | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Fir Tree Value Master Fund , LP
Fir Tree Capital Opportunity Master Fund III, LP
FT Digital Asset Opportunities Holdings, LP          Withheld_____
        Name of Transferees                          Name of Transferor

Name and Address where notices to         Claim Number: 411
transferee should be sent:                 Creditor Name: Withheld

      Fir Tree Capital Management LP
      Attn: General Counsel
      500 Fifth Ave, Suite 901
      New York, NY 10010
      Email: LegalNotices@firtree.com

      With a copy to:
      Joseph Minias, jminias@willkie.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.



By: _____         Date: _____
   5BADCE629D37411...
Fir Tree Capital Management LP
Transferee's Agent

Identity of the Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, the Transferees have not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.