**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 31, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be (1) served via email on the Fee Application Service List attached hereto as **Exhibit A**; and (2) delivered via overnight mail to the Chambers of Honorable Sean H Lane, Genesis Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas St Room 147, White Plains NY 10601:

- First Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from February 14, 2023, through May 31, 2023. Hearing Scheduled for September 6, 2023, at 2:00 p.m. (ET). Objections due by August 30, 2023, at 4:00 p.m. (ET) [Docket No. 561]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dated: August 10, 2023

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 10, 2023, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 71777

**Exhibit A**

# Exhibit A

Fee Application Service List
Served via Email

| NAME | Notice Name | EMAIL |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com; lbarefoot@cgsh.com |
| Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov; greg.zipes@usdoj.gov |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |