UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



In re:

GENESIS GLOBAL HOLDCO, LLC,
*et al.*,

Debtors

Chapter 11

No. 23-10063

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **Marcos Holdings I LLC** |
| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
| **Name on File** | **Marcos Holdings I LLC** |
| **Address on File** | **Attn: Steve Gilles** |
| | **c/o Attestor Limited** |
| | **7 Seymour Street** |
| | **W1H 7JW - United Kingdom** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line 3.1.0089 | Name on File | as described on Schedule F (attached) | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: <u>August 14, 2023</u>
Transferee/Transferee's Agent

Doc ID: e58f8bba08203fc05893412754f0ecd243752458

| 3.1.0088 | NAME ON FILE | ADDRESS ON FILE | |
|---|---|---|---|
| 3.1.0089 | NAME ON FILE | ADDRESS ON FILE | |
| 3.1.0090 | NAME ON FILE | ADDRESS ON FILE | USDC 102.249750218336 |
| | | | BTC 2.192.16483456652 |
| | | | USD 366,104.90625 |
| | | | SOL 4.804.2286726293 |

Doc ID: e58f8bba08203fc05893412754f0ecd243752458

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.