**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL DECLARATION OF MICHAEL S. LETO IN SUPPORT OF THE FIRST APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR ALVAREZ & MARSAL NORTH AMERICA, LLC**

Michael S. Leto, being duly sworn, hereby states as follows:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, "**A&M**"), a restructuring advisory services firm with numerous offices throughout the world.  I submit this declaration (this "**Supplemental Declaration**") to supplement A&M's First Application for Interim Professional Compensation (the "**First Interim Application**") in these chapter 11 cases. Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

1.      On January 20, 2023 (the "**Petition Date**"), Genesis Global Holdco, LLC and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "**Debtors**") commenced these cases by filing voluntary petitions for

---

1       The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

2       Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      On February 8, 2023, the Debtors filed their *Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc* [Dk 73] (the "**Application**").

3.      On February 24, 2023, the Court entered the *Order Authorizing the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* (the "**Order**").

4.      On July 19, 2023, A&M filed the First Interim Application [Dk 527].

5.      I submit this Supplemental Declaration to disclose additional information to support the First Interim Application.

**Additional Disclosures**

6.      A&M's First Interim Application includes a request for reimbursement of two legal expense items listed as "Legal Services Re. regulatory and law enforcement requests" in the amount of $5449 and $32,590, respectively.  [Dk 527 at p. 336].

7.      Those legal expenses were incurred by A&M while preparing its response to a subpoena that A&M received from a regulator in January 2023.  The subpoena requested certain records relating to the Debtors and A&M's engagement.  A&M retained Olshan Frome Wolosky LLP ("**Olshan**") to represent A&M in connection with A&M's response.   The legal expenses requested in the First Interim Application reflect the fees and expenses charged to A&M by Olshan for assisting with the matter.  Olshan's work included, among other things, providing legal advice and support regarding the collection, review and

- 2 -

production of the documents requested by the subpoena, as well as coordination with Debtors' counsel on the related matters. We believe that these costs are reimbursable under express terms of A&M's engagement agreement with the Debtors and A&M's retention Order.

8.    Olshan's invoices dated February 13 and April 19, 2023, and supporting time detail are attached hereto as **Exhibit A**.

I declare that the foregoing statements are true and correct to the best of my knowledge.


Dated this 14 day of August 2023



By:    /s/ *Michael S. Leto*
                    Michael S. Leto
                    Managing Director

**<u>Exhibit A</u>**

# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

February 13, 2023

**ALVAREZ & MARSAL**

Matter #: 011684-035
Invoice:  257923

For Professional Services Rendered Through January 31, 2023

**Re:    GENESIS**

| | |
|---|---|
| Total Current Fees | $5,410.00 |
| Total Current Disbursements | $39.10 |
| Total Due This Bill | $5,449.10 |

ALVAREZ & MARSAL

Matter #:  011684-035
Page 2

**Re:  GENESIS**

| **Date** | **Atty** | **Description** | **Time** |
|---|---|---|---|
| 01/19/23 | JGM | Review background; analyze Subpoena | 0.60 |
| | JGM | Telephone conference with A&M regarding status | 0.30 |
| | JGM | Telephone conference with regulator | 0.50 |
| | JGM | Telephone conference with J. Ma regarding assignments | 0.30 |
| 01/20/23 | JGM | Investigate background information | 0.50 |
| | JYM | Reviewing regulator subpoena into cryptocurrency disclosures and Three Arrows Capital default and related articles | 0.30 |
| 01/23/23 | JGM | Telephone conference with D. Feigenbaum and R. Patti regarding document collection | 0.20 |
| | JYM | Correspondence relating to regulator subpoena into Three Arrows Capital | 0.10 |
| 01/26/23 | JYM | Background research | 0.50 |
| 01/27/23 | JGM | Telephone conference with J. Ma regarding strategy | 0.20 |
| | JGM | Telephone conference with J. Ma, R. Rodriguez and R. Patti regarding status | 0.40 |
| 01/30/23 | JGM | Prepare for call | 0.10 |
| | JGM | Call with Morrison Cohen, client, J. Ma and Genesis; follow up research | 0.60 |
| | JGM | Telephone conference with J. Ma regarding production strategy | 0.20 |
| | JYM | Zoom call with AM and counsel for Genesis (0.6); related correspondence with client regarding upcoming deadlines (0.2) | 0.80 |
| 01/31/23 | JYM | Zoom call with client; reviewing client documents and bullet point summary; correspondence with J. Moon | 0.80 |

ALVAREZ & MARSAL

Matter #:  011684-035
Page 3

**Re:  GENESIS**

| **Date** | **Atty** | **Description** | **Time** |
|----------|----------|-----------------|----------|
| | | Total Fees: | $5,410.00 |

**Legal Services Summary**

| **Timekeeper** | **Amount** |
|----------------|------------|
| JACQUELINE Y. MA | $1,900.00 |
| JOHN G. MOON | $3,510.00 |
| | $5,410.00 |

**Disbursements:**

| | **Amount** |
|---|------------|
| Pacer Service Center (Searches) | $39.10 |
| Total Disbursements: | $39.10 |
| Total Due This Bill | $5,449.10 |

# O L S H A N

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

April 19, 2023

**ALVAREZ & MARSAL**

Matter #: 011684-035
Invoice:  259448

For Professional Services Rendered Through March 31, 2023

**Re:   GENESIS**

| | |
|---|---|
| Total Current Fees | $32,950.00 |
| Total Due This Bill | $32,950.00 |
| Prior Balance Due | $5,449.10 |
| Total Due | $38,399.10 |

ALVAREZ & MARSAL                                        Matter #:  011684-035
                                                                  Page 2


Re:  GENESIS


| Date | Atty | Description | Time |
|---|---|---|---|
| 02/01/23 | JGM | Attention to client production; multiple telephone conferences with J. Ma and client | 0.40 |
| | JGM | Review and revise correspondence to regulator; telephone conference regarding same with J. Ma | 0.40 |
| | JYM | Drafting response to regulator and incorporating J. Moon edits; related correspondence with client regarding document pull/production | 2.50 |
| 02/02/23 | JYM | Editing letter response to regulator (0.5); discussing strategy with K. Klein (0.5); call with regulator and related correspondence (0.5) | 1.50 |
| 02/03/23 | JYM | Producing Genesis-A&M engagement letter to regulator | 0.60 |
| 02/04/23 | JGM | Review regulator correspondence and communications regarding same | 0.40 |
| 02/07/23 | JGM | Review client correspondence; telephone conference regarding same with J. Ma | 0.50 |
| | KTK | Attention to status of disclosure and correspondence with A. Ward and J. Ma regarding same | 0.70 |
| | JYM | Calls with JM, AMW, KK regarding Genesis; related correspondence with client | 1.00 |
| 02/08/23 | JGM | Review status of production communications | 0.60 |
| | JGM | Attention to collection of documents; video conference with J. Ma and client regarding same | 1.40 |
| | JGM | Follow up with J. Ma | 0.70 |

ALVAREZ & MARSAL                                                    Matter #:  011684-035
                                                                              Page 3


**Re:  GENESIS**

| **Date** | **Atty** | **Description** | **Time** |
|---|---|---|---|
| | KTK | Correspondence with J. Moon and J. Ma | 0.10 |
| | JYM | Call and correspondence with clients; editing response letter to regulator; follow up emails to Genesis counsel and relating to discovery | 1.30 |
| 02/09/23 | JGM | Prepare for call with Company counsel | 0.20 |
| | JGM | Call with J. Ma and company counsel | 0.50 |
| | JGM | Telephone conference with J. Ma regarding status | 0.30 |
| | JYM | Call with counsel for Genesis and John Moon; reviewing client emails and pushing collection/production; call with regulator | 1.10 |
| 02/10/23 | JYM | Correspondence and calls regarding document collection | 0.20 |
| 02/11/23 | JGM | Telephone conference with J. Ma regarding status | 0.30 |
| | JGM | Telephone conference with client regarding same | 0.20 |
| | JYM | Call with client; setting up links for document upload; related correspondence | 0.60 |
| 02/12/23 | JGM | Review emails regarding production | 0.20 |
| 02/13/23 | JYM | Calls and emails with Rudy regarding production | 0.30 |
| 02/14/23 | JGM | Telephone conference with J. Ma regarding production | 0.20 |
| | JGM | Telephone conference with J. Ma regarding production | 0.60 |
| | JGM | Telephone conference with J. Ma regarding production | 0.40 |
| | JGM | Review sample production | 0.70 |

ALVAREZ & MARSAL

Matter #:  011684-035
Page 4

**Re:  GENESIS**

| **Date** | **Atty** | **Description** | **Time** |
|---|---|---|---|
| | JGM | Review sample production | 0.50 |
| | JYM | Document/privilege review and related call with J. Moon (3.9); responding to A&M correspondence, redacting documents for privilege (1.0) | 4.90 |
| 02/15/23 | JYM | Reviewing and QCing initial document production; correspondence with litigation support regarding document production; correspondence with Genesis counsel regarding production | 0.70 |
| 02/16/23 | JGM | Review and analyze multiple communications among team | 0.30 |
| | JYM | Making production to the regulator; related calls and emails | 0.70 |
| 02/17/23 | JGM | Attention to first production | 0.20 |
| | JYM | Updating client; correspondence with regulator regarding Genesis production | 0.20 |
| 02/22/23 | JGM | Telephone conference with Attorney General and J. Ma; Telephone conference with J. Ma regarding production; review documents | 1.30 |
| | JYM | Call with regulator and call with J. Moon regarding further production | 1.10 |
| 02/24/23 | JYM | Background research for J. Moon; drafting summary email to clients | 1.50 |
| 02/28/23 | JGM | Telephone conference with J. Ma regarding regulator; review and revise correspondence to client | 0.80 |
| | JGM | Additional communications with client regarding follow up | 0.30 |
| | JYM | Meeting with J. Moon regarding email to A&M | 0.50 |

ALVAREZ & MARSAL

Matter #:  011684-035
Page 5

**Re:  GENESIS**

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 03/01/23 | JYM | Correspondence regarding pulling debt documents for production | 0.20 |
| 03/02/23 | JYM | Correspondence with Morrison Cohen about second production | 0.10 |
| 03/03/23 | JGM | Telephone conference with J. Ma regarding status | 0.30 |
| | JGM | Telephone conference with J. Ma and Company counsel; Follow up with J. Ma | 0.30 |
| | JYM | Call with J. Moon and Genesis counsel; correspondence with client regarding production | 0.40 |
| 03/06/23 | JYM | Calls and correspondence with R. Rodriguez | 0.20 |
| 03/07/23 | JGM | Telephone conference with J. Ma regarding production; review and analyze privileged materials | 0.50 |
| | JYM | Correspondence regarding document production; reviewing documents for privilege and preparing econd document production | 1.30 |
| 03/08/23 | JYM | Preparing production to regulator nd sending to Genesis; first cut of privilege log | 1.90 |
| 03/09/23 | JYM | Drafting cover letter to regulator; making production to regulator | 0.50 |
| 03/14/23 | JYM | Updating privilege log; circulating for J. Moon review | 1.90 |
| 03/16/23 | JGM | Attention to activity by regulator; telephone conference regarding same with J. Ma | 0.40 |
| | CEA | Review/analyze and preparation of the Genesis Privilege Withheld log for production, as per Jacqueline Y. Ma | 0.20 |

ALVAREZ & MARSAL

Matter #:  011684-035
Page 6

**Re:  GENESIS**

| Date | Atty | Description | Time |
|------|------|-------------|------|
|  | JYM | Preparing documents for production off privilege log | 0.40 |
| 03/17/23 | JYM | Finalizing privilege log and sending production to Genesis | 0.30 |
| 03/21/23 | JGM | Telephone conference with J. Ma regarding communications, interest privilege | 0.40 |
| 03/23/23 | JYM | Updating privilege logs to add CI privilege documents; redacting and readying one document for re-production | 0.40 |
| 03/24/23 | JYM | Making production to regulator | 0.30 |
|  |  | Total Fees: | $32,950.00 |

**Legal Services Summary**

| Timekeeper | Amount |
|------------|--------|
| JACQUELINE Y. MA | $20,216.00 |
| KERRIN T. KLEIN | $684.00 |
| CHRISTINE E. ALEJO | $80.00 |
| JOHN G. MOON | $11,970.00 |
|  | $32,950.00 |
| Total Due This Bill | $32,950.00 |

ALVAREZ & MARSAL

**Re:  GENESIS**

**Previous Bills Outstanding**

| <u>Invoice No.</u> | <u>Date</u> | <u>Amount</u> | |
|---|---|---|---|
| 257923 | 02/13/23 | $5,449.10 | |
| | Prior Balance Due | $5,449.10 | |
| | Total Due | | $38,399.10 |