CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF FURTHER EXTENSION OF MEDIATION PERIOD

            **PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

            **PLEASE TAKE FURTHER NOTICE** that, on April 23, 2023, the Debtors filed the *Debtors' Motion for Appointment of a Mediator*, ECF No. 252 (the "Mediation Motion"),[2] seeking an order from this Court appointing a mediator and ordering mediation of the Mediation Issues between the Mediation Parties.

            **PLEASE TAKE FURTHER NOTICE** that, on May 1, 2023, the Debtors filed the *Notice of Filing of Proposed Consensual Order Appointing Mediator*, ECF No. 278.

---

[1]        The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]        Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Mediation Motion.

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2023, the Court entered the *Order Appointing Mediator*, ECF No. 279 (the "Mediation Order") granting the Mediation Motion for a period of thirty (30) days, which was subsequently extended on various occasions to August 16, 2023.  *See* ECF Nos. 445, 517, 580.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2 of the Mediation Order, the scope or duration of the mediation may be amended or extended by further order of the Court or upon agreement of all of the Mediation Parties.

**PLEASE TAKE FURTHER NOTICE** that, the Mediation Parties and the Mediator, Judge Randall J. Newsome, are continuing to have productive discussions and will continue the mediation on August 17, 2023.

Dated:  August 16, 2023
          New York, New York

*/s/ Sean A. O'Neal*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*