**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| | Jointly Administered |

### DECLARATION OF JOSEPH J. SCIAMETTA IN SUPPORT OF THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING HOLDCO TO ENTER INTO PAYROLL CONTRACT, INCUR OBLIGATIONS RELATED TO EMPLOYEE TRANSFER AND GRANTING RELATED RELIEF

I, Joseph J. Sciametta, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operational restructuring, and a financial advisor to the Debtors.

2. Since the Debtors engaged A&M in November of 2022, I have worked closely with the Debtors and other advisors. I have over twenty years of distressed company advisory experience. Through roles in both senior management and as a restructuring advisor, I have substantial experience helping financially distressed companies stabilize their financial condition, analyze their operations, and develop business plans to accomplish the necessary restructuring of their operations and finances. I have advised clients in numerous major bankruptcy cases,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

1

including Lehman Brothers Holdings, Inc., Centric Brands, Inc., Nielsen & Bainbridge, LLC., Bristow Group, Inc., PES Holdings, LLC, Lucky's Market Parent Company, LLC, USA Discounters, LTD, Aleris International Inc., and Interstate Bakeries Corp. I received my bachelor's degree and Master of Business Administration from Fairfield University.

3. I am generally familiar with the operations and affairs of the Debtors. I submit this declaration (the "Declaration") in support of the *Debtors' Motion for an Order Authorizing Holdco to Enter Into Payroll Contract, Incur Obligations Related to Employee Transfer and Granting Related Relief* (the "Motion" [2]).

4. Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' representatives or advisors, my discussions with employees of A&M working directly with me or under my supervision or direction, or my review of relevant documents, including the Debtors' books and records maintained in the ordinary course of their business. In making this Declaration, I have relied in part on information and material that the Debtors' representatives and advisors have gathered, prepared, verified and provided to me, for my benefit in preparing this Declaration. I am not being compensated for this testimony other than through payments received by A&M in its capacity as financial advisor to the Debtors. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

5. As of the date hereof, GGT employs approximately 95 employees. The Debtors may transition a subset of these employees to Holdco as early as October 1, 2023. The employees perform a variety of critical functions for the Debtors' businesses.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2

6. The Debtors anticipate that a subset of employees will enter into employment agreements with Holdco with similar terms as those in their employment agreements with GGT. I understand that by entering into these employment agreements and incurring these obligations, Holdco expects to pay the wages and any discretionary bonuses, provide benefits and incur severance obligations related to the employees in the ordinary course of its business.

7. To facilitate this transition, Holdco also seeks to enter into the Payroll Contract with TriNet, a vendor that has historically provided payroll and other human resources services to GGT, as soon as possible. Under the Payroll Contract, Holdco is anticipated to pay approximately $11,000.00 per month for the payroll processing, benefits administration, HR data management services and certain other payroll-related services provided by TriNet.

8. In my capacity as financial advisor to the Debtors, I believe that it is in the best interests of the Debtors to transition the employees from GGT to Holdco. The employees' skills, their specialized knowledge of the Debtors' businesses, industry, and operations as well as their relationships with customers and other third parties are all essential to the preservation of the Debtors' business and/or to facilitate a potential orderly wind-down or sale of their assets.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Dated: August 16, 2023<br>New York, NY | /s/ *Joseph J. Sciametta*<br>Name:    Joseph J. Sciametta<br>Title:    Managing Director<br>            Alvarez & Marsal<br>            *Financial Advisor to the Debtors* |