## EXHIBIT A
**OCP Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## DECLARATION OF DISINTERESTEDNESS

I, John M. Seaman, declare that the following is true to the best of my knowledge, information and belief:

1.       I am a Partner of Abrams & Bayliss LLP, located at 20 Montchanin Road, Suite 200, Wilmington, DE 19807 (the "Firm"), which has been employed by the debtors and debtors in possession (the "Debtors") in the above-captioned case (the "Chapter 11 Cases") in the ordinary course of the Debtors' business.   The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [D.I. 102] (the "Ordinary Course Professionals Order").

The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases.  The Firm does not perform services for any

---

[1]       The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

The Debtors have requested that the Firm provide civil litigation services and advice in connection with the Debtors' interest in a bankruptcy proceeding pending in the United States Bankruptcy Court for the District of Delaware captioned *In re: File Storage Partners, LLC, et al.*, Case No. 23-10877 (CTG), and the Firm has consented to provide such services.

The Firm has not provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

The Firm keeps, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in the Chapter 11 Cases.

Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

Neither I nor any principal, partner, director, or officer of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

The Debtors owe the Firm $0.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. This amount is either owing in United States ("U.S.") Dollars or has been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

*[Signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2023

 _/s/ John M. Seaman_
John M. Seaman
Partner
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Seaman@AbramsBayliss.com
(302) 778-1000

## **EXHIBIT B**
**OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

<u>RETENTION QUESTIONNAIRE</u>[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

20 Montchanin Road, Suite 200, Wilmington, DE 19807

If more space is needed, please complete on a separate page and attach.

1.    Name and address of the firm:

ABRAMS & BAYLISS LLP

20 Montchanin Road, Suite 200

Wilmington, DE 19807

2.    Date of retention:  July 26, 2023

3.    Type of services provided:

Bankruptcy legal advice in connection with the Debtors' interest in a bankruptcy proceeding pending in the United States Bankruptcy Court for the District of Delaware captioned *In re: File Storage Partners, LLC, et al.*, Case No. 23-10877 (CTG)

4.    Brief description of services to be provided:

Bankruptcy legal advice in the United States Bankruptcy Court for the District of Delaware

---

[1]    All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

5.      Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a) Average hourly rate (if applicable):

Partner:       $1,100.00

Associates:    $565.00

Paralegals:    $325.00

(b) Estimated average monthly compensation (based on prepetition retention if
firm was employed prepetition):
N/A

6.      Prepetition claims against any of the Debtors held by the firm:

Debtor(s) against whom claim is held:  N/A

Amount of claim:        N/A

Date claim arose:       N/A

Source of claim:        N/A

7.      Prepetition claims against the Debtors held individually by any member or
associate of the firm:

Name:  N/A

Status:  N/A

Debtor(s) against whom claim is held:  N/A

Amount of claim:        N/A

Date claim arose:       N/A

Source of claim:        N/A

8.    Stock or American Depository Shares of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares:  N/A

9.    Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

Name:  N/A

Status:  N/A

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None to the awareness of the undersigned.


Name:  John M. Seaman


Title:   Partner