**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 31, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Filing of Third Supplement to List of Professionals Utilized by Debtors in the Ordinary Course of Business [Docket No. 559]

- Notice of Filing of Revisions to Certain Sections of Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC *et al.*, Under Chapter 11 of the Bankruptcy Code [Docket No. 560]

- Notice of Conference Scheduled for August 2, 2023 [Docket No. 562]

On July 31, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit B**:

- First Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period From February 14, 2023 Through May 31, 2023 [Docket No. 561]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dated: August 18, 2023

*/s/ James Roy*
James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 18, 2023, by James Roy, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 71774

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato<br>250 West 55th Street<br>New York NY 10019 | benjamin.mintz@arnoldporter.com<br>marcus.asner@arnoldporter.com<br>justin.imperato@arnoldporter.com | Email |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak<br>1700 Farnam St. Ste. 1500<br>Omaha NE 68102 | jhollembeak@bairdholm.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 147<br>White Plains NY 10601 | | First Class Mail |
| Counsel to the Debtors and Debtors-in-Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey<br>2112 Pennsylvania Avenue, N.W.<br>Washington DC 20037 | jamassey@cgsh.com | Email |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com<br>lbarefoot@cgsh.com<br>aweaver@cgsh.com | Email |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman<br>250 Park Avenue South<br>5th Floor<br>New York NY 10003 | arianna@genesistrading.com | Email |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman<br>500 W. Madison St., Ste. 3700<br>Chicago IL 60661 | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York NY 10004 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | mimi.m.wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi<br>800 Third Avenue, 38th Floor<br>New York NY 10022 | jcampisi@kaplanfox.com | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com<br>ross.fiedler@kirkland.com | Email |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte<br>800 Third Avenue<br>New York NY 10022 | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse<br>1271 Avenue of the Americas<br>New York NY 10020 | adam.goldberg@lw.com<br>christopher.harris@lw.com<br>brett.neve@lw.com<br>nacif.taousse@lw.com | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda<br>355 South Grand Avenue, Suite 100<br>Los Angeles CA 90071 | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com | Email |
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel<br>875 Third Avenue, 9th Floor<br>New York NY 10022 | fringel@leechtishman.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 7068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Suite 1401<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb<br>909 Third Avenue<br>27th Floor<br>New York NY 10022 | hrosenblat@morrisoncohen.com | Email |
| Counsel to NYSOAG | New York State Office of the Attorney General | Attn: Gabriel Tapalaga<br>Investor Protection Bureau<br>28 Liberty St., 21st Floor<br>New York NY 10005 | gabriel.tapalaga@ag.ny.gov | Email |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Email |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov<br>greg.zipes@usdoj.gov | Email |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson<br>200 Park Avenue<br>New York NY 10166 | krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>isaacsasson@paulhastings.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |

## Exhibit A

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>kotwick@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss<br>One Landmark Square, 15th Floor<br>Stamford CT 06901 | isloss@sgtlaw.com | Email |
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg<br>125 Turkey Lane<br>Cold Spring Harbor NY 11724 |  | First Class Mail |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>jensenc@sullcrom.com | Email |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 |  | First Class Mail |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | jeffrey.oestericher@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui<br>767 Fifth Avenue<br>New York NY 10153 | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606 | gregory.pesce@whitecase.com | Email |

## Exhibit A

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | cshore@whitecase.com<br>philip.abelson@whitecase.com<br>michele.meises@whitecase.com | Email |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan<br>156 West 56th Street<br>New York NY 10019 | jsullivan@windelsmarx.com | Email |

**<u>Exhibit B</u>**

## Exhibit B

Fee Application Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com<br>lbarefoot@cgsh.com<br>aweaver@cgsh.com |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman<br>250 Park Avenue South<br>5th Floor<br>New York NY 10003 | arianna@genesistrading.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov<br>greg.zipes@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606 | gregory.pesce@whitecase.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | cshore@whitecase.com<br>philip.abelson@whitecase.com<br>michele.meises@whitecase.com |