CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT
OF THE DEBTORS' FIRST OMNIBUS
OBJECTION (SUBSTANTIVE) TO CLAIM NOS. 523, 526 AND 527
PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

    **PLEASE TAKE NOTICE** that the Debtors filed the *First Omnibus Objection (Substantive) to Claim Nos. 523, 526 and 527 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*, ECF No. 530 (the "Objection"), objecting to the three proofs of claim identified in the title of the Objection (the "Claims") filed against the Debtors by the foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (in liquidation) (collectively, the "Joint Liquidators").

    **PLEASE TAKE NOTICE** that on August 18, 2023, the Joint Liquidators amended the Claims, filing claim nos. 981, 982, 990 (the "Amended Claims").

    **PLEASE TAKE NOTICE** that the Debtors are preparing an amended version of the Objection (the "Amended Objection") tailored to the Amended Claims.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE NOTICE** that in light of the Amended Claims and to allow the Debtors sufficient time to prepare the Amended Objection, the Debtors hereby adjourn the Objection without prejudice, *sine die*, upon permission from the Court.

| | |
|---|---|
| Dated: August 23, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |