UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



| In re: | Chapter 11 |
|---|---|
| GENESIS GLOBAL HOLDCO, LLC, *et al.*, | No. 23-10063 |
| Debtors | (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Ad Hoc Group of Genesis Lenders (Anonymous Lender 81)** | **Marcos Holdings I LLC** |
| Name and Current Address of Transferor:<br>**Ad Hoc Group of Genesis Lenders**<br>**Attn: Brian S. Rosen**<br>**Proskauer Rose LLP**<br>**Eleven Times Square**<br>**New York, NY 10036** | Name and Address where notices and payments to transferee should be sent:<br>**Marcos Holdings I LLC**<br>**Attn: Steve Gillies**<br>**Attestor Value Master Fund LP**<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**London, United Kingdom W1H7JW** |

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 831 (amending Claim No. 447) | Ad Hoc Group of Genesis Lenders (Anonymous Lender 81) | $7,636,886.42 USD | Genesis Global Capital, LLC | 23-10064 |
| Schedule F Line 3.1.0610 | NAME ON FILE | USD 7,645,141.98 | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: August 24, 2023
Transferee/Transferee's Agent

Doc ID: 386316e7a7b589533ada30d66206d2b32df33a46

| | | |
|---|---|---|
| Anonymous Lender 79 | • 290,892.43 ETH<br>• 160,599.14141255 ETHW | Secured via setoff of borrowed amounts outstanding of:<br>• 47,254,668.73 ADA<br>• 7,874.25768 BTC |
| Anonymous Lender 80 | • 131.0531137654 BTC<br>• 477.874892767 ETH<br>• $114,232.44 USD | • Unsecured |
| Anonymous Lender 81 | • $7,636,886.42 USD | • Unsecured |
| Anonymous Lender 82 | • $54,519,223.92 | • Unsecured |

| 3.1.0809 | NAME ON FILE | ADDRESS ON FILE |
| 3.1.0810 | NAME ON FILE | ADDRESS ON FILE |
| 3.1.0811 | NAME ON FILE | ADDRESS ON FILE |

Doc ID: 386316e7a7b589533ada30d66206d2b32df33a46



Doc ID: 386316e7a7b589533ada30d66206d2b32df33a46

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.