**EXHIBIT A**

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

**Fee Summary for July 1, 2023 through July 31, 2023**

| **Timekeeper** | **Position** | **Department** | **Year Admitted to the NY Bar** | **Rate** | **Billed Hours** | **Billed Amount** |
|---|---|---|---|---|---|---|
| Moldovan, Joseph T. | Partner | Bankruptcy, Restructuring & Governance\ | 1983 | $1350.00 | 0.3 | $405.00 |
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 8.1 | $9,720.00 |
| Hong, Richard | Partner | Digital Assets | 1992 | $950.00 | 5.3 | $5,035.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $875.00 | 4.8 | $4,200.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 21.2 | $18,550.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 8.4 | $7,560.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 4.7 | $3,055.00 |

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Roth, Will | Associate | Digital Assets | 2017 | $700.00 | 20.5 | $14,350.00 |
| Upadhyaya, Vani T. | Associate | Digital Assets | 2020 | $580.00 | 5.8 | $3,364.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 3.1 | $1,503.50 |
| Jordan, Ellen A. | Paralegal | Litigation | n/a | $370.00 | 2.0 | $740.00 |
| Medina, Roy N. | Paralegal | Litigation | n/a | $310.00 | 0.5 | $155.00 |
| Yan, Ken | Litigation Support Specialist | Litigation | n/a | $330.00 | 6.5 | $2,145.00 |
| Picahardo, Lisa | Docket Clerk | Litigation | n/a | $220.00 | 0.1 | $22.00 |

## **EXHIBIT B**

### **Fee Summary by Project Category for July 1, 2023 through July 31, 2023**

| **Matter/Description** | **Hours** | **Amount** |
|---|---|---|
| B110  Case Administration | 3.2 | $3,205.00 |
| B160  Fee/Employment Applications | 14.6 | $10,878.50 |
| B190  Litigation | 73.5 | $56,721.00 |
| **Total** | **91.3** | **$70,804.50** |

**<u>EXHIBIT C</u>**

**<u>Time Records for July 1, 2023 through July 31, 2023</u>**

# MorrisonCohen LLP

030986-0001    GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO    DATE:    08/21/23
                BANKRUPTCY MATTER                             INVOICE #:   2217180

ARIANNA PRETTO-SAKMANN    TAXPAYER IDENTIFICATION
GENESIS GLOBAL TRADING, INC.    NUMBER 13-3205994
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 07/18/23 | JXG | EMAIL WITH H. ROSENBLAT REGARDING CASE STATUS | 0.20 | 240.00 |
| 07/20/23 | JTM | OFFICE CONFERENCE WITH D. KOZLOWSKI AND H. ROSENBLAT REGARDING STATUS. | 0.30 | 405.00 |
| 07/20/23 | HDR | TELELPHONE CALLS AND E-MAILS TO/FROM S. SICONOLFI AND T. KNOX REGARDING SERVICE ISSUES (.2); E-MAILS TO/FROM C. RIBERIO REGARDING OPEN ITEMS (.2). | 0.40 | 360.00 |
| 07/20/23 | SSI | ANALYSIS OF RECENT FILINGS ON DOCKET AND CONSIDER STATUS | 0.80 | 520.00 |
| 07/26/23 | HDR | TELEPHONE CALL AND E-MAILS TO/FROM S. SICONOLFI REGARDING OPEN ITEMS. | 0.20 | 180.00 |
| 07/27/23 | HDR | REVIEW OF FILE AND E-MAILS TO/FROM TEAM REGARDING OPEN ITEMS. | 0.20 | 180.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 2.10 | 1,885.00 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 07/05/23 | TMK | ASSEMBLE FILED DOCUMENTS FOR S. SICONOLFI AND COMPILE INTO PDF | 0.20 | 97.00 |
| 07/14/23 | HDR | ATTENTION TO MONTHLY FEE MATTERS. | 0.20 | 180.00 |
| 07/18/23 | TMK | TELEPHONE CALLS WITH S. SICONOLFI REGARDING FORMATTING FOR FEE STATEMENT (.2); EMAILS TO ACCOUNTING REGARDING MAY FEE STATEMENT PAYMENT CONFIRMATION (.1) | 0.30 | 145.50 |
| 07/18/23 | TMK | REVIEW OF FEE STATEMENT INCLUDING FORMATTING AND PAGINATION | 0.60 | 291.00 |
| 07/18/23 | TMK | TELEPHONE CALL WITH H. ROSENBLAT TO CONFIRM STATUS OF MAY 2023 FEE STATEMENT PAYMENT | 0.20 | 97.00 |

# MorrisonCohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 08/21/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2217180 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/18/23 | HDR | E-MAILS TO/FROM G. ZIPES REGARDING MONTHLY FEE STATEMENT AND REGARDING REVIEW OF SAME (.3); DRAFT, REVIEW, AND REVISE FIRST INTERIM APPLICATION (2.9); TELEPHONE CALLS AND E-MAILS THROUGHOUT DAY TO/FROM S. SICONOLFI AND T. KNOX REGARDING SAME (.8); E-MAILS TO/FROM J. GOTTLIEB AND OTHERS REGARDING SAME (.2); E-MAILS TO/FROM C. REGARDING REIBERO AND S. SICONOLFI REGARDING APPLICATION LOGISTICS (.2). | 4.20 | 3,780.00 |
| 07/19/23 | TMK | E-MAILS AND TELEPHONE CALLS TO/FROM S. SICONOLFI , T. REICH AND T. ALBANESE REGARDING MAY FEE PAYMENT. | 0.40 | 194.00 |
| 07/19/23 | SSI | DRAFT, REVIEW, AND REVISE FIRST FEE APPLICATION, SUMMARY CHARTS, DECLARATION AND EXIHIBITS | 2.10 | 1,365.00 |
| 07/19/23 | HDR | FURTHER REVIEW AND REVISION OF INTERIM APPLICATION AND MATERIALS TO FINALIZE FOR FILING (1.6); E-MAILS AND TELEPHONE CALLS WITH S. SICONOLFI AND T. KNOX THROUGHOUT DAY REGARDING SAME (.6); TELEPHONE CALLS AND E-MAILS TO/FROM J. GOTTLIEB REGARDING SAME (.2); TELEPHONE CALLS AND E-MAILS TO/FROM C. RIBERIO REGARDING SAME (.2). | 2.60 | 2,340.00 |
| 07/19/23 | TMK | FILE INTERIM FEE STATEMENT AND EFFECTUATE SERVICE | 0.40 | 194.00 |
| 07/20/23 | TMK | TELEPHONE CALL WITH S. SICONOLFI REGARDING PREPARATION AND FILING OF CERTIFICATE OF SERVICE | 0.20 | 97.00 |
| 07/20/23 | TMK | PREPARE AND FILE CERTIFICATE OF SERVICE OF INTERIM FEE APPLICATION | 0.40 | 194.00 |
| 07/21/23 | HDR | E-MAILS TO/FROM C. RIBERIO AND OTHERS REGARDING UST REQUEST AND ATTENTION TO SAME. | 0.20 | 180.00 |
| 07/25/23 | SSI | DRAFT, REVIEW, AND REVISE JUNE FEE STATEMENT AND EXHIBITS THERETO | 1.10 | 715.00 |
| 07/26/23 | TMK | EMAILS TO/FROM S. SICONOLFI REGARDING FEE APPLICATION | 0.10 | 48.50 |
| 07/27/23 | TMK | CHECK DOCKET AND CIRCULATE HEARING AND OBJECTION DATE FOR INTERIM APPLICATIONS | 0.30 | 145.50 |
| 07/28/23 | HDR | E-MAILS TO/FROM UST AND TEAM REGARDING LEDES INFORMATION AND WORK ON SAME. | 0.40 | 360.00 |
| 07/31/23 | SSI | CONTINUE TO DRAFT, REVIEW, AND REVISE JUNE FEE STATEMENT | 0.70 | 455.00 |
| TOTAL TASK CODE   B160   FEE/EMPLOYMENT APPLICATIONS | | | 14.60 | 10,878.50 |

# Morrison Cohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 08/21/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2217180 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 07/02/23 | DCI | CORR. WITH CLEARY REGARDING OPEN MATTERS | 0.20 | 175.00 |
| 07/04/23 | MIM | EMAILS WITH A. SAENZ OF CLEARY REGARDING QUESTION REGARDING SETTLEMENT AGREEMENT. | 0.20 | 175.00 |
| 07/20/23 | JXG | DISCUSSION WITH S. O'NEAL REGARDING UCC/DCG DEAL | 0.10 | 120.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 0.50 | 470.00 |
| GRAND TOTAL FEES | | | 17.20 | 13,233.50 |
| | TOTAL FEES SERVICES | | $ | 13,233.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| HDR | HEATH D. ROSENBLAT | 0.80 | 720.00 |
| JTM | JOSEPH T. MOLDOVAN | 0.30 | 405.00 |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| SSI | SALLY SICONOLFI | 0.80 | 520.00 |
| SUBTOTAL | B110    CASE ADMINISTRATION | 2.10 | 1,885.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 7.60 | 6,840.00 |
| SSI | SALLY SICONOLFI | 3.90 | 2,535.00 |
| TMK | TUKISHA KNOX | 3.10 | 1,503.50 |
| SUBTOTAL | B160    FEE/EMPLOYMENT APPLICATIONS | 14.60 | 10,878.50 |
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 0.20 | 175.00 |
| JXG | JASON GOTTLIEB | 0.10 | 120.00 |
| MIM | MICHAEL MIX | 0.20 | 175.00 |
| SUBTOTAL | B190    LITIGATION | 0.50 | 470.00 |
| TOTAL FEES | | 17.20 | 13,233.50 |

# Morrison Cohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 08/21/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2217180 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 2.10 | 1,885.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 14.60 | 10,878.50 |
| B190 | LITIGATION | 0.50 | 470.00 |
| **TOTAL FEES** | | 17.20 | 13,233.50 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 0.20 | 175.00 |
| HDR | HEATH D. ROSENBLAT | 8.40 | 7,560.00 |
| JTM | JOSEPH T. MOLDOVAN | 0.30 | 405.00 |
| JXG | JASON GOTTLIEB | 0.30 | 360.00 |
| MIM | MICHAEL MIX | 0.20 | 175.00 |
| SSI | SALLY SICONOLFI | 4.70 | 3,055.00 |
| TMK | TUKISHA KNOX | 3.10 | 1,503.50 |
| **TOTAL FEES** | | 17.20 | 13,233.50 |

DISBURSEMENTS:                                                                Value

TASK SUMMARY FOR EXPENSES:

| | Value |
|---|---|
| DATABASE SEARCH | 0.20 |
| ELECTRONIC DATA STORAGE | 16.00 |
| TOTAL DISBURSEMENTS | $ 16.20 |
| TOTAL BALANCE DUE FOR THIS PERIOD | $ 13,249.70 |

## WIRE INSTRUCTIONS

| Bank Name: | HSBC |
|---|---|
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |

*(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)*

| ABA Number: | 021 001 088 |
|---|---|

# MorrisonCohen<sub>LLP</sub>

| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 08/21/23 |
| | BANKRUPTCY MATTER | INVOICE #: | 2217180 |

---

Account Number:     610-044460

Account Name:       Morrison Cohen LLP
                    Operating Account

Account Address:    909 Third Avenue, 27th Floor
                    New York, NY 10022

Special Instructions:    Please reference Client Name and/or Client Number

# MorrisonCohen‌LLP

030983-0001   GENESIS GLOBAL HOLDCO LLC

DATE:        08/21/23
INVOICE #:  2217174

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| FEE SUMMARY BY MATTER | | | |
|---|---|---|---|
| **MATTER NAME** | **CLIENT-MATTER #** | **HOURS** | **$ AMOUNT** |
| | 030983-0001 | 19.8 | $ 14,206.00 |
| | 030983-0005 | 3.6 | $  1,515.00 |
| | 030983-0007 | 5.6 | $  4,085.50 |
| | 030983-0008 | 3.2 | $  3,190.00 |
| | 030983-0014 | 6.5 | $  5,685.00 |
| | 030983-0017 | 35.4 | $ 28,889.50 |
| | **GRAND TOTALS:** | **74.1** | **$ 57,571.00** |

| FEE SUMMARY BY TIMEKEEPER | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **HOURLY RATE** | **HOURS** | **$ AMOUNT** |
| GOTTLIEB, JASON | PARTNER | $   1,200.00 | 7.8 | $   9,360.00 |
| HONG, RICHARD | PARTNER | $     950.00 | 5.3 | $   5,035.00 |
| ISAACS, DANIEL C. | PARTNER | $     875.00 | 21.0 | $ 18,375.00 |
| MIX, MICHAEL I. | PARTNER | $     875.00 | 4.6 | $   4,025.00 |
| ROTH, WILL | ASSOCIATE | $     700.00 | 20.5 | $ 14,350.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | $     580.00 | 5.8 | $   3,364.00 |
| JORDAN, ELLEN A. | PARALEGAL | $     370.00 | 2.0 | $     740.00 |
| MEDINA, ROY N. | PARALEGAL | $     310.00 | 0.5 | $     155.00 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $     330.00 | 6.5 | $   2,145.00 |
| PICHARDO, LISA | DOCKET CLERK | $     220.00 | 0.1 | $      22.00 |
| | | **GRAND TOTALS:** | **74.1** | **$ 57,571.00** |

# MorrisonCohen LLP

030983        GENESIS GLOBAL HOLDCO, LLC                    DATE:       08/21/23
                                                           INVOICE #:  2217174

| FEE SUMMARY BY TASK CODE & TIMEKEEPER | | | | |
|---|---|---|---|---|
| **FEE TASK CODE: B110 - CASE ADMINISTRATION** | | | | |
| **NAME** | **TITLE** | **HOURLY RATE** | **HOURS** | **$ AMOUNT** |
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 1.1 | $ 1,320.00 |
| **TOTALS FOR TASK CODE: B110 - CASE ADMINISTRATION :** | | | 1.1 | $ 1,320.00 |
| | | | | |
| **FEE TASK CODE: B190 - LITIGATION** | | | | |
| **NAME** | **TITLE** | **HOURLY RATE** | **HOURS** | **$ AMOUNT** |
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 6.7 | $ 8,040.00 |
| HONG, RICHARD | PARTNER | $ 950.00 | 5.3 | $ 5,035.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 21.0 | $ 18,375.00 |
| MIX, MICHAEL I. | PARTNER | $ 875.00 | 4.6 | $ 4,025.00 |
| ROTH, WILL | ASSOCIATE | $ 700.00 | 20.5 | $ 14,350.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 5.8 | $ 3,364.00 |
| JORDAN, ELLEN A. | PARALEGAL | $ 370.00 | 2.0 | $ 740.00 |
| MEDINA, ROY N. | PARALEGAL | $ 310.00 | 0.5 | $ 155.00 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 6.5 | $ 2,145.00 |
| PICHARDO, LISA | DOCKET CLERK | $ 220.00 | 0.1 | $ 22.00 |
| **TOTALS FOR TASK CODE B190 - LITIGATION:** | | | 73.0 | $ 56,251.00 |
| | | | | |
| **GRAND TOTALS FOR HOURS & FEES:** | | | 74.1 | $ 57,571.00 |

| SUMMARY OF DISBURSEMENTS BY MATTER & TYPE | | | |
|---|---|---|---|
| **MATTER NAME** | **CLIENT-MATTER #** | **TYPE** | **$ AMOUNT** |
| ▓▓▓▓▓▓▓▓▓▓ | 030983-0002 | Electronic Storage | $ 16.00 |
| | 030983-0007 | Electronic Storage | $ 2,492.87 |
| ▓▓▓▓▓▓▓▓▓▓ | 030983-0014 | Database Search | $ 56.75 |
| | 030983-0017 | Database Search | $ 81.20 |
| | | **TOTAL DISBURSEMENTS:** | $ 2,646.82 |

TOTAL BALANCE DUE FOR THIS PERIOD............................................................................  $ 60,217.82

# Morrison Cohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 08/21/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2217174 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/14/23 | DCI | REVIEW AND REVISE WORK  PRODUCT ON PRODUCTIONS | 0.50 | 437.50 |
| 07/17/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH D. ISAACS, REGULATORS REGARDING STATUS OF PRODUCTIONS | 0.10 | 58.00 |
| 07/17/23 | JXG | EMAIL WITH REGULATOR REGARDING PRODUCTION | 0.10 | 120.00 |
| 07/17/23 | DCI | CORR. WITH REGULATOR REGARDING PRODUCTION | 0.20 | 175.00 |
| 07/20/23 | DCI | CONF. WITH JG REGARDING STRATEGY | 0.70 | 612.50 |
| 07/20/23 | JXG | DISCUSSION WITH ▮▮▮▮▮ REGARDING REGULATOR REGARDING ▮▮▮▮▮ | 0.10 | 120.00 |
| 07/24/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT, CDS REGARDING  UPCOMING PRODUCTION | 0.20 | 116.00 |
| 07/24/23 | DCI | REVIEW AND COMMENT ON DOCUMENT PRODUCTION TO REGULATOR | 1.20 | 1,050.00 |
| 07/24/23 | EAJ | REVIEW AND ANALYSIS OF PULLED CASES CITED IN ▮▮▮▮▮ FOR W. ROTH. | 2.00 | 740.00 |
| 07/24/23 | JXG | EMAIL WITH CLIENT  REGARDING STATUS OF LITIGATION | 0.10 | 120.00 |
| 07/25/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CDS REGARDING UPCOMING PRODUCTION | 0.30 | 174.00 |
| 07/25/23 | DCI | REVIEW AND COMMENT ON DOCUMENT PRODUCTION | 0.60 | 525.00 |
| 07/25/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.80 | 264.00 |
| 07/26/23 | DCI | PRODUCE DOCUMENTS TO REGULATOR | 0.30 | 262.50 |
| 07/26/23 | JXG | EMAIL WITH REGULATOR REGARDING PRODUCTION | 0.10 | 120.00 |
| 07/26/23 | VTU | DRAFT COVER LETTERS (.2); REVIEW AND RESPOND  TO EMAILS REGARDING FINALIZING DOCUMENT PRODUCTION (.2) | 0.40 | 232.00 |
| 07/27/23 | JXG | INTERNAL DISCOVERY REQUEST DISCUSSION WITH TEAM | 1.00 | 1,200.00 |
| 07/31/23 | DCI | CONF. WITH ▮▮▮▮▮ REGARDING PRODUCTIONS TO REGULATORS | 0.60 | 525.00 |

| TOTAL TASK CODE  B190    LITIGATION | 19.80 | 14,206.00 |
|---|---|---|

| GRAND TOTAL FEES | 19.80 | 14,206.00 |
|---|---|---|

| TOTAL FEES SERVICES | ------------------------------------------------------- $ | 14,206.00 |
|---|---|---|

TASK SUMMARY BY TIMEKEEPER

# Morrison Cohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 08/21/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2217174 |

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 9.20 | 8,050.00 |
| EAJ | ELLEN A. JORDAN | 2.00 | 740.00 |
| JXG | JASON GOTTLIEB | 1.90 | 2,280.00 |
| KJY | KEN (JIAN-QING) YAN | 3.00 | 990.00 |
| VTU | VANI T. UPADHYAYA | 3.70 | 2,146.00 |
| SUBTOTAL | B190   LITIGATION | 19.80 | 14,206.00 |
| | | | |
| TOTAL FEES | | 19.80 | 14,206.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 19.80 | 14,206.00 |
| TOTAL FEES | | 19.80 | 14,206.00 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 9.20 | 8,050.00 |
| EAJ | ELLEN A. JORDAN | 2.00 | 740.00 |
| JXG | JASON GOTTLIEB | 1.90 | 2,280.00 |
| KJY | KEN (JIAN-QING) YAN | 3.00 | 990.00 |
| VTU | VANI T. UPADHYAYA | 3.70 | 2,146.00 |
| TOTAL FEES | | 19.80 | 14,206.00 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $    14,206.00

# Morrison Cohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 08/21/23 |
| | | INVOICE #: | 2217174 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| | | TASK CODE B190      LITIGATION | | |
| 07/05/23 | VTU | UPDATE ONGOING PRODUCTIONS LIST FOR CLIENT (.3); ATTENTION TO REVIEWING AND RESPONDING TO EMAILS WITH CDS REGARDING UPCOMING PRODUCTION (.3) | 0.60 | 348.00 |
| 07/06/23 | VTU | ATTENTION TO REVIEWING AND RESPONDING TO EMAILS WITH CDS REGARDING UPCOMING PRODUCTION | 0.50 | 290.00 |
| 07/06/23 | DCI | REVIEW AND ANALYSIS OF DOCUMENT PRODUCTION. | 0.50 | 437.50 |
| 07/06/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.80 | 264.00 |
| 07/07/23 | DCI | REVIEW, CONSIDER, AND ANALYZE ███████ AGAINST ████ | 1.20 | 1,050.00 |
| 07/10/23 | DCI | REVIEW AND ANALYSIS OF DOCUMENT PRODUCTION (.6); CORR. WITH CLIENT REGARDING SAME (.3); CORR. WITH ██████ REGARDING SAME (.3) | 1.20 | 1,050.00 |
| 07/10/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.70 | 231.00 |
| 07/10/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT, CDS, LIT SUPPORT REGARDING UPCOMING PRODUCTION TO REGULATORS | 0.50 | 290.00 |
| 07/11/23 | VTU | DRAFT COVER LETTERS FOR PRODUCTION (.2); ATTENTION AND RESPOND TO EMAILS WITH D. ISAACS, K. YAN, CDS REGARDING PRODUCTION (.3) | 0.50 | 290.00 |
| 07/11/23 | DCI | ANALYZE PRODUCTION TO REGULATOR | 1.40 | 1,225.00 |
| 07/13/23 | DCI | CONF. WITH ██████ RE:GARDING LITIGATION STRATEGY | 0.80 | 700.00 |
| 07/13/23 | VTU | PREPARE FOR AND ATTEND MEETING WITH ████████ ████████ REGARDING  PRODUCTIONS (.4); REVIEW AND RESPOND TO EMAILS WITH CDS RE:GARDING PRODUCTION CORRECTIONS (.2) | 0.60 | 348.00 |
| 07/13/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.70 | 231.00 |
| 07/14/23 | JXG | EMAIL WITH D. ISAACS REGARDING ██████ TALKING POINTS (.1) AND REVIEW OF SAME (.2); EMAIL WITH D. ISAACS AND  REGULATOR REGARDING SAME(.2) | 0.50 | 600.00 |

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0002 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 08/21/23 |
| | | INVOICE #: | 2217174 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

| DISBURSEMENTS: | | | Value |
|---|---|---|---|
| TASK SUMMARY FOR EXPENSES: | | | |
| ELECTRONIC DATA STORAGE | | | 16.00 |
| TOTAL DISBURSEMENTS | | $ | 16.00 |
| TOTAL BALANCE DUE FOR THIS PERIOD | | $ | 16.00 |

# MorrisonCohen LLP

| 030983-0005 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 08/21/23 |
|---|---|---|---|
| | | INVOICE #: | 2217174 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 07/06/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.70 | 231.00 |
| 07/10/23 | KJY | CONTINUE TO REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.80 | 264.00 |
| 07/11/23 | DCI | REVIEW, ANALYZE AND COMMENT ON PRODUCTION TO REGULATOR. | 0.30 | 262.50 |
| 07/13/23 | KJY | FURTHER REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.80 | 264.00 |
| 07/25/23 | KJY | FOLLOW UP REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.70 | 231.00 |
| 07/26/23 | DCI | PRODUCE DOCUMENTS TO REGULATOR. | 0.30 | 262.50 |
| TOTAL TASK CODE  B190    LITIGATION | | | 3.60 | 1,515.00 |
| GRAND TOTAL FEES | | | 3.60 | 1,515.00 |
| | TOTAL FEES SERVICES | ----------------------------------- $ | | 1,515.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 0.60 | 525.00 |
| KJY | KEN (JIAN-QING) YAN | 3.00 | 990.00 |
| SUBTOTAL   B190    LITIGATION | | 3.60 | 1,515.00 |
| TOTAL FEES | | 3.60 | 1,515.00 |

# Morrison Cohen LLP

030983-0005      GENESIS GLOBAL HOLDCO, LLC

DATE:      08/21/23
INVOICE #:   2217174

---

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B190 | LITIGATION | 3.60 | 1,515.00 |
| TOTAL FEES | | 3.60 | 1,515.00 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|----------------|-------|--------|
| DCI | DANIEL C. ISAACS | 0.60 | 525.00 |
| KJY | KEN (JIAN-QING) YAN | 3.00 | 990.00 |
| TOTAL FEES | | 3.60 | 1,515.00 |

TOTAL BALANCE DUE FOR THIS PERIOD  _____  $      1,515.00

# MorrisonCohen LLP

| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 08/21/23 |
|---|---|---|---|
| | | INVOICE #: | 2217174 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 07/06/23 | DCI | CORR. WITH CLIENT REGARDING INTERVIEW. | 0.10 | 87.50 |
| 07/06/23 | VTU | EMAILS WITH CLIENT REGARDING REGULATOR'S REQUEST | 0.10 | 58.00 |
| 07/07/23 | VTU | ATTENTION TO EMAILS WITH CLIENT REGARDING REGULATOR'S REQUEST | 0.20 | 116.00 |
| 07/07/23 | DCI | CORR. WITH CLIENT/▮▮▮▮ REGARDING INTERVIEW. | 0.20 | 175.00 |
| 07/12/23 | DCI | CORR. WITH CLIENT ▮▮▮▮ REGARDING REGULATOR'S REQUESTS. | 0.50 | 437.50 |
| 07/12/23 | VTU | CONSIDER AND RESPOND TO EMAILS REGARDING REGULATOR'S REQUEST | 0.10 | 58.00 |
| 07/19/23 | DCI | CORR. WITH CLIENT REGARDING REGULATOR REQUEST. | 0.30 | 262.50 |
| 07/19/23 | VTU | CONSIDER AND RESPOND TO EMAILS REGARDING REGULATOR'S REQUEST | 0.10 | 58.00 |
| 07/20/23 | DCI | CORR. WITH CLIENT REGARDING REGULATOR REQUESTS; ANALYZE PRODUCTIONS. | 0.30 | 262.50 |
| 07/24/23 | KJY | PREPARE AND ANALYZE RESPONSIVE DOCUMENTS TO PRODUCTION | 0.50 | 165.00 |
| 07/24/23 | RNM | PREPARE AND ANALYZE RESPONSIVE DOCUMENTS TO PRODUCTION | 0.50 | 155.00 |
| 07/24/23 | DCI | CORR. WITH CLIENT REGARDING REGULATOR REQUEST. | 0.50 | 437.50 |
| 07/24/23 | VTU | REVIEW AND RESPOND TO/FROM D. ISAACS AND CLIENT EMAILS REGARDING UPCOMING PRODUCTION | 0.10 | 58.00 |
| 07/28/23 | DCI | CORR. WITH CLIENT REGARDING RESPONSE TO REGULATOR. | 0.50 | 437.50 |
| 07/28/23 | JXG | EMAIL WITH CLIENT ▮▮▮▮ REGARDING STRATEGY | 0.20 | 240.00 |
| 07/28/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT REGARDING RESPONSE TO REGULATORS | 0.20 | 116.00 |
| 07/31/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT REGARDING RESPONSE TO REGULATORS (.2); EMAILS WITH D. ISAACS REGARDING UPCOMING PRODUCTION (.1) | 0.30 | 174.00 |

# MorrisonCohen LLP

| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 08/21/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2217174 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/31/23 | DCI | CORR. WITH ▮▮▮▮ REGARDING RESPONSE TO REGULATOR (.2); CORR. WITH CLIENT REGARDING SAME (.2); PREPARE DOCUMENT PRODUCTION (.5). | 0.90 | 787.50 |
| | | | | |
| TOTAL TASK CODE  B190    LITIGATION | | | 5.60 | 4,085.50 |
| | | | | |
| GRAND TOTAL FEES | | | 5.60 | 4,085.50 |
| | | TOTAL FEES SERVICES  ------------------------------------------------- $ | | 4,085.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 3.30 | 2,887.50 |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| KJY | KEN (JIAN-QING) YAN | 0.50 | 165.00 |
| RNM | ROY N. MEDINA | 0.50 | 155.00 |
| VTU | VANI T. UPADHYAYA | 1.10 | 638.00 |
| SUBTOTAL  B190    LITIGATION | | 5.60 | 4,085.50 |

| TOTAL FEES | | 5.60 | 4,085.50 |
|---|---|---|---|

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 5.60 | 4,085.50 |
| TOTAL FEES | | 5.60 | 4,085.50 |

# Morrison Cohen LLP

030983-0007        GENESIS GLOBAL HOLDCO, LLC                DATE:        08/21/23
                                                            INVOICE #:   2217173
                   DOJ (FTX)

---

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|----------------|-------|--------|
| DCI | DANIEL C. ISAACS | 3.30 | 2,887.50 |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| KJY | KEN (JIAN-QING) YAN | 0.50 | 165.00 |
| RNM | ROY N. MEDINA | 0.50 | 155.00 |
| VTU | VANI T. UPADHYAYA | 1.10 | 638.00 |
| TOTAL FEES | | 5.60 | 4,085.50 |

DISBURSEMENTS:                                                          Value

TASK SUMMARY FOR EXPENSES:

| | |
|---|---|
| ELECTRONIC DATA STORAGE | 2,492.87 |
| TOTAL DISBURSEMENTS | $   2,492.87 |
| TOTAL BALANCE DUE FOR THIS PERIOD | $   6,578.37 |

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0008 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 08/21/23 |
| | | INVOICE #: | 2217174 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 07/24/23 | JXG | EMAIL WITH CLIENT REGARDING STATUS OF CASE | 0.10 | 120.00 |
| TOTAL TASK CODE B110 | | CASE ADMINISTRATION | 0.10 | 120.00 |
| TASK CODE B190 | | LITIGATION | | |
| 07/06/23 | DCI | CORR. WITH CLIENT REGARDING ███████ | 0.20 | 175.00 |
| 07/07/23 | DCI | REVIEW/ANALYZE ███████ | 0.50 | 437.50 |
| 07/18/23 | DCI | CORR. WITH CLIENT REGARDING ███████ | 0.30 | 262.50 |
| 07/18/23 | JXG | EMAIL WITH ███████ REGARDING ███████ | 0.10 | 120.00 |
| 07/25/23 | DCI | CORR. WITH CLIENT REGARDING ███████ | 0.70 | 612.50 |
| 07/25/23 | JXG | EMAIL AND DISCUSSION WITH D. ISAACS REGARDING ███████ ER AND ███████ ISSUES (.2); EMAIL WITH CLIENT REGARDING SAME (.2) | 0.40 | 480.00 |
| 07/28/23 | JXG | EMAIL WITH ███████ REGARDING STRATEGY | 0.10 | 120.00 |
| 07/30/23 | JXG | CALL WITH ███████ REGARDING ███████ | 0.50 | 600.00 |
| 07/31/23 | DCI | CORR. WITH JG REGARDING RESPONSE TO REGULATOR | 0.30 | 262.50 |
| TOTAL TASK CODE B190 | | LITIGATION | 3.10 | 3,070.00 |
| GRAND TOTAL FEES | | | 3.20 | 3,190.00 |
| | TOTAL FEES SERVICES | ------------------------------------------ $ | | 3,190.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 0.10 | 120.00 |
| SUBTOTAL B110 | CASE ADMINISTRATION | 0.10 | 120.00 |

# Morrison Cohen LLP

030983-0008        GENESIS GLOBAL HOLDCO, LLC

DATE:        08/21/23
INVOICE #:   2217174

---

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 2.00 | 1,750.00 |
| JXG | JASON GOTTLIEB | 1.10 | 1,320.00 |
| SUBTOTAL | B190    LITIGATION | 3.10 | 3,070.00 |
| | | | |
| TOTAL FEES | | 3.20 | 3,190.00 |

**TASK SUMMARY FOR FEES:**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B110 | CASE ADMINISTRATION | 0.10 | 120.00 |
| B190 | LITIGATION | 3.10 | 3,070.00 |
| TOTAL FEES | | 3.20 | 3,190.00 |

**TIMEKEEPER SUMMARY**

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| DCI | DANIEL C. ISAACS | 2.00 | 1,750.00 |
| JXG | JASON GOTTLIEB | 1.20 | 1,440.00 |
| TOTAL FEES | | 3.20 | 3,190.00 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $    3,190.00

# MorrisonCohen LLP

| | | |
|---|---|---|
| 030983-0014 | GENESIS GLOBAL HOLDCO, LLC | DATE:       08/21/23 |
| | | INVOICE #:   2217174 |

| | | |
|---|---|---|
| | ARIANNA PRETTO-SAKMANN | TAXPAYER IDENTIFICATION |
| | GENESIS GLOBAL TRADING, INC. | NUMBER 13-3205994 |
| | 250 PARK AVENUE SOUTH, 5TH FLOOR | |
| | NEW YORK, NY 10003 | |

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| | | **TASK CODE B110     CASE ADMINISTRATION** | | |
| 07/26/23 | JXG | EMAIL WITH M. MIX & CLIENTS REGARDING ARBITRATION UPDATE AND STRATEGY | 0.30 | 360.00 |
| | | **TOTAL TASK CODE  B110     CASE ADMINISTRATION** | 0.30 | 360.00 |
| | | **TASK CODE B190     LITIGATION** | | |
| 07/25/23 | JXG | EMAIL WITH A. VICKERS REGARDING ▮▮▮▮ NOTICE OF DEPO (.2); EMAIL WITH M. MIX REGARDING SAME (.1) | 0.30 | 360.00 |
| 07/26/23 | MIM | SEND EMAIL TO CLIENTS REGARDING ARBITRATION UPDATE AND DISCOVERY TO GENESIS (.30); SEND EMAIL TO CLEARY REGARDING DISCOVERY TO GENESIS (.30); CALL WITH H. ROSENBLAT REGARDING DISCOVERY (.20) | 0.80 | 700.00 |
| 07/27/23 | MIM | CALL WITH CLEARY TO DISCUSS DISCOVERY SOUGHT IN ARBITRATION (.30); DISCUSS CLEARY CALL AND STRATEGY WITH J. GOTTLIEB (.20); BEGIN DRAFTING LETTER RESPONDING TO DISCOVERY (.70); REVIEW NEW DISCOVERY SERVED BY CLAIMANT (.40) | 1.60 | 1,400.00 |
| 07/27/23 | JXG | EMAIL WITH CLEARY REGARDING DISCOVERY SERVED ON GENESIS | 0.30 | 360.00 |
| 07/28/23 | MIM | CALL WITH V. UPADHYAYA TO DISCUSS DISCOVERY ISSUE (.30); SEND EMAIL TO COUNSEL FOR ▮▮▮▮ (.20); CONTINUE DRAFTING LETTER TO ▮▮▮▮ (1.20); REVIEW J. GOTTLIEB EDITS TO LETTER (.20) | 1.90 | 1,662.50 |
| 07/28/23 | VTU | REVIEW DISCOVERY REQUESTS (.3); DISCUSS CASE BACKGROUND WITH M. MIX AND FOLLOW UP (.4) | 0.70 | 406.00 |
| 07/31/23 | VTU | REVIEW AND ANALYSIS OF LETTER TO ▮▮▮▮ COUNSEL (.2) AND EMAILS REGARDING SAME (.1) | 0.30 | 174.00 |
| 07/31/23 | MIM | SEND EMAIL TO CLIENT REGARDING DRAFT LETTER | 0.30 | 262.50 |
| | | **TOTAL TASK CODE  B190     LITIGATION** | 6.20 | 5,325.00 |
| | | **GRAND TOTAL FEES** | 6.50 | 5,685.00 |
| | | **TOTAL FEES SERVICES** | $ | 5,685.00 |

# Morrison Cohen LLP

| 030983-0014 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 08/21/23 |
| | | INVOICE #: | 2217174 |

---

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 0.30 | 360.00 |
| SUBTOTAL | B110    CASE ADMINISTRATION | 0.30 | 360.00 |
| | | | |
| B190 | LITIGATION | | |
| JXG | JASON GOTTLIEB | 0.60 | 720.00 |
| MIM | MICHAEL MIX | 4.60 | 4,025.00 |
| VTU | VANI T. UPADHYAYA | 1.00 | 580.00 |
| SUBTOTAL | B190    LITIGATION | 6.20 | 5,325.00 |

| TOTAL FEES | 6.50 | 5,685.00 |
|------------|------|----------|

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 0.30 | 360.00 |
| B190 | LITIGATION | 6.20 | 5,325.00 |

| TOTAL FEES | 6.50 | 5,685.00 |
|------------|------|----------|

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| JXG | JASON GOTTLIEB | 0.90 | 1,080.00 |
| MIM | MICHAEL MIX | 4.60 | 4,025.00 |
| VTU | VANI T. UPADHYAYA | 1.00 | 580.00 |

| TOTAL FEES | 6.50 | 5,685.00 |
|------------|------|----------|

## DISBURSEMENTS:                                                Value

### TASK SUMMARY FOR EXPENSES:

| DATABASE SEARCH | 56.75 |
|-----------------|-------|

| TOTAL DISBURSEMENTS | $ | 56.75 |
|---------------------|---|-------|
| TOTAL BALANCE DUE FOR THIS PERIOD | $ | 5,741.75 |

# MorrisonCohen LLP

030983-0017      GENESIS GLOBAL HOLDCO, LLC
███████████████████████

DATE:      08/21/23
INVOICE #:   2217174

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 07/17/23 | JXG | EMAIL WITH ███████ REGARDING ███████ STRATEGY ISSUES | 0.20 | 240.00 |
| 07/18/23 | JXG | FURTHER CALL WITH ███████ REGARDING ███████ STRATEGY ISSUES | 0.50 | 600.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 0.70 | 840.00 |
| TASK CODE B190 | | LITIGATION | | |
| 07/15/23 | RSH | EMAIL TO D. ISAACS REGARDING RECENT DECISION | 0.10 | 95.00 |
| 07/17/23 | DCI | ANALYZE ███████ REGARDING ARGUMENTS FOR REPLY. | 0.40 | 350.00 |
| 07/17/23 | RSH | EMAIL TO/FROM D. ISAACS REGARDING RECENT DECISION | 0.10 | 95.00 |
| 07/18/23 | RSH | EMAIL TO/FROM D. ISAACS REGARDING RECENT DECISION | 0.10 | 95.00 |
| 07/18/23 | DCI | CORR. WITH ███ RE ███████ (.2); LEGAL RESEARCH RE ███ LETTER IN ███████ (.5) | 0.70 | 612.50 |
| 07/19/23 | RSH | EMAIL TO/FROM D. ISAACS REGARDING REPLY BRIEF | 0.10 | 95.00 |
| 07/20/23 | RSH | REVIEWING AND PREPARING EMAILS W/ D. ISAAC REGARDING REPLY ISSUE | 0.10 | 95.00 |
| 07/20/23 | DCI | CORR. WITH TEAM REGARDING ███████ DOCKET. | 0.30 | 262.50 |
| 07/21/23 | WIR | ANALYZE REGULATOR OPPOSITION BRIEF (.7) DISCUSS SAME WITH R. HONG (.1) | 0.80 | 560.00 |
| 07/21/23 | LIP | DOCKET RESPONSE IN OPPOSITION TO ███████ | 0.10 | 22.00 |
| 07/21/23 | DCI | REVIEW AND ANALYSIS OF REGULATOR OPPOSITION BRIEF | 0.80 | 700.00 |
| 07/21/23 | JXG | REVIEW OF REGULATOR OPPOSITION BRIEF AND WORK ON STRATEGY FOR REPLY (1.2); EMAILS AND CALLS WITH INTERNAL REGARDING SAME (.6) | 1.80 | 2,160.00 |
| 07/21/23 | RSH | REVIEWING OPPOSING ███████ (1.2); REVIEWING/RESEARCHING CASE LAW REGARDING SAME (0.5); PREPARING AND REVIEWING EMAILS W/ W. ROTH REGARDING FILED PAPERS (0.1) | 1.80 | 1,710.00 |

# MorrisonCohen LLP

030983-0017    GENESIS GLOBAL HOLDCO, LLC

DATE:    08/21/23
INVOICE #:   2217174

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 07/22/23 | RSH | REVIEWING AND PREPARING EMAILS REGARDING BRIEF(0.1); REVIEWING/RESEARCHING CASE LAW RE SAME (1.5) | 1.60 | 1,520.00 |
| 07/23/23 | RSH | REVIEW AND RESPOND TO ███ OPPOSITION BRIEF (1.0); REVIEWING AN EMAIL FROM D. ISAACS REGARDING BANKRUPTCY (0.1) | 1.10 | 1,045.00 |
| 07/24/23 | DCI | REVIEW/ANALYZE REGULATOR OPPOSITION BRIEF (1.2); PREPARE OUTLINE FOR REPLY (1.1); EMAILS WITH D. ISAACS REGARDING SAME (.2) | 2.50 | 2,187.50 |
| 07/24/23 | WIR | INTERNAL CALLS REGARDING ███ | 0.40 | 280.00 |
| 07/24/23 | JXG | EMAIL WITH D. ISAACS & W. ROTH REGARDING ███ STRATEGY AND OUTLINE | 0.80 | 960.00 |
| 07/24/23 | RSH | REVIEWING AND PREPARING EMAILS W/ D. ISAACS REGARDING BRIEFING (0.2) | 0.20 | 190.00 |
| 07/26/23 | JXG | CONFERENCE CALL REGARDING BRIEF | 0.30 | 360.00 |
| 07/26/23 | WIR | COMMON INTEREST CALL (.4); TEAM CALL RE ███ (.3) | 0.70 | 490.00 |
| 07/26/23 | DCI | CONF. REGARDING BRIEF (.3) AND FOLLOW UP ON SAME (.2) | 0.50 | 437.50 |
| 07/27/23 | DCI | REVIEW BANKRUPTCY OBJECTIONS FILED BY REGULATOR | 0.70 | 612.50 |
| 07/27/23 | WIR | DRAFT REPLY ███ | 3.20 | 2,240.00 |
| 07/28/23 | WIR | DRAFT REPLY ███ | 6.50 | 4,550.00 |
| 07/29/23 | WIR | REVISE REPLY ███ | 2.50 | 1,750.00 |
| 07/30/23 | WIR | REVISE REPLY ███ | 6.10 | 4,270.00 |
| 07/31/23 | WIR | CONDUCT LEGAL RESEARCH FOR ███ | 0.30 | 210.00 |
| 07/31/23 | RSH | EMAILING W/ D. ISAACS REGARDING REPLY | 0.10 | 95.00 |

| TOTAL TASK CODE | B190 | LITIGATION | 34.70 | 28,049.50 |
|------|------|------|------|------|

| GRAND TOTAL FEES | | | 35.40 | 28,889.50 |
|------|------|------|------|------|

| | TOTAL FEES SERVICES | --------------------------------------------- $ | | 28,889.50 |
|------|------|------|------|------|

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|

# MorrisonCohen LLP

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | | DATE: | 08/21/23 |
|---|---|---|---|---|---|
| | | | | INVOICE #: | 2217174 |

---

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | | HOURS | VALUE |
|---|---|---|---|---|
| B110 | CASE ADMINISTRATION | | | |
| JXG | JASON GOTTLIEB | | 0.70 | 840.00 |
| SUBTOTAL | B110 | CASE ADMINISTRATION | 0.70 | 840.00 |
| | | | | |
| B190 | LITIGATION | | | |
| DCI | DANIEL C. ISAACS | | 5.90 | 5,162.50 |
| JXG | JASON GOTTLIEB | | 2.90 | 3,480.00 |
| LIP | LISA PICHARDO | | 0.10 | 22.00 |
| RSH | RICHARD HONG | | 5.30 | 5,035.00 |
| WIR | WILL ROTH | | 20.50 | 14,350.00 |
| SUBTOTAL | B190 | LITIGATION | 34.70 | 28,049.50 |

| TOTAL FEES | | 35.40 | 28,889.50 |
|---|---|---|---|

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 0.70 | 840.00 |
| B190 | LITIGATION | 34.70 | 28,049.50 |

| TOTAL FEES | | 35.40 | 28,889.50 |
|---|---|---|---|

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 5.90 | 5,162.50 |
| JXG | JASON GOTTLIEB | 3.60 | 4,320.00 |
| LIP | LISA PICHARDO | 0.10 | 22.00 |
| RSH | RICHARD HONG | 5.30 | 5,035.00 |
| WIR | WILL ROTH | 20.50 | 14,350.00 |

| TOTAL FEES | | 35.40 | 28,889.50 |
|---|---|---|---|

DISBURSEMENTS:                                                                Value

TASK SUMMARY FOR EXPENSES:

DATABASE SEARCH                                                          81.20

# Morrison Cohen LLP

| | | | | |
|---|---|---|---|---|
| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 08/21/23 |
| | | | INVOICE #: | 2217174 |

---

DISBURSEMENTS:                                                                    Value

TASK SUMMARY FOR EXPENSES:

TOTAL DISBURSEMENTS ........................................................... $        81.20

TOTAL BALANCE DUE FOR THIS PERIOD ................................. $    28,970.70

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## EXHIBIT D

### Summary of Expenses for July 1, 2023 through July 31, 2023

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $2,524.87 |
| Research - Lexis / Pacer | $138.15 |
| **Grand Total Expenses** | **$2,663.02** |

## EXHIBIT E

### Summary of Expenses for July 1, 2023 through July 31, 2023

**Relativity Hosting Fee**

7/31/2023   Relativity Hosting July 2023 – 030983-0007 - $2,492.87

7/31/2023   Relativity Hosting July 2023 – 030983-0002 - $16.00

7/31/2023 ` Relativity Hosting July 2023 – 030986-0001 - $16.00


**Research - Lexis / Pacer**

7/31/2023 Lexis Search Charges July 2023 – 030983-0014 - $56.75

7/31/2023 Pacer search charges April-June 2023 - 030983-0017 - $81.20

7/31/2023 Pacer search charges May 2023 – 030986-0001 - $.20