# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of New York ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Genesis Global Capital LLC ("Debtor")
          Case No. 23-10064 (SHL)

**Identification of General Unsecured Claim on Schedule E/F, Part 2 (Claim No.): 5234544**

**ANDRES KIGUEL**, his successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**MONEYBITES MEDIA INC.**
206 Golden Shores Road
Bancroft ON KOL1CO  Canada

its successors and assigns ("Buyer"), all rights, title, and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in Claim No. **5234544**, which represents **45.2314614092463 BTC** and/or its cash equivalent as of the Petition Date (the "Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated August 25, 2023.

**ANDRES KIGUEL**

By: _____
Address:   17A Avondale Road
           Toronto ON  M4W2R7  Canada

756250691.1