**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEROKEE

ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC, et al., | No. 23-10063 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Name on file**

Name of Transferee:
**Ceratosaurus Investors, LLC**

Name and Current Address of
Transferor:

Name and Address where notices and payments
to transferee should be sent:

**Name on file**
**Address on file**

**Ceratosaurus Investors, LLC**
**Attn: Michael Linn**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 341 | Name on file | $3,999,980.00 (plus 40.15342466 Bitcoin) | Genesis Global Capital, LLC | 23-10064 |
| Schedule F Line 3.1.0444 (Schedule # 5234580) | NAME ON FILE | as described on Schedule F (attached) | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: August 28, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| 3.1.0444 | NAME ON FILE | ADDRESS ON FILE | | | BTC 40.6407662132707<br>USD 4,086,883.6352836 |



## Creditor Information - Schedule # 5234580

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | Genesis Global Capital, LLC | n/a |
| Address on File | **Date Filed** | **Schedule Number** |
| | n/a | 5234580 |
| | | **Confirmation ID** |
| | | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | See Note Below | | | | $0.00 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Note: COIN AMOUNT(S): BTC 40.6407662132707; USD 4,086,883.6352836**

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the

Open in new window

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.