Kenneth J. Aulet, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

-and-

Matthew A. Sawyer, Esq. (*pro hac vice pending*)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111

*Counsel to the Fair Deal Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
: 
In re: : Chapter 11
: 
GENESIS GLOBAL HOLDCO, LLC, et al., : Case No. 23-10063 (SHL)
: 
Debtors[1]. : (Jointly Administered)
: 
---------------------------------------------------------------- X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown Rudnick LLP hereby enters their appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as proposed counsel to an ad hoc group of claimants (the "Fair Deal Group") and hereby request that all notices given or required in this Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the undersigned counsel.

---

[1] The Genesis Debtors in the Genesis Bankruptcy Proceedings along with the last four digits of each Genesis Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the Genesis Bankruptcy Proceedings, the service address for the Genesis Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Fair Deal Group's rights (1) to have final orders in non-core matters entered only after de novo review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Fair Deal Group is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

| | |
|---|---|
| Dated:  August 30, 2023 | Respectfully submitted, |

**BROWN RUDNICK LLP**

/s/ *Kenneth J. Aulet*
Kenneth J. Aulet, Esq.
Seven Times Square
New York, NY 10036
kaulet@brownrudnick.com
Telephone: (212) 209-4800
Facsimile:  (212) 209-480

-and-

Matthew A. Sawyer, Esq. (*pro hac vice pending*)
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com
Telephone: (617) 856-8200
Facsimile:  (617) 856-8201

*Counsel to the Fair Deal Group*

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing **Notice of Appearance and Request For Service Of Papers** to be served upon counsel or parties of record by the Court's CM/ECF system on August 30, 2023.

By: /s/ *Kenneth J. Aulet*
Kenneth J. Aulet