**BROWN RUDNICK LLP**
Matthew A. Sawyer, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Fair Deal Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
: 
In re:                                                         :    Chapter 11
                                                               :
GENESIS GLOBAL HOLDCO, LLC, et al.,                            :    Case No. 23-10063 (SHL)
                                                               :
                                  Debtors[1].                  :    (Jointly Administered)
                                                               :
---------------------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew A. Sawyer, request admission, pro hac vice, before the Honorable Sean H. Lane, to represent an ad hoc group of claimants (the "Fair Deal Group") in the above-captioned chapter 11 cases.

I certify that I am a member in good standing of the bar of the State of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

[*Remainder of page intentionally left blank.*]

---

[1] The Genesis Debtors in the Genesis Bankruptcy Proceedings along with the last four digits of each Genesis Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the Genesis Bankruptcy Proceedings, the service address for the Genesis Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003

2

| | |
|---|---|
| Dated:  August 30, 2023 | Respectfully submitted, |
| | BROWN RUDNICK LLP |
| | /s/ *Matthew A. Sawyer*  <br>Matthew A. Sawyer, Esq.<br>One Financial Center<br>Boston, Massachusetts  02111<br>Telephone:     (617) 856-8391<br>Facsimile:      (617) 856-8201<br>E-mail: msawyer@brownrudnick.com |
| | *Counsel to the Fair Deal Group* |

**CERTIFICATE OF SERVICE**

    I certify that I caused a copy of the foregoing Motion for Admission to Practice *Pro Hac Vice* to be served upon counsel or parties of record by the Court's CM/ECF system on August 30, 2023.

                                                By: /s/ *Matthew A. Sawyer*
                                                     Matthew A. Sawyer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
: 
In re: : Chapter 11
: 
GENESIS GLOBAL HOLDCO, LLC, et al., : Case No. 23-10063 (SHL)
: 
Debtors[1]. : (Jointly Administered)
: 
----------------------------------------------------------------- X

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Matthew A. Sawyer, to be admitted, pro hac vice, to represent an ad hoc group of claimants (the "Fair Deal Group") in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby:

**ORDERED**, that Matthew A. Sawyer, Esq., is admitted to practice, pro hac vice, in the above-captioned cases to represent the Fair Deal Group, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August _____, 2023,
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Genesis Debtors in the Genesis Bankruptcy Proceedings along with the last four digits of each Genesis Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the Genesis Bankruptcy Proceedings, the service address for the Genesis Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003