UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND DECLARATION IN
SUPPORT OF APPLICATION FOR ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF HOULIHAN
LOKEY CAPITAL, INC. AS INVESTMENT BANKER FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENESIS
GLOBAL HOLDCO, LLC, ET AL. NUNC PRO TUNC TO FEBRUARY 3, 2023**

I, Brad Geer, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**"), and am duly authorized to execute this declaration on behalf of Houlihan Lokey. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify thereto. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[2]

2. I submit this supplemental declaration (the "**Second Declaration**") pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Houlihan Lokey and are based on information provided by them. Unless otherwise stated, all matters set forth in this Declaration are based on my personal knowledge, my review of the relevant documents, information supplied to me by others, or my views, which are based on, among other things, my experience and knowledge of the Debtors' business and financial condition.

and Rules 2014-1, 2016-1 and Rule 9013-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**") in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1 Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Unsecured Creditors,* Nunc Pro Tunc *to February 3, 2023* (the "**Application**") for the Official Committee of Unsecured Creditors (the "**Committee**").[3]  A first declaration was submitted by Saul E. Burian as Exhibit B to the Application (the "**First Declaration**").

3.      On April 13, 2023, the Court entered the *Order Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to February 3, 2023* [Docket No. 219] (the "**Retention Order**").

### Supplemental Disclosure Regarding Known Party in Interest

4.      As noted in the First Declaration, Houlihan Lokey has reviewed and will continue to review its files periodically during these chapter 11 cases with respect to known and newly-identified parties in interest.  To the extent any new relevant facts or relationship are discovered or arise, Houlihan Lokey will use reasonable efforts to identify such developments and will promptly file a supplemental declaration.

5.      In accordance with same, on or about August 1, 2023, Houlihan Lokey conducted an updated disclosure review with respect to any connections to the list of Interested Parties previously provided by the Debtors against certain internal databases of Houlihan Lokey, including Houlihan Lokey's client management information system.  Based upon such updated disclosure

---

[3]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

review, Houlihan Lokey makes the supplemental disclosure attached as **Exhibit 1** hereto.

**Reaffirmation of Statement of Disinterestedness**

6.  Based on the foregoing, to the best of my knowledge and insofar as I have been able to ascertain, (a) Houlihan Lokey is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) Houlihan Lokey holds no interest adverse under section 1103(b) of the Bankruptcy Code, and (c) Houlihan Lokey has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Application the First Declaration, or this Second Declaration. Accordingly, I respectfully submit that the requirements for Houlihan Lokey's retention as investment banker for the Committee have been met.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 30, 2023
New York, New York

/s/ *Brad Geer*
Brad Geer
Managing Director
Houlihan Lokey Capital, Inc.

## Exhibit 1

### Connections Disclosure

Signature Bank – Active Engagement