**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Master Claimant Service List attached hereto as **Exhibit A**:

- Notice of Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105 (A) and Fed. R. Bankr.P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief [Docket No. 449] (the "***Claims Procedures Motion and Proposed Order***")

On August 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Ad Hoc Group of Genesis Lenders, (ADRID: 12875768), at an address that has been redacted in the interest of privacy:

- Notice of Second Amended Sale Schedule [Docket No. 439]

On August 8, 2023, at my direction and under my supervision, employees of Kroll caused the Claims Procedures Motion and Proposed Order to be served via First Class Mail on (ADRID: 12046822), whose name and address have been redacted in the interest of privacy.

On August 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on (ADRID: 12171253), whose name and address have been redacted in the interest of privacy:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

- Notice of Hearings on (I) the Adequacy of Information in the Debtors' Disclosure Statement and (II) Confirmation of the Debtors' Chapter 11 Plan [Docket No. 401]

On August 14, 2023, at my direction and under my supervision, employees of Kroll caused the Claims Procedures Motion and Proposed Order to be served via First Class Mail on (ADRID: 12885541), whose name and address have been redacted in the interest of privacy:

Dated: August 24, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 24, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

# Exhibit A

Notice Parties Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS 1 |
|---|---|---|
| 12047403 | Name on File | Address on File |
| 12046744 | Name on File | Address on File |
| 12047136 | Name on File | Address on File |
| 12047353 | Name on File | Address on File |