Anson B. Frelinghuysen
Dustin P. Smith
Erin E. Diers
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000

*Counsel to Gemini Trust Company, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC, et al., | : | Case No. 23-10063 (SHL) |
| Debtors[1]. | : | (Jointly Administered) |

**JOINDER OF GEMINI TRUST COMPANY, LLC IN OBJECTION OF AD HOC GROUP OF GENESIS LENDERS TO GENESIS DEBTORS' MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH FTX DEBTORS**

Gemini Trust Company, LLC ("Gemini"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") in support of the *Objection of Ad Hoc Group of Genesis Lenders to Genesis Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement Agreement with FTX Debtors* (the "Objection") (ECF No. 648)[2] and respectfully states as follows:

---

1. The Genesis Debtors in the Genesis Bankruptcy Proceedings along with the last four digits of each Genesis Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the Genesis Bankruptcy Proceedings, the service address for the Genesis Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

2. Capitalized terms not defined in this Joinder shall have the meanings ascribed to them in the Objection.

## **JOINDER**

1. Gemini acts as agent on behalf of more than 232,000 lenders owed more than $1 billion by the Debtors, or *more than 99% of the Debtors' creditors*.

2. Gemini agrees with (i) each of the arguments made by the Ad Hoc Group in the Objection; and (ii) the relief requested therein.

3. In addition to joining the Objection, Gemini further submits that the Debtors' Proposed Settlement with FTX is an attempt to manipulate the plan voting process. The Debtors cannot convince their actual creditors to support their unconfirmable Amended Plan currently on file, so they have turned to the estate of the industry's largest fraud for a friendly vote. The Proposed Settlement is a sweetheart pre-plan deal with a new creditor who will vote to support the Debtors' plan, providing a benefit only to the Debtors' parent, DCG, at the expense of recoveries to the Debtors' other creditors. In the complete absence of creditor support from the Debtors' legitimate creditors, the Proposed Settlement cannot be accepted at face value.

4. Accordingly, Gemini hereby joins in the Objection for all of the reasons set forth therein.

WHEREFORE, for the reasons stated herein, Gemini respectfully requests that the Court enter an order (a) denying the Motion and disallowing the Proposed Settlement, and (b) granting such other and further relief as is just.

Dated: August 31, 2023
      New York, New York

                                                */s/ Anson B. Frelinghuysen*
Anson B. Frelinghuysen
Dustin P. Smith
Erin E. Diers
Hughes Hubbard & Reed LLP
New York, New York 100004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: anson.frelinghuysen@hugheshubbard.com
     dustin.smith@hugheshubbard.com
     erin.diers@hugheshubbard.com

*Counsel to Gemini Trust Company, LLC*