**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

<u>**AMENDED NOTICE OF COMMUNICATION TO CLAIMANTS**</u>

PLEASE TAKE NOTICE THAT on August 25, 2023, Kroll Restructuring Administration LLC ("***Kroll***") announced a security incident involving the personal information of bankruptcy claimants in the above-captioned case ("***Genesis***").

PLEASE TAKE FURTHER NOTICE THAT in connection with this incident, Kroll provided email notice, in the form attached hereto as <u>Exhibit A</u>, to the Genesis claimants whose personal information may have been involved in the incident, specifically, those who filed electronic claims on or before August 19, 2023.  Those that filed claims in the Genesis bankruptcy cases by other means or at a different time were not impacted.

Dated: September 1, 2023
      New York, New York

Kroll Restructuring Administration LLC

<u>*/s/ Adam M. Adler*</u>
Adam M. Adler
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
adam.adler@kroll.com

*Claims and Noticing Agent to the Debtors*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd.. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

## Exhibit A

**Email from Kroll to certain Genesis Claimants**

| | |
|---|---|
| **From:** | noticing@ra.kroll.com |
| **To:** | |
| **Subject:** | IMPORTANT – Notice of Data Breach & Steps to Protect Your Cryptocurrency |
| **Date:** | Thursday, August 24, 2023 11:03:21 PM EDT |

*In re: Genesis Global Holdco, LLC*, Case No. 23-10063,
United States Bankruptcy Court for the Southern District of New York

There has been a third-party security incident that may have impacted some of your personal data submitted in connection with the claims process in the above-referenced chapter 11 case.  This e-mail provides important information that can help protect you against misuse of this information.  We encourage you to read this e-mail carefully.

It appears that on or about Saturday, August 19, 2023, an attacker conducted a SIM swapping attack against T-Mobile US and gained control of a mobile phone number belonging to an employee of Kroll Restructuring Administration LLC ("Kroll"), the Claims Agent for the Genesis bankruptcy proceeding. As a result, the attacker appears to have accessed files stored online in Kroll's cloud-based systems, including files that may have contained information about you, such as your name, address, email address, and your claim(s) against the Genesis Debtors.  When Kroll became aware of the incident, it acted quickly to secure the impacted Kroll account and launched an investigation.  There is no evidence that the attacker accessed any other Kroll accounts or systems.  This attack on T-Mobile and Kroll did not affect any Genesis systems or Genesis digital assets.

The attacker might use this information in a further scam, for example in phishing e-mails to try to trick you into giving up control over your cryptocurrency accounts, wallets, or other digital assets.

You can help maintain the security of your accounts and digital assets by remaining vigilant and taking certain steps, including the following:

- Never share your passwords, seed phrases, private keys, and other secret information with untrusted individuals, applications, websites, or devices.
- Always verify information that you receive from any other website about the Genesis bankruptcy case or your claim by visiting the website of the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/genesis or contacting Kroll Restructuring Administration at: genesisquestions@kroll.com.

The Court presiding over the Genesis bankruptcy case (the United States Bankruptcy Court for the Southern District of New York), Kroll, and Genesis will never ask or require you to do any of the following in connection with the processing of bankruptcy claims or the distribution of Genesis

assets:

- Link a cryptocurrency wallet to a website or application
- Provide your seed phrase or private keys
- Download any software or use a particular wallet application
- Provide your password over e-mail, text message, or the phone
- Provide personal identifying information, such as your birthday or social security number, over e-mail or social media or in any manner other than as described in a Court-approved process posted to Kroll Restructuring Administration's case website or the Court's docket.

Please know that any distribution of Genesis assets will only be at the time and in the manner established by the Court.  Information about the Court's orders can be found at the website of the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/genesis/.

If you have any questions, receive any suspicious communication, or wish to verify the authenticity of communications that are purported to be from individuals associated with the Genesis bankruptcy case, you should immediately contact:  genesisquestions@kroll.com.

noticing@ra.kroll.com

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe