# Exhibit L

**Collateral Substitutions Summary Chart for Preference Claims**

| Fill Date & Time[1] | Substituted Assets (Quantity) USD Conversion Rate[2] USD Value of Substituted Assets[3] | Provided Assets (Quantity) USD Conversion Rate USD Value of Provided Assets |
|---|---|---|
| May 22, 2023 12:05am GMT | 10,000,000 ALGO | 146.453812108582 BTC |
| | 0.43024 | 29,377.18 |
| | **$4,302,400.00** | **$4,302,400.00** |
| May 22, 2022 12:37am GMT | 10,000,000 ALGO | 145.95804007 BTC |
| | 0.4369 | 29,931.89 |
| | **$4,368,800** | **$4,368,800** |
| May 24, 2022 12:07am GMT | 10,000,000 ALGO | 145.24858258 BTC |
| | 0.43426 | 29,897.71 |
| | **$4,342,600** | **$4,342,600** |
| May 24, 2022 1:31am GMT | 10,000,000 ALGO | 139.10316122 BTC |
| | 0.40962 | 29,447.21 |
| | **$4,096,200** | **$4,096,200** |
| May 26, 2022 2:35am GMT | 10,000,000 ALGO | 136.3298214 BTC |
| | 0.40518 | 29,720.57 |
| | **$4,051,800** | **$4,051,800** |
| May 26, 2022 | 100,000 SOL | 152.70074513 BTC |

---

[1]    The date and time of each substitution is based on the time that Genesis sent the transaction receipt, colloquially termed the transaction "fills," via Telegram. In the few instances where transaction fills were not provided because the parties agreed on prices between themselves rather than going into the market (more on this below), the date and time of the substitution is based on the time the parties confirmed receipt of the relevant assets.

[2]    For most of the collateral substitutions, Genesis priced the relevant digital assets based on the USD conversion rates in the market over the period of time that 3AC requested the substitution be made. However, for three of the substitutions, Genesis and 3AC agreed on a price for the relevant digital assets between themselves rather than going into the market. For these substitutions, which are flagged below, the USD conversion rates provided herein are based on the price of each digital asset at approximately the date and time of the trade as provided by Crypto.com.

[3]    For the collateral substitutions where Genesis priced the relevant digital assets based on the USD conversion rates in the market, the USD value of the substituted assets is exactly equivalent to the USD value of the provided assets. For the three substitutions where Genesis and 3AC agreed on a price for the relevant digital assets between themselves rather than going into the market, there are slight mismatches between the USD value of the substituted assets and that of the provided assets because the market spot price may have differed slightly from the agreed-upon price, but it is clear that the parties intended those substitutions to be for equivalent value.

1

|  |  |  |
|---|---|---|
| 11:08pm GMT | 44.874 | 29,386.89 |
|  | **$4,487,400** | **$4,487,400** |
| May 27, 2022<br>2:51am GMT | 10,000,000 ALGO | 129.96146972 BTC |
|  | 0.3801 | 29,247.13 |
|  | **$3,801,000** | **$3,801,000** |
| May 27, 2022<br>1:06am GMT[4] | 10,000 ETH | 600 BTC |
|  | 1,773.89 | 29,074.50 |
|  | **$17,738,900** | **$17,444,700** |
| May 27, 2022<br>11:05am GMT | 100,000 SOL | 144.07460639 BTC |
|  | 41.561 | 28,846.86 |
|  | **$4,156,100** | **$4,156,100** |
| May 27, 2022<br>11:25pm GMT | 150,000 AVAX | 117.09327833 BTC |
|  | 22.515 | 28,842.39 |
|  | **$3,377,250** | **$3,377,250** |
| May 28, 2022<br>3:15am GMT | 10,000,000 ALGO | 126.92316098 BTC |
|  | 0.36588 | 28,826.89 |
|  | **$3,658,800** | **$3,658,800** |
| May 28, 2022<br>11:26pm GMT | 150,000 SOL | 220.49390219 BTC |
|  | 42.52 | 28,925.97 |
|  | **$6,378,000** | **$6,378,000** |
| May 29, 2022<br>12:24am GMT | 150,000 AVAX | 123.46489697 BTC |
|  | 23.816 | 28,934.54 |
|  | **$3,572,400** | **$3,572,400** |
| May 29, 2022<br>3:59am GMT | 10,000,000 ALGO | 125.03777276 BTC |
|  | 0.36206 | 28,956.05 |
|  | **$3,620,600** | **$3,620,600** |
| May 30, 2022<br>12:04am GMT | 150,000 SOL | 225.58889913 BTC |
|  | 44.051 | 29,290.67 |

---

[4]    For this collateral substitution, Genesis and 3AC agreed on a price for the relevant digital assets between themselves rather than going into the market. The ETH to USD and BTC to USD conversions provided here are based on the respective spot prices of these assets on May 27, 2022 at 1:00am GMT, as provided by Crypto.com.

|  |  |  |
|---|---|---|
|  | $6,607,650 | $6,607,650 |
| May 30, 2022 4:04am GMT[5] | 16,000 ETH | 1,000 BTC |
|  | 1,880.07 | 30,353.07 |
|  | $30,081,120 | $30,353,070 |
| May 30, 2022 5:03am GMT | 20,000 ETH | 1,231.88207472 BTC |
|  | 1,822.92 | 29,595.69 |
|  | $36,458,400 | $36,458,400 |
| May 30, 2022 5:15am GMT[6] | 16,000 ETH | 1,000 BTC |
|  | 1,874.51 | 30,332.83 |
|  | $29,992,160 | $30,332,830 |
| May 31, 2022 12:52am GMT | 150,000 SOL | 224.85291423 BTC |
|  | 46.389 | 30,946.23 |
|  | $6,958,350 | $6,958,350 |
| May 31, 2022 5:40am GMT | 20,000 ETH | 1,247.68281247 BTC |
|  | 1,945.14 | 31,180.04 |
|  | $38,902,800 | $38,902,800 |
| May 31, 2022 6:02am GMT | 20,000 ETH | 1,226.1247520 BTC |
|  | 1,946.18 | 31,745.22 |
|  | $38,923,600 | $38,923,600 |
| May 31, 2022 1:18pm GMT | 49,000 SOL | 71.58082602 BTC |
|  | 46.271 | 31,674.39 |
|  | $2,267,279 | $2,267,279 |
| June 1, 2022 6:45am GMT | 526.44 ETH | 32.231034 BTC |
|  | 1,937.59 | 31,647.29 |
|  | $1,020,024.88 | $1,020,024.88 |
| June 1, 2022 | 16,200,000 ALGO | 209.19879176 BTC |

---

[5] For this collateral substitution, Genesis and 3AC agreed on a price for the relevant digital assets between themselves rather than going into the market. The ETH to USD and BTC to USD conversions provided here are based on the respective spot prices of these assets on May 30, 2022 at 4:00am GMT, as provided by Crypto.com.

[6] For this collateral substitution, Genesis and 3AC agreed on a price for the relevant digital assets between themselves rather than going into the market. The ETH to USD and BTC to USD conversions provided here are based on the respective spot prices of these assets on May 30, 2022 at 5:00am GMT, as provided by Crytpo.com.

3

4

| 8:02am EST | 0.4049 | 31,354.77 |
| --- | --- | --- |
| | **$6,559,380** | **$6,559,380** |
| June 2, 2022 | 18,848.56 ETH | 1148.37397624 BTC |
| 6:01am GMT | 1,842.16 | 30,235.85 |
| | **$34,722,063.29** | **$34,722,063.29** |
| June 12, 2022 | 939.29258206 BTC | 17,455.7298 ETH |
| 7:44pm GMT | 27,530.02 | 1,481.39 |
| | **$25,858,743.57** | **$25,858,743.57** |