# Exhibit M

**Defenses To Purported Turnover, Conversion And Preference Claims By Category Of Amended PoC Assets[1]**

| | PoC Asset | Quantity | Origin | Defenses to Purported Turnover and Conversion Claims | Defenses to Purported Preference Claim Under BVI Law |
|---|---|---|---|---|---|
| 1 | Interest Payment | Approximately $18 million | The Interest Payment was comprised of several payments on June 2-3, 2022 from 3AC to GAP for interest accrued during the month of May 2022 on outstanding loans. *See* Objection at ¶ 71. | 1. N/A (not subject to turnover/conversion claims) | 1. 3AC has not pled and proven that these assets were not transferred in the ordinary course of business. 2. 3AC has not pled and proven its insolvency. 3. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). |
| 2 | Principal Payment | 115,000,000 USDC | The Principal Payment was a payment from 3AC to GAP for the purpose of repaying several outstanding open term loans from GAP to 3AC in full or in part. *See* Objection at ¶ 72. | 1. N/A (not subject to turnover/conversion claims) | 1. 3AC has not pled and proven that these assets were not transferred in the ordinary course of business. 2. 3AC has not pled and proven its insolvency. 3. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). |

---

[1] In its amended PoCs, 3AC asserts BVI turnover claims and US law turnover and conversion claims with respect to 13,780.04 BTC. However, the Debtors have not been able to determine <u>which</u> 13,780.04 BTC out of the approximately 33,000 BTC that the Debtors foreclosed upon is purportedly subject to 3AC's claims, nor do the Amended PoCs in any way address this question. Accordingly, this chart includes reference to all of the BTC that the Debtors foreclosed upon.

| 3 | GBTC Transferred as Additional Collateral Pursuant to Margin Call | 13,172,000 GBTC | Transferred as Additional Collateral (as defined in the MLAs) pursuant to margin call on May 9, 2022. *See* Objection at ¶ 73. | 1. N/A (not subject to turnover/conversion claims) | 1. 3AC has not pled and proven that these assets were not transferred in the ordinary course of business. 2. 3AC has not pled and proven its insolvency. 3. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). |
|---|---|---|---|---|---|
| 4 | GBTC Collateral Transferred in Connection with Loans of Digital Assets and Through Collateral Substitutions | 9,213,048 GBTC | Collateral (as defined under the MLAs) transferred in connection with loans of BTC and USDT from May 28 to May 29, 2020 and through collateral substitutions requested by 3AC between September 25, 2020 to January 26, 2021. *See* Objection at ¶ 73. | 1. Insufficient pleading. 2. All turnover and conversion claims fail because Genesis has a valid security interest in all of these assets. 3. No claim in conversion where claim arises out of contract. 4. U.S. and BVI law turnover claims fail because there exists a legitimate dispute regarding the assets. 5. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). | 1. N/A (not subject to preference claims) |

2

| 5 | BTC Collateral Transferred in Connection with Purchase Price Loans of USD | 23,256.97[2] BTC | Collateral (as defined under the MLAs) transferred in connection with purchase price loans of USD of equal or greater value (*i.e.,* loans of USD that Genesis made to 3AC for the purpose of allowing 3AC to buy such BTC) from January 11, 2022 to June 7, 2022. *See* Objection at ¶ 73. | 1. Insufficient pleading. 2. All turnover and conversion claims fail because Genesis has a valid security interest in all of these assets. 3. No claim in conversion where claim arises out of contract. 4. U.S. and BVI law turnover claims fail because there exists a legitimate dispute regarding the assets. 5. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). | 1. N/A (not subject to preference claims) |
| --- | --- | --- | --- | --- | --- |
| 6 | BTC Collateral Transferred through Collateral Substitutions | 9,131.06 BTC[3] and 17,455.73 ETH | Collateral (as defined in the MLAs) transferred through collateral substitutions requested by 3AC between May 23, 2022 and June 12, 2022. The original Collateral that was substituted through these transfers was comprised of: | 1. Insufficient pleading. 2. All turnover and conversion claims fail because Genesis has a valid security interest in all of these assets. 3. No claim in conversion where claim arises out of contract. | 1. The collateral substitutions do not independently constitute preferences under BVI law because they were exchanges of one digital asset for another of equal value. 2. 3AC has not pled and proven that these assets |

---

[2]   As discussed above, this row has been included because some portion of it likely corresponds to 3AC's turnover and conversion claims.

[3]   As described in this row, only a portion of this BTC in this row corresponds to the transfers of ALGO, SOL, AVAX, and ETH with regard to which 3AC has clearly brought preference, turnover, and conversion claims. The remainder of the BTC in this row decidedly does <u>not</u> correspond to 3AC's preference claims, and it is possible that it does not correspond to 3AC's turnover or conversion claims either (*see supra* at n. 1). The 17,455.73 ETH in this row, however, does correspond to 3AC's turnover and conversion claims.

3

| | | | | | |
|---|---|---|---|---|---|
| | | | (1) 71,375 ETH that 3AC transferred to GAP on December 6, 2021 as collateral for a purchase price loan of USD; and (2) 96,200,000 ALGO, 699,000 SOL, 300,000 AVAX, and 50,000 ETH, all of which 3AC transferred to GAP as Additional Collateral in response to a May 9, 2022 margin call that GAP issued to 3AC. *See* Objection at ¶ 73. | 4. U.S. and BVI law turnover claims fail because there exists a legitimate dispute regarding the assets.<br>5. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). | were not transferred in the ordinary course of business.<br>3. 3AC has not pled and proven its insolvency.<br>4. 3AC's claims are barred by the safe harbors in Section 546(e) and 546(g). |
| 7 | BTC Transferred as Additional Collateral Pursuant to Margin Call | 960 BTC[4] | Transferred as Additional Collateral (as defined in the MLAs) pursuant to margin call on February 20, 2022. *See* Objection at ¶ 73. | 1. Insufficient pleading.<br>2. All turnover and conversion claims fail because Genesis has a valid security interest in all of these assets.<br>3. No claim in conversion where claim arises out of contract.<br>4. U.S. and BVI law turnover claims fail because there exists a legitimate dispute regarding the assets.<br>5. 3AC's claims are barred by the safe | 1. N/A (not subject to preference claims) |

---

[4]    As discussed above, this row has been included to the extent 3AC's turnover and conversion claims relate to these assets, which is not clear from the face of the Amended PoCs.

4

|  |  |  | harbors in Section 546(e) and 546(g). |  |

5