# EXHIBIT T
# Telegram Agreements

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

S | **s** | 1/9/2022, 5:46 AM
Hi anyone around?

MC | **Marc Chan** | 1/9/2022, 5:47 AM
Hi

MC | **Marc Chan** | 1/9/2022, 5:47 AM
How can I help?

S | **s** | 1/9/2022, 5:47 AM
pls buy 5k btc 24hrs

MC | **Marc Chan** | 1/9/2022, 5:47 AM
Are you looking to borrow the funds?

S | **s** | 1/9/2022, 5:47 AM
Could you pls quote a rate?

S | **s** | 1/9/2022, 5:47 AM
Will decide after quote

MC | **Marc Chan** | 1/9/2022, 5:48 AM
give me a sec

S | **s** | 1/9/2022, 5:54 AM
Sure

MC | **Marc Chan** | 1/9/2022, 5:55 AM
thanks just trying to move some funds about and checking with lending

L | **Leroy-exgenesis** | 1/9/2022, 6:01 AM
Hi Su, we can lend you half the size... 2.5k BTC equivalent in cash at 10%... let us know if that works for you

S | **s** | 1/9/2022, 6:01 AM
Ok sure, let's do 2.5k btc 24hrs

> WK | **Wee Kuo** | 1/10/2022, 6:12 AM
This order is done.

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Quantity: 2,500
Price: $41,997.64
Value: $104,994,100

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

**L**  **Leroy-exgenesis**                                                    1/10/2022, 12:00 AM

Hi Su, we can do the full size of 200mio, if we can meet in the middle of 11%, 1:1 versus BTC/ETH. It might be a mix of USDT/USD. We can settle later when NY gets in...

**S**  **s**                                                                  1/10/2022, 1:06 AM

ok. pls buy $200m of BTC v USD for 48hrs starting at 8pm SGT today (in 6hrs)

**> RW**  **Reed Werbitt**                                                     1/10/2022, 11:28 AM

Hey @btcmaximalist, i think there was some confusion here.  Originally the order was for 48 hrs as instructed.  In error we confirmed 24 hr twap this am.  Happy to adjust and do whatever you like.

**WK**  **Wee Kuo**                                                           1/10/2022, 1:07 AM

Hey Su

**WK**  **Wee Kuo**                                                           1/10/2022, 1:14 AM

We will get this going

**WK**  **Wee Kuo**                                                           1/10/2022, 1:14 AM

above.

**WK**  **Wee Kuo**                                                           1/10/2022, 1:15 AM

And will confirm here once live at 8pm SGT

**S**  **s**                                                                  1/10/2022, 1:17 AM

Ty

**WK**  **Wee Kuo**                                                           1/10/2022, 6:12 AM

We will be starting the new twap in just over 45 mins

**> S**  **s**                                                                1/10/2022, 6:13 AM

Acknowledged ty

**IG**  **Ivan Lim | Genesis**                                                1/10/2022, 6:49 AM

25 March Fwd TWAP Done.

TAC buys 1,000x 25Mar22 BTC at 42,731.27
- Full unwind of fwd position
Above will be booked as a synthetic fwd (put/call combo, same strike zero cost)

**> N**  **Ningxin** EDITED                                                   1/10/2022, 7:04 AM

btw there is a 200 btc IM posted for the original forward, now that the forward is closed, the btc is no longer needed for this right?

**GG**  **Greg Guttas Genesis**                                               1/10/2022, 7:00 AM

24 hour TWAP has begun for $200m USD

> **GG**  **Greg Guttas Genesis**    1/10/2022, 11:22 AM
hey just want to confirm typo here - twap is in fact working over 48 hours

**N**    **Ningxin**    1/10/2022, 7:00 AM
ty

**N**    **Ningxin**    1/10/2022, 7:05 AM
great ty

**GG**    **Greg Guttas Genesis**    1/10/2022, 11:24 AM
ty

**S**    **s**    1/10/2022, 11:26 AM
because you guys said 24hr

**S**    **s**    1/10/2022, 11:26 AM
so we still need it as such

**GG**    **Greg Guttas Genesis**    1/10/2022, 11:26 AM
gotcha ok can speed it up

**S**    **s**    1/10/2022, 11:26 AM
no its fine

**S**    **s**    1/10/2022, 11:26 AM
just next time pls be careful

**GG**    **Greg Guttas Genesis**    1/10/2022, 11:26 AM
ok understood

**GG**    **Greg Guttas Genesis**    1/10/2022, 11:26 AM
apologies for that

**S**    **s**    1/10/2022, 11:30 AM
we'd like the fills for what uve done as 24hrs, as we've hedged it on this side as 24hrs

**S**    **s**    1/10/2022, 11:30 AM
nx didnt notice that i had asked for 48hrs earlier, and when she saw the reply of 24hrs she did it accordingly

**S**    **s**    1/10/2022, 11:31 AM
anyway, fortunately a small order and we caught this in time

**RW**    **Reed Werbitt**    1/10/2022, 11:31 AM
we'll adjust accordingly

**S**    **s**    1/10/2022, 11:32 AM
how will it be adjusted?

**RW**    **Reed Werbitt**    1/10/2022, 11:35 AM
the order was working over 48 hours.  Now you'd like it be 24 hours, and because we mistakenly confirmed 24 hours this am, we are filling in the delta at that average price that would have received over 24 hours.

**S**    **s**    1/10/2022, 11:35 AM
ok noted ty. and we can continue it as 24hrs in that case

**RW**    **Reed Werbitt**    1/10/2022, 11:35 AM
ok

**S**  s                                                                    1/10/2022, 11:35 AM
appreciate it Reed

**RW**  Reed Werbitt                                                        1/10/2022, 11:35 AM
no problem

**MB**  Matt Ballensweig                                                    1/10/2022, 3:25 PM
hey @btcmaximalist - was able to snag a bit more USD this AM let us know if you need a bit more

> **S**  s                                                                 1/10/2022, 6:03 PM
How much usd?

**HG**  Hamill @ Genesis                                                    1/10/2022, 3:58 PM
*Joined the conversation*

**MB**  Matt Ballensweig                                                    1/10/2022, 6:03 PM
Can do another 100-200mm same terms if needed

**S**  s                                                                    1/10/2022, 6:31 PM
Ok cool, will let u know in NY am if anything, ty

**MB**  Matt Ballensweig                                                    1/10/2022, 6:35 PM
Thx Su sg!

**DU**  Deleted Account (user974550997)                                     1/10/2022, 6:55 PM
hey @Ningxin_TAC sry for the delay working with the team now on this

**N**  Ningxin                                                              1/10/2022, 7:52 PM
no problem, see it now

**IG**  Ivan Lim | Genesis                                                  1/10/2022, 7:53 PM
Great. Tks.

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 31 |
| Total Messages: 19 | Date Range: 1/11/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 19 messages on 1/11/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 1/11/2022, 7:01 AM |

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Quantity: 4,793.33534653
Price: $41,724.6
Value: $200,000,000

| | | |
|---|---|---|
| N | **Ningxin** | 1/11/2022, 7:01 AM |

thank you

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 1/11/2022, 7:01 AM |

no problem!

| | | |
|---|---|---|
| N | **Ningxin** | 1/11/2022, 7:01 AM |

could u pls do another $200mio btcusd buy twap over 72 hours?

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 1/11/2022, 7:01 AM |

Hi Ningxin

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 1/11/2022, 7:01 AM |

moment

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 1/11/2022, 7:07 AM |

good to go Ningxin, spot desk will set it up for you

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 1/11/2022, 7:07 AM |

thanks Leroy

| | | |
|---|---|---|
| N | **Ningxin** | 1/11/2022, 7:07 AM |

great, pls lmk when up

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 1/11/2022, 7:08 AM |

order is live

| | | |
|---|---|---|
| MB | **Matt Ballensweig** | 1/11/2022, 7:32 AM |

Confirming this will be adding to loan balance as well at same terms as yesterday?

| | | |
|---|---|---|
| N | **Ningxin** | 1/11/2022, 7:45 AM |

Yes confirmed

| | | |
|---|---|---|
| MB | **Matt Ballensweig** | 1/11/2022, 7:45 AM |

Cool thanks!

| | | |
|---|---|---|
| N | **Ningxin** | 1/11/2022, 8:51 PM |

hi team, could u pls stop the twap

| | | |
|---|---|---|
| MC | **Marc Chan** | 1/11/2022, 8:51 PM |

hi Ningxin

**MC** **Marc Chan**                                                                                    1/11/2022, 8:51 PM

sure stopping the twap right now

**N** **Ningxin**                                                                                        1/11/2022, 8:52 PM

thank you

**MC** **Marc Chan**                                                                                    1/11/2022, 8:56 PM

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Quantity: 913.63
Price: $42,473.38
Value: $38,804,954.17

**N** **Ningxin**                                                                                        1/11/2022, 8:56 PM

ok, will book to loan/collateral

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| N | **Ningxin** | 2/20/2022, 7:58 PM |
| hi team, sent you 1mio FTT for return & 610 BTC for margin top up via FBN |

| L | **Leroy-exgenesis** | 2/20/2022, 7:58 PM |
| Hi Ningxin |

| N | **Ningxin** | 2/20/2022, 7:58 PM |
| more will follow to cover the margin call |

| N | **Ningxin** | 2/20/2022, 7:58 PM |
| most probably in BTC or GBTC, will let you know |

| L | **Leroy-exgenesis** | 2/20/2022, 8:25 PM |
| just to confirm that FTT and BTC are well rcv |

| L | **Leroy-exgenesis** | 2/20/2022, 8:25 PM |
| thanks |

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 15 | Date Range: 2/23/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 15 messages on 2/23/2022 · Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| N | **Ningxin** | 2/23/2022, 3:05 AM |
| | hi team, may i check the current rate to borrow ATOM? | |

| | | |
|---|---|---|
| WK | **Wee Kuo** | 2/23/2022, 3:08 AM |
| | Hi Ningxin, see you here | |

| | | |
|---|---|---|
| WK | **Wee Kuo** | 2/23/2022, 3:08 AM |
| | get back to you shortly | |

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 2/23/2022, 3:09 AM |
| | How much are you looking for Ningxin | |

| | | |
|---|---|---|
| N | **Ningxin** | 2/23/2022, 3:10 AM |
| | say 100k units? | |

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 2/23/2022, 3:12 AM |
| | Can lend at 15% 1:1 OT | |

| | | |
|---|---|---|
| N | **Ningxin** | 2/23/2022, 3:13 AM |
| | got it, thank you | |

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 2/23/2022, 3:14 AM |
| | Let us know when you have a firm interest. | |

| | | |
|---|---|---|
| N | **Ningxin** | 2/23/2022, 3:14 AM |
| | will do | |

| | | |
|---|---|---|
| N | **Ningxin** | 2/23/2022, 8:54 AM |
| | hi @mballen4791 , believe the ETHE shares should arrive soon, happy to top up the rest in BTC, does 350 BTC work? | |

| | | |
|---|---|---|
| HG | **Hamill @ Genesis** | 2/23/2022, 8:57 AM |
| | checking numbers @Ningxin_TAC | |

| | | |
|---|---|---|
| HG | **Hamill @ Genesis** | 2/23/2022, 9:04 AM |
| | that works @Ningxin_TAC expecting the 5,399,944 ETHE + 350 BTC additional | |

| | | |
|---|---|---|
| F | **Fung** | 2/23/2022, 9:15 AM |
| | BTC sent:                    Redacted for PII | |

| | | |
|---|---|---|
| HG | **Hamill @ Genesis** | 2/23/2022, 9:16 AM |
| | ETHE has been received | |

| | | |
|---|---|---|
| N | **Ningxin** | 2/23/2022, 9:16 AM |
| | Great! | |

**Short Message Report**

| Conver ation   1 | Participant   31 |
|---|---|
| Total Messages: 9 | Date Range: 5/10/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 9 messages on 5/10/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | |
|---|---|
| MB **Matt Ballensweig** | 5/10/2022, 10:58 AM |

hey guy   I know ri k i   ued another margin call for $170mm   we can take $125mm at current price   here   let u   know best means of top up.

MB **Matt Ballensweig**                                                          5/10/2022, 1:45 PM

if you can give us an update on means of filling and ETA that would be great!

> F **Fung**                                                                      5/10/2022, 1:52 PM

@Ningxin_TAC  will get back here first thing SGT morning

MB **Matt Ballensweig**                                                          5/10/2022, 1:52 PM

thank you!

MB **Matt Ballensweig**                                                          5/10/2022, 6:57 PM

Hey guys- keep us posted here- as you can imagine we're trying to tighten things up given the fallout. How are you guys doing?

N **Ningxin**                                                                     5/10/2022, 7:24 PM

Hi Matt, we can top up in GBTC, could u pls confirm the amount, and we will transfer over tonight

L **Leroy-exgenesis**                                                            5/10/2022, 7:24 PM

Hi Ningxin, sure will be with you in a moment

L **Leroy-exgenesis**                                                            5/10/2022, 7:58 PM

Hi Ningxin, can take 7.772mio units of GBTC as collateral

N **Ningxin**                                                                     5/10/2022, 7:59 PM

sure, will do

**Short Message Report**

| Conver ation   1 | Participant   31 |
|---|---|
| Total Messages: 38 | Date Range: 5/12/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 38 messages on 5/12/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

**MB**  **Matt Ballensweig**                                                        5/12/2022, 8:53 AM
Hey guy    given general contraction in leverage in market we're going to need to pull back  ome un ecured USD that'
OT or top up with majors 1:1. We'd be looking to call $200mm here or just have that amount worth of ETH or BTC posted
on it. Once dust settles we can revisit just kicking that back to you. More of a temporary shrinkage of credit and not based
on risk to you guys, just managing market liquidity.

**N**  **Ningxin**                                                                  5/12/2022, 9:16 AM
hi, we got 9 5mio GBTC and al o  ome ETHE  hare  to po t, would you accept tho e?

**DU**  **Deleted Account (user1895178719)**                                         5/12/2022, 9:32 AM
Hi Ningxin, checking here

**HG**  **Hamill @ Genesis**                                                         5/12/2022, 9:33 AM
hey @Ningxin_TAC any chance to post any other collateral a bit more liquid?

**N**  **Ningxin**                                                                  5/12/2022, 9:36 AM
we have some STETH as well, can do half STETH and half GBTC

**MB**  **Matt Ballen weig** EDITED                                                  5/12/2022, 9 51 AM
can we do a partial USD return say $100mm and then the GBTC shares?

**MB**  **Matt Ballensweig** EDITED                                                  5/12/2022, 10:05 AM
happy to also take ETH or BTC

**N**  **Ningxin**                                                                  5/12/2022, 10:12 AM
how about 1/4 ETH, 1/4 STETH & half GBTC?

**MB**  **Matt Ballensweig**                                                         5/12/2022, 10:13 AM
we dont want to take more stETH here - could do 1/2 ETH and 1/2 GBTC

**MB**  **Matt Ballensweig**                                                         5/12/2022, 10:14 AM
I know its not ideal, but given the conditions out there it is important for us to bring in some liquid capital - are you guys in
a position to be able to do that?

**N**  **Ningxin**                                                                  5/12/2022, 10:19 AM
ok, how much ETH then?

**MB**  **Matt Ballensweig**                                                         5/12/2022, 10:23 AM
$100mm ETH and $100mm GBTC works!

**N**  **Ningxin**                                                                  5/12/2022, 10 23 AM
yeah may i have the number in ETH and GBTC?

**MB**  **Matt Ballensweig**                                                         5/12/2022, 10:23 AM
50k ETH, 9mm GBTC works

**N**  **Ningxin**                                                                  5/12/2022, 10:23 AM
k

**MB**    **Matt Ballensweig**                                                   5/12/2022, 10:24 AM
thank you @Ningxin_TAC

**N**    **Ningxin**                                                             5/12/2022, 10:47 AM
actually @mballen4791 9mio GBTC is much more than $100mio

**MB**    **Matt Ballensweig**                                                   5/12/2022, 10:49 AM
I yes my b

**MB**    **Matt Ballensweig**                                                   5/12/2022, 10:49 AM
5.4mm work?

**N**    **Ningxin**                                                             5/12/2022, 10:50 AM
ok can

**MB**    **Matt Ballensweig**                                                   5/12/2022, 10:50 AM
thanks!

**N**    **Ningxin**                                                             5/12/2022, 10:54 AM
ETH out

**DU**    **Deleted Account (user974550997)**                                    5/12/2022, 10:54 AM
rcvd

**MB**    **Matt Ballensweig**                                                   5/12/2022, 11:29 AM
let us know once the GBTC shares have been transferred as well, thanks all

**> F**    **Fung**                                                             5/12/2022, 11:33 AM
Have already initiated the transfer

**N**    **Ningxin**                                                             5/12/2022, 7:09 PM
hi, regarding another $100mio call back, shall we put 96.2mio ALGO, 1mio AVAX & remaining in SOL?

**DU**    **Deleted Account (user974550997)**                                    5/12/2022, 7:09 PM
hi @Ningxin  TAC

**DU**    **Deleted Account (user974550997)**                                    5/12/2022, 7:09 PM
sec

**MB**    **Matt Ballensweig**                                                   5/12/2022, 7:17 PM
That works

**MB**    **Matt Ballensweig**                                                   5/12/2022, 7:17 PM
Thanks @Ningxin_TAC

**DU**    **Deleted Account (u  er974550997)**                                   5/12/2022, 7 18 PM
FBN is good

**N**    **Ningxin**                                                             5/12/2022, 7:25 PM
Great!

**N**    **Ningxin**                                                             5/12/2022, 7:25 PM
Will do today

**DU**    **Deleted Account (user974550997)**                                    5/12/2022, 7:25 PM

Ty

N   **Ningxin**                                                                    5/12/2022, 10:22 PM
ALGO out

L   **Leroy-exgenesis**                                                            5/12/2022, 10:23 PM
96,200,000 ALGO well rcv

N   **Ningxin**                                                                    5/12/2022, 11 49 PM
699k SOL out

L   **Leroy-exgenesis**                                                            5/12/2022, 11:51 PM
rcv

**Short Message Report**

| Conver ation   1 | Participant   31 |
|---|---|
| Total Messages: 18 | Date Range: 5/14/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 18 messages on 5/14/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| S | **s** | 5/14/2022, 8:16 AM |
| | Hi, anyone around atm? | |
| MC | **Marc Chan** | 5/14/2022, 8:17 AM |
| | Hi sir am here how can we help | |
| S | **s** | 5/14/2022, 8:17 AM |
| | Pls buy 3k btc twap 24hrs | |
| MC | **Marc Chan** | 5/14/2022, 8:18 AM |
| | sure give me a sec to check cash situation | |
| MC | **Marc Chan** | 5/14/2022, 8 21 AM |
| | Hey Su are you looking to fund this with a cash borrow or will this be settled | |
| S | **s** | 5/14/2022, 8:25 AM |
| | What rate can u show on cash? | |
| JK | **Jake Kaufman** | 5/14/2022, 8:25 AM |
| | *Joined the conversation* | |
| MC | **Marc Chan** | 5/14/2022, 8:26 AM |
| | 10 5% | |
| MP | **Mike Paleokrassas** | 5/14/2022, 8:26 AM |
| | +Jake who runs the weekend desk | |
| > S | **s** | 5/14/2022, 8:27 AM |
| | 10% ok? | |
| MC | **Marc Chan**  EDITED | 5/14/2022, 8:28 AM |
| | sure that works | |
| S | | 5/14/2022, 8 28 AM |
| | K cool lets do that | |
| MC | **Marc Chan** | 5/14/2022, 8:29 AM |
| | perfect will go ahead and get that going | |
| MC | **Marc Chan** | 5/14/2022, 8:32 AM |
| | will move cash around and set this up at 8.40am | |
| MC | **Marc Chan** | 5/14/2022, 8:32 AM |
| | ET | |
| S | **s** | 5/14/2022, 8:36 AM |

18

Noted ty

MC    **Marc Chan**                                                                      5/14/2022, 8:41 AM
trade is live sir

S     **s**                                                                             5/14/2022, 8:42 AM
Ty

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 30 | Date Range: 5/15/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 30 messages on 5/15/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| S | **s** | 5/15/2022, 7:12 AM |

Hi team, whats your curr USD cash rate and avail?

| S | **s** | 5/15/2022, 7:12 AM |

Might do another twap soon

| MC | **Marc Chan** | 5/15/2022, 7:12 AM |

Hi Su just a moment

| MC | **Marc Chan** | 5/15/2022, 7:16 AM |

we can facilitate 1.5k BTC worth at 11%

| MC | **Marc Chan** | 5/15/2022, 7:16 AM |

right at this moment

| MC | **Marc Chan** | 5/15/2022, 7:16 AM |

we should be able to upsize that tomorrow

| S | **s** | 5/15/2022, 7:18 AM |

Cool. So if i asked you to run 5k btc 24hrs after the curr one ends, you can do that?

| MC | **Marc Chan** | 5/15/2022, 7:19 AM |

the remaining 3.5k btc best to let lending assess

| MC | **Marc Chan** | 5/15/2022, 7:19 AM |

but able to work the first 1.5k btc over 7hours or so

| MC | **Marc Chan** EDITED | 5/15/2022, 7:19 AM |

let me know if that works for you

| S | **s** | 5/15/2022, 7:23 AM |

Sure lets do 1.5k btc 24hrs, we will do the rest away, and can keep me posted after that

| MC | **Marc Chan** | 5/15/2022, 7:23 AM |

alternatively we can work the 5k over 48 hours

| > MC | **Marc Chan** | 5/15/2022, 8:11 AM |

just for clarity here, TAC will be borrowing the USD needed to fund the 5k BTC buy at 11%

| S | **s** | 5/15/2022, 7:23 AM |

Ok cool, yeah thats fine

| MC | **Marc Chan** | 5/15/2022, 7:24 AM |

perfect will go ahead and set that up once the current order ends at 8.40pm our time

21

S — s — 5/15/2022, 7:24 AM
Agreed, in 1 and a half hours from now

MC — **Marc Chan** — 5/15/2022, 7:24 AM
thanks Su will post here once live

S — s — 5/15/2022, 8:12 AM
Confirmed

MC — **Marc Chan** — 5/15/2022, 8:12 AM
thank you

MC — **Marc Chan** — 5/15/2022, 8:40 AM
Hi order to buy 3k BTC is done

> S — s  EDITED — 5/15/2022, 8:42 AM
Going fwd could you pls summarize w: start time, end time, size, coin, raw price, net price, comm, net value

MC — **Marc Chan** — 5/15/2022, 8:41 AM
order to buy 5k BTC over 48 hours is now live

MC — **Marc Chan** — 5/15/2022, 8:42 AM
Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Quantity: 3,000
Price: $29,596.6
Value: $88,789,800

MC — **Marc Chan** — 5/15/2022, 8:42 AM
sure thing

S — s — 5/15/2022, 8:42 AM
Ty

S — s — 5/15/2022, 8:48 AM
Net proceeds

MC — **Marc Chan** — 5/15/2022, 8:48 AM
noted thanks

MC — **Marc Chan** — 5/15/2022, 8:58 AM
TWAP: 14th May 8:40am - 15th May 8:40am
BTC bought: 3,000
Cost Price: 29584.76
Net Price: 29596.6
Comms: 11.84
Net Value: $88,789,800

S — s — 5/15/2022, 9:03 AM
Perfect ty

MC — **Marc Chan** — 5/15/2022, 9:04 AM
you're welcome

# INTENTIONALLY LEFT BLANK

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 4 | Date Range: 5/17/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 4 messages on 5/17/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

GG **Greg Guttas Genesis**                                                          5/17/2022, 8:49 AM

TWAP: 15th May 8:40am EST - 17th May 8:40am EST
BTC bought: 5,000
Cost Price: 30,166.43
Net Price: 30,178.50
Comms: 12.07
Net Value: $150,892,500.00

GG **Greg Guttas Genesis**                                                          5/17/2022, 8:49 AM

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Quantity: 5,000
Price: $30,178.5
Value: $150,892,500

S **s**                                                                            5/17/2022, 8:50 AM

noted with thanks

GG **Greg Guttas Genesis**                                                          5/17/2022, 8:50 AM

always

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 9 | Date Range: 5/18/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 9 messages on 5/18/2022 · Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

S    **s**                                                                                          5/18/2022, 4:37 AM
Hi team anyone around?

MC    **Marc Chan**                                                                                 5/18/2022, 4:37 AM
Hi Su

S    **s**                                                                                          5/18/2022, 4:38 AM
Looking to do a 2k btcusd twap buy from 5pm dubai time for 24hrs, could you pls quote a cash OT rate? Ty

MC    **Marc Chan**                                                                                 5/18/2022, 4:39 AM
Checking with the lending team on availability. moment please

L    **Leroy-exgenesis**                                                                            5/18/2022, 4:49 AM
Hi Su, the Indic on this is 11% OT, can you give us till New York open to confirm the availability... around 7am-8am EST, which is around 4pm Dubai time... will get back to you asap. Don't see an issue but need to get a confirmation from ny.

S    **s**                                                                                          5/18/2022, 4:49 AM
Sure ty

MB    **Matt Ballensweig**                                                                          5/18/2022, 7:02 AM
Hey @btcmaximalist at the moment, we are at max exposure on the 1:1 swap. If you guys were able to post 33% excess margin on this tranche we could do 1k BTC worth but would need a bit of an infusion of addl collat. We are still in a more conservative mind until we have risk clearance to extend credit/limits.

> S    **s**                                                                                        5/18/2022, 7:03 AM
Ty Matt, will check and let u know if anything

MB    **Matt Ballensweig**                                                                          5/18/2022, 7:44 AM
Okay cool, thanks Su!

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 15 | Date Range: 5/20/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 15 messages on 5/20/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| **N** | **Ningxin** | 5/20/2022, 11:10 PM |
| | hi team, just checking if you could help us twap sell some ALGO collateral for BTC | |
| **L** | **Leroy-exgenesis** | 5/20/2022, 11:11 PM |
| | Hi Ningxin sure | |
| **N** | **Ningxin** | 5/20/2022, 11:11 PM |
| | it will be at the same comm 4 bps? | |
| **WK** | **Wee Kuo** | 5/20/2022, 11:12 PM |
| | Hi @Ningxin_TAC | |
| **WK** | **Wee Kuo** | 5/20/2022, 11:13 PM |
| | 10bps all in on the package for you | |
| **N** | **Ningxin** | 5/20/2022, 11:14 PM |
| | can do 8 bps? 4 bps for algo & 4 bps for btc? | |
| **WK** | **Wee Kuo** | 5/20/2022, 11:17 PM |
| | Our usual charge on ALGO is 20bps. Doing 6bps for you on this is the lowest we can get to now. | |
| **N** | **Ningxin** | 5/20/2022, 11:17 PM |
| | ok got it, thats fine | |
| **N** | **Ningxin** | 5/20/2022, 11:17 PM |
| | could u pls help twap sell 10mio ALGO into BTC for the next 24 hours? | |
| **> WK** | **Wee Kuo** | 5/20/2022, 11:44 PM |
| | Just to confirm, this is 10M units, not 10M USD worth, right? | |
| **WK** | **Wee Kuo** | 5/20/2022, 11:18 PM |
| | Ok sure, let us get some coins moving and let you know once live | |
| **N** | **Ningxin** | 5/20/2022, 11:18 PM |
| | ty | |
| **WK** | **Wee Kuo** | 5/20/2022, 11:39 PM |
| | @Ningxin_TAC, just waiting on our ops team to get online. Should be within the next hour. | |
| **N** | **Ningxin** | 5/20/2022, 11:45 PM |
| | Yep 10m units | |
| **WK** | **Wee Kuo** | 5/20/2022, 11:45 PM |
| | ok setting up shortly | |

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 5 | Date Range: 5/21/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 5 messages on 5/21/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| WK | **Wee Kuo** | 5/21/2022, 12:01 AM |
| | ok order is live | |
| N | **Ningxin** | 5/21/2022, 12:13 AM |
| | Ty | |
| YL | **Yuan Qing L** | 5/21/2022, 11:54 PM |
| | *Joined the conversation* | |
| WK | **Wee Kuo** | 5/21/2022, 11:55 PM |
| | Hi team, order finishing up shortly. Adding @yqlimm who is covering the desk today | |
| YL | **Yuan Qing L** | 5/21/2022, 11:56 PM |
| | hi all will update once order is done | |

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 9 | Date Range: 5/22/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 9 messages on 5/22/2022 · Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

S    s                                                                         5/22/2022, 12:04 AM

Ty, after order is done pls do another 10mill ALGO units vs BTC

> YL    **Yuan Qing L**                                                        5/22/2022, 12:14 AM

hi SZ, will need some time to move the coins...update in abit when order is live

S    s                                                                         5/22/2022, 12:05 AM

Sell algo vs btc 24hrs

YL    **Yuan Qing L**                                                          5/22/2022, 12:05 AM

sure one moment

YL    **Yuan Qing L**                                                          5/22/2022, 12:09 AM

TWAP: 21st May 12:00am EST - 22nd May 12:00am EST
BTC bought: 146.453812108582
Cost Price: 29,365.44
Net Price: 29,377.18
Comms: 11.74
Net Value: $4,302,400.00

TWAP: 21st May 12:00am EST - 22nd May 12:00am EST
ALGO sold: 10,000,000
Cost Price: 0.43050
Net Price: 0.43024
Comms: 0.00026
Net Value: $4,302,400.00

S    s                                                                         5/22/2022, 12:14 AM

Sure ty

YL    **Yuan Qing L**                                                          5/22/2022, 12:14 AM

ty

YL    **Yuan Qing L**                                                          5/22/2022, 12:28 AM

hi Sz, order is live - TWAP from 22May22 00:25hrs EST to 23May22 00:25hrs EST

YL    **Yuan Qing L**                                                          5/22/2022, 12:28 AM

will update when order's done...ty!

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 6 | Date Range: 5/23/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 6 messages on 5/23/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

**WK**    **Wee Kuo**                                               5/23/2022, 12:31 AM

Order complete

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 145.95804007
Price: $29,931.89
Value: $4,368,800

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.4369
Value: $4,368,800

> **WK**    **Wee Kuo**                                            5/23/2022, 12:37 AM

TWAP from 22May22 00:25hrs EST to 23May22 00:25hrs EST

BTC bought: 145.95804007
Cost Price: 29,919.92
Net Price: 29,931.89
Comms: 11.97
Net Value: $4,368,800

TWAP from 22May22 00:25hrs EST to 23May22 00:25hrs EST

ALGO sold: 10,000,000
Cost Price: 0.43714
Net Price: 0.43688
Comms: 0.00026
Net Value: $4,368,800

**N**    **Ningxin**                                               5/23/2022, 12:32 AM

Ty, could u pls continue with another 10mio algobtc twap?

> **WK**    **Wee Kuo**                                            5/23/2022, 12:57 AM

Order is live

**WK**    **Wee Kuo**                                             5/23/2022, 12:33 AM

Sure, let me get some coins moving and let you know when done. Same 24 hours?

**N**    **Ningxin**                                               5/23/2022, 12:33 AM

Yes pls

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 7 | Date Range: 5/24/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 7 messages on 5/24/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

**WK**  **Wee Kuo**                                                                                          5/24/2022, 12:59 AM

Order complete. Fills coming up

**N**  **Ningxin**                                                                                            5/24/2022, 1:00 AM

ty, would like to sell another 10mio ALGOBTC for next 24 hours

**> WK**  **Wee Kuo**                                                                                        5/24/2022, 1:26 AM

Twap is live

**WK**  **Wee Kuo**                                                                                          5/24/2022, 1:00 AM

Sure, will get that set up shortly

**WK**  **Wee Kuo**  EDITED                                                                                  5/24/2022, 1:03 AM

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 145.24858258
Price: $29,897.71
Value: $4,342,600

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.43426
Value: $4,342,600

**> WK**  **Wee Kuo**                                                                                        5/24/2022, 1:07 AM

TWAP from 23May22 00:55hrs EST to 24May22 00:55hrs EST

BTC bought: 145.24858258
Cost Price: 29,885.76
Net Price: 29,897.71
Comms: 11.95
Net Value:  $4,342,600

TWAP from 23May23 00:55hrs EST to 24May22 00:55hrs EST

ALGO sold: 10,000,000
Cost Price: 0.43452
Net Price: 0.43426
Comms: 0.00026
Net Value: $4,342,600

**N**  **Ningxin**                                                                                           5/24/2022, 1:26 AM

ty

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 19 | Date Range: 5/25/2022 - 5/26/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 19 messages between 5/25/2022 - 5/26/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

WK  **Wee Kuo**                                                                  5/25/2022, 1:29 AM
Order complete

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 139.10316122
Price: $29,447.21
Value: $4,096,200

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.40962
Value: $4,096,200

> WK  **Wee Kuo**  EDITED                                                        5/25/2022, 1:31 AM
TWAP from 24May22 01:25hrs EST to 25May22 01:25hrs EST

BTC bought: 139.10316122
Cost Price: 29,435.44
Net Price: 29,447.21
Comms: 11.77
Net Value:  $4,096,200


TWAP from 24May22 01:25hrs EST to 25May22 01:25hrs EST

ALGO sold: 10,000,000
Cost Price: 0.40987
Net Price: 0.40962
Comms: 0.00025
Net Value: $4,096,200

> N  **Ningxin**                                                                 5/25/2022, 1:35 AM
sorry 139 BTC yeah, or 145 BTC

N  **Ningxin**                                                                   5/25/2022, 1:32 AM
ty, can we do another same order?

> WK  **Wee Kuo**                                                                5/25/2022, 1:50 AM
This is now live

WK  **Wee Kuo**                                                                  5/25/2022, 1:33 AM
of course

WK  **Wee Kuo**                                                                  5/25/2022, 1:33 AM
setting up shortly

**N** **Ningxin**                                                                                      5/25/2022, 1:33 AM

ty

**WK** **Wee Kuo**                                                                                    5/25/2022, 1:35 AM

Amended!

**N** **Ningxin**                                                                                      5/25/2022, 10:09 PM

hi team, could u pls help twap sell our SOL with you into BTC, similar as ALGO?

**WK** **Wee Kuo**                                                                                    5/25/2022, 10:10 PM

Sure

**WK** **Wee Kuo**                                                                                    5/25/2022, 10:10 PM

Let me check how much SOL you have with us

**WK** **Wee Kuo**                                                                                    5/25/2022, 10:13 PM

seeing 699000 SOL

**WK** **Wee Kuo**                                                                                    5/25/2022, 10:14 PM

how would you like to twap this?

**N** **Ningxin**                                                                                      5/25/2022, 10:14 PM

yes, lets sell 100k SOL for the next 24 hours

> **WK** **Wee Kuo**                                                                                  5/26/2022, 10:34 PM

Hi @Ningxin_TAC , order complete

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 152.70074513
Price: $29,386.89
Value: $4,487,400

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 100,000
Price: $44.874
Value: $4,487,400

**WK** **Wee Kuo**                                                                                    5/25/2022, 10:14 PM

ok sure, let me get set up. 10bps fee all in as per Algo/Btc. ok?

**N** **Ningxin**                                                                                      5/25/2022, 10:15 PM

yes can

**WK** **Wee Kuo**                                                                                    5/25/2022, 10:31 PM

This is now live

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 21 | Date Range: 5/26/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 21 messages on 5/26/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 | **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

WK | **Wee Kuo** | 5/26/2022, 2:20 AM
| hi team, Algo/Btc completed. Fills coming up |

N | **Ningxin** | 5/26/2022, 2:24 AM
| Ty, could u pls start another algobtc twap? |

> IG | **Ivan Lim | Genesis** | 5/26/2022, 2:45 AM
| This is Live now. Tks |

WK | **Wee Kuo** | 5/26/2022, 2:24 AM
| Sure, setting this up shortly |

IG | **Ivan Lim | Genesis** | 5/26/2022, 2:34 AM
| Order Confirmed |

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.40518
Value: $4,051,800

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 136.3298214
Price: $29,720.57
Value: $4,051,800

> IG | **Ivan Lim | Genesis** | 5/26/2022, 2:35 AM
| TWAP from 25May22 01:50hrs EST to 26May22 01:50hrs EST |

BTC bought: 136.3298214
Cost Price: 29708.69
Net Price: 29720.57
Comms: 11.88
Net Value:  $4,051,800

TWAP from 25May22 01:50hrs EST to 26May22 01:50hrs EST

ALGO sold: 10,000,000
Cost Price: 0.40542
Net Price: 0.40518
Comms: 0.00024
Net Value: $4,051,800

N | **Ningxin** | 5/26/2022, 10:35 PM
| ok ty, could u pls do another 100k SOL twap sell into BTC? |

WK **Wee Kuo**                                                            5/26/2022, 10:35 PM
sure, setting this up shortly

N **Ningxin**                                                            5/26/2022, 11:01 PM
@Weekuo may i check if we can set up another twap to sell150k AVAX into BTC over the next 24 hours?

> WK **Wee Kuo**                                                          5/26/2022, 11:02 PM
Yes, sure. Is this from your collateral?

WK **Wee Kuo**                                                            5/26/2022, 11:02 PM
Sol>BTC is live btw

N **Ningxin**                                                            5/26/2022, 11:03 PM
yes

WK **Wee Kuo**                                                            5/26/2022, 11:04 PM
See 300k as collateral. Setting this up shortly

WK **Wee Kuo**                                                            5/26/2022, 11:04 PM
150k AVAX into BTC over 24 hours

N **Ningxin**                                                            5/26/2022, 11:04 PM
ty

WK **Wee Kuo**                                                            5/26/2022, 11:23 PM
Avax into BTC is now live

N **Ningxin**                                                            5/26/2022, 11:30 PM
hi team, just checking if we can swap out some ETH collateral with BTC?

WK **Wee Kuo**                                                            5/26/2022, 11:30 PM
@leroygenesis_OutofOffice will come back here

L **Leroy-exgenesis**                                                    5/26/2022, 11:31 PM
How much are you looking to swap here

N **Ningxin**                                                            5/26/2022, 11:31 PM
20k ETH?

L **Leroy-exgenesis**                                                    5/26/2022, 11:33 PM
Will come back on this

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 63 | Date Range: 5/27/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 63 messages on 5/27/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| L | **Leroy-exgenesis** | 5/27/2022, 12:12 AM |
| | 1200 BTC back ? | |
| > N | **Ningxin** | 5/27/2022, 12:14 AM |
| | 1200 BTC works, and just to confirm we want to send in BTC to get ETH | |
| JG | **Jenny Jung - Genesis** | 5/27/2022, 12:12 AM |
| | *Joined the conversation* | |
| CG | **Clarissa - Genesis** | 5/27/2022, 12:12 AM |
| | *Joined the conversation* | |
| L | **Leroy-exgenesis** | 5/27/2022, 12:12 AM |
| | Just adding Jenny who is our new joiner on the lending side and Clarissa who heads ops in Asia | |
| L | **Leroy-exgenesis** | 5/27/2022, 12:15 AM |
| | Sure that's fine | |
| L | **Leroy-exgenesis** | 5/27/2022, 12:15 AM |
| | Fbn is good | |
| N | **Ningxin** | 5/27/2022, 12:15 AM |
| | ok great, are you able to settle shortly? | |
| L | **Leroy-exgenesis** | 5/27/2022, 12:19 AM |
| | Yeap we can | |
| N | **Ningxin** | 5/27/2022, 12:20 AM |
| | ok give us a moment,will let you know once out | |
| N | **Ningxin** | 5/27/2022, 12:26 AM |
| | sorry just checking if we can settle in 2 tranches? 600 btc each | |
| N | **Ningxin** | 5/27/2022, 12:27 AM |
| | got issue with custodian rn, got 600 btc ready now | |
| CG | **Clarissa - Genesis** | 5/27/2022, 12:27 AM |
| | sure, we can do that | |
| F | **Fung** | 5/27/2022, 12:29 AM |
| | 600 BTC: | |

Redacted for PII

**CG**  **Clarissa - Genesis**                                   5/27/2022, 12:34 AM

see it coming in! pending confirmation

**CG**  **Clarissa - Genesis**                                   5/27/2022, 12:34 AM

we will send out the 1st tranche of ETH once confirmed

**CG**  **Clarissa - Genesis**                                   5/27/2022, 1:05 AM

BTC has landed, ETH is coming your way now, tx id:
0x50adde5d35ca9641f76d7e2433438c7a50b703903e1b447240802393a566df8b

**F**  **Fung**                                                  5/27/2022, 1:06 AM

Received 10k ETH ty

**CG**  **Clarissa - Genesis**                                   5/27/2022, 1:07 AM

no prob!

**WK**  **Wee Kuo**                                              5/27/2022, 2:48 AM

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 129.96146972
Price: $29,247.13
Value: $3,801,000

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.3801
Value: $3,801,000

> **WK**  **Wee Kuo**  EDITED                                    5/27/2022, 2:51 AM

TWAP from 26May22 02:40hrs EST to 27May22 02:40hrs EST

BTC bought: 129.96146972
Cost Price: 29,247.13
Net Price: 29,235.44
Comms: 11.69
Net Value:  $3,801,000

TWAP from 26May22 02:40hrs EST to 27May22 02:40hrs EST

ALGO sold: 10,000,000
Cost Price: 0.3801
Net Price: 0.38033
Comms: 0.00023
Net Value: $3,801,000

**N**  **Ningxin**                                               5/27/2022, 2:51 AM

Ty, let's do another one pls?

**WK**  **Wee Kuo**                                              5/27/2022, 2:52 AM

sure

**WK**  **Wee Kuo**                                              5/27/2022, 2:52 AM

Will update once live

**WK**  **Wee Kuo**                                              5/27/2022, 3:09 AM

Next batch of Algo/btc now live

| | **s** | 5/27/2022, 1:33 PM |
| S | | |

Hi team, could we pls buy 3k btcusd, only if under 28.5k, over 24hrs?

| GG | **Greg Guttas Genesis** | 5/27/2022, 1:34 PM |

hey

| GG | **Greg Guttas Genesis** | 5/27/2022, 1:34 PM |

we can do that - borrowing cash or settling?

| S | **s** | 5/27/2022, 1:35 PM |

borrowing usd

| GG | **Greg Guttas Genesis** | 5/27/2022, 1:35 PM |

@HamillGenesis

| S | **s** | 5/27/2022, 1:37 PM |

110% collat, in gbtc/ethe ideally

| HG | **Hamill @ Genesis** | 5/27/2022, 1:38 PM |

hey @btcmaximalist see you here. taking a look at what we can do

| S | **s** | 5/27/2022, 1:38 PM |

Sure ty

| HG | **Hamill @ Genesis** | 5/27/2022, 1:50 PM |

we can lend the USD at 10%, 1.2x secured but we'd be looking for liquid collateral (BTC/ETH). Not much appetite for additional gbtc/ethe unfortunately.

| MB | **Matt Ballensweig** | 5/27/2022, 1:50 PM |

the purchased BTC we'd hold and then would just need an additional 20% capital

| S | **s** | 5/27/2022, 1:51 PM |

Gotcha. Would 115% work for liquid collat?

| > MB | **Matt Ballensweig** | 5/27/2022, 1:52 PM |

yeah lets do it

| MB | **Matt Ballensweig** | 5/27/2022, 1:52 PM |

15% excess in the form of BTC?

| MB | **Matt Ballensweig** | 5/27/2022, 1:52 PM |

or ETH?

| S | **s** | 5/27/2022, 1:52 PM |

Prob btc

| MB | **Matt Ballensweig** | 5/27/2022, 1:52 PM |

cool that would work

| S | **s** | 5/27/2022, 1:53 PM |

Ok cool, could we do 5k btc over 48hrs actually, only if below 28.5k

| MB | **Matt Ballensweig** | 5/27/2022, 1:55 PM |

can finance 3k here - cant do full 5k - that would need to be funded

**s**                                                                    5/27/2022, 1:55 PM
Ok sure, lets do 3k over 48hrs only if below 28.5k

**Greg Guttas Genesis**                                                  5/27/2022, 1:55 PM
cool will get that started thanks

**s**                                                                    5/27/2022, 1:55 PM
Ty

**Matt Ballensweig**                                                     5/27/2022, 1:56 PM
thanks!

**s**                                                                    5/27/2022, 4:50 PM
Pls adjust limit price to 28.8k

**Sebastian Cohen**                                                      5/27/2022, 4:51 PM
Sure thing

**s**                                                                    5/27/2022, 4:51 PM
Ty

**Yuan Qing L**                                                          5/27/2022, 11:05 PM
gm

**Yuan Qing L** EDITED                                                   5/27/2022, 11:05 PM
TWAP: 26th May 10:58pm EST - 27th May 10:58pm EST
BTC bought: 144.07460639
Cost Price: 28,835.32
Net Price: 28,846.86
Comms: 11.54
Net Value: $4,156,100.00

TWAP: 26th May 10:58pm EST - 27th May 10:58pm EST
SOL sold: 100,000
Cost Price: 41.586
Net Price: 41.561
Comms: 0.025
Net Value: $4,156,100.00


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 100,000
Price: $41.561
Value: $4,156,100

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 144.07460639
Price: $28,846.86
Value: $4,156,100

**Yuan Qing L**                                                          5/27/2022, 11:05 PM
TWAP completed for SOL

**Ningxin**                                                              5/27/2022, 11:06 PM
ty

**YL**    **Yuan Qing L**       5/27/2022, 11:06 PM

thanks for trade!

**N**    **Ningxin**       5/27/2022, 11:06 PM

could u pls help twap sell another 150k SOL into BTC over next 24 hours?

**YL**    **Yuan Qing L**       5/27/2022, 11:07 PM

sure one mom..setting up

**N**    **Ningxin**       5/27/2022, 11:08 PM

another 150k AVAXBTC sell after current one is done, ty

**YL**    **Yuan Qing L**       5/27/2022, 11:09 PM

sure let me update when order is live

**YL**    **Yuan Qing L**       5/27/2022, 11:15 PM

SOL order live - twap to end on 28May22 at 2315 hrs (24hrs)

**YL**    **Yuan Qing L**       5/27/2022, 11:25 PM

TWAP: 26th May 11:20pm EST - 27th May 11:20pm EST
BTC bought: 117.09327833
Cost Price: 28,830.85
Net Price: 28,842.39
Comms: 11.54
Net Value: $3,377,250.00

TWAP: 26th May 11:20pm EST - 27th May 11:20pm EST
AVAX sold: 150,000
Cost Price: 22.529
Net Price: 22.515
Comms: 0.014
Net Value: $3,377,250.00


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: AVAX
Entity: GAP
Quantity: 150,000
Price: $22.515
Value: $3,377,250

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 117.09327833
Price: $28,842.39
Value: $3,377,250

**YL**    **Yuan Qing L**       5/27/2022, 11:25 PM

AVAX twap completed

**YL**    **Yuan Qing L**       5/27/2022, 11:25 PM

will update when new order is live

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 39 | Date Range: 5/28/2022 - 5/29/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 39 messages between 5/28/2022 - 5/29/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

YL   **Yuan Qing L**                                                5/28/2022, 12:15 AM

hihi apologies system issue on my end..AVAX twap live - to end on 29May22 at 0015 EST

YL   **Yuan Qing L**                                                5/28/2022, 3:15 AM

TWAP: 27th May 03:00am EST - 28th May 03:00am EST
BTC bought: 126.92316098
Cost Price: 28,815.36
Net Price: 28,826.89
Comms: 11.53
Net Value: $3,658,800.00

TWAP: 27th May 03:00am EST - 28th May 03:00am EST
ALGO sold: 10,000,000
Cost Price: 0.36610
Net Price: 0.36588
Comms: 0.00022
Net Value: $3,658,800.00

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.36588
Value: $3,658,800

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 126.92316098
Price: $28,826.89
Value: $3,658,800

YL   **Yuan Qing L**                                                5/28/2022, 3:15 AM

hi ALGO twap completed

YL   **Yuan Qing L**                                                5/28/2022, 3:15 AM

ty

N    **Ningxin**                                                    5/28/2022, 3:32 AM

Ty, let's do one more Algobtc twap pls

YL   **Yuan Qing L**                                                5/28/2022, 3:32 AM

sure

YL   **Yuan Qing L**                                                5/28/2022, 3:32 AM

one mom

YL   **Yuan Qing L**                                                5/28/2022, 3:48 AM

ALGO twap live - to end on 29May22 at 0350 EST

**YL**   **Yuan Qing L**     5/28/2022, 3:48 AM
ty~

**S**   **s**   EDITED     5/28/2022, 9:05 AM
Btc limit twap, pls summarize fill qty and avg price

**JK**   **Jake Kaufman**     5/28/2022, 9:06 AM
Hi Su, sure one moment

**S**   **s**     5/28/2022, 9:09 AM
Ty also pls raise limit from 28.8k to 28.9k and extend time in force by 24hrs

**JK**   **Jake Kaufman**     5/28/2022, 9:10 AM
So far 825.82 BTC filled at average price of 28705.68. And sure will do, twap now to complete by May 30 at 2pm ET

**S**   **s**     5/28/2022, 9:11 AM
Tyty

**S**   **s**     5/28/2022, 9:24 AM
Chg to 29.1 pls

**> S**   **s**     5/29/2022, 7:41 AM
Chg to 29.4 pls

**JK**   **Jake Kaufman**     5/28/2022, 9:24 AM
Ok updating

**S**   **s**     5/28/2022, 10:05 AM
Do u guys have any axes on 1w btc calls?

**JK**   **Jake Kaufman**     5/28/2022, 10:06 AM
@sc_genesis is our weekend derivs trader, she will get back to you shortly on that

**S**   **s**     5/28/2022, 10:06 AM
Ty

**DU**   **Deleted Account (user2101677378)**     5/28/2022, 10:20 AM
hi

**DU**   **Deleted Account (user2101677378)**     5/28/2022, 10:21 AM
would be a slightly better seller but can always show a price either way

**DU**   **Deleted Account (user2101677378)**     5/28/2022, 10:23 AM
is there a specific strike / size i can quote for you?

**S**   **s**     5/28/2022, 10:26 AM
Jun3, 31 32 and 33k pls

**S**   **s**     5/28/2022, 11:08 AM
Bump

**DU**   **Deleted Account (user2101677378)**     5/28/2022, 11:09 AM
checking

| | | |
|---|---|---|
| S | **s** | 5/28/2022, 11:09 AM |
| | Ty | |
| DU | **Deleted Account (user2101677378)** | 5/28/2022, 11:09 AM |
| | rough size? | |
| S | **s** EDITED | 5/28/2022, 11:11 AM |
| | Say 1k btc | |
| DU | **Deleted Account (user2101677378)** | 5/28/2022, 11:18 AM |
| | ref 28920: offers $303 in the 31k, $157 in the 32k, $99 in the 33k | |
| DU | **Deleted Account (user2101677378)** | 5/28/2022, 11:19 AM |
| | OCO | |
| S | **s** | 5/28/2022, 11:21 AM |
| | Thx, will ref if anything | |
| DU | **Deleted Account (user2101677378)** | 5/28/2022, 11:21 AM |
| | sure, if you have a target lmk | |

IG  **Ivan Lim | Genesis**                                    5/28/2022, 11:26 PM
150k SOL > BTC TWAP Done.

TWAP: 27th May 11:15pm EST - 28th May 11:15pm EST
BTC bought: 220.49390219
Cost Price: 28,914.40
Net Price: 28,925.97
Comms: 11.57
Net Value:  $6,378,000

TWAP: 27th May 11:15pm EST - 28th May 11:15pm EST
SOL sold: 150,000
Cost Price: 42.546
Net Price: 42.520
Comms: 0.026
Net Value: $6,378,000


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 150,000
Price: $42.52
Value: $6,378,000

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 220.49390219
Price: $28,925.97
Value: $6,378,000

N  **Ningxin**                                    5/28/2022, 11:39 PM
Ty

N  **Ningxin**                                    5/28/2022, 11:40 PM
Pls continue with another one

> WK  **Wee Kuo**                                    5/29/2022, 11:58 PM

This is done

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 150,000
Price: $44.051
Value: $6,607,650

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 225.58889913
Price: $29,290.67
Value: $6,607,650

**IG**  **Ivan Lim | Genesis**                                        5/28/2022, 11:40 PM

Noted, sec on this.

**IG**  **Ivan Lim | Genesis**                                        5/28/2022, 11:55 PM

Another Tranche to Sell 150K Sol to Btc, 24hrs TWAP working.
Start time: 28th May 11:55pm EST
End time: 29th May 11:55pm EST

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 31 | Date Range: 5/29/2022 - 5/31/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 31 messages between 5/29/2022 - 5/31/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

IG  **Ivan Lim | Genesis**                                                                  5/29/2022, 12:24 AM

150k AVAX > BTC Done.

TWAP: 28th May 12:15am EST - 29th May 12:15pm EST
BTC bought: 123.46489697
Cost Price: 28,922.97
Net Price: 28,934.54
Comms: 11.57
Net Value: $3,572,400.00

TWAP: 28th May 12:15am EST - 29th May 12:15pm EST
AVAX sold: 150,000
Cost Price: 23.831
Net Price: 23.816
Comms: 0.015
Net Value: $3,572,400.00


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: AVAX
Entity: GAP
Quantity: 150,000
Price: $23.816
Value: $3,572,400

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 123.46489697
Price: $28,934.54
Value: $3,572,400

IG  **Ivan Lim | Genesis**                                                                  5/29/2022, 3:59 AM

10M ALGO > BTC Done.

TWAP: 28th May 03:50am EST - 29th May 03:50am EST
BTC bought: 125.03777276
Cost Price: 28,944.47
Net Price: 28,956.05
Comms: 11.58
Net Value: $3,620,600

TWAP: 28th May 03:50am EST - 29th May 03:50am EST
ALGO sold: 10,000,000
Cost Price: 0.36228
Net Price: 0.36206
Comms: 0.00022
Net Value: $3,620,600

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000

Price: $0.36206
Value: $3,620,600

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 125.03777276
Price: $28,956.05
Value: $3,620,600

> **N**    **Ningxin**                                                    5/31/2022, 7:17 AM
i see this confo as the last one

**S**    **s**                                                           5/29/2022, 4:07 AM
Hi team, pls sell 20k ethbtc 24hrs

> **WK**    **Wee Kuo**                                                   5/30/2022, 5:02 AM
This order is done

**IG**    **Ivan Lim | Genesis**                                         5/29/2022, 4:08 AM
Hi, sec please.

**IG**    **Ivan Lim | Genesis**                                         5/29/2022, 4:14 AM
we are working to shift coin to exchange and set it up. moment pls. tks.

**S**    **s**                                                           5/29/2022, 4:16 AM
Sure ty

**IG**    **Ivan Lim | Genesis**                                         5/29/2022, 4:45 AM
Above order is Live.

**IG**    **Ivan Lim | Genesis**                                         5/29/2022, 4:46 AM
To confirm. We are selling 20k Eth from your collateral into Btc. Thanks.

**S**    **s**                                                           5/29/2022, 4:47 AM
Confirmed ty

**IG**    **Ivan Lim | Genesis**                                         5/29/2022, 4:47 AM
Thank you!

**JK**    **Jake Kaufman**                                               5/29/2022, 7:41 AM
Sure thing

**JK**    **Jake Kaufman**                                               5/29/2022, 8:13 AM
Ok

**WK**    **Wee Kuo**                                                     5/29/2022, 10:02 PM
perfect will get that changed

**WK**    **Wee Kuo**                                                     5/29/2022, 10:04 PM
ok

**S**    **s**                                                           5/29/2022, 10:04 PM
Summary of curr fills?

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:04 PM

coming up give me a few to grab that

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:10 PM

So far, ~2303 BTC bought at average of 28973.77

**S**

**s**                                                                       5/29/2022, 10:17 PM

How much time in force remaining on balance?

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:17 PM

just under 16 hours.

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:18 PM

Schedule to finish up 30th 2pm EST

**S**

**s**                                                                       5/29/2022, 10:18 PM

K ty

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:18 PM

urw

**S**

**s**                                                                       5/29/2022, 10:19 PM

Shorten remainder to 4hrs pls

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:20 PM

got it.

**WK**

**Wee Kuo**                                                                 5/29/2022, 10:24 PM

order scheduled to complete ~2.20pm SGT

**S**

**s**                                                                       5/29/2022, 11:29 PM

Just for my guide, do u guys have any additional capacity on usd OT v btc?

> **MB**

**Matt Ballensweig**                                                        5/30/2022, 12:53 AM

hey @btcmaximalist - we can do more at 1.2x in liquids at 10.75% per ann OT

**L**

**Leroy-exgenesis**  EDITED                                                 5/29/2022, 11:29 PM

Hi Su, will need to wait for NY to get back to you on this

**S**

**s**                                                                       5/29/2022, 11:31 PM

Sure nws

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 58 | Date Range: 5/30/2022 - 5/31/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 58 messages between 5/30/2022 - 5/31/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| **N** | **Ningxin** | 5/30/2022, 12:10 AM |
| | Ty, would like one more same twap to run over next 24 hours | |

| | | |
|---|---|---|
| **> WK** | **Wee Kuo** | 5/30/2022, 12:25 AM |
| | This is live. | |

| | | |
|---|---|---|
| **> WK** | **Wee Kuo** | 5/31/2022, 12:50 AM |
| | Order complete | |

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 224.85291423
Price: $30,946.23
Value: $6,958,350

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 150,000
Price: $46.389
Value: $6,958,350

| | | |
|---|---|---|
| **WK** | **Wee Kuo** | 5/30/2022, 12:10 AM |
| | ok sure | |

| | | |
|---|---|---|
| **MB** | **Matt Ballensweig** | 5/30/2022, 12:53 AM |
| | up to $100mm | |

| | | |
|---|---|---|
| **S** | **s** | 5/30/2022, 12:55 AM |
| | Does 1.15x work? | |

| | | |
|---|---|---|
| **> L** | **Leroy-exgenesis** | 5/30/2022, 1:11 AM |
| | will be back on this | |

| | | |
|---|---|---|
| **S** | **s** | 5/30/2022, 1:12 AM |
| | Ty | |

| | | |
|---|---|---|
| **WK** | **Wee Kuo** | 5/30/2022, 2:32 AM |
| | Hey guys, BTC twap wrapped up. Fills coming up shortly | |

| | | |
|---|---|---|
| **S** | **s** | 5/30/2022, 2:34 AM |
| | Kk | |

| | | |
|---|---|---|
| **WK** | **Wee Kuo** | 5/30/2022, 2:39 AM |
| | Client: Three Arrows Capital Ltd | |
| | Client Side: BUY | |
| | Asset: BTC | |

Entity: GAP
Quantity: 3,000
Price: $29,287.8
Value: $87,863,400

> **WK**    **Wee Kuo**                        5/30/2022, 2:45 AM
TWAP: 27th May 1:56pm EST - 30th May 1:20am EST
BTC bought: 3000
Cost Price: 29276.09
Net Price: 29287.80
Comms: 11.71
Net Value: $87,863,400

**L**    **Leroy-exgenesis**              5/30/2022, 3:14 AM
t/s with Ningxin now... let us know when you can post the additional 450 BTC of collateral... @mballen4791 will confirm on the 115% when he gets in.

**N**    **Ningxin**              5/30/2022, 3:15 AM
signed, and will post 450 btc shortly

**N**    **Ningxin**              5/30/2022, 3:17 AM
btw, may i send in more BTC to swap back ETH collateral?

**L**    **Leroy-exgenesis**              5/30/2022, 3:17 AM
sure we can do that... how much are you looking for ?

**N**    **Ningxin**              5/30/2022, 3:18 AM
can we do 1k BTC for now?

**L**    **Leroy-exgenesis**              5/30/2022, 3:20 AM
16k ETH back if that's ok? for 1k BTC

**N**    **Ningxin**              5/30/2022, 3:21 AM
ok can

**N**    **Ningxin**              5/30/2022, 3:22 AM
are you able to settle shortly?

**L**    **Leroy-exgenesis**              5/30/2022, 3:22 AM
yea ops is around

**L**    **Leroy-exgenesis**              5/30/2022, 3:22 AM
we can settle shortly

**L**    **Leroy-exgenesis**              5/30/2022, 3:22 AM
so you will send in 1450 BTC and we will send over 16k ETH

**N**    **Ningxin**              5/30/2022, 3:22 AM
yep

**N**    **Ningxin**              5/30/2022, 3:27 AM
BTC sent

**CG**    **Clarissa - Genesis**              5/30/2022, 3:29 AM
we are seeing it come through, pending confirmation

**L**    **Leroy-exgenesis**         5/30/2022, 3:29 AM

do see the ticket, will confirm when it lands

**CG**    **Clarissa - Genesis**         5/30/2022, 3:57 AM

BTC has landed, we will send out the ETH shortly

**CG**    **Clarissa - Genesis**         5/30/2022, 4:04 AM

ETH is paid out now, tx id: 0x0dd4d4c17361d882b1a97ac28203a26cc0b94678cd64ef4be2641c57171cda4f

**N**    **Ningxin**         5/30/2022, 4:04 AM

see it ty

**N**    **Ningxin**         5/30/2022, 4:12 AM

just checking if you are good to do one more BTC to ETH swap for 1k BTC?

**L**    **Leroy-exgenesis**         5/30/2022, 4:12 AM

hi Ningxin

**L**    **Leroy-exgenesis**         5/30/2022, 4:12 AM

sure

**L**    **Leroy-exgenesis**         5/30/2022, 4:13 AM

same ratio is ok

**L**    **Leroy-exgenesis**         5/30/2022, 4:13 AM

1k for 16k

**N**    **Ningxin**         5/30/2022, 4:14 AM

great, sending coins shortly

**N**    **Ningxin**         5/30/2022, 4:20 AM

sent

**CG**    **Clarissa - Genesis**         5/30/2022, 4:20 AM

see 1k BTC coming through, pending confirmation

**WK**    **Wee Kuo**         5/30/2022, 5:03 AM

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 1,231.88207472
Price: $29,595.69
Value: $36,458,400

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ETH
Entity: GAP
Quantity: 20,000
Price: $1,822.92
Value: $36,458,400

**S**    **s**         5/30/2022, 5:04 AM

Over 24hrs

**> WK**    **Wee Kuo**         5/30/2022, 5:27 AM

@btcmaximalist this is now live. Selling 20k ETH into BTC over 24 hours

**WK**    **Wee Kuo**                 5/30/2022, 5:06 AM
Got it, give me a few to set this up

**CG**    **Clarissa - Genesis**        5/30/2022, 5:10 AM
1k BTC has landed, we will process the ETH shortly

**CG**    **Clarissa - Genesis**        5/30/2022, 5:14 AM
16k ETH send out, tx id: 0x55d6f463b7e6a4048ba72b92a12497aca7dcdaba9ac06765fec785c46fa1d2d7

**F**    **Fung**                    5/30/2022, 5:15 AM
Ty rcvd

**S**    **s**                      5/30/2022, 5:27 AM
Ty

**MB**    **Matt Ballensweig**       5/30/2022, 7:34 AM
Hey @btcmaximalist - unfortunately risk tightening screws on us and have to be at 1.2x on next tranche.

**> S**    **s**                      5/30/2022, 9:44 AM
Ok sure. Pls buy 3k btc 48hrs, limit 30.1k

**JK**    **Jake Kaufman**          5/30/2022, 9:45 AM
Hi Su, sure we'll get that going now

**JK**    **Jake Kaufman**          5/30/2022, 9:46 AM
That's live, to be completed June 1 9:45am ET

**S**    **s**                      5/30/2022, 9:47 AM
Ty

**MB**    **Matt Ballensweig**       5/30/2022, 10:04 AM
if so, mind sending over the BTC excess as this works? (or ETH excess)

**> S**    **s**                      5/30/2022, 10:10 AM
Wed prefer sending after if thats ok. As we may not end up getting filled, etc

**MB**    **Matt Ballensweig**       5/30/2022, 10:10 AM
thats fine - we'll mark the loan at 1.2x and follow up post execution for the collat

**MB**    **Matt Ballensweig**       5/30/2022, 10:10 AM
thanks Su!

**S**    **s**                      5/30/2022, 10:10 AM
Ty

**MC**    **Marc Chan**            5/30/2022, 11:38 PM
Hi Su sure amending that

**S**    **s**                      5/30/2022, 11:39 PM
Ty

## Short Message Report

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 38 | Date Range: 5/31/2022 - 6/1/2022 |

### Outline of Conversations

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 38 messages between 5/31/2022 - 6/1/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| N | **Ningxin** | 5/31/2022, 12:51 AM |
| --- | --- | --- |
| | ok ty | |

| N | **Ningxin** | 5/31/2022, 12:51 AM |
| --- | --- | --- |
| | could u pls help sell remaining 199k SOL into BTC over next 30 hours? | |

| > WK | **Wee Kuo** | 5/31/2022, 12:54 AM |
| --- | --- | --- |
| | Hey, we only see 49k remaining | |

| WK | **Wee Kuo** | 5/31/2022, 12:52 AM |
| --- | --- | --- |
| | Let me just confirm the amount | |

| N | **Ningxin** | 5/31/2022, 12:54 AM |
| --- | --- | --- |
| | actually you are right | |

| N | **Ningxin** | 5/31/2022, 12:54 AM |
| --- | --- | --- |
| | lets sell the remaining 49k over 12 hours | |

| > JK | **Jake Kaufman** | 5/31/2022, 1:18 PM |
| --- | --- | --- |
| | This order is complete, detailed breakdown coming shortly: | |

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 71.58082602
Price: $31,674.39
Value: $2,267,279

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 49,000
Price: $46.271
Value: $2,267,279

| WK | **Wee Kuo** | 5/31/2022, 12:54 AM |
| --- | --- | --- |
| | perfect on it | |

| MC | **Marc Chan** | 5/31/2022, 12:59 AM |
| --- | --- | --- |
| | for 12 hours | |

| N | **Ningxin** | 5/31/2022, 12:59 AM |
| --- | --- | --- |
| | ty | |

| YL | **Yuan Qing L** | 5/31/2022, 3:17 AM |
| --- | --- | --- |
| | hi sz | |

| YL | **Yuan Qing L** | 5/31/2022, 3:17 AM |
| --- | --- | --- |

sure one mom plz

**S**   s   5/31/2022, 5:37 AM

Sell

**MC**   Marc Chan   5/31/2022, 5:38 AM

sure mp

**MC**   Marc Chan   5/31/2022, 5:40 AM

TWAP: 30th May 5:27pm SGT - 31st May 5:27pm SGT
ETH sold: 20,000
Cost Price: 1945.92
Net Price: 1945.14
Comms: 0.78
Net Value: $38,902,800

TWAP: 30th May 5:27pm SGT - 31st May 5:27pm SGT
BTC bought:  1,247.68281247
Cost Price: 31167.57
Net Price: 31180.04
Comms: 12.47
Net Value: $38,902,800

**S**   s   5/31/2022, 5:41 AM

Kk

**MC**   Marc Chan   5/31/2022, 5:47 AM

order to sell 20k ETHBTC over 24hrs is live and well

**> MC**   Marc Chan   6/1/2022, 5:47 AM

This just wrapped up. Compiling fills

**GG**   Greg Guttas Genesis   5/31/2022, 6:30 AM

hey @btcmaximalist wanted to check on your twap - given how much time its been out of limit, if we do trade within limit our twap algo will attempt to catch up for lost time, working more of an "inline" strategy until its back on schedule. do you want that or would you like us to start a fresh twap now so its more of a smooth execution if we go back into limit?

**> S**   s   5/31/2022, 6:31 AM

Start another 48hr, same limit

**GG**   Greg Guttas Genesis   5/31/2022, 6:31 AM

we can start either another 48 hr twap or we can restart it to complete  at the original end time

**GG**   Greg Guttas Genesis   5/31/2022, 6:31 AM

will do thanks

**N**   Ningxin   5/31/2022, 6:45 AM

hi team, just checking the remaining ALGO balance with you?

**GG**   Greg Guttas Genesis   5/31/2022, 6:46 AM

@leroygenesis

**L**   Leroy-exgenesis   5/31/2022, 6:46 AM

Moment

**L**   Leroy-exgenesis   5/31/2022, 6:48 AM

6.2mio ALGO left

**> N**   Ningxin   5/31/2022, 7:16 AM

did we set up another one yesterday?

**GG** **Greg Guttas Genesis**                                        5/31/2022, 7:17 AM

agre, nothing live in ALGO

**N** **Ningxin**                                                     5/31/2022, 7:17 AM

then i see 8*10mio ALGO executed, is that right?

**GG** **Greg Guttas Genesis**                                        5/31/2022, 7:17 AM

i agree

**N** **Ningxin**                                                     5/31/2022, 7:18 AM

then we shud have 16.2mio ALGO left i think

**> L** **Leroy-exgenesis**                                           5/31/2022, 7:22 AM

agree here.

**L** **Leroy-exgenesis**                                             5/31/2022, 7:18 AM

let me check in with ops

**N** **Ningxin**                                                     5/31/2022, 7:22 AM

ok cool, could u pls help set up to sell all balance into BTC over next 36 hours?

**GG** **Greg Guttas Genesis**                                        5/31/2022, 7:23 AM

we sure can!

**GG** **Greg Guttas Genesis**                                        5/31/2022, 7:28 AM

set to finish 7:25 PM EST on June 1

**N** **Ningxin**                                                     5/31/2022, 7:28 AM

ty

**JK** **Jake Kaufman** EDITED                                        5/31/2022, 1:25 PM

TWAP: 31 May 12:58am ET - 31 May 12:58pm ET
SOL sold: 49,000
Cost Price: 46.299
Net Price: 46.271
Comms: 0.028
Net Value: $2,267,279

TWAP: 31 May 12:58am ET - 31 May 12:58pm ET
BTC bought: 71.58082602
Cost Price: 31661.72
Net Price: 31674.39
Comms: 12.67
Net Value: $2,267,279

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 31 | Date Range: 6/1/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** · 31 messages on 6/1/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| MC | **Marc Chan** | 6/1/2022, 3:23 AM |
| | Hi Su | |
| MC | **Marc Chan** | 6/1/2022, 3:24 AM |
| | sure will ref it for another 48 hours | |
| MC | **Marc Chan** | 6/1/2022, 3:26 AM |
| | ref'd with same limit of 31.1 | |
| > S | **s** | 6/1/2022, 12:22 PM |
| | Chg lower to 30.7 | |
| S | **s** | 6/1/2022, 3:26 AM |
| | Ty | |
| MC | **Marc Chan** | 6/1/2022, 3:27 AM |
| | you're welcome | |
| MC | **Marc Chan** | 6/1/2022, 5:49 AM |
| | sure thing will set up momentarily | |
| N | **Ningxin** | 6/1/2022, 5:50 AM |
| | actually, i think we only have 19375 ETH left with you, could u pls help check? | |
| > L | **Leroy-exgenesis** | 6/1/2022, 5:50 AM |
| | agree here | |
| S | **s** | 6/1/2022, 5:50 AM |
| | Kk chg to 19375 eth for btc 24hrs | |
| > MC | **Marc Chan** | 6/1/2022, 5:53 AM |
| | This is live | |
| S | **s** | 6/1/2022, 6:30 AM |
| | Pls stop ethbtc twap | |
| MC | **Marc Chan** | 6/1/2022, 6:30 AM |
| | ok cancelling right now | |
| S | **s** | 6/1/2022, 6:30 AM |
| | Ty | |
| MC | **Marc Chan** | 6/1/2022, 6:32 AM |
| | fills coming up momentarily | |
| MC | **Marc Chan** | 6/1/2022, 6:45 AM |
| | TWAP: 31st May 5:53pm SGT - 1st Jun 6:30pm SGT | |

ETH sold: 526.44
Cost Price: 1938.37
Net Price: 1937.59
Comms: 0.78
Net Value: $1,020,024.88

TWAP: 31st May 5:53pm SGT - 1st Jun 6:30pm SGT
BTC bought:  32.231034
Cost Price: 31634.64
Net Price: 31647.29
Comms: 12.65
Net Value: $1,020,024.88

> **S**  **s**                                                      6/1/2022, 7:25 AM

Pls continue this twap now

**GG**  **Greg Guttas Genesis**                                     6/1/2022, 7:25 AM

sure will do

**JK**  **Jake Kaufman**                                           6/1/2022, 12:22 PM

Ok will do

**GG**  **Greg Guttas Genesis**                                    6/1/2022, 12:22 PM

sure

**GG**  **Greg Guttas Genesis**                                    6/1/2022, 12:22 PM

we bought 564 btc so far

**GG**  **Greg Guttas Genesis**                                    6/1/2022, 2:33 PM

hey @btcmaximalist we have a large order to sell btc twap from 3-4 EST would you want to buy ~650 BTC during that
window? can reduce your live TWAP by that amount. you leave ~2300 BTC to buy

**JK**  **Jake Kaufman**                                           6/1/2022, 7:57 PM

Hey team, your ALGO/BTC order is complete:

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 16,200,000
Price: $0.4049
Value: $6,559,380

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 209.19879176
Price: $31,354.77
Value: $6,559,380

**N**  **Ningxin**                                                 6/1/2022, 8:02 PM

ok

**JK**  **Jake Kaufman**                                           6/1/2022, 8:02 PM

TWAP: 31st May 7:25am ET - 1st Jun 7:25pm ET
ALGO sold: 16200000.00
Cost Price: 0.4051
Net Price: 0.4049
Comms: 0.0002
Net Value: $6,559,380

TWAP: 31st May 7:25am ET - 1st Jun 7:25pm ET

BTC bought:  209.19879176
Cost Price: 31342.23
Net Price: 31354.77
Comms: 12.54
Net Value: $6,559,380

MC **Marc Chan** 6/1/2022, 11:56 PM

Hi sure

MC **Marc Chan** 6/1/2022, 11:57 PM

would you like to start the remainder proportionally over the next 24 hours?

MC **Marc Chan** 6/1/2022, 11:57 PM

or just stretch out the existing timing by 24 hours

> S **s** 6/1/2022, 11:58 PM

Stretch existing timing 24hrs

MC **Marc Chan** 6/1/2022, 11:58 PM

sounds good

MC **Marc Chan** 6/1/2022, 11:58 PM

that's amended

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 19 | Date Range: 6/2/2022 - 6/3/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 19 messages between 6/2/2022 - 6/3/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| S | **s** | 6/2/2022, 12:13 AM |
| | Ty | |

| | | |
|---|---|---|
| MC | **Marc Chan** | 6/2/2022, 6:02 AM |
| | Trade just done | |

| | | |
|---|---|---|
| MC | **Marc Chan** | 6/2/2022, 6:17 AM |
| | Amended the above to reflect correct qty | |

| | | |
|---|---|---|
| N | **Ningxin** | 6/2/2022, 10:30 AM |
| | as i thought we usually treat usd & usdc interchangably, so just checking if you could help amend it? | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1718862517)** | 6/2/2022, 10:30 AM |
| | checking | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1718862517)** | 6/2/2022, 10:33 AM |
| | Exact amount is 48,804,954.17 USD on 11% agreed? | |

| | | |
|---|---|---|
| N | **Ningxin** | 6/2/2022, 10:34 AM |
| | yes correct | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1718862517)** | 6/2/2022, 10:35 AM |
| | Will come back once fixed. Thank you | |

| | | |
|---|---|---|
| N | **Ningxin** | 6/2/2022, 10:35 AM |
| | sounds good, thank you | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1718862517)** | 6/2/2022, 11:08 AM |
| | This is done. Updated invoice here | |

*Attachment: file_-Invoice_Three_Arrows_May2022_All.pdf (146 KB)*



*Image: thumbnail_-Invoice_Three Arrows_May2022_All.pdf_thumb.jpg (8 KB)*

> **N**  **Ningxin**                                                6/2/2022, 9:19 PM
agreed, have sent all USD&UDSC interest via fbn in USDC

**SC**  **Sebastian Cohen**                                     6/2/2022, 6:37 PM
hey @btcmaximalist, heads up we have been trading above your BTC limit, let us know if you would like to adjust

> **S**  **s**                                                   6/2/2022, 10:18 PM
Could u pls summarize how much done so far and what price

**WK**  **Wee Kuo**                                              6/2/2022, 10:19 PM
Sure

**WK**  **Wee Kuo**                                              6/2/2022, 10:21 PM
1288.82 BTC bot at 30405.13 on average

**S**  **s**                                                      6/2/2022, 10:23 PM
OK, chg limit to 29.9, add 24hrs

> **S**  **s**                                                   6/3/2022, 8:40 AM
Chg 29.2

**WK**  **Wee Kuo**                                              6/2/2022, 10:24 PM
ok on it

**WK**  **Wee Kuo**  EDITED                                      6/2/2022, 10:26 PM
This is updated. Order now scheduled to complete at 3.25pm SGT on 5th June

**Genesis**

**Genesis Asia Pacific Pte. Ltd**
1 Raffles Quay, #45-03 North Tower, Singapore 048583

genesistrading.com

**Date: 05/31/2022**

**Three Arrows - Invoice Summary May 2022 (as of: 05/31/2022)**

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04, Singapore, Singapore 038987

**Accrued Interest**

| Currency | Accrued Interest | Accrued Interest ($) |
|----------|------------------|----------------------|
| ETC | 4,149.54109590 | |
| FTT | 4,881.43835617 | |
| USD | | $15,358,034.16 |
| USDC | 1,899,706.522855 | |
| USDT | 478,767.123288 | |

**Outstanding Loan Balance**

| Currency | Loan Balance |
|----------|--------------|
| ETC | 331,100.00000000 |
| FTT | 690,000.00000000 |
| USD | 1,980,970,711.74 |
| USDC | 218,804,954.170000 |
| USDT | 50,000,000.000000 |

**Collateral Balance**

| Currency | Collateral Balance |
|----------|--------------------|
| BTC | 28,071.39689568 |
| ETH | 19,375.00000000 |
| GBTC | 35,533,048.00 |
| PledgeAVAX | 2,739,043.83000000 |
| PledgeNEAR | 13,583,265.00000000 |

# Genesis

**Genesis Asia Pacific Pte. Ltd**
1 Raffles Quay, #45-03 North Tower, Singapore 048583

genesistrading.com

**Date: 05/31/2022**
**Due By: 06/07/2022**

## Three Arrows - ETC May 2022 Invoice (as of: 05/31/2022)

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04, Singapore, Singapore 038987

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued |
|-------|-----|-------|--------|------|------|---------|
| May 2022 Interest - Loan #129335 | 61,500 | 2021-09-30 | | 14.500% | 31 | 757.37671233 |
| May 2022 Interest - Loan #131808 | 100,000 | 2021-10-25 | | 14.500% | 31 | 1,231.50684932 |
| May 2022 Interest - Loan #136689 | 50,000 | 2021-12-09 | | 15.000% | 31 | 636.98630137 |
| May 2022 Interest - Loan #146096 | 119,600 | 2022-03-16 | | 15.000% | 31 | 1,523.67123288 |
| | | | | | | |
| **Total Due** | | | | | | **4,149.54109590 ETC** |
| **Equivalent USD (@ 23.53000000)** | | | | | | **$97,638.70** |
| **Outstanding Loan Balance** | | | | | | **331,100 ETC** |

## Genesis ETC address:

GAP Fireblocks Network



**Genesis Asia Pacific Pte. Ltd**
1 Raffles Quay, #45-03 North Tower, Singapore 048583
genesistrading.com

**Date: 05/31/2022**
**Due By: 06/07/2022**

### Three Arrows - FTT May 2022 Invoice (as of: 05/31/2022)

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04, Singapore, Singapore 038987

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued |
|-------|----:|-------|--------|------|------|--------:|
| May 2022 Interest - Loan #125592 | 290,000 | 2021-08-10 | | 7.750% | 31 | 1,908.83561644 |
| May 2022 Interest - Loan #147127 | 400,000 | 2022-03-31 | | 8.750% | 31 | 2,972.60273973 |
| | | | | | | |
| **Total Due** | | | | | | **4,881.43835617 FTT** |
| **Equivalent USD (@ 28.78000000)** | | | | | | **$140,487.80** |
| **Outstanding Loan Balance** | | | | | | **690,000 FTT** |

### Genesis FTT address:

GAP Fireblocks Network

# Genesis

**Genesis Asia Pacific Pte. Ltd**
1 Raffles Quay, #45-03 North Tower, Singapore 048583

genesistrading.com

**Date: 05/31/2022**
**Due By: 06/07/2022**

### Three Arrows - USD May 2022 Invoice (as of: 05/31/2022)

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04, Singapore, Singapore 038987

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued ($) |
|---|---|---|---|---|---|---|
| May 2022 Interest - Loan #136362 | 678,430,911.74 | 2021-12-06 | | 10.000% | 31 | 5,762,015.96 |
| May 2022 Interest - Loan #137738 | 200,000,000 | 2021-12-23 | 2022-05-16 | 10.500% | 15 | 863,013.70 |
| May 2022 Interest - Loan #139632 | 104,994,100 | 2022-01-09 | 2022-05-06 | 10.000% | 5 | 143,827.53 |
| May 2022 Interest - Loan #139877 | 38,804,954.17 | 2022-01-11 | 2022-05-06 | 11.000% | 5 | 58,473.22 |
| May 2022 Interest - Loan #142827 | 120,000,000 | 2022-02-09 | | 10.000% | 31 | 1,019,178.08 |
| May 2022 Interest - Loan #143415 | 200,000,000 | 2022-02-17 | | 10.000% | 31 | 1,698,630.14 |
| May 2022 Interest - Loan #146675 | 150,000,000 | 2022-03-24 | 2022-05-16 | 8.000% | 15 | 493,150.68 |
| May 2022 Interest - Loan #149046 | 10,000,000 | 2022-04-19 | 2022-05-06 | 11.000% | 5 | 15,068.49 |
| May 2022 Interest - Loan #149236 | 200,000,000 | 2022-04-21 | 2022-05-06 | 9.500% | 5 | 260,273.97 |
| May 2022 Interest - Loan #151761 | 304,994,100 | 2022-05-06 | 2022-05-16 | 9.670% | 10 | 808,025.46 |
| May 2022 Interest - Loan #152531 | 88,789,800 | 2022-05-15 | | 10.000% | 17 | 413,541.53 |
| May 2022 Interest - Loan #152525 | 150,000,000 | 2022-05-16 | | 10.000% | 16 | 657,534.25 |
| May 2022 Interest - Loan #152526 | 504,994,100 | 2022-05-16 | | 11.000% | 16 | 2,435,040.04 |
| May 2022 Interest - Loan #152723 | 150,892,500 | 2022-05-17 | | 11.000% | 15 | 682,116.78 |
| May 2022 Interest - Loan #153735 | 87,863,400 | 2022-05-30 | | 10.000% | 2 | 48,144.33 |

| | |
|---|---|
| **Total Due** | **$15,358,034.16** |
| **Outstanding Loan Balance** | **1,980,970,711.74 USD** |

### Genesis USD Interest Account:

| | |
|---|---|
| Receiving Bank Routing Number: | Redacted for PII |
| SWIFT: | Redacted for PII |
| Receiving Bank Name: | Signature Bank |
| Receiving Bank Address: | 565 Fifth Avenue |
| | New York, NY 10017 |
| Beneficiary Name: | Genesis Global Capital LLC |
| Beneficiary Address: | 111 Town Square Pl, Ste 1203 |
| | Jersey City, NJ 07310 |
| Beneficiary Account Number: | Redacted for PII |

# Genesis

**Genesis Asia Pacific Pte. Ltd**
1 Raffles Quay, #45-03 North Tower, Singapore 048583

genesistrading.com

**Date: 05/31/2022**
**Due By: 06/07/2022**

## Three Arrows - USDC May 2022 Invoice (as of: 05/31/2022)

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04, Singapore, Singapore 038987

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued |
|-------|-----|-------|--------|------|------|---------|
| May 2022 Interest - Loan #141046 | 60,000,000 | 2022-01-25 | 2022-05-16 | 8.000% | 15 | 197,260.273973 |
| May 2022 Interest - Loan #141338 | 225,000,000 | 2022-01-28 | 2022-05-06 | 10.000% | 5 | 308,219.178082 |
| May 2022 Interest - Loan #151771 | 158,804,954.17 | 2022-05-06 | | 10.000% | 26 | 1,131,213.372170 |
| May 2022 Interest - Loan #152524 | 60,000,000 | 2022-05-16 | | 10.000% | 16 | 263,013.698630 |
| | | | | | | |
| **Total Due** | | | | | | **1,899,706.522855 USDC** |
| **Equivalent USD (@ 1.000000)** | | | | | | **$1,899,706.52** |
| **Outstanding Loan Balance** | | | | | | **218,804,954.17 USDC** |

## Genesis USDC address:

GAP Fireblocks Network

# Genesis

**Genesis Asia Pacific Pte. Ltd**
1 Raffles Quay, #45-03 North Tower, Singapore 048583

genesistrading.com

**Date: 05/31/2022**
**Due By: 06/07/2022**

## Three Arrows - USDT May 2022 Invoice (as of: 05/31/2022)

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04, Singapore, Singapore 038987

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued |
|-------|-----|-------|--------|------|------|---------|
| May 2022 Interest - Loan #149324 | 50,000,000 | 2022-04-22 | 2022-05-16 | 10.500% | 15 | 215,753.424658 |
| May 2022 Interest - Loan #152527 | 50,000,000 | 2022-05-16 | | 12.000% | 16 | 263,013.698630 |
| | | | | | | |
| **Total Due** | | | | | | **478,767.123288 USDT** |
| **Equivalent USD (@ 1.000000)** | | | | | | **$478,767.12** |
| **Outstanding Loan Balance** | | | | | | **50,000,000 USDT** |

## Genesis USDT address:

GAP Fireblocks Network



**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 21 | Date Range: 6/3/2022 - 6/4/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 21 messages between 6/3/2022 - 6/4/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 6/3/2022, 8:41 AM |
| | sure | |

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 6/3/2022, 8:41 AM |
| | updated | |

| | | |
|---|---|---|
| > S | **s** | 6/4/2022, 7:36 AM |
| | Pls append another 24hrs on this | |

| | | |
|---|---|---|
| S | **s** | 6/3/2022, 8:50 AM |
| | Whats your OT rate on ETH? May have an ethbtc twap to run | |

| | | |
|---|---|---|
| GG | **Greg Guttas Genesis** | 6/3/2022, 8:50 AM |
| | sec here | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1895178719)** | 6/3/2022, 8:50 AM |
| | Hey Su, what size? | |

| | | |
|---|---|---|
| S | **s** | 6/3/2022, 8:50 AM |
| | Say 40k eth | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1895178719)** | 6/3/2022, 8:51 AM |
| | one moment here | |

| | | |
|---|---|---|
| S | **s** | 6/3/2022, 8:51 AM |
| | K | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1895178719)** | 6/3/2022, 8:52 AM |
| | 3% OT 1.2x secured | |

| | | |
|---|---|---|
| > DU | **Deleted Account (user1895178719)** | 6/3/2022, 3:31 PM |
| | Hey @btcmaximalist we discussed internally and could do this at 1.15x secured with 10% margin bands at 3.15% OT. Let us know if any interest | |

| | | |
|---|---|---|
| S | **s** | 6/3/2022, 8:52 AM |
| | Noted ty | |

| | | |
|---|---|---|
| S | **s** | 6/3/2022, 8:52 AM |
| | Nothing for now | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1895178719)** | 6/3/2022, 8:52 AM |
| | got it, thanks | |

| | | |
|---|---|---|
| S | **s** | 6/3/2022, 8:53 AM |
| | Would you be able to do at 1:1? Given itd be a crypto/crypto order (ethbtc sell) | |

| | | |
|---|---|---|
| DU | **Deleted Account (user1895178719)** | 6/3/2022, 8:53 AM |

Let me check here

**DU**  **Deleted Account (user1895178719)**                                  6/3/2022, 8:55 AM

Credit still tight at the moment, unfortunately would need 1.2x here even though crypto : crypto

**S**  **s**                                                                              6/3/2022, 8:55 AM

K noted

**DU**  **Deleted Account (user2101677378)**                                  6/3/2022, 1:28 PM

hi @btcmaximalist, can show a decent offer if you're still interested in 1wk upside

**> S**  **s**                                                                           6/3/2022, 1:35 PM

Ntg for now, ty

**DU**  **Deleted Account (user2101677378)**                                  6/3/2022, 1:36 PM

np

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 4 | Date Range: 6/4/2022 |

**Outline of Conversations**

---

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 4 messages on 6/4/2022 · Arianna Pretto-Sakmann · Clarissa - Genesis · Deleted Account (user1718862517) · Deleted Account (user1895178719) · Deleted Account (user2101677378) · Deleted Account (user888071622) · Deleted Account (user974550997) · Fung · Gordon Grant · Greg Guttas Genesis · Hamill @ Genesis · Ivan Lim | Genesis · Jake Kaufman · Jenny Jung - Genesis · Josh Lim · Kyle · Leroy-exgenesis · Marc Chan · Matt Ballensweig · Matthew Lepow · Mike Paleokrassas · Ningxin · Ravi Doshi · Reed Werbitt · Roshun Patel · Sean L · Sebastian Cohen · Wee Kuo · Wilson P · Yuan Qing L · s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| MC | **Marc Chan**<br>Hi Su sure | 6/4/2022, 7:36 AM |
| MC | **Marc Chan**<br>that's amended to end at 3.25pm SGT on the 6th of June | 6/4/2022, 7:38 AM |
| MC | **Marc Chan**<br>roughly 44 hours from now | 6/4/2022, 7:39 AM |
| S | **s**<br>Ty | 6/4/2022, 7:41 AM |

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 3 | Date Range: 6/5/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 3 messages on 6/5/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

WK  **Wee Kuo**                                              6/5/2022, 8:41 PM
hi @btcmaximalist , order update

Bot 1621 BTC so far at an average of 30296.08. Just under 7 hours to go to cover the remaining. Let us know if you like to extend.

> S  **s**                                                  6/5/2022, 9:57 PM
Extend 24hrs, chg 30.1k

WK  **Wee Kuo**                                              6/5/2022, 9:58 PM
got it

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 31 |
| Total Messages: 21 | Date Range: 6/6/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 21 messages on 6/6/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

**S**   s      6/6/2022, 1:05 AM
Btw when we had dinner w leon the other day you guys mentioned being able to price ethbtc options now? Would it be possible to see a vol run

**WK**   **Wee Kuo**      6/6/2022, 1:06 AM
Sure, getting vol trading team for you

**WK**   **Wee Kuo**      6/6/2022, 1:06 AM
@yqlimm @Ivan_genesis

**YL**   **Yuan Qing L**      6/6/2022, 1:06 AM
hi see you here

**YL**   **Yuan Qing L**      6/6/2022, 1:43 AM
hey SZ seeing 1-2M ATM vols around 40-50 range.....may i check if there's any particular tenor/strike that you would be interested in?

**S**   s      6/6/2022, 1:47 AM
Yeah could i pls see 25d put and call vol for 1m, 2m, 3m

**YL**   **Yuan Qing L**      6/6/2022, 1:48 AM
one mom plz

**YL**   **Yuan Qing L**  EDITED      6/6/2022, 2:27 AM
hey SZ apols for the delay - seeing around -13ish for 1M to around -11ish for 3M but let us provide a refreshing during NY hours as well

**S**   s      6/6/2022, 2:28 AM
What does 13, 11, and then 40-50atm mean exactly? I might be misunderstanding it

**YL**   **Yuan Qing L**      6/6/2022, 2:28 AM
apologies added the negative sign

**YL**   **Yuan Qing L**      6/6/2022, 2:30 AM
seeing a 25delta call - 25delta put skew to be around -13 to -11range ... and ATM vols for ETH/BTC options to be around 40-50iv

**S**   s      6/6/2022, 2:31 AM
Ok. Puts more expensive than calls, yes?

**YL**   **Yuan Qing L**      6/6/2022, 2:32 AM
yes that's right

**DU**   **Deleted Account (user2101677378)**      6/6/2022, 11:07 AM
hi @btcmaximalist anything specific we can take a look at for you on the ethbtc?

**> S**   s      6/6/2022, 11:08 AM
Ntg for now, ty

**HG**    **Hamill @ Genesis**          6/6/2022, 2:11 PM

Hi @btcmaximalist

on the TWAP order, order is still working. Showing details below for what has been executed thus far.

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 1,621.3
Price: $30,296.08
Value: $49,119,034.5

**> HG**    **Hamill @ Genesis**          6/6/2022, 2:13 PM

can you please send the collateral top up for what has been executed thus far?

**GG**    **Greg Guttas Genesis**          6/6/2022, 2:18 PM

TWAP: 1 June 3:44am ET - 6 June 2:05pm ET
BTC bought:  1,621.3
Cost Price: 30,283.97
Net Price: 30,296.08
Comms: 12.11
Net Value: $49,119,034.50

**WK**    **Wee Kuo**          6/6/2022, 8:27 PM

@btcmaximalist , bumping the above.

Also, the remaining twap is scheduled to complete in 7 hours. Total of 1378.7 BTC to buy at 30100 limit. Let me know if you want to adjust

**> S**    **s**          6/6/2022, 8:46 PM

Chg 30.5

**WK**    **Wee Kuo**          6/6/2022, 8:46 PM

Ok upping limit to 30500, no change in timing

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 8 | Date Range: 6/7/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** 8 messages on 6/7/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| **S** | **s** | 6/7/2022, 3:28 AM |
| | Ty | |
| **WK** | **Wee Kuo** | 6/7/2022, 3:28 AM |
| | sure thing. let me combine | |
| **S** | **s** | 6/7/2022, 3:31 AM |
| | Ty | |
| **L** | **Leroy-exgenesis** | 6/7/2022, 3:33 AM |
| | @Ningxin_TAC , FBN for the additional 600 BTC of collat if that's ok ? | |
| **> N** | **Ningxin** | 6/7/2022, 3:48 AM |
| | sent | |
| **N** | **Ningxin** | 6/7/2022, 3:33 AM |
| | ok sure | |
| **WK** | **Wee Kuo** | 6/7/2022, 3:43 AM |
| | TWAP: 1 June 3:44am ET - 7 June 3:25am ET<br>BTC bought:  3000<br>Cost Price: 29960.53<br>Net Price: 29972.50<br>Comms: 11.97<br>Net Value: $89,917,500 | |
| **L** | **Leroy-exgenesis** EDITED | 6/7/2022, 3:54 AM |
| | 600 BTC well rcv, thanks Ningxin | |

**Short Message Report**

| Conversations: 1 | Participants: 31 |
|---|---|
| Total Messages: 12 | Date Range: 6/12/2022 |

**Outline of Conversations**

 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]** • 12 messages on 6/12/2022 • Arianna Pretto-Sakmann • Clarissa - Genesis • Deleted Account (user1718862517) • Deleted Account (user1895178719) • Deleted Account (user2101677378) • Deleted Account (user888071622) • Deleted Account (user974550997) • Fung • Gordon Grant • Greg Guttas Genesis • Hamill @ Genesis • Ivan Lim | Genesis • Jake Kaufman • Jenny Jung - Genesis • Josh Lim • Kyle • Leroy-exgenesis • Marc Chan • Matt Ballensweig • Matthew Lepow • Mike Paleokrassas • Ningxin • Ravi Doshi • Reed Werbitt • Roshun Patel • Sean L • Sebastian Cohen • Wee Kuo • Wilson P • Yuan Qing L • s

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **TAC / Mini Genesis Private Group , chat between [s,Wee Kuo,Mike Paleokrassas,Sebastian Cohen,Ningxin,Roshun Patel,Marc Chan,Matt Ballensweig,Reed Werbitt,Wilson P,Leroy-exgenesis,Greg Guttas Genesis,Deleted Account (user974550997),Deleted Account (user1718862517),Kyle,Hamill @ Genesis,Fung,Ivan Lim | Genesis,Gordon Grant,Josh Lim,Deleted Account (user888071622),Deleted Account (user1895178719),Yuan Qing L,Clarissa - Genesis,Jake Kaufman,Deleted Account (user2101677378),Ravi Doshi,Arianna Pretto-Sakmann,Sean L,Matthew Lepow,Jenny Jung - Genesis]**

| | | |
|---|---|---|
| **S** | **s** | 6/12/2022, 2:44 AM |
| | Hi team, anyone around? | |
| **MC** | **Marc Chan** | 6/12/2022, 2:44 AM |
| | Hi Su yes how can we help? | |
| **S** | **s** | 6/12/2022, 2:44 AM |
| | Pls buy 25k ethbtc 24hrs, ty | |
| **MC** | **Marc Chan** | 6/12/2022, 2:45 AM |
| | sure just a moment to get that set up | |
| **MC** | **Marc Chan** | 6/12/2022, 2:49 AM |
| | that's live | |
| **S** | **s** | 6/12/2022, 7:34 PM |
| | Pls stop ethbtc buy | |
| **JK** | **Jake Kaufman** | 6/12/2022, 7:34 PM |
| | Sure | |
| **JK** | **Jake Kaufman** | 6/12/2022, 7:34 PM |
| | That's cancelled | |
| **JK** | **Jake Kaufman** | 6/12/2022, 7:35 PM |
| | Will have fill for you shortly | |

**JK**  **Jake Kaufman**                                     6/12/2022, 7:44 PM

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: ETH
Entity: GAP
Quantity: 17,455.7298
Price: $1,481.39
Value: $25,858,743.57

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: BTC
Entity: GAP
Quantity: 939.29258206
Price: $27,530.02
Value: $25,858,743.57

**JK**  **Jake Kaufman**                                     6/12/2022, 7:44 PM

Breakdown with raw fills in a moment

**JK**  **Jake Kaufman**                                     6/12/2022, 7:50 PM

TWAP: 12 June 2:49am ET - 12 June 7:35pm ET
ETH bought:  17,455.7298

97

Cost Price: 1480.80
Net Price: 1481.39
Comms: 0.59
Net Value: $25,858,743.57

TWAP: 12 June 2:49am ET - 12 June 7:35pm ET
BTC sold:  939.29258206
Cost Price: 27541.03
Net Price: 27530.02
Comms: 11.01
Net Value: $25,858,743.57

TAC / Mini Genesis
Previous messages
26 May 2022

WK

22 34
Wee Kuo
In reply to this message
Hi @Ningxin_TAC , order complete

Client: Three Arrows Capital Ltd
Client Side  BUY
Asset: BTC
Entity  GAP
Quantity: 152.70074513
Price  $29,386 89
Value: $4,487,400

Client: Three Arrows Capital Ltd
Client Side  SELL
Asset: SOL
Entity  GAP
Quantity: 100,000
Price  $44 874
Value: $4,487,400

N

22:35
Ningxin
ok ty, could u pls do another 100k SOL twap sell into BTC?

WK

22:35
Wee Kuo
sure, setting this up shortly

N

23:01
Ningxin
@Weekuo may i check if we can set up another twap to sell150k AVAX into BTC over the next 24 hours?

WK

23:02
Wee Kuo
Sol>BTC is live btw
23 02
In reply to this message
Yes, sure  Is this from your collateral?

N

23 03
Ningxin

yes

WK

23 04
Wee Kuo
See 300k as collateral  Setting this up shortly
23:04
150k AVAX into BTC over 24 hours

N

23 04
Ningxin
ty

WK

23 08
Wee Kuo
In reply to [this message](#)
TWAP from 26May22 22:30hrs EST to 27May22 22:30hrs EST

BTC bought: 152.70074513
Cost Price  29,386 89
Net Price: 29375.14
Comms  11 75
Net Value: $4,487,400


TWAP from 26May22 22 30hrs EST to 27May22 22 30hrs EST

SOL sold  100,000
Cost Price: 44.874
Net Price  44 901
Comms: 0.027
Net Value  $4,487,400
23:23
Avax into BTC is now live

N

23 30
Ningxin
hi team, just checking if we can swap out some ETH collateral with BTC?

WK

23 30
Wee Kuo
[@leroygenesis_OutofOffice](#) will come back here

L

23 31
Leroy Lin - Genesis
How much are you looking to swap here

N

23:31
Ningxin
20k ETH?

L

23:33
Leroy Lin    Genesis
Will come back on this
27 May 2022

L

00 12
Leroy Lin - Genesis
1200 BTC back ?
Leroy Lin - Genesis invited Jenny Jung - Genesis
Leroy Lin    Genesis invited Clarissa    Genesis

L

00 12
Leroy Lin - Genesis
Just adding Jenny who is our new joiner on the lending side and Clarissa who heads ops in Asia

N

00 14
Ningxin
In reply to [this message](#)
1200 BTC works, and just to confirm we want to send in BTC to get ETH

L

00:15
Leroy Lin    Genesis
Sure that's fine
00 15
Fbn is good

N

00:15
Ningxin
ok great, are you able to settle shortly?

L

00:19
Leroy Lin    Genesis
Yeap we can

N

00:20
Ningxin
ok give us a moment,will let you know once out

00:26
sorry just checking if we can settle in 2 tranches? 600 btc each
00:27
got issue with custodian rn, got 600 btc ready now

C

00:27
Clarissa - Genesis
sure, we can do that

F

00:29
Fung
600 BTC:

# REDACTED FOR PII

C

00:34
Clarissa - Genesis
see it coming in! pending confirmation
00:34
we will send out the 1st tranche of ETH once confirmed

C

01:05
Clarissa - Genesis
BTC has landed, ETH is coming your way now, tx id:
0x50adde5d35ca9641f76d7e2433438c7a50b703903e1b447240802393a566df8b

F

01:06
Fung
Received 10k ETH ty

C

01:07
Clarissa - Genesis
no prob!

WK

02:47
Wee Kuo
In reply to [this message](this message)
Order complete
02:48
Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 129.96146972
Price: $29,247.13
Value: $3,801,000

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.3801
Value: $3,801,000
02:51
In reply to [this message](#)
TWAP from 26May22 02:40hrs EST to 27May22 02:40hrs EST

BTC bought: 129.96146972
Cost Price: 29,247.13
Net Price: 29,235.44
Comms: 11.69
Net Value: $3,801,000


TWAP from 26May22 02:40hrs EST to 27May22 02:40hrs EST


ALGO sold: 10,000,000
Cost Price: 0.3801
Net Price: 0.38033
Comms: 0.00023
Net Value: $3,801,000

N

02:51
Ningxin
Ty, let's do another one pls?

WK

02:52
Wee Kuo
sure
02:52
Will update once live

WK

03:09
Wee Kuo
Next batch of Algo/btc now live

SZ

13:33
S Z
Hi team, could we pls buy 3k btcusd, only if under 28.5k, over 24hrs?

GG

13:34

Greg Guttas
hey
13:34
we can do that - borrowing cash or settling?

SZ

13:35
S Z
borrowing usd

GG

13:35
Greg Guttas
@HamillGenesis

SZ

13:37
S Z
110% collat, in gbtc/ethe ideally

HS

13:38
Hamill Serrant work
hey @btcmaximalist see you here. taking a look at what we can do

SZ

13:38
S Z
Sure ty

HS

13:50
Hamill Serrant work
we can lend the USD at 10%, 1.2x secured but we'd be looking for liquid collateral (BTC/ETH). Not much appetite for additional gbtc/ethe unfortunately.

MB

13:50
Matt Ballensweig
the purchased BTC we'd hold and then would just need an additional 20% capital

SZ

13:51
S Z
Gotcha. Would 115% work for liquid collat?

MB

13:52
Matt Ballensweig
In reply to this message
yeah lets do it

13 52
15% excess in the form of BTC?
13 52
or ETH?

SZ

13:52
S Z
Prob btc

MB

13:52
Matt Ballensweig
cool that would work

SZ

13:53
S Z
Ok cool, could we do 5k btc over 48hrs actually, only if below 28.5k

MB

13:55
Matt Ballensweig
can finance 3k here - cant do full 5k - that would need to be funded

SZ

13:55
S Z
Ok sure, lets do 3k over 48hrs only if below 28.5k

GG

13:55
Greg Guttas
cool will get that started thanks

SZ

13:55
S Z
Ty

MB

13:56
Matt Ballensweig
thanks!

SZ

16:50
S Z
Pls adjust limit price to 28.8k

SC

16 51
Sebastian Cohen
Sure thing

SZ

16 51
S Z
Ty

YL

23 05
Yuan Qing L
gm
23:05
TWAP  26th May 10 58pm EST   27th May 10 58pm EST
BTC bought: 144.07460639
Cost Price  28,835 32
Net Price: 28,846.86
Comms  11 54
Net Value: $4,156,100.00

TWAP: 26th May 10:58pm EST - 27th May 10:58pm EST
SOL sold  100,000
Cost Price: 41.586
Net Price  41 561
Comms: 0.025
Net Value  $4,156,100 00


Client: Three Arrows Capital Ltd
Client Side  SELL
Asset: SOL
Entity  GAP
Quantity: 100,000
Price  $41 561
Value: $4,156,100

Client: Three Arrows Capital Ltd
Client Side  BUY
Asset: BTC
Entity  GAP
Quantity: 144.07460639
Price  $28,846 86
Value: $4,156,100
23 05
TWAP completed for SOL

N

23:06
Ningxin
ty

YL

23:06
Yuan Qing L
thanks for trade!

N

23:06
Ningxin
could u pls help twap sell another 150k SOL into BTC over next 24 hours?

YL

23:07
Yuan Qing L
sure one mom..setting up

N

23:08
Ningxin
another 150k AVAXBTC sell after current one is done, ty

YL

23:09
Yuan Qing L
sure let me update when order is live
23:15
SOL order live - twap to end on 28May22 at 2315 hrs (24hrs)
23:25
TWAP: 26th May 11:20pm EST - 27th May 11:20pm EST
BTC bought: 117.09327833
Cost Price: 28,830.85
Net Price: 28,842.39
Comms: 11.54
Net Value: $3,377,250.00

TWAP: 26th May 11:20pm EST - 27th May 11:20pm EST
AVAX sold: 150,000
Cost Price: 22.529
Net Price: 22.515
Comms: 0.014
Net Value: $3,377,250.00


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: AVAX
Entity: GAP
Quantity: 150,000
Price: $22.515
Value: $3,377,250

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP

107

Quantity: 117.09327833
Price: $28,842.39
Value: $3,377,250
23:25
AVAX twap completed
23:25
will update when new order is live
28 May 2022

YL

00:15
Yuan Qing L
hihi apologies system issue on my end..AVAX twap live - to end on 29May22 at 0015 EST

YL

03:15
Yuan Qing L
TWAP: 27th May 03:00am EST - 28th May 03:00am EST
BTC bought: 126.92316098
Cost Price: 28,815.36
Net Price: 28,826.89
Comms: 11.53
Net Value: $3,658,800.00

TWAP: 27th May 03:00am EST - 28th May 03:00am EST
ALGO sold: 10,000,000
Cost Price: 0.36610
Net Price: 0.36588
Comms: 0.00022
Net Value: $3,658,800.00

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.36588
Value: $3,658,800

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 126.92316098
Price: $28,826.89
Value: $3,658,800
03:15
hi ALGO twap completed
03:15
ty

N

03:32

Ningxin
Ty, let's do one more Algobtc twap pls

YL

03:32
Yuan Qing L
sure
03:32
one mom

YL

03:48
Yuan Qing L
ALGO twap live - to end on 29May22 at 0350 EST
03:48
ty~

SZ

09:05
S Z
Btc limit twap, pls summarize fill qty and avg price

JK

09:06
Jake Kaufman
Hi Su, sure one moment

SZ

09:09
S Z
Ty also pls raise limit from 28.8k to 28.9k and extend time in force by 24hrs

JK

09:10
Jake Kaufman
So far 825.82 BTC filled at average price of 28705.68. And sure will do, twap now to complete by May 30 at 2pm ET

SZ

09:11
S Z
Tyty
09:24
Chg to 29.1 pls

JK

09:24
Jake Kaufman
Ok updating

SZ

10:05
S Z
Do u guys have any axes on 1w btc calls?
Jake Kaufman invited Sana Cherukuri

JK

10:06
Jake Kaufman
@sc_genesis is our weekend derivs trader, she will get back to you shortly on that

SZ

10:06
S Z
Ty

SC

10:20
Sana Cherukuri
hi
10:21
would be a slightly better seller but can always show a price either way
10:23
is there a specific strike / size i can quote for you?

SZ

10:26
S Z
Jun3, 31 32 and 33k pls

SZ

11:08
S Z
Bump

SC

11:09
Sana Cherukuri
checking

SZ

11:09
S Z
Ty

SC

11:09
Sana Cherukuri
rough size?

SZ

11:11

S Z
Say 1k btc

SC

11:18
Sana Cherukuri
ref 28920: offers $303 in the 31k, $157 in the 32k, $99 in the 33k
11:19
OCO

SZ

11:21
S Z
Thx, will ref if anything

SC

11:21
Sana Cherukuri
sure, if you have a target lmk

IL

23:26
Ivan Lim Genesis
150k SOL > BTC TWAP Done.

TWAP: 27th May 11:15pm EST - 28th May 11:15pm EST
BTC bought: 220.49390219
Cost Price: 28,914.40
Net Price: 28,925.97
Comms: 11.57
Net Value: $6,378,000

TWAP: 27th May 11:15pm EST - 28th May 11:15pm EST
SOL sold: 150,000
Cost Price: 42.546
Net Price: 42.520
Comms: 0.026
Net Value: $6,378,000


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 150,000
Price: $42.52
Value: $6,378,000

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 220.49390219

Price: $28,925.97
Value: $6,378,000

N

23:39
Ningxin
Ty
23:40
Pls continue with another one

IL

23:40
Ivan Lim Genesis
Noted, sec on this.

IL

23:55
Ivan Lim Genesis
Another Tranche to Sell 150K Sol to Btc, 24hrs TWAP working.
Start time: 28th May 11:55pm EST
End time: 29th May 11:55pm EST
29 May 2022

IL

00:24
Ivan Lim Genesis
150k AVAX > BTC Done.

TWAP: 28th May 12:15am EST - 29th May 12:15pm EST
BTC bought: 123.46489697
Cost Price: 28,922.97
Net Price: 28,934.54
Comms: 11.57
Net Value: $3,572,400.00

TWAP: 28th May 12:15am EST - 29th May 12:15pm EST
AVAX sold: 150,000
Cost Price: 23.831
Net Price: 23.816
Comms: 0.015
Net Value: $3,572,400.00


Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: AVAX
Entity: GAP
Quantity: 150,000
Price: $23.816
Value: $3,572,400

Client: Three Arrows Capital Ltd
Client Side: BUY

Asset: BTC
Entity: GAP
Quantity: 123.46489697
Price: $28,934.54
Value: $3,572,400

IL

03:59
Ivan Lim Genesis
10M ALGO > BTC Done.

TWAP: 28th May 03:50am EST - 29th May 03:50am EST
BTC bought: 125.03777276
Cost Price: 28,944.47
Net Price: 28,956.05
Comms: 11.58
Net Value: $3,620,600

TWAP: 28th May 03:50am EST - 29th May 03:50am EST
ALGO sold: 10,000,000
Cost Price: 0.36228
Net Price: 0.36206
Comms: 0.00022
Net Value: $3,620,600

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 10,000,000
Price: $0.36206
Value: $3,620,600

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 125.03777276
Price: $28,956.05
Value: $3,620,600

SZ

04:07
S Z
Hi team, pls sell 20k ethbtc 24hrs

IL

04:08
Ivan Lim Genesis
Hi, sec please.
04:14
we are working to shift coin to exchange and set it up. moment pls. tks.

SZ

04:16
S Z
Sure ty

IL

04:45
Ivan Lim Genesis
Above order is Live.
04:46
To confirm. We are selling 20k Eth from your collateral into Btc. Thanks.

SZ

04:47
S Z
Confirmed ty

IL

04:47
Ivan Lim Genesis
Thank you!

SZ

07:41
S Z
In reply to this message
Chg to 29.4 pls

JK

07:41
Jake Kaufman
Sure thing

SZ

08:13
S Z
In reply to this message
Chg to 29.7 pls

JK

08:13
Jake Kaufman
Ok

SZ

22:02
S Z
In reply to this message
Chg to 30 pls

WK

22:02
Wee Kuo
In reply to this message
Hey @btcmaximalist gm. Trading above your limit now. Let me know if you want to increase or stay
22:02
perfect will get that changed

SZ

22:04
S Z
In reply to this message
Chg 32

WK

22:04
Wee Kuo
ok

SZ

22:04
S Z
Summary of curr fills?

WK

22:04
Wee Kuo
coming up give me a few to grab that
22:10
So far, ~2303 BTC bought at average of 28973.77

SZ

22:17
S Z
How much time in force remaining on balance?

WK

22:17
Wee Kuo
just under 16 hours.
22:18
Schedule to finish up 30th 2pm EST

SZ

22:18
S Z
K ty

WK

22:18

Wee Kuo
urw

SZ

22:19
S Z
Shorten remainder to 4hrs pls

WK

22:20
Wee Kuo
got it.
22:24
order scheduled to complete ~2.20pm SGT

SZ

23:29
S Z
Just for my guide, do u guys have any additional capacity on usd OT v btc?

L

23:29
Leroy Lin - Genesis
Hi Su, will need to wait for NY to get back to you on this

SZ

23:31
S Z
Sure nws

WK

23:58
Wee Kuo
In reply to this message
This is done

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 150,000
Price: $44.051
Value: $6,607,650

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 225.58889913
Price: $29,290.67
Value: $6,607,650
30 May 2022

WK

00:04
Wee Kuo
In reply to this message
TWAP: 28th May 11:55pm EST - 29th May 11:55pm EST
BTC bought: 225.58889913
Cost Price: 29278.96
Net Price: 29,290.67
Comms: 11.71
Net Value: $6,607,650

TWAP: 28th May 11:55pm EST - 29th May 11:55pm EST
SOL sold: 150,000
Cost Price: 44.077
Net Price: 44.051
Comms: 0.026
Net Value: $6,607,650

N

00:10
Ningxin
Ty, would like one more same twap to run over next 24 hours

WK

00:10
Wee Kuo
ok sure

WK

00:25
Wee Kuo
In reply to this message
This is live.

MB

00:53
Matt Ballensweig
In reply to this message
hey @btcmaximalist - we can do more at 1.2x in liquids at 10.75% per ann OT
00:53
up to $100mm

SZ

00:55
S Z
Does 1.15x work?

L

01:11
Leroy Lin - Genesis
In reply to this message

will be back on this

SZ

01:12
S Z
Ty

WK

02:32
Wee Kuo
Hey guys, BTC twap wrapped up. Fills coming up shortly

SZ

02:34
S Z
Kk

WK

02:39
Wee Kuo
Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 3,000
Price: $29,287.8
Value: $87,863,400
02:45
In reply to [this message](this message)
TWAP: 27th May 1:56pm EST - 30th May 1:20am EST
BTC bought: 3000
Cost Price: 29276.09
Net Price: 29287.80
Comms: 11.71
Net Value: $87,863,400

L

03:14
Leroy Lin - Genesis
t/s with Ningxin now... let us know when you can post the additional 450 BTC of collateral... [@mballen4791](@mballen4791)
will confirm on the 115% when he gets in.

N

03:15
Ningxin
signed, and will post 450 btc shortly
03:17
btw, may i send in more BTC to swap back ETH collateral?

L

03:17
Leroy Lin - Genesis

sure we can do that... how much are you looking for ?

N

03:18
Ningxin
can we do 1k BTC for now?

L

03:20
Leroy Lin - Genesis
16k ETH back if that's ok? for 1k BTC

N

03:21
Ningxin
ok can
03:22
are you able to settle shortly?

L

03:22
Leroy Lin - Genesis
yea ops is around
03:22
we can settle shortly
03:22
so you will send in 1450 BTC and we will send over 16k ETH

N

03:22
Ningxin
yep
03:27
BTC sent

C

03:29
Clarissa - Genesis
we are seeing it come through, pending confirmation

L

03:29
Leroy Lin - Genesis
do see the ticket, will confirm when it lands

C

03:57
Clarissa - Genesis
BTC has landed, we will send out the ETH shortly
04:04
ETH is paid out now, tx id: 0x0dd4d4c17361d882b1a97ac28203a26cc0b94678cd64ef4be2641c57171cda4f

N

04:04
Ningxin
see it ty
04:12
just checking if you are good to do one more BTC to ETH swap for 1k BTC?

L

04:12
Leroy Lin - Genesis
hi Ningxin
04:12
sure
04:13
same ratio is ok
04:13
1k for 16k

N

04:14
Ningxin
great, sending coins shortly
04:20
sent

C

04:20
Clarissa - Genesis
see 1k BTC coming through, pending confirmation

WK

05:02
Wee Kuo
In reply to this message
This order is done
05:03
Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 1,231.88207472
Price: $29,595.69
Value: $36,458,400

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ETH
Entity: GAP
Quantity: 20,000
Price: $1,822.92
Value: $36,458,400

SZ

05:04
S Z
In reply to this message
Ty. Pls initiate another 20k ethbtc sell
05:04
Over 24hrs

WK

05:06
Wee Kuo
Got it, give me a few to set this up

C

05:10
Clarissa - Genesis
1k BTC has landed, we will process the ETH shortly
05:14
16k ETH send out, tx id: 0x55d6f463b7e6a4048ba72b92a12497aca7dcdaba9ac06765fec785c46fa1d2d7

F

05:15
Fung
Ty rcvd

WK

05:27
Wee Kuo
In reply to this message
@btcmaximalist this is now live. Selling 20k ETH into BTC over 24 hours

SZ

05:27
S Z
Ty

MB

07:34
Matt Ballensweig
Hey @btcmaximalist - unfortunately risk tightening screws on us and have to be at 1.2x on next tranche.

SZ

09:44
S Z
In reply to this message
Ok sure. Pls buy 3k btc 48hrs, limit 30.1k

JK

09:45
Jake Kaufman

Hi Su, sure we'll get that going now
09:46
That's live, to be completed June 1 9:45am ET

SZ

09:47
S Z
Ty

MB

10:04
Matt Ballensweig
In reply to this message
just confirming this is on borrow?
10:04
if so, mind sending over the BTC excess as this works? (or ETH excess)

SZ

10:10
S Z
In reply to this message
Wed prefer sending after if thats ok. As we may not end up getting filled, etc

MB

10:10
Matt Ballensweig
thats fine - we'll mark the loan at 1.2x and follow up post execution for the collat
10:10
thanks Su!

SZ

10:10
S Z
Ty

SZ

23:38
S Z
In reply to this message
Chg 30.9

MC

23:38
Marc Chan Work
Hi Su sure amending that

SZ

23:39
S Z
Ty
31 May 2022

WK

00:50
Wee Kuo
In reply to this message
Order complete

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 224.85291423
Price: $30,946.23
Value: $6,958,350

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: SOL
Entity: GAP
Quantity: 150,000
Price: $46.389
Value: $6,958,350

N

00:51
Ningxin
ok ty
00:51
could u pls help sell remaining 199k SOL into BTC over next 30 hours?

WK

00:52
Wee Kuo
Let me just confirm the amount
00:52
In reply to this message
TWAP: 30th May 12:25pm SGT - 31st May 12:25pm SGT
BTC bought: 224.85291423
Cost Price: 30933.86
Net Price: 30946.23
Comms: 12.37
Net Value: $6,958,350

TWAP: 30th May 12:25pm SGT - 31st May 12:25pm SGT
SOL sold: 150,000
Cost Price: 46.417
Net Price: 46.389
Comms: 0.028
Net Value: $6,958,350
00:54
In reply to this message
Hey, we only see 49k remaining

N

00:54
Ningxin
actually you are right
00:54
lets sell the remaining 49k over 12 hours

WK

00:54
Wee Kuo
perfect on it

MC

00:59
Marc Chan Work
In reply to this message
Hey @Ningxin_TAC order is live
00:59
for 12 hours

N

00:59
Ningxin
ty

SZ

03:16
S Z
In reply to this message
Chg 31.1

YL

03:17
Yuan Qing L
hi sz
03:17
sure one mom plz
03:18
In reply to this message
amended..ty!

MC

05:32
Marc Chan Work
In reply to this message
order is done. moment to compile the fills

SZ

05:37
S Z

In reply to [this message](#)
Ty. Pls do another 20k ethbtc 24hrs
05:37
Sell

MC

05:38
Marc Chan Work
sure mp
05:40
TWAP: 30th May 5:27pm SGT - 31st May 5:27pm SGT
ETH sold: 20,000
Cost Price: 1945.92
Net Price: 1945.14
Comms: 0.78
Net Value: $38,902,800

TWAP: 30th May 5:27pm SGT - 31st May 5:27pm SGT
BTC bought: 1,247.68281247
Cost Price: 31167.57
Net Price: 31180.04
Comms: 12.47
Net Value: $38,902,800
05:41
In reply to [this message](#)
still working on moving some coins about

SZ

05:41
S Z
Kk

MC

05:47
Marc Chan Work
order to sell 20k ETHBTC over 24hrs is live and well

GG

06:30
Greg Guttas
hey @btcmaximalist wanted to check on your twap   given how much time its been out of limit, if we do trade
within limit our twap algo will attempt to catch up for lost time, working more of an "inline" strategy until its
back on schedule  do you want that or would you like us to start a fresh twap now so its more of a smooth
execution if we go back into limit?
06 31
we can start either another 48 hr twap or we can restart it to complete at the original end time

SZ

06:31
S Z
In reply to [this message](#)
Start another 48hr, same limit

GG

06:31
Greg Guttas
will do thanks

N

06:45
Ningxin
hi team, just checking the remaining ALGO balance with you?

GG

06:46
Greg Guttas
@leroygenesis

L

06:46
Leroy Lin   Genesis
Moment
06 48
6.2mio ALGO left

N

07:16
Ningxin
In reply to this message
did we set up another one yesterday?
07:17
In reply to this message
i see this confo as the last one

GG

07:17
Greg Guttas
agre, nothing live in ALGO

N

07:17
Ningxin
then i see 8*10mio ALGO executed, is that right?

GG

07:17
Greg Guttas
i agree

N

07:18
Ningxin
then we shud have 16.2mio ALGO left i think

L

07:18
Leroy Lin   Genesis
let me check in with ops
07 22
In reply to this message
agree here

N

07 22
Ningxin
ok cool, could u pls help set up to sell all balance into BTC over next 36 hours?

GG

07 23
Greg Guttas
we sure can!
07:28
set to finish 7 25 PM EST on June 1

N

07 28
Ningxin
ty

JK

13 18
Jake Kaufman
In reply to this message
This order is complete, detailed breakdown coming shortly:

Client: Three Arrows Capital Ltd
Client Side  BUY
Asset: BTC
Entity  GAP
Quantity: 71.58082602
Price  $31,674 39
Value: $2,267,279

Client: Three Arrows Capital Ltd
Client Side  SELL
Asset: SOL
Entity  GAP
Quantity: 49,000
Price  $46 271
Value: $2,267,279
13 25
TWAP: 31 May 12:58am ET - 31 May 12:58pm ET
SOL sold  49,000
Cost Price: 46.299
Net Price  46 271

Comms: 0.028
Net Value: $2,267,279

TWAP: 31 May 12:58am ET - 31 May 12:58pm ET
BTC bought: 71.58082602
Cost Price: 31661.72
Net Price: 31674.39
Comms: 12.67
Net Value: $2,267,279
1 June 2022

SZ

03:23
S Z
In reply to [this message](#)
Lets refresh this again, ty

MC

03:23
Marc Chan Work
Hi Su
03:24
sure will ref it for another 48 hours
03:26
ref'd with same limit of 31.1

SZ

03:26
S Z
Ty

MC

03:27
Marc Chan Work
you're welcome

MC

05:47
Marc Chan Work
In reply to [this message](#)
This just wrapped up. Compiling fills

SZ

05:49
S Z
In reply to [this message](#)
Ty lets do another 20k ethbtc 24hrs sell pls

MC

05:49
Marc Chan Work
sure thing will set up momentarily

N

05:50
Ningxin
actually, i think we only have 19375 ETH left with you, could u pls help check?

L

05:50
Leroy Lin - Genesis
In reply to [this message](#)
agree here

SZ

05:50
S Z
Kk chg to 19375 eth for btc 24hrs

MC

05:53
Marc Chan Work
In reply to [this message](#)
This is live
06:02
In reply to [this message](#)
TWAP: 31st May 5:47pm SGT - 1st Jun 5:47pm SGT
ETH sold: 20,000
Cost Price: 1946.96
Net Price: 1946.18
Comms: 0.78
Net Value: $38,923,600

TWAP: 31st May 5:47pm SGT - 1st Jun 5:47pm SGT
BTC bought: 1,226.1247520
Cost Price: 31732.53
Net Price: 31745.22
Comms: 12.69
Net Value: $38,923,600

SZ

06:30
S Z
Pls stop ethbtc twap

MC

06:30
Marc Chan Work
ok cancelling right now

SZ

06:30
S Z
Ty

MC

06:32
Marc Chan Work
fills coming up momentarily
06:45
TWAP: 31st May 5:53pm SGT - 1st Jun 6:30pm SGT
ETH sold: 526.44
Cost Price: 1938.37
Net Price: 1937.59
Comms: 0.78
Net Value: $1,020,024.88

TWAP: 31st May 5:53pm SGT - 1st Jun 6:30pm SGT
BTC bought: 32.231034
Cost Price: 31634.64
Net Price: 31647.29
Comms: 12.65
Net Value: $1,020,024.88

SZ

07:25
S Z
In reply to this message
Pls continue this twap now

GG

07:25
Greg Guttas
sure will do

SZ

12:22
S Z
In reply to this message
Chg lower to 30.7

JK

12:22
Jake Kaufman
Ok will do

GG

12:22
Greg Guttas
sure
12:22
we bought 564 btc so far

GG

14:33
Greg Guttas

hey @btcmaximalist we have a large order to sell btc twap from 3-4 EST would you want to buy ~650 BTC during that window? can reduce your live TWAP by that amount. you leave ~2300 BTC to buy

JK

19:57
Jake Kaufman
Hey team, your ALGO/BTC order is complete:

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: ALGO
Entity: GAP
Quantity: 16,200,000
Price: $0.4049
Value: $6,559,380

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 209.19879176
Price: $31,354.77
Value: $6,559,380

N

20:02
Ningxin
ok

JK

20:02
Jake Kaufman
TWAP: 31st May 7:25am ET - 1st Jun 7:25pm ET
ALGO sold: 16200000.00
Cost Price: 0.4051
Net Price: 0.4049
Comms: 0.0002
Net Value: $6,559,380

TWAP: 31st May 7:25am ET - 1st Jun 7:25pm ET
BTC bought: 209.19879176
Cost Price: 31342.23
Net Price: 31354.77
Comms: 12.54
Net Value: $6,559,380

SZ

23:56
S Z
In reply to this message
Chg lower to 29.4 and extend another 24hrs

MC

23:56
Marc Chan Work
Hi sure
23:57
would you like to start the remainder proportionally over the next 24 hours?
23:57
or just stretch out the existing timing by 24 hours

SZ

23:58
S Z
In reply to this message
Stretch existing timing 24hrs

MC

23:58
Marc Chan Work
sounds good
23:58
that's amended
2 June 2022

MC

00:09
Marc Chan Work
In reply to this message
To confirm order slated to end on Saturday 3.25pm SGT

SZ

00:13
S Z
Ty

MC

06:01
Marc Chan Work
In reply to this message
TWAP: 1st Jun 7:30pm SGT - 2nd Jun 5:53pm SGT
ETH sold: 18,848.56
Cost Price: 1842.9
Net Price: 1842.16
Comms: 0.74
Net Value: $34,722,063.29

TWAP: 1st Jun 7:30pm SGT - 2nd Jun 5:53pm SGT
BTC bought: 1148.37397624
Cost Price: 30223.76
Net Price: 30235.85
Comms: 12.09
Net Value: $34,722,063.29

06:02
Trade just done
06:17
Amended the above to reflect correct qty

N

10:29
Ningxin
In reply to this message
hi team, looking at May invoice, and i found the return of 115mio usdc on 6 May was booked to return 10% loan, while we booked return of 48.8+mio usd at 11% and then balance to the 10% one, as i mentioned earlier
10:30
as i thought we usually treat usd & usdc interchangably, so just checking if you could help amend it?

DG

10:30
Dan Gleim
checking
10:33
Exact amount is 48,804,954.17 USD on 11% agreed?

N

10:34
Ningxin
yes correct

DG

10:35
Dan Gleim
Will come back once fixed. Thank you

N

10:35
Ningxin
sounds good, thank you

DG

11:08
Dan Gleim
Invoice_Three Arrows_May2022_All.pdf
146.0 KB
This is done. Updated invoice here

SC

18:37
Sebastian Cohen
hey @btcmaximalist, heads up we have been trading above your BTC limit, let us know if you would like to adjust

N

21:19

Ningxin
In reply to this message
agreed, have sent all USD&UDSC interest via fbn in USDC

SZ

22:18
S Z
In reply to this message
Could u pls summarize how much done so far and what price

WK

22:19
Wee Kuo
Sure
22:21
1288.82 BTC bot at 30405.13 on average

SZ

22:23
S Z
OK, chg limit to 29.9, add 24hrs

WK

22:24
Wee Kuo
ok on it
22:26
This is updated. Order now scheduled to complete at 3.25pm SGT on 5th June
3 June 2022

SZ

08:40
S Z
In reply to this message
Chg 29.2

GG

08:41
Greg Guttas
sure
08:41
updated

SZ

08:50
S Z
Whats your OT rate on ETH? May have an ethbtc twap to run

GG

08:50
Greg Guttas

sec here

GT

08:50
Griffin Tiedy - Genesis
Hey Su, what size?

SZ

08:50
S Z
Say 40k eth

GT

08:51
Griffin Tiedy - Genesis
one moment here

SZ

08:51
S Z
K

GT

08:52
Griffin Tiedy - Genesis
3% OT 1.2x secured

SZ

08:52
S Z
Noted ty
08:52
Nothing for now

GT

08:52
Griffin Tiedy - Genesis
got it, thanks

SZ

08:53
S Z
Would you be able to do at 1:1? Given itd be a crypto/crypto order (ethbtc sell)

GT

08:53
Griffin Tiedy - Genesis
Let me check here
08:55
Credit still tight at the moment, unfortunately would need 1.2x here even though crypto : crypto

SZ

08:55
S Z
K noted

SC

13:28
Sana Cherukuri
hi @btcmaximalist, can show a decent offer if you're still interested in 1wk upside

SZ

13:35
S Z
In reply to this message
Ntg for now, ty

SC

13:36
Sana Cherukuri
np

GT

15:31
Griffin Tiedy - Genesis
In reply to this message
Hey @btcmaximalist we discussed internally and could do this at 1.15x secured with 10% margin bands at 3.15% OT. Let us know if any interest

SZ

23:02
S Z
In reply to this message
Ty, will let u know
4 June 2022

SZ

07:36
S Z
In reply to this message
Pls append another 24hrs on this

MC

07:36
Marc Chan Work
Hi Su sure
07:38
that's amended to end at 3.25pm SGT on the 6th of June
07:39
roughly 44 hours from now

SZ

07:41
S Z
Ty
5 June 2022

WK

20:41
Wee Kuo
hi @btcmaximalist , order update

Bot 1621 BTC so far at an average of 30296.08. Just under 7 hours to go to cover the remaining. Let us know if you like to extend.

SZ

21:57
S Z
In reply to this message
Extend 24hrs, chg 30.1k

WK

21:58
Wee Kuo
got it
6 June 2022

SZ

01:05
S Z
Btw when we had dinner w leon the other day you guys mentioned being able to price ethbtc options now? Would it be possible to see a vol run

WK

01:06
Wee Kuo
Sure, getting vol trading team for you
01:06
@yqlimm @Ivan_genesis

YL

01:06
Yuan Qing L
hi see you here

YL

01:43
Yuan Qing L
hey SZ seeing 1-2M ATM vols around 40-50 range.....may i check if there's any particular tenor/strike that you would be interested in?

SZ

01:47
S Z
Yeah could i pls see 25d put and call vol for 1m, 2m, 3m

YL

01:48
Yuan Qing L
one mom plz

YL

02:27
Yuan Qing L
hey SZ apols for the delay - seeing around -13ish for 1M to around -11ish for 3M but let us provide a refreshing during NY hours as well

SZ

02:28
S Z
What does 13, 11, and then 40-50atm mean exactly? I might be misunderstanding it

YL

02:28
Yuan Qing L
apologies added the negative sign
02:30
seeing a 25delta call - 25delta put skew to be around -13 to -11range ... and ATM vols for ETH/BTC options to be around 40-50iv

SZ

02:31
S Z
Ok. Puts more expensive than calls, yes?

YL

02:32
Yuan Qing L
yes that's right

SC

11:07
Sana Cherukuri
hi @btcmaximalist anything specific we can take a look at for you on the ethbtc?

SZ

11:08
S Z
In reply to this message
Ntg for now, ty

HS

14:11
Hamill Serrant work
Hi @btcmaximalist

on the TWAP order, order is still working. Showing details below for what has been executed thus far.

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 1,621.3
Price: $30,296.08
Value: $49,119,034.5
14:13
In reply to this message
can you please send the collateral top up for what has been executed thus far?

GG

14:18
Greg Guttas
TWAP: 1 June 3:44am ET - 6 June 2:05pm ET
BTC bought: 1,621.3
Cost Price: 30,283.97
Net Price: 30,296.08
Comms: 12.11
Net Value: $49,119,034.50

WK

20:27
Wee Kuo
@btcmaximalist , bumping the above.

Also, the remaining twap is scheduled to complete in 7 hours. Total of 1378.7 BTC to buy at 30100 limit. Let me know if you want to adjust

SZ

20:46
S Z
In reply to this message
Chg 30.5

WK

20:46
Wee Kuo
Ok upping limit to 30500, no change in timing
7 June 2022

WK

03:27
Wee Kuo

In reply to this message
hi Su, order complete

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 1,378.7
Price: $29,592
Value: $40,798,490.4

SZ

03:28
S Z
In reply to this message
Ty could you pls combine w the other one? Just for simplicity
03:28
Ty

WK

03:28
Wee Kuo
sure thing. let me combine
03:30
In reply to this message
Combined fill for the above split

Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Entity: GAP
Quantity: 3,000
Price: $29,972.5
Value: $89,917,500

SZ

03:31
S Z
Ty

L

03:33
Leroy Lin - Genesis
@Ningxin_TAC , FBN for the additional 600 BTC of collat if that's ok ?

N

03:33
Ningxin
ok sure

WK

03:37

Wee Kuo
In reply to this message
Made a correction here and the fills are now correct.
03:43
TWAP: 1 June 3:44am ET - 7 June 3:25am ET
BTC bought: 3000
Cost Price: 29960.53
Net Price: 29972.50
Comms: 11.97
Net Value: $89,917,500

N

03:48
Ningxin
In reply to this message
sent

L

03:54
Leroy Lin - Genesis
600 BTC well rcv, thanks Ningxin
8 June 2022

SZ

05:04
S Z
Are you guys able to quote options on gbtc?

YL

05:04
Yuan Qing L
hi
05:04
mom checking on this
05:12
Hi Sz, we have not traded options on GBTC and will have to check with legal on this as there could be certain
limitations for us to trade the trust directly to hedge...let us get back to you on this
12 June 2022

SZ

02:44
S Z
Hi team, anyone around?

MC

02:44
Marc Chan Work
Hi Su yes how can we help?

SZ

02:44
S Z

Pls buy 25k ethbtc 24hrs, ty

MC

02:45
Marc Chan Work
sure just a moment to get that set up
02:49
that's live

SZ

19:34
S Z
Pls stop ethbtc buy

JK

19:34
Jake Kaufman
Sure
19:34
That's cancelled
19:35
Will have fill for you shortly
19:44
Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: ETH
Entity: GAP
Quantity: 17,455.7298
Price: $1,481.39
Value: $25,858,743.57

Client: Three Arrows Capital Ltd
Client Side: SELL
Asset: BTC
Entity: GAP
Quantity: 939.29258206
Price: $27,530.02
Value: $25,858,743.57
19:44
Breakdown with raw fills in a moment
19:50
TWAP: 12 June 2:49am ET - 12 June 7:35pm ET
ETH bought: 17,455.7298
Cost Price: 1480.80
Net Price: 1481.39
Comms: 0.59
Net Value: $25,858,743.57

TWAP: 12 June 2:49am ET - 12 June 7:35pm ET
BTC sold: 939.29258206
Cost Price: 27541.03
Net Price: 27530.02

Comms: 11.01
Net Value: $25,858,743.57
14 June 2022

N

19:54
Ningxin
hi, there are a few interested parties on a bailout. For their information, we would like you to inform us of the loan + collat that you see from your side vs 3ac

MB

19:54
Matt Ballensweig
hi there
19:55
we will revert here shortly
20:07
do you guys wanna hop on a call shortly?

K

20:50
Kyle
Would like to setup a call
20:50
Are you free now?

MB

20:51
Matt Ballensweig
let me wrangle some people, give me one min
20:59
9:15PM ET work in 15 min?
20:59
I can send over invites

K

20:59
Kyle
Ok

MB

20:59
Matt Ballensweig
to you and @Ningxin_TAC or @btcmaximalist too?

K

20:59
Kyle
Me

MB

21:15
Matt Ballensweig
invite out and on call now
15 June 2022

MB

09:51
Matt Ballensweig
hey @kyled1 @btcmaximalist you guys want to check in anywhere from 12PM - 2PM ET?

MB

11:07
Matt Ballensweig
otherwise this evening similar time to last night works as well too
16 June 2022

MB

00:37
Matt Ballensweig
Checking in here again @kyled1 and @btcmaximalist