# EXHIBIT U
# Margin Call

**To:** Kyle Davies[kyle@threearrowscap.com]; Ningxin Zhang[nxzhang@threearrowscap.com]; TAC Operations[operations@threearrowscap.com]
**Cc:** GGC Operations[Operations@genesiscap.co]; Risk[risk@genesiscap.co]; Matthew Ballensweig | Genesis Cap[Matt@genesiscap.co]
**From:** Adim Offurum[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F5CADA7A8755441BA4D5A7EF78BA6C75-ADIM]
**Sent:** Mon 6/13/2022 9:54:48 AM (UTC)
**Subject:** RE: Genesis Capital Margin Call => 6/12/2022 (Three Arrows Capital) - 2nd Notice

Thank you, Kyle.

As indicated earlier, Genesis loans remain below the margin refill threshold. The updated margin call amount is $290,443,060. Please advise and/or acknowledge when you have a moment.

Regards



**Adim Offurum**
Vice President, Credit Risk
Genesis Trading | Genesis Capital
+1 929.284.0983
Telegram: @Adim_Genesis

---

**From:** Kyle Davies <kyle@threearrowscap.com>
**Sent:** Monday, June 13, 2022 12:13 AM
**To:** Risk <risk@genesiscap.co>; Ningxin Zhang <nxzhang@threearrowscap.com>; TAC Operations <operations@threearrowscap.com>
**Cc:** GGC Operations <Operations@genesiscap.co>; Risk <risk@genesiscap.co>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>
**Subject:** Re: Genesis Capital Margin Call => 6/12/2022 (Three Arrows Capital)

[EXTERNAL]

Acknowledged

_____
Kyle DAVIES

Three Arrows Capital
kyle@threearrowscap.com

---

**From:** Sujal Gandhi <sujal@genesiscap.co> on behalf of Risk <risk@genesiscap.co>
**Sent:** Monday, June 13, 2022 11:47:27 AM
**To:** Ningxin Zhang <nxzhang@threearrowscap.com>; TAC Operations <operations@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>
**Cc:** GGC Operations <Operations@genesiscap.co>; Risk <risk@genesiscap.co>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>
**Subject:** Genesis Capital Margin Call => 6/12/2022 (Three Arrows Capital)

Hi Team,

Genesis loans have reached margin refill threshold – seeing a margin call for $189,259,615. Can you please let us know how you would like to satisfy the call?

Thanks,

**Sujal Gandhi**
Credit Risk Associate
Genesis Trading / Genesis Capital
917.434.2657
Telegram:  @Sujal_Genesis

_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____
_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____