# EXHIBIT V
# Notice of Default

June 13, 2022

**VIA EMAIL**

Three Arrows Capital Ltd
7 Temasek Boulevard #21-04
Singapore, Singapore 038987
Attn: Kyle Davis, Su Zhu
Kyle@threearrowscap.com
su.zhu@threearrowscap.com

**RE:**    **NOTICE OF DEFAULT**

Mr. Davies, Mr. Zhu

Reference is made to the Master Loan Agreement dated January 10, 2019 (the "2019 MLA") between Genesis Global Capital, LLC ("Genesis Capital") and Three Arrows Capital Ltd ("Three Arrows"), subsequently assigned to Genesis Asia Pacific PTE. LTD. ("Genesis Asia Pacific") and the Master Loan Agreement dated January 24, 2020 (the "2020 MLA") between Genesis Asia Pacific and Three Arrows (the "2020 MLA", and with 2019 MLA, together considered, the "MLAs".  All defined terms used herein shall have the meanings ascribed to them in the MLAs.

By this letter, Genesis Capital and Genesis Asia Pacific (together considered, "Genesis") notify you that Three Arrows is in breach of its obligations under Section IV(c) of both MLAs to contribute US$334,295,523 in Additional Collateral to Genesis.  Such breach constitutes an Event of Default under both MLAs.

You are further notified that in light of Three Arrows' breach, Genesis shall be entitled to exercise its rights under the MLAs, including but not limited to the remedies listed in Section IX(a) of the MLAs.  You are further advised that the entire Loan Balance outstanding for any Loan under the MLAs is now immediately due and payable.

Genesis reserves all rights in law and equity, including but not limited to the right under Section IX(d) of the MLAs to seek the difference between the amount of any replacement Digital Currency obtained pursuant to Sections IX(a)(3) and IX(a)(4) of the MLAs and the amount of the Collateral, plus interest thereon.

Sincerely

Arianna Pretto-Sakmann
Chief Legal Officer
Genesis Global Capital, LLC
Director
Genesis Asia Pacific PTE. LTD.

111 Town Square Place, Suite 1203
Jersey City, NJ 07310
Email: lend@genesiscap.co
Call: 917.536.6804

genesiscapital.co
twitter.com/gen_capital
linkedin.com/company/genesis-global-capital