# EXHIBIT Y
# Loan Documentation

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated January 11th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 38,804,954.17 USD |
| Borrow Fee: | 11.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 913.63 BTC |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _____        By: _____
    *Kristopher Johnson*                 *[signature]*
Name: Kristopher Johnson            Name:  Ningxin Zhang
Title:  Head of Risk               Title:   Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated May 29th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 10th, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USDT |
| Amount of Borrowed Asset: | 10,000,000 USDT |
| Borrow Fee: | 11.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 1,170,678 shares of GBTC |
| | Transaction Advice Numbers: 435097, 439090 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC

By: _____
Name: Kristopher Johnson
Title: Senior Risk Officer

Three Arrows Capital Ltd

By: _____
Name: Kyle Davies
Title: Chairman

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated June 16th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 10th, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 1,000 BTC |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 2,076,238 shares of GBTC |
| | Transaction Advice Number: 425243 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC          Three Arrows Capital Ltd

DocuSigned by:
_kristopher Johnson_
By: _____          By: _____
    E5D870D05A1C4B3...                  15665D33A144445...
Name: Kristopher Johnson            Name: Kyle Davies
Title: Senior Risk Officer          Title:    Chairman

DocuSign Envelope ID: 66BA5B54-804B-407D-B43E-A8597DF3CB1B

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated July 1st, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | ETH |
| Amount of Borrowed Asset: | 25,000 ETH |
| Borrow Fee: | 10.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 265,868 ETHE |
| | Transaction Advice Numbers: 431452, 441926, 442140, 443258, 445537 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
Name: Michael Moro                     Name:    Kyle Davies
Title:  Chief Executive Officer        Title:    Chairman

DocuSign Envelope ID: 0A67B818-9D88-49BF-8387-7649E93834G8

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated October 1st, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 1,300 BTC |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 3,405,442 BCHG - Transaction Advice Numbers: 458426 / 474272 / 475526 |
| | 691,582 LTCN - Transaction Advice Numbers: 458424 / 474281 |
| | 560,366 ETCG - Transaction Advice Numbers: 425241 / 425967 / 430081 / 467045 / 474280 |
| Margin Limit: | 80.00% of loan value (on a net loan basis) |
| Margin Refund: | 120.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _____        By: _____
Name:                                          Name:
Title:                                            Title:

DocuSign Envelope ID: 9F8B96B17-8AF9-470A-89DD-804B39E58EB05

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated December 22nd, 2021 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 200,000,000 USD |
| Borrow Fee: | 10.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _Kristopher Johnson_
DocuSigned by: E5D870D05A1C4B3...
Name:   Kristopher Johnson
Title:      Head of Risk

By: _Ningxin Zhang_
DocuSigned by: CBB83E7D3A61408...
Name: Ningxin Zhang
Title:    Trader

DocuSign Envelope ID: 258365BB-64A1-4B52-486B-A4856328F2A9

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated January 9th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 104,994,100 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 2,500 BTC |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _Kristopher Johnson_           By: _[signature]_

Name: Kristopher Johnson           Name: Ningxin Zhang

Title: Head of Risk               Title: Trader

DocuSign Envelope ID: 29E5E6A0-BD25-4485-9A43-0BDFD132E577

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated January 11th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 200,000,000 USD |
| Borrow Fee: | 11.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 4,793.33534653 BTC |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd    Three Arrows Capital Ltd

By: _Kristopher Johnson_____

Name: Kristopher Johnson

Title: Head of Risk

By: _____

Name: Ningxin Zhang

Title: Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated January 25th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USDC |
| Amount of Borrowed Asset: | 60,000,000 USDC |
| Borrow Fee: | 8.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Arianna Pretto-Sakmann_          By: _____
Name: Arianna Pretto-Sakmann          Name: Ningxin Zhang
Title: General Counsel, Genesis Global Trading, Inc.          Title: Trader

DocuSign Envelope ID: DE658BBF-EC10-489B-8205-D69A0C6D4B7E

## Thank EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated January 28th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020, including Amendment to Master Loan Agreement dated January 27, 2022 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USDC |
| Amount of Borrowed Asset: | 225,000,000 USDC |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | Pledged Collateral (2,739,043.83 AVAX pursuant to Pledge Agreement and 13,583,265 NEAR pursuant to Pledge Agreement) |
| Margin Limit: | 140.00% of loan value (on a net loan basis) |
| Margin Refund: | 160.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 150.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Arianna Pretto-Sakmann_          By: _____
Name: Arianna Pretto-Sakmann          Name: Ningxin Zhang
Title:  General Counsel, Genesis Global Trading, Inc.          Title: Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated March 24th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 150,000,000 USD |
| Borrow Fee: | 8.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Satbir Walia_                     By: _[signature]_
Name: Satbir Walia                     Name: Ningxin Zhang
Title: Head of Region, APAC            Title: Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated April 21st, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 200,000,000 USD |
| Borrow Fee: | 9.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
Name: Satbir Walia                      Name:  Ningxin Zhang
Title: Head of Region, APAC             Title:
                                                Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated April 22nd, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USDT |
| Amount of Borrowed Asset: | 50,000,000 USDT |
| Borrow Fee: | 10.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _____        By: _____
    *Satbir Walia*                                 
    FB3D62FEBCE147F...                         CBB83E7D3A61408...

Name: Satbir Walia                     Name:  Ningxin Zhang

Title:  Head of Region, APAC           Title:   Trader

DocuSign Envelope ID: DF0B104E-DE25-4B86-8E41-08ECE862BF10

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated May 6th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 304,994,100 USD |
| Borrow Fee: | 9.67% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
Name: Adim Offurum                      Name: Kyle Davies
Title: Vice President                   Title: Director

DocuSign Envelope ID: 8C430655B-B091-4379-BFB3-2E5962C7548F

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated June 16th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 10th, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 1,000 BTC |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 2,076,238 shares of GBTC |
| | Transaction Advice Number: 425243 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC        Three Arrows Capital Ltd

DocuSigned by:

*Kristopher Johnson*

By: _____
E5D870D05A1C4B3...

Name: Kristopher Johnson
Title: Senior Risk Officer

DocuSigned by:

15665D33A144445...

By: _____

Name: Kyle Davies

Title:    Chairman

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated August 13th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | FTT |
| Amount of Borrowed Asset: | 1,000,000 FTT |
| Borrow Fee: | 7.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 385,766 shares of GBTC |
| | Transaction Advice Number: 465654 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _Reed Werbitt_                         By: _____

Name: Reed Werbitt                      Name: Kyle Davies

Title: Director                               Title: Chairman

DocuSign Envelope ID: A9C4CA86-4E65-4AF2-A567-63661B2IZ74B

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated August 13th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | ZEC |
| Amount of Borrowed Asset: | 50,000 ZEC |
| Borrow Fee: | 7.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 485,095 shares of GBTC |
| | Transaction Advice Number: 465654 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Reed Werbitt_                     By: _____
Name: Reed Werbitt                     Name: Kyle Davies
Title: Director                        Title: Chairman

# EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated August 13th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | XLM |
| Amount of Borrowed Asset: | 15,000,000 XLM |
| Borrow Fee: | 8.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 173,248 shares of GBTC |
| | Transaction Advice Number: 465654 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Reed Werbitt_                          By: _____
Name: Reed Werbitt                          Name: Kyle Davies
Title: Director                             Title: Chairman

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated June 24th, 2021 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | FTT |
| Amount of Borrowed Asset: | 2,000,000 FTT |
| Borrow Fee: | 7.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: *Kristopher Johnson*
Name: Kristopher Johnson
Title: Head of Risk

By: *Wilson Pau*
Name: Wilson Pau
Title: Director

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated September 30th, 2021 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | ETC |
| Amount of Borrowed Asset: | 66,500 ETC |
| Borrow Fee: | 14.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd       Three Arrows Capital Ltd

By: _____ *Kristopher Johnson*       By: _____
             E5D870D05A1C4B3...                     15665D33A144445...

Name:     Kristopher Johnson       Name:   Kyle Davies

Title:     Head of Risk       Title:    Director

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated October 25th, 2021 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | ETC |
| Amount of Borrowed Asset: | 100,000 ETC |
| Borrow Fee: | 14.50% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd      Three Arrows Capital Ltd

By: _____      By: _____
    Kristopher Johnson                       
    E5D870D05A1C4B3...                       15665D33A144445...
Name: Kristopher Johnson            Name:    Kyle Davies
Title: Head of Risk                Title:    Director

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated December 6th, 2021 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 678,430,911.74 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Kristopher Johnson_                By: _Kyle Davies_
       E5D870D05A1C4B3...                        15665D33A144445...
Name: Kristopher Johnson                Name:  Kyle Davies
Title: Head of Risk                     Title:  Director

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated December 9th, 2021 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 24th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | ETC |
| Amount of Borrowed Asset: | 50,000 ETC |
| Borrow Fee: | 15.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
Name: Kristopher Johnson              Name: Kyle Davies
Title: Head of Risk                  Title: Director

DocuSign Envelope ID: 3B3BF36C-5B32-4D41-BE3F-AAA2BAEE248B

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated February 9th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 120,000,000 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | Existing pledged collateral (2,739,043.83 AVAX pursuant to Pledge Agreement and 13,583,265 NEAR pursuant to Pledge Agreement) |
| Margin Limit: | 140.00% of loan value (on a net loan basis) |
| Margin Refund: | 160.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 150.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

By: _Arianna Pretto-Sakmann_        y: _____
    77A200507D6D40F...                     CBB83E7D3A61408...

Name: Arianna Pretto-Sakmann        Name: Ningxin Zhang

Title: General Counsel, Genesis Global Capital LLC        Title: Trader

**EXHIBIT B**

**LOAN TERM SHEET**

The following loan agreement dated February 17th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 200,000,000 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd     Three Arrows Capital Ltd

By: _____     By: _____
                                  CBB83E7D3A61408...
Name:                             Name: Ningxin Zhang
Title:                            Title: Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated January 24th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | ETC |
| Amount of Borrowed Asset: | 300,000 ETC |
| Borrow Fee: | 15.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          _____

Name: Arianna Pretto-Sakmann          Name: Ningxin Zhang

Title: General Counsel, Genesis Global Trading, Inc.          Title: Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated January 25th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | FTT |
| Amount of Borrowed Asset: | 2,800,000 FTT |
| Borrow Fee: | 8.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd        Three Arrows Capital Ltd

DocuSigned by:                          DocuSigned by:

By: _Arianna Pretto-Sakmann_           _____
   77A200507D6D40F...                   CBB83E7D3A61408...

Name: Arianna Pretto-Sakmann          Name: Ningxin Zhang

Title: General Counsel, Genesis Global Trading, Inc.          Title: Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated May 14th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 88,789,800 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 3,000 BTC |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _Satbir Walia_                      By: _____
DocuSigned by: Satbir Walia             DocuSigned by:
FB3D62FEBCE147F...                      CBB83E7D3A61408...
Name: Satbir Walia                      Name: Ningxin Zhang
Title: Head of Region, APAC             Title: Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated May 16th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 150,000,000 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd     Three Arrows Capital Ltd

By: _____     By: _____
      FB3D62FEBCE147F...                CBB83E7D3A61408...
Name: Satbir Walia     Name: Ningxin Zhang

Title: Head of Region, APAC     Title: Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated May 16th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USDC |
| Amount of Borrowed Asset: | 60,000,000 USDC |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 90.00% of loan value (on a net loan basis) |
| Margin Refund: | 110.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 100.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
Name: Satbir Walia                          Name: Ningxin Zhang
Title: Head of Region, APAC              Title:   Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated May 16th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USDT |
| Amount of Borrowed Asset: | 50,000,000 USDT |
| Borrow Fee: | 12.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
DocuSigned by: *Satbir Walia*          DocuSigned by:
FB3D62FEBCE147F...                     CBB83E7D3A61408...
Name: Satbir Walia                     Name: Ningxin Zhang
Title: Head of Region, APAC            Title: Trader

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated May 16th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 504,994,100 USD |
| Borrow Fee: | 11.00% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
    DocuSigned by: *Satbir Walia*          DocuSigned by: [signature]
    FB3D62FEBCE147F...                    CBB83E7D3A61408...
Name: Satbir Walia                       Name: Ningxin Zhang
Title: Head of Region, APAC              Title:  Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated June 6th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 49,119,034.5 USD |
| Borrow Fee: | 10.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 1,621.3 BTC |
| Margin Limit: | 110.00% of loan value (on a net loan basis) |
| Margin Refund: | 130.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 120.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
            51A74E1BFF2C494...                      CBB83E7D3A61408...
Name: Adim Offurum          Name: Ningxin Zhang
Title: Vice President          Title: Trader

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated June 7th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Asia Pacific Pte. Ltd ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on July 20th, 2020 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 40,798,490.4 USD |
| Borrow Fee: | 10.75% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 1,378.7 BTC |
| Margin Limit: | 110.00% of loan value (on a net loan basis) |
| Margin Refund: | 130.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 120.00% of loan value (on a net loan basis) |

Genesis Asia Pacific Pte. Ltd          Three Arrows Capital Ltd

By: _____          By: _____
Name: Adim Offurum                     Name: Ningxin Zhang
Title: Vice President                  Title: Trader



**S Z**
Hi team, whats your curr USD cash rate and avail?    7:12 AM

Might do another twap soon    7:12 AM

**Marc Chan**
Hi Su just a moment    7:12 AM

we can facilitate 1.5k BTC worth at 11%    7:16 AM

right at this moment    7:16 AM

we should be able to upsize that tomorrow    7:16 AM

**S Z**
Cool. So if i asked you to run 5k btc 24hrs after the curr one ends, you can do that?    7:18 AM

**Marc Chan**
the remaining 3.5k btc best to let lending assess    7:19 AM

but able to work the first 1.5k btc over 7hours or so    7:19 AM

let me know if that works for you    edited 7:19 AM

**S Z**
Sure lets do 1.5k btc 24hrs, we will do the rest away, and can keep me posted after that    7:23 AM

**Marc Chan**    Reply
alternatively we can work the 5k over 48 hours    7:23 AM

**S Z**
Ok cool, yeah thats fine    7:23 AM

**Marc Chan**
perfect will go ahead and set that up once the current order ends at 8.40pm our time    7:24 AM

**S Z**
Agreed, in 1 and a half hours from now    7:24 AM

**Marc Chan**
thanks Su will post here once live    7:24 AM



**Marc Chan**
> **Marc Chan**
> alternatively we can work the 5k over 48 hours

just for clarity here, TAC will be borrowing the USD needed to fund the 5k BTC buy at 11%    8:11 AM

**S Z**
Confirmed    8:12 AM

**Marc Chan**
thank you    8:12 AM

**Marc Chan**
Hi order to buy 3k BTC is done    8:40 AM

order to buy 5k BTC over 48 hours is now live    8:41 AM

**S Z**
> **Marc Chan**
> Hi order to buy 3k BTC is done

Going fwd could you pls summarize w: start time, end time, size, coin, raw price, net price, comm, net value    edited 8:42 AM

**Marc Chan**    Reply
Client: Three Arrows Capital Ltd
Client Side: BUY
Asset: BTC
Quantity: 3,000
Price: $29,596.6
Value: $88,789,800    8:42 AM

sure thing    8:42 AM

**S Z**
Ty    8:42 AM

**Marc Chan**
> **S Z**
> Going fwd could you pls summarize w: star...

just checking what is net value here?    8:45 AM

**S Z**
Net proceeds    8:48 AM





**S Z**
Hi team, could we pls buy 3k btcusd, only if under 28.5k, over 24hrs?
1:33 PM

**Greg Guttas Genesis**
hey
1:34 PM

we can do that - borrowing cash or settling?
1:34 PM

**S Z**
borrowing usd
1:35 PM

**Greg Guttas Genesis**
@HamillGenesis
1:35 PM

**S Z**
110% collat, in gbtc/ethe ideally
1:37 PM

**Hamill @ Genesis**
hey @btcmaximalist see you here. taking a look at what we can do
1:38 PM

**S Z**
Sure ty
1:38 PM

**Hamill @ Genesis**
we can lend the USD at 10%, 1.2x secured but we'd be looking for liquid collateral (BTC/ETH). Not much appetite for additional gbtc/ethe unfortunately.
1:50 PM

**Matt Ballensweig**
the purchased BTC we'd hold and then would just need an additional 20% capital
1:50 PM

**S Z**
Gotcha. Would 115% work for liquid collat?
1:51 PM

**Matt Ballensweig**
> **S Z**
> Gotcha. Would 115% ...

yeah lets do it
1:52 PM





CONFIRM-R

# CONTINENTAL
### STOCK TRANSFER & TRUST

**RESTRICTED BOOK-ENTRY TRANSACTION ADVICE**

| | |
|---|---|
| Company Name: | GRAYSCALE LITECOIN TRUST(LTCN) |
| Security Description: | COMMON STOCK |
| CUSIP Number: | 38963W104 |

Transfer Agent: Continental Stock Transfer & Trust Company
Transfer Agent Account Number:    34
Telephone Number: 212-509-4000 Ext. 541

Transaction Date:    11/11/2020

Transaction Description:    RESTRICTED BOOK CREDIT
Transaction Advice Number:    519535
Transaction Shares:    534,898

THREE ARROWS CAPITAL LTD
7 TEMASEK BOULEVARD 21-04
SINGAPORE 038987
SINGAPORE

**SEE LEGEND(S) ON REVERSE**

**Retain this advice as a record of your ownership of the above securities.**

FOLD AND DETACH HERE

L261UNIT

ACCOUNT NUMBER:  34

TRANSACTION REQUEST FORM - PLEASE KEEP THIS FORM FOR FUTURE REQUEST (SEE REVERSE SIDE FOR PROPER ENTRY INSTRUCTION

BOX # 1 [ ]  Change my address - Mark this box and complete the other side of the form

BOX # 2 [ ]  Issue a certificate from my Book-Entry share position
(Please choose one option):

[ ][ ][ ][ ][ ][ ][ ]    **OR**    All Shares (check here) [ ]

(Indicate number of whole shares)

By requesting a physical stock certificate the shareholder bears responsibility for safekeeping and any future costs associated with replacing their stock certificate(s).

**Please Note: A processing fee of $50.00 may apply for certificate issuances. Please contact 212-509-4000 ext. 541 or cstmail@continentalstock.com to determine if the issuer permits the issuance of physical paper certificates and if a fee is required.**

| All Request must be signed by all registered owners | Signature | Signature | Date | Daytime Telephone No.<br>(    ) |
|---|---|---|---|---|

**About Your Transaction**

This advice is your record of the shares being credited to your account in book entry form.

L261 RESTRICTED STOP

THE SHARES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR ANY STATE OR OTHER SECURITIES LAWS AND, ACCORDINGLY, MAY NOT BE OFFERED, SOLD, PLEDGED OR OTHERWISE TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION UNDER THE SECURITIES ACT AND STATE SECURITIES LAWS OR AN OPINION OF COUNSEL FOR THE TRUST THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE SECURITIES ACT AND SUCH OTHER APPLICABLE LAWS.

THE SHARES REPRESENTED HEREBY ARE SUBJECT TO RESTRICTIONS ON TRANSFER CONTAINED IN THE AMENDED AND RESTATED DECLARATION OF TRUST AND TRUST AGREEMENT, A COPY OF WHICH IS ON FILE WITH THE SECRETARY OF THE TRUST.

**DETACH HERE**

**CHANGE OF ADDRESS**

(Please print new information):_____

STREET                                          CITY              STATE        ZIP CODE

INSTRUCTIONS FOR TRANSACTION REQUEST SECTION ON THE REVERSE SIDE

1.  Mark Box #1 to make an address change on your account. Please complete address change information above.

2.  Mark Box #2 to receive shares in certificate form from your Direct Registration position. Enter the number of whole shares you wish to receive or check the box provided if you wish to

receive all Direct Registration shares in certificate form.

All requests must be signed by all registered owners. Please print numerals in BLUE or BLACK ink.

MAIL ALL REQUEST TRANSACTIONS TO:    Continental Stock Transfer & Trust Company
Stock Transfer Department
1 State Street - 30th FL
New York, NY 10004-1561

CONFIRM-R

# CONTINENTAL
### STOCK TRANSFER & TRUST

**RESTRICTED BOOK-ENTRY TRANSACTION ADVICE**

| | |
|---|---|
| Company Name: | GRAYSCALE BITCOIN TRUST(BTC) |
| Security Description: | COMMON STOCK |
| CUSIP Number: | 389637109 |

Transfer Agent: Continental Stock Transfer & Trust Company
Transfer Agent Account Number:    493
Telephone Number: 212-509-4000 Ext. 541

Transaction Date:    11/14/2020
Transaction Description:    RESTRICTED BOOK CREDIT
Transaction Advice Number:    521789
Transaction Shares:    1,771,946

THREE ARROWS CAPITAL LTD
7 TEMASEK BOULEVARD 21-04
SINGAPORE 038987
SINGAPORE

**SEE LEGEND(S) ON REVERSE**

**Retain this advice as a record of your ownership of the above securities.**

FOLD AND DETACH HERE

B252UNIT

ACCOUNT NUMBER:  493

TRANSACTION REQUEST FORM - PLEASE KEEP THIS FORM FOR FUTURE REQUEST (SEE REVERSE SIDE FOR PROPER ENTRY INSTRUCTION

BOX # 1   ☐   Change my address - Mark this box and complete
the other side of the form

BOX # 2   ☐   Issue a certificate from my Book-Entry share position
(Please choose one option):

☐☐☐☐☐☐☐☐   **OR**   All Shares (check here)  ☐

(Indicate number of whole shares)

By requesting a physical stock certificate the shareholder bears responsibility for
safekeeping and any future costs associated with replacing their stock certificate(s).

**Please Note: A processing fee of $50.00 may apply for certificate issuances. Please contact 212-509-4000 ext. 541 or cstmail@continentalstock.com to determine if the issuer permits the issuance of physical paper certificates and if a fee is required.**

| All Request must be signed by all registered owners | Signature | Signature | Date | Daytime Telephone No. (       ) |
|---|---|---|---|---|
| | | | | |

**About Your Transaction**

This advice is your record of the shares being credited to your account in book entry form.

B252 RESTRICTED STOP
THE SHARES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR ANY STATE OR OTHER SECURITIES LAWS AND, ACCORDINGLY, MAY NOT BE OFFERED, SOLD, PLEDGED OR OTHERWISE TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION UNDER THE SECURITIES ACT AND STATE SECURITIES LAWS OR AN OPINION OF COUNSEL FOR THE TRUST THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE SECURITIES ACT AND SUCH OTHER APPLICABLE LAWS.

B252A RESTRICTED STOP
THE SHARES REPRESENTED HEREBY ARE SUBJECT TO RESTRICTIONS ON TRANSFER CONTAINED IN THE AMENDED AND RESTATED DECLARATION OF TRUST AND TRUST AGREEMENT, A COPY OF WHICH IS ON FILE WITH THE SECRETARY OF THE TRUST.

**DETACH HERE**

**CHANGE OF ADDRESS**
(Please print new information):_____
STREET                                            CITY              STATE          ZIP CODE

INSTRUCTIONS FOR TRANSACTION REQUEST SECTION ON THE REVERSE SIDE

1.  Mark Box #1 to make an address change on your account. Please complete address change information above.
2.  Mark Box #2 to receive shares in certificate form from your Direct Registration position. Enter the number of whole shares you wish to receive or check the box provided if you wish to
receive all Direct Registration shares in certificate form.

All requests must be signed by all registered owners. Please print numerals in BLUE or BLACK ink.

MAIL ALL REQUEST TRANSACTIONS TO:    Continental Stock Transfer & Trust Company
Stock Transfer Department
1 State Street - 30th FL
New York, NY 10004-1561

CONFIRM-R

# CONTINENTAL
### STOCK TRANSFER & TRUST

**RESTRICTED BOOK-ENTRY TRANSACTION ADVICE**

Company Name:     GRAYSCALE BITCOIN TRUST(BTC)
Security Description:    COMMON STOCK
CUSIP Number:      389637109

Transfer Agent: Continental Stock Transfer & Trust Company
Transfer Agent Account Number:    493
Telephone Number: 212-509-4000 Ext. 541

Transaction Date:          11/17/2020

Transaction Description:    RESTRICTED BOOK CREDIT
Transaction Advice Number:   523607
Transaction Shares:        1,049,903

THREE ARROWS CAPITAL LTD
7 TEMASEK BOULEVARD 21-04
SINGAPORE 038987
SINGAPORE

**SEE LEGEND(S) ON REVERSE**

**Retain this advice as a record of your ownership of the above securities.**

FOLD AND DETACH HERE

B252UNIT

ACCOUNT NUMBER: 493

TRANSACTION REQUEST FORM - PLEASE KEEP THIS FORM FOR FUTURE REQUEST (SEE REVERSE SIDE FOR PROPER ENTRY INSTRUCTION

BOX # 1   [ ]   Change my address - Mark this box and complete
the other side of the form

BOX # 2   [ ]  Issue a certificate from my Book-Entry share position
(Please choose one option):

[ ][ ][ ][ ][ ][ ][ ]   **OR**    All Shares (check here) [ ]

(Indicate number of whole shares)

By requesting a physical stock certificate the shareholder bears responsibility for
safekeeping and any future costs associated with replacing their stock certificate(s).

**Please Note: A processing fee of $50.00 may apply for certificate issuances. Please contact 212-509-4000 ext. 541 or cstmail@continentalstock.com to determine if the issuer permits the issuance of physical paper certificates and if a fee is required.**

| All Request must be signed by all registered owners | Signature | Signature | Date | Daytime Telephone No. (    ) |
|---|---|---|---|---|

**About Your Transaction**

This advice is your record of the shares being credited to your account in book entry form.

B252 RESTRICTED STOP
THE SHARES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR ANY STATE OR OTHER SECURITIES LAWS AND, ACCORDINGLY, MAY NOT BE OFFERED, SOLD, PLEDGED OR OTHERWISE TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION UNDER THE SECURITIES ACT AND STATE SECURITIES LAWS OR AN OPINION OF COUNSEL FOR THE TRUST THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE SECURITIES ACT AND SUCH OTHER APPLICABLE LAWS.

B252A RESTRICTED STOP
THE SHARES REPRESENTED HEREBY ARE SUBJECT TO RESTRICTIONS ON TRANSFER CONTAINED IN THE AMENDED AND RESTATED DECLARATION OF TRUST AND TRUST AGREEMENT, A COPY OF WHICH IS ON FILE WITH THE SECRETARY OF THE TRUST.

**DETACH HERE**

**CHANGE OF ADDRESS**
(Please print new information):_____
STREET                                        CITY            STATE        ZIP CODE

INSTRUCTIONS FOR TRANSACTION REQUEST SECTION ON THE REVERSE SIDE

1.  Mark Box #1 to make an address change on your account. Please complete address change information above.
2.  Mark Box #2 to receive shares in certificate form from your Direct Registration position. Enter the number of whole shares you wish to receive or check the box provided if you wish to
receive all Direct Registration shares in certificate form.

All requests must be signed by all registered owners. Please print numerals in BLUE or BLACK ink.

MAIL ALL REQUEST TRANSACTIONS TO:    Continental Stock Transfer & Trust Company
Stock Transfer Department
1 State Street - 30th FL
New York, NY 10004-1561

CONFIRM-R

**CONTINENTAL**
STOCK TRANSFER & TRUST

**RESTRICTED BOOK-ENTRY TRANSACTION ADVICE**

Company Name:        GRAYSCALE ETHEREUM TRUST(ETH)
Security Description:   COMMON STOCK
CUSIP Number:        389638107

Transfer Agent: Continental Stock Transfer & Trust Company
Transfer Agent Account Number:     71
Telephone Number: 212-509-4000 Ext. 541

Transaction Date:                11/06/2020

Transaction Description:        RESTRICTED BOOK CREDIT
Transaction Advice Number:   517536
Transaction Shares:            95,549

THREE ARROWS CAPITAL LTD
7 TEMASEK BOULEVARD 21-04
SINGAPORE 038987
SINGAPORE

**SEE LEGEND(S) ON REVERSE**

**Retain this advice as a record of your ownership of the above securities.**

FOLD AND DETACH HERE

E636UNIT                                                    ACCOUNT NUMBER:  71

TRANSACTION REQUEST FORM - PLEASE KEEP THIS FORM FOR FUTURE REQUEST (SEE REVERSE SIDE FOR PROPER ENTRY INSTRUCTION

BOX # 1 ☐  Change my address - Mark this box and complete the other side of the form

BOX # 2 ☐  Issue a certificate from my Book-Entry share position (Please choose one option):

| | | | | | | | **OR** | All Shares (check here) ☐

(Indicate number of whole shares)

By requesting a physical stock certificate the shareholder bears responsibility for safekeeping and any future costs associated with replacing their stock certificate(s).

**Please Note: A processing fee of $50.00 may apply for certificate issuances. Please contact 212-509-4000 ext. 541 or cstmail@continentalstock.com to determine if the issuer permits the issuance of physical paper certificates and if a fee is required.**

| All Request must be signed by all registered owners | Signature | Signature | Date | Daytime Telephone No. ( ) |
| --- | --- | --- | --- | --- |

**About Your Transaction**

This advice is your record of the shares being credited to your account in book entry form.

E636 RESTRICTED STOP

THE SHARES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR ANY STATE OR OTHER SECURITIES LAWS AND, ACCORDINGLY, MAY NOT BE OFFERED, SOLD, PLEDGED OR OTHERWISE TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION UNDER THE SECURITIES ACT AND STATE SECURITIES LAWS OR AN OPINION OF COUNSEL FOR THE TRUST THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE SECURITIES ACT AND SUCH OTHER APPLICABLE LAWS.
THE SHARES REPRESENTED HEREBY ARE SUBJECT TO RESTRICTIONS ON TRANSFER CONTAINED IN THE AMENDED AND RESTATED DECLARATION OF TRUST AND TRUST AGREEMENT, A COPY OF WHICH IS ON FILE WITH THE SECRETARY OF THE TRUST.

**DETACH HERE**

**CHANGE OF ADDRESS**

(Please print new information):_____

STREET                                          CITY              STATE          ZIP CODE

INSTRUCTIONS FOR TRANSACTION REQUEST SECTION ON THE REVERSE SIDE

1.  Mark Box #1 to make an address change on your account. Please complete address change information above.
2.  Mark Box #2 to receive shares in certificate form from your Direct Registration position. Enter the number of whole shares you wish to receive or check the box provided if you wish to
receive all Direct Registration shares in certificate form.

All requests must be signed by all registered owners. Please print numerals in BLUE or BLACK ink.

MAIL ALL REQUEST TRANSACTIONS TO:    Continental Stock Transfer & Trust Company
Stock Transfer Department
1 State Street - 30th FL
New York, NY 10004-1561

**To:**     Serre, Alexandra[APSerre@mintz.com]; Martin Garcia[mgarcia@genesistrading.com]
**Cc:**     Craig Salm[Craig@grayscale.co]; Jake Karlsruher[jake@grayscale.co]; Legal | Genesis Trading[Legal@Genesistrading.com]; Hamill Serrant[hamill@genesiscap.co]; Thorpe, Andrew[ADThorpe@mintz.com]; GGC Operations[Operations@genesiscap.co]; GGC Trading[Trading@genesiscap.co]; Risk[risk@genesiscap.co]; Kyle Davies[kyle@threearrowscap.com]; Su Zhu[su.zhu@threearrowscap.com]; Bosworth, Daniel[DBBosworth@mintz.com]
**From:**    Wilson[Wilson@threearrowscap.com]
**Sent:**    Mon 11/23/2020 4:46:21 PM (UTC)
**Subject:** Re: Genesis/Three Arrows Pledged Grayscale Assets

[Three Arrows_Book Entry 11-11_LTC.pdf](#)
[Three Arrows_Book Entry 11-14_BTC.pdf](#)
[Three Arrows_Book Entry 11-17_BTC.pdf](#)
[Three Arrows Capital Ltd - 11-06-2020.pdf](#)

Hi Alexandra,

Please see attached book entries, which have the investment dates and other details.

Thanks,
Wilson

---

**From:** Serre, Alexandra <APSerre@mintz.com>
**Sent:** Tuesday, November 24, 2020 12:06 AM
**To:** 'Martin Garcia' <mgarcia@genesistrading.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jake Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Hamill Serrant <hamill@genesiscap.co>; Thorpe, Andrew <ADThorpe@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>; Bosworth, Daniel <DBBosworth@mintz.com>; Wilson <Wilson@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Thank you Martin, the representation letter has been sent to Reed for signature. In order to complete the remaining documents, could you please send us the investment dates of the new pledged shares?

Thank you!
Ally

**Alexandra Serre**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6226
APSerre@mintz.com | Mintz.com



---

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Friday, November 20, 2020 9:15 PM
**To:** Thorpe, Andrew <ADThorpe@mintz.com>; Serre, Alexandra <APSerre@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jake Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Hamill Serrant <hamill@genesiscap.co>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>; Bosworth, Daniel <DBBosworth@mintz.com>; Wilson <Wilson@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi Andy and Mintz Team,

Another round of shares have seasoned or nearly seasoned and will be replaced for Three Arrows.

These shares should be released:

| Vesting Date | Shares | Txid | Pledged To |
|---|---|---|---|
| 15/11/2020 | 519,657 | 434382 | Genesis |
| 16/11/2020 | 727,639 | 435097 | Genesis |
| 17/11/2020 | 1,190,275 | 435858 | Genesis |
| 19/11/2020 | 415,862 | 437197 | Genesis |
| 25/11/2020 | 443,039 | 439090 | Genesis |

And replaced with thee below:

| Ticker | Vesting Date | Shares | Txid |
|---|---|---|---|
| GBTC | 14/5/2021 | 1,771,946 | 521789 |
| GBTC | 17/5/2021 | 1,049,903 | 523607 |
| ETHE | 6/5/2021 | 95,549 | 517536 |
| LTCN | 12/11/2021 | 534,898 | 519535 |

Please let me know if you need anything further from the Genesis or Three Arrows Teams (both cc'ed)

Thank you,

Martin



**Martin Garcia**
Managing Director
mgarcia@genesistrading.com
t: (212) 668-6673

---

**From:** Thorpe, Andrew <ADThorpe@mintz.com>
**Sent:** Friday, October 23, 2020 4:58 PM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>; Wilson <Wilson@threearrowscap.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>; Bosworth, Daniel <DBBosworth@mintz.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

All,

We sent the attached to the transfer agent this afternoon and the UCC-3 has been sent for filing.

Have a great weekend!

Best,

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
O:  +1.415.432.6089
M:  +1.415.794.6495
adthorpe@mintz.com | Mintz.com



**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Thursday, October 22, 2020 8:33 AM
**To:** Thorpe, Andrew <ADThorpe@mintz.com>; Serre, Alexandra <APSerre@mintz.com>; Wilson <Wilson@threearrowscap.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>; Bosworth, Daniel <DBBosworth@mintz.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Good to go here! Thanks.

**From:** Thorpe, Andrew <ADThorpe@mintz.com>
**Sent:** Wednesday, October 21, 2020 11:54 PM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>; Wilson <Wilson@threearrowscap.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>; Bosworth, Daniel <DBBosworth@mintz.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Martin,

We won't need a new representation letter.  We can rely on the letter from October 7, 2020.

I delivered the legal opinion to Grayscale this evening, so once the parties are signed off on the docs, we can send them for signature via DocuSign.

Best,

**Andrew Thorpe**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
O:  +1.415.432.6089
M:  +1.415.794.6495
adthorpe@mintz.com | Mintz.com

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Wednesday, October 21, 2020 11:54 AM
**To:** Serre, Alexandra <APSerre@mintz.com>; Wilson <Wilson@threearrowscap.com>; Thorpe, Andrew <ADThorpe@mintz.com>

Hamill Serrant <hamill@genesiscap.co>
Cc: Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Confirmed.

**From:** Serre, Alexandra <APSerre@mintz.com>
**Sent:** Wednesday, October 21, 2020 2:45 PM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Wilson <Wilson@threearrowscap.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Martin,

Attached please find the Pledge Supplement, Representation Letter and UCC-3 for the addition of these shares. If you are signed off on these documents I will send go ahead and send the Representation letter for signature.

Thanks,
Ally

**Alexandra Serre**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6226
APSerre@mintz.com | Mintz.com

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Tuesday, October 20, 2020 5:49 PM
**To:** Wilson <Wilson@threearrowscap.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Serre, Alexandra <APSerre@mintz.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi Mintz Team,

We missed some ETHE shares that needed to be pledged.  The list below is the complete list of ETHE that needs to be pledged. You will notice that the highlighted below were not included by my mistake.

Continental Account #: 71

| Trust | Pledged ETHE | Transaction | Investment |
|---|---|---|---|

|  | Shares | Advice Number | Date |
|---|---|---|---|
| Grayscale Ethereum Trust | 116,326 | 413615 | 3/11/2020 |
| Grayscale Ethereum Trust | 95,169 | 413169 | 3/10/2020 |
| Grayscale Ethereum Trust | 235,007 | 464561 | 8/5/2020 |
| Grayscale Ethereum Trust | 21,235 | 431452 | 5/9/2020 |
| Grayscale Ethereum Trust | 86,500 | 441926 | 6/6/2020 |
| Grayscale Ethereum Trust | 90,018 | 442140 | 6/9/2020 |
| Grayscale Ethereum Trust | 63,856 | 443258 | 6/12/2020 |
| Grayscale Ethereum Trust | 4,259 | 445537 | 6/19/2020 |
| **ETHE Total** | **712,370** |  |  |

---

**From:** Wilson <Wilson@threearrowscap.com>
**Sent:** Tuesday, October 13, 2020 9:11 AM
**To:** Thorpe, Andrew <ADThorpe@mintz.com>; Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** Re: Genesis/Three Arrows Pledged Grayscale Assets

Thanks Andrew, please let us know what Continental comes back with.

---

**From:** Thorpe, Andrew <ADThorpe@mintz.com>
**Sent:** Tuesday, October 13, 2020 12:31 AM
**To:** Wilson <Wilson@threearrowscap.com>; Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Wilson,

We sent a release letter to unpledged the 2,076,238 shares of GBTC to Continental last Thursday.  You should be all set, but I will confirm with Continental.

Best,

**Andrew Thorpe**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
O:  +1.415.432.6089
M:  +1.415.794.6495

**From:** Wilson <Wilson@threearrowscap.com>
**Sent:** Monday, October 12, 2020 6:25 AM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** Re: Genesis/Three Arrows Pledged Grayscale Assets

Hi Ally / Mintz team,

Could you please confirm if we have successfully unpledged txid 425243: 2,076,238 shares?

We would need this to be confirmed to make sure this is available for transfer and trading upon seasoning in a week's time.

Please do let us know.

Thanks,
Wilson

---

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Wednesday, October 7, 2020 11:17 PM
**To:** Serre, Alexandra <APSerre@mintz.com>; Hamill Serrant <hamill@genesiscap.co>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi Ally,

Please send everything for execution (if you haven't already). Also, can you confirm that we have officially "un-pledged" Tx ID 425243; 2,076,238 shares. Can you confirm and make sure those will be freely transferable to Three Arrows upon seasoning?



**Martin Garcia**
Managing Director
mgarcia@genesistrading.com
t: (212) 668-6673

---

**From:** Serre, Alexandra <APSerre@mintz.com>
**Sent:** Friday, October 2, 2020 2:40 PM

**To:** Martin Garcia <mgarcia@genesistrading.com>; Hamill Serrant <hamill@genesiscap.co>; Serre, Alexandra <APSerre@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi Martin,

Attached please find the revised Pledge Supplement, UCC-3 and opinion. Each updated to reflect the new schedule including the new shares.

Please let us know if you have any questions.

Thanks,
Ally

**Alexandra Serre**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6226
APSerre@mintz.com | Mintz.com

---

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Thursday, October 1, 2020 4:16 PM
**To:** Hamill Serrant <hamill@genesiscap.co>; Serre, Alexandra <APSerre@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Please see the attached spreadsheet which includes the Investment Date. There was one Vesting date that was off so I updated and highlighted in yellow.

---

**From:** Hamill Serrant <hamill@genesiscap.co>
**Sent:** Thursday, October 1, 2020 3:19 PM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi all – please see attached and let us know if any questions.

Grayscale Litecoin Trust

| Trust | Pledged ETHE Shares | Transaction Advice Number | Investment Date | Vesting Date |
|---|---|---|---|---|
| Grayscale Litecoin Trust | 106,169 | 458424 | - | 7/23/2021 |
| Grayscale Litecoin Trust | 585,413 | 474281 | - | 8/31/2021 |
| | | | | |
| LTCN Total | 691,582 | | | |

Grayscale BCH Trust

| Trust | Pledged ETHE Shares | Transaction Advice Number | Investment Date | Vesting Date |
|---|---|---|---|---|
| Graycale BCH Trust | 530,846 | 458426 | | 7/23/2021 |
| Graycale BCH Trust | 1,703,369 | 474272 | | 9/1/2021 |
| Graycale BCH Trust | 1,171,227 | 475526 | | 9/3/2021 |
| | | | | |
| BCHG Total | 3,405,442 | | | |

Grayscale ETC Trust

| Trust | Pledged ETHE Shares | Transaction Advice Number | Investment Date | Vesting Date |
|---|---|---|---|---|
| Grayscale ETC Trust | 54,717 | 425241 | | 4/25/2021 |
| Grayscale ETC Trust | 133,544 | 425967 | | 4/28/2021 |
| Grayscale ETC Trust | 40,535 | 430081 | | 5/8/2021 |
| Grayscale ETC Trust | 110,420 | 467045 | | 8/12/2021 |
| Grayscale ETC Trust | 221,150 | 474280 | | 8/29/2021 |
| | | | | |
| ETCG Total | 560,366 | | | |

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Thursday, October 1, 2020 2:57 PM
**To:** Serre, Alexandra <APSerre@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Thank you Alexandra. When it rains, it pours!

We just did a new loan for 1300 BTC with the shares below as pledged collateral.  I will ask Hamill to put in our usual format and send here for your convenience.

| Vesting Date | Shares | Txid |
|---|---|---|
| 23/07/2021 | 530,846 | 458426 |
| 1/09/2021 | 1,703,369 | 474272 |
| 3/09/2021 | 1,171,227 | 475526 |

**LTCN**

| Vesting Date | Shares | Txid |
|---|---|---|
| 23/07/2021 | 106,169 | 458424 |
| 31/08/2021 | 585,413 | 474281 |

**ETCG**

| Vesting Date | Shares | Txid |
|---|---|---|
| 25/04/2021 | 54,717 | 425241 |
| 28/04/2021 | 133,544 | 425967 |
| 8/05/2021 | 40,534 | 430081 |
| 12/08/2021 | 110,420 | 467045 |
| 29/08/2021 | 221,150 | 474280 |



**Martin Garcia**
Managing Director
mgarcia@genesistrading.com
t: (212) 668-6673

---

**From:** Serre, Alexandra <APSerre@mintz.com>
**Sent:** Thursday, October 1, 2020 10:39 AM
**To:** Martin Garcia <mgarcia@genesistrading.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

All – attached please also find a new Representation Letter and Opinion in connection with the pledge supplement.

Thanks,
Ally

**Alexandra Serre**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6226
APSerre@mintz.com | Mintz.com

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Wednesday, September 30, 2020 8:29 AM
**To:** Serre, Alexandra <APSerre@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Great. I know Three Arrows Team wants to get the GBTC shares (Tx ID 425243; 2,076,238 shares) free and clear so they are ready to transfer once seasoned.

---

**From:** Serre, Alexandra <APSerre@mintz.com>
**Sent:** Tuesday, September 29, 2020 8:29 PM
**To:** Martin Garcia <mgarcia@genesistrading.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Gautier, Matthew <MBGautier@mintz.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi Martin,

Attached please find a draft of the pledge supplement (marked against the last one we did) along with a draft of the UCC-3.

Thanks,
Ally

**Alexandra Serre**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6226
APSerre@mintz.com | Mintz.com

---

**From:** Gautier, Matthew
**Sent:** Tuesday, September 29, 2020 8:37 AM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Thorpe, Andrew <ADThorpe@mintz.com>; Serre, Alexandra <APSerre@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>; GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson <Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Great, thanks. We will prepare the documents.

-------- Original message --------
**From:** Martin Garcia <mgarcia@genesistrading.com>
**Date:** 9/29/20 8:32 AM (GMT-05:00)
**To:** "Thorpe, Andrew" <ADThorpe@mintz.com>, "Serre, Alexandra" <APSerre@mintz.com>, "Gautier, Matthew"

Cc: Craig Salm <Craig@grayscale.co>, Jacob Karlsruher <jake@grayscale.co>, Legal | Genesis Trading
<Legal@Genesistrading.com>, GGC Operations <Operations@genesiscap.co>, GGC Trading
<Trading@genesiscap.co>, Risk <risk@genesiscap.co>, Wilson <Wilson@threearrowscap.com>, Kyle Davies
<kyle@threearrowscap.com>, Su Zhu <su.zhu@threearrowscap.com>
Subject: RE: Genesis/Three Arrows Pledged Grayscale Assets

Hi Andy,

I just received the details on the new shares:

THREE ARROWS CAPITAL LTD:
Investment Date: 09/23/2020
Transaction Shares: 2,093,488
Transaction Number: 483720

This should be everything you need from us but let me know if you need anything further

**From:** Thorpe, Andrew <ADThorpe@mintz.com>
**Sent:** Monday, September 28, 2020 9:57 PM
**To:** Martin Garcia <mgarcia@genesistrading.com>; Serre, Alexandra <APSerre@mintz.com>; Gautier, Matthew
<MBGautier@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>;
GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson
<Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** RE: Genesis/Three Arrows Pledged Grayscale Assets

Martin,

I'm just following up here.  We will need to complete a pledge supplement to be signed by all the parties (including Grayscale), and
a UCC-3 collateral change filing.  We will prepare the documents, and get back to you if we need additional information (such as
the transaction advice numbers for the newly created shares).

Best,

**Andrew Thorpe**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
O:  +1.415.432.6089
M:  +1.415.794.6495
adthorpe@mintz.com | Mintz.com

**From:** Martin Garcia <mgarcia@genesistrading.com>
**Sent:** Friday, September 25, 2020 1:51 PM
**To:** Thorpe, Andrew <ADThorpe@mintz.com>; Serre, Alexandra <APSerre@mintz.com>; Gautier, Matthew
<MBGautier@mintz.com>
**Cc:** Craig Salm <Craig@grayscale.co>; Jacob Karlsruher <jake@grayscale.co>; Legal | Genesis Trading <Legal@Genesistrading.com>;
GGC Operations <Operations@genesiscap.co>; GGC Trading <Trading@genesiscap.co>; Risk <risk@genesiscap.co>; Wilson
<Wilson@threearrowscap.com>; Kyle Davies <kyle@threearrowscap.com>; Su Zhu <su.zhu@threearrowscap.com>
**Subject:** Genesis/Three Arrows Pledged Grayscale Assets

Hi Mintz Team,

Three Arrows would like to replace pledged GBTC shares (TpID 425243; 2,076,238 shares) with their latest creation for 2,093,488 (I'll get complete details).

Below is the complete list of pledged assets with Three Arrows for your convenience. I have included the Three Arrows Team here. Please let us know what we need to do to complete.

| Trust | Pledged GBTC Shares | Transaction Advice Number | Investment Date |
|-------|--------------------|--------------------------|----------------|
| Grayscale Bitcoin Trust (BTC) | 1,190,275 | 435858 | 5/20/2020 |
| Grayscale Bitcoin Trust (BTC) | 519,657 | 434382 | 5/16/2020 |
| Grayscale Bitcoin Trust (BTC) | 415,862 | 437197 | 5/22/2020 |
| Grayscale Bitcoin Trust (BTC) | 2,076,238 | 425243 | 5/25/2020 |
| Grayscale Bitcoin Trust (BTC) | 727,639 | 435097 | 5/19/2020 |
| Grayscale Bitcoin Trust (BTC) | 443,039 | 439090 | 5/28/2020 |
| **GBTC Total** | **5,372,710** | | |

| Trust | Pledged ETHE Shares | Transaction Advice Number | Investment Date |
|-------|--------------------|--------------------------|----------------|
| Grayscale Ethereum Trust | 116,326 | 413615 | 3/11/2020 |
| Grayscale Ethereum Trust | 95,169 | 413169 | 3/10/2020 |
| Grayscale Ethereum Trust | 235,007 | 464561 | 8/5/2020 |
| **ETHE Total** | **446,502** | | |



**Martin Garcia**
Managing Director
mgarcia@genesistrading.com
t: (212) 668-6673

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. Genesis Global Trading, Inc. (Member FINRA/SIPC, MSRB Registered) ("Genesis Global Trading") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. Genesis Global Trading reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e-mail address may be stored on the Genesis Global Trading mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which

to make an investment decision and any information contained herein should not be used as a basis for this purpose. Genesis Global Trading does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments
to this message are intended for the exclusive use of the addressee(s)
and may contain confidential or privileged information. If you are not
the intended recipient, or the person responsible for delivering the
e-mail to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing,
or copying is strictly prohibited. Please notify Mintz, Levin, Cohn,
Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at
DirectorofIT@Mintz.com, and destroy all copies of this message and any
attachments. You will be reimbursed for reasonable costs incurred in
notifying us.

_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____

This e-mail may contain information that is confidential or protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

_____

This e-mail may contain information that is confidential and protected from disclosure. If you are not an intended recipient of this e-mail, please delete and do not duplicate or redistribute it. Unless specifically indicated, this e-mail is not an offer nor a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, nor an official statement of Three Arrows Capital Pte. Ltd. Please note that we reserve the right to review content of emails and instant messages passing through our IT systems. Calls may be recorded for quality and monitoring purposes. Please refer to our website at www.threearrowscap.com for any further Terms and Conditions

# EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated June 4th, 2020 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Three Arrows Capital Ltd ("Three Arrows") on January 10th, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Three Arrows |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 1,000 BTC |
| Borrow Fee: | 9.125% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | 446,928 shares of ETHE |
| | Transaction Advice Numbers: 413615, 338169, 413169, 340230, 341025, 342822 |
| Margin Limit: | 100.00% of loan value (on a net loan basis) |
| Margin Refund: | 150.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 125.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC    Three Arrows Capital Ltd

By: _____
Name: Kristopher Johnson
Title: Senior Risk Officer

By: _____
Name: Kyle Davies
Title: Chairman

| | |
|---|---|
| **From:** | Martin Garcia |
| **To:** | Thorpe, Andrew; Serre, Alexandra; Gautier, Matthew |
| **Cc:** | Craig Salm; Jake Karlsruher; Legal | Genesis Trading; GGC Operations; GGC Trading; Risk; Wilson; Kyle Davies; Su Zhu |
| **Subject:** | Genesis/Three Arrows Pledged Grayscale Assets |
| **Date:** | Friday, September 25, 2020 4:51:07 PM |
| **Attachments:** | image001.png |

Hi Mintz Team,

Three Arrows would like to replace pledged GBTC shares (Tx ID 425243; 2,076,238 shares) with their latest creation for 2,093,488 (I'll get complete details).

Below is the complete list of pledged assets with Three Arrows for your convenience. I have included the Three Arrows Team here. Please let us know what we need to do to complete.

| Trust | Pledged GBTC Shares | Transaction Advice Number | Investment Date |
|---|---|---|---|
| Grayscale Bitcoin Trust (BTC) | 1,190,275 | 435858 | 5/20/2020 |
| Grayscale Bitcoin Trust (BTC) | 519,657 | 434382 | 5/16/2020 |
| Grayscale Bitcoin Trust (BTC) | 415,862 | 437197 | 5/22/2020 |
| Grayscale Bitcoin Trust (BTC) | 2,076,238 | 425243 | 5/25/2020 |
| Grayscale Bitcoin Trust (BTC) | 727,639 | 435097 | 5/19/2020 |
| Grayscale Bitcoin Trust (BTC) | 443,039 | 439090 | 5/28/2020 |
| **GBTC Total** | **5,372,710** | | |

| Trust | Pledged ETHE Shares | Transaction Advice Number | Investment Date |
|---|---|---|---|
| Grayscale Ethereum Trust | 116,326 | 413615 | 3/11/2020 |
| Grayscale Ethereum Trust | 95,169 | 413169 | 3/10/2020 |
| Grayscale Ethereum Trust | 235,007 | 464561 | 8/5/2020 |
| **ETHE Total** | **446,502** | | |



**Martin Garcia**
Managing Director
mgarcia@genesistrading.com
t: (212) 668-6673

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. Genesis Global Trading, Inc. (Member FINRA/SIPC, MSRB Registered) ("Genesis Global Trading") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. Genesis Global Trading reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e mail address may be stored on the Genesis Global Trading mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. Genesis Global Trading does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business .

| | |
|---|---|
| **From:** | Warren Wynn |
| **To:** | Thorpe, Andrew; Serre, Alexandra; Gautier, Matthew |
| **Cc:** | Craig Salm; Jake Karlsruher; Legal \| Genesis Trading; Hamill Serrant; GGC Operations; GGC Trading; Risk; Kyle Davies; Su Zhu; Bosworth, Daniel; Wilson |
| **Subject:** | Genesis/Three Arrows Pledged Grayscale Assets |
| **Date:** | Tuesday, January 26, 2021 7:23:38 AM |
| **Attachments:** | image003.png |

Hi Mintz Team,

I hope all is well. We'd like to begin the process of replacing Three Arrows pledged Grayscale shares when possible. I'll copy a breakdown below and please let us know if anything else is needed.

These shares should be released:

| Ticker | Vesting Date | Shares | Txid | Pledged To | New Shares |
|---|---|---|---|---|---|
| ETHE | 2/02/2021 | 235,007 | 464561 | Genesis | 2,115,063 |
| ETHE | 6/5/2021 | 95,549 | 517536 | Genesis | 859,941 |
| ETCG | 25/04/2021 | 54,717 | 425241 | Genesis | |
| ETCG | 28/04/2021 | 133,544 | 425967 | Genesis | |
| ETCG | 8/05/2021 | 40,534 | 430081 | Genesis | |

And replaced with the below:

| Ticker | Vesting Date | Shares | Txid | Pledged To |
|---|---|---|---|---|
| GBTC | 22/6/2021 | 1,577,879 | 558736 | Genesis |

Thank you!



**Warren Wynn**
Genesis Global Capital
Operations Manager
646-659-8238

| | |
|---|---|
| **From:** | Martin Garcia |
| **To:** | Thorpe, Andrew; Serre, Alexandra; Gautier, Matthew |
| **Cc:** | Craig Salm; Jake Karlsruher; Legal | Genesis Trading; Hamill Serrant; GGC Operations; GGC Trading; Risk; Kyle Davies; Su Zhu; Bosworth, Daniel; Wilson |
| **Subject:** | RE: Genesis/Three Arrows Pledged Grayscale Assets |
| **Date:** | Tuesday, December 15, 2020 7:10:17 PM |
| **Attachments:** | image002.png |
| | image006.png |
| | image007.png |
| | THREE ARROWS CAPITAL LTD - 12-05-2020.pdf |

Hi Andy and Mintz Team,

Another round of shares have seasoned or nearly seasoned and will be replaced for Three Arrows.

These shares should be released:

| Ticker | Vesting Date | Shares | Txid | Pledged To |
|--------|-------------|--------|------|-----------|
| ETHE | 5/01/2021 | 95,169 | 413169 | Genesis |
| ETHE | 5/01/2021 | 116,326 | 413615 | Genesis |
| ETHE | 5/01/2021 | 21,235 | 431452 | Genesis |
| ETHE | 5/01/2021 | 86,500 | 441926 | Genesis |
| ETHE | 5/01/2021 | 90,018 | 442140 | Genesis |
| ETHE | 5/01/2021 | 63,856 | 443258 | Genesis |
| ETHE | 5/01/2021 | 4,259 | 445537 | Genesis |
| GBTC | 7/02/2021 | 1,044,109 | 465654 | Genesis |

And replaced with thee below: (Book Entry Statement Attached)

| Ticker | Vesting Date | Shares | Txid | Pledged To |
|--------|-------------|--------|------|-----------|
| GBTC | 5/6/2021 | 2,719,832 | 538153 | Genesis |

Please let me know if you need anything further from the Genesis or Three Arrows Teams (both cc'ed).

Thank you,

Martin



**Martin Garcia**
Managing Director
mgarcia@genesistrading.com
t: (212) 668-6673

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. Genesis Global Trading, Inc. (Member FINRA/SIPC, MSRB Registered) ("Genesis Global Trading") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. Genesis Global Trading reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e mail address may be stored on the Genesis Global Trading mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. Genesis Global Trading does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business .

Genesis lends 1300 BTC at 10% ann.
Open Term against:

- 3.4m shs BCHG
- 700k shs LTCN
- 560k shs ETCG

Pledging process will kick off on email thread initiated by @pauer31 , term sheet coming up shortly   11:20 AM



**Wilson P**
thanks Ro  11:21 AM

**Deleted Account**
BNB txid:
e4bba46d0b62e9de2928e44c048aac8b9d02b5cdb745f00c2c93262b04fc5160   11:32 AM



**Roshun Patel** ⭐
> **Roshun Patel**
> Genesis lends 1300 BTC at 10% ann. Open T...

let us know the IDs for these when you have, for the term sheet   11:33 AM

looking to:
1) get 1300 BTC for the pledges
2) return all TRX (97.1m TRX)
3) return the 11m you posted, get back
300 YFI to close out the 0% swap

8:23 AM

**Roshun Patel** 
1) works, getting that out now   8:24 AM

2) does refinancing to 8% ann. work
still?   8:24 AM



**Wilson P**
yep, 8% would work   8:24 AM



**Roshun Patel** 
okay cool lets refi the TRX to 8% for
now then   8:25 AM



**Wilson P**
Sounds good thx   8:30 AM



**Roshun Patel** ⭐
for the YFI loan given the price move
now can you send 4.4M ahead to bring
margin back to the initial 1.1x level

