# EXHIBIT Z
# Email

**To:** Jacob Hinkle[JHinkle@TradeStation.com]; Hamill Serrant[hamill@genesiscap.co]; Institutional Relationship Management[RM@tradestation.com]
**Cc:** Arianna Pretto-Sakmann[Arianna@Genesistrading.com]; Matthew Ballensweig | Genesis Cap[Matt@genesiscap.co]; Griffin Tiedy[GTiedy@genesistrading.com]; Leroy Lin[LLin@genesistrading.com]; Adim Offurum[adim@genesiscap.co]
**From:** Andrew Sullivan[asullivan@genesistrading.com]
**Sent:** Thur 6/16/2022 4:47:54 PM (UTC)
**Subject:** RE: TAC GBTC
Genesis-TradeStation-Notice_of_Exclusive_Control.pdf

Thanks so much for your quick response. Attached is an executed notice. Please let us know what the next steps are to take control of the shares and transfer them to our accounts.

**From:** Jacob Hinkle <JHinkle@TradeStation.com>
**Sent:** Thursday, June 16, 2022 12:26 PM
**To:** Andrew Sullivan <asullivan@genesistrading.com>; Hamill Serrant <hamill@genesiscap.co>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Griffin Tiedy <GTiedy@genesistrading.com>; Leroy Lin <LLin@genesistrading.com>; Adim Offurum <adim@genesiscap.co>
**Subject:** RE: TAC GBTC

[EXTERNAL]

Andrew, yes, this is sufficient.  Please provide the executed copy when ready.

**Jake Hinkle**
Managing Director, TradeStation Securities, Inc.
Director of Trading, TradeStation Crypto, Inc.



Direct: (954)-652-7483
jhinkle@tradestation.com

**From:** Andrew Sullivan <asullivan@genesistrading.com>
**Sent:** Thursday, June 16, 2022 12:21 PM
**To:** Hamill Serrant <hamill@genesiscap.co>; Jacob Hinkle <JHinkle@TradeStation.com>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Griffin Tiedy <GTiedy@genesistrading.com>; Leroy Lin <LLin@genesistrading.com>; Adim Offurum <adim@genesiscap.co>
**Subject:** RE: TAC GBTC

Could you let us know whether the attached notice would be sufficient? Also attached here is the notice of default provided to Three Arrows, which we will attach to the executed notice.

**From:** Hamill Serrant <hamill@genesiscap.co>
**Sent:** Thursday, June 16, 2022 10:53 AM
**To:** Jacob Hinkle <JHinkle@TradeStation.com>; Andrew Sullivan <asullivan@genesistrading.com>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Griffin Tiedy <GTiedy@genesistrading.com>; Leroy Lin <LLin@genesistrading.com>; Adim Offurum <adim@genesiscap.co>
**Subject:** RE: TAC GBTC

Hi Jacob –

Noted here. We'll work on that now

**From:** Jacob Hinkle <JHinkle@TradeStation.com>
**Sent:** Thursday, June 16, 2022 9:50 AM
**To:** Andrew Sullivan <asullivan@genesistrading.com>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Hamill

Serrant <hamill@genesiscap.co>; Griffin Tiedy <GTiedy@genesistrading.com>; Leroy Lin <LLin@genesistrading.com>
**Subject:** RE: TAC GBTC

[EXTERNAL]

The notice to TradeStation should be signed by either Kristopher Johnson or Adim Offurum.

## Jake Hinkle

Managing Director, TradeStation Securities, Inc.
Director of Trading, TradeStation Crypto, Inc.

**TradeStation**

Direct: (954)-652-7483
jhinkle@tradestation.com

---

**From:** Jacob Hinkle <JHinkle@TradeStation.com>
**Sent:** Thursday, June 16, 2022 9:13 AM
**To:** Andrew Sullivan <asullivan@genesistrading.com>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Hamill Serrant <hamill@genesiscap.co>; Griffin Tiedy <GTiedy@genesistrading.com>; Leroy Lin <LLin@genesistrading.com>
**Subject:** Re: TAC GBTC

Andrew, please provide the notice on an executed document and please provide the default notice that was sent to Three Arrows.

Get Outlook for iOS

---

**From:** Andrew Sullivan <asullivan@genesistrading.com>
**Sent:** Thursday, June 16, 2022 8:23:51 AM
**To:** Jacob Hinkle <JHinkle@TradeStation.com>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>; Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Hamill Serrant <hamill@genesiscap.co>; Griffin Tiedy <GTiedy@genesistrading.com>; Leroy Lin <LLin@genesistrading.com>
**Subject:** RE: TAC GBTC

Hi Jake,
Three Arrows Capital has defaulted on their loans and we need to take control of the collateral in the account and move it to our account. Can you let me know what we need to do to provide you with a notice of exclusive control (or whatever else you need) pursuant to the Account Control Agreement? Is this email sufficient, or do you need something else more formal?
Thanks,
Andrew



**Andrew Sullivan**
General Counsel, Lending
Genesis Global Trading, Inc.
250 Park Avenue South, 5th Floor
New York, NY 10003
(212) 668-6686
asullivan@genesistrading.com

---

**From:** Jacob Hinkle <RM@tradestation.com>
**Sent:** Tuesday, June 14, 2022 9:44 AM
**To:** Griffin Tiedy <GTiedy@genesistrading.com>; Hamill Serrant <hamill@genesiscap.co>; Institutional Relationship Management <RM@tradestation.com>
**Cc:** Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Leroy Lin <LLin@genesistrading.com>; Genesis Global Capital Legal

<Legal@Genesiscap.co>
**Subject:** RE: TAC GBTC

[EXTERNAL]

Griffin, you should have full visibility to the account (ID's were issued to you, Adim and Kristopher), but if you have having issues with your login please let us know, so we can address that.  I'm showing 26,371,992 shares of GBTC in account 11345090.  Correct, assets cannot be moved out of this account without approval from Genesis.


## Jake Hinkle
Managing Director, TradeStation Securities, Inc.
Director of Trading, TradeStation Crypto, Inc.



Direct: (954)-652-7483
jhinkle@tradestation.com

**From:** Griffin Tiedy <GTiedy@genesistrading.com>
**Sent:** Tuesday, June 14, 2022 9:08 AM
**To:** Hamill Serrant <hamill@genesiscap.co>; Jacob Hinkle <JHinkle@TradeStation.com>
**Cc:** Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Leroy Lin <LLin@genesistrading.com>; Genesis Global Capital Legal <Legal@Genesiscap.co>
**Subject:** Re: TAC GBTC

Hey Jake,

Following up here. Can you please provide an update as soon as you can.

Thanks,
Griffin

**From:** Hamill Serrant <hamill@genesiscap.co>
**Sent:** Monday, June 13, 2022 9:14 PM
**To:** Griffin Tiedy <GTiedy@genesistrading.com>; Jacob Hinkle <JHinkle@TradeStation.com>
**Cc:** Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Leroy Lin <LLin@genesistrading.com>; Genesis Global Capital Legal <Legal@Genesiscap.co>
**Subject:** RE: TAC GBTC

+ broader team to the thread

**From:** Griffin Tiedy <GTiedy@genesistrading.com>
**Sent:** Monday, June 13, 2022 8:22 PM
**To:** Jacob Hinkle <JHinkle@TradeStation.com>
**Cc:** Matthew Ballensweig | Genesis Cap <Matt@genesiscap.co>; Hamill Serrant <hamill@genesiscap.co>; Leroy Lin <LLin@genesistrading.com>
**Subject:** TAC GBTC

Hey Jake,

I wanted to check in to see if you could confirm the amount of GBTC held in TAC's TradeStation account (the one we have an ACA on). Also can you please confirm these shares cannot be moved without permission from Genesis?

Thanks,
Griffin

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose,

or distribute this message or its contents to any other person and any such actions may be unlawful. Genesis Global Trading, Inc. (Member FINRA/SIPC, MSRB Registered) ("Genesis Global Trading") does not accept time sensitive, action-oriented messages or transactional orders, including orders to purchase or sell securities, via e-mail. Genesis Global Trading reserves the right to monitor and review the content of all messages sent to or from this e mail address. Messages sent to or from this e mail address may be stored on the Genesis Global Trading mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. Genesis Global Trading does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business .

All electronic communication is subject to the firm's electronic communication policy available on our [website](). If you received this in error, please contact the sender and delete the material from any computer.

All electronic communication is subject to the firm's electronic communication policy available on our [website](). If you received this in error, please contact the sender and delete the material from any computer.

All electronic communication is subject to the firm's electronic communication policy available on our [website](). If you received this in error, please contact the sender and delete the material from any computer.