Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Andrew Weaver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 528 & 530** |

### NOTICE OF WITHDRAWAL AS MOOT OF
### THE DEBTORS' FIRST OMNIBUS OBJECTION
### (SUBSTANTIVE) TO CLAIM NOS. 523, 526, AND 527
### PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007
### (NO LIABILITY) AND RELATED MOTION FOR AUTHORITY
### TO REDACT AND FILE CERTAIN INFORMATION UNDER SEAL

**PLEASE TAKE NOTICE** that, on or about May 22, 2023, Three Arrows Capital Ltd. ("3AC") filed substantively identical proofs of claim numbered 523, 526 and 527 against Holdco, GGC and GAP, respectively (the "Original Claims").

**PLEASE TAKE FURTHER NOTICE** that, on July 19, 2023, the Debtors filed the *Debtors' First Omnibus Objection (Substantive) to Claim Nos. 523, 526 and 527 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 530) (the "Objection"), and the *Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection With the Debtors' First Omnibus Objection (Substantive) to Claim Nos. 523, 526*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

and 527 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 528) (the "Sealing Motion").

**PLEASE TAKE FURTHER NOTICE** that, on August 18, 2023, 3AC filed claim Nos. 981, 982 and 990 (the "Amended Claims") amending and superseding the Original Claims.

**PLEASE TAKE FURTHER NOTICE** that, on August 23, 2023, in light of the filing of the Amended Claims, the Debtors adjourned, *sine die*, the Objection (ECF No. 617).

**PLEASE TAKE FURTHER NOTICE** that, on September 1, 2023, the Debtors filed the *Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 658) (the "Renewed Objection") and the *Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection With the Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Renewed Sealing Motion") (ECF No. 656).

**PLEASE TAKE FURTHER NOTICE** that, in light of the filing of the Renewed Objection against the Amended Claims and Renewed Sealing Motion, the Debtors hereby withdraw as moot the Objection and Sealing Motion.

| | |
|---|---|
| Dated: September 1, 2023<br>New York, New York | */s/ Luke A Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Andrew Weaver<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |