Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
       adam.goldberg@lw.com
       brett.neve@lw.com
       nacif.taousse@lw.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (*pro hac vice* pending)
Emily R. Orman (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: nima.mohebbi@lw.com
       tiffany.ikeda@lw.com
       emily.orman@lw.com

*Counsel to the Foreign Representatives
of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENESIS GLOBAL HOLDCO, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |

**OBJECTION TO THE DEBTORS' MOTION TO SHORTEN THE NOTICE PERIOD
FOR DEBTORS' MOTION FOR ENTRY OF A SCHEDULING ORDER CONCERNING
THEIR SECOND OMNIBUS OBJECTION TO CLAIMS BY THE FOREIGN
REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD**

Russell Crumpler and Christopher Farmer, in their capacities as the duly authorized foreign representatives (the "**Foreign Representatives**") of Three Arrows Capital, Ltd. ("**3AC**"), by and through the undersigned counsel, hereby submit this objection to the *Debtors' Motion To Shorten The Notice Period For Debtors' Motion For Entry Of A Scheduling Order Concerning The*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Debtors' Second Omnibus Objection (Substantive) To Claim Nos. 523, 526, 527, 981, 982 And 990 Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability)* (Docket No. 660) (the "**Motion to Shorten**") filed by Debtors Genesis Global Holdco, LLC ("**GGH**"), Genesis Global Capital, LLC ("**GGC**"), and Genesis Asia Pacific, Pte. Ltd. ("**GAP**") (the "**Debtors**"). In support of this Objection, the Foreign Representatives respectfully represent as follows:

## OBJECTION

1. The Debtors filed the Motion to Shorten with respect to a scheduling motion for their Objection to the Foreign Representatives claims (Docket No. 659, the "**Scheduling Motion**")[2] on the Friday evening before the Labor Day weekend. The Debtors proposed response deadline for the Scheduling Motion is at 2:00 p.m. ET on Tuesday—leaving the Foreign Representatives less than one business day to object to the Scheduling Motion. But they have provided no evidence to support this emergency, i.e. why this scheduling motion could not be heard two days later, much less why the resolution of the Foreign Representatives' claims before or after the deadlines sought in their Scheduling Motion could impact creditor distributions.

2. The Debtors cannot provide any justification for such a snap hearing because there is no timeline yet established for plan confirmation, and it is clear that the plan process remains fluid based on creditor statements filed in response to the Debtors' announcement of a settlement term sheet among the Debtors, the Official Committee of Unsecured Creditors, and Digital Currency Group.

3. The Scheduling Motion should be adjourned to a time that both gives the Foreign Representatives a reasonable opportunity to respond and for the Court to review the issues before

---

[2] The Scheduling Motion is the *Motion For Entry Of A Scheduling Order Concerning The Debtors' Second Omnibus Objection (Substantive) To Claim Nos. 523, 526, 527, 981, 982 And 990 Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability),* Docket No. 659.

2

a hearing. A hearing on the Scheduling Motion will be more efficient and more fairly adjudicate the issues after the Joint Liquidators have more than half of a business day to lay out their proposed schedule, and most importantly, to explain to the Court why their proposed schedule is more appropriate.

4. On September 2, 2023, the day after filing of the Motion to Shorten, the Foreign Representatives informed the Debtors they would consent to a hearing on Friday September 8 or as soon thereafter as the parties may be heard, with a requirement to respond on the day prior to the hearing by 5 pm ET on the day prior (or such other time as the Court may order). The Debtors refused to negotiate on the Motion to Shorten in any way.

5. Because the Debtors have not shown good cause to require the Foreign Representatives to respond to the Scheduling Motion in less than one business day, the Court should deny the Motion to Shorten and set hearing on Friday September 8 or as soon thereafter as the parties may be heard, with a requirement to respond on the day prior to the hearing by 5 pm ET on the day prior (or such other time as the Court may order).

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 3, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Christopher Harris*<br>Adam J. Goldberg<br>Christopher Harris<br>Brett M. Neve<br>Nacif Taousse<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>          christopher.harris@lw.com<br>          brett.neve@lw.com<br>          nacif.taousse@lw.com<br><br>– and –<br><br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>Emily R. Orman (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  nima.mohebbi@lw.com<br>          tiffany.ikeda@lw.com<br>          emily.orman@lw.com<br><br>*Counsel to the Foreign Representatives*<br>*of Three Arrows Capital, Ltd.* |

4

**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENESIS GLOBAL HOLDCO, LLC, *et al.*[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER DENYING DEBTORS' MOTION TO SHORTEN THE NOTICE PERIOD FOR DEBTORS' MOTION FOR ENTRY OF A SCHEDULING ORDER CONCERNING THE DEBTORS' SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIM NOS. 523, 526, 527, 981, 982 AND 990 PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

Upon the consideration of *Debtors' Motion to Shorten the Notice Period for the Debtors' Motion for Entry of a Scheduling Order Concerning the Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability)* (the "**Motion to Shorten**") filed by the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**") and the *Foreign Representatives' Objection to the Debtors' Motion for an Entry of a Scheduling Order Concerning the Debtors' Second Omnibus Objection to Claims by the Foreign Representatives of Three Arrows Capital, Ltd.* (the "**Objection**")[4]; and the court having found that the relief requested in the Motion to Shorten is not in the best interests of the creditors; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

The Motion to Shorten is DENIED as set forth herein.

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[4] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection to Shorten.

The Court will hold a hearing on the Debtors' *Motion For Entry Of A Scheduling Order Concerning The Debtors' Second Omnibus Objection (Substantive) To Claim Nos. 523, 526, 527, 981, 982 And 990 Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability)*, ECF No. 659 (the "**Scheduling Motion**") on September __, 2023 at ____ a.m./p.m. Eastern Time.

Any objection or responses to the Scheduling Motion shall be filed by September __, 2023 at ____ a.m./p.m. Eastern Time.

This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: September ___, 2023

    New York, New York

 

HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE