# EXHIBIT 3

## EXHIBIT B

## LOAN TERM SHEET

The following loan agreement dated November 11, 2022, and is an extension of the loan agreement dated January 24th, 2022, and incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Digital Currency Group, Inc ("Digital Currency Group") on May 16th, 2018 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Digital Currency Group |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 100,000,000 USD |
| Borrow Fee: | 12.00% annual |
| Loan Type: | Fixed Term |
| Maturity Date: | May 11, 2023 |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC         Digital Currency Group, Inc

By: *Arianna Pretto-Sakmann* (DocuSigned)         By: *Mike Katz* (DocuSigned)
Name: Arianna Pretto-Sakmann         Name: Mike Katz
Title: Chief Legal Officer         Title: Director of Legal