# EXHIBIT 4

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated February 23rd, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Digital Currency Group, Inc ("Digital Currency Group") on May 16th, 2018 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Digital Currency Group |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 100,000,000 USD |
| Borrow Fee: | 10.00% annual |
| Loan Type: | Fixed Term |
| Maturity Date: | August 23rd, 2022 |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC        Digital Currency Group, Inc

By: _Adim Offurum_ (DocuSigned, 51A74E1BFF2C494...)
Name: Adim Offurum
Title: Vice President

By: _Michael Kraines_ (DocuSigned, 0FF6B7DD9E884E8...)
Name: Michael Kraines
Title: CFO