# EXHIBIT 6

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated May 9th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Digital Currency Group, Inc ("Digital Currency Group") on May 16th, 2018 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Digital Currency Group |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 200,000,000 USD |
| Borrow Fee: | 10.66% annual |
| Loan Type: | Fixed Term |
| Maturity Date: | May 9th, 2023 |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC          Digital Currency Group, Inc

By: _____          By: _____
    DocuSigned by:                         DocuSigned by:
    Adim Offurum                           Michael Kraines
    51A74E1BFF2C494...                     0FF6B7DD9E884E8...
Name: Adim Offurum                     Name: Michael Kraines
Title: Vice President                  Title: CFO