# EXHIBIT 7

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated May 10th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and Digital Currency Group, Inc ("Digital Currency Group") on May 16th, 2018 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | Digital Currency Group |
| Borrowed Asset: | USD |
| Amount of Borrowed Asset: | 100,000,000 USD |
| Borrow Fee: | 10.66% annual |
| Loan Type: | Fixed Term |
| Maturity Date: | May 10th, 2023 |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC         Digital Currency Group, Inc

By: _____         By: _____
Name: Adim Offurum                 Name: Michael Kraines
Title: Vice President              Title: CFO