# EXHIBIT 9

| | |
|---|---|
| **From:** | Andrew Sullivan |
| **To:** | Gregory@dcg.co; Robyn Smith; Jordan@dcg.co; legal@dcg.co; updates@dcg.co |
| **Cc:** | Alice Chan; Arianna Pretto-Sakmann |
| **Subject:** | RE: DCG USD Loans |
| **Attachments:** | image001.png |
| | Wire Instructions - Genesis Global Capital LLC.pdf |

We anticipate that you may be sending us a request for wire instructions in connection with the Maturity Dates for the Outstanding Loans (as defined below).  Attached please find the wire instructions for payment of the loans due to Genesis Global Capital, LLC ("Genesis") from Digital Currency Group, Inc. ("DCG") and DCG International Investments, LLC ("DCG International"), including, without limitation: (a) that certain Loan Term Sheet between Genesis and DCG, dated as of January 24, 2022, as extended by the Loan Term Sheet dated as of November 11, 2022, with respect to a Loan with a principal amount equal to $100,000,000, which is due to mature on May 11, 2023; (b) that certain Loan Term Sheet between Genesis and DCG, dated as of February 23, 2022, as extended by the Loan Term Sheet dated as of November 11, 2022, with respect to a Loan with a principal amount equal to $100,000,000, which is due to mature on May 11, 2023; (c) that certain Loan Term Sheet between Genesis and DCG, dated as of May 9, 2022, with respect to a Loan with a principal amount equal to $200,000,000, which matured on May 9, 2023; (d) that certain Loan Term Sheet between Genesis and DCG, dated as of May 10, 2022, with respect to a Loan with a principal amount equal to $100,000,000, due to mature on May 10, 2023; and (e) that certain Loan Term Sheet between Genesis and DCG International, dated as of June 18, 2022, as extended by the Loan Term Sheet dated as of November 10, 2022, with respect to a Loan with a principal amount equal to 18,697.74308758 BTC (of which 4,550.45173345 BTC remains outstanding), which is due to mature on May 11, 2023, each made under that certain Amended and Restated Master Loan Agreement by and between Genesis and DCG, dated as of November 10, 2022 (the "MLA") or that certain Master Loan Agreement between Genesis and DCG International, dated as of June 21, 2019 (the "DCGI International MLA").  This is the BTC address for delivery: 1MgYrPP4vmLvxKxFGkbDKSobcsPGboUJfG

Please send a test and the Genesis operations team will confirm receipt prior to sending the full balance

---

**From:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>
**Sent:** Wednesday, May 10, 2023 12:25 PM
**To:** Gregory Ingrassia <Gregory@genesistrading.onmicrosoft.com>; Robyn Smith <Robyn@dcg.co>; Jordan@dcg.co; legal@dcg.co
**Cc:** Andrew Sullivan <asullivan@genesistrading.com>; Alice Chan <AChan@genesistrading.com>
**Subject:** FW: DCG USD Loans

I am sending this one more time, since I see that the convention for some of the addresses below shows incorrectly, possibly due to the recent migration of DCG away from the Genesis email system. In any event, Legal at DCG should have received this first time around, late last night.  Thank you.

**Arianna Pretto-Sakmann**
Chief Legal Officer
Genesis Global Trading, Inc.
th



250 Park Avenue South, 5 Floor
New York, NY 10003
M +1 646 416 4571
arianna@genesistrading.com

---

**From:** Arianna Pretto-Sakmann
**Sent:** Tuesday, May 9, 2023 11:59 PM
**To:** Gregory Ingrassia <Gregory@genesistrading.onmicrosoft.com>; legal@dcg.co; Robyn Smith <Robyn@genesistrading.onmicrosoft.com>; Jordan Fitterman <Jordan@genesistrading.onmicrosoft.com>
**Cc:** Alice Chan <AChan@genesistrading.com>; Genesis Global Capital Lending <Lend@genesiscap.co>
**Subject:** RE: DCG USD Loans

As requested.



**Arianna Pretto-Sakmann**
Chief Legal Officer
Genesis Global Trading, Inc.
250 Park Avenue South, 5th Floor
New York, NY 10003
M +1 646 416 4571
arianna@genesistrading.com

---

**From:** Gregory Ingrassia <Gregory@dcg.co>
**Sent:** Tuesday, May 9, 2023 10:37:55 PM
**To:** Genesis Global Capital Lending <Lend@genesiscap.co>; Alice Chan <AChan@genesistrading.com>
**Cc:** DCG Legal <legal@dcg.co>; Robyn Smith <Robyn@dcg.co>; Jordan Fitterman <Jordan@dcg.co>
**Subject:** DCG USD Loans

[EXTERNAL]

Pursuant to section II(c)(i) of that certain Amended and Restated Master Loan Agreement by and between Genesis Global Capital, LLC ("Genesis") and Digital Currency Group, Inc. ("DCG"), dated as of November 10, 2022 (the "MLA"), DCG is requesting that Genesis provide the wire instructions for the repayment of the outstanding Loans (as defined in the MLA) in an aggregate principal amount of $500 million issued pursuant to (a) that certain Loan Term Sheet, dated as of January 24, 2022, as extended by the Loan Term Sheet date as of November 11, 2022, with respect to a Loan with a principal amount equal to $100,000,000; (b) that certain Loan Term Sheet, dated as of February 23, 2022, as extended by the Loan Term Sheet dated as of November 11, 2022, with respect to a Loan

with a principal amount equal to $100,000,000; (c) that certain Loan Term Sheet, dated as of May 9, 2022, with respect to a Loan with a principal amount equal to $200,000,000; and (d) that certain Loan Term Sheet, dated as of May 10, 2022, with respect to a Loan with a principal amount equal to $100,000,000 ((a) – (d), the "Outstanding Loans").

We understand that this request triggers the automatic conversion of the Outstanding Loans to Open Loans (as defined in the MLA), consistent with our prior course of dealing. We will continue to pay the Loan Fees on the Outstanding Loans as specified in the Loan Term Sheets. Please let us know if any questions.

**Gregory Ingrassia**
**Head of Execution**
**Digital Currency Group** ™
gregory@dcg.co
https://www.dcg.co

This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.

Genesis and Genesis Trading are marketing names for certain businesses of Genesis Global Holdco, LLC and its global affiliates. Genesis does not produce research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business. Products and services may not be available to all counterparties or in all jurisdictions. Digital assets are not deposits or other obligations of any commercial bank, are not guaranteed, and are not insured by the Federal Deposit Insurance Corporation.

Genesis Global Trading, Inc. ("GGT"), is a Delaware corporation, non-custodial, over the counter market-maker in digital assets and brokerage. It holds a Virtual Currency License with the New York State Department of Financial Services and is registered with FINRA and the U.S. Securities and Exchange Commission as a broker-dealer. GGC International Limited ("GGCI") is incorporated in the British Virgin Islands. It carries out spot trading activity and enters into OTC derivatives. Genesis Asia Pacific Pte. Ltd. ("GAP") is a private limited company organized under the laws of Singapore and a digital payment token service provider that carries out digital asset trading and lending activities. GAP has received In-Principle Approval from the Monetary Authority of Singapore for a Major Payment Institution license under the Payment Services Act 2019. Genesis Global Capital, LLC ("GGC") is a limited liability company organized under the laws of Delaware and provider of lending and borrowing services in digital assets and fiat currency to and from institutional and high net worth clients. GGC is registered as a Money Services Business with the Financial Crimes Enforcement Network ("FinCEN"). Genesis Custody Limited ("Genesis Custody") is a UK-based provider of non-fiduciary, digital asset storage services to institutional clients and high net worth individuals in permitted jurisdictions. Genesis Custody is registered as a cryptoasset business with the Financial Conduct Authority under the Money Laundering, Terrorist Financing and Transfer of Funds (Information on the Payer) Regulations 2017 ("MLRs"). Registration under the MLRs does not mean that customers will benefit from the protections of the Financial Ombudsman Service or the Financial Services Compensation Scheme. Genesis Custody is also registered as a Money Services Business with FinCEN.

The trading of digital currency is an inherently risky activity and does not benefit from the protections afforded by the Securities Investor Protection Corporation. A counterparty's ability to enter into derivatives with Genesis depends on satisfying a number of regulatory requirements imposed on derivatives under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and applicable law including, but not limited to, characterization as an eligible contract participant under the U.S. Commodity Exchange Act. The permissibility of borrowing from, and lending to, counterparties may depend on a counterparty's circumstances and the applicability of local lending and borrowing laws. The custody of digital currency is not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or other US governmental programs. Important risk disclosures and terms of service can be found at https://genesistrading.com/legal

This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.

Genesis and Genesis Trading are marketing names for certain businesses of Genesis Global Holdco, LLC and its global affiliates. Genesis does not produce research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business. Products and services may not be available to all counterparties or in all jurisdictions. Digital assets are not deposits or other obligations of any commercial bank, are not guaranteed, and are not insured by the Federal Deposit Insurance Corporation.

Genesis Global Trading, Inc. ("GGT"), is a Delaware corporation, non-custodial, over the counter market-maker in digital assets and brokerage. It holds a Virtual Currency License with the New York State Department of Financial Services and is registered with FINRA and the U.S. Securities and Exchange Commission as a broker-dealer. GGC International Limited ("GGCI") is incorporated in the British Virgin Islands. It carries out spot trading activity and enters into OTC derivatives. Genesis Asia Pacific Pte. Ltd. ("GAP") is a private limited company organized under the laws of Singapore and a digital payment token service provider that carries out digital asset trading and lending activities. GAP has received In-Principle Approval from the Monetary Authority of Singapore for a Major Payment Institution license under the Payment Services Act 2019. Genesis Global Capital, LLC ("GGC") is a limited liability company organized under the laws of Delaware and provider of lending and borrowing services in digital assets and fiat currency to and from institutional and high net worth clients. GGC is registered as a Money Services Business with the Financial Crimes Enforcement Network ("FinCEN"). Genesis Custody Limited ("Genesis Custody") is a UK-based provider of non-fiduciary, digital asset storage services to institutional clients and high net worth individuals in permitted jurisdictions. Genesis Custody is registered as a cryptoasset business with the Financial Conduct Authority under the Money Laundering, Terrorist Financing and Transfer of Funds (Information on the Payer) Regulations 2017 ("MLRs"). Registration under the MLRs does not mean that customers will benefit from the protections of the Financial Ombudsman Service or the Financial Services Compensation Scheme. Genesis Custody is also registered as a Money Services Business with FinCEN.

The trading of digital currency is an inherently risky activity and does not benefit from the protections afforded by the Securities Investor Protection Corporation. A counterparty's ability to enter into derivatives with Genesis depends on satisfying a number of regulatory requirements imposed on derivatives under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and applicable law including, but not limited to, characterization as an eligible contract participant under the U.S. Commodity Exchange Act. The permissibility of borrowing from, and lending to, counterparties may depend on a counterparty's circumstances and the applicability of local lending and borrowing laws. The custody of digital currency is not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or other US governmental programs. Important risk disclosures and terms of service can be found at https://genesistrading.com/legal