# EXHIBIT 11

# Genesis

**Genesis Global Capital, LLC**
111 Town Square Place, Suite 1203 Jersey City, NJ 07310
genesistrading.com

**Date: 05/31/2023**

**Digital Currency Group - Late Fee Invoice Summary May 2023 (as of: 05/31/2023)**

Digital Currency Group, Inc
290 Harbor Drive, 5th Floor, Stamford, CT 06902

**Accrued Late Fees**

| Currency | Accrued Late Fees (In-Kind) |
|---|---|
| USD | $3,013,698.64 |

**Outstanding Loan Balance**

| Currency | Loan Balance |
|---|---|
| USD | 500,000,000.00 |

**Collateral Balance**

| Currency | Collateral Balance |
|---|---|
| No collateral available | |

Genesis Global Capital, LLC ("GGC") reserves the right, at any time and without notice, to exercise any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Loans, including without limitation all rights and remedies under section XII of the that certain Master Loan Agreement between GGC and DCG International Investments Ltd. ("DCGI"), dated June 21, 2019 (the "DCGI MLA") and that certain Amended and Restated Master Loan Agreement between GGC and Digital Currency Group, Inc., dated November 10, 2022 (the "DCG MLA," and together with the DCGI MLA, the "MLAs"). As of the time of the delivery of this wire instruction, GGC has not exercised all of its rights and remedies; however, neither such non-exercise, acceptance of any payments, nor anything in this instruction shall be considered or constitute waiver of any kind by GGC of any rights or remedies under the MLAs or applicable law. No acceptance by GGC of performance from DCG or DCGI, or performance by GGC to DCG or DCGI, under the MLAs (including without limitation the acceptance of any interest payments or partial payments, entry into any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), shall constitute a waiver by GGC of any of its rights or remedies.



Genesis Global Capital, LLC
111 Town Square Place, Suite 1203 Jersey City, NJ 07310
genesistrading.com

Date: 05/31/2023
Due By: 06/23/2023

## Digital Currency Group - USD May 2023 Late Fee Invoice (as of: 05/31/2023)

Digital Currency Group, Inc
290 Harbor Drive, 5th Floor, Stamford, CT 06902

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued ($) |
|---|---|---|---|---|---|---|
| May 2023 Late Fee - Loan #151804 | 200,000,000 | 2022-05-09 | | 10.000% | 23 | 1,260,273.97 |
| May 2023 Late Fee - Loan #152044 | 100,000,000 | 2022-05-11 | | 10.000% | 22 | 602,739.73 |
| May 2023 Late Fee - Loan #170442 | 100,000,000 | 2022-11-10 | | 10.000% | 21 | 575,342.47 |
| May 2023 Late Fee - Loan #170438 | 100,000,000 | 2022-11-10 | | 10.000% | 21 | 575,342.47 |
| **Total May Late Fees Due** | | | | | | **$3,013,698.64** |
| **Outstanding Loan Balance** | | | | | | **500,000,000 USD** |

## Genesis USD Late Fee Account:

| | |
|---|---|
| Receiving Bank Routing Number: | 122105980 |
| SWIFT: | BBFXUS6S |
| Receiving Bank Name: | Western Alliance Bank |
| Receiving Bank Address: | One East Washington Ste 2500<br>Phoenix, Arizona 85004 U.S.A. |
| Beneficiary Name: | Genesis Global Capital, LLC |
| Beneficiary Address: | 250 Park Ave So 5th FL<br>New York, NY 10003 |
| Beneficiary Account Number: | 5613060083 |

Genesis Global Capital, LLC ("GGC") reserves the right, at any time and without notice, to exercise any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Loans, including without limitation all rights and remedies under section XII of the that certain Master Loan Agreement between GGC and DCG International Investments Ltd. ("DCGI"), dated June 21, 2019 (the "DCGI MLA") and that certain Amended and Restated Master Loan Agreement between GGC and Digital Currency Group, Inc., dated November 10, 2022 (the "DCG MLA," and together with the DCGI MLA, the "MLAs"). As of the time of the delivery of this wire instruction, GGC has not exercised all of its rights and remedies; however, neither such non-exercise, acceptance of any payments, nor anything in this instruction shall be considered or constitute waiver of any kind by GGC of any rights or remedies under the MLAs or applicable law. No acceptance by GGC of performance from DCG or DCGI, or performance by GGC to DCG or DCGI, under the MLAs (including without limitation the acceptance of any interest payments or partial payments, entry into any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), shall constitute a waiver by GGC of any of its rights or remedies.