# EXHIBIT 2

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated June 18th, 2022 incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and DCG International Investments Ltd. ("DCG International") on June 21st, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | DCG International |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 18,697.74308758 BTC |
| Borrow Fee: | 3.8541% annual |
| Loan Type: | Open Term |
| Maturity Date: | N/A |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC                DCG International Investments Ltd.

By: _Adim Offurum_ (DocuSigned)            By: _Michael Kraines_ (DocuSigned)
Name: Adim Offurum                          Name: Michael Kraines
Title: Vice President                       Title: CFO