# EXHIBIT 3

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated November 11, 2022 updates the term sheet dated June 22nd, 2022, and incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and DCG International Investments Ltd. ("DCG International") on June 21st, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | DCG International |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 4,550.45173345 BTC |
| Borrow Fee: | 3.8541% annual |
| Loan Type: | Fixed Term |
| Maturity Date: | May 11, 2023 |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC                DCG International Investments Ltd.

By: *Arianna Pretto-Sakmann*              By: *Mike Katz*
Name: Arianna Pretto-Sakmann              Name: Mike Katz
Title: Chief Legal Officer                Title: Director of Legal