# EXHIBIT 4

# EXHIBIT B

# LOAN TERM SHEET

The following loan agreement dated as of November 10th, 2022 updates the term sheet dated June 22, 2022, supersedes the loan term sheet dated as of November 11, 2022 in the same amount to correct errors in the Borrow Fee and the date of the loan term sheet, and incorporates all of the terms of the Master Loan Agreement entered into by Genesis Global Capital, LLC ("Genesis") and DCG International Investments Ltd. ("DCG International") on June 21st, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Genesis |
| Borrower: | DCG International |
| Borrowed Asset: | BTC |
| Amount of Borrowed Asset: | 4,550.45173345 BTC |
| Borrow Fee: | 7.00% annual |
| Loan Type: | Fixed Term |
| Maturity Date: | May 11th, 2023 |
| Collateral: | - |
| Margin Limit: | 0.00% of loan value (on a net loan basis) |
| Margin Refund: | 0.00% of loan value (on a net loan basis) |
| Initial Margin Requirement: | 0.00% of loan value (on a net loan basis) |

Genesis Global Capital, LLC         DCG International Investments Ltd.

By: *Arianna Pretto-Sakmann* (DocuSigned, 77A200507D6D40F...)
Name: Arianna Pretto-Sakmann
Title: Chief Legal Officer

By: *Mike Katz* (DocuSigned, B16F21A873E5489...)
Name: Mike Katz
Title: Director of Legal