# EXHIBIT 9

# Genesis

**Genesis Global Capital, LLC**
111 Town Square Place, Suite 1203 Jersey City, NJ 07310
genesistrading.com

**Date: 06/30/2023**

## DCG International - Late Fee Invoice Summary June 2023 (as of: 06/30/2023)

DCG International Investments Ltd.
290 Harbor Drive, 5th Floor, Stamford, CT 06902

### Accrued Late Fees

| Currency | Accrued Late Fees (In-Kind) |
|---|---|
| BTC | 31.79082718 |

### Outstanding Loan Balance

| Currency | Loan Balance |
|---|---|
| BCH | 14,048.00000000 |
| BTC | 4,550.45173345 |

### Collateral Balance

| Currency | Collateral Balance |
|---|---|
| ADA | 182,492.957294 |
| HNT | 970,717.2300 |
| KSM | 465.000000000000 |
| XTZ | 129,151.291510 |

Genesis Global Capital, LLC ("GGC") reserves the right, at any time and without notice, to exercise any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Loans, including without limitation all rights and remedies under section XII of the that certain Master Loan Agreement between GGC and DCG International Investments Ltd. ("DCGI"), dated June 21, 2019 (the "DCGI MLA") and that certain Amended and Restated Master Loan Agreement between GGC and Digital Currency Group, Inc., dated November 10, 2022 (the "DCG MLA," and together with the DCGI MLA, the "MLAs"). As of the time of the delivery of this wire instruction, GGC has not exercised all of its rights and remedies; however, neither such non-exercise, acceptance of any payments, nor anything in this instruction shall be considered or constitute waiver of any kind by GGC of any rights or remedies under the MLAs or applicable law. No acceptance by GGC of performance from DCG or DCGI, or performance by GGC to DCG or DCGI, under the MLAs (including without limitation the acceptance of any interest payments or partial payments, entry into any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), shall constitute a waiver by GGC of any of its rights or remedies. Failure to pay Late Fees constitutes an additional Default under the terms of the MLA as to which Lender reserves all of its rights and defenses.

# Genesis

**Genesis Global Capital, LLC**
111 Town Square Place, Suite 1203 Jersey City, NJ 07310
genesistrading.com

**Date: 06/30/2023**
**Due By: 07/10/2023**

## DCG International - Late Fee Invoice Summary June 2023 (as of: 06/30/2023)

DCG International Investments Ltd.
290 Harbor Drive, 5th Floor, Stamford, CT 06902

| Desc. | Qty | Orig. | Return | Rate | Days | Accrued (In-Kind) |
|---|---|---|---|---|---|---|
| June 2023 Late Fee - Loan #170439 | 4,550.45173345 | 2022-11-10 | | 5.000% | 30 | 18.70048658 |
| May 2023 Late Fee - Loan #170439 | 4,550.45173345 | 2022-11-10 | | 5.000% | 21 | 13.0903406 |
| **Total June Late Fees Due** | | | | | | **31.79082718 BTC** |
| **Outstanding Loan Balance** | | | | | | **4,550.45173345 BTC** |

## Genesis BTC Late Fee Address:

1MgYrPP4vmLvxKxFGkbDKSobcsPGboUJfG

Genesis Global Capital, LLC ("GGC") reserves the right, at any time and without notice, to exercise any rights, powers or privileges and/or remedies it has and/or to which it is entitled under the Loans, including without limitation all rights and remedies under section XII of the that certain Master Loan Agreement between GGC and DCG International Investments Ltd. ("DCGI"), dated June 21, 2019 (the "DCGI MLA") and that certain Amended and Restated Master Loan Agreement between GGC and Digital Currency Group, Inc., dated November 10, 2022 (the "DCG MLA," and together with the DCGI MLA, the "MLAs"). As of the time of the delivery of this wire instruction, GGC has not exercised all of its rights and remedies; however, neither such non-exercise, acceptance of any payments, nor anything in this instruction shall be considered or constitute waiver of any kind by GGC of any rights or remedies under the MLAs or applicable law. No acceptance by GGC of performance from DCG or DCGI, or performance by GGC to DCG or DCGI, under the MLAs (including without limitation the acceptance of any interest payments or partial payments, entry into any transactions under, or amendments, supplements or modifications to, any agreement or otherwise), shall constitute a waiver by GGC of any of its rights or remedies. Failure to pay Late Fees constitutes an additional Default under the terms of the MLA as to which Lender reserves all of its rights and defenses.