**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF COMMUNICATION TO CLAIMANTS

PLEASE TAKE NOTICE THAT on September 3 and 5, 2023, Kroll Restructuring Administration LLC ("*Kroll*") sent an email in the form attached hereto as Exhibit A to all known parties in interest in the above-captioned case (the "*Genesis Parties*") for which Kroll had facially valid email addresses as provided to Kroll by such claimants or by the above-captioned debtors (the "*Debtors*") or their advisors.

PLEASE TAKE FURTHER NOTICE THAT on September 5, 2023, Kroll sent a notice in the form attached hereto as Exhibit B via USPS first class mail to the Genesis Parties for whom no facially valid email address had been provided or whose aforementioned email notice was returned as undeliverable at the facially valid postal addresses provided to Kroll by such claimants or by the Debtors or their advisors.

Dated: September 6, 2023
       New York, New York

Kroll Restructuring Administration LLC

*/s/ Adam M. Adler*
Adam M. Adler
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
adam.adler@kroll.com

*Claims and Noticing Agent to the Debtors*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd.. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

# Exhibit A

## Email from Kroll to Certain Genesis Claimants

| | |
|---|---|
| **From:** | Kroll Noticing |
| **To:** | |
| **Subject:** | Protect Your Online Accounts and Cryptocurrency |
| **Date:** | Sunday, September 3, 2023 07:51:20 |

*In re: Genesis Global Holdco, LLC*, Case No. 23-10063,
United States Bankruptcy Court for the Southern District of New York

Kroll Restructuring Administration LLC ("Kroll") recommends that all owners of cryptocurrency and digital assets always take extra caution to protect their accounts. Attackers are targeting *Genesis* claimants, as reflected in our August 25, 2023, announcement of a security incident involving the personal data of some claimants in three cryptocurrency bankruptcies, including *Genesis*. On August 24, 2023, Kroll provided direct email notice to the *Genesis* claimants whose claim information appears to be involved in the incident based on our ongoing investigation.

Kroll has strengthened its defenses against future SIM swapping attacks. Although we are not currently aware of any SIM swapping attacks on *Genesis* customers in connection with the incident, we encourage all cryptocurrency owners to take steps to protect themselves as well.

SIM swapping attacks are designed to get your mobile carrier to transfer your phone number to a device controlled by the attacker, so the first line of defense is following the advice of your carrier to protect your mobile phone account. Owners of cryptocurrency and digital assets should consider additional layered protections against SIM swapping, including the following:

1. **Your mobile service provider can help you set up a "SIM lock".** Contact your mobile carrier and request to put a SIM lock on your phone number so that you must appear in person with an ID to make changes. Your mobile service provider may also allow you to set a secure pin or password that must be provided before a number can be ported. Choose a unique pin or password and store it in a secure, offline location.
2. **In your mobile device settings, set up a private PIN for SIM Lock.** In addition to having your mobile service provider placing a SIM lock on your number, you can set up a SIM lock on your Android and iPhone devices through the device settings. Locking your mobile device's SIM card adds yet another layer of security, meaning that even if someone can get into your phone, they still can't use it to call, text, or access your data plan.
3. **Consider using a Secure Mobile Service.** There are several Secure Mobile Service options that can be used proactively to defend against SIM swapping. These range in choice of service, hardware and device depending upon your preference. Some examples to consider include Efani, Silent Phone, Cloudflare Zero Trust SIM, Silent Link, and 4Freedom Mobile Silent Phone.
4. **Use a separate phone.** A popular and effective low-tech alternative is getting a separate phone and number to be used exclusively for bank and financial applications. Do not give this number to anyone else.

0.  **Additional authentication.** Many people choose to use options for multi-factor security such as authenticator applications. Google, Microsoft and Duo offer free and easy to use applications that are available in both the Apple App Store and Google Play Store. For additional security, these apps can be installed on a separate phone.
1.  **Hardware options.** Physical tokens for multi-factor authentication are simple and secure. If you prefer using a USB hardware authentication device, one of the most popular and practical options is YubiKey.
2.  **Do not use crypto or online broker/exchange phone apps.** Cyber attackers target cryptocurrency and exchange accounts, so consider only accessing these accounts with an air-gapped computer protected with a hardware multi-factor authentication device. If you do, be sure to safely store backup keys.
3.  **Archive and back-up sensitive data.** Protect sensitive email contents by archiving and backing up email so it's not accessible to an intruder if a breach occurs.

**Important Information for *Genesis* Claimants**

The attackers may try to scam you, for example, in phishing e-mails to try to trick you into giving up control over your cryptocurrency accounts, wallets, or other digital assets.

You can help maintain the security of your accounts and digital assets by remaining vigilant and taking certain steps, including the following:

- **Never** share your passwords, seed phrases, private keys, and other secret information with untrusted individuals, applications, websites, or devices.
- **Always** verify information that you receive from any other website about the Genesis bankruptcy case or your claim by visiting the website of the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/genesis or contacting Kroll Restructuring Administration at: genesisquestions@kroll.com.

The Court presiding over the Genesis bankruptcy case (the United States Bankruptcy Court for the Southern District of New York), Kroll, and *Genesis* will never ask or require you to do any of the following in connection with the processing of bankruptcy claims or the distribution of *Genesis* assets:

- Link a cryptocurrency wallet to a website or application;
- Provide your seed phrase or private keys;
- Download any software or use a particular wallet application;
- Provide your password over e-mail, text message, or the phone; or
- Provide personally identifying information, such as your birthday or social security number, over e-mail or social media or in any manner other than as described in a Court-approved process posted to the Genesis case website hosted by Kroll Restructuring Administration or the Court's docket.

Please know that any distribution of *Genesis* assets will only be at the time and in the manner established by the Court. Information about the Court's orders can be found at the official case website hosted by the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/genesis.

If you have any questions, receive any suspicious communication, or wish to verify the authenticity of communications that are purported to be from individuals associated with the Genesis bankruptcy case, you should **immediately** contact: genesisquestions@kroll.com.

Kroll Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

**Exhibit B**

**Letter from Kroll to Certain Genesis Claimants**



*In re: Genesis Global Holdco, LLC,* **Case No. 23-10063,**
**United States Bankruptcy Court for the Southern District of New York**

Kroll Restructuring Administration LLC ("Kroll") recommends that all owners of cryptocurrency and digital assets always take extra caution to protect their accounts. Attackers are targeting *Genesis* claimants, as reflected in our August 25, 2023, announcement of a security incident involving the personal data of some claimants in three cryptocurrency bankruptcies, including *Genesis.* On August 24, 2023, Kroll provided direct email notice to the *Genesis* claimants whose claim information appears to be involved in the incident based on our ongoing investigation.

Kroll has strengthened its defenses against future SIM swapping attacks. Although we are not currently aware of any SIM swapping attacks on *Genesis* customers in connection with the incident, we encourage all cryptocurrency owners to take steps to protect themselves as well.

SIM swapping attacks are designed to get your mobile carrier to transfer your phone number to a device controlled by the attacker, so the first line of defense is following the advice of your carrier to protect your mobile phone account. Owners of cryptocurrency and digital assets should consider additional layered protections against SIM swapping, including the following:

1. **Your mobile service provider can help you set up a "SIM lock".** Contact your mobile carrier and request to put a SIM lock on your phone number so that you must appear in person with an ID to make changes. Your mobile service provider may also allow you to set a secure pin or password that must be provided before a number can be ported. Choose a unique pin or password and store it in a secure, offline location.
2. **In your mobile device settings, set up a private PIN for SIM Lock.** In addition to having your mobile service provider placing a SIM lock on your number, you can set up a SIM lock on your Android and iPhone devices through the device settings. Locking your mobile device's SIM card adds yet another layer of security, meaning that even if someone can get into your phone, they still can't use it to call, text, or access your data plan.
3. **Consider using a Secure Mobile Service.** There are several Secure Mobile Service options that can be used proactively to defend against SIM swapping. These range in choice of service, hardware and device depending upon your preference. Some examples to consider include Efani, Silent Phone, Cloudflare Zero Trust SIM, Silent Link, and 4Freedom Mobile Silent Phone.
4. **Use a separate phone.** A popular and effective low-tech alternative is getting a separate phone and number to be used exclusively for bank and financial applications. Do not give this number to anyone else.
5. **Additional authentication.** Many people choose to use options for multi-factor security such as authenticator applications. Google, Microsoft and Duo offer free and easy to use applications that are available in both the Apple App Store and Google Play Store. For additional security, these apps can be installed on a separate phone.
6. **Hardware options.** Physical tokens for multi-factor authentication are simple and secure. If you prefer using a USB hardware authentication device, one of the most popular and practical options is YubiKey.

7. Do not use crypto or online broker/exchange phone apps. Cyber attackers target cryptocurrency and exchange accounts, so consider only accessing these accounts with an air-gapped computer protected with a hardware multi-factor authentication device. If you do, be sure to safely store backup keys.
8. Archive and back-up sensitive data. Protect sensitive email contents by archiving and backing up email so it's not accessible to an intruder if a breach occurs.

Important Information for *Genesis* Claimants

The attackers may try to scam you, for example, in phishing e-mails to try to trick you into giving up control over your cryptocurrency accounts, wallets, or other digital assets.

You can help maintain the security of your accounts and digital assets by remaining vigilant and taking certain steps, including the following:

- Never share your passwords, seed phrases, private keys, and other secret information with untrusted individuals, applications, websites, or devices.
- Always verify information that you receive from any other website about the Genesis bankruptcy case or your claim by visiting the website of the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/genesis or contacting Kroll Restructuring Administration at: genesisquestions@kroll.com.

The Court presiding over the Genesis bankruptcy case (the United States Bankruptcy Court for the Southern District of New York), Kroll, and *Genesis* will never ask or require you to do any of the following in connection with the processing of bankruptcy claims or the distribution of *Genesis* assets:

- Link a cryptocurrency wallet to a website or application;
- Provide your seed phrase or private keys;
- Download any software or use a particular wallet application;
- Provide your password over e-mail, text message, or the phone; or
- Provide personally identifying information, such as your birthday or social security number, over e-mail or social media or in any manner other than as described in a Court-approved process posted to the Genesis case website hosted by Kroll Restructuring Administration or the Court's docket.

Please know that any distribution of *Genesis* assets will only be at the time and in the manner established by the Court. Information about the Court's orders can be found at the official case website hosted by the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/genesis.

If you have any questions, receive any suspicious communication, or wish to verify the authenticity of communications that are purported to be from individuals associated with the Genesis bankruptcy case, you should immediately contact: *genesisquestions@kroll.com.*