UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
In re:                                              :    Chapter 11
:
GENESIS GLOBAL HOLDCO, LLC, et al.,                 :    Case No. 23-10063 (SHL)
:
Debtors[1].                           :    (Jointly Administered)
:
------------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew A. Sawyer, to be admitted, pro hac vice, to represent an ad hoc group of claimants (the "Fair Deal Group") in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby:

**ORDERED**, that Matthew A. Sawyer, Esq., is admitted to practice, pro hac vice, in the above-captioned cases to represent the Fair Deal Group, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 8, 2023,
       White Plains, New York

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Genesis Debtors in the Genesis Bankruptcy Proceedings along with the last four digits of each Genesis Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the Genesis Bankruptcy Proceedings, the service address for the Genesis Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003