PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group of Genesis Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

## *REVISED* NOTICE OF VIDEOTAPED DEPOSITION OF A. DERAR ISLIM

**PLEASE TAKE NOTICE** that pursuant to Rules 7028, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure and Rules 28 and 30 of the Federal Rules of Civil Procedure, Proskauer Rose LLP, as counsel for the Ad Hoc Group of Genesis Lenders, will take the oral deposition of A. Derar Islim before a certified court reporter or other officer authorized by law to take testimony and administer oaths, on September 13, 2023, beginning 9:00 a.m. Eastern Time at the offices of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036.  The testimony will be recorded by stenographic means and will be recorded by video recording, audio recording,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

instant visual display of testimony, and will continue from day to day except Sundays and holidays until completed.

Dated: September 8, 2023
      New York, New York

**PROSKAUER ROSE LLP**

<u>/s/ Brian S. Rosen</u>
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: brosen@proskauer.com

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Email:  jsazant@proskauer.com

*Counsel to the Ad Hoc Group of Genesis Lenders*