UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
In re:                                                      :    Chapter 11
:
Genesis Global Holdco, LLC, *et al.*,[1]                    :    Case No. 23-10063 (SHL)
:
:    Jointly Administered
Debtors.                                                    :
:
------------------------------------------------------------X

### ORDER AUTHORIZING FOREIGN REPRESENTATIVES' MOTION TO SHORTEN THE NOTICE PERIOD FOR THE FOREIGN REPRESENTATIVES' MOTION FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND BANKRUPTCY RULE 4001

Upon the consideration of *Motion of the Foreign Representatives of Three Arrows Capital, Ltd. to Shorten the Notice Period for the Foreign Representatives' Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001* (the "**Motion**");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and upon all of the proceedings

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

had before the Court; ***and given the Debtor's consent to hearing this Motion on September 26, 2023;*** and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. A hearing to consider the Stay Relief Motion will be held on **September 26, 2023 at 2:00 p.m.** prevailing Eastern Time. Any objections or responses to the Stay Relief Motion shall be filed on the Court's docket and actually received by the Foreign Representatives on September 19, 2023 by 4:00 p.m., prevailing Eastern Time.

3. The Foreign Representatives are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Foreign Representatives are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Foreign Representatives may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: September 12, 2023                   **/s/ Sean H. Lane**
White Plains, New York                    The Honorable Sean H. Lane
                                                        United States Bankruptcy Judge