Hearing Date and Time:  September 26, 2023 at 2:00 PM (Prevailing Eastern Time)
Objection Deadline:  September 19, 2023 at 4:00 PM (Prevailing Eastern Time)

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON
THE DEBTORS' OMNIBUS MOTION FOR ENTRY OF AN ORDER
(I) APPROVING REJECTION OF CERTAIN EXECUTORY CONTRACTS,
(II) AUTHORIZING PROCEDURES FOR THE REJECTION OF
EXECUTORY CONTRACTS AND THE ABANDONMENT OF
RELATED ASSETS AND (III) AUTHORIZING PROCEDURES FOR THE
SETTLEMENT OF CERTAIN DE MINIMIS CLAIMS**

**PLEASE TAKE NOTICE** that on the date hereof, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the *Debtor's Omnibus Motion for Entry of an Order (I) Approving Rejection of Certain Executory Contracts, (II) Authorizing Procedures for the Rejection of Executory Contracts and the Abandonment of Related Assets and (III) Authorizing Procedures for the Settlement of Certain de Minimis Claims* (the "Motion").

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE NOTICE** that any responses or objections (the "Objections"), if any, to the Motion or the relief requested therein shall be in writing and served as required by the Case Management Order. Objections must be filed and received no later than **September 19, 2023 at 4:00 PM (Eastern Time) (the "Objection Deadline")**.

**PLEASE TAKE NOTICE** that the a hearing will be held on **September 26, 2023 at 2:00 PM (Prevailing Eastern Time) (the "Hearing")** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The Hearing will be hybrid and will be conducted in person and through Zoom for government. Only those Objections that are timely filed, served and received will be considered at the Hearing. Any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the Hearing may do so via Zoom for Government. Parties must make an electronic appearance through the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205- 6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated:  September 12, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>*/s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

3