UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered<br><br>Related Docket Nos.<br>516, 522, 523, 524, 525, 527, 529, 561 |

**OMNIBUS ORDER GRANTING APPLICATIONS
FOR ALLOWANCE OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR FIRST INTERIM FEE PERIOD**

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred during the period commencing January 19, 2023 through May 31, 2023; and a hearing having been held before this court to consider the Applications on September 6, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached Schedules.

Dated: September 15, 2023
       White Plains, New York

                                        */s/ Sean H. Lane*
                                        THE HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Case No.: 23-10063  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: In re Genesis Global Holdco, LLC  January 19, 2023 – May 31, 2023

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (80% of Fees Allowed) | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | July 19, 2023, ECF No. 529 | $23,894,770.50 | $23,821,121.90 | $19,056,897.52 | n/a | $19,056,897.52 | $256,085.65 | $249,576.19 |
| Morrison & Cohen LLP | July 19, 2023, ECF No. 522 | $933,249.00 | $911,516.13 | $729,212.90 | n/a | $729,212.90 | $13,087.58 | $13,087.58 |
| Alvarez & Marsal | July 19, 2023, ECF No. 527 | $4,858,933.75 | $4,858,933.75 | $3,887,147.00 | n/a | $3,887,147.00 | $46,875.63 | $45,047.96 |
| Moelis & Company | July 18, 2023, ECF No. 516 | $600,000.00 | $600,000.00 | $480,000.00 | n/a | $480,000.00 | $29,411.00 | $26,441.00 |
| M3 Advisory Partners LLP | July 19, 2023, ECF No. 524 | $448,737.00 | $448,132.00 | $358,505.60 | n/a | $358,505.60 | $971.93 | $971.93 |
| White & Case LLP | July 19, 2023, ECF No. 523 | $7,759,595.00 | $7,758,559.00 | $6,206,847.20 | n/a | $6,206,847.20 | $11,065.14 | $11,065.14 |
| Houlihan Lokey Capital Inc. | July 19, 2023, ECF No. 525 | $541,071.43 | $541,071.43 | $432,857.14 | n/a | $432,857.14 | $12,832.54 | $12,212.83 |
| Berkeley Research Group, LLC | July 31, 2023, ECF No. 561 | $4,729,898.50 | $4,726,838.50 | $3,781,470.80 | n/a | $3,781,470.80 | $3,624.20 | $3,624.20 |

DATE ON WHICH ORDER WAS SIGNED: 9-15-2023                    INITIALS: SHL USBJ