PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group of Genesis Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

## DECLARATION OF PETER D. DOYLE
## IN SUPPORT OF THE AD HOC GROUP OF GENESIS LENDERS' MEMORANDUM
## CONCERNING DEBTORS' IMPROPERLY WITHHELD DOCUMENTS

I, Peter D. Doyle, hereby declare under penalty of perjury, pursuant to section 1746 of

title 28 of the United States Code, as follows:

1.        I am a licensed attorney at law and am a Partner with the firm of Proskauer Rose

LLP, counsel of record for the Ad Hoc Group[2] in the above-captioned action, currently pending

---

[1]        The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]        Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

before this Court.  I submit this declaration (the "Declaration") in support of the *Ad Hoc Group Of Genesis Lenders' Memorandum Concerning Debtors' Improperly Withheld Documents* (the "Motion"), filed concurrently with this Declaration.

2.      On September 15, 2023, at 11:00 a.m., the Honorable Sean H. Lane conducted a conference with counsel for the Ad Hoc Group, the Debtors, and the UCC, to resolve the discovery issues set forth in the concurrently filed Motion.  Judge Lane permitted the parties to file the Motion with authorities, and requested that the parties provide the Privilege Log at issue. A true and correct copy of the Privilege Log is attached hereto as Exhibit 1.

Dated: September 15, 2023

New York, New York                    /s/ Peter D. Doyle
                                      _____
                                      Peter D. Doyle

**Exhibit 1**

In re: Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL)
Communications with White Case LLP Privilege Log

September 8, 2023

| Log No. | Sort Date/Time | Record Type | Email From/Author | Email To | Email CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 1 | 7/2/2023 11:39 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 2 | 7/2/2023 16:58 | Email | VanLare, Jane [jvanlare@cgsh com] | philip abelson@whitecase com | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 3 | 7/6/2023 11:58 | Email | Shore, Christopher [cshore@whitecase com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com;Barefoot, Luke A [lbarefoot@cgsh com] | West, Colin [cwest@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 4 | 7/6/2023 11:58 | Attachment | | | | Non-Responsive embedded attachment | |
| 5 | 7/12/2023 1:57 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com];O'Neal, Sean A [soneal@cgsh com] | Shore, Christopher [cshore@whitecase com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 6 | 7/12/2023 2:02 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com];Shore, Christopher [cshore@whitecase com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 7 | 7/12/2023 2:10 | Email | Abelson, Philip [philip abelson@whitecase com] | O'Neal, Sean A [soneal@cgsh com] | VanLare, Jane [jvanlare@cgsh com];Shore, Christopher [cshore@whitecase com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 8 | 7/12/2023 2:13 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com];Shore, Christopher [cshore@whitecase com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 9 | 7/12/2023 2:17 | Email | Abelson, Philip [philip abelson@whitecase com] | O'Neal, Sean A [soneal@cgsh com] | VanLare, Jane [jvanlare@cgsh com];Shore, Christopher [cshore@whitecase com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 10 | 7/12/2023 10:30 | Email | Shore, Christopher [cshore@whitecase com] | philip abelson@whitecase com;O'Neal, Sean A [soneal@cgsh com] | VanLare, Jane [jvanlare@cgsh com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 11 | 7/12/2023 10:30 | Attachment | | | | Non-Responsive embedded attachment | |
| 12 | 7/12/2023 14:39 | Email | Abelson, Philip [philip abelson@whitecase com] | Shore, Christopher [cshore@whitecase com];O'Neal, Sean A [soneal@cgsh com] | VanLare, Jane [jvanlare@cgsh com];West, Colin [cwest@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 13 | 7/14/2023 22:36 | Email | VanLare, Jane [jvanlare@cgsh com] | philip abelson@whitecase com | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 14 | 7/15/2023 12:38 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com];O'Neal, Sean A [soneal@cgsh com] | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 15 | 7/15/2023 14:51 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |

In re: Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL)

Communications with White Case LLP Privilege Log

September 8, 2023

| Log No. | Sort Date/Time | Record Type | Email From/Author | Email To | Email CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 16 | 7/15/2023 15:24 | Email | VanLare, Jane [jvanlare@cgsh com] | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 17 | 7/15/2023 15:25 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com];O'Neal, Sean A [soneal@cgsh com] | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 18 | 7/15/2023 15:51 | Email | VanLare, Jane [jvanlare@cgsh com] | philip abelson@whitecase com | O'Neal, Sean A [soneal@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 19 | 7/15/2023 16:01 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | O'Neal, Sean A [soneal@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 20 | 7/15/2023 20:49 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 21 | 7/15/2023 22:06 | Email | VanLare, Jane [jvanlare@cgsh com] | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 22 | 7/18/2023 14:00 | Email | VanLare, Jane [/O=CGSH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JANE VANLAREB4A] | philip abelson@whitecase com | O'Neal, Sean A [soneal@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 23 | 7/20/2023 19:20 | Email | VanLare, Jane [/O=CGSH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JANE VANLAREB4A] | philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 24 | 7/20/2023 19:31 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com];Shore, Christopher [cshore@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 25 | 7/20/2023 19:39 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com];Shore, Christopher [cshore@whitecase com];Barefoot, Luke A [lbarefoot@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 26 | 7/20/2023 19:39 | Attachment | | | | Non-Responsive embedded attachment | |
| 27 | 7/20/2023 23:32 | Email | Shore, Christopher [cshore@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 28 | 7/20/2023 23:32 | Attachment | | | | Non-Responsive embedded attachment | |
| 29 | 7/21/2023 1:03 | Email | VanLare, Jane [jvanlare@cgsh com] | Shore, Christopher [cshore@whitecase com] | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 30 | 7/31/2023 14:18 | Email | Lenox, Brad [blenox@cgsh com] | West, Colin [cwest@whitecase com];Meises, Michele [michele meises@whitecase com];philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com];VanLare, Jane [jvanlare@cgsh com];Weaver, Andrew [aweaver@cgsh com];Team-Genesis-Associates-CGSHOnly [Team-Genesis-Associates-CGSHOnly@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 31 | 7/31/2023 14:18 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 32 | 7/31/2023 14:37 | Email | Meises, Michele [michele meises@whitecase com] | Lenox, Brad [blenox@cgsh com];West, Colin [cwest@whitecase com];philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com];VanLare, Jane [jvanlare@cgsh com];Weaver, Andrew [aweaver@cgsh com];Team-Genesis-Associates-CGSHOnly [Team-Genesis-Associates-CGSHOnly@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |

In re: Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL)
Communications with White Case LLP Privilege Log

September 8, 2023

| Log No. | Sort Date/Time | Record Type | Email From/Author | Email To | Email CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 33 | 8/2/2023 13:59 | Email | Parra Criste, Amanda [aparracriste@whitecase.com] | Lenox, Brad [blenox@cgsh com];West, Colin [cwest@whitecase com];Meises, Michele [michele meises@whitecase com];philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com];VanLare, Jane [jvanlare@cgsh com];Weaver, Andrew [aweaver@cgsh com];Team-Genesis-Associates-CGSHOnly [Team-Genesis-Associates-CGSHOnly@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 34 | 8/7/2023 15:12 | Email | Parra Criste, Amanda [aparracriste@whitecase.com] | O'Neal, Sean A [soneal@cgsh com];VanLare, Jane [jvanlare@cgsh com] | philip abelson@whitecase com;Meises, Michele [michele meises@whitecase com];Strom, Peter [peter strom@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 35 | 8/8/2023 2:56 | Email | VanLare, Jane [/O=CGSH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JANE VANLAREB4A] | Parra Criste, Amanda [aparracriste@whitecase com];O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com;Meises, Michele [michele meises@whitecase com];Strom, Peter [peter strom@whitecase com];Maisel, Nicholas [nmaisel@cgsh com];Hatch, Miranda [mhatch@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 36 | 8/8/2023 2:56 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 37 | 8/8/2023 3:24 | Email | Lenox, Brad [blenox@cgsh com] | Parra Criste, Amanda [aparracriste@whitecase com];West, Colin [cwest@whitecase com];Meises, Michele [michele meises@whitecase com];philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com];VanLare, Jane [jvanlare@cgsh com];Weaver, Andrew [aweaver@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 38 | 8/8/2023 3:24 | Attachment | Sullivan & Cromwell; Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 39 | 8/8/2023 3:24 | Attachment | Sullivan & Cromwell; Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 40 | 8/8/2023 10:59 | Email | Lenox, Brad [blenox@cgsh com] | Parra Criste, Amanda [aparracriste@whitecase com];West, Colin [cwest@whitecase com];Meises, Michele [michele meises@whitecase com];philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com];VanLare, Jane [jvanlare@cgsh com];Weaver, Andrew [aweaver@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 41 | 8/8/2023 10:59 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 42 | 8/8/2023 10:59 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 43 | 8/8/2023 18:24 | Email | Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com];O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com;Meises, Michele [michele meises@whitecase com];Strom, Peter [peter strom@whitecase com];Maisel, Nicholas [nmaisel@cgsh com];Hatch, Miranda [mhatch@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |

In re: Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL)

Communications with White Case LLP Privilege Log

September 8, 2023

| Log No. | Sort Date/Time | Record Type | Email From/Author | Email To | Email CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 44 | 8/9/2023 1:41 | Email | Kowiak, Michael [mkowiak@cgsh com] | philip abelson@whitecase com;michele meises@whitecase com;aparracriste@whitecase com | O'Neal, Sean A [soneal@cgsh com];VanLare, Jane [jvanlare@cgsh com];Lenox, Brad [blenox@cgsh com];Massey, Jack [jamassey@cgsh com];Maisel, Nicholas [nmaisel@cgsh com];Hatch, Miranda [mhatch@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 45 | 8/9/2023 1:41 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 46 | 8/11/2023 17:52 | Email | Lenox, Brad [blenox@cgsh com] | Parra Criste, Amanda [aparracriste@whitecase com];West, Colin [cwest@whitecase com];Meises, Michele [michele meises@whitecase com];philip abelson@whitecase com;Shore, Christopher [cshore@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com];VanLare, Jane [jvanlare@cgsh com];Weaver, Andrew [aweaver@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 47 | 8/11/2023 17:52 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 48 | 8/11/2023 17:52 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 49 | 8/19/2023 13:58 | Email | Parra Criste, Amanda [aparracriste@whitecase com] | O'Neal, Sean A [soneal@cgsh com];VanLare, Jane [jvanlare@cgsh com] | philip abelson@whitecase com;West, Colin [cwest@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 50 | 8/19/2023 14:36 | Email | O'Neal, Sean A [soneal@cgsh com] | Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com;West, Colin [cwest@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 51 | 8/19/2023 14:36 | Attachment | | | | Non-Responsive embedded attachment | |
| 52 | 8/21/2023 13:00 | Email | Parra Criste, Amanda [aparracriste@whitecase com] | O'Neal, Sean A [soneal@cgsh com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com;West, Colin [cwest@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 53 | 8/21/2023 13:05 | Email | O'Neal, Sean A [soneal@cgsh com] | Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com;West, Colin [cwest@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 54 | 8/31/2023 14:32 | Email | VanLare, Jane [jvanlare@cgsh com] | philip abelson@whitecase com;Michele Meises [michele meises@whitecase com];Amanda Parra Criste [aparracriste@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 55 | 8/31/2023 14:36 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | O'Neal, Sean A [soneal@cgsh com];Barefoot, Luke A [lbarefoot@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 56 | 8/31/2023 14:37 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com];Barefoot, Luke A [lbarefoot@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 57 | 8/31/2023 14:37 | Attachment | | | | Non-Responsive embedded attachment | |

In re: Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL)
Communications with White Case LLP Privilege Log

September 8, 2023

| Log No. | Sort Date/Time | Record Type | Email From/Author | Email To | Email CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 58 | 8/31/2023 22:08 | Email | O'Neal, Sean A [soneal@cgsh com] | philip abelson@whitecase com | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 59 | 8/31/2023 22:13 | Email | Abelson, Philip [philip abelson@whitecase com] | O'Neal, Sean A [soneal@cgsh com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 60 | 9/1/2023 16:47 | Email | VanLare, Jane [/O=CGSH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JANE VANLAREB4A] | Abelson, Philip [philip abelson@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com];Meises, Michele [michele meises@whitecase com];O'Neal, Sean A [soneal@cgsh com] | Ribeiro, Christian [cribeiro@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 61 | 9/1/2023 17:00 | Email | Abelson, Philip [philip abelson@whitecase com] | VanLare, Jane [jvanlare@cgsh com];Parra Criste, Amanda [aparracriste@whitecase com];Meises, Michele [michele meises@whitecase com];O'Neal, Sean A [soneal@cgsh com] | Ribeiro, Christian [cribeiro@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 62 | 9/1/2023 17:06 | Email | Meises, Michele [michele meises@whitecase com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com];O'Neal, Sean A [soneal@cgsh com] | Ribeiro, Christian [cribeiro@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 63 | 9/1/2023 20:09 | Email | Massey, Jack [jamassey@cgsh com] | philip abelson@whitecase com;Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 64 | 9/1/2023 20:09 | Attachment | Sullivan & Cromwell | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 65 | 9/1/2023 20:09 | Attachment | Sullivan & Cromwell | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 66 | 9/1/2023 20:22 | Email | Abelson, Philip [philip abelson@whitecase com] | Massey, Jack [jamassey@cgsh com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com];Strom, Peter [peter strom@whitecase com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 67 | 9/1/2023 20:55 | Email | Strom, Peter [peter strom@whitecase com] | philip abelson@whitecase com;Massey, Jack [jamassey@cgsh com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 68 | 9/2/2023 3:45 | Email | Meises, Michele [michele meises@whitecase com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com;Parra Criste, Amanda [aparracriste@whitecase com];O'Neal, Sean A [soneal@cgsh com] | Ribeiro, Christian [cribeiro@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 69 | 9/2/2023 3:45 | Attachment | Cleary Gottlieb Steen & Hamilton LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |

ATTORNEYS' EYES ONLY

GENESIS_FTX_AHG_LOG_00000005

In re: Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL)
Communications with White Case LLP Privilege Log

| Log No. | Sort Date/Time | Record Type | Email From/Author | Email To | Email CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|
| 70 | 9/2/2023 4:00 | Email | VanLare, Jane [/O=CGSH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JANE VANLAREB4A] | Meises, Michele [michele meises@whitecase com];philip abelson@whitecase com;Parra Criste, Amanda [aparracriste@whitecase com];O'Neal, Sean A  [soneal@cgsh com] | Ribeiro, Christian [cribeiro@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 71 | 9/2/2023 4:01 | Email | Meises, Michele [michele meises@whitecase com] | VanLare, Jane [jvanlare@cgsh com];philip abelson@whitecase com;Parra Criste, Amanda [aparracriste@whitecase com];O'Neal, Sean A  [soneal@cgsh com] | Ribeiro, Christian [cribeiro@cgsh com];Massey, Jack [jamassey@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 72 | 9/4/2023 22:00 | Email | Massey, Jack [jamassey@cgsh com] | Strom, Peter [peter strom@whitecase com];philip abelson@whitecase com;Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 73 | 9/4/2023 22:08 | Email | Abelson, Philip [philip abelson@whitecase com] | Massey, Jack [jamassey@cgsh com];Strom, Peter [peter strom@whitecase com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 74 | 9/4/2023 22:22 | Email | Strom, Peter [peter strom@whitecase com] | philip abelson@whitecase com;Massey, Jack [jamassey@cgsh com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 75 | 9/4/2023 22:22 | Attachment | White & Case LLP | | | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 76 | 9/5/2023 0:25 | Email | Massey, Jack [jamassey@cgsh com] | Strom, Peter [peter strom@whitecase com];philip abelson@whitecase com;Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |
| 77 | 9/5/2023 1:36 | Email | Abelson, Philip [philip abelson@whitecase com] | Massey, Jack [jamassey@cgsh com];Strom, Peter [peter strom@whitecase com];Meises, Michele [michele meises@whitecase com];Parra Criste, Amanda [aparracriste@whitecase com] | VanLare, Jane [jvanlare@cgsh com] | Communications related to FTX settlement discussions | Work Product (Common Interest) |

ATTORNEYS' EYES ONLY

GENESIS_FTX_AHG_LOG_00000006