**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
John R. Ashmead, Esq.
Mark D. Kotwick, Esq.
Catherine V. LoTempio, Esq.

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF COMBINED THIRD MONTHLY STATEMENT OF SEWARD & KISSEL LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JULY 31, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Seward & Kissel LLP ("S&K") filed the *Combined Third Monthly Statement of Seward & Kissel LLP for Interim Compensation and Reimbursement of Expenses as Special Litigation Counsel for the Official Committee of Unsecured Creditors for the Period From June 1, 2023 Through July 31, 2023* (the "Monthly Statement") with the United States Bankruptcy Court for the Southern District of New York and served it on the Fee Notice Parties. *See* Dkt. No. 101 ¶ 2.A.(a).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that responses or objections (an "Objection") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 101] (the "Interim Compensation Procedures");[2] (b) be served via email so as to be actually received by **12:00 p.m. (ET) on the date that is 15 days following the service of this Monthly Statement**, by (i) Seward & Kissel LLP and (ii) the Fee Notice Parties; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Dkt. No. 101 ¶ 2.A.(f).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to S&K. *See id.* ¶ 2.A.(g).

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder. *See id.* ¶ 2.A.(h).

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of

---

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

SK 38292 0013 10813974 v1

Kroll at https://restructuring.ra.kroll.com/genesis/.  You may also obtain copies of the Monthly

Statement and other pleadings filed in these chapter 11 cases by visiting the Bankruptcy Court's

website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth

therein.

Dated: September 18, 2023
       New York, New York

 

                                            Respectfully submitted,

                                            By:  */s/ John R. Ashmead*

                                            **SEWARD & KISSEL LLP**
                                            John R. Ashmead
                                            Mark D. Kotwick
                                            Catherine V. LoTempio
                                            One Battery Park Plaza
                                            New York, NY 10004
                                            Telephone: (212) 574-1200
                                            E-mail: ashmead@sewkis.com
                                                          kotwick@sewkis.com
                                                            lotempio@sewkis.com

                                            *Special Litigation Counsel to the*
                                            *Official Committee of Unsecured Creditors*

SK 38292 0013 10813974 v1

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
John R. Ashmead, Esq.
Mark D. Kotwick, Esq.
Catherine V. LoTempio, Esq.

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**COMBINED THIRD MONTHLY STATEMENT OF SEWARD & KISSEL LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JULY 31, 2023**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| Name of Applicant: | Seward & Kissel LLP ("S&K") |
| --- | --- |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively the "Debtors") |
| Date of Retention: | May 16, 2023 [Dkt. No. 315], *Effective as of* March 30, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | June 1, 2023 – July 31, 2023 (the "Compensation Period") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $18,640.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $14,912.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $3,728.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $0.00 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $18,640.00 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $14,912.00 |

This is a combined <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, S&K, as special litigation counsel to the Committee of the Debtors, hereby submits this monthly statement (the

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

2

"Monthly Statement") for the Compensation Period, and requests that the Debtors promptly pay an aggregate amount of $14,912.00, consisting of 80% of the $18,640.00 in fees earned and 100% of the $0.00 in expenses.

**Professional Services Rendered and Expense Disbursements Incurred**

1.      Prior to filing this Monthly Statement, S&K reviewed its fees generated and hours worked (which totaled 16.5 hours and $18,640.00) and expenses incurred (which totaled $0.00).  By this Monthly Statement, S&K requests payment of an aggregate amount of $14,912.00.

2.      **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by S&K; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by S&K.  The blended rate for compensation requested in this Monthly Statement is approximately $1,129.70 per hour.[3]

3.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by S&K timekeepers in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth the time records for S&K timekeepers for which compensation is sought by S&K, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

5.      No expenses were incurred during the Compensation Period.

6.      The following is a brief narrative summary of the services performed by S&K

---

[3]    The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement.

3

professionals and paraprofessionals on behalf of the Committee during the Compensation Period,

organized by project category:

| Matter No. | Category Name | Hours | Fees |
|---|---|---|---|
| | Brief Narrative Summary | | |
| **0001** | **Case Administration** | **2.0** | **$2,865.00** |
| | S&K's professionals and paraprofessionals were involved in the following activities, among others, relating to administration of these chapter 11 cases during the Compensation Period: (i) calls and meetings to discuss various workstreams, staffing, and upcoming deadlines; (ii) monitoring docket activity; and (iii) attending to internal file management, including updating an internal calendar and monitoring work in progress. | | |
| **0009** | **Litigation-Contested Matters** | **6.7** | **$7,020.00** |
| | During the Compensation Period, S&K's time committed to this category revolved around the Motion for Relief from Stay filed by FTX debtors [Dkt. No. 289] and the Motion for Estimation of the FTX debtors' claim [Dkt. No. 373]. In connection therewith, S&K professionals conferred internally and with the Committee's professionals and reviewed and analyzed the motions and related pleadings. | | |
| **0012** | **Court Hearings** | **5.3** | **$6,442.50** |
| | During the Compensation Period, S&K prepared for and attended the hearings held on June 5 and June 15. | | |
| **0013** | **Employment and Fee Applications** | **2.5** | **$2,312.50** |
| | During the Compensation Period, S&K prepared its second monthly fee statement, which was filed on August 2, 2023 [Dkt. No. 571]. | | |

## **Reservation of Rights**

7.    Although S&K has made every effort to include all fees earned and expenses

incurred during the Compensation Period, some fees and expenses might not be included in this

Monthly Statement due to delays caused by accounting and processing during the Compensation

Period.  S&K reserves the right to seek payment of such fees and expenses not included herein.

## **Notice**

8.    S&K will provide notice of this Monthly Statement to the Fee Notice Parties [*see*

SK 38292 0013 10813974 v1

Dkt. No. 101 ¶ 2.A.(a)] in accordance with the Interim Compensation Procedures.

Dated: September 18, 2023
       New York, New York

                                        Respectfully submitted,

                                        By:  */s/ John R. Ashmead*

                                        **SEWARD & KISSEL LLP**
                                        John R. Ashmead
                                        Mark D. Kotwick
                                        Catherine V. LoTempio
                                        One Battery Park Plaza
                                        New York, NY 10004
                                        Telephone: (212) 574-1200
                                        E-mail: ashmead@sewkis.com
                                                kotwick@sewkis.com
                                                lotempio@sewkis.com

                                        *Special Litigation Counsel to the*
                                        *Official Committee of Unsecured Creditors*

SK 38292 0013 10813974 v1

**Exhibit A**

**Timekeeper Summary**

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Amount |
|------|-------|---------------|--------------------|-------|------|--------|
| John R. Ashmead | Partner | 1991 | Corporate Restructuring and Bankruptcy | 4.6 | $1,625 | $7,475.00 |
| Mark D. Kotwick | Partner | 1990 | Litigation | 1.0 | $1,450 | $1,450.00 |
| Andrew J. Matott | Associate | 2017 | Corporate Restructuring and Bankruptcy | 8.8 | $925 | $8,140.00 |
| John Patouhas | Law Clerk | N/A | Corporate Restructuring and Bankruptcy | 2.1 | $750 | $1,575.00 |
| **Grand Total** | | | | 16.5 | | $18,640.00 |

### Exhibit B

**Project Summary**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 0001 | Case Administration | 2.0 | $2,865.00 |
| 0009 | Litigation-Contested Matters | 6.7 | $7,020.00 |
| 0012 | Court Hearings | 5.3 | $6,442.50 |
| 0013 | Employment and Fee Applications | 2.5 | $2,312.50 |
| | **Grand Total** | **16.5** | **$18,640.00** |

**Exhibit C**

**Time Records**

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                      **September 18, 2023**
                                                                                  **Invoice Number 9160070871**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through July 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0001 | GGH Case Administration | 2,865.00 | 0.00 | 2,865.00 |

Genesis Creditors Committee

| | | | | |
|---|---|---|---|---|
| | | **Invoice Date** | September 18, 2023 | |
| | | **Invoice Number** | 9160070871 | |
| **38292-0001** | GGH Case Administration | **Through** | July 31, 2023 | |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/2023 | Correspondence with White & Case re open matters. | MDK | 0.10 | 145.00 |
| 06/06/2023 | Review and analysis re open matters and court proceedings. | MDK | 0.50 | 725.00 |
| 06/08/2023 | Review and analysis of court filings (.3) and correspondence re same (.1). | MDK | 0.40 | 580.00 |
| 06/13/2023 | Review docket (.1), circulate recent filings (.1), register for 6/15 hearing and adjust internal calendar (.1). | AJM | 0.30 | 277.50 |
| 07/06/2023 | Review summary & discussions re FTX/GGH hearing. | JRA | 0.50 | 812.50 |
| 07/07/2023 | Attn court status report re FTX dispute. | JRA | 0.20 | 325.00 |

**Total Hours**.................................................................................. **2.00**

**Total Services**............................................................................ $ **2,865.00**

**TOTAL AMOUNT DUE**...................................................... $ **2,865.00**

Genesis Creditors Committee

| | | | **Invoice Date** | September 18, 2023 |
| | | | **Invoice Number** | 9160070871 |
| 38292-0001 | GGH Case Administration | | **Through** | July 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 0.70 | 1,625.00 | 1,137.50 |
| 0431 MDK | Partner | Kotwick, Mark | 1.00 | 1,450.00 | 1,450.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 0.30 | 925.00 | 277.50 |
| **Total** | | | **2.00** | | **2,865.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                  **September 18, 2023**
                                                                 **Invoice Number 9160070868**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through July 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0009 | GGH Litigation-Contested matter and Adversary Proceedings | 7,020.00 | 0.00 | 7,020.00 |

|  | | | | |
|---|---|---|---|---|
| **38292-0009** | Genesis Creditors Committee | **Invoice Date** | | September 18, 2023 |
|  | GGH Litigation-Contested matter and Adversary Proceedings | **Invoice Number** | | 9160070868 |
|  |  | **Through** | | July 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/2023 | Review UCC's ROR (.3); review estimation motion (.5); review letter in response to estimation motion (.2); attn to agenda and calendar June 5 hearing (.1). | AJM | 1.10 | 1,017.50 |
| 06/07/2023 | Attn to email re stay relief response and intention (.10); attn to draft and comments (.20); discuss AJM (.10). | JRA | 0.40 | 650.00 |
| 06/07/2023 | Email re estimation motion (.1); review the same and UCC proposed response (.5). | AJM | 0.60 | 555.00 |
| 06/08/2023 | Attn comments to stay objection (.20). | JRA | 0.20 | 325.00 |
| 06/08/2023 | Review and revise debtor objection to FTX motion (.8) and correspondence re the same (.1). | AJM | 0.90 | 832.50 |
| 06/09/2023 | Attn estimation pleadings. | JRA | 0.20 | 325.00 |
| 06/13/2023 | Attn responses re FTX lift stay (.50). | JRA | 0.50 | 812.50 |
| 06/15/2023 | Review estimation motion and lift stay motion (1.4) estimation research (.6) email J. Ashmead re: same (.1) | JOP | 2.10 | 1,575.00 |
| 06/23/2023 | Discuss status estimation/stay relief with C. Shore. | JRA | 0.20 | 325.00 |
| 07/28/2023 | Attn to letter to court from Debtors and FTX (.1); email CShore of W&C re same (.1). | JRA | 0.20 | 325.00 |
| 07/28/2023 | Review docket (.1); review letter on estimation agreement (.1); discuss internally (.1). | AJM | 0.30 | 277.50 |

**Total Hours**......................................................................................... **6.70**

**Total Services**...............................................................................$ **7,020.00**

**TOTAL AMOUNT DUE**........................................................$ **7,020.00**

| | | | | **Invoice Date** | September 18, 2023 |
| | Genesis Creditors Committee | | | | |
| | GGH Litigation-Contested matter and Adversary | | | **Invoice Number** | 9160070868 |
| **38292-0009** | Proceedings | | | **Through** | July 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 1.70 | 1,625.00 | 2,762.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 2.90 | 925.00 | 2,682.50 |
| 2339 JOP | Law Clerk | Patouhas, John | 2.10 | 750.00 | 1,575.00 |
| **Total** | | | **6.70** | | **7,020.00** |

**Seward & Kissel LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**

**September 18, 2023**
**Invoice Number 9160070869**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through July 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0012 | GGH Court Hearings | 6,442.50 | 0.00 | 6,442.50 |

Genesis Creditors Committee

| | | **Invoice Date** | September 18, 2023 |
| | | **Invoice Number** | 9160070869 |
| | | **Through** | July 31, 2023 |

**38292-0012**        GGH Court Hearings

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 06/05/2023 | Prep for (.1) and attend June 5 hearing (3.0). | AJM | 3.10 | 2,867.50 |
| 06/15/2023 | Prep for (.80) and attend court hearing re stay lift motion and mediation (1.2). | JRA | 2.00 | 3,250.00 |
| 06/16/2023 | Discuss hearing with AJM and next steps. | JRA | 0.20 | 325.00 |

**Total Hours**...........................................................................................    **5.30**

**Total Services**...............................................................................$    **6,442.50**

**TOTAL AMOUNT DUE**..................................................................$    **6,442.50**

Genesis Creditors Committee

**Invoice Date** September 18, 2023

**Invoice Number** 9160070869

**38292-0012**              GGH Court Hearings                                    **Through** July 31, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 2.20 | 1,625.00 | 3,575.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 3.10 | 925.00 | 2,867.50 |
| **Total** | | | **5.30** | | **6,442.50** |

**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                    **September 18, 2023**
                                                                            **Invoice Number 9160070870**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through July 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0013 | GGH Employment and Fee Applications | 2,312.50 | 0.00 | 2,312.50 |

Genesis Creditors Committee

| | | **Invoice Date** | September 18, 2023 |
|---|---|---|---|
| | | **Invoice Number** | 9160070870 |
| **38292-0013** | GGH Employment and Fee Applications | **Through** | July 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/2023 | Finalize Ashmead revisions to first combined monthly and discuss same internally (.2). | AJM | 0.20 | 185.00 |
| 06/07/2023 | Attn to emails with J. Ashmead and W&C (.1). | AJM | 0.10 | 92.50 |
| 06/12/2023 | Email W&C re fee app (.1). | AJM | 0.10 | 92.50 |
| 06/13/2023 | Finalize, file, and serve first monthly combined fee statement on fee notice parties (.6). | AJM | 0.60 | 555.00 |
| 06/20/2023 | Begin drafting second monthly fee statement. | AJM | 0.20 | 185.00 |
| 07/20/2023 | Review and redact exhibits (.5). | AJM | 0.50 | 462.50 |
| 07/25/2023 | Revise May monthly fee app (.8). | AJM | 0.80 | 740.00 |

**Total Hours**.....................................................................................................  **2.50**

**Total Services**............................................................................................ $  **2,312.50**

**TOTAL AMOUNT DUE**.....................................................................$  **2,312.50**

<table>
<tr><td colspan="2"></td><td>Genesis Creditors Committee</td><td></td><td>**Invoice Date**</td><td>September 18, 2023</td></tr>
</table>

|  |  |  |  | **Invoice Date** | September 18, 2023 |
|  |  |  |  | **Invoice Number** | 9160070870 |
| **38292-0013** |  | GGH Employment and Fee Applications |  | **Through** | July 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2020 AJM | Associate | Matott, Andrew J. | 2.50 | 925.00 | 2,312.50 |
| **Total** |  |  | **2.50** |  | **2,312.50** |