**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIFTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES
INCURRED BY M3 ADVISORY PARTNERS, LP FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM August 1, 2023
THROUGH August 31, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | March 30, 2023 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $182,837.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $214.83 |
| This is a(n): | __x__Monthly ____Interim ____Final application |

This is the FIFTH monthly fee statement filed in this case.

M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors of Genesis Global

Holdco LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**") hereby submits this

monthly fee statement (the "**Fee Statement**") pursuant to this Court's *Order Establishing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 101], dated February 24, 2023 (the "**Interim Compensation Order**") and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002 and S.D.N.Y. LBR 2014-1, *Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisors for the Debtors and Debtors-in-Possession* [Docket No. 268], dated April 28, 2023, and upon the Court's Order *Approving the Supplemental Engagement Letter* [Docket No. 687], dated September 8, 2023, seeking compensation and reimbursement of expenses for the period of August 1, 2023 through August 31, 2023 (the "**Fifth Monthly Period**").  By this Fee Statement, M3 seeks payment of $146,484.43, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Fifth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

### Professional Services Rendered and Expense Disbursements Incurred

1. **Exhibit A** sets forth a timekeeper summary that includes: (a) the name and title of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by M3; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by M3. The blended rate for compensation requested in this Monthly Statement is approximately $758.97.[2]

2. **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

---

[2]    The blended rate is calculated by taking the total of fees sought in this Fifth Monthly Statement and dividing by the total of hours sought in this Fifth Monthly Statement.

3. **Exhibit C** sets forth a timekeeper summary per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

4. **Exhibit D** sets forth both a summary of, and detailed entries of, expenses for which M3 seeks reimbursement.

5. **Exhibit E** sets forth the time records for M3 timekeepers for which compensation is sought by M3, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

<u>**Notice of Objection Procedures**</u>

Notice of this Fifth Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Notice Parties**"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (email: arianna@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

Objections to this Fifth Monthly Statement, if any, must be served upon the Notice Parties and by e-mail, hand, or overnight delivery upon M3, at M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019 (email: kkamlani@m3-partners.com and rrowan@m3-

partners.com) no later than **October 5, 2023 at 12:00 PM (Prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Fifth Monthly Statement are received by the Objection Deadline, the Debtors shall pay M3 80% of the fees and 100% of the expenses identified in this Fifth Monthly Statement.

To the extent an objection to this Fifth Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fifth Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees in the percentage set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## **<u>Reservation of Rights</u>**

Although M3 has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. M3 reserves the right to seek payment of such fees and expenses not included herein.

**WHEREFORE**, M3 respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $146,484.43, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Fifth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

Dated:  September 20, 2023        Respectfully submitted,
        New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji
1700 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 202-2200
mmeghji@m3-partners.com

*Financial Advisor to the Debtors and Debtors in Possession*

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

### Exhibit A - Summary of Total Fees by Professional

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245.00 | 29.6 | $36,852.00 |
| Rowan, Ryan | Senior Director | $895.00 | 52.0 | $46,540.00 |
| O'Connell, Daniel | Senior Associate | $650.00 | 56.6 | $36,790.00 |
| Kim, Andrew | Senior Associate | $650.00 | 33.7 | $21,905.00 |
| Iannella, Monique | Senior Associate | $650.00 | 29.9 | $19,435.00 |
| Altman, Matthew | Associate | $550.00 | 37.2 | $20,460.00 |
| Lauser, Peter | Analyst | $450.00 | 1.9 | $855.00 |
| **Total** | | | **240.9** | **$182,837.00** |
| | | | | |
| *Average Billing Rate* | | | | *$758.97* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

### Exhibit B - Summary of Time Detail by Task Category

| Task Category | Hours | Fees |
|---|---|---|
| Potential Avoidance Actions/Litigation Support | 209.6 | $157,776.00 |
| General Correspondence with Debtor & Debtors' Professionals | 14.5 | $12,531.50 |
| General Correspondence with Other Professionals | 2.5 | $1,945.00 |
| Case Administration | 14.3 | $10,584.50 |
| **Total** | **240.9** | **$182,837.00** |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

<u>**Exhibit C - Summary of Time Detail by Task Category by Professional**</u>

*Potential Avoidance Actions/Litigation Support*

On an ongoing basis, M3 will support the Debtors with respect to matters relating to certain payments received by the Debtors from Alameda Research LLC, Alameda Research Ltd. (BVI), and/or certain of their affiliates (the "Alameda Payments"), matters relating to Three Arrows Cpaital, Ltd. (in liquidation), and matters ancillary thereto.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 24.4 | $30,378.00 |
| Rowan, Ryan | Senior Director | $895 | 44.4 | $39,738.00 |
| O'Connell, Daniel | Senior Associate | $650 | 52.8 | $34,320.00 |
| Kim, Andrew | Senior Associate | $650 | 32.3 | $20,995.00 |
| Iannella, Monique | Senior Associate | $650 | 18.5 | $12,025.00 |
| Altman, Matthew | Associate | $550 | 35.8 | $19,690.00 |
| Lauser, Peter | Analyst | $450 | 1.4 | $630.00 |
| **Total** | | | **209.6** | **$157,776.00** |

| | | | *Average Billing Rate* | *$752.75* |
|---|---|---|---|---|

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*General Correspondence with Debtor & Debtors' Professionals*

On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 3.1 | $3,859.50 |
| Rowan, Ryan | Senior Director | $895 | 5.6 | $5,012.00 |
| O'Connell, Daniel | Senior Associate | $650 | 3.3 | $2,145.00 |
| Kim, Andrew | Senior Associate | $650 | 1.4 | $910.00 |
| Altman, Matthew | Associate | $550 | 1.1 | $605.00 |
| **Total** | | | **14.5** | **$12,531.50** |
| | | | | |
| *Average Billing Rate* | | | | *$864.24* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

<u>**Exhibit C - Summary of Time Detail by Task Category by Professional**</u>

*General Correspondence with Other Professionals*
On an ongoing basis, M3 will communicate with other professionals including the UCC, its counsel, and other advisors on topics including case strategy, workstream organizaiton and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 0.5 | $622.50 |
| Rowan, Ryan | Senior Director | $895 | 0.5 | $447.50 |
| O'Connell, Daniel | Senior Associate | $650 | 0.5 | $325.00 |
| Iannella, Monique | Senior Associate | $650 | 0.5 | $325.00 |
| Lauser, Peter | Analyst | $450 | 0.5 | $225.00 |
| **Total** | | | **2.5** | **$1,945.00** |
| | | | | |
| *Average Billing Rate* | | | | *$778.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professiona

*Case Administration*

On an ongoing basis, M3 conferred the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 1.6 | $1,992.00 |
| Rowan, Ryan | Senior Director | $895 | 1.5 | $1,342.50 |
| Iannella, Monique | Senior Associate | $650 | 10.9 | $7,085.00 |
| Altman, Matthew | Associate | $550 | 0.3 | $165.00 |
| **Total** | | | **14.3** | **$10,584.50** |

*Average Billing Rate* $740.17

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

### Exhibit D - Summary of Expenses by Category

| Description | Total |
|---|---|
| Business Meals | $159.71 |
| Taxi/Car Service | – |
| Conference Calls | $55.12 |
| **Total (a)** | **$214.83** |

**Note**:

(a)  Total amounts are based on M3's expense reporting
     system as of the date of this Monthly Report and may
     not be reflective of all expenses incurred during the
     Reporting Period.  As such, future monthly reports may
     include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 7/25/2023 | $20.00 | Business Meals | Daniel O'Connell | Late Night Working Meal |
| 7/25/2023 | $20.00 | Business Meals | Monique Iannella | Late Night Working Meal |
| 8/9/2023 | $20.00 | Business Meals | Monique Iannella | Late Night Working Meal |
| 8/23/2023 | $20.00 | Business Meals | Kunal Kamlani | Late Night Working Meal |
| 8/23/2023 | $20.00 | Business Meals | Matthew Altman | Late Night Working Meal |
| 8/28/2023 | $20.00 | Business Meals | Matthew Altman | Late Night Working Meal |
| 8/29/2023 | $19.71 | Business Meals | Matthew Altman | Late Night Working Meal |
| 8/30/2023 | $20.00 | Business Meals | Matthew Altman | Late Night Working Meal |
| 8/31/2023 | $55.12 | Conference calls | M3 Team | Conference call expenses |
| **Total** | **$214.83** | | | |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 8/1/2023 | Rowan, Ryan | Case Administration | Prepare July Fee Application | 0.2 |
| 8/1/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend meeting with M. Iannella (M3) to discuss transactions data and outstanding tasks | 0.5 |
| 8/1/2023 | Kamlani, Kunal | Case Administration | Review all time entries for July Fee Statement | 0.7 |
| 8/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend meeting with R. Rowan (M3) to discuss transactions data and outstanding tasks | 0.5 |
| 8/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Revised analysis for Phase 2 | 2.9 |
| 8/1/2023 | Iannella, Monique | Case Administration | Revised fee statement entries for July | 2.9 |
| 8/1/2023 | Iannella, Monique | Case Administration | Continued revision of entries for fee statement | 2.1 |
| 8/2/2023 | Rowan, Ryan | Case Administration | Review and provide comments on July Fee Statement | 1.3 |
| 8/2/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participate in a call with Cleary (Jane V) regarding settlement discussions and the current view on timing | 0.2 |
| 8/2/2023 | Kamlani, Kunal | Case Administration | Review and provide comments on draft July Fee Statement | 0.6 |
| 8/2/2023 | Iannella, Monique | Case Administration | Reviewed entries and began preparing fee statement | 2.9 |
| 8/2/2023 | Iannella, Monique | Case Administration | Continued fee statement preparation | 2.5 |
| 8/3/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Reviewed response by team to counsel in relation to settlement discussions | 0.2 |
| 8/3/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Prepared and sent A&M June Invoice for payment | 0.3 |
| 8/3/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Reviewed claims file from counsel | 0.5 |
| 8/3/2023 | Kamlani, Kunal | Case Administration | Review final July Fee Statement and sent to Genesis for approval. | 0.3 |
| 8/3/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and comments on bullets requested by Cleary on workstreams completed to date | 0.4 |
| 8/3/2023 | Kim, Andrew | General Correspondence with Debtor & Debtors' Professionals | Summarized key points for declaration | 0.3 |
| 8/3/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Reviewed claims presentation | 0.8 |
| 8/3/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Review of claims | 2.9 |
| 8/4/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attended call with K. Kamlani (M3), A. Kim (M3), and M. Iannella (M3) to reconcile balances and transactions | 0.8 |
| 8/4/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Reviewed claims reconciliation analysis | 0.2 |
| 8/4/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review internal settlement documentation and source claims numbers to previous analysis | 1.6 |
| 8/4/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attended call with R. Rowan (M3), A. Kim (M3), and M. Iannella (M3) to reconcile balances and transactions | 0.8 |
| 8/4/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Email to Cleary (J. Vanlare) with comments and questions on a document describing various claims. | 0.4 |
| 8/4/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Reviewed claims data | 2.9 |
| 8/4/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Reviewed claims data | 2.1 |
| 8/4/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attended call with K. Kamlani (M3), R. Rowan (M3), and M. Iannella (M3) to reconcile balances and transactions | 0.8 |
| 8/4/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reconciled claims and transactions data | 2.9 |
| 8/4/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attended call with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3) to reconcile balances and transactions | 0.8 |
| 8/4/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Continued reconciliation of claim and transactions data | 2.7 |
| 8/4/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Coordinate with team to provide prior analysis | 0.8 |
| 8/8/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of 9019 motion | 0.7 |
| 8/8/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed motion documents | 1.4 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 8/9/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Call with B. Lenox (Cleary) to discuss claims analysis | 0.3 |
| 8/9/2023 | O'Connell, Daniel | General Correspondence with Other Professionals | Participate in call with M. Renzi, E. Hengel, C. Goodrich (BRG), R. Rowan, K. Kamlani, M. Iannella, and P. Lauser (M3) to discuss claims reconciliation | 0.5 |
| 8/9/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Reviewed legal drafts for settlement | 0.5 |
| 8/9/2023 | Lauser, Peter | General Correspondence with Other Professionals | Attend Meeting with BRG, K. Kamlani (M3), R. Rowan (M3), M. Iannella (M3), D. O'Connell (M3) to discuss claims settlement | 0.5 |
| 8/9/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), R. Rowan (M3), M. Iannella (M3) to discuss claims settlement | 0.2 |
| 8/9/2023 | Rowan, Ryan | General Correspondence with Other Professionals | Attend Meeting with BRG, K. Kamlani (M3), M. Iannella (M3), D. O'Connell (M3) and P. Lauser (M3) to discuss claims settlement | 0.5 |
| 8/9/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of claims asserted | 0.3 |
| 8/9/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), M. Iannella (M3) and P. Lauser (M3) to discuss claims settlement | 0.2 |
| 8/9/2023 | Kamlani, Kunal | General Correspondence with Other Professionals | Attend Meeting with BRG, R. Rowan (M3), M. Iannella (M3), D. O'Connell (M3) and P. Lauser (M3) to discuss claims settlement | 0.5 |
| 8/9/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Attend Meeting with R. Rowan (M3), M. Iannella (M3) and P. Lauser (M3) to discuss claims settlement | 0.2 |
| 8/9/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Reviewed claims analysis requested by BRG and provided comments to the team. | 0.7 |
| 8/9/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Exchanged correspondence with Cleary regarding guidance on next steps with respect to a claims analysis. | 0.2 |
| 8/9/2023 | Iannella, Monique | General Correspondence with Other Professionals | Attend Meeting with BRG, K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3) and P. Lauser (M3) to discuss claims settlement | 0.5 |
| 8/9/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Attend Meeting with K. Kamlani (M3), R. Rowan (M3), and P. Lauser (M3) to discuss claims settlement | 0.2 |
| 8/9/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Review of motions | 1.3 |
| 8/9/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reconciled claims against transactions data | 2.9 |
| 8/10/2023 | Lauser, Peter | Potential Avoidance Actions/Litigation Support | Review correspondence and claims update | 0.4 |
| 8/10/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Review correspondence from counsel relating to claims | 0.2 |
| 8/10/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Cleary regarding claims analysis sent to them yesterday | 0.2 |
| 8/10/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Draft email summary responding to M. Renzi (BRG) request with respect to certain claims | 0.3 |
| 8/10/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review POC sent by Cleary and update Claims analysis per their comments | 0.8 |
| 8/10/2023 | Iannella, Monique | Case Administration | Discussions with N. Maisel (Cleary) regarding transactions data | 0.5 |
| 8/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on initial data and deck for preference actions | 0.7 |
| 8/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on draft deck and status updates for phase 1 | 0.4 |
| 8/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical transactions of Genesis Debtors | 2.9 |
| 8/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Development of initial diligence list to be provided to the Company | 1.6 |
| 8/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of analysis related to historical transactions between the Genesis debtors and certain counterparties | 2.4 |
| 8/23/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3), L. Barefoot (CGSH), M. Cinnamon (CGSH), and D. Schwartz (CGSH) on initial work plan and data | 0.5 |
| 8/23/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.4 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on initial data and deck for preference actions | 0.7 |
| 8/23/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3), L. Barefoot (CGSH), M. Cinnamon (CGSH), and D. Schwartz (CGSH) on initial work plan and data | 0.5 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.2 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Initial review of proof of claim and data set | 1.6 |
| 8/23/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Review of initial documentation re relevant defenses from CGSH | 0.7 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Develop initial observations based upon raw data files from CGSH | 1.3 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on draft deck and status updates for phase 1 | 0.4 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.4 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with A. Kim (M3) and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.9 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Update diligence request list | 1.4 |
| 8/23/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review objections to claims submitted | 0.5 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on initial data and deck for preference actions | 0.7 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review 3AC complaint against GGC | 0.8 |
| 8/23/2023 | Kim, Andrew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3), L. Barefoot (CGSH), M. Cinnamon (CGSH), and D. Schwartz (CGSH) on initial work plan and data | 0.5 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction data | 2.9 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Continued to review transaction data | 0.1 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.2 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on draft deck and status updates for phase 1 | 0.4 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.4 |
| 8/23/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.9 |
| 8/23/2023 | Altman, Matthew | Case Administration | Set up internal infrastructure for case management in M3 systems | 0.3 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on initial data and deck for preference actions | 0.7 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), and A. Kim (M3) on work plan and tasks for initial deliverable for CGSH | 0.2 |
| 8/23/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), L. Barefoot (CGSH), M. Cinnamon (CGSH), and D. Schwartz (CGSH) on initial work plan and data | 0.5 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Review POC on intercompany transfers | 1.0 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on draft deck and status updates for phase 1 | 0.4 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on work plan and tasks for initial deliverable for CGSH | 0.4 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Work on initial data set for potential avoidance actions | 1.0 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and A. Kim (M3) on work plan and tasks for initial deliverable for CGSH | 0.9 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on loan return data set | 2.1 |
| 8/23/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued analysis on loan return data set | 1.2 |
| 8/23/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.2 |
| 8/23/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for initial deliverable for CGSH | 0.4 |
| 8/23/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3), L. Barefoot (CGSH), M. Cinnamon (CGSH), and D. Schwartz (CGSH) on initial work plan and data | 0.5 |
| 8/23/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review POC filed by 3AC on 8-18-23 for a call with Cleary | 1.4 |
| 8/23/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of Claims Objection filed by Cleary and other materials provided by Cleary | 1.6 |
| 8/24/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and A. Kim (M3) on diligence questions for phase 1 | 0.2 |
| 8/24/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of phase 1 diligence list in preparation to send to Debtor counsel and/or the Company | 0.8 |
| 8/24/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical transactions relating posting of collateral | 2.8 |
| 8/24/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of claim objection | 1.0 |
| 8/24/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3) and R. Rowan (M3) to discuss initial diligence list to be sent to the Company | 0.2 |
| 8/24/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with D. O'Connell (M3), and A. Kim (M3) on diligence questions for phase 1 | 0.2 |
| 8/24/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and updated diligence request list | 1.3 |
| 8/24/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Develop initial observations with data set received from CGSH | 1.4 |
| 8/24/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3) and D. O'Connell (M3) to discuss initial diligence list to be sent to the Company | 0.2 |
| 8/24/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Sent email correspondence to CGSH regarding diligence request list | 0.1 |
| 8/24/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction data | 2.8 |
| 8/24/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and D. O'Connell (M3) on diligence questions for phase 1 | 0.2 |
| 8/24/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and D. O'Connell (M3) to discuss initial diligence list to be sent to the Company | 0.2 |
| 8/24/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review proposed diligence list to the Company and feedback to the team | 0.4 |
| 8/25/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | E-mail correspondence with CGSH regarding diligence request list | 0.1 |
| 8/25/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review initial set of diligence requests received and develop prioritized list to send to company for outstanding items | 2.7 |
| 8/25/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3) and D. O'Connell (M3) to discuss updated diligence list to be sent to the Company | 0.3 |
| 8/25/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and update diligence request list | 0.4 |
| 8/25/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Draft email and send updated diligence list to CGSH | 0.3 |
| 8/25/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with Genesis team, CGSH team, and M3 team (D. O'Connell) to discuss latest diligence request list | 0.5 |
| 8/25/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with CGSH team (A. Weaver) and M3 team (D. O'Connell) to discuss latest diligence request list | 0.4 |
| 8/25/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of telegram chats and loan interest invoices | 1.0 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 8/25/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction data and invoices | 0.7 |
| 8/25/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Review of production files provided by Company counsel | 2.9 |
| 8/25/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical margin calls initiated by Genesis | 2.8 |
| 8/25/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3) to discuss updated diligence list to be sent to the Company | 0.3 |
| 8/25/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with Genesis team, CGSH team, and M3 team (R. Rowan) to discuss latest diligence request list | 0.5 |
| 8/25/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with CGSH team (A. Weaver) and M3 team (R. Rowan) to discuss latest diligence request list | 0.4 |
| 8/25/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and D. O'Connell (M3) to discuss updated diligence list to be sent to the Company | 0.3 |
| 8/26/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of additional diligence items provided by CGSH | 1.0 |
| 8/26/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Review updated data files as produced by Company counsel | 0.6 |
| 8/26/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review diligence files provided by Cleary. | 1.8 |
| 8/27/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Email correspondence between M3 and CGSH regarding diligence items received and path forward | 0.2 |
| 8/27/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review invoice data | 1.2 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical GBTC denominated loan issuances and loan returns by counterparties | 2.9 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical margin call notices issued by the Company and the associated impact to the loan portfolio(s) for select counterparties | 2.8 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for week ahead and deliverable for CGSH | 0.5 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on tasks and presentation for CGSH | 0.2 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and M. Altman (M3) to review draft of deck for CGSH | 1.2 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on Phase 1 deck progress for CGSH | 0.6 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on edits for Phase 1 deck for CGSH | 0.4 |
| 8/28/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical interest payments received by the Company and associated invoice reconciliation | 2.6 |
| 8/28/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on work plan and tasks for week ahead and deliverable for CGSH | 0.5 |
| 8/28/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on tasks and presentation for CGSH | 0.2 |
| 8/28/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review and summarize transaction data | 1.6 |
| 8/28/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on Phase 1 deck progress for CGSH | 0.6 |
| 8/28/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on edits for Phase 1 deck for CGSH | 0.4 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of diligence files received - interest invoices | 0.5 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for week ahead and deliverable for CGSH | 0.5 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on tasks and presentation for CGSH | 0.2 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Develop initial observations based upon diligence items received | 2.1 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with D. O'Connell (M3), and M. Altman (M3) to review draft of deck for CGSH | 1.2 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Update observations with the latest information provided by CGSH | 0.8 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on Phase 1 deck progress for CGSH | 0.6 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits for Phase 1 deck for CGSH | 0.4 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and update preliminary findings | 0.3 |
| 8/28/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review latest version of Phase 1 findings and provided comments | 0.4 |
| 8/28/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Schedule meeting with CGSH to discuss status of Phase 1 findings | 0.1 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on work plan and tasks for week ahead and deliverable for CGSH | 0.5 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on tasks and presentation for CGSH | 0.2 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Work on loan returns information for presentation | 1.2 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Create charts for loan return summaries | 1.1 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3) and D. O'Connell (M3) to review draft of deck for CGSH | 1.2 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on loan return analysis | 0.8 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued analysis on Loan returns | 2.2 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on Phase 1 deck progress for CGSH | 0.6 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on edits for Phase 1 deck for CGSH | 0.4 |
| 8/28/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Flow updates to Phase 1 deck for CGSH post-call | 0.3 |
| 8/28/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review phase 1 3AC analysis regarding claims. Comments marked and sent to the internal team for discussion. | 2.1 |
| 8/28/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on Phase 1 deck progress for CGSH | 0.6 |
| 8/28/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on work plan and tasks for week ahead and deliverable for CGSH. | 0.5 |
| 8/29/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Attend call with CGSH team, K. Kamlani (M3), and R. Rowan (M3) to discuss initial findings related to Phase 1 work product | 1.0 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.5 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), M. Altman (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 0.4 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) to finalize Phase 1 deck to CGSH | 0.2 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Iteration of phase 1 presentation materials based on feedback provided by M3 team members | 1.2 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of historical transactions between Genesis and select loan counterparties; specifically, transactions in the days following a margin call | 2.8 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis of Genesis historical transactions with select counterparties for Collateral Received for the period April 2021 through June 2022 | 2.6 |
| 8/29/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), M. Altman (M3), and A. Kim (M3) to discuss updates to phase 1 deck for CGSH | 0.2 |
| 8/29/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with R. Rowan (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), and A. Saba (CGSH) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/29/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.5 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 8/29/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction data and edit presentation to CGSH | 0.5 |
| 8/29/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) to finalize Phase 1 deck to CGSH | 0.2 |
| 8/29/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction history | 0.5 |
| 8/29/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) to discuss edits on phase 1 deck for CGSH | 0.4 |
| 8/29/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) to discuss updates to phase 1 deck for CGSH | 0.2 |
| 8/29/2023 | Kim, Andrew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), M. Altman (M3), A. Weaver (CGSH), and A. Saba (CGSH) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and update initial observations for Phase 1 in advance of meetings with M3 team | 0.4 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Continued to review and update Phase 1 deliverable | 2.7 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Update initial presentation of findings in advance of discussion with CGSH | 0.8 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend call with D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) to finalize Phase 1 deck to CGSH | 0.2 |
| 8/29/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Attend call with CGSH team, K. Kamlani (M3), and D. O'Connell (M3) to discuss initial findings related to Phase 1 work product | 1.0 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and update initial findings based upon comments received from CGSH | 1.1 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend call with D. O'Connell (M3), M. Altman (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 0.4 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.5 |
| 8/29/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with D. O'Connell (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), and A. Saba (CGSH) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend call with D. O'Connell (M3), M. Altman (M3), and A. Kim (M3) to discuss updates to phase 1 deck for CGSH | 0.2 |
| 8/29/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Update draft findings following comments from CGSH | 0.2 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on edits to Phase 1 deck for CGSH | 0.5 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Compile and process edits to phase 1 deck | 1.2 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) to finalize Phase 1 deck to CGSH | 0.2 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Provide updates to phase 1 deck for CGSH | 1.7 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 0.4 |
| 8/29/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), A. Weaver (CGSH), and A. Saba (CGSH) on edits to Phase 1 deck  for CGSH | 0.3 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) to discuss updates to phase 1 deck for CGSH | 0.2 |
| 8/29/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Review updates throughout phase 1 deck and provide comments | 1.2 |
| 8/29/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.5 |
| 8/29/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Attend call with CGSH team, R. Rowan (M3), and D. O'Connell (M3) to discuss initial findings related to Phase 1 work product | 1.0 |
| 8/29/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review revised draft of 3AC Phase 1 analysis and provide comments to Ryan R (M3) with direction to send to CGSH | 0.9 |
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), M. Altman (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 0.2 |
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.3 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), M. Altman (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 1.8 |
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on final review of phase 1 deck for CGSH | 0.5 |
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Analysis related to historical margin calls issued by the Company and Loan Returns and/or Collateral Received as a result | 2.8 |
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Review telegram messages provided by Company counsel to reconcile loan issuance and loan return transactions with a select counterparty | 1.3 |
| 8/30/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Review draft declaration regarding analysis prepared to support historical lending transactions effectuated by the Company and select counterparties | 1.2 |
| 8/30/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/30/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) to discuss edits on phase 1 deck for CGSH | 0.2 |
| 8/30/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) to discuss edits on phase 1 deck for CGSH | 1.8 |
| 8/30/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on final review of phase 1 deck for CGSH | 0.5 |
| 8/30/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Update presentation as discussed with CGSH and team | 0.4 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review telegram chats received from CGSH and update Phase 1 deck | 0.5 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend call with D. O'Connell (M3), M. Altman (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 0.2 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend call with D. O'Connell (M3), M. Altman (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 1.8 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and iterate latest Phase 1 presentation | 0.3 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on final review of phase 1 deck for CGSH | 0.5 |
| 8/30/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Update and send latest iteration of the Phase 1 presentation to CGSH | 0.4 |
| 8/30/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Initial review of Draft Declaration provided by CGSH | 1.5 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 0.2 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) to discuss edits on phase 1 deck for CGSH | 1.8 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on edits to CGSH phase 1 deck | 0.4 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on final review of phase 1 deck for CGSH | 0.5 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Review sample Kamlani declaration for accuracy | 1.4 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Create index template and key for Kamlani declaration | 0.4 |
| 8/30/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on index to Kamlani Declaration | 2.2 |
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and comments on draft declaration sent to the M3 team. | 1.6 |
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review diligence files sent by Cleary related to 3AC | 0.7 |
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review Term Sheets and Loan Database to support my Declaration | 1.6 |
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review revised Phase 1 analysis incorporating Cleary's comments | 0.8 |
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits to Phase 1 deck for CGSH | 0.3 |
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on final review of phase 1 deck for CGSH | 0.5 |

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: August 1 2023 - August 31 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 8/30/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review MLAs in support of my Declaration | 0.7 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction history and declaration draft | 1.6 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction history and declaration draft | 0.6 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) to discuss declaration edits and index | 0.7 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction history and declaration draft | 0.6 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on CGSH redline to declaration and index | 0.7 |
| 8/31/2023 | Kim, Andrew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH), L. Barefoot (CGSH), and M. Cinnamon (CGSH) on edits Kamlani Declaration | 0.3 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), and M. Altman (M3) on edits to the Kamlani Declaration | 0.3 |
| 8/31/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction data and Kamlani declaration | 0.6 |
| 8/31/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of Declaration provided by CGSH and performed diligence confirming facts as stated | 2.2 |
| 8/31/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Attend call with D. O'Connell (M3), M. Altman (M3), and A. Kim (M3) to discuss declaration edits and index | 0.7 |
| 8/31/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review CGSH response regarding initial Declaration feedback | 0.8 |
| 8/31/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on CGSH redline to declaration and index | 0.7 |
| 8/31/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH), L. Barefoot (CGSH), and M. Cinnamon (CGSH) on edits Kamlani Declaration | 0.3 |
| 8/31/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), A. Kim (M3), and M. Altman (M3) on edits to the Kamlani Declaration | 0.3 |
| 8/31/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and iterate on the Declaration provided by CGSH | 0.8 |
| 8/31/2023 | Rowan, Ryan | General Correspondence with Debtor & Debtors' Professionals | Draft and sent e-mail correspondence to CGSH with the latest version of the Declaration | 0.2 |
| 8/31/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) to discuss declaration edits and index | 0.7 |
| 8/31/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on index and edits to Kamlani declaration | 1.9 |
| 8/31/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on CGSH redline to declaration and index | 0.7 |
| 8/31/2023 | Altman, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), A. Weaver (CGSH), A. Saba (CGSH), L. Barefoot (CGSH), and M. Cinnamon (CGSH) on edits Kamlani Declaration | 0.3 |
| 8/31/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), and A. Kim (M3) on edits to the Kamlani Declaration | 0.3 |
| 8/31/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on updating the Kamlani declaration | 1.8 |
| 8/31/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Continued work on Kamlani Declaration edits and redlines | 1.4 |
| 8/31/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Attend call with R. Rowan (M3), M. Altman (M3), and A. Kim (M3) to discuss declaration edits and index | 0.7 |
| 8/31/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on CGSH redline to declaration and index | 0.7 |
| 8/31/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH), L. Barefoot (CGSH), and M. Cinnamon (CGSH) on edits to Kamlani Declaration | 0.3 |
| 8/31/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Reconciliation and sourcing of figures contained within the draft Kamlani declaration | 2.7 |
| 8/31/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Reconciliation of figures contained within the draft Kamlani declaration versus M3 analysis prepared for the same time period | 2.5 |
| 8/31/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of draft declaration and comments shared with Cleary and the M3 team | 1.4 |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: August 1 2023 - August 31 2023**

### Exhibit E - Time Detail by Task by Professional

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 8/31/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review updated Declaration redline to send back to Cleary | 0.4 |
| 8/31/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH), L. Barefoot (CGSH), and M. Cinnamon (CGSH) on edits Kamlani Declaration | 0.3 |
| 8/31/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on edits to the Kamlani Declaration | 0.3 |
| 8/31/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on CGSH redline to declaration and index | 0.7 |