CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 26, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**    September 26, 2023, at 2:00 p.m. (Prevailing Eastern Time)

**Location of Hearing:**    Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The September 26 Hearing will be conducted only through Zoom.[2] Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate, by email prior to the Hearing, the Zoom links

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]    While the Debtors have been advised that the Foreign Representatives of Three Arrows Capital, LTD. intend to offer into evidence the declaration filed in support of their lift stay motion listed as agenda item 3 below, the parties agree that they do not intend to cross-examine the declarant, and believe that accordingly, the hearing may be conducted solely via zoom. To the extent that the Debtors receive contrary direction from chambers, they will promptly amend the agenda accordingly.

|  |  |
|---|---|
|  | to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. |
|  | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website. |

### AGENDA FOR SEPTEMBER 26 HEARING

**Matters to be Heard at September 26 Hearing:**

I. **Uncontested Matters:**

1. **Motion Approving Rejection of Certain Executory Contracts**: *Debtors' Omnibus Motion for Entry of an Order (I) Approving Rejection of Certain Executory Contracts, (III) Authorizing Procedures for the Rejection of Executory Contracts and the Abandonment of Related Assets and (III) Authorizing Procedures for the Settlement of Certain de Minimis Claims.* ECF No. 697.

   i. **General Response Deadline:** September 19, 2023 at 4:00 p.m. (Eastern Time)

   ii. **No Responses**

   iii. **No Related Pleadings**

   iv. **Status**: A proposed order has been filed and the matter is going forward on an uncontested basis.

2. **Sealing Motion**: *Motion for Authorization to File Stay Relief Motion and Related Declaration Under Seal.* ECF No. 679.

   v. **Related Pleadings:**

   a. *Motion of the Foreign Representatives of Three Arrows Capital, LTD. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief.* ECF No. 678.

   vi. **Status**: A proposed order has been filed and the matter is going forward on an uncontested basis.

II. **Contested Matters**

1. **Motion to Lift Stay:** *Motion of the Foreign Representatives of Three Arrows Capital, LTD. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief.* ECF No. 678.

   i. **General Response Deadline:** September 19, 2023 at 4:00 p.m. (Eastern Time)

   ii. **Objections:**

   a. *Debtors' Objection to the Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 720.

   b. *Joinder and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Objection to the Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 721.

   iii. **Related Pleadings:**

   a. *Reply of the Joint Liquidators of Three Arrows Capital, Ltd. to the Debtors' Objection to the Motion to Modify the Automatic Stay* ECF No. 730.

   b. *Motion of the Foreign Representatives of Three Arrows Capital, Ltd. to Shorten the Notice Period for Foreign Representatives' Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 686.

   c. *Order Authorizing Foreign Representatives' Motion to Shorten the Notice Period for the Foreign Representatives' Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001.* ECF No. 696.

   iv. **Status**: A proposed order has been filed and the matter is going forward.

|  |  |
|---|---|
| Dated:  September 22, 2023<br>　　　　New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>*/s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

4