CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF CONFERENCE SCHEDULED FOR SEPTEMBER 25, 2023**

**PLEASE TAKE NOTICE** that on September 6, 2023, the Foreign Representatives of Three Arrows Capital, Ltd. ("3AC") filed the *Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief*, ECF No. 678 (the "Lift Stay Motion"), and that, pursuant to the Bankruptcy Court for the Southern District of New York's (the "Court") *Order Authorizing Foreign Representatives' Motion to Shorten the Notice Period for the Foreign Representatives' Motion for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(D)(1) and Bankruptcy Rule 4001*, ECF. No. 696, the Court has scheduled hearing on the Lift Stay Motion for **September 26, 2023, at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that on September 19, 2023, the Debtors filed the *Debtors' Objection to the Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*4001*, ECF No. 720, and the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 filed the *Joinder and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Objection to the Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for Entry of an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001*, ECF No. 721.

**PLEASE TAKE FURTHER NOTICE** that on September 22, 2023, 3AC filed the *Reply of The Joint Liquidators of Three Arrows Capital, Ltd. to the Debtors' Objection to the Motion to Modify the Automatic Stay*, ECF. No. 730, in which 3AC requested, *inter alia*, an adjournment of the Lift Stay Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a status conference to discuss the Lift Stay Motion in the above-captioned chapter 11 for **September 25, 2023 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The status conference will be conducted only through Zoom for government.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the status conference should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the status conference free of charge may do so by calling the following muted, listen-only number: 1-929-205- 6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: September 22, 2023  
      New York, New York

*/s/ Luke A. Barefoot*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Andrew Weaver  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*