Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
        adam.goldberg@lw.com
        brett.neve@lw.com
        nacif.taousse@lw.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
        tiffany.ikeda @lw.com
        emily.orman@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re:                                                         :      Chapter 11
                                                               :
Genesis Global Holdco, LLC, *et al.*,                          :      Case No. 23-10063 (SHL)
                                                               :
                                                               :      Jointly Administered
                        Debtors.[1]                            :
                                                               :      Related ECF Nos. 678, 679
                                                               :
---------------------------------------------------------------X

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE HEARING ON**
**(A) THE MOTION OF THE FOREIGN REPRESENTATIVES OF THREE ARROWS**
**CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING THE AUTOMATIC**
**STAY PURSUANT TO 11 U.S.C. 362(D)(1) AND BANKRUPTCY RULE 4001 AND (II)**
**GRANTING RELATED RELIEF AND (B) THE MOTION FOR AUTHORIZATION TO**
**FILE STAY RELIEF MOTION AND RELATED DECLARATION UNDER SEAL**

    **PLEASE TAKE NOTICE** that the hearing on the *Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief*, ECF No. 678 (the "Lift Stay Motion") and the related *Motion for Authorization to File Stay Relief*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Motion and Related Declaration Under Seal*, ECF No. 679 (the "Motion to Seal"), which were adjourned, *sine die*, from the hearing before this Court on September 26, 2023, at 2:00 p.m. (Prevailing Eastern Time) shall now be conducted on a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: September 25, 2023　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　*/s/ Christopher Harris*
　　　　　　　　　　　　　　　Christopher Harris
　　　　　　　　　　　　　　　Adam J. Goldberg
　　　　　　　　　　　　　　　Brett M. Neve
　　　　　　　　　　　　　　　Nacif Taousse
　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　Facsimile: (212) 751-4864
　　　　　　　　　　　　　　　Email:　chris.harris@lw.com
　　　　　　　　　　　　　　　　　　　adam.goldberg@lw.com
　　　　　　　　　　　　　　　　　　　brett.neve@lw.com
　　　　　　　　　　　　　　　　　　　nacif.taousse@lw.com

　　　　　　　　　　　　　　　– and –

　　　　　　　　　　　　　　　Nima H. Mohebbi (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Tiffany M. Ikeda (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Emily R. Orman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　355 South Grand Avenue, Suite 100
　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　Telephone: (213) 485-1234
　　　　　　　　　　　　　　　Facsimile: (213) 891-8763
　　　　　　　　　　　　　　　Email:　nima.mohebbi@lw.com
　　　　　　　　　　　　　　　　　　　tiffany.ikeda@lw.com
　　　　　　　　　　　　　　　　　　　emily.orman@lw.com

　　　　　　　　　　　　　　　*Counsel to the Joint Liquidators*
　　　　　　　　　　　　　　　*of Three Arrows Capital, Ltd.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of September, 2023, a true and correct copy of the foregoing Notice was furnished to all ECF Participants via the Court's CM/ECF system.

*/s/ Christopher Harris*
Christopher Harris