**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
**In re:** : **Chapter 11**
: 
**GENESIS GLOBAL HOLDCO, LLC,** *et al.,* [1] : **Case No. 23-10063 (SHL)**
: 
**Debtors.** : **(Jointly Administered)**
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SIXTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.,
INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF GENESIS GLOBAL HOLDCO, LLC, ET AL., FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Houlihan Lokey Capital, Inc. |
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, et al., |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 13, 2023 |
| **Period for which compensation and reimbursement is sought** | July 1, 2023 through and including July 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $150,000.00 |
| **Current Fee Request** | $120,000.00 (80% of $150,000.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $803.18 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $120,803.18 |

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| Total Fees and Expenses Inclusive of Holdback | $150,803.18 |
|---|---|
| This is a(n):    <u>X</u> monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

Pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**" or the "**Applicant**"), Investment Banker for the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits this Fourth Monthly Fee Statement (the "**Statement**") for the period of July 1, 2023 through and including July 31, 2023 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" are the time records of Applicant for this Monthly Fee Period organized by project category and professional with a daily time log explaining the time spent by each professional.

Applicant respectfully requests (i) compensation in the amount of $120,000.00, which represents 80% of fees for services rendered by Applicant as investment banker to the Official Committee of Unsecured Creditors during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $803.18.

Dated: September 26, 2023

Respectfully submitted,

By: _____

Brad Geer, Managing Director
**HOULIHAN LOKEY CAPITAL, INC.**
225 South 6th Street
Minneapolis, Minnesota 55402
Telephone: (612) 215-2249
Email:  bgeer@hl.com

# **EXHIBIT A**

Work Hours Summary

## Genesis Global Holdco, LLC - HL Work Hours Summary

*July 1, 2023 - July 31, 2023*

**Summary of Hours by Professional / Task Code**

| Principal Professional | Title | Task Code | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | | |
| Saul Burian | Managing Director | 2.5 | – | 5.5 | – | – | | 8.0 |
| Bradley Geer | Managing Director | 3.0 | 25.0 | 72.5 | 52.0 | – | | 152.5 |
| David Cumming | Senior Vice President | 5.0 | 15.5 | 59.0 | 23.0 | – | | 102.5 |
| Steven White | Associate | 5.5 | 1.5 | 25.0 | – | – | | 32.0 |
| Rijul Malik | Associate | 8.0 | 14.0 | 59.0 | 173.5 | – | | 254.5 |
| Braedon Kehoe | Analyst | 5.5 | 7.0 | 26.0 | 27.0 | – | | 65.5 |
| Odessa Fung | Analyst | 15.0 | 12.5 | 57.0 | 169.5 | – | | 254.0 |
| **Total** | | **44.5** | **75.5** | **304.0** | **445.0** | **–** | | **869.0** |

**Task Code Legend**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

# **EXHIBIT B**

Invoice

# Houlihan Lokey

**Invoice #  118609-6**

**PERSONAL & CONFIDENTIAL**                                    September 22, 2023

Genesis Global Capital, LLC                                    Client #  26011
250 Park Ave S, 5th Floor                                      Case #  119253
New York, NY 10003

**Professional Fees**
Monthly Fee due on July 6, 2023                $    150,000.00
Professional Fees Due                                              $    150,000.00

**Out of Pocket Expenses**
Travel and Overtime Meals                       $       800.43
Telephone and Data                                           2.75
Out of Pocket Expenses Due                                         $        803.18

**TOTAL AMOUNT DUE AND PAYABLE**                                   $    150,803.18

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:                          Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                          Bank of America
Accounts Receivable Department                Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor             ACH ABA #121000358
Los Angeles, California 90067-6802            fbo Houlihan Lokey Capital, Inc.
                                                    Account #1453120593
                                           Swift Code (Int'l Wires Only): BOFAUS3N
                                                  Federal ID #95-4024056

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

# **EXHIBIT C**

Work Hours Details

**Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet**

*July 1, 2023 - July 31, 2023*

| | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **8.0** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/9/2023 | C | Discussion with UCC | 1.0 |
| 7/10/2023 | C | Discussion with UCC | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| **Total** | | | **8.0** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Bradley Geer |
|---|---|
| Total Hours: | 152.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/1/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/2/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/2/2023 | C | Correspondence with UCC Advisors | 2.0 |
| 7/3/2023 | B | Discussion with UCC Advisors | 0.5 |
| 7/3/2023 | C | Discussion with UCC | 2.0 |
| 7/3/2023 | C | Discussion with UCC | 1.0 |
| 7/3/2023 | C | Discussion with UCC and Other Creditors | 1.0 |
| 7/3/2023 | D | Preparation and Review of Materials | 2.5 |
| 7/4/2023 | C | Discussion with UCC and Other Creditors | 2.0 |
| 7/4/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/4/2023 | B | Correspondence with AHG Advisors | 1.0 |
| 7/5/2023 | C | Discussion with UCC | 2.5 |
| 7/5/2023 | B | Discussion with UCC Advisors | 1.0 |
| 7/5/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/6/2023 | D | Internal Discussion | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | D | Internal Discussion | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/7/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | D | Internal Discussion | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/8/2023 | B | Correspondence with AHG Advisors | 1.0 |
| 7/9/2023 | C | Discussion with UCC | 2.0 |
| 7/9/2023 | C | Discussion with UCC Advisors | 1.5 |
| 7/9/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 4.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 3.0 |
| 7/10/2023 | C | Correspondence with UCC Advisors | 1.5 |
| 7/11/2023 | C | Discussion with UCC | 1.5 |
| 7/11/2023 | D | Internal Discussion | 1.0 |
| 7/11/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/11/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/12/2023 | C | Discussion with UCC | 2.0 |
| 7/12/2023 | D | Internal Discussion | 1.0 |
| 7/12/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/12/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/12/2023 | A | General Administration | 0.5 |
| 7/12/2023 | B | Correspondence with AHG Advisors | 1.5 |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*July 1, 2023 - July 31, 2023*

| Hours for: | Bradley Geer |
|---|---|
| **Total Hours:** | **152.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/1/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/13/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/13/2023 | D | Internal Discussion | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/13/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/13/2023 | D | Internal Discussion | 1.5 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | D | Internal Discussion | 1.0 |
| 7/14/2023 | D | Internal Discussion | 1.0 |
| 7/14/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/14/2023 | C | Correspondence with UCC Advisors | 2.0 |
| 7/15/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/15/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/16/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/16/2023 | D | Internal Discussion | 1.0 |
| 7/16/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/16/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/16/2023 | C | Correspondence with UCC Advisors | 2.0 |
| 7/16/2023 | B | Correspondence with AHG Advisors | 2.0 |
| 7/17/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/17/2023 | C | Discussion with UCC | 1.0 |
| 7/18/2023 | C | Discussion with UCC | 0.5 |
| 7/18/2023 | B | Discussion with AHG and AHG Advisors | 1.5 |
| 7/18/2023 | B | Correspondence with AHG Advisors | 3.0 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| 7/20/2023 | B | Discussion with Debtors | 1.0 |
| 7/20/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/20/2023 | C | Correspondence with UCC Advisors | 2.5 |
| 7/21/2023 | B | Discussion with Debtor Advisors | 1.0 |
| 7/21/2023 | C | Discussion with UCC | 0.5 |
| 7/21/2023 | C | Discussion with UCC | 1.5 |
| 7/21/2023 | C | Correspondence with UCC Advisors | 2.0 |
| 7/22/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/22/2023 | B | Correspondence with AHG Advisors | 1.0 |
| 7/23/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/23/2023 | B | Correspondence with AHG Advisors | 0.5 |
| 7/24/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/24/2023 | D | Internal Discussion | 1.5 |
| 7/24/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/25/2023 | C | Discussion with UCC | 2.0 |
| 7/25/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/26/2023 | D | Internal Discussion | 1.0 |
| 7/26/2023 | C | Discussion with UCC | 2.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/26/2023 | C | Correspondence with UCC Advisors | 0.5 |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Bradley Geer |
|---|---|
| Total Hours: | 152.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/1/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/27/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/27/2023 | C | Discussion with UCC | 2.5 |
| 7/27/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/28/2023 | C | Discussion with UCC | 1.0 |
| 7/28/2023 | D | Internal Discussion | 1.5 |
| 7/28/2023 | B | Discussion with UCC/AHG Advisors | 2.0 |
| 7/28/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/28/2023 | B | Correspondence with AHG Advisors | 1.0 |
| 7/29/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/30/2023 | C | Correspondence with UCC Advisors | 2.0 |
| 7/31/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/31/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/31/2023 | D | Internal Discussion | 2.0 |
| **Total** | | | **152.5** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*July 1, 2023 - July 31, 2023*

| Hours for: | David Cumming |
|---|---|
| **Total Hours:** | **102.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/2/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/3/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/3/2023 | C | Discussion with UCC | 2.0 |
| 7/3/2023 | C | Discussion with UCC | 1.0 |
| 7/3/2023 | C | Discussion with UCC and Other Creditors | 1.0 |
| 7/3/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/4/2023 | C | Discussion with UCC and Other Creditors | 2.0 |
| 7/4/2023 | B | Correspondence with AHG Advisors | 0.5 |
| 7/5/2023 | C | Discussion with UCC | 2.5 |
| 7/5/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/5/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/7/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/9/2023 | C | Discussion with UCC | 2.0 |
| 7/9/2023 | C | Discussion with UCC Advisors | 1.5 |
| 7/9/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 4.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 3.0 |
| 7/11/2023 | C | Discussion with UCC | 1.5 |
| 7/11/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/11/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/12/2023 | C | Discussion with UCC | 2.0 |
| 7/12/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/12/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/13/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/13/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/13/2023 | D | Internal Discussion | 0.5 |
| 7/13/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/15/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/15/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/16/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/16/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*July 1, 2023 - July 31, 2023*

| Hours for: | David Cumming |
|---|---|
| Total Hours: | 102.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/16/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/16/2023 | B | Correspondence with AHG Advisors | 0.5 |
| 7/17/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/17/2023 | C | Discussion with UCC | 1.0 |
| 7/17/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/18/2023 | C | Discussion with UCC | 0.5 |
| 7/18/2023 | B | Discussion with AHG and AHG Advisors | 1.5 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/19/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/19/2023 | A | General Administration | 1.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| 7/20/2023 | B | Discussion with Debtors | 1.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/20/2023 | C | Correspondence with UCC Advisors | 0.5 |
| 7/21/2023 | B | Discussion with Debtor Advisors | 1.0 |
| 7/21/2023 | C | Discussion with UCC | 0.5 |
| 7/21/2023 | C | Discussion with UCC | 1.5 |
| 7/21/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/22/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/24/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/24/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/25/2023 | C | Discussion with UCC | 2.0 |
| 7/25/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/26/2023 | C | Discussion with UCC | 2.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/27/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/27/2023 | C | Discussion with UCC | 2.5 |
| 7/27/2023 | A | General Administration | 1.0 |
| 7/28/2023 | C | Discussion with UCC | 1.0 |
| 7/28/2023 | B | Discussion with UCC/AHG Advisors | 2.0 |
| 7/28/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/28/2023 | B | Correspondence with AHG Advisors | 0.5 |
| 7/29/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/30/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/31/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/31/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/31/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/31/2023 | A | General Administration | 0.5 |
| **Total** | | | **102.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*July 1, 2023 - July 31, 2023*

| Hours for: | Steven White |
|---|---|
| **Total Hours:** | **32.0** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/3/2023 | B | Discussion with UCC Advisors | 0.5 |
| 7/3/2023 | C | Discussion with UCC | 2.0 |
| 7/3/2023 | C | Discussion with UCC | 1.0 |
| 7/3/2023 | A | General Administration | 0.5 |
| 7/4/2023 | C | Discussion with UCC and Other Creditors | 2.0 |
| 7/5/2023 | C | Discussion with UCC | 2.5 |
| 7/5/2023 | B | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/6/2023 | A | Court Hearing | 2.0 |
| 7/10/2023 | C | Discussion with UCC | 3.0 |
| 7/11/2023 | C | Discussion with UCC | 1.5 |
| 7/12/2023 | C | Discussion with UCC | 2.0 |
| 7/12/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/12/2023 | A | General Administration | 0.5 |
| 7/13/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| 7/21/2023 | C | Discussion with UCC | 1.5 |
| 7/24/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/28/2023 | C | Discussion with UCC | 1.0 |
| **Total** | | | **32.0** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Rijul Malik |
|---|---|
| Total Hours: | 254.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/1/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/1/2023 | D | Preparation and Review of Materials | 8.0 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/2/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/3/2023 | B | Discussion with UCC Advisors | 0.5 |
| 7/3/2023 | C | Discussion with UCC | 2.0 |
| 7/3/2023 | C | Discussion with UCC | 1.0 |
| 7/3/2023 | C | Discussion with UCC and Other Creditors | 1.0 |
| 7/3/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/3/2023 | A | General Administration | 1.0 |
| 7/4/2023 | C | Discussion with UCC and Other Creditors | 2.0 |
| 7/4/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/5/2023 | C | Discussion with UCC | 2.5 |
| 7/5/2023 | B | Discussion with UCC Advisors | 1.0 |
| 7/5/2023 | A | General Administration | 0.5 |
| 7/5/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/6/2023 | A | Court Hearing | 2.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/6/2023 | D | Internal Discussion | 1.0 |
| 7/6/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | D | Internal Discussion | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/7/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | D | Internal Discussion | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/9/2023 | C | Discussion with UCC | 2.0 |
| 7/9/2023 | C | Discussion with UCC Advisors | 1.5 |
| 7/9/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 4.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 3.0 |
| 7/10/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/11/2023 | C | Discussion with UCC | 1.5 |
| 7/11/2023 | D | Internal Discussion | 1.0 |
| 7/11/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/11/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/12/2023 | C | Discussion with UCC | 2.0 |
| 7/12/2023 | D | Internal Discussion | 1.0 |
| 7/12/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/12/2023 | D | Preparation and Review of Materials | 3.0 |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Rijul Malik |
|---|---|
| Total Hours: | 254.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/1/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/12/2023 | A | General Administration | 0.5 |
| 7/13/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/13/2023 | D | Internal Discussion | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/13/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/13/2023 | D | Internal Discussion | 1.5 |
| 7/13/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/14/2023 | D | Internal Discussion | 1.5 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | D | Internal Discussion | 1.0 |
| 7/14/2023 | D | Internal Discussion | 1.0 |
| 7/14/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/15/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/15/2023 | D | Preparation and Review of Materials | 4.0 |
| 7/16/2023 | D | Internal Discussion | 1.0 |
| 7/16/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/16/2023 | D | Preparation and Review of Materials | 7.0 |
| 7/17/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/17/2023 | C | Discussion with UCC | 1.0 |
| 7/17/2023 | A | Internal Discussion | 0.5 |
| 7/17/2023 | A | General Administration | 1.0 |
| 7/17/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/18/2023 | C | Discussion with UCC | 0.5 |
| 7/18/2023 | B | Discussion with AHG and AHG Advisors | 1.5 |
| 7/18/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/19/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| 7/20/2023 | B | Discussion with Debtors | 1.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/20/2023 | D | Preparation and Review of Materials | 2.5 |
| 7/21/2023 | B | Discussion with Debtor Advisors | 1.0 |
| 7/21/2023 | C | Discussion with UCC | 0.5 |
| 7/21/2023 | C | Discussion with UCC | 1.5 |
| 7/21/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/22/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/23/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/24/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/24/2023 | D | Internal Discussion | 1.5 |
| 7/24/2023 | D | Preparation and Review of Materials | 7.0 |
| 7/25/2023 | C | Discussion with UCC | 2.0 |
| 7/25/2023 | D | Preparation and Review of Materials | 8.0 |
| 7/26/2023 | D | Internal Discussion | 1.0 |
| 7/26/2023 | C | Discussion with UCC | 2.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | D | Preparation and Review of Materials | 7.0 |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*July 1, 2023 - July 31, 2023*

| Hours for: | **Rijul Malik** |
|---|---|
| **Total Hours:** | **254.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Internal Discussion | 0.5 |
| 7/1/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/27/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/27/2023 | C | Discussion with UCC | 2.5 |
| 7/27/2023 | D | Preparation and Review of Materials | 5.5 |
| 7/28/2023 | C | Discussion with UCC | 1.0 |
| 7/28/2023 | D | Internal Discussion | 1.5 |
| 7/28/2023 | B | Discussion with UCC/AHG Advisors | 2.0 |
| 7/28/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/29/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/29/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/30/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/31/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/31/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/31/2023 | D | Internal Discussion | 2.0 |
| 7/31/2023 | D | Preparation and Review of Materials | 5.0 |
| **Total** | | | **254.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Braedon Kehoe |
|---|---|
| Total Hours: | 65.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/2/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/3/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/3/2023 | C | Discussion with UCC | 2.0 |
| 7/3/2023 | C | Discussion with UCC | 1.0 |
| 7/3/2023 | A | General Administration | 1.0 |
| 7/4/2023 | C | Discussion with UCC and Other Creditors | 2.0 |
| 7/4/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/5/2023 | C | Discussion with UCC | 2.5 |
| 7/5/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/5/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/6/2023 | A | Court Hearing | 2.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | D | Internal Discussion | 1.0 |
| 7/8/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/9/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/10/2023 | C | Discussion with UCC | 3.0 |
| 7/11/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/11/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/12/2023 | C | Discussion with UCC | 2.0 |
| 7/12/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/13/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/13/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/13/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/14/2023 | D | Internal Discussion | 0.5 |
| 7/14/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/16/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/16/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/17/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/19/2023 | D | Preparation and Review of Materials | 0.5 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| 7/20/2023 | B | Discussion with Debtors | 1.0 |
| 7/21/2023 | B | Discussion with Debtor Advisors | 1.0 |
| 7/21/2023 | C | Discussion with UCC | 1.5 |
| 7/24/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/24/2023 | D | Internal Discussion | 1.0 |
| 7/25/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/27/2023 | C | Discussion with UCC | 2.5 |
| 7/27/2023 | D | Preparation and Review of Materials | 2.0 |
| 7/28/2023 | C | Discussion with UCC | 1.0 |
| 7/28/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/29/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/30/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/31/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/31/2023 | D | Preparation and Review of Materials | 1.0 |
| **Total** | | | **65.5** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Odessa Fung |
|---|---|
| Total Hours: | 254.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Preparation and Review of Materials | 8.0 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/2/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/3/2023 | B | Discussion with UCC Advisors | 0.5 |
| 7/3/2023 | C | Discussion with UCC | 2.0 |
| 7/3/2023 | C | Discussion with UCC | 1.0 |
| 7/3/2023 | C | Discussion with UCC and Other Creditors | 1.0 |
| 7/3/2023 | D | Preparation and Review of Materials | 5.5 |
| 7/3/2023 | A | General Administration | 1.0 |
| 7/4/2023 | C | Discussion with UCC and Other Creditors | 2.0 |
| 7/4/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/5/2023 | C | Discussion with UCC | 2.5 |
| 7/5/2023 | B | Discussion with UCC Advisors | 1.0 |
| 7/5/2023 | A | General Administration | 1.0 |
| 7/5/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/6/2023 | C | Discussion with UCC | 1.5 |
| 7/6/2023 | A | Court Hearing | 2.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/6/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/6/2023 | D | Internal Discussion | 1.0 |
| 7/6/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/6/2023 | A | General Administration | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | D | Internal Discussion | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/7/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/7/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/8/2023 | D | Internal Discussion | 0.5 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/8/2023 | D | Preparation and Review of Materials | 7.0 |
| 7/9/2023 | C | Discussion with UCC | 2.0 |
| 7/9/2023 | C | Discussion with UCC Advisors | 1.5 |
| 7/9/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 4.0 |
| 7/10/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/10/2023 | C | Discussion with UCC | 3.0 |
| 7/10/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/11/2023 | C | Discussion with UCC | 1.5 |
| 7/11/2023 | D | Internal Discussion | 1.0 |
| 7/11/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/11/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/12/2023 | C | Discussion with UCC | 2.0 |
| 7/12/2023 | D | Internal Discussion | 1.0 |
| 7/12/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/12/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/12/2023 | A | General Administration | 1.0 |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*July 1, 2023 - July 31, 2023*

| Hours for: | Odessa Fung |
|---|---|
| Total Hours: | 254.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Preparation and Review of Materials | 8.0 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/13/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/13/2023 | D | Internal Discussion | 1.0 |
| 7/13/2023 | A | Court Hearing | 1.5 |
| 7/13/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/13/2023 | D | Internal Discussion | 1.5 |
| 7/13/2023 | A | General Administration | 2.0 |
| 7/13/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/14/2023 | D | Internal Discussion | 1.5 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/14/2023 | D | Internal Discussion | 1.0 |
| 7/14/2023 | D | Internal Discussion | 1.0 |
| 7/14/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/15/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/15/2023 | D | Preparation and Review of Materials | 4.0 |
| 7/16/2023 | D | Internal Discussion | 1.0 |
| 7/16/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/16/2023 | D | Preparation and Review of Materials | 7.0 |
| 7/17/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/17/2023 | C | Discussion with UCC | 1.0 |
| 7/17/2023 | A | Internal Discussion | 0.5 |
| 7/17/2023 | A | General Administration | 2.0 |
| 7/17/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/18/2023 | D | Preparation and Review of Materials | 1.0 |
| 7/19/2023 | C | Discussion with UCC | 2.0 |
| 7/19/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/20/2023 | A | Court Hearing | 1.0 |
| 7/20/2023 | B | Discussion with Debtors | 1.0 |
| 7/20/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/20/2023 | D | Preparation and Review of Materials | 2.5 |
| 7/21/2023 | B | Discussion with Debtor Advisors | 1.0 |
| 7/21/2023 | C | Discussion with UCC | 0.5 |
| 7/21/2023 | C | Discussion with UCC | 1.5 |
| 7/21/2023 | D | Preparation and Review of Materials | 1.5 |
| 7/22/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/23/2023 | D | Preparation and Review of Materials | 3.0 |
| 7/24/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/24/2023 | D | Internal Discussion | 1.5 |
| 7/24/2023 | D | Preparation and Review of Materials | 7.0 |
| 7/25/2023 | C | Discussion with UCC | 2.0 |
| 7/25/2023 | D | Preparation and Review of Materials | 8.0 |
| 7/26/2023 | D | Internal Discussion | 1.0 |
| 7/26/2023 | C | Discussion with UCC | 2.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/26/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/26/2023 | D | Preparation and Review of Materials | 7.0 |
| 7/27/2023 | C | Discussion with UCC Advisors | 0.5 |
| 7/27/2023 | C | Discussion with UCC | 2.5 |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*July 1, 2023 - July 31, 2023*

| Hours for: | Odessa Fung |
|---|---|
| Total Hours: | 254.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Hours |
|---|---|---|---|
| 7/1/2023 | D | Internal Discussion | 1.0 |
| 7/1/2023 | D | Preparation and Review of Materials | 8.0 |
| 7/2/2023 | C | Discussion with UCC and Other Creditors | 1.5 |
| 7/27/2023 | D | Preparation and Review of Materials | 5.5 |
| 7/28/2023 | C | Discussion with UCC | 1.0 |
| 7/28/2023 | D | Internal Discussion | 1.5 |
| 7/28/2023 | B | Discussion with UCC/AHG Advisors | 2.0 |
| 7/28/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/28/2023 | A | General Administration | 2.0 |
| 7/29/2023 | B | Discussion with UCC/AHG Advisors | 1.0 |
| 7/29/2023 | D | Preparation and Review of Materials | 5.0 |
| 7/30/2023 | D | Preparation and Review of Materials | 6.0 |
| 7/31/2023 | B | Discussion with UCC/AHG Advisors | 0.5 |
| 7/31/2023 | C | Discussion with UCC Advisors | 1.0 |
| 7/31/2023 | D | Internal Discussion | 2.0 |
| 7/31/2023 | D | Preparation and Review of Materials | 5.0 |
| **Total** | | | **254.0** |