UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Michael Ohanesian, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Seward and Kissel LLP, One Battery Park Plaza, New York, New York, 10004.

2. I served a true and correct copy of the (i) *First Interim Application of Seward & Kissel LLP, Special Litigation Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 30, 2023 Through May 31, 2023* [Dkt. No. 684] via email on September 6, 2023, and (ii) the *Notice of Hearing On First Interim Fee Application of Seward & Kissel LLP, Special Litigation Counsel for the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From March 30, 2023 Through May 31, 2023* [Dkt. No. 738] via email on September 26, 2023 on the following parties:

**The Debtors c/o Genesis Global Holdco, LLC**
Attn: Arianna Pretto-Sankman
Email: arianna@genesistrading.com

**Counsel to the Debtors**
Cleary Gottlieb Steen & Hamilton,
Attn: Sean A. O'Neal, Esq.
Attn: Jane VanLare, Esq.
Email: soneal@cgsh.com
       jvanlare@cgsh.com

**The United States Trustee for the Southern District of New York**
Attn: Greg Zipes, Esq.
Email: greg.zipes @usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Counsel to the Official Committee of Unsecured Creditors
White & Case LLP
Attn: Philip Abelson
Attn: Michele Meises
Attn: Gregory F. Pesce
Email: philip.abelson@whitecase.com
       michele.meises@whitecase.com
       gregory.pesce@whitecase.com

_____
Michael Ohanesian

Sworn to before me on this
26th day of September 2023

_____
Notary Public

SUZANNE M. MARTIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA4770518
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires 9/28/27