**Objection Deadline: October 11, 2023 at 12PM (Eastern Time)**

**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Jason P. Gottlieb, Esq.
Heath D. Rosenblat, Esq.

*Special Litigation and Enforcement Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF SEVENTH FEE STATEMENT THAT OCCURRED IN THE SECOND FEE APPLICATION PERIOD OF MORRISON COHEN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | Morrison Cohen LLP |
| Authorized to Provide Services to: | Genesis Global Holdco, LLC, *et al.* |
| Date of Retention: | An entered order [ECF No. 106], dated February 24, 2023, authorizing retention *nunc pro tunc* to the PetitionDate (*i.e.*, January 19, 2023), as applicable for each Debtor. |
| Period for which Compensation and Expenses are Sought: | 08/01/2023 through 08/31/2023 Monthly Fee Statement for August 2023 |
| Amount of Compensation Requested: | $53,464.00 |

---

[1]  The debtors and debtors-in-possession (collectively, "**Debtors**") in the above-captioned jointly-administered cases ("**Chapter 11 Cases**") are: (i) Genesis Global Holdco, LLC (8219); (ii) Genesis Global Capital, LLC (8564); and (iii) Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, New York 10003.

#12441375v2\030986\0001

| | |
|---|---:|
| Less 20% Holdback: | $10,692.80 |
| Compensation Net of Holdbacks: | $42,771.20 |
| Amount of Expense Requested: | $48.33 |
| Total Compensation and Expenses (Net of Holdbacks): | $42,819.53 |

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 101] ("**Interim Compensation Order**"), dated February 24, 2023, Morrison Cohen LLP ("**MC**") hereby submits this Seventh Fee Statement for the month of August 2023 (this "**Seventh Fee Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors for the period August 1, 2023 through and including August 31, 2023 ("**Eighth Monthly Fee Period**"). By this Seventh Fee Statement, and after taking into account certain voluntary reductions, MC seeks payment in the amount of $42,819.53, which comprises (a) 80% of the total amount ($53,464.00) of compensation sought for actual and necessary services rendered during the Eighth Monthly Fee Period and (b) reimbursement in the amount of $48.33, which comprises 100% of actual and necessary expenses incurred in accordance with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a summary of MC's professionals by individual, setting forth the: (a) name and title of each individual who provided services for the Eighth Monthly Fee Period; (b) aggregate hours spent by each individual; (c) MC's current hourly billing rate for each individual that provided services in the Eighth Monthly Fee Period; (d) amount of fees earned by each MC professional; and (d) year of admittance and jurisdiction for each attorney that is included on this Seventh Fee Statement. The blended hourly billing rate of MC's timekeepers in the Eighth Monthly Fee Period is approximately $761.60/hour.

#12441375v2\030986\0001

2. Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category for the Eighth Monthly Fee Period.

3. Attached hereto as **Exhibit C** is itemized time records of MC's professionals for the Eighth Monthly Fee Period and summary materials related thereto.

4. Attached hereto as **Exhibit D** is a summary of expenses incurred and reimbursement of expenses sought, by expense type, for the Eighth Monthly Fee Period.

5. Attached hereto as **Exhibit E** is an itemized record of all expenses for the Eighth Monthly Fee Period.

## NOTICE OF OBJECTION PROCEDURES

6. Consistent with the terms of the Interim Compensation Order, notice of this Seventh Fee Statement shall be given by email, hand or overnight delivery upon the following parties ("**Notice Parties**"): (a) The Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (e-mail: arianna@genesistrading.com); (b) Counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Jane VanLare, Esq. (e-mail: soneal@cgsh.com; jvanlare@cgsh.com); (c) The United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes, Esq. (e-mail: greg.zipes @usdoj.gov); and (d) Counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (e-mail: philip.abelson@whitecase.com; michele.meises@whitecase.com) and, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (e-mail: gregory.pesce@whitecase.com).

7. Objections to this Seventh Fee Statement, if any, must be served upon the Notice Parties, and by e-mail, hand, or overnight delivery, upon MC, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn: Heath D. Rosenblat, Esq. and Jason Gottlieb, Esq. (e-mail: hrosenblat@morrisoncohen.com; jgottlieb@morrisoncohen.com) no later than **October 11, 2023 at 12 PM (Eastern Time)** ("**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses the objecting party is contesting.

8. If no objections to the Seventh Fee Statement are received by the Objection Deadline, the Debtors shall pay MC 80% of the fees and 100% of the expenses identified in this Seventh Fee Statement.

9. To the extent a proper objection to this Seventh Fee Statement is received on or before the Objection Deadline by MC and the Notice Parties, the Debtors shall withhold payment of just that portion of this Seventh Fee Statement that the objection contests and promptly pay the remainder of the fees and expenses in the percentages set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

[*Text Continued On Following Page*]

Dated: New York, New York
September 27, 2023

**MORRISON COHEN LLP**

By: /s/ *Heath D. Rosenblat*
Heath D. Rosenblat, Esq.
Jason P. Gottlieb, Esq.

909 Third Avenue, 27th Floor
New York, New York 10022
(212) 735-8600
hrosenblat@morrisoncohen.com
jgottlieb@morrisoncohen.com

*Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession*