## EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for August 1, 2023 through August 31, 2023

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 8.1 | $9,720.00 |
| Hong, Richard | Partner | Digital Assets | 1992 | $950.00 | 4.2 | $3,990.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 20.2 | $17,675.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 1.4 | $1,260.00 |
| Kozlowski, David | Senior Counsel | Bankruptcy, Restructuring & Governance | 2007 | $850.0 | 0.4 | $340.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 5.6 | $3,640.00 |

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Roth, Will | Associate | Digital Assets | 2017 | $700.00 | 12.5 | $8,750.00 |
| Upadhyaya, Vani T. | Associate | Digital Assets | 2020 | $580.00 | 5.1 | $2,958.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 3.8 | $1,843.00 |
| Soriano, Elvis | Paralegal | Litigation | n/a | $425.00 | 3.6 | $1,530.00 |
| Davis, Chelsey A. | Paralegal | Litigation | n/a | $385.00 | 0.8 | $308.00 |
| Medina, Roy N. | Paralegal | Litigation | n/a | $310.00 | 0.5 | $155.00 |
| Ballantyne-Smith, Denisha R. | Paralegal | Litigation | n/a | $305.00 | 1.0 | $305.00 |
| Yan, Ken | Litigation Support Specialist | Litigation | n/a | $330.00 | 3.0 | $990.00 |

**EXHIBIT B**

**Fee Summary by Project Category for August 1, 2023 through August 31, 2023**

| Matter/Description | Hours | Amount |
|---|---|---|
| B110  Case Administration | 8.0 | $6,063.00 |
| B160  Fee/Employment Applications | 6.2 | $4,230.00 |
| B190  Litigation | 56.0 | $43,171.00 |
| **Total** | **70.2** | **$53,464.00** |

## **EXHIBIT C**

## **Time Records for August 1, 2023 through August 31, 2023**

# Morrison Cohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: 09/20/23 INVOICE #: 2218351 |
|---|---|---|

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 08/03/23 | HDR | OFFICE CONFERENCE WITH J. GOTTLIEB REGARDING STATUS OF CASE, OPEN ITEMS, AND NEXT STEPS. | 0.20 | 180.00 |
| 08/07/23 | DKO | OFFICE CONFERENCE WITH S. SICONOLFI REGARDING STATUS OF REVIEW OF BANKRUPTCY ISSUES. | 0.30 | 255.00 |
| 08/08/23 | TMK | REVIEW AND ANALYSIS OF DOCUMENTS AND REVIEW AND ANALYSIS OF BANKRUPTCY DOCKET IN PREPARATION OF FILING | 0.50 | 242.50 |
| 08/08/23 | TMK | INTERNAL EMAILS REGARDING PREPARATION OF EXHIBITS AND OBJECTION DEADLINES | 0.30 | 145.50 |
| 08/08/23 | TMK | EMAIL TO KROLL REGARDING EFFECTUATION OF SERVICE | 0.20 | 97.00 |
| 08/08/23 | TMK | INTERNAL EMAILS  REGARDING REVIEW AND CONFIRMATION TO PROCEED WITH FILING | 0.10 | 48.50 |
| 08/08/23 | TMK | PREPARATION OF CERTIFICATE OF SERVICE | 0.30 | 145.50 |
| 08/09/23 | TMK | PREPARE AND ELECTRONICALLY FILE DOCUMENTS | 0.40 | 194.00 |
| 08/09/23 | TMK | INTERNAL EMAILS REGARDING CERTIFICATE OF SERVICE | 0.20 | 97.00 |
| 08/16/23 | HDR | E-MAILS TO/FROM T. TIANTIAN AND OTHERS REGARDING CASE MATTERS. | 0.20 | 180.00 |
| 08/17/23 | TMK | CHECK DOCKET AND CIRCULATE HEARING AND OBJECTION DATES | 0.20 | 97.00 |
| 08/17/23 | DKO | TELEPHONE CALL WITH S. SICONOLFI REGARDING BANKRUPTCY ISSUES. | 0.10 | 85.00 |
| 08/18/23 | HDR | E-MAILS AND TELEPHONE CALLS WITH S. SICONOLFI REGARDING STATUS AND OPEN CASE MATTERS. | 0.20 | 180.00 |
| 08/18/23 | SSI | E-MAILS AND TELEPHONE CALLS WITH H. ROSENBLAT REGARDING STATUS AND OPEN CASE MATTERS. | 0.20 | 130.00 |
| 08/24/23 | TMK | REVIEW, PREPARE AND FILE DOCUMENTS (. 4); EMAIL REGARDING  EFFECTUATE SERVICE (.1); CIRCULATE OBJECTION DEADLINES TO TEAM (.1) PREPARE CERTIFICATE OF SERVICE (.3) | 0.90 | 436.50 |
| 08/24/23 | TMK | INTERNAL E-MAILS AND TELEPHONE REGARDING FILINGS | 0.30 | 145.50 |

# MorrisonCohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 09/20/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2218351 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 08/25/23 | TMK | INTERNAL EMAILS REGARDING PREPARATION AND FILING OF DOCUMENTS | 0.10 | 48.50 |
| 08/25/23 | TMK | PREPARE AND FILE DOUMENTS | 0.30 | 145.50 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 5.00 | 2,853.00 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 08/17/23 | SSI | DRAFT, REVIEW, AND REVISE AND PREPARE JULY FEE STATEMENT | 2.80 | 1,820.00 |
| 08/18/23 | HDR | E-MAILS AND TELEPHONE CALLS WITH J. GOTTLIEB REGARDING ARBITRATION AND AUTOMATIC STAY. | 0.30 | 270.00 |
| 08/21/23 | HDR | E-MAILS TO/FROM J. GOTTLIEB AND CGSH REGARDING STAY ISSUE. | 0.20 | 180.00 |
| 08/23/23 | SSI | DRAFT AND REVISE JULY FEE STATEMENT FOR FILING | 2.60 | 1,690.00 |
| 08/24/23 | HDR | ATTENTION TO FINALIZING MONTHLY FEE STATEMENT. | 0.30 | 270.00 |
| TOTAL TASK CODE | B160 | FEE/EMPLOYMENT APPLICATIONS | 6.20 | 4,230.00 |
| TASK CODE B190 | | LITIGATION | | |
| 08/01/23 | DCI | DISCUSSION WITH SALLY SICONOLFI RE LITIGATION MATTERS. | 0.50 | 437.50 |
| TOTAL TASK CODE | B190 | LITIGATION | 0.50 | 437.50 |
| GRAND TOTAL FEES | | | 11.70 | 7,520.50 |
| | TOTAL FEES SERVICES | -------------------------------------------------- $ | | 7,520.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| DKO | DAVID KOZLOWSKI | 0.40 | 340.00 |
| HDR | HEATH D. ROSENBLAT | 0.60 | 540.00 |
| SSI | SALLY SICONOLFI | 0.20 | 130.00 |
| TMK | TUKISHA KNOX | 3.80 | 1,843.00 |
| SUBTOTAL | B110    CASE ADMINISTRATION | 5.00 | 2,853.00 |

# Morrison Cohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 09/20/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2218351 |

---

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 0.80 | 720.00 |
| SSI | SALLY SICONOLFI | 5.40 | 3,510.00 |
| SUBTOTAL | B160    FEE/EMPLOYMENT APPLICATIONS | 6.20 | 4,230.00 |
| | | | |
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 0.50 | 437.50 |
| SUBTOTAL | B190    LITIGATION | 0.50 | 437.50 |
| | | | |
| | | | |
| TOTAL FEES | | 11.70 | 7,520.50 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 5.00 | 2,853.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 6.20 | 4,230.00 |
| B190 | LITIGATION | 0.50 | 437.50 |
| | | | |
| TOTAL FEES | | 11.70 | 7,520.50 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 0.50 | 437.50 |
| DKO | DAVID KOZLOWSKI | 0.40 | 340.00 |
| HDR | HEATH D. ROSENBLAT | 1.40 | 1,260.00 |
| SSI | SALLY SICONOLFI | 5.60 | 3,640.00 |
| TMK | TUKISHA KNOX | 3.80 | 1,843.00 |
| | | | |
| TOTAL FEES | | 11.70 | 7,520.50 |

| | | | |
|---|---|---|---|
| TOTAL BALANCE DUE FOR THIS PERIOD | | $ | 7,520.50 |

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 09/20/23 |
| | BANKRUPTCY MATTER | INVOICE #: | 2218351 |

---

**NOTE: PLEASE USE THESE INSTRUCTIONS FOR PAYMENT OF MORRISON COHEN INVOICES AND INCLUDE INVOICE OR CLIENT/MATTER NUMBER FOR IDENTIFICATION PURPOSES.**

**WIRE/ACH INSTRUCTIONS FOR MORRISON COHEN FEES AND EXPENSES**

Bank Name: HSBC
Bank Address: 452 Fifth Ave.
New York, NY 10018

Bank ABA# (use for wire transfer): 021 001 088
Bank ABA# (use for ACH transfer): 021 001 088

Account Name: Morrison Cohen, LLP
Operating Account
909 Third Avenue
New York, New York 10022

Account #: 610-044460

Swift Code (only for international wire): MRMDUS33
Special Instructions: Please reference Client Number and/or Invoice Number

# MorrisonCohen LLP

030983     GENESIS GLOBAL HOLDCO, LLC

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

DATE:       09/20/23
INVOICE #:   2218383

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| ███████████████ | 030983-0001 | 7.7 | $ 5,298.50 |
| ███████████████ | 030983-0005 | 0.7 | $ 231.00 |
| ███████████████ | 030983-0007 | 6.4 | $ 4,128.50 |
| ███████████████ | 030983-0008 | 6.2 | $ 5,782.50 |
| ███████████████ | 030983-0014 | 1.3 | $ 1,560.00 |
| ███████████████ | 030983-0017 | 36.2 | $ 28,943.00 |
| | **GRAND TOTALS:** | **58.5** | **$ 45,943.50** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 8.1 | $ 9,720.00 |
| HONG, RICHARD S. | PARTNER | $ 950.00 | 4.2 | $ 3,990.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 19.7 | $ 17,237.50 |
| ROTH, WILL | ASSOCIATE | $ 700.00 | 12.5 | $ 8,750.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 5.1 | $ 2,958.00 |
| SORIANO, ELVIS | PARALEGAL | $ 425.00 | 3.6 | $ 1,530.00 |
| DAVIS, CHELSEY A. | PARALEGAL | $ 385.00 | 0.8 | $ 308.00 |
| MEDINA, ROY N. | PARALEGAL | $ 310.00 | 0.5 | $ 155.00 |
| BALLANTYNE-SMITH, DENISHA R. | PARALEGAL | $ 305.00 | 1.0 | $ 305.00 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 3.0 | $ 990.00 |
| | | **GRAND TOTALS:** | **58.5** | **$ 45,943.50** |

# MorrisonCohen LLP

030983   GENESIS GLOBAL HOLDCO, LLC

DATE:       09/20/23
INVOICE #:   2218383

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

### FEE TASK CODE: B110 - CASE ADMINISTRATION

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 1.8 | $ 2,160.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 1.2 | $ 1,050.00 |
| **TOTALS FOR TASK CODE: B110 - CASE ADMINISTRATION :** | | | **3.0** | **$ 3,210.00** |

### FEE TASK CODE: B190 - LITIGATION

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 6.3 | $ 7,560.00 |
| HONG, RICHARD S. | PARTNER | $ 950.00 | 4.2 | $ 3,990.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 18.5 | $ 16,187.50 |
| ROTH, WILL | ASSOCIATE | $ 700.00 | 12.5 | $ 8,750.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 5.1 | $ 2,958.00 |
| SORIANO, ELVIS S. | PARALEGAL | $ 425.00 | 3.6 | $ 1,530.00 |
| DAVID, CHELSEY A. | PARALEGAL | $ 385.00 | 0.8 | $ 308.00 |
| MEDINA, ROY N. | PARALEGAL | $ 310.00 | 0.5 | $ 155.00 |
| BALLENTYNE-SMITH, DENISHA R. | PARALEGAL | $ 305.00 | 1.0 | $ 305.00 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 3.0 | $ 990.00 |
| | | | | $ - |
| **TOTALS FOR TASK CODE B190 - LITIGATION:** | | | **55.5** | **$ 42,733.50** |
| **GRAND TOTALS FOR HOURS & FEES:** | | | **58.5** | **$ 45,943.50** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|-------------|-----------------|------|----------|
| ██████████████ | 030983-0002 | Electronic Storage | $ 16.00 |
| ██████████████ | 030983-0017 | Air Courier | $ 32.33 |
| | | **TOTAL DISBURSEMENTS:** | **$ 48.33** |

TOTAL BALANCE DUE FOR THIS PERIOD............................................................................... $ 45,991.83

# MorrisonCohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 09/20/23 |
| | | INVOICE #: | 2218383 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B190 | | LITIGATION | | |
| 08/02/23 | VTU | EMAILS WITH CLIENT REGARDING STATUS OF PRODUCTIONS | 0.30 | 174.00 |
| 08/10/23 | VTU | DISCUSS UPCOMING PRODUCTIONS WITH D. ISAACS (.2); REVIEW AND ANALYZE EMAILS WITH CGSH REGARDING SAME (.1) | 0.30 | 174.00 |
| 08/10/23 | DCI | CONF. WITH CLEARY REGARDING COMMON INTEREST/JOINT DEFENSE (.4) AND DISCUSSIONS WITH V. UPADHYAYA REGARDING PRODUCTIONS (.1). | 0.50 | 437.50 |
| 08/11/23 | VTU | ANALYSIS AND CONSIDERSATION OF EMAILS REGARDING CALL WITH REGULATOR | 0.10 | 58.00 |
| 08/21/23 | DCI | CONF. WITH REGULATOR REGARDING CASE (.5); CORR. WITH CLIENT REGARDING SAME (.5). | 1.00 | 875.00 |
| 08/21/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT REGARDING UPCOMING PRODUCTION | 0.30 | 174.00 |
| 08/22/23 | VTU | REVIEW EMAILS ███████ REGARDING PRIVILEGED DOCUMENTS (.2); DISCUSS FINALIZING UPCOMING PRODUCTION WITH D. ISAACS (.2) | 0.40 | 232.00 |
| 08/22/23 | DCI | CONF. WITH VENDOR REGARDING DOCUMENT PRODUCTIONS. | 0.30 | 262.50 |
| 08/23/23 | DCI | CONF. WITH CLEARY REGARDING COMMON INTEREST (.5); REVIEW AND ANALYSIS OF DOCUMENT PRODUCTION (.5). | 1.00 | 875.00 |
| 08/23/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.80 | 264.00 |
| 08/23/23 | VTU | REVIEW AND RESPOND TO EMAILS REGARDING STATUS OF INVESTIGATION (.1); REVIEW AND RESPOND TO EMAILS FROM CDS REGARDING DOCUMENT PRODUCTION (.3); DRAFT COVER LETTERS (.2) | 0.60 | 348.00 |
| 08/24/23 | VTU | REVISE COVER LETTERS (.2); EMAILS WITH K. YAN, REGULATORS REGARDING DOCUMENT PRODUCTION (.5) | 0.70 | 406.00 |
| 08/25/23 | VTU | EMAILS WITH REGULATOR REGARDING YESTERDAY'S PRODUCTION | 0.30 | 174.00 |

# Morrison Cohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 09/20/23 |
|---|---|---|---|
| | | INVOICE #: | 2218383 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 08/25/23 | DCI | ANALYSIS REGARDING SCOPE OF REGULATORY'S INVESTIGATION. | 0.70 | 612.50 |
| 08/31/23 | VTU | EMAILS WITH K. YAN, ▮▮▮ REGARDING SENDING DOCUMENT PRODUCTION | 0.40 | 232.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 7.70 | 5,298.50 |
| GRAND TOTAL FEES | | | 7.70 | 5,298.50 |
| | TOTAL FEES SERVICES | -------------------------------------------- $ | | 5,298.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 3.50 | 3,062.50 |
| KJY | KEN (JIAN-QING) YAN | 0.80 | 264.00 |
| VTU | VANI T. UPADHYAYA | 3.40 | 1,972.00 |
| SUBTOTAL  B190    LITIGATION | | 7.70 | 5,298.50 |
| TOTAL FEES | | 7.70 | 5,298.50 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 7.70 | 5,298.50 |
| TOTAL FEES | | 7.70 | 5,298.50 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 3.50 | 3,062.50 |
| KJY | KEN (JIAN-QING) YAN | 0.80 | 264.00 |
| VTU | VANI T. UPADHYAYA | 3.40 | 1,972.00 |
| TOTAL FEES | | 7.70 | 5,298.50 |

| TOTAL BALANCE DUE FOR THIS PERIOD | ------------------------------------ $ | | 5,298.50 |
|---|---|---|---|

# MorrisonCohen LLP

030983-0002      GENESIS GLOBAL HOLDCO, LLC

DATE:        09/20/23
INVOICE #:   2218383

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

DISBURSEMENTS:                                                                Value

TASK SUMMARY FOR EXPENSES:

ELECTRONIC DATA STORAGE                                                       16.00

TOTAL DISBURSEMENTS _____  $      16.00

TOTAL BALANCE DUE FOR THIS PERIOD _____  $      16.00

# MorrisonCohen LLP

| | | |
|---|---|---|
| 030983-0005 | GENESIS GLOBAL HOLDCO, LLC | DATE:        09/20/23 |
| | | INVOICE #:   2218383 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 08/23/23 | KJY | FOLLOW UP AND REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.70 | 231.00 |
| | | | | |
| TOTAL TASK CODE  B190    LITIGATION | | | 0.70 | 231.00 |
| | | | | |
| GRAND TOTAL FEES | | | 0.70 | 231.00 |
| | TOTAL FEES SERVICES | ------------------------------------------------ $ | | 231.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| KJY | KEN (JIAN-QING) YAN | 0.70 | 231.00 |
| SUBTOTAL  B190    LITIGATION | | 0.70 | 231.00 |
| | | | |
| TOTAL FEES | | 0.70 | 231.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 0.70 | 231.00 |
| TOTAL FEES | | 0.70 | 231.00 |

# MorrisonCohen LLP

| | | | | |
|---|---|---|---|---|
| 030983-0005 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 09/20/23 |
| | NEW JERSEY ATTORNEY GENERAL | | INVOICE #: | 2218383 |

---

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| KJY | KEN (JIAN-QING) YAN | 0.70 | 231.00 |
| TOTAL FEES | | 0.70 | 231.00 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $    231.00

# Morrison Cohen LLP

| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 09/20/23 |
| | | INVOICE #: | 2218383 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B190 | | LITIGATION | | |
| 08/01/23 | KJY | PREPARE AND ORGANIZE RESPONSIVE DOCUMENTS IN PREPARE FOR ███ PRODUCTION  PER D. ISAACS. | 1.50 | 495.00 |
| 08/01/23 | RNM | REVIEW AND CHECK FOR ACCURACY AND COMPLETENESS OF PRODUCTION | 0.50 | 155.00 |
| 08/01/23 | DCI | REVIEW/PREPARE DOCUMENT PRODUCTION. | 0.60 | 525.00 |
| 08/01/23 | VTU | FINALIZE DOCUMENT PRODUCTION (.4); DRAFT COVER LETTER (.2) | 0.60 | 348.00 |
| 08/02/23 | DCI | CONF. WITH REGULATOR REGARDDING INTERVIEW REQUESTS (.3); ANALYSIS OF SAME (.2); AND FOLLOW-UP WITH J. GOTTLIEB ON STRATEGY (.1). | 0.60 | 525.00 |
| 08/02/23 | JXG | CALL WITH ███ MATTERS (0.3); FOLLOW-UP STRATEGY CALL WITH D. ISAACS (.1) | 0.40 | 480.00 |
| 08/25/23 | DCI | CORR. WITH REGULATOR. | 0.30 | 262.50 |
| 08/25/23 | VTU | DRAFT SUMMARY OF PRIOR PRODUCTIONS IN PREPARATION FOR CALL WITH ███ | 0.80 | 464.00 |
| 08/28/23 | VTU | PREPARE FOR AND PARTICIPATE IN CALL WITH ███ AND D. ISAACS (.2); DISCUSS WITH D. ISAACS (.1) | 0.30 | 174.00 |
| 08/28/23 | DCI | CONF. WITH REGULATOR (.3); CORR. WITH CLIENT REGARDING SAME (.2); DRAFT BUSINESS RECORDS AFFIDAVIT (.3). | 0.80 | 700.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 6.40 | 4,128.50 |
| GRAND TOTAL FEES | | | 6.40 | 4,128.50 |
| | TOTAL FEES SERVICES | ------------------------------------------------------- $ | | 4,128.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|

# MorrisonCohen LLP

| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 09/20/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2218383 |

---

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 2.30 | 2,012.50 |
| JXG | JASON GOTTLIEB | 0.40 | 480.00 |
| KJY | KEN (JIAN-QING) YAN | 1.50 | 495.00 |
| RNM | ROY N. MEDINA | 0.50 | 155.00 |
| VTU | VANI T. UPADHYAYA | 1.70 | 986.00 |
| SUBTOTAL | B190   LITIGATION | 6.40 | 4,128.50 |

| TOTAL FEES | | 6.40 | 4,128.50 |
|---|---|---|---|

**TASK SUMMARY FOR FEES:**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 6.40 | 4,128.50 |
| TOTAL FEES | | 6.40 | 4,128.50 |

**TIMEKEEPER SUMMARY**

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 2.30 | 2,012.50 |
| JXG | JASON GOTTLIEB | 0.40 | 480.00 |
| KJY | KEN (JIAN-QING) YAN | 1.50 | 495.00 |
| RNM | ROY N. MEDINA | 0.50 | 155.00 |
| VTU | VANI T. UPADHYAYA | 1.70 | 986.00 |
| TOTAL FEES | | 6.40 | 4,128.50 |

| TOTAL BALANCE DUE FOR THIS PERIOD | -------------------------------------- | $ | 4,128.50 |
|---|---|---|---|

# Morrison Cohen LLP

| 030983-0008 | GENESIS GLOBAL HOLDCO, LLC | DATE: 09/20/23 |
| --- | --- | --- |
| | | INVOICE #: 2218383 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 08/03/23 | DCI | EMAIL WITH CLIENT AND J. GOTTLIEB REGARDING SETTLEMENT ISSUES (.2) REVIEW AND ANALYSIS OF COMMENTS FROM CLIENT (.2); CORR. WITH REGULATOR (3). | 0.70 | 612.50 |
| 08/03/23 | JXG | EMAIL WITH CLIENT AND D. ISAACS REGARDING ▮▮▮▮ SETTLEMENT ISSUES | 0.20 | 240.00 |
| 08/17/23 | JXG | EMAIL WITH CLIENTS REGARDING REVISED ORDER | 0.20 | 240.00 |
| 08/21/23 | JXG | EMAIL WITH D. ISAACS & CLIENTS REGARDING ▮▮ CONSENT ORDERS | 0.10 | 120.00 |
| 08/21/23 | DCI | CONFERENCE WITH CLIENT REGARDING CONSENT ORDER (.4); EMAIL WITH J. GOTTLIEB AND CLIENTS REGARDING SAME. | 0.50 | 437.50 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 1.70 | 1,650.00 |
| TASK CODE B190 | | LITIGATION | | |
| 08/01/23 | JXG | EMAIL WITH REGULATOR ON CASE STATUS | 0.10 | 120.00 |
| 08/07/23 | DCI | CONF. WITH REGULATOR REGARDING CONSENT ORDER (.4); CORR. WITH CLEARY REGARDING SAME (.4). | 0.80 | 700.00 |
| 08/08/23 | JXG | EMAIL WITH S. O'NEAL REGARDING REVISIONS (.2); EMAIL WITH D. ISAACS & CLIENTS REGARDING CALL (.2) | 0.40 | 480.00 |
| 08/16/23 | JXG | EMAIL WITH D. ISAACS REGARDING REVISED CONSENT ORDER | 0.10 | 120.00 |
| 08/23/23 | DCI | ANALYSIS OF CONSENT ORDER (.3) ; CORR. WITH CLIENT/CLEARY REGARDING SAME (.2). | 0.50 | 437.50 |
| 08/25/23 | DCI | ATTENTION TO CONSENT ORDER (.3) AND CORR WITH CLIENT AND ▮▮▮▮▮▮F REGARDING SAME (.5). | 0.80 | 700.00 |
| 08/28/23 | DCI | CORR. WITH CLIENT REGARDING CONSENT ORDER (.6); ANALYSIS OF CONSENT ORDER (.3). | 0.90 | 787.50 |
| 08/29/23 | DCI | CONTINUED CORR. WITH CLIENT REGARDING CONSENT ORDER. | 0.40 | 350.00 |

# MorrisonCohen LLP

030983-0008        GENESIS GLOBAL HOLDCO, LLC                          DATE:        09/20/23
                                                                      INVOICE #:    2218383

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 08/31/23 | DCI | REVIEW/ANALYZE NOTICE TO CUSTOMERS REGARDING CONSENT ORDER. | 0.50 | 437.50 |
| TOTAL TASK CODE | B190 | LITIGATION | 4.50 | 4,132.50 |
| GRAND TOTAL FEES | | | 6.20 | 5,782.50 |
| | TOTAL FEES SERVICES | ------------------------------------------- $ | | 5,782.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B110 | CASE ADMINISTRATION | | |
| DCI | DANIEL C. ISAACS | 1.20 | 1,050.00 |
| JXG | JASON GOTTLIEB | 0.50 | 600.00 |
| SUBTOTAL | B110    CASE ADMINISTRATION | 1.70 | 1,650.00 |
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 3.90 | 3,412.50 |
| JXG | JASON GOTTLIEB | 0.60 | 720.00 |
| SUBTOTAL | B190    LITIGATION | 4.50 | 4,132.50 |
| TOTAL FEES | | 6.20 | 5,782.50 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B110 | CASE ADMINISTRATION | 1.70 | 1,650.00 |
| B190 | LITIGATION | 4.50 | 4,132.50 |
| TOTAL FEES | | 6.20 | 5,782.50 |

# Morrison Cohen LLP

030983-0008        GENESIS GLOBAL HOLDCO, LLC                                    DATE:        09/20/23
                                                                                INVOICE #:   2218383

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|----------------|-------|--------|
| DCI | DANIEL C. ISAACS | 5.10 | 4,462.50 |
| JXG | JASON GOTTLIEB | 1.10 | 1,320.00 |
| **TOTAL FEES** | | 6.20 | 5,782.50 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $    5,782.50

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0014 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 09/20/23 |
| | | INVOICE #: | 2218383 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 08/04/23 | JXG | EMAIL WITH CLIENT REGARDING MATTER STATUS | 0.20 | 240.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 0.20 | 240.00 |
| TASK CODE B190 | | LITIGATION | | |
| 08/10/23 | JXG | EMAIL WITH COUNSEL SEPERATELY REGARDING THIRD-PARTY DISCOVERY ISSUES | 0.20 | 240.00 |
| 08/11/23 | JXG | EMAIL COUNSEL SEPERATELY REGARDING THIRD-PARTY DISCOVERY ISSUES | 0.20 | 240.00 |
| 08/14/23 | JXG | EMAIL COUNSEL SEPERATELY REGARDING THIRD-PARTY DISCOVERY ISSUES | 0.10 | 120.00 |
| 08/18/23 | JXG | EMAIL WITH CLEARY & TEAM REGARDING ██████ RESPONSE LETTER (.2); CALL WITH H. ROSENBLAT ██████ ON THIRD-PARTY DISCOVERY (.3) | 0.50 | 600.00 |
| 08/21/23 | JXG | EMAIL WITH OPPOSING COUNSEL REGARDING DISCOVERY | 0.10 | 120.00 |
| TOTAL TASK CODE | B190 | LITIGATION | 1.10 | 1,320.00 |
| GRAND TOTAL FEES | | | 1.30 | 1,560.00 |
| | TOTAL FEES SERVICES | ------------------------------------------ $ | | 1,560.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| SUBTOTAL | B110   CASE ADMINISTRATION | 0.20 | 240.00 |
| B190 | LITIGATION | | |
| JXG | JASON GOTTLIEB | 1.10 | 1,320.00 |
| SUBTOTAL | B190   LITIGATION | 1.10 | 1,320.00 |

# Morrison Cohen LLP

030983-0014        GENESIS GLOBAL HOLDCO, LLC

DATE:         09/20/23
INVOICE #:    2218383

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| TOTAL FEES | | 1.30 | 1,560.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B110 | CASE ADMINISTRATION | 0.20 | 240.00 |
| B190 | LITIGATION | 1.10 | 1,320.00 |
| TOTAL FEES | | 1.30 | 1,560.00 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| JXG | JASON GOTTLIEB | 1.30 | 1,560.00 |
| TOTAL FEES | | 1.30 | 1,560.00 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $      1,560.00

# MorrisonCohen LLP

| | | | | |
|---|---|---|---|---|
| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 09/20/23 |
| | | | INVOICE #: | 2218383 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 08/01/23 | RSH | EMAILING W/ D. ISAACS REGARDING STATUS/RECENT DECISION (0.1); REVIEWING, CONSIDERING, AND RESEARCHING REGARDINGSEARCHING RECENT DECISION (1.2) | 1.30 | 1,235.00 |
| 08/01/23 | JXG | REPLY BRIEF STRATEGY DISCUSSIONS WITH W. ROTH | 0.20 | 240.00 |
| 08/01/23 | DCI | REVIEW AND ANALYZE TERRAFORM LABS DECISION (.5) AND EMAIL WITH R. HONG ON SAME | 0.60 | 525.00 |
| 08/03/23 | WIR | REVISE AND FINALIZE DRAFT MTD | 1.20 | 840.00 |
| 08/04/23 | DCI | REVIEW/REVISE REPLY BRIEF. | 1.50 | 1,312.50 |
| 08/04/23 | JXG | REVIEW OF DRAFT REPLY BRIEF ON MOTION TO DISMISS (.7) AND DISCUSSION AND COMMENTS WITH TEAM REGARDING SAME (.1) | 0.80 | 960.00 |
| 08/04/23 | WIR | REVISE MTD | 2.30 | 1,610.00 |
| 08/08/23 | JXG | EMAIL WITH D. ISAACS REGARDING DRAFT MOTION TO DISMISS | 0.30 | 360.00 |
| 08/08/23 | DCI | RESEARCH/DRAFT REPLY (2.2); EMAIL WITH J. GOTTLIEB REGARDING SAME (.3) | 2.50 | 2,187.50 |
| 08/10/23 | DCI | DRAFT/REVISE REPLY (1.1); EMAILS AND CALLS TO/FROM R. HONG AND J. GOTTLIEB ON SAME (.3). | 1.40 | 1,225.00 |
| 08/10/23 | JXG | EMAIL WITH D. ISAACS, R. HONG REGARDING DRAFT BRIEF (.2); REVIEW AND WORK ON BRIEF (1.2) | 1.40 | 1,680.00 |
| 08/10/23 | RSH | REVIEWING EMAILS FROM D. ISAACS, J. GOTTLIEB (0.1); TELEPHONE CALL W/ D. ISAACS REGARDING REPLY (0.1) | 0.20 | 190.00 |
| 08/11/23 | RSH | REVIEWING AND PREPARING EMAILS REGARDING REPLY (0.2); REVIEWING AND COMMENTING ON DRAFT REPLY (1.2) | 1.40 | 1,330.00 |
| 08/11/23 | JXG | EMAIL WITH ████████ REGARDING DRAFT REPLY BRIEF (.2); EMAIL WITH D. ISAACS & CLIENTS & CLEARY TEAM REGARDING DRAFT REPLY (.3) | 0.50 | 600.00 |
| 08/11/23 | DCI | DRAFT/REVISE REPLY (.8); CORR. WITH CLIENT REGARDING SAME (.3); REVIEW AND ANALYSIS OF ████ BRIEF (.9). | 2.00 | 1,750.00 |

# Morrison Cohen LLP

030983-0017      GENESIS GLOBAL HOLDCO, LLC                    DATE:        09/20/23
                                                              INVOICE #:   2218383

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 08/12/23 | RSH | REVIEWING DRAFT REPLY (0.6); EMAILING D. ISAAC REGARDING REPLY (.1) | 0.70 | 665.00 |
| 08/14/23 | RSH | REVIEWING EMAIL FROM J. GOTTLIEB REGARDING DRAFT REPLY | 0.10 | 95.00 |
| 08/14/23 | WIR | REVISE REPLY ISO MTD | 2.80 | 1,960.00 |
| 08/16/23 | WIR | REVISE AND WORK ON FINALIZING REPLY BRIEF | 0.30 | 210.00 |
| 08/16/23 | EVS | CITE-CHECK THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF OUR MOTION TO DISMISS; CREATE TABLE OF AUTHORITIES FOR SAME (2.4); CREATE TABLE OF CONTENT FOR SAME AS PER W. ROTH'S REQUEST (1.2). | 3.60 | 1,530.00 |
| 08/17/23 | WIR | REVISE REPLY BRIEF | 0.70 | 490.00 |
| 08/17/23 | JXG | EMAIL WITH W. ROTH REGARDING REPLY MOTION (.2); REVIEW AND WORK ON REPLY BRIEF (.5); EMAIL REGARDING DRAFT ORAL ARGUMENT LETTER AND REVIEW OF LETTER (.2); EMAIL WITH ██████ (.2) | 1.10 | 1,320.00 |
| 08/17/23 | RSH | REVIEW AND ANALYSIS OF REPLY | 0.20 | 190.00 |
| 08/18/23 | WIR | FINALIZE AND OVERSEE FILING OF REPLY BRIEF PAPERS | 5.20 | 3,640.00 |
| 08/18/23 | JXG | EMAIL WITH W. ROTH & ██████ REGARDING FILING OF BRIEF (.2); EMAIL WITH CLIENTS & CLEARY REGARDING REPLY BRIEF (.3); ATTENTION TO FINALIZATION AND SUBMISSION OF REPLY BRIEF (.4) | 0.90 | 1,080.00 |
| 08/18/23 | CAD | PROOFREAD/BLUEBOOK LEGAL CITATIONS IN REPLY BRIEF AND REVISE SAME (.4); PREPARE REVISED TOA FOR REPLY BRIEF (.3); EMAIL NEW VERSION OF REPLY BRIEF WITH REDLINE TO W. ROTH FOR REVIEW (.1). | 0.80 | 308.00 |
| 08/21/23 | JXG | EMAIL WITH H. ROSENBLAT REGARDING THIRD-PARTY DISCOVERY LETTER | 0.10 | 120.00 |
| 08/21/23 | DRB | PREPARE, CREATE, AND MAIL COURTESY COPY FOR JUDGE RAMOS | 1.00 | 305.00 |
| 08/24/23 | RSH | EMAILING WITH D. ISAACS REGARDING RECENT DECISION | 0.10 | 95.00 |
| 08/24/23 | DCI | ANALYZE AND CONSIDER KIRSCHNER DECISION FROM 2ND CIRCUIT (.7); EMAIL WITH R. HONG ON SAME (.1). | 0.80 | 700.00 |
| 08/25/23 | RSH | FURTHER CONSIDERATION AND EMAILING WITH D. ISAACS REGARDING RECENT DECISION AND CASE STATUS | 0.20 | 190.00 |

TOTAL TASK CODE  B190    LITIGATION                    36.20      28,943.00


GRAND TOTAL FEES                                       36.20      28,943.00


              TOTAL FEES SERVICES  ------------------------------ $      28,943.00

**MorrisonCohen**LLP

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 09/20/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2218383 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B190 | LITIGATION | | |
| CAD | CHELSEY DAVIS | 0.80 | 308.00 |
| DCI | DANIEL C. ISAACS | 8.80 | 7,700.00 |
| DRB | DENISHA R. BALLANTYNE-SMITH | 1.00 | 305.00 |
| EVS | ELVIS SORIANO | 3.60 | 1,530.00 |
| JXG | JASON GOTTLIEB | 5.30 | 6,360.00 |
| RSH | RICHARD HONG | 4.20 | 3,990.00 |
| WIR | WILL ROTH | 12.50 | 8,750.00 |
| SUBTOTAL B190 LITIGATION | | 36.20 | 28,943.00 |

| TOTAL FEES | | 36.20 | 28,943.00 |
|---|---|---|---|

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 36.20 | 28,943.00 |
| TOTAL FEES | | 36.20 | 28,943.00 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| CAD | CHELSEY DAVIS | 0.80 | 308.00 |
| DCI | DANIEL C. ISAACS | 8.80 | 7,700.00 |
| DRB | DENISHA R. BALLANTYNE-SMITH | 1.00 | 305.00 |
| EVS | ELVIS SORIANO | 3.60 | 1,530.00 |
| JXG | JASON GOTTLIEB | 5.30 | 6,360.00 |
| RSH | RICHARD HONG | 4.20 | 3,990.00 |
| WIR | WILL ROTH | 12.50 | 8,750.00 |
| TOTAL FEES | | 36.20 | 28,943.00 |

DISBURSEMENTS:                                                                 Value

TASK SUMMARY FOR EXPENSES:

        MAIL                                                                 32.33

# Morrison Cohen LLP

030983-0017        GENESIS GLOBAL HOLDCO, LLC                              DATE:        09/20/23
                                                                         INVOICE #:   2218383

---

DISBURSEMENTS:                                                                                    Value

TASK SUMMARY FOR EXPENSES:


    TOTAL DISBURSEMENTS        _____   $            32.33

    TOTAL BALANCE DUE FOR THIS PERIOD   _____   $        28,975.33

## **EXHIBIT D**

### **Summary of Expenses for August 1, 2023 through August 31, 2023**

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $16.00 |
| Delivery Services / Courier | $32.33 |
| **Grand Total Expenses** | **$48.33** |

## EXHIBIT E

### Summary of Expenses for August 1, 2023 through August 31, 2023

**Relativity Hosting Fee**

8/31/2023   Relativity Hosting August 2023 – 030983-0002 - $16.00

**Delivery Services / Courier**

8/21/2023   VENDOR: Federal Express – 030983-0017 -Tracking Number #: 773115510060 - $32.33