Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
           adam.goldberg@lw.com
           brett.neve@lw.com
           nacif.taousse@lw.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
           tiffany.ikeda @lw.com
           emily.orman@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                                          :    Chapter 11
:
Genesis Global Holdco, LLC, *et al.*,                         :    Case No. 23-10063 (SHL)
:
:    Jointly Administered
:
Debtors.[1]                                                          :    Related ECF Nos. 678, 679
:
---------------------------------------------------------------X

**AMENDED NOTICE OF ADJOURNMENT OF THE HEARING ON (A) THE MOTION OF THE FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(D)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING RELATED RELIEF AND (B) THE MOTION FOR AUTHORIZATION TO FILE STAY RELIEF MOTION AND RELATED DECLARATION UNDER SEAL TO OCTOBER 24, 2023**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the Foreign Representatives of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief*,

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

ECF No. 678 (the "Lift Stay Motion") and the related *Motion for Authorization to File Stay Relief Motion and Related Declaration Under Seal*, ECF No. 679 (the "Motion to Seal"), which were adjourned from the hearing before this Court on September 26, 2023, at 2:00 p.m. (Prevailing Eastern Time) shall now be conducted on **October 24, 2023, at 11:00 a.m. (Prevailing Eastern Time)** (the "October 24 Hearing") before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The October 24 Hearing will be conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the October 24 Hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: September 27, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Christopher Harris*<br>Christopher Harris<br>Adam J. Goldberg<br>Brett M. Neve<br>Nacif Taousse<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>         adam.goldberg@lw.com<br>         brett.neve@lw.com<br>         nacif.taousse@lw.com<br><br>– and –<br><br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>Emily R. Orman (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:   nima.mohebbi@lw.com<br>          tiffany.ikeda@lw.com<br>          emily.orman@lw.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd.* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 27th day of September, 2023, a true and correct copy of the foregoing Amended Notice was furnished to all ECF Participants via the Court's CM/ECF system.

*/s/ Christopher Harris*
Christopher Harris