**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.* | Case No. 23-10063 Chapter 11 |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Ceratosaurus Investors, L.L.C.**
Name of Transferee
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
Telephone: 415-421-2132
Email: mlinn@faralloncapital.com

**Jefferies Leveraged Credit Products, LLC**
Name of Transferor
Last Four Digits of Acct #: N/A

Address of Transferor:
520 Madison Avenue
New York, NY 10022
Attn: General Counsel

**Claim Nos: 44, 45**
**Case No.:** 23-10063 et seq.

| Schedule/Claim No. | Original Creditor Name | Transferred Amount of Claim | Debtor |
|---|---|---|---|
| Claim No. 44 | Aaron Glen Chandler | 50.0% or $1,277,660.30 of the total amount of Claim No. 44 | Genesis Global Capital, LLC |
| Claim No. 45 | Aaron Glen Chandler | 50.0% or $1,277,660.30 of the total amount of Claim No. 45 | Genesis Global Capital, LLC |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: September 27th, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael G. Linn
Managing Member

## EVIDENCE OF TRANSFER OF CLAIM

TO:      THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Ceratosaurus Investors LLC (the "Assignee") 50.0% (or $1,277,660.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Genesis Global Capital, LLC (the "Debtor"), the debtor in Case No. 23-10064 (SLH) et seq. pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (as amended Nos. 44 and 45)  filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this September day of 27th 2023.

JEFFERIES LEVERAGED CREDIT
PRODUCTS, LLC


By: _____
    Name:    William P. McLoughlin
    Title:    Senior Vice President
             Authorized Signatory

12

CERATOSAURUS INVESTORS LLC

By: _____

    Name:

    Title:

Michael G. Linn
Managing Member