1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 23-10063-shl

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   GENESIS GLOBAL HOLDCO, LLC,

8

9          Debtor.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                  United States Bankruptcy Court

13                  300 Quarropas Street, Room 248

14                  White Plains, NY 10601

15

16                  September 26, 2023

17                  2:08 PM

18

19

20

21  B E F O R E :

22  HON SEAN H. LANE

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:  ALIANNA PERSAUD

1    HEARING re Doc. #731 Notice Of Agenda

2

3    HEARING re Doc. #697 Omnibus Motion to Reject Lease or

4    Executory Contract / Debtors Omnibus Motion for Entry of an

5    Order (I) Approving Rejection of Certain Executory

6    Contracts, (II) Authorizing Procedures for the Rejection of

7    Executory Contracts and the Abandonment of Related Assets

8    and (III) Authorizing Procedures for the Settlement of

9    Certain de minimis Claims

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1    A P P E A R A N C E S :

2

3    CLEARY GOTTLIEB STEEN & HAMILTON LLP

4         Attorneys for the Debtors

5         One Liberty Plaza

6         New York, NY 10006

7

8    BY:  JANE VANLARE

9         HOORI KIM

10        LUKE BAREFOOT

11        SEAN O'NEAL

12

13   WHITE & CASE LLP

14        Attorneys for Official Committee of Unsecured Creditors

15        1221 Avenue of the Americas

16        New York, NY 10020

17

18   BY:  AMANDA PARRA CRISTE

19        COLIN WEST

20

21

22

23

24

25

Page 4

```
 1   LATHAM & WATKINS LLP

 2         Attorneys for Three Arrows

 3         1271 Avenue of the Americas

 4         New York, NY 10020

 5

 6   BY:  ADAM J. GOLDBERG

 7

 8   UNITED STATES DEPARTMENT OF JUSTICE

 9         Attorneys for the U.S. Trustee

10         201 Varick Street, Suite 1006

11         New York, NY 10014

12

13   BY:  GREG ZIPES

14

15   ALSO PRESENT TELEPHONICALLY:

16

17   PHILIP ABELSON

18   ERIC I. ASQUITH

19   BENJAMIN BELLER

20   BRIAN D. GLUECKSTEIN

21   BARRY JONES

22   DIETRICH KNAUTH

23   TUKISHA KNOX

24   OXANA KOZLOV

25   GLEN KRATOCHVIL
```

1   JESSICA LIOU

2   KEN LUKASZEWSKI

3   KYLE MCKUHEN

4   AKIKO MATSUDA

5   LEAH MEI

6   MICHELE MEISES

7   ANAIS MITRA

8   SAMUEL NADEL

9   JOHN NGUYEN

10   TYLER OKADA

11   KENNETH PASQUALE

12   GREGORY F. PESCE

13   CHRIS RANDLE

14   PHILIP RIES

15   BRIAN ROSEN

16   JEFFREY D. SAFERSTEIN

17   JORDAN SAZANT

18   J. CHRISTOPHER SHORE

19   MATTHEW W. SILVERMAN

20   PETER J. SPROFERA

21   GABE SUTHERLAND

22   TARA TIANTIAN

23   LILY YARBOROUGH

24

25

1                     P R O C E E D I N G S

2             THE COURT:  Good afternoon.  This is Judge Sean

3    Lane in the United States Bankruptcy Court for the Southern

4    District of New York, here for some matters on at two

5    o'clock and I'm going to take the first one, Genesis Global

6    Holdco LLC.  I understand we're here for one uncontested

7    matter in the light of other things moving today -- from

8    today's calendar and I also wanted to take the opportunity

9    to talk about scheduling in October in light of Three Arrows

10   filing its consolidation motion in light of us already

11   having a date of October 6th and October 24th.  October 6th,

12   I believe, one of the things included is to talk about Three

13   Arrows' 2004, and October 24th is one of the things is to

14   talk about Three Arrows, the status of the claims objection.

15             And so, I put that on the agenda and my apologies,

16   I probably should have talked about that yesterday, but I --

17   it escaped my attention.  So, let's start by getting

18   appearances first from Debtors counsel in Genesis.

19             MS. VANLARE:  Good afternoon.  Your Honor, Jane

20   VanLare, Cleary Gottlieb Stein and Hamilton on behalf of the

21   Debtors.  I have my colleagues on the line as well, Ms.

22   Hoori and Sean O'Neal are on.

23             THE COURT:  All right.  Good to have you all and

24   on behalf of the Official Committee.

25             MS. PARRA CRISTE:  Good afternoon, Your Honor,

Page 7

1   Amanda Parra Criste of White & Case on behalf of the

2   Official Committee.  I'm joined by my colleague Colin West

3   today.

4           THE COURT:  All right, good afternoon.  On behalf

5   of Three Arrows?

6           MR. GOLDBERG:  Good afternoon, Your Honor.  Adam

7   Goldberg of Latham & Watkins on behalf of Three Arrows

8   Capital.  And I can see I'm joined on the line, Your Honor,

9   by my colleagues, Liza Burton and Rebekah Presley.

10          THE COURT:  All right, good afternoon.  Any other

11  parties who are here for Genesis this afternoon?

12          MR. ZIPES:  Your Honor, Greg Zipes with the U.S.

13  Trustee's Office.  I don't expect to speak, except maybe at

14  the end.

15          THE COURT:  All right.  Good afternoon.  Anyone

16  else?

17          All right, so Ms. VanLare, let me turn it over to

18  you first to deal with the matters that are on the agenda

19  and then we can talk about scheduling, but I think today

20  will be a brief hearing.

21          MS. VANLARE:  I think so, too, Your Honor.  Your

22  Honor, I'll pass the virtual podium to my colleague Ms. Kim

23  to present the motion.

24          THE COURT:  All right, happy to hear from Ms. Kim.

25  Ms. Kim?

Page 8

1          MS. KIM:  Good afternoon, Your Honor.  Hoori Kim,

2    Cleary Gottlieb Steen and Hamilton for the Debtors.

3          I'll be presenting the uncontested motion on the

4    agenda today, the Debtors' omnibus motion to approve the

5    rejection of certain executory contracts and related relief.

6    It's filed at ECF No. 697.  In sum, Your Honor, the Debtors

7    have three requests we are hoping to be granted authority

8    for in this motion:  one, the rejection of certain executory

9    contracts listed in Exhibit 1 of the proposed order; two,

10   procedures for the rejection of executory contracts going

11   forward and the abandonment of related assets; and three,

12   the procedures for the settlement of de minimis claims

13   related to the rejection of certain executory contracts.

14          So turning first to the rejection of certain

15   specified executory contracts in the proposed order, the

16   Debtors have determined in their business judgment that

17   these contracts are financially burdensome and no longer

18   provide benefit.  Accordingly, we seek to reject them under

19   Section 365.

20          The Debtors also seek to -- seek approval of the

21   rejection procedures.  It also occurred to the Debtors that

22   they may have more executory contracts that they may find

23   are no longer financially beneficial and may want to reject

24   them during these Chapter 11 cases.  To that end, the

25   Debtors seek approval of the proposed rejection procedures

Page 9

1    which among other things provide a 14-day notice period for

2    parties in interest to object to the proposed rejection, and

3    after that period passes with no objections, the Debtors

4    will file a notice of effectiveness under the -- and also

5    propose procedures for the resolution of objections in case

6    they are filed.

7         The Debtors also seek approval of procedures

8    regarding the abandonment and removal of property related to

9    the rejected contracts.  The Debtors request authority to

10   abandon personal property remaining in a contract

11   counterparty's possession, subject to a rejected contract,

12   if the debtors determine in their discretion that the

13   property is of no value.

14        And the Debtors also proposed procedures to give

15   an opportunity for any parties to a lease agreement to

16   remove certain leased property related to a rejected

17   contract as well before the Debtors determine that they

18   should abandon the property.

19        Lastly, the Debtors also seek authority to

20   evaluate and where appropriate settle and pay certain claims

21   asserted against the Debtors arising from the rejection of

22   contracts under this motion and in each case, in an amount

23   no -- not to exceed $25,000 pursuant to the settlement

24   procedures without providing notice.

25        This Court should approve the relief requested for

Page 10

1    a number of reasons as further described in the motion, Your

2    Honor.  First of all, the rejection of an executory contract

3    should be approved when the rejection is made in the

4    exercise of the Debtors' sound business judgment and has

5    actual benefits to the estate.  As discussed, the Debtors

6    have determined that these contracts, and may determine any

7    future contracts -- any contracts in the future are no

8    longer beneficial.

9            The Debtors also submit that rejection of these

10   contracts retroactive to as of the petition date is also

11   favored by the balance of equities.  The go forward

12   procedures including for rejection under Section 365, the

13   abandonment of property under Section 554, and the

14   settlement of claims under Section 363 as well as Section

15   9019 of the Federal Rules of Bankruptcy Procedure are also

16   similarly a sound exercise of the Debtors' business

17   judgment.

18           It would be expensive and inefficient both for the

19   Debtors and for this Court to adjudicate and to seek

20   rejection of contracts on a case-by-case basis and then a

21   proposed settlement of a related claim each time.

22   Therefore, the Debtors believe that the Court should grant

23   the relief requested in the motion.  We have consulted --

24           THE COURT:  All right --

25           MS. KIM:  Thank you, Your Honor.

Page 11

1              THE COURT:  Go ahead, please.

2              MS. KIM:  We've consulted about this motion with

3    the Committee and the proposed or reflects their comments.

4    We received no formal objections.  So, unless you have any

5    questions, we would ask the Court to grant the order.

6              THE COURT:  All right.  Thank you very much.  Any

7    party wish to be heard in connection with this motion.  All

8    right, hearing no response, I'm happy to grant the motion.

9    I just had a quick question about the attached order and

10   notices, the rejection notice.  So, on the -- and my

11   comments all go to the notion of making sure that anybody

12   who has a contract rejected gets clear notice that they have

13   so many days to file a rejection damages claim.  And so in

14   the notice on Page 3 of the notice, the last paragraph, I

15   think, addresses that.

16             It talks about that pursuant to the terms of the

17   order for any claim you may assert against the Debtor as a

18   result of the rejection of any contract, you must submit

19   proof of claim for damages arising from such rejection on or

20   before the later of 35 days after the notice -- after the

21   date of the rejection notice and 30 days after the entry of

22   the order on the rejection notice.  And so is the rejection

23   notice being discussed there that actual notice?

24             MS. KIM:  That is correct, Your Honor, that -- it

25   is --

1          THE COURT:  Okay.

2          MS. KIM:  -- the notice of the rejection provided

3     to the counter party.

4          THE COURT:  All right.  So I think I might just

5     tweak it to just say of this rejection notice just so they

6     understand it's this.  There's not some separate rejection

7     notice that's going to going to happen, but this is the

8     rejection notice.

9          And then the other -- my other request would be to

10    put this language in bold and large font and underlined just

11    because it's the takeaway much as we do with things on

12    ballots to make sure that people have a notice of that.  So

13    probably from the -- I'll leave it to you as to how you want

14    to accomplish that, but my guess would be it's probably from

15    the "you must submit a proof of claim," from that language

16    right up to the end of it, the end of the -- that sentence

17    that talks about the 30 days after the entry of an order on

18    the rejection notice.

19          So, that would be great.  And then I guess in

20    terms of belt and suspenders, I would imagine that any order

21    on rejection will also have that 30-day language in it, as

22    well just to be, you know, so that people get more notice

23    rather than less.  But other than that, it all makes perfect

24    sense to me.  It's well explained by you, Ms. Kim, and I'm

25    happy to grant the requested relief.

1          MS. KIM:  Thank you, Your Honor.  We'll make sure

2     to make those changes.

3          THE COURT:  All right.  Thank you very much.  And

4     so with that, Ms. VanLare, again, I apologize for not

5     bringing this up the other day.  I'm just trying to sort of

6     have as efficient a calendar as possible and I know we're

7     talking about three hours already on the 6th and the 24th

8     and I think the request to chambers was for dates somewhere

9     in the middle of the month and I understand Mr. Goldberg

10    probably just want to be accused of in any way dragging his

11    feet in terms of getting this motion to consolidate with

12    various Courts on for hearing at the same time.

13         I'm just trying to keep things together in some

14    sensible way and since it's -- the motion has filed at this

15    point, I'm just trying to consolidate a little bit.  So --

16    and obviously the Debtors have other things on the calendar.

17    So, that's a consideration as well.  But I'm happy to hear

18    anyone who has a suggestion about the best way to proceed in

19    terms of being efficient.

20         My thought would be to try to avoid having three

21    hearings in October for this in connection with this matter

22    since you have the Three Arrows on for three different times

23    in connection with this case in the month of October, but

24    I'm open to suggestions either from Mr. Goldberg or from

25    Debtors.  And again, this is not a huge problem but just

1    docket management being what it is, I just wanted to get in

2    front of it.

3            MS. VANLARE:  Your Honor, and our apologies.  We

4    were not aware about the discussion regarding the

5    scheduling.  So, our colleague, Luke Barefoot was not

6    originally on the -- was not originally planned to join, but

7    I believe Mr. O'Neal has him on the phone.  Unfortunately,

8    he was having trouble with the link into the hearing, but I

9    --

10           THE COURT:  Yeah, my apologies.  For some reason

11   today, it's one of those days when technology does not want

12   to cooperate.  Lots of people have lots of problems today.

13   Some people have had problems because the link includes a

14   period in it which is often overlooked, but I think even for

15   folks who managed to overcome the period, there have been

16   other issues, and I appreciate everybody's perseverance.  As

17   I joked at an earlier hearing, the thing that always gets me

18   is the capital O versus a zero does me in every time.  So,

19   anyway, COVID humor, I guess.

20           MR. O'NEAL:  So Your Honor, it's --

21           THE COURT:  Go ahead, please.

22           MR. O'NEAL:  It's Sean, O'Neal, Cleary Gottlieb.

23   This is a little unorthodox.  I don't know if it's actually

24   going to work, so I've got Mr. Barefoot on my speaker phone,

25   but I don't know if it's going to work.  So, with my

Page 15

1    apologies, we could try it out that way because he has tried

2    it with a period.  He has tried it with an exclamation mark.

3    He has used every form of punctuation possible and was not

4    able to get in.

5              THE COURT:  All right.  My apologies.  I

6    appreciate his perseverance.  This is not the way you want

7    to spend time during your working day.

8              MR. O'NEAL:  So with that, Mr. Barefoot, I don't

9    know if you can hear the hearing, and you can, perhaps you

10   can -- like we can test out if the judge can hear you.

11             MR. BAREFOOT:  Yes, Your Honor.  Luke Barefoot

12   from Cleary Gottlieb for the Debtors.  Can you hear me all

13   right?

14             THE COURT:  I can hear you, yes.

15             MR. O'NEAL:  Okay.  I'm going to take my image off

16   the screen so as to not confuse people, but you'll be able

17   to hear Mr. Barefoot.

18             THE COURT:  All right.  All right, Mr. Barefoot.

19   What thoughts do you have, and then I'll hear from Mr.

20   Goldberg.

21             MR. BAREFOOT:  In terms of scheduling on Three

22   Arrows related matters, we do have the Rule 2004 motion that

23   was filed by Three Arrows meeting on October the 6th and

24   then, as Your Honor mentioned, we -- in the schedule we had

25   set October 24th down as the date for the next status

1   conference where we will be setting the schedule for expert

2   discovery, pretrial briefing, and the evidentiary hearing on

3   our claims objections.

4          Your Honor, I think it, it's a little difficult to

5   (indiscernible) any further schedule with respect to this

6   forthcoming consolidated motion Court-to-Court protocol that

7   the liquidators (indiscernible) very recently that they

8   planned to file because it (indiscernible) yet been filed

9   and nor have lift stay motions been filed in several of the

10  (indiscernible) Debtor matters, including (indiscernible)

11  that motion plans to address, so subject to Your Honor

12  (indiscernible) --

13         THE COURT:  Well, let me ask you this question,

14  Mr. Barefoot.  Do you have any -- I don't -- you all have a

15  better sense of what's on or what's intended to be on for

16  the omnibus on the 24th.

17         Do you have any objection to using that date for

18  this motion as well, I -- because there's a point where you

19  reach the point of no return in terms of loading things on a

20  calendar, but it would seem to make sense since we're

21  talking about Three Arrows and substantive issues that date

22  and I don't think anybody will hold it against Three Arrows,

23  the period of time from, say, you know, the ides of October

24  to October 24th in terms of, you know, thinking about their

25  speed at which they're moving.

Page 17

1              So, that would be my suggestion, assuming that

2     doesn't overload the calendar on the 24th in some way that's

3     problematic.

4              MR. BAREFOOT:  Your Honor, I think that's fine, so

5     long as we keep in mind Your Honor's comments at yesterday's

6     status conference that, you know, points of delay can't be

7     used as a weapon and that that can't be a reason why we

8     can't go forward on the 24th with setting the further

9     discovery and brief (indiscernible).

10             THE COURT:  All right.  Yeah, although I promise

11    not to -- I promise to treat Mr. Goldberg's motion as if it

12    was on for a hearing on October 15th, if we put it on for

13    the 24th.  I don't think that -- I don't think that's a

14    significant period of time.  But again, I know people get

15    nervous about these things.  I can understand that.

16             So Mr. Goldberg, would the 24th work for you?

17             MR. GOLDBERG:  Thank you, Your Honor.  I

18    appreciate the opportunity to be heard.  My -- for the

19    record, Adam Goldberg of Latham & Watkins on behalf of Three

20    Arrows Capital.  The 24th works for us based on Your Honor's

21    remarks regarding the overall timing.  You know, we did

22    reach out to chambers in an effort to identify available

23    dates before conferring with opposing counsel to define

24    those dates.  We do anticipate filing our consolidation

25    motion.

1          We've started to call it the coordination motion.

2    Folks can call it whatever they wish when they see it.  We

3    plan to give everyone the opportunity to see it today.  And

4    so, you know, we would view that as a motion that could be

5    heard within 14 days and so, you know, we -- if Your Honor

6    is not going to hold that time gap against us to the 24th,

7    we --

8          THE COURT:  No, no, I figure it's also more

9    efficient for your estate as well to come in for two

10   hearings rather than three hearings in the month of October.

11   And I don't think that that difference between adding a

12   third date in the middle of the month and doing it on the

13   24th is of significance in and of itself.

14         MR. GOLDBERG:  Thank you, Your Honor, and I

15   appreciate that and appreciate the opportunity to be heard

16   then as well as today.  You know, I think that will tee up

17   the October 24th hearing as kind of a holistic evaluation of

18   where we stand and how we should go forward.

19         THE COURT:  All right.  And that was the -- I

20   think you read my mind, is it does make some sense to have

21   those together in the sense of we are sort of thinking about

22   those issues, big picture, and so there's a certain synergy,

23   I think, between the topics on for the 24th and those on in

24   connection with your motion as you've described it, so.

25         MR. GOLDBERG:  And if I may make one other note,

Page 19

1    Your Honor, is that given the relief that we're seeking

2    where we're going to try and coordinate a number of active

3    proceedings, we also anticipate filing companion motions in

4    the other relevant cases today and -- or otherwise as soon

5    as possible with the first priority being this case.  And so

6    we're also working to scheduling hearings in those other

7    cases as they become available.  I can't say for certain now

8    when those hearings might be before or after the October

9    24th date.

10            THE COURT:  That's fair enough.  I think we all

11   have plenty to do in this case and so we'll let other judges

12   who are presiding with those other cases, address them as

13   they see fit after consultation with all the parties in

14   those cases.  So, fair enough.  And so, thank you, Mr.

15   Goldberg for your comments.  And Mr. West, I didn't want to

16   exclude you if there's anything that you wanted to say on

17   behalf of the Committee.

18            MR. WEST:  Your Honor, yeah, we think that it does

19   make sense for efficiency and convenience purposes to hold a

20   hearing on the 24th on both matters and we understand the

21   Court's comments that the nine-day period or whatever the

22   period is between the date that it -- that the liquidators

23   would like to schedule it for and the 24th will not be held

24   against them.

25            But I don't want there to be any surprise, Your

1    Honor, that we do intend, quite candidly, to hold the rest

2    of the period --

3              THE COURT:  Yeah, I -- no, I think that's pretty

4    clear that the timing in general, putting aside those nine

5    days, will be the subject of conversation and debate.  I

6    think everybody recognizes that.

7              MR. O'NEAL:  Your Honor --

8              MR. WEST:   Thank you, Your Honor.  Thank you.

9              MR. O'NEAL:  -- O'Neal again, if I may be heard.

10             THE COURT:  Sure.

11             MR. O'NEAL:  Sean O'Neal, Cleary Gottlieb, on

12   behalf of the Debtors.  We may have additional items on the

13   agenda for the 24th.  We'll come back to Your Honor on that

14   particular point.  I do believe that Mr. Barefoot -- and

15   apologies for the strangeness of this request -- but I think

16   Mr. Barefoot had some additional comment or clarification

17   that he would like to make, if I could --

18             THE COURT:  Sure.  That's fine.  Always happy to

19   hear that.  Mr. Barefoot?

20             MR. BAREFOOT:  Thank you, Your Honor.  Luke

21   Barefoot from Cleary Gottlieb for the Debtor.  Just one

22   point of clarification.  It sounds like we're all aligned on

23   having the consolidation or (indiscernible) protocol motion

24   as well as the scheduling hearing that's contemplated by

25   Your Honor's scheduling order heard on the 24th.  I just

Page 21

1    wanted to clarify that that would then also be the hearing

2    date on Three Arrows' lift stay motion, given that that's

3    kind of part and parcel of -- and I think would really have

4    to be considered jointly with the shortcoming consolidation

5    motion.

6            THE COURT:  Yeah, I think that's how I interpreted

7    that the stay motion was being adjourned to the date for the

8    for the consolidation or coordination motion, as Mr.

9    Goldberg sees fit to title it later today.  Is that right,

10   Mr. Goldberg?

11           MR. GOLDBERG:  Thank you, Your Honor.  Yes, Adam

12   Goldberg of Latham & Watkins for the record.  Yes, the stay

13   motion totally makes sense to be heard on October 24th

14   together with the related motion to seal and appreciate Mr.

15   Barefoot raising that for the purposes of clarity for

16   everyone.

17           THE COURT:  All right.  Thank you.  Mr. Barefoot,

18   anything else from you?

19           MR. BAREFOOT:  No, Your Honor.  That's all very

20   clear.  Thank you for hearing us on that.

21           THE COURT:  All right and thank you for your

22   perseverance.  And sometimes I'm tempted to have a little

23   can and some string available just because I know it can be

24   maddening and time consuming, to overcome the obstacles that

25   technology throws at us, but you have done so, so thank you

1   for that, with Mr. O'Neal's assistance and, let me thank the

2   parties also.  I'd rather be a bit of overkill on things

3   like this and talk to parties rather than leave parties

4   guessing and leave things up in the air.

5           We all want to focus on the substance of the

6   various requests rather than get bogged down on surprises at

7   hearings.  Nobody likes surprises.  They're efficient.

8   They're -- and sort of antithetical to due process.  So I

9   appreciate your indulgence and your working with me on that

10  just to make sure.  Again, I'd rather be safe than sorry on

11  that just so that everybody's -- feels like they're on the

12  same page and we can just get to the merits when it's time.

13          So thank you all for taking time to talk about it

14  today.  And with that --

15          MR. ZIPES:  Your --

16          THE COURT:  Mr. Zipes, go ahead.

17          MR. ZIPES:  Your Honor, Greg Zipes with the U.S.

18  Trustee's Office.  I was just going to ask the parties to

19  work with my office and get documents relating to any

20  sealing motions to my office to review.  I'm sure that will

21  be accomplished, but I just want to state that, Your Honor.

22          THE COURT:  All right.  No, fair point.  Good time

23  to bring up and happy to have that thrown into the mix.

24          MR. ZIPES:  And --

25          THE COURT:  All right -- go ahead.

1           MR. ZIPES:  Your Honor, I was just going to raise

2   one other issue just on general timing, and that is the

3   disclosure statement currently is on for October 6th and I

4   don't know if the parties were going to get to this or not,

5   but is that schedule affected by what's happening right now?

6           THE COURT:  Well, Ms. VanLare, I'll turn that over

7   to you, I assume, or Mr. O'Neal, whoever wants to take that

8   one.

9           MS. VANLARE:  Yes, Your Honor, and Mr. Zipes.  I

10  think we may be further pushing that date, but we will be in

11  touch with Your Honor's chambers about that and about any

12  new dates.

13          THE COURT:  All right.  Great.  Thank you very

14  much.  Anything else from any party of Genesis?  All right.

15  Thank you again for your assistance this afternoon and I

16  will see you all soon.

17          MR. GOLDBERG:  Thank you, Your Honor.

18          THE COURT:  Thank you.

19          (Whereupon these proceedings were concluded at

20  2:33 PM)

21

22

23

24

25

1                              I N D E X

2

3                              RULINGS

4                                              Page        Line

5     Omnibus motion to approve the rejection

6     of certain executory contracts and

7     related relief                            11          8

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 25

1                   C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  September 28, 2023

| & | | | |
| --- | --- | --- | --- |
| **&** 3:3,13 4:1 7:1,7 17:19 21:12 | **28** 25:25 **2:08** 1:17 **2:33** 23:20 | **accomplish** 12:14 **accomplished** 22:21 | **akiko** 5:4 **alianna** 1:25 **aligned** 20:22 **amanda** 3:18 7:1 |

**&**

**&** 3:3,13 4:1
7:1,7 17:19
21:12

**1**

**1** 8:9
**10006** 3:6
**10014** 4:11
**10020** 3:16 4:4
**1006** 4:10
**10601** 1:14
**11** 8:24 24:7
**11501** 25:23
**12151** 25:7
**1221** 3:15
**1271** 4:3
**14** 9:1 18:5
**15th** 17:12

**2**

**2004** 6:13
15:22
**201** 4:10
**2023** 1:16
25:25
**23-10063** 1:3
**248** 1:13
**24th** 6:11,13
13:7 15:25
16:16,24 17:2
17:8,13,16,20
18:6,13,17,23
19:9,20,23
20:13,25 21:13
**25,000** 9:23
**26** 1:16

**28** 25:25
**2:08** 1:17
**2:33** 23:20

**3**

**3** 11:14
**30** 11:21 12:17
12:21
**300** 1:13 25:22
**330** 25:21
**35** 11:20
**363** 10:14
**365** 8:19 10:12

**5**

**554** 10:13

**6**

**697** 2:3 8:6
**6th** 6:11,11
13:7 15:23
23:3

**7**

**731** 2:1

**8**

**8** 24:7

**9**

**9019** 10:15

**a**

**abandon** 9:10
9:18
**abandonment**
2:7 8:11 9:8
10:13
**abelson** 4:17
**able** 15:4,16

**accomplish**
12:14
**accomplished**
22:21
**accurate** 25:4
**accused** 13:10
**active** 19:2
**actual** 10:5
11:23
**actually** 14:23
**adam** 4:6 7:6
17:19 21:11
**adding** 18:11
**additional**
20:12,16
**address** 16:11
19:12
**addresses**
11:15
**adjourned**
21:7
**adjudicate**
10:19
**affected** 23:5
**afternoon** 6:2
6:19,25 7:4,6
7:10,11,15 8:1
23:15
**agenda** 2:1
6:15 7:18 8:4
20:13
**agreement**
9:15
**ahead** 11:1
14:21 22:16,25
**air** 22:4

**akiko** 5:4
**alianna** 1:25
**aligned** 20:22
**amanda** 3:18
7:1
**americas** 3:15
4:3
**amount** 9:22
**anais** 5:7
**anticipate**
17:24 19:3
**antithetical**
22:8
**anybody** 11:11
16:22
**anyway** 14:19
**apologies** 6:15
14:3,10 15:1,5
20:15
**apologize** 13:4
**appearances**
6:18
**appreciate**
14:16 15:6
17:18 18:15,15
21:14 22:9
**appropriate**
9:20
**approval** 8:20
8:25 9:7
**approve** 8:4
9:25 24:5
**approved** 10:3
**approving** 2:5
**arising** 9:21
11:19

**arrows** 4:2 6:9
6:13,14 7:5,7
13:22 15:22,23
16:21,22 17:20
21:2
**aside** 20:4
**asquith** 4:18
**assert** 11:17
**asserted** 9:21
**assets** 2:7 8:11
**assistance** 22:1
23:15
**assume** 23:7
**assuming** 17:1
**attached** 11:9
**attention** 6:17
**attorneys** 3:4
3:14 4:2,9
**authority** 8:7
9:9,19
**authorizing**
2:6,8
**available** 17:22
19:7 21:23
**avenue** 3:15
4:3
**avoid** 13:20
**aware** 14:4

**b**

**b** 1:21
**back** 20:13
**balance** 10:11
**ballots** 12:12
**bankruptcy**
1:1,12,23 6:3
10:15

**barefoot** 3:10
14:5,24 15:8
15:11,11,17,18
15:21 16:14
17:4 20:14,16
20:19,20,21
21:15,17,19
**barry** 4:21
**based** 17:20
**basis** 10:20
**behalf** 6:20,24
7:1,4,7 17:19
19:17 20:12
**believe** 6:12
10:22 14:7
20:14
**beller** 4:19
**belt** 12:20
**beneficial** 8:23
10:8
**benefit** 8:18
**benefits** 10:5
**benjamin** 4:19
**best** 13:18
**better** 16:15
**big** 18:22
**bit** 13:15 22:2
**bogged** 22:6
**bold** 12:10
**brian** 4:20 5:15
**brief** 7:20 17:9
**briefing** 16:2
**bring** 22:23
**bringing** 13:5
**burdensome**
8:17

**burton** 7:9
**business** 8:16
10:4,16

**c**

**c** 3:1 6:1 25:1,1
**calendar** 6:8
13:6,16 16:20
17:2
**call** 18:1,2
**candidly** 20:1
**capital** 7:8
14:18 17:20
**case** 1:3 3:13
7:1 9:5,22
10:20,20 13:23
19:5,11
**cases** 8:24 19:4
19:7,12,14
**certain** 2:5,9
8:5,8,13,14
9:16,20 18:22
19:7 24:6
**certified** 25:3
**chambers** 13:8
17:22 23:11
**changes** 13:2
**chapter** 8:24
**chris** 5:13
**christopher**
5:18
**claim** 10:21
11:13,17,19
12:15
**claims** 2:9 6:14
8:12 9:20
10:14 16:3

**clarification**
20:16,22
**clarify** 21:1
**clarity** 21:15
**clear** 11:12
20:4 21:20
**cleary** 3:3 6:20
8:2 14:22
15:12 20:11,21
**colin** 3:19 7:2
**colleague** 7:2
7:22 14:5
**colleagues** 6:21
7:9
**come** 18:9
20:13
**comment**
20:16
**comments** 11:3
11:11 17:5
19:15,21
**committee**
3:14 6:24 7:2
11:3 19:17
**companion**
19:3
**concluded**
23:19
**conference**
16:1 17:6
**conferring**
17:23
**confuse** 15:16
**connection**
11:7 13:21,23
18:24

consideration
  13:17
considered
  21:4
consolidate
  13:11,15
consolidated
  16:6
consolidation
  6:10 17:24
  20:23 21:4,8
consultation
  19:13
consulted
  10:23 11:2
consuming
  21:24
contemplated
  20:24
contract   2:4
  9:10,11,17
  10:2 11:12,18
contracts   2:6,7
  8:5,9,10,13,15
  8:17,22 9:9,22
  10:6,7,7,10,20
  24:6
convenience
  19:19
conversation
  20:5
cooperate
  14:12
coordinate
  19:2
coordination
  18:1 21:8

correct   11:24
counsel   6:18
  17:23
counter   12:3
counterparty's
  9:11
country   25:21
court   1:1,12
  6:2,3,23 7:4,10
  7:15,24 9:25
  10:19,22,24
  11:1,5,6 12:1,4
  13:3 14:10,21
  15:5,14,18
  16:6,6,13
  17:10 18:8,19
  19:10 20:3,10
  20:18 21:6,17
  21:21 22:16,22
  22:25 23:6,13
  23:18
court's   19:21
courts   13:12
covid   14:19
creditors   3:14
criste   3:18 6:25
  7:1
currently   23:3

d

d   4:20 5:16 6:1
  24:1
damages   11:13
  11:19
date   6:11 10:10
  11:21 15:25
  16:17,21 18:12
  19:9,22 21:2,7

23:10 25:25
dates   13:8
  17:23,24 23:12
day   9:1 12:21
  13:5 15:7
  19:21
days   11:13,20
  11:21 12:17
  14:11 18:5
  20:5
de   2:9 8:12
deal   7:18
debate   20:5
debtor   1:9
  11:17 16:10
  20:21
debtors   2:4 3:4
  6:18,21 8:2,4,6
  8:16,20,21,25
  9:3,7,9,12,14
  9:17,19,21
  10:4,5,9,16,19
  10:22 13:16,25
  15:12 20:12
define   17:23
delay   17:6
department
  4:8
described   10:1
  18:24
determine   9:12
  9:17 10:6
determined
  8:16 10:6
dietrich   4:22
difference
  18:11

different   13:22
difficult   16:4
disclosure   23:3
discovery   16:2
  17:9
discretion   9:12
discussed   10:5
  11:23
discussion   14:4
district   1:2 6:4
doc   2:1,3
docket   14:1
documents
  22:19
doing   18:12
dragging   13:10
due   22:8

e

e   1:21,21 3:1,1
  6:1,1 24:1 25:1
earlier   14:17
ecf   8:6
ecro   1:25
effectiveness
  9:4
efficiency
  19:19
efficient   13:6
  13:19 18:9
  22:7
effort   17:22
either   13:24
entry   2:4 11:21
  12:17
equities   10:11
eric   4:18

escaped 6:17
estate 10:5
  18:9
evaluate 9:20
evaluation
  18:17
everybody
  20:6
everybody's
  14:16 22:11
evidentiary
  16:2
exceed 9:23
except 7:13
exclamation
  15:2
exclude 19:16
executory 2:4
  2:5,7 8:5,8,10
  8:13,15,22
  10:2 24:6
exercise 10:4
  10:16
exhibit 8:9
expect 7:13
expensive
  10:18
expert 16:1
explained
  12:24

**f**

f 1:21 5:12
  25:1
fair 19:10,14
  22:22
favored 10:11

federal 10:15
feels 22:11
feet 13:11
figure 18:8
file 9:4 11:13
  16:8
filed 8:6 9:6
  13:14 15:23
  16:8,9
filing 6:10
  17:24 19:3
financially
  8:17,23
find 8:22
fine 17:4 20:18
first 6:5,18
  7:18 8:14 10:2
  19:5
fit 19:13 21:9
focus 22:5
folks 14:15
  18:2
font 12:10
foregoing 25:3
form 15:3
formal 11:4
forthcoming
  16:6
forward 8:11
  10:11 17:8
  18:18
front 14:2
further 10:1
  16:5 17:8
  23:10
future 10:7,7

**g**

g 6:1
gabe 5:21
gap 18:6
general 20:4
  23:2
genesis 1:7 6:5
  6:18 7:11
  23:14
getting 6:17
  13:11
give 9:14 18:3
given 19:1 21:2
glen 4:25
global 1:7 6:5
glueckstein
  4:20
go 10:11 11:1
  11:11 14:21
  17:8 18:18
  22:16,25
going 6:5 8:10
  12:7,7 14:24
  14:25 15:15
  18:6 19:2
  22:18 23:1,4
goldberg 4:6
  7:6,7 13:9,24
  15:20 17:16,17
  17:19 18:14,25
  19:15 21:9,10
  21:11,12 23:17
goldberg's
  17:11
good 6:2,19,23
  6:25 7:4,6,10
  7:15 8:1 22:22

gottlieb 3:3
  6:20 8:2 14:22
  15:12 20:11,21
grant 10:22
  11:5,8 12:25
granted 8:7
great 12:19
  23:13
greg 4:13 7:12
  22:17
gregory 5:12
guess 12:14,19
  14:19
guessing 22:4

**h**

h 1:22
hamilton 3:3
  6:20 8:2
happen 12:7
happening
  23:5
happy 7:24
  11:8 12:25
  13:17 20:18
  22:23
hear 7:24
  13:17 15:9,10
  15:12,14,17,19
  20:19
heard 11:7
  17:18 18:5,15
  20:9,25 21:13
hearing 2:1,3
  7:20 11:8
  13:12 14:8,17
  15:9 16:2
  17:12 18:17

19:20 20:24
21:1,20
**hearings**  13:21
18:10,10 19:6
19:8 22:7
**held**  19:23
**hold**  16:22
18:6 19:19
20:1
**holdco**  1:7 6:6
**holistic**  18:17
**hon**  1:22
**honor**  6:19,25
7:6,8,12,21,22
8:1,6 10:2,25
11:24 13:1
14:3,20 15:11
15:24 16:4,11
17:4,17 18:5
18:14 19:1,18
20:1,7,8,13,20
21:11,19 22:17
22:21 23:1,9
23:17
**honor's**  17:5
17:20 20:25
23:11
**hoori**  3:9 6:22
8:1
**hoping**  8:7
**hours**  13:7
**huge**  13:25
**humor**  14:19
**hyde**  2:25 25:3
25:8

**i**

**identify**  17:22
**ides**  16:23
**ii**  2:6
**iii**  2:8
**image**  15:15
**imagine**  12:20
**included**  6:12
**includes**  14:13
**including**
10:12 16:10
**indiscernible**
16:5,7,8,10,10
16:12 17:9
20:23
**indulgence**
22:9
**inefficient**
10:18
**intend**  20:1
**intended**  16:15
**interest**  9:2
**interpreted**
21:6
**issue**  23:2
**issues**  14:16
16:21 18:22
**items**  20:12

**j**

**j**  4:6 5:18,20
**jane**  3:8 6:19
**jeffrey**  5:16
**jessica**  5:1
**john**  5:9
**join**  14:6

**joined**  7:2,8
**jointly**  21:4
**joked**  14:17
**jones**  4:21
**jordan**  5:17
**judge**  1:23 6:2
15:10
**judges**  19:11
**judgment**  8:16
10:4,17
**justice**  4:8

**k**

**keep**  13:13
17:5
**ken**  5:2
**kenneth**  5:11
**kim**  3:9 7:22
7:24,25 8:1,1
10:25 11:2,24
12:2,24 13:1
**kind**  18:17
21:3
**knauth**  4:22
**know**  12:22
13:6 14:23,25
15:9 16:23,24
17:6,14,21
18:4,5,16
21:23 23:4
**knox**  4:23
**kozlov**  4:24
**kratochvil**  4:25
**kyle**  5:3

**l**

**lane**  1:22 6:3

**language**  12:10
12:15,21
**large**  12:10
**lastly**  9:19
**latham**  4:1 7:7
17:19 21:12
**leah**  5:5
**lease**  2:3 9:15
**leased**  9:16
**leave**  12:13
22:3,4
**ledanski**  2:25
25:3,8
**legal**  25:20
**liberty**  3:5
**lift**  16:9 21:2
**light**  6:7,9,10
**likes**  22:7
**lily**  5:23
**line**  6:21 7:8
24:4
**link**  14:8,13
**liou**  5:1
**liquidators**
16:7 19:22
**listed**  8:9
**little**  13:15
14:23 16:4
21:22
**liza**  7:9
**llc**  1:7 6:6
**llp**  3:3,13 4:1
**loading**  16:19
**long**  17:5
**longer**  8:17,23
10:8

**lots** 14:12,12
**lukaszewski**
   5:2
**luke** 3:10 14:5
   15:11 20:20

   **m**

**maddening**
   21:24
**made** 10:3
**make** 12:12
   13:1,2 16:20
   18:20,25 19:19
   20:17 22:10
**makes** 12:23
   21:13
**making** 11:11
**managed** 14:15
**management**
   14:1
**mark** 15:2
**matsuda** 5:4
**matter** 1:5 6:7
   13:21
**matters** 6:4
   7:18 15:22
   16:10 19:20
**matthew** 5:19
**mckuhen** 5:3
**meeting** 15:23
**mei** 5:5
**meises** 5:6
**mentioned**
   15:24
**merits** 22:12
**michele** 5:6
**middle** 13:9
   18:12

**mind** 17:5
   18:20
**mineola** 25:23
**minimis** 2:9
   8:12
**mitra** 5:7
**mix** 22:23
**month** 13:9,23
   18:10,12
**motion** 2:3,4
   6:10 7:23 8:3,4
   8:8 9:22 10:1
   10:23 11:2,7,8
   13:11,14 15:22
   16:6,11,18
   17:11,25 18:1
   18:4,24 20:23
   21:2,5,7,8,13
   21:14 24:5
**motions** 16:9
   19:3 22:20
**moving** 6:7
   16:25

   **n**

**n** 3:1 6:1 24:1
   25:1
**nadel** 5:8
**nervous** 17:15
**new** 1:2 3:6,16
   4:4,11 6:4
   23:12
**nguyen** 5:9
**nine** 19:21 20:4
**note** 18:25
**notice** 2:1 9:1,4
   9:24 11:10,12
   11:14,14,20,21

11:22,23,23
   12:2,5,7,8,12
   12:18,22
**notices** 11:10
**notion** 11:11
**number** 10:1
   19:2
**ny** 1:14 3:6,16
   4:4,11 25:23

   **o**

**o** 1:21 6:1
   14:18 25:1
**o'clock** 6:5
**o'neal** 6:22
   14:7,20,22,22
   15:8,15 20:7,9
   20:9,11,11
   23:7
**o'neal's** 22:1
**object** 9:2
**objection** 6:14
   16:17
**objections** 9:3
   9:5 11:4 16:3
**obstacles** 21:24
**obviously**
   13:16
**occurred** 8:21
**october** 6:9,11
   6:11,11,13
   13:21,23 15:23
   15:25 16:23,24
   17:12 18:10,17
   19:8 21:13
   23:3
**office** 7:13
   22:18,19,20

**official** 3:14
   6:24 7:2
**okada** 5:10
**okay** 12:1
   15:15
**old** 25:21
**omnibus** 2:3,4
   8:4 16:16 24:5
**open** 13:24
**opportunity**
   6:8 9:15 17:18
   18:3,15
**opposing** 17:23
**order** 2:5 8:9
   8:15 11:5,9,17
   11:22 12:17,20
   20:25
**originally** 14:6
   14:6
**overall** 17:21
**overcome**
   14:15 21:24
**overkill** 22:2
**overload** 17:2
**overlooked**
   14:14
**oxana** 4:24
**o'neal** 3:11

   **p**

**p** 3:1,1 6:1
**page** 11:14
   22:12 24:4
**paragraph**
   11:14
**parcel** 21:3
**parra** 3:18
   6:25 7:1

part  21:3
particular  20:14
parties  7:11 9:2,15 19:13 22:2,3,3,18 23:4
party  11:7 12:3 23:14
pasquale  5:11
pass  7:22
passes  9:3
pay  9:20
people  12:12 12:22 14:12,13 15:16 17:14
perfect  12:23
period  9:1,3 14:14,15 15:2 16:23 17:14 19:21,22 20:2
persaud  1:25
perseverance  14:16 15:6 21:22
personal  9:10
pesce  5:12
peter  5:20
petition  10:10
philip  4:17 5:14
phone  14:7,24
picture  18:22
plains  1:14
plan  18:3
planned  14:6 16:8

plans  16:11
plaza  3:5
please  11:1 14:21
plenty  19:11
pm  1:17 23:20
podium  7:22
point  13:15 16:18,19 20:14 20:22 22:22
points  17:6
possession  9:11
possible  13:6 15:3 19:5
present  4:15 7:23
presenting  8:3
presiding  19:12
presley  7:9
pretrial  16:2
pretty  20:3
priority  19:5
probably  6:16 12:13,14 13:10
problem  13:25
problematic  17:3
problems  14:12,13
procedure  10:15
procedures  2:6 2:8 8:10,12,21 8:25 9:5,7,14 9:24 10:12

proceed  13:18
proceedings  19:3 23:19 25:4
process  22:8
promise  17:10 17:11
proof  11:19 12:15
property  9:8 9:10,13,16,18 10:13
propose  9:5
proposed  8:9 8:15,25 9:2,14 10:21 11:3
protocol  16:6 20:23
provide  8:18 9:1
provided  12:2
providing  9:24
punctuation  15:3
purposes  19:19 21:15
pursuant  9:23 11:16
pushing  23:10
put  6:15 12:10 17:12
putting  20:4

q

quarropas  1:13
question  11:9 16:13

questions  11:5
quick  11:9
quite  20:1

r

r  1:21 3:1 6:1 25:1
raise  23:1
raising  21:15
randle  5:13
rather  12:23 18:10 22:2,3,6 22:10
reach  16:19 17:22
read  18:20
really  21:3
reason  14:10 17:7
reasons  10:1
rebekah  7:9
received  11:4
recently  16:7
recognizes  20:6
record  17:19 21:12 25:4
reflects  11:3
regarding  9:8 14:4 17:21
reject  2:3 8:18 8:23
rejected  9:9,11 9:16 11:12
rejection  2:5,6 8:5,8,10,13,14 8:21,25 9:2,21 10:2,3,9,12,20

[rejection - substance]                                                    Page 8

11:10,13,18,19
11:21,22,22
12:2,5,6,8,18
12:21 24:5
**related**   2:7 8:5
8:11,13 9:8,16
10:21 15:22
21:14 24:7
**relating**   22:19
**relevant**   19:4
**relief**   8:5 9:25
10:23 12:25
19:1 24:7
**remaining**   9:10
**remarks**   17:21
**removal**   9:8
**remove**   9:16
**request**   9:9
12:9 13:8
20:15
**requested**   9:25
10:23 12:25
**requests**   8:7
22:6
**resolution**   9:5
**respect**   16:5
**response**   11:8
**rest**   20:1
**result**   11:18
**retroactive**
10:10
**return**   16:19
**review**   22:20
**ries**   5:14
**right**   6:23 7:4
7:10,15,17,24
10:24 11:6,8

12:4,16 13:3
15:5,13,18,18
17:10 18:19
21:9,17,21
22:22,25 23:5
23:13,14
**road**   25:21
**room**   1:13
**rosen**   5:15
**rule**   15:22
**rules**   10:15
**rulings**   24:3

**s**

**s**   3:1 6:1
**safe**   22:10
**saferstein**   5:16
**samuel**   5:8
**sazant**   5:17
**schedule**   15:24
16:1,5 19:23
23:5
**scheduling**   6:9
7:19 14:5
15:21 19:6
20:24,25
**screen**   15:16
**seal**   21:14
**sealing**   22:20
**sean**   1:22 3:11
6:2,22 14:22
20:11
**section**   8:19
10:12,13,14,14
**see**   7:8 18:2,3
19:13 23:16
**seek**   8:18,20,20
8:25 9:7,19

10:19
**seeking**   19:1
**seem**   16:20
**sees**   21:9
**sense**   12:24
16:15,20 18:20
18:21 19:19
21:13
**sensible**   13:14
**sentence**   12:16
**separate**   12:6
**september**
1:16 25:25
**set**   15:25
**setting**   16:1
17:8
**settle**   9:20
**settlement**   2:8
8:12 9:23
10:14,21
**several**   16:9
**shl**   1:3
**shore**   5:18
**shortcoming**
21:4
**signature**   25:7
**significance**
18:13
**significant**
17:14
**silverman**   5:19
**similarly**   10:16
**solutions**   25:20
**sonya**   2:25
25:3,8
**soon**   19:4
23:16

**sorry**   22:10
**sort**   13:5 18:21
22:8
**sound**   10:4,16
**sounds**   20:22
**southern**   1:2
6:3
**speak**   7:13
**speaker**   14:24
**specified**   8:15
**speed**   16:25
**spend**   15:7
**sprofera**   5:20
**stand**   18:18
**start**   6:17
**started**   18:1
**state**   22:21
**statement**   23:3
**states**   1:1,12
4:8 6:3
**status**   6:14
15:25 17:6
**stay**   16:9 21:2
21:7,12
**steen**   3:3 8:2
**stein**   6:20
**strangeness**
20:15
**street**   1:13
4:10
**string**   21:23
**subject**   9:11
16:11 20:5
**submit**   10:9
11:18 12:15
**substance**   22:5

[substantive - using]                                                                Page 9

substantive
  16:21
suggestion
  13:18 17:1
suggestions
  13:24
suite  4:10
  25:22
sum  8:6
sure  11:11
  12:12 13:1
  20:10,18 22:10
  22:20
surprise  19:25
surprises  22:6
  22:7
suspenders
  12:20
sutherland
  5:21
synergy  18:22

t

t  25:1,1
take  6:5,8
  15:15 23:7
takeaway
  12:11
talk  6:9,12,14
  7:19 22:3,13
talked  6:16
talking  13:7
  16:21
talks  11:16
  12:17
tara  5:22
technology
  14:11 21:25

tee  18:16
telephonically
  4:15
tempted  21:22
terms  11:16
  12:20 13:11,19
  15:21 16:19,24
test  15:10
thank  10:25
  11:6 13:1,3
  17:17 18:14
  19:14 20:8,8
  20:20 21:11,17
  21:20,21,25
  22:1,13 23:13
  23:15,17,18
thing  14:17
things  6:7,12
  6:13 9:1 12:11
  13:13,16 16:19
  17:15 22:2,4
think  7:19,21
  11:15 12:4
  13:8 14:14
  16:4,22 17:4
  17:13,13 18:11
  18:16,20,23
  19:10,18 20:3
  20:6,15 21:3,6
  23:10
thinking  16:24
  18:21
third  18:12
thought  13:20
thoughts  15:19
three  4:2 6:9
  6:12,14 7:5,7

8:7,11 13:7,20
  13:22,22 15:21
  15:23 16:21,22
  17:19 18:10
  21:2
thrown  22:23
throws  21:25
tiantian  5:22
time  10:21
  13:12 14:18
  15:7 16:23
  17:14 18:6
  21:24 22:12,13
  22:22
times  13:22
timing  17:21
  20:4 23:2
title  21:9
today  6:7 7:3
  7:19 8:4 14:11
  14:12 18:3,16
  19:4 21:9
  22:14
today's  6:8
together  13:13
  18:21 21:14
topics  18:23
totally  21:13
touch  23:11
transcribed
  2:25
transcript  25:4
treat  17:11
tried  15:1,2
trouble  14:8
true  25:4

trustee  4:9
trustee's  7:13
  22:18
try  13:20 15:1
  19:2
trying  13:5,13
  13:15
tukisha  4:23
turn  7:17 23:6
turning  8:14
tweak  12:5
two  6:4 8:9
  18:9
tyler  5:10

u

u.s.  1:23 4:9
  7:12 22:17
uncontested
  6:6 8:3
under  8:18 9:4
  9:22 10:12,13
  10:14
underlined
  12:10
understand
  6:6 12:6 13:9
  17:15 19:20
unfortunately
  14:7
united  1:1,12
  4:8 6:3
unorthodox
  14:23
unsecured  3:14
used  15:3 17:7
using  16:17

**v**

**value**   9:13
**vanlare**   3:8
  6:19,20 7:17
  7:21 13:4 14:3
  23:6,9
**varick**   4:10
**various**   13:12
  22:6
**veritext**   25:20
**versus**   14:18
**view**   18:4
**virtual**   7:22

**w**

**w**   5:19
**want**   8:23
  12:13 13:10
  14:11 15:6
  19:15,25 22:5
  22:21
**wanted**   6:8
  14:1 19:16
  21:1
**wants**   23:7
**watkins**   4:1 7:7
  17:19 21:12
**way**   13:10,14
  13:18 15:1,6
  17:2
**we've**   11:2
  18:1
**weapon**   17:7
**west**   3:19 7:2
  19:15,18 20:8
**white**   1:14 3:13
  7:1

**wish**   11:7 18:2
**work**   14:24,25
  17:16 22:19
**working**   15:7
  19:6 22:9
**works**   17:20

**x**

**x**   1:4,10 24:1

**y**

**yarborough**
  5:23
**yeah**   14:10
  17:10 19:18
  20:3 21:6
**yesterday**   6:16
**yesterday's**
  17:5
**york**   1:2 3:6,16
  4:4,11 6:4

**z**

**zero**   14:18
**zipes**   4:13 7:12
  7:12 22:15,16
  22:17,17,24
  23:1,9