**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**COVER SHEETS FOR SIXTH MONTHLY**
**APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS**
**FROM AUGUST 1, 2023 THROUGH AND INCLUDING AUGUST 31, 2023**

| | |
|---|---|
| Name of applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | March 21, 2023 (effective as of January 19, 2023) |
| Period for which compensation and reimbursement are sought (the "***Compensation Period***"): | August 1, 2023 through August 31, 2023 |
| Amount of compensation sought: | $200,000 |
| Amount of payment requested for compensation: | $160,000 |
| Amount of expense reimbursement sought: | $6,368.12[2] |
| Amount of payment requested for expense reimbursement: | $6,368.12 |
| This is a(n): | Monthly Application |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R).  The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]    Please note that certain vendor invoices may not be received until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

## SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF
## AUGUST 1, 2023 THROUGH AND INCLUDING AUGUST 31, 2023

| Hours Summary | | | | | |
|---|---|---|---|---|---|
| Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Barak Klein<br>Managing Director | Brian Tichenor<br>Managing Director | Jason Soto<br>Executive Director | Andrew Swift<br>Executive Director |
| August 1 - August 31 | | | | | |
| 9 hour(s) | 55 hour(s) | 55 hour(s) | 35 hour(s) | 33 hour(s) | 35 hour(s) |
| **Total** | | | | | |
| **9 hour(s)** | **55 hour(s)** | **55 hour(s)** | **35 hour(s)** | **33 hour(s)** | **35 hour(s)** |

| Hours Summary | | | | |
|---|---|---|---|---|
| Brendon Barnwell<br>Vice President | Benjamin Dipietro<br>Assoicate | Olivier Backes<br>Assoicate | Jason Roden<br>Analyst | Amy Tan<br>Analyst |
| August 1 - August 31 | | | | |
| 84 hour(s) | 89 hour(s) | 68 hour(s) | 89 hour(s) | 85 hour(s) |
| **Total** | | | | |
| **84 hour(s)** | **89 hour(s)** | **68 hour(s)** | **89 hour(s)** | **85 hour(s)** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF**
**AUGUST 1, 2023 THROUGH AND INCLUDING AUGUST 31, 2023**

| Category | |
|---|---|
| Meals | $772.26 |
| Legal Fees | 5,445.00 |
| Ground Transportation | 76.17 |
| T&E - Other | 74.69 |
| **Total Expense Payment Requested** | **$6,368.12** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SIXTH MONTHLY
### APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS FROM AUGUST 1, 2023 THROUGH AND INCLUDING AUGUST 31, 2023

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 101] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this sixth monthly application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from August 1, 2023 through and including August 31, 2023 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application, Moelis seeks (a) approval of compensation

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R).  The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

for services rendered in the amount of $200,000, for the Compensation Period pursuant to Moelis'
approved Engagement Letter (defined below), and (b) approval of reimbursement of actual and
necessary expenses in the amount of $6,368.12 incurred during the Compensation Period. In
support of this Application, Moelis respectfully represents as follows:

## Background

1. On January 19, 2023 (the "**Petition Date**"), the Debtors each commenced with this
Court a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11
Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only
pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and
manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the
Bankruptcy Code. On February 3, 2023, the Office of the United States Trustee for Region 2 (the
"**U.S. Trustee**") appointed the official committee of unsecured creditors (the "**Committee**")
pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]. No trustee or examiner has been
appointed in these Chapter 11 Cases.

2. Additional factual background and information regarding the Debtors, including
their business operations, their corporate and capital structure, their restructuring activities, and
the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the
*Declaration of A. Derar Islam in Support of First Day Motions and Applications in Compliance
with Local Rule 1007-2* [D.I. 17].

3. On March 21, 2023, the Court entered an order authorizing the Debtors to retain
Moelis as their investment banker, effective as of the Petition Date [D.I. 151] (the "**Retention
Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"),
subject to the modifications stated in the Retention Order.

## COMPENSATION REQUESTED FOR
## <u>SERVICES RENDERED DURING THE COMPENSATION PERIOD</u>

4.      Moelis' requested compensation for the Compensation Period includes its Monthly

Fee (as defined in the Engagement Letter) for August 2023 in the amount of $200,000.

5.      During the Compensation Period, Moelis' investment banking professionals

rendered approximately 637 hours of services to the Debtors, based on the time records those

professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to

retain Moelis [D.I. 151], (a) it is not the general practice of investment banking firms such as

Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis

does not ordinarily keep time records on a "project category" basis.

6.      Moelis' work on behalf of the Debtors during the Compensation Period involved

tasks that are briefly summarized below. The summary is not intended to be a detailed description

of the work Moelis has performed during the Compensation Period, but rather is a guideline offered

to the Court and other interested parties with respect to the services performed by Moelis.

(a)      **Meetings and Calls with Management and Creditors**. During the Compensation
Period, Moelis participated in calls and meetings with management, the Debtors' other
professionals and creditors and the creditors' advisors. These calls covered various
topics, including but not limited to the chapter 11 process, liquidity, financial scenario
analysis, recovery analysis, the state of business operations, the status of the sales
process and restructuring strategy. Moelis prepared materials for management and
creditors and provided strategic advice regarding these chapter 11 cases. Moelis
participated in meetings with the Debtors' management and board of directors and
presented materials regarding the Debtors' business plan, financials, the sale process
and strategic matters. Moelis also presented weekly updates to the Special Committee
of the Board of Directors of Genesis Global Holdco, LLC.

(b)      **Preparation/Review of Various Analyses and Documents.** Moelis reviewed various
iterations of the Debtors' short- and medium-term business plan, operating plans,
forecasted operating model, financial statements and financial projections prepared by
the Debtors and their professionals. Moelis conducted substantial due diligence on the
Debtors' business operations, financial condition and proposed financial projections
and forecasted operating model and attended extensive due diligence meetings with the
Debtors, the Debtors' advisors and various parties-in-interest. Moelis also assessed the

Debtors' current capital structure, including the crypto market's impact on account holders and balance sheet cryptocurrency, as well as liquidity.

(c) **Management Presentations and Due Diligence calls with Potential Investors.** Moelis organized management presentations with potential investors and organized due diligence calls between Debtors and potential investors. Moelis conducted post-due diligence follow-ups and managed ongoing documentation requests, as well as coordinated additional diligence sessions as needed.

(d) **Plan of Reorganization Process.** Moelis worked with the Debtors and their advisors to prepare, analyze, and negotiate potential plan of reorganization alternatives and their corresponding impact on account holder recovery. Moelis facilitated diligence for and helped the Debtors prepare materials for various parties in interest in this process. Moelis helped management to diligence financial models upon which the Debtors could evaluate plan of reorganization alternatives. In support of these efforts, Moelis conducted numerous calls with Debtors' management and their other advisors to refine such analysis.

(e) **Strategic Alternatives**. Moelis reviewed and analyzed potential strategic alternatives, including, among other things, M&A transactions, asset sales, and a standalone plan of reorganization.

(f) **Administrative Matters.** Moelis conducted investment banking and capital market services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

7.     Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules have been modified such that Moelis' restructuring professionals are required only to keep reasonably detailed time records in one-hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to maintain time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

8.      To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

## REQUEST FOR REIMBURSEMENT OF EXPENSES
## INCURRED DURING THE COMPENSATION PERIOD

9.      Expenses incurred by Moelis for the Compensation Period totaled $6,368.12. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10.     Moelis has made every reasonable effort to minimize its disbursements in these chapter 11 cases. All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary, and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $200,000 and 100% of its expenses of $6,368.12incurred during the Compensation Period. Moelis also respectfully requests authorization for the Debtors to pay to Moelis $160,000 in fees (representing 80% of its fees requested herein), plus $6,368.12 (representing 100% of the expense reimbursement requested herein).

Dated: October 4, 2023
New York, New York

**MOELIS & COMPANY LLC**

By: _/s/ Jared Dermont_
Name:       Jared Dermont
Title:        Managing Director
                Moelis & Company LLC
                _Investment Banker to the Debtors_
                _and Debtors-in-Possession_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES**
**FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS**
**IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES**

I, Jared Dermont, certify that:

1.       I am a Managing Director and head of the Financial Institutions Group (the "FIG Group") at Moelis & Company LLC ("Moelis"), the investment banker to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing sixth monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2.       I have read the Application and reviewed the requirements of the Local Rules. I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R).  The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]    Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3.        Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rules have been modified such that Moelis' investment banking professionals are required only to keep reasonably detailed time records in one-hour increments, Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records, Moelis' professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates. As stated in the Debtors' application to retain Moelis [D.I. 151], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

Dated: October 4, 2023
New York, New York

*/s/ Jared Dermont*
Jared Dermont
Managing Director
Moelis & Company LLC

## EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

| Date | Jared Dermont Managing Director | Michael DiYanni Managing Director | Barak Klein Managing Director | Brian Tichenor Managing Director | Jason Soto Executive Director | Andrew Swift Executive Director |
|---|---|---|---|---|---|---|
| 08/01/23 | 1 hour(s) | 4 hour(s) | 2 hour(s) | 3 hour(s) | 3 hour(s) | 2 hour(s) |
| 08/02/23 | 3 hour(s) | 3 hour(s) | 2 hour(s) | 3 hour(s) | 3 hour(s) | 2 hour(s) |
| 08/03/23 | - | 2 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 08/04/23 | - | 2 hour(s) | - | 2 hour(s) | 2 hour(s) | - |
| 08/05/23 | - | - | - | - | - | - |
| 08/06/23 | - | - | - | - | - | - |
| 08/07/23 | - | - | - | - | - | - |
| 08/08/23 | 1 hour(s) | 5 hour(s) | 5 hour(s) | 4 hour(s) | 4 hour(s) | 4 hour(s) |
| 08/09/23 | - | 1 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) | 2 hour(s) |
| 08/10/23 | - | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | - |
| 08/11/23 | - | 1 hour(s) | - | 1 hour(s) | 1 hour(s) | - |
| 08/12/23 | - | - | - | - | - | - |
| 08/13/23 | - | 1 hour(s) | 1 hour(s) | - | - | 1 hour(s) |
| 08/14/23 | - | 1 hour(s) | - | 1 hour(s) | 1 hour(s) | - |
| 08/15/23 | 1 hour(s) | 2 hour(s) | 2 hour(s) | - | - | 2 hour(s) |
| 08/16/23 | - | 8 hour(s) | 10 hour(s) | 1 hour(s) | 1 hour(s) | - |
| 08/17/23 | - | 8 hour(s) | - | 8 hour(s) | 4 hour(s) | - |
| 08/18/23 | - | 2 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 08/19/23 | - | - | - | - | - | - |
| 08/20/23 | - | 2 hour(s) | 2 hour(s) | - | - | 2 hour(s) |
| 08/21/23 | - | 2 hour(s) | 2 hour(s) | - | - | 1 hour(s) |
| 08/22/23 | 1 hour(s) | 2 hour(s) | 6 hour(s) | - | - | 3 hour(s) |
| 08/23/23 | - | - | 2 hour(s) | - | - | 2 hour(s) |
| 08/24/23 | 1 hour(s) | - | 2 hour(s) | 2 hour(s) | 2 hour(s) | 1 hour(s) |
| 08/25/23 | - | 1 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | 2 hour(s) |
| 08/26/23 | - | - | - | - | - | - |
| 08/27/23 | - | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 08/28/23 | - | 1 hour(s) | 3 hour(s) | 1 hour(s) | 1 hour(s) | 3 hour(s) |
| 08/29/23 | 1 hour(s) | 2 hour(s) | 2 hour(s) | - | - | 2 hour(s) |
| 08/30/23 | - | - | 1 hour(s) | - | - | 1 hour(s) |
| 08/31/23 | - | 3 hour(s) | 3 hour(s) | 1 hour(s) | 3 hour(s) | 2 hour(s) |
| **Total** | **9 hour(s)** | **55 hour(s)** | **55 hour(s)** | **35 hour(s)** | **33 hour(s)** | **35 hour(s)** |

| Date | Brendon Barnwell Vice President | Olivier Backes Associate | Benjamin DiPietro Associate | Jason Roden Analyst | Amy Tan Analyst |
|---|---|---|---|---|---|
| 08/01/23 | 2 hour(s) | 6 hour(s) | 4 hour(s) | 5 hour(s) | 7 hour(s) |
| 08/02/23 | 3 hour(s) | - | - | 1 hour(s) | 1 hour(s) |
| 08/03/23 | 4 hour(s) | 4 hour(s) | 2 hour(s) | 2 hour(s) | 1 hour(s) |
| 08/04/23 | 1 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) | 6 hour(s) |
| 08/05/23 | - | - | - | - | 3 hour(s) |
| 08/06/23 | - | - | - | - | - |
| 08/07/23 | - | 1 hour(s) | 1 hour(s) | 1 hour(s) | 2 hour(s) |
| 08/08/23 | 2 hour(s) | 6 hour(s) | 5 hour(s) | 5 hour(s) | 4 hour(s) |
| 08/09/23 | 3 hour(s) | 2 hour(s) | 1 hour(s) | 2 hour(s) | 3 hour(s) |
| 08/10/23 | 1 hour(s) | 4 hour(s) | 1 hour(s) | 2 hour(s) | 2 hour(s) |
| 08/11/23 | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 5 hour(s) |
| 08/12/23 | - | - | - | - | - |
| 08/13/23 | - | - | - | - | - |
| 08/14/23 | - | 1 hour(s) | 1 hour(s) | 2 hour(s) | 2 hour(s) |
| 08/15/23 | 3 hour(s) | 4 hour(s) | 4 hour(s) | 6 hour(s) | 6 hour(s) |
| 08/16/23 | 11 hour(s) | 1 hour(s) | 11 hour(s) | 11 hour(s) | 1 hour(s) |
| 08/17/23 | 10 hour(s) | 4 hour(s) | 10 hour(s) | 10 hour(s) | - |
| 08/18/23 | 1 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) |
| 08/19/23 | - | - | - | - | - |
| 08/20/23 | 4 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) |
| 08/21/23 | 6 hour(s) | 2 hour(s) | 2 hour(s) | 4 hour(s) | 6 hour(s) |
| 08/22/23 | 9 hour(s) | 4 hour(s) | 5 hour(s) | 4 hour(s) | 4 hour(s) |
| 08/23/23 | 3 hour(s) | 4 hour(s) | 2 hour(s) | 2 hour(s) | 3 hour(s) |
| 08/24/23 | 5 hour(s) | 4 hour(s) | 3 hour(s) | 5 hour(s) | 7 hour(s) |
| 08/25/23 | 5 hour(s) | 4 hour(s) | 4 hour(s) | 5 hour(s) | 4 hour(s) |
| 08/26/23 | - | - | 9 hour(s) | - | - |
| 08/27/23 | 3 hour(s) | 1 hour(s) | 5 hour(s) | 1 hour(s) | 3 hour(s) |
| 08/28/23 | 3 hour(s) | 1 hour(s) | 1 hour(s) | 2 hour(s) | 1 hour(s) |
| 08/29/23 | 5 hour(s) | 4 hour(s) | 7 hour(s) | 7 hour(s) | 6 hour(s) |
| 08/30/23 | 1 hour(s) | 1 hour(s) | 1 hour(s) | 2 hour(s) | 2 hour(s) |
| 08/31/23 | 4 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | 2 hour(s) |
| **Total** | **84 hour(s)** | **68 hour(s)** | **89 hour(s)** | **89 hour(s)** | **85 hour(s)** |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Michael DiYanni | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Michael DiYanni | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Michael DiYanni | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Brian Tichenor | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Brian Tichenor | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Brian Tichenor | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Barak Klein | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Andrew Swift | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Jason Soto | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Jason Soto | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Jason Soto | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Brendon Barnwell | 8/1/2023 | 0.5 hour(s) | Weekly call with company advisors, UCC advisors |
| Brendon Barnwell | 8/1/2023 | 1.5 hour(s) | Call with company advisors, UCC advisors re sales process; prep for same |
| Oliver Backes | 8/1/2023 | 1 hour(s) | Case Administrative matters |
| Oliver Backes | 8/1/2023 | 1 hour(s) | Dataroom and diligence process management |
| Oliver Backes | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Oliver Backes | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Oliver Backes | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Oliver Backes | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Benjamin DiPietro | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Benjamin DiPietro | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Benjamin DiPietro | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Amy Tan | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/1/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Amy Tan | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Amy Tan | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Amy Tan | 8/1/2023 | 2 hour(s) | Diligence |
| Jason Roden | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/1/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/1/2023 | 1 hour(s) | Call with company re sales process |
| Jason Roden | 8/1/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Jason Roden | 8/1/2023 | 1 hour(s) | Call with potential buyer |
| Jared Dermont | 8/1/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/2/2023 | 2 hour(s) | Genesis Status conference |
| Michael DiYanni | 8/2/2023 | 1 hour(s) | Special committee call |
| Brian Tichenor | 8/2/2023 | 2 hour(s) | Genesis Status conference |
| Brian Tichenor | 8/2/2023 | 1 hour(s) | Special committee call |
| Barak Klein | 8/2/2023 | 2 hour(s) | Status conference |
| Andrew Swift | 8/2/2023 | 2 hour(s) | Status conference |
| Jason Soto | 8/2/2023 | 2 hour(s) | Genesis Status conference |
| Jason Soto | 8/2/2023 | 1 hour(s) | Special committee call |
| Brendon Barnwell | 8/2/2023 | 3 hour(s) | Internal calls & discussions with counsel re retention; review documents re same |
| Amy Tan | 8/2/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/2/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jared Dermont | 8/2/2023 | 2 hour(s) | Genesis Status conference |
| Jared Dermont | 8/2/2023 | 1 hour(s) | Special committee call |
| Michael DiYanni | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Michael DiYanni | 8/3/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Brian Tichenor | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Barak Klein | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Barak Klein | 8/3/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Andrew Swift | 8/3/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Jason Soto | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Brendon Barnwell | 8/3/2023 | 1 hour(s) | Standing call with DCG, DCG advisors, company advisors re sales process |
| Brendon Barnwell | 8/3/2023 | 3 hour(s) | Call with company advisors, UCC advisors re plan; prep for same |
| Oliver Backes | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Oliver Backes | 8/3/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Oliver Backes | 8/3/2023 | 2 hour(s) | Case Administrative matters |
| Benjamin DiPietro | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Benjamin DiPietro | 8/3/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Amy Tan | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Roden | 8/3/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Roden | 8/3/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Michael DiYanni | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Michael DiYanni | 8/4/2023 | 1 hour(s) | Call with company re sales process |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Brian Tichenor | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Brian Tichenor | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Jason Soto | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Jason Soto | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Brendon Barnwell | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Oliver Backes | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Oliver Backes | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Benjamin DiPietro | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Benjamin DiPietro | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Amy Tan | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Amy Tan | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Amy Tan | 8/4/2023 | 2 hour(s) | General administrative / scheduling functions |
| Amy Tan | 8/4/2023 | 2 hour(s) | Term Sheet Creation |
| Jason Roden | 8/4/2023 | 1 hour(s) | Call with potential buyer |
| Jason Roden | 8/4/2023 | 1 hour(s) | Call with company re sales process |
| Amy Tan | 8/5/2023 | 1 hour(s) | Diligence |
| Amy Tan | 8/5/2023 | 2 hour(s) | Term Sheet Creation |
| Oliver Backes | 8/7/2023 | 1 hour(s) | Review / prepare Moelis supplemental retention application |
| Benjamin DiPietro | 8/7/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 8/7/2023 | 2 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/7/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Michael DiYanni | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Michael DiYanni | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Michael DiYanni | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Brian Tichenor | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Brian Tichenor | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Brian Tichenor | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Brian Tichenor | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Barak Klein | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Barak Klein | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Barak Klein | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Barak Klein | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Andrew Swift | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Andrew Swift | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Andrew Swift | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Jason Soto | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Jason Soto | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Jason Soto | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Jason Soto | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Brendon Barnwell | 8/8/2023 | 1 hour(s) | Weekly call with company advisors, UCC advisors |
| Brendon Barnwell | 8/8/2023 | 1 hour(s) | Call with company advisors, UCC advisors re sales process; prep for same |
| Oliver Backes | 8/8/2023 | 1 hour(s) | Review / prepare Moelis supplemental retention application |
| Oliver Backes | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Oliver Backes | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Oliver Backes | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Oliver Backes | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Oliver Backes | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Benjamin DiPietro | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Benjamin DiPietro | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Benjamin DiPietro | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Benjamin DiPietro | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Amy Tan | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Amy Tan | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Amy Tan | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Jason Roden | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/8/2023 | 1 hour(s) | Call with Houlihan / BRG re sale process |
| Jason Roden | 8/8/2023 | 1 hour(s) | Call with potential buyers |
| Jason Roden | 8/8/2023 | 1 hour(s) | Call with Ducera re sale process |
| Jason Roden | 8/8/2023 | 1 hour(s) | Reverse diligence call with potential buyer |
| Jared Dermont | 8/8/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Brian Tichenor | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Barak Klein | 8/9/2023 | 1 hour(s) | Call with A&M |
| Barak Klein | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Andrew Swift | 8/9/2023 | 1 hour(s) | Call with A&M |
| Andrew Swift | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Jason Soto | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Brendon Barnwell | 8/9/2023 | 3 hour(s) | Review documents re retention; internal discussions re same |
| Olivier Backes | 8/9/2023 | 1 hour(s) | Call with A&M |
| Olivier Backes | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Benjamin DiPietro | 8/9/2023 | 1 hour(s) | Call with A&M |
| Amy Tan | 8/9/2023 | 1 hour(s) | Diligence |
| Amy Tan | 8/9/2023 | 1 hour(s) | Call with A&M |
| Amy Tan | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Jason Roden | 8/9/2023 | 1 hour(s) | Call with A&M |
| Jason Roden | 8/9/2023 | 1 hour(s) | Call with potential buyer / debtor advisors / UCC |
| Michael DiYanni | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Brian Tichenor | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Barak Klein | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Soto | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Brendon Barnwell | 8/10/2023 | 1 hour(s) | Standing call with DCG, DCG advisors, company advisors re sales process |
| Olivier Backes | 8/10/2023 | 2 hour(s) | Review / prepare Moelis supplemental retention application |
| Olivier Backes | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Olivier Backes | 8/10/2023 | 1 hour(s) | General administrative / scheduling functions |
| Benjamin DiPietro | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Amy Tan | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Amy Tan | 8/10/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/10/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Roden | 8/10/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Brian Tichenor | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Jason Soto | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Brendon Barnwell | 8/11/2023 | 1 hour(s) | Call with company re sales process |
| Olivier Backes | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Benjamin DiPietro | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Amy Tan | 8/11/2023 | 2 hour(s) | Term Sheet Analysis |
| Amy Tan | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Amy Tan | 8/11/2023 | 2 hour(s) | Diligence |
| Jason Roden | 8/11/2023 | 1 hour(s) | Call with Company re sale process |
| Michael DiYanni | 8/13/2023 | 1 hour(s) | Call with Cleary / A&M |
| Barak Klein | 8/13/2023 | 1 hour(s) | Call with Cleary |
| Andrew Swift | 8/13/2023 | 1 hour(s) | Call with Cleary |
| Michael DiYanni | 8/14/2023 | 1 hour(s) | Call with Cleary re sale process |
| Brian Tichenor | 8/14/2023 | 1 hour(s) | Call with Cleary re sale process |
| Jason Soto | 8/14/2023 | 1 hour(s) | Call with Cleary re sale process |
| Olivier Backes | 8/14/2023 | 1 hour(s) | Internal call re process |
| Benjamin DiPietro | 8/14/2023 | 1 hour(s) | Internal call re process |
| Amy Tan | 8/14/2023 | 1 hour(s) | Internal call re process |
| Amy Tan | 8/14/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/14/2023 | 1 hour(s) | Internal call re process |
| Jason Roden | 8/14/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Barak Klein | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Andrew Swift | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Brendon Barnwell | 8/15/2023 | 1 hour(s) | Weekly call with company advisors, UCC advisors |
| Brendon Barnwell | 8/15/2023 | 2 hour(s) | Review documents re retention; internal discussions re same |
| Olivier Backes | 8/15/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Olivier Backes | 8/15/2023 | 1 hour(s) | Internal call re process |
| Benjamin DiPietro | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Benjamin DiPietro | 8/15/2023 | 1 hour(s) | Internal call re process |
| Benjamin DiPietro | 8/15/2023 | 1 hour(s) | Prepared mediation materials |
| Amy Tan | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Amy Tan | 8/15/2023 | 1 hour(s) | Internal call re process |
| Amy Tan | 8/15/2023 | 3 hour(s) | Prepared mediation materials |
| Jason Roden | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/15/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Jason Roden | 8/15/2023 | 1 hour(s) | Internal call re process |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Jason Roden | 8/15/2023 | 3 hour(s) | Prepared mediation materials |
| Jared Dermont | 8/15/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Michael DiYanni | 8/16/2023 | 7 hour(s) | Mediation |
| Brian Tichenor | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Barak Klein | 8/16/2023 | 10 hour(s) | Mediation |
| Jason Soto | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Brendon Barnwell | 8/16/2023 | 1 hour(s) | Call with company advisors re sales process |
| Brendon Barnwell | 8/16/2023 | 10 hour(s) | Attend mediation |
| Olivier Backes | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Benjamin DiPietro | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Benjamin DiPietro | 8/16/2023 | 10 hour(s) | Mediation |
| Amy Tan | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Jason Soto | 8/16/2023 | 1 hour(s) | Call with Cleary re sale process |
| Jason Roden | 8/16/2023 | 10 hour(s) | Mediation |
| Michael DiYanni | 8/17/2023 | 1 hour(s) | Call with Company re sale process |
| Michael DiYanni | 8/17/2023 | 7 hour(s) | Mediation |
| Brian Tichenor | 8/17/2023 | 1 hour(s) | Call with Company re sale process |
| Brian Tichenor | 8/17/2023 | 7 hour(s) | Mediation |
| Jason Soto | 8/17/2023 | 3 hour(s) | Prepared / reviewed mediation materials |
| Jason Soto | 8/17/2023 | 1 hour(s) | Call with Company re sale process |
| Brendon Barnwell | 8/17/2023 | 10 hour(s) | Attend mediation |
| Olivier Backes | 8/17/2023 | 4 hour(s) | Preparation Materials Mediation |
| Benjamin DiPietro | 8/17/2023 | 10 hour(s) | Mediation |
| Jason Roden | 8/17/2023 | 10 hour(s) | Mediation |
| Michael DiYanni | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Michael DiYanni | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Brian Tichenor | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Barak Klein | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Andrew Swift | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Jason Soto | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Brendon Barnwell | 8/18/2023 | 1 hour(s) | Call with company and company advisors re sales process |
| Olivier Backes | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Olivier Backes | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Benjamin DiPietro | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Benjamin DiPietro | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Amy Tan | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Amy Tan | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Jason Roden | 8/18/2023 | 1 hour(s) | Call with Company re sale process |
| Jason Roden | 8/18/2023 | 1 hour(s) | Call with BRG re recovery analysis |
| Michael DiYanni | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Barak Klein | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Andrew Swift | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Brendon Barnwell | 8/20/2023 | 4 hour(s) | Call with company advisors re distribution mechanics; prep for same |
| Olivier Backes | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Benjamin DiPietro | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Amy Tan | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Jason Roden | 8/20/2023 | 2 hour(s) | Call with debtor advisors re distribution |
| Michael DiYanni | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Michael DiYanni | 8/21/2023 | 1 hour(s) | Call with Cleary |
| Barak Klein | 8/21/2023 | 1 hour(s) | Internal call re process |
| Barak Klein | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Andrew Swift | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Brendon Barnwell | 8/21/2023 | 3 hour(s) | Internal strategy discussions; prep for same |
| Brendon Barnwell | 8/21/2023 | 3 hour(s) | Call with company advisors, UCC advisors re distribution mechanics; prep for same |
| Olivier Backes | 8/21/2023 | 1 hour(s) | Internal call re process |
| Olivier Backes | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Benjamin DiPietro | 8/21/2023 | 1 hour(s) | Internal call re process |
| Benjamin DiPietro | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Amy Tan | 8/21/2023 | 4 hour(s) | Sale Process Update Deck |
| Amy Tan | 8/21/2023 | 1 hour(s) | Internal call re process |
| Amy Tan | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Jason Roden | 8/21/2023 | 1 hour(s) | Internal call re process |
| Jason Roden | 8/21/2023 | 1 hour(s) | Call with UCC and debtor advisors re recovery analysis |
| Jason Roden | 8/21/2023 | 2 hour(s) | Prepared financial analysis |
| Michael DiYanni | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/22/2023 | 1 hour(s) | Meeting with UCC re open issues |
| Benjamin DiPietro | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Barak Klein | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 8/22/2023 | 1 hour(s) | Call with Cleary |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Barak Klein | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Barak Klein | 8/22/2023 | 3 hour(s) | Attend mediation |
| Andrew Swift | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 8/22/2023 | 1 hour(s) | Call with Cleary |
| Andrew Swift | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Brendon Barnwell | 8/22/2023 | 1 hour(s) | Weekly call with company advisors, UCC advisors |
| Brendon Barnwell | 8/22/2023 | 6 hour(s) | Attend mediation |
| Brendon Barnwell | 8/22/2023 | 2 hour(s) | Calls with company advisors re comparative analysis, process; prep for same |
| Olivier Backes | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 8/22/2023 | 1 hour(s) | Meeting with UCC re open issues |
| Olivier Backes | 8/22/2023 | 1 hour(s) | Call with Cleary |
| Olivier Backes | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Benjamin DiPietro | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 8/22/2023 | 1 hour(s) | Meeting with UCC re open issues |
| Benjamin DiPietro | 8/22/2023 | 1 hour(s) | Call with Cleary |
| Benjamin DiPietro | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Amy Tan | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/22/2023 | 1 hour(s) | Meeting with UCC re open issues |
| Amy Tan | 8/22/2023 | 1 hour(s) | Call with Cleary |
| Amy Tan | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Jason Roden | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/22/2023 | 1 hour(s) | Meeting with UCC re open issues |
| Jason Roden | 8/22/2023 | 1 hour(s) | Call with Cleary |
| Jason Roden | 8/22/2023 | 1 hour(s) | Call with Cleary / A&M |
| Jared Dermont | 8/22/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Barak Klein | 8/23/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Barak Klein | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Andrew Swift | 8/23/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Andrew Swift | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Brendon Barnwell | 8/23/2023 | 3 hour(s) | Calls with company advisors re distribution mechanics; prep for same |
| Olivier Backes | 8/23/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Olivier Backes | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Olivier Backes | 8/23/2023 | 2 hour(s) | Case Administrative matters |
| Benjamin DiPietro | 8/23/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Benjamin DiPietro | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Amy Tan | 8/23/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Amy Tan | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Jason Roden | 8/23/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Jason Roden | 8/23/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Amy Tan | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Amy Tan | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Brian Tichenor | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Brian Tichenor | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Barak Klein | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Barak Klein | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Soto | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Soto | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Brendon Barnwell | 8/24/2023 | 1 hour(s) | Call with company advisors re strategy |
| Brendon Barnwell | 8/24/2023 | 3 hour(s) | Call with AHG & UCC advisors, company advisors re open issues; prep for same |
| Brendon Barnwell | 8/24/2023 | 1 hour(s) | Standing call with DCG, DCG advisors, company advisors re sales process |
| Brendon Barnwell | 8/24/2023 | 1 hour(s) | Call with company advisors re sales process |
| Olivier Backes | 8/24/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Olivier Backes | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Benjamin DiPietro | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Benjamin DiPietro | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Amy Tan | 8/24/2023 | 2 hour(s) | General administrative / scheduling functions |
| Amy Tan | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Amy Tan | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Jason Roden | 8/24/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/24/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Roden | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/24/2023 | 1 hour(s) | Call with Cleary re sale process |
| Jared Dermont | 8/24/2023 | 1 hour(s) | Weekly status call with UCC Advisors |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Jason Roden | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Barak Klein | 8/25/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Michael DiYanni | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Brian Tichenor | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Brian Tichenor | 8/25/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Brian Tichenor | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Barak Klein | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Barak Klein | 8/25/2023 | 1 hour(s) | Call with debtor advisors / UCC advisors |
| Andrew Swift | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Andrew Swift | 8/25/2023 | 1 hour(s) | Call with debtor advisors / UCC advisors |
| Jason Soto | 8/25/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Jason Soto | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Jason Soto | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Brendon Barnwell | 8/25/2023 | 1 hour(s) | Call with company, company advisors re sales process |
| Brendon Barnwell | 8/25/2023 | 2 hour(s) | Call with AHG & UCC advisors, company advisors re open issues; prep for same |
| Brendon Barnwell | 8/25/2023 | 3 hour(s) | Review draft blowout materials; internal discussions re same |
| Olivier Backes | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Olivier Backes | 8/25/2023 | 1 hour(s) | Call with debtor advisors / UCC advisors |
| Olivier Backes | 8/25/2023 | 1 hour(s) | Internal call re process materials |
| Olivier Backes | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Benjamin DiPietro | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Benjamin DiPietro | 8/25/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Benjamin DiPietro | 8/25/2023 | 1 hour(s) | Internal call re process materials |
| Benjamin DiPietro | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Amy Tan | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Amy Tan | 8/25/2023 | 1 hour(s) | Diligence |
| Amy Tan | 8/25/2023 | 1 hour(s) | Internal call re process materials |
| Amy Tan | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Jason Roden | 8/25/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Jason Roden | 8/25/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Jason Roden | 8/25/2023 | 1 hour(s) | Internal call re process materials |
| Jason Roden | 8/25/2023 | 1 hour(s) | Call with potential buyer |
| Benjamin DiPietro | 8/26/2023 | 4 hour(s) | Blowout materials |
| Benjamin DiPietro | 8/26/2023 | 5 hour(s) | Blowout materials |
| Michael DiYanni | 8/27/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Brian Tichenor | 8/27/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Barak Klein | 8/27/2023 | 1 hour(s) | Call with debtor advisors / UCC advisors |
| Andrew Swift | 8/27/2023 | 1 hour(s) | Call with debtor advisors / UCC advisors |
| Jason Soto | 8/27/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Brendon Barnwell | 8/27/2023 | 3 hour(s) | Call with AHG & UCC advisors, company advisors re open issues; prep for same |
| Olivier Backes | 8/27/2023 | 1 hour(s) | Call with debtor advisors / UCC advisors |
| Benjamin DiPietro | 8/27/2023 | 4 hour(s) | Blowout materials |
| Benjamin DiPietro | 8/27/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Amy Tan | 8/27/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Amy Tan | 8/27/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 8/27/2023 | 1 hour(s) | Diligence |
| Jason Roden | 8/27/2023 | 1 hour(s) | Cal with debtor advisors / UCC advisors |
| Michael DiYanni | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Brian Tichenor | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Barak Klein | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Barak Klein | 8/28/2023 | 1 hour(s) | Call re open issues |
| Barak Klein | 8/28/2023 | 1 hour(s) | Calls with Cleary |
| Andrew Swift | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Andrew Swift | 8/28/2023 | 1 hour(s) | Call re open issues |
| Andrew Swift | 8/28/2023 | 1 hour(s) | Calls with Cleary |
| Jason Soto | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Brendon Barnwell | 8/28/2023 | 1 hour(s) | Prep call with company advisors re open issues |
| Brendon Barnwell | 8/28/2023 | 2 hour(s) | Call with AHG & UCC advisors, company advisors re open issues; prep for same |
| Brendon Barnwell | 8/28/2023 | 1 hour(s) | Call with company, company advisors re sales process |
| Olivier Backes | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Benjamin DiPietro | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Amy Tan | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Jason Roden | 8/28/2023 | 1 hour(s) | Call with debtor advisors and company |
| Jason Roden | 8/28/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 8/29/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Barak Klein | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 8/29/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Andrew Swift | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 8/29/2023 | 1 hour(s) | Call with A&M re recovery analysis |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Brendon Barnwell | 8/29/2023 | 1 hour(s) | Call with company advisors re next steps |
| Brendon Barnwell | 8/29/2023 | 1 hour(s) | Weekly call with company advisors, UCC advisors |
| Brendon Barnwell | 8/29/2023 | 1 hour(s) | Call with company advisors re financial analysis |
| Brendon Barnwell | 8/29/2023 | 1 hour(s) | Internal discussions re sales process |
| Brendon Barnwell | 8/29/2023 | 2 hour(s) | Review financial analysis; internal discussions re same |
| Oliver Backes | 8/29/2023 | 1 hour(s) | Review / prepare Moelis supplemental retention application |
| Oliver Backes | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Oliver Backes | 8/29/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Oliver Backes | 8/29/2023 | 1 hour(s) | Internal call re financial analysis |
| Benjamin DiPietro | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 8/29/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Benjamin DiPietro | 8/29/2023 | 1 hour(s) | Internal call re financial analysis |
| Benjamin DiPietro | 8/29/2023 | 4 hour(s) | Prepared financial analysis |
| Amy Tan | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 8/29/2023 | 1 hour(s) | Internal call re financial analysis |
| Amy Tan | 8/29/2023 | 4 hour(s) | Prepared financial analysis |
| Jason Roden | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 8/29/2023 | 1 hour(s) | Call with A&M re recovery analysis |
| Jason Roden | 8/29/2023 | 1 hour(s) | Internal call re financial analysis |
| Jason Roden | 8/29/2023 | 4 hour(s) | Prepared financial analysis |
| Jared Dermont | 8/29/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 8/30/2023 | 1 hour(s) | Internal call re financial analysis |
| Andrew Swift | 8/30/2023 | 1 hour(s) | Internal call re financial analysis |
| Brendon Barnwell | 8/30/2023 | 1 hour(s) | Review financial analysis; internal discussions re same |
| Oliver Backes | 8/30/2023 | 1 hour(s) | Internal call re financial analysis |
| Benjamin DiPietro | 8/30/2023 | 1 hour(s) | Internal call re financial analysis |
| Amy Tan | 8/30/2023 | 1 hour(s) | Internal call re financial analysis |
| Amy Tan | 8/30/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 8/30/2023 | 1 hour(s) | Internal call re financial analysis |
| Jason Roden | 8/30/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Michael DiYanni | 8/31/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Michael DiYanni | 8/31/2023 | 1 hour(s) | Call with DCG / Ducera / A&M re recovery analysis |
| Brian Tichenor | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Barak Klein | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Barak Klein | 8/31/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Barak Klein | 8/31/2023 | 1 hour(s) | Call with DCG / Ducera / A&M re recovery analysis |
| Andrew Swift | 8/31/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Andrew Swift | 8/31/2023 | 1 hour(s) | Call with DCG / Ducera / A&M re recovery analysis |
| Jason Soto | 8/31/2023 | 2 hour(s) | Meeting with potential buyers |
| Jason Soto | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Brendon Barnwell | 8/31/2023 | 1 hour(s) | Standing call with DCG, DCG advisors, company advisors re sales process |
| Brendon Barnwell | 8/31/2023 | 2 hour(s) | Calls with company advisors re Gemini; prep for same |
| Brendon Barnwell | 8/31/2023 | 2 hour(s) | Call with company advisors, DCG advisors re plan; prep for same |
| Oliver Backes | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Oliver Backes | 8/31/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Oliver Backes | 8/31/2023 | 1 hour(s) | Call with DCG / Ducera / A&M re recovery analysis |
| Benjamin DiPietro | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Benjamin DiPietro | 8/31/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Benjamin DiPietro | 8/31/2023 | 1 hour(s) | Call with DCG / Ducera / A&M re recovery analysis |
| Amy Tan | 8/31/2023 | 1 hour(s) | Call with company / Cleary re sale process |
| Amy Tan | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Roden | 8/31/2023 | 1 hour(s) | Weekly sale process update with the Ducera / DCG |
| Jason Roden | 8/31/2023 | 1 hour(s) | Call with Cleary / A&M re recovery analysis |
| Jason Roden | 8/31/2023 | 1 hour(s) | Call with DCG / Ducera / A&M re recovery analysis |
| | | **637 hour(s)** | |

## EXHIBIT B — EXPENSE SUPPLEMENT

| Category | |
|---|---|
| Meals | $772.26 |
| Legal Fees | 5,445.00 |
| Ground Transportation | 76.17 |
| T&E - Other | 74.69 |
| **Total Expense Payment Requested** | **$6,368.12** |