Warren E. Gluck, Esq.
Holland & Knight LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
Tel: 212.513.3200
Email: warren.gluck@hklaw.com

John J. Monaghan, Esq. (pro hac vice pending)
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: 617.573.5834
Email: john.monaghan@hklaw.com

*Counsel to the Foreign Representatives
of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, John J. Monaghan, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (collectively, the "**Foreign Representatives**"), in the above-referenced cases. I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I have been admitted to practice in the U.S. District Court for the District of Massachusetts, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Southern District of California, the U.S. Court of Appeals for the First Circuit, and the U.S. Supreme Court. I further certify that I am a member in good standing to practice before all courts

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

to which I am admitted, and there are no disciplinary actions pending against me in any jurisdiction.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 6, 2023  
New York, NY

Respectfully submitted,

*/s/ John J. Monaghan, Esq.*  
John J. Monaghan, Esq.  
Holland & Knight LLP  
10 St. James Avenue, 11th Floor  
Boston, MA 02116  
Tel: 617.573.5834  
Email: john.monaghan@hklaw.com

*Counsel to the Foreign Representatives*  
*of Three Arrows Capital*