# Exhibit A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) ) | Case No. 23-10063 (SHL) |
|  | ) ) |  |
| Debtors. | ) ) | (Jointly Administered) |

### ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JOHN J. MONAGHAN

UPON the motion of John J. Monaghan, to be admitted, *pro hac vice*, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (the "Foreign Representatives"), in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and is admitted to practice in the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Central, Eastern and Southern Districts of California, it is hereby

ORDERED, that John J. Monaghan, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
New York, New York

                                                HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.