UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**GENESIS GLOBAL HOLDCO, LLC,** *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |

**FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF
GRANT THORNTON LLP AS TAX ADVISORS TO THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD APRIL 4, 2023 THROUGH AUGUST 31, 2023**

| Name of Applicant: | Grant Thornton LLP ("**Grant Thornton**") |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | May 8, 2023 (*nunc pro tunc* to April 4, 2023) [ECF No. 299] |
| Period for which compensation and reimbursement is sought: | April 4, 2023 through August 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $68,043.50 (80% = $54,434.80) |
| Less 20% Holdback: | $13,608.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Compensation (80%) and Expenses (100%) Requested: | $54,434.80 |
| This is a(n):  **X**  monthly ___ interim application ___ final application | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

In accordance with sections 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 101] ("**Interim Compensation Order**"), dated February 24, 2023, Grant Thornton hereby submits this *First Consolidated Monthly Fee Statement of Grant Thornton LLP as Tax Advisors to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period April 4, 2023 Through August 31, 2023* (this "**First Consolidated Fee Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as tax advisors to the Debtors for the period April 4, 2023 through and including August 31, 2023 ("**First Consolidated Monthly Fee Period**").

By this First Consolidated Fee Statement, Grant Thornton seeks payment in the amount of $54,434.80, which comprises (a) 80% of the total amount ($68,043.50) of compensation sought for actual and necessary services rendered during the First Consolidated Monthly Fee Period and (b) reimbursement of expenses in the amount of $0.00, which comprises 100% of actual and necessary expenses incurred in accordance with such services.

## ITEMIZATION OF SERVICES RENDERED BY GRANT THORNTON

1.    Attached hereto as **Exhibit A** is a schedule of Grant Thornton professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the First Consolidated Monthly Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. As reflected in **Exhibit A**, Grant Thornton professionals billed a total of 83.0 hours and incurred

$68,043.50 in fees during the First Consolidated Monthly Fee Period. The blended hourly billing rate of the professionals for all services provided during the First Consolidated Monthly Fee Period is $819.80.

2. Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Grant Thornton professionals during the First Consolidated Monthly Fee Period with respect to each of the project categories Grant Thornton established in accordance with its internal billing procedures.

3. Attached hereto as **Exhibit C** are the time records of Grant Thornton for the First Consolidated Monthly Fee Period organized chronologically with a daily time log describing the time spent by each professional during the applicable Fee Period.

## NOTICE

4. The Debtors will provide notice of this First Consolidated Fee Statement in accordance with the Interim Compensation Order. Grant Thornton submits that no other or further notice be given.

5. Objections to this First Consolidated Fee Statement, if any, must be filed with the Court and served in accordance with the procedures set forth in the Interim Compensation Order.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Grant Thornton, in connection with services rendered on behalf of the Debtors during the First Consolidated Monthly Fee Period, respectfully requests compensation in the aggregate amount of $54,434.80, which comprises (a) 80% of the total amount ($68,043.50) of compensation sought for actual and necessary services rendered during the First Consolidated Monthly Fee Period, and (b) reimbursement in the amount of $0.00, which comprises 100% of actual and necessary expenses incurred in accordance with such services.

Dated: October 4, 2023

Respectfully submitted,

By: _____
Brian Angstadt
Mergers and Acquisitions Tax Services
Partner, Grant Thornton LLP
1100 Peachtree St., NE, Suite 1400
Atlanta, GA 30309
Email: brian.angstadt@us.gt.com
Telephone: (404) 330-2000

# EXHIBIT A

## SUMMARY OF HOURLY SERVICES BY PROFESSIONAL
### (For First Consolidated Monthly Fee Period April 4, 2023 through August 31, 2023)

| LAST NAME | FIRST NAME | TITLE | TOTAL TIME | BILLING RATE | Total Compensation |
|---|---|---|---|---|---|
| * Angstadt | Brian | Managing Director (April 4-July 31) | 26.9 | $935.00 | $25,151.50 |
| * Angstadt | Brian | Partner (Aug 1-31) | 6.0 | $980.00 | $5,880.00 |
| Borghino | Jeffrey | Partner | 9.2 | $980.00 | $9,016.00 |
| Brady | Joshua | Partner | 4.2 | $980.00 | $4,116.00 |
| Dodson | Jeffrey | Manager | 12.4 | $750.00 | $9,300.00 |
| Steinberg | Daniel | Senior Associate | 24.3 | $600.00 | $14,580.00 |
| **TOTAL** | | | **83.0** | | **$68,043.50** |

**\*** Grant Thornton's standard hourly tax rates were increased in August 2023 in the normal course of business, but Grant Thornton did not apply those customary rate increases to professionals working on matters in these cases. One professional, Mr. Brian Angstadt, was promoted to Partner effective August 1, 2023, and as such, the hourly rate charged on and after August 1, 2023 for his time was reflective of this new position, which is the agreed upon rate for that level for this engagement.

## EXHIBIT B

**Summary of Hours & Compensation Per Project Category**

| Project Category | Category Descriptions | Total Hours | Total Compensation |
|---|---|---|---|
| Tax Bankruptcy Consulting | This category includes activities associated with assisting the management of the Debtors with assessing the tax consequences of its chapter 11 cases | 83.0 | $68,043.50 |
| **TOTAL** | | **83.0** | **$68,043.50** |

# EXHIBIT C

## Detailed Time Records

| Name | Title | Date of Service | Hours | Hourly Rate | Total Compensation | FINAL NARRATIVE |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 4/19/2023 | 0.50 | $935.00 | $467.50 | Internal Kick-Off Call to discuss Company with B. Angstadt, J. Dodson, and D. Steinberg to discuss project kick-off including Company facts, project process, and next steps |
| Dodson, Jeffrey C | Manager | 4/19/2023 | 0.50 | $750.00 | $375.00 | Internal Kick-Off Call to discuss Company with B. Angstadt, J. Dodson, and D. Steinberg to discuss project kick-off including Company facts, project process, and next steps |
| Steinberg, Daniel | Senior Associate | 4/19/2023 | 0.50 | $600.00 | $300.00 | Internal Kick-Off Call to discuss Company with B. Angstadt, J. Dodson, and D. Steinberg to discuss project kick-off including Company facts, project process, and next steps |
| Angstadt, Brian | Managing Director | 4/25/2023 | 0.50 | $935.00 | $467.50 | Internal discussion with B. Angstadt, J. Brady, J. Dodson, J. Borghino, and D. Steinberg to discuss tax technical items including timing of recognition of income related to crypto business and deductions for Company transactions. |
| Angstadt, Brian | Managing Director | 4/25/2023 | 0.50 | $935.00 | $467.50 | External discussion with GT (B. Angstadt) Genesis (A. Chan) to discuss status update on project |
| Brady, Joshua T. | Partner | 4/25/2023 | 0.50 | $980.00 | $490.00 | Internal discussion with B. Angstadt, J. Brady, J. Dodson, J. Borghino, and D. Steinberg to discuss tax technical items including timing of recognition of income related to crypto business and deductions for Company transactions. |
| Dodson, Jeffrey C | Manager | 4/25/2023 | 0.50 | $750.00 | $375.00 | Internal discussion with B. Angstadt, J. Brady, J. Dodson, J. Borghino, and D. Steinberg to discuss tax technical items including timing of recognition of income related to crypto business and deductions for Company transactions. |
| Steinberg, Daniel | Senior Associate | 4/25/2023 | 0.50 | $600.00 | $300.00 | Internal discussion with B. Angstadt, J. Brady, J. Dodson, J. Borghino, and D. Steinberg to discuss tax technical items including timing of recognition of income related to crypto business and deductions for Company transactions. |
| Angstadt, Brian | Managing Director | 5/2/2023 | 0.40 | $935.00 | $374.00 | External discussion with GT (B. Angstadt and J. Dodson) and Cleary (D. Schaefer and W. McRae) to discuss next steps on project, including preliminary discuss on recognition of taxable income in crypto business |
| Angstadt, Brian | Managing Director | 5/2/2023 | 0.10 | $935.00 | $93.50 | Follow up email to EY regarding next steps |
| Angstadt, Brian | Managing Director | 5/2/2023 | 0.10 | $935.00 | $93.50 | Follow up email to Genesis regarding Tax Request List |
| Dodson, Jeffrey C | Manager | 5/2/2023 | 0.50 | $750.00 | $375.00 | External discussion with GT (B. Angstadt and J. Dodson) and Cleary (D. Schaefer and W. McRae) to discuss next steps on open items and evaluating of tax consequences of proposed workout |
| Angstadt, Brian | Managing Director | 5/5/2023 | 0.90 | $935.00 | $841.50 | External discussion with GT (B. Angstadt and J. Dodson), EY (E. Sapir and E. Harvey), Cleary (D. Schaefer and W. McRae), and Genesis (A. Chan and D. Horowitz) to discuss tax positions on events causing income recognition and deductions for tax purposes. |

| Dodson, Jeffrey C | Manager | 5/5/2023 | 0.90 | $750.00 | $675.00 | External discussion with GT (B. Angstadt and J. Dodson), EY (E. Sapir and E. Harvey), Cleary (D. Schaefer and W. McRae), and Genesis (A. Chan and D. Horowitz) to discuss tax positions on events causing income recognition and deductions for tax purposes. |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 5/10/2023 | 0.50 | $935.00 | $467.50 | External discussion with Genesis (A. Chan and D. Horowitz) to discuss status update on evaluating of tax consequences of the proposed workout |
| Angstadt, Brian | Managing Director | 5/22/2023 | 1.00 | $935.00 | $935.00 | Review book entries prepared by Genesis related to Three Arrows Loan and DCG Loans to evaluate potential tax consequences of such transactions |
| Angstadt, Brian | Managing Director | 5/23/2023 | 1.10 | $935.00 | $1,028.50 | Review book entries prepared by Genesis related to Three Arrows Loan and DCG Loans to evaluate potential tax consequences of such transactions |
| Angstadt, Brian | Managing Director | 5/24/2023 | 0.50 | $935.00 | $467.50 | External call with GT (B. Angstadt), A&M (M. Leto) and Cleary (D. Schaefer and W. McRae) to discuss potential tax consequences of various potential debt workouts, including potential COD, gain, etc. |
| Dodson, Jeffrey C | Manager | 5/24/2023 | 0.90 | $750.00 | $675.00 | External discussion with GT (B. Angstadt), EY (E. Sapir and E. Harvey) and Cleary (D. Schaefer and W. McRae) to discuss potential tax consequences of various potential debt workouts, including potential COD, gain, etc. |
| Angstadt, Brian | Managing Director | 5/26/2023 | 0.50 | $935.00 | $467.50 | External call with GT (B. Angstadt), Genesis (A. Chan), A&M (M. Leto), Cleary (W. McRae) to discuss potential tax issue regarding bankruptcy, including impact to net operating losses of the Company |
| Angstadt, Brian | Managing Director | 6/1/2023 | 0.50 | $935.00 | $467.50 | External discussion with GT (B. Angstadt), Genesis (D. Schaefer) and A&M (M. Leto) to discuss next steps, including bankruptcy reporting and impact to net operating losses of the Company |
| Angstadt, Brian | Managing Director | 6/6/2023 | 0.50 | $935.00 | $467.50 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, J. Dodson and D. Steinberg to discuss and research tax technical positions with respect to the treatment of Genesis crypto currency positions, including impact of bankruptcy on basis. |
| Angstadt, Brian | Managing Director | 6/6/2023 | 0.30 | $935.00 | $280.50 | External discussion with GT (B. Angstadt) Genesis (D. Schaefer and A. Chan) to discuss status of project and next steps |
| Borghino, Jeffery John | Partner | 6/6/2023 | 0.50 | $980.00 | $490.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, J. Dodson and D. Steinberg to discuss and research tax technical positions with respect to the treatment of Genesis crypto currency positions, including impact of bankruptcy on basis. |
| Brady, Joshua T. | Partner | 6/6/2023 | 0.50 | $980.00 | $490.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, J. Dodson and D. Steinberg to discuss and research tax technical positions with respect to the treatment of Genesis crypto currency positions, including impact of bankruptcy on basis. |
| Dodson, Jeffrey C | Manager | 6/6/2023 | 0.50 | $750.00 | $375.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, J. Dodson and D. Steinberg to discuss and research tax technical positions with respect to the treatment of Genesis crypto currency positions, including impact of bankruptcy on basis. |
| Steinberg, Daniel | Senior Associate | 6/6/2023 | 0.50 | $600.00 | $300.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, J. Dodson and D. Steinberg to discuss and research |

| Name | Title | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | tax technical positions with respect to the treatment of Genesis crypto currency positions, including impact of bankruptcy on basis. |
| Angstadt, Brian | Managing Director | 6/7/2023 | 0.50 | $935.00 | $467.50 | Internal discussion with B. Angstadt, J. Dodson, and D. Steinberg to research tax positions on treatment of Genesis crytocurrency transactions and balances. |
| Angstadt, Brian | Managing Director | 6/7/2023 | 0.50 | $935.00 | $467.50 | External discussion with GT (B. Angstadt, J. Dodson, and D. Steinberg), Genesis (D. Horowitz), and A&M (M. Leto) to discuss workstreams and bankruptcy filings |
| Dodson, Jeffrey C | Manager | 6/7/2023 | 0.50 | $750.00 | $375.00 | Internal discussion with B. Angstadt, J. Dodson, and D. Steinberg to research tax positions on treatment of Genesis crytocurrency transactions and balances. |
| Dodson, Jeffrey C | Manager | 6/7/2023 | 0.50 | $750.00 | $375.00 | External discussion with GT (B. Angstadt, J. Dodson, and D. Steinberg), Genesis (D. Horowitz), and A&M (M. Leto) to discuss workstreams and bankruptcy filings |
| Steinberg, Daniel | Senior Associate | 6/7/2023 | 0.50 | $600.00 | $300.00 | Internal discussion with B. Angstadt, J. Dodson, and D. Steinberg to research tax positions on treatment of Genesis crytocurrency transactions and balances. |
| Steinberg, Daniel | Senior Associate | 6/7/2023 | 0.50 | $600.00 | $300.00 | External discussion with GT (B. Angstadt, J. Dodson, and D. Steinberg), Genesis (D. Horowitz), and A&M (M. Leto) to discuss workstreams and bankruptcy filings |
| Angstadt, Brian | Managing Director | 6/8/2023 | 0.70 | $935.00 | $654.50 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto) and Genesis (A. Chan) to discuss crypotcurrency transactions and positions, including potential impact to Company's net operating losses in 2023 |
| Angstadt, Brian | Managing Director | 6/8/2023 | 0.50 | $935.00 | $467.50 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, and D. Steinberg to discuss tax methods on recognition of income and deductions with respect to historic and proposed crypocurrency transactions. |
| Borghino, Jeffery John | Partner | 6/8/2023 | 0.70 | $980.00 | $686.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto) and Genesis (A. Chan) to discuss crypto currency transactions and positions, including potential impact to Company's net operating losses in 2023 |
| Borghino, Jeffery John | Partner | 6/8/2023 | 0.50 | $980.00 | $490.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, and D. Steinberg to discuss tax methods on recognition of income and deductions with respect to historic and proposed crypocurrency transactions. |
| Brady, Joshua T. | Partner | 6/8/2023 | 0.50 | $980.00 | $490.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto) and Genesis (A. Chan) to discuss crypto currency transactions and positions, including potential impact to Company's net operating losses in 2023 |
| Brady, Joshua T. | Partner | 6/8/2023 | 0.50 | $980.00 | $490.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, and D. Steinberg to discuss tax methods on recognition of income and deductions with respect to historic and proposed crypocurrency transactions. |
| Steinberg, Daniel | Senior Associate | 6/8/2023 | 0.70 | $600.00 | $420.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto) and Genesis (A. Chan) to discuss crypto currency transactions and positions, including potential impact to Company's net operating losses in 2023 |
| Steinberg, Daniel | Senior Associate | 6/8/2023 | 0.50 | $600.00 | $300.00 | Internal discussion with B. Angstadt, J. Borghino, J. Brady, and D. Steinberg to discuss tax methods on |

| Name | Title | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | recognition of income and deductions with respect to historic and proposed crypocurrency transactions. |
| Steinberg, Daniel | Senior Associate | 6/8/2023 | 0.80 | $600.00 | $480.00 | Research and follow up email on tax issues summarizing components of our tax analysis, including evaluating effect of historic transactions on basis of Company's crypto loans |
| Angstadt, Brian | Managing Director | 6/12/2023 | 0.80 | $935.00 | $748.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto), EY (E. Sapir and E. Harvey) and Genesis (A. Chan) to discuss tax methods regarding historic and proposed cryptocurrency transactions |
| Borghino, Jeffery John | Partner | 6/12/2023 | 0.80 | $980.00 | $784.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto), EY (E. Sapir and E. Harvey) and Genesis (A. Chan) to discuss tax methods regarding historic and proposed cryptocurrency transactions |
| Brady, Joshua T. | Partner | 6/12/2023 | 0.70 | $980.00 | $686.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto), EY (E. Sapir and E. Harvey) and Genesis (A. Chan) to discuss tax methods regarding historic and proposed cryptocurrency transactions |
| Steinberg, Daniel | Senior Associate | 6/12/2023 | 0.80 | $600.00 | $480.00 | External discussion with GT (B. Angstadt, J. Borghino, J. Brady, and D. Steinberg), A&M (M. Leto), EY (E. Sapir and E. Harvey) and Genesis (A. Chan) to discuss tax methods regarding historic and proposed cryptocurrency transactions |
| Angstadt, Brian | Managing Director | 6/13/2023 | 0.80 | $935.00 | $748.00 | Prepare open item request to collect various Company workpapers to assist in evaluating tax impact of various proposed workouts |
| Angstadt, Brian | Managing Director | 6/14/2023 | 1.00 | $935.00 | $935.00 | Review fact memo and update for historic transactions |
| Steinberg, Daniel | Senior Associate | 6/14/2023 | 4.00 | $600.00 | $2,400.00 | Summarizing historic facts of the Company in a memorandum |
| Angstadt, Brian | Managing Director | 6/17/2023 | 2.00 | $935.00 | $1,870.00 | Review fact memo and update for historic transactions |
| Angstadt, Brian | Managing Director | 6/19/2023 | 1.00 | $935.00 | $935.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss estimated tax basis in loan positions related to historic transactions and bankruptcy filing |
| Angstadt, Brian | Managing Director | 6/19/2023 | 2.00 | $935.00 | $1,870.00 | Review fact memo and update for historic transactions |
| Borghino, Jeffery John | Partner | 6/19/2023 | 1.30 | $980.00 | $1,274.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss estimated tax basis in loan positions related to historic transactions and bankruptcy filing |
| Dodson, Jeffrey C | Manager | 6/19/2023 | 1.10 | $750.00 | $825.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss estimated tax basis in loan positions related to historic transactions and bankruptcy filing |
| Steinberg, Daniel | Senior Associate | 6/19/2023 | 1.30 | $600.00 | $780.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss estimated tax basis in loan positions related to historic transactions and bankruptcy filing |
| Angstadt, Brian | Managing Director | 6/20/2023 | 0.20 | $935.00 | $187.00 | Schedule follow up meetings related to tax consequences of the proposed workouts |

| Angstadt, Brian | Managing Director | 6/20/2023 | 1.00 | $935.00 | $935.00 | External discussion with GT (B. Angstadt) and Genesis (D. Shaefer) regarding historical facts of the Company |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 6/21/2023 | 0.40 | $935.00 | $374.00 | Payroll research regarding the impact to filings regarding various workouts |
| Angstadt, Brian | Managing Director | 6/23/2023 | 1.00 | $935.00 | $935.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss loan positions including tax basis related to historic transactions |
| Borghino, Jeffery John | Partner | 6/23/2023 | 2.00 | $980.00 | $1,960.00 | Review loan agremeents and research authorities regarding loans of property |
| Borghino, Jeffery John | Partner | 6/23/2023 | 1.00 | $980.00 | $980.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss loan positions including tax basis related to historic transactions |
| Dodson, Jeffrey C | Manager | 6/23/2023 | 1.00 | $750.00 | $750.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss loan positions including tax basis related to historic transactions |
| Steinberg, Daniel | Senior Associate | 6/23/2023 | 1.00 | $600.00 | $600.00 | Internal discussion with B. Angstadt, J. Borghino, J. Dodson, and D. Steinberg to discuss loan positions including tax basis related to historic transactions |
| Angstadt, Brian | Managing Director | 7/7/2023 | 0.50 | $935.00 | $467.50 | External call w GT (B. Angstadt), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and A&M (M. Leto) to discuss status of analysis, impact to net operating losses, and potential 2023 tax consequences |
| Angstadt, Brian | Managing Director | 7/7/2023 | 0.70 | $935.00 | $654.50 | External call w GT (B. Angstadt, J. Dodson, and D. Steinberg), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy under various workouts |
| Angstadt, Brian | Managing Director | 7/11/2023 | 0.60 | $935.00 | $561.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss Section 382 and EY's position on cryptocurrency loans. |
| Borghino, Jeffery John | Partner | 7/11/2023 | 0.60 | $980.00 | $588.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss Section 382 and EY's position on cryptocurrency loans. |
| Brady, Joshua T. | Partner | 7/11/2023 | 0.50 | $980.00 | $490.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss Section 382 and EY's position on cryptocurrency loans. |
| Dodson, Jeffrey C | Manager | 7/11/2023 | 0.60 | $750.00 | $450.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss Section 382 and EY's position on cryptocurrency loans. |
| Steinberg, Daniel | Senior Associate | 7/11/2023 | 0.60 | $600.00 | $360.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss Section 382 and EY's position on cryptocurrency loans. |
| Steinberg, Daniel | Senior Associate | 7/12/2023 | 0.50 | $600.00 | $300.00 | Research technical matters regarding Section 382 and impact of potential workout |
| Dodson, Jeffrey C | Manager | 7/13/2023 | 0.70 | $750.00 | $525.00 | External call w GT (B. Angstadt, J. Dodson, and D. Steinberg), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy under various workouts |
| Steinberg, Daniel | Senior Associate | 7/13/2023 | 0.70 | $600.00 | $420.00 | External call w GT (B. Angstadt, J. Dodson, and D. Steinberg), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy under various workouts |

| Steinberg, Daniel | Senior Associate | 7/13/2023 | 1.80 | $600.00 | $1,080.00 | Tax research and drafting email regarding Section 382. |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 7/17/2023 | 2.00 | $935.00 | $1,870.00 | Prepare monthly application detail for time through June 2023 |
| Angstadt, Brian | Managing Director | 7/19/2023 | 1.00 | $935.00 | $935.00 | External call w GT (B. Angstadt), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and A&M (M. Leto) to discuss status, including impact to net operating losses and potential reporting |
| Angstadt, Brian | Managing Director | 7/26/2023 | 0.40 | $935.00 | $374.00 | External call w GT (B. Angstadt), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy and status of EY's analysis |
| Angstadt, Brian | Managing Director | 7/26/2023 | 0.50 | $935.00 | $467.50 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss tax consequences under various workouts including evaluation of tax basis in historic loans and loan reporting |
| Borghino, Jeffery John | Partner | 7/26/2023 | 0.50 | $980.00 | $490.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss tax consequences under various workouts including evaluation of tax basis in historic loans and loan reporting |
| Brady, Joshua T. | Partner | 7/26/2023 | 0.50 | $980.00 | $490.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss tax consequences under various workouts including evaluation of tax basis in historic loans and loan reporting |
| Steinberg, Daniel | Senior Associate | 7/26/2023 | 0.50 | $600.00 | $300.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss tax consequences under various workouts including evaluation of tax basis in historic loans and loan reporting |
| Steinberg, Daniel | Senior Associate | 7/26/2023 | 0.40 | $600.00 | $240.00 | Internal regroup w J Borghino, J Brady, J Dodson, B Angstadt, and D Steinberg to discuss tax consequences under various workouts including evaluation of tax basis in historic loans and loan reporting |
| Angstadt, Brian | Managing Director | 7/27/2023 | 0.40 | $935.00 | $374.00 | External discussion with GT (B. Angstadt) and Genesis (A. Chan and D. Horowitz) on update on status of billing, EY's analsysis, and next steps |
| Angstadt, Brian | Managing Director | 7/28/2023 | 0.50 | $935.00 | $467.50 | Internal regroup w/ B. Angstadt, J. Dodson, and D. Steinberg to analysis of tax modeling of bankruptcy under various scenarios and assumptions |
| Dodson, Jeffrey C | Manager | 7/28/2023 | 0.60 | $750.00 | $450.00 | Internal regroup w/ B. Angstadt, J. Dodson, and D. Steinberg to analysis of tax modeling of bankruptcy under various scenarios and assumptions |
| Steinberg, Daniel | Senior Associate | 7/28/2023 | 2.50 | $600.00 | $1,500.00 | Tax gain scenario modeling related various scenarios and assumptions |
| Steinberg, Daniel | Senior Associate | 7/28/2023 | 0.60 | $600.00 | $360.00 | Internal regroup w/ B. Angstadt, J. Dodson, and D. Steinberg to analysis of tax modeling of bankruptcy under various scenarios and assumptions |
| Dodson, Jeffrey C | Manager | 8/8/2023 | 1.10 | $750.00 | $825.00 | Tax gain scenario workbook review |
| Steinberg, Daniel | Senior Associate | 8/8/2023 | 1.50 | $600.00 | $900.00 | Tax gain scenario workbook preparation |
| Angstadt, Brian | Partner | 8/9/2023 | 0.60 | $980.00 | $588.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy and status of EY's analysis |

| Dodson, Jeffrey C | Manager | 8/9/2023 | 0.60 | $750.00 | $450.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy and status of EY's analysis |
|---|---|---|---|---|---|---|
| Steinberg, Daniel | Senior Associate | 8/9/2023 | 0.60 | $600.00 | $360.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax consequences of bankruptcy and status of EY's analysis |
| Angstadt, Brian | Partner | 8/10/2023 | 0.20 | $980.00 | $196.00 | External call w GT (B. Angstadt) and Genesis (A. Chan and D. Horowitz) to discuss status of analysis |
| Angstadt, Brian | Partner | 8/15/2023 | 0.50 | $980.00 | $490.00 | External call w/ GT (B. Angstadt, J. Dodson, D. Steinberg) and Cleary (W. McRae) to discuss potential tax gain on transaction |
| Dodson, Jeffrey C | Manager | 8/15/2023 | 0.50 | $750.00 | $375.00 | External call w/ GT (B. Angstadt, J. Dodson, D. Steinberg) and Cleary (W. McRae) to discuss potential tax gain on transaction |
| Steinberg, Daniel | Senior Associate | 8/15/2023 | 0.50 | $600.00 | $300.00 | External call w/ GT (B. Angstadt, J. Dodson, D. Steinberg) and Cleary (W. McRae) to discuss potential tax gain on transaction |
| Angstadt, Brian | Partner | 8/16/2023 | 0.50 | $980.00 | $490.00 | Analysis on TAC Loan - Research on potential contribution |
| Borghino, Jeffery John | Partner | 8/16/2023 | 0.40 | $980.00 | $392.00 | Analysis on TAC Loan - Research on potential contribution |
| Angstadt, Brian | Partner | 8/17/2023 | 1.00 | $980.00 | $980.00 | Analysis on TAC Loan - Research on potential contribution |
| Angstadt, Brian | Partner | 8/18/2023 | 0.90 | $980.00 | $882.00 | Tax gain scenario workbook review |
| Angstadt, Brian | Partner | 8/18/2023 | 0.50 | $980.00 | $490.00 | Internall call w/ B. Angstadt, J. Borghino, J. Brady, J. Dodson, and D Steinberg to discuss tax scenario workbook and DIT analysis |
| Angstadt, Brian | Partner | 8/18/2023 | 0.90 | $980.00 | $882.00 | External call w GT (B. Angstadt, J. Dodson), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax scenario workbook |
| Borghino, Jeffery John | Partner | 8/18/2023 | 0.40 | $980.00 | $392.00 | Review information related to intercompany transactions |
| Borghino, Jeffery John | Partner | 8/18/2023 | 0.50 | $980.00 | $490.00 | Internall call w/ B. Angstadt, J. Borghino, J. Brady, J. Dodson, and D Steinberg to discuss tax scenario workbook and DIT analysis |
| Brady, Joshua T. | Partner | 8/18/2023 | 0.50 | $980.00 | $490.00 | Internall call w/ B. Angstadt, J. Borghino, J. Brady, J. Dodson, and D Steinberg to discuss tax scenario workbook and DIT analysis |
| Dodson, Jeffrey C | Manager | 8/18/2023 | 0.50 | $750.00 | $375.00 | Internall call w/ B. Angstadt, J. Borghino, J. Brady, J. Dodson, and D Steinberg to discuss tax scenario workbook and DIT analysis |
| Dodson, Jeffrey C | Manager | 8/18/2023 | 0.90 | $750.00 | $675.00 | External call w GT (B. Angstadt, J. Dodson), Genesis (A. Chan and D. Horowitz), Cleary (W. McRae and D. Schaefer), and EY (E. Sapir and E. Harvey) to discuss tax scenario workbook |
| Steinberg, Daniel | Senior Associate | 8/18/2023 | 2.00 | $600.00 | $1,200.00 | Tax gain scenario workbook preparation |

| Steinberg, Daniel | Senior Associate | 8/18/2023 | 0.50 | $600.00 | $300.00 | Internal call w/ B. Angstadt, J. Borghino, J. Brady, J. Dodson, and D Steinberg to discuss tax scenario workbook and DIT analysis |
| Angstadt, Brian | Partner | 8/21/2023 | 0.90 | $980.00 | $882.00 | External discussion w/ GT (B. Angstadt), Genesis (A. Chan and D. Horowitz), and A&M (L. Cherrone and J. Sciametta) regarding update on bankruptcy process, alternative structure, high-level tax consequences under potential workout, and next steps |
| **TOTAL** | | | **83.00** | | **$68,043.50** | |