**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

# AFFIDAVIT OF SERVICE

I, Aqeel Ahmed, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 4, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be (1) served via email on the Fee Application Email Service List attached hereto as **Exhibit A**; and (2) delivered via overnight mail to the Chambers of Honorable Sean H Lane, Genesis Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas Street, Room 147, White Plains, New York 10601:

- Seventh Monthly Statement of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from August 1, 2023 through August 31, 2023 [Docket No. 776]

Dated: October 6, 2023

*/s/ Aqeel Ahmed*
Aqeel Ahmed

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 6, 2023, by Aqeel Ahmed, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

SRF 73369

**Exhibit A**

# Exhibit A

Fee Application Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: SEAN O'NEAL, JANE VANLARE, HOO RI KIM, MICHAEL WEINBERG, RICHARD C. MINOTT, CHRISTIAN RIBEIRO | SONEAL@CGSH.COM<br>JVANLARE@CGSH.COM<br>HOKIM@CGSH.COM<br>MDWEINBERG@CGSH.COM<br>RMINOTT@CGSH.COM<br>CRIBEIRO@CGSH.COM<br>LBAREFOOT@CGSH.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: GREG ZIPES | USTPREGION02.NYECF@USDOJ.GOV<br>ANDY.VELEZ-RIVERA@USDOJ.GOV<br>TARA.TIANTIAN@USDOJ.GOV<br>GREG.ZIPES@USDOJ.GOV |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE, PHILIP ABELSON, MICHELE J. MEISES | CSHORE@WHITECASE.COM<br>PHILIP.ABELSON@WHITECASE.COM<br>MICHELE.MEISES@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: GREGORY F. PESCE | GREGORY.PESCE@WHITECASE.COM |