CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AGENDA FOR CONFERENCE TO BE HELD**
**OCTOBER 12, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Date and Time of Conference:** | October 12, 2023, at 2:00 p.m. (Prevailing Eastern Time) |
| **Location of Conference:** | Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.  The October 12 Conference will be conducted only through Zoom.  Parties wishing to register for the Zoom conference should use the eCourt Appearances link on the Court's website:  https://www.nysb.uscourts.gov/ecourt-appearances After the deadline to make appearances passes, the Court will circulate, by email prior to the Conference, the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. |
| | Members of the public who wish to listen to, but not participate in, the Conference free of charge may do so by calling the |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AGENDA FOR OCTOBER 12 CONFERENCE

**Matters to be Heard at October 12 Conference:**

1. **Informal Conference under Rule 7007-1(b):**

    i. **Related Pleadings:**

        a. *Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 659 (the "Renewed Objection").

        b. *Order Granting Debtors' Motion for Entry of a Scheduling Order Concerning the Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 695 (the "Scheduling Order").

    ii. **Status**: The Debtors have requested this informal conference in anticipation of filing a protective order in response to the notice of deposition directed at Ms. Arianna Pretto-Sakman by the foreign representatives of Three Arrows Capital Ltd. The notice of deposition was served as part of the discovery process relating to the Renewed Objection, as outlined in the Scheduling Order.

Dated: October 11, 2023          CLEARY GOTTLIEB STEEN & HAMILTON LLP
       New York, New York

                                 /s/ *Luke A. Barefoot*
                                 Sean A. O'Neal
                                 Luke A. Barefoot
                                 Jane VanLare
                                 One Liberty Plaza
                                 New York, New York 10006
                                 Telephone: (212) 225-2000
                                 Facsimile: (212) 225-3999

*Counsel for the Debtors*
*and Debtors-in-Possession*