**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: October 10, 2023

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 10, 2023, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 301 | Name on File<br>Address on File | Xclaim Capital Holdings, LLC<br>Attn: Matthew Sedigh<br>2261 Market Street #4385<br>San Francisco, CA 94114 | May 12, 2023 |
| 302 | Name on File<br>Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: William P. McLoughlin<br>520 Madison Avenue, 3rd Floor<br>New York, NY 10022 | May 12, 2023 |
| 426 | Name on File<br>Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: William McLoughlin<br>520 Madison Avenue, 3rd Floor<br>New York, NY 10022 | June 16, 2023 |
| 464 | Name on File<br>Address on File | Ari Litan<br>5028 NW 24th Cir<br>Boca Raton, FL 33431 | July 7, 2023 |
| 513 | Name on File<br>Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: Mike Richards<br>520 Madison Ave 3rd Fl<br>New York, NY 10022 | July 28, 2023 |
| 518 | Name on File<br>Address on File | Marcos Holdings I LLC<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | July 28, 2023 |

In re: Genesis Global Holdco, LLC, *et al*.
Case No. 22-10063 (SHL)                               Page 1 of 1

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 626 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | September 15, 2023 |
| 627 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | September 15, 2023 |
| 628 | Name on File<br>Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | September 15, 2023 |