| | |
|---|---|
| Christopher Harris | Nima H. Mohebbi (admitted *pro hac vice*) |
| Adam J. Goldberg | Tiffany M. Ikeda (admitted *pro hac vice*) |
| Brett M. Neve | Emily R. Orman (admitted *pro hac vice*) |
| Nacif Taousse | |
| **LATHAM & WATKINS LLP** | **LATHAM & WATKINS LLP** |
| 1271 Avenue of the Americas | 355 South Grand Avenue, Suite 100 |
| New York, NY 10020 | Los Angeles, CA 90071 |
| Telephone: (212) 906-1200 | Telephone: (213) 485-1234 |
| Facsimile: (212) 751-4864 | Facsimile: (213) 891-8763 |
| Email: chris.harris@lw.com | Email: nima.mohebbi@lw.com |
|     adam.goldberg@lw.com |     tiffany.ikeda @lw.com |
|     brett.neve@lw.com |     emily.orman@lw.com |
|     nacif.taousse@lw.com | |

*Counsel to the Joint Liquidators of*
*Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Genesis Global Holdco, LLC, *et al.*, | : | Case No. 23-10063 (SHL) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | Related ECF No. 749 |

---

### NOTICE WITHDRAWING
### THE MOTION OF THE JOINT LIQUIDATORS OF THREE
### ARROWS CAPITAL, LTD. FOR COORDINATION AMONG COURTS

**PLEASE TAKE NOTICE** that on September 27, 2023, Russell Crumpler and Christopher Farmer, in their capacities as the joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor, as recognized pursuant to chapter 15 of the Bankruptcy Code, by and through the undersigned counsel filed the *Motion of the Joint*

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Liquidators of Three Arrows Capital, Ltd. For Coordination Among Courts* [ECF No. 749] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the 3AC Debtor hereby withdraws the Motion.

| | |
|---|---|
| Dated: October 17, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Christopher Harris*<br>Christopher Harris<br>Adam J. Goldberg<br>Brett M. Neve<br>Nacif Taousse<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>         adam.goldberg@lw.com<br>         brett.neve@lw.com<br>         nacif.taousse@lw.com<br><br>– and –<br><br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>Emily R. Orman (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:   nima.mohebbi@lw.com<br>          tiffany.ikeda@lw.com<br>          emily.orman@lw.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd.* |