| | |
|---|---|
| Christopher Harris | Nima H. Mohebbi (admitted *pro hac vice*) |
| Adam J. Goldberg | Tiffany M. Ikeda (admitted *pro hac vice*) |
| Brett M. Neve | Emily R. Orman (admitted *pro hac vice*) |
| Nacif Taousse | |
| **LATHAM & WATKINS LLP** | **LATHAM & WATKINS LLP** |
| 1271 Avenue of the Americas | 355 South Grand Avenue, Suite 100 |
| New York, NY 10020 | Los Angeles, CA 90071 |
| Telephone: (212) 906-1200 | Telephone: (213) 485-1234 |
| Facsimile: (212) 751-4864 | Facsimile: (213) 891-8763 |
| Email:  christopher.harris@lw.com | Email:  nima.mohebbi@lw.com |
|         adam.goldberg@lw.com |         tiffany.ikeda@lw.com |
|         brett.neve@lw.com |         emily.orman@lw.com |
|         nacif.taousse@lw.com | |

*Counsel to the Foreign Representatives of*
*Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric R. Swibel, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (collectively, the "**Foreign Representatives**"), in the above-referenced cases.  I certify that I am a member in good standing of the bar of the State of Illinois, and I have been admitted to practice in the United States District Courts for the Southern, Central and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Northern Districts of Illinois. I further certify that I am a member in good standing to practice before all courts to which I am admitted, and there are no disciplinary actions pending against me in any jurisdiction.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 18, 2023  
Chicago, Illinois

Respectfully submitted,

**LATHAM & WATKINS LLP**  
By: /s/*Eric R. Swibel*  
LATHAM & WATKINS LLP  
Eric R. Swibel  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Facsimile: (312) 993-9767  
Email: eric.swibel@lw.com

*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)*

**Exhibit A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) Case No. 23-10063 (SHL) |
| Debtors. | ) (Jointly Administered) |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ERIC R. SWIBEL**

UPON the motion of Eric R. Swibel, to be admitted, *pro hac vice*, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives appointed in the British Virgin Islands liquidation of Three Arrows Capital, Ltd. (the "**Foreign Representatives**"), in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois and is admitted to practice in the United States District Courts for the Southern, Central and Northern Districts of Illinois, it is hereby

ORDERED, that Eric R. Swibel, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
New York, New York

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.