| | |
|---|---|
| Christopher Harris | Nima H. Mohebbi (admitted *pro hac vice*) |
| Adam J. Goldberg | Tiffany M. Ikeda (admitted *pro hac vice*) |
| Marissa Alter-Nelson | Sarah F. Mitchell (admitted *pro hac vice*) |
| Brett M. Neve | Emily R. Orman (admitted *pro hac vice*) |
| Nacif Taousse | |
| **LATHAM & WATKINS LLP** | **LATHAM & WATKINS LLP** |
| 1271 Avenue of the Americas | 355 South Grand Avenue, Suite 100 |
| New York, NY 10020 | Los Angeles, CA 90071 |
| Telephone: (212) 906-1200 | Telephone: (213) 485-1234 |
| Facsimile: (212) 751-4864 | Facsimile: (213) 891-8763 |
| Email: chris.harris@lw.com | Email: nima.mohebbi@lw.com |
|   adam.goldberg@lw.com |   tiffany.ikeda @lw.com |
|   marissa.alter-nelson@lw.com |   sarah.mitchell@lw.com |
|   brett.neve@lw.com |   emily.orman@lw.com |
|   nacif.taousse@lw.com | |

*Counsel to the Joint Liquidators of*
*Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Genesis Global Holdco, LLC, *et al.*,[1] | : | Case No. 23-10063 (SHL) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

---

**AMENDED NOTICE OF APPEARANCE AND**
<u>**DEMAND FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

---

[1] The debtors in these chapter 11 cases , along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

cases on behalf of Russell Crumpler and Christopher Farmer, in their capacities as joint liquidators appointed by the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial Division) (the "**BVI Court**") in the liquidation proceeding of Three Arrows Capital, Ltd. ("**3AC**" or the "**3AC Debtor**") in the British Virgin Islands (the "**BVI Proceeding**") and duly authorized foreign representatives (the "**Joint Liquidators**"), and, pursuant to Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002, 9007, and 9010(b) and section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), hereby requests that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and served upon the person(s) listed below at the following addresses, telephone, and facsimile numbers:

> Christopher Harris
> Adam J. Goldberg
> Marissa Alter-Nelson
> Brett M. Neve
> Nacif Taousse
> **LATHAM & WATKINS LLP**
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email:   chris.harris@lw.com
>         adam.goldberg@lw.com
>         marissa.alter-nelson@lw.com
>         brett.neve@lw.com
>         nacif.taousse@lw.com

> - And -

> Nima H. Mohebbi
> Tiffany M. Ikeda
> Sarah F. Mitchell
> Emily R. Orman
> **LATHAM & WATKINS LLP**
> 355 South Grand Avenue, Suite 100
> Los Angeles, CA 90071

2

        Telephone: (213) 485-1234
        Facsimile: (213) 891-8763
        Email:  nima.mohebbi@lw.com
                 tiffany.ikeda @lw.com
                 sarah.mitchell@lw.com
                 emily.orman@lw.com

-And -

Eric R. Swibel
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  eric.swibel@lw.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

      **PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of New York or a waiver of any substantive or procedural rights of the Joint Liquidators, including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter

subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the Joint Liquidators may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 19, 2023
      New York, New York

Respectfully submitted,

/s/ *Adam J. Goldberg*
Christopher Harris
Adam J. Goldberg
Marissa Alter-Nelson
Brett M. Neve
Nacif Taousse

Eric R. Swibel (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: eric.swibel@lw.com

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: chris.harris@lw.com
       adam.goldberg@lw.com
       marissa.alter-nelson@lw.com
       brett.neve@lw.com
       nacif.taousse@lw.com

– and –

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Sarah F. Mitchell (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: nima.mohebbi@lw.com
       tiffany.ikeda @lw.com
       sarah.mitchell@lw.com
       emily.orman@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation)*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October, 2023, a true and correct copy of the foregoing Amended Notice was furnished to all ECF Participants via the Court's CM/ECF system.

*/s/ Adam J. Goldberg*
Adam J. Goldberg