# **EXHIBIT A**

**Statement in Support**

# AD HOC GROUP MEMBER STATEMENT
# WITH RESPECT TO CHAPTER 11 PLAN AND DCG LITIGATION

The undersigned, a member of the Ad Hoc Group of Genesis Lenders (the "Ad Hoc Group") formed in the chapter 11 cases filed in the United States Bankruptcy Court for the Southern District of New York, *In re Genesis Global Holdco, LLC, et al.* (collectively, the "Chapter 11 Cases"), represented by Proskauer Rose LLP, hereby states:

1. **I do not** support, and vehemently oppose, the "Agreement in Principle" described in the *Public Update on Plan Discussions* [Docket No. 625] for, among others, the reasons stated in the *Statement of Ad Hoc Group of Genesis Lenders in Respect of Public Update on Plan Discussions* [Docket No. 632].

2. **I do not** support the filing of a "toggle" plan which would delay the commencement of litigation for months during the solicitation process, and which would risk a minority of creditors accepting a sub-optimal chapter 11 plan that would bind all other creditors;

3. **I do** support a proposed chapter 11 plan incorporating the revised terms of agreement set forth in the Debt Term Sheet delivered by counsel to the Ad Hoc Group (the "Revised Proposal"), and would be prepared to execute a mutually-agreeable Global Restructuring Agreement to such effect.

4. If DCG does not accept the terms of the Revised Proposal, or such other terms as may be agreed to by the Steering Committee of the Ad Hoc Group, **I do** support (a) the termination of the Agreement in Principle and the Partial Repayment Agreement, (b) the immediate resumption of litigation of the Turnover Actions [Adv. Pros. 23-01168 and 23-01169] asserted against DCG and its affiliate, DCG International Investments, Ltd., and (c) the filing of a chapter 11 plan which would distribute all estate assets (in-kind, as applicable) to creditors, and establish a litigation trust to pursue, among other actions, the Turnover Actions and other fraud, alter ego liability, and preference claims against DCG and its principals and affiliates.

Dated: October ____, 2023

_____
Name:
Title:
Creditor:

**Claim Information**
USD/Stablecoin:
BTC:
ETH:
Alt Coins:

Total (in USD as of the petition date):