# **EXHIBIT B**

**Summary of Executed Statements in Support**

| Creditor[3] | Claim Amount (USD/Stable) | Claim Amount (BTC) | Claim Amount (ETH) | Claim Amount (Alt) |
|---|---|---|---|---|
| Supporting Creditor 1 | | 47.20 | | |
| Supporting Creditor 2 | | 10.91 | 72.68 | 280.69 |
| Supporting Creditor 3 | 60,085,093.26 | 340.05 | | 101,051.88 |
| Supporting Creditor 4 | 92,694,142.00 | | 15,227.30 | |
| Supporting Creditor 5 | 11,632,111.54 | 1,010.60 | | |
| Supporting Creditor 6 | 417,001.00 | | | |
| Supporting Creditor 7 | | 27.72 | 50.26 | |
| Supporting Creditor 8 | 1,273,504.25 | | | |
| Supporting Creditor 9 | 10,487,899.89 | | | |
| Supporting Creditor 10 | | 511.36 | | |
| Supporting Creditor 11 | | 3,572.46 | | |
| Supporting Creditor 12 | | 35.37 | | |
| Supporting Creditor 13 | 20,378,186.57 | | | |
| Supporting Creditor 14 | 11,786,606.89 | 25,611.37 | | 76,334,942.64 |
| Supporting Creditor 15 | 50,905,575.09 | 83.50 | | |
| Supporting Creditor 16 | 2,046,442.14 | 303.55 | 1,011.66 | |
| Supporting Creditor 17 | | 103.51 | | |
| Supporting Creditor 18 | | 1,686.57 | 6,067.52 | |
| Supporting Creditor 19 | 3,291,852.41 | | | |

---

[3] Claim amounts in the USD/Stable and Alt columns are provided in USD value as of the Petition Date. Claim amounts in the BTC and ETH columns are provided in-kind. The total amounts provided in the final row of this Table are calculated using the petition date prices for BTC ($21,112.70) and ETH ($1,556.86).

| | | | | |
|---|---|---|---|---|
| Supporting Creditor 20 | 78,544,551.45 | | | |
| Supporting Creditor 21 | 4,470,711.30 | 265.24 | 3,065.02 | |
| Supporting Creditor 22 | 161,835.67 | 362.53 | 20,264.33 | 78,296.97 |
| Supporting Creditor 23 | | 906.50 | 607.43 | 275,345.41 |
| Supporting Creditor 24 | 5,101,972.04 | 161.71 | 1,214.85 | |
| Supporting Creditor 25 | | 103.28 | | |
| Supporting Creditor 26 | 6,411,004.61 | | | 1,623,802.19 |
| Supporting Creditor 27 | 79,727,019.50 | | | |
| Supporting Creditor 28 | 6,107,626.94 | | | |
| Supporting Creditor 29 | 1,456,896.26 | | | |
| Supporting Creditor 30 | 438,980,514.90 | 15,094.40 | 157,019.80 | 120,345,318.04 |
| Supporting Creditor 31 | 8,626,003.20 | 100.79 | 1,216.95 | 899,787.53 |
| Supporting Creditor 32 | 56,142,008.56 | | | |
| Supporting Creditor 33 | | 12.11 | 394.16 | |
| Supporting Creditor 34 | 1,614,007.13 | 226.33 | 1,083.24 | |
| Supporting Creditor 35 | | 203.29 | 304.58 | |
| Supporting Creditor 36 | 1,024,356.71 | 41.59 | 258.25 | 996.83 |
| Supporting Creditor 37 | 47,866.09 | | | |
| Supporting Creditor 38 | 3,056,109.00 | | | |
| Supporting Creditor 39 | | 101.13 | | |
| Supporting Creditor 40 | | 213.55 | | |
| Supporting Creditor 41 | 11,515,477.02 | | | |
| Supporting Creditor 42 | 2,380,247.96 | | | |

| | | | | |
|---|---|---|---|---|
| Supporting Creditor 43 | 1,143,239.77 | 154.92 | 1,828.85 | |
| Supporting Creditor 44 | | 241.37 | | |
| Supporting Creditor 45 | 15,812,927.50 | 507.71 | | |
| Supporting Creditor 46 | 43,554,033.00 | 3,612.06 | 9,974.49 | 7,933,427.00 |
| Supporting Creditor 47 | 33,134.72 | 378.43 | 461.44 | |
| Supporting Creditor 48 | | 807.91 | | |
| Supporting Creditor 49 | | 110.16 | | |
| Supporting Creditor 50 | | 106.36 | | |
| Supporting Creditor 51 | | 7.12 | 1,148.87 | |
| Supporting Creditor 52 | 865,780.54 | | | |
| Supporting Creditor 53 | 204,232.30 | 25.27 | | |
| Supporting Creditor 54 | | 1,012.38 | | |
| Supporting Creditor 55 | 6,641,672.18 | | 20,284.94 | |
| Supporting Creditor 56 | 1,534,133.30 | | | |
| Supporting Creditor 57 | | 252.50 | | |
| Supporting Creditor 58 | 4,465,253.79 | 739.47 | | |
| Supporting Creditor 59 | 10,363,782.85 | | | |
| Supporting Creditor 60 | 409,345.12 | 40.46 | | |
| Supporting Creditor 61 | | 50.53 | | |
| Supporting Creditor 62 | | | 290,892.43 | 619,912.69 |
| Supporting Creditor 63 | 114,232.44 | 131.05 | 477.87 | |
| Supporting Creditor 64 | 54,519,223.92 | | | |
| Supporting Creditor 65 | 1,103,298.39 | | | |

3

| | | | | |
|---|---|---|---|---|
| Supporting Creditor 66 | 736,589.58 | 1,621.30 | | |
| Supporting Creditor 67 | 91,723,811.71 | | | |
| Supporting Creditor 68 | | 101.88 | | |
| Supporting Creditor 69 | 27,529,096.38 | | | |
| Supporting Creditor 70 | 81,923.36 | 531.50 | 2,559.79 | |
| Supporting Creditor 71 | 3,132,891.44 | 287.58 | 506.19 | |
| Supporting Creditor 72 | | 37.99 | | |
| Supporting Creditor 73 | 2,216,194.28 | | | |
| TOTAL (PETITION DATE USD VALUE): $3,585,991,541.16 | 1,236,551,419.95 | 1,306,761,039.49 | 834,465,919.85 | 208,213,161.87 |

4