UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENESIS GLOBAL HOLDCO, LLC, et al.,<br><br>Debtors | Chapter 11<br><br>No. 23-10063<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Cherokee Debt Acquisition, LLC, assignee of Name on File**

Name of Transferee:
**Jefferies Leveraged Credit Products, LLC**

Name and Current Address of Transferor:

**Cherokee Debt Acquisition, LLC, assignee of Name on File**
**Attn: Vladimir Jelisavcic**
**Email: vjel@cherokeeacq.com**
**1384 Broadway, Suite 906**
**New York, NY 10018**

Name and Address where notices and payments to transferee should be sent:

**Jefferies Leveraged Credit Products, LLC**
**Attn: William McLoughlin**
**c/o Jefferies LLC**
**520 Madison Avenue, Third Floor**
**New York, NY 10022**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1060 (amending #59) | Cherokee Debt Acquisition, LLC, assignee of Name on File | Unliquidated (stated in crypto) | Genesis Global Capital, LLC | 23-10064 |
| Schedule F Line (3.1.0483) | Cherokee Debt Acquisition, LLC, assignee of Name on File | as described on Schedule F (attached) | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _William McLoughlin_                    Date: October  19 , 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:    United States Bankruptcy Court ("<u>Court</u>")
            Southern District of New York
            Attn:    Clerk

AND TO:    Genesis Global Capital, LLC ("<u>Debtor</u>")
                Case No. 23-10064 ("<u>Case</u>")

Claim #: 1060 (amending #59)
Schedule F Line #: 3.1.0483

**CHEROKEE DEBT ACQUISITION, LLC,** assignee of **NAME ON FILE** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**
Attn: William McLoughlin
c/o Jefferies LLC
520 Madison Avenue, Third Floor
New York, NY 10022

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount <u>Unliquidated (stated in crypto)</u> ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount Unliquidated (stated in crypto), against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October <u>12</u>, 2023.

| | |
|---|---|
| **CHEROKEE DEBT ACQUISITION, LLC** | **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC** |
| By: *Vladimir Jelisavcic* | By: *Joseph Darconte* (DocuSigned by: EC58D04A65A445C) |
| Name: Vladimir Jelisavcic | Name: Joseph Darconte |
| Title: Manager | Title: Managing Director |

# Creditor Data Details - Claim # 1060

**Creditor**
Name on file
Address on file

**Debtor Name**
Genesis Global Capital, LLC

**Date Filed**
09/27/2023

**Claim Number**
1060

**Schedule Number**
n/a

**Confirmation ID**
3315-61-VMKEP-483178446

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Blank | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $0.00 | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 3.1.0482 | NAME ON FILE | ADDRESS ON FILE | | | USD 1,533,987.15209592 |
|---|---|---|---|---|---|
| 3.1.0483 | NAME ON FILE | ADDRESS ON FILE | | | BTC 7.28732043518789<br>USD 1,214,222.77560461 |
| 3.1.0484 | NAME ON FILE | ADDRESS ON FILE | | | USD 387,146.222331282 |