**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SIXTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY M3 ADVISORY PARTNERS, LP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM September 1, 2023 THROUGH September 30, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | March 30, 2023 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 through September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $31,987.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $0.00 |
| This is a(n): | __x__Monthly ____Interim ____Final application |

This is the SIXTH monthly fee statement filed in this case.

    M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors of Genesis Global Holdco LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**") hereby submits this monthly fee statement (the "**Fee Statement**") pursuant to this Court's *Order Establishing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 101], dated February 24, 2023 (the "**Interim Compensation Order**") and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002 and S.D.N.Y. LBR 2014-1, *Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisors for the Debtors and Debtors-in-Possession* [Docket No. 268], dated April 28, 2023, and upon the Court's Order *Approving the Supplemental Engagement Letter* [Docket No. 687], dated September 8, 2023, seeking compensation and reimbursement of expenses for the period of September 1, 2023 through September 30, 2023 (the "**Sixth Monthly Period**"). By this Fee Statement, M3 seeks payment of $25,589.60, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Sixth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

### Professional Services Rendered and Expense Disbursements Incurred

1. **Exhibit A** sets forth a timekeeper summary that includes: (a) the name and title of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by M3; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by M3. The blended rate for compensation requested in this Monthly Statement is approximately $763.41.[2]

2. **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

---

[2] The blended rate is calculated by taking the total of fees sought in this Sixth Monthly Statement and dividing by the total of hours sought in this Sixth Monthly Statement.

3. **Exhibit C** sets forth a timekeeper summary per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

4. **Exhibit D** sets forth both a summary of, and detailed entries of, expenses for which M3 seeks reimbursement.

5. **Exhibit E** sets forth the time records for M3 timekeepers for which compensation is sought by M3, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

## Notice of Objection Procedures

Notice of this Sixth Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Notice Parties**"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (email: arianna@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

Objections to this Sixth Monthly Statement, if any, must be served upon the Notice Parties and by e-mail, hand, or overnight delivery upon M3, at M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019 (email: kkamlani@m3-partners.com and rrowan@m3-

partners.com) no later than **November 6, 2023 at 12:00 PM (Prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Sixth Monthly Statement are received by the Objection Deadline, the Debtors shall pay M3 80% of the fees and 100% of the expenses identified in this Sixth Monthly Statement.

To the extent an objection to this Sixth Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixth Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees in the percentage set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

### Reservation of Rights

Although M3 has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. M3 reserves the right to seek payment of such fees and expenses not included herein.

**WHEREFORE**, M3 respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $25,589.60, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Sixth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

Dated: October 20, 2023  
       New York, New York

Respectfully submitted,

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*  
Mohsin Y. Meghji  
1700 Broadway, 19th Floor  
New York, NY 10019  
Telephone: (212) 202-2200  
mmeghji@m3-partners.com

*Financial Advisor to the Debtors and Debtors in Possession*

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit A - Summary of Total Fees by Professional

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245.00 | 9.3 | $11,578.50 |
| Rowan, Ryan | Senior Director | $895.00 | 5.3 | $4,743.50 |
| O'Connell, Daniel | Senior Associate | $650.00 | 3.2 | $2,080.00 |
| Kim, Andrew | Senior Associate | $650.00 | 5.0 | $3,250.00 |
| Iannella, Monique | Senior Associate | $650.00 | 4.5 | $2,925.00 |
| Altman, Matthew | Associate | $550.00 | 8.4 | $4,620.00 |
| Lauser, Peter | Analyst | $450.00 | 6.2 | $2,790.00 |
| **Total** | | | **41.9** | **$31,987.00** |
| *Average Billing Rate* | | | | *$763.41* |

1

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit B - Summary of Time Detail by Task Category

| Task Category | Hours | Fees |
|---|---|---|
| Potential Avoidance Actions/Litigation Support | 18.5 | $15,990.50 |
| General Correspondence with Debtor & Debtors' Professionals | 0.4 | $498.00 |
| Case Administration | 23.0 | $15,498.50 |
| **Total** | **41.9** | **$31,987.00** |

2

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*Potential Avoidance Actions/Litigation Support*
On an ongoing basis, M3 will support the Debtors with respect to matters relating to certain payments received
by the Debtors from Alameda Research LLC, Alameda Research Ltd. (BVI), and/or certain of their affiliates
(the "Alameda Payments"), matters relating to Three Arrows Capital, Ltd. (in liquidation) and matters ancillary thereto

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 6.2 | $7,719.00 |
| Rowan, Ryan | Senior Director | $895 | 1.7 | $1,521.50 |
| O'Connell, Daniel | Senior Associate | $650 | 3.2 | $2,080.00 |
| Kim, Andrew | Senior Associate | $650 | 1.5 | $975.00 |
| Iannella, Monique | Senior Associate | $650 | 4.5 | $2,925.00 |
| Altman, Matthew | Associate | $550 | 1.4 | $770.00 |
| **Total** | | | **18.5** | **$15,990.50** |
| *Average Billing Rate* | | | | *$864.35* |

3

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*General Correspondence with Debtor & Debtors' Professionals*

On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 0.4 | $498.00 |
| **Total** | | | **0.4** | **$498.00** |
| *Average Billing Rate* | | | | *$1,245.00* |

4

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*General Correspondence with Other Professionals*
On an ongoing basis, M3 will communicate with other professionals including the UCC, its counsel, and other advisors on topics including case strategy, workstream organizaiton and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | - | $0.00 |
| Rowan, Ryan | Senior Director | $895 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | - | $0.00 |
| Iannella, Monique | Senior Associate | $650 | - | $0.00 |
| Lauser, Peter | Analyst | $450 | - | $0.00 |
| **Total** | | | **-** | **$0.00** |

*Average Billing Rate* — N/A

1

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*Case Administration*

On an ongoing basis, M3 conferred the Debtors' advisors to monitor various case issues, develop
and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 2.7 | $3,361.50 |
| Rowan, Ryan | Senior Director | $895 | 3.6 | $3,222.00 |
| Kim, Andrew | Senior Associate | $650 | 3.5 | $2,275.00 |
| Altman, Matthew | Associate | $550 | 7.0 | $3,850.00 |
| Lauser, Peter | Analyst | $450 | 6.2 | $2,790.00 |
| **Total** | | | **23.0** | **$15,498.50** |
| *Average Billing Rate* | | | | *$673.85* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

### Exhibit D - Summary of Expenses by Category

| Description | Total |
|---|---|
| Business Meals | – |
| Taxi/Car Service | – |
| Conference Calls | – |
| **Total (a)** | **$0.00** |

**Note:**

(a)  Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future monthly reports may include expenses incurred during the Reporting Period.

Case No: 23-10063
Case Name: Genesis Global Holdco, LLC et al.
M3 Advisory Partners, LP
Fee Application Period: September 1 2023 - September 30 2023

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/1/2023 | Lauser, Peter | Case Administration | Build August fee application | 2.9 |
| 9/1/2023 | Lauser, Peter | Case Administration | Continued building August fee application | 2.9 |
| 9/1/2023 | Lauser, Peter | Case Administration | Continued build of August Fee Application | 0.4 |
| 9/1/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed motion and POC sent by Cleary | 0.8 |
| 9/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review and redline latest draft of Declaration from Cleary. Sent to the M3 team for review. | 1.1 |
| 9/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits to Kamlani Declaration | 0.3 |
| 9/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Proof read final redline and send Declaration to Cleary | 0.2 |
| 9/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of Cleary's comments on the Declaration and associated response | 0.3 |
| 9/1/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review and iterate latest redline of the Kamlani Declaration | 0.7 |
| 9/1/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), and M. Altman (M3) on edits to Kamlani Declaration | 0.3 |
| 9/1/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Review of latest iteration of Kamlani Declaration from CGSH | 0.5 |
| 9/1/2023 | Rowan, Ryan | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), D. O'Connell (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH),and M. Cinnamon (CGSH) on edits to the Kamlani Declaration | 0.2 |
| 9/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), and M. Altman (M3) on edits to Kamlani Declaration | 0.3 |
| 9/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH),and M. Cinnamon (CGSH) on edits to the Kamlani Declaration | 0.2 |
| 9/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Review and iteration of draft Kamlani declaration based on reconciliation of dates and figures per the Company provided loan database | 2.1 |
| 9/1/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Support | Finalization of draft Kamlani declaration to incorporate suggested edits and footnotes | 0.6 |
| 9/1/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Review transaction history and declaration draft | 1.0 |
| 9/1/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and M. Altman (M3) on edits to Kamlani Declaration | 0.3 |
| 9/1/2023 | Kim, Andrew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH),and M. Cinnamon (CGSH) on edits to the Kamlani Declaration | 0.2 |
| 9/1/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Participate in meeting with R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), M. Altman (M3), A. Weaver (CGSH), A. Saba (CGSH),and M. Cinnamon (CGSH) on edits to the Kamlani Declaration | 0.2 |
| 9/1/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), and A. Kim (M3) on edits to Kamlani Declaration | 0.3 |
| 9/1/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Review edits to Kamlani declaration | 0.3 |
| 9/1/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Participate in meeting with K. Kamlani (M3), R. Rowan (M3), D. O'Connell (M3), A. Kim (M3), A. Weaver (CGSH), A. Saba (CGSH),and M. Cinnamon (CGSH) on edits to the Kamlani Declaration | 0.2 |
| 9/1/2023 | Altman, Matthew | Potential Avoidance Actions/Litigation Support | Review edits to Kamlani Declaration | 0.6 |
| 9/2/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review of draft Declaration and final sign-off to Cleary | 0.6 |
| 9/4/2023 | Rowan, Ryan | Case Administration | Reviewed and updated time entries and schedules to develop August 2023 Fee Statement | 1.7 |
| 9/4/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Conduct review of claims files | 0.6 |
| 9/4/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review diligence files to respond to Cleary for a data request in connection with a brief to be filed 9/5/2023 | 0.4 |
| 9/4/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Cleary regarding motion to be filed tomorrow 9/5/2023 | 0.2 |
| 9/5/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Review files and correspondence with Cleary | 1.1 |
| 9/5/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review files for claims presentations provided to Cleary and other professionals | 0.3 |

**Case No:** 23-10063
**Case Name:** Genesis Global Holdco, LLC et al.
**M3 Advisory Partners, LP**
**Fee Application Period: September 1 2023 - September 30 2023**

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/5/2023 | Kamlani, Kunal | Case Administration | Review time entries for August Fee Statement | 0.4 |
| 9/5/2023 | Altman, Matthew | Case Administration | Prepare Fee statement for August | 1.0 |
| 9/5/2023 | Altman, Matthew | Case Administration | Update August Fee Statement based upon feedback | 0.8 |
| 9/6/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed data files and correspondence with Cleary | 0.6 |
| 9/6/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review file sent by Cleary and discuss response to their question with the M3 team | 0.3 |
| 9/6/2023 | Rowan, Ryan | Case Administration | Review of August 2023 time entries | 0.3 |
| 9/6/2023 | Altman, Matthew | Case Administration | Continue to prepare fee statement for August | 1.2 |
| 9/6/2023 | Altman, Matthew | Case Administration | Participate in meeting with A. Kim (M3) on August Fee Statement reconciliation | 2.5 |
| 9/6/2023 | Kim, Andrew | Case Administration | Prepare fee statement for August | 1.0 |
| 9/6/2023 | Kim, Andrew | Case Administration | Participate in meeting with M. Altman (M3) on August Fee Statement reconciliation | 2.5 |
| 9/6/2023 | Kamlani, Kunal | Case Administration | Review time stamp detail across the team | 1.1 |
| 9/7/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed data files and correspondence with Cleary | 1.1 |
| 9/8/2023 | Iannella, Monique | Potential Avoidance Actions/Litigation Support | Reviewed data files and correspondence with Cleary | 0.3 |
| 9/8/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Review claim question from Cleary and advise on response to the team. | 0.2 |
| 9/9/2023 | Rowan, Ryan | Case Administration | Review August 2023 time entries in preparation of filing August Fee Statement | 0.4 |
| 9/9/2023 | Altman, Matthew | Case Administration | Review time entries for August fee statement | 0.2 |
| 9/10/2023 | Altman, Matthew | Case Administration | Finalize fee statement reconciliation to send to CGSH | 0.8 |
| 9/10/2023 | Kamlani, Kunal | Case Administration | Review time entries for August Fee Statement related to 3AC | 0.6 |
| 9/11/2023 | Altman, Matthew | Case Administration | Prepare edits to fee statement for August | 0.2 |
| 9/12/2023 | Rowan, Ryan | Case Administration | Review and update of the August Fee Statement | 1.0 |
| 9/12/2023 | Altman, Matthew | Case Administration | Execute final review and edits for August fee statement | 0.3 |
| 9/13/2023 | Kamlani, Kunal | Case Administration | Review final August Fee statement for submission to client and Cleary | 0.6 |
| 9/18/2023 | Kamlani, Kunal | Potential Avoidance Actions/Litigation Support | Hearing in Judge Lane Chamber's court regarding the GGC/FTX settlement. Testimony of Derar Islam and cross examination by Proskauer for the First Ad hoc Group of Lenders and subsequent discussion regarding the 9019 standard. | 2.3 |
| 9/20/2023 | Rowan, Ryan | Case Administration | Update August Fee Statement | 0.2 |
| 9/28/2023 | Kamlani, Kunal | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Cleary regarding exhibits for testimony | 0.2 |