UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**FIRST SUPPLEMENTAL DECLARATION OF ZUL JAMAL
IN CONNECTION WITH THE EMPLOYMENT AND RETENTION OF
MOELIS & COMPANY LLC AS INVESTMENT BANKER TO THE DEBTORS**

I, Zul Jamal, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Managing Director in the Capital Structure Advisory Group at Moelis & Company LLC ("Moelis"), the investment banker and capital markets advisor to the above-captioned debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), which has its principal office at 399 Park Avenue, 5th Floor, New York, New York 10022.

2. On February 8, 2023, the Debtors filed the *Application of Debtors for Entry of Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the Debtors, Effective as of the Petition Date* [Docket No. 68] (the "Application").[2] Attached to the Application as Exhibit A was the *Declaration of Zul Jamal in Support of the Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*Debtors, Effective as of the Petition Date* (the "Initial Declaration") describing Moelis' connections to the Debtor and other potential parties in interest.

3. On March 21, 2023, the Court entered the *Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the Debtors, Effective as of the Petition Date* (the "Retention Order") [Docket No. 151].

**Additional Disclosures**

4. After filing the Application and Initial Declaration, the Debtors provided additional entities it had identified as potential parties in interest, as set forth on Schedule 1 attached hereto (the "Supplemental Potential Parties in Interest"). Moelis researched its internal records with respect to such additional parties to determine whether Moelis has any further connections with such parties.

5. Based on the foregoing inquiry, Moelis hereby supplements Schedule 2 to the Initial Declaration with Schedule 2 attached hereto which includes additional relationships and connections with the Supplemental Potential Parties in Interest. Specifically, among other things, Moelis is currently engaged in a confidential matter by a former potential M&A counterparty of the Debtors as a buy-side financial advisor in connection with a potential transaction with a third party in the same industry.

6. Based on the results of the search described above, I believe that Moelis remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors' estate.

7. Consistent with the Application and the Initial Declaration, Moelis reaffirms that it will make continued inquiries, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 20th day of October, 2023.

                                                */s/ Zul Jamal*
                                                Zul Jamal
                                                Managing Director
                                                Moelis & Company LLC

# SCHEDULE 1

**Supplemental Potential Parties in Interest**

**(A)    U.S. TRUSTEE, JUDGES, AND COURT CONTACTS FOR THE SOUTHERN DISTRICT OF NEW YORK**

Ali Ismail
Brenda Robie
Chantel Barrett
Christine Azzaro
Connor Farley
Daniel Slemmer
Deanna Anderson
Dorie Arthur
Francis O'Rourke
Graham Fisher
Greg White
Ian Kitts
Jacob Schuerger
Jacqueline DePierola
James Vincenti
Jaqueline Tran
Jenna MacDonald
Jennifer Pollan
John Churchill
John Kuebler
Julia Bonnell
Karra Puccia
Leslie Wybiral
Liza Ebanks
Lorraine Echevarria
Lynda Calderon
Maria Rodriguez-Castillo
Sarah Rosenthal
Tammi Hellwig
Tracey Mercado
Tyler Talton
Vanessa Ashmeade
Willie Rodriguez

**(B)    CLAIMANTS**

[LIST ON FILE]

2

**(C)    DIRECTORS AND OFFICERS**

Lip Chih Ng

3

**(D)     KNOWN AFFILIATES - JV**

GSB 2022 I LLC
GSB 2022 II LLC
GSB 2022 III LLC

**(E)     LITIGATION PARTIES**

[LIST ON FILE]

**(F)    OPEN AP**

[ON FILE]

Grab Pte. Ltd.

Mount Studio Pte Ltd

Office Secretaries Pte Ltd.

Singtel (Singapore Telecommunications Limited)

[ON FILE]

6

**(G)     POTENTIAL M&A COUNTERPARTIES**

[LIST ON FILE]

7

**(H)    TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES**

Central Provident Fund Board

**(I)    BANKRUPTCY PROFESSIONALS**

Kobre & Kim LLP
Kroll Restructuring Administration LLC

**(J) SCHEDULE AB**

[ON FILE]

10

**(K)** **SCHEDULE F**

[LIST ON FILE]

11

## (L)  SCHEDULE G

[LIST ON FILE]
GGC
ISS FACILITY SERVICES PTE LTD
ONE RAFFLES QUAY PTE LTD

**(M)    SOFA 3**

[LIST ON FILE]

13

**(N)     SOFA 4**

Genesis Trust
GGA International Limited
HQ Cash Management Fund LP

## (O) VENDORS

Allen Gledhill LLP
Anduril Pte. Ltd.
[ON FILE]
CDM Lifestyle Pte Ltd
Certified Kernel Tech LLC
Charles Schwab Co. Inc.
Circle Internet Financial Inc
Complete Discovery Source Inc
EY Corporate Advisors Pte. Ltd
FGS Global (Us) LLC
Globalization Partners
Grabtaxi Pte Ltd
Gunderson Dettmer
Hype Labs Pte. Ltd
[ON FILE]
ISS FACILITY SERVICES PRIVATE LIMITED
Marcum LLP
Mozaik Capital Pte. Ltd.
National Financial Services LLC
Pixiu Services
QCP Capital Pte Ltd
Scott Plowman
Stoneturn Group LLP

# SCHEDULE 2

**Relationship with Supplemental Potential Parties in Interest**

Moelis (and its financial advisory affiliates) has been engaged within the last three years or is currently engaged by the following Supplemental Potential Parties in Interest (or one or more of their affiliates, as the case may be) in matters unrelated to these cases (including where the Supplemental Potential Party in Interest was only a member of an official or an ad hoc creditor committee or an equity committee):

OPEN AP – CURRENT CLIENTS AND/OR AFFILIATES
- Singtel

OPEN AP – PAST CLIENTS AND/OR AFFILIATES
- Singtel

CLAIMANTS – CURRENT CLIENTS AND/OR AFFILIATES
- [ON FILE]

CLAIMANTS – PAST CLIENTS AND/OR AFFILIATES
- [ON FILE]

POTENTIAL M&A COUNTERPARTIES – CURRENT CLIENTS AND/OR AFFILIATES
- [ON FILE]
- [ON FILE]
- [ON FILE]
- [ON FILE]

POTENTIAL M&A COUNTERPARTIES – PAST CLIENTS AND/OR AFFILIATES
- [ON FILE]
- [ON FILE]
- [ON FILE]
- [ON FILE]
- [ON FILE]