## EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for September 1, 2023 through September 30, 2023

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 11.5 | $13,800.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 35.0 | $30,625.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 4.2 | $3,780.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $875.00 | 0.5 | $437.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 5.0 | $3,250.00 |
| Roth, Will | Associate | Digital Assets | 2017 | $700.00 | 16.3 | $11,410.00 |
| Upadhyaya, Vani T. | Associate | Digital Assets | 2020 | $580.00 | 10.8 | $6,264.00 |

| **Timekeeper** | **Position** | **Department** | **Year Admitted to the NY Bar** | **Rate** | **Billed Hours** | **Billed Amount** |
|---|---|---|---|---|---|---|
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 1.0 | $485.00 |
| Schou, Sarah A. | Paralegal | Litigation | n/a | $350.00 | 23.0 | $8,050.00 |
| Pichardo, Lisa I. | Paralegal | Litigation | n/a | $225.00 | 0.1 | $22.50 |
| Crawley, Brianna S. | Paralegal | Litigation | n/a | $220.00 | 0.2 | $44.00 |
| Singelton, Gisselle L. | Litigation Support Manager | Litigation | n/a | $475.00 | 0.3 | $142.50 |
| Yan, Ken | Litigation Support Specialist | Litigation | n/a | $330.00 | 1.5 | $495.00 |

#12493726v1\030986\0001

**EXHIBIT B**

**Fee Summary by Project Category for September 1, 2023 through September 30, 2023**

| Matter/Description | Hours | Amount |
|---|---|---|
| B110  Case Administration | 9.6 | $8,147.50 |
| B160  Fee/Employment Applications | 2.5 | $1,700.00 |
| B190  Litigation | 97.3 | $68,958.00 |
| **Total** | **109.4** | **$78,805.50** |

## **EXHIBIT C**

## **Time Records for September 1, 2023 through September 30, 2023**

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: | 10/18/23 |
| | | INVOICE #: | 2219771 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 09/06/23 | HDR | ATTEND OMNIBUS HEARING. | 3.20 | 2,880.00 |
| 09/06/23 | HDR | E-MAILS TO/FROM J. GOTTLIEB AND OTHERS REGARDING STATUS UPDATE. | 0.20 | 180.00 |
| 09/12/23 | TMK | REVIEW BANKRUPTCY DOCKET FOR RELEVANT PLEADINGS ON CASE STATUS AND FOLLOW-UP | 0.10 | 48.50 |
| 09/19/23 | SSI | ANALYSIS OF OPEN ISSUES IN CASE AND FOLLOW-UP WITH LITIGATION DEPT ON SAME | 1.10 | 715.00 |
| 09/20/23 | SSI | CONTINUED DISCUSSIONS VIA EMAIL AND TELEPHONE WITH LITIGATION PARTNERS ON CASE STATUS. | 1.70 | 1,105.00 |
| 09/25/23 | MIM | REVIEW AND COMMENT VIA EMAIL TO S. SICONOLFI ON LITIGATION STATUS. | 0.30 | 262.50 |
| 09/27/23 | TMK | REVIEW, PREPARE AND FILE DOCUMENTS (.4 ; EMAIL TO EFFECTUATE SERVICE (.1); CIRCULATE OBJECTION DEADLINES TO TEAM (.1); PREPARE CERTIFICATE OF SERVICE (.3) | 0.90 | 436.50 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 7.50 | 5,627.50 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 09/21/23 | SSI | DRAFT, REVIEW, AND REVISE AUGUST STATEMENT AND EXHIBITS THERETO | 2.20 | 1,430.00 |
| 09/26/23 | HDR | REVIEW OF MONTHLY FEE STATEMENT AND E-MAILS TO/FROM S. SICONOLFI AND OTHERS REGARDING FILING SAME. | 0.30 | 270.00 |
| TOTAL TASK CODE | B160 | FEE/EMPLOYMENT APPLICATIONS | 2.50 | 1,700.00 |
| TASK CODE B190 | | LITIGATION | | |
| 09/06/23 | JXG | EMAILS WITH TEAM REGARDING RESPONSE STRATEGY ON STAY ISSUES | 0.20 | 240.00 |
| 09/06/23 | JXG | REVIEW  AND ANALYSIS OF ███████ | 0.20 | 240.00 |
| 09/06/23 | VTU | REVIEW ███████████ AND EMAILS REGARDING SAME | 0.30 | 174.00 |

# Morrison Cohen LLP

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 10/18/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2219771 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/07/23 | VTU | EMAILS WITH TEAM REGARDING RESPONSE TO ▇▇▇▇ | 0.30 | 174.00 |
| 09/07/23 | HDR | E-MAILS TO/FROM M. MIX AND J. GOTTLIEB REGARDING STAY ISSUES. | 0.20 | 180.00 |
| 09/08/23 | VTU | DRAFT RESPONSE TO CO-RESPONDENT'S COUNSEL REGARDING ▇▇▇▇ | 0.30 | 174.00 |
| 09/08/23 | HDR | E-MAILS TO/FROM J. GOTTLIEB AND V. UPADHYAY REGARDING AUTOMATIC STAY. | 0.30 | 270.00 |
| 09/08/23 | JXG | EMAIL WITH VANI & H. ROSENBLAT REGARDING ▇▇▇▇ | 0.20 | 240.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 2.00 | 1,692.00 |

| GRAND TOTAL FEES | | 12.00 | 9,019.50 |
|---|---|---|---|
| | TOTAL FEES SERVICES ........................................................... $ | | 9,019.50 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| HDR | HEATH D. ROSENBLAT | 3.40 | 3,060.00 |
| MIM | MICHAEL MIX | 0.30 | 262.50 |
| SSI | SALLY SICONOLFI | 2.80 | 1,820.00 |
| TMK | TUKISHA KNOX | 1.00 | 485.00 |
| SUBTOTAL | B110    CASE ADMINISTRATION | 7.50 | 5,627.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 0.30 | 270.00 |
| SSI | SALLY SICONOLFI | 2.20 | 1,430.00 |
| SUBTOTAL | B160    FEE/EMPLOYMENT APPLICATIONS | 2.50 | 1,700.00 |
| B190 | LITIGATION | | |
| HDR | HEATH D. ROSENBLAT | 0.50 | 450.00 |
| JXG | JASON GOTTLIEB | 0.60 | 720.00 |
| VTU | VANI T. UPADHYAYA | 0.90 | 522.00 |
| SUBTOTAL | B190    LITIGATION | 2.00 | 1,692.00 |

# Morrison Cohen LLP

| | | | | |
|---|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | | DATE: | 10/18/23 |
| | BANKRUPTCY MATTER | | INVOICE #: | 2219771 |

---

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| TOTAL FEES | | 12.00 | 9,019.50 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 7.50 | 5,627.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 2.50 | 1,700.00 |
| B190 | LITIGATION | 2.00 | 1,692.00 |
| TOTAL FEES | | 12.00 | 9,019.50 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| HDR | HEATH D. ROSENBLAT | 4.20 | 3,780.00 |
| JXG | JASON GOTTLIEB | 0.60 | 720.00 |
| MIM | MICHAEL MIX | 0.30 | 262.50 |
| SSI | SALLY SICONOLFI | 5.00 | 3,250.00 |
| TMK | TUKISHA KNOX | 1.00 | 485.00 |
| VTU | VANI T. UPADHYAYA | 0.90 | 522.00 |
| TOTAL FEES | | 12.00 | 9,019.50 |

TOTAL BALANCE DUE FOR THIS PERIOD ----------------------------------- $ 9,019.50

**WIRE INSTRUCTIONS**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |

# Morrison Cohen LLP

| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 10/18/23 |
| | BANKRUPTCY MATTER | INVOICE #: | 2219771 |

---

Account Address:        909 Third Avenue, 27th Floor
                        New York, NY 10022

Special Instructions:    Please reference Client Name and/or Client Number

# MorrisonCohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: 10/18/23 |
| | | INVOICE #: 2219765 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| | 030983-0001 | 51.5 | $ 32,104.50 |
| | 030983-0005 | 1.4 | $ 562.00 |
| | 030983-0007 | 6.6 | $ 5,553.00 |
| | 030983-0008 | 1.7 | $ 1,585.00 |
| | 030983-0014 | 1.5 | $ 870.00 |
| | 030983-0015 | 0.2 | $ 175.00 |
| | 030983-0017 | 34.5 | $ 28,936.50 |
| | **GRAND TOTALS:** | **97.4** | **$ 69,786.00** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 10.9 | $ 13,080.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 35.0 | $ 30,625.00 |
| MIX, MICHAEL I. | PARTNER | $ 875.00 | 0.2 | $ 175.00 |
| ROTH, WILLIAM I. | ASSOCIATE | $ 700.00 | 16.3 | $ 11,410.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 9.9 | $ 5,742.00 |
| SCHOU, SARAH A | PARALEGAL | $ 350.00 | 23.0 | $ 8,050.00 |
| PICHARDO, LISA I. | PARALEGAL | $ 220.00 | 0.2 | $ 44.00 |
| CRAWLEY, BRIANNA S. | PARALEGAL | $ 225.00 | 0.1 | $ 22.50 |
| SINGELTON, GISSELLE L. | LITIGATION SUPPORT MANAGER | $ 475.00 | 0.3 | $ 142.50 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 1.5 | $ 495.00 |
| | | **GRAND TOTALS:** | **97.4** | **$ 69,786.00** |

**Morrison**Cohen<sub>LLP</sub>

| | | | |
|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
| | | INVOICE #: | 2219765 |

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

### FEE TASK CODE: B110 - CASE ADMINISTRATION

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 2.1 | $ 2,520.00 |
| TOTALS FOR TASK CODE: B110 - CASE ADMINISTRATION : | | | 2.1 | $ 2,520.00 |

### FEE TASK CODE: B190 - LITIGATION

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | $ 1,200.00 | 8.8 | $ 10,560.00 |
| ISAACS, DANIEL C. | PARTNER | $ 875.00 | 35.0 | $ 30,625.00 |
| MIX, MICHAEL I. | PARTNER | $ 875.00 | 0.2 | $ 175.00 |
| ROTH, WILLIAM I. | ASSOCIATE | $ 700.00 | 16.3 | $ 11,410.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | $ 580.00 | 9.9 | $ 5,742.00 |
| SCHOU, SARAH A | PARALEGAL | $ 350.00 | 23.0 | $ 8,050.00 |
| CRAWLEY, BRIANNA S. | PARALEGAL | $ 225.00 | 0.1 | $ 22.50 |
| PICHARDO, LISA I. | PARALEGAL | $ 220.00 | 0.2 | $ 44.00 |
| SINGELTON, GISSELLE L. | LITIGATION SUPPORT MANAGER | $ 475.00 | 0.3 | $ 142.50 |
| YAN, KEN | LITIGATION SUPPORT SPECIALIST | $ 330.00 | 1.5 | $ 495.00 |
| TOTALS FOR TASK CODE B190 - LITIGATION: | | | 95.3 | $ 67,266.00 |
| GRAND TOTALS FOR HOURS & FEES: | | | 97.4 | $ 69,786.00 |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|---|---|---|---|
| | 030983-0007 | Electronic Data Storage | $ 2,492.87 |
| | 030983-0017 | Electronic Data Storage | $ 32.00 |
| | | TOTAL DISBURSEMENTS: | $ 2,524.87 |

TOTAL BALANCE DUE FOR THIS PERIOD.............................................................................   $   72,310.87

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
| | | INVOICE #: | 2219765 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 09/05/23 | DCI | CONF. WITH CLEARY REGARDING ███████ (.3); ATTENTION TO REGULATORY REQUEST FOR PRIVILEGE LOG (.8). | 1.10 | 962.50 |
| 09/07/23 | DCI | CONF. WITH ███████ REGARDING ███████ (.4); CONF. WITH ███████ COUNSEL REGARDING ███████ (.3); REVIEW/ANALYZE PRIVILEGE LOG REQUEST FROM REGULATOR (2.9). | 3.60 | 3,150.00 |
| 09/07/23 | VTU | EMAILS WITH D. ISAACS REGARDING PRIVILEGE LOG | 0.10 | 58.00 |
| 09/07/23 | JXG | CALL WITH ███████ REGARDING REGULATOR ISSUES | 0.50 | 600.00 |
| 09/08/23 | VTU | WORK ON CHANGES AND UPDATES TO PRIVILEGE LOG | 0.90 | 522.00 |
| 09/11/23 | VTU | EMAILS WITH ███ REGARDING SEARCH FOR DOCUMENT PER REGULATOR'S REQUEST | 0.20 | 116.00 |
| 09/13/23 | VTU | REVIEW, ANALYZE, AND UPDATE PRIVILEGE LOG (.5); REVIEW AND RESPOND TO EMAILS WITH CGSH REGARDING PRIOR DOCUMENT COLLECTION, UPCOMING PRODUCTIONS (.2) | 0.70 | 406.00 |
| 09/13/23 | DCI | ANALYZE AND CONSIDER DOCUMENTS PRODUCED TO REGULATOR. | 0.80 | 700.00 |
| 09/13/23 | SAS | PRIVILEGE LOG CODING. | 7.00 | 2,450.00 |
| 09/14/23 | VTU | REVIEW AND UPDATE PRIVILEGE LOG (.3); EMAILS WITH D. ISAACS AND S. SCHOU REGARDING SAME (.1) | 0.40 | 232.00 |
| 09/15/23 | DCI | ATTENTION TO UPDATING REGULATOR REQUESTS FOR PRIVILEGE LOGS. | 0.80 | 700.00 |
| 09/18/23 | DCI | ATTENTION TO REVIEW AND UPDATE OF PRIVILEGE LOG FOR REGULATOR. | 0.30 | 262.50 |
| 09/18/23 | JXG | CALL WITH ███████ COUNSEL REGARDING MATTER | 0.20 | 240.00 |
| 09/19/23 | JXG | EMAIL WITH ███████ REGARDING EXTENSION RESPONSE TO SUBPOENA | 0.10 | 120.00 |
| 09/19/23 | SAS | PRIVILEGE LOG CODING. | 3.00 | 1,050.00 |

# Morrison Cohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
|---|---|---|---|
| | | INVOICE #: | 2219765 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/19/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CGSH, D. ISAACS, S. SCHOU REGARDING UPCOMING PRODUCTIONS | 0.40 | 232.00 |
| 09/19/23 | DCI | ANALYZE RESPONSE TO REGULATOR. | 0.30 | 262.50 |
| 09/20/23 | DCI | CONF. WITH ███ .2); ANALYSIS REGARDING RESPONSE TO REGULATORS (1.4) | 1.60 | 1,400.00 |
| 09/20/23 | JXG | CALL WITH BRACEWELL AND ████████ (███ COUNSEL) | 0.50 | 600.00 |
| 09/21/23 | JXG | EMAIL WITH D. ISAACS, R. ZUTSHI & A. SAENZ REGARDING ████ INVESTIGATION (.4); EMAIL WITH S. DUCHARME REGARDING WORKING DRAFT OF SUBMISSION (INCLUDING REVIEW OF SAME) (.2); CALL WITH CLEARY, ████████ AND ████████ (.5) | 1.10 | 1,320.00 |
| 09/21/23 | DCI | CONF. WITH CG (.5); CONF. WITH JG (.5); REVIEW AND ANALYZE DOCUMENTS REGARDING RESPONSE TO REGULATOR (1.6). | 2.60 | 2,275.00 |
| 09/21/23 | VTU | WORK ON PRIVILEGE LOG (0.2); REVIEW AND RESPOND TO EMAILS WITH CGSH REGARDING UPCOMING PRODUCTIONS (0.2) | 0.40 | 232.00 |
| 09/22/23 | DCI | CONF .WITH CG, JG (1.2 HOURS); CORR. WITH CLIENT (.4); ANALYSIS REGARDING RESPONSE TO REGULATOR (.9). | 2.50 | 2,187.50 |
| 09/22/23 | SAS | PRIVILEGE LOG CODING | 6.00 | 2,100.00 |
| 09/22/23 | JXG | EMAIL WITH S. O'NEAL REGARDING UPDATES ON ████ REACHOUTS (.1); CALL WITH CLIENT AND CLEARY (.6) | 0.70 | 840.00 |
| 09/22/23 | VTU | DISCUSS PRIVILEGE LOG WITH S. SCHOU | 0.30 | 174.00 |
| 09/25/23 | SAS | PRIVILEGE LOG CODING. | 7.00 | 2,450.00 |
| 09/26/23 | VTU | ATTENTION TO EMAILS WITH CLIENT REGARDING DISCUSSIONS WITH REGULATORS (.1); DISCUSS SAME WITH D. ISAACS (.1) | 0.20 | 116.00 |
| 09/26/23 | DCI | CONF. WITH REGULATOR (.3); ANALYSIS REGARDING RESPONSE REGARDING SAME (.9) | 1.20 | 1,050.00 |
| 09/26/23 | JXG | CALL WITH REGULATOR(.5); EMAIL WITH D. ISAACS AND CLEARY REGARDING NOTES ON CALL WITH REGULATOR(.2); EMAIL WITH CLIENT (.1) | 0.80 | 960.00 |
| 09/27/23 | JXG | EMAIL WITH A SULLIVAN REGARDING DOC PRODUCTION TO REGULATOR | 0.10 | 120.00 |
| 09/27/23 | DCI | CORR. WITH CLIENT REGARDING DOCUMENT PRODUCTIONS (.2); ATTENTION TO DOCUMENT PRODUCTIONS (.9) | 1.10 | 962.50 |
| 09/27/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CGSH, ████ REGARDING UPCOMING PRODUCTIONS | 0.30 | 174.00 |

# MorrisonCohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
| | | INVOICE #: | 2219765 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 09/29/23 | VTU | DISCUSS PRIVILEGE LOG WITH S. SCHOU (.3); DRAFT COVER LETTERS FOR PRODUCTION (.2); EMAILS WITH D. ISAACS, K. YAN REGARDING PROCESSING AND QCING PRODUCTION (2.0); PRIVILEGE REVIEW OF PROPOSED PRODUCTION (1.0) | 3.50 | 2,030.00 |
| 09/29/23 | DCI | REVIEW/ANALYZE DOCUMENT PRODUCTIONS. | 1.20 | 1,050.00 |
| TOTAL TASK CODE   B190   LITIGATION | | | 51.50 | 32,104.50 |
| GRAND TOTAL FEES | | | 51.50 | 32,104.50 |
| | | TOTAL FEES SERVICES ----------------------------------------------------- $ | | 32,104.50 |

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 17.10 | 14,962.50 |
| JXG | JASON GOTTLIEB | 4.00 | 4,800.00 |
| SAS | SARAH SCHOU | 23.00 | 8,050.00 |
| VTU | VANI T. UPADHYAYA | 7.40 | 4,292.00 |
| SUBTOTAL   B190   LITIGATION | | 51.50 | 32,104.50 |
| TOTAL FEES | | 51.50 | 32,104.50 |

**TASK SUMMARY FOR FEES:**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B190 | LITIGATION | 51.50 | 32,104.50 |
| TOTAL FEES | | 51.50 | 32,104.50 |

# MorrisonCohen LLP

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 10/18/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2219765 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 17.10 | 14,962.50 |
| JXG | JASON GOTTLIEB | 4.00 | 4,800.00 |
| SAS | SARAH SCHOU | 23.00 | 8,050.00 |
| VTU | VANI T. UPADHYAYA | 7.40 | 4,292.00 |
| **TOTAL FEES** | | 51.50 | 32,104.50 |

TOTAL BALANCE DUE FOR THIS PERIOD  _____ $   32,104.50

# Morrison Cohen LLP

| 030983-0005 | GENESIS GLOBAL HOLDCO, LLC | DATE: 10/18/23 |
| | | INVOICE #: 2219765 |

ARIANNA PRETTO-SAKMANN GENESIS
GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B190 | | LITIGATION | | |
| 09/06/23 | VTU | COORDINATE RE-SUBMITTING DOCUMENT PRODUCTION TO REGULATOR | 0.40 | 232.00 |
| 09/29/23 | KJY | FOLLOW UP AND REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 1.00 | 330.00 |
| TOTAL TASK CODE B190   LITIGATION | | | 1.40 | 562.00 |
| GRAND TOTAL FEES | | | 1.40 | 562.00 |
| TOTAL FEES SERVICES | | | $ | 562.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| KJY | KEN (JIAN-QING) YAN | 1.00 | 330.00 |
| VTU | VANI T. UPADHYAYA | 0.40 | 232.00 |
| SUBTOTAL B190 LITIGATION | | 1.40 | 562.00 |
| TOTAL FEES | | 1.40 | 562.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B190 | LITIGATION | 1.40 | 562.00 |
| TOTAL FEES | | 1.40 | 562.00 |

# Morrison Cohen LLP

030983-0005      GENESIS GLOBAL HOLDCO, LLC          DATE:      10/18/23
                                                     INVOICE #:  2219765

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| KJY | KEN (JIAN-QING) YAN | 1.00 | 330.00 |
| VTU | VANI T. UPADHYAYA | 0.40 | 232.00 |
| **TOTAL FEES** | | 1.40 | 562.00 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $      562.00

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
| | | INVOICE #: | 2219765 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110** | | **CASE ADMINISTRATION** | | |
| 09/07/23 | JXG | EMAIL WITH ████████ (REGULATOR) REGARDING ████████ SPREADSHEET (.1); EMAIL WITH CLIENT (.1) | 0.20 | 240.00 |
| 09/08/23 | JXG | EMAIL WITH CLIENTS UPDATING ON MATTER. | 0.10 | 120.00 |
| 09/18/23 | JXG | EMAIL WITH ████████ REGARDING STATUS OF REQUEST (.1); EMAIL WITH CLIENTS REGARDING REGULATOR REQUEST (.1) | 0.20 | 240.00 |
| **TOTAL TASK CODE  B110    CASE ADMINISTRATION** | | | 0.50 | 600.00 |
| **TASK CODE B190** | | **LITIGATION** | | |
| 09/01/23 | VTU | DISCUSS BUSINESS RECORDS CERTIFICATION WITH D. ISAACS | 0.10 | 58.00 |
| 09/05/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT REGARDING BUSINESS RECORDS CERT (.2); REVIEW DRAFT OF SAME (.1) | 0.30 | 174.00 |
| 09/05/23 | DCI | CONF. WITH REGULATOR (.2); ATTENTION TO AND CONSIDERATION OF BUSINESS RECORDS DECLARATION (.4). | 0.60 | 525.00 |
| 09/05/23 | JXG | EMAIL WITH D. ISAACS & CLIENTS REGARDING CALL WITH REGULATOR | 0.20 | 240.00 |
| 09/08/23 | DCI | CORR. WITH CLIENT REGARDING BUSINESS RECORDS DECLARATION (.2); CORR. WITH ████ REGARDING SAME (.2). | 0.40 | 350.00 |
| 09/08/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH CLIENT REGARDING BUSINESS RECORDS CERT | 0.20 | 116.00 |
| 09/11/23 | DCI | REVIEW/ANALYZE DOCUMENTS FOR PRODUCTION TO REGULATOR. | 1.50 | 1,312.50 |
| 09/18/23 | DCI | REVIEW DOCUMENTS IN RESPONSE TO REGULATOR REQUEST (.6); CORR. WITH CLIENT REGARDING SAME (.2). | 0.80 | 700.00 |
| 09/19/23 | DCI | REVIEW, CONSIDER AND UPDATE DOCUMENTS REGARDING RESPONSE TO REGULATOR. | 0.90 | 787.50 |
| 09/21/23 | DCI | REVIEW/ANALYZE DOCUMENTS REGARDING RESPONSE TO REGULATOR. | 0.60 | 525.00 |

# MorrisonCohen LLP

| | | | |
|---|---|---|---|
| 030983-0007 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
| | | INVOICE #: | 2219765 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/21/23 | KJY | PERFORM ADVANCE SEARCHES FOR RELEVANT ███████ DOCUMENTS FOR CASE TEAM REVIEW PER D. ISAACS. | 0.50 | 165.00 |
| | | TOTAL TASK CODE  B190    LITIGATION | 6.10 | 4,953.00 |
| | | GRAND TOTAL FEES | 6.60 | 5,553.00 |
| | | TOTAL FEES SERVICES ----------------------------------------------- $ | | 5,553.00 |

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 0.50 | 600.00 |
| SUBTOTAL  B110   CASE ADMINISTRATION | | 0.50 | 600.00 |
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 4.80 | 4,200.00 |
| JXG | JASON GOTTLIEB | 0.20 | 240.00 |
| KJY | KEN (JIAN-QING) YAN | 0.50 | 165.00 |
| VTU | VANI T. UPADHYAYA | 0.60 | 348.00 |
| SUBTOTAL  B190   LITIGATION | | 6.10 | 4,953.00 |
| TOTAL FEES | | 6.60 | 5,553.00 |

**TASK SUMMARY FOR FEES:**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 0.50 | 600.00 |
| B190 | LITIGATION | 6.10 | 4,953.00 |
| TOTAL FEES | | 6.60 | 5,553.00 |

# Morrison Cohen LLP

030983-0007        GENESIS GLOBAL HOLDCO, LLC                    DATE:        10/18/23
                                                                INVOICE #:   2219765

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|----------------|-------|--------|
| DCI | DANIEL C. ISAACS | 4.80 | 4,200.00 |
| JXG | JASON GOTTLIEB | 0.70 | 840.00 |
| KJY | KEN (JIAN-QING) YAN | 0.50 | 165.00 |
| VTU | VANI T. UPADHYAYA | 0.60 | 348.00 |
| TOTAL FEES | | 6.60 | 5,553.00 |

DISBURSEMENTS:                                                                      Value

TASK SUMMARY FOR EXPENSES:

| | | Value |
|---|---|---|
| ELECTRONIC DATA STORAGE | | 2,492.87 |
| TOTAL DISBURSEMENTS | $ | 2,492.87 |
| TOTAL BALANCE DUE FOR THIS PERIOD | $ | 8,045.87 |

# MorrisonCohen LLP

030983-0008      GENESIS GLOBAL HOLDCO, LLC                DATE:      10/18/23
                                                          INVOICE #:  2219765

                 ARIANNA PRETTO-SAKMANN GENESIS
                 GLOBAL TRADING, INC.                     TAXPAYER IDENTIFICATION
                 250 PARK AVENUE SOUTH, 5TH FLOOR         NUMBER 13-3205994
                 NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B190 | | LITIGATION | | |
| 09/01/23 | DCI | CORR. WITH CLIENT REGARDING NOTICE TO CUSTOMERS. | 0.30 | 262.50 |
| 09/05/23 | DCI | CORR. WITH CLEARY/CLIENT REGARDING CONSENT ORDER. | 0.70 | 612.50 |
| 09/05/23 | JXG | EMAIL WITH TEAM AND CLIENT REGARDING SETTLEMENT FINALIZATION | 0.20 | 240.00 |
| 09/11/23 | JXG | EMAILS WITH CLIENT AND TEAM REGARDING FINALIZATION OF SETTLEMENT | 0.10 | 120.00 |
| 09/11/23 | DCI | CORR. WITH CLIENT AND REGULATOR REGARDING CONSENT ORDER. | 0.40 | 350.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 1.70 | 1,585.00 |
| GRAND TOTAL FEES | | | 1.70 | 1,585.00 |
| TOTAL FEES SERVICES | | | $ | 1,585.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 1.40 | 1,225.00 |
| JXG | JASON GOTTLIEB | 0.30 | 360.00 |
| SUBTOTAL  B190    LITIGATION | | 1.70 | 1,585.00 |
| TOTAL FEES | | 1.70 | 1,585.00 |

# Morrison Cohen LLP

| 030983-0008 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
|---|---|---|---|
| | | INVOICE #: | 2219765 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | LITIGATION | 1.70 | 1,585.00 |
| TOTAL FEES | | 1.70 | 1,585.00 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 1.40 | 1,225.00 |
| JXG | JASON GOTTLIEB | 0.30 | 360.00 |
| TOTAL FEES | | 1.70 | 1,585.00 |

| TOTAL BALANCE DUE FOR THIS PERIOD | $ | 1,585.00 |
|---|---|---|

# MorrisonCohen LLP

| 030983-0014 | GENESIS GLOBAL HOLDCO, LLC | | DATE: 10/18/23 |
|---|---|---|---|
| | | | INVOICE #:  2219765 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B190 | | LITIGATION | | |
| 08/04/23 | VTU | DISCUSS CLAIMANT LETTER WITH J. GOTTLIEB | 0.20 | 116.00 |
| 08/09/23 | VTU | EMAILS REGARDING LETTER TO CLAIMANT, CO-RESPONDENT | 0.10 | 58.00 |
| 08/10/23 | VTU | EMAILS REGARDING CLAIMANT LETTER | 0.10 | 58.00 |
| 08/11/23 | VTU | EMAILS REGARDING CLAIMANT LETTER, AAA ARBITRATION | 0.30 | 174.00 |
| 08/14/23 | VTU | ATTENTION TO EMAILS FROM PLAINTIFF'S, CO-RESPONDENT'S COUNSEL | 0.10 | 58.00 |
| 08/17/23 | VTU | REVIEW CO-RESPONDENT'S LETTER REGARDING CLAIMANT DISCOVERY | 0.20 | 116.00 |
| 08/18/23 | VTU | REVIEW EMAILS WITH CGSH REGARDING RESPONDING TO CLAIMANT DISCOVERY | 0.10 | 58.00 |
| 08/21/23 | VTU | REVIEW EMAILS REGARDING STRATEGY FOR RESPONSE TO PLAINTIFF'S LETTER (.2); REVIEW EMAILS FROM CLAIMANT'S AND CO-RESPONDENT'S COUNSEL (.1) | 0.30 | 174.00 |
| 08/24/23 | VTU | ATTENTION TO EMAILS REGARDING LETTERS TO JAMS, AAA REGARDING BANKRUPTCY STAY | 0.10 | 58.00 |
| | | | | |
| TOTAL TASK CODE  B190    LITIGATION | | | 1.50 | 870.00 |
| | | | | |
| GRAND TOTAL FEES | | | 1.50 | 870.00 |
| | | TOTAL FEES SERVICES | $ | 870.00 |

# Morrison Cohen LLP

030983-0014        GENESIS GLOBAL HOLDCO, LLC                    DATE:        10/18/23
                                                                INVOICE #:   2219765

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| VTU | VANI T. UPADHYAYA | 1.50 | 870.00 |
| SUBTOTAL  B190  LITIGATION | | 1.50 | 870.00 |
| TOTAL FEES | | 1.50 | 870.00 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B190 | LITIGATION | 1.50 | 870.00 |
| TOTAL FEES | | 1.50 | 870.00 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| VTU | VANI T. UPADHYAYA | 1.50 | 870.00 |
| TOTAL FEES | | 1.50 | 870.00 |

TOTAL BALANCE DUE FOR THIS PERIOD  _____  $    870.00

# MorrisonCohen LLP

030983-0015        GENESIS GLOBAL HOLDCO, LLC          DATE:      10/18/23
                                                       INVOICE  #: 2219765


                   ARIANNA PRETTO-SAKMANN              TAXPAYER IDENTIFICATION
                   GENESIS GLOBAL TRADING, INC.        NUMBER 13-3205994
                   250 PARK AVENUE SOUTH, 5TH FLOOR
                   NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B190 | | LITIGATION | | |
| 09/21/23 | MIM | SEND EMAIL TO AAA REGARDING CASE STATUS UPDATE (.20) | 0.20 | 175.00 |
| TOTAL TASK CODE B190 | | LITIGATION | 0.20 | 175.00 |
| GRAND TOTAL FEES | | | 0.20 | 175.00 |
| | | TOTAL FEES SERVICES | $ | 175.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B190 | LITIGATION | | |
| MIM | MICHAEL MIX | 0.20 | 175.00 |
| SUBTOTAL B190 | LITIGATION | 0.20 | 175.00 |
| TOTAL FEES | | 0.20 | 175.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B190 | LITIGATION | 0.20 | 175.00 |
| TOTAL FEES | | 0.20 | 175.00 |

# MorrisonCohen LLP

| 030983-0015 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
|---|---|---|---|
| | | INVOICE #: | 2219765 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| MIM | MICHAEL MIX | 0.20 | 175.00 |
| **TOTAL FEES** | | 0.20 | 175.00 |

TOTAL BALANCE DUE FOR THIS PERIOD _____ $ 175.00

# MorrisonCohen LLP

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 10/18/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2219765 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 09/07/23 | JXG | EMAIL WITH D. ISAACS REGARDING STRATEGY | 0.20 | 240.00 |
| 09/08/23 | JXG | EMAIL WITH REGULATOR (.2); UPDATE EMAIL WITH CLIENTS (.3) | 0.50 | 600.00 |
| 09/10/23 | JXG | STRATEGY DISCUSSION WITH CLEARY (S. O'NEAL AND R. ZUTSHI) | 0.80 | 960.00 |
| 09/18/23 | JXG | EMAIL WITH CLIENTS REGARDING CO-RESPONDENT'S LETTER TO REGULATOR REQUESTING ██████ | 0.10 | 120.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 1.60 | 1,920.00 |
| TASK CODE B190 | | LITIGATION | | |
| 09/01/23 | DCI | CONF. WITH CO-RESPONDENT COUNSEL REGARDING ██████; CONF. WITH JG REGARDING RESPONSE TO REGULATOR. | 0.70 | 612.50 |
| 09/01/23 | JXG | CALL WITH ██████ REGARDING LITIGATION STRATEGY (.3); DISCUSSION WITH D. ISAACS REGARDING SAME (.2); PREPARING RESPONSE TO REGULATOR ON RULE 26(F) CONFERENCE (.2) | 0.70 | 840.00 |
| 09/05/23 | DCI | LEGAL RESEARCH REGARDING ██████ CONF. WITH JG AND WR REGARDING REQUEST TO COURT TO ██████. | 2.10 | 1,837.50 |
| 09/05/23 | WIR | LEGAL RESEARCH AND DISCUSSIONS RE OPTIONS FOR ██████ PENDING RESOLUTION OF ██████ | 1.50 | 1,050.00 |
| 09/05/23 | JXG | EMAIL WITH REGULATOR AND CO-RESPONDENT (.2); EMAIL WITH W.ROTH & D. ISAACS REGARDING EARLY MEETING OF COUNSEL (.2). | 0.40 | 480.00 |
| 09/06/23 | JXG | EMAIL WITH D. ISAACS (.2), EMAIL WITH A. PRETTO-SAKMANN & A. SULLIVAN REGARDING MATTER/LITIGATION UPDATE (.2). | 0.40 | 480.00 |
| 09/06/23 | DCI | ANALYSIS AND CONSIDERATION REGARDING ██████ | 0.80 | 700.00 |
| 09/06/23 | WIR | LEGAL RESEARCH RE STANDARD FOR ██████ | 0.80 | 560.00 |

# Morrison Cohen LLP

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 10/18/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2219765 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/07/23 | DCI | ANALYZE POTENTIAL DOCUMENT REVIEW SCOPING (1.5); EMAIL WITH J. GOTTLIEB REGARDING STRATEGY (.2) | 1.70 | 1,487.50 |
| 09/07/23 | WIR | PREPARE PAPERS RE ███████████ (2.3); ATTENTION TO DOCUMENT REVIEW FOR INITIAL DISCLOSURES AND REQUESTS (.7) | 3.00 | 2,100.00 |
| 09/07/23 | JXG | EMAIL WITH TEAM REGARDING LETTER FOR CASE RE BANKRUPTCY STAY | 0.20 | 240.00 |
| 09/07/23 | GLS | CORRESPOND WITH D. ISAACS REGARDING DOCUMENT REVIEW WORKFLOWS AND DATA MANAGEMENT. | 0.30 | 142.50 |
| 09/08/23 | DCI | CORR. WITH REGULATOR REGARDING ███████ | 0.30 | 262.50 |
| 09/08/23 | WIR | LEGAL RESEARCH AND PREPARATION OF ██████████ PAPERS | 2.50 | 1,750.00 |
| 09/10/23 | WIR | RESEARCH AND DRAFT PRE-MOTION LETTER RE ██████████ | 1.50 | 1,050.00 |
| 09/11/23 | JXG | EMAIL WITH REGULATOR AND OPPOSING COUNSEL REGARDING EARLY MEETING OF COUNSEL | 0.20 | 240.00 |
| 09/12/23 | JXG | CONFERENCE CALL WITH E. REILLY REGARDING MATTER | 0.20 | 240.00 |
| 09/12/23 | WIR | RESEARCH AND DRAFT PRE-MOTION LETTER (1.7); LEGAL RESEARCH RE ██████████████ (1.7). | 3.40 | 2,380.00 |
| 09/12/23 | DCI | CONF. WITH REGULATOR REGARDING ██████ MATTERS. | 0.50 | 437.50 |
| 09/13/23 | DCI | DRAFT/REVISE PRE-MOTION LETTER REGARDING ████████ | 2.30 | 2,012.50 |
| 09/13/23 | WIR | ATTENTION TO AND WORK ON PREMOTION LETTER AD RELATED LEGAL QUESTIONS | 0.90 | 630.00 |
| 09/13/23 | JXG | EMAIL WITH D. ISAACS & W. ROTH REGARDING PRE-MOTION LETTER | 0.30 | 360.00 |
| 09/14/23 | JXG | EMAIL WITH J. BAUGHMAN REGARDING EARLY MEETING OF COUNSEL | 0.10 | 120.00 |
| 09/14/23 | DCI | DRAFT/REVISE PRE-MOTION LETTER TO ███████████. | 0.60 | 525.00 |
| 09/15/23 | DCI | DRAFT/REVISE/FILE PRE-MOTION LETTER TO ██████████ | 0.80 | 700.00 |
| 09/15/23 | JXG | FINALIZATION AND FILING OF PRE-MOTION LETTER TO ██████████ (0.4); EMAIL WITH CLIENT REGARDING SAME (.1) | 0.50 | 600.00 |
| 09/15/23 | LIP | E-FILED, DOCKET AND CALENDAR LETTER MOTION FOR A PRE-MOTION CONFERENCE REGARDING MOTION TO ████ | 0.20 | 44.00 |

# Morrison Cohen LLP

| | | | | |
|---|---|---|---|---|
| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 10/18/23 |
| | | | INVOICE #: | 2219765 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/21/23 | WIR | ATTENTION TO AND WORK ON  COURT FILINGS AND ███ ISSUES | 0.70 | 490.00 |
| 09/21/23 | DCI | CONF. WITH REGULATOR (1); REVIEW REGULATOR'S OPPOSITION LETTER (.5). | 1.50 | 1,312.50 |
| 09/21/23 | JXG | RULE 26(F) CONFERENCE WITH REGULATOR(.5); PREP FOR SAME (.4); EMAIL WITH A. PRETTO-SAKMANN REGARDING UPDATES (.2) | 1.10 | 1,320.00 |
| 09/21/23 | BSC | REVIEWED AND DOCKETED LETTER RESPONSE IN OPPOSITION TO MOTION FOR CONFERENCE. | 0.10 | 22.50 |
| 09/22/23 | WIR | ATTENTION TO AND WORK ON ███ MATTERS INCLUDING INITIAL DISCLOSURES | 0.80 | 560.00 |
| 09/24/23 | WIR | REVIEW COLLECTED DOCUMENTS FOR INITIAL DISCLOSURES AND ███ | 1.20 | 840.00 |
| 09/26/23 | JXG | EMAIL WITH REGULATOR REGARDING INITIAL DISCLOSURES | 0.20 | 240.00 |
| 09/26/23 | DCI | CORR. WITH REGULATOR REGARDING ███ | 0.40 | 350.00 |
| TOTAL TASK CODE  B190    LITIGATION | | | 32.90 | 27,016.50 |
| GRAND TOTAL FEES | | | 34.50 | 28,936.50 |
| | TOTAL FEES SERVICES | ------------------------------------------------------ $ | | 28,936.50 |

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| JXG | JASON GOTTLIEB | 1.60 | 1,920.00 |
| SUBTOTAL  B110   CASE ADMINISTRATION | | 1.60 | 1,920.00 |
| B190 | LITIGATION | | |
| BSC | BRIANNA S. CRAWLEY | 0.10 | 22.50 |
| DCI | DANIEL C. ISAACS | 11.70 | 10,237.50 |
| GLS | GISSELLE L. SINGLETON | 0.30 | 142.50 |
| JXG | JASON GOTTLIEB | 4.30 | 5,160.00 |
| LIP | LISA PICHARDO | 0.20 | 44.00 |
| WIR | WILLIAM ROTH | 16.30 | 11,410.00 |
| SUBTOTAL  B190    LITIGATION | | 32.90 | 27,016.50 |

# MorrisonCohen LLP

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 10/18/23 |
|---|---|---|---|
| | | INVOICE #: | 2219765 |

---

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| **TOTAL FEES** | | 34.50 | 28,936.50 |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 1.60 | 1,920.00 |
| B190 | LITIGATION | 32.90 | 27,016.50 |
| **TOTAL FEES** | | 34.50 | 28,936.50 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| BSC | BRIANNA S. CRAWLEY | 0.10 | 22.50 |
| DCI | DANIEL C. ISAACS | 11.70 | 10,237.50 |
| GLS | GISSELLE L. SINGLETON | 0.30 | 142.50 |
| JXG | JASON GOTTLIEB | 5.90 | 7,080.00 |
| LIP | LISA PICHARDO | 0.20 | 44.00 |
| WIR | WILLIAM ROTH | 16.30 | 11,410.00 |
| **TOTAL FEES** | | 34.50 | 28,936.50 |

## DISBURSEMENTS:

Value

### TASK SUMMARY FOR EXPENSES:

| | Value |
|---|---|
| ELECTRONIC DATA STORAGE | 32.00 |
| TOTAL DISBURSEMENTS $ | 32.00 |
| TOTAL BALANCE DUE FOR THIS PERIOD $ | 28,968.50 |

# MorrisonCohen LLP

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      10/18/23
                                                              INVOICE #:  2219765

---

### WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

**EXHIBIT D**

**Summary of Expenses for September 1, 2023 through September 30, 2023**

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $2,524.87 |
| **Grand Total Expenses** | **$2,524.87** |

## **EXHIBIT E**

### **Summary of Expenses for September 1, 2023 through September 30, 2023**

**Relativity Hosting Fee**

9/30/2023   Relativity Hosting September 2023 – 030983-0007 - $2,492.87

9/30/2023   Relativity Hosting September 2023 – 030983-0017 - $32.00