David M. Fournier (admitted *pro hac vice*)
Marcy J. McLaughlin Smith (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:            (866) 422.3027
Email: david.fournier@troutman.com
         marcy.smith@troutman.com
*Counsel for Valour Inc.*

Presentment Date and Time:
November 3, 2023
at 12:00 noon

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL) |

**NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION OF**
**MARCY J. MCLAUGHLIN SMITH TO WITHDRAW AS COUNSEL FOR**
<u>**VALOUR, INC. AND OPPORTUNITY FOR HEARING**</u>

PLEASE TAKE NOTICE that upon the annexed Motion of Marcy J. Mclaughlin Smith to withdraw as counsel for Valour, Inc. in the above-captioned proceeding, the undersigned will present the attached proposed order to the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, for signature on November 3, 2023 at 12:00 noon.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

164462139v2

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated: October 27, 2023
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*
David M. Fournier (admitted *pro hac vice*)
Marcy J. McLaughlin Smith (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:          (866) 422.3027
Email: david.fournier@troutman.com
            marcy.smith@troutman.com

*Counsel for Valour, Inc.*

To:    Valour, Inc.
       c/o Peter Maerkl
       peter@valour.com

-4-