Evelyn J. Meltzer (DE Bar No. 4581)
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
E-mail: evelyn.meltzer@troutman.com
*Attorneys for Valour Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re:                                                                  :    Chapter 11

                                                                          :

Genesis Global Holdco, LLC, *et al.*, [1]                   :    Case No. 23-10063 (SHL)

                                                                          :

                                            Debtors.              :    Jointly Administered

---------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Evelyn J. Meltzer, request admission, *pro hac vice*, before the Honorable Sean H. Lane

to represent Valour Inc. in the above-referenced cases.

***I certify that I am a member in good standing*** of the bars of the State of Delaware and the

Commonwealth of Pennsylvania, and the bar of each of the following courts:

- U.S. District Court for the District of Delaware; and
- U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Wilmington, Delaware
         November 1, 2023

**Troutman Pepper Hamilton Sanders LLP**

*/s/ Evelyn J. Meltzer*
Evelyn J. Meltzer (DE Bar No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
E-mail: evelyn.meltzer@troutman.com
*Attorneys for Valour Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

164628047v1