**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re: : Chapter 11
 :
Genesis Global Holdco, LLC, *et al*., [1] : Case No. 23-10063 (SHL)
 :
            Debtors. : Jointly Administered
------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Evelyn J. Meltzer, Esq., to be admitted, ***pro hac vice***, to represent Valour Inc. ("Valour") in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bars of the State of Delaware and the Commonwealth of Pennsylvania, and the bar of each of the following courts: the U.S. District Court for the District of Delaware and the U.S. District Court for the Eastern District of Pennsylvania.; it is hereby

**ORDERED**, that Evelyn J. Meltzer, Esq., is admitted to practice, ***pro hac vice,*** in the above-referenced cases to represent Valour in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ , 2023
        New York, New York                        THE HONORABLE SEAN H. LANE
                                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

164627951v1