UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23-1190 (SHL) |
| Plaintiff, | |
| v. | |
| Eric Asquith, | |
| Defendant. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David A. Rich, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Eric Asquith a Defendant in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of New York, Alabama and the Commonwealth of Massachusetts and, the bar of each of the following courts:

- U.S. District Court for the District of Massachusetts; and
- U.S. District Court for the District of Alabama.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Wellesley, Massachusetts
November 3, 2023

THE DEFENDANT,
ERIC ASQUITH,

/s/David A. Rich
David A. Rich (BBO# 4900015)
Anthony Signoracci (BBO #6066484)
**Chartwell Law Offices, LLP**
Worcester Street, Suite 200
Wellesley, MA 02481
Tel: (617) 420-8046
Fax: (617) 395-2627
Drich@chartwelllaw.com
asignoracci@chartwelllaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23-1190 (SHL) |
| Plaintiff, | |
| v. | |
| Eric Asquith, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

     I certify that on November 3, 2023, I caused copies of the Motion for Admission to Practice, Pro Hac Vice (the "Motion") to be served upon entities listed on the master service list, attached hereto as Exhibit A, in the manner indicated

*Attorneys for Respondent Genesis Global Capital, LLC*,
Sean A. O'Neal soneal@cgsh.com
Luke A. Barefoot lbarefoot@cgsh.com
Jane VanLare jvanlare@cgsh.com
Jack Massey jamassey@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

        THE DEFENDANT,
ERIC ASQUITH,

/s/David A. Rich
David A. Rich (BBO# 4900015)
Anthony Signoracci (BBO #6066484)
**Chartwell Law Offices, LLP**
Worcester Street, Suite 200
Wellesley, MA 02481
Tel: (617) 420-8046
Fax: (617) 395-2627
Drich@chartwelllaw.com
asignoracci@chartwelllaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23-1190 (SHL) |
| Plaintiff, | |
| v. | |
| Eric Asquith, | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the Motion of David Rich, Esq., to be admitted, ***pro hac vice***, to represent Eric Asquith in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bars of the state of Alabama, New York and the Commonwealth of Massachusetts and the bar of each of the following courts: U.S. District Court for the District of Alabama and the U.S. District Court for the District of Massachusetts; it is hereby

**ORDERED**, that David A. Rich, is admitted to practice, pro hac vice, in the above-referenced cases to represent Eric Asquith in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____, 2023
New York, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATED BANKRUPTCY JUDGE