UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING APPLICATION OF MEDIATOR AND
AWARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**

Upon consideration of the *First and Final Application of Randall J. Newsome, Court-Appointed Mediator, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2023 through August 29, 2023* filed contemporaneously herewith (the "Application")[2] for professional services rendered and expenses incurred during the period commencing May 1, 2023 through August 29, 2023; and a hearing having been held before this court to consider the Application; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized term used but not defined herein shall have the meaning ascribed to them in the Application.

ORDERED that the Application is granted and the Debtors are authorized to pay the Mediator $57,000 for payment of fees incurred and $9,593.09 for reimbursement of expenses.

Dated: November 7, 2023
      White Plains, New York

                                              */s/ Sean H. Lane*
                                              UNITED STATES BANKRUPTCY JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK

Case No.:    23-10063 (SHL)                                                          **CURRENT INTERIM FEE PERIOD**

**Schedule A**

Case Name: *In re Genesis Global Holdco, LLC*                    May 1, 2023 – August 23, 2023

| 1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Hon. Randall J. Newsome, Mediator | 10/2/23; ECF No. 770 | $57,000.00 | $57,000.00 | $57,000.00 | $0.00 | $57,000.00 | $9,593.09 | $9,593.09 |

Revised September 2011                    DATE ON WHICH ORDER WAS SIGNED: <u>11-7-2023</u>                    INITIALS: <u>SHL USBJ</u>

Case No.:    23-10063 (SHL)                                    **FINAL FEE APPLICATION TOTALS**

**Schedule B**

Case Name:  *In re Genesis Global Holdco, LLC*                 May 1, 2023 – August 23, 2023

| (1)<br>**Applicant** | (2)<br>**Total Fees Requested** | (3)<br>**Total Fees Paid** | (4)<br>**Total Expenses Requested** | (5)<br>**Total Expenses Paid** |
|---|---|---|---|---|
| Hon. Randall J. Newsome, Mediator | $57,000.00 | $57,000.00 | $9,593.09 | $9,593.09 |

Revised September 2011          DATE ON WHICH ORDER WAS SIGNED: 11-7-2023          INITIALS: SHL USBJ