**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

**COVER SHEETS FOR SEVENTH MONTHLY
APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS
FROM SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| Name of applicant: | Moelis & Company LLC |
|---|---|
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | March 21, 2023 (effective as of January 19, 2023) |
| Period for which compensation and reimbursement are sought (the "***Compensation Period***"): | September 1, 2023 through September 30, 2023 |
| Amount of compensation sought: | $200,000 |
| Amount of payment requested for compensation: | $160,000 |
| Amount of expense reimbursement sought: | $11,490.97[2] |
| Amount of payment requested for expense reimbursement: | $11,490.97 |
| This is a(n): | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R). The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Please note that certain vendor invoices may not be received until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

1

**SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF
SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| | Hours Summary | | | | | |
|---|---|---|---|---|---|---|
| | Jared Dermont | Michael DiYanni | Barak Klein | Brian Tichenor | Jason Soto | Andrew Swift |
| | Managing Director | Managing Director | Managing Director | Managing Director | Executive Director | Executive Director |
| September 1 - September 30 | 14 hour(s) | 36 hour(s) | 29 hour(s) | 28 hour(s) | 27 hour(s) | 23 hour(s) |
| **Total** | **14 hour(s)** | **36 hour(s)** | **29 hour(s)** | **28 hour(s)** | **27 hour(s)** | **23 hour(s)** |

| | Hours Summary | | | | |
|---|---|---|---|---|---|
| | Brendon Barnwell | Benjamin Dipietro | Olivier Backes | Jason Roden | Amy Tan |
| | Vice President | Assoicate | Assoicate | Analyst | Analyst |
| September 1 - September 30 | 44 hour(s) | 35 hour(s) | 50 hour(s) | 48 hour(s) | 47 hour(s) |
| **Total** | **44 hour(s)** | **35 hour(s)** | **50 hour(s)** | **48 hour(s)** | **47 hour(s)** |

## SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
## SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023[1]

| Category | |
|---|---:|
| Legal Fees | $10,916.00 |
| Meals | 255.70 |
| Ground Transportation | 194.80 |
| T&E - Other | 199.16 |
| T&E - Other Credit | (74.69) |
| **Total Expense Payment Requested** | **$11,490.97** |

---

[1] $74.69 credit to correct expenses submitted duplicatively in Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from August 1, 2023 Through and Including August 31, 2023

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SEVENTH MONTHLY**
**APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS**
**FROM SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 101] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this seventh monthly application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from September 1, 2023 through and including September 30, 2023 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application, Moelis seeks (a) approval of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R). The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

1

compensation for services rendered in the amount of $200,000, for the Compensation Period pursuant to Moelis' approved Engagement Letter (defined below), and (b) approval of reimbursement of actual and necessary expenses in the amount of $6,368.12 incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

## Background

1. On January 19, 2023 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 3, 2023, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the official committee of unsecured creditors (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]. No trustee or examiner has been appointed in these Chapter 11 Cases.

2. Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of A. Derar Islam in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* [D.I. 17].

3. On March 21, 2023, the Court entered an order authorizing the Debtors to retain Moelis as their investment banker, effective as of the Petition Date [D.I. 151] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

**COMPENSATION REQUESTED FOR**
**SERVICES RENDERED DURING THE COMPENSATION PERIOD**

4.     Moelis' requested compensation for the Compensation Period includes its Monthly Fee (as defined in the Engagement Letter) for September 2023 in the amount of $200,000.

5.     During the Compensation Period, Moelis' investment banking professionals rendered approximately 381 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to retain Moelis [D.I. 151], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

6.     Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. The summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

(a)     **Meetings and Calls with Management and Creditors**. During the Compensation Period, Moelis participated in calls and meetings with management, the Debtors' other professionals and creditors and the creditors' advisors. These calls covered various topics, including but not limited to the chapter 11 process, liquidity, financial scenario analysis, recovery analysis, the state of business operations, the status of the sales process and restructuring strategy. Moelis prepared materials for management and creditors and provided strategic advice regarding these chapter 11 cases. Moelis participated in meetings with the Debtors' management and board of directors and presented materials regarding the Debtors' business plan, financials, the sale process and strategic matters. Moelis also presented weekly updates to the Special Committee of the Board of Directors of Genesis Global Holdco, LLC.

(b)     **Preparation/Review of Various Analyses and Documents.** Moelis reviewed various iterations of the Debtors' short- and medium-term business plan, operating plans, forecasted operating model, financial statements and financial projections prepared by the Debtors and their professionals. Moelis conducted substantial due diligence on the Debtors' business operations, financial condition and proposed financial projections and forecasted operating model and attended extensive due diligence meetings with the Debtors, the Debtors' advisors and various parties-in-interest. Moelis also assessed the

3

        Debtors' current capital structure, including the crypto market's impact on account holders and balance sheet cryptocurrency, as well as liquidity.

(c) **Management Presentations and Due Diligence calls with Potential Investors.** Moelis organized management presentations with potential investors and organized due diligence calls between Debtors and potential investors. Moelis conducted post-due diligence follow-ups and managed ongoing documentation requests, as well as coordinated additional diligence sessions as needed.

(d) **Plan of Reorganization Process.** Moelis worked with the Debtors and their advisors to prepare, analyze, and negotiate potential plan of reorganization alternatives and their corresponding impact on account holder recovery. Moelis facilitated diligence for and helped the Debtors prepare materials for various parties in interest in this process. Moelis helped management to diligence financial models upon which the Debtors could evaluate plan of reorganization alternatives. In support of these efforts, Moelis conducted numerous calls with Debtors' management and their other advisors to refine such analysis.

(e) **Strategic Alternatives**. Moelis reviewed and analyzed potential strategic alternatives, including, among other things, M&A transactions, asset sales, and a standalone plan of reorganization.

(f) **Administrative Matters.** Moelis conducted investment banking and capital market services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

7. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules have been modified such that Moelis' restructuring professionals are required only to keep reasonably detailed time records in one-hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to maintain time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

8. To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

## REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE COMPENSATION PERIOD

9. Expenses incurred by Moelis for the Compensation Period totaled $11,490.97. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10. Moelis has made every reasonable effort to minimize its disbursements in these chapter 11 cases. All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary, and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $200,000 and 100% of its expenses of $11,490.97 incurred during the Compensation Period. Moelis also respectfully requests authorization for the Debtors to pay to Moelis $160,000 in fees (representing 80% of its fees requested herein), plus $11,490.97 (representing 100% of the expense reimbursement requested herein).

Dated: November 3, 2023
New York, New York

**MOELIS & COMPANY LLC**

By: */s/ Jared Dermont*
Name:    Jared Dermont
Title:     Managing Director
           Moelis & Company LLC
           *Investment Banker to the Debtors*
           *and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) Case No. 23-10063 (SHL) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES**

I, Jared Dermont, certify that:

1. I am a Managing Director and head of the Financial Institutions Group (the "<u>FIG Group</u>") at Moelis & Company LLC ("<u>Moelis</u>"), the investment banker to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing seventh monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2. I have read the Application and reviewed the requirements of the Local Rules. I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R). The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rules have been modified such that Moelis' investment banking professionals are required only to keep reasonably detailed time records in one-hour increments, Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records, Moelis' professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates. As stated in the Debtors' application to retain Moelis [D.I. 151], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

| | |
|---|---|
| Dated: November 3, 2023<br>New York, New York | */s/ Jared Dermont*<br>Jared Dermont<br>Managing Director<br>Moelis & Company LLC |

# EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

| Date | Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Barak Klein<br>Managing Director | Brian Tichenor<br>Managing Director | Jason Soto<br>Executive Director | Andrew Swift<br>Executive Director |
|---|---|---|---|---|---|---|
| 09/01/23 | - | 2 hour(s) | 1 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/02/23 | - | - | - | - | - | - |
| 09/03/23 | - | 1 hour(s) | - | - | 1 hour(s) | - |
| 09/04/23 | - | - | - | - | - | - |
| 09/05/23 | - | 2 hour(s) | 1 hour(s) | 1 hour(s) | 3 hour(s) | 1 hour(s) |
| 09/06/23 | 3 hour(s) | 5 hour(s) | 3 hour(s) | 5 hour(s) | 5 hour(s) | 3 hour(s) |
| 09/07/23 | 1 hour(s) | 2 hour(s) | 1 hour(s) | 2 hour(s) | 2 hour(s) | 1 hour(s) |
| 09/08/23 | - | 2 hour(s) | 1 hour(s) | 2 hour(s) | 2 hour(s) | 1 hour(s) |
| 09/09/23 | - | - | - | - | - | - |
| 09/10/23 | - | - | - | - | - | - |
| 09/11/23 | - | - | - | - | - | - |
| 09/12/23 | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/13/23 | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/14/23 | - | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/15/23 | - | - | - | - | - | - |
| 09/16/23 | - | - | - | - | - | - |
| 09/17/23 | - | - | - | - | - | - |
| 09/18/23 | 3 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) |
| 09/19/23 | 1 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | 2 hour(s) | 2 hour(s) |
| 09/20/23 | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/21/23 | - | - | - | - | - | - |
| 09/22/23 | 1 hour(s) | 4 hour(s) | 4 hour(s) | 2 hour(s) | 1 hour(s) | 2 hour(s) |
| 09/23/23 | - | - | - | - | - | - |
| 09/24/23 | - | 1 hour(s) | 1 hour(s) | - | - | - |
| 09/25/23 | - | - | - | - | - | - |
| 09/26/23 | 1 hour(s) | 2 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) | 2 hour(s) |
| 09/27/23 | 1 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) |
| 09/28/23 | - | 2 hour(s) | 2 hour(s) | - | - | 1 hour(s) |
| 09/29/23 | - | 1 hour(s) | 1 hour(s) | 1 hour(s) | - | - |
| 09/30/23 | - | - | - | - | - | - |
| **Total** | **14 hour(s)** | **36 hour(s)** | **29 hour(s)** | **28 hour(s)** | **27 hour(s)** | **23 hour(s)** |

1

2

| Date | Brendon Barnwell<br>Vice President | Olivier Backes<br>Associate | Benjamin DiPietro<br>Associate | Jason Roden<br>Analyst | Amy Tan<br>Analyst |
|---|---|---|---|---|---|
| 09/01/23 | 5 hour(s) | 4 hour(s) | 2 hour(s) | 3 hour(s) | 3 hour(s) |
| 09/02/23 | - | - | - | - | 1 hour(s) |
| 09/03/23 | - | 1 hour(s) | 1 hour(s) | 1 hour(s) | 2 hour(s) |
| 09/04/23 | - | - | - | - | - |
| 09/05/23 | 5 hour(s) | 5 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) |
| 09/06/23 | 2 hour(s) | 4 hour(s) | 5 hour(s) | 5 hour(s) | 3 hour(s) |
| 09/07/23 | 2 hour(s) | 4 hour(s) | 2 hour(s) | 3 hour(s) | 5 hour(s) |
| 09/08/23 | 3 hour(s) | 3 hour(s) | 4 hour(s) | 5 hour(s) | 7 hour(s) |
| 09/09/23 | - | - | - | - | - |
| 09/10/23 | - | - | - | - | - |
| 09/11/23 | - | 2 hour(s) | - | 1 hour(s) | 1 hour(s) |
| 09/12/23 | 1 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/13/23 | 3 hour(s) | - | - | 1 hour(s) | - |
| 09/14/23 | 1 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) |
| 09/15/23 | 1 hour(s) | - | - | 1 hour(s) | 1 hour(s) |
| 09/16/23 | - | - | - | - | - |
| 09/17/23 | - | - | - | - | - |
| 09/18/23 | 3 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | - |
| 09/19/23 | 5 hour(s) | 6 hour(s) | 5 hour(s) | 8 hour(s) | 5 hour(s) |
| 09/20/23 | 1 hour(s) | - | - | - | 3 hour(s) |
| 09/21/23 | - | 1 hour(s) | - | - | 2 hour(s) |
| 09/22/23 | 4 hour(s) | 3 hour(s) | 2 hour(s) | 2 hour(s) | 3 hour(s) |
| 09/23/23 | - | - | - | - | 1 hour(s) |
| 09/24/23 | 3 hour(s) | 1 hour(s) | 1 hour(s) | 1 hour(s) | - |
| 09/25/23 | - | - | - | - | - |
| 09/26/23 | 3 hour(s) | 3 hour(s) | 2 hour(s) | 3 hour(s) | 2 hour(s) |
| 09/27/23 | 1 hour(s) | 2 hour(s) | - | 2 hour(s) | 2 hour(s) |
| 09/28/23 | 4 hour(s) | 2 hour(s) | 2 hour(s) | 2 hour(s) | 1 hour(s) |
| 09/29/23 | 1 hour(s) | 2 hour(s) | 1 hour(s) | 2 hour(s) | 1 hour(s) |
| 09/30/23 | - | - | - | - | - |
| **Total** | **44 hour(s)** | **50 hour(s)** | **35 hour(s)** | **48 hour(s)** | **47 hour(s)** |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Michael DiYanni | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Michael DiYanni | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Barak Klein | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Brian Tichenor | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Brian Tichenor | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Jason Soto | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Olivier Backes | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Olivier Backes | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Olivier Backes | 9/1/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/1/2023 | 1 hour(s) | Review / prepare Moelis supplemental retention application |
| Brendon Barnwell | 9/1/2023 | 1 hour(s) | Internal discuss re process, strategy |
| Brendon Barnwell | 9/1/2023 | 1 hour(s) | Call with company re sales process |
| Brendon Barnwell | 9/1/2023 | 2 hour(s) | Call with company advisors re APA; prep for same |
| Brendon Barnwell | 9/1/2023 | 2 hour(s) | Call with company advisors re UCC feedback; prep for same |
| Jason Roden | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Jason Roden | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Jason Roden | 9/1/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Amy Tan | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Amy Tan | 9/1/2023 | 1 hour(s) | General administrative / scheduling functions |
| Benjamin DiPietro | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Benjamin DiPietro | 9/1/2023 | 1 hour(s) | Call with Cleary re sales process |
| Andrew Swift | 9/1/2023 | 1 hour(s) | Call with Houlihan / BRG |
| Amy Tan | 9/2/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 9/3/2023 | 1 hour(s) | Discussion re process |
| Jason Soto | 9/3/2023 | 1 hour(s) | Discussion re process |
| Olivier Backes | 9/3/2023 | 1 hour(s) | Financial Analysis |
| Jason Roden | 9/3/2023 | 1 hour(s) | Discussion re process |
| Amy Tan | 9/3/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/3/2023 | 1 hour(s) | Discussion re process |
| Benjamin DiPietro | 9/3/2023 | 1 hour(s) | Discussion re process |
| Michael DiYanni | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Michael DiYanni | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Barak Klein | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Brian Tichenor | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Jason Soto | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Jason Soto | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Jason Soto | 9/5/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 9/5/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/5/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Olivier Backes | 9/5/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Brendon Barnwell | 9/5/2023 | 1 hour(s) | Standing call with company advisors, UCC advisors |
| Brendon Barnwell | 9/5/2023 | 2 hour(s) | Call with company advisors re APA; prep for same |
| Brendon Barnwell | 9/5/2023 | 2 hour(s) | Internal discussions & discussions with counsel re filings; review documents re same |
| Jason Roden | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Jason Roden | 9/5/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Amy Tan | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Amy Tan | 9/5/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Benjamin DiPietro | 9/5/2023 | 1 hour(s) | Call with Cleary re sales process |
| Benjamin DiPietro | 9/5/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Andrew Swift | 9/5/2023 | 1 hour(s) | Call with Cleary / A&M / Moelis re process |
| Michael DiYanni | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Michael DiYanni | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |
| Barak Klein | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Brian Tichenor | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Brian Tichenor | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |
| Jared Dermont | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Jason Soto | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Jason Soto | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |
| Olivier Backes | 9/6/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/6/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |
| Brendon Barnwell | 9/6/2023 | 2 hour(s) | Omnibus hearing |
| Jason Roden | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Jason Roden | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Amy Tan | 9/6/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |
| Benjamin DiPietro | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Benjamin DiPietro | 9/6/2023 | 2 hour(s) | Diligence call with potential buyer |
| Andrew Swift | 9/6/2023 | 3 hour(s) | September 6 Genesis Hearing |
| Michael DiYanni | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Michael DiYanni | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Barak Klein | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Brian Tichenor | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Brian Tichenor | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Jared Dermont | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Soto | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Soto | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Olivier Backes | 9/7/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 9/7/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Olivier Backes | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Brendon Barnwell | 9/7/2023 | 2 hour(s) | Call with special committee and advisors |
| Jason Roden | 9/7/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Roden | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Amy Tan | 9/7/2023 | 2 hour(s) | Diligence |
| Amy Tan | 9/7/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Amy Tan | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Benjamin DiPietro | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Benjamin DiPietro | 9/7/2023 | 1 hour(s) | Diligence call with potential buyer |
| Andrew Swift | 9/7/2023 | 1 hour(s) | Special Committee Weekly Call |
| Michael DiYanni | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Michael DiYanni | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Barak Klein | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Brian Tichenor | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Brian Tichenor | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Jason Soto | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Jason Soto | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Olivier Backes | 9/8/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Olivier Backes | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Brendon Barnwell | 9/8/2023 | 1 hour(s) | Call with company re sales process |
| Brendon Barnwell | 9/8/2023 | 2 hour(s) | Call with company advisors re process |
| Jason Roden | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Jason Roden | 9/8/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Jason Roden | 9/8/2023 | 2 hour(s) | Prepared sale process materials |
| Amy Tan | 9/8/2023 | 2 hour(s) | Diligence |
| Amy Tan | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Amy Tan | 9/8/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Amy Tan | 9/8/2023 | 2 hour(s) | Prepareds sale process materials |
| Benjamin DiPietro | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Benjamin DiPietro | 9/8/2023 | 1 hour(s) | Diligence call with potential buyer |
| Benjamin DiPietro | 9/8/2023 | 2 hour(s) | Prepared sale process materials |
| Andrew Swift | 9/8/2023 | 1 hour(s) | Call with Cleary re process |
| Olivier Backes | 9/11/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/11/2023 | 1 hour(s) | Case Administrative matters |
| Jason Roden | 9/11/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/11/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Brian Tichenor | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jared Dermont | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Soto | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 9/12/2023 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Brendon Barnwell | 9/12/2023 | 1 hour(s) | Standing call with company advisors, UCC advisors |
| Jason Roden | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 9/12/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 9/13/2023 | 1 hour(s) | Special Committee Weekly Call |

4

| Professional | Date | Hours | Description |
|---|---|---|---|
| Barak Klein | 9/13/2023 | 1 hour(s) | Special Committee Weekly Call |
| Brian Tichenor | 9/13/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jared Dermont | 9/13/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Soto | 9/13/2023 | 1 hour(s) | Special Committee Weekly Call |
| Brendon Barnwell | 9/13/2023 | 2 hour(s) | Call with company advisors and UCC advisors re process update; prep for same |
| Brendon Barnwell | 9/13/2023 | 1 hour(s) | Call with special committee and advisors |
| Jason Roden | 9/13/2023 | 1 hour(s) | General administrative / scheduling functions |
| Andrew Swift | 9/13/2023 | 1 hour(s) | Special Committee Weekly Call |
| Michael DiYanni | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Barak Klein | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Brian Tichenor | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Jason Soto | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Olivier Backes | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Olivier Backes | 9/14/2023 | 1 hour(s) | Dataroom and diligence process management |
| Brendon Barnwell | 9/14/2023 | 1 hour(s) | Call with company advisors re process |
| Jason Roden | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Amy Tan | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Benjamin DiPietro | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Andrew Swift | 9/14/2023 | 1 hour(s) | Call with Cleary / A&M re process discussion |
| Brendon Barnwell | 9/15/2023 | 1 hour(s) | Call with company advisors, UCC advisors re distribution mechanics |
| Jason Roden | 9/15/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/15/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Barak Klein | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Brian Tichenor | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Jared Dermont | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Jason Soto | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Olivier Backes | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Brendon Barnwell | 9/18/2023 | 3 hour(s) | Court hearing |
| Jason Roden | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Benjamin DiPietro | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Andrew Swift | 9/18/2023 | 3 hour(s) | September 18 Genesis Hearing |
| Michael DiYanni | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 9/19/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Michael DiYanni | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Barak Klein | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 9/19/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Barak Klein | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Brian Tichenor | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Brian Tichenor | 9/19/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Brian Tichenor | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Jared Dermont | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Soto | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Soto | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Olivier Backes | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 9/19/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Olivier Backes | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Olivier Backes | 9/19/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 9/19/2023 | 2 hour(s) | Prepared financial analysis |
| Brendon Barnwell | 9/19/2023 | 1 hour(s) | Standing call with company advisors, UCC advisors |
| Brendon Barnwell | 9/19/2023 | 1 hour(s) | Internal discussion re process, strategy |
| Brendon Barnwell | 9/19/2023 | 2 hour(s) | Call with company advisors, UCC advisors re distribution mechanics |
| Brendon Barnwell | 9/19/2023 | 1 hour(s) | Call with company advisors re process |
| Jason Roden | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 9/19/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Jason Roden | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Jason Roden | 9/19/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 9/19/2023 | 4 hour(s) | Prepared financial analysis |
| Amy Tan | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Amy Tan | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Amy Tan | 9/19/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/19/2023 | 2 hour(s) | Prepared financial analysis |
| Benjamin DiPietro | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 9/19/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Benjamin DiPietro | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Benjamin DiPietro | 9/19/2023 | 2 hour(s) | Prepared financial analysis |
| Andrew Swift | 9/19/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 9/19/2023 | 1 hour(s) | Call with Cleary re process discussion |
| Michael DiYanni | 9/20/2023 | 1 hour(s) | Special Committee Weekly Call |
| Barak Klein | 9/20/2023 | 1 hour(s) | Special Committee Weekly Call |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Brian Tichenor | 9/20/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jared Dermont | 9/20/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Soto | 9/20/2023 | 1 hour(s) | Special Committee Weekly Call |
| Brendon Barnwell | 9/20/2023 | 1 hour(s) | Call with special committee and advisors |
| Amy Tan | 9/20/2023 | 3 hour(s) | Settlement Proposal materials |
| Andrew Swift | 9/20/2023 | 1 hour(s) | Special Committee Weekly Call |
| Olivier Backes | 9/21/2023 | 1 hour(s) | Dataroom and diligence process management |
| Amy Tan | 9/21/2023 | 2 hour(s) | Settlement Proposal materials |
| Michael DiYanni | 9/22/2023 | 1 hour(s) | Special Committee Weekly Call |
| Michael DiYanni | 9/22/2023 | 1 hour(s) | Call with A&M / BRG re process |
| Michael DiYanni | 9/22/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Michael DiYanni | 9/22/2023 | 1 hour(s) | Call with creditor re plan |
| Barak Klein | 9/22/2023 | 1 hour(s) | Special Committee Weekly Call |
| Barak Klein | 9/22/2023 | 1 hour(s) | Call with A&M / BRG re process |
| Barak Klein | 9/22/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Barak Klein | 9/22/2023 | 1 hour(s) | Call with creditor re plan |
| Brian Tichenor | 9/22/2023 | 1 hour(s) | Special Committee Weekly Call |
| Brian Tichenor | 9/22/2023 | 1 hour(s) | Call with creditor re plan |
| Jared Dermont | 9/22/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Soto | 9/22/2023 | 1 hour(s) | Special Committee Weekly Call |
| Olivier Backes | 9/22/2023 | 1 hour(s) | Call with A&M / BRG re process |
| Olivier Backes | 9/22/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Olivier Backes | 9/22/2023 | 1 hour(s) | Call with creditor re plan |
| Brendon Barnwell | 9/22/2023 | 1 hour(s) | Call with company advisors, UCC advisors re process |
| Brendon Barnwell | 9/22/2023 | 1 hour(s) | Call with special committee and advisors |
| Brendon Barnwell | 9/22/2023 | 2 hour(s) | Internal call re strategy, financial analysis; prep for same |
| Jason Roden | 9/22/2023 | 1 hour(s) | Call with A&M / BRG re process |
| Jason Roden | 9/22/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Amy Tan | 9/22/2023 | 3 hour(s) | Settlement Proposal materials |
| Benjamin DiPietro | 9/22/2023 | 1 hour(s) | Call with A&M / BRG re process |
| Benjamin DiPietro | 9/22/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Andrew Swift | 9/22/2023 | 1 hour(s) | Special Committee Weekly Call |
| Andrew Swift | 9/22/2023 | 1 hour(s) | Call with A&M / BRG re process |
| Amy Tan | 9/23/2023 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 9/24/2023 | 1 hour(s) | Call with Cleary / A&M re distribution mechanics |
| Barak Klein | 9/24/2023 | 1 hour(s) | Call with Cleary / A&M re distribution mechanics |
| Olivier Backes | 9/24/2023 | 1 hour(s) | Call with Cleary / A&M re distribution mechanics |
| Brendon Barnwell | 9/24/2023 | 2 hour(s) | Call with company advisors re allocations / distribution mechanics; prep for same |
| Brendon Barnwell | 9/24/2023 | 1 hour(s) | Call with company advisors, UCC advisors re allocations / distribution mechanics |
| Jason Roden | 9/24/2023 | 1 hour(s) | Call with Cleary / A&M re distribution mechanics |
| Benjamin DiPietro | 9/24/2023 | 1 hour(s) | Call with Cleary / A&M re distribution mechanics |
| Michael DiYanni | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Michael DiYanni | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Barak Klein | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Barak Klein | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Brian Tichenor | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jared Dermont | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Soto | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Olivier Backes | 9/26/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Brendon Barnwell | 9/26/2023 | 1 hour(s) | Standing call with company advisors, UCC advisors |
| Brendon Barnwell | 9/26/2023 | 3 hour(s) | Internal discussions re financial analysis; prep for same |
| Jason Roden | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Jason Roden | 9/26/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Amy Tan | 9/26/2023 | 1 hour(s) | General administrative / scheduling functions |
| Amy Tan | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Benjamin DiPietro | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Benjamin DiPietro | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Andrew Swift | 9/26/2023 | 1 hour(s) | Weekly status call with UCC Advisors |
| Andrew Swift | 9/26/2023 | 1 hour(s) | Internal discussion re financial analysis |
| Michael DiYanni | 9/27/2023 | 2 hour(s) | Special Committee Weekly Call |
| Barak Klein | 9/27/2023 | 2 hour(s) | Special Committee Weekly Call |
| Brian Tichenor | 9/27/2023 | 2 hour(s) | Special Committee Weekly Call |
| Jared Dermont | 9/27/2023 | 1 hour(s) | Special Committee Weekly Call |
| Jason Soto | 9/27/2023 | 2 hour(s) | Special Committee Weekly Call |
| Olivier Backes | 9/27/2023 | 2 hour(s) | Case Administrative matters |
| Brendon Barnwell | 9/27/2023 | 1 hour(s) | Call with special committee and advisors |
| Jason Roden | 9/27/2023 | 2 hour(s) | General administrative / scheduling functions |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Amy Tan | 9/27/2023 | 2 hour(s) | General administrative / scheduling functions |
| Andrew Swift | 9/27/2023 | 2 hour(s) | Special Committee Weekly Call |
| Michael DiYanni | 9/28/2023 | 1 hour(s) | Internal call re process |
| Michael DiYanni | 9/28/2023 | 1 hour(s) | Call with Cleary / A&M re DCG liquidity |
| Barak Klein | 9/28/2023 | 1 hour(s) | Internal call re process |
| Barak Klein | 9/28/2023 | 1 hour(s) | Call with Cleary / A&M re DCG liquidity |
| Olivier Backes | 9/28/2023 | 1 hour(s) | Internal call re process |
| Olivier Backes | 9/28/2023 | 1 hour(s) | Call with Cleary / A&M re DCG liquidity |
| Brendon Barnwell | 9/28/2023 | 3 hour(s) | Call with company advisors, DCG advisors re diligence; internal discussions & analysis |
| Brendon Barnwell | 9/28/2023 | 1 hour(s) | Call with company advisors re DCG diligence |
| Jason Roden | 9/28/2023 | 1 hour(s) | Internal call re process |
| Jason Roden | 9/28/2023 | 1 hour(s) | Call with Cleary / A&M re DCG liquidity |
| Amy Tan | 9/28/2023 | 1 hour(s) | Internal call re process |
| Benjamin DiPietro | 9/28/2023 | 1 hour(s) | Internal call re process |
| Benjamin DiPietro | 9/28/2023 | 1 hour(s) | Call with Cleary / A&M re DCG liquidity |
| Andrew Swift | 9/28/2023 | 1 hour(s) | Call with Cleary / A&M re DCG liquidity |
| Michael DiYanni | 9/29/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Barak Klein | 9/29/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Brian Tichenor | 9/29/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Olivier Backes | 9/29/2023 | 1 hour(s) | Case Administrative matters |
| Olivier Backes | 9/29/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Brendon Barnwell | 9/29/2023 | 1 hour(s) | Call with company advisors, UCC advisors re plan mechanics |
| Jason Roden | 9/29/2023 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 9/29/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| Amy Tan | 9/29/2023 | 1 hour(s) | General administrative / scheduling functions |
| Benjamin DiPietro | 9/29/2023 | 1 hour(s) | Call with A&M / HL / BRG re plan mechanics |
| | | **381 hour(s)** | |

7

# EXHIBIT B — EXPENSE SUPPLEMENT[1]

| Category | |
|---|---:|
| Legal Fees | $10,916.00 |
| Meals | 255.70 |
| Ground Transportation | 194.80 |
| T&E - Other | 199.16 |
| T&E - Other Credit | (74.69) |
| **Total Expense Payment Requested** | **$11,490.97** |

---

[1] $74.69 credit to correct expenses submitted duplicatively in Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from August 1, 2023 Through and Including August 31, 2023

11