Daniel I. Forman
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

-and-

Mark T. Stancil (*pro hac vice* pending)
Donald Burke (*pro hac vice* pending)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

*Co-counsel to Gemini Trust Company, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders, | Adv. Pro. No. 23-011920-shl |
| Plaintiff, | |
| v. | |
| GENESIS GLOBAL CAPITAL, LLC, GENESIS GLOBAL HOLDCO, LLC, AND GENESIS ASIA PACIFIC PTE. LTD., | |
| Defendants. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Mark T. Stancil, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Gemini Trust Company, LLC, in the above-captioned cases.

I certify that I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and have been admitted to practice before the United States District Courts for the Eastern District of Virginia and the District of Columbia.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: November 10, 2023
   New York, New York

WILLKIE FARR & GALLAGHER LLP
*Co-counsel to Gemini Trust Company, LLC*

By: /s/ Mark T. Stancil
   Mark T. Stancil
   WILLKIE FARR & GALLAGHER LLP
   1875 K Street, N.W.
   Washington, DC  20006
   Telephone:  (202) 303-1000
   Facsimile:  (202) 303-2000
   mstancil@willkie.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders,<br><br>                 Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC, GENESIS GLOBAL HOLDCO, LLC, AND GENESIS ASIA PACIFIC PTE. LTD.,<br><br>                 Defendants. | Adv. Pro. No. 23-011920-shl |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark T. Stancil, to be admitted, *pro hac vice*, to represent Gemini Trust Company, LLC in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and is admitted to practice before the United States District Courts for the Eastern District of Virginia and the District of Columbia, it is hereby

**ORDERED**, that Mark T. Stancil, Esq., is admitted to practice *pro hac vice*, in the above-captioned cases to represent Gemini Trust Company, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Dated: November ___, 2023
New York, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE