**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
John R. Ashmead, Esq.
Mark D. Kotwick, Esq.
Catherine V. LoTempio, Esq.

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FIFTH MONTHLY STATEMENT OF SEWARD & KISSEL LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Seward & Kissel LLP ("S&K") filed the *Fifth Monthly Statement of Seward & Kissel LLP for Interim Compensation and Reimbursement of Expenses as Special Litigation Counsel for the Official Committee of Unsecured Creditors for the Period From September 1, 2023 Through September 30, 2023* (the "Monthly Statement") with the United States Bankruptcy Court for the Southern District of New York and served it on the Fee Notice Parties.  *See* Dkt. No. 101 ¶ 2.A.(a).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that responses or objections (an "Objection") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 101] (the "Interim Compensation Procedures");[2] (b) be served via email so as to be actually received by **12:00 p.m. (ET) on the date that is 15 days following the service of this Monthly Statement**, by (i) Seward & Kissel LLP and (ii) the Fee Notice Parties; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Dkt. No. 101 ¶ 2.A.(f).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to S&K. *See id.* ¶ 2.A.(g).

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder. *See id.* ¶ 2.A.(h).

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of

---

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

Kroll at https://restructuring.ra.kroll.com/genesis/.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 13, 2023
      New York, New York

      Respectfully submitted,

      By: */s/ John R. Ashmead*

**SEWARD & KISSEL LLP**
John R. Ashmead
Mark D. Kotwick
Catherine V. LoTempio
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
E-mail: ashmead@sewkis.com
      kotwick@sewkis.com
      lotempio@sewkis.com

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

SK 38292 0013 10878752 v1

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
John R. Ashmead, Esq.
Mark D. Kotwick, Esq.
Catherine V. LoTempio, Esq.

*Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**FIFTH MONTHLY STATEMENT OF SEWARD & KISSEL LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| | |
|---|---|
| Name of Applicant: | Seward & Kissel LLP ("S&K") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively the "Debtors") |
| Date of Retention: | May 16, 2023 [Dkt. No. 315], *Effective as of* March 30, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | September 1, 2023 – September 30, 2023 (the "Compensation Period") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $19,575.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $15,660.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $3,915.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $851.40 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $20,426.40 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $16,511.40 |

This is a monthly fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, S&K, as special litigation counsel to the Committee of the Debtors, hereby submits this monthly statement (the

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

SK 38292 0013 10878752 v1

"<u>Monthly Statement</u>") for the Compensation Period, and requests that the Debtors promptly pay an aggregate amount of $16,511.40, consisting of 80% of the $19,575.00 in fees earned and 100% of the $851.40 in expenses.

### **Professional Services Rendered and Expense Disbursements Incurred**

1.       Prior to filing this Monthly Statement, S&K reviewed its fees generated and hours worked (which totaled 17.4 hours and $19,575.00) and expenses incurred (which totaled $851.40).  By this Monthly Statement, S&K requests payment of an aggregate amount of $16,511.40.

2.       **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by S&K; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by S&K.  The blended rate for compensation requested in this Monthly Statement is approximately $1,125 per hour.[3]

3.       **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by S&K timekeepers in rendering services to the Committee during the Compensation Period.

4.       **Exhibit C** sets forth the time records for S&K timekeepers for which compensation is sought by S&K, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

5.       **Exhibit D** sets forth a summary of expenses S&K seeks to be reimbursed for during

---

[3]    The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement, rounded to the nearest dollar.

SK 38292 0013 10878752 v1

the Compensation Period.

6.    The following is a brief narrative summary of the services performed by S&K professionals and paraprofessionals on behalf of the Committee during the Compensation Period, organized by project category:

| Matter No. | Category Name | Hours | Fees |
|---|---|---|---|
| | Brief Narrative Summary | | |
| **0001** | **Case Administration** | **0.3** | **$277.50** |
| | During the Compensation Period, S&K was involved in various administrative activities, including monitoring notable docket filings and tracking the same via an internal calendar system. | | |
| **0009** | **Litigation-Contested Matters** | **2.3** | **$2,477.50** |
| | During the Compensation Period, S&K's time committed to this category primarily concerned the proposed settlement related to the Motion for Relief from Stay filed by FTX debtors [Dkt. No. 289] and the Motion for Estimation of the FTX debtors' claim [Dkt. No. 373] as well as filings in response thereto. In connection therewith, S&K professionals reviewed and analyzed such filings and conferred internally regarding the same. | | |
| **0012** | **Court Hearings** | **5.2** | **$8,450.00** |
| | During the Compensation Period, S&K prepared for and attended the hearings held on September 6, 2023 and September 18, 2023. | | |
| **0013** | **Employment and Fee Applications** | **9.6** | **$8,370.00** |
| | During the Compensation Period, S&K drafted, filed, and served its first interim fee application, which was filed on September 6, 2023 [Dkt. No. 684], its third combined monthly fee statement, which was filed on September 18, 2023 [Dkt. No. 717], and a notice of hearing related thereto, which was filed on September 26, 2023 [Dkt. No. 738]. | | |

## Reservation of Rights

7.    Although S&K has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation

SK 38292 0013 10878752 v1

Period.  S&K reserves the right to seek payment of such fees and expenses not included herein.

**<u>Notice</u>**

8.      S&K will provide notice of this Monthly Statement to the Fee Notice Parties [*see*

Dkt. No. 101 ¶ 2.A.(a)] in accordance with the Interim Compensation Procedures.

Dated: November 13, 2023
        New York, New York

                              Respectfully submitted,

                              By:  */s/ John R. Ashmead*

                              **SEWARD & KISSEL LLP**
                              John R. Ashmead
                              Mark D. Kotwick
                              Catherine V. LoTempio
                              One Battery Park Plaza
                              New York, NY 10004
                              Telephone: (212) 574-1200
                              E-mail: ashmead@sewkis.com
                                          kotwick@sewkis.com
                                          lotempio@sewkis.com

                              *Special Litigation Counsel to the*
                              *Official Committee of Unsecured Creditors*

5

## Exhibit A

### Timekeeper Summary

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Amount |
|------|-------|---------------|--------------------|-------|------|--------|
| John R. Ashmead | Partner | 1991 | Corporate Restructuring and Bankruptcy | 5.9 | $1,625 | $9,587.50 |
| Catherine V. LoTempio | Associate | 2012 | Corporate Restructuring and Bankruptcy | 0.2 | $975 | $195.00 |
| Andrew J. Matott | Associate | 2017 | Corporate Restructuring and Bankruptcy | 10.1 | $925 | $9,342.50 |
| Michael Ohanesian | Paralegal | N/A | Litigation | 1.2 | $375 | $450.00 |
| Grand Total | | | | 17.4 | | $19,575.00 |

**Exhibit B**

**Project Summary**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|----------|------------------------------|-------------|------------|
| 0001 | Case Administration | 0.3 | $277.50 |
| 0009 | Litigation-Contested Matters | 2.3 | $2,477.50 |
| 0012 | Court Hearings | 5.2 | $8,450.00 |
| 0013 | Employment and Fee Applications | 9.6 | $8,370.00 |
| | **Grand Total** | **17.4** | **$19,575.00** |

**<u>Exhibit C</u>**

**Time Records**

**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                **November 07, 2023**
                                                                  **Invoice Number 9160073929**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through September 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0001 | GGH Case Administration | 277.50 | 851.40 | 1,128.90 |

Genesis Creditors Committee

**Invoice Date** November 07, 2023

**38292-0001**   GGH Case Administration

**Invoice Number** 9160073929

**Through** September 30, 2023

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 09/13/2023 | Review docket (.1). | AJM | 0.10 | 92.50 |
| 09/29/2023 | Review docket (.1) and calendar new hearing/objection dates on internal calendar (.1). | AJM | 0.20 | 185.00 |

**Total Hours**...................................................................................... **0.30**

**Total Services**.............................................................................$ **277.50**

### Disbursements Recorded Through September 30, 2023

Storage Fee 851.40

**Total Disbursements**...............................................................$ **851.40**

**TOTAL AMOUNT DUE**.......................................................$ **1,128.90**

Genesis Creditors Committee

**Invoice Date** November 07, 2023

**Invoice Number**       9160073929

**38292-0001**       GGH Case Administration

**Through** September 30, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2020 AJM | Associate | Matott, Andrew J. | 0.30 | 925.00 | 277.50 |
| **Total** | | | **0.30** | | **277.50** |

### SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**

**November 07, 2023**
**Invoice Number 9160073926**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through September 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0009 | GGH Litigation-Contested matter and Adversary Proceedings | 2,477.50 | 0.00 | 2,477.50 |

| | | | | Invoice Date | November 07, 2023 |
| | Genesis Creditors Committee | | | | |
| | GGH Litigation-Contested matter and Adversary | | | Invoice Number | 9160073926 |
| 38292-0009 | Proceedings | | | Through | September 30, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 09/01/2023 | Attn filings re FTX settlement (.4); call with AM re same (.1). | JRA | 0.50 | 812.50 |
| 09/01/2023 | Review objections to FTX settlement (.2) and discuss with J. Asmead (.1). | AJM | 0.30 | 277.50 |
| 09/06/2023 | Review and summarize objections to FTX Settlement (.5); email re the same (.1). | AJM | 0.60 | 555.00 |
| 09/07/2023 | Review docket and assess summary of hearing re FTX Settlement/Plan Exclusivity. | AJM | 0.30 | 277.50 |
| 09/18/2023 | Review docket (.1); review UCC ROR (.1); review Ad Hoc discovery motion and UCC response to same (.3); email J. Ashmead re the same (.1). | AJM | 0.60 | 555.00 |

**Total Hours**.................................................................................... **2.30**

**Total Services**............................................................................... $ **2,477.50**

**TOTAL AMOUNT DUE**........................................................ $ **2,477.50**

Genesis Creditors Committee

**Invoice Date** November 07, 2023

38292-0009

GGH Litigation-Contested matter and Adversary Proceedings

**Invoice Number** 9160073926

**Through** September 30, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 0.50 | 1,625.00 | 812.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.80 | 925.00 | 1,665.00 |
| **Total** | | | **2.30** | | **2,477.50** |

SEWARD & KISSEL LLP
Pg 18 of 24

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                    **November 07, 2023**
                                                                               **Invoice Number 9160073927**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through September 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0012 | GGH Court Hearings | 8,450.00 | 0.00 | 8,450.00 |

Genesis Creditors Committee

**Invoice Date** November 07, 2023

**Invoice Number**     9160073927

**38292-0012**     GGH Court Hearings

**Through** September 30, 2023

| <u>DATE</u> | <u>NARRATIVE</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 09/06/2023 | Attn status conference re FTX settlement. | JRA | 1.00 | 1,625.00 |
| 09/15/2023 | Attn filings re ct hearing next week re FTX settlement. | JRA | 0.20 | 325.00 |
| 09/18/2023 | Review docs in prep for (.50) and attend FTX settlement hearing (3.5). | JRA | 4.00 | 6,500.00 |

**Total Hours**.......................................................................................................... **5.20**

**Total Services**...........................................................................................$ **8,450.00**

**TOTAL AMOUNT DUE**......................................................................$ **8,450.00**

Genesis Creditors Committee

**Invoice Date** November 07, 2023

**38292-0012**          GGH Court Hearings

**Invoice Number**          9160073927

**Through** September 30, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 5.20 | 1,625.00 | 8,450.00 |
| **Total** | | | **5.20** | | **8,450.00** |

**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38292**    **Genesis Creditors Committee**                                          **November 07, 2023**
                                                                            **Invoice Number 9160073947**

**Genesis Creditors Committee**
**c/o White & Case LLP**
**111 South Wacker Drive, Suite 5100**
**Chicago IL  60606-4302**

**For Professional Services Rendered through September 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38292-0013 | GGH Employment and Fee Applications | 8,370.00 | 0.00 | 8,370.00 |

Genesis Creditors Committee

**Invoice Date** November 07, 2023

**Invoice Number**      9160073947

**38292-0013**      GGH Employment and Fee Applications

**Through** September 30, 2023

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 09/06/2023 | Discuss fee app with A. Matott. | JRA | 0.20 | 325.00 |
| 09/06/2023 | Email re UST question on fee applications. | CVL | 0.20 | 195.00 |
| 09/06/2023 | Communications with W&C (.2); discussion with J. Ashmead (.1); and draft first interim fee application (3.5); revise and circulate first interim app (.8); attn to finalizing and filing the same (.4); discuss with C. LoTempio (.1); email W&C re hearing (.1); attn to email with UST re the same (.1). | AJM | 5.30 | 4,902.50 |
| 09/06/2023 | Filed and send first interim Fee Application. | MO | 0.20 | 75.00 |
| 09/07/2023 | Email W&C re hearing on interim fee app (.1). | AJM | 0.10 | 92.50 |
| 09/13/2023 | Review and redact exhibits to third combined monthly fee stmt (.3); prepare third monthly fee stmt (1.1). | AJM | 1.40 | 1,295.00 |
| 09/18/2023 | Review, revise, and finalize third combined monthly for filing (.5); email with J. Ashmead (.1) and managing clerk (.1) re the same. | AJM | 0.70 | 647.50 |
| 09/18/2023 | Filed and serve monthly Fee Statement. | MO | 0.20 | 75.00 |
| 09/26/2023 | Attn to drafting (.1), filing (.1), and serving (.1) notice of hearing on first interim fee app. | AJM | 0.30 | 277.50 |
| 09/26/2023 | Filed Notice of Hearing (.2), drafted and filed Affidavit of Service (.6). | MO | 0.80 | 300.00 |
| 09/29/2023 | Review and redact exhibits to fourth monthly fee app. | AJM | 0.20 | 185.00 |

**Total Hours**.................................................................................................      **9.60**

**Total Services**.......................................................................................$      **8,370.00**

**TOTAL AMOUNT DUE**........................................................................$      **8,370.00**

Genesis Creditors Committee

**Invoice Date** November 07, 2023

**38292-0013**          GGH Employment and Fee Applications

**Invoice Number**          9160073947

**Through** September 30, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 0.20 | 1,625.00 | 325.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.20 | 975.00 | 195.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 8.00 | 925.00 | 7,400.00 |
| 1636 MO | Paralegal | Ohanesian, Michael | 1.20 | 375.00 | 450.00 |
| **Total** | | | **9.60** | | **8,370.00** |

**<u>Exhibit D</u>**

**Expense Summary**

| Expense Description | Total |
|---|---|
| TransPerfect Document Hosting Fee | $851.40 |
| **Grand Total** | **$851.40** |