**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |
| | |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders, | Adv. Pro. No. 23-01192-shl |
| Plaintiff, | |
| v. | |
| GENESIS GLOBAL CAPITAL, LLC, GENESIS GLOBAL HOLDCO, LLC, AND GENESIS ASIA PACIFIC PTE. LTD., | |
| Defendants. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Donald Burke, to be admitted, *pro hac vice*, to represent Gemini Trust Company, LLC in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and is admitted to practice before the United States District Courts for the Eastern District of Virginia and the Western District of Virginia, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**ORDERED**, that Donald Burke, Esq., is admitted to practice *pro hac vice*, in the above-captioned cases to represent Gemini Trust Company, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 13, 2023
      White Plains, New York     */s/ Sean H. Lane*
                                          THE HONORABLE SEAN H. LANE
                                          UNITED STATES BANKRUPTCY JUDGE

4871-0046-7583