**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Sally Siconolfi, certify that on the 14th day of November, 2023, I caused the *Second Interim Application Of Morrison Cohen LLP, Special Litigation and Enforcement Counsel To The Debtors, For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2023 Through September 30, 2023 with Exhibits* ("*Second Interim Application*") *[ECF. No. 923]* to be filed electronically *via* the Case Management/Electronic Case Filing System ("**CM/ECF**") for the United States Bankruptcy Court for the Southern District of New York, which in turn caused a Notice of Electronic Filing to be sent to all registered users thereof. Additionally, parties to the above-captioned action may access the above-listed filing through CM/ECF or at the Debtors' case website managed by the noticing and claims agent located at (https://restructuring.ra.kroll.com/genesis/).

In addition, on November 14, 2023, unredacted copies of **Exhibit C** to the monthly fee statements covered by the Second Interim Application were sent via electronic mail to Greg Zipes, Esq. (greg.zipes@usdoj.gov), Arianna Pretto-Sankman (arianna@genesistrading.com), Sean A. O'Neal, Esq. (soneal@cgsh.com), and Jane VanLare, Esq. (jvanlare@cgsh.com).

/s/ Sally Siconolfi
Sally Siconolfi

---

[1] The debtors and debtors-in-possession (collectively, "**Debtors**") in the above-captioned jointly-administered cases ("**Chapter 11 Cases**") are: (i) Genesis Global Holdco, LLC (8219); (ii) Genesis Global Capital, LLC (8564); and (iii) Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, New York 10003.

#12558161v1\099998\0038