UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF SEWARD & KISSEL LLP, SPECIAL LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 30, 2023 THROUGH MAY 31, 2023**

Upon consideration of the *First Interim Application of Seward & Kissel LLP, Special Litigation Counsel for the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 30, 2023 through May 31, 2023* [Dkt. No. 684] (the "Application"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and no responses thereto having been filed or received; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted as set forth in the attached **Schedule A**.

Dated: November 14, 2023
      White Plains, New York

                                           */s/ Sean H. Lane*
                                           THE HONORABLE SEAN H. LANE
                                           UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Case No.: 23-10063                                 **INTERIM FEE PERIOD**                     Schedule A

Case Name: In re Genesis Global Holdco, LLC       March 30, 2023 – May 31, 2023

| Applicant | Date/Docket Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Interim Fee Period (80% of Fees Allowed) | Fees to be Paid for Prior Fee Periods(s) | Total Fees to be Paid | Interim Expenses Requested | Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Seward & Kissel LLP | September 6, 2023, ECF No. 684 | $111,247.50 | $111,247.50 | $88,998.00 | N/A | $88,998.00 | $1,854.36 | $1,854.36 |

DATE ON WHICH ORDER WAS SIGNED: <u>11-14-2023</u>                                            INITIALS: <u>SHL USBJ</u>