Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Benjamin S. Beller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for FTX Trading Ltd. and Affiliated Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered<br><br>**Related Docket Nos. 289, 405, 407, 412, and 428** |

### NOTICE OF WITHDRAWAL OF THE MOTION OF FTX TRADING LTD. AND ITS AFFILIATED DEBTORS FOR AN ORDER MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND BANKRUPTCY RULE 4001

**PLEASE TAKE NOTICE** that on May 3, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors") filed the *Motion of*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*FTX Trading Ltd. and Its Affiliated Debtors for an Order Modifying the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and Bankruptcy Rule 4001* [Docket No. 289] (the "Stay Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2023, Genesis Global Holdco, LLC and its debtor and non-debtor affiliates and subsidiaries, on the one hand, and the FTX Debtors, on the other hand, entered into that certain settlement agreement (the "Settlement Agreement") resolving all disputes between the parties as set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Settlement Agreement provides, among other things, that, upon its effectiveness, the FTX Debtors would withdraw the Stay Relief Motion.

**PLEASE TAKE FURTHER NOTICE** that, on September 6, 2023, the Settlement Agreement was approved in the FTX Debtors' chapter 11 cases by the United States Bankruptcy Court for the District of Delaware (the "FTX Court"). *See* Order, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. Sept. 6, 2023) [Docket No. 2433].

**PLEASE TAKE FURTHER NOTICE** that, on October 6, 2023, this Court issued the *Memorandum of Decision* [Docket No. 781], and on October 17, 2023, the Court issued the *Order Approving Settlement Agreement Between the Genesis Entities and the FTX Entities* [Docket No. 806] approving the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Settlement Agreement became effective pursuant to its terms on November 1, 2023.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Settlement Agreement, the FTX Debtors hereby withdraw the Stay Relief Motion with prejudice.

| | |
|---|---|
| Dated: November 17, 2023<br>New York, New York | /s/ *Andrew G. Dietderich*<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Benjamin S. Beller<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bellerb@sullcrom.com<br><br>*Counsel for FTX Trading Ltd. and Affiliated Debtors* |