**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Michael Ohanesian, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age, and am employed by the firm of Seward and Kissel LLP, One Battery Park Plaza, New York, New York, 10004.

2.      I served a true and correct copy of the (i) *Notice of Fifth Monthly Statement of Seward & Kissel LLP, for Interim Compensation and Reimbursement of Expenses as Special Litigation Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 through September 30, 2023* [Dkt. No. 915] via email on November 15, 2023, and (ii) the *Notice of Second Interim Fee application of Seward & Kissel LLP, Special Litigation Counsel for the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period from June 1, 2023 through September 30, 2023* [Dkt. No. 929] via email on November 15, 2023 on the following parties:

> **The Debtors c/o Genesis Global Holdco, LLC**
> Attn: Arianna Pretto-Sankman
> Email: arianna@genesistrading.com
>
> **Counsel to the Debtors**
> Cleary Gottlieb Steen & Hamilton,
> Attn: Sean A. O'Neal, Esq.
> Attn: Jane VanLare, Esq.
> Email: soneal@cgsh.com
>        jvanlare@cgsh.com
>
> **The United States Trustee for the Southern District of New York**
> Attn: Greg Zipes, Esq.
> Email: greg.zipes @usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**Counsel to the Official Committee of Unsecured Creditors**
White & Case LLP
Attn: Philip Abelson
Attn: Michele Meises
Attn: Gregory F. Pesce
Email: philip.abelson@whitecase.com
michele.meises@whitecase.com
gregory.pesce@whitecase.com

Michael Ohanesian

Sworn to before me on this
17th day of November 2023

Notary Public

XIAOSHUAI LIU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LI6427438
Qualified in Queens County
Commission Expires December 27, 20