**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL) |

# ORDER GRANTING MOTION OF MARCY J. MCLAUGHLIN SMITH TO WITHDRAW AS COUNSEL FOR VALOUR, INC. AND OPPORTUNITY FOR HEARING

Upon the Motion of Marcy J. McLaughlin Smith seeking the entry of an order to withdraw as attorneys of record for Valour, Inc. in the above-captioned case (the "Motion"); and the Court having fully considered all other papers filed in connection with the Motion; and having determined that good and sufficient cause exists for granting the Motion, it is hereby:

ORDERED, that Marcy J. McLaughlin Smith is granted leave to withdraw as counsel for Valour, Inc. and is hereby deemed removed as counsel for Valour, Inc. in the above-captioned case.

**White Plains, New York**

Dated: November 21, 2023

                                                                      */s/ Sean H. Lane*
                                                                       **Honorable Sean H. Lane**
                                                                       **United States Bankruptcy Judge**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.