## EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for October 1, 2023 through October 31, 2023

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 24.9 | $29,880.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 13.1 | $11,462.50 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 1.1 | $990.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $875.00 | 2.2 | $1,925.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 6.1 | $3,965.00 |
| Roth, Will | Associate | Digital Assets | 2017 | $700.00 | 23.3 | $16,310.00 |
| Upadhyaya, Vani T. | Associate | Digital Assets | 2020 | $580.00 | 9.5 | $5,510.00 |

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 1.5 | $727.50 |
| Schou, Sarah A. | Paralegal | Litigation | n/a | $350.00 | 9.5 | $3,325.00 |
| Yan, Ken | Litigation Support Specialist | Litigation | n/a | $330.00 | 0.8 | $264.00 |

## EXHIBIT B

### Fee Summary by Project Category for October 1, 2023 through October 31, 2023

| Matter/Description | Hours | Amount |
|---|---|---|
| B110 Case Administration | 10.1 | $8,750.00 |
| B160 Fee/Employment Applications | 3.0 | $2,050.00 |
| B190 Litigation | 78.9 | $63,559.00 |
| **Total** | **92.0** | **$74,359.00** |

## **EXHIBIT C**

**Time Records for October 1, 2023 through October 31, 2023**

 **Morrison Cohen**

030986-0001    GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO        DATE:      11/15/23
                BANKRUPTCY MATTER                              INVOICE #:  2221356

                ARIANNA PRETTO-SAKMANN                         TAXPAYER IDENTIFICATION
                GENESIS GLOBAL TRADING, INC.                   NUMBER 13-3205994
                250 PARK AVENUE SOUTH, 5TH FLOOR
                NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 10/16/23 | HDR | E-MAILS TO/FROM S. SICONOLFI REGARDING OPEN CASE MATTERS | 0.20 | 180.00 |
| 10/17/23 | SSI | EMAILS TO AND FROM TEAM REGARDING OPEN MATTERS AND FOLLOW-UP ON SAME | 0.80 | 520.00 |
| 10/18/23 | MIM | COMMENT ON OPEN MATTERS AND SEND STATUS EMAILS TO TEAM ON SAME | 0.50 | 437.50 |
| 10/19/23 | HDR | REVIEW OF CASE MATTERS AND E-MAILS TO/FROM J. GOTTLIEB AND M. MIX REGARDING SAME | 0.20 | 180.00 |
| 10/23/23 | SSI | FURTHER DISCUSSIONS WITH TEAM MEMBERS REGARDING LITIGATIONS AND STATUS THEREOF | 0.90 | 585.00 |
| 10/23/23 | SSI | REVIEW OPEN LITIGATION MATTERS AND CONSIDER STATUS OF THEM AND WORKI WITH TEAM | 1.60 | 1,040.00 |
| 10/24/23 | SSI | EMAILS AND CALLS WITH T. KNOX AND H. ROSENBLAT SEPERATELY ON STATUS OF MATTERS | 0.20 | 130.00 |
| 10/24/23 | TMK | TELEPHONE CALL WITH S. SICONOLFI REGARDING UPCOMING FILING (.1); REVIEW, PREPARE AND FILE DOCUMENTS (.7); EMAIL TO SERVICE AGENT TO EFFECTUATE SERVICE (.1); CIRCULATE OBJECTION DEADLINE TO TEAM (.1); PREPARE AND FILE CERTIFICATE OF SERVICE OF SAME (.5) | 1.50 | 727.50 |
| 10/30/23 | HDR | REVIEW OF FILES AND E-MAILS TO/FROM A. PRETTO-SAKAMAN REGARDING SAME (.2); DISCUSS SAME WITH J. GOTTLIEB AND S. SICONOLFI (.1). | 0.30 | 270.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 6.20 | 4,070.00 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 10/17/23 | SSI | DRAFT, REVIEW, AND REVISE SEPTEMBER FEE STATEMENT AND EXHIBITS THERETO | 2.60 | 1,690.00 |
| 10/24/23 | HDR | REVIEW OF MONTHLY FEE STATEMENT FOR FILING (.2); TELEPHONE CALLS AND E-MAILS TO/FROM S. SICONOLFI AND OTHERS REGARDING SAME (.2). | 0.40 | 360.00 |
| TOTAL TASK CODE | B160 | FEE/EMPLOYMENT APPLICATIONS | 3.00 | 2,050.00 |

# Morrison Cohen

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 11/15/23 |
|---|---|---|---|
| | | INVOICE #: | 2221356 |

BANKRUPTCY MATTER

---

| GRAND TOTAL FEES | | 9.20 | 6,120.00 |
|---|---|---|---|

| | TOTAL FEES SERVICES | $ | 6,120.00 |
|---|---|---|---|

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| HDR | HEATH D. ROSENBLAT | 0.70 | 630.00 |
| MIM | MICHAEL MIX | 0.50 | 437.50 |
| SSI | SALLY SICONOLFI | 3.50 | 2,275.00 |
| TMK | TUKISHA KNOX | 1.50 | 727.50 |
| SUBTOTAL | B110   CASE ADMINISTRATION | 6.20 | 4,070.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 0.40 | 360.00 |
| SSI | SALLY SICONOLFI | 2.60 | 1,690.00 |
| SUBTOTAL | B160   FEE/EMPLOYMENT APPLICATIONS | 3.00 | 2,050.00 |

| TOTAL FEES | | 9.20 | 6,120.00 |
|---|---|---|---|

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 6.20 | 4,070.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 3.00 | 2,050.00 |
| TOTAL FEES | | 9.20 | 6,120.00 |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| HDR | HEATH D. ROSENBLAT | 1.10 | 990.00 |
| MIM | MICHAEL MIX | 0.50 | 437.50 |
| SSI | SALLY SICONOLFI | 6.10 | 3,965.00 |
| TMK | TUKISHA KNOX | 1.50 | 727.50 |
| TOTAL FEES | | 9.20 | 6,120.00 |

| | TOTAL BALANCE DUE FOR THIS PERIOD | $ | 6,120.00 |
|---|---|---|---|



030986-0001    GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO    DATE:    11/15/23
BANKRUPTCY MATTER    INVOICE #:    2221356

---

### WIRE INSTRUCTIONS

Bank Name:    HSBC

Bank Address:    452 Fifth Avenue
New York, NY 10018

*(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)*

ABA Number:    021 001 088

Account Number:    610-044460

Account Name:    Morrison Cohen LLP
Operating Account

Account Address:    909 Third Avenue, 27th Floor
New York, NY 10022

Special Instructions:    Please reference Client Name and/or Client Number

 **Morrison Cohen**

030983      GENESIS GLOBAL HOLDCO, LLC

DATE:       11/15/23
INVOICE #:  2221349

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| ██████████ | 030983-0001 | 60.20 | 48,339.00 |
| ██████████ | 030983-0005 | 0.40 | 350.00 |
| ████████ | 030983-0017 | 22.20 | 19,550.00 |
| **GRAND TOTALS** | | **82.80** | **$     68,239.00** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 24.90 | 29,880.00 |
| ISAACS, DANIEL C. | PARTNER | 875.00 | 13.10 | 11,462.50 |
| MIX, MICHAEL | PARTNER | 875.00 | 1.70 | 1,487.50 |
| ROTH, WILL | ASSOCIATE | 700.00 | 23.30 | 16,310.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | 580.00 | 9.50 | 5,510.00 |
| SCHOU, SARAH | PARALEGALS | 350.00 | 9.50 | 3,325.00 |
| YAN, KEN (JIAN-QING) | PARALEGALS | 330.00 | 0.80 | 264.00 |
| **GRAND TOTALS** | | | **82.80** | **$     68,239.00** |

# Morrison Cohen

030983     GENESIS GLOBAL HOLDCO, LLC

DATE: 11/15/23
INVOICE #: 2221349

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 3.90 | 4,680.00 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **3.90** | **4,680.00** |

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 21.00 | 25,200.00 |
| ISAACS, DANIEL C. | PARTNER | 875.00 | 13.10 | 11,462.50 |
| MIX, MICHAEL | PARTNER | 875.00 | 1.70 | 1,487.50 |
| ROTH, WILL | ASSOCIATE | 700.00 | 23.30 | 16,310.00 |
| UPADHYAYA, VANI T. | ASSOCIATE | 580.00 | 9.50 | 5,510.00 |
| SCHOU, SARAH | PARALEGALS | 350.00 | 9.50 | 3,325.00 |
| YAN, KEN (JIAN-QING) | PARALEGALS | 330.00 | 0.80 | 264.00 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **78.90** | **63,559.00** |
| **GRAND TOTALS** | | | **82.80** | **$ 68,239.00** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|-------------|-----------------|------|----------|
| ▮▮▮▮▮▮ | 030983-0017 | DATABASE SEARCH | 17.60 |
| ▮▮▮▮▮ | 030983-0017 | ELECTRONIC DATA STORAGE | 32.00 |
| | **GRAND TOTALS** | | **$ 49.60** |

TOTAL BALANCE DUE FOR THIS PERIOD .................................... $   68,288.60

 **Morrison Cohen**

030983-0001        GENESIS GLOBAL HOLDCO, LLC
                   ███████████████████L

DATE:        11/15/23
INVOICE #:   2221349

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B110 Case Administration** | | | | |
| 10/12/23 | JXG | CALL WITH A. PRETTO-SAKMANN AND CLEARY REGARDING STATUS UPDATE | 0.70 | 840.00 |
| 10/19/23 | JXG | EMAILS WITH A. PRETTO-SAKMANN & CLEARY COUNSEL REGARDING FILED REGULATOR ███████████ & STRATEGY GOING FORWARD (.3); CALL WITH CLIENT (D. ISLIM AND A. PRETTO-SAKMANN) AND CLEARY REGARDING STRATEGY AND PRESS STATEMENT (1.1); EMAIL TO G. TAPALAGA REGARDING SERVICE (.2); FOLLOW-UP CALL WITH CLIENT & CLEARY REGARDING STRATEGY (.9); ATTENTION TO PRESS STATEMENTS (.2) | 2.70 | 3,240.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **3.40** | **4,080.00** |
| **TASK CODE B190 Litigation** | | | | |
| 10/01/23 | VTU | WORK ON DOCUMENT REVIEW FOR UPCOMING PRODUCTION | 1.50 | 870.00 |
| 10/02/23 | VTU | EMAILS WITH D. ISAACS, K. YAN REGARDING FINALIZING DOCUMENT PRODUCTION | 0.20 | 116.00 |
| 10/02/23 | DCI | REVIEW AND PREPARE PRODUCTION TO REGULATOR | 0.40 | 350.00 |
| 10/02/23 | KJY | REVIEW AND UPDATE PRODUCTION OF RESPONSIVE DOCUMENTS | 0.80 | 264.00 |
| 10/02/23 | SAS | REVIEW AND UPDATE AND CODE PRIVILEGE LOG FOR SUBMISSION | 4.00 | 1,400.00 |
| 10/03/23 | VTU | REVIEW AND REVISE PRIVILEGE LOG | 1.80 | 1,044.00 |
| 10/06/23 | VTU | REVIEW AND RESPOND TO EMAILS WITH REGULATOR AND K. YAN  REGARDING METADATA OF DOCUMENT PRODUCTION (.2); DISCUSS PRIVILEGE LOGS WITH D. ISAACS (.2) | 0.40 | 232.00 |
| 10/06/23 | DCI | CORRESPOND WITH REGULATOR REGARDING DOCUMENT PRODUCTIONS | 0.30 | 262.50 |
| 10/09/23 | DCI | EMAILS AND CALLS WITH CLEARY REGARDING ████████████ AND RESPONSE TO REGULATORS | 0.50 | 437.50 |

**Morrison Cohen**

030983          GENESIS GLOBAL HOLDCO, LLC                 DATE:      11/15/23
                                                          INVOICE #:  2221349

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 10/09/23 | VTU | EMAILS WITH CGSH REGARDING UPCOMING PRODUCTIONS | 0.20 | 116.00 |
| 10/10/23 | VTU | EMAILS WITH S. SCHOU REGARDING PRIVILEGE LOG | 0.20 | 116.00 |
| 10/11/23 | DCI | CALLS AND EMAILS WITH CLEARY REGARDING STRATEGY (.7); CORRESPOND. WITH REGULATOR ON SAME (.4) | 1.10 | 962.50 |
| 10/11/23 | JXG | CALL WITH CLEARY REGARDING REGULATOR UPDATE AND STRATEGY | 0.50 | 600.00 |
| 10/12/23 | DCI | CONF. WITH CLIENT/CLEARY REGARDING STRATEGY | 1.00 | 875.00 |
| 10/16/23 | JXG | EMAIL WITH D. ISAACS AND CLEARY REGARDING REGULATOR MEETING | 0.20 | 240.00 |
| 10/16/23 | DCI | CALLS AND EMAILS. WITH CLEARY REGARDING PRESENTATION TO REGUALATOR (.4); CORR. WITH REGULATOR REGARDING SAME (.2); REVIEW AND REVISE PRESENTATION (.2) | 0.80 | 700.00 |
| 10/17/23 | SAS | RE-CODING DOCUMENT NUMBERS FOR REGULATOR TALKING POINTS DRAFT | 5.50 | 1,925.00 |
| 10/17/23 | VTU | WORK ON DRAFTING TALKING POINTS FOR DISCUSSION WITH REGULATOR | 2.10 | 1,218.00 |
| 10/18/23 | VTU | WORK ON DRAFTING TALKING POINTS FOR DISCUSSION WITH REGULATOR | 1.30 | 754.00 |
| 10/18/23 | WIR | PREPARE FOR AND CALL WITH CLEARY TEAM AND J. GOTTLIEB REGARDING EXPECTED REGULATOR ACTION (.8); PREPARE LETTER TO REGULATOR (1.1); AND FOLLOW-UP ON OPEN MATTERS (.7) | 2.60 | 1,820.00 |
| 10/18/23 | JXG | EMAIL WITH CLEARY TEAM REGARDING TALKING POINTS (.2); CONFERENCE CALL WITH REGULATOR REGARDING SAME (.9); SEPARATE CALL WITH REGULATOR REGARDING NOTICE OF LITIGATION (.6); PREPARE FOR AND CALL WITH CLEARY AND W. ROTH AND FOLLOW-UP (.8); PREP FOR CALL WITH REGULATOR, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.5); EMAIL WITH W. ROTH REGARDING OUTLINE FOR CALL WITH ▓▓▓▓▓▓▓▓▓ (.2); CALL WITH ▓▓▓▓ (.4); EMAIL WITH COUNSEL REGARDING NOTES ▓▓▓▓ CALL (.2); EMAILS WITH CLIENTS AND CLEARY REGARDING STRATEGY (.2); EMAIL WITH MOCO TEAM REGARDING STRATEGY (.2) | 4.20 | 5,040.00 |
| 10/19/23 | MIM | EMAILS WITH J. GOTTLIEB REGARDING COMPLAINT (.30); REVIEW COMPLAINT (1.40) | 1.70 | 1,487.50 |
| 10/19/23 | WIR | REVIEW AND ANALYZE COMPLAINT | 3.30 | 2,310.00 |
| 10/19/23 | DCI | REVIEW AND CONSIDER REGULATOR COMPLAINT | 0.70 | 612.50 |
| 10/20/23 | WIR | ATTENTION TO AND RESPOND TO CORRESPONDENCE REGARDING CASE PLANNING AND STRATEGY | 1.40 | 980.00 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC          DATE:      11/15/23
                                                    INVOICE #:  2221349

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 10/20/23 | JXG | EMAIL WITH ███████ (.1); EMAIL WITH CLIENT REGARDING ██████ REACHOUT (.2); EMAIL WITH CLEARY REGARDING STRATEGY (.2) | 0.50 | 600.00 |
| 10/21/23 | JXG | CALL WITH S. O'NEAL (CLEARY) REGARDING CASE (.5); CALL WITH ███████ REGARDING SAME (.1); EMAIL WITH CLIENT REGARDING SAME (.2) | 0.80 | 960.00 |
| 10/22/23 | JXG | EMAIL WITH CLIENT REGARDING REGULATOR STRATEGY (.2); EMAIL WITH REGULATOR(.1); EMAIL WITH ██████ (████████) (.1); EMAIL WITH OTHER CO-COUNSEL (.1) | 0.50 | 600.00 |
| 10/23/23 | JXG | JOINT DEFENSE COUNSEL CALL (.4); EMAIL WITH TEAM AND CLEARY REGARDING REGULATOR ████ CALL (.2); EMAIL WITH ██████ COUNSEL (.2) | 0.80 | 960.00 |
| 10/23/23 | WIR | CORRESPONDENCE AND FOLLOW-UP WITH TEAM AND CLEARY UP REGARDING REGULATOR CALL | 0.30 | 210.00 |
| 10/24/23 | WIR | PREPARE FOR (1.5) AND ATTEND ███████ AND REGULATOR CALLS (.8) | 2.30 | 1,610.00 |
| 10/24/23 | VTU | REVIEW PRIOR NOTES AND MEMOS (.8) AND DISCUSS DOCUMENT COLLECTION WITH JG, CGSH (.3) | 1.10 | 638.00 |
| 10/24/23 | JXG | CALL WITH CLEARY REGARDING CASE AND FOLLOW-UP ON SAME (.7); CALL WITH REGULATOR (.9); EMAIL WITH W. ROTH AND CLEARY TEAM (.4) | 2.00 | 2,400.00 |
| 10/25/23 | JXG | EMAIL WITH CLIENT REGARDING ███ REGULATOR ███████ (.2); CALL WITH REGULATOR(.8); EMAIL WITH CLEARY TEAM REGARDING RECAP OF REGULATOR CALL (.2) | 1.20 | 1,440.00 |
| 10/25/23 | WIR | CALLS REGARDING SETTLEMENT NEGOTIATIONS WITH REGULATOR | 1.20 | 840.00 |
| 10/25/23 | DCI | REVIEW MEMO REGARDING DISCUSSIONS WITH REGULATOR REGARDING  SETTLEMENT | 0.40 | 350.00 |
| 10/25/23 | DCI | REVIEW ███████ REGULATOR REQUEST | 0.30 | 262.50 |
| 10/26/23 | WIR | CALLS WITH REGULATOR AND J. GOTTLIEB (.8) AND ██████ GROUP AND J. GOTTLIEB REGARDING POTENTIAL SETTLEMENT (.6); WORK ON POTENTIAL SETTLEMENT (.8) | 2.20 | 1,540.00 |
| 10/26/23 | JXG | CALL WITH CLEARY AND W. ROTH (.6); CALL WITH REGULATOR AND W. ROTH (.8); EMAIL WITH CLEARY REGARDING FOLLOW-UP (.2); REACH OUT TO ██████ REGARDING ██████ ISSUED TO GENESIS (.2) | 1.80 | 2,160.00 |
| 10/27/23 | JXG | CALL WITH REGULATOR(.6); PREP FOR SAME (.3); EMAIL WITH ██████ E COUNSEL REGARDING RESPONSES (.2); EMAIL WITH ██████ (.2) | 1.30 | 1,560.00 |
| 10/30/23 | VTU | EMAILS WITH CGSH, CDS REGARDING DOCUMENT PRODUCTION | 0.70 | 406.00 |

**Morrison Cohen**

| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 11/15/23 |
|---|---|---|---|
| | | INVOICE #: | 2221349 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/23 | WIR | CORRESPONDENCE REGARDING REGULATOR SETTLEMENT DEVELOPMENTS | 0.20 | 140.00 |
| 10/30/23 | JXG | CALL WITH ▮▮▮ REGULATOR(.4); UPDATE EMAIL WITH CLIENTS REGARDING CALL WITH ▮▮▮▮▮▮ REGULATOR) (.2); CALL WITH REGULATOR (.4); EMAIL WITH CLIENTS REGARDING CALL WITH REGULATOR (2); CALL WITH R. ZUTSHI (CLEARY) REGARDING CALL WITH REGULATOR AND STRATEGY (.3); EMAIL WITH CLIENT AND CLEARY REGARDING STATUS (.2) | 1.70 | 2,040.00 |
| 10/31/23 | JXG | ▮▮▮▮▮▮▮▮ CALL (.1); FOLLOW UP EMAIL WITH A. PRETTO-SAKMANNREGARDING CALL WITH REGULATOR(.2); EMAIL WITH CLIENT & CLEARY REGARDING STATUS ISSUES (.2) | 0.50 | 600.00 |
| 10/31/23 | WIR | ATTEND ▮▮▮▮▮▮▮▮▮ CALL (.1) AND FOLLOW-UP WITH RELATED CORRESPONDENCE (.2) | 0.30 | 210.00 |
| | | **TOTAL TASK CODE B190 Litigation** | 56.80 | 44,259.00 |
| | | **TOTAL FEES SERVICES** | $ | 48,339.00 |
| | | **TOTAL BALANCE DUE FOR THIS PERIOD** | $ | 48,339.00 |

**TIMEKEEPER SUMMARY**

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 19.40 | 1,200.00 | 23,280.00 |
| DANIEL C. ISAACS | 5.50 | 875.00 | 4,812.50 |
| MICHAEL MIX | 1.70 | 875.00 | 1,487.50 |
| WILLIAM ROTH | 13.80 | 700.00 | 9,660.00 |
| VANI T. UPADHYAYA | 9.50 | 580.00 | 5,510.00 |
| SARAH SCHOU | 9.50 | 350.00 | 3,325.00 |
| KEN (JIAN-QING) YAN | 0.80 | 330.00 | 264.00 |
| **TOTAL FEES** | **60.20** | | **48,339.00** |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | $ | 48,339.00 |



030983-0005     GENESIS GLOBAL HOLDCO, LLC

DATE:       11/15/23
INVOICE #:   2221349

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 10/02/23 | DCI | PREPARE PRODUCTION TO REGULATOR | 0.40 | 350.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.40** | **350.00** |
| | | **TOTAL FEES SERVICES** | **$** | **350.00** |
| | | **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **350.00** |

**TIMEKEEPER SUMMARY**

| ATTORNEY | HOURS | RATE | VALUE |
|----------|-------|------|-------|
| DANIEL C. ISAACS | 0.40 | 875.00 | 350.00 |
| **TOTAL FEES** | **0.40** | | **350.00** |

| | | | |
|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | **$** | **350.00** |



030983-0017    GENESIS GLOBAL HOLDCO, LLC

DATE:        11/15/23
INVOICE #:  2221349

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B110 Case Administration** | | | | |
| 10/27/23 | JXG | CALL WITH REGULATOR (.3); EMAILS WITH CLIENTS REGARDING SETTLEMENT TERMS UPDATE (.2) | 0.50 | 600.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **0.50** | **600.00** |
| **TASK CODE B190 Litigation** | | | | |
| 10/04/23 | WIR | DRAFT INITIAL DISCOVERY DOCUMENTS INCLUDING REQUESTS AND DISCLOSURES | 1.00 | 700.00 |
| 10/05/23 | WIR | ATTENTION TO DRAFTING DISCOVERY ITEMS | 1.80 | 1,260.00 |
| 10/05/23 | JXG | EMAIL WITH W. ROTH REGARDING INITIAL DISCLOSURES (.1); EMAIL WITH D. ISAACS & CLIENTS REGARDING LITIGATION UPDATE (.1) | 0.20 | 240.00 |
| 10/05/23 | DCI | DRAFT/REVISE INITIAL DISCLOSURES | 1.50 | 1,312.50 |
| 10/09/23 | DCI | REVISE INITIAL DISCLOSURES (.8); CORR. WITH CLIENT REGARDING SAME (.3) | 1.10 | 962.50 |
| 10/09/23 | WIR | ATTENTION TO AND WORK ON DRAFTING INITIAL DISCOVERY PAPERS | 0.80 | 560.00 |
| 10/09/23 | JXG | EMAIL WITH D. ISAACS REGARDING INITIAL DISCLOSURES | 0.20 | 240.00 |
| 10/11/23 | WIR | ATTENTION TO WORKING ON INITIAL DISCOVERY MATTERS | 1.00 | 700.00 |
| 10/11/23 | DCI | CORR. WITH CLIENT REGARDING INITIAL DISCLOSURES. | 0.20 | 175.00 |
| 10/11/23 | JXG | EMAIL WITH TEAM REGARDING INITIAL DISCLOSURES AND STRATEGY | 0.20 | 240.00 |
| 10/12/23 | JXG | EMAIL WITH E. REILLY REGARDING INITIAL DISCLOSURES (.1); EMAIL WITH CLIENTS REGARDING SAME (.1) | 0.20 | 240.00 |
| 10/12/23 | DCI | CORR. WITH REGULATOR REGARDING INITIAL DISCLOSURES (.3); PREPARE FOR AND CALL WITH CLIENT AND W. ROTH REGARDING SAME (1.1); CORR. WITH CLIENT REGARDING SAME (.3). | 1.70 | 1,487.50 |
| 10/12/23 | WIR | PREPARE FOR  AND ATTEND CLIENT CALL WITH D. ISAACS REGARDING INITIAL DISCLOSURES | 1.30 | 910.00 |

**Morrison Cohen**

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      11/15/23
                                                              INVOICE #:  2221349

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 10/13/23 | JXG | EMAIL WITH D. ISAACS REGARDING E. REILLY'S LETTER (.1); EMAIL WITH CLIENTS REGARDING SAME (.1) | 0.20 | 240.00 |
| 10/13/23 | DCI | ATTENTION TO DOCUMENT PRESERVATION (.3); CORR. WITH REGULATOR AND CLIENT REGARDING SAME (.7); CORR. WITH REGULATOR REGARDING INITIAL DISCLOSURES DEADLINE (.3). | 1.30 | 1,137.50 |
| 10/16/23 | JXG | EMAIL WITH D. ISAACS AND W. ROTH REGARDING INITIAL DISCLOSURES | 0.10 | 120.00 |
| 10/16/23 | WIR | WORK ON PREPARATION OF DISCOVERY REQUESTS | 1.30 | 910.00 |
| 10/18/23 | JXG | EMAIL WITH W. ROTH REGARDING PRE-MOTION CONFERENCE MATERIALS (.2); PREP FOR COURT CONFERENCE (.8); COURT CONFERENCE (.7); UPDATE EMAIL WITH CLIENTS REGARDING DENIED MOTION AND STRATEGY (.2); EMAIL WITH W. ROTH REGARDING CONFERENCE NOTES (.1); ATTENTION TO LETTER TO REGULATOR AND RELATED EMAIL (.7) | 2.70 | 3,240.00 |
| 10/18/23 | WIR | PREPARE FOR (.3) AND ATTEND PRE-MOTION CONFERENCE WITH JUDGE ███ RE DISCOVERY STAY (.7) | 1.00 | 700.00 |
| 10/19/23 | JXG | EMAIL WITH W. ROTH REGARDING INITIAL DISCLOSURES SERVICE (.2); ATTENTION TO REGULATOR AND ███ INITIAL DISCLOSURES (.5) | 0.70 | 840.00 |
| 10/19/23 | WIR | WORK ON CASE UPDATES (.2); FINALIZE AND SERVE INITIAL DISCLOSURES (.5) | 0.70 | 490.00 |
| 10/19/23 | DCI | REVIEW INITIAL DISCLOSURES | 0.70 | 612.50 |
| 10/24/23 | WIR | WORK ON OPEN DISCOVERY ITEMS | 0.40 | 280.00 |
| 10/25/23 | WIR | CORRESPONDENCE WITH CLEARY TEAM AND CLIENT AND J. GOTTLIEB RE SETTLEMENT | 0.20 | 140.00 |
| 10/25/23 | DCI | ANALYSIS REGARDING POTENTIAL RESOLUTION OF MATTER | 0.30 | 262.50 |
| 10/25/23 | JXG | CALL WITH S. O'NEAL REGARDING STATUS (.2); DISCUSSION WITH CLEARY TEAM REGARDING POTENTIAL SETTLEMENT OFFER (.2); EMAIL WITH CLIENT REGARDING SAME (.1) | 0.50 | 600.00 |
| 10/27/23 | DCI | REVIEW REGULATOR PROPOSED DISCOVERY PLAN | 0.40 | 350.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **21.70** | **18,950.00** |
| | | **TOTAL FEES SERVICES** | **$** | **19,550.00** |

| DISBURSEMENTS: | VALUE |
|---------------|-------|
| DATABASE SEARCH | 17.60 |
| ELECTRONIC DATA STORAGE | 32.00 |
| TOTAL DISBURSEMENTS | $    49.60 |

**Morrison Cohen**

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      11/15/23
                                                              INVOICE #:  2221349

---

**TOTAL BALANCE DUE FOR THIS PERIOD** ---------------------------------------- $     19,599.60

**TIMEKEEPER SUMMARY**

|                    | HOURS | RATE     | VALUE     |
|--------------------|-------|----------|-----------|
| JASON GOTTLIEB     | 5.50  | 1,200.00 | 6,600.00  |
| DANIEL C. ISAACS   | 7.20  | 875.00   | 6,300.00  |
| WILLIAM ROTH       | 9.50  | 700.00   | 6,650.00  |
| **TOTAL FEES**     | **22.20** |      | **19,550.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD** ........................................................ $     19,599.60

## WIRE INSTRUCTIONS

Bank Name:              HSBC

Bank Address:           452 Fifth Avenue
                        New York, NY 10018

                        *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)*

ABA Number:             021 001 088

Account Number:         610-044460

Account Name:           Morrison Cohen LLP
                        Operating Account

Account Address:        909 Third Avenue, 27th Floor
                        New York, NY 10022

Special Instructions:   Please reference Client Name and/or Client Number



| 030983-0005 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 11/15/23 |
| | | INVOICE #: | 2221349 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 10/02/23 | DCI | PREPARE PRODUCTION TO REGULATOR | 0.40 | 350.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.40** | **350.00** |
| | | **TOTAL FEES SERVICES** | **$** | **350.00** |
| | | **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **350.00** |

| ATTORNEY | HOURS | RATE | VALUE |
|----------|-------|------|-------|
| DANIEL C. ISAACS | 0.40 | 875.00 | 350.00 |
| **TOTAL FEES** | **0.40** | | **350.00** |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | **$** | **350.00** |



030983-0005      GENESIS GLOBAL HOLDCO, LLC               DATE:      11/15/23
                                                         INVOICE #:  2221349

              ARIANNA PRETTO-SAKMANN                      TAXPAYER IDENTIFICATION
              GENESIS GLOBAL TRADING, INC.                NUMBER 13-3205994
              250 PARK AVENUE SOUTH, 5TH FLOOR
              NEW YORK, NY 10003

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 10/02/23 | DCI | PREPARE PRODUCTION TO REGULATOR | 0.40 | 350.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.40** | **350.00** |
| | | **TOTAL FEES SERVICES** | **$** | **350.00** |
| | | **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **350.00** |

| ATTORNEY | HOURS | RATE | VALUE |
|----------|-------|------|-------|
| DANIEL C. ISAACS | 0.40 | 875.00 | 350.00 |
| **TOTAL FEES** | **0.40** | | **350.00** |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | **$** | **350.00** |



| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 11/15/23 |
| | ▮▮▮▮▮▮▮▮ | | INVOICE #: | 2221349 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B110 Case Administration** | | | | |
| 10/27/23 | JXG | CALL WITH REGULATOR (.3); EMAILS WITH CLIENTS REGARDING SETTLEMENT TERMS UPDATE (.2) | 0.50 | 600.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **0.50** | **600.00** |
| **TASK CODE B190 Litigation** | | | | |
| 10/04/23 | WIR | DRAFT INITIAL DISCOVERY DOCUMENTS INCLUDING REQUESTS AND DISCLOSURES | 1.00 | 700.00 |
| 10/05/23 | WIR | ATTENTION TO DRAFTING DISCOVERY ITEMS | 1.80 | 1,260.00 |
| 10/05/23 | JXG | EMAIL WITH W. ROTH REGARDING INITIAL DISCLOSURES (.1); EMAIL WITH D. ISAACS & CLIENTS REGARDING LITIGATION UPDATE (.1) | 0.20 | 240.00 |
| 10/05/23 | DCI | DRAFT/REVISE INITIAL DISCLOSURES | 1.50 | 1,312.50 |
| 10/09/23 | DCI | REVISE INITIAL DISCLOSURES (.8); CORR. WITH CLIENT REGARDING SAME (.3) | 1.10 | 962.50 |
| 10/09/23 | WIR | ATTENTION TO AND WORK ON DRAFTING INITIAL DISCOVERY PAPERS | 0.80 | 560.00 |
| 10/09/23 | JXG | EMAIL WITH D. ISAACS REGARDING INITIAL DISCLOSURES | 0.20 | 240.00 |
| 10/11/23 | WIR | ATTENTION TO WORKING ON INITIAL DISCOVERY MATTERS | 1.00 | 700.00 |
| 10/11/23 | DCI | CORR. WITH CLIENT REGARDING INITIAL DISCLOSURES. | 0.20 | 175.00 |
| 10/11/23 | JXG | EMAIL WITH TEAM REGARDING INITIAL DISCLOSURES AND STRATEGY | 0.20 | 240.00 |
| 10/12/23 | JXG | EMAIL WITH E. REILLY REGARDING INITIAL DISCLOSURES (.1); EMAIL WITH CLIENTS REGARDING SAME (.1) | 0.20 | 240.00 |
| 10/12/23 | DCI | CORR. WITH REGULATOR REGARDING INITIAL DISCLOSURES (.3); PREPARE FOR AND CALL WITH CLIENT AND W. ROTH REGARDING SAME (1.1); CORR. WITH CLIENT REGARDING SAME (.3). | 1.70 | 1,487.50 |
| 10/12/23 | WIR | PREPARE FOR  AND ATTEND CLIENT CALL WITH D. ISAACS REGARDING INITIAL DISCLOSURES | 1.30 | 910.00 |

**Morrison Cohen**

030983         GENESIS GLOBAL HOLDCO, LLC              DATE:       11/15/23
                                                       INVOICE #:  2221349

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 10/13/23 | JXG | EMAIL WITH D. ISAACS REGARDING E. REILLY'S LETTER (.1); EMAIL WITH CLIENTS REGARDING SAME (.1) | 0.20 | 240.00 |
| 10/13/23 | DCI | ATTENTION TO DOCUMENT PRESERVATION (.3); CORR. WITH REGULATOR AND CLIENT REGARDING SAME (.7); CORR. WITH REGULATOR REGARDING INITIAL DISCLOSURES DEADLINE (.3). | 1.30 | 1,137.50 |
| 10/16/23 | JXG | EMAIL WITH D. ISAACS AND W. ROTH REGARDING INITIAL DISCLOSURES | 0.10 | 120.00 |
| 10/16/23 | WIR | WORK ON PREPARATION OF DISCOVERY REQUESTS | 1.30 | 910.00 |
| 10/18/23 | JXG | EMAIL WITH W. ROTH REGARDING PRE-MOTION CONFERENCE MATERIALS (.2); PREP FOR COURT CONFERENCE (.8); COURT CONFERENCE (.7); UPDATE EMAIL WITH CLIENTS REGARDING DENIED MOTION AND STRATEGY (.2); EMAIL WITH W. ROTH REGARDING CONFERENCE NOTES (.1); ATTENTION TO LETTER TO REGULATOR AND RELATED EMAIL (.7) | 2.70 | 3,240.00 |
| 10/18/23 | WIR | PREPARE FOR (.3) AND ATTEND PRE-MOTION CONFERENCE WITH JUDGE ███ RE DISCOVERY STAY (.7) | 1.00 | 700.00 |
| 10/19/23 | JXG | EMAIL WITH W. ROTH REGARDING INITIAL DISCLOSURES SERVICE (.2); ATTENTION TO REGULATOR AND ███ INITIAL DISCLOSURES (.5) | 0.70 | 840.00 |
| 10/19/23 | WIR | WORK ON CASE UPDATES (.2); FINALIZE AND SERVE INITIAL DISCLOSURES (.5) | 0.70 | 490.00 |
| 10/19/23 | DCI | REVIEW INITIAL DISCLOSURES | 0.70 | 612.50 |
| 10/24/23 | WIR | WORK ON OPEN DISCOVERY ITEMS | 0.40 | 280.00 |
| 10/25/23 | WIR | CORRESPONDENCE WITH CLEARY TEAM AND CLIENT AND J. GOTTLIEB RE SETTLEMENT | 0.20 | 140.00 |
| 10/25/23 | DCI | ANALYSIS REGARDING POTENTIAL RESOLUTION OF MATTER | 0.30 | 262.50 |
| 10/25/23 | JXG | CALL WITH S. O'NEAL REGARDING STATUS (.2); DISCUSSION WITH CLEARY TEAM REGARDING POTENTIAL SETTLEMENT OFFER (.2); EMAIL WITH CLIENT REGARDING SAME (.1) | 0.50 | 600.00 |
| 10/27/23 | DCI | REVIEW REGULATOR PROPOSED DISCOVERY PLAN | 0.40 | 350.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **21.70** | **18,950.00** |
| | | **TOTAL FEES SERVICES** $ | | **19,550.00** |

DISBURSEMENTS:                                                            VALUE

|  |  |
|--|--|
| DATABASE SEARCH | 17.60 |
| ELECTRONIC DATA STORAGE | 32.00 |
| TOTAL DISBURSEMENTS                  $ | 49.60 |

**Morrison Cohen**

030983            GENESIS GLOBAL HOLDCO, LLC                      DATE:      11/15/23
                                                                 INVOICE #:  2221349

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                          $      19,599.60

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 5.50 | 1,200.00 | 6,600.00 |
| DANIEL C. ISAACS | 7.20 | 875.00 | 6,300.00 |
| WILLIAM ROTH | 9.50 | 700.00 | 6,650.00 |
| **TOTAL FEES** | **22.20** | | **19,550.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                          $      19,599.60

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**WIRE INSTRUCTIONS**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## **EXHIBIT D**

### **Summary of Expenses for October 1, 2023 through October 31, 2023**

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $32.00 |
| Pacer | 17.60 |
| **Grand Total Expenses** | **$49.60** |

## EXHIBIT E

### Summary of Expenses for October 1, 2023 through October 31, 2023

**Relativity Hosting Fee**

8/31/2023   Relativity Hosting October 2023 – 030983-0017 - $32.00

**Pacer**

10/31/2023 Pacer Search Charges October 2023 – 030983-0017 - $17.60