**EXHIBIT A**

**Avoidable Transfers**

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 1,346.58 | $537.28 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 2,356.02 | $1,906.96 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 1.99 | $2,091.00 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 3,188.78 | $2,701.21 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 8,950.59 | $2,742.91 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SKL | 123,344.85 | $4,021.04 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SKL | 212,982.34 | $6,943.22 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RLY | 479,332.62 | $7,285.86 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 28,777.70 | $7,868.69 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 179,854.90 | $10,688.78 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 9,436.40 | $12,895.78 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 274.99 | $22,194.80 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 123.46 | $158,361.56 |
| 10/20/2022 | 10/20/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 949,510.58 | $949,510.58 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 469.09 | $42.97 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 17.31 | $104.46 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 1,041.25 | $119.74 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FET | 6,247.43 | $501.67 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 401.67 | $745.18 |

---

[1]  "Recall Date" refers to the date a borrow was originally recalled by Gemini. Dates listed in the "Transaction Date" column represent the date an asset was transferred to Gemini.

[2]  For ease of reference, and to provide a dollar value for the Avoidable Transfers, Plaintiff has provided the market value of the various assets as of the Transaction Date. In doing so, Plaintiff does not waive, and expressly reserves, any and all arguments with respect to the proper valuation date of the Avoidable Transfers or the form of recovery on any judgments.

1

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 14.47 | $754.97 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 102.98 | $903.13 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 1,042.26 | $1,399.76 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 5,660.32 | $1,421.31 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 20.83 | $1,710.96 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 63,456.63 | $1,798.36 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 7,943.37 | $2,202.93 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RLY | 171,509.93 | $2,641.25 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 3,211.85 | $2,873.00 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 3,194.94 | $4,307.10 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 5,069.02 | $34,509.87 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 813,136.90 | $48,243.41 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 72.98 | $94,864.35 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 873,472.11 | $873,472.11 |
| 10/21/2022 | 10/21/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 1,720,200.53 | $1,720,200.53 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 20.29 | $27.46 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 734.84 | $67.31 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 108.67 | $108.69 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 7,222.98 | $201.95 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 705.04 | $238.86 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 2,232.18 | $453.69 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 2,029.26 | $1,148.56 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 47.51 | $2,469.94 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 324.33 | $2,818.44 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AXS | 428.02 | $3,595.37 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RLY | 392,139.58 | $6,078.16 |
| 10/24/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 41,018.29 | $7,842.70 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 1,871.39 | $8,434.34 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 22.01 | $20,421.20 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 40,061.81 | $24,157.27 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 718.70 | $37,767.47 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 176,391.25 | $176,391.25 |
| 10/24/2022 | 10/24/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 15.96 | $308,499.34 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 15.47 | $101.97 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 215.53 | $215.51 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 0.03 | $226.61 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 1,074.33 | $271.57 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 325.57 | $284.81 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BNT | 787.32 | $344.06 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 12,982.71 | $369.49 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 2,937.53 | $620.70 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 2,276.96 | $651.87 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 421.20 | $657.04 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FET | 9,116.90 | $744.85 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 129.93 | $854.78 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 15.26 | $1,249.60 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ALCX | 127.82 | $2,622.77 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 41,654.63 | $2,626.32 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | COMP | 56.32 | $2,861.02 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 2,854.05 | $3,196.54 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 11,110.40 | $2,203.19 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GRT | 64,288.19 | $5,200.91 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 6,488.11 | $5,880.17 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 9,884.81 | $6,179.98 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 7.38 | $12,148.82 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 25,754.00 | $15,014.58 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 23,501.33 | $21,564.82 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 28.00 | $26,464.70 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 12,540.08 | $59,364.72 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 570.00 | $64,244.83 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 2,880,058.47 | $2,880,058.47 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 4,406.20 | $6,434,148.76 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 296.80 | $28.37 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 4.53 | $42.21 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 522.40 | $64.73 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 167.29 | $154.46 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 135.84 | $195.20 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 125.85 | $259.56 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AXS | 37.14 | $339.49 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 61.00 | $412.33 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 0.12 | $969.39 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 2.13 | $1,997.01 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 2,775.34 | $2,593.56 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 127,644.91 | $9,291.27 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 310.63 | $17,525.48 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 76,549.04 | $48,822.98 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 270,272.58 | $59,365.37 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 17,289.58 | $115,753.72 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 3,503,617.49 | $3,503,617.49 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | 11.21 | $24.49 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 22.77 | $25.50 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 22.77 | $25.50 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 282.31 | $26.14 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 0.02 | $27.53 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 1.41 | $74.68 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 213.11 | $90.19 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GRT | 1,784.48 | $142.58 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 1,928.19 | $490.66 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 2,767.70 | $788.85 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FIL | 236.98 | $1,240.33 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 988.02 | $1,593.57 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AMP | 425,607.48 | $2,047.17 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 417.34 | $2,876.31 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 46,033.28 | $3,539.96 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 5,355.42 | $4,864.86 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 16.33 | $14,763.98 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 35,070.98 | $20,867.23 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 26,326.64 | $26,321.38 |
| 10/27/2022 | 10/27/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 20,890.62 | $96,263.99 |
| 10/27/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 502,755.50 | $137,604.18 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| **10/27/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 886,165.64 | $242,543.54 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 6.42 | $5.80 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 164.42 | $15.52 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 163.29 | $154.28 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | 78.15 | $173.72 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 25.16 | $233.95 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | .84 | $1,368.79 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 1,376.58 | $2,350.24 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 112,737.61 | $3,287.43 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 17,824.33 | $4,012.26 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 25,263.44 | $25,253.34 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 8,437.63 | $41,943.48 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 546,845.42 | $$45,858.46 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 105.82 | $164,555.50 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 1,342,104.84 | $1,342,104.84 |
| **10/28/2022** | 10/28/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 124.65 | $2,567,855.53 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | 111.69 | $249.52 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 0.04 | $296.14 |
| **10/31/2022** | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 1,206.57 | $316.81 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 52.85 | $367.74 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 12,855.43 | $377.82 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 885.93 | $389.28 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 113.19 | $1,060.58 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 777.40 | $1,107.80 |
| **10/31/2022** | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 16.12 | $1,351.98 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 3,026.69 | $2,035.75 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | COMP | 45.88 | $2,302.19 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BNT | 5,665.67 | $2,691.20 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 3.95 | $3,549.99 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 47,299.42 | $4,441.42 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 354.37 | $11,538.23 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 2,345.40 | $123,297.60 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 155,448.96 | $155,448.96 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 2,023,464.47 | $256,636.00 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 300.87 | $473,156.72 |
| 10/31/2022 | 10/31/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 3,073,186.94 | $3,073,186.94 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | .42 | $0.92 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 38.19 | $3.56 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 10.90 | $3.88 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 314.60 | $93.04 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 2,146.43 | $269.16 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 379.32 | $338.20 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 411.04 | $369.40 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FET | 9,575.79 | $791.92 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 1,453.23 | $944.60 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 222.67 | $1,002.89 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SKL | 27,623.01 | $1,011.00 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 948.04 | $7,282.85 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RLY | 969,139.10 | $13,955.60 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 19,126.49 | $16,716.55 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 173,119.81 | $24,603.79 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 108.06 | $170,555.50 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 80,778.93 | $202,310.75 |
| 11/1/2022 | 11/1/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 461,934.35 | $461,934.35 |
| 11/1/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 3,693,437.53 | $3,693,437.53 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 4.12 | $37.76 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 234.49 | $80.43 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AXS | 14.83 | $128.42 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 2,129.95 | $202.77 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | COMP | 7.31 | $340.56 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 525.39 | $455.04 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 613.97 | $529.36 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 25,795.82 | $736.99 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 2,437.66 | $1,082.32 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 0.96 | $1,565.53 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 12,458.69 | $2,992.58 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AMP | 812,856.84 | $3,885.46 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 101.22 | $8,135.09 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 105.38 | $11,975.41 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 1,169.21 | $36,035.14 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 1,203.57 | $73,345.54 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 313,354.03 | $313,354.03 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 5,420,710.11 | $5,420,710.11 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 102.75 | $89.86 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 17.48 | $116.04 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 5.31 | $267.23 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 56.79 | $392.97 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GRT | 6,945.79 | $602.89 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 513.37 | $703.31 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 887.13 | $799.39 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 3,947.52 | $1,087.15 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 6,933.16 | $4,215.36 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 13,708.77 | $4,439.59 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 8,900.13 | $5,671.16 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 3,191.84 | $24,637.83 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 370,568.44 | $45,450.22 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 16,238.62 | $70,735.42 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FIL | 23,374.12 | $135,242.68 |
| 11/3/2022 | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 306,492.49 | $306,461.84 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 5,583.41 | $645,553.66 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 102.57 | $2,072,877.60 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 3,376,027.95 | $3,376,027.95 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 10,919.33 | $16,715,208.22 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 7.85 | $7.48 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 0.56 | $37.76 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 294.35 | $40.91 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 10,915.39 | $349.40 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 33.19 | $353.50 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 389.10 | $435.79 |
| 11/4/2022 | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 107.80 | $814.54 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 438.61 | $1,189.06 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | COMP | 26.38 | $1,363.54 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 5,978.27 | $1,532.83 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 5,182.79 | $1,756.40 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 2.06 | $1,885.42 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 2,831.32 | $1,970.88 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 1.44 | $2,406.64 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 8,159.55 | $8,159.55 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 23,398.99 | $23,962.90 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 2,910.24 | $25,371.51 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 30,450.51 | $35,611.87 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 1,836.22 | $61,954.05 |
| **11/4/2022** | 11/4/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 1,931,353.56 | $1,931,353.56 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 95.40 | $1,046.57 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 4,939.23 | $1,274.49 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 5,762.27 | $2,667.35 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 5.76 | $4,772.47 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SKL | 159,901.26 | $6,348.08 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 10,386.86 | $6,898.95 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 269,812.77 | $7,832.66 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 2,837.70 | $25,400.29 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 264,502.16 | $32,745.37 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 325,002.38 | $85,264.38 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 18,739.02 | $86,255.71 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 4,336.85 | $128,500.92 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/7/2022 | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 1,187,045.22 | $1,187,045.22 |
| 11/7/2022 | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 117.39 | $2,417,070.15 |
| 11/7/2022 | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 18,009,263.52 | $18,009,263.52 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 54.22 | $11.40 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 2,490.73 | $227.40 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 73.51 | $632.21 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 3,583.11 | $764.99 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 233.12 | $1,333.45 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 715.76 | $1,421.35 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 0.94 | $1,588.14 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | 1,263.18 | $2,494.77 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 27,761.61 | $2,884.43 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 112.23 | $4,724.75 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 4,055.84 | $4,757.50 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 231,861.72 | $5,724.67 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 13,144.48 | $7,295.19 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 172.72 | $9,981.63 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BNT | 30,653.21 | $13,183.94 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 3.24 | $21,718.28 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SNX | 11,232.87 | $23,802.46 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 60,199.24 | $34,090.83 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 141,744.77 | $39,412.13 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 605.46 | $62,440.63 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 81,202.54 | $62,501.60 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 1,105.29 | $79,868.62 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 14,452.41 | $111,428.10 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 31,674.31 | $124,289.99 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 6,261.14 | $152,208.42 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 306,980.34 | $320,548.87 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FIL | 75,136.99 | $360,507.29 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 5,164.82 | $6,894,256.98 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 534.33 | $9,911,334.56 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 10,032,712.25 | $10,032,712.25 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 43,961,989.12 | $43,961,989.12 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 211.88 | $107.55 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 533.89 | $122.91 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 304.65 | $444.12 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | 431.82 | $658.09 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 242.57 | $1,149.81 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | COMP | 33.85 | $1,165.03 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 14,840.74 | $1,173.90 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 2.10 | $1,408.97 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 9,491.55 | $1,461.70 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 185,378.64 | $3,629.71 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 28,207.38 | $6,036.38 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AMP | 2,290,567.15 | $8,154.42 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 122,215.36 | $9,691.68 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 283.32 | $9,887.70 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 61,339.62 | $10,054.79 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 19,952.31 | $11,021.65 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 39,851.06 | $11,238.00 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 223.42 | $12,922.70 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 188,586.08 | $14,011.95 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SNX | 11,609.49 | $19,852.23 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 4,859.84 | $23,696.57 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GRT | 455,242.73 | $26,404.08 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 5.70 | $31,284.53 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 534.39 | $47,587.55 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 31.34 | $50,836.30 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ALCX | 3,452.83 | $57,006.27 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 66,201.51 | $67,922.75 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 1,820.75 | $91,965.99 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 15,172.99 | $94,315.33 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FIL | 23,459.35 | $97,145.16 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 270,643.75 | $123,765.39 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 9,590.91 | $133,409.51 |
| 11/9/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 277,161.08 | $276,994.78 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 497,264.87 | $404,823.33 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 916,475.32 | $483,898.97 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 205,084.52 | $591,053.58 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 9,756,027.98 | $9,756,027.98 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 18,696.12 | $20,550,028.72 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 2,097.07 | $33,302,537.84 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 68,201,743.26 | $68,201,743.26 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 53.39 | $295.23 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 1,470.48 | $1,818.40 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 261.12 | $2,096.81 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 3,813.36 | $2,162.17 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 3,241.29 | $2,222.55 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 2,095.76 | $2,387.08 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 11,275.38 | $2,416.31 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 28,120.90 | $2,449.33 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SNX | 1,290.95 | $2,509.61 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 128,028.63 | $2,943.38 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 0.57 | $3,822.45 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AXS | 1,009.39 | $7,408.96 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 88,238.92 | $8,267.99 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 47,717.04 | $9,256.15 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 253.84 | $9,955.59 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BNT | 28,298.27 | $11,214.60 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GRT | 178,663.73 | $12,363.53 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 27,625.42 | $14,627.66 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 251.60 | $15,173.98 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 376.92 | $25,573.81 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 158,238.61 | $32,929.35 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 129,105.66 | $34,640.34 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 23.07 | $40,214.89 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 465.37 | $47,639.54 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | APE | 20,290.62 | $71,341.81 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 81.61 | $71,831.59 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 13,652.58 | $78,570.60 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FET | 1,148,707.78 | $79,260.84 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 5,360.70 | $94,455.47 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 2,119,452.91 | $189,733.42 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 46,360.00 | $333,328.42 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FIL | 78,959.61 | $364,635.46 |
| 11/10/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 409,110.83 | $408,865.37 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MATIC | 388,937.68 | $436,115.82 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 4,150.59 | $5,377,256.40 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 7,244,492.60 | $7,244,492.60 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 719.72 | $12,629,059.40 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 38,761,005.65 | $38,761,005.65 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 313.55 | $351.18 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 2,163.81 | $428.26 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 6,386.49 | $1,264.01 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 6,543.45 | $1,295.08 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 1,560.87 | $1,748.17 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 6,886.82 | $1,807.79 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 9,216.84 | $1,824.20 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SKL | 83,012.73 | $2,357.56 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RLY | 235,946.28 | $2,713.38 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | RBN | 21,198.22 | $4,195.55 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ALCX | 250.05 | $4,518.42 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | KNC | 7,760.52 | $4,839.46 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 24,845.65 | $5,630.02 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UMA | 3,439.59 | $5,964.25 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LPT | 865.22 | $6,627.55 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | TOKE | 6,861.75 | $7,685.16 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SKL | 298,664.13 | $8,482.06 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 410,356.88 | $8,912.95 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZRX | 61,198.46 | $11,382.24 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BNT | 31,473.02 | $12,151.73 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FET | 231,883.02 | $14,956.45 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | OXT | 177,929.54 | $15,266.35 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | XTZ | 14,812.14 | $15,774.93 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAL | 3,092.39 | $17,162.75 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | STORJ | 68,641.86 | $21,924.21 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ZEC | 656.38 | $25,841.87 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | INJ | 14,823.83 | $25,949.00 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | REN | 331,436.99 | $26,713.82 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SNX | 14,420.11 | $26,864.67 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SUSHI | 22,812.65 | $28,623.03 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | 1INCH | 51,716.62 | $28,857.87 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GRT | 478,651.42 | $31,686.72 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | COMP | 883.59 | $35,193.38 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AXS | 5,585.74 | $38,876.73 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AMP | 10,497,454.52 | $40,835.10 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LRC | 158,020.40 | $41,480.36 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MKR | 77.71 | $60,551.39 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | AAVE | 1,363.69 | $87,030.92 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BAT | 366,604.45 | $93,539.12 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | FTM | 530,182.47 | $104,713.26 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | MANA | 212,613.28 | $105,371.14 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | YFI | 17.61 | $113,067.87 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | PAXG | 67.51 | $119,926.78 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CRV | 281,577.73 | $188,009.45 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | UNI | 45,246.90 | $275,191.64 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | SOL | 20,056.78 | $327,326.62 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LTC | 5,702.70 | $349,575.41 |
| 11/11/2022 | 11/12/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BCH | 4,596.60 | $471,289.13 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DOGE | 7,316,219.73 | $621,220.22 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 134,136.65 | $941,639.32 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | BTC | 1,000.00 | $17,005,220.00 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USDC | 23,550,507.38 | $23,550,507.38 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | GUSD | 26,449,492.62 | $26,449,492.62 |
| 11/11/2022 | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 30,000.00 | $38,553,000.00 |
| 10/25/2022 | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 2,880,058.47 | $2,880,058.47 |
| 10/26/2022 | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 3,503,617.49 | $3,503,617.49 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 3,693,437.53 | $3,693,437.53 |
| 11/2/2022 | 11/2/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 5,420,710.11 | $5,420,710.11 |
| 11/3/2022 | 11/3/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 3,376,027.95 | $3,376,027.95 |
| 11/7/2022 | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 18,009,263.52 | $18,009,263.52 |
| 11/8/2022 | 11/8/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 43,961,989.12 | $43,961,989.12 |
| 11/9/2022 | 11/9/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 68,201,743.26 | $68,201,743.26 |
| 11/10/2022 | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 38,761,005.65 | $38,761,005.65 |

| Recall Date[1] | Transaction Date | Transfer From | Legal Entity Transferred To | Currency | Quantity | Market Value (as of Transaction Date)[2] |
|---|---|---|---|---|---|---|
| **11/14/2022** | 11/14/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | USD | 26,449,492.62 | $26,449,492.62 |
| **10/25/2022** | 10/25/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 6,760.33 | $1,340.57 |
| **10/26/2022** | 10/26/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | CHZ | 39,530.69 | $7,989.15 |
| **11/7/2022** | 11/7/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 303,926.15 | $303,895.75 |
| **11/10/2022** | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ANKR | 23,625,798.74 | $543,157.11 |
| **11/10/2022** | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | LINK | 46,360.00 | $333,328.42 |
| **11/10/2022** | 11/10/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | ETH | 4,150.59 | $5,377,256.40 |
| **11/11/2022** | 11/11/2022 | Genesis Global Capital, LLC | Gemini Trust Company, LLC | DAI | 560,000.00 | $559,664.00 |
| **Total** | | | | | | **$689,301,010.82** |