**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC., *et al.*, | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Gregg Steinman, to be admitted *pro hac vice* to represent the Ad Hoc Group of Genesis BTC/ETH Creditors of Genesis Global Holdco, LLC, *et al.* in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Florida; it is hereby:

**ORDERED** that Gregg Steinman, Esq. is admitted to practice *pro hac vice* in the above-referenced cases to represent the Ad Hoc Group of Genesis BTC/ETH Creditors of Genesis Global Holdco, LLC, *et al.* in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:   November 28, 2023             /s/   *Sean H. Lane*
        New York, New York              HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.