**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*, | No. 23-10063 |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

Withheld

Name of Transferee:

Fir Tree Value Master Fund, LP
Fir Tree Capital Opportunity Master Fund III, LP
Fir Tree Digital Asset Opportunities Holdings, LLC

Creditor Name: Withheld
Schedule Number: 5234758
Schedule F Line No. 3.1.0396
Case Number: 23-10064
Debtor: Genesis Global Capital, LLC

Name and Address where notices and payments to transferee should be sent:
Fir Tree Capital Management
Attn: General Counsel
Email: LegalNotices@firtree.com
500 Fifth Ave, Suite 901
New York, NY 10010

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: November ___, 2023
Transferee/Transferee's Agent

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.