**Hearing Date and Time: January 3, 2024 at 10:00 A.M. (ET)**
**Objection Deadline: December 21, 2023 at 4:00 P.M. (ET)**

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

---

**THIS OBJECTION SEEKS TO MODIFY AND ALLOW AS MODIFIED
CERTAIN FILED PROOFS OF CLAIM**

**PLEASE CAREFULLY REVIEW THE
ATTACHED OBJECTION AND THE ATTACHMENTS
THERETO TO DETERMINE WHETHER IT AFFECTS YOUR CLAIM(S)**

**IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL:
DEANDRA FIKE, ESQ., DFIKE@CGSH.COM OR KATHARINE ROSS, ESQ.,
KROSS@CGSH.COM**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**NOTICE OF HEARING ON
DEBTORS' SEVENTH OMNIBUS
OBJECTION (NON-SUBSTANTIVE) TO
CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502
AND FED. R. BANKR. P. 3007 (MODIFY AND ALLOW AS MODIFIED)**

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on November 29, 2023 the Debtors filed the *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow As Modified)* (the "Seventh Omnibus Objection"). A hearing (the "Hearing") on the Seventh Omnibus Objection will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10610 pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order") and to the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief* (ECF No. 498) (the "Claims Procedures Order"). The Hearing will commence on **January 3, 2024, at 10:00 A.M. (Prevailing Eastern Time)**, and will be conducted through zoom for government. Pursuant to the Claims Procedures Order, the Debtors reserve the right to adjourn the Hearing in their sole discretion on further notice. Claims Procedures Order at 3.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses ("Responses"), if any, to the Seventh Omnibus Objection or the relief requested therein shall be made in writing, filed with the Court no later than **December 21, 2023, at 4:00 P.M. (Prevailing Eastern Time)** (the "Response Deadline"), and served as required by the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Seventh Omnibus Objection, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form annexed as **Exhibit**

---

[2]       Holdco, and its Debtor and non-Debtor subsidiaries are collectively referred to as the "Company".

**A** to the Seventh Omnibus Objection, which order the Court may enter with no further notice or opportunity to be heard.

> **PLEASE TAKE FURTHER NOTICE** copies of the Seventh Omnibus Objection can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165, at https://restructuring.ra.kroll.com/genesis or by calling +1 212 257 5450. Note that a PACER password is needed to access documents on the Court's website.

> **PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the Seventh Omnibus Objection carefully and, if you have one available, discuss it with your attorney. (If you do not have an attorney, you should consider consulting with one.)

> **PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Seventh Omnibus Objection, or if you want the Court to hear your position on the Seventh Omnibus Objection, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Seventh Omnibus Objection and may enter orders granting the relief requested by the Debtors.

Dated:    November 29, 2023
          New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DEBTORS' SEVENTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO
11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (MODIFY AND ALLOW AS MODIFIED)**

TO THE CLAIMANTS WHOSE CLAIMS ARE OBJECTED TO BY THIS OBJECTION (THE "SEVENTH OMNIBUS OBJECTION" OR "OBJECTION")):

- **THIS OBJECTION SEEKS TO MODIFY AND ALLOW AS MODIFIED CERTAIN FILED PROOFS OF CLAIM.**

- **YOU SHOULD LOCATE YOUR CLAIM(S) ON EXHIBITS 1 AND 2 TO THE PROPOSED ORDER.**

- **YOUR RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. YOUR CLAIM(S) MAY BE MODIFIED, REDUCED, OR OTHERWISE**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**AFFECTED AS A RESULT OF THIS OBJECTION. THEREFORE, PLEASE READ THIS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

- **THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE DEBTORS' RIGHTS, CONSISTENT WITH PRIOR COURT ORDERS, TO PURSUE FURTHER SUBSTANTIVE OR NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIMS SUBJECT TO THIS OBJECTION.**

Genesis Global Holdco, LLC ("Holdco") and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors," and these cases, the "Chapter 11 Cases") hereby object to and incorporate by reference those claims listed on Exhibit 1 and Exhibit 2 (together, the "Disputed Claims") to the proposed order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the *Revised Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief* (ECF No. 498) (the "Claims Objection Procedures Order") and seek entry of the Proposed Order modifying and allowing as modified the Disputed Claims as set forth herein. In support of this Objection, the Debtors submit the *Declaration of Paul Kinealy in Support of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow As Modified)* (the "Kinealy Declaration"), attached hereto as Exhibit B and incorporated by reference, and respectfully state as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern

District of New York dated January 31, 2012 (Preska, C.J.). Venue is proper pursuant to 28 U.S.C.

§§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory

bases for the relief requested herein are Bankruptcy Code sections 105 and 502, and Bankruptcy

Rule 3007.

## BACKGROUND

**A.    Debtors' Business and Procedural History**

2.    Holdco (together with the other Debtors and Holdco's Non-Debtor Subsidiaries,

the "Company") and its non-Debtor affiliate Genesis Global Trading, Inc. ("GGT") provide

lending and borrowing, spot trading, derivatives and custody services for digital assets and fiat

currency. The Debtors engaged in lending, borrowing and certain trading services, while the non-

Debtor subsidiaries engage in derivatives, custody and most of the Company's trading services.

Holdco is a sister company of GGT and 100% owned by Digital Currency Group, Inc. Additional

information regarding the Debtors' business, capital structure and the circumstances leading to the

commencement of the Chapter 11 Cases is set forth in the *Declaration of A. Derar Islim in Support*

*of First Day Motions and in Compliance with Local Rule 1007-2* (ECF No. 17), the *Declaration*

*of Paul Aronzon in Support of First Day Motions and Applications in Compliance with Local Rule*

*1007-2* (ECF No. 19) and the *Declaration of Michael Leto in Support of First Day Motions and*

*Applications in Compliance with Local Rule 1007-2* (ECF No. 28) (together, the "First Day

Declarations").[2]

3.    On January 19, 2023, the Debtors each filed a voluntary petition for relief under

chapter 11 of the Bankruptcy Code (the date of such filing, the "Petition Date") with the Court.

The Debtors continue to operate their businesses and manage their properties as debtors-in-

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in
the First Day Declarations.

possession under sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of the Related Chapter 11 Cases* (ECF No. 37). No trustee or examiner has been appointed in the Chapter 11 Cases. On February 3, 2023, an official committee of unsecured creditors (the "Committee") was appointed in the Chapter 11 Cases pursuant to the *Notice of Appointment of Official Committee of Unsecured Creditors* (ECF No. 55).

4. On March 21, 2023, each Debtor filed its *Summary of Assets and Liabilities* (ECF Nos. 145, 146, and 147) and *Statement of Financial Affairs* (ECF Nos. 142, 143 (as amended by ECF No. 450), and 144) (the "Schedules" and "Statements," respectively).

5. On April 4, 2023, the Court granted the *Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Proof of Claim Form, Bar Date Notices, and Mailing and Publication Procedures, (III) Implementing Uniform Procedures Regarding 503(b)(9) Claims, and (IV) Providing Certain Supplemental Relief* (ECF No. 200) (the "Bar Date Order"), which established May 22, 2023 as the general date by which most creditors have submitted their proofs of claim (the "General Bar Date").

6. The General Bar Date passed on May 22, 2023. As of November 27, 2023, 1,191 proofs of claim have been filed against the Debtors.

**B.     The Claims Resolution Process**

7. In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.

8. The Debtors' Claims agent, Kroll Restructuring Administration (the "Claims Agent"), has prepared and maintains a register (the "Claims Register") of proofs of claim (each a

"Proof of Claim") that were filed in these Chapter 11 Cases asserting claims against the Debtors (collectively, the "Claims," and each holder of a Claim, a "Claimant"). Pursuant to the *Stipulation and Confidentiality Agreement and Protective Order* (ECF No. 328) (the "Protective Order"), the Court's *Memorandum of Decision* (ECF No. 581) (the "Redaction Decision"), and the *Order Granting the Debtors' and the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information* (ECF No. 694) (the "Redaction Order"), much of that information is maintained under seal to protect the confidentiality of the Debtors' creditors. The Debtors and their advisors are comprehensively reviewing and reconciling all claims, including both the claims listed on the Schedules ("Scheduled Claims") and the Claims asserted in the Proofs of Claim (including any supporting documents). The Debtors are also comparing the Claims asserted in the Proofs of Claim with their Books and Records to determine the validity of the asserted Claims.

9.      The reconciliation process includes identifying particular categories of claims that may be targeted for disallowance, reduction and allowance or reclassification and allowance. To reduce the number of Claims, and to avoid possible double recovery or otherwise improper recovery by Claimants, as well as unnecessary duplication or noise in the voting pool in respect of the Debtors' upcoming solicitation, the Debtors will continue to file omnibus objections to such categories of claims if and where warranted. This Objection is one such omnibus objection.

10.      On July 12, 2023, the Court entered the Claims Objection Procedures Order granting the Debtors relief from certain requirements of Bankruptcy Rule 3007. The Debtors submit that this Objection and the notice provided to the Claimants in connection herewith are consistent with the Claims Objection Procedures Order, the Bankruptcy Code and the Bankruptcy Rules.

**RELIEF REQUESTED**

11.    The Debtors and/or their advisors have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, and each of the Disputed Claims. Based on this review, the Debtors have determined that each of the Disputed Claims is subject to modification on the following bases: (i) it has been asserted against an incorrect Debtor entity; and/or (ii) it has been asserted in an amount that is inconsistent with the Debtors' Schedules and Books and Records. By this Objection, the Debtors respectfully request that the Court enter the Proposed Order, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, (i) modifying the Disputed Claims as set forth herein and (ii) allowing the Disputed Claims as modified.[3]

**BASIS FOR RELIEF**

12.    When asserting a proof of claim against a bankruptcy estate, a claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant. *See In re Avaya, Inc.*, 608 B.R. 366, 369-70 (Bankr. S.D.N.Y. 2019). Where the claimant alleges sufficient facts to support its claim, its claim is afforded prima facie validity. *See id.* A party wishing to dispute such claim must produce evidence in sufficient force to negate the claim's prima facie validity. *Id.* Once the objecting party produces such evidence, the burden shifts back to the claimant to prove the validity of his or her claim by a preponderance of the evidence. *Id.* The burden of persuasion is always on the claimant. *Id.*

---

[3]    Further, the Disputed Claims marked with an asterisk on Exhibits 1 and 2 to the Proposed Order were filed after the General Bar Date. Pursuant to section 502(b) of the Bankruptcy Code, a claimant's failure to timely file a proof of claim provides an additional, independent basis for disallowance of that claim. *See* 11 U.S.C. § 502(b). Bankruptcy Rule 3007 also expressly allows a debtor to file an omnibus objection to claims on the basis that "they were not timely filed." *See* Fed. R. Bankr. Pro. 3007. To the extent that the Disputed Claims were filed after the General Bar Date, such Claims are untimely and should also be disallowed and expunged on that basis. *See, e.g., In re Roman Catholic Diocese of Rockville Centre, New York*, Case No. 20-12345 (MG), 2023 WL 4497418, at *12 (Bankr. S.D.N.Y. July 1, 2023) (disallowing late-filed claims); *In re Ditech Holding Corp.*, Case No. 19-10412 (JLG), 2023 WL 3265089, at *15 (Bankr. S.D.N.Y. May 4, 2023) (same).

13.      Section 502(b)(1) of the Bankruptcy Code provides that a claim may not be allowed
to the extent that "such claim is unenforceable against the debtor and property of the debtor, under
any agreement or applicable law." 11 U.S.C. § 502(b)(1). Bankruptcy Rule 3007(d) and the
Claims Objection Procedures Order permit the Debtors to file an objection to more than one claim
on non-substantive bases, such as because such claims "duplicate other claims" (Fed. R. Bankr. P.
3007(d)(1)), are "inconsistent with or contradict[] the Debtors' books and records[,]" "fail[] to
sufficiently specify the basis for the claim[,]" or "assert[] amounts inconsistent with the terms of
the applicable master lending agreement with such claimant." Claims Objection Procedures Order
¶¶ 1(a)(i), (v), (xv).

14.      Pursuant to the Claims Objections Procedures Order, the Debtors are permitted to
file an omnibus objection to Claims for which "the amount claimed . . . is inconsistent with or
contradicts the Debtors' books and records and the Debtors . . . deny liability in excess of the
amount reflected in the Debtors' books and records" and that are "filed against the incorrect
Debtor, a non-debtor, or [are] improperly filed against multiple Debtors." Claims Objection
Procedures Order, ¶ 1(a)(i), (viii). Doing so will ensure that the Claims Register is accurate and
consistent with the Debtors' Schedules and Books and Records. Failure to do so could result in
improper or unwarranted creditor recoveries. For these reasons, courts in this district have granted
similar relief. *See, e.g.*, Order, *In re LATAM Airlines Group S.A., et al.,* Case No. 20-11254 (JLG)
(Bankr. S.D.N.Y. September 27, 2021) (ECF No. 3234) (modifying claims to identify correct
debtor); Order, *In re Windstream Finance, Corp., et al.,* Case No. 19-22397 (RDD) (Bankr.
S.D.N.Y. June 17, 2021) (ECF No. 130) (same).

## OBJECTION

15.      The Debtors and/or their advisors have reviewed the Claims Register, the
Schedules, the Debtors' Books and Records, and each of the Disputed Claims. *See* Ex. B, Kinealy

Decl., ¶ 4.  Through this review, the Debtors have determined, with the help of Alvarez and Marsal North America LLC ("A&M"), the Debtors' financial advisor, that: (i) the Disputed Claims identified in Exhibit 1 to the Proposed Order were both (a) asserted against the incorrect Debtor and (b) asserted in an amount unsupported by the Debtors' Schedules and Books and Records (the "Modify Debtor and Amount Claims"); and (ii) the Disputed Claims identified in Exhibit 2 to the Proposed Order were asserted in an amount unsupported by the Debtors' Schedules and Books and Records (the "Modify Amount Claims").  *See* Ex. B, Kinealy Decl., ¶¶ 5,7.

16.     Notwithstanding these deficiencies, the Debtors have identified a Scheduled Claim with which each of the Disputed Claims corresponds and seek to modify the Disputed Claims to match the Debtors' Schedules and Books and Records.  *See* Ex. B, Kinealy Decl., ¶¶ 6,8.  Further, because none of the Disputed Claims provided any evidence to support the specific Debtor against which the Disputed Claims asserted liability and/or evidence to support the amount of the asserted claim, the Disputed Claims fail to meet the standard for prima facie validity.  The Debtors accordingly object to the Disputed Claims on the basis that they have been asserted against the incorrect Debtor and/or in an amount unsupported by the Debtors' Schedules and Books and Records, and respectfully request that:  (i) with respect to the Modify Debtor and Amount Claims identified in Exhibit 1 to the Proposed Order, such Claims be modified such that they are asserted against the correct Debtor and the amounts asserted in such claims be reduced to the amount reflected in the Debtors' Schedules and Books and Records, as identified in Exhibit 1; (ii) with respect to the Modify Amount Claims identified in Exhibit 2 to the Proposed Order, the amounts asserted be reduced to the amount reflected in the Debtors' Schedules and Books and Records, as

identified in Exhibit 2; and (iii) that the Disputed Claims be allowed as modified herein.[4]  *See* Ex.

B, Kinealy Decl., ¶¶ 5-9.

## SEPARATE CONTESTED MATTERS

17.    To the extent that a response is filed regarding any Disputed Claim listed in this

Objection and the Debtors are unable to resolve the response, such Disputed Claim and the

Objection by the Debtors to such claim asserted herein shall constitute a separate contested matter

as contemplated by Bankruptcy Rule 9014.  Any order entered by the Court regarding an objection

asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESPONSES TO OMNIBUS OBJECTION

18.    To contest this Objection, a Claimant must file and serve a written response to this

Objection (a "Response") so that it is received no later than **4:00 p.m.** (prevailing Eastern Time)

on **December 21, 2023** (the "Response Deadline").  Every Response must be filed electronically

with the Court on the docket of *In re Genesis Global Holdco, LLC*, Case No. 23-10063 (the

"Docket") and served upon the following entities so that the Response is received no later than the

Response Deadline, at the following addresses:

> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Attn:  Sean O'Neal, Esq., Luke A. Barefoot, Esq., and Jane VanLare, Esq.
> soneal@cgsh.com, lbarefoot@cgsh.com, and jvanlare@cgsh.com
>
> -and-
>
> Genesis Global Holdco, LLC

---

[4]    Pursuant to section 502(b) of the Bankruptcy Court, the Debtors have converted the amount in which the Disputed Claims should be allowed to U.S. Dollars as of the Petition Date.  *See* Hr'g Tr. at 48:1-13, *In re Voyager Digital Holdings, Inc.*, No. 22-10943 (MEW) (Bankr. S.D.N.Y. Feb. 22, 2023) (noting that while the claimant's proof of claim asserted a claim denominated in digital assets, "under the Bankruptcy Code, the value of your claim for purposes of distribution has to be measured in terms of dollars as of the filing date.").  The Debtors, however, reserve the right to make distributions with respect to the Disputed Claims in cash and/or crypto currency pursuant to the terms of any confirmed chapter 11 plan.  For the avoidance of doubt, nothing herein shall determine the method of distributions pursuant to any such plan.

175 Greenwich St., 38th Fl.
New York, NY 10007
Attn: Arianna Pretto-Sakmann
Arianna@Genesistrading.com

-and-

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Philip Abelson, Esq.
philip.abelson@whitecase.com

-and-

Bankruptcy Court of the Southern District of New York
Chambers of Judge Sean H. Lane
300 Quarropas Street
White Plains, NY 10610
Attn: Chambers of Judge Sean H. Lane

19.    Every Response to this Objection must contain, at minimum, the following information:

a.    A caption identifying the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.    The name of the Claimant and description of the basis for the Claim;

c.    The specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;

d.    A short statement describing the reasons for which the Claim should not be disallowed as set forth in the Objection

e.    Additional documentation or other evidence upon which the Claimant relies in opposing the Objection (if it was not included with the Proof of Claim previously filed with the Court);

f.    The address(es) to which the Debtors must return any reply to the Response, if different from that presented in the Claimant's Proof of Claim; and

g.    The name, address, and telephone number of the person (which may be the Claimant or its legal representative) holding ultimate authority to resolve the Claim on the Claimant's behalf.

20.     If a Claimant fails to file and serve a timely Response by the Response Deadline, the Debtors may present to the Court an appropriate order disallowing or modifying the Disputed Claim, without further notice to the Claimant or a hearing.

## REPLIES TO RESPONSES

21.     The Debtors may, at their option, file and serve a reply to any Response no later than two (2) business days prior to the Hearing.

## ADJOURNMENT OF HEARING

22.     The Debtors reserve the right to adjourn the Hearing on any Responses to this Objection.  In the event that the Debtors notice such an adjournment, it will be noted on the notice of agenda for the Hearing, and such agenda will be served on the affected Claimants by serving the person designated in the Response.

## RESERVATION OF RIGHTS

23.     The Debtors expressly reserve the right to amend, modify or supplement this Objection.  Should the grounds of objection stated in this Objection be dismissed or overruled, the Debtors reserve the right to object to each of the Disputed Claims on any other grounds that the Debtors discover or elect to pursue.  This Objection sets out non-substantive objections to each of the Disputed Claims identified in Exhibit 1 and Exhibit 2 to the Proposed Order.  The Debtors reserve their right to assert other non-substantive objections and/or one or more substantive objections to the Disputed Claims set forth on Exhibit 1 and Exhibit 2 at a later time, to the extent consistent with the Claims Objection Procedures Order.

24.     Notwithstanding anything contained in this Objection or the attached exhibits, nothing herein shall be construed as a waiver of any rights that the Debtors may have to (a) commence avoidance actions under the applicable sections of the Bankruptcy Code, including, but

not limited to, sections 547 and 548 of the Bankruptcy Code, against the Claimants subject to this Objection, (b) enforce the Debtors' rights of setoff against the Claimants relating to such avoidance actions or (c) seek disallowance pursuant to Bankruptcy Code section 502(d) of each of the Claims of the Claimants that are subject to such avoidance actions.

## NOTICE

25.     The Debtors have provided notice of this Objection in accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order"). The Debtors respectfully submit that no other or further notice need be provided.

## NO PRIOR REQUEST

26.     No prior request for the relief requested herein has been made to this or any other Court.

[*The remainder of this page is left blank intentionally*]

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein the Debtors respectfully request that this Court (a) enter the Proposed Order and (b) grant such other and further relief as is just and proper.

Dated:    November 29, 2023
          New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## ORDER GRANTING DEBTORS' SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (MODIFY AND ALLOW AS MODIFIED)

Upon the *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow As Modified)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order (the "Order") pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing as modified each of the Disputed Claims identified on Exhibit 1 and Exhibit 2 attached hereto; and upon the *Declaration of Paul Kinealy in Support of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow As Modified)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Disputed Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified on Exhibit 1 and Exhibit 2 attached hereto.

2.      Each of the Disputed Claims identified in Exhibit 1 is hereby (i) modified to be asserted against the correct Debtor identified in Exhibit 1 and (ii) reduced to the amount identified on Exhibit 1.

3.      Each of the Disputed Claims identified in Exhibit 2 is hereby reduced to the amount identified in Exhibit 2.

4.      Each of the Disputed Claims is hereby allowed as modified in the amount identified in Exhibit 1 and Exhibit 2.

5.      For the avoidance of doubt, nothing in this Order shall govern or determine the method or currency of any distribution on any claim, which will be determined pursuant to the terms of a confirmed plan of reorganization.

6.      This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on Exhibit 1 and Exhibit 2.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7.      The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

8.      Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of

the Debtors to dispute any Claim against any Debtor on any grounds whatsoever at a later date,

(iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of

the Debtors under the Bankruptcy Code or any other applicable law.

9.      This Court shall retain jurisdiction over any and all issues arising from or related to

the implementation and interpretation of this Order.

Dated: _____, 2023
       New York, New York

                                    _____
                                    HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE

## <u>EXHIBIT 1</u>

**Modify Debtor and Amount Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 1 - Modify Debtor and Amount**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED CLAIMS** | | | | **MODIFIED AND ALLOWED CLAIMS** | | |
| 1 | NAME REDACTED ADDRESS REDACTED | 18 | Genesis Global Holdco, LLC | 02/22/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | FIL 19,000.00 USD 100,453.00 | | Unsecured | FIL 19,022.3835616438 USD 1,534.35003662109 |
| | | | | | Subtotal In Kind Amount | **FIL 19,000.00 USD 100,453.00** | | Subtotal In Kind Amount | **FIL 19,022.3835616438 USD 1,534.35003662109** |
| | | | | | | | | Subtotal Pro Forma Amount | **USD 85,213.82** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 379 | Genesis Global Holdco, LLC | 05/22/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | USD 3,179,068.49 | | Unsecured | USD 3,050,657.52684878 |
| | | | | | Subtotal In Kind Amount | **USD 3,179,068.49** | | Subtotal In Kind Amount | **USD 3,050,657.52684878** |
| | | | | | | | | Subtotal Pro Forma Amount | **USD 3,050,657.53** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 479 | Genesis Global Holdco, LLC | 05/22/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | BTC 0.003 USD 82.43 | | Unsecured | BTC 0.00308969463758466 |
| | | | | | Subtotal In Kind Amount | **BTC 0.003 USD 82.43** | | Subtotal In Kind Amount | **BTC 0.00308969463758466** |
| | | | | | | | | Subtotal Pro Forma Amount | **USD 65.17** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 636 | Genesis Global Holdco, LLC | 06/01/2023* | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 36,313.34 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | USD 36,313.34 | | Unsecured | USDC 36,313.3364133271 |
| | | | | | Subtotal In Kind Amount | **USD 36,313.34 USDC 36,313.34** | | Subtotal In Kind Amount | **USDC 36,313.3364133271** |
| | | | | | | | | Subtotal Pro Forma Amount | **USD 36,368.17** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 1 - Modify Debtor and Amount**

| | | | | ASSERTED CLAIMS | | | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| 5 | NAME REDACTED ADDRESS REDACTED | 258 | Genesis Global Holdco, LLC | 05/15/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.00077787938523252<br>USD 16.39<br>**Subtotal In Kind Amount** **BTC 0.00077787938523252**<br>**USD 16.39** | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.00077787938523252<br>**Subtotal In Kind Amount** **BTC 0.00077787938523252**<br>**Subtotal Pro Forma Amount** **USD 16.41** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

| 6 | NAME REDACTED ADDRESS REDACTED | 78 | Genesis Global Holdco, LLC | 04/14/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* ADA 875,742.1954<br>BTC 80.41379498<br>ETH 865.7365259<br>SHIB 3,100,000,000.00<br>USD 4,803,066.19<br>USDC 1,420,075.31<br>**Subtotal In Kind Amount** **ADA 875,742.1954**<br>**BTC 80.41379498**<br>**ETH 865.7365259**<br>**SHIB 3,100,000,000.00**<br>**USD 4,803,066.19**<br>**USDC 1,420,075.31** | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* ADA 890,209.93613961<br>BTC 81.1254019763267<br>ETH 870.551444048544<br>SHIB 3,103,652,054.79452<br>USD 1,928.08943494711<br>USDC 1,441,869.15267487<br>**Subtotal In Kind Amount** **ADA 890,209.93613961**<br>**BTC 81.1254019763267**<br>**ETH 870.551444048544**<br>**SHIB 3,103,652,054.79452**<br>**USD 1,928.08943494711**<br>**USDC 1,441,869.15267487**<br>**Subtotal Pro Forma Amount** **USD 4,848,301.87** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

| 7 | NAME REDACTED ADDRESS REDACTED | 531 | Genesis Global Holdco, LLC | 05/22/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 10.70<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.00039450118377148<br>**Subtotal In Kind Amount** **BTC 0.00039450118377148**<br>**USD 10.70** | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.00039450118377148<br>**Subtotal In Kind Amount** **BTC 0.00039450118377148**<br>**Subtotal Pro Forma Amount** **USD 8.32** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 1 - Modify Debtor and Amount**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED CLAIMS** | | | **MODIFIED AND ALLOWED CLAIMS** | |
| 8 | NAME REDACTED ADDRESS REDACTED | 9 | Genesis Global Holdco, LLC | 02/10/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | BTC 3,043.56 USD 64,178,945.24 | | Unsecured | BTC 3,047.64151989902 |
| | | | | | **Subtotal In Kind Amount** | **BTC 3,043.56 USD 64,178,945.24** | | **Subtotal In Kind Amount** | **BTC 3,047.64151989902** |
| | | | | | | | | **Subtotal Pro Forma Amount** | **USD 64,280,793.98** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| 9 | NAME REDACTED ADDRESS REDACTED | 169 | Genesis Global Holdco, LLC | 05/02/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | BTC 0.43 USD 12,353.65 | | Unsecured | BTC 0.437155547544284 |
| | | | | | **Subtotal In Kind Amount** | **BTC 0.43 USD 12,353.65** | | **Subtotal In Kind Amount** | **BTC 0.437155547544284** |
| | | | | | | | | **Subtotal Pro Forma Amount** | **USD 9,220.48** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| 10 | NAME REDACTED ADDRESS REDACTED | 306 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/17/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | USD 164.03 USDC 164.025505999096 | | Unsecured | USDC 164.025505999096 |
| | | | | | **Subtotal In Kind Amount** | **USD 164.03 USDC 164.025505999096** | | **Subtotal In Kind Amount** | **USDC 164.025505999096** |
| | | | | | | | | **Subtotal Pro Forma Amount** | **USD 164.27** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| 11 | NAME REDACTED ADDRESS REDACTED | 287 | Genesis Global Holdco, LLC | 05/17/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | BTC 0.00347963 USD 73.43 | | Unsecured | BTC 0.0035065792904146 7 |
| | | | | | **Subtotal In Kind Amount** | **BTC 0.00347963 USD 73.43** | | **Subtotal In Kind Amount** | **BTC 0.0035065792904146 7** |
| | | | | | | | | **Subtotal Pro Forma Amount** | **USD 73.96** |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 1 - Modify Debtor and Amount**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **ASSERTED CLAIMS** | | | | | | **MODIFIED AND ALLOWED CLAIMS** | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| 12 | NAME REDACTED ADDRESS REDACTED | 200 | Genesis Global Holdco, LLC | 05/07/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.00088<br>USD 25.56<br>**Subtotal In Kind Amount** **BTC 0.00088**<br>**USD 25.56** | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.000888208385219384<br>**Subtotal In Kind Amount** **BTC 0.000888208385219384**<br>**Subtotal Pro Forma Amount** **USD 18.73** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 13 | NAME REDACTED ADDRESS REDACTED | 396 | Genesis Global Holdco, LLC | 05/21/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USD 40.15<br>USDC 40.15<br>**Subtotal In Kind Amount** **USD 40.15**<br>**USDC 40.15** | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USDC 40.9289309169965<br>**Subtotal In Kind Amount** **USDC 40.9289309169965**<br>**Subtotal Pro Forma Amount** **USD 40.99** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 247 | Genesis Global Holdco, LLC | 05/12/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USD 210.84<br>USDC 210.84<br>**Subtotal In Kind Amount** **USD 210.84**<br>**USDC 210.84** | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USDC 214.986967802491<br>**Subtotal In Kind Amount** **USDC 214.986967802491**<br>**Subtotal Pro Forma Amount** **USD 215.31** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 7 | Genesis Global Holdco, LLC | 02/06/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* SOL 66.00<br>USD 35,711.11<br>**Subtotal In Kind Amount** **SOL 66.00**<br>**USD 35,711.11** | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* ETHW 66.2471581925614<br>SOL 1,411.89499256039<br>USD 339.57999420166<br>**Subtotal In Kind Amount** **ETHW 66.2471581925614**<br>**SOL 1,411.89499256039**<br>**USD 339.57999420166**<br>**Subtotal Pro Forma Amount** **USD 30,639.09** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 1 - Modify Debtor and Amount**

| | | | | ASSERTED CLAIMS | | | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | |
| 16 | NAME REDACTED ADDRESS REDACTED | 15 | Genesis Global Holdco, LLC | 02/13/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 | |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 | |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 | |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 | |
| | | | | | Unsecured | USD 4,700.00 | | Unsecured | USDC 10.0920672573608 | |
| | | | | | Subtotal In Kind Amount | USD 4,700.00 | | Subtotal In Kind Amount | USDC 10.0920672573608 | |
| | | | | | | | | Subtotal Pro Forma Amount | USD 10.11 | |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| 17 | NAME REDACTED ADDRESS REDACTED | 161 | Genesis Global Holdco, LLC | 05/01/23 | 503(b)(9) | USD 0.00 | Genesis Global Capital, LLC | 503(b)(9) | USD 0.00 |
| | | | | | Admin | USD 0.00 | | Admin | USD 0.00 |
| | | | | | Priority | USD 0.00 | | Priority | USD 0.00 |
| | | | | | Secured | USD 0.00 | | Secured | USD 0.00 |
| | | | | | Unsecured | 1INCH 9.390258 AAVE 0.118816 ALCX 0.124189 ANKR 239.162033 BAT 35.698781 BTC 0.0710058 DAI 51.078159 ETH 2.09287 GUSD 1,438.99 LINK 52.994636 LPT 22.334163 MANA 344.058739 MATIC 221.278865 MKR 0.007609 RLY 195.339628 SUSHI 12.627582 UNI 25.512747 USD 9,211.07 ZEC 0.711839 | | Unsecured | USDC 40.9289309169965 |
| | | | | | Subtotal In Kind Amount | 1INCH 9.390258 AAVE 0.118816 ALCX 0.124189 ANKR 239.162033 BAT 35.698781 BTC 0.0710058 DAI 51.078159 ETH 2.09287 GUSD 1,438.99 LINK 52.994636 LPT 22.334163 MANA 344.058739 MATIC 221.278865 MKR 0.007609 RLY 195.339628 SUSHI 12.627582 UNI 25.512747 USD 9,211.07 ZEC 0.711839 | | Subtotal In Kind Amount | USDC 40.9289309169965 |
| | | | | | | | | Subtotal Pro Forma Amount | USD 40.99 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 1 - Modify Debtor and Amount**

| | | | | | ASSERTED CLAIMS | | | MODIFIED AND ALLOWED CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| 18 | NAME REDACTED ADDRESS REDACTED | 144 | Genesis Global Holdco, LLC | 04/25/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 100,256.16<br>*Secured* USD 0.00<br>*Unsecured* USDC 100,256.16<br>**Subtotal In Kind Amount** USD 100,256.16<br>USDC 100,256.16 | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USDC 101,363.10230636<br>**Subtotal In Kind Amount** USDC 101,363.10230636<br>**Subtotal Pro Forma Amount** USD 101,516.16 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 19 | NAME REDACTED ADDRESS REDACTED | 103 | Genesis Global Holdco, LLC | 04/15/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USD 2,906,134.89<br>USDC 2,906,134.89<br>**Subtotal In Kind Amount** USD 2,906,134.89<br>USDC 2,906,134.89 | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USDC 2,957,330.63555061<br>**Subtotal In Kind Amount** USDC 2,957,330.63555061<br>**Subtotal Pro Forma Amount** USD 2,961,796.20 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 319 | Genesis Global Holdco, LLC | 05/18/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* SOL 4,725.90<br>USD 160,397.00<br>**Subtotal In Kind Amount** SOL 4,725.90<br>USD 160,397.00 | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* SOL 4,804.2286726293<br>**Subtotal In Kind Amount** SOL 4,804.2286726293<br>**Subtotal Pro Forma Amount** USD 102,233.99 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |
| 21 | NAME REDACTED ADDRESS REDACTED | 165 | Genesis Global Holdco, LLC | 04/28/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USD 4,978.19<br>**Subtotal In Kind Amount** USD 4,978.19 | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* BTC 0.16600081306799<br>**Subtotal In Kind Amount** BTC 0.16600081306799<br>**Subtotal Pro Forma Amount** USD 3,501.29 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. Furthermore, the liability should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## **EXHIBIT 2**

**Modify Amount Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | ASSERTED CLAIMS | | | | | | MODIFIED AND ALLOWED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | | ASSERTED IN KIND AMOUNTS |
| 1 | NAME REDACTED ADDRESS REDACTED | 428 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured DOGE 4,147,519.29134426 / USD 338,644.95 **Subtotal In Kind Amount** | **DOGE 4,147,519.29134426 USD 338,644.95** | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured DOGE 4,147,519.29134426 | **Subtotal In Kind Amount** | **DOGE 4,147,519.29134426** |
| | | | | | | | | **Subtotal Pro Forma Amount** | | **USD 337,939.87** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 186 | Genesis Global Capital, LLC | 05/05/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured ATOM 18,221.57434402 / USD 200,072.89 **Subtotal In Kind Amount** | **ATOM 18,221.57434402 USD 200,072.89** | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured ATOM 18,390.8103341051 | **Subtotal In Kind Amount** | **ATOM 18,390.8103341051** |
| | | | | | | | | **Subtotal Pro Forma Amount** | | **USD 223,779.38** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 215 | Genesis Global Capital, LLC | 05/05/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.00057 / USD 16.64 **Subtotal In Kind Amount** | **BTC 0.00057 USD 16.64** | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.00057555286I646924 | **Subtotal In Kind Amount** | **BTC 0.00057555286I646924** |
| | | | | | | | | **Subtotal Pro Forma Amount** | | **USD 12.14** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 326 | Genesis Global Capital, LLC | 05/18/23 | 503(b)(9) USD 0.00 Admin USD 318,382.38 Priority USD 0.00 Secured USD 0.00 Unsecured USD 12,739,413.53 **Subtotal In Kind Amount** | **USD 13,057,795.91** | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured USD 12,747,300.528628 **Subtotal In Kind Amount** | | **USD 12,747,300.528628** |
| | | | | | | | | **Subtotal Pro Forma Amount** | | **USD 12,747,300.53** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 456 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.01 **Subtotal In Kind Amount** | **BTC 0.01** | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.0095059226850015S **Subtotal In Kind Amount** | | **BTC 0.0095059226850015S** |
| | | | | | | | | **Subtotal Pro Forma Amount** | | **USD 200.50** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 301 | Genesis Global Capital, LLC | 05/17/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 61.1379240374375 / ETH 250.475538090554 / USD 32,846.3997070312 / USDC 54,140.1412447858 **Subtotal In Kind Amount** | **BTC 61.1379240374375 ETH 250.475538090554 ETHW 250.475538090554 USD 32,846.3997070312 USDC 54,140.1412447858** | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 61.1379240374375 / ETH 250.475538090554 / ETHW 250.475538090554 / USD 16,423.1997070312 / USDC 54,140.1412447858 **Subtotal In Kind Amount** | | **BTC 61.1379240374375 ETH 250.475538090554 ETHW 250.475538090554 USD 16,423.1997070312 USDC 54,140.1412447858** |
| | | | | | | | | **Subtotal Pro Forma Amount** | | **USD 1,750,528.58** |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | | | | | ASSERTED CLAIMS | | | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | |
| 7 | NAME REDACTED<br>ADDRESS REDACTED | 302 | Genesis Global Capital, LLC | 05/17/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.00115282<br>USD 30.82 | | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.0011617 0811677403 | | |
| | | | | | Subtotal In Kind Amount | BTC 0.00115282<br>USD 30.82 | | | Subtotal In Kind Amount | BTC 0.0011617 0811677403 | |
| | | | | | | | | | Subtotal Pro Forma Amount | USD 24.50 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| 8 | NAME REDACTED<br>ADDRESS REDACTED | 94 | Genesis Global Capital, LLC | 04/17/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured ETH 3.188085<br>GUSD 1,668.12<br>USD 6,891.30 | | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USDC 12.1059330232786 | | |
| | | | | | Subtotal In Kind Amount | ETH 3.188085<br>GUSD 1,668.12<br>USD 6,891.30 | | | Subtotal In Kind Amount | USDC 12.1059330232786 | |
| | | | | | | | | | Subtotal Pro Forma Amount | USD 12.12 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| 9 | NAME REDACTED<br>ADDRESS REDACTED | 166 | Genesis Global Capital, LLC | 05/01/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.00038095<br>USD 10.74 | | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.000383898790404647 | | |
| | | | | | Subtotal In Kind Amount | BTC 0.00038095<br>USD 10.74 | | | Subtotal In Kind Amount | BTC 0.000383898790404647 | |
| | | | | | | | | | Subtotal Pro Forma Amount | USD 8.10 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| 10 | NAME REDACTED<br>ADDRESS REDACTED | 105 | Genesis Global Capital, LLC | 04/21/23 | 503(b)(9) USD 9,965.96<br>Admin USD 0.00<br>Priority USD 9,965.96<br>Secured USD 0.00<br>Unsecured USDC 6.38604 | | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USDC 20.464460454008 | | |
| | | | | | Subtotal In Kind Amount | USD 19,931.92<br>USDC 6.38604 | | | Subtotal In Kind Amount | USDC 20.464460454008 | |
| | | | | | | | | | Subtotal Pro Forma Amount | USD 20.50 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| 11 | NAME REDACTED<br>ADDRESS REDACTED | 137 | Genesis Global Capital, LLC | 04/25/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USD 6,562.00 | | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.0073712398298 0847<br>USD 4,370.49337062595 | | |
| | | | | | Subtotal In Kind Amount | USD 8,562.00 | | | Subtotal In Kind Amount | BTC 0.0073712398298 0847<br>USD 4,370.49337062595 | |
| | | | | | | | | | Subtotal Pro Forma Amount | USD 4,525.97 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| 12 | NAME REDACTED<br>ADDRESS REDACTED | 55 | Genesis Global Capital, LLC | 04/13/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured LUNC 351,937.50 | | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USD 0.0099999997648258 | | |
| | | | | | Subtotal In Kind Amount | LUNC 351,937.50 | | | Subtotal In Kind Amount | USD 0.0099999997648258 | |
| | | | | | | | | | Subtotal Pro Forma Amount | USD 0.01 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | ASSERTED CLAIMS | | | | | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| 13 | NAME REDACTED ADDRESS REDACTED | 333 | Genesis Global Capital, LLC | 05/19/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured BTC 0.00344268, USD 104.16, USDC 10.64 / Subtotal In Kind Amount BTC 0.00344268, USD 104.16, USDC 10.64 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured BTC 0.0035226681567106, USDC 10.8449017308712 / Subtotal In Kind Amount BTC 0.0035226681567106, USDC 10.8449017308712 / Subtotal Pro Forma Amount USD 85.16 |
| | Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 435 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 297,191.49 / Unsecured HNT 100,000.05 / Subtotal In Kind Amount HNT 100,000.05, USD 297,191.49 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured HNT 100,342.14 / Subtotal In Kind Amount HNT 100,342.14 / Subtotal Pro Forma Amount USD 298,979.44 |
| | Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 405 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured DOT 11,351,699.3276656 / Subtotal In Kind Amount DOT 11,351,699.3276656 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured DOT 6,313,027.55613159 / Subtotal In Kind Amount DOT 6,313,027.55613159 / Subtotal Pro Forma Amount USD 37,019,593.59 |
| | Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 16 | NAME REDACTED ADDRESS REDACTED | 495 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 / Admin USD 149,152.05 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 5,288,197.61 / Subtotal In Kind Amount USD 5,437,349.66 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 5,241,621.21105491 / Subtotal In Kind Amount USD 5,241,621.21105491 / Subtotal Pro Forma Amount USD 5,241,621.21 |
| | Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 404 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 62.46 / Subtotal In Kind Amount USD 62.46 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured BTC 0.0023341686975572 / Subtotal In Kind Amount BTC 0.0023341686975572 / Subtotal Pro Forma Amount USD 49.23 |
| | Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 315 | Genesis Global Capital, LLC | 05/18/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured SOL 15,000.76 / Subtotal In Kind Amount SOL 15,000.76, USD 324,016.35 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured SOL 15,248.5776071566 / Subtotal In Kind Amount SOL 15,248.5776071566 / Subtotal Pro Forma Amount USD 324,489.73 |
| | Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **19** | NAME REDACTED ADDRESS REDACTED | 231 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/11/23 | *503(b)(9)* | USD 0.00 | | Genesis Asia Pacific Pte. Ltd. (Singapore) | *503(b)(9)* | USD 0.00 | |
| | | | | | *Admin* | USD 0.00 | | | *Admin* | USD 0.00 | |
| | | | | | *Priority* | USD 0.00 | | | *Priority* | USD 0.00 | |
| | | | | | *Secured* | USD 0.00 | | | *Secured* | USD 0.00 | |
| | | | | | *Unsecured* | BNB 11,000.10 BTC 150.00 DOT 50,000.00 USD 8,250,253.00 | | | *Unsecured* | BNB 11,249.6363774689 BTC 151.30676713047 DOT 51,175.3424661715 | |
| | | | | | **Subtotal In Kind Amount** | **BNB 11,000.10 BTC 150.00 DOT 50,000.00 USD 8,250,253.00** | | | **Subtotal In Kind Amount** | **BNB 11,249.6363774689 BTC 151.30676713047 DOT 51,175.3424661715** | |
| | | | | | | | | | **Subtotal Pro Forma Amount** | **USD 6,798,844.61** | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| **20** | NAME REDACTED ADDRESS REDACTED | 480 | Genesis Global Capital, LLC | 05/22/23 | *503(b)(9)* | USD 0.00 | | Genesis Global Capital, LLC | *503(b)(9)* | USD 0.00 | |
| | | | | | *Admin* | USD 0.00 | | | *Admin* | USD 0.00 | |
| | | | | | *Priority* | USD 0.00 | | | *Priority* | USD 0.00 | |
| | | | | | *Secured* | USD 0.00 | | | *Secured* | USD 0.00 | |
| | | | | | *Unsecured* | USD 285.62 | | | *Unsecured* | BTC 0.0113196629137054 | |
| | | | | | **Subtotal In Kind Amount** | **USD 285.62** | | | **Subtotal In Kind Amount** | **BTC 0.0113196629137054** | |
| | | | | | | | | | **Subtotal Pro Forma Amount** | **USD 238.75** | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| **21** | NAME REDACTED ADDRESS REDACTED | 238 | Genesis Global Capital, LLC | 05/12/23 | *503(b)(9)* | USD 0.00 | | Genesis Global Capital, LLC | *503(b)(9)* | USD 0.00 | |
| | | | | | *Admin* | USD 0.00 | | | *Admin* | USD 0.00 | |
| | | | | | *Priority* | USD 0.00 | | | *Priority* | USD 0.00 | |
| | | | | | *Secured* | USD 0.00 | | | *Secured* | USD 0.00 | |
| | | | | | *Unsecured* | USD 294,903.03 USDC 294,903.031092026 | | | *Unsecured* | USDC 294,903.031092026 | |
| | | | | | **Subtotal In Kind Amount** | **USD 294,903.03 USDC 294,903.031092026** | | | **Subtotal In Kind Amount** | **USDC 294,903.031092026** | |
| | | | | | | | | | **Subtotal Pro Forma Amount** | **USD 295,348.33** | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| **22** | NAME REDACTED ADDRESS REDACTED | 371 | Genesis Global Capital, LLC | 05/22/23 | *503(b)(9)* | USD 0.00 | | Genesis Global Capital, LLC | *503(b)(9)* | USD 0.00 | |
| | | | | | *Admin* | USD 0.00 | | | *Admin* | USD 0.00 | |
| | | | | | *Priority* | USD 0.00 | | | *Priority* | USD 0.00 | |
| | | | | | *Secured* | USD 0.00 | | | *Secured* | USD 0.00 | |
| | | | | | *Unsecured* | USD 91,723,811.71 | | | *Unsecured* | USD 91,704,679.8660103 | |
| | | | | | **Subtotal In Kind Amount** | **USD 91,723,811.71** | | | **Subtotal In Kind Amount** | **USD 91,704,679.8660103** | |
| | | | | | | | | | **Subtotal Pro Forma Amount** | **USD 91,704,679.87** | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| **23** | NAME REDACTED ADDRESS REDACTED | 202 | Genesis Global Capital, LLC | 05/06/23 | *503(b)(9)* | USD 0.00 | | Genesis Global Capital, LLC | *503(b)(9)* | USD 0.00 | |
| | | | | | *Admin* | USD 0.00 | | | *Admin* | USD 0.00 | |
| | | | | | *Priority* | USD 0.00 | | | *Priority* | USD 0.00 | |
| | | | | | *Secured* | USD 0.00 | | | *Secured* | USD 0.00 | |
| | | | | | *Unsecured* | USD 14,064.07 USDC 14,064.0701010365 | | | *Unsecured* | USDC 14,064.0701010365 | |
| | | | | | **Subtotal In Kind Amount** | **USD 14,064.07 USDC 14,064.0701010365** | | | **Subtotal In Kind Amount** | **USDC 14,064.0701010365** | |
| | | | | | | | | | **Subtotal Pro Forma Amount** | **USD 14,085.31** | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |
| **24** | NAME REDACTED ADDRESS REDACTED | 227 | Genesis Global Capital, LLC | 05/11/23 | *503(b)(9)* | USD 0.00 | | Genesis Global Capital, LLC | *503(b)(9)* | USD 0.00 | |
| | | | | | *Admin* | USD 0.00 | | | *Admin* | USD 0.00 | |
| | | | | | *Priority* | USD 0.00 | | | *Priority* | USD 0.00 | |
| | | | | | *Secured* | BTC 0.01 | | | *Secured* | USD 0.00 | |
| | | | | | *Unsecured* | USD 252.00 | | | *Unsecured* | BTC 0.0093503954841502 | |
| | | | | | **Subtotal In Kind Amount** | **BTC 0.01 USD 252.00** | | | **Subtotal In Kind Amount** | **BTC 0.0093503954841502** | |
| | | | | | | | | | **Subtotal Pro Forma Amount** | **USD 197.22** | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| ASSERTED CLAIMS | | | | | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| # / NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| 25 NAME REDACTED ADDRESS REDACTED | 458 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 Admin USD 157,179.35 Priority USD 0.00 Secured USD 0.00 Unsecured USD 5,290,982.26 **Subtotal In Kind Amount USD 5,448,161.61** | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured USD 5,127,058.56357159 **Subtotal In Kind Amount USD 5,127,058.56357159** **Subtotal Pro Forma Amount USD 5,127,058.56** | |
| Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 26 NAME REDACTED ADDRESS REDACTED | 462 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.00652562 USD 326.79 **Subtotal In Kind Amount BTC 0.00652562 USD 326.79** | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.015604732210389l **Subtotal In Kind Amount BTC 0.015604732210389l** **Subtotal Pro Forma Amount USD 329.13** | |
| Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 27 NAME REDACTED ADDRESS REDACTED | 283 | Genesis Global Capital, LLC | 05/16/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.00037 USD 10.29 **Subtotal In Kind Amount BTC 0.00037 USD 10.29** | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.00038389879040464 7 **Subtotal In Kind Amount BTC 0.000383898790404647** **Subtotal Pro Forma Amount USD 8.10** | |
| Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 28 NAME REDACTED ADDRESS REDACTED | 164 | Genesis Global Capital, LLC | 05/01/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 1.2274588017395 4 ETH 7.9464990328545 3 ETHW 7.88359150211811 GUSD 20,921.130411194 8 USD 100,876.984464602 USDC 205.205327521798 **Subtotal In Kind Amount BTC 1.2274588017395 4 ETH 7.9464990328545 3 ETHW 7.88359150211811 GUSD 20,921.130411194 8 USD 100,876.984464602 USDC 205.205327521798** | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 1.2274588017395 4 ETH 7.9464990328545 3 ETHW 7.88359150211811 GUSD 20,921.130411194 8 USD 21,293.294464602 USDC 205.205327521798 **Subtotal In Kind Amount BTC 1.2274588017395 4 ETH 7.9464990328545 3 ETHW 7.88359150211811 GUSD 20,921.130411194 8 USD 21,293.294464602 USDC 205.205327521798** **Subtotal Pro Forma Amount USD 80,693.77** | |
| Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 29 NAME REDACTED ADDRESS REDACTED | 189 | Genesis Global Capital, LLC | 05/05/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured USD 31,318,361.61 USDT 30,064,273.97 **Subtotal In Kind Amount USD 31,318,361.61 USDT 30,064,273.97** | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured USDT 30,824,383.5751284 **Subtotal In Kind Amount USDT 30,824,383.5751284** **Subtotal Pro Forma Amount USD 30,823,767.09** | |
| Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |
| 30 NAME REDACTED ADDRESS REDACTED | 395 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.28 **Subtotal In Kind Amount BTC 0.28** | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 Admin USD 0.00 Priority USD 0.00 Secured USD 0.00 Unsecured BTC 0.279131349655717 **Subtotal In Kind Amount BTC 0.279131349655717** **Subtotal Pro Forma Amount USD 5,887.43** | |
| Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts. | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | | | | | ASSERTED CLAIMS | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| 31 | NAME REDACTED ADDRESS REDACTED | 151 | Genesis Global Capital, LLC | 04/26/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured BTC 1.03 USD 28,997.50 / **Subtotal In Kind Amount** BTC 1.03 USD 28,997.50 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured BTC 1.03435468632459 / **Subtotal In Kind Amount** BTC 1.03435468632459 / **Subtotal Pro Forma Amount** USD 21,816.59 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 307 | Genesis Global Capital, LLC | 05/17/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 10,061.96 / Unsecured USDC 10,060.00 / **Subtotal In Kind Amount** USD 10,061.96 USDC 10,060.00 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USDC 10,263.016798908 / **Subtotal In Kind Amount** USDC 10,263.016798908 / **Subtotal Pro Forma Amount** USD 10,278.51 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 33 | NAME REDACTED ADDRESS REDACTED | 132 | Genesis Global Capital, LLC | 04/25/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 501,663.00 / **Subtotal In Kind Amount** USD 501,663.00 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 257,219.507083525 / **Subtotal In Kind Amount** USD 257,219.507083525 / **Subtotal Pro Forma Amount** USD 257,219.51 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 34 | NAME REDACTED ADDRESS REDACTED | 135 | Genesis Global Capital, LLC | 04/24/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 50.00 / Unsecured BTC 50.00 USD 1,157,872.44 / **Subtotal In Kind Amount** BTC 50.00 USD 1,157,872.44 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured BTC 50.2191780862131 / **Subtotal In Kind Amount** BTC 50.2191780862131 / **Subtotal Pro Forma Amount** USD 1,059,221.90 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 35 | NAME REDACTED ADDRESS REDACTED | 46 | Genesis Global Capital, LLC | 03/22/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 396,444.17 / **Subtotal In Kind Amount** USD 396,444.17 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 387,146.222331282 / **Subtotal In Kind Amount** USD 387,146.222331282 / **Subtotal Pro Forma Amount** USD 387,146.22 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 36 | NAME REDACTED ADDRESS REDACTED | 11 | Genesis Global Capital, LLC | 02/13/23 | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 492,332.22 / **Subtotal In Kind Amount** USD 492,332.22 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured SHIB 19,134,821,916.7671 / **Subtotal In Kind Amount** SHIB 19,134,821,916.7671 / **Subtotal Pro Forma Amount** USD 220,050.45 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 37 | NAME REDACTED ADDRESS REDACTED | 1128 | Genesis Global Capital, LLC | 10/26/2023* | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 2,109,682.66 / **Subtotal In Kind Amount** USD 2,109,682.66 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00 / Admin USD 0.00 / Priority USD 0.00 / Secured USD 0.00 / Unsecured USD 1,044,814.90948763 / **Subtotal In Kind Amount** USD 1,044,814.90948763 / **Subtotal Pro Forma Amount** USD 1,044,814.91 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | | | | | | ASSERTED CLAIMS | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **38** NAME REDACTED ADDRESS REDACTED | 389 | Genesis Global Capital, LLC | 05/21/23 | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* BTC 0.20, USD 5,000.00 / *Unsecured* — | **Subtotal In Kind Amount** BTC 0.20, USD 5,000.00 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* BTC 0.000383898790404647 — **Subtotal In Kind Amount** BTC 0.000383898790404647 — **Subtotal Pro Forma Amount** USD 8.10 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.*

| **39** NAME REDACTED ADDRESS REDACTED | 312 | Genesis Global Capital, LLC | 05/17/23 | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 3,378.92 / *Unsecured* USDC 3,378.92 | **Subtotal In Kind Amount** USD 3,378.92, USDC 3,378.92 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* USDC 3,448.498787796 — **Subtotal In Kind Amount** USDC 3,448.498787796 — **Subtotal Pro Forma Amount** USD 3,453.71 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.*

| **40** NAME REDACTED ADDRESS REDACTED | 273 | Genesis Global Capital, LLC | 05/15/23 | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 22,454.77 / *Unsecured* USDC 22,454.77 | **Subtotal In Kind Amount** USD 22,454.77, USDC 22,454.77 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* USDC 22,919.7137776249 — **Subtotal In Kind Amount** USDC 22,919.7137776249 — **Subtotal Pro Forma Amount** USD 22,954.32 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.*

| **41** NAME REDACTED ADDRESS REDACTED | 195 | Genesis Global Capital, LLC | 05/08/23 | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 41.25 / *Unsecured* USDC 41.25 | **Subtotal In Kind Amount** USD 41.25, USDC 41.25 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* USDC 42.0502697255754 — **Subtotal In Kind Amount** USDC 42.0502697255754 — **Subtotal Pro Forma Amount** USD 42.11 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.*

| **42** NAME REDACTED ADDRESS REDACTED | 212 | Genesis Global Capital, LLC | 05/10/23 | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* USD 4,872.65 — **Subtotal In Kind Amount** USD 4,872.65 | | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* USDC 4,969.30477141632 — **Subtotal In Kind Amount** USDC 4,969.30477141632 — **Subtotal Pro Forma Amount** USD 4,976.81 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.*

| **43** NAME REDACTED ADDRESS REDACTED | 260 | Genesis Global Capital, LLC | 05/15/23 | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* BTC 0.02689001012946, USD 567.46 | **Subtotal In Kind Amount** BTC 0.02689001012946, USD 567.46 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00 / *Admin* USD 0.00 / *Priority* USD 0.00 / *Secured* USD 0.00 / *Unsecured* BTC 0.0269216887715303, USD 3.11999988555908 — **Subtotal In Kind Amount** BTC 0.0269216887715303, USD 3.11999988555908 — **Subtotal Pro Forma Amount** USD 570.95 |

*Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | | | | | | ASSERTED CLAIMS | | | | MODIFIED AND ALLOWED CLAIMS |
|---|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| 44 | NAME REDACTED ADDRESS REDACTED | 493 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 109,547.05<br>Unsecured SOL 630.72 / USD 97,417.45<br>**Subtotal In Kind Amount** SOL 630.72 / USD 206,964.50 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured ETHW 50.058904109589 / SOL 611.443022346363 / USD 99,368.7361176591<br>**Subtotal In Kind Amount** ETHW 50.058904109589 / SOL 611.443022346363 / USD 99,368.7361176591<br>**Subtotal Pro Forma Amount** USD 112,572.47 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 45 | NAME REDACTED ADDRESS REDACTED | 316 | Genesis Global Capital, LLC | 05/18/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 75.3706203504141 / MANA 156,563.401664527 / USD 1,093.28001464844 / USDC 18,922.4627485429<br>**Subtotal In Kind Amount** BTC 75.3706203504141 / MANA 156,563.401664527 / USD 1,093.28001464844 / USDC 18,922.4627485429 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 75.3706203504141 / MANA 156,563.401664527 / USD 546.640014648437 / USDC 18,922.4627485429<br>**Subtotal In Kind Amount** BTC 75.3706203504141 / MANA 156,563.401664527 / USD 546.640014648437 / USDC 18,922.4627485429<br>**Subtotal Pro Forma Amount** USD 1,710,212.34 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 46 | NAME REDACTED ADDRESS REDACTED | 229 | Genesis Global Capital, LLC | 05/11/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 300,000.00<br>Secured USD 0.00<br>Unsecured FIL 51,010.55<br>**Subtotal In Kind Amount** FIL 51,010.55 / USD 300,000.00 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured FIL 51,988.0491877153<br>**Subtotal In Kind Amount** FIL 51,988.0491877153<br>**Subtotal Pro Forma Amount** USD 228,695.43 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 47 | NAME REDACTED ADDRESS REDACTED | 188 | Genesis Global Capital, LLC | 05/05/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.00037353 / USD 7.88<br>**Subtotal In Kind Amount** BTC 0.00037353 / USD 7.88 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured BTC 0.00037641004904403<br>**Subtotal In Kind Amount** BTC 0.00037641004904403<br>**Subtotal Pro Forma Amount** USD 7.94 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 48 | NAME REDACTED ADDRESS REDACTED | 507 | Genesis Global Capital, LLC | 05/22/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USD 5,000.00<br>**Subtotal In Kind Amount** USD 5,000.00 | | Genesis Global Capital, LLC | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USDC 10.0920672573608<br>**Subtotal In Kind Amount** USDC 10.0920672573608<br>**Subtotal Pro Forma Amount** USD 10.11 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| 49 | NAME REDACTED ADDRESS REDACTED | 402 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/22/23 | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USDC 17,075,824.887832<br>**Subtotal In Kind Amount** USDC 17,075,824.887832 | | Genesis Asia Pacific Pte. Ltd. (Singapore) | 503(b)(9) USD 0.00<br>Admin USD 0.00<br>Priority USD 0.00<br>Secured USD 0.00<br>Unsecured USDC 10,187,945.2006635<br>**Subtotal In Kind Amount** USDC 10,187,945.2006635<br>**Subtotal Pro Forma Amount** USD 10,203,329.00 |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Seventh Omnibus Objection**
**Exhibit 2 - Modify Amount**

| | | ASSERTED CLAIMS | | | | | MODIFIED AND ALLOWED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS | MODIFIED DEBTOR | PRIORITY STATUS | ASSERTED IN KIND AMOUNTS |
| **50** | NAME REDACTED ADDRESS REDACTED | 197 | Genesis Global Capital, LLC | 05/08/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USD 27,811.85<br>USDC 27,811.85<br>**Subtotal In Kind Amount** USD 27,811.85<br>USDC 27,811.85 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* USDC 28,454.1856611343<br>**Subtotal In Kind Amount** USDC 28,454.1856611343<br>**Subtotal Pro Forma Amount** USD 28,497.15 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |
| **51** | NAME REDACTED ADDRESS REDACTED | 6 | Genesis Global Capital, LLC | 02/02/23 | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* ETH 1,002.466<br>ETHW 1,512.042<br>USD 2,004,000.00<br>USDC 300,747.95<br>**Subtotal In Kind Amount** ETH 1,002.466<br>ETHW 1,512.042<br>USD 2,004,000.00<br>USDC 300,747.95 | Genesis Global Capital, LLC | *503(b)(9)* USD 0.00<br>*Admin* USD 0.00<br>*Priority* USD 0.00<br>*Secured* USD 0.00<br>*Unsecured* ETH 1,016.82985193122<br>ETHW 1,519.29201183743<br>USDC 305,716.466091351<br>**Subtotal In Kind Amount** ETH 1,016.82985193122<br>ETHW 1,519.29201183743<br>USDC 305,716.466091351<br>**Subtotal Pro Forma Amount** USD 1,892,826.71 | |
| | *Reason: The asserted amount is inconsistent with the Debtors' books and records and the claimant does not provides sufficient support for the additional amounts.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# **EXHIBIT B**

**Paul Kinealy Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### DECLARATION OF PAUL KINEALY
### IN SUPPORT OF DEBTORS' SEVENTH
### OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO
### CERTAIN CLAIMSPURSUANT TO 11 U.S.C. § 502 AND
### FED. R. BANKR. P. 3007 (MODIFY AND ALLOW AS MODIFIED)

I, Paul Kinealy, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

### BACKGROUND

1.    I am a Senior Director at Alvarez and Marsal North America, LLC ("A&M"), the financial advisor for the above-captioned Debtors.

2.    In my capacity as Senior Director, I am authorized to submit this declaration in support of the *Debtor's Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow As Modified)* (the "Objection").[2]

3.    I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, Schedules and Books and Records and am responsible for overseeing the review and analysis of claims filed in the Debtors' Chapter 11 Cases.  All facts set forth herein are based on my personal knowledge, my review or the review of employees of A&M of the Claims and

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

other relevant documents or information provided by the Debtors' employees and advisors. If I were called upon to testify, I could and would competently testify to each of the facts set forth herein on that basis, including that I, or employees of A&M, personally reviewed the Disputed Claims identified on Exhibit 1 and Exhibit 2 to the Proposed Order as part of the claims reconciliations process in these Chapter 11 Cases.

## FACTUAL BASIS OF OBJECTION

4.      Either I or one or more of the Debtors' employees or advisors operating at A&M's direction have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, each of the Disputed Claims identified on Exhibit 1 and Exhibit 2 to the Proposed Order and the facts and circumstances set forth in the Objection regarding such Claims.

5.      We have determined that the Disputed Claims identified in Exhibit 1 to the Proposed Order (the "Modify Debtor and Amount Claims") were both (i) asserted against the incorrect Debtor and (ii) asserted in amounts inconsistent with the Schedules and Books and Records of the Debtors.

6.      We have also determined that the liability reflected in the Modify Debtor and Amount Claims rests solely with a different Debtor and is supported by the Debtors' Schedules and Books and Records in a lower amount. Both the corrected Debtor and corrected amount are identified for each such Modify Debtor and Amount Claim in Exhibit 1 to the Proposed Order.

7.      We have also determined that the Disputed Claims identified in Exhibit 2 to the Proposed Order (the "Modify Amount Claims") were asserted in amounts inconsistent with the Debtors' Schedules and Books and Records.

8.      We have also determined that the liability reflected in the Modify Amount Claims identified in <u>Exhibit 2</u> to the Proposed Order is supported by the Debtors' Schedules and Books and records in a lower amount, also identified in <u>Exhibit 2</u> to the Proposed Order.

9.      Finally, we have determined that the Disputed Claims, if asserted against the correct Debtor and in the correct amount, assert amounts consistent with a corresponding Scheduled Claim.

10.     I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the Disputed Claims identified on <u>Exhibit 1</u> and <u>Exhibit 2</u> to the Proposed Order should be modified and allowed as modified.

*** 

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on November 29, 2023          */s/ Paul Kinealy*
                                       Paul Kinealy

3