CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01168 (SHL) |
| Plaintiff, | |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01169 (SHL) |
| Plaintiff, | |
| v. | |
| DCG International Investments Ltd. | |
| Defendant. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| | |
|---|---|
| Genesis Global Capital, LLC,<br><br>                               Plaintiff,<br><br>v.<br><br>Eric Asquith,<br><br>                               Defendant. | Adv. Pro. No. 23-01190 (SHL) |

**AMENDED AGENDA FOR HEARING TO BE HELD**
**NOVEMBER 30, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**   November 30, 2023, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The November 30 hearing will be conducted only through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the November 30 Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the November 30 Hearing to those parties who have made an electronic appearance.[2]

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:**   Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at

---

[2]   The November 30 Hearing agenda previously filed at ECF No. 987 inadvertently noticed the November 30, 2023 hearing as a hybrid hearing that would be conducted both in-person and through Zoom for government. The November 30 Hearing will be conducted solely via Zoom for government. No other changes to the agenda are reflected herein.

www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website.

### AGENDA FOR NOVEMBER 30 HEARING

**Matters to be Heard at November 30 Hearing:**

I. **Contested Matters:**

1. **Three Arrows Capital 9019 Motion and Motion to Seal:** *Genesis Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement Agreement with the Joint Liquidators of Three Arrows Capital, Ltd.* ECF No. 906.

   i. **General Response Deadline:** November 24, 2023 at 4:00 p.m. (Eastern Time)

   ii. **No Objections**

   iii. **Related Pleadings:**

   a. *Genesis Debtors' Motion for Authority to Redact and File Certain Information Under Seal In Connection With the Genesis Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(A) for Entry of an Order Approving Settlement Agreement With the Joint Liquidators of Three Arrows Capital, Ltd.* ECF No. 905.

   b. *Notice of Genesis Debtors' Revised Proposed Order Approving Settlement Agreement Between the Genesis Debtors and the Joint Liquidators of Three Arrows Capital, Ltd.* ECF No. 966.

   c. *Notice of Debtors' Executed Settlement Agreement Between the Genesis Debtors and the Joint Liquidators of Three Arrows Capital, Ltd* ECF No. 972.

   iv. **Status:** A proposed order has been filed and the matter is going forward.

II. **Adversary Proceedings**

1. **Preliminary Injunction Motion and Motion to Seal**. *Complaint against Eric Asquith for Injunctive Relief*. ECF No. 1, Adv. Pro. No. 23-01190.

   i. **Related Pleadings**:

   a. *Motion for (i) Preliminary Injunction or (ii) Order Extending Automatic Stay to Non-Debtor.* ECF No. 2, Adv. Pro. No. 11-01190.  (Objection Deadline: October 31, 2023 at 4:00 p.m. (Eastern Time))

   b. *Motion Pursuant to 11 U.S.C. 105(a) and 107(b) and Bankruptcy Rule 9018 for Entry of an Order Authorizing GGC to File Under Seal Certain Portions of (A) Motion for (I) Preliminary Injunction or (II) Order Extending Automatic Stay to Non-Debtors, (B) the Accompanying Memorandum of Law, (C) the Accompanying Declaration, and (D) the*

3

    *Accompanying Adversary Complaint.* ECF No. 3, Adv. Pro. No. 11-01190. (Objection Deadline: October 31, 2023 at 4:00 p.m. (Eastern Time))

   c. *Answer to Debtors'/Plaintiff's Complaint for Injunctive Relief.* ECF. No. 9, Adv. Pro. No. 23-1190. (Filed November 3, 2023.)

   d. *Reply in Support of Genesis Global Capital, LLC's Motion for Entry of (i) Preliminary Injunction or (ii) Order Extending Automatic Stay to Non-Debtor.* ECF No. 14, Adv. Pro. No. 23-1190. (Filed November 28, 2023.)

   e. *Gemini Trust Company, LLC's Statement in Connection with Genesis Global Capital, LLC's Motion for Entry of (i) Preliminary Injunction or (ii) Order Extending the Automatic Stay to Non-Debtor.* ECF No. 16, Adv. Pro. No. 23-1190. (Filed November 28, 2023).

  ii. **Objections**:

   a. *Limited Opposition to Debtor/Plaintiff's Motion for Entry of (I) Preliminary Injunction or (II) Order Extending Automatic Stay to Non-Debtors.* ECF. No. 10, Adv. Pro. No. 23-1190. (Filed November 3, 2023.)

  iii. **Status**: A proposed order has been filed and the matter is going forward.

2. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

  i. **Related Pleadings**:

   a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

  ii. **Status**: This pre-trial conference has been adjourned to December 13, 2023 at 2:00 p.m. (Eastern Time).

3. **Pre-Trial Conference.** *Complaint against DCG International Investments Ltd.* ECF No. 1, Adv. Pro. No. 23-01169.

  i. **Related Pleadings**:

   a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

  ii. **Status**: This pre-trial conference has been adjourned to December 13, 2023 at 2:00 p.m. (Eastern Time).

| | |
|---|---|
| Dated: November 29, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |