**Hearing Date and Time: January 3, 2024 at 10:00 A.M. (ET)**
**Objection Deadline: December 21, 2023 at 4:00 P.M. (ET)**

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

---

**THIS OBJECTION SEEKS TO DISALLOW AND
EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

**PLEASE CAREFULLY REVIEW THE
ATTACHED OBJECTION AND THE ATTACHMENTS
THERETO TO DETERMINE WHETHER IT AFFECTS YOUR CLAIM(S)**

**IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL:
DEANDRA FIKE, ESQ., DFIKE@CGSH.COM OR KATHARINE ROSS, ESQ.,
KROSS@CGSH.COM**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS'**
**TENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)**

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502
AND FED. R. BANKR. P. 3007 (DUPLICATE)**

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on November 29, 2023 the Debtors filed the *Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Tenth Omnibus Objection"). A hearing (the "Hearing") on the Tenth Omnibus Objection will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10610 pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order") and to the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief* (ECF No. 498) (the "Claims Procedures Order"). The Hearing will commence on **January 3, 2024, at 10:00 A.M. (Prevailing Eastern Time),** and will be conducted through zoom for government. Pursuant to the Claims Procedures Order, the Debtors reserve the right to adjourn the Hearing in their sole discretion on further notice. *See* Claims Procedures Order ¶ 3.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses ("Responses"), if any, to the Tenth Omnibus Objection or the relief requested therein shall be made in writing, filed with the Court no later than **December 21, 2023, at 4:00 P.M. (Prevailing Eastern Time)** (the "Response Deadline"), and served as required by the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Tenth Omnibus Objection, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form annexed as **Exhibit A** to the Tenth Omnibus Objection, which order the Court may enter with no further notice or opportunity to be heard.

---

[2]    Holdco, and its Debtor and non-Debtor subsidiaries are collectively referred to as the "Company".

**PLEASE TAKE FURTHER NOTICE** copies of the Tenth Omnibus Objection can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165, at https://restructuring.ra.kroll.com/genesis or by calling +1 212 257 5450.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the Tenth Omnibus Objection carefully and, if you have one available, discuss it with your attorney.  (If you do not have an attorney, you should consider consulting with one.)

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Tenth Omnibus Objection, or if you want the Court to hear your position on the Tenth Omnibus Objection, then you or your attorney must attend the Hearing.  If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Tenth Omnibus Objection and may enter orders granting the relief requested by the Debtors.

Dated:     November 29, 2023
       New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DEBTORS' TENTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT
TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)**

**TO THE CLAIMANTS WHOSE CLAIMS ARE OBJECTED TO BY THIS OBJECTION (THE "TENTH OMNIBUS OBJECTION" OR "OBJECTION"):**

- **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**

- **YOU SHOULD LOCATE YOUR CLAIM(S) ON EXHIBIT 1 TO THE PROPOSED ORDER.**

- **YOUR RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS.**

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**YOUR CLAIM(S) MAY BE DISALLOWED, EXPUNGED, RECLASSIFIED, REDUCED, OR OTHERWISE AFFECTED AS A RESULT OF THIS OBJECTION.    THEREFORE, PLEASE READ THIS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

- **THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE DEBTORS' RIGHTS, CONSISTENT WITH PRIOR COURT ORDERS, TO PURSUE FURTHER SUBSTANTIVE OR NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIMS SUBJECT TO THIS OBJECTION.**

Genesis Global Holdco, LLC ("Holdco") and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors," and these cases, the "Chapter 11 Cases") hereby object to and incorporate by reference those claims listed on Exhibit 1 (the "Disputed Claims") to the proposed order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the *Revised Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief* (ECF No. 498) (the "Claims Objection Procedures Order") and seek entry of the Proposed Order disallowing and expunging the Disputed Claims, provided, however, that the liabilities asserted in such claims will survive at the amount asserted in, and for purposes of, the master claims filed by Gemini Trust Company, LLC ("Gemini," and the master claims filed by Gemini, the "Gemini Master Claims") on behalf of the Gemini Lenders (as defined below).  In support of this Objection, the Debtors submit the *Declaration of Paul Kinealy in Support of the Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Kinealy Declaration"), attached hereto as Exhibit B and incorporated by reference, and respectfully state as follows:

## INTRODUCTION[2]

1.      The Debtors, with the aid of their advisors, have identified proofs of claim filed by individual Gemini Lenders that, based upon all relevant information, are duplicative of the Gemini Master Claims filed by Gemini on behalf of the Gemini Lenders pursuant to the authority granted by this Court.  Specifically, the Debtors and/or their advisors have reviewed the Disputed Claims and believe them to be duplicates of the Gemini Master Claims based on one or more of the following factors:

> (a)     The claimant, upon filing the Disputed Claim, indicated that they were Gemini Lenders by answering "yes" to either of the following two questions on the proof of claim form:
>
>> (i)     Are you a current or former Gemini Trust Company, LLC user?
>>
>> (ii)    If yes, is your claim related to any loans you made through the Gemini Earn Program?
>
> (b)     The support provided in the applicable proof of claim indicates that the basis of the Disputed Claim is the Gemini Earn Program (as defined below).
>
> (c)     Through informal exchanges of information between the Debtors and Gemini, Gemini has indicated that the Disputed Claim is included as part of the Gemini Master Claims.

2.      In order to avoid double recovery for the same alleged liability, the Debtors move to expunge and disallow the Disputed Claims.  For the avoidance of doubt, the same liability

---

[2]      All capitalized terms in this Introduction shall have the meaning ascribed to them elsewhere in the Objection.

asserted in the Disputed Claims will survive through the Gemini Master Claims, subject to further reconciliation and/or objection.[3]

## JURISDICTION AND VENUE

3.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012 (Preska, C.J.).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory bases for the relief requested herein are Bankruptcy Code sections 105 and 502, and Bankruptcy Rule 3007.

## BACKGROUND

### A.    Debtors' Business and Procedural History

4.      Holdco (together with the other Debtors and Holdco's non-Debtor subsidiaries, the "Company") and its non-Debtor affiliate Genesis Global Trading, Inc. ("GGT") provide lending and borrowing, spot trading, derivatives and custody services for digital assets and fiat currency. The Debtors engage in lending, borrowing and certain trading services, while the non-Debtor subsidiaries engage in derivatives, custody and most of the Company's trading services.  Holdco is a sister company of GGT and 100% owned by Digital Currency Group, Inc.   Additional information regarding the Debtors' business, capital structure and the circumstances leading to the commencement of the Chapter 11 Cases is set forth in the *Declaration of A. Derar Islim in Support*

---

[3]      The Debtors have served on Gemini requests for discovery regarding, among other things, the identity of each Gemini Lender and the components of each of their Gemini Borrowings (as defined below), including currency or asset type and amount, that comprise the Gemini Master Claims and intend to revise the Proposed Order and Exhibit 1 attached hereto to reflect any changes necessitated by the results of such discovery prior to the hearing on this Objection.

*of First Day Motions and in Compliance with Local Rule 1007-2* (ECF No. 17), the *Declaration of Paul Aronzon in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* (ECF No. 19) and the *Declaration of Michael Leto in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* (ECF No. 28) (together, the "<u>First Day Declarations</u>").[4]

5.    On January 19, 2023, the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the date of such filing, the "<u>Petition Date</u>") with the Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of the Related Chapter 11 Cases* (ECF No. 37).  No trustee or examiner has been appointed in the Chapter 11 Cases.  On February 3, 2023, an official committee of unsecured creditors (the "<u>Committee</u>") was appointed in the Chapter 11 Cases pursuant to the *Notice of Appointment of Official Committee of Unsecured Creditors* (ECF No. 55).

6.    On March 21, 2023, each Debtor filed its *Summary of Assets and Liabilities* (ECF Nos. 145, 146, and 147) and *Statement of Financial Affairs* (ECF Nos. 142, 143 (as amended by ECF No. 450), and 144) (the "<u>Schedules</u>" and "<u>Statements</u>," respectively).

7.    On April 4, 2023, the Court granted the *Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Proof of Claim Form, Bar Date Notices, and Mailing and Publication Procedures, (III) Implementing Uniform Procedures Regarding 503(b)(9) Claims*

---

[4.]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declarations.

*and (IV) Providing Certain Supplemental Relief* (ECF No. 200) (the "Bar Date Order"), which established May 22, 2023 as the general date by which most creditors have submitted their proofs of claim (the "General Bar Date").

**B.    Relationship Between the Debtors and Gemini**

8.      Prior to the Petition Date, Debtor Genesis Global Capital, LLC ("GGC") engaged in borrowing activities with Gemini for the ultimate benefit of certain Gemini users that elected to provide loans to GGC (the "Gemini Earn Program").  Through the Gemini Earn Program, a subset of Gemini's users (each a "Gemini Lender") agreed to lend certain of their digital assets at Gemini to GGC (the "Gemini Borrowings") in exchange for the return of such digital assets upon request or at the expiration of a specified period and the payment by GGC of a loan fee.  Under the terms of the relevant master loan agreements ("Gemini MLAs") between GGC, Gemini and each Gemini Lender, the Gemini Lenders appointed Gemini to act as agent in connection with the Gemini Borrowings.  In turn, GGC received and paid interest on the Gemini Lenders' assets and lent the assets to institutional borrowers.   Given the nature of the Gemini Borrowings and Gemini's appointment as agent for each Gemini Lender under the Gemini MLAs, the Bar Date Order authorized and directed Gemini to file a master claim on behalf of each of the Gemini Lenders pursuant to section 501(a) of the Bankruptcy Code against GGC and/or any other Debtor that Gemini determined may have liability to the Gemini Lenders for repayment of the Gemini Borrowings.  *See* Bar Date Order ¶ 7.  Gemini timely filed three (3) such Gemini Master Claims on behalf of all Gemini Lenders, based on Gemini's review of its books and records.  *See* Claim Nos. 356, 369, and 400.

9.      The Bar Date Order also approved the proof of claim form for use in these Chapter 11 Cases (attached as Exhibit A to the Bar Date Order), which included as question 8 ("Question 8") the following inquiries for each potential claimant to answer:

(a)     What is the basis of the claim?

(b)     Are you a current or former Gemini Trust Company, LLC user?

(c)     If yes, is your claim related to any loans you made through the Gemini Earn Program?

*See* Bar Date Order, Exhibit A at 3.

10.     The General Bar Date passed on May 22, 2023.  As of November 27, 2023, 1,191 proofs of claim have been filed against the Debtors.

**C.      The Claims Resolution Process**

11.     In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.

12.     The Debtors' Claims agent, Kroll Restructuring Administration (the "Claims Agent"), has prepared and maintains a register (the "Claims Register") of proofs of claim (each a "Proof of Claim") that were filed in these Chapter 11 Cases asserting claims against the Debtors (collectively, the "Claims," and each holder of a Claim, a "Claimant").  Pursuant to the *Stipulation and Confidentiality Agreement and Protective Order* (ECF No. 238) (the "Protective Order"), much of that information is maintained under seal to protect the confidentiality of the Debtors' creditors.  The Debtors and their advisors are comprehensively reviewing and reconciling all claims, including both the claims listed on the Schedules ("Scheduled Claims") and the Claims asserted in the Proofs of Claim (including any supporting documents).  The Debtors are also

7

comparing the Claims asserted in the Proofs of Claim with their Books and Records to determine the validity of the asserted Claims.

13.     The reconciliation process includes identifying particular categories of claims that may be targeted for disallowance, reduction and allowance or reclassification and allowance.  To reduce the number of Claims, and to avoid possible double recovery or otherwise improper recovery by Claimants, as well as unnecessary duplication or noise in the voting pool in respect of the Debtors' upcoming solicitation, the Debtors will continue to file omnibus objections to such categories of claims if and where warranted.  This Objection is one such omnibus objection.

14.     The Debtors and/or their advisors reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claims and each of the Disputed Claims and identified the Disputed Claims as individual claims filed by Gemini Lenders (the "Gemini Claimants" and each a "Gemini Claimant") that participated in the Gemini Earn Program and whose claims are therefore duplicative of the Gemini Master Claims.  *See* Ex. B, Kinealy Decl. ¶¶ 5-6.  The Debtors and/or their advisors made such a conclusion based on one or more of the following factors:

(a)     The Claimant, upon filing the Disputed Claim indicated that they were Gemini Lenders by answering "yes" to either of the following two questions on the proof of claim form:

   (i)    Are you a current or former Gemini Trust Company, LLC user?

   (ii)   If yes, is your claim related to any loans you made through the Gemini Earn Program?

(b)     Through informal exchanges of information between the Debtors and Gemini, Gemini has indicated that the Disputed Claim is included as part of the Gemini Master Claims.

(c)    The support provided for the Disputed Claim indicates that the basis of the Disputed Claim is the Gemini Earn Program (as defined below).

15.    On July 12, 2023, the Court entered the Claims Objection Procedures Order granting the Debtors relief from certain requirements of Bankruptcy Rule 3007.  The Debtors submit that this Objection and the notice provided to the Gemini Claimants in connection herewith are consistent with the Claims Objection Procedures Order, the Bankruptcy Code and the Bankruptcy Rules.

**RELIEF REQUESTED**

16.    For the reasons set forth below, the Debtors object to each of the Disputed Claims. By this Objection, the Debtors respectfully request that the Court enter the Proposed Order pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing in full each of the Disputed Claims, with the surviving Gemini Master Claims to remain, subject to further reconciliation and/or objection.

17.    The Debtors and/or their advisors have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claims and each of the Disputed Claims.  Based on this review, the Debtors have determined that each of the Disputed Claims identified in Exhibit 1 to the Proposed Order are claims asserted by Gemini Lenders and therefore are duplicates of the Gemini Master Claims.  If the Disputed Claims are not disallowed, the Gemini Claimants may obtain double recovery for the same alleged liability already asserted by the Gemini Master Claims.  By this Objection, the Debtors seek disallowance of each of the Disputed Claims in order to limit each Gemini Claimant to a single claim against the relevant Debtor's estate (*i.e.*, the Gemini Master Claims).[5]

---

[5]    Further, the Disputed Claims marked with an asterisk on Exhibit 1 to the Proposed Order were filed after the General Bar Date.  Pursuant to section 502(b) of the Bankruptcy Code, a claimant's failure to timely file a proof of

18.     For each of the Disputed Claims, the Debtors have identified the surviving Gemini

Master Claims.  The Gemini Master Claims will be unaffected by the relief requested in this

Objection (subject to the Debtors' right to assert additional objections and defenses to the

allowance of each Gemini Master Claim) and each Gemini Claimant's right to assert these

liabilities against the Debtors' estates will be preserved through the Gemini Master Claims, subject

to the Debtors' reservations of their rights to object to the Gemini Master Claims and other claims

on all grounds, whether legal, factual, procedural, substantive or non-substantive.  Accordingly,

each of the Disputed Claims should be disallowed in full.

## **BASIS FOR RELIEF**

19.     When asserting a proof of claim against a bankruptcy estate, a claimant must allege

facts that, if true, would support a finding that the debtor is legally liable to the claimant.  *See In*

*re Avaya, Inc.*, 608 B.R. 366, 369-70 (Bankr. S.D.N.Y. 2019).   Where the claimant alleges

sufficient facts to support its claim, its claim is afforded prima facie validity.  *See id*.  A party

wishing to dispute such claim must produce evidence in sufficient force to negate the claim's prima

facie validity.  *Id*.  Once the objecting party produces such evidence, the burden shifts back to the

claimant to prove the validity of his or her claim by a preponderance of the evidence.  *Id*.  The

burden of persuasion is always on the claimant.  *Id*.

20.     Section 502(b)(1) of the Bankruptcy Code provides that a claim may not be allowed

to the extent that "such claim is unenforceable against the debtor and property of the debtor, under

---

claim provides a basis for disallowance of that claim.  *See* 11 U.S.C. § 502(b).  Bankruptcy Rule 3007 also expressly allows a debtor to file an omnibus objection to claims on the basis that "they were not timely filed."  *See* Fed. R. Bankr. Pro. 3007.  To the extent that the Disputed Claims were filed after the General Bar Date, such Claims are untimely and should also be disallowed and expunged on that basis.  *See, e.g., In re Roman Catholic Diocese of Rockville Centre, N.Y.*, Case No. 20-12345 (MG), 2023 WL 4497418, at *12 (Bankr. S.D.N.Y. July 1, 2023) (disallowing late-filed claims); *In re Ditech Holding Corp.*, Case No. 19-10412 (JLG), 2023 WL 3265089, at *15 (Bankr. S.D.N.Y. May 4, 2023) (same).

any agreement or applicable law." 11 U.S.C. § 502(b)(1). Bankruptcy Rule 3007(d) and the

Claims Objection Procedures Order permit the Debtors to file an objection to more than one claim

on non-substantive bases, such as because such claims "duplicate other claims." *See* Fed. R.

Bankr. P. 3007(d)(1).

21.    Pursuant to Bankruptcy Rule 3007(d)(1), the Debtors are permitted to file an

omnibus objection to Claims to the extent that they are duplicative of other Claims. The Debtors

cannot be required to pay the same Claim multiple times. *See, e.g.*, *Phelan v. Local 305 of United*

*Ass'n of Journeymen & Apprentices of Plumbing and Pipefitting Indus. of U.S. & Can.*, 973 F.2d

1050, 1063 (2d Cir. 1992) (articulating the general principal that "[a] plaintiff may not recover

twice for the same injury"). Other courts in this district have routinely disallowed and expunged

similar claims filed against the same debtor that are duplicates of other claims. *See, e.g.* Order*, In*

*re LATAM Airlines Grp. S.A.*, No. 20-11254 (JLG) (Bankr. S.D.N.Y. May 5, 2021) (ECF No.

2308) (disallowing duplicate bond claims); Order, *In re Celsius Network LLC*, Case No. 22-10964

(MG) (Bankr. S.D.N.Y. Mar. 21, 2023) (ECF No. 2288) (disallowing and expunging duplicate

claims); Order, *In re Groupo Aeroméxico, S.A.B. de C.V.*, Case No. 20-11563 (SCC) (Bankr.

S.D.N.Y. May 19, 2021) (ECF No. 1208) (same); Order, *In re Avianca Holdings S.A.*, Case No.

20-11133 (MG) (Bankr. S.D.N.Y. Jul. 26, 2021) (ECF No. 1936) (disallowing and expunging

claims duplicative of the master proof of claim filed by an indenture trustee on claimants' behalf);

*In re Sears Holdings Corp.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y. July 9, 2020) (ECF No.

8278) (disallowing and expunging duplicative claims); *In re The Great Atl. & Pac. Tea Co., Inc.*,

Case No. 15-23007 (RDD) (Bankr. S.D.N.Y. Aug. 26, 2016) (ECF No. 3135) (same).

## OBJECTION

22.    The Debtors object to the Disputed Claims identified in Exhibit 1 to the Proposed

Order and respectfully request that they be disallowed in full on the grounds that they are duplicates

of the Gemini Master Claims.  For each Duplicate Claim, Exhibit 1 to the Proposed Order indicates the Proof of Claim number under which the Claimant will maintain a Claim upon expungement of the corresponding Duplicate Claim.

23.    The Debtors and/or their advisors have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claims and each of the Disputed Claims.  *See* Ex. B, Kinealy Decl. at ¶ 4.  In addition, the Debtors and/or their advisors have reviewed information informally provided by Gemini confirming that certain of the Disputed Claims were filed by Gemini Earn Users, based on Gemini's review of their own books and records.  *See* Ex. B, Kinealy Decl. at ¶ 5.  Using these records, the Debtors have determined, with the help of Alvarez and Marsal North America LLC ("A&M"), the Debtors' financial advisor, that the Disputed Claims were filed by Gemini Lenders based on their participation in the Gemini Earn Program.  *See* Ex. B, Kinealy Decl. at ¶ 8.  The Gemini Master Claims will be unaffected by the relief requested in this Objection (subject to the Debtors' right to assert additional objections and defenses to the allowance of such claim) and each Gemini Claimant's right to assert these liabilities against the Debtors' estates will be preserved, subject to the Debtors' reservations of their rights to object to the Gemini Master Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

24.    If the Disputed Claims are not disallowed, the Gemini Claimants may obtain double recovery for the same alleged liability.  By this Objection, the Debtors seek disallowance of the Disputed Claims in order to limit each Gemini Claimant to a single claim against a Debtor entity's estate arising from the same alleged liability, ensure that the Claims Register is accurate and does not overstate the Debtors' liabilities and avoid the possibility of multiple recoveries against the Debtors' estates.  If any Gemini Claimant believes, contrary to the Debtors' determination, that its

Claim is non-duplicative, it must present affirmative evidence demonstrating the validity of such Claim. *See In re Avaya, Inc.*, 608 B.R. 366, 369-70 (Bankr. S.D.N.Y. 2019). In the absence of such evidence, the Debtors respectfully request entry of the Proposed Order disallowing and expunging the Disputed Claims.

25.    For the reasons set forth above, the Disputed Claims addressed in this Objection do not meet the standards for prima facie validity and if the Disputed Claims are not disallowed, the Gemini Claimants subject to this Objection may obtain impermissible or unwarranted recoveries against the Debtors' estates to the detriment of other similarly situated creditors. By this Objection, the Debtors request that the Court disallow and expunge the Disputed Claims in their entirety.

26.    Additionally, the Debtors have served on Gemini requests for discovery regarding, among other things, the identity of each Gemini Lender and the components of each of their Gemini Borrowings, including currency or asset type and amount, that comprise the Gemini Master Claims and intend to revise the Proposed Order and Exhibit 1 attached hereto to reflect any changes necessitated by the results of such discovery prior to the hearing on this Objection.

## SEPARATE CONTESTED MATTERS

27.    To the extent that a response is filed regarding any Disputed Claim listed in this Objection and the Debtors are unable to resolve the response, such Disputed Claim and the Objection by the Debtors to such claim asserted herein shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Any order entered by the Court regarding this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESPONSES TO OMNIBUS OBJECTION

28.    To contest this Objection, a Gemini Claimant must file and serve a written response to this Objection (a "Response") so that it is received no later than **4:00 P.M.** (prevailing Eastern

Time) on **December 21, 2023** (the "Response Deadline").  Every Response must be filed

electronically with the Court on the docket of *In re Genesis Global Holdco, LLC*, Case No. 23-

10063 (the "Docket") and served upon the following entities so that the Response is received no

later than the Response Deadline, at the following addresses:

> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Attn:  Sean O'Neal, Esq., Luke A. Barefoot, Esq., and Jane VanLare, Esq.
> soneal@cgsh.com, lbarefoot@cgsh.com, and jvanlare@cgsh.com
>
> -and-
>
> Genesis Global Holdco, LLC
> 175 Greenwich St., 38th Fl.
> New York, NY 10007
> Attn: Arianna Pretto-Sakman
> Arianna@Genesistrading.com
>
> -and-
>
> White & Case LLP
> 1221 Avenue of the Americas
> New York, NY 10020
> Attn: Philip Abelson, Esq.
> philip.abelson@whitecase.com
>
> -and-
>
> Hughes Hubbard & Reid LLP
> One Battery Park Plaza, 16th Fl.
> New York, NY 10004
> Attn: Anson Frelinghuysen, Esq., Jeff Margolin, Esq., and Talia Helfrick, Esq.
> anson.frelinghuysen@hugheshubbard.com;
> jeff.margolin@hugheshubbard.com; alia.Helfrick@hugheshubbard.com
>
> -and-
>
> Bankruptcy Court of the Southern District of New York
> Chambers of Judge Sean H. Lane
> 300 Quarropas Street
> White Plains, NY 10610

Attn: Chambers of Judge Sean H. Lane

29.     Every Response to this Objection must contain, at minimum, the following information:

> a.      A caption identifying the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed;

> b.      The name of the claimant and description of the basis for the Claim;

> c.      The specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;

> d.      A short statement describing the reasons for which the Claim should not be disallowed as set forth in the Objection

> e.      Additional documentation or other evidence upon which the Claimant relies rely in opposing the Objection (if it was not included with the Proof of Claim previously filed with the Bankruptcy Court);

> f.      The address(es) to which the Debtors must return any reply to the Claimant's Response, if different from that presented in your Proof of Claim; and

> g.      The name, address, and telephone number of the person (which may be the Claimant or its legal representative) holding ultimate authority to resolve the Claim on the Claimant's behalf.

30.     If a Gemini Claimant fails to file and serve a timely Response by the Response Deadline, the Debtors may present to the Court an appropriate order disallowing or modifying the Disputed Claims, without further notice to the Gemini Claimant or a hearing.

## **REPLIES TO RESPONSES**

31.     The Debtors may, at their option, file and serve a reply to any Response no later than two (2) business days prior to the Hearing.

## **ADJOURNMENT OF HEARING**

32.     The Debtors reserve the right to adjourn the Hearing on any Responses to this Objection.  In the event that the Debtors notice such an adjournment, it will be noted on the notice

of agenda for the Hearing, and such agenda will be served on the affected Gemini Claimants by serving the person designated in the Response.

## **RESERVATION OF RIGHTS**

33.     The Debtors expressly reserve the right to amend, modify or supplement this Objection.  Should the grounds of objection stated in this Objection be dismissed or overruled, the Debtors reserve the right to object to each of the Disputed Claims on any other grounds that the Debtors discover or elect to pursue.  This Objection sets out non-substantive objections to each of the Disputed Claims identified in Exhibit 1 to the Proposed Order.  The Debtors reserve their right to assert other non-substantive objections and/or one or more substantive objections to the Disputed Claims set forth in Exhibit 1 or the Gemini Master Claims at a later time, to the extent consistent with the Claims Objection Procedures Order.

34.     Notwithstanding anything contained in this Objection or the attached exhibit, nothing herein shall be construed as a waiver of any rights that the Debtors may have to (a) commence avoidance actions under the applicable sections of the Bankruptcy Code, including, but not limited to, sections 547 and 548 of the Bankruptcy Code, against the Gemini Claimants subject to this Objection, (b) enforce the Debtors' rights of setoff against the Gemini Claimants relating to such avoidance actions or (c) seek disallowance pursuant to Bankruptcy Code section 502(d) of each of the Claims of the Claimants that are subject to such avoidance actions.

## **NOTICE**

35.     The Debtors have provided notice of this Objection in accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order").  The Debtors respectfully submit that no other or further notice need be provided.

**<u>NO PRIOR REQUEST</u>**

36.    No prior request for the relief requested herein has been made to this or any other

Court.

[*The remainder of this page is left blank intentionally*]

## **CONCLUSION**

WHEREFORE, for the reason set forth herein the Debtors respectfully request

that this Court (a) enter the Proposed Order and (b) grant such other and further relief as is just

and proper.

Dated:    November 29, 2023                 */s/ Luke A. Barefoot*
             New York, New York            Sean A. O'Neal
                                         Luke A. Barefoot
                                       Jane VanLare
                                       CLEARY GOTTLIEB STEEN &
                                       HAMILTON LLP
                                       One Liberty Plaza
                                       New York, New York 10006
                                       Telephone: (212) 225-2000
                                       Facsimile: (212) 225-3999

                                       *Counsel to the Debtors*
                                       *and Debtors-in-Possession*

**<u>EXHIBIT A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[8] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## ORDER GRANTING DEBTORS' TENTH
## OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
## CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

Upon the *Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection")[9] filed by the debtors in the above-captioned case (the "Debtors"), requesting an Order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified in Exhibit 1 attached hereto; and upon the *Declaration of Paul Kinealy in Support of Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

1.      For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified in <u>Exhibit 1</u> attached hereto.

2.      Each of the Disputed Claims identified in <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3.      The Gemini Master Claims will be unaffected by this Order (subject to the Debtors' right to assert additional objections and defenses to the allowance of such claims), and Gemini's right to assert the liabilities on behalf of the Gemini Lenders against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the Debtors' reservations of their rights to object to the Gemini Master Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4.      This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified in <u>Exhibit 1</u>.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6.      Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors under the Bankruptcy Code or any other applicable law.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to

the implementation and interpretation of this Order.

Dated: _____, 2024
            White Plains, New York

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 1**

**Gemini Duplicate Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 533 | Genesis Global Holdco, LLC | 05/22/23 | ETH 3.39723425<br>MATIC 510.2181<br>REN 914.483<br>SOL 5.303147<br>USD 5,900.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335.928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.2613558l<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 129 | Genesis Global Capital, LLC | 04/24/23 | BTC 0.22560052<br>ETH 0.43291149† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335.928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.2613558l<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 1170 | Genesis Global Holdco, LLC | 11/13/2023* | USD 1,400.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335.928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.2613558l<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims* | | | | | | | | | |

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 4 | NAME REDACTED ADDRESS REDACTED | 544 | Genesis Global Holdco, LLC | 05/23/2023* | BTC 0.44248846 DOGE 1,711.381278 ETH 2.912704 LINK 160.932752 MANA 22.429417 USD 18,577.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936.380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.380385333215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430.1708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467.217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 820 | Genesis Global Capital, LLC | 07/09/2023* | AAVE 219.53906241† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936.380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.380385333215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430.1708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467.217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 846 | Genesis Global Capital, LLC | 07/13/2023* | USD 5,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936.380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.380385333215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430.1708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467.217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 7 | NAME REDACTED ADDRESS REDACTED | 785 | Genesis Global Holdco, LLC | 06/29/2023* | GUSD 99.86 USD 99.86 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 800 | Genesis Global Holdco, LLC | 07/06/2023* | BTC 0.10797558 ETH 0.95282511 USD 5,268.62 XLM 9.45299477 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 37 | Genesis Global Capital, LLC | 03/13/23 | USD 11,165.60 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 10 | NAME REDACTED ADDRESS REDACTED | 535 | Genesis Global Holdco, LLC | 05/22/23 | APE 4.616893 ETH 0.02466139 FIL 23.89078779 GUSD 10,953.26 LUNC 89.824074 MANA 256.698179 SAND 77.066452 SNX 10.65019 SUSHI 36.86713211 UNI 10.21834031†† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430170 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 11 | NAME REDACTED ADDRESS REDACTED | 27 | Genesis Global Holdco, LLC | 03/07/23 | USD 11,165.60 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430170 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 1056 | Genesis Global Holdco, LLC | 09/25/2023* | GUSD 5,279.69 USD 5,279.69† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430170 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 13 | NAME REDACTED ADDRESS REDACTED | 674 | Genesis Global Capital, LLC | 06/16/2023* | USD 756.18 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964.467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 290 | Genesis Global Holdco, LLC | 05/16/23 | USD 24,800.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964.467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 944 | Genesis Global Capital, LLC | 08/03/2023* | USD 10,458.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964.467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 16 | NAME REDACTED ADDRESS REDACTED | 469 | Genesis Global Capital, LLC | 05/22/23 | USD 144.38 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465.217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 119 | Genesis Global Holdco, LLC | 04/23/23 | DOGE 719.00  MATIC 4,159.00  USD 5,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465.217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 118 | Genesis Global Capital, LLC | 04/23/23 | MATIC 4,159.00  USD 5,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465.217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 19 | NAME REDACTED ADDRESS REDACTED | 755 | Genesis Global Capital, LLC | 06/29/2023* | GUSD 50.00 USD 50.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170B SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 868 | Genesis Global Holdco, LLC | 07/17/2023* | FIL 40.00 GUSD 850.00 USD 950.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170B SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 21 | NAME REDACTED ADDRESS REDACTED | 899 | Genesis Global Holdco, LLC | 07/18/2023* | GUSD 3,120.86 USD 3,120.86 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170B SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 22 | NAME REDACTED ADDRESS REDACTED | 1087 | Genesis Global Holdco, LLC | 10/10/2023* | FIL 800.13248069 USD 2,812.65 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936.380.55768, ANKR 23,335.928.0678024, APE 1,139.985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9737405?132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.430170?, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.2613558?, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.16023914428, ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 23 | NAME REDACTED ADDRESS REDACTED | 253 | Genesis Global Holdco, LLC | 05/12/23 | BTC 2.56695393 DOGE 1,017.08041683 ETH 3.20687001 UNI 275.9593309 USD 76,512.75 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936.380.55768, ANKR 23,335.928.0678024, APE 1,139.985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9737405?132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.430170?, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.2613558?, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.16023914428, ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 24 | NAME REDACTED ADDRESS REDACTED | 82 | Genesis Global Holdco, LLC | 04/13/23 | DOGE 495.00 USD 43.14 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936.380.55768, ANKR 23,335.928.0678024, APE 1,139.985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9737405?132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.430170?, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.2613558?, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.16023914428, ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 25 | NAME REDACTED ADDRESS REDACTED | 996 | Genesis Global Holdco, LLC | 08/28/2023* | BTC 0.00000086 ETH 0.413506 GRT 30.304442 GUSD 10.83 LINK 0.953238 LTC 0.243443 MANA 2.738641 UNI 0.956677 USD 1,500.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 · LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.2613558l / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 26 | NAME REDACTED ADDRESS REDACTED | 963 | Genesis Global Holdco, LLC | 08/11/2023* | USD 121.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (same as above) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 27 | NAME REDACTED ADDRESS REDACTED | 824 | Genesis Global Holdco, LLC | 07/10/2023* | USD 392.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (same as above) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

† Indicates claim contains unliquidated and/or undetermined amounts
* Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 28 | NAME REDACTED ADDRESS REDACTED | 111 | Genesis Global Holdco, LLC | 04/21/23 | USD 7,337.39 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058  AAVE 33,788.9425230479   LRC 2,690,498.81970212  ALCX 8,676.38998201275   LTC 127,209.281884632  AMP 425,936,380.55768   MANA 5,593,977.33440294  ANKR 23,335,928.0678024   MATIC 16,964,467.2401572  APE 1,139,985.53964617   MKR 1,338.38038533215  AXS 90,870.9278787395   OXT 3,699,739.25944469  BAL 34,868.7609066813   PAXG 1,014.97374057132  BAT 9,388,882.97197886   RBN 25,405.5734626778  BCH 44,121.774231399   REN 4,231,486.62614094  BNT 267,993.780189926   RLY 5,660,470.430708  BTC 15,094.3806124709   SKL 3,980,478.77162429  CHZ 688,964.618297403   SNX 237,906.952970567  COMP 14,038.7643541652   SOL 284,128.92393429  CRV 3,110,821.20254412   STORJ 1,811,065.26135581  DAI 8,326,580.27023902   SUSHI 597,029.850730662  DOGE 195,432,319.002998   TOKE 24,563.5645986667  ETH 157,019.767022979   UMA 60,303.1821763762  FET 2,013,560.72967566   UNI 511,292.129900501  FIL 2,601,610.12844771   USD 1,122,467,217.65  FTM 21,093,013.7169699   USDC 55,215,289.1233817  GRT 17,337,624.765759   USTC 1,260.54344897418  GUSD 375,437,385.038869   XTZ 695,291.945724483  INJ 135,922.613140235   YFI 128.16023914428  KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 29 | NAME REDACTED ADDRESS REDACTED | 714 | Genesis Global Holdco, LLC | 06/08/2023* | GUSD 1,270.00 USD 1,270.11 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058  AAVE 33,788.9425230479   LRC 2,690,498.81970212  ALCX 8,676.38998201275   LTC 127,209.281884632  AMP 425,936,380.55768   MANA 5,593,977.33440294  ANKR 23,335,928.0678024   MATIC 16,964,467.2401572  APE 1,139,985.53964617   MKR 1,338.38038533215  AXS 90,870.9278787395   OXT 3,699,739.25944469  BAL 34,868.7609066813   PAXG 1,014.97374057132  BAT 9,388,882.97197886   RBN 25,405.5734626778  BCH 44,121.774231399   REN 4,231,486.62614094  BNT 267,993.780189926   RLY 5,660,470.430708  BTC 15,094.3806124709   SKL 3,980,478.77162429  CHZ 688,964.618297403   SNX 237,906.952970567  COMP 14,038.7643541652   SOL 284,128.92393429  CRV 3,110,821.20254412   STORJ 1,811,065.26135581  DAI 8,326,580.27023902   SUSHI 597,029.850730662  DOGE 195,432,319.002998   TOKE 24,563.5645986667  ETH 157,019.767022979   UMA 60,303.1821763762  FET 2,013,560.72967566   UNI 511,292.129900501  FIL 2,601,610.12844771   USD 1,122,467,217.65  FTM 21,093,013.7169699   USDC 55,215,289.1233817  GRT 17,337,624.765759   USTC 1,260.54344897418  GUSD 375,437,385.038869   XTZ 695,291.945724483  INJ 135,922.613140235   YFI 128.16023914428  KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 30 | NAME REDACTED ADDRESS REDACTED | 1125 | Genesis Global Capital, LLC | 10/25/2023* | USD 5,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058  AAVE 33,788.9425230479   LRC 2,690,498.81970212  ALCX 8,676.38998201275   LTC 127,209.281884632  AMP 425,936,380.55768   MANA 5,593,977.33440294  ANKR 23,335,928.0678024   MATIC 16,964,467.2401572  APE 1,139,985.53964617   MKR 1,338.38038533215  AXS 90,870.9278787395   OXT 3,699,739.25944469  BAL 34,868.7609066813   PAXG 1,014.97374057132  BAT 9,388,882.97197886   RBN 25,405.5734626778  BCH 44,121.774231399   REN 4,231,486.62614094  BNT 267,993.780189926   RLY 5,660,470.430708  BTC 15,094.3806124709   SKL 3,980,478.77162429  CHZ 688,964.618297403   SNX 237,906.952970567  COMP 14,038.7643541652   SOL 284,128.92393429  CRV 3,110,821.20254412   STORJ 1,811,065.26135581  DAI 8,326,580.27023902   SUSHI 597,029.850730662  DOGE 195,432,319.002998   TOKE 24,563.5645986667  ETH 157,019.767022979   UMA 60,303.1821763762  FET 2,013,560.72967566   UNI 511,292.129900501  FIL 2,601,610.12844771   USD 1,122,467,217.65  FTM 21,093,013.7169699   USDC 55,215,289.1233817  GRT 17,337,624.765759   USTC 1,260.54344897418  GUSD 375,437,385.038869   XTZ 695,291.945724483  INJ 135,922.613140235   YFI 128.16023914428  KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 31 | NAME REDACTED ADDRESS REDACTED | 811 | Genesis Global Capital, LLC | 07/08/2023* | BTC 0.07242327 USD 2,189.44 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058; AAVE 33,788.9425230479 LRC 2,690,498.81970212; ALCX 8,676.38998201275 LTC 127,209.281884632; AMP 425,936.380.55768 MANA 5,593,977.33440294; ANKR 23,335.928.0678024 MATIC 16,964,467.2401572; APE 1,139.985.53964617 MKR 1,338.38038533215; AXS 90,870.9278787395 OXT 3,699,739.25944469; BAL 34,868.7609066813 PAXG 1,014.97374057132; BAT 9,388,882.97197886 RBN 25,405.5734626778; BCH 44,121.774231399 REN 4,231,486.62614094; BNT 267,993.780189926 RLY 5,660,470.4301708; BTC 15,094.3806124709 SKL 3,980,478.77162429; CHZ 688,964.618297403 SNX 237,906.952970567; COMP 14,038.7643541652 SOL 284,128.92393429; CRV 3,110,821.20254412 STORJ 1,811,065.26135581; DAI 8,326,580.27023902 SUSHI 597,029.850730662; DOGE 195,432,319.002998 TOKE 24,563.5645986667; ETH 157,019.767022979 UMA 60,303.1821763762; FET 2,013,560.72967566 UNI 511,292.129900501; FIL 2,601,610.12844771 USD 1,122,467,217.65; FTM 21,093,013.7169699 USDC 55,215,289.1233817; GRT 17,337,624.765759 USTC 1,260.54344897418; GUSD 375,437,385.038869 XTZ 695,291.945724483; INJ 135,922.613140235 YFI 128.16023914428; KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 120 | Genesis Global Holdco, LLC | 04/22/23 | GUSD 4,201.38 USD 4,201.38 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058; AAVE 33,788.9425230479 LRC 2,690,498.81970212; ALCX 8,676.38998201275 LTC 127,209.281884632; AMP 425,936.380.55768 MANA 5,593,977.33440294; ANKR 23,335.928.0678024 MATIC 16,964,467.2401572; APE 1,139.985.53964617 MKR 1,338.38038533215; AXS 90,870.9278787395 OXT 3,699,739.25944469; BAL 34,868.7609066813 PAXG 1,014.97374057132; BAT 9,388,882.97197886 RBN 25,405.5734626778; BCH 44,121.774231399 REN 4,231,486.62614094; BNT 267,993.780189926 RLY 5,660,470.4301708; BTC 15,094.3806124709 SKL 3,980,478.77162429; CHZ 688,964.618297403 SNX 237,906.952970567; COMP 14,038.7643541652 SOL 284,128.92393429; CRV 3,110,821.20254412 STORJ 1,811,065.26135581; DAI 8,326,580.27023902 SUSHI 597,029.850730662; DOGE 195,432,319.002998 TOKE 24,563.5645986667; ETH 157,019.767022979 UMA 60,303.1821763762; FET 2,013,560.72967566 UNI 511,292.129900501; FIL 2,601,610.12844771 USD 1,122,467,217.65; FTM 21,093,013.7169699 USDC 55,215,289.1233817; GRT 17,337,624.765759 USTC 1,260.54344897418; GUSD 375,437,385.038869 XTZ 695,291.945724483; INJ 135,922.613140235 YFI 128.16023914428; KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 33 | NAME REDACTED ADDRESS REDACTED | 1138 | Genesis Global Holdco, LLC | 10/29/2023* | USD 6.41 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058; AAVE 33,788.9425230479 LRC 2,690,498.81970212; ALCX 8,676.38998201275 LTC 127,209.281884632; AMP 425,936.380.55768 MANA 5,593,977.33440294; ANKR 23,335.928.0678024 MATIC 16,964,467.2401572; APE 1,139.985.53964617 MKR 1,338.38038533215; AXS 90,870.9278787395 OXT 3,699,739.25944469; BAL 34,868.7609066813 PAXG 1,014.97374057132; BAT 9,388,882.97197886 RBN 25,405.5734626778; BCH 44,121.774231399 REN 4,231,486.62614094; BNT 267,993.780189926 RLY 5,660,470.4301708; BTC 15,094.3806124709 SKL 3,980,478.77162429; CHZ 688,964.618297403 SNX 237,906.952970567; COMP 14,038.7643541652 SOL 284,128.92393429; CRV 3,110,821.20254412 STORJ 1,811,065.26135581; DAI 8,326,580.27023902 SUSHI 597,029.850730662; DOGE 195,432,319.002998 TOKE 24,563.5645986667; ETH 157,019.767022979 UMA 60,303.1821763762; FET 2,013,560.72967566 UNI 511,292.129900501; FIL 2,601,610.12844771 USD 1,122,467,217.65; FTM 21,093,013.7169699 USDC 55,215,289.1233817; GRT 17,337,624.765759 USTC 1,260.54344897418; GUSD 375,437,385.038869 XTZ 695,291.945724483; INJ 135,922.613140235 YFI 128.16023914428; KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 34 | NAME REDACTED ADDRESS REDACTED | 603 | Genesis Global Holdco, LLC | 06/01/2023* | BTC 0.34836174 ETH 8.463523 USD 25,282.27 | | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170B SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558I SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | | | | | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | |
| 35 | NAME REDACTED ADDRESS REDACTED | 556 | Genesis Global Holdco, LLC | 05/25/2023* | GUSD 40,000.00 USD 42,181.48 | | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170B SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558I SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | | | | | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | |
| 36 | NAME REDACTED ADDRESS REDACTED | 1137 | Genesis Global Holdco, LLC | 10/28/2023* | BTC 0.22 ETH 1.30 USD 10,000.00 | | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170B SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558I SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | | | | | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 37 | NAME REDACTED ADDRESS REDACTED | 558 | Genesis Global Holdco, LLC | 05/26/2023* | 1INCH 0.00 BAT 200.00 BTC 0.0004 GRT 200.00 GUSD 150.00 USD 460.00 USDC 150.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430 1708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 38 | NAME REDACTED ADDRESS REDACTED | 637 | Genesis Global Holdco, LLC | 06/05/2023* | GUSD 210.54 MATIC 72.43634415 RLY 77.97991171 USD 297.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 39 | NAME REDACTED ADDRESS REDACTED | 335 | Genesis Global Holdco, LLC | 05/18/23 | USD 97,233.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts
\*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 40 | NAME REDACTED ADDRESS REDACTED | 147 | Genesis Global Holdco, LLC | 04/26/23 | AAVE 0.758728 AXS 2.630776 BTC 0.002405 USD 143.53 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430170 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | |
| 41 | NAME REDACTED ADDRESS REDACTED | 152 | Genesis Global Capital, LLC | 04/26/23 | AAVE 0.75833452 AXS 2.62363576 BTC 0.00240252 USD 137.88 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430170 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | |
| 42 | NAME REDACTED ADDRESS REDACTED | 1112 | Genesis Global Capital, LLC | 10/21/2023* | BTC 0.4217256 ETH 3.08460439† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430170 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 43 | NAME REDACTED ADDRESS REDACTED | 630 | Genesis Global Holdco, LLC | 06/06/2023* | SOL 100.00 USD 5,000.00 ZEC 50.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.430170 8  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 44 | NAME REDACTED ADDRESS REDACTED | 1073 | Genesis Global Holdco, LLC | 10/01/2023* | BTC 0.40603646 DOGE 15,081.94054329 ETH 24.55502812 MATIC 1,028.17093679 SHIB 145,300,584.588167 USD 49,863.14 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.430170 8  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 45 | NAME REDACTED ADDRESS REDACTED | 742 | Genesis Global Holdco, LLC | 06/27/2023* | YFI 0.00019† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.430170 8  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | **CLAIMS TO BE DISALLOWED** | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 46 | NAME REDACTED ADDRESS REDACTED | 160 | Genesis Global Holdco, LLC | 04/28/23 | USD 9,000.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.3803853215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | NAME REDACTED ADDRESS REDACTED | 289 | Genesis Global Holdco, LLC | 05/16/23 | USD 24,000.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.3803853215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | NAME REDACTED ADDRESS REDACTED | 760 | Genesis Global Holdco, LLC | 06/30/2023* | BTC 0.60246626<br>ETH 1.016757<br>GUSD 928.36<br>LTC 5.132519<br>MANA 252.339079<br>USD 22,255.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.3803853215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** |
|---|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | NAME REDACTED ADDRESS REDACTED | 682 | Genesis Global Holdco, LLC | 06/18/2023* | ETH 25.40 FIL 335.67 USD 75,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936.380.55768  ANKR 23,335.928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026 — LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.9737405713  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | NAME REDACTED ADDRESS REDACTED | 782 | Genesis Global Capital, LLC | 06/22/2023* | BTC 11.30 ETH 25.00 FIL 322.00 USD 865,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936.380.55768  ANKR 23,335.928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026 — LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.9737405713  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | NAME REDACTED ADDRESS REDACTED | 670 | Genesis Global Holdco, LLC | 06/15/2023* | BTC 0.017 USD 415.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936.380.55768  ANKR 23,335.928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026 — LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.9737405713  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,465,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

*Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 52 | NAME REDACTED ADDRESS REDACTED | 962 | Genesis Global Holdco, LLC | 08/10/2023* | USD 4,252.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | NAME REDACTED ADDRESS REDACTED | 949 | Genesis Global Holdco, LLC | 08/05/2023* | USD 4,246.90 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | NAME REDACTED ADDRESS REDACTED | 873 | Genesis Global Holdco, LLC | 07/17/2023* | GUSD 27,454.00 / USD 27,454.22 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 55 | NAME REDACTED ADDRESS REDACTED | 703 | Genesis Global Holdco, LLC | 06/22/2023* | AAVE 131.12862528 BSV 0.08627946 ETH 3.7495068 LINK 3,342.37895596 USD 30,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430170 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.543448497418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | NAME REDACTED ADDRESS REDACTED | 716 | Genesis Global Capital, LLC | 06/22/2023* | AAVE 131.00 BTC 0.08627946 ETH 3.7495068 LINK 3,342.37895596 USD 30,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430170 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.543448497418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | NAME REDACTED ADDRESS REDACTED | 650 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 06/10/2023* | BTC 0.36 USD 9,213.44 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430170 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.543448497418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 58 | NAME REDACTED ADDRESS REDACTED | 574 | Genesis Global Capital, LLC | 05/26/2023* | BTC 0.21305623 GUSD 5,143.06 USD 13,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405713 2<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 59 | NAME REDACTED ADDRESS REDACTED | 706 | Genesis Global Holdco, LLC | 06/24/2023* | BTC 0.09411107 LINK 94.90431704 LTC 1.86177621 MATIC 1,044.9664781 STORJ 62.80472467 UNI 213.41138642 USD 5,350.11 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405713 2<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 60 | NAME REDACTED ADDRESS REDACTED | 704 | Genesis Global Capital, LLC | 06/24/2023* | BTC 0.09411107 LINK 94.90431704 LTC 1.86177621 MATIC 1,044.9664478 STORJ 62.80472467 UNI 213.41138642 USD 5,350.11 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405713 2<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 61 | NAME REDACTED ADDRESS REDACTED | 1022 | Genesis Global Holdco, LLC | 09/09/2023* | ETH 0.73192269 LINK 6.52984006 MATIC 664.08442095 USD 2,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 | NAME REDACTED ADDRESS REDACTED | 100 | Genesis Global Capital, LLC | 04/17/23 | BTC 0.007 ETH 0.74 LINK 6.52 MATIC 664.00 USD 2,580.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | NAME REDACTED ADDRESS REDACTED | 618 | Genesis Global Capital, LLC | 06/03/2023* | 1INCH 679.90783695 AMP 16,140.36877217 BAT 9.56420801 BTC 0.03079078 DOGE 12,476.99718676 MATIC 373.06820569 USD 2,600.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 64 | NAME REDACTED ADDRESS REDACTED | 723 | Genesis Global Holdco, LLC | 06/23/2023* | GUSD 82,229.47 USD 164,459.21 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 ... (see in-kind amounts) |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 65 | NAME REDACTED ADDRESS REDACTED | 1177 | Genesis Global Holdco, LLC | 11/15/2023* | ETH 1.025912 GUSD 306.00 SOL 1.256684 UNI 6.561966 USD 8,120.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 ... (see in-kind amounts) |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims | | | | | | | | | |
| 66 | NAME REDACTED ADDRESS REDACTED | 1054 | Genesis Global Capital, LLC | 09/23/2023* | CRV 500.00 USD 500.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 ... (see in-kind amounts) |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

Surviving claim in-kind amounts (rows 64, 65, 66 — identical):

1INCH 3,012,033.46333801
AAVE 33,788.9425230479
ALCX 8,676.38998201275
AMP 425,936.380.55768
ANKR 23,335.928.0678024
APE 1,139,985.53964617
AXS 90,870.9278787395
BAL 34,868.7609066813
BAT 9,388,882.97197886
BCH 44,121.774231399
BNT 267,993.780189926
BTC 15,094.3806124709
CHZ 688,964.618297403
COMP 14,038.7643541652
CRV 3,110,821.20254412
DAI 8,326,580.27023902
DOGE 195,432,319.002998
ETH 157,019.767022979
FET 2,013,560.72967566
FIL 2,601,610.12844771
FTM 21,093,013.7169699
GRT 17,337,624.765759
GUSD 375,437,385.038869
INJ 135,922.613140235
KNC 434,572.643810026
LPT 24,673.1466099058
LRC 2,690,498.81970212
LTC 127,209.281884632
MANA 5,593,977.33440294
MATIC 16,964,467.2401572
MKR 1,338.38038533215
OXT 3,699,739.25944469
PAXG 1,014.97374057132
RBN 25,405.5734626778
REN 4,231,486.62614094
RLY 5,660,470.4301708
SKL 3,980,478.77162429
SNX 237,906.952970567
SOL 284,128.92393429
STORJ 1,811,065.26135581
SUSHI 597,029.850730662
TOKE 24,563.5645986667
UMA 60,303.1821763762
UNI 511,292.129900501
USD 1,122,467,217.65
USDC 55,215,289.1233817
USTC 1,260.54344897418
XTZ 695,291.945724483
YFI 128.16023914428
ZEC 43,919.4737009613

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 67 | NAME REDACTED ADDRESS REDACTED | 646 | Genesis Global Capital, LLC | 06/07/2023* | DOGE 500.00 FTM 18.00 GRT 50.00 LINK 0.50 USD 100.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.430170 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 68 | NAME REDACTED ADDRESS REDACTED | 174 | Genesis Global Holdco, LLC | 05/03/23 | BTC 0.00021121 UNI 9.7490971† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.430170 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 69 | NAME REDACTED ADDRESS REDACTED | 2 | Genesis Global Capital, LLC | 01/30/23 | USD 30,909.30 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.430170 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 70 | NAME REDACTED ADDRESS REDACTED | 708 | Genesis Global Capital, LLC | 06/24/2023* | DOGE 521.155066 USD 304.27 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801    LPT 24,673.1466099058  AAVE 33,788.9425230479    LRC 2,690,498.81970212  ALCX 8,676.38998201275    LTC 127,299.281884632  AMP 425,936.380.55768    MANA 5,593,977.33440294  ANKR 23,335,928.0678024    MATIC 16,964,467.2401572  APE 1,139,985.53964617    MKR 1,338.38038533215  AXS 90,870.9278787395    OXT 3,699,739.25944469  BAL 34,868.7609066813    PAXG 1,014.97374057132  BAT 9,388,882.97197886    RBN 25,405.5734626778  BCH 44,121.774231399    REN 4,231,486.62614094  BNT 267,993.780189926    RLY 5,660,470.430.1708  BTC 15,094.3806124709    SKL 3,980,478.77162429  CHZ 688,964.618297403    SNX 237,906.952970567  COMP 14,038.7643541652    SOL 284,128.92393429  CRV 3,110,821.20254412    STORJ 1,811,065.26135581  DAI 8,326,580.27023902    SUSHI 597,029.850730662  DOGE 195,432,319.002998    TOKE 24,563.5645986667  ETH 157,019.767022979    UMA 60,303.1821763762  FET 2,013,560.72967566    UNI 511,292.129900501  FIL 2,601,610.12844771    USD 1,122,467,217.65  FTM 21,093,013.7169699    USDC 55,215,289.1233817  GRT 17,337,624.765759    USTC 1,260.54344897418  GUSD 375,437,385.038869    XTZ 695,291.945724483  INJ 135,922.613140235    YFI 128.1602391444428  KNC 434,572.643810026    ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 71 | NAME REDACTED ADDRESS REDACTED | 257 | Genesis Global Holdco, LLC | 05/15/23 | DAI 5,843.00 USD 7,369.82 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801    LPT 24,673.1466099058  AAVE 33,788.9425230479    LRC 2,690,498.81970212  ALCX 8,676.38998201275    LTC 127,299.281884632  AMP 425,936.380.55768    MANA 5,593,977.33440294  ANKR 23,335,928.0678024    MATIC 16,964,467.2401572  APE 1,139,985.53964617    MKR 1,338.38038533215  AXS 90,870.9278787395    OXT 3,699,739.25944469  BAL 34,868.7609066813    PAXG 1,014.97374057132  BAT 9,388,882.97197886    RBN 25,405.5734626778  BCH 44,121.774231399    REN 4,231,486.62614094  BNT 267,993.780189926    RLY 5,660,470.430.1708  BTC 15,094.3806124709    SKL 3,980,478.77162429  CHZ 688,964.618297403    SNX 237,906.952970567  COMP 14,038.7643541652    SOL 284,128.92393429  CRV 3,110,821.20254412    STORJ 1,811,065.26135581  DAI 8,326,580.27023902    SUSHI 597,029.850730662  DOGE 195,432,319.002998    TOKE 24,563.5645986667  ETH 157,019.767022979    UMA 60,303.1821763762  FET 2,013,560.72967566    UNI 511,292.129900501  FIL 2,601,610.12844771    USD 1,122,467,217.65  FTM 21,093,013.7169699    USDC 55,215,289.1233817  GRT 17,337,624.765759    USTC 1,260.54344897418  GUSD 375,437,385.038869    XTZ 695,291.945724483  INJ 135,922.613140235    YFI 128.1602391444428  KNC 434,572.643810026    ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 72 | NAME REDACTED ADDRESS REDACTED | 685 | Genesis Global Holdco, LLC | 06/19/2023* | ETH 0.00612082† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801    LPT 24,673.1466099058  AAVE 33,788.9425230479    LRC 2,690,498.81970212  ALCX 8,676.38998201275    LTC 127,299.281884632  AMP 425,936.380.55768    MANA 5,593,977.33440294  ANKR 23,335,928.0678024    MATIC 16,964,467.2401572  APE 1,139,985.53964617    MKR 1,338.38038533215  AXS 90,870.9278787395    OXT 3,699,739.25944469  BAL 34,868.7609066813    PAXG 1,014.97374057132  BAT 9,388,882.97197886    RBN 25,405.5734626778  BCH 44,121.774231399    REN 4,231,486.62614094  BNT 267,993.780189926    RLY 5,660,470.430.1708  BTC 15,094.3806124709    SKL 3,980,478.77162429  CHZ 688,964.618297403    SNX 237,906.952970567  COMP 14,038.7643541652    SOL 284,128.92393429  CRV 3,110,821.20254412    STORJ 1,811,065.26135581  DAI 8,326,580.27023902    SUSHI 597,029.850730662  DOGE 195,432,319.002998    TOKE 24,563.5645986667  ETH 157,019.767022979    UMA 60,303.1821763762  FET 2,013,560.72967566    UNI 511,292.129900501  FIL 2,601,610.12844771    USD 1,122,467,217.65  FTM 21,093,013.7169699    USDC 55,215,289.1233817  GRT 17,337,624.765759    USTC 1,260.54344897418  GUSD 375,437,385.038869    XTZ 695,291.945724483  INJ 135,922.613140235    YFI 128.1602391444428  KNC 434,572.643810026    ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 73 | NAME REDACTED ADDRESS REDACTED | 841 | Genesis Global Holdco, LLC | 07/13/2023* | BAT 311.68106317 BTC 0.00086653 ETH 0.55668213 FIL 38.78524104 GUSD 12,117.60 LINK 30.62969872 MANA 508.25520268 USD 13,343.56 ZRX 409.00453679 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 74 | NAME REDACTED ADDRESS REDACTED | 348 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/21/23 | DOGE 334.94727 GUSD 11,815.02 USD 54,698.40† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 75 | NAME REDACTED ADDRESS REDACTED | 364 | Genesis Global Capital, LLC | 05/19/23 | AMP 2,652.55616027 BTC 13.00 DAI 10,460.359717 ETH 28.65474269 GUSD 1,080.85 LINK 26.7356371 LTC 30.86654488 REN 93.70226109 UNI 37.97597099 USD 3,350.00 ZRX 127.82014112 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 76 | NAME REDACTED ADDRESS REDACTED | 986 | Genesis Global Holdco, LLC | 08/18/2023* | DAI 1,119.10 GUSD 323.90 USD 1,443.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.3803853215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.9737405713 2 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 77 | NAME REDACTED ADDRESS REDACTED | 143 | Genesis Global Holdco, LLC | 04/25/23 | ETH 0.36223186 GUSD 1,097.46† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.3803853215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.9737405713 2 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 78 | NAME REDACTED ADDRESS REDACTED | 792 | Genesis Global Holdco, LLC | 07/05/2023* | BCH 30.08326441 BTC 2.64803641 LTC 119.145039 USD 80,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.3803853215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.9737405713 2 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 79 | NAME REDACTED ADDRESS REDACTED | 124 | Genesis Global Capital, LLC | 04/24/23 | GUSD 142,050.09† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.3803853215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 297,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | NAME REDACTED ADDRESS REDACTED | 112 | Genesis Global Capital, LLC | 04/24/23 | GUSD 101,294.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.3803853215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 297,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | NAME REDACTED ADDRESS REDACTED | 927 | Genesis Global Holdco, LLC | 07/30/2023* | AAVE 0.00008133  BAT 0.02365581  BTC 0.10286053  CRV 945.33506647  DAI 0.1764478  ETH 6.36769836  GRT 3,447.9913836  GUSD 35,152.36  INJ 0.01075384  SHIB 142,859,171.747716  SOL 32.15563548  USD 50,610.67 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.3803853215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 297,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | | TOTAL REMAINING IN KIND AMOUNT |
| 82 | NAME REDACTED ADDRESS REDACTED | 681 | Genesis Global Holdco, LLC | 06/18/2023* | BAT 42.546962 GUSD 704.33 USD 711.11 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801<br>AAVE 33,788.9425230479<br>ALCX 8,676.38998201275<br>AMP 425,936,380.55768<br>ANKR 23,335,928.0678024<br>APE 1,139,985.53964617<br>AXS 90,870.9278787395<br>BAL 34,868.7609066813<br>BAT 9,388,882.97197886<br>BCH 44,121.774231399<br>BNT 267,993.780189926<br>BTC 15,094.3806124709<br>CHZ 688,964.618297403<br>COMP 14,038.7643541652<br>CRV 3,110,821.20254412<br>DAI 8,326,580.27023902<br>DOGE 195,432,319.002998<br>ETH 157,019.767022979<br>FET 2,013,560.72967566<br>FIL 2,601,610.12844771<br>FTM 21,093,013.7169699<br>GRT 17,337,624.765759<br>GUSD 375,437,385.038869<br>INJ 135,922.613140235<br>KNC 434,572.643810026 | LPT 24,673.1466099058<br>LRC 2,690,498.81970212<br>LTC 127,209.281884632<br>MANA 5,593,977.33440294<br>MATIC 16,964,467.2401572<br>MKR 1,338.38038533215<br>OXT 3,699,739.25944469<br>PAXG 1,014.97374057132<br>RBN 25,405.5734626778<br>REN 4,231,486.62614094<br>RLY 5,660,470.430170B<br>SKL 3,980,478.77162429<br>SNX 237,906.952970567<br>SOL 284,128.92393429<br>STORJ 1,811,065.26135581<br>SUSHI 597,029.850730662<br>TOKE 24,563.5645986667<br>UMA 60,303.1821763762<br>UNI 511,292.129900501<br>USD 1,122,465.217.65<br>USDC 55,215,289.1233817<br>USTC 1,260.54344897418<br>XTZ 695,291.945724483<br>YFI 128.160239144428<br>ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 83 | NAME REDACTED ADDRESS REDACTED | 554 | Genesis Global Holdco, LLC | 05/25/2023* | ETH 1.316235 USD 2,300.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801<br>AAVE 33,788.9425230479<br>ALCX 8,676.38998201275<br>AMP 425,936,380.55768<br>ANKR 23,335,928.0678024<br>APE 1,139,985.53964617<br>AXS 90,870.9278787395<br>BAL 34,868.7609066813<br>BAT 9,388,882.97197886<br>BCH 44,121.774231399<br>BNT 267,993.780189926<br>BTC 15,094.3806124709<br>CHZ 688,964.618297403<br>COMP 14,038.7643541652<br>CRV 3,110,821.20254412<br>DAI 8,326,580.27023902<br>DOGE 195,432,319.002998<br>ETH 157,019.767022979<br>FET 2,013,560.72967566<br>FIL 2,601,610.12844771<br>FTM 21,093,013.7169699<br>GRT 17,337,624.765759<br>GUSD 375,437,385.038869<br>INJ 135,922.613140235<br>KNC 434,572.643810026 | LPT 24,673.1466099058<br>LRC 2,690,498.81970212<br>LTC 127,209.281884632<br>MANA 5,593,977.33440294<br>MATIC 16,964,467.2401572<br>MKR 1,338.38038533215<br>OXT 3,699,739.25944469<br>PAXG 1,014.97374057132<br>RBN 25,405.5734626778<br>REN 4,231,486.62614094<br>RLY 5,660,470.430170B<br>SKL 3,980,478.77162429<br>SNX 237,906.952970567<br>SOL 284,128.92393429<br>STORJ 1,811,065.26135581<br>SUSHI 597,029.850730662<br>TOKE 24,563.5645986667<br>UMA 60,303.1821763762<br>UNI 511,292.129900501<br>USD 1,122,465.217.65<br>USDC 55,215,289.1233817<br>USTC 1,260.54344897418<br>XTZ 695,291.945724483<br>YFI 128.160239144428<br>ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 84 | NAME REDACTED ADDRESS REDACTED | 805 | Genesis Global Holdco, LLC | 07/07/2023* | BTC 0.00109 ETH 0.2636 MATIC 32.034 USD 104.06 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801<br>AAVE 33,788.9425230479<br>ALCX 8,676.38998201275<br>AMP 425,936,380.55768<br>ANKR 23,335,928.0678024<br>APE 1,139,985.53964617<br>AXS 90,870.9278787395<br>BAL 34,868.7609066813<br>BAT 9,388,882.97197886<br>BCH 44,121.774231399<br>BNT 267,993.780189926<br>BTC 15,094.3806124709<br>CHZ 688,964.618297403<br>COMP 14,038.7643541652<br>CRV 3,110,821.20254412<br>DAI 8,326,580.27023902<br>DOGE 195,432,319.002998<br>ETH 157,019.767022979<br>FET 2,013,560.72967566<br>FIL 2,601,610.12844771<br>FTM 21,093,013.7169699<br>GRT 17,337,624.765759<br>GUSD 375,437,385.038869<br>INJ 135,922.613140235<br>KNC 434,572.643810026 | LPT 24,673.1466099058<br>LRC 2,690,498.81970212<br>LTC 127,209.281884632<br>MANA 5,593,977.33440294<br>MATIC 16,964,467.2401572<br>MKR 1,338.38038533215<br>OXT 3,699,739.25944469<br>PAXG 1,014.97374057132<br>RBN 25,405.5734626778<br>REN 4,231,486.62614094<br>RLY 5,660,470.430170B<br>SKL 3,980,478.77162429<br>SNX 237,906.952970567<br>SOL 284,128.92393429<br>STORJ 1,811,065.26135581<br>SUSHI 597,029.850730662<br>TOKE 24,563.5645986667<br>UMA 60,303.1821763762<br>UNI 511,292.129900501<br>USD 1,122,465.217.65<br>USDC 55,215,289.1233817<br>USTC 1,260.54344897418<br>XTZ 695,291.945724483<br>YFI 128.160239144428<br>ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 85 | NAME REDACTED ADDRESS REDACTED | 1052 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 09/24/2023* | BTC 0.03934258 USD 1,054.18 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405732 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 86 | NAME REDACTED ADDRESS REDACTED | 125 | Genesis Global Capital, LLC | 04/23/23 | GUSD 405,281.55† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405732 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 87 | NAME REDACTED ADDRESS REDACTED | 701 | Genesis Global Capital, LLC | 06/20/2023* | GUSD 622.84 USD 622.84 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405732 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | **CLAIMS TO BE DISALLOWED** | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 88 | NAME REDACTED ADDRESS REDACTED | 577 | Genesis Global Capital, LLC | 05/29/2023* | BAT 95.00 USD 25.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 89 | NAME REDACTED ADDRESS REDACTED | 835 | Genesis Global Capital, LLC | 07/12/2023* | APE 0.00159 BAT 74.080883 ETH 0.019382 GUSD 36,585.05 USD 36,585.05 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 90 | NAME REDACTED ADDRESS REDACTED | 900 | Genesis Global Holdco, LLC | 07/19/2023* | BTC 0.00972119 ETH 0.126773 LINK 4.356446† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 91 | NAME REDACTED ADDRESS REDACTED | 561 | Genesis Global Holdco, LLC | 05/26/2023* | BAT 296.70 BCH 1.00 BTC 0.30 DOGE 502.80 FIL 2.50 LTC 2.00 USD 4,900.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.29944469  BAL 34,868.7609066813  PAXG 1,014.9737.4057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.6261494  BNT 267,993.780189926  RLY 5,660,470.430.1708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 92 | NAME REDACTED ADDRESS REDACTED | 641 | Genesis Global Holdco, LLC | 06/05/2023* | 1INCH 4,667.00 AMP 218,109.00 BAL 278.00 BNT 4,516.00 CRV 443.00 FIL 154.00 LINK 53.00 LRC 6,002.00 MATIC 2,757.00 STORJ 3,990.00 SUSHI 136.00 TOKE 11,016.00 UNI 1.00 USD 50,000.00 ZRX 1,669.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.29944469  BAL 34,868.7609066813  PAXG 1,014.9737.4057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.6261494  BNT 267,993.780189926  RLY 5,660,470.430.1708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 93 | NAME REDACTED ADDRESS REDACTED | 1147 | Genesis Global Capital, LLC | 11/01/2023* | AAVE 13.139547 DOGE 2,673.306758 ETH 5.092289 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.29944469  BAL 34,868.7609066813  PAXG 1,014.9737.4057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.6261494  BNT 267,993.780189926  RLY 5,660,470.430.1708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Tenth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 94 | NAME REDACTED ADDRESS REDACTED | 569 | Genesis Global Holdco, LLC | 05/27/2023* | AMP 20,548.286725 BCH 0.74426719 BTC 0.00612145 DOGE 18,363.663349 ETH 0.084719 FIL 58.261478 LINK 17.994838 LTC 4.656453 MANA 140.677522 MATIC 233.139377 REN 177.529169 SOL 1.963478 UNI 9.18803† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 95 | NAME REDACTED ADDRESS REDACTED | 817 | Genesis Global Holdco, LLC | 07/09/2023* | DOGE 6,783.093328 GUSD 5,107.53† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 96 | NAME REDACTED ADDRESS REDACTED | 68 | Genesis Global Holdco, LLC | 04/14/23 | DAI 532.19943107 ETH 0.36397989 USD 1,289.24 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
**Tenth Omnibus Objection**
Exhibit 1 - Gemini Duplicates

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 97 | NAME REDACTED ADDRESS REDACTED | 460 | Genesis Global Holdco, LLC | 05/22/23 | BTC 0.18742221 SHIB 12,709,300.3506915† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430.1708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.543448974418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | | | | | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | |
| 98 | NAME REDACTED ADDRESS REDACTED | 1152 | Genesis Global Holdco, LLC | 11/04/2023* | BTC 0.11 FTM 11,000.00 USD 1,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430.1708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.543448974418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | | | | | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | |
| 99 | NAME REDACTED ADDRESS REDACTED | 387 | Genesis Global Capital, LLC | 05/20/23 | DOGE 50,713.794008 USD 5,071.37† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430.1708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.543448974418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | | | | | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Tenth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 100 | NAME REDACTED ADDRESS REDACTED | 772 | Genesis Global Holdco, LLC | 07/04/2023* | 1INCH 129.402306<br>AAVE 0.39726<br>BCH 0.14454613<br>BTC 0.03821587<br>COMP 1.421112<br>CRV 347.062935<br>ETH 1.596233<br>FIL 4.59555<br>FTM 347.27049<br>GUSD 32.45<br>LINK 9.061464<br>LTC 1.325734<br>PAXG 0.010156<br>REN 2,176.003772<br>SNX 108.020817<br>SOL 0.268076<br>SUSHI 0.519536<br>USD 6,000.00<br>YFI 0.0318985 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.3803853215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.97374057132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## EXHIBIT B

**Kinealy Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### DECLARATION OF PAUL KINEALY IN SUPPORT OF DEBTORS' TENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

I, Paul Kinealy, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

### BACKGROUND

1.      I am a Senior Director at Alvarez and Marsal North America, LLC ("A&M"), the financial advisor for the above-captioned Debtors.

2.      In my capacity as Senior Director, I am authorized to submit this Declaration in support of the *Debtor's Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection").[2]

3.      I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, Schedules and Books and Records and am responsible for overseeing the review and analysis of claims filed in the Debtors' Chapter 11 Cases.  All facts set forth herein are based on my personal knowledge, my review or the review of employees of A&M of the Claims and other relevant documents or information provided by the Debtors' employees and advisors.  If I

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]      Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

were called upon to testify, I could and would competently testify to each of the facts set forth herein on that basis, including that I, or employees of A&M, personally reviewed the Disputed Claims (as defined below) identified in <u>Exhibit 1</u> to the Proposed Order as part of the claims reconciliations process in these Chapter 11 Cases.

## **<u>FACTUAL BASIS OF OBJECTION</u>**

4.      I, an A&M employee, or one or more of the Debtors' employees or advisors operating at A&M's direction have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claims and each of the Disputed Claims identified in <u>Exhibit 1</u> to the Proposed Order and the facts and circumstances set forth in the Objection regarding such Claims.

5.      We have also reviewed the information informally provided by Gemini that certain of the Disputed Claims were filed by Gemini Lenders that were participants in the Gemini Earn Program.

6.      Based on such review, we have determined that the Disputed Claims are duplicative of a corresponding Gemini Master Claim.

7.      Each of the Disputed Claims was identified as a duplicate of the Gemini Master Claims based on one or more of the following factors: the claimant of the Disputed Claim (1) indicated that they were a Gemini Lender and participant in the Gemini Earn Program in their answer to Question 8 on the proof of claim form, (2) indicated in the supporting documentation provided with the proof of claim that they were a Gemini Lender and participant in the Gemini Earn Program, and/or (3) was confirmed by Gemini to be a Gemini Lender and participant in the Gemini Earn Program.

8.      We have reviewed each of the Disputed Claims and the supporting documentation for the Disputed Claims and confirmed no other basis aside from their participation in the Gemini Earn Program is asserted as part of the Disputed Claim.  We have therefore determined each Disputed Claim is a duplicate of the Gemini Master Claims, which were filed on behalf of all Gemini Earn Program participants.

9.      If the Disputed Claims are not disallowed, the claimant may obtain a double recovery for the same alleged liability.

10.     The Debtors' advisors will review all incoming discovery productions from Gemini to the Debtors to further confirm the determinations included herein and will make any necessary adjustments to the form of proposed order attached to the Objection to reflect the results of such discovery.

11.     I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the Disputed Claims identified in Exhibit 1 to the Proposed Order should be disallowed in full.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Executed on November 29, 2023          _/s/ Paul Kinealy_____
                                       Paul Kinealy