**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.,*[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FIRST SUPPLEMENTAL DECLARATION OF EVAN HENGEL IN**
**CONNECTION WITH THE EMPLOYMENT AND RETENTION OF BERKELEY**
**RESEARCH GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

I, **Evan Hengel**, hereby declare under penalty of perjury, as follows:

1.      I am a Managing Director with Berkeley Research Group, LLC ("**BRG**"), a professional services firm with numerous offices throughout the country.  I am duly authorized to execute this declaration on behalf of BRG.

2.      On March 16, 2023, the Committee filed the *Application for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of  February 14, 2023* [Docket No. 131] (the "**Application**").[2]  In support of the Application, the BRG filed the *Declaration of Evan Hengel in Support of the Application for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 14, 2023*, which was attached to the Application as **Exhibit B** (the "**Initial Declaration**"). On April 13, 2023, the Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*Advisor to the Official Committee of Unsecured Creditors Effective as of February 14, 2023*
[Docket No. 220] (the "**Retention Order**").

3.      I submit this first supplemental declaration (the "**First Supplemental Declaration**") to provide additional disclosures relating to additional parties in interest pursuant to the terms of BRG's retention order and in accordance with section 327 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").

## Additional Disclosures

4.      BRG has searched its electronic database of present and former clients of BRG for connections to parties in interest in these Cases, and certain connections were disclosed in the Initial Declaration. BRG has become aware of additional parties in interest in these chapter 11 Cases and has therefore updated its conflicts search.

5.      BRG has been informed of certain additional parties in interest in these chapter 11 Cases. A schedule of additional parties in interest is attached as **Schedule 1** hereto and BRG's relationships therewith are delineated on **Schedule 2** attached hereto. Further in connection with the preparation of this First Supplemental Declaration, I caused employees under my direction at BRG to update BRG's conflict check. Additional or updated relationships with certain of the parties in interest listed in **Exhibit 1** to the Initial Declaration are also set forth in **Schedule 2** hereto.

6.      To the best of my knowledge, information, and belief, the relationships with certain parties in interest in these Cases delineated on **Schedule 2** attached hereto are unrelated to either the Debtors or these chapter 11 Cases. Further, these relationships do not create an interest

materially adverse to the interests of the estates or of any class of creditors or equity security

holders and do not create any direct or indirect relationship to, connection with, or interest in the

Debtors. Given this, to the best of my knowledge, information, and belief, BRG neither holds nor

represents any interest adverse to the Debtors' estates and remains a disinterested party. Further,

all disclosures made in the Initial Declaration pertaining to BRG's conflict check process and

relationships with parties in interest are incorporated herein by reference and are fully applicable

to the parties listed on **Schedule 2**.

7.      To the extent that BRG discovers and additional facts or information bearing on

matters described in this Declaration that require disclosure, during the period of the Committee's

retention of BRG, I will file a supplemental disclosure with the Court as required by Bankruptcy

Rule 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my information, knowledge, and belief.


Dated: December 1, 2023                 */s/ Evan Hengel*
Los Angeles, California                 Evan Hengel
                                        Managing Director
                                        Berkeley Research Group, LLC

## <u>Schedule 1</u>

## LIST OF POTENTIAL PARTIES IN INTEREST

**Taxing Authorities**
Central Provident Fund Board

**Claimants**






























**Witness**
Ravi Doshi
Jake Kaufman
Adim Offurum
Greg Guttas

**Vendors**
Anduril Pte. Ltd.

Certified Kernel Tech LLC
Charles Schwab Co. Inc.
Circle Internet Financial Inc
Complete Discovery Source Inc
EY Corporate Advisors Pte. Ltd
FGS Global (Us) LLC
Globalization Partners
Grabtaxi Pte Ltd
Gunderson Dettmer
Hype Labs Pte. Ltd

Marcum LLP
Mozaik Capital Pte. Ltd.
National Financial Services LLC
Pixiu Services
QCP Capital Pte Ltd
Scott Plowman
Stoneturn Group LLP

## Schedule 2

**List of parties in interest, or affiliates thereof, that currently or formerly engage(d) BRG, sorted by their relationship to the Debtors, that are unrelated to these Cases[1]**

**Debtors' Banks & Financial Services Providers**
Silvergate Bank

**Litigation Counterparties**
New Jersey Office of the Attorney General, Division of Consumer Affairs

**Claimants**



**Vendors**
Charles Schwab Co. Inc.*
EY Corporate Advisors Pte. Ltd

---

[1] Potential Parties in Interest that are marked with an asterisk are related to closed matters.