Hearing Date and Time: January 3, 2023 at 10:00 AM (ET)
Responses Deadline: December 21, 2023 at 4:00 PM (ET)

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 994** |

### NOTICE OF WITHDRAWAL
### OF THE DEBTORS' THIRD OMNIBUS
### OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
### CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR.
### P. 3007 (DUPLICATE) SOLELY WITH RESPECT TO CLAIMS 213 AND 291

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of

---

[1] The Debtors in the above captioned cases (these "Chapter 11 Cases"), along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on or about May 11, 2023, proof of claim number 213 was filed in these Chapter 11 Cases ("Claim No. 213").

**PLEASE TAKE FURTHER NOTICE** that, on or about May 16, 2023, proof of claim number 291 was filed in these Chapter 11 Cases ("Claim No. 291").

**PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, the Debtors filed the *Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection") (ECF No. 994).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw without prejudice the Objection solely with respect to Claim Nos. 213 and 291. The Debtors reserve all rights to object to Claim Nos. 213 and 291 on any and all grounds.

*[The remainder of this page has been left intentionally blank]*

| | |
|---|---|
| Dated: December 5, 2023<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |

2