IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Genesis Global Holdco LLC, *et al.*,[1] | ) ) | Case No. 23-10063 (SHL) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SEVENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY M3 ADVISORY PARTNERS, LP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM October 1, 2023 THROUGH October 31, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | March 30, 2023 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $11,970.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $0.00 |
| This is a(n): | __x__Monthly ____Interim ____Final application |

This is the SEVENTH monthly fee statement filed in this case.

M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors of Genesis Global Holdco LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**") hereby submits this monthly fee statement (the "**Fee Statement**") pursuant to this Court's *Order Establishing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 101], dated February 24, 2023 (the "**Interim Compensation Order**") and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002 and S.D.N.Y. LBR 2014-1, *Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisors for the Debtors and Debtors-in-Possession* [Docket No. 268], dated April 28, 2023, and upon the Court's Order *Approving the Supplemental Engagement Letter* [Docket No. 687], dated September 8, 2023, seeking compensation and reimbursement of expenses for the period of October 1, 2023 through October 31, 2023 (the "**Seventh Monthly Period**"). By this Fee Statement, M3 seeks payment of $9,576.00, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Seventh Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

**Professional Services Rendered and Expense Disbursements Incurred**

1. **Exhibit A** sets forth a timekeeper summary that includes: (a) the name and title of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by M3; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by M3. The blended rate for compensation requested in this Monthly Statement is approximately $920.77.[2]

2. **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

---

[2] The blended rate is calculated by taking the total of fees sought in this Seventh Monthly Statement and dividing by the total of hours sought in this Seventh Monthly Statement.

3. **Exhibit C** sets forth a timekeeper summary per project category spent by M3 timekeepers in rendering services to the Committee during the Compensation Period.

4. **Exhibit D** sets forth both a summary of, and detailed entries of, expenses for which M3 seeks reimbursement.

5. **Exhibit E** sets forth the time records for M3 timekeepers for which compensation is sought by M3, setting forth a complete itemization of tasks performed in rendering services to the Committee during the Compensation Period.

## Notice of Objection Procedures

Notice of this Seventh Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "**Notice Parties**"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Arianna Pretto-Sankman (email: arianna@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

Objections to this Seventh Monthly Statement, if any, must be served upon the Notice Parties and by e-mail, hand, or overnight delivery upon M3, at M3 Advisory Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019 (email: kkamlani@m3-partners.com and

rrowan@m3-partners.com) no later than **December 21, 2023 at 12:00 PM (Prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Seventh Monthly Statement are received by the Objection Deadline, the Debtors shall pay M3 80% of the fees and 100% of the expenses identified in this Seventh Monthly Statement.

To the extent an objection to this Seventh Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees in the percentage set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## Reservation of Rights

Although M3 has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. M3 reserves the right to seek payment of such fees and expenses not included herein.

**WHEREFORE**, M3 respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $9,576.00, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Seventh Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

| | |
|---|---|
| Dated: December 5, 2023<br>New York, New York | Respectfully submitted,<br><br>**M3 ADVISORY PARTNERS, LP**<br><br>*/s/ Mohsin Y. Meghji*<br>Mohsin Y. Meghji<br>1700 Broadway, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 202-2200<br>mmeghji@m3-partners.com<br><br>*Financial Advisor to the Debtors and Debtors in Possession* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

### Exhibit A - Summary of Total Fees by Professional

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245.00 | 4.9 | $6,100.50 |
| Rowan, Ryan | Senior Director | $895.00 | 4.1 | $3,669.50 |
| Altman, Matthew | Associate | $550.00 | 4.0 | $2,200.00 |
| **Total** | | | **13.0** | **$11,970.00** |
| *Average Billing Rate* | | | | *$920.77* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

## Exhibit B - Summary of Time Detail by Task Category

| Task Category | Hours | Fees |
|---|---|---|
| Potential Avoidance Actions/Litigation Support | 2.9 | $3,610.50 |
| General Correspondence with Debtor & Debtors' Professionals | 0.3 | $373.50 |
| Case Administration | 9.8 | $7,986.00 |
| **Total** | **13.0** | **$11,970.00** |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

**Exhibit C - Summary of Time Detail by Task Category by Professional**

*Potential Avoidance Actions/Litigation Support*

On an ongoing basis, M3 will support the Debtors with respect to matters relating to certain payments received by the Debtors from Alameda Research LLC, Alameda Research Ltd. (BVI), and/or certain of their affiliates (the "Alameda Payments"), matters relating to Three Arrows Capital, Ltd. (in liquidation) and matters ancillary thereto

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 2.9 | $3,610.50 |
| Rowan, Ryan | Senior Director | $895 | - | $0.00 |
| Altman, Matthew | Associate | $550 | - | $0.00 |
| **Total** | | | **2.9** | **$3,610.50** |
| *Average Billing Rate* | | | | *$1,245.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*General Correspondence with Debtor & Debtors' Professionals*

On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 0.3 | $373.50 |
| Rowan, Ryan | Senior Director | $895 | - | $0.00 |
| Altman, Matthew | Associate | $550 | - | $0.00 |
| **Total** | | | **0.3** | **$373.50** |
| *Average Billing Rate* | | | | *$1,245.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

**Exhibit C - Summary of Time Detail by Task Category by Professional**

*General Correspondence with Other Professionals*
On an ongoing basis, M3 will communicate with other professionals including the UCC, its counsel, and other advisors on
topics including case strategy, workstream organizaiton and progress, risk management, and addressing
questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | - | $0.00 |
| Rowan, Ryan | Senior Director | $895 | - | $0.00 |
| Altman, Matthew | Associate | $550 | - | $0.00 |
| **Total** | | | **-** | **$0.00** |

*Average Billing Rate* — *N/A*

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

### Exhibit C - Summary of Time Detail by Task Category by Professional

*Case Administration*

On an ongoing basis, M3 conferred the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 1.7 | $2,116.50 |
| Rowan, Ryan | Senior Director | $895 | 4.1 | $3,669.50 |
| Altman, Matthew | Associate | $550 | 4.0 | $2,200.00 |
| **Total** | | | **9.8** | **$7,986.00** |
| *Average Billing Rate* | | | | *$814.90* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

### Exhibit D - Summary of Expenses by Category

| Description | Total |
|---|---|
| Business Meals | – |
| Taxi/Car Service | – |
| Conference Calls | – |
| **Total (a)** | **$0.00** |

**Note:**

(a)  Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future monthly reports may include expenses incurred during the Reporting Period.

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - October 31 2023**

**Exhibit E - Time Detail by Task by Professional**

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | Ryan Rowan | Case Administration | Prepare September 2023 Fee Statement | 0.2 |
| 10/2/2023 | Ryan Rowan | Case Administration | Review time entries for September | 0.4 |
| 10/2/2023 | Matthew Altman | Case Administration | Prepare initial Fee Statement Recon file with internal time data | 0.6 |
| 10/3/2023 | Kunal Kamlani | Case Administration | Review entries for September Fee Statement | 0.3 |
| 10/4/2023 | Ryan Rowan | Case Administration | Review August 2023 Time Entries following feedback from team | 0.2 |
| 10/4/2023 | Matthew Altman | Case Administration | Review and iterate September Fee Statement | 1.0 |
| 10/5/2023 | Ryan Rowan | Case Administration | Review September 2023 Fee Statement | 0.4 |
| 10/6/2023 | Kunal Kamlani | Potential Avoidance Actions/Litigation Support | Attend hearing on Objection to a Motion by 3AC request for production of documents pursuant to BK rule 2004 | 1.5 |
| 10/12/2023 | Kunal Kamlani | Potential Avoidance Actions/Litigation Support | Participate in Judge Lane's status conference regarding 3AC request for discovery | 0.5 |
| 10/20/2023 | Kunal Kamlani | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Cleary on court calendar and potential areas of focus prior to trial | 0.3 |
| 10/20/2023 | Kunal Kamlani | Potential Avoidance Actions/Litigation Support | Review Stipulation and Confidentiality Agreement and Protective Order provided by Andrew Saba (Cleary) and execute acknowledgement | 0.9 |
| 10/20/2023 | Kunal Kamlani | Case Administration | Review final edits to draft September Fee Statement | 0.1 |
| 10/23/2023 | Ryan Rowan | Case Administration | Draft Second Interim Fee Application | 1.2 |
| 10/23/2023 | Matthew Altman | Case Administration | Prepare draft Second Interim Fee Application | 1.0 |
| 10/25/2023 | Matthew Altman | Case Administration | Update draft Second Interim Fee Application based upon comments received | 1.4 |
| 10/26/2023 | Ryan Rowan | Case Administration | Review and iterate draft Second Interim Fee Application | 1.7 |
| 10/26/2023 | Kunal Kamlani | Case Administration | Review draft of Second Interim Fee Application | 1.3 |