CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF**
**DECLARATION OF NELSON A. BOXER**
**ON BEHALF OF PETRILLO KLEIN + BOXER**
**IN ACCORDANCE WITH THE ORDER AUTHORIZING**
**THE DEBTORS TO RETAIN AND COMPENSATE CERTAIN**
**PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on February 8, 2023, the Debtors filed *Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date*, ECF No. 65 (the "OCP Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that, on July 20, 2023, the Court modified the OCP Order to increase the OCP Monthly Cap to $150,000 and the OCP Case Cap to $500,000. *See* ECF No. 548.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** and **Exhibit B** are the OCP Declaration and OCP Questionnaire, respectively, of Nelson A. Boxer on behalf of Petrillo Klein + Boxer LLP (the "Ordinary Course Professional").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(d) of the OCP Order, any objection to the retention of the Ordinary Course Professional shall be made by **December 19, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), which period may be extended with the consent of the Debtors without further order of the Court. Objections, if any, shall be served upon the Ordinary Course Professional and the Notice Parties on or before the Objection Deadline. If an objection received on or before the Objection Deadline with respect to the Ordinary Course Professional cannot be resolved, a hearing on the matter shall be held at the next reasonably available regularly scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that, if no objection is timely submitted on or before the Objection Deadline, or if all timely objections are withdrawn or resolved, the Debtors shall be authorized to retain such Ordinary Course Professional, without the necessity of a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that, following the Debtors' retention of the Ordinary Course Professional, such Ordinary Course Professional shall be required to comply with the requirements of the OCP Order.

| | |
|---|---|
| Dated: December 6, 2023<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the OCP Motion.

# EXHIBIT A
**OCP Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DECLARATION OF DISINTERESTEDNESS**

I, Nelson A. Boxer, declare that the following is true to the best of my knowledge, information and belief:

1. I am a Partner of Petrillo Klein + Boxer LLP, located at 655 Third Avenue, New York, NY 10017 (the "Firm"), which the debtors and debtors in possession (the "Debtors") in the above-captioned jointly-administered cases (the "Chapter 11 Cases") have agreed to compensate in connection with representations of certain employees in the ordinary course of the Debtors' business. The Debtors have requested that the Firm serve as counsel and provide legal representation to such employees of the Debtors in connection with ongoing investigations relating to the Debtors. The Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (as may amended from time to time, the "Ordinary Course Professionals Order").

2. The Firm may currently perform and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

1

11 Cases. The Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

3. The Debtors have requested that the Firm provide litigation and government investigations advice to employees of the Debtors, and the Firm has consented to provide such services.

4. The Firm has not provided services to the Debtors prior to the commencement of the Chapter 11 Cases.

5. The Firm keeps, in the ordinary course of business, time records in one-tenth-of-an-hour increments.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.

7. Neither I nor any partner of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the partners and regular employees of the Firm.

8. Neither I nor any partner of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors do not owe any amount in either U.S. Dollars or any other currency on the Petition Date for prepetition services or otherwise.

10. As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

2

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 5, 2023

_____
Nelson A. Boxer
Partner
Petrillo Klein + Boxer LLP
655 Third Avenue
New York, NY 10017
(212) 370-0338
nboxer@pkbllp.cim

**EXHIBIT B**
**OCP Questionnaire**

Genesis Global Holdco, LLC, *et al.*
Chapter 11 Lead Case No 23-10063 (SHL)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENESIS GLOBAL HOLDCO LLC, *et al.*, (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

If more space is needed, please complete on a separate page and attach.

1. Name and address of the firm:

    Petrillo Klein + Boxer LLP
    655 Third Avenue
    New York, NY 10017

2. Date of retention: November 21, 2023

3. Type of services provided:

    Legal representation of employees of the Debtors in connection with litigation and government investigations

4. Brief description of services to be provided:

    Litigation and government investigations advice in connection with ongoing investigations.

5. Arrangements for compensation (hourly, contingent, etc.):

    Hourly, depending upon seniority/experience of attorney and paralegal

    (a) Average hourly rate (if applicable): _____
    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based on the applicable exchange rate in effect on the Petition Date.

6. Prepetition claims against any of the Debtors held by the firm:

   Debtor(s) against whom claim is held: __N/A__

   Amount of claim: __N/A__

   Date claim arose: __N/A__

   Source of claim: __N/A__

7. Prepetition claims against the Debtors held individually by any member or associate of the firm:

   Name: __N/A__

   Status: __N/A__

   Debtor(s) against whom claim is held: __N/A__

   Amount of claim: __N/A__

   Date claim arose: __N/A__

   Source of claim: __N/A__

8. Stock or American Depository Shares of any of the Debtors currently held by the firm:

   Kind of shares: __N/A__

   No. of shares: __N/A__

9. Stock or American Depository Shares of any of the Debtors currently held individually by any member or associate of the firm:

   Name: __N/A__

   Status: __N/A__

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    __N/A__

    Name: *[signature: Meeka G. Bay]*
    Title: Partner

3