Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF PROPOSED ORDER CONCERNING THE SECOND INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023**

    **PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that on November 14 and 15, 2023, professionals for the Debtors and the Committee of Unsecured Creditors filed Interim Applications for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Second Interim Fee Period (or such other time period as indicated) (the "Applications"), ECF Nos. 917, 920, 922, 923, 925, 929, 931, 934, 935, 936, 939.

    **PLEASE TAKE FURTHER NOTICE** that on December 11 2023, the Debtors filed the proposed *Omnibus Order Granting Applications for Allowance of Interim Compensation*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

*and Reimbursement of Expenses for Second Interim Fee Period* ( the "Proposed Order"), attached hereto as Exhibit A, for the Applications.  The Proposed Order reflects a consensual agreement among the professionals for the Debtors, the Committee of Unsecured Creditors and the Office of the U.S. Trustee for a partial release of 10% of fees allowed in the First Interim Fee Period and in the Second Interim Fee Period.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Applications will be held via Zoom before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on **December 13, 2023 at 2:00 p.m. (Eastern Time) (the "Hearing Date")**.  Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing.  The Court will circulate a Zoom link to registered parties by email in advance of the Hearing.  Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis or by calling +1 888 524 2017.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Applications, or if you want the Court to hear your position on the Applications, then you or your attorney must attend the Hearing.  If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Applications and may enter the Proposed Order granting the relief requested by the Debtors without further notice or hearing.

Dated:  December 11, 2023
       New York, New York

*/s/ Jane VanLare*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**Exhibit A**
**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered<br><br>Related Docket Nos.<br>917, 920, 922, 923, 925,<br>929, 931, 934, 935, 936, 939 |

***PROPOSED* OMNIBUS ORDER GRANTING APPLICATIONS
FOR ALLOWANCE OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR SECOND INTERIM FEE PERIOD**

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses for professional services rendered and expenses incurred during the period commencing June 1, 2023 through September 30, 2023 (except as otherwise indicated) (the "Applications"); and a hearing having been held before this court to consider the Applications on December 13, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached Schedules.

Dated: December __, 2023
       White Plains, New York

 

                                                  UNITED STATES BANKRUPTCY JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Case No.: 23-10063 (SHL)  
Case Name: In re Genesis Global Holdco, LLC

**CURRENT INTERIM FEE PERIOD**  
June 1, 2023 – September 30, 2023

Schedule A

| (1) Applicant | (2) Date/Document Number of Application (and time period) | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (i.e., 90% of Fees Allowed) | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release of 10%) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Nov. 14, 2023, ECF No. 935 (June 1, 2023 through Aug. 31, 2023) | $12,832,865 | $12,798,890 | $11,519,001 | $2,382,112.19 | $13,901,113.19 | $456,974.23 | $456,974.23 |
| Morrison & Cohen LLP | Nov. 14, 2023, ECF No. 923 (June 1, 2023 through Sept. 30, 2023) | $230,866.50 | $230,866.50 | $207,779.85 | $91,151.61 | $298,931.46 | $5,448.69 | $5,448.69 |
| Alvarez & Marsal | Nov. 15, 2023, ECF No. 939 (June 1, 2023 through Aug. 31, 2023) | $3,132,687.50 | $3,132,687.50 | $2,819,418.75 | $485,893.38 | $3,305,312.13 | $5,118.83 | $5,118.83 |
| Moelis & Company | Nov. 14, 2023, ECF No. 925 (June 1, 2023 through Sept. 30, 2023) | $800,000.00 | $800,000.00 | $720,000 | $60,000 | $780,000.00 | $43,961.04 | $43,961.04 |
| M3 Advisory Partners LLP | Nov. 14, 2023, ECF No. 922 (June 1, 2023 through Sept. 30, 2023) | $843,764.50 | $843,764.50 | $759,388.05 | $44,813.20 | $804,201.25 | $890.71 | $890.71 |
| Grant Thornton LLP | Nov. 14, 2023, ECF No. 920 | $74,635.50 | $74,635.50 | $67,171.95 | $0 | $67,171.95 | $938 | $938 |

DATE ON WHICH ORDER WAS SIGNED: _____            INITIALS: \_\_\_\_\_ USBJ

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (April 4, 2023 through Sept. 30, 2023) | | | | | | | |
| White & Case LLP | Nov. 14, 2023, ECF No. 917 (June 1, 2023 through Sept. 30, 2023) | $5,517,240 | $5,517,240 | $4,965,516 | $775,855.90 | $5,741,371.90 | $8,949 | $8,949 |
| Houlihan Lokey Capital Inc. | Nov. 14, 2023, ECF No. 931 (June 1, 2023 through Sept. 30, 2023) | $600,000 | $600,000 | $540,000 | $54,107.14 | $594,107.14 | $22,292.39 | $22,160.35 |
| Berkeley Research Group, LLC | Nov. 14, 2023, ECF No. 934 (June 1, 2023 through Sept. 30, 2023) | $4,667,850 | $4,667,850 | $4,201,065 | $472,683.85 | $4,673,748.85 | $14,642.49 | $14,642.49 |
| Seward & Kissel LLP | Nov. 14, 2023, ECF No. 929 (June 1, 2023 through Sept. 30, 2023) | $43,152.50 | $43,152.50 | $38,837.25 | $11,124.75 | $49,962.00 | $1,277.10 | $1,277.10 |
| Kroll Restructuring Administration LLC | Nov. 15, 2023, ECF No. 936 (Jan. 19, 2023 through Sept. 30, 2023) | $23,114.00 | $23,114.00 | $20,802.60 | $0 | $20,802.60 | $0 | $0 |