**Presentment Date: December 22, 2023 at 11:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: December 21, 2023 at 12:00 p.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF PROTOCOL FOR WRITTEN COMMUNICATIONS TO THE BANKRUPTCY COURT BY CREDITORS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors shall present the *Notice of Protocol for Written Communications to the Bankruptcy Court by Creditors* attached hereto as **Exhibit 1** (the "Written Communications Protocol") to the Honorable Sean H. Lane, United States Bankruptcy Judge, on **December 22, 2023 at 11:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each an "Objection") to the Stipulation and Order must be made in writing and received in the chambers of the Honorable Sean H. Lane and by the undersigned not later than **December 21, 2023 at 12:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that in the event any Objections to the proposed Written Communications Protocol are timely filed and served on or before the Objection Deadline as set forth herein, a hearing to consider the Written Communications Protocol and such Objection(s) shall be scheduled by the Bankruptcy Court.

| | |
|---|---|
| Dated:  December 15, 2023<br>New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |

# Exhibit 1

**Written Communications Protocol**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, et al.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF PROTOCOL FOR WRITTEN COMMUNICATIONS
TO THE BANKRUPTCY COURT BY CREDITORS**

The Debtors and the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases (the "**Committee**") submit this Notice at the request of the Court to establish a protocol for future written communications to the Court by creditors, which communications are not signed by an attorney (the "**Written Communications**"), in light of the *Order Granting the Debtors' and the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information* (ECF No. 694) (the "**Redaction Order**") and the related *Memorandum of Decision* (ECF No. 581), which authorized the redaction of names,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

addresses, and contact information of (i) individual and institutional creditors from all documents or papers filed with the Court as well as (ii) potential counterparties to mergers or acquisition transactions and parties involved in confidential or sealed litigation or regulatory actions or proceedings from documents or papers filed with the Court.

In order to balance the importance of protecting personally identifiable information with the desire of creditors to send Written Communications to the Court, please be advised of the following protocol (the "**Written Communications Protocol**"):

(a) General Inquiry: If you send a Written Communication to the Court that is in the nature of a general inquiry, you must include the form attached to this Notice as **Exhibit A** with your Written Communication (the "**Court Communication Form**"), indicating whether you authorize the filing of the Written Communication on the docket, **in which case your name and any contact information that is included in your Written Communication will be publicly available**. A copy of such Written Communication also will be sent to the Debtors' counsel. The Court will not address the Written Communication directly.

(b) Specific Response to a Filing: If you send a Written Communication to the Court that is in the nature of a response to a particular pleading filed in these Chapter 11 Cases, you must include the Court Communication Form, indicating whether you authorize the filing of the Written Communication on the docket, **in which case your name and any contact information that is included in your Written Communication will be publicly available**. **You must include the Court Communication Form with your Written Communication, acknowledging your understanding that you will be waiving the protections afforded to your personally identifiable information under the Redaction Order because such Written Communication, including your name and any contact information that is included in your Written Communication, will be publicly available**. **Failure to include the Court Communication Form or failure to consent to this acknowledgement will result in your Written Communication not being considered by the Court.**

(c) Regardless of whether your Written Communication is in the nature of a general inquiry or a specific response to a filing, if you do not submit the Court Communication Form with your Written Communication, your Written Communication will not be publicly filed and your name and contact information will not be publicly disclosed.

2

IT IS SO ORDERED.

Dated: _____     _____
     White Plains, New York      THE HONORABLE SEAN H. LANE
                                                   UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| Dated: December 15, 2023<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession*<br><br>-and-<br><br>WHITE & CASE LLP<br><br>/s/ *J. Christopher Shore*<br>J. Christopher Shore<br>Philip Abelson<br>Colin T. West<br>Michele J. Meises<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>-and-<br><br>Amanda Parra Criste (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

4

# **EXHIBIT A**

**Court Communication Form**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, et al.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**CONSENT FORM FOR WRITTEN COMMUNICATION WITH THE COURT**

**IMPORTANT**

PLEASE READ THE NOTICE TO WHICH THIS FORM IS ATTACHED AND THE INSTRUCTIONS BELOW CAREFULLY BEFORE COMPLETING THIS FORM.

**INSTRUCTIONS**

1. Please indicate your choice below as to whether you consent to having the Court file your Written Communication (as defined in the Notice) publicly on the Court docket, including your name and contact information or if you **do not** consent to having the Court file your Written Communication publicly on the Court docket and wish to keep your name and contact information confidential from the general public.

2. **Please note that if your Written Communication is a response to, an objection to, or a statement in support of any filings in these Chapter 11 Cases, such Written Communication shall be filed publicly on the Court docket and you must consent to having your name and any contact information that is included in the Written Communication be publicly available or your Written Communication will not be considered.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

1

| **FILE ON THE DOCKET** | **DO NOT FILE ON THE DOCKET** |
|---|---|
| I hereby authorize the Court to file on the Court docket for the jointly administered cases captioned *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) the Written Communication submitted with this form and understand that <u>my name and any contact information included in the Written Communication will be publicly available</u>.  ❏ | I do not authorize the Court to file the Written Communication submitted with this form on the Court docket. My name and contact information will <u>not be published on the Court docket</u>.  ❏ |

Date: _____

Name: _____
(Print or Type)

Signature: _____

Address: * _____
_____
_____

Telephone: * (\_\_\_) _____

E-mail: * _____

*For purposes of service. Address, telephone number, and e-mail will only be publicly available on the Court docket if such information is included in the Written Communication to be published on the Court docket. If you do not want your address, telephone number, or e-mail to be published on the Court docket, do not include such information in your Written Correspondence.