UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 23-10063 (SHL) |
| Genesis Global Holdco, LLC, *et al.*,[1] | Jointly Administered |
| Debtors. | Related Docket Nos.<br>917, 920, 922, 923, 925,<br>929, 931, 934, 935, 936, 939 |

**OMNIBUS ORDER GRANTING APPLICATIONS
FOR ALLOWANCE OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR SECOND INTERIM FEE PERIOD**

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses for professional services rendered and expenses incurred during the period commencing June 1, 2023 through September 30, 2023 (except as otherwise indicated) (the "Applications"); and a hearing having been held before this court to consider the Applications on December 13, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached Schedules.

Dated: December 18, 2023

                                          */s/ Sean H. Lane*
                                          UNITED STATES BANKRUPTCY JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Case No.: 23-10063 (SHL)  
Case Name: In re Genesis Global Holdco, LLC

**CURRENT INTERIM FEE PERIOD**  
June 1, 2023 – September 30, 2023

Schedule A

| (1) Applicant | (2) Date/Document Number of Application (and time period) | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (i.e., 90% of Fees Allowed) | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release of 10%) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Nov. 14, 2023, ECF No. 935 (June 1, 2023 through Aug. 31, 2023) | $12,832,865 | $12,798,890 | $11,519,001 | $2,382,112.19 | $13,901,113.19 | $456,974.23 | $456,974.23 |
| Morrison & Cohen LLP | Nov. 14, 2023, ECF No. 923 (June 1, 2023 through Sept. 30, 2023) | $230,866.50 | $230,866.50 | $207,779.85 | $91,151.61 | $298,931.46 | $5,448.69 | $5,448.69 |
| Alvarez & Marsal North America, LLC | Nov. 15, 2023, ECF No. 939 (June 1, 2023 through Aug. 31, 2023) | $3,132,687.50 | $3,132,687.50 | $2,819,418.75 | $485,893.38 | $3,305,312.13 | $5,118.83 | $5,118.83 |
| Moelis & Company, LLC | Nov. 14, 2023, ECF No. 925 (June 1, 2023 through Sept. 30, 2023) | $800,000.00 | $800,000.00 | $720,000 | $60,000 | $780,000.00 | $43,961.04 | $43,961.04 |
| M3 Advisory Partners LLP | Nov. 14, 2023, ECF No. 922 (June 1, 2023 through Sept. 30, 2023) | $843,764.50 | $843,764.50 | $759,388.05 | $44,813.20 | $804,201.25 | $890.71 | $890.71 |
| Grant Thornton LLP | Nov. 14, 2023, ECF No. 920 | $74,635.50 | $74,635.50 | $67,171.95 | $0 | $67,171.95 | $938 | $938 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | (April 4, 2023 through Sept. 30, 2023) | | | | | | |
| White & Case LLP | Nov. 14, 2023, ECF No. 917 (June 1, 2023 through Sept. 30, 2023) | $5,517,240 | $5,517,240 | $4,965,516 | $775,855.90 | $5,741,371.90 | $8,949 | $8,949 |
| Houlihan Lokey Capital Inc. | Nov. 14, 2023, ECF No. 931 (June 1, 2023 through Sept. 30, 2023) | $600,000 | $600,000 | $540,000 | $54,107.14 | $594,107.14 | $22,292.39 | $22,160.35 |
| Berkeley Research Group, LLC | Nov. 14, 2023, ECF No. 934 (June 1, 2023 through Sept. 30, 2023) | $4,667,850 | $4,667,850 | $4,201,065 | $472,683.85 | $4,673,748.85 | $14,642.49 | $14,642.49 |
| Seward & Kissel LLP | Nov. 14, 2023, ECF No. 929 (June 1, 2023 through Sept. 30, 2023) | $43,152.50 | $43,152.50 | $38,837.25 | $11,124.75 | $49,962.00 | $1,277.10 | $1,277.10 |
| Kroll Restructuring Administration LLC | Nov. 15, 2023, ECF No. 936 (Jan. 19, 2023 through Sept. 30, 2023) | $23,114.00 | $23,114.00 | $20,802.60 | $0 | $20,802.60 | $0 | $0 |

DATE ON WHICH ORDER WAS SIGNED: 12-18-2023                                    INITIALS: SHL USBJ