CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01168 (SHL) |
| Plaintiff, | |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01169 (SHL) |
| Plaintiff, | |
| v. | |
| DCG International Investments Ltd. | |
| Defendant. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

## AGENDA FOR HEARING TO BE HELD
## DECEMBER 21, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)

**Date and Time of Hearing:**   December 21, 2023, at 2:00 p.m. (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The December 21 hearing will be conducted only through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the December 21 Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the December 21 Hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#.

**Copies of Motions:**   Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

### AGENDA FOR DECEMBER 21 HEARING

**Adversary Proceeding Matters to Be Heard at December 21 Hearing:**

1. **Partial Repayment Agreement Motion:** *Motion for Entry of (I) Consent Judgment Against the DCG Parties and (II) Order Authorizing, to the Extent Necessary, GGC to Take Actions in Furtherance of the Partial Repayment Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, or, in the Alternative, Bankruptcy Rule 9019(a).* Adv. Pro. No. 23-01168, ECF No. 9; Adv. Pro. No. 23-01169, ECF No. 11.

    i. **Related Pleadings**:

        a. *Declaration of Thomas Conheeney in Support of Debtors' Motion for Entry of (I) Consent Judgment Against the DCG Parties and (II) Order Authorizing, to the Extent Necessary, GGC to Take Actions in Furtherance of the Partial Repayment Agreement Pursuant to Sections 105(a) and*

2

       *363(b) of the Bankruptcy Code, or, in the Alternative, Bankruptcy Rule 9019(a)*.  Adv. Pro. No. 23-01168, ECF No. 9, Ex. A; Adv. Pro. No. 23-01169, ECF No. 11, Ex. A.

    b. *Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion for Entry of (I) Consent Judgment Against the DCG Parties and (II) Order Authorizing, to the Extent Necessary, GGC to take Actions in Furtherance of the Partial Repayment Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, or, in the Alternative, Bankruptcy Rule 9019(a)*.  Adv. Pro. No. 23-01168, ECF No. 13; Adv. Pro. No. 23-01169, ECF No. 15.

  **ii.**   **No objections**

  **iii.**   **Status**: A proposed order has been filed and the matter is going forward.

Dated:  December 19, 2023  
        New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Sean A. O'Neal*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors  
and Debtors-in-Possession*

3