CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF PUBLICATION**

I, Jane VanLare, an attorney admitted to practice before this court and an employee of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that the *Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines*, which is substantially similar to the form of notice attached as Exhibit 14 to the *Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [ECF No. 1027], was published in *USA Today* on Thursday, December 14, 2023, as more fully set forth in the Proof of Publication of Vanessa Salvo (attached hereto as Exhibit A).

Dated:   December 20, 2023         */s/ Jane VanLare*
         New York, New York        Jane VanLare

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

# **EXHIBIT A**

**Proof of Publication**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, December 14, 2023**, the following legal advertisement – **Genesis Global Holdco, LLC** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
December 14, 2023

# Draymond Green likely facing suspension after striking Nurkic

**Jeff Zillgitt**
USA TODAY



Warriors forward Draymond Green reacts against the Suns on Tuesday at Footprint Center. MARK J. REBILAS/USA TODAY SPORTS



Craig Berube lifts the Stanley Cup after the Blues' win '19. WINSLOW TOWNSON/USA TODAY SPORTS

Draymond Green got himself in trouble again.

Just five games after serving a five-game suspension for "forcibly grabbing Minnesota Timberwolves center Rudy Gobert around the neck," the Golden State Warriors forward was ejected after throwing a wild swing that connected with Phoenix Suns center Jusuf Nurkic's head on Tuesday.

Referees reviewed the play and issued Green a Flagrant Foul 2, which results in an automatic ejection.

The incident happened with 8:23 remaining in the third quarter of Phoenix's 119-116 victory.

Green had just two points, two rebounds and two assists when he was thrown out with the Warriors leading 65-60.

The Warriors dropped to 10-13 and are in 11th place in the Western Conference.

### Will the NBA suspend Green again?

Green doesn't like that the NBA takes his history into account when considering punishment, but the league has established that as a criteria when adjudicating on-court incidents.

Given Green's history and the reckless, unnecessary and forceful swing with his right arm, he is facing another suspension – even if it's just one game.

The Warriors play Thursday at the Los Angeles Clippers. Any punishment will be announced before that game.

### What led to situation with Nurkic?

Green and Nurkic were jostling for position, and Green said, "He was pulling my hip, and I was swinging away to sell the call. Made contact with him."

Nurkic finished with 17 points, 13 rebounds, seven assists and one steal

### What else did Green say?

Green make no apologies for who he is as a player. However, he was contrite.

"I do apologize to Jusuf because I didn't intend to hit him. I sell calls with my arms. I don't fall to sell calls. I'm not a flopper. ...

"I spun away, and unfortunately I hit him."

Green's intent and regret may not influence the league's decision, which comes from the office of Joe Dumars, who is the NBA's executive vice president/head of basketball operations.

### What did Warriors coach Steve Kerr say?

"We need Draymond," Warriors coach Steve Kerr told reporters. "He knows that. We've talked to him.

"He's got to find a way to keep his poise and be out there for his teammates."

### What did Suns coach Frank Vogel say?

"Just looked like a reckless and dangerous play. I'm sensitive to our guys getting hit on plays like that," Suns coach Frank Vogel said.

"So I didn't like it, the refs did what they had to do, and the league will do what they have to do."

● NBA standings, 6C

## Blues fire coach who won '19 title

**Jace Evans** USA TODAY

The St. Louis Blues fired Stanley Cup-winning head coach Craig Berube just hours after Tuesday's 6-4 loss to the Detroit Red Wings, which dropped the team to 13-14-1 on the season.

Drew Bannister, the head coach of the team's AHL affiliate, has been named the interim coach.

General manager Doug Armstrong said he started having sleepless nights after a Dec. 8 loss to the Columbus Blue Jackets. After the short-handed Red Wings rallied to hand St. Louis its fourth consecutive loss, Armstrong fired Berube.

"Your mind is starting to work when you're everybody's homecoming game," Armstrong told reporters on Wednesday, a day after making the move.

Coaching changes have turned around the fortunes of the Edmonton Oilers and Minnesota Wild this season, and Berube took a last-place Blues team to the 2019 Stanley Cup title after his midseason hire. Bannister isn't necessarily the coach for the rest of the season, though. Armstrong said he is looking for a full-time coach but didn't have a timetable on when he'll make a hire.

The Blues rank near the bottom of the league in power play and goals per game.

Berube ends his Blues tenure with a 206-132-44 record over parts of six seasons.

---



Ted Leonsis, majority owner of the Washington Capitals and Washington Wizards, speaks at the Capitals' Stanley Cup title celebration in 2018. GEOFF BURKE/USA TODAY SPORTS

# Owner of Wizards, Capitals plans to leave DC for Virginia

**Jeff Zillgitt**
USA TODAY

Monumental Sports and Entertainment, which owns the NBA's Washington Wizards and NHL's Washington Capitals, plans a a relocation across the Potomac River to Alexandria, Virginia.

Majority Wizards and Capitals owner Ted Leonsis on Wednesday appeared with Virginia Gov. Glenn Youngkin where they announced a proposal for a new $2 billion arena and mixed-use entertainment distract in the Potomac Yard neighborhood of Alexandria.

"We are committed to providing world-class fan experiences while continuously evolving our teams, deepening community ties, and solidifying our role as leaders at the forefront of sports and technology," Leonsis said in a news release. "The opportunity to expand to this 70-acre site in Virginia, neighboring industry-leading innovators, and a great academic partner, would enable us to further our creativity and achieve next-generation, leading work – all while keeping our fans and the community at the forefront of everything we do."

The relocation and arena development plan requires additional approval from local and state government. The project is expected to be completed by the end of 2028.

The District of Columbia made a late pitch Tuesday evening to keep the Wizards and Capitals at Capital One Arena, located in downtown D.C's Chinatown neighborhood. D.C. Mayor Muriel Bowser and City Council chairman Phil Mendelson pledged half a billion dollars to renovating Capital One Arena.

Monumental Sports previously had asked for $600 million from the city for an $800 million renovation, according to The Washington Post.

"The legislation that Mayor Bowser submitted to the Council outlines the parameters of the agreement, including receiving the authority to enter into a lease extension and provide financing of $500 million toward the $800 million renovation project over a period of three years beginning in 2024," a statement from the mayor's office said. "City leaders have also committed to a swift and expedited review and approval process to meet current construction plans for the arena."

The Wizards and Capitals have played at the D.C. arena since 1997, and the move from suburban Maryland to D.C. helped revitalize the Chinatown neighborhood.

If the Wizards and Capitals relocate, the plan calls for a multi-use entertainment district at Potomac Yard, which already includes several businesses and is near Ronald Reagan National Airport. The location is near public transportation, including a Metro bus route and rail line station.

"While some people want sports stadiums ... I want tolls to disappear from Hampton Roads *and* I want recreational sale of marijuana," State Sen. L. Louise Lucas posted Monday on X, formerly Twitter. "Guess we will have to find compromises this session."

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

In re: Genesis Global Holdco, LLC, *et al.*,[1] Debtors.
Chapter 11
Case No.: 23-10063 (SHL)
Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On December 6, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order at ECF No. 1027 (the "Order"): (i) authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to solicit the votes on the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (including all exhibits annexed thereto and as it may be amended, altered, modified, revised, or supplemented from time to time) (the "Plan"); (ii) approving the *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (including all exhibits attached thereto, and as may be amended, altered, modified, revised, or supplemented from time to time) (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (iii) approving the solicitation materials and documents to be included in the Solicitation Packages; and (iv) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

2. The hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence via Zoom on **February 14, 2024 at 10:00 A.M., prevailing Eastern Time**, before the Honorable Sean H. Lane, United States Bankruptcy Court for the Southern District of New York. The Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court, by agenda filed with the Court, and/or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

3. The Plan may be modified, if necessary, before, during or as a result of the Confirmation Hearing without further notice to interested parties.

4. The deadline for filing objections to the Plan, including objections to the disallowance of any claim for voting purposes, is **January 29, 2024 at 4:00 P.M. prevailing Eastern Time** (the "Objection Deadline"). Any objection to the Plan must (a) be in writing; (b) be in English; (c) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order"); (d) state with particularity the basis and nature of any objection to the Plan; (e) be filed electronically with this Court on the docket of *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) by registered users of this Court's electronic filing system and in accordance with the Bankruptcy Court's General Order M-399 (which is available at http://www.nysb.uscourts.gov); and (f) be served so as to be actually received by the Objection Deadline (or supplemental deadline, if applicable), by: (i) the Chambers of the Honorable Judge Sean H. Lane, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601; (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq. and Jane VanLare, Esq.; (iii) the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq. and Chris Shore, Esq.; and (v) any parties that have appeared and requested notice pursuant to the Bankruptcy Rules.

5. Pursuant to the Order, the Court approved the use of certain materials in the solicitation of votes to accept or reject the Plan and certain procedures for the tabulation of votes to accept or reject the plan. If you are a Holder of a Claim against the Debtors as of **November 28, 2023** (the "Voting Record Date"), and entitled to vote, you have received with this Notice, a ballot form ("Ballot") and instructions for completing the Ballot.

6. The deadline for voting on the Plan is **January 10, 2024 at 4:00 P.M. prevailing Eastern time** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must** (a) follow the Ballot instructions carefully; (b) complete **all** of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by Kroll Restructuring Administration LLC (the "Solicitation Agent" or "Kroll") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

7. If a contemporary arises regarding whether any claim is properly classified under the Plan, the Bankruptcy Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing. If the Bankruptcy Court finds that the classification of any Claim is improper, then such Claim shall be reclassified and the Ballot previously cast by the holder of such Claim shall be counted as if the Claim shall receive the treatment prescribed in, the Class in which the Bankruptcy Court determines such Claim should have been classified, without the necessity of resoliciting any votes on the Plan.

8. The Debtors will file the Plan Supplement (as defined in the Plan) on or before **December 29, 2023**, and will serve notice on all the Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

9. Additional copies of the Plan, Disclosure Statement, or any other solicitation materials (except for Ballots) are available free of charge by visiting the Kroll website at https://restructuring.ra.kroll.com/genesis. You may also obtain copies of any pleadings by visiting at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies, of solicitation materials, but may **not** advise you of your legal rights under the Plan or as to whether you should vote to accept or reject the Plan.

10. Holders of Unimpaired Claims and Disputed Claims are not entitled to vote on the Plan and therefore, will receive a Notice of Non-Voting Status rather than a Ballot; provided, that, Holders of Voting Disputed Claims (as defined in the Solicitation and Voting Procedures) shall receive a Ballot as set forth in such procedures. If you have not received a Ballot (or you have received a Ballot listing an amount you believe to be incorrect) or if the Solicitation and Voting Procedures otherwise state that you are not entitled to vote on the Plan, but you believe that you should be entitled to vote on the Plan (or vote an amount different than the amount listed on your Ballot), then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018(a) Motion") for an order temporarily allowing your Claim for purposes of voting to accept or reject the Plan on or before December 15, 2023. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Bankruptcy Court for voting purposes after notice and a hearing. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.

11. If confirmed, the Plan shall bind all Holders of Claims and Holders of Equity Interests to the maximum extent permitted by applicable law, whether or not such holder will receive or retain any property or interest in property under the Plan, has filed a Proof of Claim in these Chapter 11 cases, or failed to vote to accept or reject the Plan or voted to reject the Plan.

Dated: December 6, 2023, New York, New York, /s/ Jane VanLare, Sean A. O'Neal, Luke A. Barefoot, Jane VanLare, CLEARY GOTTLIEB STEEN & HAMILTON LLP, One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999, *Counsel to the Debtors and Debtors-in-Possession*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Advertise in USA TODAY's Marketplace!
Call: 1-800-397-0070