CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF PUBLICATION

I, Jane VanLare, an attorney admitted to practice before this court and an employee of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that the *Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines*, which is substantially similar to the form of notice attached as Exhibit 14 to the *Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [ECF No. 1027], was published in *The New York Times* on Thursday, December 14, 2023, as more fully set forth in the Proof of Publication of Larnyce Tabron (attached hereto as Exhibit A).

Dated:   December 20, 2023        */s/ Jane VanLare*
         New York, New York        Jane VanLare

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

## **EXHIBIT A**

**Proof of Publication**



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

December 14, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

12/14/2023, NY & NATL, pg B3

*Larnyce Tabron*



Digitally signed by John McGill
Date: 2023.12.14 16:54:55 -05'00'

K | 23-10063-shl Doc 1066 Filed 12/20/23 Entered 12/20/23 11:48:18 Main Document Pg 4 of 4
Nxxx,2023-12-14,B,003,Bs-BW,E1

THE NEW YORK TIMES **BUSINESS** THURSDAY, DECEMBER 14, 2023    N    B3

ECONOMY | INTERNATIONAL

# Fed Holds Rates Steady and Eyes Cuts in '24

FROM FIRST BUSINESS PAGE

ingly bet that the Fed could cut rates as soon as March.

Mr. Powell avoided declaring victory over inflation and steered clear of commenting on when rates cuts might start or what criteria would warrant them. Still, he struck a sunny tone during his news conference, celebrating recent progress on inflation and expressing cautious hope that it might continue slowing without causing serious economic pain.

"Inflation has eased from its highs, and this has come without a significant increase in unemployment — that's very good news," Mr. Powell said, even as he emphasized that "the path forward is uncertain."

Inflation has surprised officials before by speeding back up after slowing down, and policymakers made clear on Wednesday that they could still raise rates if prices unexpectedly jumped.

"Participants didn't write down additional hikes," Mr. Powell said. "Participants also didn't want to take the possibility of further hikes off the table."

But even with that caveat, the overall message was that "they're feeling much better about the policy setting, and plotting a course for reducing rates next year," said Matthew Luzzetti, chief U.S. economist at Deutsche Bank. He said he thought the Fed could move toward laying out what would warrant rate cuts as soon as January.

The call for lower rates was widespread, based on the announcement on Wednesday: Not a single Fed official expected interest rates to be higher at the end of next year.

That shift in outlook has come as the economy makes long-awaited and meaningful progress toward slower price increases.

Americans have been contending with rapid inflation ever since prices began to rise quickly in early 2021. Costs initially jumped as global supply chains snarled and shortages surfaced for products like cars and furniture. Inflation was then exacerbated by a pop in fuel and food costs after Russia's 2022 invasion of Ukraine.

Those big shocks collided with strong demand: Households had saved a lot of money during the pandemic, partly as they received relief payments from the government. As they spent enthusiastically, companies had the wherewithal to raise prices without scaring away customers. Firms themselves started to pay more as they tried to lure workers in a strong labor market with far more job openings than applicants.

That is where Fed policy came in. The central bank rapidly lifted borrowing costs starting last year — even making a series of jumbo three-quarter point increases — to make it more expensive to borrow to buy a house, finance a car purchase or rack up credit card debt. The goal was to cool demand and weaken the booming labor market.

In recent months, a combination of supply chain healing and slightly weaker demand have combined to start bringing inflation down meaningfully. Data this week showed overall consumer price increases slowing to 3.1 percent in November, down sharply from 9.1 percent at the peak in the summer of 2022.

Fed officials have also been heartened to see that the job market is cooling. Job openings are down notably and employers are hiring at a robust but no longer white-hot pace. As supply and demand for workers comes into balance, wage gains have been slowing.

Officials think that more modest pay gains could pave the way for slower price increases in services — nonphysical purchases like haircuts and rent — which have taken over from goods as the major driver of inflation.

The Fed's economic projections released Wednesday showed that policymakers expect inflation to return to 2 percent by 2026. They also showed that officials still expect unemployment to climb slightly, reaching 4.1 percent next year, as growth slows.

That would be a big win for the Fed, especially considering that many forecasters were predicting an impending recession as recently as late this spring and early this summer.

Mr. Powell reiterated that he has "always" seen a path toward slowing inflation without causing a lot of economic pain, and noted that the economy does seem to be making progress toward what economists call a "soft landing" as the job market remains strong and inflation cools.

"Inflation keeps coming down, the labor market keeps getting back into balance," Mr. Powell said Wednesday. "It's so far, so good, although we kind of assume that it will get harder from here, but so far, it hasn't."



**Federal funds target rate**

RECESSIONS

No change

1970 '80 '90 2000 '10 '20

Note: The rate since December 2008 is the upper limit of the federal funds target range.

Source: Federal Reserve — KARL RUSSELL/THE NEW YORK TIMES



**Fed officials project rate cuts in 2024 and beyond**



5.5%

**Actual target rate**
Upper limit of the federal funds target range.

**Projected rates**
Squares represent where officials project the target rate to be by the end of the previous year. Darker, overlapping squares indicate multiple officials predicting the same rate range.

Jan. 2022    2023    2024    2025    2026    2027

Source: Federal Reserve — LAZARO GAMIO AND CHRISTINE ZHANG/THE NEW YORK TIMES

Joe Rennison contributed reporting.

# Revised German Budget Shrinks Climate Spending

**By CHRISTOPHER F. SCHUETZE**

Nearly a month after a court ruling left a hole in Germany's 2024 budget, the government in Berlin introduced a new spending plan that included cuts in programs to address climate change, but confirmed its commitment to 8 billion euros ($8.6 billion) in direct military aid to Ukraine.

The new budget will comply with the constitutional rules against taking on new debt, the government said.

"We are forging ahead with the climate-neutral transformation of our country. We are strengthening social cohesion. And we are standing closely by Ukraine's side in its defense against Russia," the chancellor, Olaf Scholz, said Wednesday morning.

"However, it is clear that we will have to make do with significantly less money to achieve these goals," he added.

Cuts were made from a fund to help businesses move toward more environmental-friendly practices, and subsidies were reduced for electric vehicles and solar energy. Subsidies promised for a new semiconductor factory will be kept.

Announced before lawmakers go on holiday break on Friday, the spending plan came after prolonged and arduous negotiations that had threatened to rupture the government's three-party coalition. Lawmakers must still vote on the plan, but it's expected to pass because the coalition has a majority in parliament.

Germany's budget crisis started four weeks ago, when the nation's top court ruled that the government had violated the constitution by transferring a special €60 billion fund created to deal with the Covid pandemic emergency into a "climate and transformation fund." German law sharply restricts government borrowing above certain limits unless the money is for emergencies. While the pandemic qualified as an emergency, the court said ministers could not use the money for other purposes.

The money had been planned for 2023 and 2024. To keep this year's budget within the law, the government said the rising cost of energy caused by Russia's war in Ukraine constituted an emergency. But that designation would not apply to next year's budget, leaving a €17 billion shortfall.

That put the spotlight on the differences among the coalition partners: the Greens seeking money to spend on climate transformation; the Social Democrats wanting to secure extra funding for social security payments; and the liberal FDP party, which wanted to avoid tax increases and preserve subsidies for commuters using cars. Christian Linder, the head of the FDP and the finance minister, appeared willing to start 2024 without a budget.

The crisis has taken a political toll on a government that had

*A second try after the transfer of Covid funds was denied by a court.*

been facing criticism for other reasons. According to a recent national poll, only 19 percent of respondents thought Mr. Scholz was suited to the job of chancellor. And the leader of the conservative party, which has been critical of the government's handling of the budget issues, demanded that Mr. Scholz face a confidence vote when parliament returns in 2024.

While there was some criticism of the budget agreement from business groups, many agreed that it was important to finally have a budget.

"It is both good and important that the federal government has reached an agreement," Bertram Kawlath, the vice president of the VDMA, an industry association of mechanical engineers, said in a statement. "The weeks of uncertainty are now over, clearing the way for important investments," he said.

# Record Debt Burdens Are Threatening Developing Nations, World Bank Says

**By ALAN RAPPEPORT**

Surging interest rates are saddling the world's poorest countries with record levels of debt and complicating investments in public health, education and infrastructure initiatives that are key to helping their populations emerge from poverty, the World Bank warned on Wednesday.

In its latest report on international debt, the World Bank said that low- and middle-income countries had paid $443.5 billion toward principal and interest in 2022. That is the highest level in history and a 5 percent increase from 2021. The organization projected that total would rise by nearly 40 percent in 2023 and 2024. The bank estimated that more than half of the world's low-income countries were facing debt distress and called for their obligations to be restructured to avoid a "lost decade."

"Record debt levels and high interest rates have set many countries on a path to crisis," said Indermit Gill, the World Bank Group's chief economist.

The World Bank pointed to the variable interest rates on the debt that many developing countries owe and are struggling to repay as a looming threat to their solvency. The bank also noted that the stronger U.S. dollar, which has made those countries' currencies worth less on global markets, has been making repayment more costly.

Governments have defaulted on their debts 18 times in the last three years, including in places like Zambia, Sri Lanka and Lebanon. That surpasses the total number of defaults that were recorded in the previous two decades, underscoring how unsustainable debt burdens have become.

The predicament has also made it more difficult for developing countries to attract new investment and financing. According to the World Bank, new loan commitments to developing countries declined by 23 percent last year to $371 billion. It was the first time since 2015 that private creditors had received more money than they invested in developing countries.

The mounting debt burdens have put additional pressure on multilateral development institutions such as the World Bank to provide low-cost loans to poor countries. International coalitions such as the Group of 20 have also been pushing to accelerate debt relief, but those efforts have been moving slowly.

China, the world's largest creditor, has faced criticism for being an obstacle to debt restructuring agreements because of its reluctance to assume losses on its loans. Earlier this year, China reached an agreement in principle with Zambia to restructure $4 billion in debt, but the deal has not been finalized amid lingering objections about concessions from some of its creditors.

Sri Lanka, which declared bankruptcy last year, is also working on a restructuring package with creditors including China, Japan and India.

With rich countries facing their own high debt burdens and global economic growth remaining sluggish, relief for developing economies could continue to be elusive.

Treasury Secretary Janet L. Yellen said at a Wall Street Journal CEO Council event on Wednesday that debt relief was one of the most important issues that the U.S. and China needed to work together to address, and that it was a regular subject of discussion with her Chinese counterparts.

"A lot of countries around the world are really suffering, especially with high interest rates from unsustainable debt burdens," Ms. Yellen said. "They need to restructure their debt and we need to cooperate to do it."



BRYAN DENTON FOR THE NEW YORK TIMES

The central bank in Lebanon. The World Bank warned that rising interest rates were making the debt of poorer countries unsustainable.

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

In re: Genesis Global Holdco, LLC, et al.,¹ Debtors.

Chapter 11
Case No.: 23-10063 (SHL)
Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

PLEASE TAKE NOTICE OF THE FOLLOWING:

[Extended legal notice text regarding bankruptcy proceedings, voting procedures, and confirmation hearing deadlines for Genesis Global Holdco, LLC, et al., including reference to confirmation hearing on January 29, 2024 at 4:00 P.M., prevailing Eastern Time, before the Honorable Sean H. Lane, United States Bankruptcy Court for the Southern District of New York.]

**UCC PUBLIC SALE NOTICE**

PLEASE TAKE NOTICE THAT, pursuant to the Uniform Commercial Code, Raith Capital Partners, LLC, a Delaware limited liability company, as administrative agent for the Mezzanine Lenders (as hereinafter defined) (the "Secured Party") will offer for sale at public auction to be held at 11:00 A.M. (prevailing Eastern time) on January 30, 2024, and conducted both via Zoom (or a similar online platform) and in-person at the offices of Hunton Andrews Kurth LLP located at 200 Park Avenue, New York, New York 10166, all right, title and interest of SNL XXIII HOLDCO, LLC, a Delaware limited liability company...

[Extended UCC sale notice regarding collateral, bidding certificates, and sale procedures, contact: brett.rosenberg@jll.com, (212) 812-5926]

Website: www.52-35-74thStreetUCCSale.com

**UCC PUBLIC SALE NOTICE**

PLEASE TAKE NOTICE THAT, pursuant to the Uniform Commercial Code, Raith Capital Partners, LLC, a Delaware limited liability company, as administrative agent for the Mezzanine Lenders (as hereinafter defined) (the "Secured Party") will offer for sale at public auction to be held at 1:00 P.M. (prevailing Eastern time) on January 30, 2024, and conducted both via Zoom (or a similar online platform) and in-person at the offices of Hunton Andrews Kurth LLP located at 200 Park Avenue, New York, New York 10166, all right, title and interest of SNL XXIV HOLDCO, LLC, a Delaware limited liability company...

[Extended UCC sale notice regarding property at 581 Austin Place, Bronx, New York, bidding certificates and sale procedures, contact: brett.rosenberg@jll.com, (212) 812-5926]

Website: www.581AustinPlaceUCCSale.com