# EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for November 1, 2023 through November 30, 2023

| **Timekeeper** | **Position** | **Department** | **Year Admitted to the NY Bar** | **Rate** | **Billed Hours** | **Billed Amount** |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 10.0 | $12,000.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 0.6 | $525.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 0.8 | $720.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 11.7 | $7,605.00 |
| Roth, Will | Associate | Digital Assets | 2017 | $700.00 | 5.2 | $3,640.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 0.9 | $436.50 |
| Crawley, Brianna S. | Paralegal | Litigation | n/a | $225.00 | 0.1 | $22.50 |

#12636815v1\030986\0001

## EXHIBIT B

### Fee Summary by Project Category for November 1, 2023 through November 30, 2023

| Matter/Description | Hours | Amount |
|---|---|---|
| B110 Case Administration | 7.6 | $5,886.50 |
| B160 Fee/Employment Applications | 7.7 | $5,105.00 |
| B190 Litigation | 14.0 | $13,957.50 |
| **Total** | **29.3** | **$24,949.00** |

# EXHIBIT C

**Time Records for November 1, 2023 through November 30, 2023**



| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: | 12/12/23 |
| | | INVOICE #: | 2222515 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 11/02/23 | SSI | FOLLOW-UP WITH UP WITH TEAM MEMBERS ON STATUS OF OPEN LITIGATION ITEMS. | 1.30 | 845.00 |
| 11/07/23 | SSI | CONTINUED FOLLOW-UP AND ANALYSIS AND CONSIDERATION OF LITIGATION MATTERS | 1.80 | 1,170.00 |
| 11/09/23 | SSI | EMAILS AND CALLS WITH H. ROSENBLAT REGARDING OPEN MATTERS | 0.40 | 260.00 |
| 11/09/23 | HDR | REVIEW OF OPEN ISSUES IN CASE AND DISCUSS WITH S. SICONOLFI. | 0.40 | 360.00 |
| 11/14/23 | SSI | REVIEW FILINGS ON REVIEW AND ANALYSIS OF BANKRUPTCY DOCKET AND EMAILS INTERNALLY AND TO CLIENT ON SAME. | 0.90 | 585.00 |
| 11/21/23 | TMK | REVIEW, PREPARE AND FILE DOCUMENTS (.4) ; EMAIL TO EFFECTUATE SERVICE (.1); CIRCULATE OBJECTION DEADLINES TO TEAM (.1); PREPARE CERTIFICATE OF SERVICE (.3) | 0.90 | 436.50 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 5.70 | 3,656.50 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 11/09/23 | SSI | DRAFT, REVIEW, AND REVISE SECOND FEE APP | 3.60 | 2,340.00 |
| 11/14/23 | SSI | DISCUSSION WITH H. ROSENBLAT ON SECOND FEE APPLICATION (.2); AND FOLLOW-UP REGARDING SAME (.2) | 0.40 | 260.00 |
| 11/14/23 | HDR | REVIEW OF AND OFFICE CONFERENCE WITH S. SICONOLFI REGARDING SECOND FEE APPLICATION (.2); FOLLOW-UP REGARDING SAME (.2). | 0.40 | 360.00 |
| 11/16/23 | SSI | DRAFT, REVIEW, AND REVISE MONTHLY FEE STATEMENT AND EXHIBITS | 3.30 | 2,145.00 |
| TOTAL TASK CODE | B160 | FEE/EMPLOYMENT APPLICATIONS | 7.70 | 5,105.00 |
| **GRAND TOTAL FEES** | | | **13.40** | **8,761.50** |
| | TOTAL FEES SERVICES | | $ | 8,761.50 |



| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 12/12/23 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2222515 |

## TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| HDR | HEATH D. ROSENBLAT | 0.40 | 360.00 |
| SSI | SALLY SICONOLFI | 4.40 | 2,860.00 |
| TMK | TUKISHA KNOX | 0.90 | 436.50 |
| SUBTOTAL | B110   CASE ADMINISTRATION | 5.70 | 3,656.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 0.40 | 360.00 |
| SSI | SALLY SICONOLFI | 7.30 | 4,745.00 |
| SUBTOTAL | B160   FEE/EMPLOYMENT APPLICATIONS | 7.70 | 5,105.00 |
| **TOTAL FEES** | | **13.40** | **8,761.50** |

## TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 5.70 | 3,656.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 7.70 | 5,105.00 |
| **TOTAL FEES** | | **13.40** | **8,761.50** |

## TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| HDR | HEATH D. ROSENBLAT | 0.80 | 720.00 |
| SSI | SALLY SICONOLFI | 11.70 | 7,605.00 |
| TMK | TUKISHA KNOX | 0.90 | 436.50 |
| **TOTAL FEES** | | **13.40** | **8,761.50** |

TOTAL BALANCE DUE FOR THIS PERIOD                                      $    8,761.50

### WIRE INSTRUCTIONS

Bank Name:           HSBC

Bank Address:        452 Fifth Avenue
                     New York, NY 10018



| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: INVOICE #: | 12/12/23 2222515 |

*(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)*

| | |
|---|---|
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |



030983

GENESIS GLOBAL HOLDCO, LLC

DATE: 12/12/23
INVOICE #: 2222513

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2023**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| [REDACTED] | 030983-0001 | 9.50 | 9,400.00 |
| [REDACTED] | 030983-0017 | 6.40 | 6,787.50 |
| **GRAND TOTALS** | | **15.90** | **$ 16,187.50** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 10.00 | 12,000.00 |
| ISAACS, DANIEL C. | PARTNER | 875.00 | 0.60 | 525.00 |
| ROTH, WILL | ASSOCIATE | 700.00 | 5.20 | 3,640.00 |
| CRAWLEY, BRIANNA S. | PARALEGAL | 225.00 | 0.10 | 22.50 |
| | **GRAND TOTALS** | | **15.90** | **$ 16,187.50** |

Morrison Cohen LLP | 909 Third Avenue | New York, NY 10022-4784 | P 212.735.8600 | F 212.735.8708 | morrisoncohen.com

# Morrison Cohen

030983    GENESIS GLOBAL HOLDCO, LLC

DATE: 12/12/23  
INVOICE #: 2222513

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

### FEE TASK CODE: B110 / Case Administration

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 1.80 | 2,160.00 |
| ROTH, WILL | ASSOCIATE | 700.00 | 0.10 | 70.00 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **1.90** | **2,230.00** |

### FEE TASK CODE: B190 / Litigation

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 8.20 | 9,840.00 |
| ISAACS, DANIEL C. | PARTNER | 875.00 | 0.60 | 525.00 |
| ROTH, WILL | ASSOCIATE | 700.00 | 5.10 | 3,570.00 |
| CRAWLEY, BRIANNA S. | PARALEGAL | 225.00 | 0.10 | 22.50 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **14.00** | **13,957.50** |

**GRAND TOTALS**     15.90    $    16,187.50

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|---|---|---|---|
| ▮▮▮▮▮ | 030983-0017 | ELECTRONIC DATA STORAGE | 16.00 |
| | **GRAND TOTALS** | | **$ 16.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**     $    16,203.50


# Morrison Cohen

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 12/12/23 |
| | | INVOICE #: | 2222513 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 11/09/23 | JXG | ▇▇▇ (.6); EMAILS WITH A. PRETTO-SAKMANN REGARDING ▇▇▇ (.2) | 0.80 | 960.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **0.80** | **960.00** |
| **TASK CODE B190 Litigation** | | | | |
| 10/27/23 | WIR | COMMON INTEREST CALLS WITH CODEFENDANT'S COUNSEL (.2); CALL WITH REGULATOR (.6); AND FOLLOW-UP ON SAME (.2) | 1.00 | 700.00 |
| 11/01/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING CASE UPDATES | 0.30 | 210.00 |
| 11/01/23 | JXG | EMAIL WITH A. PRETTO-SAKMANN REGARDING ▇▇▇ (.2); EMAIL WITH JOINT DEFENSE COUNSEL ON SAME (.2); EMAIL WITH REGULTOR REGARDING SAME (.1) | 0.50 | 600.00 |
| 11/02/23 | JXG | EMAIL WITH A. SAENZ REGARDING ▇▇▇ (.1); REVIEW OF ▇▇▇ (.3); CALL WITH R. ZUTSHI (CLEARY) (.2) | 0.60 | 720.00 |
| 11/02/23 | WIR | COMMON INTEREST CALL WITH CODEFENDANT'S COUNSEL REGARDING ▇▇▇ | 0.60 | 420.00 |
| 11/04/23 | JXG | EMAIL WITH CLEARY REGARDING ▇▇▇ | 0.20 | 240.00 |
| 11/06/23 | WIR | COMMON INTEREST CALLS WITH CODEFENDANT'S COUNSEL REGARDING ▇▇▇ | 0.80 | 560.00 |
| 11/06/23 | JXG | CALL WITH REGULATOR (.5); EMAIL WITH R. ZUTSHI REGARDING ▇▇▇ (.2); EMAIL WITH A. PRETTO-SAKMANN REGARDING ▇▇▇ (.2) | 0.90 | 1,080.00 |
| 11/07/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING ▇▇▇ | 0.10 | 70.00 |
| 11/08/23 | JXG | CALL WITH REGULATOR (.5); UPDATE EMAIL WITH A. PRETTO-SAKMANN ▇▇▇ (.1) | 0.60 | 720.00 |
| 11/09/23 | WIR | CORRESPONDENCE UPDATES WITH TEAM REGARDING ▇▇▇ | 0.20 | 140.00 |

# Morrison Cohen

| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 12/12/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2222513 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/23 | WIR | CALL WITH REGULATOR AND COMMON INTEREST COUNSEL REGARDING ▮ | 0.50 | 350.00 |
| 11/14/23 | JXG | CALL WITH REGULATOR (.5); EMAIL WITH W. ROTH REGARDING CALL NOTES (.1); EMAIL WITH CLIENT AND CLEARY (.1); EMAIL WITH REGULATOR REGARDING STIP (.1) | 0.80 | 960.00 |
| 11/17/23 | JXG | FOLLOW-UP ON SCHEDULING STIPULATION | 0.20 | 240.00 |
| 11/17/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING ▮ | 0.10 | 70.00 |
| 11/20/23 | JXG | CALL WITH CO-DEFENDANT COUNSEL REGARDING ▮ 4); EMAIL WITH CLEARY REGARDING ▮ (.3) | 0.70 | 840.00 |
| 11/21/23 | JXG | EMAIL WITH REGULATOR AND CLIENT REGARDING SCHEDULING STIPULATION | 0.20 | 240.00 |
| 11/21/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING ▮ | 0.30 | 210.00 |
| 11/29/23 | WIR | CORRESPONDENCE WITH TEAM WITH TEAM REGARDING ▮ | 0.10 | 70.00 |
| | **TOTAL TASK CODE B190** | | **8.70** | **8,440.00** |

| Litigation TOTAL FEES SERVICES | $ | 9,400.00 |
|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **9,400.00** |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 5.50 | 1,200.00 | 6,600.00 |
| WILLIAM ROTH | 4.00 | 700.00 | 2,800.00 |
| **TOTAL FEES** | **9.50** | | **9,400.00** |

| **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **9,400.00** |
|---|---|---|


# Morrison Cohen

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 12/12/23 |
| | | INVOICE #: | 2222513 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 11/13/23 | WIR | CORRESPONDENCE WITH CO-DEFENDANTS REGARDING ■■■ | 0.10 | 70.00 |
| 11/14/23 | JXG | CALL WITH REGULATOR REGARDING ■■■ (.1); EMAIL WITH CLIENT (.1) | 0.20 | 240.00 |
| 11/15/23 | JXG | CALL WITH REGULATOR REGARDING ■■■ (.2); UPDATE EMAIL WITH A. PRETTO-SAKMANN REGARDING ■■■ (.2) | 0.40 | 480.00 |
| 11/16/23 | JXG | CALL WITH REGULATOR REGARDING ■■■ (.2); FOLLOW-UP EMAIL WITH CLIENTS (.2) | 0.40 | 480.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **1.10** | **1,270.00** |
| **TASK CODE B190 Litigation** | | | | |
| 11/02/23 | JXG | EMAIL WITH REGULATOR (.1) REGARDING CASE; EMAIL WITH CLEARY ON SAME (.1) | 0.20 | 240.00 |
| 11/03/23 | JXG | EMAIL WITH REGULATOR REGARDING CASE (.1); EMAIL WITH CLEARY REGARDING CASE (.1); EMAIL WITH CO-COUNSEL REGARDING CASE (.1) | 0.30 | 360.00 |
| 11/06/23 | WIR | PREPARE FOR AND ATTEND COMMON INTEREST CALL WITH CO-DEFENDANT COUNSEL REGARDING ■■■ | 0.30 | 210.00 |
| 11/06/23 | JXG | CALL WITH CO-DEFENDANT COUNSEL REGARDING ■■■ (.2); FOLLOW-UP REGARDING SAME (.3) | 0.50 | 600.00 |
| 11/07/23 | JXG | EMAIL WITH W. ROTH REGARDING ■■■ (.3); FOLLOW UP CALL WITH A. PRETTO-SAKMANN REGARDING ■■■ (.2); CALL WITH S. O'NEAL (CLEARY) REGARDING REGULATOR CASE STATUS (.2) | 0.80 | 960.00 |
| 11/07/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING ■■■ | 0.30 | 210.00 |
| 11/09/23 | JXG | CALL WITH REGULATOR REGARDING ■■■ (.2); EMAIL WITH CLIENT AND CLEARY REGARDING SAME (.2) | 0.40 | 480.00 |

# Morrison Cohen

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 12/12/23 |
|---|---|---|---|---|
| | | | INVOICE #: | 2222513 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/13/23 | JXG | EMAIL WITH CO-DEFENDANTS COUNSEL REGARDING [REDACTED] | 0.10 | 120.00 |
| 11/17/23 | JXG | CALL WITH REGULATOR (.2); EMAIL WITH CLIENTS AND CLEARY REGARDING SAME (.2); CALL WITH CLIENT REGARDING [REDACTED] (.5) | 0.90 | 1,080.00 |
| 11/17/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING [REDACTED] | 0.20 | 140.00 |
| 11/20/23 | WIR | CORRESPONDENCE WITH TEAM REGARDING [REDACTED] | 0.30 | 210.00 |
| 11/27/23 | BSC | REVIEWED AND DOCKETED PROPOSED SCHEDULING ORDER. | 0.10 | 22.50 |
| 11/27/23 | JXG | EMAIL WITH REGULATOR COUNSEL REGARDING FILING OF SCHEDULING ORDER | 0.10 | 120.00 |
| 11/28/23 | JXG | CALL WITH REGULATOR COUNSEL AND EMAIL WITH CLIENT & CLEARY REGARDING SAME | 0.20 | 240.00 |
| 11/29/23 | DCI | ANALYZE DISCOVERY ORDER AND SCHEDULING REQUIREMENTS | 0.60 | 525.00 |
| | | **TOTAL TASK CODE B190 Litigation** | 5.30 | 5,517.50 |
| | | **TOTAL FEES SERVICES** | $ | 6,787.50 |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| ELECTRONIC DATA STORAGE | | 16.00 |
| **TOTAL DISBURSEMENTS** | $ | 16.00 |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | $ | 6,803.50 |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 4.50 | 1,200.00 | 5,400.00 |
| DANIEL C. ISAACS | 0.60 | 875.00 | 525.00 |
| WILLIAM ROTH | 1.20 | 700.00 | 840.00 |
| BRIANNA S. CRAWLEY | 0.10 | 225.00 | 22.50 |
| | 6.40 | | 6,787.50 |

**TOTAL FEES**
**TOTAL BALANCE DUE FOR THIS PERIOD**      $      6,803.50

# Morrison Cohen

| | | | |
|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 12/12/23 |
| | | INVOICE #: | 2222513 |

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | (Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.) |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## EXHIBIT D

### Summary of Expenses for November 1, 2023 through November 30, 2023

| Expense Category | Total Expenses |
|---|---:|
| Relativity Hosting Fee | $16.00 |
| **Grand Total Expenses** | **$16.00** |

# EXHIBIT E

## Summary of Expenses for November 1, 2023 through November 30, 2023

**Relativity Hosting Fee**

11/30/2023 Relativity Hosting November 2023 – 030983-0017 - $16.00