UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**GENESIS GLOBAL HOLDCO, LLC,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |

### RESPONSE OF INDIVIDUAL CLAIMANTS TO
### DEBTORS' OMNIBUS OBJECTIONS

D. Nicole Guntner, Esq., as counsel to certain Creditors identified herein, hereby submits this statement in response (the "Response") to the *Debtors' Third, Fifth, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability)* (the "Omnibus Objections")[1], and states as follows:

D. Nicole Guntner, Esq. is counsel to certain Creditors to which the Debtors have objected in the Omnibus Objections. The below Creditors do not dispute the Debtors' objections.

| Gemini Claim Number | Omnibus Objection Number | Docket Entry |
|---|---|---|
| 291 | 3rd | 994 |
| 421 | 3rd | 994 |
| 431 | 3rd | 994 |
| 436 | 3rd | 994 |
| 481 | 3rd | 994 |
| 497 | 3rd | 994 |
| 297 | 5th | 996 |
| 424 | 5th | 996 |
| 434 | 5th | 996 |

---

[1] Docket Entry ("DE") 994, 996, 1000, 1002, 1003, 1004, 1005, 1006, and 1007.

1

| | | |
|---|---|---|
| 461 | 5th | 996 |
| 484 | 5th | 996 |
| 486 | 5th | 996 |
| 490 | 5th | 996 |
| 492 | 5th | 996 |
| 494 | 5th | 996 |
| 498 | 5th | 996 |
| 521 | 5th | 996 |
| 522 | 5th | 996 |
| 524 | 5th | 996 |
| 529 | 5th | 996 |
| 296 | 8th | 1000 |
| 439 | 8th | 1000 |
| 441 | 8th | 1000 |
| 444 | 8th | 1000 |
| 446 | 8th | 1000 |
| 505 | 8th | 1000 |
| 293 | 9th | 1002 |
| 482 | 9th | 1002 |
| 496 | 9th | 1002 |
| 499 | 9th | 1002 |
| 509 | 9th | 1002 |
| 27 | 10th | 1003 |
| 37 | 10th | 1003 |
| 289 | 10th | 1003 |
| 290 | 10th | 1003 |
| 335 | 10th | 1003 |
| 535 | 10th | 1003 |
| 430 | 11th | 1004 |
| 449 | 11th | 1004 |
| 473 | 11th | 1004 |
| 517 | 11th | 1004 |

| 336 | 12th | 1005 |
|---|---|---|
| 433 | 12th | 1005 |
| 451 | 12th | 1005 |
| 475 | 12th | 1005 |
| 518 | 12th | 1005 |
| 292 | 13th | 1006 |
| 294 | 13th | 1006 |
| 295 | 13th | 1006 |
| 520 | 13th | 1006 |
| 525 | 13th | 1006 |
| 334 | 14th | 1007 |
| 418 | 14th | 1007 |
| 443 | 14th | 1007 |
| 453 | 14th | 1007 |
| 454 | 14th | 1007 |

Dated: December 20, 2023

Respectfully submitted,

*/s/ D. Nicole Guntner*
D. Nicole Guntner
NY Bar No. 5421342
Daniel J. Thornburgh
(*pro hac vice application forthcoming*)
FL Bar No. 42661
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
*Attorneys for Various Gemini Creditor Claimants*

# CERTIFICATE OF SERVICE

I, D. Nicole Guntner, do hereby certify that I have this date transmitted this Electronic Case Filing as it appears on this date in the Court registered e-filers of CMECF, a true and correct copy of the above and foregoing Response of Individual Claimants to Debtors' Omnibus Objections dated December 20, 2023 to the below parties:

Service Provided via Notice of Electronic Filing (NEF) through ECF system:

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Attn: Sean A. O'Neal, Luke A. Barefoot, Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Counsel to the Debtors and Debtors-in-Possession*

**KOBRE & KIM**
Danielle L. Rose, Daniel J. Saval, John Conte
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1209
*Sole Counsel to the Debtors and Debtors-in-Possession as to the Conflicted Claims*

**Office of The United States Trustee**
New York Office
Attn: Greg Zipes
Alexander Hamilton Custom House
One Bowling Green, Suite 515
New York, New York 10014
*U.S. Trustee*

**SEWARD & KISSEL LLP**
Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott
One Battery Park Plaza
New York, New York 10004
*Special Litigation Counsel to the Official Committee of Unsecured Creditors*

**WHITE & CASE LLP**
Attn: Gregory F. Pesce
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
*Counsel to Official Committee of Unsecured Creditors*

Dated: December 20, 2023            Respectfully submitted,

                                             */s/ D. Nicole Guntner*
D. Nicole Guntner
NY Bar No. 5421342
Daniel J. Thornburgh
(*pro hac vice application forthcoming*)
FL Bar No. 42661
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
*Attorneys for Various Gemini Creditor Claimants*