Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF
DEBTORS' SIXTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502
AND FED. R. BANKR. P. 3007 (MODIFY DEBTOR AND ALLOW AS MODIFIED)**

**PLEASE TAKE NOTICE** that, on or about September 23, 2023, proof of claim number 1050 was filed against Holdco in these proceedings ("Claim No. 1050").

**PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, the Debtors filed the *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify Debtor and Allow as Modified)* (ECF No. 998) (the "Objection"), seeking to modify the Debtor against which Claim No. 1050 is asserted and allow Claim No. 1050 as modified. The Objection is scheduled to be heard at the omnibus hearing scheduled for January 3, 2024.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby adjourn, without prejudice, the Objection solely with respect to Claim No. 1050 to the January 18, 2024 omnibus hearing at 10:00 a.m. (prevailing Eastern time). Any response to the Objection solely with respect

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("*Holdco*") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

to Claim No. 1050 is due by January 4, 2024 at 4:00 pm (prevailing Eastern time). The deadline for the Debtors to file a reply, if any, solely with respect to Claim No. 1050 is January 16, 2024 at 4:00 pm (prevailing Eastern time).

| | |
|---|---|
| Dated:   December 21, 2023<br>         New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |