

Sana Cherukuri <city.in.lights@gmail.com>

## follow up on return of wire from GGC

**Sana Cherukuri** <scherukuri@alumni.duke.edu>  Mon, Jan 30, 2023 at 11:53 AM
To: genesisinfo@ra.kroll.com

Hi,

I am a former Genesis Trading employee that is also a creditor of GGC. However, it is a bit of a special situation as you will see in the correspondence below, as technically my funds should be treated as a wire that was improperly never returned versus a normal loan. Could you please review the below & let me know if I qualify for some sort of priority that I should designate in my creditor claim form?

Best,
Sana

---------- Forwarded message ---------
From: **Arianna Pretto-Sakmann** <Arianna@genesistrading.com>
Date: Thu, Jan 12, 2023 at 10:11 PM
Subject: RE: follow up on return of wire from GGC
To: Sana Cherukuri <scherukuri@alumni.duke.edu>
Cc: Christian Kourtis <CKourtis@genesistrading.com>


Thank you.  Your position will be addressed alongside the position of others whose funds are similarly with Genesis Capital.  We are not in a position to do anything different.

Regards

Arianna



**Arianna Pretto-Sakmann**

Chief Legal Officer

Genesis Global Trading, Inc.

250 Park Avenue South, 5th Floor
New York, NY 10003

M +1 646 416 4571

arianna@genesistrading.com

---

**From:** Sana Cherukuri <scherukuri@alumni.duke.edu>
**Sent:** Thursday, January 12, 2023 3:59 PM
**To:** Arianna Pretto-Sakmann <Arianna@Genesistrading.com>
**Cc:** Christian Kourtis <CKourtis@Genesistrading.com>
**Subject:** Re: follow up on return of wire from GGC

> [EXTERNAL]

The salient point here is not whether I am an employee anymore or not— it's the fact that I don't actually have a valid loan & the funds I wired were improperly held by GGC instead of being returned. Thus they should take precedence & be treated differently than creditor negotiations. Can you acknowledge this?

On Thu, Jan 12, 2023 at 3:48 PM Arianna Pretto-Sakmann <Arianna@genesistrading.com> wrote:

> Sana,
>
> Thank you for your email.  We are not in a position to return any funds to employees, customers and creditors at the moment, as our obligation is to treat all in the same way.
>
> Thank you for your understanding of the matter.
>
> Regards
>
> Arianna
>
> 
>
> **Arianna Pretto-Sakmann**
>
> Chief Legal Officer
>
> Genesis Global Trading, Inc.
>
> 250 Park Avenue South, 5th Floor
> New York, NY 10003
>
> M +1 646 416 4571
>
> arianna@genesistrading.com
>
> ---
>
> **From:** Sana Cherukuri <scherukuri@alumni.duke.edu>
> **Sent:** Wednesday, January 11, 2023 2:50 PM
> **To:** Legal | Genesis Trading <Legal@Genesistrading.com>
> **Subject:** follow up on return of wire from GGC
>
> > [EXTERNAL]
>
> Hi team,
>
> Starting correspondence again here from my personal email as I am no longer a Genesis employee. To summarize: I was given assurances from Derar during an in person meeting on November 16 that funds of mine totalling ~$35k that GGC is currently holding illegally without

proper signed loan contracts would be returned to me, fully and in USD/USDC, since I was an employee. I would like to formally demand the return of those funds now as my relationship with the firm is coming to an end. The email I sent as requested by Derar, to himself and Alice, after that conversation laid out the details regarding this situation:

"Hi Derar,

As discussed:

In July, I sent in ~$25k USD to seed an OT loan to GGC which was approved at the time. At the end of September I sent in another ~$10k to add & roll into a new loan, however at that time compliance ended up denying my request for the new loan under the grounds that employee loans had to be at least $50k in total going forward, and the new term sheet was never signed. I never sent in another 15k in order to meet the threshold, & my existing ~$35k was never returned— currently it is still being held by GGC without a proper term sheet attached, as the original term sheet was rendered void once the terms materially changed (ie I wired in additional funds that were added to the account before anything was signed). Since given present circumstances I won't be topping up the loan to meet the requirements, I would like to request a full return of the existing balance on my account."

To be clear, at no point was any interest paid out to me on any of these funds, even the original $25k sent in July. Please confirm that this fact along with the absence of proper paperwork means that my funds are owed back to me on priority & with a separate designation in the queue than any creditor claims that stem from actual loan agreements - this was in effect a wire of funds that should have been returned to me within 24hr of paperwork not being signed in September and does not constitute a loan for the purposes of any restructuring discussions.

Best,

Sana

This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.

Genesis and Genesis Trading are marketing names for certain businesses of Genesis Global Holdco, LLC and its global affiliates. Genesis does not produce research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business. Products and services may not be available to all counterparties or in all jurisdictions. Digital assets are not deposits or other obligations of any commercial bank, are not guaranteed, and are not insured by the Federal Deposit Insurance Corporation.

Genesis Global Trading, Inc. ("GGT"), is a Delaware corporation, non-custodial, over the counter market-maker in digital assets and brokerage. It holds a Virtual Currency License with the New York State Department of Financial Services and is registered with FINRA and the U.S. Securities and Exchange Commission as a broker-dealer. GGC International Limited ("GGCI") is incorporated in the British Virgin Islands. It carries out spot trading activity and enters into OTC derivatives. Genesis Asia Pacific Pte. Ltd. ("GAP") is a private limited company organized under the laws of Singapore and a digital payment token service provider that carries out digital asset trading and lending activities. GAP has received In-Principle Approval from the Monetary Authority of Singapore for a Major Payment Institution license under the Payment Services Act 2019. Genesis Global Capital, LLC ("GGC") is a limited liability company organized under the laws of Delaware and provider of lending and borrowing services in digital assets and fiat currency to and from institutional and high net worth clients. GGC is registered as a Money Services Business with the Financial Crimes Enforcement Network ("FinCEN"). Genesis Custody Limited ("Genesis Custody") is a UK-based provider of non-fiduciary, digital asset storage services to institutional clients and high net worth individuals in permitted jurisdictions. Genesis Custody is registered as a cryptoasset business with the Financial Conduct Authority under the Money Laundering, Terrorist Financing And Transfer of Funds (Information on the Payer)

Regulations 2017 ("MLRs"). Registration under the MLRs does not mean that customers will benefit from the protections of the Financial Ombudsman Service or the Financial Services Compensation Scheme. Genesis Custody is also registered as a Money Services Business with FinCEN.

The trading of digital currency is an inherently risky activity and does not benefit from the protections afforded by the Securities Investor Protection Corporation. A counterparty's ability to enter into derivatives with Genesis depends on satisfying a number of regulatory requirements imposed on derivatives under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and applicable law including, but not limited to, characterization as an eligible contract participant under the U.S. Commodity Exchange Act. The permissibility of borrowing from, and lending to, counterparties may depend on a counterparty's circumstances and the applicability of local lending and borrowing laws. The custody of digital currency is not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or other US governmental programs. Important risk disclosures and terms of service can be found at https://genesistrading.com/legal

This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.

Genesis and Genesis Trading are marketing names for certain businesses of Genesis Global Holdco, LLC and its global affiliates. Genesis does not produce research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business. Products and services may not be available to all counterparties or in all jurisdictions. Digital assets are not deposits or other obligations of any commercial bank, are not guaranteed, and are not insured by the Federal Deposit Insurance Corporation.

Genesis Global Trading, Inc. ("GGT"), is a Delaware corporation, non-custodial, over the counter market-maker in digital assets and brokerage. It holds a Virtual Currency License with the New York State Department of Financial Services and is registered with FINRA and the U.S. Securities and Exchange Commission as a broker-dealer. GGC International Limited ("GGCI") is incorporated in the British Virgin Islands. It carries out spot trading activity and enters into OTC derivatives. Genesis Asia Pacific Pte. Ltd. ("GAP") is a private limited company organized under the laws of Singapore and a digital payment token service provider that carries out digital asset trading and lending activities. GAP has received In-Principle Approval from the Monetary Authority of Singapore for a Major Payment Institution license under the Payment Services Act 2019. Genesis Global Capital, LLC ("GGC") is a limited liability company organized under the laws of Delaware and provider of lending and borrowing services in digital assets and fiat currency to and from institutional and high net worth clients. GGC is registered as a Money Services Business with the Financial Crimes Enforcement Network ("FinCEN"). Genesis Custody Limited ("Genesis Custody") is a UK-based provider of non-fiduciary, digital asset storage services to institutional clients and high net worth individuals in permitted jurisdictions. Genesis Custody is registered as a cryptoasset business with the Financial Conduct Authority under the Money Laundering, Terrorist Financing and Transfer of Funds (Information on the Payer) Regulations 2017 ("MLRs"). Registration under the MLRs does not mean that customers will benefit from the protections of the Financial Ombudsman Service or the Financial Services Compensation Scheme. Genesis Custody is also registered as a Money Services Business with FinCEN.

The trading of digital currency is an inherently risky activity and does not benefit from the protections afforded by the Securities Investor Protection Corporation. A counterparty's ability to enter into derivatives with Genesis depends on satisfying a number of regulatory requirements imposed on derivatives under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and applicable law including, but not limited to, characterization as an eligible contract participant under the U.S. Commodity Exchange Act. The permissibility of borrowing from, and lending to, counterparties may depend on a counterparty's circumstances and the applicability of local lending and borrowing laws. The custody of digital currency is not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or other US governmental programs. Important risk disclosures and terms of service can be found at https://genesistrading.com/legal



**Daily Report**
January 30, 2023

Sadhana Cherukuri
15 Davis Dr, Saginaw, Michigan, US, 48602

**Account Number**
5668

## ACTIVE BORROWS

| Asset | ID | Type | Orig. Date | Exp. Date | Quantity | Rate | Margin Req'd | Margin Refund | Margin Refill | Close Price[1] | USD Value[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (No active borrows) | | | | | | | | | | | |
| **Total**[4] | | | | | | | - | - | - | | - |

## ACTIVE LOANS

| Asset | ID | Type | Orig. Date | Exp. Date | Quantity | Rate | Margin Req'd | Margin Refund | Margin Refill | Close Price[1] | USD Value[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **USDC** | 159481 | OT | 2022-07-22 | - | 25000 | 8.00% | 0.00% | 0.00% | 0.00% | $1.00 | $25,000.00 |
| **USDC** | 160831 | OT | 2022-08-01 | - | 54.794521 | 8.00% | 0.00% | 0.00% | 0.00% | $1.00 | $54.79 |
| **USDC** | 163527 | OT | 2022-09-01 | - | 170.235316 | 8.00% | 0.00% | 0.00% | 0.00% | $1.00 | $170.24 |
| **USDC** | 165191 | OT | 2022-09-24 | - | 9999.511093 | 8.00% | 0.00% | 0.00% | 0.00% | $1.00 | $9,999.51 |
| **USDC** | 166164 | OT | 2022-10-01 | - | 181.204927 | 8.00% | 0.00% | 0.00% | 0.00% | $1.00 | $181.20 |
| **USDC** | 169091 | OT | 2022-11-01 | - | 240.565068 | 8.00% | 0.00% | 0.00% | 0.00% | $1.00 | $240.57 |
| **Total**[4] | | | | | | | 0.00% | 0.00% | 0.00% | | $35,646.31 |

On this report, "Borrow" denotes the client borrowing assets from Genesis, and "Loan" denotes the client lending assets to Genesis. This report is provided for informational purposes only and is not intended for tax reporting, filing or payment purposes. For more information, please review our user agreement which can be found at https://genesistrading.com/, or contact us at support@genesistrading.com. This report was generated on January 31, 2023.



**Daily Report**
January 30, 2023

## COLLATERAL POSTED

| Asset | Quantity | Close Price[1] | USD Value[2] |
|---|---|---|---|
| (No collateral posted) | | | |
| **Total** | | | - |

## COLLATERAL RECEIVED

| Asset | Quantity | Close Price[1] | USD Value[2] |
|---|---|---|---|
| (No collateral received) | | | |
| **Total** | | | - |



**Daily Report**
January 30, 2023

## INTEREST PAID & RECEIVED

|  | | Paid (on Borrows) | | Received (on Loans) | |
| --- | --- | --- | --- | --- | --- |
| Asset | | Quantity | USD Value[23] | Quantity | USD Value[23] |
| **Today** | | | | | |
| (No interest paid or received) | | | | | |
| **MTD** | | | | | |
| (No interest paid or received) | | | | | |
| **YTD** | | | | | |
| (No interest paid or received) | | | | | |



**Daily Report**
January 30, 2023

## DAILY INTEREST ACCRUED

| Asset | ID | Description | Accrual Method | Close Price[1] | Payable | Receivable | Pay. ($) | Recv. ($) | Total[5] |
|---|---|---|---|---|---|---|---|---|---|
| USDC | 159481 | LOAN 25000 @ 8.00% 2022-07-22 | KIND | $1.00 | 0 | 5.479452 | $0.00 | $0.00 | $5.48 |
| USDC | 160831 | LOAN 54.794521 @ 8.00% 2022-08-01 | KIND | $1.00 | 0 | 0.01201 | $0.00 | $0.00 | $0.01 |
| USDC | 163527 | LOAN 170.235316 @ 8.00% 2022-09-01 | KIND | $1.00 | 0 | 0.037312 | $0.00 | $0.00 | $0.04 |
| USDC | 165191 | LOAN 9999.511093 @ 8.00% 2022-09-24 | KIND | $1.00 | 0 | 2.191674 | $0.00 | $0.00 | $2.19 |
| USDC | 166164 | LOAN 181.204927 @ 8.00% 2022-10-01 | KIND | $1.00 | 0 | 0.039716 | $0.00 | $0.00 | $0.04 |
| USDC | 169091 | LOAN 240.565068 @ 8.00% 2022-11-01 | KIND | $1.00 | 0 | 0.052727 | $0.00 | $0.00 | $0.05 |
|  |  |  |  | $1.00 | 0 | 7.812891 | $0.00 | $0.00 | $7.81 |
| **Total** |  |  |  |  |  |  | **$0.00** | **$0.00** | **$7.81** |

**Daily interest for each day of funds improperly held - final amount is as designated in schedule #5234713.**

[1]Close price at 16:00:00 ET.
[2]USD Market Value is calculated by multiplying the quantity by the close price.
[3]Uses the 16:00:00 ET close prices on the date(s) of the interest payment(s).
[4]Total row displays the weighted avg. Margin Req'd, Margin Refund, and Margin Refill percentages weighted by the USD value of each borrow or loan, and the total USD value of all borrows or loans.
[5]Total column is calculated as (Receivable ∗ Close Price + Receivable ($)) - (Payable ∗ Close Price + Payable ($)).