Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF
DEBTORS' SEVENTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO
11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (MODIFY AND ALLOW AS MODIFIED)**

      **PLEASE TAKE NOTICE** that, on or about April 13, 2023, proof of claim number 55 was filed against GGC in these proceedings ("Claim No. 55").

      **PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, the Debtors filed the *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified)* (ECF No. 999) (the "Objection"), seeking to modify the Debtor against which Claim No. 55 was filed, as well as the amount asserted in the Claim, and allow Claim No. 55 as modified. The Objection is scheduled to be heard at the omnibus hearing scheduled for January 3, 2024.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby adjourn, without prejudice, the Objection solely with respect to Claim No. 55 to the January 18, 2024 omnibus

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

hearing at 10:00 a.m. (prevailing Eastern time).  The deadline for the Debtors to file a reply, if any, solely with respect to Claim No. 55 is January 16, 2024 at 4:00 pm (prevailing Eastern time).

| | |
|---|---|
| Dated: December 21, 2023<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br> *Counsel to the Debtors<br>and Debtors-in-Possession* |