Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF AMENDMENT TO
## GENESIS GLOBAL CAPITAL, LLC'S SCHEDULES OF ASSETS AND LIABILITIES

**PLEASE TAKE NOTICE** that, on March 20, 2023, Genesis Global Capital, LLC ("GGC"), one of the debtors in the above-captioned cases (together, the "Debtors," and these cases, the "Chapter 11 Cases") filed its Schedules of Assets and Liabilities (ECF No. 146) (the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, GGC filed an amendment to Schedule A/B (the "Amended Schedule") pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure.  The Amended Schedule is attached hereto as Exhibit 1.  The Amended Schedule is hereby incorporated into, and comprises an integral part of, the Schedules.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their right to further amend their respective Schedules of Assets and Liabilities from time to time as may be necessary or appropriate.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that copies of the Schedules can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis.

Dated:    December 27, 2023         */s/ Luke A. Barefoot*      
            New York, New York          Sean A. O'Neal
                                        Luke A. Barefoot
                                        Jane VanLare
                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone: (212) 225-2000
                                        Facsimile: (212) 225-3999

                                        *Counsel to the Debtors and Debtors-in-Possession*

## Exhibit 1

**Amended Schedule**

**Fill in this information to identify the case:**

Debtor name  Genesis Global Capital, LLC

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  23-10064

☒ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................................................................

   $ _____ 192,202,038.88*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................................................................

   $ _____ 192,202,038.88*

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................

   $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

   **+** $ _____ 72,211,131.74*

4. **Total liabilities** .........................................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 72,211,131.74*

*Plus Undetermined Amounts

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   Genesis Global Capital, LLC
_____

United States Bankruptcy Court for the:   Southern District of New York
_____

Case number (If known)   23-10064
_____

☐ Check if this is an
   amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐   No. Go to Part 2.
    ☑   Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**
    $                      0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

    3.1  See Attached Rider                                                                      $        175,410,115.04
    3.2  _____                                                         $  _____

4.  **Other cash equivalents** *(Identify all)*

    4.1  None                                                                                      $                      0.00
    4.2                                                                                            $  _____

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $        175,410,115.04

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐   No. Go to Part 3.
    ☑   Yes. Fill in the information below.

    Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1  None                                                                                      $                      0.00
    7.2                                                                                            $  _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 See Attached Rider _____ $        3,994,158.67

8.2 _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       $        3,994,158.67

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | _____ − _____ | = ...... → | $ _____ |
|---|---|---|---|
|  | face amount    doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ − _____ | = ...... → | $ _____ |
|  | face amount    doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $       0.00

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 See Attached Rider | | _____ | $   3,641,227.33 |
|---|---|---|---|
| 14.2 | | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:           % of ownership:

| 15.1 See Attached Rider | _____ % | _____ | $   Undetermined |
|---|---|---|---|
| 15.2 | _____ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | _____ | $   0.00 |
|---|---|---|---|
| 16.2 | | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $      3,641,227.33*

*Plus Undetermined Amounts

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____  Valuation method _____  Current value  $ _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops–either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐  No

   ☐  Yes. Is any of the debtor's property stored at the cooperative?

       ☐  No

       ☐  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐  No

   ☐  Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐  No

   ☐  Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐  No

   ☐  Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐  No. Go to Part 8.

   ☑  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture and Fixtures | $ _____ | Net Book Value | $    112,075.93 |
| 40. **Office fixtures** | | | |
| None | $ _____ | _____ | $    0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Hardware | $ _____ | Net Book Value | $    21,509.97 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | _____ | $    0.00 |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                    $    133,585.90

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑  No

   ☐  Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑  No

   ☐  Yes

Debtor   Genesis Global Capital, LLC                                    Case number (If known)  23-10064
         Name

---

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of debtor's<br>interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| None | $ | | $ _____ 0.00 |
| **61. Internet domain names and websites** | | | |
| See Attached Rider | $ Undetermined | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| None | $ | | $ _____ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | $ | | $ _____ 0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $ _____ 0.00 |
| **65. Goodwill** | | | |
| None | $ | | $ _____ 0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ Undetermined

*Plus Undetermined Amounts

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See Attached Rider      9,022,951.94*  —  _____  = → $   9,022,951.94*

Total Face Amount      Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year | $ | 0.00 |
|---|---|---|---|
| | Tax Year | $ | |
| | Tax Year | $ | |

73. **Interests in insurance policies or annuities**

None      $   0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None      $   0.00

Nature of Claim   _____

Amount Requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None      $   0.00

Nature of Claim   _____

Amount Requested   $ _____

76. **Trusts, equitable or future interests in property**

None      $   0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See Attached Rider      $   Undetermined

$   _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $   9,022,951.94*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

*Plus Undetermined Amounts

| Debtor | Genesis Global Capital, LLC | Case number (If known) | 23-10064 |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 175,410,115.04 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | 3,994,158.67 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ | 0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ | 3,641,227.33* | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ | 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 133,585.90 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | Undetermined | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ | 9,022,951.94* | |
| 91. | **Total.** Add lines 80 through 90 for each column............................91a. | $ | 192,202,038.88* | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................... | | | $ 192,202,038.88* |

*Plus Undetermined Amounts

Debtor Name:  Genesis Global Capital, LLC                                                                 Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Signature Bank* | Operating Account | 5162 | $114,843.15 |
| Signature Bank* | Savings Account | 5985 | $17,372,770.80 |
| Signature Bank* | Operating Account | 5578 | $722.87 |
| Signature Bank* | Savings Account | 7848 | $157,921,778.22 |
|  |  | **TOTAL** | **$175,410,115.04** |

*Debtors have since moved all funds from Signature Bank

Debtor Name:  Genesis Global Capital, LLC

Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Deposits - Lease | $5,437.50 |
| Direct Investment | $100,000.00 |
| EDF Brokerage Account | $3,409,880.49 |
| Gemini | $115,296.39 |
| Interactive Brokers | $49,596.02 |
| Prepaid Expenses | $313,948.27 |
| **TOTAL** | **$3,994,158.67** |

Debtor Name:  Genesis Global Capital, LLC                                    Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 4, Question 14:** Mutual funds or publicly traded stocks not included in Part 1

| Mutual funds or publicly traded stocks not included in Part 1 <br> *(Name of fund or stock:)* | Valuation method <br> used for current value | Current value of debtor's <br> interest |
|---|---|---|
| Invesco S&P 500 High Div Low Volatility ETF - SPHD | | $95,549.15 |
| Vanguard High Dividend Yield ETF - VYM | | $66,842.20 |
| iShares Select Dividend ETF - DVY | | $9,339.33 |
| WisdomTree Europe SmallCap Dividend ETF - DFE | | $36,886.50 |
| Marex - USD / Future Contracts | | $3,267,459.89 |
| iShares International Select Dividend ETF - IDV | | $41,079.46 |
| Global X SuperDividend ETF - SDIV | | $124,070.80 |
| | **TOTAL** | **$3,641,227.33** |

Debtor Name:  Genesis Global Capital, LLC

Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| GSB 2022 I LLC | 100 | | Undetermined |
| GSB 2022 II LLC | 100 | | Undetermined |
| GSB 2022 III LLC | 100 | | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Genesis Global Capital, LLC                                        Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| gen-cap.co | Undetermined | N/A | Undetermined |
| gencapital.co | Undetermined | N/A | Undetermined |
| genesiscap.co | Undetermined | N/A | Undetermined |
| genesiscap.io | Undetermined | N/A | Undetermined |
| genesis-capital.net | Undetermined | N/A | Undetermined |
| genesis-capital.us | Undetermined | N/A | Undetermined |
| genesisglobal.capital | Undetermined | N/A | Undetermined |
| genesisglobalcapital.co | Undetermined | N/A | Undetermined |
| genesisglobalcapital.net | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Genesis Global Capital, LLC                                                                    Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 11, Question 71:** Notes receivable

| Notes receivable<br>Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| Promissory Note - Clark, Sharp, and Reynolds, LLC d/b/a Coinsource | 9,022,951.94* | | $9,022,951.94* |
| | | **TOTAL** | $9,022,951.94* |

*Plus Undetermined Amounts

Debtor Name: Genesis Global Capital, LLC                                                    Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed
**Rider 1 - Intercompany / Affiliate Receivables**

| Other property of any kind not already listed | Current Value of Debtor's Property |
|---|---|
| Intercompany / Affiliate Receivable - Digital Currency Group International | $ 94,571,767.74 |
| Intercompany / Affiliate Receivable - Digital Currency Group, Inc.* | $ 1,625,980,059.03 |
| Intercompany / Affiliate Receivable - Genesis Asia Pacific Pte. Ltd. (Singapore) | $ 144,404,999.03 |
| Intercompany / Affiliate Receivable - Genesis Custody Limited | $ 33,398,912.25 |
| Intercompany / Affiliate Receivable - Genesis Global Assets, LLC | $ 6,721.00 |
| Intercompany / Affiliate Receivable - Genesis Global Holdco, LLC | $ 116,126,640.76 |
| Intercompany / Affiliate Receivable - Genesis Global Labs, LLC | $ 22,971,753.29 |
| Intercompany / Affiliate Receivable - Genesis Trust | $ 2,121,788.63 |
| Intercompany / Affiliate Receivable - Genesis UK Holdco Limited | $ 1,092,436.83 |
| Intercompany / Affiliate Receivable - GGA International Limited | $ 22,304.00 |
| Intercompany / Affiliate Receivable - GGC International Limited | $ 290,886,462.56 |

*As described more fully in the Leto Declaration, Schedule A/B Question 77 also includes certain intercompany receivables.  The receivable from Digital Currency Group, Inc. includes a $1.1 billion promissory note in favor of GGC, and approximately $500 million in loans.

Debtor Name: Genesis Global Capital, LLC                                    Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed
**Rider 2 - Investments in Digital Currencies**

| Other property of any kind not already listed<br>Examples: Season tickets, country club membership | Current Cryptocurrency Holdings |
|---|---|
| Cryptocurrency Holdings - 1INCH | 1,378,915.17063313 |
| Cryptocurrency Holdings - AAVE | 32,972.8446442426 |
| Cryptocurrency Holdings - ADA | 1,377,128.162782 |
| Cryptocurrency Holdings - ALCX | 8,556.33468516935 |
| Cryptocurrency Holdings - ALGO | 7,799,568.807466 |
| Cryptocurrency Holdings - AMP | 419,755,661.832619 |
| Cryptocurrency Holdings - ANKR | 23,227,187.315696 |
| Cryptocurrency Holdings - APE | 1,107,077.94664216 |
| Cryptocurrency Holdings - ATOM | 1.000184 |
| Cryptocurrency Holdings - ATOM_COS | 85,175.254769 |
| Cryptocurrency Holdings - AVAX | 29,731.1648189571 |
| Cryptocurrency Holdings - AXS | 78,258.2287643533 |
| Cryptocurrency Holdings - BAL | 31,212.0855020429 |
| Cryptocurrency Holdings - BAT | 9,197,370.26476738 |
| Cryptocurrency Holdings - BCH | 23,130.40826986 |
| Cryptocurrency Holdings - BNB_BSC | 1.43814357671091 |
| Cryptocurrency Holdings - BNBW_BSC | 21,131,181.00 |
| Cryptocurrency Holdings - BNT | 261,827.32471572 |
| Cryptocurrency Holdings - BSV | 3,788.35587932 |
| Cryptocurrency Holdings - BTC | 9,981.50772903 |
| Cryptocurrency Holdings - BUSD | 2,009,107.58561635 |
| Cryptocurrency Holdings - BUSD_BSC | 1.1111111 |
| Cryptocurrency Holdings - CHZ | 684,921.774520882 |
| Cryptocurrency Holdings - COMP | 129,085.445096161 |
| Cryptocurrency Holdings - CRV | 2,894,212.34317205 |
| Cryptocurrency Holdings - DAI | 11,676.18838965 |
| Cryptocurrency Holdings - DASH | 236.77415953 |
| Cryptocurrency Holdings - DOGE | 4,606,064.71259925 |
| Cryptocurrency Holdings - DOPEX | 8,670.12072883674 |
| Cryptocurrency Holdings - DOT | 1,124,612.31302231 |
| Cryptocurrency Holdings - EOS | 173,451.6846 |
| Cryptocurrency Holdings - ETC | 112,660.375128992 |
| Cryptocurrency Holdings - ETH | 118,755.56363142 |
| Grayscale Ethereum Holdings - ETHE | 3,849,260.00 |
| Cryptocurrency Holdings - ETHW | 157,367.93738878 |
| Cryptocurrency Holdings - FET | 1,965,621.49804852 |
| Cryptocurrency Holdings - FIL | 2,155,763.37291776 |
| Cryptocurrency Holdings - FLOW | 21,692.10320403 |
| Cryptocurrency Holdings - FTM | 7,524,657.63995471 |
| Cryptocurrency Holdings - FTM_FANTOM | 4,296,502.63168629 |
| Cryptocurrency Holdings - FTT | 19,500.00547945 |
| Cryptocurrency Holdings - GALA | 0.34246576 |
| Grayscale Bitcoin Holdings - GBTC | 35,939,233.00 |
| Cryptocurrency Holdings - GLMR_GLMR | 186.910004203 |
| Cryptocurrency Holdings - GRT | 26,210,084.8353754 |
| Cryptocurrency Holdings - GUSD | 517,799.84 |
| Cryptocurrency Holdings - HBAR | 0.01913066 |
| Cryptocurrency Holdings - HNT | 2,314,985.66 |
| Cryptocurrency Holdings - HT | 445.773288 |

Debtor Name: Genesis Global Capital, LLC                                    Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed
**Rider 2 - Investments in Digital Currencies**

| Other property of any kind not already listed<br>Examples: Season tickets, country club membership | Current Cryptocurrency Holdings |
|---|---|
| Cryptocurrency Holdings - INJ | 135,115.237399621 |
| Cryptocurrency Holdings - KNC | 386,665.838411369 |
| Cryptocurrency Holdings - KNC_OLD | 112.967380113549 |
| Cryptocurrency Holdings - KSM | 465.00 |
| Cryptocurrency Holdings - LEND | 68,751.289274 |
| Cryptocurrency Holdings - LINK | 43,566.7603074262 |
| Cryptocurrency Holdings - LPT | 28,100.7100827338 |
| Cryptocurrency Holdings - LRC | 2,652,349.28049518 |
| Cryptocurrency Holdings - LTC | 7,510.59447331 |
| Cryptocurrency Holdings - LUNA | 586,788.55660644 |
| Cryptocurrency Holdings - MANA | 6,632,947.91064387 |
| Cryptocurrency Holdings - MATIC | 1,216,877.43506775 |
| Cryptocurrency Holdings - MATIC_POLYGON | 52,950.3192398929 |
| Cryptocurrency Holdings - MIR | 90.35324677 |
| Cryptocurrency Holdings - MKR | 386.463707566695 |
| Cryptocurrency Holdings - NEAR | 27,038.9988062986 |
| Cryptocurrency Holdings - Neo | 25,874.00 |
| Cryptocurrency Holdings - NU | 110,149.60977877 |
| Cryptocurrency Holdings - OMG | 1,091.37571112 |
| Cryptocurrency Holdings - OXT | 3,701,372.3642077 |
| Cryptocurrency Holdings - PAX | 2,654,410.69457023 |
| Cryptocurrency Holdings - PAXG | 987.456185001496 |
| Cryptocurrency Holdings - RBN | 24,922.987061479 |
| Cryptocurrency Holdings - REN | 4,287,362.46153368 |
| Cryptocurrency Holdings - RLY | 5,555,187.51313224 |
| Cryptocurrency Holdings - SAI | 550.31780822 |
| Cryptocurrency Holdings - SAND | 5,992,826.68277488 |
| Cryptocurrency Holdings - SGB | 5,421,461.61029966 |
| Cryptocurrency Holdings - SHIB | 21,906,369,857.9113 |
| Cryptocurrency Holdings - SKL | 3,957,817.64826262 |
| Cryptocurrency Holdings - SLP1 | 3.00 |
| Cryptocurrency Holdings - SNX | 470,083.622466492 |
| Cryptocurrency Holdings - SOL | 11,257.914292234 |
| Cryptocurrency Holdings - SRM | 86,438.863827 |
| Cryptocurrency Holdings - STORJ | 919,983.78457673 |
| Cryptocurrency Holdings - SUSHI | 645,657.820013457 |
| Cryptocurrency Holdings - TERRA_USD | 192,690.085787 |
| Cryptocurrency Holdings - TOKE | 24,340.1576544224 |
| Cryptocurrency Holdings - TRX | 14,067,844.492288 |
| Cryptocurrency Holdings - UMA | 64,233.2118132304 |
| Cryptocurrency Holdings - UNI | 251,112.674242933 |
| Cryptocurrency Holdings - USDC | 2,972,252.898859 |
| Cryptocurrency Holdings - USDT_OMNI | 1.00 |
| Cryptocurrency Holdings - UST | 43,607.9661660972 |
| Cryptocurrency Holdings - WBTC | 8.06489378 |
| Cryptocurrency Holdings - WLUNA | 8,952.84687516104 |
| Cryptocurrency Holdings - XEC | 49,749,704,351.42 |
| Cryptocurrency Holdings - XLM | 41,394,906.8604816 |
| Cryptocurrency Holdings - XRP | 55,768.55857 |

Debtor Name: Genesis Global Capital, LLC                                    Case Number:  23-10064

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed
<u>**Rider 2 - Investments in Digital Currencies**</u>

| Other property of any kind not already listed<br>Examples: Season tickets, country club membership | Current Cryptocurrency Holdings |
|---|---|
| Cryptocurrency Holdings - XTZ | 852,444.525807 |
| Cryptocurrency Holdings - YFI | 135.383938174121 |
| Cryptocurrency Holdings - ZEC | 11,285.90616646 |
| Cryptocurrency Holdings - ZEN | 2,184.88340987 |
| Cryptocurrency Holdings - ZRX | 2,944,868.93434602 |

Debtor Name: Genesis Global Capital, LLC

Case Number: 23-10064

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed
**Rider 3 - Digital Currency and USD Receivable**

| Other property of any kind not already listed<br>Examples: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| NAME ON FILE | BTC 7.91860042299452<br>USD 2,223.70997558594 |
| NAME ON FILE | USD 650,218.109997559 |
| NAME ON FILE | USDC 3,082.1923828125 |
| NAME ON FILE | USDT 2,062,027.39711954 |
| NAME ON FILE | 1INCH 468,566.795999304 |
| NAME ON FILE | USD 3,036,706.68738125 |
| NAME ON FILE | BTC 0.129529468715191<br>ETH 1.83460277318954 |
| NAME ON FILE | ETH 0.943397223949432 |
| NAME ON FILE | USDC 1,075.89041199464 |
| NAME ON FILE | AAVE 3,055.80821900308<br>DOT 2,000,000.00<br>ETH 38,019.2060337066<br>HNT 25,532.8767451281<br>LINK 1,500,000.00<br>POLY 408,394.520481894<br>USDC 15,753.4248046875<br>USDT 18,769.8515625 |
| NAME ON FILE | FIL 312,082.191911251 |
| NAME ON FILE | LUNC 845.41094970703 |
| NAME ON FILE | USD 424.25 |
| NAME ON FILE | USD 457,866.537319403 |
| NAME ON FILE | BTC 179.075342446942 |
| NAME ON FILE | USD 62.2200012207031 |
| NAME ON FILE | USD 12,859.2998046875 |
| NAME ON FILE | BTC 2,043.28767115147<br>ETHW 20,307.9452054535 |
| NAME ON FILE | SOL 32.3549575805664 |
| NAME ON FILE | USD 87,671.2225<br>USDC 5,058,904.10958904 |
| NAME ON FILE | USD 191,508.705260847 |
| NAME ON FILE | USD 6,908.08984375 |
| NAME ON FILE | BTC 0.4980648458004<br>BUSD 12,465.75390625<br>ETHW 201.04865753835 |
| NAME ON FILE | BTC 11.0573152574194 |
| NAME ON FILE | USD 1,801.56994628906 |
| NAME ON FILE | BTC 250.665205545985<br>ETH 820.01095896398<br>USD 554.789978027343 |
| NAME ON FILE | BTC 0.0005166<br>ZEC 0.0001374 |
| NAME ON FILE | DOT 3,007.38500976562<br>ETC 25.9970989227295<br>SRM 180.880065917969<br>USTC 4,285.6025390625 |
| NAME ON FILE | CRV 3,489.86303710937<br>DOT 950.301391601562<br>FTM 7,052.0546875<br>MANA 923.250061035156 |
| NAME ON FILE | FIL 19,762.7428764443 |
| NAME ON FILE | FIL 183.525.0601066 |
| NAME ON FILE | SUSHI 1,610.95892333884 |
| NAME ON FILE | FTT 77.534244573535 |
| NAME ON FILE | ETH 7.37260258197784 |
| NAME ON FILE | BTC 0.0191551297903061 |
| NAME ON FILE | SOL 3.41826009750366 |
| NAME ON FILE | BTC 240.53869858512<br>ETH 92.638356214207<br>LTC 1,759.15068480972 |
| NAME ON FILE | ANKR 1,538.08215332031<br>CRV 32.602741241455 |
| NAME ON FILE | BTC 0.0287671200931072 |
| NAME ON FILE | ETC 533.111200654687 |
| NAME ON FILE | USDC 1,471,634.3831469 |
| NAME ON FILE | USD 1,907,417.79 |
| NAME ON FILE | ADA 824.977478027343<br>BNB 20.00 |
| NAME ON FILE | BTC 92.0936342042538 |
| NAME ON FILE | USD 19,365.0703125<br>USDC 1,684.93146133423 |
| NAME ON FILE | USD 26,435.2399902343 |
| NAME ON FILE | USDT 9,452.0546875 |
| NAME ON FILE | USD 2,071.23004150391 |
| NAME ON FILE | USDC 1,207,972.60204429 |
| NAME ON FILE | BTC 0.00821917969733477<br>USD 1,436.59005737304 |
| NAME ON FILE | USDC 1.00 |
| NAME ON FILE | FIL 17.0235443115234 |

Debtor Name: Genesis Global Capital, LLC

Case Number: 23-10064

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed
**Rider 3 - Digital Currency and USD Receivable**

| Other property of any kind not already listed<br>Examples: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| NAME ON FILE | BTC 0.279013704508543<br>ETH 3.98219168186187<br>ETHW 431.54383560863<br>LTC 40.8213701248169 |
| NAME ON FILE | USDC 150,000,000.00 |
| NAME ON FILE | AAVE 1.07876706123352<br>ATOM 470.382461547852<br>AXS 2,425.97262573242<br>FTT 525.379718780518<br>MATIC 3,178.08227539062<br>NEAR 4,988.15380859375<br>SNX 5,856.16455078125<br>SOL 507.557525634766<br>SRM 5,712.32849121093<br>UMA 17.0714084506035 |
| NAME ON FILE | USD 9,883.5595703125 |
| NAME ON FILE | USD 8,506.2900390625 |
| NAME ON FILE | USD 67,715.8348581001 |
| NAME ON FILE | USDC 55.3939170837402 |
| NAME ON FILE | BNB 8.2191780805877 |
| NAME ON FILE | USD 1,004.2199935913<br>USDC 986.258636474609 |
| NAME ON FILE | USDC 25,938.357055664<br>WBTC 1,805.06856024563 |
| NAME ON FILE | BTC 0.005479449871925 |
| NAME ON FILE | BTC 0.0000000045 |
| NAME ON FILE | FTT 0.246575340628624 |
| NAME ON FILE | AMP 134,630.1328125<br>APE 2,804.79461669921<br>AVAX 427.397247314453<br>BTC 0.219178080558777<br>ETH 30.2252054214477<br>FTM 253,976.383631873<br>GRT 414,443.83536561<br>LPT 104.10958862304<br>MANA 9,402.73974609375<br>MATIC 5,235.61669921875<br>MKR 3.47260272502899<br>SNX 1,709.58898925781<br>SRM 323,079.452154925<br>SUSHI 1,875.92669677734<br>UMA 1,277.26027483181<br>ZRX 7,212.32897949218 |
| NAME ON FILE | BAL 3,171.78081856195<br>CRV 1,821.91784667969<br>FTT 83.342464447021<br>SAND 11,539.7258300781<br>YFI 2.1237945306687 |
| NAME ON FILE | ADA 46,929,000.9246879<br>BTC 7,900.51415578665<br>USD 1,422,353.78 |
| NAME ON FILE | USD 694.140014648437 |
| NAME ON FILE | USDC 143,879.740607588 |
| NAME ON FILE | USDC 6,166,027.39993551 |
| NAME ON FILE | FIL 203,955.61643835 |
| NAME ON FILE | ETH 153,689.041074987<br>ETHW 153,324.986313281 |
| NAME ON FILE | USD 117,490.199707031 |
| NAME ON FILE | USD 673.369995117187 |
| NAME ON FILE | USD 109,367.532254037 |
| NAME ON FILE | USD 657.530029296875 |
| NAME ON FILE | BCH 15.3424654006958<br>SOL 164.383560180664 |