CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, et al.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### NOTICE OF PROTOCOL FOR WRITTEN COMMUNICATIONS
### TO THE BANKRUPTCY COURT BY CREDITORS

The Debtors and the Official Committee of Unsecured Creditors appointed in these Chapter

11 Cases (the "**Committee**") submit this Notice at the request of the Court to establish a protocol

for future written communications to the Court by creditors, which communications are not signed

by an attorney (the "**Written Communications**"), in light of the *Order Granting the Debtors' and*

*the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the*

*Redaction of Certain Personally Identifiable Information* (ECF No. 694) (the "**Redaction Order**")

and the related *Memorandum of Decision* (ECF No. 581), which authorized the redaction of names,

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

addresses, and contact information of (i) individual and institutional creditors from all documents or papers filed with the Court as well as (ii) potential counterparties to mergers or acquisition transactions and parties involved in confidential or sealed litigation or regulatory actions or proceedings from documents or papers filed with the Court.

In order to balance the importance of protecting personally identifiable information with the desire of creditors to send Written Communications to the Court, please be advised of the following protocol (the "**Written Communications Protocol**"):

(a) General Inquiry:  If you send a Written Communication to the Court that is in the nature of a general inquiry, you must include the form attached to this Notice as **Exhibit A** with your Written Communication (the "**Court Communication Form**"), indicating whether you authorize the filing of the Written Communication on the docket, **in which case your name and any contact information that is included in your Written Communication will be publicly available**.  A copy of such Written Communication also will be sent to the Debtors' counsel.  The Court will not address the Written Communication directly.   A completed Court Communication Form will be filed by the Court on the docket, and **your name and any contact information that is included in the Court Communication Form will be publicly available**.

(b) Specific Response to a Filing: If you send a Written Communication to the Court that is in the nature of a response to a particular pleading filed in these Chapter 11 Cases, you must include the Court Communication Form, indicating whether you authorize the filing of the Written Communication on the docket, **in which case your name and any contact information that is included in your Written Communication will be publicly available.  You must include the Court Communication Form with your Written Communication, acknowledging your understanding that you will be waiving the protections afforded to your personally identifiable information under the Redaction Order because such Written Communication, including your name and any contact information that is included in your Written Communication, will be publicly available. Failure to include the Court Communication Form or failure to consent to this acknowledgement will result in your Written Communication not being considered by the Court.   A completed Court Communication Form will be filed by the Court on the docket, and your name and any contact information that is included in the Court Communication Form will be publicly available**.

(c)       Regardless of whether your Written Communication is in the nature of a general inquiry or a specific response to a filing, if you do not submit the Court Communication Form with your Written Communication, your Written Communication will not be publicly filed and your name and contact information will not be publicly disclosed.

IT IS SO ORDERED.


Dated:  December 28, 2023                    */s/ Sean H. Lane*
       White Plains, New York          THE HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE

Dated: December 22, 2023
     New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Jane VanLare*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors*
*and Debtors-in-Possession*

-and-

WHITE & CASE LLP

/s/ *J. Christopher Shore*
J. Christopher Shore
Philip Abelson
Colin T. West
Michele J. Meises
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

-and-

Amanda Parra Criste (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Counsel for the Official Committee of*
*Unsecured Creditors*

**EXHIBIT A**

**Court Communication Form**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

## CONSENT FORM FOR WRITTEN COMMUNICATION WITH THE COURT

**IMPORTANT**

PLEASE READ THE NOTICE TO WHICH THIS FORM IS ATTACHED AND THE INSTRUCTIONS BELOW CAREFULLY BEFORE COMPLETING THIS FORM.

## INSTRUCTIONS

1. Please indicate your choice below as to whether you consent to having the Court file your Written Communication (as defined in the Notice) publicly on the Court docket, including your name and contact information or if you **do not** consent to having the Court file your Written Communication publicly on the Court docket and wish to keep your name and contact information confidential from the general public.

2. **Please note that if your Written Communication is a response to, an objection to, or a statement in support of any filings in these Chapter 11 Cases, such Written Communication shall be filed publicly on the Court docket and you must consent to having your name and any contact information that is included in the Written Communication be publicly available or your Written Communication will not be considered.**

3. **If you consent to having the Court file your Written Communication publicly on the Court docket, the Court will file this Court Communication Form (in addition to your Written Communication), publicly on the Court docket, and your name and contact information that appears on this Court Communication Form will be publicly available.**

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

<table>
<tr><td>

**FILE ON THE DOCKET**

**I hereby authorize the Court to file on the Court docket for the jointly administered cases captioned *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) the Written Communication submitted with this form and understand that <u>my name and any contact information (i) included in the Written Communication as well as (ii) the contact information set forth below in this Court Communication Form will be publicly available</u>.**

❏

</td><td>

**DO NOT FILE ON THE DOCKET**

**I do not authorize the Court to file the Written Communication submitted with this form on the Court docket.  My name and contact information will <u>not be published on the Court docket</u>.**

❏

</td></tr>
</table>

Date:        _____

Name:       _____
                              (Print or Type)

Signature:  _____

Address:    _____

                   _____

                   _____

Telephone:  (___) _____

E-mail (optional)*  _____

*Include e-mail address if you would like to be served by e-mail.

2