Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Andrew Weaver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Genesis Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 905, 906, 966, 972, 1012 & 1013** |

**NOTICE OF EFFECTIVE DATE OF
DEBTORS' EXECUTED SETTLEMENT
AGREEMENT BETWEEN THE GENESIS DEBTORS AND
THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD.**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Genesis Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on November 9, 2023, the Genesis Debtors filed the *Genesis Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure*

---

[1]   The Genesis Debtors in the above captioned cases, along with the last four digits of each Genesis Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the above captioned cases, the service address for the Genesis Debtors is 175 Greenwich St, 38th Floor, New York, NY 10007.

*9019(a) for Entry of an Order Approving Settlement Agreement with the Joint Liquidators of Three Arrows Capital, Ltd.* (the "Motion") (ECF No. 906).

**PLEASE TAKE FURTHER NOTICE** that, on November 22, 2023, the Genesis Debtors, Digital Currency Group, Inc. ("DCG"), Three Arrows Capital, Ltd. (the "3AC Debtor"), and Christopher Farmer and Russell Crumpler of Teneo (BVI) Limited, in their respective capacities as the duly authorized joint liquidators of the 3AC Debtor (the "Joint Liquidators") finalized and executed a settlement agreement (the "Executed Settlement Agreement") resolving certain claims by the 3AC Debtor and the Joint Liquidators against the Genesis Debtors. *See* ECF No. 972.

**PLEASE TAKE FURTHER NOTICE** that the Executed Settlement Agreement provides that it shall become effective on the date that this Court and the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial Division) (the "BVI Court") have each entered an order (which order shall have become a final order not subject to any appeal, stay or vacatur) approving the Executed Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on November 30, 2023, a hearing on the Motion was held before the Honorable Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10610 pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44).

**PLEASE TAKE FURTHER NOTICE** that, on November 30, 2023, the Court entered an *Order Approving Settlement Agreement Between the Genesis Debtors and the Joint Liquidators of Three Arrows Capital, Ltd.* (ECF. No. 1012) (the "US Bankruptcy Court Approval Order").

**PLEASE TAKE FURTHER NOTICE** that the US Bankruptcy Court Approval Order has become final and non-appealable.

**PLEASE TAKE FURTHER NOTICE** that, on December 1, 2023, the Joint Liquidators filed under seal an application with the BVI Court, requesting approval of the Executed Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on December 22, 2023, the BVI Court entered under seal an order approving the Executed Settlement Agreement (the "BVI Court Approval Order").

**PLEASE TAKE FURTHER NOTICE** that the BVI Court Approval Order has become final and is not subject to any appeal.

**PLEASE TAKE FURTHER NOTICE** that, with its approval by the Court and the BVI Court, the Executed Settlement Agreement is effective as of December 22, 2023, as provided in Section 4(n) of the Executed Settlement Agreement.

Dated:  January 2, 2024
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Andrew Weaver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Genesis Debtors and Debtors-in-Possession*