CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01168 (SHL) |
| Plaintiff, | |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01169 (SHL) |
| Plaintiff, | |
| v. | |
| DCG International Investments Ltd. | |
| Defendant. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| | |
|---|---|
| Gemini Trust Co., LLC,<br><br>       Plaintiff,<br><br>v.<br><br>Genesis Global Holdco, LLC, *et al*<br><br>       Defendant. | Adv. Pro. No. 23-01192 (SHL) |

**AMENDED AGENDA FOR HEARING TO BE HELD
JANUARY 3, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**    January 3, 2024, at 10:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**    Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The January 3 hearing will be conducted only through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the January 3 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the January 3 Hearing to those parties who have made an electronic appearance.

   Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:**    Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

**AMENDED AGENDA FOR JANUARY 3 HEARING**

**Matters to be Heard at January 3 Hearing:**

**I. Uncontested Matters:**

1. **Ordinary Course Professional Motion:** *Debtors' Second Motion to Amend the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business.* ECF No. 1064.

    i. **General Response Deadline:** December 27, 2023 at 4:00 p.m. (Eastern Time)

    ii. **No Responses**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

2. **Third Omnibus Claim Objection:** *Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 994.

    i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    ii. **No Responses**

    iii. **Related Pleadings:**

    a. *Notice of Withdrawal of the Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr P. 3007 (Duplicate) Solely with Respect to Claims 213 and 291.* ECF No. 1024.

    b. Statement of No Objection Filed on Behalf of Individual Claimants. ECF No. 1070.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

3. **Fourth Omnibus Claim Objection:** *Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability).* ECF No. 995.

    i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    ii. **No Responses**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

3

4. **Sixth Omnibus Claim Objection (Partial):** *Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 998.

    i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    ii. **No Responses**

    iii. **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify Debtor and Allow as Modified).* ECF No. 1081.

        b. *Notice of Filing of Stipulation and Order by and Between the Debtors and the Holder of Claim No. 1050.* ECF No. 1102.

        c. *Notice of Withdrawal of the Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim 224.* ECF No. 1105.

        d. *Notice of Debtors' Revised Proposed Order Granting Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 1110.

    iv. **Status:** A revised proposed order has been filed and the matter is going forward, except with respect to Claim No. 1050. The Debtors have entered into a stipulation and order with the holder of Claim No. 1050 with presentment to be held on January 4, 2024 at 4:00 p.m. (Eastern Time).

5. **Seventh Omnibus Claim Objection:** *Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified).* ECF No. 999.

    i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    ii. **Responses:**

        a. *Response to Seventh Omnibus Objection (Claim #55).* ECF No. 1056.

        b. *Response in Opposition to Debtors' Objections to Claim Nos. 402 and 405 in Seventh Omnibus Objection.* ECF No. 1076.

        c. *Response To Seventh Omnibus Objection.* ECF No. 1083.

    iii. **Related Pleadings:**

        a. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed.R.*

      *Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claims 458 and 49.* ECF No. 1072.

    b. *Notice of Adjournment of Debtors Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 1082.

    c. *Notice of Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 1084.

    d. *Notice of Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405.* ECF No. 1085.

    e. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely With Respect to Claim 260.* ECF No. 1106.

    f. *Notice of Debtors' Revised Proposed Order Granting Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 1111.

  iv. **Status:** A revised proposed order has been filed and the matter is going forward except with respect to Claim Nos. 55, 402, 405, and 363, the hearing on which has been adjourned to January 18, 2024 at 10:00 a.m. (Eastern Time).

6. **Eighth Omnibus Claim Objection:** *Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1000.

  i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

  ii. **No Response**

  iii. **Related Pleadings:**

    a. Statement of No Objection Filed on Behalf of Individual Claimants. ECF No. 1070.

  iv. **Status:** A proposed order has been filed and the matter is going forward.

7. **Ninth Omnibus Claim Objection:** *Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1002.

  i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

5

  **ii.** **No Response**

  **iii.** **Related Pleadings:**

    a. Statement of No Objection Filed on Behalf of Individual Claimants.  ECF No. 1070.

  **iv.** **Status:** A proposed order has been filed and the matter is going forward.

8. **Tenth Omnibus Claim Objection:** *Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1003.

  **i.** **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

  **ii.** **No Response**

  **iii.** **Related Pleadings:**

    a. Statement of No Objection Filed on Behalf of Individual Claimants.  ECF No. 1070.

  **iv.** **Status:** A proposed order has been filed and the matter is going forward.

9. **Eleventh Omnibus Claim Objection:** *Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate)*.  ECF No. 1004.

  **i.** **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

  **ii.** **No Response**

  **iii.** **Related Pleadings:**

    a. Statement of No Objection Filed on Behalf of Individual Claimants.  ECF No. 1070.

  **iv.** **Status:** A proposed order has been filed and the matter is going forward.

10. **Twelfth Omnibus Claim Objection:** *Debtors' Twelfth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1005.

  **i.** **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

  **ii.** **No Response**

  **iii.** **Related Pleadings:**

    a. Statement of No Objection Filed on Behalf of Individual Claimants.  ECF No. 1070.

      **iv.**     **Status:** A proposed order has been filed and the matter is going forward.

**11. Thirteenth Omnibus Claim Objection:** *Debtors' Thirteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1006.

      **i.**     **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

      **ii.**     **No Response**

      **iii.**     **Related Pleadings:**

            **a.**     Statement of No Objection Filed on Behalf of Individual Claimants. ECF No. 1070.

      **iv.**     **Status:** A proposed order has been filed and the matter is going forward.

**12. Fourteenth Omnibus Claim Objection:** *Debtors' Fourteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1007.

      **i.**     **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

      **ii.**     **No Response**

      **iii.**     **Related Pleadings:**

            **a.**     Statement of No Objection Filed on Behalf of Individual Claimants. ECF No. 1070.

      **iv.**     **Status:** A proposed order has been filed and the matter is going forward.

**II. <u>Contested Matters:</u>**

**1. Fifth Omnibus Claim Objection:** *Debtors' Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr P. 3007 (No Liability).* ECF No. 996.

      **i.**     **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

      **ii.**     **Responses:**

            **a.**     *Opposition and Objection Re:Fifth Motion for Omnibus Objection to Claim(s) / Debtors' Fifth Omnibus Objection to Certain Claims.* ECF No. 1071.

            **b.**     *Debtors' Reply in Support of the Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (No Liability) With Respect to Claim Number 747.* ECF No. 1112.

      **iii.**     **Related Pleadings:**

      a. Statement of No Objection Filed on Behalf of Individual Claimants. ECF No. 1070.

  **iv. Status:** A proposed order has been filed and the matter is going forward.

## III. Discovery Matters:

1. **Plan Confirmation Discovery Dispute:** *Letter to the Honorable Sean H. Lane Requesting a Conference Regarding Plan Scheduling Issues Filed by Carl W Mills IV on behalf of Gemini Trust Company, LLC* (the "Gemini Plan Discovery Dispute Letter"), ECF No. 1103.

   **i. Related Pleadings:**

       a. *Order Signed On 12/6/2023, Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices, and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto.* ECF No. 1027.

   **ii. Status:** The Honorable Judge Sean H. Lane has requested that the Gemini Plan Discovery Dispute Letter be addressed at the January 3 hearing.

## IV. Adversary Proceeding Matters not Going Forward:

1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

   **i. Related Pleadings**:

       a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

   **ii. Status**: This pre-trial conference has been adjourned to January 18, 2024 at 10:00 a.m. (Eastern Time).

2. **Pre-Trial Conference.** *Complaint against DCG International Investments Ltd*. ECF No. 1, Adv. Pro. No. 23-01169.

   **i. Related Pleadings**:

       a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

   **ii. Status**: This pre-trial conference has been adjourned to January 18, 2024 at 10:00 a.m. (Eastern Time).

| | |
|---|---|
| Dated: January 2, 2024<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |