Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF
DEBTORS' FOURTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C.
§ 502 AND FED. R. BANKR. P. 3007 (DUPLICATE, AMENDED AND NO
LIABILITY) WITH RESPECT TO NO BOOKS AND RECORDS CLAIMS**

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, the Debtors filed the *Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability)* (ECF No. 995) (the "Objection"), seeking to disallow and expunge the Claims. The Objection was heard before this Court on January 3, 2024 (the "Hearing").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("*Holdco*") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, the Court granted the Objection with respect to the claims listed on Exhibits 1, 2, 3 and 5 to the proposed order, attached to the Objection as Exhibit A (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the discussions during the Hearing, the Debtors hereby adjourn, without prejudice, the Objection solely with respect to the No Books and Records Claims (as defined in the Objection) listed on Exhibit 4 to the Proposed Order to the January 18, 2024 omnibus hearing at 10:00 a.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, the deadline for any objections or responses to the Objection or the relief requested therein was December 21, 2023, at 4:00 P.M. (Prevailing Eastern Time) (the "Response Deadline").[2]

**PLEASE TAKE FURTHER NOTICE** that, as discussed during the Hearing, the Debtors will file supplemental information regarding the No Books and Records Claims prior to the January 18, 2024 omnibus hearing.

Dated:  January 3, 2024
New York, New York

/s/ *Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and Debtors-in-Possession*

---

[2] For the avoidance of doubt, nothing herein adjourns or extends the applicable Response Deadline or any other deadline.

2