Hearing Date: January 18, 2024 at 10:00 a.m. (Prevailing Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that an omnibus hearing in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and the related adversary proceeding captioned *Gemini Trust Company, LLC v. Genesis Global Capital, LLC, et al.*, Adv. Pro. No. 23-01192 (SHL) (the "Gemini Adversary Proceeding") will be held on **January 18, 2024 at 10:00 a.m. (Prevailing Eastern Time) (the "January 18 Omnibus Hearing")** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Scheduling and Pretrial Order* (ECF No. 13, Adv. Pro. No. 23-01192 (SHL)), the Debtors' *Motion to Dismiss Counts II, III, and IV of the Complaint as to Genesis Global Capital, LLC and all Counts as to Genesis Global Holdco, LLC and Genesis Asia Pacific Pte. Ltd.* (ECF No. 9) and *Gemini Trust Company, LLC's Motion to Dismiss Counterclaims IV and VI in their Entirety and Counterclaim VII Insofar as it Pertains to the Additional Collateral* (ECF No. 15) (together, the "Motions to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, 38th Floor, New York, NY 10007.

Dismiss"), filed in the Gemini Adversary Proceeding, will be heard at the January 18 Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that the January 18 Omnibus Hearing will be hybrid and will be conducted in person and through Zoom for government. Any party appearing in connection with the Motions to Dismiss and the Gemini Adversary Proceeding must appear in person. The hearing as to all other matters scheduled to be heard in the Chapter 11 Cases at the January 18 Omnibus Hearing will be conducted in a hybrid fashion and parties appearing in connection with matters other than the Motions to Dismiss may appear via Zoom.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the January 18 Omnibus Hearing in connection with matters other than the Motions to Dismiss may do so via Zoom for Government. Parties must make an electronic appearance through the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the January 18 Omnibus Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the January 18 Omnibus Hearing to those parties who have made an electronic appearance. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205- 6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that copies of filings in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: January 8, 2024  
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Luke A. Barefoot*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Thomas S. Kessler  
Andrew Weaver  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors  
and Debtors-in-Possession*

2