CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that I, Sabrina A. Bremer, of Cleary Gottlieb Steen & Hamilton LLP hereby request withdrawal of my appearance in the above-captioned cases on behalf of Genesis Global Holdco, LLC and certain of its affiliated entities (collectively, the "Debtors").

PLEASE TAKE FURTHER NOTICE that Cleary Gottlieb Steen & Hamilton LLP continues to represent the Debtors in the above-captioned cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. LTD. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is is 175 Greenwich Street, Floor 38, New York, NY 10007.

Dated: January 10, 2023  
       New York, New York

Respectfully submitted,

*/s/ Sabrina A. Bremer*
Sabrina A. Bremer