**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com
msilverman@pryorcashman.com

*Attorneys to the Ad Hoc Group of Dollar Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

**VERIFIED STATEMENT**
**PURSUANT TO BANKRUPTCY RULE 2019**
**OF THE AD HOC GROUP OF DOLLAR LENDERS**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the Ad Hoc Group of Dollar Lenders (the "Dollar Ad Hoc Group") hereby submits this verified statement (this "Verified Statement") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and in support hereof respectfully states as follows:

1.  On January 19, 2023 (the "Petition Date"), Genesis Global Capital, LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the Chapter 11 Cases each filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

2.   On January 20, 2023, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Waiving the Requirements that Each Debtor File a List of Creditors and Authorizing Preparation of a Consolidated List of Creditors, in Lieu of Submitting a Formatted Mailing Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Related Relief* [Docket No. 14] (the "Redaction Motion"), pursuant to which the Debtors sought Court authorization to, among other things, have redacted "from any paper filed or to be filed with the Court in these Chapter 11 Cases" certain confidential and personally identifiable information of creditors. On January 27, 2023, the Court entered an interim order [Docket No. 46] (the "Interim Order") authorizing the Redaction Motion, but no final order has been entered.

3.   In or around July 2023, the Dollar Ad Hoc Group retained Pryor Cashman LLP ("Pryor Cashman") to represent it as counsel in connection with the Debtors' restructuring.

4.   In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the disclosable economic interests as of the Petition Date of all of the members of the Dollar Ad Hoc Group.[2] The information set forth herein (including **Exhibit A**) is based upon information provided to Pryor Cashman by the members of the Dollar Ad Hoc Group and is intended only to comply with Bankruptcy Rule 2019.

5.   Nothing contained in this Verified Statement (including **Exhibit A**) should be construed as a limitation upon, or waiver of any member of the Dollar Ad Hoc Group's rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in the Chapter 11 Cases establishing procedures for filing proofs of claim.

---

[2] In accordance with the Interim Order, names and addresses of creditors are not disclosed pending the Court's final order on the Redaction Motion.

6. The Dollar Ad Hoc Group reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: New York, New York
January 12, 2024

**PRYOR CASHMAN LLP**

*/s/ Seth H. Lieberman*
Seth H. Lieberman
Matthew W. Silverman
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Email: slieberman@pryorcashman.com
msilverman@pryorcashman.com

*Attorneys to the Ad Hoc Group of Dollar Lenders*

**Exhibit A**

| Members | Nature and Amount of Disclosable Economic Interests | | | | |
|---|---|---|---|---|---|
| | USD | USDC | ETH | ETHW | MANA |
| Member 1 | $20,378,186.57 | - | - | - | - |
| Member 2 | $6,411,004.61 | - | - | - | 2,513,236.64 |
| Member 3 | $79,727,020.00 | - | - | - | - |
| Member 4 | $6,107,626.94 | - | - | - | - |
| Member 5 | $56,142,008.56 | - | - | - | - |
| Member 6 | $27,529,096.38 | - | - | - | - |
| Member 7 | $78,544,313.29 | - | 38.0232 | - | - |
| Member 8 | $11,515,477.02 | - | - | - | - |
| Member 9 | $407,758.06 | - | - | - | - |
| Member 10 | - | 3,958,358.16 | - | - | - |
| Member 11 | $865,780.54 | - | - | - | - |
| Member 12 | $54,519,223.92 | - | - | - | - |
| Member 13 | $3,003,390.00 | - | - | - | - |
| Member 14 | $2,328,748.48 | - | - | - | - |
| Member 15 | $11,489,133.16 | 2,048,656.29 | 8,879.66 | 11,915.88 | - |
| Member 16 | $91,723,811.71 | - | - | - | - |
| **TOTAL HOLDINGS:** | $450,692,579.24 | 6,007,014.45 | 8,917.6832 | 11,915.88 | 2,513,236.64 |