CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01168 (SHL) |
| Plaintiff, | |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01169 (SHL) |
| Plaintiff, | |
| v. | |
| DCG International Investments Ltd. | |
| Defendant. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| | |
|---|---|
| Gemini Trust Co., LLC,<br><br>          Plaintiff,<br><br>v.<br><br>Genesis Global Holdco, LLC, *et al*<br><br>          Defendant. | Adv. Pro. No. 23-01192 (SHL) |
| Genesis Global Holdco, LLC, *et al*<br><br>          Plaintiff,<br><br>v.<br><br>Gemini Trust Co., LLC,<br><br>          Defendant. | Adv. Pro. No. 23-23-01203 (SHL) |

**AGENDA FOR HEARING TO BE HELD**
**JANUARY 18, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:** January 18, 2024, at 10:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:** Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The January 18 hearing will be hybrid and will be conducted in person and through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the January 18 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the January 18 Hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

2

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AGENDA FOR JANUARY 18 HEARING

**Matters to be Heard at January 18 Hearing:**

**I. Uncontested Matters:**

1. **Moonalpha Settlement Agreement:** *Debtor's Motion for Entry of an Order Approving a Settlement Agreement by and among Genesis Global Capital and Moonalpha Financial Service Limited.* ECF No. 1104.

    i. **General Response Deadline:** January 11, 2023 at 4:00 p.m. (Eastern Time)

    ii. **No Responses**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

2. **Fourth Omnibus Claim Objection:** *Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability).* ECF No. 995.

    i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    ii. **No Responses**

    iii. **Related Pleadings:**

    a. *Notice of Withdrawal of the Debtors' Fourth Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) Solely with Respect to Claim 1132.* ECF No. 1125.

    b. *Notice of Adjournment of Debtors' Fourth Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) with Respect to No Books and Records Claims.* ECF No. 1122.

    c. *Supplemental Declaration of Paul Kinealy in Support of Debtors' Fourth and Seventeenth Omnibus Objections (Non-Substantive) to Certain*

3

    *Claims Pursuant to 11 U.S.C. Sec. 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1152.

   iv. **Status:** A proposed order has been filed and the matter is going forward with respect to the Books and Records Claims.

3. **Fifteenth Omnibus Claim Objection:** *Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1058.

   i. **General Response Deadline:** January 9, 2024 at 4:00 p.m. (Eastern Time)

   ii. **No Responses**

   iii. **No Related Pleadings**

   iv. **Status:** A proposed order has been filed and the matter is going forward.

4. **Sixteenth Omnibus Claim Objection:** *Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1059.

   i. **General Response Deadline:** January 9, 2024 at 4:00 p.m. (Eastern Time)

   ii. **No Responses**

   iii. **No Related Pleadings**

   iv. **Status:** A proposed order has been filed and the matter is going forward.

5. **Seventeenth Omnibus Claim Objection:** *Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed R. Bankr. P. 3007 (No Liability).* ECF No. 1060.

   i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

   ii. **No Responses**

   iii. **Related Pleadings:**

     a. *Supplemental Declaration of Paul Kinealy in Support of Debtors' Fourth and Seventeenth Omnibus Objections (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. Sec. 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1152.

   iv. **Status:** A proposed order has been filed and the matter is going forward.

II. <u>**Matters Not Going Forward:**</u>

1. **Seventh Omnibus Claim Objection:** *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified).* ECF No. 999.

4

    **i.**    **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    **ii.**    **Responses:**

        a.  *Response to Seventh Omnibus Objection (Claim #55).*  ECF No. 1056.

        b.  *Response in Opposition to Debtors' Objections to Claim Nos. 402 and 405 in Seventh Omnibus Objection.*  ECF No. 1076.

        c.  *Response To Seventh Omnibus Objection.*  ECF No. 1083.

    **iii.**    **Related Pleadings:**

        a.  *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed.R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claims 458 and 49.*  ECF No. 1072.

        b.  *Notice of Adjournment of Debtors Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 1082.

        c.  *Notice of Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).*  ECF No. 1084.

        d.  *Notice of Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405.*  ECF No. 1085.

        e.  *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely With Respect to Claim 260.*  ECF No. 1106.

        f.  *Notice of Debtors' Revised Proposed Order Granting Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).*  ECF No. 1111.

        g.  *Notice of Adjournment of Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect to Claim 493.*  ECF No. 1121.

        h.  *Notice of Further Adjournment of Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect to Nos. 402 and 405.*  ECF No. 1123.

5

      i. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect to Claim 55.* ECF No. 1143.

      j. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect to Claim 636.* ECF No. 1151.

  iv. **Status:** The matter is adjourned pending a scheduling discussion with the Court solely with respect to Claim Nos. 402 and 405.

### III. <u>Adversary Proceeding Matters Going Forward:</u>

1. **Debtors' Motion To Dismiss Counts II, III, and IV of the Gemini Trust Company LLC's Complaint**: ECF No. 9, Adv. Pro. No. 23-1192.

    i. **Related Pleadings**:

        a. *Adversary Complaint.* ECF No. 1, Adv. Pro. No. 23-1192.

        b. *Gemini Trust Company, LLC's Memorandum of Law in Opposition to the Debtors' Motion to Dismiss.* ECF No. 14, Adv. Pro. No. 23-1192.

        c. *Defendants' and Counterclaim Plaintiffs' Consolidated (I) Reply Memorandum of Law in Support of Defendants' Motion to Dismiss and (II) Opposition to the Plaintiff's Motion to Dismiss Counterclaims IV and VI in their Entirety and Counterclaim VII Insofar as it Pertains to the Additional GBTC Shares.* ECF No. 22, Adv. Pro. No. 23-1192.

    ii. **Status**: This matter is going forward.

2. **Gemini Trust Company, LLC's Motion to Dismiss Counterclaims IV and VI in their Entirety and Counterclaim VII Insofar as it Pertains to the Additional Collateral:** ECF Nos. 15 and 16, Adv. Pro. No. 23-1192.

    i. **Related Pleadings:**

        a. *Answer, Affirmative Defenses, and Counterclaims of Genesis Global Capital, LLC, to the Complaint.* ECF No. 10, Adv. Pro. No. 23-1192.

        b. *Defendants' and Counterclaim Plaintiffs' Consolidated (I) Reply Memorandum of Law in Support of Defendants' Motion to Dismiss and (II) Opposition to the Plaintiff's Motion to Dismiss Counterclaims IV and VI in their Entirety and Counterclaim VII Insofar as it Pertains to the Additional GBTC Shares.* ECF No. 22, Adv. Pro. No. 23-1192.

    ii. **Status**: This matter is going forward.

### IV. <u>Adversary Proceeding Matters not Going Forward:</u>

1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

    i.  **Related Pleadings**:

        a.  *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

    ii. **Status**: The Debtors have requested an adjournment of this pre-trial conference which request is pending with chambers.

2. **Pre-Trial Conference.** *Complaint against DCG International Investments Ltd*. ECF No. 1, Adv. Pro. No. 23-01169.

    i.  **Related Pleadings**:

        a.  *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

    ii. **Status**: The Debtors have requested an adjournment of this pre-trial conference which request is pending with chambers.

3. **Pre-Trial Conference**: *Complaint against Gemini Trust Company, Inc.* ECF No. 1, Adv. Pro. No. 23-01203.

    i.  **Related Pleadings:**

        a.  *Stipulation and Agreed Order Extending Time to Respond to Complaint (related document(s)5, 2, 7, 1) Filed by Donald Burke on behalf of Gemini Trust Company, LLC.* ECF No. 11, Adv. Pro. No. 23-01203.

    ii. **Status**: This pre-trial conference has been adjourned.

Dated: January 15, 2024  
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Luke A. Barefoot*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Thomas S. Kessler  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors-in-Possession*