CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF THE
FIFTH SUPPLEMENT TO LIST OF PROFESSIONALS
UTILIZED BY DEBTORS IN THE ORDINARY COURSE OF BUSINESS**

    **PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and certain of its debtor affiliates, as debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that, on February 8, 2023, the Debtors filed the *Debtors' Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* Nunc Pro Tunc *to the Petition Date*, ECF No. 65 (the "Motion").[2]

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (as may be amended or modified from time to time, the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that, on May 5, 2023, the Debtors filed the *Second Supplement to the List of Professionals Utilized by the Debtors in the Ordinary Course of Business*, ECF No. 296, to supplement the OCP List provided with the Motion with additional Ordinary Course Professionals.

**PLEASE TAKE FURTHER NOTICE** that, on July 26, 2023, the Court entered the *Order Amending the Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 548, modifying the OCP Order to increase the OCP Monthly Cap to $150,000 and the OCP Case Cap to $500,000.

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2023, the Debtors filed the *Third Supplement to the List of Professionals Utilized by the Debtors in the Ordinary Course of Business*, ECF No. 559, to supplement the OCP List with additional Ordinary Course Professionals.

**PLEASE TAKE FURTHER NOTICE** that, on November 20, 2023, the Debtors filed the *Fourth Supplement to the List of Professionals Utilized by the Debtors in the Ordinary Course of Business*, ECF No. 961, to supplement the OCP List with additional Ordinary Course Professionals.

**PLEASE TAKE FURTHER NOTICE** that, on January 3, 2024, the Court further modified the OCP Order to increase the OCP Case Cap to $1,000,000.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the Motion and entered in the OCP Order, the Debtors hereby further supplement the OCP List with the additional Ordinary Course Professionals listed on **Exhibit 1** attached hereto (the "Supplement"), who have each provided the Debtors with an OCP Declaration and OCP Questionnaire in accordance with the OCP Order, and which have been filed on the docket at ECF Nos. 1034, 1077 and 1162.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** that, following the Debtors' retention of the additional Ordinary Course Professionals listed on **Exhibit 1**, such additional Ordinary Course Professional shall be required to comply with the requirements of the OCP Order.

Dated:  January 17, 2023
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and
Debtors-in-Possession*

# EXHIBIT 1

**Ordinary Course Professional Supplement**

**Additional Ordinary Course Professional Subject to $150,000 Monthly Cap**

| ECF No. | Ordinary Course Professional | Service Provided |
|---|---|---|
| 1034 | Petrillo Klein + Boxer LLP<br>655 Third Avenue<br>New York, NY 10017 | Individual Employee Counsel |
| 1077 | Krieger Kim & Lewin LLP<br>350 Fifth Avenue, 77th Floor<br>New York, NY 10118 | Individual Employee Counsel |
| 1162 | Ropes & Gray LLP<br>1211 Sixth Avenue<br>New York, NY 10036 | Individual Employee Counsel |