WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jeffrey D. Saferstein
Jessica Liou
Furqaan Siddiqui

*Attorneys for Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>Digital Currency Group, Inc.<br><br>                Defendant. | Adv. Proc. No. 23-01168 (SHL) |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, 38th Floor, New York, NY 10007.

| | |
|---|---|
| Genesis Global Capital, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DCG International Investments Ltd.<br><br>   Defendant. | Adv. Proc. No. 23-01169 (SHL) |

**AFFIDAVIT OF SERVICE**

Tyler J. Okada, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. In accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 44], on January 16, 2024, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the court's CM/ECF system on the parties that have consented to electronic service of all filings:

- *DCG Entities' Statement Regarding Notices and Statements Filed by the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group with Respect to the Partial Repayment Agreement Between the Debtors and DCG Entities* [Docket No. 1153; Adv. Proc. No. 23-01168, Docket No. 26; Adv. Proc. No. 23-01169, Docket No. 27]

3. On January 16, 2024, I caused true and correct copies of the foregoing documents to be served upon the parties listed on **Exhibit A** as indicated.

/s/ Tyler J. Okada
Tyler J. Okada

Sworn to before me this
17th day of January 2024

/s/ Tanya T. Stewart
Tanya T. Stewart
Notary Public, State of New York
No. 01ST6385817
Qualified in Kings County
Commission Expires Jan 14, 2027

**Exhibit A**

**(Served via Email on January 16, 2024)**

In re: Genesis Global Holdco, LLC, *et al.*
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | benjamin.mintz@arnoldporter.com marcus.asner@arnoldporter.com justin.imperato@arnoldporter.com |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem | 60 East 42nd Street, 46th Floor | | New York | NY | 10165 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com mudem@askllp.com |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak | 1700 Farnam St. Ste. 1500 | | Omaha | NE | 68102 | | 402-636-8317 | 402-344-0588 | jhollembeak@bairdholm.com |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Kenneth J. Aulet | Seven Times Square | | New York | NY | 10036 | | 212-209-4800 | | kaulet@brownrudnick.com |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Matthew A. Sawyer | One Financial Center | | Boston | MA | 02111 | | 617-856-8200 | 617-856-8201 | msawyer@brownrudnick.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 147 | White Plains | NY | 10601 | | | | |
| Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2314 | | jamassey@cgsh.com |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver, Rishi Zutshi, Sabrina A. Bremer, Thomas S. Kessler, Brad Lenox, David Z. Schwartz, Deandra Fike | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | soneal@cgsh.com jvanlare@cgsh.com hokim@cgsh.com mdweinberg@cgsh.com rminott@cgsh.com cribeiro@cgsh.com lbarefoot@cgsh.com aweaver@cgsh.com rzutshi@cgsh.com sabremer@cgsh.com tkessler@cgsh.com blenox@cgsh.com dschwartz@cgsh.com dfike@cgsh.com |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman | 175 Greenwich Street | Floor 38 | New York | NY | 10007 | | | | arianna@genesistrading.com |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman | 500 W. Madison St., Ste. 3700 | | Chicago | IL | 60661 | | 312-606-3200 | 312-606-3232 | ahammer@hmblaw.com ndelman@hmblaw.com ecfnotices@hmblaw.com |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin, Erin Diers | One Battery Park Plaza | | New York | NY | 10004 | | 212-837-6000 | 212-422-4726 | anson.frelinghuysen@hugheshubbard.com dustin.smith@hugheshubbard.com jeff.margolin@hugheshubbard.com erin.diers@hugheshubbard.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | mimi.m.wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | mimi.m.wong@irscounsel.treas.gov |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi | 800 Third Avenue, 38th Floor | | New York | NY | 10022 | | 212-687-1980 | 212-687-7714 | jcampisi@kaplanfox.com |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | joshua.sussberg@kirkland.com christopher.marcus@kirkland.com |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte | 800 Third Avenue | | New York | NY | 10022 | | 212-488-1200 | 212-488-1220 | Danielle.Rose@kobrekim.com Daniel.Saval@kobrekim.com John.Conte@kobrekim.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman, Christine Porter, & Herb Baer | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | | 212-257-5450 | 646-328-2851 | genesisteam@ra.kroll.com serviceqa@ra.kroll.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson | 1271 Avenue of the Americas | | New York | NY | 10020 | | 212-906-1200 | 212-751-4864 | adam.goldberg@lw.com chris.harris@lw.com brett.neve@lw.com nacif.taousse@lw.com marissa.alter-nelson@lw.com |
| Counsel to Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Eric R. Swibel | 330 North Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 | eric.swibel@lw.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda, Sarah F. Mitchell, Emily R. Orman | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | | 213-485-1234 | 213-891-8763 | nima.mohebbi@lw.com tiffany.ikeda@lw.com sarah.mitchell@lw.com emily.orman@lw.com |

In re: Genesis Global Holdco, LLC, *et al.*
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel | 875 Third Avenue, 9th Floor | | New York | NY | 10022 | | 212-603-6300 | 212-956-2164 | fringel@leechtishman.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com |
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Darren Azman, Joseph B. Evans, Lucas Barrett | One Vanderbilt Avenue | | New York | NY | 10017-3852 | | 212-547-5400 | 212-547-5444 | dazman@mwe.com<br>jbevans@mwe.com<br>lbarrett@mwe.com |
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Gregg Steinman | 333 SE 2nd Avenue | Suite 4500 | Miami | FL | 33131-2184 | | 305-329-4473 | 305-503-8805 | gsteinman@mwe.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street | Suite 1401 | Newark | NJ | 07102 | | 973-565-2183 | 973-622-5314 | jbernstein@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | 225 Liberty Street | 36th Floor | New York | NY | 10281 | | 973- 565-2048 | 212-483-9129 | nleonard@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | 1300 Mt. Kemble Avenue | P.O. Box 2075 | Morristown | NJ | 07962-2075 | | 201-493-3709 | 973-425-0161 | vshea@mdmc-law.com |
| Counsel to BAO Family Holdings LLC | Medina Law Firm LLC | Attn: Eric S. Medina | 641 Lexington Avenue | Thirteenth Floor | New York | NY | 10022 | | 212-404-1742 | 888-833-9534 | emedina@medinafirm.com |
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb | 909 Third Avenue | 27th Floor | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | hrosenblat@morrisoncohen.com |
| Counsel to NYSOAG | New York State Office of the Attorney General | Attn: Gabriel Tapalaga | Investor Protection Bureau | 28 Liberty St., 21st Floor | New York | NY | 10005 | | 212-416-6177 | | gabriel.tapalaga@ag.ny.gov |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-318-3000 | 212-318-3400 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | Alexander Hamilton Custom House | One Bowling Green, Suite 515 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov<br>greg.zipes@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>isaacsasson@paulhastings.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | 302-252-0920 | | cward@polsinelli.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson | 600 Third Avenue, 42nd Floor | | New York | NY | 10016 | | 212-684-0199 | | jeremy.johnson@polsinelli.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com<br>PDoyle@proskauer.com<br>GSanchezTavarez@proskauer.com<br>wdalsen@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant | 70 West Madison, Suite 3800 | | Chicago | IL | 60602 | | 312-962-3550 | | jsazant@proskauer.com |
| Counsel to Ad Hoc Group of Dollar Lenders | Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | 7 Times Square | | New York | NY | 10036-6569 | | 212-421-4100 | 212-326-0806 | slieberman@pryorcashman.com<br>msilverman@pryorcashman.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | | ashmead@sewkis.com<br>kotwick@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |

In re: Genesis Global Holdco, LLC, *et al.*
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss | One Landmark Square, 15th Floor | | Stamford | CT | 06901 | | 203-325-4491 | 203-325-3769 | isloss@sgtlaw.com |
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg | 125 Turkey Lane | | Cold Spring Harbor | NY | 11724 | | 516-228-4280 | | |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; jensenc@sullcrom.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | | | |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | jeffrey.oestericher@usdoj.gov; lawrence.fogelman@usdoj.gov; peter.aronoff@usdoj.gov; linda.riffkin@usdoj.gov |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | jeffrey.saferstein@weil.com; ronit.berkovich@weil.com; jessica.liou@weil.com; furqaan.siddiqui@weil.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce | 111 South Wacker Drive | Suite 5100 | Chicago | IL | 60606 | | 312-881-5400 | 312-881-5450 | gregory.pesce@whitecase.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | dforman@willkie.com |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Donald Burke, Mark T. Stancil | 1875 K Street, N.W. | | Washington | DC | 20006 | | 202-303-1000 | 202-303-2000 | dburke@willkie.com; mstancil@willkie.com |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan | 156 West 56th Street | | New York | NY | 10019 | | 212-237-1000 | 212-262-1215 | jsullivan@windelsmarx.com |