UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 8, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Email Service List attached hereto as **Exhibit A**; and via Overnight Mail on the Chambers of Honorable Sean H Lane, Genesis Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas St Room 147, White Plains, NY, 10601:

- Tenth Monthly Fee Statement of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from November 1, 2023 Through November 30, 2023 [Docket No. 1134]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Dated: January 16, 2024

/s/ *Melissa Diaz*
Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 16, 2024, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

23-10063-shl    Doc 1165    Filed 01/18/24    Entered 01/18/24 13:31:28    Main Document
Pg 3 of 4

**<u>Exhibit A</u>**

Exhibit A

Fee Application Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott, Christian Ribeiro, Luke A. Barefoot | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com; lbarefoot@cgsh.com |
| Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov; greg.zipes@usdoj.gov |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |