Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FURTHER ADJOURNMENT OF DEBTORS'
SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (MODIFY AND
ALLOW AS MODIFIED) SOLELY WITH RESPECT TO CLAIM NOS. 402 AND 405**

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on or about May 22, 2023, proof of claim number 402 ("Claim No. 402") and proof of claim number 405 ("Claim No. 405," and together with Claim No. 402, the "Claims") were filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, the Debtors filed the *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

*11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified)* (ECF No. 999) (the "Objection"), seeking to modify and allow the Claims as modified.  The Objection was scheduled to be heard before this Court on January 3, 2024.

        **PLEASE TAKE FURTHER NOTICE** that, on December 22, 2023, the Debtors filed the *Notice of Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405* (ECF No. 1085), adjourning the Objection solely with respect to the Claims to the January 18, 2024, omnibus hearing and extending the deadline for the Debtors to file a reply, if any, to January 16, 2024.

        **PLEASE TAKE FURTHER NOTICE** that, on January 3, 2024, the Debtors filed the *Notice of Further Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405* (ECF No. 1123), adjourning the Objection solely with respect to the Claims to a date to be determined by the Court at the January 18, 2024, omnibus hearing, and extending the deadline for the Debtors to file a reply, if any, solely with respect to the Claims, to January 19, 2024.

        **PLEASE TAKE FURTHER NOTICE** that, following discussion with the Court at the January 18, 2024, omnibus hearing, the Debtors hereby adjourn, without prejudice, the Objection solely with respect to the Claims to the February 8, 2024, omnibus hearing at 11:00 A.M. (prevailing Eastern time).

| | |
|---|---|
| Dated:    January 18, 2024<br>          New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors<br>and Debtors-in-Possession* |