**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE, AMENDED AND NO LIABILITY)**

Upon the *Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified on Exhibits 1, 2, 3, 4 and 5 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Disputed Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified on Exhibits 1, 2, 3 and 5 attached hereto.

2. Each of the Disputed Claims identified on Exhibits 1, 2, 3 and 5 is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. The Surviving Claims will be unaffected by this Order (subject to the Debtors' right to assert additional objections and defenses to the allowance of such claims), and the affected Claimants' right to assert these liabilities to the extent they are reflected in the Surviving Claims will be preserved, subject to the Debtors' reservations of their rights to object to the Surviving Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4. This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on Exhibits 1, 2, 3 and 5. Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor

to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: January 19, 2024
White Plains, New York

***/s/ Sean H. Lane***
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**Duplicate Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Fourth Omnibus Objection**
**Exhibit 1 - Duplicate**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED[1]<br>ADDRESS REDACTED | 44 | Genesis Global Holdco, LLC | 03/23/23 | USD 2,555,320.59 | NAME REDACTED[1]<br>ADDRESS REDACTED | 45 | Genesis Global Holdco, LLC | 03/22/23 | USD 2,555,320.59 |
| | *Reason: Claim number 44 is duplicative of liabilities asserted in claim number 45.* | | | | | | | | | |
| 2 | NAME REDACTED<br>ADDRESS REDACTED | 401 | Genesis Global Capital, LLC | 05/22/23 | BTC 15,407.85<br>ETH 20,000.00<br>USDT 150,000,000.00† | NAME REDACTED<br>ADDRESS REDACTED | 403 | Genesis Global Capital, LLC | 05/22/23 | BTC 15,407.85<br>ETH 20,000.00<br>USDT 150,000,000.00† |
| | *Reason: Claim number 401 is duplicative of liabilities asserted in claim number 403.* | | | | | | | | | |
| 3 | NAME REDACTED<br>ADDRESS REDACTED | 41 | Genesis Global Holdco, LLC | 03/17/23 | USD 32,036.98 | NAME REDACTED<br>ADDRESS REDACTED | 213 | Genesis Global Holdco, LLC | 05/11/23 | USD 32,036.98 |
| | *Reason: Claim number 41 is duplicative of liabilities asserted in claim number 213.* | | | | | | | | | |
| 4 | NAME REDACTED<br>ADDRESS REDACTED | 310 | Genesis Global Capital, LLC | 05/17/23 | BTC 13.69907737<br>ETH 82.98657248<br>ETHW 82.98657248<br>MANA 151,634.898889397<br>USDC 1,663.57† | NAME REDACTED<br>ADDRESS REDACTED | 311 | Genesis Global Capital, LLC | 05/17/23 | BTC 19.46910416<br>ETH 82.98657248<br>ETHW 82.98657248<br>MANA 151,634.898889397<br>USDC 1,663.57† |
| | *Reason: Claim number 310 is duplicative of liabilities asserted in claim number 311.* | | | | | | | | | |
| 5 | NAME REDACTED<br>ADDRESS REDACTED | 327 | Genesis Global Capital, LLC | 05/18/23 | USDC 10,177,808.20<br>XLM 36,521,753.42† | NAME REDACTED<br>ADDRESS REDACTED | 349 | Genesis Global Capital, LLC | 05/19/23 | USDC 10,177,808.20<br>XLM 36,521,753.42† |
| | *Reason: Claim number 327 is duplicative of liabilities asserted in claim number 349.* | | | | | | | | | |
| 6 | NAME REDACTED<br>ADDRESS REDACTED | 459 | Genesis Global Capital, LLC | 05/22/23 | BTC 475.00<br>USD 10,067,150.00† | NAME REDACTED<br>ADDRESS REDACTED | 491 | Genesis Global Capital, LLC | 05/22/23 | BTC 475.00<br>USD 10,067,150.00† |
| | *Reason: Claim number 459 is duplicative of liabilities asserted in claim number 491.* | | | | | | | | | |
| 7 | NAME REDACTED<br>ADDRESS REDACTED | 983 | Genesis Global Holdco, LLC | 08/18/2023* | USD 19.60† | NAME REDACTED<br>ADDRESS REDACTED | 985 | Genesis Global Holdco, LLC | 08/18/2023* | USD 42.57† |
| | *Reason: Claim number 983 is duplicative of liabilities asserted in claim number 985.* | | | | | | | | | |

1 - Conflicted Claims
†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# **EXHIBIT 2**

**Amended Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Fourth Omnibus Objection**
**Exhibit 2 - Amended**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 447 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 61,798.92<br>AAVE 248.6041124<br>ADA 40,230,518.81<br>ALGO 10,046,892.99<br>BCH 46,370.833324<br>BNB 342.4210573<br>BSV 2,116.6926<br>BTC 45,419.7956936563<br>COMP 26.342002<br>ETC 465,616.77<br>ETH 382,158.343852547<br>ETHW 194,476.75897355<br>FIL 101,960.15<br>FLOW 377,708.4734<br>GLMR 1,675,988.70<br>GUSD 1,163,366.30<br>KNC 335,104.48<br>LINK 33,289.6718<br>MANA 2,513,236.64<br>MATIC 110,469.41024<br>SAND 9,872,662.65<br>SNX 422,830.27<br>SOL 1,354,711.36359<br>TRX 178,161,600.98<br>UNI 4,789.5253<br>USD 333,220,250.02<br>USDC 234,026,204.19<br>USDT 48,441,087.99<br>XLM 55,198,695.7891† | NAME REDACTED<br>ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92<br>AAVE 248.6041124<br>ADA 40,230,518.81<br>ALGO 10,046,892.99<br>BCH 46,370.833324<br>BNB 342.4210573<br>BSV 2,116.6926<br>BTC 45,433.3258860553<br>COMP 26.342002<br>ETC 465,616.77<br>ETH 388,024.296067887<br>ETHW 194,484.53897355<br>FIL 101,960.15<br>FLOW 377,708.4734<br>GLMR 1,675,988.70<br>GUSD 1,163,366.30<br>KNC 335,104.48<br>LINK 33,289.6718<br>MANA 2,513,236.64<br>MATIC 110,469.41024<br>SAND 9,872,662.65<br>SNX 422,830.27<br>SOL 1,354,711.36359<br>TRX 178,161,600.98<br>UNI 4,789.5253<br>USD 334,274,839.14<br>USDC 226,394,160.49<br>USDT 48,392,411.90<br>XLM 55,198,695.7891† |
| 2 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 51 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 04/11/23 | USD 7,197,893.82 | NAME REDACTED<br>ADDRESS REDACTED | 208 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/10/23 | USD 7,366,801.41 |
| 3 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 298 | Genesis Global Capital, LLC | 05/17/23 | ETH 1,000.00<br>USD 1,016.33 | NAME REDACTED<br>ADDRESS REDACTED | 318 | Genesis Global Holdco, LLC | 05/18/23 | ETH 1,000.00† |
| 4 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 300 | Genesis Global Holdco, LLC | 05/17/23 | ETH 1,000.00<br>USD 1,016.33 | NAME REDACTED<br>ADDRESS REDACTED | 318 | Genesis Global Holdco, LLC | 05/18/23 | ETH 1,000.00† |
| 5 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 19 | Genesis Global Holdco, LLC | 02/27/23 | USD 36,130.53 | NAME REDACTED<br>ADDRESS REDACTED | 636 | Genesis Global Holdco, LLC | 06/01/23 | USD 36,313.34<br>USDC 36,313.34 |
| 6 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 437 | Genesis Global Capital, LLC | 05/22/23 | USD 78,544,551.45 | NAME REDACTED<br>ADDRESS REDACTED | 939 | Genesis Global Capital, LLC | 07/31/23 | ETHW 38.00<br>USD 78,603,426.04 |
| 7 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 65 | Genesis Global Capital, LLC | 04/12/23 | LUNC 351,937.50† | NAME REDACTED<br>ADDRESS REDACTED | 55 | Genesis Global Capital, LLC | 04/13/23 | LUNC 351,937.50† |
| 8 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 514 | Genesis Global Capital, LLC | 05/22/23 | USD 617,257.29† | NAME REDACTED<br>ADDRESS REDACTED | 810 | Genesis Global Capital, LLC | 07/07/23 | USD 669,552.00† |
| 9 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 59 | Genesis Global Capital, LLC | 04/11/23 | BTC 7.24854648<br>USD 1,197,612.78 | NAME REDACTED<br>ADDRESS REDACTED | 1060 | Genesis Global Capital, LLC | 09/27/23 | BTC 7.28732043518789<br>USD 1,214,222.77560461† |
| 10 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 399 | Genesis Global Capital, LLC | 05/22/23 | BTC 15,407.85<br>ETH 20,000.00<br>USTC 150,000,000.00† | NAME REDACTED<br>ADDRESS REDACTED | 403 | Genesis Global Capital, LLC | 05/22/23 | BTC 15,407.85<br>ETH 20,000.00<br>USDT 150,000,000.00† |
| 11 | NAME REDACTED<br>ADDRESS REDACTED<br>*Reason: Amended and superseded by a later filed Proof of Claim.* | 4 | Genesis Global Capital, LLC | 02/02/23 | USD 1,157,872.44† | NAME REDACTED<br>ADDRESS REDACTED | 135 | Genesis Global Capital, LLC | 04/24/23 | BTC 50.00<br>USD 1,157,872.44 |

†Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

## Multi-Debtor Claims

**Genesis Global Holdco, LLC Case No. 23-10063**
**Fourth Omnibus Objection**
**Exhibit 3 - Multi-Debtor**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 97 | Genesis Global Holdco, LLC | 04/19/23 | BTC 1,000.19† | NAME REDACTED ADDRESS REDACTED | 1134 | Genesis Global Capital, LLC | 10/27/2023* | BTC 1,000.19† |
| | *Reason: Claim number 97 is duplicative of liabilities asserted in claim number 1134 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 350 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/19/23 | BTC 40.15342466<br>USD 3,999,980.00† | NAME REDACTED ADDRESS REDACTED | 341 | Genesis Global Capital, LLC | 05/19/23 | BTC 40.15342466<br>USD 3,999,980.00† |
| | *Reason: Claim number 350 is duplicative of liabilities asserted in claim number 341 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 352 | Genesis Global Holdco, LLC | 05/19/23 | BTC 40.15342466<br>USD 3,999,980.00† | NAME REDACTED ADDRESS REDACTED | 341 | Genesis Global Capital, LLC | 05/19/23 | BTC 40.15342466<br>USD 3,999,980.00† |
| | *Reason: Claim number 352 is duplicative of liabilities asserted in claim number 341 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 450 | Genesis Global Holdco, LLC | 05/22/23 | HNT 100,000.50<br>USD 297,191.49† | NAME REDACTED ADDRESS REDACTED | 435 | Genesis Global Capital, LLC | 05/22/23 | HNT 100,000.05<br>USD 297,191.49 |
| | *Reason: Claim number 450 is duplicative of liabilities asserted in claim number 435 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 534 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/22/23 | HNT 100,000.50<br>USD 297,191.49 | NAME REDACTED ADDRESS REDACTED | 435 | Genesis Global Capital, LLC | 05/22/23 | HNT 100,000.05<br>USD 297,191.49 |
| | *Reason: Claim number 534 is duplicative of liabilities asserted in claim number 435 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 12 | Genesis Global Holdco, LLC | 02/13/23 | USD 164,165.88 | NAME REDACTED ADDRESS REDACTED | 16 | Genesis Global Capital, LLC | 02/13/23 | USD 164,165.88 |
| | *Reason: Claim number 12 is duplicative of liabilities asserted in claim number 16 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 7 | NAME REDACTED ADDRESS REDACTED | 274 | Genesis Global Holdco, LLC | 05/15/23 | USD 250,000.00 | NAME REDACTED ADDRESS REDACTED | 363 | Genesis Global Capital, LLC | 05/20/23 | USD 250,000.00 |
| | *Reason: Claim number 274 is duplicative of liabilities asserted in claim number 363 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 368 | Genesis Global Holdco, LLC | 05/20/23 | USD 250,000.00 | NAME REDACTED ADDRESS REDACTED | 363 | Genesis Global Capital, LLC | 05/20/23 | USD 250,000.00 |
| | *Reason: Claim number 368 is duplicative of liabilities asserted in claim number 363 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 207 | Genesis Global Holdco, LLC | 05/08/23 | BTC 50.6512328666367† | NAME REDACTED ADDRESS REDACTED | 205 | Genesis Global Capital, LLC | 05/08/23 | BTC 50.6512328666367† |
| | *Reason: Claim number 207 is duplicative of liabilities asserted in claim number 205 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 10 | NAME REDACTED ADDRESS REDACTED | 555 | Genesis Global Holdco, LLC | 05/26/2023* | USD 1,900.00 | NAME REDACTED ADDRESS REDACTED | 557 | Genesis Global Capital, LLC | 05/26/2023* | USD 1,900.00 |
| | *Reason: Claim number 555 is duplicative of liabilities asserted in claim number 557 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 11 | NAME REDACTED ADDRESS REDACTED | 14 | Genesis Global Holdco, LLC | 02/13/23 | BTC 2.49893037<br>USD 57,465.40 | NAME REDACTED ADDRESS REDACTED | 211 | Genesis Global Capital, LLC | 05/09/23 | BTC 2.49893037† |
| | *Reason: Claim number 14 is duplicative of liabilities asserted in claim number 211 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 272 | Genesis Global Holdco, LLC | 05/15/23 | BTC 35.0258508166526<br>SOL 1,583.00† | NAME REDACTED ADDRESS REDACTED | 265 | Genesis Global Capital, LLC | 05/15/23 | BTC 35.0258508166526<br>SOL 1,583.00† |
| | *Reason: Claim number 272 is duplicative of liabilities asserted in claim number 265 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Fourth Omnibus Objection**
**Exhibit 3 - Multi-Debtor**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 13 | NAME REDACTED<br>ADDRESS REDACTED | 98 | Genesis Global Holdco, LLC | 04/19/23 | USD 2,109,682.66 | NAME REDACTED<br>ADDRESS REDACTED | 1128 | Genesis Global Capital, LLC | 10/26/2023* | USD 2,109,682.66 |
| | *Reason: Claim number 98 is duplicative of liabilities asserted in claim number 1128 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 14 | NAME REDACTED<br>ADDRESS REDACTED | 313 | Genesis Global Holdco, LLC | 05/17/23 | USDC 236,199.988282† | NAME REDACTED<br>ADDRESS REDACTED | 314 | Genesis Global Capital, LLC | 05/17/23 | USDC 236,199.988282† |
| | *Reason: Claim number 313 is duplicative of liabilities asserted in claim number 314 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 15 | NAME REDACTED<br>ADDRESS REDACTED | 309 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/17/23 | USDC 236,199.988282† | NAME REDACTED<br>ADDRESS REDACTED | 314 | Genesis Global Capital, LLC | 05/17/23 | USDC 236,199.988282† |
| | *Reason: Claim number 309 is duplicative of liabilities asserted in claim number 314 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 16 | NAME REDACTED<br>ADDRESS REDACTED | 339 | Genesis Global Holdco, LLC | 05/19/23 | USDC 53,695.31† | NAME REDACTED<br>ADDRESS REDACTED | 340 | Genesis Global Capital, LLC | 05/19/23 | USDC 53,695.31† |
| | *Reason: Claim number 339 is duplicative of liabilities asserted in claim number 340 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 17 | NAME REDACTED<br>ADDRESS REDACTED | 602 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 06/01/2023* | ETH 6.0343699<br>LINK 177.38202564† | NAME REDACTED<br>ADDRESS REDACTED | 601 | Genesis Global Capital, LLC | 06/01/2023* | ETH 6.0343699<br>LINK 177.38202564† |
| | *Reason: Claim number 602 is duplicative of liabilities asserted in claim number 601 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |
| 18 | NAME REDACTED<br>ADDRESS REDACTED | 600 | Genesis Global Holdco, LLC | 06/01/2023* | ETH 6.0343699<br>LINK 177.38202564† | NAME REDACTED<br>ADDRESS REDACTED | 601 | Genesis Global Capital, LLC | 06/01/2023* | ETH 6.0343699<br>LINK 177.38202564† |
| | *Reason: Claim number 600 is duplicative of liabilities asserted in claim number 601 and the Debtors' books and records indicate that this claim should properly be asserted against Genesis Global Capital, LLC.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# EXHIBIT 5

**No Liability Claim**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Fourth Omnibus Objection**
**Exhibit 5 - No Liability Claim**

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| **1** | NAME REDACTED<br>ADDRESS REDACTED | 199 | Genesis Global Capital, LLC | 05/07/23 | USD 1,638.24 |

*Reason: Claim was filed on account of ownership of an equity interest and is not a claim under the Bankruptcy Code.*