UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' FIFTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO
CERTAIN CLAIMS PURSUANT TO 11 U.S.C
§ 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

Upon the *Debtors' Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the No Liability Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the No Liability Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and a hearing on the Objection having been held on January 3, 2024; and the Court having overruled any

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

Responses *for the reasons stated on the record at the hearing, including with respect to Claim No. 747*; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the No Liability Claims identified on Exhibit 1 attached hereto.

2. Each of the No Liability Claims identified on Exhibit 1 is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. This Order shall be deemed a separate Order with respect to each of the No Liability Claims identified on Exhibit 1.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

5. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: January 19, 2024
      White Plains, New York

                                                  ***/s/ Sean H. Lane***
                                                  HONORABLE SEAN H. LANE
                                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**No Liability Claims**

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 950 | Genesis Global Holdco, LLC | 08/05/2023* | BTC 0.15891858 USD 6,233.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 659 | Genesis Global Capital, LLC | 06/10/2023* | 1INCH 1.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 854 | Genesis Global Holdco, LLC | 07/18/2023* | USD 900.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 1015 | Genesis Global Holdco, LLC | 09/05/2023* | USD 101.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 994 | Genesis Global Holdco, LLC | 08/25/2023* | UMA 25.46456333† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 642 | Genesis Global Holdco, LLC | 06/06/2023* | USD 5,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 7 | NAME REDACTED ADDRESS REDACTED | 1133 | Genesis Global Capital, LLC | 10/27/2023* | FTM 1,370.00 MKR 0.02† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 461 | Genesis Global Holdco, LLC | 05/22/23 | USD 180,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 1117 | Genesis Global Holdco, LLC | 10/23/2023* | CRV 350.00 FTM 1,033.00 INJ 102.00 USD 778.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

# CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 10 | NAME REDACTED<br>ADDRESS REDACTED | 711 | Genesis Global Holdco, LLC | 06/07/2023* | BTC 0.07569098<br>DOGE 1,223.638565<br>ETH 1.058461<br>MATIC 108.070941<br>SUSHI 27.795943<br>UNI 13.773247<br>USD 2,500.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 11 | NAME REDACTED<br>ADDRESS REDACTED | 1122 | Genesis Global Holdco, LLC | 10/24/2023* | USD 563.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 12 | NAME REDACTED<br>ADDRESS REDACTED | 424 | Genesis Global Holdco, LLC | 05/22/23 | USD 32,500.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 13 | NAME REDACTED<br>ADDRESS REDACTED | 1055 | Genesis Global Holdco, LLC | 09/23/2023* | BTC 10.00<br>FIL 100.00<br>TRX 100.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 14 | NAME REDACTED<br>ADDRESS REDACTED | 1068 | Genesis Global Capital, LLC | 10/02/2023* | GUSD 2,115.00<br>USD 2,116.57 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 15 | NAME REDACTED<br>ADDRESS REDACTED | 1085 | Genesis Global Holdco, LLC | 10/06/2023* | USD 283.49 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 16 | NAME REDACTED<br>ADDRESS REDACTED | 833 | Genesis Global Capital, LLC | 07/11/2023* | DOGE 113.286382<br>USD 1,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 17 | NAME REDACTED<br>ADDRESS REDACTED | 434 | Genesis Global Holdco, LLC | 05/22/23 | USD 18,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 18 | NAME REDACTED<br>ADDRESS REDACTED | 1062 | Genesis Global Holdco, LLC | 09/29/2023* | USD 533.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 19 | NAME REDACTED<br>ADDRESS REDACTED | 914 | Genesis Global Capital, LLC | 07/25/2023* | BAT 7.25313715<br>BTC 0.00197331<br>DOGE 795.86388061† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 20 | NAME REDACTED<br>ADDRESS REDACTED | 1025 | Genesis Global Capital, LLC | 09/12/2023* | AMP 1,000.00<br>GRT 400.00<br>SHIB 800.00<br>USD 2,288.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 21 | NAME REDACTED<br>ADDRESS REDACTED | 734 | Genesis Global Holdco, LLC | 06/26/2023* | BAT 47.67238044<br>COMP 0.57870105<br>LTC 0.48395787† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 22 | NAME REDACTED<br>ADDRESS REDACTED | 1114 | Genesis Global Holdco, LLC | 10/22/2023* | SOL 23.29<br>USD 2,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 23 | NAME REDACTED<br>ADDRESS REDACTED | 581 | Genesis Global Holdco, LLC | 05/29/2023* | USD 9,500.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 24 | NAME REDACTED<br>ADDRESS REDACTED | 522 | Genesis Global Holdco, LLC | 05/22/23 | USD 14,399.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 25 | NAME REDACTED<br>ADDRESS REDACTED | 494 | Genesis Global Holdco, LLC | 05/22/23 | USD 26,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 26 | NAME REDACTED<br>ADDRESS REDACTED | 916 | Genesis Global Holdco, LLC | 07/26/2023* | USD 3,400.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 27 | NAME REDACTED ADDRESS REDACTED | 728 | Genesis Global Capital, LLC | 06/24/2023* | USD 196.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 28 | NAME REDACTED ADDRESS REDACTED | 909 | Genesis Global Holdco, LLC | 07/21/2023* | CRV 319.00<br>USD 200.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 29 | NAME REDACTED ADDRESS REDACTED | 804 | Genesis Global Holdco, LLC | 07/06/2023* | USD 500,000.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 30 | NAME REDACTED ADDRESS REDACTED | 1014 | Genesis Global Holdco, LLC | 09/05/2023* | AMP 613.930348<br>BTC 0.0064581<br>ETH 0.158968<br>LTC 1.4377<br>USD 556.00<br>ZEC 1.459902 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 31 | NAME REDACTED ADDRESS REDACTED | 1082 | Genesis Global Holdco, LLC | 10/04/2023* | BAT 163.186295<br>USD 49.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 1103 | Genesis Global Holdco, LLC | 10/14/2023* | USD 3,112.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 33 | NAME REDACTED ADDRESS REDACTED | 1040 | Genesis Global Holdco, LLC | 09/18/2023* | SOL 3.50<br>USD 70.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 34 | NAME REDACTED ADDRESS REDACTED | 486 | Genesis Global Holdco, LLC | 05/22/23 | USD 17,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 35 | NAME REDACTED ADDRESS REDACTED | 747 | Genesis Global Holdco, LLC | 06/29/2023* | USD 1,070.09 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

# CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 36 | NAME REDACTED ADDRESS REDACTED | 717 | Genesis Global Holdco, LLC | 06/22/2023* | USD 729.65 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 37 | NAME REDACTED ADDRESS REDACTED | 1098 | Genesis Global Holdco, LLC | 10/13/2023* | BCH 4.00<br>BTC 2.00<br>ETC 4.00<br>ETH 4.00<br>XTZ 1.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 38 | NAME REDACTED ADDRESS REDACTED | 710 | Genesis Global Capital, LLC | 06/06/2023* | USD 2,789.90 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 39 | NAME REDACTED ADDRESS REDACTED | 1142 | Genesis Global Holdco, LLC | 10/31/2023* | APE 28.314054<br>DOGE 1,045.745882<br>MATIC 183.467799<br>UNI 14.426125 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 40 | NAME REDACTED ADDRESS REDACTED | 1037 | Genesis Global Holdco, LLC | 09/19/2023* | BCH 0.79<br>USD 100.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 41 | NAME REDACTED ADDRESS REDACTED | 484 | Genesis Global Holdco, LLC | 05/22/23 | USD 598,659.81 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 42 | NAME REDACTED ADDRESS REDACTED | 490 | Genesis Global Holdco, LLC | 05/22/23 | USD 10,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 43 | NAME REDACTED ADDRESS REDACTED | 1019 | Genesis Global Holdco, LLC | 09/08/2023* | AMP 8,000.414768<br>REN 609.528016<br>UNI 311.40237† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
### Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 44 | NAME REDACTED<br>ADDRESS REDACTED | 1001 | Genesis Global Holdco, LLC | 08/30/2023* | USD 22,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 45 | NAME REDACTED<br>ADDRESS REDACTED | 529 | Genesis Global Holdco, LLC | 05/22/23 | USD 350,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 46 | NAME REDACTED<br>ADDRESS REDACTED | 948 | Genesis Global Holdco, LLC | 08/04/2023* | USD 8,725.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 47 | NAME REDACTED<br>ADDRESS REDACTED | 1160 | Genesis Global Holdco, LLC | 11/09/2023* | DOGE 21,856.70<br>USD 4,663.32 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |
| 48 | NAME REDACTED<br>ADDRESS REDACTED | 1075 | Genesis Global Holdco, LLC | 10/02/2023* | BNT 1,154.00<br>LINK 17.13<br>USD 3,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 49 | NAME REDACTED<br>ADDRESS REDACTED | 1182 | Genesis Global Holdco, LLC | 11/16/2023* | AAVE 4.00<br>USD 378.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |
| 50 | NAME REDACTED<br>ADDRESS REDACTED | 844 | Genesis Global Holdco, LLC | 07/13/2023* | AAVE 4.00<br>USD 500.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 51 | NAME REDACTED<br>ADDRESS REDACTED | 866 | Genesis Global Holdco, LLC | 07/16/2023* | USD 433.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 52 | NAME REDACTED<br>ADDRESS REDACTED | 1005 | Genesis Global Capital, LLC | 08/30/2023* | USD 774.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 53 | NAME REDACTED<br>ADDRESS REDACTED | 524 | Genesis Global Holdco, LLC | 05/22/23 | USD 52,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 54 | NAME REDACTED<br>ADDRESS REDACTED | 1086 | Genesis Global Holdco, LLC | 10/06/2023* | USD 1,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 55 | NAME REDACTED<br>ADDRESS REDACTED | 1149 | Genesis Global Holdco, LLC | 11/03/2023* | BTC 0.232070058<br>ETH 2.21270153 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 56 | NAME REDACTED<br>ADDRESS REDACTED | 775 | Genesis Global Holdco, LLC | 07/03/2023* | APE 0.453548<br>BCH 0.17410297<br>BTC 0.00541168<br>DOGE 960.031881<br>ETH 0.076118<br>LINK 2.58759<br>PAXG 0.015755<br>USD 460.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 57 | NAME REDACTED<br>ADDRESS REDACTED | 562 | Genesis Global Capital, LLC | 05/26/2023* | USD 150.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 58 | NAME REDACTED<br>ADDRESS REDACTED | 955 | Genesis Global Holdco, LLC | 08/08/2023* | BTC 0.30505774<br>ETH 8.84457282<br>LTC 0.00000466† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 59 | NAME REDACTED<br>ADDRESS REDACTED | 713 | Genesis Global Capital, LLC | 06/07/2023* | BTC 989.62<br>USD 989.62 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 60 | NAME REDACTED<br>ADDRESS REDACTED | 619 | Genesis Global Holdco, LLC | 06/04/2023* | APE 133.143459<br>BTC 0.21895667† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 61 | NAME REDACTED<br>ADDRESS REDACTED | 1156 | Genesis Global Holdco, LLC | 11/06/2023* | USD 49.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 62 | NAME REDACTED<br>ADDRESS REDACTED | 989 | Genesis Global Capital, LLC | 08/20/2023* | ETH 5.350652<br>USD 10,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 63 | NAME REDACTED<br>ADDRESS REDACTED | 988 | Genesis Global Holdco, LLC | 08/20/2023* | ETH 5.350652<br>USD 10,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 64 | NAME REDACTED<br>ADDRESS REDACTED | 970 | Genesis Global Holdco, LLC | 08/13/2023* | USD 4,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 65 | NAME REDACTED<br>ADDRESS REDACTED | 1169 | Genesis Global Holdco, LLC | 11/13/2023* | BTC 0.1797567<br>DOGE 1,891.06390319<br>ETH 2.47185717<br>LTC 1.96291269<br>USD 11,735.39 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |
| 66 | NAME REDACTED<br>ADDRESS REDACTED | 1023 | Genesis Global Capital, LLC | 09/10/2023* | ETH 0.25<br>SOL 1.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 67 | NAME REDACTED<br>ADDRESS REDACTED | 1166 | Genesis Global Holdco, LLC | 11/12/2023* | ETH 1.0491<br>USD 2,100.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |
| 68 | NAME REDACTED<br>ADDRESS REDACTED | 627 | Genesis Global Holdco, LLC | 06/05/2023* | USD 7,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 69 | NAME REDACTED<br>ADDRESS REDACTED | 823 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 07/10/2023* | USD 560.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 70 | NAME REDACTED<br>ADDRESS REDACTED | 746 | Genesis Global Capital, LLC | 06/28/2023* | USD 4,650.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 71 | NAME REDACTED ADDRESS REDACTED | 1107 | Genesis Global Holdco, LLC | 10/16/2023* | KNC 117.23 MANA 351.78† |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 72 | NAME REDACTED ADDRESS REDACTED | 697 | Genesis Global Holdco, LLC | 06/21/2023* | BTC 0.02580005 ETH 1.1078607 MANA 129.02462727† |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 73 | NAME REDACTED ADDRESS REDACTED | 1064 | Genesis Global Holdco, LLC | 09/29/2023* | USD 11,425.84 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 74 | NAME REDACTED ADDRESS REDACTED | 25 | Genesis Global Holdco, LLC | 03/07/23 | USD 105,918.09 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 75 | NAME REDACTED ADDRESS REDACTED | 887 | Genesis Global Holdco, LLC | 07/18/2023* | BTC 0.09609408 ETH 2.78252573 USD 8,207.88 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 76 | NAME REDACTED ADDRESS REDACTED | 557 | Genesis Global Capital, LLC | 05/26/2023* | USD 1,900.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 77 | NAME REDACTED ADDRESS REDACTED | 724 | Genesis Global Capital, LLC | 06/23/2023* | USD 9,520.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 78 | NAME REDACTED ADDRESS REDACTED | 492 | Genesis Global Holdco, LLC | 05/22/23 | USD 100,000.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 79 | NAME REDACTED ADDRESS REDACTED | 942 | Genesis Global Holdco, LLC | 08/02/2023* | BTC 0.4096561 USD 11,000.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 80 | NAME REDACTED<br>ADDRESS REDACTED | 715 | Genesis Global Capital, LLC | 06/09/2023* | 1INCH 1,788.00<br>AAVE 1,500.00<br>ALGO 67,778.00<br>AMP 500.00<br>APE 567.00<br>BTC 2.00<br>DOGE 750,000.00<br>DOT 759.00<br>ETH 6.00<br>LTC 7,865.00<br>MANA 345.00<br>MATIC 1,345.00<br>MKR 76.00<br>NEAR 150.00<br>SAND 354.00<br>SHIB 56,900,000.00<br>SOL 50.00<br>XLM 445,000,000.00<br>XRP 654.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 81 | NAME REDACTED<br>ADDRESS REDACTED | 1012 | Genesis Global Capital, LLC | 09/04/2023* | USD 30,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 82 | NAME REDACTED<br>ADDRESS REDACTED | 1162 | Genesis Global Holdco, LLC | 11/11/2023* | USD 300.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |
| 83 | NAME REDACTED<br>ADDRESS REDACTED | 709 | Genesis Global Holdco, LLC | 06/06/2023* | USD 4,228.03 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 84 | NAME REDACTED ADDRESS REDACTED | 1139 | Genesis Global Capital, LLC | 10/28/2023* | USD 5.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 85 | NAME REDACTED ADDRESS REDACTED | 731 | Genesis Global Holdco, LLC | 06/08/2023* | AMP 3,040.78432 UNI 1.24118† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 86 | NAME REDACTED ADDRESS REDACTED | 834 | Genesis Global Holdco, LLC | 07/12/2023* | BTC 0.02053727 ETC 0.00992271 USD 641.84 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 87 | NAME REDACTED ADDRESS REDACTED | 297 | Genesis Global Holdco, LLC | 05/16/23 | USD 10,620.75 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 88 | NAME REDACTED ADDRESS REDACTED | 973 | Genesis Global Holdco, LLC | 08/14/2023* | BCH 0.0773864 COMP 0.10802 LTC 0.50 MANA 193.8376† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 89 | NAME REDACTED ADDRESS REDACTED | 1106 | Genesis Global Capital, LLC | 10/16/2023* | DOT 0.0000000036 ETH 340.00 SOL 18,001.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 90 | NAME REDACTED ADDRESS REDACTED | 829 | Genesis Global Capital, LLC | 07/11/2023* | ETH 0.872555 USD 1,785.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 91 | NAME REDACTED ADDRESS REDACTED | 813 | Genesis Global Capital, LLC | 07/08/2023* | USD 14,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 92 | NAME REDACTED<br>ADDRESS REDACTED | 1024 | Genesis Global Holdco, LLC | 09/11/2023* | AMP 4,242.985388<br>BTC 0.02175382<br>ETH 0.394418<br>LINK 6.511076† |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 93 | NAME REDACTED<br>ADDRESS REDACTED | 1046 | Genesis Global Capital, LLC | 09/21/2023* | USD 1,100.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 94 | NAME REDACTED<br>ADDRESS REDACTED | 498 | Genesis Global Holdco, LLC | 05/22/23 | USD 22,000.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 95 | NAME REDACTED<br>ADDRESS REDACTED | 878 | Genesis Global Holdco, LLC | 07/17/2023* | USD 975.71 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 96 | NAME REDACTED<br>ADDRESS REDACTED | 521 | Genesis Global Holdco, LLC | 05/22/23 | USD 25,000.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 97 | NAME REDACTED<br>ADDRESS REDACTED | 474 | Genesis Global Holdco, LLC | 05/22/23 | USD 662,000.00 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 98 | NAME REDACTED<br>ADDRESS REDACTED | 859 | Genesis Global Holdco, LLC | 07/14/2023* | BSV 0.04211616<br>BTC 0.04211616<br>ETH 0.650907<br>USD 1,897.51 |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |
| 99 | NAME REDACTED<br>ADDRESS REDACTED | 780 | Genesis Global Holdco, LLC | 07/03/2023* | USD 0.00† |
| | Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors. | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fifth Omnibus Objection
## Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 100 | NAME REDACTED<br>ADDRESS REDACTED | 932 | Genesis Global Holdco, LLC | 07/29/2023* | AMP 19,045,529,134.00<br>ANKR 6,744,527,233.00<br>USD 1,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date