**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

Upon the *Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting an Order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified in Exhibit 1 attached hereto; and upon the *Declaration of Paul Kinealy in Support of Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

1.      For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified in Exhibit 1 attached hereto.

2.      Each of the Disputed Claims identified in Exhibit 1 is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3.      The Gemini Master Claims will be unaffected by this Order (subject to the Debtors' right to assert additional objections and defenses to the allowance of such claims), and Gemini's right to assert the liabilities on behalf of the Gemini Lenders against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the Debtors' reservations of their rights to object to the Gemini Master Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4.      This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified in Exhibit 1.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6.      Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor

to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: January 19, 2024
      White Plains, New York

                                   ***/s/ Sean H. Lane***
                                   HONORABLE SEAN H. LANE
                                   UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 1**

**Gemini Duplicate Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 80 | Genesis Global Holdco, LLC | 04/12/23 | BAT 7.856773122 USD 7.80 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.9737405?132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467.217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 917 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 07/26/2023* | BAT 38.282307 / BTC 0.01063176 / DOGE 459.933281 / OXT 34.72857 / STORJ 8.621127 / ZEC 0.044002† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.9737405?132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467.217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 123 | Genesis Global Capital, LLC | 04/23/23 | 1INCH 1,024.012969 USD 500.94 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.9737405?132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467.217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 4 | NAME REDACTED ADDRESS REDACTED | 128 | Genesis Global Holdco, LLC | 04/24/23 | DOGE 3,016.00 USD 237.35 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.543448971418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 877 | Genesis Global Holdco, LLC | 07/17/2023* | GUSD 1,069.15 USD 1,069.15 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.543448971418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 1104 | Genesis Global Holdco, LLC | 10/14/2023* | AMP 90,000,000,000,000,000,000.00 USD 2,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.543448971418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 7 | NAME REDACTED ADDRESS REDACTED | 661 | Genesis Global Capital, LLC | 06/12/2023* | GUSD 10,533.94 USD 1,533.94 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 545 | Genesis Global Holdco, LLC | 05/24/2023* | APE 125.37 GUSD 568.52 OXT 150.58 USD 568.52 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 633 | Genesis Global Holdco, LLC | 06/06/2023* | DOGE 1,845.263128 ETH 0.108675†† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 10 | NAME REDACTED ADDRESS REDACTED | 228 | Genesis Global Holdco, LLC | 05/11/23 | ETH 1.01708808 FTM 13,650.64320337 GRT 1,103.25392112 MATIC 11,115.31473018 USD 20,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405 7132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430 1708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 11 | NAME REDACTED ADDRESS REDACTED | 270 | Genesis Global Capital, LLC | 05/15/23 | AMP 101.35 BTC 384.32 GUSD 2,008.33 USD 2,694.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405 7132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430 1708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 532 | Genesis Global Holdco, LLC | 05/22/23 | USD 2,136.73 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405 7132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430 1708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 13 | NAME REDACTED ADDRESS REDACTED | 578 | Genesis Global Capital, LLC | 05/29/2023* | APE 33.686198 DOGE 1,841.25 FIL 1.07148 GUSD 10.02 LINK 8.729637 LRC 48.7928 MANA 23.88824 MATIC 49.044292† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936.380.55768  MANA 5,593,977.33440294 ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405713 2 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62461094 BNT 267,993.780189926  RLY 5,660,470.430170 8 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467.217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.160239144428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilties are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 582 | Genesis Global Holdco, LLC | 05/29/2023* | USD 6,272.37 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936.380.55768  MANA 5,593,977.33440294 ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405713 2 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62461094 BNT 267,993.780189926  RLY 5,660,470.430170 8 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467.217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.160239144428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilties are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 1179 | Genesis Global Capital, LLC | 11/16/2023* | 1INCH 4,388.00 USD 4,388.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936.380.55768  MANA 5,593,977.33440294 ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405713 2 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62461094 BNT 267,993.780189926  RLY 5,660,470.430170 8 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467.217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.160239144428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilties are duplicative of Gemini Master Claims* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| 16 | NAME REDACTED ADDRESS REDACTED | 252 | Genesis Global Holdco, LLC | 05/12/23 | FTM 93.765335 GUSD 3,268.21 LTC 0.000009 USD 3,302.91 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,063.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 995 | Genesis Global Holdco, LLC | 08/25/2023* | USD 12,967.87 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,063.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 815 | Genesis Global Holdco, LLC | 07/09/2023* | USD 7,367.59 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,063.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 19 | NAME REDACTED ADDRESS REDACTED | 756 | Genesis Global Capital, LLC | 06/30/2023* | BTC 0.02511925 USD 529.36 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811.065 2613558 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.543448974 18 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 651 | Genesis Global Holdco, LLC | 06/11/2023* | BTC 0.00602938 GUSD 214.51 LTC 1.15912858 USD 461.03 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811.065 2613558 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.543448974 18 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 21 | NAME REDACTED ADDRESS REDACTED | 485 | Genesis Global Holdco, LLC | 05/22/23 | APE 375.85302293 AXS 112.63616757 CRV 1,645.12737279 FTM 0.02532224 INJ 0.00036716 MANA 0.00343465 MKR 0.00075414 OXT 24.04725794 REN 0.07304247 UMA 0.00317713 UNI 0.0170957 ZRX 0.108525974† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811.065 2613558 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.543448974 18 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | | |
| 22 | NAME REDACTED ADDRESS REDACTED | 296 | Genesis Global Holdco, LLC | 05/16/23 | 1INCH 1,759.759383 AAVE 1.71841 AMP 21,628.142782 APE 25,733.604883 AXS 9.815491 BCH 0.75384995 BTC 2.42213451 DAI 6,176.143346 DOGE 11,928.050964 ETH 3.026391 FIL 115.171131 GUSD 43,113.24 LINK 4.215725 MANA 117.249874 MATIC 128.987809 PAXG 3.54642 SOL 38.329971 USDC 41,312.360898† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405713 2 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.430170 8 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1 DAI 8,326,580.2702390 2  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.1284477 1  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.123381 7 GRT 17,337,624.765759  USTC 1,260.543448974 18 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.1602391444 28 KNC 434,572.643810026  ZEC 43,919.47370096 13 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 23 | NAME REDACTED ADDRESS REDACTED | 1129 | Genesis Global Holdco, LLC | 10/26/2023* | BTC 0.02110381 FTM 6,215.953004 LINK 112.406872 STORJ 38.565559 UNI 38.565559 USD 10,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405713 2 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.430170 8 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1 DAI 8,326,580.2702390 2  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.1284477 1  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.123381 7 GRT 17,337,624.765759  USTC 1,260.543448974 18 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.1602391444 28 KNC 434,572.643810026  ZEC 43,919.47370096 13 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 24 | NAME REDACTED ADDRESS REDACTED | 565 | Genesis Global Holdco, LLC | 05/27/2023* | GUSD 52,488.24 USD 52,488.24 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405713 2 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.430170 8 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1 DAI 8,326,580.2702390 2  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.1284477 1  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.123381 7 GRT 17,337,624.765759  USTC 1,260.543448974 18 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.1602391444 28 KNC 434,572.643810026  ZEC 43,919.47370096 13 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 25 | NAME REDACTED ADDRESS REDACTED | 185 | Genesis Global Holdco, LLC | 05/05/23 | USD 19,330.33 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | See crypto list below |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 26 | NAME REDACTED ADDRESS REDACTED | 441 | Genesis Global Holdco, LLC | 05/22/23 | USD 26,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | See crypto list below |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 27 | NAME REDACTED ADDRESS REDACTED | 1159 | Genesis Global Holdco, LLC | 11/09/2023* | USD 1,500.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | See crypto list below |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims* | | | | | | | | | |

Total Remaining In Kind Amount (identical for claims 25, 26, and 27):

1INCH 3,012,033.46333801 — LPT 24,673.1466099058
AAVE 33,788.9425230479 — LRC 2,690,498.81970212
ALCX 8,676.38998201275 — LTC 127,209.281884632
AMP 425,936,380.55768 — MANA 5,593,977.33440294
ANKR 23,335,928.0678024 — MATIC 16,964,467.2401572
APE 1,139,985.53964617 — MKR 1,338.38038533215
AXS 90,870.9278787395 — OXT 3,699,739.25944469
BAL 34,868.7609066813 — PAXG 1,014.97374057132
BAT 9,388,882.97197886 — RBN 25,405.5734626778
BCH 44,121.774231399 — REN 4,231,486.62614094
BNT 267,993.780189926 — RLY 5,660,470.4301708
BTC 15,094.3806124709 — SKL 3,980,478.77162429
CHZ 688,964.618297403 — SNX 237,906.952970567
COMP 14,038.7643541652 — SOL 284,128.92393429
CRV 3,110,821.20254412 — STORJ 1,811,065.26135581
DAI 8,326,580.27023902 — SUSHI 597,029.850730662
DOGE 195,432,319.002998 — TOKE 24,563.5645986667
ETH 157,019.767022979 — UMA 60,303.1821763762
FET 2,013,560.72967566 — UNI 511,292.129900501
FIL 2,601,610.12844771 — USD 1,122,467,217.65
FTM 21,093,013.7169699 — USDC 55,215,289.1233817
GRT 17,337,624.765759 — USTC 1,260.54344897418
GUSD 375,437,385.038869 — XTZ 695,291.945724483
INJ 135,922.613140235 — YFI 128.16023914428
KNC 434,572.643810026 — ZEC 43,919.4737009613

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 28 | NAME REDACTED ADDRESS REDACTED | 1127 | Genesis Global Holdco, LLC | 10/25/2023* | 1INCH 14.31797488<br>AAVE 0.06049765<br>ALCX 0.21838745<br>AMP 11,985.3409902<br>AXS 0.36430223<br>BAT 371.35578969<br>DAI 10.1828083<br>DOGE 750.78824841<br>FTM 61.6135957<br>GRT 84.07511525<br>LINK 42.56583691<br>LTC 3.20168778<br>MANA 195.4526946<br>MATIC 47.95108533<br>OXT 243.23983808<br>REN 54.99744509<br>STORJ 61.59060665<br>UNI 2.23825423<br>YFI 0.00043888<br>ZRX 72.12019741† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335.928.0678024  MATIC 16,964.467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.16023914428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | NAME REDACTED ADDRESS REDACTED | 762 | Genesis Global Holdco, LLC | 06/30/2023* | BCH 1.00<br>MANA 246.00<br>USD 1,700.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335.928.0678024  MATIC 16,964.467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.16023914428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | NAME REDACTED ADDRESS REDACTED | 852 | Genesis Global Holdco, LLC | 07/16/2023* | USD 3,734.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335.928.0678024  MATIC 16,964.467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.16023914428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 31 | NAME REDACTED ADDRESS REDACTED | 1118 | Genesis Global Capital, LLC | 10/23/2023* | GUSD 1,000.00 USD 1,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,299.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,990.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,465.217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 941 | Genesis Global Holdco, LLC | 08/02/2023* | COMP 4.51260066 / CRV 227.11383515 / MATIC 218.79095122 / SAND 92.081771 / USD 602.03 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,299.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,990.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,465.217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 33 | NAME REDACTED ADDRESS REDACTED | 439 | Genesis Global Holdco, LLC | 05/22/23 | USD 400,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,299.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,990.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,465.217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 34 | NAME REDACTED ADDRESS REDACTED | 541 | Genesis Global Capital, LLC | 05/23/2023* | USD 3,228.20 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilties are duplicative of Gemini Master Claims. | | | | | | | | | |
| 35 | NAME REDACTED ADDRESS REDACTED | 1035 | Genesis Global Holdco, LLC | 09/18/2023* | BTC 0.08918744 ETH 8.06145019 GUSD 1,069.14 USD 16,711.05 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilties are duplicative of Gemini Master Claims. | | | | | | | | | |
| 36 | NAME REDACTED ADDRESS REDACTED | 1020 | Genesis Global Holdco, LLC | 09/08/2023* | BTC 0.089188744 ETH 8.06145019 GUSD 1,069.14 USD 19,040.01 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilties are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 37 | NAME REDACTED ADDRESS REDACTED | 338 | Genesis Global Capital, LLC | 05/19/23 | GUSD 262,880.21 USD 262,880.21 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 38 | NAME REDACTED ADDRESS REDACTED | 444 | Genesis Global Holdco, LLC | 05/22/23 | DOGE 3,437.223128 ELON 924,108,818.011257 ETH 4.69517712 LINK 14.388045 LRC 176.717302 MATIC 18.969547 ZEC 1.44661446† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 39 | NAME REDACTED ADDRESS REDACTED | 153 | Genesis Global Holdco, LLC | 04/26/23 | AMP 55,117.08119326 BCH 2.14871097 BTC 0.55444552 ETH 7.1911936 LINK 25.42361567 LTC 15.4965654 ZRX 914.94731955† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 40 | NAME REDACTED ADDRESS REDACTED | 21 | Genesis Global Holdco, LLC | 02/27/23 | USD 27,830.59 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405713 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430170 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | NAME REDACTED ADDRESS REDACTED | 935 | Genesis Global Capital, LLC | 07/28/2023* | USD 1,000.00 USDC 999.804628 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405713 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430170 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | NAME REDACTED ADDRESS REDACTED | 896 | Genesis Global Holdco, LLC | 07/18/2023* | USD 2,220.00 XTZ 2,603.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405713 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430170 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 43 | NAME REDACTED ADDRESS REDACTED | 836 | Genesis Global Capital, LLC | 07/13/2023* | DOGE 1,697.862805 ENJ 84.328572 GUSD 842.11 MANA 59.742978 SAND 92.377077 USD 1,600.00 USDC 535.515131 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 44 | NAME REDACTED ADDRESS REDACTED | 446 | Genesis Global Holdco, LLC | 05/22/23 | USD 10,636.02† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 45 | NAME REDACTED ADDRESS REDACTED | 673 | Genesis Global Holdco, LLC | 06/15/2023* | GUSD 25,000.00 USD 25,281.91 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 46 | NAME REDACTED ADDRESS REDACTED | 771 | Genesis Global Holdco, LLC | 07/04/2023* | AMP 55,572.00 GUSD 1.00 SUSHI 159.00 USD 4,000.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613559 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 47 | NAME REDACTED ADDRESS REDACTED | 956 | Genesis Global Holdco, LLC | 08/08/2023* | AMP 157.56280164 BTC 0.00060033 CHZ 22.69342531 COMP 0.06605001 ETH 0.00218185 GRT 32.873681 GUSD 174.73 KNC 2.60938838 LINK 0.85838099 MANA 4.92025277 MATIC 9.11929849 MKR 0.00546935 REN 19.82829677 RLY 49.85011326 SOL 0.40854292 USDC 0.043712 XTZ 0.3794548† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613559 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 48 | NAME REDACTED ADDRESS REDACTED | 86 | Genesis Global Capital, LLC | 04/13/23 | BTC 0.12896925 GUSD 78,040.13 USD 80,758.60 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613559 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 49 | NAME REDACTED ADDRESS REDACTED | 664 | Genesis Global Holdco, LLC | 06/13/2023* | 1INCH 151.2188 AMP 5,013.65 ANKR 1,511.039 APE 2.2565 AXS 5.0138 BAT 50.146 COMP 2.013363 CRV 0.008725 ETH 2.948366 FET 101.789 FIL 4.14255 FTM 1,250.1377 GRT 4,533.878783 KNC 20.449788 LPT 10.04716 LRC 138.1455 MANA 125.05172 RBN 25.117 RLY 203.286 SKL 4,500.953478 SNX 25.30269 SOL 28.29198 STORJ 101.286 UMA 7.498695 XTZ 225.349998 YFI 0.0190714 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405T132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430 1708 SKL 3,980,478.77162429 SNX 237,996.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558l SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 50 | NAME REDACTED ADDRESS REDACTED | 570 | Genesis Global Capital, LLC | 05/27/2023* | USD 300.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405T132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430 1708 SKL 3,980,478.77162429 SNX 237,996.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558l SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 51 | NAME REDACTED ADDRESS REDACTED | 50 | Genesis Global Holdco, LLC | 04/10/23 | USD 5,723.84 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405T132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430 1708 SKL 3,980,478.77162429 SNX 237,996.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558l SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 52 | NAME REDACTED ADDRESS REDACTED | 1045 | Genesis Global Holdco, LLC | 09/21/2023* | APE 1,037.00 USD 9,800.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 // LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.3803853215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 53 | NAME REDACTED ADDRESS REDACTED | 791 | Genesis Global Holdco, LLC | 07/05/2023* | 1INCH 990.025 LINK 34.488 MANA 0.00074458 USD 400.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 // LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.3803853215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54 | NAME REDACTED ADDRESS REDACTED | 284 | Genesis Global Capital, LLC | 05/17/23 | GUSD 2,143.27 USD 2,143.27 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 // LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.3803853215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 55 | NAME REDACTED ADDRESS REDACTED | 288 | Genesis Global Holdco, LLC | 05/17/23 | GUSD 2,143.27 USD 2,143.27 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430.1708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | NAME REDACTED ADDRESS REDACTED | 1115 | Genesis Global Holdco, LLC | 10/22/2023* | BAT 20.72876708 DOGE 276.6842843 MANA 61.05474303 XTZ 4.7295687 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430.1708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | NAME REDACTED ADDRESS REDACTED | 961 | Genesis Global Holdco, LLC | 08/10/2023* | BTC 0.26743777 GUSD 2,650.23 USD 2,650.23 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430.1708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 58 | NAME REDACTED ADDRESS REDACTED | 1084 | Genesis Global Holdco, LLC | 10/05/2023* | USD 200,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.543448974418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| 59 | NAME REDACTED ADDRESS REDACTED | 924 | Genesis Global Holdco, LLC | 07/27/2023* | USD 11,649.32 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.543448974418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| 60 | NAME REDACTED ADDRESS REDACTED | 1126 | Genesis Global Capital, LLC | 10/25/2023* | BTC 0.05441221 DOGE 696.149167 ETH 0.435609 SOL 0.485326 USD 4,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.543448974418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

*Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 61 | NAME REDACTED ADDRESS REDACTED | 802 | Genesis Global Capital, LLC | 07/06/2023* | BTC 0.40622141 KNC 2,736.62063908 OXT 4,330.94286842 ZRX 5,135.676519181† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335,928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.160239144428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 62 | NAME REDACTED ADDRESS REDACTED | 1101 | Genesis Global Holdco, LLC | 10/14/2023* | GUSD 3,666.80 USD 3,666.80 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335,928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.160239144428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 63 | NAME REDACTED ADDRESS REDACTED | 934 | Genesis Global Holdco, LLC | 07/29/2023* | BAT 28.42641587 GUSD 917.28 USD 917.28 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335,928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.160239144428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 64 | NAME REDACTED ADDRESS REDACTED | 998 | Genesis Global Holdco, LLC | 08/29/2023* | GUSD 124.32 USD 3,406.59 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 65 | NAME REDACTED ADDRESS REDACTED | 175 | Genesis Global Capital, LLC | 05/02/23 | DOGE 6,455.09 XTZ 197.25† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 66 | NAME REDACTED ADDRESS REDACTED | 394 | Genesis Global Holdco, LLC | 05/21/23 | BTC 0.4759336 ETH 5.45112327 GUSD 0.12 LTC 2.50302277 USD 14,577.23 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | NAME REDACTED ADDRESS REDACTED | 830 | Genesis Global Capital, LLC | 07/11/2023* | BAT 29.26 USD 5.50 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind amount list below) |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 68 | NAME REDACTED ADDRESS REDACTED | 850 | Genesis Global Holdco, LLC | 07/13/2023* | BTC 0.07803502 ETH 2.90210827 FIL 29.33935871 SAND 385.780061 USD 8,300.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind amount list below) |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 69 | NAME REDACTED ADDRESS REDACTED | 452 | Genesis Global Capital, LLC | 05/22/23 | BTC 500.00 DOGE 100.00 ETHW 50.00 FTM 50.00 GUSD 100.00 USD 1,111.17 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind amount list below) |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

TOTAL REMAINING IN KIND AMOUNT (same for claims 67, 68, and 69):

1INCH 3,012,033.46333801
AAVE 33,788.9425230479
ALCX 8,676.38998201275
AMP 425,936,380.55768
ANKR 23,335,928.0678024
APE 1,139,985.53964617
AXS 90,870.9278787395
BAL 34,868.7609066813
BAT 9,388,882.97197886
BCH 44,121.774231399
BNT 267,993.780189926
BTC 15,094.3806124709
CHZ 688,964.618297403
COMP 14,038.7643541652
CRV 3,110,821.20254412
DAI 8,326,580.27023902
DOGE 195,432,319.002998
ETH 157,019.767022979
FET 2,013,560.72967566
FIL 2,601,610.12844771
FTM 21,093,013.7169699
GRT 17,337,624.765759
GUSD 375,437,385.038869
INJ 135,922.613140235
KNC 434,572.643810026
LPT 24,673.1466099058
LRC 2,690,498.81970212
LTC 127,209.281884632
MANA 5,593,977.33440294
MATIC 16,964,467.2401572
MKR 1,338.38038533215
OXT 3,699,739.25944469
PAXG 1,014.97374057132
RBN 25,405.5734626778
REN 4,231,486.62614094
RLY 5,660,470.4301708
SKL 3,980,478.77162429
SNX 237,906.952970567
SOL 284,128.92393429
SUSHI 597,029.850730662
TOKE 24,563.5645986667
UMA 60,303.1821763762
UNI 511,292.129900501
USD 1,122,467,217.65
USDC 55,215,289.1233817
USTC 1,260.54344897418
XTZ 695,291.945724483
YFI 128.160239144428
ZEC 43,919.4737009613

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 70 | NAME REDACTED ADDRESS REDACTED | 915 | Genesis Global Holdco, LLC | 07/26/2023* | DOGE 1,018.47 GUSD 0.24 KNC 334.56 MATIC 1.10† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 ... (see full list) |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 71 | NAME REDACTED ADDRESS REDACTED | 741 | Genesis Global Holdco, LLC | 06/27/2023* | DOGE 8,576.754027 USD 8,576.75 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 ... (see full list) |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 72 | NAME REDACTED ADDRESS REDACTED | 24 | Genesis Global Holdco, LLC | 03/07/23 | USD 83,525.24 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 ... (see full list) |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

TOTAL REMAINING IN KIND AMOUNT (identical for rows 70, 71, and 72):

1INCH 3,012,033.46333801  LPT 24,673.1466099058
AAVE 33,788.9425230479  LRC 2,690,498.81970212
ALCX 8,676.38998201275  LTC 127,209.281884632
AMP 425,936.380.55768  MANA 5,593,977.33440294
ANKR 23,335,928.0678024  MATIC 16,964,467.2401572
APE 1,139,985.53964617  MKR 1,338.38038533215
AXS 90,870.9278787395  OXT 3,699,739.25944469
BAL 34,868.7609066813  PAXG 1,014.9737405713.2
BAT 9,388,882.97197886  RBN 25,405.5734626778
BCH 44,121.774231399  REN 4,231,486.62614094
BNT 267,993.780189926  RLY 5,660,470.430.1708
BTC 15,094.3806124709  SKL 3,980,478.77162429
CHZ 688,964.618297403  SNX 237,906.952970567
COMP 14,038.7643541652  SOL 284,128.92393429
CRV 3,110,821.20254412  STORJ 1,811,065.26135581
DAI 8,326,580.2702390  SUSHI 597,029.850730662
DOGE 195,432,319.002998  TOKE 24,563.5645986667
ETH 157,019.767022979  UMA 60,303.1821763762
FET 2,013,560.72967566  UNI 511,292.129900501
FIL 2,601,610.12844771  USD 1,122,467,217.65
FTM 21,093,013.7169699  USDC 55,215,289.1233817
GRT 17,337,624.765759  USTC 1,260.54344897418
GUSD 375,437,385.038869  XTZ 695,291.945724483
INJ 135,922.613140235  YFI 128.16023914428
KNC 434,572.643810026  ZEC 43,919.4737009613

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 73 | NAME REDACTED ADDRESS REDACTED | 30 | Genesis Global Capital, LLC | 03/07/23 | USD 83,525.24 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335.928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.430 1708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 74 | NAME REDACTED ADDRESS REDACTED | 505 | Genesis Global Holdco, LLC | 05/22/23 | USD 30,400.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335.928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.430 1708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 75 | NAME REDACTED ADDRESS REDACTED | 591 | Genesis Global Holdco, LLC | 05/30/2023* | APE 9.38349911† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335.928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.430 1708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 76 | NAME REDACTED ADDRESS REDACTED | 629 | Genesis Global Holdco, LLC | 06/06/2023* | APE 205.49475452 CRV 629.8352904 MATIC 167.03783815 SOL 26.50099398†  | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 77 | NAME REDACTED ADDRESS REDACTED | 663 | Genesis Global Capital, LLC | 06/12/2023* | FTM 33.706155 GUSD 2,517.08 USD 2,525.35 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 78 | NAME REDACTED ADDRESS REDACTED | 761 | Genesis Global Holdco, LLC | 06/30/2023* | DOGE 3,338.724165 MANA 0.000792 USD 344.36 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.2613581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 79 | NAME REDACTED ADDRESS REDACTED | 1010 | Genesis Global Capital, LLC | 09/03/2023* | USD 9,125.09 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.77423139 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 80 | NAME REDACTED ADDRESS REDACTED | 345 | Genesis Global Capital, LLC | 05/20/23 | GUSD 253,683.84† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.77423139 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 81 | NAME REDACTED ADDRESS REDACTED | 537 | Genesis Global Holdco, LLC | 05/23/2023* | 1INCH 31.83245835 AMP 2.35122167702 BAT 325.45758707 DAI 0.28638664 DOGE 979.31764328 ETH 2.12192279 FIL 5.16719467 FTM 215.40508026 GRT 335.06049384 LRC 320.33395452 MATIC 52.3553297 OXT 251.652299 PAXG 0.05250954 SUSHI 1.02407908 UNI 1.02407908 USD 3,039.17 XTZ 46.743056 YFI 0.00157138 ZRX 87.58861418 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.77423139 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 82 | NAME REDACTED ADDRESS REDACTED | 70 | Genesis Global Holdco, LLC | 04/11/23 | MATIC 866.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | | | | | | | | | | |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 83 | NAME REDACTED ADDRESS REDACTED | 1039 | Genesis Global Holdco, LLC | 09/16/2023* | GUSD 5,000.00  USD 5,323.16 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | | | | | | | | | | |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 84 | NAME REDACTED ADDRESS REDACTED | 66 | Genesis Global Capital, LLC | 04/11/23 | GUSD 2,173.97  USD 2,173.97 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 85 | NAME REDACTED ADDRESS REDACTED | 83 | Genesis Global Capital, LLC | 04/13/23 | BTC 0.03560418 GUSD 8,138.86 USD 8,138.86 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405712  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 86 | NAME REDACTED ADDRESS REDACTED | 779 | Genesis Global Capital, LLC | 07/03/2023* | BTC 2.10 DOGE 10,958.00 ETH 5.7381 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405712  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 87 | NAME REDACTED ADDRESS REDACTED | 1130 | Genesis Global Holdco, LLC | 10/26/2023* | BTC 0.06181444 USD 2,044.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405712  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 88 | NAME REDACTED ADDRESS REDACTED | 245 | Genesis Global Holdco, LLC | 05/12/23 | BTC 0.223358086† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 89 | NAME REDACTED ADDRESS REDACTED | 71 | Genesis Global Holdco, LLC | 04/11/23 | CRV 97.93485942  FTM 283.64537039  REN 276.36920943  UNI 7.3340036  USD 313.11 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 90 | NAME REDACTED ADDRESS REDACTED | 74 | Genesis Global Capital, LLC | 04/11/23 | BAT 31,894.200232  BTC 3.67212039  ETH 2.321172† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936.380.55768  MANA 5,593,977.33440294 / ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 91 | NAME REDACTED ADDRESS REDACTED | 101 | Genesis Global Capital, LLC | 04/16/23 | APE 11.325005 LTC 1.94182 USD 2,110.02 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 92 | NAME REDACTED ADDRESS REDACTED | 304 | Genesis Global Capital, LLC | 05/17/23 | BTC 0.5570909 GUSD 11,330.67 USD 12,944.10 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 93 | NAME REDACTED ADDRESS REDACTED | 279 | Genesis Global Capital, LLC | 05/16/23 | BTC 0.05755124 ETH 0.0819223 GUSD 5,730.14 USD 7,551.51 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 94 | NAME REDACTED ADDRESS REDACTED | 667 | Genesis Global Holdco, LLC | 06/13/2023* | BitDAO 1.00 USD 18,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936.380.55768 / ANKR 23,335.928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 — LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964.467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.2613558 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 95 | NAME REDACTED ADDRESS REDACTED | 172 | Genesis Global Holdco, LLC | 04/11/23 | ETH 4.20601181† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936.380.55768 / ANKR 23,335.928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 — LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964.467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.2613558 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 96 | NAME REDACTED ADDRESS REDACTED | 912 | Genesis Global Holdco, LLC | 07/22/2023* | BAT 7,525.39711356† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936.380.55768 / ANKR 23,335.928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 — LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964.467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.2613558 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.16023914428 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eighth Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 97 | NAME REDACTED ADDRESS REDACTED | 786 | Genesis Global Capital, LLC | 07/05/2023* | AXS 9.72429511 FIL 14.85102515 FTM 690.87741098 GRT 515,180,155,469.00 LRC 258.55586847 USD 1,100.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430170 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,990.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.16023914428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 98 | NAME REDACTED ADDRESS REDACTED | 718 | Genesis Global Capital, LLC | 06/22/2023* | BTC 0.36319026 ETH 1.532279 USD 1.53 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430170 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,990.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.16023914428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 99 | NAME REDACTED ADDRESS REDACTED | 42 | Genesis Global Holdco, LLC | 03/21/23 | USD 7,934.71 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.430170 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,990.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.16023914428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eighth Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

<table>
<tr><td colspan="6"><b>CLAIMS TO BE DISALLOWED</b></td><td colspan="5"><b>SURVIVING CLAIMS</b></td></tr>
<tr><td>#</td><td>NAME & ADDRESS</td><td>CLAIM #</td><td>ASSERTED DEBTOR</td><td>DATE FILED</td><td>TOTAL ASSERTED IN KIND AMOUNT</td><td>NAME & ADDRESS</td><td>CLAIM #</td><td>REMAINING DEBTOR</td><td>DATE FILED</td><td>TOTAL REMAINING IN KIND AMOUNT</td></tr>
<tr>
<td>100</td>
<td>NAME REDACTED<br>ADDRESS REDACTED</td>
<td>679</td>
<td>Genesis Global Holdco, LLC</td>
<td>06/17/2023*</td>
<td>DOGE 358,159.30596746†</td>
<td>NAME REDACTED<br>ADDRESS REDACTED</td>
<td>356; 369; 400</td>
<td>All Debtors</td>
<td>05/22/23</td>
<td>
1INCH 3,012,033.46333801   LPT 24,673.1466099058<br>
AAVE 33,788.9425230479   LRC 2,690,498.81970212<br>
ALCX 8,676.38998201275   LTC 127,209.281884632<br>
AMP 425,936,380.55768   MANA 5,593,977.33440294<br>
ANKR 23,335,928.0678024   MATIC 16,964,467.2401572<br>
APE 1,139,985.53964617   MKR 1,338.38038533215<br>
AXS 90,870.9278787395   OXT 3,699,739.25944469<br>
BAL 34,868.7609066813   PAXG 1,014.97374057132<br>
BAT 9,388,882.97197886   RBN 25,405.5734626778<br>
BCH 44,121.774231399   REN 4,231,486.62614094<br>
BNT 267,993.780189926   RLY 5,660,470.4301708<br>
BTC 15,094.3806124709   SKL 3,980,478.77162429<br>
CHZ 688,964.618297403   SNX 237,906.952970567<br>
COMP 14,038.7643541652   SOL 284,128.92393429<br>
CRV 3,110,821.20254412   STORJ 1,811,065.26135581<br>
DAI 8,326,580.27023902   SUSHI 597,029.850730662<br>
DOGE 195,432,319.002998   TOKE 24,563.5645986667<br>
ETH 157,019.767022979   UMA 60,303.1821763762<br>
FET 2,013,560.72967566   UNI 511,292.129900501<br>
FIL 2,601,610.1284771   USD 1,122,467,217.65<br>
FTM 21,093,013.7169699   USDC 55,215,289.1233817<br>
GRT 17,337,624.765759   USTC 1,260.54344897418<br>
GUSD 375,437,385.038869   XTZ 695,291.945724483<br>
DNJ 135,922.613140235   YFI 128.160239144428<br>
KNC 434,572.643810026   ZEC 43,919.4737009613
</td>
</tr>
</table>

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date