**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### ORDER GRANTING DEBTORS' ELEVENTH
### OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
### CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

Upon the *Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting an Order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified in Exhibit 1 attached hereto; and upon the *Declaration of Paul Kinealy in Support of Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

1.      For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified in <u>Exhibit 1</u> attached hereto.

2.      Each of the Disputed Claims identified in <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3.      The Gemini Master Claims will be unaffected by this Order (subject to the Debtors' right to assert additional objections and defenses to the allowance of such claims), and Gemini's right to assert the liabilities on behalf of the Gemini Lenders against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the Debtors' reservations of their rights to object to the Gemini Master Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4.      This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified in <u>Exhibit 1</u>.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6.      Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor

to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of

Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to

the implementation and interpretation of this Order.

Dated: January 19, 2024
      White Plains, New York

                                      ***/s/ Sean H. Lane***
                                      HONORABLE SEAN H. LANE
                                      UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 1**

**Gemini Duplicate Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 1143 | Genesis Global Capital, LLC | 10/31/2023* | BAT 122.04397389 BTC 2,193,213.00 USD 777.94 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 · LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964.467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 473 | Genesis Global Holdco, LLC | 05/22/23 | USD 105,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 · LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964.467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 634 | Genesis Global Holdco, LLC | 06/06/2023* | AMP 4,792.264655 BAT 159.7868219 BTC 0.00016734 GUSD 1,097.46 USD 1,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 · LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964.467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 4 | NAME REDACTED ADDRESS REDACTED | 774 | Genesis Global Holdco, LLC | 07/04/2023* | BCH 114.24 BTC 27,290.23 ETH 1,880.25 GUSD 1.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170.8 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558.1 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 821 | Genesis Global Holdco, LLC | 07/11/2023* | USD 12,900.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170.8 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558.1 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 53 | Genesis Global Holdco, LLC | 04/12/23 | USD 22,795.52 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170.8 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558.1 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 7 | NAME REDACTED ADDRESS REDACTED | 1095 | Genesis Global Holdco, LLC | 10/11/2023* | BAT 22.06775043 GUSD 0.11 LINK 7.89935788 MATIC 1,344.8225905 USD 820.89 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430170 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | NAME REDACTED ADDRESS REDACTED | 393 | Genesis Global Capital, LLC | 05/21/23 | ETH 19.98867778 LTC 83.12337096† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430170 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | NAME REDACTED ADDRESS REDACTED | 744 | Genesis Global Holdco, LLC | 06/29/2023* | ETH 0.4729142 USD 733.55 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.430170 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,465.217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 10 | NAME REDACTED ADDRESS REDACTED | 796 | Genesis Global Holdco, LLC | 07/06/2023* | 1INCH 530.40 ALCX 4.80 AXS 24.70 BCH 5.20 CRV 471.40 GUSD 7,477.60 RLY 1,132.70 SOL 1.00 USD 8,907.01 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.3803853325 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405732 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.2613581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 11 | NAME REDACTED ADDRESS REDACTED | 952 | Genesis Global Holdco, LLC | 08/04/2023* | BCH 0.55610892 BTC 0.40076899 USD 11,700.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.3803853325 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405732 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.2613581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 12 | NAME REDACTED ADDRESS REDACTED | 31 | Genesis Global Holdco, LLC | 03/07/23 | USD 52,258.77 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.3803853325 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405732 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.2613581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.16023914428 / KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 13 | NAME REDACTED ADDRESS REDACTED | 29 | Genesis Global Capital, LLC | 03/07/23 | USD 52,258.77 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   SUSHI 597,029.850730662 DAI 8,326,580.27023902   TOKE 24,563.5645986667 DOGE 195,432,319.002998   UMA 60,303.1821763762 ETH 157,019.767022979   UNI 511,292.129900501 FET 2,013,560.72967566   USD 1,122,467,217.65 FIL 2,601,610.12844771   USDC 55,215,289.1233817 FTM 21,093,013.7169699   USTC 1,260.54344897418 GRT 17,337,624.765759   XTZ 695,291.945724483 GUSD 375,437,385.038869   YFI 128.16023914428 INJ 135,922.613140235   ZEC 43,919.4737009613 KNC 434,572.643810026 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 1178 | Genesis Global Capital, LLC | 11/15/2023* | ALCX 8.634835 ANKR 19,689.18503 BTC 0.00020718 DOGE 2,188.764292 LPT 4.729983 UMA 14.242855† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   SUSHI 597,029.850730662 DAI 8,326,580.27023902   TOKE 24,563.5645986667 DOGE 195,432,319.002998   UMA 60,303.1821763762 ETH 157,019.767022979   UNI 511,292.129900501 FET 2,013,560.72967566   USD 1,122,467,217.65 FIL 2,601,610.12844771   USDC 55,215,289.1233817 FTM 21,093,013.7169699   USTC 1,260.54344897418 GRT 17,337,624.765759   XTZ 695,291.945724483 GUSD 375,437,385.038869   YFI 128.16023914428 INJ 135,922.613140235   ZEC 43,919.4737009613 KNC 434,572.643810026 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims* | | | | | | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 209 | Genesis Global Holdco, LLC | 05/10/23 | 1INCH 223.0563419 ETH 46.35395993 GUSD 496.20 MATIC 7,553.48241295 SOL 4.51132645† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   SUSHI 597,029.850730662 DAI 8,326,580.27023902   TOKE 24,563.5645986667 DOGE 195,432,319.002998   UMA 60,303.1821763762 ETH 157,019.767022979   UNI 511,292.129900501 FET 2,013,560.72967566   USD 1,122,467,217.65 FIL 2,601,610.12844771   USDC 55,215,289.1233817 FTM 21,093,013.7169699   USTC 1,260.54344897418 GRT 17,337,624.765759   XTZ 695,291.945724483 GUSD 375,437,385.038869   YFI 128.16023914428 INJ 135,922.613140235   ZEC 43,919.4737009613 KNC 434,572.643810026 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 16 | NAME REDACTED ADDRESS REDACTED | 156 | Genesis Global Capital, LLC | 04/28/23 | FTM 788.5008653 GUSD 8,868.11 USD 9,200.22 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801    LPT 24,673.1466099058 AAVE 33,788.9425230479    LRC 2,690,498.81970212 ALCX 8,676.38998201275    LTC 127,209.281884632 AMP 425,936.380.55768    MANA 5,593,977.33440294 ANKR 23,335,928.0678024    MATIC 16,964,467.2401572 APE 1,139,985.53964617    MKR 1,338.38038533215 AXS 90,870.9278787395    OXT 3,699,739.25944469 BAL 34,868.7609066813    PAXG 1,014.9737405?132 BAT 9,388,882.97197886    RBN 25,405.5734626778 BCH 44,121.774231399    REN 4,231,486.62614094 BNT 267,993.780189926    RLY 5,660,470.430170.8 BTC 15,094.3806124709    SKL 3,980,478.77162429 CHZ 688,964.618297403    SNX 237,906.952970567 COMP 14,038.7643541652    SOL 284,128.92393429 CRV 3,110,821.20254412    STORJ 1,811,065.26135581 DAI 8,326,580.27023902    SUSHI 597,029.850730662 DOGE 195,432,319.002998    TOKE 24,563.5645986667 ETH 157,019.767022979    UMA 60,303.1821763762 FET 2,013,560.72967566    UNI 511,292.129900501 FIL 2,601,610.12844771    USD 1,122,467,217.65 FTM 21,093,013.7169699    USDC 55,215,289.1233817 GRT 17,337,624.765759    USTC 1,260.54344897418 GUSD 375,437,385.038869    XTZ 695,291.945724483 INJ 135,922.613140235    YFI 128.16023914428 KNC 434,572.643810026    ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 1135 | Genesis Global Capital, LLC | 10/29/2023* | AMP 0.01539287 LTC 12.29104397 USD 846.64 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801    LPT 24,673.1466099058 AAVE 33,788.9425230479    LRC 2,690,498.81970212 ALCX 8,676.38998201275    LTC 127,209.281884632 AMP 425,936.380.55768    MANA 5,593,977.33440294 ANKR 23,335,928.0678024    MATIC 16,964,467.2401572 APE 1,139,985.53964617    MKR 1,338.38038533215 AXS 90,870.9278787395    OXT 3,699,739.25944469 BAL 34,868.7609066813    PAXG 1,014.9737405?132 BAT 9,388,882.97197886    RBN 25,405.5734626778 BCH 44,121.774231399    REN 4,231,486.62614094 BNT 267,993.780189926    RLY 5,660,470.430170.8 BTC 15,094.3806124709    SKL 3,980,478.77162429 CHZ 688,964.618297403    SNX 237,906.952970567 COMP 14,038.7643541652    SOL 284,128.92393429 CRV 3,110,821.20254412    STORJ 1,811,065.26135581 DAI 8,326,580.27023902    SUSHI 597,029.850730662 DOGE 195,432,319.002998    TOKE 24,563.5645986667 ETH 157,019.767022979    UMA 60,303.1821763762 FET 2,013,560.72967566    UNI 511,292.129900501 FIL 2,601,610.12844771    USD 1,122,467,217.65 FTM 21,093,013.7169699    USDC 55,215,289.1233817 GRT 17,337,624.765759    USTC 1,260.54344897418 GUSD 375,437,385.038869    XTZ 695,291.945724483 INJ 135,922.613140235    YFI 128.16023914428 KNC 434,572.643810026    ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 773 | Genesis Global Holdco, LLC | 07/04/2023* | AMP 4,190.00 DOGE 899.00 GRT 138.00 SPELL 2,132.00 USD 6,000.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801    LPT 24,673.1466099058 AAVE 33,788.9425230479    LRC 2,690,498.81970212 ALCX 8,676.38998201275    LTC 127,209.281884632 AMP 425,936.380.55768    MANA 5,593,977.33440294 ANKR 23,335,928.0678024    MATIC 16,964,467.2401572 APE 1,139,985.53964617    MKR 1,338.38038533215 AXS 90,870.9278787395    OXT 3,699,739.25944469 BAL 34,868.7609066813    PAXG 1,014.9737405?132 BAT 9,388,882.97197886    RBN 25,405.5734626778 BCH 44,121.774231399    REN 4,231,486.62614094 BNT 267,993.780189926    RLY 5,660,470.430170.8 BTC 15,094.3806124709    SKL 3,980,478.77162429 CHZ 688,964.618297403    SNX 237,906.952970567 COMP 14,038.7643541652    SOL 284,128.92393429 CRV 3,110,821.20254412    STORJ 1,811,065.26135581 DAI 8,326,580.27023902    SUSHI 597,029.850730662 DOGE 195,432,319.002998    TOKE 24,563.5645986667 ETH 157,019.767022979    UMA 60,303.1821763762 FET 2,013,560.72967566    UNI 511,292.129900501 FIL 2,601,610.12844771    USD 1,122,467,217.65 FTM 21,093,013.7169699    USDC 55,215,289.1233817 GRT 17,337,624.765759    USTC 1,260.54344897418 GUSD 375,437,385.038869    XTZ 695,291.945724483 INJ 135,922.613140235    YFI 128.16023914428 KNC 434,572.643810026    ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 19 | NAME REDACTED ADDRESS REDACTED | 1091 | Genesis Global Holdco, LLC | 10/10/2023* | USD 392.86 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind list below) |

1INCH 3,012,033.46333801  LPT 24,673.1466099058
AAVE 33,788.9425230479  LRC 2,690,498.81970212
ALCX 8,676.38998201275  LTC 127,209.281884632
AMP 425,936.380.55768  MANA 5,593,977.33440294
ANKR 23,335.928.0678024  MATIC 16,964,467.2401572
APE 1,139,985.53964617  MKR 1,338.38038533215
AXS 90,870.9278787395  OXT 3,699,739.25944469
BAL 34,868.7609066813  PAXG 1,014.97374057132
BAT 9,388,882.97197886  RBN 25,405.5734626778
BCH 44,121.774231399  REN 4,231,486.62614094
BNT 267,993.780189926  RLY 5,660,470.4301708
BTC 15,094.3806124709  SKL 3,980,478.77162429
CHZ 688,964.618297403  SNX 237,906.952970567
COMP 14,038.7643541652  SOL 284,128.92393429
CRV 3,110,821.20254412  SUSHI 597,029.850730662
DAI 8,326,580.27023902  TOKE 24,563.5645986667
DOGE 195,432,319.002998  UMA 60,303.1821763762
ETH 157,019.767022979  UNI 511,292.129900501
FET 2,013,560.72967566  USD 1,122,467,217.65
FIL 2,601,610.12844771  USDC 55,215,289.1233817
FTM 21,093,013.7169699  USTC 1,260.54344897418
GRT 17,337,624.765759  XTZ 695,291.945724483
GUSD 375,437,385.038869  YFI 128.16023914428
INJ 135,922.613140235  ZEC 43,919.4737009613
KNC 434,572.643810026

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED |
|---|---|---|---|---|---|---|---|---|---|
| 20 | NAME REDACTED ADDRESS REDACTED | 1036 | Genesis Global Capital, LLC | 09/18/2023* | USD 62,381.64 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 |

1INCH 3,012,033.46333801  LPT 24,673.1466099058
AAVE 33,788.9425230479  LRC 2,690,498.81970212
ALCX 8,676.38998201275  LTC 127,209.281884632
AMP 425,936.380.55768  MANA 5,593,977.33440294
ANKR 23,335.928.0678024  MATIC 16,964,467.2401572
APE 1,139,985.53964617  MKR 1,338.38038533215
AXS 90,870.9278787395  OXT 3,699,739.25944469
BAL 34,868.7609066813  PAXG 1,014.97374057132
BAT 9,388,882.97197886  RBN 25,405.5734626778
BCH 44,121.774231399  REN 4,231,486.62614094
BNT 267,993.780189926  RLY 5,660,470.4301708
BTC 15,094.3806124709  SKL 3,980,478.77162429
CHZ 688,964.618297403  SNX 237,906.952970567
COMP 14,038.7643541652  SOL 284,128.92393429
CRV 3,110,821.20254412  SUSHI 597,029.850730662
DAI 8,326,580.27023902  TOKE 24,563.5645986667
DOGE 195,432,319.002998  UMA 60,303.1821763762
ETH 157,019.767022979  UNI 511,292.129900501
FET 2,013,560.72967566  USD 1,122,467,217.65
FIL 2,601,610.12844771  USDC 55,215,289.1233817
FTM 21,093,013.7169699  USTC 1,260.54344897418
GRT 17,337,624.765759  XTZ 695,291.945724483
GUSD 375,437,385.038869  YFI 128.16023914428
INJ 135,922.613140235  ZEC 43,919.4737009613
KNC 434,572.643810026

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED |
|---|---|---|---|---|---|---|---|---|---|
| 21 | NAME REDACTED ADDRESS REDACTED | 54 | Genesis Global Capital, LLC | 04/20/23 | USD 5,981.49 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 |

1INCH 3,012,033.46333801  LPT 24,673.1466099058
AAVE 33,788.9425230479  LRC 2,690,498.81970212
ALCX 8,676.38998201275  LTC 127,209.281884632
AMP 425,936.380.55768  MANA 5,593,977.33440294
ANKR 23,335.928.0678024  MATIC 16,964,467.2401572
APE 1,139,985.53964617  MKR 1,338.38038533215
AXS 90,870.9278787395  OXT 3,699,739.25944469
BAL 34,868.7609066813  PAXG 1,014.97374057132
BAT 9,388,882.97197886  RBN 25,405.5734626778
BCH 44,121.774231399  REN 4,231,486.62614094
BNT 267,993.780189926  RLY 5,660,470.4301708
BTC 15,094.3806124709  SKL 3,980,478.77162429
CHZ 688,964.618297403  SNX 237,906.952970567
COMP 14,038.7643541652  SOL 284,128.92393429
CRV 3,110,821.20254412  SUSHI 597,029.850730662
DAI 8,326,580.27023902  TOKE 24,563.5645986667
DOGE 195,432,319.002998  UMA 60,303.1821763762
ETH 157,019.767022979  UNI 511,292.129900501
FET 2,013,560.72967566  USD 1,122,467,217.65
FIL 2,601,610.12844771  USDC 55,215,289.1233817
FTM 21,093,013.7169699  USTC 1,260.54344897418
GRT 17,337,624.765759  XTZ 695,291.945724483
GUSD 375,437,385.038869  YFI 128.16023914428
INJ 135,922.613140235  ZEC 43,919.4737009613
KNC 434,572.643810026

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 22 | NAME REDACTED ADDRESS REDACTED | 33 | Genesis Global Holdco, LLC | 03/07/23 | USD 26,240.47 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853 3215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 23 | NAME REDACTED ADDRESS REDACTED | 40 | Genesis Global Capital, LLC | 03/13/23 | USD 26,240.47 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853 3215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 24 | NAME REDACTED ADDRESS REDACTED | 1018 | Genesis Global Holdco, LLC | 09/09/2023* | GUSD 295,868.31 USD 887,604.93 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853 3215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 25 | NAME REDACTED ADDRESS REDACTED | 1165 | Genesis Global Holdco, LLC | 11/12/2023* | APE 12.42169758 AXS 7.74919881 BTC 1.78311731 ETH 12.17939876 MATIC 605.97700544 UMA 31.14096806 USD 281,400.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058; AAVE 33,788.9425230479 LRC 2,690,498.81970212; ALCX 8,676.38998201275 LTC 127,209.281884632; AMP 425,936.380.55768 MANA 5,593,977.33440294; ANKR 23,335,928.0678024 MATIC 16,964,467.2401572; APE 1,139,985.53964617 MKR 1,338.38038533215; AXS 90,870.9278787395 OXT 3,699,739.25944469; BAL 34,868.7609066813 PAXG 1,014.97374057132; BAT 9,388,882.97197886 RBN 25,405.5734626778; BCH 44,121.774231399 REN 4,231,486.62614094; BNT 267,993.780189926 RLY 5,660,470.430.1708; BTC 15,094.3806124709 SKL 3,980,478.77162429; CHZ 688,964.618297403 SNX 237,906.952970567; COMP 14,038.7643541652 SOL 284,128.92393429; CRV 3,110,821.20254412 STORJ 1,811,065.26135581; DAI 8,326,580.2702902 SUSHI 597,029.850730662; DOGE 195,432,319.002998 TOKE 24,563.5645986667; ETH 157,019.767022979 UMA 60,303.1821763762; FET 2,013,560.72967566 UNI 511,292.129900501; FIL 2,601,610.12844771 USD 1,122,467,217.65; FTM 21,093,013.7169699 USDC 55,215,289.1233817; GRT 17,337,624.765759 USTC 1,260.54344897418; GUSD 375,437,385.038869 XTZ 695,291.945724483; INJ 135,922.613140235 YFI 128.16023914428; KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 26 | NAME REDACTED ADDRESS REDACTED | 655 | Genesis Global Holdco, LLC | 06/10/2023* | GUSD 20,000.00 USD 40,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058; AAVE 33,788.9425230479 LRC 2,690,498.81970212; ALCX 8,676.38998201275 LTC 127,209.281884632; AMP 425,936.380.55768 MANA 5,593,977.33440294; ANKR 23,335,928.0678024 MATIC 16,964,467.2401572; APE 1,139,985.53964617 MKR 1,338.38038533215; AXS 90,870.9278787395 OXT 3,699,739.25944469; BAL 34,868.7609066813 PAXG 1,014.97374057132; BAT 9,388,882.97197886 RBN 25,405.5734626778; BCH 44,121.774231399 REN 4,231,486.62614094; BNT 267,993.780189926 RLY 5,660,470.430.1708; BTC 15,094.3806124709 SKL 3,980,478.77162429; CHZ 688,964.618297403 SNX 237,906.952970567; COMP 14,038.7643541652 SOL 284,128.92393429; CRV 3,110,821.20254412 STORJ 1,811,065.26135581; DAI 8,326,580.2702902 SUSHI 597,029.850730662; DOGE 195,432,319.002998 TOKE 24,563.5645986667; ETH 157,019.767022979 UMA 60,303.1821763762; FET 2,013,560.72967566 UNI 511,292.129900501; FIL 2,601,610.12844771 USD 1,122,467,217.65; FTM 21,093,013.7169699 USDC 55,215,289.1233817; GRT 17,337,624.765759 USTC 1,260.54344897418; GUSD 375,437,385.038869 XTZ 695,291.945724483; INJ 135,922.613140235 YFI 128.16023914428; KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 27 | NAME REDACTED ADDRESS REDACTED | 1097 | Genesis Global Capital, LLC | 10/13/2023* | ETH 4.373294 FTM 5,351.332466 USD 83,901.79 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058; AAVE 33,788.9425230479 LRC 2,690,498.81970212; ALCX 8,676.38998201275 LTC 127,209.281884632; AMP 425,936.380.55768 MANA 5,593,977.33440294; ANKR 23,335,928.0678024 MATIC 16,964,467.2401572; APE 1,139,985.53964617 MKR 1,338.38038533215; AXS 90,870.9278787395 OXT 3,699,739.25944469; BAL 34,868.7609066813 PAXG 1,014.97374057132; BAT 9,388,882.97197886 RBN 25,405.5734626778; BCH 44,121.774231399 REN 4,231,486.62614094; BNT 267,993.780189926 RLY 5,660,470.430.1708; BTC 15,094.3806124709 SKL 3,980,478.77162429; CHZ 688,964.618297403 SNX 237,906.952970567; COMP 14,038.7643541652 SOL 284,128.92393429; CRV 3,110,821.20254412 STORJ 1,811,065.26135581; DAI 8,326,580.2702902 SUSHI 597,029.850730662; DOGE 195,432,319.002998 TOKE 24,563.5645986667; ETH 157,019.767022979 UMA 60,303.1821763762; FET 2,013,560.72967566 UNI 511,292.129900501; FIL 2,601,610.12844771 USD 1,122,467,217.65; FTM 21,093,013.7169699 USDC 55,215,289.1233817; GRT 17,337,624.765759 USTC 1,260.54344897418; GUSD 375,437,385.038869 XTZ 695,291.945724483; INJ 135,922.613140235 YFI 128.16023914428; KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 28 | NAME REDACTED ADDRESS REDACTED | 517 | Genesis Global Holdco, LLC | 05/22/23 | USD 18,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026 | LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.3803853215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 29 | NAME REDACTED ADDRESS REDACTED | 1077 | Genesis Global Holdco, LLC | 10/03/2023* | ETH 500.00; LINK 74.85; USD 1,625.57; USDC 143.07; ZRX 953.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026 | LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.3803853215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |
| 30 | NAME REDACTED ADDRESS REDACTED | 937 | Genesis Global Capital, LLC | 07/31/2023* | GUSD 6,091.20† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936.380.55768; ANKR 23,335.928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.20254412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026 | LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.3803853215; OXT 3,699,739.25944469; PAXG 1,014.97374057132; RBN 25,405.5734626778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; SUSHI 597,029.850730662; TOKE 24,563.5645986667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.16023914428; ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| 31 | NAME REDACTED ADDRESS REDACTED | 825 | Genesis Global Holdco, LLC | 07/10/2023* | GUSD 302.17 USD 302.17 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.2613581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 79 | Genesis Global Capital, LLC | 04/13/23 | GUSD 12,768.82 USD 12,768.82 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.2613581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 33 | NAME REDACTED ADDRESS REDACTED | 198 | Genesis Global Holdco, LLC | 05/07/23 | AAVE 1.14144801  BCH 0.96179539  BTC 0.11812995  COMP 1.68595872  DOGE 257.34197766  ETH 1.53815284  FIL 28.55463484  LINK 71.14108744  LTC 6.03170965  MATIC 799.71215805  SOL 4.06189748  SUSHI 20.34573357  ZEC 6.80048899  ZRX 116.801251129† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.2613581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 34 | NAME REDACTED ADDRESS REDACTED | 662 | Genesis Global Holdco, LLC | 06/13/2023* | BAT 0.50<br>FTM 11.78<br>GUSD 211.117<br>MATIC 15.64<br>SPELL 0.16<br>USD 330.00<br>USDC 92.7912<br>USTC 8.08 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.29944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.16023914428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NAME REDACTED ADDRESS REDACTED | 73 | Genesis Global Capital, LLC | 04/13/23 | FTM 384.69747294<br>GRT 2,039.67408585<br>MATIC 1,523.76305801<br>USD 2,240.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.29944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.16023914428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | NAME REDACTED ADDRESS REDACTED | 628 | Genesis Global Holdco, LLC | 05/31/2023* | AXS 10.142269<br>FIL 25.299093<br>SOL 15.1448755 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.29944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.16023914428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | **CLAIMS TO BE DISALLOWED** | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 37 | NAME REDACTED ADDRESS REDACTED | 871 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 07/17/2023* | APE 40.91810361 BTC 0.03035578 DOGE 5,803.14571385 ETH 0.08556777† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936.380.55768  MANA 5,593,977.33440294 ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405715732 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.430.1708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 38 | NAME REDACTED ADDRESS REDACTED | 1136 | Genesis Global Holdco, LLC | 10/30/2023* | GUSD 2,035.99 USD 2,035.99 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936.380.55768  MANA 5,593,977.33440294 ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405715732 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.430.1708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 39 | NAME REDACTED ADDRESS REDACTED | 702 | Genesis Global Capital, LLC | 06/22/2023* | USD 0.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936.380.55768  MANA 5,593,977.33440294 ANKR 23,335.928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.9737405715732 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.430.1708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.16023914428 KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 40 | NAME REDACTED ADDRESS REDACTED | 1189 | Genesis Global Holdco, LLC | 11/17/2023* | AMP 52,000.00 BCH 2.00 BTC 0.3289 ETH 0.07 FIL 61.00 USD 4,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936.380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  —  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.3803853215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 41 | NAME REDACTED ADDRESS REDACTED | 1141 | Genesis Global Holdco, LLC | 10/30/2023* | BTC 0.232070058 ETH 2.21270153 USD 600.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936.380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  —  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.3803853215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 42 | NAME REDACTED ADDRESS REDACTED | 969 | Genesis Global Holdco, LLC | 08/11/2023* | GUSD 537.53 USD 537.53 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936.380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  —  LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.3803853215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.16023914428  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 43 | NAME REDACTED ADDRESS REDACTED | 752 | Genesis Global Holdco, LLC | 06/29/2023* | ETH 1.080426† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335.928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430.1708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,990.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 44 | NAME REDACTED ADDRESS REDACTED | 826 | Genesis Global Holdco, LLC | 07/10/2023* | BTC 0.06636766 ETH 3.87619 USD 7,397.25 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335.928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430.1708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,990.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 45 | NAME REDACTED ADDRESS REDACTED | 1151 | Genesis Global Holdco, LLC | 11/03/2023* | BTC 400.00 GUSD 280.00 MANA 20.00 USD 700.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335.928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.430.1708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,990.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 46 | NAME REDACTED ADDRESS REDACTED | 1030 | Genesis Global Holdco, LLC | 09/13/2023* | USDC 1,172.010787† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,465.217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.16023914428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 47 | NAME REDACTED ADDRESS REDACTED | 620 | Genesis Global Holdco, LLC | 06/04/2023* | AAVE 0.36233279 ANKR 103.45807091 AXS 1.85043509 BAL 0.25635038 BAT 124.48464797 BCH 0.16833986 COMP 0.8825006 DOGE 961.45992584 FIL 18.58878846 LTC 0.10335068 MKR 0.0195658 SOL 1.70923314 USD 1,100.00 YFI 0.00563908 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,465.217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.16023914428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 48 | NAME REDACTED ADDRESS REDACTED | 907 | Genesis Global Capital, LLC | 07/20/2023* | BTC 0.02028884 DAI 115.38088707 DOGE 38.30075167 LINK 2.05329032 USD 1,400.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.97374057132 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,465.217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.16023914428 KNC 434,572.643810026   ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 49 | NAME REDACTED ADDRESS REDACTED | 1180 | Genesis Global Capital, LLC | 11/16/2023* | BAT 7.03182098 BTC 0.00319274 ETH 0.14820112 GUSD 21.38† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405717132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 50 | NAME REDACTED ADDRESS REDACTED | 885 | Genesis Global Capital, LLC | 07/18/2023* | GUSD 3,013.43 USD 3,013.43 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405717132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 51 | NAME REDACTED ADDRESS REDACTED | 285 | Genesis Global Capital, LLC | 05/16/23 | BTC 0.31819381 ETH 6.888872 FTM 378.895145 USD 900.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405717132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.2613558 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 52 | NAME REDACTED ADDRESS REDACTED | 1076 | Genesis Global Capital, LLC | 10/03/2023* | BTC 0.06169882 ETH 1.736817 USD 4,566.89 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 ... |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 53 | NAME REDACTED ADDRESS REDACTED | 1080 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 10/03/2023* | BTC 0.06169882 ETH 1.736817 USD 4,566.38 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 ... |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 54 | NAME REDACTED ADDRESS REDACTED | 1078 | Genesis Global Holdco, LLC | 10/03/2023* | BTC 0.06169882 ETH 1.736817798 USD 4,556.22 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 ... |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

For each surviving claim, the TOTAL REMAINING IN KIND AMOUNT column contains:

1INCH 3,012,033.46333801  LPT 24,673.1466099058
AAVE 33,788.9425230479  LRC 2,690,498.81970212
ALCX 8,676.38998201275  LTC 127,209.281884632
AMP 425,936.380.55768  MANA 5,593,977.33440294
ANKR 23,335.928.0678024  MATIC 16,964.467.2401572
APE 1,139,985.53964617  MKR 1,338.38038533215
AXS 90,870.9278787395  OXT 3,699,739.25944469
BAL 34,868.7609066813  PAXG 1,014.97374057132
BAT 9,388,882.97197886  RBN 25,405.5734626778
BCH 44,121.774231399  REN 4,231,486.62614094
BNT 267,993.780189926  RLY 5,660,470.430.1708
BTC 15,094.3806124709  SKL 3,980,478.77162429
CHZ 688,964.618297403  SNX 237,906.952970567
COMP 14,038.7643541652  SOL 284,128.92393429
CRV 3,110,821.20254412  STORJ 1,811,065.26135581
DAI 8,326,580.27023902  SUSHI 597,029.850730662
DOGE 195,432,319.002998  TOKE 24,563.5645986667
ETH 157,019.767022979  UMA 60,303.1821763762
FET 2,013,560.72967566  UNI 511,292.129900501
FIL 2,601,610.12844771  USD 1,122,467,217.65
FTM 21,093,013.7169699  USDC 55,215,289.1233817
GRT 17,337,624.765759  USTC 1,260.54344897418
GUSD 375,437,385.038869  XTZ 695,291.945724483
INJ 135,922.613140235  YFI 128.1602391444428
KNC 434,572.643810026  ZEC 43,919.4737009613

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 55 | NAME REDACTED ADDRESS REDACTED | 801 | Genesis Global Capital, LLC | 07/06/2023* | AMP 337.18366786 ANKR 255.45812067 BAT 1,307.72383741 BTC 2.0346682 CRV 6.62693492 DOGE 81.32420679 ETH 1.25645275 FTM 95.38015183 GRT 4.50 GUSD 1.10 LINK 64.61146253 LRC 52.482349 LUNC 1.02008807 MANA 22.16486739 MATIC 11.72114315 OXT 47.68971375 REN 22.07727092 SAND 4.356206 SHIB 18,222,682.624539 SKL 55.380894 UNI 1.32043912 USD 70,030.01 WLUNA 3.190476 ZEC 5.53973008 ZRX 30.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |
| 56 | NAME REDACTED ADDRESS REDACTED | 1042 | Genesis Global Holdco, LLC | 09/18/2023* | AMP 337.18366786 ANKR 255.45812067 BAT 1,307.72383741 BTC 2.0346682 CRV 6.62693492 CVC 6.446026 DOGE 81.32420679 ETH 1.25645275 FTM 95.38015183 GRT 4.50 GUSD 1.10 LINK 64.61146253 LRC 52.482349 LUNC 1.02008807 MANA 22.16486739 MATIC 11.72114315 OXT 47.68971375 REN 22.07727092 SAND 4.356206 SHIB 18,222,682.624539 SKL 55.380894 UNI 1.32043912 USD 70,030.01 ZEC 5.53973008 ZRX 30.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |
| 57 | NAME REDACTED ADDRESS REDACTED | 838 | Genesis Global Holdco, LLC | 07/11/2023* | AMP 337.18366786 ANKR 255.45812067 BAT 1,307.72383741 BTC 2.0346682 CRV 6.62693492 DAI 20.00 DOGE 81.32420679 ETH 1.25645275 FTM 95.38015183 GRT 4.50 GUSD 1.10 LINK 64.61146253 LRC 52.482349 LUNC 1.02008807 MANA 22.16486739 MATIC 11.72114315 OXT 47.68971375 REN 22.07727092 SAND 4.356206 SHIB 18,222,682.624539 SKL 55.380894 UNI 1.32043912 USD 70,030.01 ZEC 5.53973008 ZRX 30.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| # | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 58 | NAME REDACTED ADDRESS REDACTED | 799 | Genesis Global Holdco, LLC | 07/06/2023* | AMP 337.18366786<br>ANKR 255.45812067<br>BAT 1,307.72383741<br>BTC 2.03466682<br>CRV 6.62693492<br>DOGE 81.32420679<br>ETH 1.25645275<br>FTM 95.38015183<br>GRT 4.50<br>GUSD 1.10<br>LINK 64.61146253<br>LRC 52.482349<br>LUNC 1.02008807<br>MANA 22.16486739<br>MATIC 11.72114315<br>OXT 47.68971375<br>REN 22.07727092<br>SAND 4.356026<br>SHIB 19,222,682.624539<br>SKL 55.380894<br>UNI 1.32043912<br>USD 70,030.01<br>WLUNA 3.190476<br>ZEC 5.53973008<br>ZRX 30.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AaVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.97374057132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.16023914428<br>KNC 434,572.643810026 ZEC 43,919.4737009613 |

_Reason: Asserted liabilities are duplicative of Gemini Master Claims._

| 59 | NAME REDACTED ADDRESS REDACTED | 632 | Genesis Global Capital, LLC | 06/05/2023* | GUSD 3,214.16<br>USD 3,214.16 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AaVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.97374057132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.16023914428<br>KNC 434,572.643810026 ZEC 43,919.4737009613 |

_Reason: Asserted liabilities are duplicative of Gemini Master Claims._

| 60 | NAME REDACTED ADDRESS REDACTED | 931 | Genesis Global Holdco, LLC | 07/30/2023* | BCH 0.00007<br>CRV 0.003<br>DOGE 191.00<br>INJ 11.00<br>MATIC 0.02<br>OXT 226.00<br>PAXG 0.000001<br>ZEC 0.69<br>ZRX 100.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AaVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.97374057132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.16023914428<br>KNC 434,572.643810026 ZEC 43,919.4737009613 |

_Reason: Asserted liabilities are duplicative of Gemini Master Claims._

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 61 | NAME REDACTED ADDRESS REDACTED | 449 | Genesis Global Holdco, LLC | 05/22/23 | USD 29,195.28 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.380385333215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 62 | NAME REDACTED ADDRESS REDACTED | 430 | Genesis Global Holdco, LLC | 05/22/23 | USD 29,195.28 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.380385333215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 63 | NAME REDACTED ADDRESS REDACTED | 530 | Genesis Global Capital, LLC | 05/22/23 | BTC 0.00025887 DOGE 133,056.943187 ETH 1.020086 LTC 13.415467 USD 13,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936.380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.380385333215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 64 | NAME REDACTED ADDRESS REDACTED | 277 | Genesis Global Capital, LLC | 05/15/23 | GUSD 105.22 USD 105.22 USTC 47.92 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / LPT 24,673.1466099058 / AAVE 33,788.9425230479 / LRC 2,690,498.81970212 / ALCX 8,676.38998201275 / LTC 127,209.281884632 / AMP 425,936.380.55768 / MANA 5,593,977.33440294 / ANKR 23,335,928.0678024 / MATIC 16,964,467.2401572 / APE 1,139,985.53964617 / MKR 1,338.380385533215 / AXS 90,870.9278787395 / OXT 3,699,739.25944469 / BAL 34,868.7609066813 / PAXG 1,014.9737405713 / BAT 9,388,882.97197886 / RBN 25,405.5734626778 / BCH 44,121.774231399 / REN 4,231,486.62614094 / BNT 267,993.780189926 / RLY 5,660,470.4301708 / BTC 15,094.3806124709 / SKL 3,980,478.77162429 / CHZ 688,964.618297403 / SNX 237,906.952970567 / COMP 14,038.7643541652 / SOL 284,128.92393429 / CRV 3,110,821.20254412 / STORJ 1,811,065.2613558 / DAI 8,326,580.27023902 / SUSHI 597,029.850730662 / DOGE 195,432,319.002998 / TOKE 24,563.5645986667 / ETH 157,019.767022979 / UMA 60,303.1821763762 / FET 2,013,560.72967566 / UNI 511,292.129900501 / FIL 2,601,610.12844771 / USD 1,122,467,217.65 / FTM 21,093,013.7169699 / USDC 55,215,289.1233817 / GRT 17,337,624.765759 / USTC 1,260.54344897418 / GUSD 375,437,385.038869 / XTZ 695,291.945724483 / INJ 135,922.613140235 / YFI 128.16023914428 / KNC 434,572.643810026 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 65 | NAME REDACTED ADDRESS REDACTED | 794 | Genesis Global Capital, LLC | 07/06/2023* | GUSD 105.78 MANA 0.00116124 USD 105.78 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / LPT 24,673.1466099058 / AAVE 33,788.9425230479 / LRC 2,690,498.81970212 / ALCX 8,676.38998201275 / LTC 127,209.281884632 / AMP 425,936.380.55768 / MANA 5,593,977.33440294 / ANKR 23,335,928.0678024 / MATIC 16,964,467.2401572 / APE 1,139,985.53964617 / MKR 1,338.380385533215 / AXS 90,870.9278787395 / OXT 3,699,739.25944469 / BAL 34,868.7609066813 / PAXG 1,014.9737405713 / BAT 9,388,882.97197886 / RBN 25,405.5734626778 / BCH 44,121.774231399 / REN 4,231,486.62614094 / BNT 267,993.780189926 / RLY 5,660,470.4301708 / BTC 15,094.3806124709 / SKL 3,980,478.77162429 / CHZ 688,964.618297403 / SNX 237,906.952970567 / COMP 14,038.7643541652 / SOL 284,128.92393429 / CRV 3,110,821.20254412 / STORJ 1,811,065.2613558 / DAI 8,326,580.27023902 / SUSHI 597,029.850730662 / DOGE 195,432,319.002998 / TOKE 24,563.5645986667 / ETH 157,019.767022979 / UMA 60,303.1821763762 / FET 2,013,560.72967566 / UNI 511,292.129900501 / FIL 2,601,610.12844771 / USD 1,122,467,217.65 / FTM 21,093,013.7169699 / USDC 55,215,289.1233817 / GRT 17,337,624.765759 / USTC 1,260.54344897418 / GUSD 375,437,385.038869 / XTZ 695,291.945724483 / INJ 135,922.613140235 / YFI 128.16023914428 / KNC 434,572.643810026 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 66 | NAME REDACTED ADDRESS REDACTED | 895 | Genesis Global Holdco, LLC | 07/18/2023* | AAVE 25.08629571 AXS 19.63737419 BTC 0.02187003 DOGE 462.64585005 ETH 6.50831254 GUSD 0.01 SAND 196.850393 UNI 26.44067916 USD 9,739.79 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 / LPT 24,673.1466099058 / AAVE 33,788.9425230479 / LRC 2,690,498.81970212 / ALCX 8,676.38998201275 / LTC 127,209.281884632 / AMP 425,936.380.55768 / MANA 5,593,977.33440294 / ANKR 23,335,928.0678024 / MATIC 16,964,467.2401572 / APE 1,139,985.53964617 / MKR 1,338.380385533215 / AXS 90,870.9278787395 / OXT 3,699,739.25944469 / BAL 34,868.7609066813 / PAXG 1,014.9737405713 / BAT 9,388,882.97197886 / RBN 25,405.5734626778 / BCH 44,121.774231399 / REN 4,231,486.62614094 / BNT 267,993.780189926 / RLY 5,660,470.4301708 / BTC 15,094.3806124709 / SKL 3,980,478.77162429 / CHZ 688,964.618297403 / SNX 237,906.952970567 / COMP 14,038.7643541652 / SOL 284,128.92393429 / CRV 3,110,821.20254412 / STORJ 1,811,065.2613558 / DAI 8,326,580.27023902 / SUSHI 597,029.850730662 / DOGE 195,432,319.002998 / TOKE 24,563.5645986667 / ETH 157,019.767022979 / UMA 60,303.1821763762 / FET 2,013,560.72967566 / UNI 511,292.129900501 / FIL 2,601,610.12844771 / USD 1,122,467,217.65 / FTM 21,093,013.7169699 / USDC 55,215,289.1233817 / GRT 17,337,624.765759 / USTC 1,260.54344897418 / GUSD 375,437,385.038869 / XTZ 695,291.945724483 / INJ 135,922.613140235 / YFI 128.16023914428 / KNC 434,572.643810026 / ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 67 | NAME REDACTED ADDRESS REDACTED | 904 | Genesis Global Capital, LLC | 07/20/2023* | BTC 0.0190162 GRT 1,620.76550824 LRC 3,638.7627088 MANA 1,569.474140891 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind amount list below) |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| 68 | NAME REDACTED ADDRESS REDACTED | 903 | Genesis Global Holdco, LLC | 07/20/2023* | BTC 0.0190162 GRT 1,620.76550824 LRC 3,638.7627088 MANA 1,569.474140891 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind amount list below) |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

| 69 | NAME REDACTED ADDRESS REDACTED | 905 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 07/20/2023* | BTC 0.0190162 GRT 1,620.76550824 LRC 3,638.7627088 MANA 1,569.474140891 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | (see in-kind amount list below) |

Reason: Asserted liabilities are duplicative of Gemini Master Claims.

TOTAL REMAINING IN KIND AMOUNT (same for claims 67, 68, 69):

1INCH 3,012,033.46333801
AAVE 33,788.9425230479
ALCX 8,676.38998201275
AMP 425,936,380.55768
ANKR 23,335,928.0678024
APE 1,139,985.53964617
AXS 90,870.9278787395
BAL 34,868.7609066813
BAT 9,388,882.97197886
BCH 44,121.77423139
BNT 267,993.780189926
BTC 15,094.3806124709
CHZ 688,964.618297403
COMP 14,038.7643541652
CRV 3,110,821.20254412
DAI 8,326,580.27023902
DOGE 195,432,319.002998
ETH 157,019.767022979
FET 2,013,560.72967566
FIL 2,601,610.1284771
FTM 21,093,013.7169699
GRT 17,337,624.765759
GUSD 375,437,385.038869
INJ 135,922.613140235
KNC 434,572.643810026
LPT 24,673.1466099058
LRC 2,690,498.81970212
LTC 127,209.281884632
MANA 5,593,977.33440294
MATIC 16,964,467.2401572
MKR 1,338.38038533215
OXT 3,699,739.25944469
PAXG 1,014.97374057132
RBN 25,405.5734626778
REN 4,231,486.62614094
RLY 5,660,470.430t708
SKL 3,980,478.77162429
SNX 237,906.952970567
SOL 284,128.92393429
STORJ 1,811,065.26135581
SUSHI 597,029.850730662
TOKE 24,563.5645986667
UMA 60,303.1821763762
UNI 511,292.129900501
USD 1,122,465.217.65
USDC 55,215,289.1233817
USTC 1,260.54344897418
XTZ 695,291.945724483
YFI 128.160239144428
ZEC 43,919.4737009613

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 70 | NAME REDACTED ADDRESS REDACTED | 168 | Genesis Global Capital, LLC | 05/02/23 | GUSD 5,094.01 USD 5,094.01 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9737405713, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.5434489741 8, XTZ 695,291.945724483, YFI 128.160239144428, ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | NAME REDACTED ADDRESS REDACTED | 1070 | Genesis Global Holdco, LLC | 10/02/2023* | BTC 0.01749263 USD 572.61 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9737405713, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.160239144428, ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | NAME REDACTED ADDRESS REDACTED | 911 | Genesis Global Capital, LLC | 07/21/2023* | APE 225.00 BTC 0.70 USD 2,500.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9737405713, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.160239144428, ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 73 | NAME REDACTED ADDRESS REDACTED | 1021 | Genesis Global Holdco, LLC | 09/09/2023* | DOGE 0.00682167 ETH 0.12725181 GUSD 27.54 MATIC 0.00164097 USD 235.55 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | NAME REDACTED ADDRESS REDACTED | 605 | Genesis Global Capital, LLC | 06/01/2023* | GUSD 5,236.97 USD 5,236.97 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75 | NAME REDACTED ADDRESS REDACTED | 567 | Genesis Global Capital, LLC | 05/27/2023* | BTC 0.00206336 DAI 5,642.478655 ETH 0.0498091† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 76 | NAME REDACTED ADDRESS REDACTED | 142 | Genesis Global Holdco, LLC | 04/26/23 | USD 4,640.81 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.430 1708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 77 | NAME REDACTED ADDRESS REDACTED | 1032 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 09/14/2023* | APE 18.03798983  FIL 104.19512977  LRC 660.92912368  LTC 20.00328788  SUSHI 250.10152402  USD 2,646.78 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.430 1708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 78 | NAME REDACTED ADDRESS REDACTED | 1043 | Genesis Global Capital, LLC | 09/21/2023* | 1INCH 40.248569  AAVE 0.002732  ALCX 0.028957  AMP 5,843.999135  ANKR 1,146.072846  AXS 0.965184  BCH 0.91213833  BTC 0.01217876  COMP 0.354269  DOGE 1,205.20209  ETH 0.14682  FET 62.6283  FIL 21.798016  GRT 353.85814  GUSD 699.33  INJ 30.762151  LINK 0.000421  LTC 0.472465  MANA 35.42436  OXT 151.189939  STORJ 0.002257  SUSHI 24.851127  UNI 4.768924  USD 2,029.55 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.38038533215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.430 1708  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 79 | NAME REDACTED ADDRESS REDACTED | 1131 | Genesis Global Capital, LLC | 10/26/2023* | BTC 0.00020779 GUSD 1,064.40 USD 1,064.40 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 80 | NAME REDACTED ADDRESS REDACTED | 1123 | Genesis Global Capital, LLC | 10/24/2023* | 1INCH 900.20 AMP 385,556.40 CHZ 5,299.30 FET 15,137.40 FIL 102.90 FTM 20,407.40 LINK 1.00 OXT 7,119.30† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

| 81 | NAME REDACTED ADDRESS REDACTED | 1066 | Genesis Global Capital, LLC | 09/29/2023* | 1INCH 900.21 AMP 385,556.40 CHZ 5,299.34 FET 15,137.43 FIL 102.97 FTM 20,407.48 LINK 1.04 OXT 71,119.39† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | | CLAIMS TO BE DISALLOWED | | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | NAME REDACTED ADDRESS REDACTED | 958 | Genesis Global Capital, LLC | 08/10/2023* | APE 557.329973 BTC 0.47110024 ETH 6.611263 FTM 208.73957 MANA 71.387441 MATIC 1,361.354875 SOL 20.059217 USD 30,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964.467.2401572  APE 1,139,985.53964617  MKR 1,338.3803853215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405713  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.430170  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.543448974418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.1602391444428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 83 | NAME REDACTED ADDRESS REDACTED | 32 | Genesis Global Capital, LLC | 03/07/23 | USD 105,918.09 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964.467.2401572  APE 1,139,985.53964617  MKR 1,338.3803853215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405713  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.430170  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.543448974418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.1602391444428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 84 | NAME REDACTED ADDRESS REDACTED | 593 | Genesis Global Holdco, LLC | 05/30/2023* | AAVE 0.60243324 DOGE 18.46537587 LINK 24.75672612 MATIC 579.63759394 UNI 38.03184872† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964.467.2401572  APE 1,139,985.53964617  MKR 1,338.3803853215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405713  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.430170  BTC 15,094.3806124709  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.850730662  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.543448974418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.1602391444428  KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 85 | NAME REDACTED ADDRESS REDACTED | 1154 | Genesis Global Holdco, LLC | 11/04/2023* | MATIC 100,000.00 USD 100,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | |
| 86 | NAME REDACTED ADDRESS REDACTED | 256 | Genesis Global Holdco, LLC | 05/15/23 | USD 20,982.56 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | |
| 87 | NAME REDACTED ADDRESS REDACTED | 255 | Genesis Global Holdco, LLC | 05/15/23 | USD 620.35 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 88 | NAME REDACTED ADDRESS REDACTED | 210 | Genesis Global Capital, LLC | 05/09/23 | USD 620.35 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.9737405332 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430.1708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.543448897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 89 | NAME REDACTED ADDRESS REDACTED | 586 | Genesis Global Holdco, LLC | 05/30/2023* | AMP 68,000.00† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.9737405332 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430.1708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.543448897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |
| 90 | NAME REDACTED ADDRESS REDACTED | 204 | Genesis Global Holdco, LLC | 05/05/23 | GUSD 4,944.67 USD 4,944.67 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.3803853215 OXT 3,699,739.25944469 PAXG 1,014.9737405332 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430.1708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,465.217.65 USDC 55,215,289.1233817 USTC 1,260.543448897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 91 | NAME REDACTED ADDRESS REDACTED | 933 | Genesis Global Capital, LLC | 07/31/2023* | BTC 0.03362126 ETH 0.56801951 GUSD 1.15† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405?132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170? SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |
| 92 | NAME REDACTED ADDRESS REDACTED | 928 | Genesis Global Holdco, LLC | 07/31/2023* | BTC 0.03362126 ETH 0.56801951 GUSD 1.15† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405?132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170? SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |
| 93 | NAME REDACTED ADDRESS REDACTED | 940 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 07/31/2023* | BTC 0.03362126 ETH 0.56801951 GUSD 1.15† | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405?132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.430170? SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Eleventh Omnibus Objection**
**Exhibit 1 - Gemini Duplicates**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 94 | NAME REDACTED ADDRESS REDACTED | 61 | Genesis Global Holdco, LLC | 04/12/23 | DOGE 28,301.95830821 USD 4,226.64 USDC 1,894.125568 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | |
| 95 | NAME REDACTED ADDRESS REDACTED | 1145 | Genesis Global Capital, LLC | 10/31/2023* | AMP 24,901.461365 ANKR 6,974.827131 BCH 0.01659066 BTC 0.05846242 ETH 4.80 MANA 320.259128 MATIC 90.414188 REN 310.546728 STORJ 479.604094 UNI 21.647501 USD 11,627.00 XTZ 357.194391 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | |
| 96 | NAME REDACTED ADDRESS REDACTED | 687 | Genesis Global Holdco, LLC | 06/19/2023* | 1INCH 1,000.00 GUSD 5,000.00 USD 6,000.00 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claims.* | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 97 | NAME REDACTED ADDRESS REDACTED | 946 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 08/04/2023* | BTC 0.00392 DOGE 2,520.314795 USD 301.64 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 98 | NAME REDACTED ADDRESS REDACTED | 749 | Genesis Global Holdco, LLC | 06/29/2023* | USD 506.58 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |
| 99 | NAME REDACTED ADDRESS REDACTED | 163 | Genesis Global Holdco, LLC | 05/01/23 | FIL 124.163132 GUSD 5,140.41 SOL 16.169743 UMA 663.77 USD 11,302.24 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claims. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
Eleventh Omnibus Objection
Exhibit 1 - Gemini Duplicates

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 100 | NAME REDACTED ADDRESS REDACTED | 1079 | Genesis Global Holdco, LLC | 10/03/2023* | GUSD 71,276.07 USD 71,276.07 | NAME REDACTED ADDRESS REDACTED | 356; 369; 400 | All Debtors | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936.380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.1284471  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claims.*