**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL

    **PLEASE TAKE NOTICE** that Kroll Restructuring Administration LLC hereby withdraws the *Affidavit of Service of Zen Ahmed Regarding Stipulation and Agreed Order Authorizing Intervention*, filed on January 19, 2024 [Docket No. 1180].

Dated: January 19, 2024

*/s/ Javier Hernandez*
 Javier Hernandez
 Kroll Restructuring Administration LLC
 55 East 52nd Street
 17th Floor
 New York, NY 10155

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street New York, NY 10007.