# EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

**Fee Summary for December 1, 2023 through December 31, 2023**

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,200.00 | 5.7 | $6,840.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 1.0 | $875.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $900.00 | 1.9 | $1710.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $875.00 | 3.9 | $3,412.50 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 3.9 | $2,535.00 |
| Roth, Will | Associate | Digital Assets | 2017 | $700.00 | 0.2 | $140.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $485.00 | 2.4 | $1,164.00 |

# EXHIBIT B

## Fee Summary by Project Category for December 1, 2023 through December 31, 2023

| Matter/Description | Hours | Amount |
|---|---|---|
| B110 Case Administration | 7.8 | $6,084.00 |
| B160 Fee/Employment Applications | 2.1 | $1,365.00 |
| B190 Litigation | 9.1 | $9,227.50 |
| **Total** | **19.0** | **$16,676.50** |

# EXHIBIT C

**Time Records for December 1, 2023 through December 31, 2023**



030986-0001    GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO             DATE:        01/17/24
               BANKRUPTCY MATTER                                     INVOICE #:   2223624

               ARIANNA PRETTO-SAKMANN                                TAXPAYER IDENTIFICATION
               GENESIS GLOBAL TRADING, INC.                          NUMBER 13-3205994
               250 PARK AVENUE SOUTH, 5TH FLOOR
               NEW YORK, NY 10003

**FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110** | | **CASE ADMINISTRATION** | | |
| 12/07/23 | HDR | E-MAILS TO/FROM C. RIBERO AND TEAM REGARDING UPCOMING HEARING. | 0.20 | 180.00 |
| 12/08/23 | TMK | REGISTER H. ROSENBLAT AND S. SICONOLFI FOR ZOOM HEARING | 0.20 | 97.00 |
| 12/12/23 | HDR | TELEPHONE CALL WITH S. SICONOLFI REGARDING HEARING (.1); FOLLOW-UP TELEPHONE CALLS AND E-MAILS TO/FROM S. SICONOLFI AND T. KNOX REGARDING HEARING ITEMS (.2). | 0.30 | 270.00 |
| 12/12/23 | TMK | EMAILS TO/FROM S. SICONOLFI REGARDING HEARING (.1); PRINT AND ASSEMBLE PDF DOCUMENTS IN PREPARATION FOR HEARING FOR H. ROSENBLAT (.9) | 1.00 | 485.00 |
| 12/12/23 | SSI | FOLLOW-UP WITH C. RIBIERO AND H. ROSEBLATT SEPARATELY ON OPEN BANKRUPTCY ISSUES | 0.60 | 390.00 |
| 12/13/23 | HDR | PREPARE FOR AND ATTEND HEARING (.6); FOLLOW-UP EMAILS TO/FROM J. VANLARE AND J. GOTTLIEB REGARDING SAME (.2) | 0.80 | 720.00 |
| 12/18/23 | SSI | FOLLOW-UP, ANALYSIS AND REVIEW OF OPEN ITEMS IN CASE (.6) AND ANALYSIS OF BANKRUPTCY DOCKET REGARDING SAME (.6) | 1.20 | 780.00 |
| 12/18/23 | JXG | EMAIL WITH CLEARY AND [REDACTED] ARBITRATIONS AND BANKRUPTCY STAY | 0.40 | 480.00 |
| 12/19/23 | HDR | TELEPHONE CALLS AND E-MAILS TO/FROM C. RIBERIO AND S. SICONOLFI REGARDING OPEN CASE ITEMS AND NEXT STEPS. | 0.20 | 180.00 |
| 12/20/23 | TMK | TELEPHONE CALLS WITH SS REGARDING OPEN ITEMS (.1); REVIEW AND EDIT DOCUMENTS (.3); FILE DOCUMENTS AND EMAIL TO SERVICE AGENT TO EFFECTUATE SERVICE (.5); PREPARE CERTIFICATE OF SERVICE OF SAME (.3) | 1.20 | 582.00 |
| 12/21/23 | HDR | E-MAILS TO/FROM C. RIBERIO AND S. SICONOLFI CONCERNING OPEN CASE MATTERS (.2); REVIEW OF FILES REGARDING SAME (.2) | 0.40 | 360.00 |
| **TOTAL TASK CODE** | **B110** | **CASE ADMINISTRATION** | **6.50** | **4,524.00** |



| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 01/17/24 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2223624 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B160** | | **FEE/EMPLOYMENT APPLICATIONS** | | |
| 12/19/23 | SSI | DRAFT, REVIEW, AND REVISE MONTHLY STATEMENT AND EXHIBITS FOR NOVEMBER | 1.80 | 1,170.00 |
| 12/20/23 | SSI | FINALIZE NOVEMBER FEE STATEMENT | 0.30 | 195.00 |
| **TOTAL TASK CODE** | **B160** | **FEE/EMPLOYMENT APPLICATIONS** | **2.10** | **1,365.00** |
| **TASK CODE B190** | | **LITIGATION** | | |
| 12/13/23 | MIM | REVIEW PRIOR EMAILS AND MATERIALS ABOUT ▮▮▮▮ TO RESPOND TO S. O'NEAL QUESTIONS (.30); SEND EMAIL TO S. O'NEAL REGARDING ▮▮▮▮ .40) | 0.70 | 612.50 |
| 12/18/23 | MIM | SEND EMAIL RESPONDING TO EMAIL FROM B. LENOX FROM CLEARY REGARDING GENESIS RETAINED CAUSES OF ACTION | 0.60 | 525.00 |
| 12/19/23 | MIM | REVIEW B. LENOX EMAILS REGARDING GENESIS RETAINED CAUSES OF ACTION (.30); INTERNAL EMAILS REGARDING GENESIS RETAINED CAUSES OF ACTION (.30) | 0.60 | 525.00 |
| 12/20/23 | MIM | REVIEW CUSTOMER ARBITRATIONS IN ORDER TO ANSWER B. LENOX QUESTIONS FOR RETAINED CAUSES OF ACTION (.8); FOLLOW-UP EMAILS WITH B. LENOX (.50) | 1.30 | 1,137.50 |
| 12/21/23 | MIM | REVIEW PRIOR ARBITRATIONS IN RESPONSE TO QUESTION OF K. ROSS OF CLEARY REGARDING CLAIMS RECONCILIATION (.30); SEND FOLLOW-UP EMAIL TO K. ROSS OF CLEARY (.20) | 0.50 | 437.50 |
| **TOTAL TASK CODE** | **B190** | **LITIGATION** | **3.70** | **3,237.50** |
| **GRAND TOTAL FEES** | | | **12.30** | **9,126.50** |
| | | TOTAL FEES SERVICES | $ | 9,126.50 |

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| **B110** | **CASE ADMINISTRATION** | | |
| HDR | HEATH D. ROSENBLAT | 1.90 | 1,710.00 |
| JXG | JASON GOTTLIEB | 0.40 | 480.00 |
| SSI | SALLY SICONOLFI | 1.80 | 1,170.00 |
| TMK | TUKISHA KNOX | 2.40 | 1,164.00 |
| **SUBTOTAL** | **B110   CASE ADMINISTRATION** | **6.50** | **4,524.00** |

# Morrison Cohen

| | | | | |
|---|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | | DATE: | 01/17/24 |
| | BANKRUPTCY MATTER | | INVOICE #: | 2223624 |

---

**TASK SUMMARY BY TIMEKEEPER**

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| SSI | SALLY SICONOLFI | 2.10 | 1,365.00 |
| SUBTOTAL | B160    FEE/EMPLOYMENT APPLICATIONS | 2.10 | 1,365.00 |
| | | | |
| B190 | LITIGATION | | |
| MIM | MICHAEL MIX | 3.70 | 3,237.50 |
| SUBTOTAL | B190    LITIGATION | 3.70 | 3,237.50 |
| | | | |
| TOTAL FEES | | 12.30 | 9,126.50 |

**TASK SUMMARY FOR FEES:**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 6.50 | 4,524.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 2.10 | 1,365.00 |
| B190 | LITIGATION | 3.70 | 3,237.50 |
| TOTAL FEES | | 12.30 | 9,126.50 |

**TIMEKEEPER SUMMARY**

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| HDR | HEATH D. ROSENBLAT | 1.90 | 1,710.00 |
| JXG | JASON GOTTLIEB | 0.40 | 480.00 |
| MIM | MICHAEL MIX | 3.70 | 3,237.50 |
| SSI | SALLY SICONOLFI | 3.90 | 2,535.00 |
| TMK | TUKISHA KNOX | 2.40 | 1,164.00 |
| TOTAL FEES | | 12.30 | 9,126.50 |

TOTAL BALANCE DUE FOR THIS PERIOD         $         9,126.50

---

**WIRE INSTRUCTIONS**

Bank Name:           HSBC

Bank Address:        452 Fifth Avenue
                     New York, NY 10018

*(Please note that the Bank Address may vary, but as long as the ABA*



| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: INVOICE #: | 01/17/24 2223624 |

---

| | |
|---|---|
| | *Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor New York, NY 10022 |
| <u>Special Instructions:</u> | Please reference Client Name and/or Client Number |



| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 01/17/24 |
|---|---|---|---|
| | | INVOICE #: | 2223625 |

ARIANNA PRETTO-SAKMANN  
GENESIS GLOBAL TRADING, INC.  
250 PARK AVENUE SOUTH, 5TH FLOOR  
NEW YORK, NY 10003  

TAXPAYER IDENTIFICATION  
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2023**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| ███████████████████████ | 030983-0001 | 5.10 | 5,695.00 |
| ███████████████████████████ | 030983-0015 | 0.20 | 175.00 |
| ███████████ | 030983-0017 | 1.40 | 1,680.00 |
| **GRAND TOTALS** | | **6.70** | **$ 7,550.00** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 5.30 | 6,360.00 |
| ISAACS, DANIEL C. | PARTNER | 875.00 | 1.00 | 875.00 |
| MIX, MICHAEL | PARTNER | 875.00 | 0.20 | 175.00 |
| ROTH, WILL | ASSOCIATE | 700.00 | 0.20 | 140.00 |
| | **GRAND TOTALS** | | **6.70** | **$ 7,550.00** |

# Morrison Cohen

| | | | DATE: | 01/17/24 |
|---|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | | INVOICE #: | 2223625 |

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---:|---:|---:|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 1.30 | 1,560.00 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **1.30** | **1,560.00** |

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---:|---:|---:|
| GOTTLIEB, JASON | PARTNER | 1,200.00 | 4.00 | 4,800.00 |
| ISAACS, DANIEL C. | PARTNER | 875.00 | 1.00 | 875.00 |
| MIX, MICHAEL | PARTNER | 875.00 | 0.20 | 175.00 |
| ROTH, WILL | ASSOCIATE | 700.00 | 0.20 | 140.00 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **5.40** | **5,990.00** |
| **GRAND TOTALS** | | | **6.70** | **$ 7,550.00** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|---|---|---|---:|
| ██████████ | 030983-0017 | ELECTRONIC DATA STORAGE | 32.00 |
| | **GRAND TOTALS** | | **$ 32.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD** ............................... $ **7,582.00**



| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 01/17/24 |
| | | INVOICE #: | 2223625 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 12/18/23 | JXG | EMAIL WITH CLEARY REGARDING ▮▮▮▮ FOR TREATMENT UNDER REGULATOR LITIGATION (.2); EMAIL WITH CLIENTS REGARDING STRATEGY (.2) | 0.40 | 480.00 |
| 12/27/23 | JXG | EMAIL WITH D. ISAACS REGARDING RESPONSE TO COMPLAINT (.1); EMAIL WITH A. PRETTO-SAKMANN REGARDING STRATEGY FOR REGULATOR RESPONSE (.3) | 0.40 | 480.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **0.80** | **960.00** |
| **TASK CODE B190 Litigation** | | | | |
| 12/11/23 | JXG | EMAIL WITH REGULATOR AND TEAM | 0.10 | 120.00 |
| 12/12/23 | JXG | EMAILS WITH A. WEAVER AND G. TAPALAGA RE: ▮▮▮▮ | 0.10 | 120.00 |
| 12/14/23 | JXG | CALL WITH CLEARY REGARDING ▮▮▮▮ | 0.30 | 360.00 |
| 12/15/23 | JXG | CALL WITH PROSKAUER, WHITE & CASE, AND CLEARY REGARDING ▮▮▮▮ (.6); CALL WITH REGULATOR (.3); FOLLOW-UP CALL WITH A. WEAVER (CLEARY) (.1); EMAIL WITH CLIENT & TEAM (.1) | 1.10 | 1,320.00 |
| 12/16/23 | JXG | EMAIL WITH CLEARY & TEAM | 0.20 | 240.00 |
| 12/17/23 | JXG | CALL WITH ▮▮▮▮ RE: REGULATOR ISSUES | 1.10 | 1,320.00 |
| 12/18/23 | DCI | ATTENTION TO WORKING ON RESPONSE TO COMPLAINT AND STRATEGY. | 0.30 | 262.50 |
| 12/19/23 | JXG | EMAIL WITH A. FORBES (CLEARY) RE: ▮▮▮▮ | 0.20 | 240.00 |
| 12/27/23 | DCI | REVIEW/ANALYZE POTENTIAL RESPONSES TO COMPLAINT. | 0.70 | 612.50 |
| 12/28/23 | WIR | CORRESPONDENCE REGARDING RESPONSE TO COMPLAINT | 0.20 | 140.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **4.30** | **4,735.00** |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      01/17/24
                                                              INVOICE #:  2223625

| | | |
|---|---:|---:|
| **TOTAL FEES SERVICES** | $ | **5,695.00** |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | $ | **5,695.00** |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---:|---:|---:|
| JASON GOTTLIEB | 3.90 | 1,200.00 | 4,680.00 |
| DANIEL C. ISAACS | 1.00 | 875.00 | 875.00 |
| WILLIAM ROTH | 0.20 | 700.00 | 140.00 |
| **TOTAL FEES** | **5.10** | | **5,695.00** |

| | | |
|---|---:|---:|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | $ | **5,695.00** |



| 030983-0015 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 01/17/24 |
| | | INVOICE #: | 2223625 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B190 Litigation** | | | | |
| 12/28/23 | MIM | SEND EMAIL TO ARBITRATION PROVIDER RESPONDING TO THEIR QUESTION ABOUT CASE STATUS (.20) | 0.20 | 175.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.20** | **175.00** |
| | | **TOTAL FEES SERVICES** | **$** | **175.00** |
| | | **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **175.00** |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| MICHAEL MIX | 0.20 | 875.00 | 175.00 |
| **TOTAL FEES** | **0.20** | | **175.00** |

| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | **$** | **175.00** |



| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 01/17/24 |
| --- | --- | --- | --- |
| | | INVOICE #: | 2223625 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2023**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| **TASK CODE B110 Case Administration** | | | | |
| 12/11/23 | JXG | CALL WITH REGULATOR (.1); EMAIL WITH CLIENT RE: ▉▉▉ (.2) | 0.30 | 360.00 |
| 12/28/23 | JXG | EMAIL WITH REGULATOR AND CLIENT RE: ▉▉▉ | 0.20 | 240.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **0.50** | **600.00** |
| **TASK CODE B190 Litigation** | | | | |
| 12/01/23 | JXG | CALL WITH REGULATOR(.1) AND EMAIL WITH CLIENT & CLEARY RE: SAME (.2) | 0.30 | 360.00 |
| 12/18/23 | JXG | CALL WITH REGULATOR (.1) AND EMAIL WITH CLIENT RE: SAME (.1) | 0.20 | 240.00 |
| 12/22/23 | JXG | CALL WITH REGULATOR (.1); EMAIL WITH CLIENT AND CLEARY RE: SAME (.2) | 0.30 | 360.00 |
| 12/29/23 | JXG | EMAIL WITH REGULATOR RE: ▉▉▉ | 0.10 | 120.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.90** | **1,080.00** |
| | | **TOTAL FEES SERVICES** | **$** | **1,680.00** |

| DISBURSEMENTS: | | VALUE |
| --- | --- | --- |
| ELECTRONIC DATA STORAGE | | 32.00 |
| TOTAL DISBURSEMENTS | $ | 32.00 |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | **$** | **1,712.00** |

**Morrison Cohen**

030983         GENESIS GLOBAL HOLDCO, LLC                    DATE:       01/17/24
                                                             INVOICE #:  2223625

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 1.40 | 1,200.00 | 1,680.00 |
| **TOTAL FEES** | **1.40** | | **1,680.00** |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | $ | **1,712.00** |



| | | | |
|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 01/17/24 |
| | | INVOICE #: | 2223625 |

**WIR E  INSTRUCTIONS**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

# EXHIBIT D

## Summary of Expenses for December 1, 2023 through December 31, 2023

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $32.00 |
| **Grand Total Expenses** | **$32.00** |

# EXHIBIT E

## Summary of Expenses for December 1, 2023 through December 31, 2023

**Relativity Hosting Fee**

12/31/2023 Relativity Hosting December 2023 – 030983-0017 - $32.00