WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jeffrey D. Saferstein
Jessica Liou
Furqaan Siddiqui

*Attorneys for Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | :     **Chapter 11** |
| | : |
| **GENESIS GLOBAL CAPITAL, LLC,** *et al.*, | :     **Case No. 23-10063 (SHL)** |
| | : |
| Debtors.[1] | :     **(Jointly Administered)** |
| | : |

------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jonathan Polkes, Caroline Zalka, Jenna Harris, and Jennifer Lau of Weil, Gotshal & Manges LLP hereby enter their appearance (the "**Notice of Appearance**") in the above-captioned chapter 11 cases as counsel to Digital Currency Group, Inc. ("**DCG**") pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and request that copies of any and all notices and papers filed or entered in this case be delivered to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Attention:  Jonathan Polkes
Caroline Zalka
Jenna Harris
Jennifer Lau
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jonathan.polkes@weil.com
caroline.zalka@weil.com
jenna.harris@weil.com
jennifer.lau@weil.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any substantive of procedural rights of DCG including, without limitation, (i) the right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable in these chapter 11 cases or in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary

2

withdrawal; (iv) the right to object to the jurisdiction of this Bankruptcy Court; and (v) an election of remedies.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments to which DCG is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: January 23, 2024
       New York, New York

                                       */s/ Caroline Zalka*
                                       WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jonathan Polkes
Caroline Zalka
Jenna Harris
Jennifer Lau

*Attorneys for Digital Currency Group, Inc.*

3