Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1120, 1167, 1187** |

**NOTICE OF (I) ADJOURNMENT
OF DEBTORS' EIGHTEENTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE)
TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C.
§ 502 AND FED. R. BANKR. P. 3007 (CO-LIABILITY
CONTINGENT) SOLELY WITH RESPECT TO CLAIM
NOS. 375, 398 AND 408 AND (II) EXTENSION OF RESPONSE
DEADLINE SOLELY WITH RESPECT TO CLAIM NOS. 472, 483 AND 501**

    **PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on or about May 19, 2023, proof of claim number 375 ("Claim No. 375"), proof of claim number 398 ("Claim No. 398"), and proof of claim number 408 ("Claim No. 408," and together with Claim No. 375 and Claim No. 398, the "Moro Claims") were filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, on or about May 22, 2023, proof of claim number 472 ("Claim No. 472"), proof of claim number 483 ("Claim No. 483"), and proof of claim number 501 ("Claim No. 501," and together with Claim No. 472 and Claim No. 483, the "Silbert Claims") were filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, on January 2, 2024, the Debtors filed the *Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent)* (ECF No. 1120) (the "Objection"), seeking to disallow and expunge certain claims. The Objection was scheduled to be heard before this Court on February 1, 2024, at 11:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, on January 18, 2024, the Debtors filed the *Notice of Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent)* (ECF No. 1167) (the "Adjournment Notice") adjourning the Objection to the February 8, 2024, omnibus hearing at 11:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, on January 23, 2024, counsel for Claimant Soichiro "Michael" Moro, holder of the Moro Claims, filed a response to the Objection (ECF No. 1187) (the "Response").

**PLEASE TAKE FURTHER NOTICE** that the Adjournment Notice stated, due to a clerical error, that the Response Deadline (as defined in the Objection) will "remain January 30, 2024" when in fact the Response Deadline was January 23, 2024 at 4:00 P.M. (prevailing Eastern time) in the Objection.

**PLEASE TAKE FURTHER NOTICE** that, as authorized by the Court, for the avoidance of confusion, solely with respect to the Silbert Claims (i) the Response Deadline is hereby extended to January 30, 2024; and (ii) the deadline for the Debtors to file a reply, if any, is hereby extended to February 6, 2024.

**PLEASE TAKE FURTHER NOTICE** that, as authorized by the Court, in light of the Response, solely with respect to the Moro Claims (i) the Debtors hereby adjourn, without prejudice, the Objection to the March 6, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time); and (ii) the deadline for the Debtors to file a reply, if any, is hereby extended to March 1, 2024.

| | |
|---|---|
| Dated:  January 25, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors<br>and Debtors-in-Possession* |

3