**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Victor Wong, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 24, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan [Docket No. 1144]

On January 24, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Fee Application Service List attached hereto as **Exhibit B**:

- Monthly Fee Statement of Kroll Restructuring Administration LLC, as Administrative Advisor to the Debtors, for the Period from December 1, 2023 Through December 31, 2023 [Docket No. 1192]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Dated: January 29, 2024

*/s/ Victor Wong*
Victor Wong

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 29, 2024, by Victor Wong, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

23-10063-shl    Doc 1225    Filed 02/02/24    Entered 02/02/24 11:43:10    Main Document
Pg 3 of 7

# Exhibit A

Notice Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 15467658 | Ad Hoc Group of Genesis Lenders | Address on File | Email Address on File | First Class Mail and Email |
| 16304325 | Ad Hoc Group of Genesis Lenders | Address on File | Email Address on File | First Class Mail and Email |
| 12047523 | Name on File | Address on File | | First Class Mail |
| 12871811 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12108373 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12875807 | ARK Cryptocurrency Master Fund LLC | Address on File | Email Address on File | First Class Mail and Email |
| 12873437 | ARK Cryptocurrency Master Fund LLC | Address on File | Email Address on File | First Class Mail and Email |
| 12047636 | Name on File | Address on File | | First Class Mail |
| 12868335 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12872617 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 18160261 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12046483 | Name on File | Address on File | | First Class Mail |
| 12873631 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12885391 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12885394 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12046743 | Name on File | Address on File | | First Class Mail |
| 12046869 | Name on File | Address on File | | First Class Mail |
| 20820966 | Marcos Holdings I LLC as Transferee of Ad Hoc Group of Genesis Lenders - Anonymous Lender 81 | Address on File | | First Class Mail |
| 12046936 | Name on File | Address on File | | First Class Mail |
| 12830380 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12885531 | Name on File | Address on File | | First Class Mail |
| 12885401 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12869081 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12047168 | Name on File | Address on File | | First Class Mail |
| 12857344 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12885446 | Name on File | Address on File | | First Class Mail |
| 12873757 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12875906 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12872668 | Name on File | Address on File | Email Address on File | First Class Mail and Email |

In re: Genesis Global Holdco, LLC, *et al.*

Case No. 23-10063 (SHL)

## Exhibit A

Notice Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 12762359 | Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12885618 | Name on File | Address on File | | First Class Mail |

**Exhibit B**

# Exhibit B

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver, Rishi Zutshi, Sabrina A. Bremer, Thomas S. Kessler, Brad Lenox, David Z. Schwartz, Deandra Fike | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com; lbarefoot@cgsh.com; aweaver@cgsh.com; rzutshi@cgsh.com; sabremer@cgsh.com; tkessler@cgsh.com; blenox@cgsh.com; dschwartz@cgsh.com; dfike@cgsh.com |
| Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman | arianna@genesistrading.com |
| Office of the US Trustee | Attn: Greg Zipes | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov; greg.zipes@usdoj.gov |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |