**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT BETWEEN GENESIS GLOBAL CAPITAL, LLC AND THE U.S. SECURITIES AND EXCHANGE COMMISSION

Upon the motion to shorten (the "Motion to Shorten")[2] of Genesis Global Holdco, LLC and its affiliates Genesis Global Capital, LLC ("GGC") and Genesis Asia Pacific Pte. Ltd., as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors," and the cases, the "Chapter 11 Cases"), for entry of an order (this "Order") shortening the notice period to consider the approval of *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between Genesis Global Capital, LLC and the U.S. Securities and Exchange Commission* (the "Settlement Motion") pursuant to Bankruptcy Rule 9006(c)(1) and Local Rules 9006-1 and 9077-1; and upon consideration of the Declaration; and the Court having to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion to Shorten and the requested relief being a core proceeding the Bankruptcy Court can determine pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]     All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from

the United States District Court for the Southern District of New York dated January 31, 2012

(Preska, C.J.); and it appearing that notice of the Motion to Shorten has been given as set forth in

the Motion to Shorten and that such notice is adequate and no other or further notice need be given;

and the relief requested in the Motion to Shorten being in the best interests of the Debtors and their

estates and creditors; and the Court having reviewed the Motion to Shorten; and the Court having

determined that the legal and factual bases set forth in the Motion to Shorten establish just cause

for the relief granted herein; and upon all of the proceedings had before the Court and after due

deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

The Motion to Shorten is GRANTED and approved as set forth herein.

1.     The notice period otherwise applicable to consider approval of the

Settlement Motion is hereby shortened so as to allow the hearing to consider the relief requested

in the Settlement Motion to take place on **February 14, 2024 at 10:00 a.m.** (prevailing Eastern

Time).

2.     Objections to the Settlement Motion must be filed (with two single-sided

courtesy copies mailed to Chambers) by ***February 9, 2024 at 4:00 p.m.*** ~~February 7, 2024 at 4:00~~

~~p.m.~~ ***[SHL]*** (prevailing Eastern Time) and served on: (i) the Office of the United States Trustee

for Region 2, Attn: Greg Zipes, Esq.; (ii) counsel to the Debtors, Cleary Gottlieb, Steen and

Hamilton LLP, One Liberty Plaza, NY, NY 10006, Attn: Sean A. O'Neal, Esq.

(soneal@cgsh.com) and Jane VanLare, Esq. (jvanlare@cgsh.com); (iii) counsel to the Committee,

White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip

Abelson, Esq. (philip.abelson@whitecase.com); and counsel to the Ad Hoc Group of Genesis

Creditors, Proskauer Rose LLP, Eleven Times Square, New York, New York, 10036, Attn:  Brian

Rosen, Esq. (brosen@proskauer.com) and 70 W Madison Street Suite 3800, Chicago, Illinois

60602, Attn: Jordan Sazant (jsazant@proskauer.com).

3.      The notice procedures set forth in the Motion to Shorten are good and

sufficient notice and satisfy Bankruptcy Rules 2002(a), 6006 and 9014 by providing the

counterparties with notice and an opportunity to object and be heard at a hearing.

4.      This Court shall retain jurisdiction with respect to any matters, claims,

rights or disputes arising from or related to the Motion to Shorten or the implementation,

interpretation or enforcement of this Order.

Dated: February 2, 2024
      White Plains, New York

                                                 */s/ Sean H. Lane*
                                              United States Bankruptcy Judge