**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GENESIS GLOBAL HOLDCO LLC, _et al._[1], | ) Case No. 23-10063 (SHL) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

_____

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on February 5, 2024, _The New Jersey Bureau of Securities' Response and Reservation of Rights to the Debtors' Amended Joint Chapter 11 Plan_ was e-filed via CM/ECF and served on all parties registered to receive notification of such filings. Additionally, the following parties were served by e-mail (unless a different manner of service is indicated):

| | |
|---|---|
| Luke A. Barefoot, Esq.<br>Sean A. O'Neal, Esq.<br>Jane Vanlare, Esq.<br>**Cleary Gottlieb Steen and Hamilton LLP**<br>lbarefoot@cgsh.com<br>soneal@cgsh.com<br>jvanlare@cgsh.com<br><br>_Counsel to Debtors_ | Tara Tiantian, Esq.<br>Greg M. Zipes, Esq.<br>**Office of the United States Trustee – NY**<br>Tara.tiantian@usdoj.gov<br>Greg.zipes@usdoj.gov<br><br>_U.S. Trustee_ |
| Philip Abelson, Esq.<br>J. Christopher Shore, Esq.<br>**White & Case LLP**<br>Philip.abelson@whitecase.com<br>cshore@whitecase.com<br><br>_Counsel to the Official Committee of Unsecured Creditors_ | _Via FedEx Overnight Delivery_<br>Chambers of the Honorable Sean H. Lane<br>United States Bankruptcy Court<br>For the Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**MCELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**

Dated: February 5, 2024

*/s/ Jeffrey Bernstein*

Jeffrey Bernstein
570 Broad Street
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com

**-AND-**

Virginia T. Shea, Esq.
225 Liberty Street, 36th Floor
New York, NY 10281
Telephone: (973) 565-2048
E-mail: vshea@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*