**THE LAW OFFICES OF RICHARD J. CORBI PLLC**
1501 Broadway, 12th Floor
New York, New York 10036
Tel: (646) 571-2033
Email: rcorbi@corbilaw.com
Richard J. Corbi

*Counsel for* ███████████████████

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | |
|  | : | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | : | |
|  | : | Case No. 23-10063 (SHL) |
| Debtors. | : | (Jointly Administered) |

**RESERVATION OF RIGHTS
OF ███████████████████ TO NOTICE OF FILING OF PLAN
SUPPLEMENT FOR THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

███████████████████ ("███████" by and through its undersigned counsel, respectfully submits this reservation of rights ("ROR") to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), *Notice of Filing Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan* (the "Setoff Plan Supplement") (Doc. No. 1144). In support of this ROR, ███████ respectfully states as follows:

1. The Debtors' Setoff Plan Supplement details the setoff principles for allowed claims against the Debtors as well a schedule of claims subject to the setoff principles.

2. ███████ is identified as claim number 351 and schedule F number GGC 3.1.0104 on Exhibit 1 to the Setoff Plan Supplement. While ███████ is in general support of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10003.

the setoff principles contained in Setoff Plan Supplement, ███████ reserves its rights to the extent the Setoff Plan Supplement seeks to adjudicate Chainview's claim pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure in the event the Setoff Plan Supplement is not approved by this Court.

Dated: February 5, 2024
       New York, New York

**THE LAW OFFICES OF RICHARD J. CORBI PLLC**

By: */s/ Richard J. Corbi*
    Richard J. Corbi
1501 Broadway, 12th Floor
New York, New York 10036
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com

*Counsel for* ███████████████

## Certificate of Service

   I certify that on February 5, 2024, I caused a copy of the foregoing document to be served by Electronic Case Filings System for the United States Bankruptcy Court for the Southern District of New York.

          **THE LAW OFFICES OF RICHARD J. CORBI PLLC**

         By: */s/ Richard J. Corbi*
           Richard J. Corbi
         1501 Broadway, 12th Floor
         New York, New York 10036
         Telephone: (646) 571-2033
         Email: rcorbi@corbilaw.com