CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al*.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Digital Currency Group, Inc.<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 23- 01168 (SHL) |
| Genesis Global Capital, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>DCG International Investments Ltd.<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 23- 01169 (SHL) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

## AGENDA FOR HEARING TO BE HELD
## FEBRUARY 8, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)

**Date and Time of Hearing:** February 8, 2024, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:** Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The February 8 hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the February 8 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the February 8 Hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AGENDA FOR FEBRUARY 8 HEARING

**Matters to be Heard at February 8 Hearing:**

I. **Uncontested Matters:**

   1. **Seventeenth Omnibus Claim Objection:** *Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed R. Bankr. P. 3007 (No Liability).* ECF No. 1060.

      i. **General Response Deadline:** January 9, 2024 at 4:00 p.m. (Eastern Time)

      ii. **No Responses**

      iii. **Related Pleadings:**

      a. *Supplemental Declaration of Paul Kinealy in Support of Debtors' Fourth and Seventeenth Omnibus Objections (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. Sec. 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1152.

      b. *Notice of Adjournment of Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim Nos. 213 and 291.* ECF No. 1168.

   iv. **Status:** A proposed order has been filed and the matter is going forward with respect to Claim Nos. 213 and 291.

2. **Nineteenth Omnibus Claim Objection:** *Debtors Nineteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation).* ECF No. 1141.

   i. **General Response Deadline:** January 30, 2024 at 4:00 p.m. (Eastern Time)

   ii. **No Responses**

   iii. **No Related Pleadings**

   iv. **Status:** A proposed order has been filed and the matter is going forward.

3. **Twentieth Omnibus Claim Objection:** *Debtors' Twentieth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1142.

   i. **General Response Deadline:** January 30, 2024 at 4:00 p.m. (Eastern Time)

   ii. **No Responses**

   iii. **No Related Pleadings**

   iv. **Status:** A proposed order has been filed and the matter is going forward.

4. **Eighteenth Omnibus Claim Objection:** *Debtors' Eighteenth Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1120.

   i. **General Response Deadline:** January 23, 2024 at 4:00 p.m. (Eastern Time)

   ii. **Responses:**

      a. *Response in Opposition to Debtors' Objection to Claim Nos. 375, 398, and 408 in Eighteenth Omnibus Objection to Certain Claims.* ECF No. 1187.

   iii. **Related Pleadings:**

      a. *Notice of Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1167.

      b. *Notice of (I) Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to Claim Nos. 375, 398, and 408 and (II) Extension of Response Deadline Solely with Respect to Claim Nos. 472, 483, and 501.* ECF No. 1193.

      c. *Debtors' Revised Proposed Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to the Silbert Claims.* ECF No. 1208.

   iv. **Status:** A revised proposed order has been filed and the matter is going forward except with respect to Claim Nos. 472, 483, and 501, the hearing on which has been adjourned to March 6, 2024 at 11:00 a.m. (Eastern Time).

## II. Contested Matters:

1. **Seventh Omnibus Claim Objection:** *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified).* ECF No. 999.

   i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

   ii. **Responses:**

      a. *Response to Seventh Omnibus Objection (Claim #55).* ECF No. 1056.

      b. *Response in Opposition to Debtors' Objections to Claim Nos. 402 and 405 in Seventh Omnibus Objection.* ECF No. 1076.

      c. *Response To Seventh Omnibus Objection.* ECF No. 1083.

      d. *Debtors' Reply in Support of the Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) with Respect to Claim Nos. 402 and 405.* ECF No. 1188.

      e. *Claimants' Sur-Reply to Debtors Reply in Support of the Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405.* ECF No. 1223.

   iii. **Related Pleadings:**

      a. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R.*

4

   *Bankr. 3008 (Modify and Allow as Modified) Solely with Respect to Claims 458 and 495.* ECF No. 1072.

  b. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified).* ECF No. 1082.

  c. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified).* ECF No. 1084.

  d. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect Claim Nos. 402 and 405.* ECF No. 1085.

  e. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified) Solely with Respect to Claim 260.* ECF No. 1106.

  f. *Notice of Debtors' Revised Proposed Order Granting Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).* ECF No. 1111.

  g. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect Claim No. 493.* ECF No. 1121.

  h. *Notice of Further Adjournment of Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect to Nos. 402 and 405.* ECF No. 1123.

  i. *Notice of Further Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405.* ECF No. 1179.

 iv. **Status:** A proposed order has been filed and the matter is going forward with respect to Claim Nos. 402 and 405.

### III. <u>Adversary Proceeding Matters not Going Forward:</u>

1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

5

    **i.**    **Related Pleadings**:

        a.  *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

    **ii.**    **Status**: This pre-trial conference has been adjourned to March 6, 2024 at 11:00 a.m. (Prevailing Eastern Time).

**2. Pre-Trial Conference.** *Complaint against DCG International Investments Ltd*. ECF No. 1, Adv. Pro. No. 23-01169.

    **i.**    **Related Pleadings**:

        a.  *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

    **ii.**    **Status**: This pre-trial conference has been adjourned to March 6, 2024 at 11:00 a.m. (Prevailing Eastern Time).

Dated: February 6, 2024  
      New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Luke A. Barefoot*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Thomas S. Kessler  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors  
and Debtors-in-Possession*