UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                                  Chapter 11

GENESIS GLOBAL HOLDCO, LLC, *et al.*                   Case No. 23-10063 (SHL)

                             Debtors.                                    (Jointly Administered)
---------------------------------------------------------------x

## ORDER DENYING REQUEST TO EXCEED PAGE LIMITS

Upon the *Motion of Digital Currency Group, Inc. and DCG International Investments Ltd. to Exceed the Page Limit for Their Objection to Confirmation of the Debtors' Amended Plan* [ECF No. 1247] (the "Motion"); and the Motion having been filed contemporaneous with *Digital Currency Group, Inc. and DCG International Investments Ltd.'s Objection to Confirmation of the Debtors' Amended Plan* [ECF No. 1248] (the "Objection"); and the Court having directed in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 44] (the "Case Management Order") that "[u]nless prior permission has been granted, moving and responsive briefs shall be no more than forty (40) pages in length. . . .", *id.* ¶ 6; and the Court having already denied the request of another party in the above-captioned case to exceed the page limit in the Case Management Order with respect to an objection to confirmation of the debtors' amended plan; it is hereby

**ORDERED**, that the Motion is denied and the Office of the Clerk of the Court is directed to strike the Objection from the docket in the above-captioned case; and it is further

**ORDERED**, that Digital Currency Group, Inc. and DCG International Investments Ltd. are directed to file as soon as possible a revised objection to confirmation of the debtors' amended plan that complies with the page limits in the Case Management Order.

Dated: White Plains, New York
       February 6, 2024

                                                 */s/ Sean H. Lane*
                                                 UNITED STATES BANKRUPTCY JUDGE