WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP
Thomas A. Draghi, Esq.
William C. Heuer, Esq.
Alexandra Troiano, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
tdraghi@westermanllp.com
wheuer@westermanllp.com
atroiano@westermanllp.com

*Counsel for the New York State Office of the Attorney General
on behalf of the People of the State of New York*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re:

GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1]

                                       Debtors.

-----------------------------------------------------------X

Chapter 11
Case No.: 23-10063 (SHL)
(Jointly Administered)

## AMENDED CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 5th day of February, 2024, in accordance with applicable law, a true and correct copy of the **RESERVATION OF RIGHTS OF THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL WITH RESPECT TO THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN** [Docket No. 1232] was served (i) via CM/ECF to the persons/entities that have made electronic appearances, and (ii) by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). The case numbers are as follows: 23-10063 for Genesis Global Holdco, LLC; 23-10064 for Genesis Global Capital, LLC; and, 23-10065 for Genesis Asia Pacific PTE. LTD. For these Chapter 11 Cases, the Debtors' service address is 250 Park Avenue South, 5th Floor, New York, NY 10003.

within the State of New York by first class United States mail postage pre-paid and/or via e-mail, as indicated below, upon the parties as listed on the attached Service List.

Dated: Uniondale, New York
February 7, 2024

                         WESTERMAN BALL EDERER MILLER
                         ZUCKER & SHARFSTEIN, LLP

                         By:  */s/Alexandra Troiano*
                             Thomas A. Draghi, Esq.
                             Jay S. Hellman, Esq.
                             Alexandra Troiano, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Telephone No. (516) 622-9200

*Counsel for the New York State Office of the Attorney General on behalf of the People of the State of New York*

Service List

**Served via e-mail on the following parties:**

Counsel to Soichiro "Michael" Moro
Arnold & Porter Kaye Scholer LLP
Attn: Benjamin Mintz
 Marcus Asner
 Justin Imperato
250 West 55th Street
New York, NY 10019
benjamin.mintz@arnoldporter.com
marcus.asner@arnoldporter.com
justin.imperato@arnoldporter.com

Counsel to Donut, Inc.
ASK LLP
Attn: Edward E. Neiger
 Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
eneiger@askllp.com
mudem@askllp.com

Counsel to Digital Finance Group Co., Baird Holm LLP
Attn: Jeremy C. Hollembeak
1700 Farnam Street Ste. 1500
Omaha, NE 68102
jhollembeak@bairdholm.com

Counsel to the Fair Deal Group, Brown Rudnick LLP
Attn: Kenneth J. Aulet
Seven Times Square
New York, NY 10036
kaulet@brownrudnick.com

Counsel to the Fair Deal Group
Brown Rudnick LLP
Attn: Matthew A. Sawyer
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com

Counsel to the Debtors and Debtors-in Possession
Cleary Gottlieb Steen & Hamilton LLP
Attn: Jack Massey

One Liberty Plaza
New York, NY 10006
jamassey@cgsh.com

Counsel to the Debtors
Cleary Gottlieb Steen & Hamilton LLP
Attn:   Sean O'Neal
        Jane VanLare
        Hoo Ri Kim
        Michael Weinberg
        Richard C. Minott
        Christian Ribeiro
        Luke A. Barefoot
        Andrew Weaver
        Rishi Zutshi
        Sabrina A. Bremer
        Thomas S. Kessler
        Brad Lenox
        David Z. Schwartz
        Deandra Fike
One Liberty Plaza
New York, NY 10006
soneal@cgsh.com
jvanlare@cgsh.com
hokim@cgsh.com
mdweinberg@cgsh.com
rminott@cgsh.com
cribeiro@cgsh.com
lbarefoot@cgsh.com
aweaver@cgsh.com
rzutshi@cgsh.com
sabremer@cgsh.com
tkessler@cgsh.com
blenox@cgsh.com
dschwartz@cgsh.com
dfike@cgsh.com

Debtors
Genesis Global Holdco, LLC
Attn:   Derar Islim,
        Arianna Pretto-Sankman
175 Greenwich Street, Floor 38
New York, NY 10007
arianna@genesistrading.com

Counsel to Foundry Digital LLC

Horwood Marcus & Berk Chartered
Attn:   Aaron L. Hammer
        Nathan E. Delman,
500 W. Madison St., Ste. 3700
Chicago, IL, 60661
ahammer@hmblaw.com
ndelman@hmblaw.com
ecfnotices@hmblaw.com

Counsel to Gemini Trust Company, LLC
Hughes Hubbard & Reed LLP
Attn:   Anson B. Frelinghuysen
        Dustin P. Smith
        Jeffrey S. Margolin
        Erin Diers
One Battery Park Plaza
New York, NY 10004
anson.frelinghuysen@hugheshubbard.com
dustin.smith@hugheshubbard.com
jeff.margolin@hugheshubbard.com
erin.diers@hugheshubbard.com

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224
mimi.m.wong@irscounsel.treas.gov

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA, 19101-7346
mimi.m.wong@irscounsel.treas.gov

Bankruptcy Counsel to the Securities Litigation Lead Plaintiff
Kaplan Fox & Kilsheimer LLP
Attn: Jeffrey P. Campisi
800 Third Avenue, 38th Floor
New York, NY 10022
jcampisi@kaplanfox.com

Counsel to Ad Hoc Group of Creditors
Kirkland & Ellis LLP Kirkland & Ellis International LLP
Attn:   Joshua A. Sussberg

        Christopher Marcus
         Ross J. Fiedler
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
christopher.marcus@kirkland.com

Special Litigation Counsel to Debtors and Debtors-in-Possession
Kobre & Kim LLP
Attn:   Danielle L. Rose
        Daniel J. Saval
        John G. Conte
800 Third Avenue
New York, NY 10022
Danielle.Rose@kobrekim.com
Daniel.Saval@kobrekim.com
John.Conte@kobrekim.com

Claims and Noticing Agent
Kroll Restructuring Administration LLC
Attn:   Jessica Berman
        Christine Porter & Herb Baer
55 East 52nd Street, 17th Floor
New York, NY 10055
genesisteam@ra.kroll.com
serviceqa@ra.kroll.com

Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)
Latham & Watkins LLP
Attn:   Adam J. Goldberg
        Christopher Harris
        Brett M. Neve
        Nacif Taousse
        Marissa Alter-Nelson
1271 Avenue of the Americas
New York, NY 10020
adam.goldberg@lw.com
chris.harris@lw.com
brett.neve@lw.com
nacif.taousse@lw.com
marissa.alter-nelson@lw.com

Counsel to Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation)
Latham & Watkins LLP
Attn: Eric R. Swibel

330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
eric.swibel@lw.com

Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)
Latham & Watkins LLP
Attn:   Nima H. Mohebbi
        Tiffany M. Ikeda
        Sarah F. Mitchell
        Emily R. Orman
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
nima.mohebbi@lw.com
tiffany.ikeda@lw.com
sarah.mitchell@lw.com
emily.orman@lw.com

Counsel to 250 Park LLC
Leech Tishman Robinson Brog, PLLC
Attn: Fred B. Ringel
875 Third Avenue, 9th Floor
New York, NY 10022
fringel@leechtishman.com

Bankruptcy Counsel to the Securities Litigation Lead Plaintiff
Lowenstein Sandler LLP
Attn:   Michael S. Etkin
        Andrew D. Behlmann
        Michael Papandrea
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
abehlmann@lowenstein.com
mpapandrea@lowenstein.com

Counsel to Genesis Crypto Creditors Ad Hoc Group
McDermott Will & Emery LLP
Attn:   Darren Azman
        Joseph B. Evans
        Lucas Barrett
One Vanderbilt Avenue,
New York, NY 10017-3852
dazman@mwe.com
jbevans@mwe.com
lbarrett@mwe.com

Counsel to Genesis Crypto Creditors Ad Hoc Group
McDermott Will & Emery LLP
Attn: Gregg Steinman
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
gsteinman@mwe.com

Counsel to the New Jersey Bureau of Securities
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: Jeffrey Bernstein
570 Broad Street, Suite 1401
Newark, NJ 07102
jbernstein@mdmc-law.com

Counsel to the New Jersey Bureau of Securities
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: Nicole Leonard
225 Liberty Street, 36th Floor
New York, NY 10281
nleonard@mdmc-law.com

Counsel to the New Jersey Bureau of Securities
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attn: Virginia T. Shea
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
vshea@mdmc-law.com

Counsel to BAO Family Holdings LLC
Medina Law Firm LLC
Attn: Eric S. Medina
641 Lexington Avenue, Thirteenth Floor
New York , NY 10022
emedina@medinafirm.com

Special Litigation and Enforcement Counsel to the Debtors
Morrison Cohen LLP
Attn:   Heath D. Rosenblat
        Jason P. Gottlieb
909 Third Avenue, 27th Floor
New York, NY 10022
hrosenblat@morrisoncohen.com

Counsel to NYSOAG

New York State Office of the Attorney General
Attn: Gabriel Tapalaga
Investor Protection Bureau
28 Liberty St., 21st Floor
New York, NY 10005
gabriel.tapalaga@ag.ny.gov

Counsel to Mirana Corp.
Norton Rose Fulbright US LLP
Attn:   Eric Daucher
         Victoria V. Corder
         Francisco Vazquez
1301 Avenue of the Americas
New York, NY 10019-6022
eric.daucher@nortonrosefulbright.com
victoria.corder@nortonrosefulbright.com

Office of The United States Trustee – NY Office
Attn: Greg Zipes
Alexander Hamilton Custom House
One Bowling Green, Suite 515
New York, NY 10014
ustpregion02.nyecf@usdoj.gov
andy.velez-rivera@usdoj.gov
tara.tiantian@usdoj.gov
greg.zipes@usdoj.gov

Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al.
Paul Hastings LLP
Attn:   Kristopher M. Hansen
         Kenneth Pasquale
         Isaac Sasson
200 Park Avenue,
New York, NY 10166
krishansen@paulhastings.com
kenpasquale@paulhastings.com
isaacsasson@paulhastings.com

Counsel to Caramila Capital Management LLC and Residia Asset Management AG
Polsinelli PC
Attn: Christopher A. Ward
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
cward@polsinelli.com

Counsel to Caramila Capital Management LLC and Residia Asset Management AG
Polsinelli PC
Attn: Jeremy R. Johnson
600 Third Avenue, 42nd Floor
New York, NY 10016
jeremy.johnson@polsinelli.com

Counsel to Ad Hoc Group of Genesis Lenders
Proskauer Rose LLP
Attn:  Brian S. Rosen
       Vincent Indelicato
       Megan R. Volin
       Peter D. Doyle
       Genesis G. Sanchez Tavarez
       William D. Dalsen
Eleven Times Square
New York, NY 10036
brosen@proskauer.com
vindelicato@proskauer.com
mvolin@proskauer.com
PDoyle@proskauer.com
GSanchezTavarez@proskauer.com
wdalsen@proskauer.com

Counsel to Ad Hoc Group of Genesis Lenders
Proskauer Rose LLP
Attn: Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
jsazant@proskauer.com

Counsel to Ad Hoc Group of Dollar Lenders
Pryor Cashman LLP
Attn:  Seth H. Lieberman
       Matthew W. Silverman
7 Times Square
New York, NY 10036-6569
slieberman@pryorcashman.com
msilverman@pryorcashman.com

Securities and Exchange Commission - Headquarters
Securities & Exchange Commission
Attn: Secretary Of The Treasury
100 F Street, NE
Washington, DC 20549
secbankruptcy@sec.gov

nyrobankruptcy@sec.gov

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov

Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Ste 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

Special Litigation Counsel to the Official Committee of Unsecured Creditors
Seward & Kissel LLP
Attn:   John R. Ashmead
        Mark D. Kotwick
        Catherine V. LoTempio
        Andrew J. Matott
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
kotwick@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Bankruptcy Counsel to the Securities Litigation Lead Plaintiff
Silver Golub & Teitell LLP
Attn: Ian W. Sloss
One Landmark Square, 15th Floor
Stamford, CT 06901
isloss@sgtlaw.com

Counsel to FTX Trading Ltd.
Sullivan & Cromwell LLP
Attn:   Andrew G. Dietderich
        James L. Bromley
        Brian D. Glueckstein
        Alexa J. Kranzley
        Christian P. Jensen
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com

bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
jensenc@sullcrom.com

United States Attorney's Office for the Southern District of New York
U.S. Attorney for Southern District of New York
Attn: Bankruptcy Division
86 Chambers Street, 3rd Floor
New York, NY 10007
jeffrey.oestericher@usdoj.gov
lawrence.fogelman@usdoj.gov
peter.aronoff@usdoj.gov
linda.riffkin@usdoj.gov

Counsel to Digital Currency Group, Inc.
Weil, Gotshal & Manges LLP
Attn:   Jeffrey D. Saferstein
        Ronit Berkovich
        Jessica Liou
        Furqaan Siddiqui
        Jonathan Polkes
        Caroline Zalka
        Jenna Harris
        Jennifer Lau
767 Fifth Avenue
New York, NY 10153
jeffrey.saferstein@weil.com
ronit.berkovich@weil.com
jessica.liou@weil.com
furqaan.siddiqui@weil.com
jonathan.polkes@weil.com
caroline.zalka@weil.com
jenna.harris@weil.com
jennifer.lau@weil.com

Counsel to Official Committee of Unsecured Creditors
White & Case LLP
Attn: Gregory F. Pesce
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
gregory.pesce@whitecase.com

Counsel to Official Committee of Unsecured Creditors
White & Case LLP
Attn: J. Christopher Shore
Philip Abelson
Michele J. Meises
1221 Avenue of the Americas
New York, NY 10020
cshore@whitecase.com
philip.abelson@whitecase.com
michele.meises@whitecase.com

Counsel to Gemini Trust Company, LLC
Willkie Farr & Gallagher LLP
Attn: Daniel I. Forman
787 Seventh Avenue
New York, NY 10019
dforman@willkie.com

Counsel to Gemini Trust Company, LLC
Willkie Farr & Gallagher LLP
Attn: Donald Burke
Mark T. Stancil
1875 K Street, N.W.
Washington, DC 20006
dburke@willkie.com
mstancil@willkie.com

Counsel to Barry Habib
Windels Marx Lane & Mittendorf, LLP
Attn: James M. Sullivan
156 West 56th Street
New York, NY 10019
jsullivan@windelsmarx.com

**Served via regular mail on the following parties:**

Cleary Gottlieb Steen & Hamilton LLP
Attn:   Sean O'Neal, Esq.
            Luke A. Barefoot, Esq.
One Liberty Plaza
New York, NY 10006

Hughes Hubbard & Reed LLP
Attn: Anson B. Frelinghuysen, Esq.
One Battery Park Plaza
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Jeffrey D. Saferstein, Esq.
767 Fifth Avenue
New York, NY 10153

White & Case LLP
Attn: J. Christopher Shore, Esq.
1221 Avenue of the Americas
New York, NY 10020

Proskauer Rose LLP
Attn: Brian S. Rosen, Esq.
Eleven Times Square
New York, NY  10036

McElroy Deutsch Mulvaney & Carpenter LLP
Attn.: Jeffrey Bernstein, Esq.
570 Broad Street
Newark, NJ 07102

Adam M. Adler
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street, 17th Floor
New York, NY 10055

Office of the US Trustee
Attn: Greg Zipes, Esq.
Alexander Hamilton Custom House
One Bowling Green, Suite 515
New York, NY 10014

Paul Hastings LLP
Attn:   Kristopher M. Hansen, Esq.
200 Park Avenue,
New York, NY 10166

TN Department of Revenue
Attn: TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN, 37202-0207

Attorney for Vivian Farmery
Stuart P. Gelberg, Esq.
Attn: Stuart P. Gelberg
125 Turkey Lane
Cold Spring Harbor, NY 11724

02957369.DOCX