CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**WITNESS LIST
IN CONNECTION WITH THE CONFIRMATION HEARING**

   Genesis Global Holdco, LLC and its affiliated debtors Genesis Global Capital, LLC ("GGC") and Genesis Asia Pacific Pte. Ltd. (collectively, the "Debtors"), as debtors and debtors-in-possession in the above-captioned cases (the "Chapter 11 Cases"), by their undersigned counsel, submit the following list of witnesses designated by the parties in connection with the hearing on confirmation of the Debtors' chapter 11 plan on February 14, 2023 at 10:00am (ET) (the "Confirmation Hearing"):

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| Witness | Designating Party |
|---|---|
| Paul Aronzon, in his capacity as a member of the Special Committee of the Board of Directors of Genesis Global Holdco, LLC | Debtors |
| Joseph Sciametta, Managing Director at Alvarez & Marsal North America, LLC | Debtors |
| Alex Orchowski, on behalf of Kroll Restructuring Administration, LLC | Debtors |
| Brad Geer, Managing Director at Houlihan Lokey Capital, Inc. | Official Committee of Unsecured Creditors |
| Adam Verost, Partner at Ducera Partners LLC | Digital Currency Group, Inc. |
| Crypto Creditor Group Declarant #1 [2] | Genesis Crypto Creditors Ad Hoc Group (the "Crypto Creditor Group") |
| Crypto Creditor Group Declarant #2 | Crypto Creditor Group |

The Crypto Creditor Group objects to the testimony of Paul Aronzon and Joseph Sciametta to the extent that their fact declarations or testimony concerns the proposed releases in the Debtors' chapter 11 plan.

[*remainder of page intentionally left blank*]

---

[2] The identity of the Crypto Creditor Group witnesses have been redacted at the request of their counsel. The Debtors reserve all rights with respect to the redaction of this information.

| | |
|---|---|
| Dated: February 7, 2024<br>New York, New York | /s/ *Andrew Weaver*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>Andrew Weaver<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

3