UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING
DEBTORS' THIRD OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT
TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)**

Upon the *Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Duplicate Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Duplicate Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Duplicate Claims identified in Exhibit 1 attached hereto.

2. Each of the Duplicate Claims is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. The Ad Hoc Group Master Claim will be unaffected by this Order (subject to the Debtors' right to assert additional objections and defenses to the allowance of such claim), and the Ad Hoc Group's right to assert the liabilities reflected in the Ad Hoc Group Master Claim on behalf of the Ad Hoc Group Claimants against the Debtors' estates will be preserved, subject to the Debtors' reservations of their rights to object to the Ad Hoc Group Master Claim and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4. This Order shall be deemed a separate Order with respect to each of the Duplicate Claims identified in Exhibit 1. Any appeal and/or stay of this Order pending appeal by any Ad Hoc Group Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor

to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: February 7, 2024
      White Plains, New York

                                  */s/ Sean H. Lane*
                                  HONORABLE SEAN H. LANE
                                  UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

**Duplicate Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Third Omnibus Objection**
**Exhibit 1 - Duplicate**

| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 3 | Genesis Global Capital, LLC | 01/30/23 | USD 67,773,827.13 | NAME REDACTED ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92  GUSD 1,163,366.30  AAVE 248.6041124  KNC 335,104.48  ADA 40,230,518.81  LINK 33,289.6718  ALGO 10,046,892.99  MANA 2,513,236.64  BCH 46,370.833324  MATIC 110,469.41024  BNB 342.4210573  SAND 9,872,662.65  BSV 2,116.6926  SNX 422,830.27  BTC 45,433.3258860553  SOL 1,354,711.36359  COMP 26.342002  TRX 178,161,600.98  ETC 465,616.77  UNI 4,789.5253  ETH 388,024.296067887  USD 334,274,839.14  ETHW 194,484.53897355  USDC 226,394,160.49  FIL 101,960.15  USDT 48,392,411.90  FLOW 377,708.4734  XLM 55,198,695.7891†  GLMR 1,675,988.70 |
| | *Reason: The creditor asserts duplicative liability as contained within the master Ad Hoc claim.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 52 | Genesis Global Capital, LLC | 04/11/23 | USD 2,850,531.42  USDC 3,963.51 | NAME REDACTED ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92  GUSD 1,163,366.30  AAVE 248.6041124  KNC 335,104.48  ADA 40,230,518.81  LINK 33,289.6718  ALGO 10,046,892.99  MANA 2,513,236.64  BCH 46,370.833324  MATIC 110,469.41024  BNB 342.4210573  SAND 9,872,662.65  BSV 2,116.6926  SNX 422,830.27  BTC 45,433.3258860553  SOL 1,354,711.36359  COMP 26.342002  TRX 178,161,600.98  ETC 465,616.77  UNI 4,789.5253  ETH 388,024.296067887  USD 334,274,839.14  ETHW 194,484.53897355  USDC 226,394,160.49  FIL 101,960.15  USDT 48,392,411.90  FLOW 377,708.4734  XLM 55,198,695.7891†  GLMR 1,675,988.70 |
| | *Reason: The creditor asserts duplicative liability as contained within the master Ad Hoc claim.* | | | | | | | | | |
| 3 | NAME REDACTED[1] ADDRESS REDACTED | 225 | Genesis Global Capital, LLC | 05/11/23 | USD 4,096,712.10 | NAME REDACTED ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92  GUSD 1,163,366.30  AAVE 248.6041124  KNC 335,104.48  ADA 40,230,518.81  LINK 33,289.6718  ALGO 10,046,892.99  MANA 2,513,236.64  BCH 46,370.833324  MATIC 110,469.41024  BNB 342.4210573  SAND 9,872,662.65  BSV 2,116.6926  SNX 422,830.27  BTC 45,433.3258860553  SOL 1,354,711.36359  COMP 26.342002  TRX 178,161,600.98  ETC 465,616.77  UNI 4,789.5253  ETH 388,024.296067887  USD 334,274,839.14  ETHW 194,484.53897355  USDC 226,394,160.49  FIL 101,960.15  USDT 48,392,411.90  FLOW 377,708.4734  XLM 55,198,695.7891†  GLMR 1,675,988.70 |
| | *Reason: The creditor asserts duplicative liability as contained within the master Ad Hoc claim.* | | | | | | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 5 | Genesis Global Capital, LLC | 02/02/23 | BTC 202.958904  ETH 304.438356† | NAME REDACTED ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92  GUSD 1,163,366.30  AAVE 248.6041124  KNC 335,104.48  ADA 40,230,518.81  LINK 33,289.6718  ALGO 10,046,892.99  MANA 2,513,236.64  BCH 46,370.833324  MATIC 110,469.41024  BNB 342.4210573  SAND 9,872,662.65  BSV 2,116.6926  SNX 422,830.27  BTC 45,433.3258860553  SOL 1,354,711.36359  COMP 26.342002  TRX 178,161,600.98  ETC 465,616.77  UNI 4,789.5253  ETH 388,024.296067887  USD 334,274,839.14  ETHW 194,484.53897355  USDC 226,394,160.49  FIL 101,960.15  USDT 48,392,411.90  FLOW 377,708.4734  XLM 55,198,695.7891†  GLMR 1,675,988.70 |
| | *Reason: The creditor asserts duplicative liability as contained within the master Ad Hoc claim.* | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 384 | Genesis Global Capital, LLC | 05/21/23 | BTC 531.4976  ETH 2,559.7937  USD 81,923.36 | NAME REDACTED ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92  GUSD 1,163,366.30  AAVE 248.6041124  KNC 335,104.48  ADA 40,230,518.81  LINK 33,289.6718  ALGO 10,046,892.99  MANA 2,513,236.64  BCH 46,370.833324  MATIC 110,469.41024  BNB 342.4210573  SAND 9,872,662.65  BSV 2,116.6926  SNX 422,830.27  BTC 45,433.3258860553  SOL 1,354,711.36359  COMP 26.342002  TRX 178,161,600.98  ETC 465,616.77  UNI 4,789.5253  ETH 388,024.296067887  USD 334,274,839.14  ETHW 194,484.53897355  USDC 226,394,160.49  FIL 101,960.15  USDT 48,392,411.90  FLOW 377,708.4734  XLM 55,198,695.7891†  GLMR 1,675,988.70 |
| | *Reason: The creditor asserts duplicative liability as contained within the master Ad Hoc claim.* | | | | | | | | | |

1 - Conflicted Claims
†Indicates claim contains unliquidated and/or undetermined amounts

**Genesis Global Holdco, LLC Case No. 23-10063**
**Third Omnibus Objection**
**Exhibit 1 - Duplicate**

| | | **CLAIMS TO BE DISALLOWED** | | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 6 | NAME REDACTED ADDRESS REDACTED | 358 | Genesis Global Capital, LLC | 05/21/23 | BTC 378.4263<br>ETH 461.4412<br>USD 33,134.72 | NAME REDACTED ADDRESS REDACTED | 831 | Genesis Global Capital, LLC | 07/11/23 | 1INCH 61,798.92<br>AAVE 248.6041124<br>ADA 40,230,518.81<br>ALGO 10,046,892.99<br>BCH 46,370.833324<br>BNB 342.4210573<br>BSV 2,116.6926<br>BTC 45,433.3258860553<br>COMP 26.342002<br>ETC 465,616.77<br>ETH 388,024.296067887<br>ETHW 194,484.53897355<br>FIL 101,960.15<br>FLOW 377,708.4734<br>GLMR 1,675,988.70 | GUSD 1,163,366.30<br>KNC 335,104.48<br>LINK 33,289.6718<br>MANA 2,513,236.64<br>MATIC 110,469.41024<br>SAND 9,872,662.65<br>SNX 422,830.27<br>SOL 1,354,711.36359<br>TRX 178,161,600.98<br>UNI 4,789.5253<br>USD 334,274,839.14<br>USDC 226,394,160.49<br>USDT 48,392,411.90<br>XLM 55,198,695.7891† |

*Reason: The creditor asserts duplicative liability as contained within the master Ad Hoc claim.*

1 - Conflicted Claims
†Indicates claim contains unliquidated and/or undetermined amounts