UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' FOURTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO
CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR.
P. 3007 (DUPLICATE, AMENDED AND NO LIABILITY)**

Upon the *Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified on Exhibits 1, 2, 3, 4 and 5 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Disputed Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]   Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified on Exhibit 4 attached hereto.

2. Each of the Disputed Claims identified on Exhibit 4 is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. The Surviving Claims will be unaffected by this Order (subject to the Debtors' and the Official Committee of Unsecured Creditors' right to assert additional objections and defenses to the allowance of such claims), and the affected Claimants' right to assert these liabilities to the extent they are reflected in the Surviving Claims will be preserved, subject to the Debtors' and the Official Committee of Unsecured Creditors' reservations of their rights to object to the Surviving Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4. This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on Exhibit 4. Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any

Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: February 7, 2024
      White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

# Genesis Global Holdco, LLC Case No. 23-10063
## Fourth Omnibus Objection
## Exhibit 4 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED<br>ADDRESS REDACTED | 1072 | Genesis Global Holdco, LLC | 09/30/2023* | USD 462.16 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 2 | NAME REDACTED<br>ADDRESS REDACTED | 601 | Genesis Global Capital, LLC | 06/01/2023* | ETH 6.0343699<br>LINK 177.38202564† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 3 | NAME REDACTED<br>ADDRESS REDACTED | 945 | Genesis Global Holdco, LLC | 08/04/2023* | DOGE 40.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 4 | NAME REDACTED<br>ADDRESS REDACTED | 750 | Genesis Global Holdco, LLC | 06/29/2023* | DOGE 6,022.00<br>ETH 1.083<br>LRC 262.00<br>USD 2,600.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 5 | NAME REDACTED<br>ADDRESS REDACTED | 757 | Genesis Global Capital, LLC | 07/01/2023* | AAVE 18.293<br>BTC 0.12633991<br>ETH 3.16134161<br>FIL 33.01<br>GRT 3,412.42<br>LINK 11.2963<br>USD 11,733.95 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 6 | NAME REDACTED<br>ADDRESS REDACTED | 595 | Genesis Global Capital, LLC | 05/31/2023* | USD 30,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 7 | NAME REDACTED<br>ADDRESS REDACTED | 985 | Genesis Global Holdco, LLC | 08/18/2023* | USD 42.57† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fourth Omnibus Objection
### Exhibit 4 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 8 | NAME REDACTED<br>ADDRESS REDACTED | 497 | Genesis Global Holdco, LLC | 05/22/23 | USD 350,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 9 | NAME REDACTED<br>ADDRESS REDACTED | 803 | Genesis Global Holdco, LLC | 07/06/2023* | USD 500,000.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 10 | NAME REDACTED<br>ADDRESS REDACTED | 421 | Genesis Global Holdco, LLC | 05/22/23 | USD 80,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 11 | NAME REDACTED<br>ADDRESS REDACTED | 827 | Genesis Global Capital, LLC | 07/11/2023* | ETH 7.50† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 12 | NAME REDACTED<br>ADDRESS REDACTED | 806 | Genesis Global Holdco, LLC | 07/07/2023* | USD 7,500.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 13 | NAME REDACTED<br>ADDRESS REDACTED | 1081 | Genesis Global Holdco, LLC | 10/04/2023* | USD 1,300.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 14 | NAME REDACTED<br>ADDRESS REDACTED | 727 | Genesis Global Capital, LLC | 06/24/2023* | USD 349.20 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 15 | NAME REDACTED<br>ADDRESS REDACTED | 1047 | Genesis Global Holdco, LLC | 09/22/2023* | USD 389.68 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 16 | NAME REDACTED<br>ADDRESS REDACTED | 481 | Genesis Global Holdco, LLC | 05/22/23 | USD 100,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 17 | NAME REDACTED<br>ADDRESS REDACTED | 431 | Genesis Global Holdco, LLC | 05/22/23 | USD 10,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fourth Omnibus Objection
### Exhibit 4 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 18 | NAME REDACTED<br>ADDRESS REDACTED | 1099 | Genesis Global Holdco, LLC | 10/13/2023* | USD 2,250.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 19 | NAME REDACTED<br>ADDRESS REDACTED | 235 | Genesis Global Holdco, LLC | 05/12/23 | DOGE 5,065,400,723.00<br>FTM 2,437,489,931.00<br>MANA 4,564,000,272.00<br>USD 15,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 20 | NAME REDACTED<br>ADDRESS REDACTED | 1090 | Genesis Global Capital, LLC | 10/11/2023* | 1INCH 3.435374<br>ALCX 1.200202<br>AMP 1,003.171996<br>ANKR 667.035867<br>AXS 2.672513<br>COMP 1.100317<br>ETH 0.00005<br>FIL 1.082673<br>FTM 74.862037<br>SOL 1.063116<br>UMA 9.521559<br>USD 329.65 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 21 | NAME REDACTED<br>ADDRESS REDACTED | 1164 | Genesis Global Holdco, LLC | 11/11/2023* | DOGE 12,000.00<br>USD 1,500.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |
| 22 | NAME REDACTED<br>ADDRESS REDACTED | 1176 | Genesis Global Capital, LLC | 11/15/2023* | USD 5,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fourth Omnibus Objection
## Exhibit 4 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 23 | NAME REDACTED<br>ADDRESS REDACTED | 237 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/12/23 | DOGE 5,065,400,723.00<br>FTM 2,437,489,931.00<br>MANA 4,564,000,272.00<br>USD 15,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 24 | NAME REDACTED<br>ADDRESS REDACTED | 559 | Genesis Global Holdco, LLC | 05/26/2023* | ETH 25.76† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 25 | NAME REDACTED<br>ADDRESS REDACTED | 436 | Genesis Global Holdco, LLC | 05/22/23 | USD 10,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 26 | NAME REDACTED<br>ADDRESS REDACTED | 542 | Genesis Global Holdco, LLC | 05/23/2023* | BTC 0.3107<br>DOGE 3,438.91<br>ETH 0.096<br>LINK 140.32<br>MATIC 961.91<br>OXT 235.25<br>UNI 77.57<br>ZRX 42.27† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 27 | NAME REDACTED<br>ADDRESS REDACTED | 908 | Genesis Global Holdco, LLC | 07/21/2023* | AMP 693.186<br>ANKR 1,120.755<br>BAT 36.288<br>BTC 0.05714<br>DAI 0.031<br>ETH 0.5804<br>REN 55.238<br>SUSHI 7.044<br>USD 2,868.09<br>ZRX 55.9507 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fourth Omnibus Objection
## Exhibit 4 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 28 | NAME REDACTED<br>ADDRESS REDACTED | 828 | Genesis Global Holdco, LLC | 07/11/2023* | USDC 2.00† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 29 | NAME REDACTED<br>ADDRESS REDACTED | 1113 | Genesis Global Holdco, LLC | 10/21/2023* | 1INCH 3.435374<br>ALCX 1.200202<br>AMP 1,003.174996<br>ANKR 667.035867<br>AXS 2.672513<br>COMP 1.0100317<br>ETH 0.00005<br>FIL 1.082673<br>FTM 74.862037<br>LRC 48.710795<br>SOL 1.063116<br>USD 225.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 30 | NAME REDACTED<br>ADDRESS REDACTED | 1100 | Genesis Global Capital, LLC | 10/13/2023* | ETH 0.10308339<br>USD 160.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 31 | NAME REDACTED<br>ADDRESS REDACTED | 918 | Genesis Global Holdco, LLC | 07/26/2023* | FTM 250,000.00<br>USD 1,267.55† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 32 | NAME REDACTED<br>ADDRESS REDACTED | 925 | Genesis Global Capital, LLC | 07/27/2023* | DOGE 5,300.16<br>LTC 6.31<br>USD 1,250.00<br>ZRX 119.27 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Fourth Omnibus Objection
## Exhibit 4 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 33 | NAME REDACTED<br>ADDRESS REDACTED | 993 | Genesis Global Holdco, LLC | 08/23/2023* | DOGE 2,197,987,729.00<br>ETH 2.582159<br>LINK 16,212,807.00<br>USD 6,000.00 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 34 | NAME REDACTED<br>ADDRESS REDACTED | 951 | Genesis Global Capital, LLC | 08/06/2023* | AMP 1,908.09904881<br>AXS 0.12691796<br>BTC 0.13735578<br>DOGE 1,684.52377137<br>ETH 0.13735578<br>MANA 3.06520633† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 35 | NAME REDACTED<br>ADDRESS REDACTED | 676 | Genesis Global Holdco, LLC | 06/16/2023* | USD 7,034.45 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 36 | NAME REDACTED<br>ADDRESS REDACTED | 1026 | Genesis Global Holdco, LLC | 09/12/2023* | BTC 0.09154868† |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |
| 37 | NAME REDACTED<br>ADDRESS REDACTED | 921 | Genesis Global Holdco, LLC | 07/27/2023* | USD 828.31 |
| | *Reason: The asserted liability is not found within the Debtors' books and records, as a result there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts

*Claim was filed after the General Bar Date