**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**REVISED ORDER GRANTING DEBTORS' SIXTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO
CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND
FED. R. BANKR. P. 3007 (MODIFY AND ALLOW AS MODIFIED)**

Upon the *Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing as modified each of the Modify Debtor Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Modify Debtor Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED with respect to each of the Modify Debtor Claims identified on <u>Exhibit 1</u> attached hereto, subject to the provisions of this Order.

2. Each of the Modify Debtor Claims is hereby modified to be asserted against the correct Debtor identified on <u>Exhibit 1</u>.

3. Subject to paragraph 7 of this Order, each of the Modify Debtor Claims is hereby allowed as modified in the amount asserted by the Claimant in the applicable Modify Debtor Claim.

4. For the avoidance of doubt, nothing in the Objection or this Order shall govern, limit, alter or determine, for purposes of distributions, allocation of distributable value, or methods of distribution pursuant to a chapter 11 plan, the treatment, valuation, and/or denomination of any claims (including claims allowed pursuant to this Order). For the avoidance of doubt, all claims, whether allowed by this Order or otherwise, will be subject to, and treated in accordance with, the terms of a confirmed chapter 11 plan (including any distribution methodology and mechanics contained therein).

5. This Order shall be deemed a separate Order with respect to each of the Modify Debtor Claims identified on <u>Exhibit 1</u>. Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

6. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

7. Nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, including on grounds of equitable subordination under Section 510(c) and/or disallowance under Section 502(d) of the Bankruptcy Code, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

8. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: February 7, 2024
      White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Modify Debtor Claims

**Genesis Global Holdco, LLC Case No. 23-10063**
**Sixth Omnibus Objection**
**Exhibit 1 - Modify Debtor**

| | ASSERTED CLAIMS | | | | MODIFIED AND ALLOWED CLAIMS |
|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | DATE FILED | ASSERTED DEBTOR | MODIFIED DEBTOR |
| 1 | NAME REDACTED<br>ADDRESS REDACTED | 318 | 05/18/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 2 | NAME REDACTED<br>ADDRESS REDACTED | 251 | 05/13/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 3 | NAME REDACTED<br>ADDRESS REDACTED | 150 | 04/27/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 4 | NAME REDACTED<br>ADDRESS REDACTED | 13 | 02/13/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 5 | NAME REDACTED<br>ADDRESS REDACTED | 109 | 04/22/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 6 | NAME REDACTED[1]<br>ADDRESS REDACTED | 45 | 03/22/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 7 | NAME REDACTED<br>ADDRESS REDACTED | 10 | 02/13/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 8 | NAME REDACTED<br>ADDRESS REDACTED | 263 | 05/15/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 9 | NAME REDACTED<br>ADDRESS REDACTED | 8 | 02/09/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 10 | NAME REDACTED<br>ADDRESS REDACTED | 47 | 04/06/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 11 | NAME REDACTED<br>ADDRESS REDACTED | 138 | 04/25/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 12 | NAME REDACTED<br>ADDRESS REDACTED | 77 | 04/14/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 13 | NAME REDACTED<br>ADDRESS REDACTED | 276 | 05/15/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 14 | NAME REDACTED<br>ADDRESS REDACTED | 48 | 04/10/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |

1 - Conflicted Claims
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Sixth Omnibus Objection**
**Exhibit 1 - Modify Debtor**

| | **ASSERTED CLAIMS** | | | | **MODIFIED AND ALLOWED CLAIMS** |
|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | DATE FILED | ASSERTED DEBTOR | MODIFIED DEBTOR |
| 15 | NAME REDACTED ADDRESS REDACTED | 57 | 04/14/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 16 | NAME REDACTED ADDRESS REDACTED | 308 | 05/18/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 35 | 03/13/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 190 | 05/05/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |
| 19 | NAME REDACTED ADDRESS REDACTED | 250 | 05/13/23 | Genesis Global Holdco, LLC | Genesis Global Capital, LLC |
| | *Reason: The Debtors' books and records indicate the asserted liability should properly be asserted against Genesis Global Capital, LLC.* | | | | |

1 - Conflicted Claims
*Claim was filed after the General Bar Date