UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### ORDER GRANTING DEBTORS' SIXTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)

Upon the *Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Disputed Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified on <u>Exhibit 1</u> attached hereto.

2. Each of the Disputed Claims identified on <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. The Gemini GGC Claims will be unaffected by this Order (subject to the Debtors' and the Official Committee of Unsecured Creditors' right to assert additional objections and defenses to the allowance of such claims), and Gemini's right to assert these liabilities to the extent they are reflected in the Gemini GGC Claims will be preserved, subject to the Debtors' and the Official Committee of Unsecured Creditors' reservations of their rights to object to the Gemini GGC Claims and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4. Nothing in this Order shall affect Gemini's, the Gemini Lenders', the Official Committee of Unsecured Creditors or the Debtors' rights in any adversary proceeding pending between them before this Court.

5. This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on <u>Exhibit 1</u>. Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

6. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

7. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

8. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: February 7, 2024
     White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

# Genesis Global Holdco, LLC Case No. 23-10063
## Sixteenth Omnibus Objection
## Exhibit 1 - Disputed Claims

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | |
|---|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 369 | Genesis Global Holdco, LLC | 05/22/23 | 1INCH 3,012,033.46333801<br>AAVE 33,788.9425230479<br>ALCX 8,676.38998201275<br>AMP 425,936,380.55768<br>ANKR 23,335,928.0678024<br>APE 1,139,985.53964617<br>AXS 90,870.9278787395<br>BAL 34,868.7609066813<br>BAT 9,388,882.97197886<br>BCH 44,121.774231399<br>BNT 267,993.780189926<br>BTC 15,094.3806124709<br>CHZ 688,964.618297403<br>COMP 14,038.7643541652<br>CRV 3,110,821.20254412<br>DAI 8,326,580.27023902<br>DOGE 195,432,319.002998<br>ETH 157,019.767022979<br>FET 2,013,560.72967566<br>FIL 2,601,610.12844771<br>FTM 21,093,013.7169699<br>GRT 17,337,624.765759<br>GUSD 375,437,385.038869<br>INJ 135,922.613140235<br>KNC 434,572.643810026<br>LINK 1,524,285.66444107 | LPT 24,673.1466099058<br>LRC 2,690,498.81970212<br>LTC 127,209.281884632<br>MANA 5,593,977.33440294<br>MATIC 16,964,467.2401572<br>MKR 1,338.38038533215<br>OXT 3,699,739.25944469<br>PAXG 1,014.97374057132<br>RBN 25,405.5734626778<br>REN 4,231,486.62614094<br>RLY 5,660,470.4301708<br>SKL 3,980,478.77162429<br>SNX 237,906.952970567<br>SOL 284,128.92393429<br>STORJ 1,811,065.26135581<br>SUSHI 597,029.850730662<br>TOKE 24,563.5645986667<br>UMA 60,303.1821763762<br>UNI 511,292.129900501<br>USD 1,122,467,217.65<br>USDC 55,215,289.1233817<br>USTC 1,260.54344897418<br>XTZ 695,291.945724483<br>YFI 128.160239144428<br>ZEC 43,919.4737009613<br>ZRX 2,737,146.67279388† |

*Reason: The disputed claim was improperly filed against multiple Debtors where only a single Debtor is potentially liable.*

†Indicates claim contains unliquidated and/or undetermined amounts

# Genesis Global Holdco, LLC Case No. 23-10063
## Sixteenth Omnibus Objection
## Exhibit 1 - Disputed Claims

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | |
|---|---|---|---|---|---|---|
| 2 | NAME REDACTED ADDRESS REDACTED | 400 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/22/23 | 1INCH 3,012,033.46333801<br>AAVE 33,788.9425230479<br>ALCX 8,676.38998201275<br>AMP 425,936,380.55768<br>ANKR 23,335,928.0678024<br>APE 1,139,985.53964617<br>AXS 90,870.9278787395<br>BAL 34,868.7609066813<br>BAT 9,388,882.97197886<br>BCH 44,121.774231399<br>BNT 267,993.780189926<br>BTC 15,094.3806124709<br>CHZ 688,964.618297403<br>COMP 14,038.7643541652<br>CRV 3,110,821.20254412<br>DAI 8,326,580.27023902<br>DOGE 195,432,319.002998<br>ETH 157,019.767022979<br>FET 2,013,560.72967566<br>FIL 2,601,610.12844771<br>FTM 21,093,013.7169699<br>GRT 17,337,624.765759<br>GUSD 375,437,385.038869<br>INJ 135,922.613140235<br>KNC 434,572.643810026<br>LINK 1,524,285.66444107 | LPT 24,673.1466099058<br>LRC 2,690,498.81970212<br>LTC 127,209.281884632<br>MANA 5,593,977.33440294<br>MATIC 16,964,467.2401572<br>MKR 1,338.38038533215<br>OXT 3,699,739.25944469<br>PAXG 1,014.97374057132<br>RBN 25,405.5734626778<br>REN 4,231,486.62614094<br>RLY 5,660,470.4301708<br>SKL 3,980,478.77162429<br>SNX 237,906.952970567<br>SOL 284,128.92393429<br>STORJ 1,811,065.26135581<br>SUSHI 597,029.850730662<br>TOKE 24,563.5645986667<br>UMA 60,303.1821763762<br>UNI 511,292.129900501<br>USD 1,122,467,217.65<br>USDC 55,215,289.1233817<br>USTC 1,260.54344897418<br>XTZ 695,291.945724483<br>YFI 128.160239144428<br>ZEC 43,919.4737009613<br>ZRX 2,737,146.67279388† |

*Reason: The disputed claim was improperly filed against multiple Debtors where only a single Debtor is potentially liable.*

†Indicates claim contains unliquidated and/or undetermined amounts

# Genesis Global Holdco, LLC Case No. 23-10063
## Sixteenth Omnibus Objection
## Exhibit 1 - Disputed Claims

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | |
|---|---|---|---|---|---|---|
| 3 | NAME REDACTED ADDRESS REDACTED | 407 | Genesis Global Holdco, LLC | 05/22/23 | 1INCH 57,642.5<br>AAVE 108.2<br>ALCX 164.4<br>AMP 303,893<br>ANKR 57,349.9<br>APE 13,905<br>AXS 1,708.9<br>BAL 441.1<br>BAT 40,940.1<br>BCH 356.8<br>BNT 5,098.7<br>BTC 100.8<br>CHZ 2,339.2<br>COMP 52.4<br>CRV 45,801.5<br>DAI 83,364.5<br>DOGE 654,353.9<br>ETH 1,217<br>FET 49,904.4<br>FIL 37,911.9<br>FTM 186,060.6<br>GRT 83,227.9<br>GUSD 7,543,612.1<br>INJ 377.2<br>KNC 1,026.4<br>LINK 1,081.1 | LPT 43.9<br>LRC 25,407.7<br>LTC 446<br>MANA 15,054<br>MATIC 222,304.8<br>MKR 4.5<br>OXT 2,759.9<br>PAXG 0.8<br>RBN 173.5<br>REN 3,499.3<br>RLY 98,377.1<br>SKL 10,446<br>SNX 4,636.6<br>SOL 2,519.5<br>STORJ 12,732<br>SUSHI 2,808.6<br>TOKE 144.7<br>UMA 45<br>UNI 1,524.6<br>USD 13,548,360.54<br>USDC 999,026.6<br>USTC 0.1<br>XTZ 5,101.3<br>YFI 0.7<br>ZEC 32.5<br>ZRX 6,681† |

*Reason: The disputed claim was improperly filed against multiple Debtors where only a single Debtor is potentially liable.*

†Indicates claim contains unliquidated and/or undetermined amounts

# Genesis Global Holdco, LLC Case No. 23-10063
## Sixteenth Omnibus Objection
## Exhibit 1 - Disputed Claims

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | |
|---|---|---|---|---|---|---|
| 4 | NAME REDACTED ADDRESS REDACTED | 413 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/22/23 | 1INCH 57,642.5<br>AAVE 108.2<br>ALCX 164.4<br>AMP 303,893<br>ANKR 57,349.9<br>APE 13,905<br>AXS 1,708.9<br>BAL 441.1<br>BAT 40,940.1<br>BCH 356.8<br>BNT 5,098.7<br>BTC 100.8<br>CHZ 2,339.2<br>COMP 52.4<br>CRV 45,801.5<br>DAI 83,364.5<br>DOGE 654,353.9<br>ETH 1,217<br>FET 49,904.4<br>FIL 37,911.9<br>FTM 186,060.6<br>GRT 83,227.9<br>GUSD 7,543,612.1<br>INJ 377.2<br>KNC 1,026.4<br>LINK 1,081.1 | LPT 43.9<br>LRC 25,407.7<br>LTC 446<br>MANA 15,054<br>MATIC 222,304.8<br>MKR 4.5<br>OXT 2,759.9<br>PAXG 0.8<br>RBN 173.5<br>REN 3,499.3<br>RLY 98,377.1<br>SKL 10,446<br>SNX 4,636.6<br>SOL 2,519.5<br>STORJ 12,732<br>SUSHI 2,808.6<br>TOKE 144.7<br>UMA 45<br>UNI 1,524.6<br>USD 13,548,360.54<br>USDC 999,026.6<br>USTC 0.1<br>XTZ 5,101.3<br>YFI 0.7<br>ZEC 32.5<br>ZRX 6,681† |

*Reason: The disputed claim was improperly filed against multiple Debtors where only a single Debtor is potentially liable.*

†Indicates claim contains unliquidated and/or undetermined amounts