**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' SEVENTEENTH**
**OMNIBUS OBJECTION (NON-SUBSTANTIVE)**
**TO CERTAIN CLAIMSPURSUANT TO 11 U.S.C**
**§ 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

Upon the *Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the No Liability Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Seventeenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the No Liability Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the No Liability Claims identified on Exhibit 1 attached hereto.

2. Each of the No Liability Claims identified on Exhibit 1 is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. This Order shall be deemed a separate Order with respect to each of the No Liability Claims identified on Exhibit 1. Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

5. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: February 7, 2024
      White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## Genesis Global Holdco, LLC Case No. 23-10063
## Seventeenth Omnibus Objection
## Exhibit 1 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 477 | Genesis Global Holdco, LLC | 05/22/23 | USD 600,000 |
| | *Reason: The asserted liability was released by the Claimant via contractual agreement.* | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 1236 | Genesis Global Holdco, LLC | 12/9/2023* | USD 265 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 1207 | Genesis Global Holdco, LLC | 12/3/2023* | AMP 51,000<br>LINK 100<br>ETH 0.02<br>USD 1,700 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 1227 | Genesis Global Holdco, LLC | 12/6/2023* | USD 22,000 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 1199 | Genesis Global Holdco, LLC | 11/23/2023* | BTC 0.07812313<br>USD 3,000 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 1211 | Genesis Global Capital, LLC | 12/5/2023* | USD 150 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 7 | NAME REDACTED ADDRESS REDACTED | 1229 | Genesis Global Holdco, LLC | 12/7/2023* | USD 2,000 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Seventeenth Omnibus Objection
## Exhibit 1 - No Liability

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 8 | NAME REDACTED<br>ADDRESS REDACTED | 1212 | Genesis Global Holdco, LLC | 12/4/2023* | 1INCH 50<br>AAVE 500<br>LRC 50<br>MKR 20<br>AMP 1,500,000<br>ANKR 20,000<br>DOT 20,000<br>MATIC 60,000<br>BAT 60,000<br>ADA 20,000<br>LINK 50,000<br>SOL 500,000<br>SUSHI 60,000<br>MANA 120,000<br>ETH 10<br>FIL 650,000<br>UMA 50,000<br>UNI 12,000<br>ZEC 150,000<br>ZRX 10<br>USD 60,000 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 9 | NAME REDACTED<br>ADDRESS REDACTED | 1205 | Genesis Global Capital, LLC | 12/1/2023* | BTC 1.349224† |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 10 | NAME REDACTED<br>ADDRESS REDACTED | 1000 | Genesis Global Holdco, LLC | 8/30/2023* | DOGE 130,295<br>USD 10,000 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 11 | NAME REDACTED<br>ADDRESS REDACTED | 1213 | Genesis Global Holdco, LLC | 12/5/2023* | USD 400 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Seventeenth Omnibus Objection
## Exhibit 1 - No Liability

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 12 | NAME REDACTED ADDRESS REDACTED | 1232 | Genesis Global Holdco, LLC | 12/8/2023* | DAI 107.21754322<br>AMP 25,000<br>BTC 0.01199722<br>MANA 93.88778273<br>DOGE 53.345749<br>ETH 0.09807907<br>LTC 0.10811346<br>ZEC 0.14838966<br>USD 2,000 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 13 | NAME REDACTED ADDRESS REDACTED | 1195 | Genesis Global Capital, LLC | 11/22/2023* | AAVE 1<br>APE 35<br>AXS 6<br>FIL 6.9<br>GRT 232.185<br>KSM 7.58<br>LTC 2.5<br>LUNC 100,000<br>MANA 5<br>MATIC 105.73<br>STORJ 200<br>USD 3,000<br>YFI 0.025 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 1041 | Genesis Global Holdco, LLC | 9/19/2023* | USD 900 |
| | *Reason: The asserted liability is not found within the Debtors' books and records. As a result, there should be no liability by the Debtors.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date