CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED WITNESS LIST**
**IN CONNECTION WITH THE CONFIRMATION HEARING**

Genesis Global Holdco, LLC and its affiliated debtors Genesis Global Capital, LLC ("GGC") and Genesis Asia Pacific Pte. Ltd. (collectively, the "Debtors"), as debtors and debtors-in-possession in the above-captioned cases (the "Chapter 11 Cases"), by their undersigned counsel, submit the following amended list of witnesses designated by the parties in connection with the hearing on confirmation of the Debtors' chapter 11 plan on February 14, 2023 at 10:00am (ET) (the "Confirmation Hearing"):

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| Witness | Designating Party |
|---|---|
| Paul Aronzon, in his capacity as a member of the Special Committee of the Board of Directors of Genesis Global Holdco, LLC | Debtors |
| Joseph Sciametta, Managing Director at Alvarez & Marsal North America, LLC | Debtors |
| Alex Orchowski, on behalf of Kroll Restructuring Administration, LLC | Debtors |
| Brad Geer, Managing Director at Houlihan Lokey Capital, Inc. | Official Committee of Unsecured Creditors |
| Adam Verost, Partner at Ducera Partners LLC | Digital Currency Group, Inc. |
| Dr. Basem M. Jassin, member of the Genesis Crypto Creditors Ad Hoc Group (the "Crypto Creditor Group") | Crypto Creditor Group |
| Isaac Fernandez, member of the Crypto Creditor Group | Crypto Creditor Group |

The Crypto Creditor Group objects to the testimony of Paul Aronzon and Joseph Sciametta to the extent that their fact declarations or testimony concerns the proposed releases in the Debtors' chapter 11 plan.

[*remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: February 9, 2024<br>New York, New York | /s/ *Thomas S. Kessler*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>Andrew Weaver<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |