DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Benjamin S. Kaminetzky
Brett M. McMahon
Jacquelyn S. Knudson

*Counsel to Grayscale Investments, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned proceedings as counsel for Grayscale Investments, LLC ("Grayscale"), and requests, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 9074-1(c) of the Local Bankruptcy Rules for the Southern District of New York and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned proceedings, and all papers served or required to be served in connection therewith, be given and served upon:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For purposes of these Chapter 11 cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10003.

        Benjamin S. Kaminetzky
        Brett M. McMahon
        Jacquelyn S. Knudson
        Davis Polk & Wardwell LLP
        450 Lexington Avenue
        New York, New York 10017
        Telephone:   (212) 450-4000
        Facsimile:    (212) 701-5800
        Email:         Genesis.notices@davispolk.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy, or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Grayscale. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Grayscale's substantive or procedural rights, including without limitation: (i) Grayscale's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Grayscale's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Grayscale's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments, all of which Grayscale expressly reserves.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

Dated: February 9, 2024
New York, New York

                      DAVIS POLK & WARDWELL LLP

                      By:  /s/ *Benjamin S. Kaminetzky*
                             Benjamin S. Kaminetzky

                      Benjamin S. Kaminetzky
                      Brett M. McMahon
                      Jacquelyn S. Knudson
                      450 Lexington Avenue
                      New York, New York 10017
                      Telephone: (212) 450-4000
                      Facsimile:  (212) 701-5800
                      ben.kaminetzky@davispolk.com
                      brett.mcmahon@davispolk.com
                      jacquelyn.swanner@davispolk.com

                      *Counsel to Grayscale Investments, LLC*