UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER (I) ADJOURNING (A) CONFIRMATION
HEARING, (B) SEC SETTLEMENT MOTION AND (C) RELATED
DEADLINES AND (II) AUTHORIZING DEBTORS TO SHORTEN NOTICE
PERIOD REGARDING DEBTORS' MOTION TO APPROVE NYAG SETTLEMENT**

Upon the consideration of the *Debtors' Motion to Shorten the Notice Period with Respect to the Debtors' Motion Seeking Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General*, ECF No. 1276 (the "Motion to Shorten")[2] and the *Request for Emergency Chambers Conference Regarding Debtors' Material Motions and Motions to Shorten Notice*, ECF No. 1279, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the proceedings had before the Court,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

including the status conference held on February 9, 2024 at 3:00 p.m. (ET); and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED to the extent set forth herein.

2. A hearing to consider the *Debtors' Motion Seeking Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General*, ECF No. 1275 (the "NYAG Settlement Motion") will be held on **February 26, 2024 at 9:30 a.m. (prevailing ET)**. Any objections or responses to the NYAG Settlement Motion shall be made on or before **February 21, 2024 at 12:00 p.m. (prevailing ET)**. The Debtors' reply in support of the NYAG Settlement Motion, and the replies or statements of any other party in support of the NYAG Settlement Motion, shall be filed on or before **February 23, 2024 at 12:00 p.m. (prevailing ET)**.

3. The hearing to consider confirmation of the *Debtors' Amended Joint Chapter 11 Plan*, ECF No. 989 (the "Plan"), originally scheduled for February 14, 2024 at 11:00 a.m. (prevailing ET) pursuant to the *Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures In Connection Therewith, and (IV) Certain Dates With Respect Thereto*, ECF No. 1027, is adjourned to **February 26, 2024 at 9:30 a.m. (prevailing ET)**. The Debtors' Confirmation Brief and Omnibus Reply to Confirmation Objections and supporting declarations, and the briefs, replies, and declarations of any other parties in support of confirmation of the Plan shall be filed on or before **February 15, 2024 at 11:59 p.m. (prevailing ET)**. Any supplemental or revised declarations in opposition to confirmation shall be filed on or before

**February 15, 2024 at 11:59 p.m. (prevailing ET)**.  Motions in limine, if any, shall be filed on or before **February 21, 2024 at 4:00 p.m. (prevailing ET)**.

   4. The hearing to consider the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between Genesis Global Capital, LLC and the U.S. Securities and Exchange Commission*, ECF No. 1220 (the "SEC Settlement Motion"), originally scheduled for February 14, 2024 at 11:00 a.m. (prevailing ET) is adjourned to **February 26, 2024 at 9:30 a.m. (prevailing ET)**.  Any objections or responses to the SEC Settlement Motion shall be made on or before **February 21, 2024 at 12:00 p.m. (prevailing ET)**.  The Debtors' reply in support of the SEC Settlement Motion, and the replies or statements of any other party in support of the SEC Settlement Motion, shall be made on or before **February 23, 2024 at 12:00 p.m. (prevailing ET)**.

   5. All other matters scheduled for February 14, 2024 at 10:00 a.m. (prevailing ET) shall go forward on that date.

   6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and shall file the appropriate notices of hearing or adjournment on the docket.

   7. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

[*Remainder of page intentionally left blank*]

8. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: February 13, 2024       */s/ Sean H. Lane*
    White Plains, New York      THE HONORABLE SEAN H. LANE
                                                 UNITED STATES BANKRUPTCY JUDGE