CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED AGENDA FOR HEARING TO BE HELD
FEBRUARY 14, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**    February 14, 2024, at 10:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**    Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The February 14 hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the February 14 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the February 14 Hearing to those parties who have made an electronic appearance.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

|  |  |
|---|---|
|  | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website. |

## AMENDED AGENDA FOR FEBRUARY 14 HEARING

**Matters to be Heard at February 14 Hearing:**

**I.   Contested Matters:**

1. **Trust Asset Sale Motion:** *Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) The Sale of Trust Assets and (II) Granting Related Relief.*  ECF No. 1227.

    i.   **General Response Deadline:** February 9, 2024 at 4:00 p.m. (Eastern Time)

    ii.  **Responses:**

    a. *Grayscale Investments, LLC's Limited Objection to Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief* (the "Grayscale Objection").  ECF No. 1283.

    b. *Digital Currency Group, Inc.'s and DCG International Investments LTD.'s Objection and Reservation of Rights to Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief.*  ECF No. 1285.

    c. *Debtors' Reply Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief.*  ECF No. 1291.

    iii. **Related Pleadings:**

    a. *Debtors' Motion to Shorten the Notice Period for the Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief.*  ECF No. 1228.

    b. *Order Authorizing the Debtors' Motion to Shorten the Notice Period for the Debtors' Motion Seeking Entry of an Order Authorizing, but not*

       *Directing (I) the Sale of Trust Assets and (II) Granting Related Relief.* ECF No. 1241.

   c.  *Supplemental Declaration of Michael DiYanni in Further Support of Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief.* ECF No. 1293.

   d.  *Notice of Revised Proposed Order Granting Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief.* ECF No. 1294.

   e.  *Declaration of Christian Ribeiro in Further Support of Debtors' Motion Seeking Entry of an Order Authorizing, but not Directing, (I) the Sale of Trust Assets and (II) Granting Related Relief.* ECF No. 1292.

   f.  *Notice of Revised Proposed Order (I) Authorizing, but Not Directing the Sale of Trust Assets and (II) Granting Related Relief.* ECF No. 1307.

**iv.**  **Status:** A revised proposed order has been filed reflecting the resolution of the Grayscale Objection and the matter is going forward.

Dated: February 14, 2024
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*