**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC, *et al.*,[1] | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF EVAN HENGEL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) IN CONNECTION WITH THE RETENTION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, Evan Hengel, pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information, and belief declare as follows:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm with numerous offices throughout the country. I am duly authorized to make this supplemental declaration (the "Second Supplemental Declaration") on behalf of BRG in connection with its retention as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. On April 13, 2023, the Court entered an order authorizing the Committee to retain BRG as its financial advisor in these bankruptcy cases, effective as of February 14, 2023 (the "Retention Order") [Docket No. 220]. The purpose of this Second Supplemental Declaration is to fulfill BRG's continuing obligation to update its disclosures as set

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

   forth in the *Application for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 14, 2023* [Docket No. 131] (the "Application") and pursuant to the terms set forth in the Retention Order.

3. As stated in BRG's Retention Application, "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business." Effective January 1, 2024, BRG's standard hourly rates increased.

4. To provide notice of BRG's new standard hourly rates, set forth below are BRG's standard hourly rates effective January 1, 2024.[2]

| Position | Hourly Rate |
|---|---|
| Managing Directors | $1,095 – $1,325 |
| Associate Directors & Directors | $865 – $1,050 |
| Professional Staff | $420 – $850 |
| Support Staff | $175 – $375 |

5. I hereby confirm that the Committee has consented to these rate increases.

---

[2] The below ranges are for BRG professionals in the Corporate Finance practice group who may practice in bankruptcy and non-bankruptcy related matters. They exclude BRG professionals in other industry practice groups who may also provide specialized services in these Chapter 11 Cases. To the extent such other professionals provide services, they will charge their standard hourly rates as they would in non-bankruptcy matters.

6. I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>February 14, 2024</u>         Berkeley Research Group, LLC

By <u> /s/ *Evan Hengel* </u>
Evan Hengel
Managing Director
2029 Century Park East, Suite 1250
Century City, CA 90067
310-499-4956