**KATTEN MUCHIN ROSENMAN LLP**
Steven Reisman
Shaya Rochester
Julia Mosse
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700

-and-

Patrick Smith (*pro hac vice* application pending)
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Telephone: (312) 902-5379
Telephone: (310) 788-4400

*Counsel for* ▊▊▊▊▊▊▊▊▊▊

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

**DECLARATION OF SHAYA ROCHESTER IN SUPPORT OF STATEMENT IN SUPPORT OF CONFIRMATION OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN, REPLY TO DCG'S PLAN CONFIRMATION OBJECTION <u>AND RESERVATION OF RIGHTS</u>**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

1

I, Shaya Rochester, declares as follows:

1. I am a partner at the firm Katten Muchin Rosenman, LLP, and I submit this declaration in support of ▬▬▬▬▬▬▬▬▬▬▬▬ ("Creditor") *Statement in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan, Reply to DCG's Plan Confirmation Objection and Reservation of Rights* filed on February 15, 2024 (the "Statement"). Capitalized terms used in this declaration shall unless otherwise defined herein have the meaning ascribed to such terms in the Statement.

2. Attached as Exhibit A is a true and correct copy of the Master Digital Currency Loan Agreement between GGC and Creditor dated July 24, 2018.

3. Attached as Exhibit B is a true and correct copy of the Master Loan Agreement between GGC and Creditor dated May 10, 2019.

4. Attached as Exhibit C is a true and correct copy of the October 19, 2022 Loan Term Sheet.

5. Attached as Exhibit D is a true and correct copy of the October 26, 2022 Loan Term Sheet.

6. Attached as Exhibit E is a true and correct copy of the November 12, 2022 Loan Term Sheet and amendments.

*[remainder of page intentionally omitted]*

7.  Attached as <u>Exhibit F</u> is a true and correct copy of certain pages from the Terms of Service of Genesis Global Inc. dated October 11, 2022.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 15, 2024
New York, New York

*/s/ Shaya Rochester*
Shaya Rochester
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: shaya.rochester@katten.com

*Counsel for* ███████████████