**KATTEN MUCHIN ROSENMAN LLP**
Steven Reisman
Shaya Rochester
Julia Mosse
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700

-and-

Patrick Smith (*pro hac vice* application pending)
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Telephone: (312) 902-5379
Telephone: (310) 788-4400

*Counsel for* ███████████████

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-referenced Chapter 11 cases on behalf of ███████████████ ("Creditor") and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and email addresses, and further requests to be added to the master service list established in this case:

    Steven J. Reisman, Esq.
    **KATTEN MUCHIN ROSENMAN LLP**
    50 Rockefeller Plaza
    New York, NY 10020-1605
    Telephone: (212) 940-8700
    Email: sreisman@katten.com

    - and -

    Shaya Rochester, Esq.
    **KATTEN MUCHIN ROSENMAN LLP**
    50 Rockefeller Plaza
    New York, NY 10020-1605
    Telephone: (212) 940-8529
    Email: shaya.rochester@katten.com

    - and -

    Julia Mosse, Esq.
    **KATTEN MUCHIN ROSENMAN LLP**
    50 Rockefeller Plaza
    New York, NY 10020-1605
    Telephone: (212) 940-7010
    Email: julia.mosse@katten.com

    - and -

    Patrick M. Smith, Esq.
    **KATTEN MUCHIN ROSENMAN LLP**
    525 West Monroe Street
    Chicago, IL 60661-3693
    Tel:    (312) 902-5393
    Email: patrick.smith@katten.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States overnight or electronic mail, facsimile, courier, telephone, otherwise in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions,

defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: February 15, 2024
New York, New York

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Steven J. Reisman*
Steven J. Reisman
Shaya Rochester
Julia Mosse
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: sreisman@katten.com
      shaya.rochester@katten.com
      julia.mosse@katten.com

-and-

Patrick Smith (*pro hac vice* application pending)
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Email: Patrick.smith@katten.com

*Counsel to Creditor*