**KATTEN MUCHIN ROSENMAN LLP**
Steven Reisman
Shaya Rochester
Julia Mosse
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700

-and-

Patrick Smith (*pro hac vice* application pending)
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Telephone: (312) 902-5379
Telephone: (310) 788-4400

*Counsel to* ███████████████

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Patrick M. Smith, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent ███████████████ a creditor in the above-referenced Chapter 11 cases ("Creditor").

I certify that I am a member in good standing of the bar in the State of Illinois and the bar

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

of the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 15, 2024
New York, New York

*/s/ Patrick M. Smith*
Patrick M. Smith, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
Tel:   (312) 902-5393
Email: patrick.smith@katten.com

*Counsel to Creditor*

300521846v1