# EXHIBIT A

```
                                                                      1

 1                         UNITED STATES BANKRUPTCY COURT
                              DISTRICT OF DELAWARE
 2

 3   IN RE:                            .  Chapter 11
                                       .  Case No. 20-11548 (CSS)
 4   EXTRACTION OIL & GAS, INC., .
     et al.,                           .  (Jointly Administered)
 5                                     .
                                       .  Courtroom 6
 6                                     .  824 Market Street
                 Debtors.              .  Wilmington, Delaware 19801
 7                                     .
                                       .  Tuesday, December 23, 2020
 8   . . . . . . . . . . . . . . . .   .  12:01 p.m.

 9
             TRANSCRIPT OF HYBRID TELEPHONIC/ZOOM HEARING
10          BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
                CHIEF UNITED STATES BANKRUPTCY JUDGE
11

12   APPEARANCES:

13   For the Debtors:         Allyson S. Weinhouse, Esquire
                              Nicholas Adzima, Esquire
14                            KIRKLAND & ELLIS LLP
                              KIRKLAND & ELLIS INTERNATIONAL LLP
15                            601 Lexington Avenue
                              New York, New York 10022
16

17

18

19   (APPEARANCES CONTINUED)

20   Electronically
     Recorded By:             Leslie Murin, ECRO
21
     Transcription Service:   Reliable
22                            1007 N. Orange Street
                              Wilmington, Delaware 19801
23                            Telephone: (302) 654-8080
                              E-Mail: gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording:
25   transcript produced by transcription service.
```

```
 1  APPEARANCES (CONTINUED):

 2  For Platte River
    Midstream:                  Curtis S. Miller, Esquire
 3                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                1201 North Market Street
 4                              Suite 1800
                                Wilmington, Delaware 19801
 5

 6  For the Trustee:            Richard L. Schepacarter, Esquire
                                OFFICE OF THE UNITED STATES TRUSTEE
 7                              J. Caleb Boggs Federal Building
                                844 King Street
 8                              Suite 2207, Lockbox 35
                                Wilmington, Delaware 19801
 9

10  For the Securities and
    Exchange Commission:        Neal R. Jacobson, Esquire
11                              UNITED STATES SECURITIES AND
                                EXCHANGE COMMISSION
12                              New York Regional Office
                                Brookfield Place
13                              200 Vesey Street
                                Suite 400
14                              New York, New York 10281

15
    For the Federal Energy
16  Regulatory Commission:      Daniel M. Vinnik, Esquire
                                FEDERAL ENERGY REGULATORY COMMISSION
17                              888 First Street NE
                                Washington, DC 20426
18

19  For Clarke Carlson:         Maria A. Sawczuk, Esquire
                                GOLDSTEIN & MCCLINTOCK, LLP
20                              501 Silverside Road
                                Suite 65
21                              Wilmington, Delaware 19809

22
    For Winter Oil, LLC:        George A. Barton, Esquire
23                              LAW OFFICES OF GEORGE A. BARTON, PC
                                7227 Metcalf Avenue
24                              Suite 301
                                Overland Park, Kansas 66204
25
```

```
 1  APPEARANCES (CONTINUED):

 2  For the Ad Hoc Group
    of Senior Noteholders:       Andrew N. Rosenberg, Esquire
 3                               PAUL, WEISS, RIFKIND, WHARTON &
                                   GARRISON, LLP
 4                               1285 Avenue of the Americas
                                 New York, New York 10019
 5
    For the Official
 6  Committee of
    Unsecured Creditors:         Erez E. Gilad, Esquire
 7                               STROOK & STROOCK & LAVAN, LLP
                                 180 Maiden Lane
 8                               New York, New York 10038

 9
    For Wilmington Savings
10  Fund Society, FSB:           Seth H. Lieberman, Esquire
                                 PRYOR CASHMAN, LLP
11                               7 Times Square
                                 New York, New York 10036
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                  INDEX

2  MOTIONS:                                                          PAGE

3  Agenda
   Item 6:   Third Amended Joint Plan of Reorganization of             6
4            Extraction Oil & Gas, Inc. and Its Debtor
             Affiliates Pursuant to Chapter 11 of the
5            Bankruptcy Code
             [Docket No. 1009; filed November 6, 2020]
6
   Court's Ruling                                                     81
7

8                                 WITNESSES

9  FOR THE
   DEBTORS:                                                          PAGE
10
        JEFFREY MILLER
11
        Cross-examination by Mr. Schepacarter                         13
12

13                                   -o0o-

14

15
                                  DECLARATIONS
16
   DECLARATION NO.:                                                  PAGE
17
   1) Declaration of Matthew R. Owens                                  11
18
   2) Declaration of Audrey Robertson                                  11
19
   3) Declaration of Jeffrey Miller                                    11
20
   4) Amended Declaration of Jeffrey Miller                            11
21
   5) Declaration of Kevin J. Voelte                                   11
22
   6) Declaration of James M. Grady                                    11
23

24 Transcriptionist's Certificate                                      95

25

1  process of filing an application and going through
2  reasonableness given the amount of fees at issue there and
3  given how the case had proceeded very -- up to that point,
4  very acrimoniously; later, of course, it changed.  I have
5  approved it in other cases; I'm going to approve it here.
6          I actually think Mr. Schepacarter is wrong -- I
7  would agree -- I would generally agree with this concept that
8  363 allows you to do anything unless it's controverted by the
9  code in another provision.  The whole point, of course, of
10 having a debtor-in-possession with the authority to operate a
11 business is for the Court to limit its interference in the
12 operation of that business to points where it matters.  It's
13 just like the concept under <u>Butner v. United States</u> in the
14 '30s that state law governs unless the Bankruptcy Code
15 specifically takes over.
16         So I don't think necessarily that 503 is exclusive
17 on these issues, and I certainly have a world of respect for
18 former Judge Gerber and what he did in <u>Adelphia</u>.  I think
19 there's movement there, especially in a consensual case, that
20 required a lot of lifting to get people aboard -- on board
21 with the RSA, and not to mention all the negotiation, hard-
22 fought negotiation that had to occur post-petition, which
23 ultimately led to basically a consensual plan, with some
24 objections, but no objections, importantly, to the underlying
25 deal.  So I will allow those fees to be paid.

```
 1                          CERTIFICATION
 2            I certify that the foregoing is a correct
 3   transcript from the electronic sound recording of the
 4   proceedings in the above-entitled matter to the best of my
 5   knowledge and ability.
 6
 7
 8
 9   /s/ William J. Garling                    December 23, 2020
10   William J. Garling, CET**D-543
11   Certified Court Transcriptionist
12   For Reliable
13
14
15
16
17
18
19
20
21
22
23
24
25
```