Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION
AND OMNIBUS REPLY TO OBJECTIONS TO CONFIRMATION
OF THE PLAN OF REORGANIZATION OF GENESIS GLOBAL HOLDCO, LLC
*ET AL*., UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

---

[1] The Genesis Debtors in the above-captioned cases, along with the last four digits of each Genesis Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the above-captioned cases, the service address for the Genesis Debtors is 175 Greenwich Street, Floor 38, New York, New York, 10007.

# <u>TABLE OF CONTENTS</u>

**Page**

TABLE OF AUTHORITIES .................................................................................. i

PRELIMINARY STATEMENT ........................................................................... 3

BACKGROUND ................................................................................................. 5

I.      Commencement of the Chapter 11 Cases ............................................... 5

II.     Key Negotiations ................................................................................... 6

III.    Plan Solicitation and Voting Results ...................................................... 9

ARGUMENT ..................................................................................................... 9

I.      The Plan Should Be Confirmed .............................................................. 9

A.      The Distribution Principles Embody Broad Creditor Consensus
        and Should Be Approved Under Bankruptcy Rule 9019 ........................ 9

B.      The DCG Objection Should Be Overruled ........................................... 13

i.      DCG Lacks Standing to Object to the Distribution Principles .............. 13

ii.     The Distribution Principles Comport with Section 502(b) .................... 16

iii.    Even If the Debtors Are Solvent, the Distribution Principles Are
        Appropriate ......................................................................................... 20

iv.     The Plan Satisfies the Best Interests Test With Respect to All
        Impaired Classes ................................................................................. 22

v.      The Plan Was Proposed In Good Faith ................................................. 22

vi.     DCG's Residual Arguments that the Plan "Disenfranchises" DCG
        Lack Merit ........................................................................................... 23

C.      There is No Basis for Treating the CCAHG Claims as
        Administrative Expense Claims ............................................................ 27

D.      Plan Properly Values the CCAHG Members' Claims as of the
        Petition Date Because Section 562(a) Does Not Apply ......................... 29

i.      GGC Does Not Propose to Reject the CCAHG Agreements
        Because They are Not Executory .......................................................... 29

ii.     The CCAHG's (Incorrect) Public Policy Rationale for Section 562
        Cannot Overcome its Plain Text ..................................................... 34

E.      The Plan's Releases and Exculpation Provisions are Appropriate
        and Should be Approved ............................................................... 35

i.      The Non-Debtor Releases Are Consensual ..................................... 35

ii.     The Debtor Releases are a Valid Exercise of the Debtors' Business
        Judgment. ..................................................................................... 36

iii.    The Scope of the Released Parties is Appropriate. ......................... 41

iv.     The Exculpation Provision Is Appropriate and Should Be
        Approved ....................................................................................... 42

a.      The Scope of the Exculpated Parties Is Appropriate. .................... 43

b.      BAO's Objection to the Exculpation Provision Applying to Gemini
        and Its Related Parties Should Be Overruled ................................ 44

c.      Exculpation for Prepetition Conduct Related to the Chapter 11
        Cases is Appropriate. .................................................................... 44

v.      The Injunction Provision Is Appropriate and Should Be Approved. ..................... 45

F.      All Other Objections Raised Should be Overruled .......................... 46

i.      The Wind-Down Debtors Are Not Subject to Court Oversight
        Post-Effective Date. ...................................................................... 46

ii.     The Plan Already Provides Adequate Means for Implementation. ..................... 47

iii.    The Debtors Have Addressed SOF's Remaining Objections. ............... 47

iv.     If Gemini Prevails on Its Claims, Distributions of the Gemini
        GBTC Shares Would Not Constitute Distributions Under the Plan. ..................... 49

v.      The Distribution Principles are Aimed at Maximizing In-Kind
        Distributions ................................................................................. 49

II.     The Plan Satisfies the Requirements for Confirmation of the
        Bankruptcy Code and Should be Approved ..................................... 50

A.      The Plan Complies with Section 1129(a)(1) of the Bankruptcy
        Code .............................................................................................. 50

i.      The Plan Satisfies the Classification Requirements of Section 1122
        of the Bankruptcy Code ................................................................ 50

**Page**

ii.    The Plan Satisfies the Mandatory Plan Requirements of Section 1123 of the Bankruptcy Code ................................................................. 51

a.    The Plan Designates Classes of Claims and Interests – § 1123(a)(1) ................................................................................ 51

b.    The Plan Specifies Unimpaired Classes –  § 1123(a)(2) ......................................... 52

c.    The Plan Adequately Specifies the Treatment of Impaired Classes – § 1123(a)(3) ............................................................... 52

d.    The Plan Provides for the Same Treatment for Claims or Interests within the Same Class –  § 1123(a)(4) ......................................... 52

e.    The Plan Provides Adequate Means for Its Implementation – § 1123(a)(5) ............................................................................ 52

f.    The Plan Prohibits the Issuance of Non-Voting Equity Securities – § 1123(a)(6) ............................................................................ 53

g.    The Plan Contains Appropriate Provisions with Respect to the Selection of Post-Confirmation Directors and Officers –  § 1123(a)(7) ............................................................................ 54

B.    The Plan Complies with Section 1129(a)(2) ......................................... 54

i.    Disclosure Statement and Solicitation – § 1125 .................................... 55

ii.    Acceptance of Plan – § 1126 ................................................................. 55

C.    The Plan Has Been Proposed in Good Faith Pursuant to Section 1129(a)(3) ................................................................................ 56

D.    The Plan Provides for Bankruptcy Court Approval of Payments for Services or Costs and Expenses Pursuant to Section 1129(a)(4) .......................... 59

E.    All Necessary Information Regarding Directors and Officers of the Wind-Down Debtors Has Been Disclosed Pursuant to Section 1129(a)(5) ............................................................................ 60

F.    Plan Regulatory Approval Is Not Required – § 1129(a)(6) ................................... 60

G.    The Debtors' Plan Satisfies the Best Interests Test – § 1129(a)(7) ...................... 60

H.    Section 1129(a)(8) Does Not Preclude Confirmation ............................................. 61

I.    The Plan Provides for Payment in Full of Priority Claims – § 1129(a)(9). ............................................................................ 61

**Page**

J.  At Least One Impaired Class of Claims That is Entitled to Vote Will Have Accepted the Plan, Pursuant to Section 1129(a)(10).............................61

K.  Section 1129(a)(11) is Inapplicable ..................................................................62

L.  The Plan Provides for the Payment of All Fees Under 28 U.S.C. § 1930 Pursuant to Section 1129(a)(12). ...................................................62

M.  The Plan Complies with Section 1129(a)(13).....................................................62

N.  Sections 1129(a)(14)-(16) of the Bankruptcy Code Are Inapplicable..........................................................................................................62

O.  Section 1129(b) of the Bankruptcy Code Is Satisfied.........................................63

i.  The Cramdown Requirements are Met as to DCG's Interests in GGH..................................................................................................................64

ii.  The Cramdown Requirements are Met as to the Subordinated Claims and Claims Asserted by Governmental Units...................................65

iii.  Intercompany Claims and Interests.....................................................................66

P.  Section 1129(c) of the Bankruptcy Code Is Inapplicable. ..................................66

Q.  The Plan Complies with Section 1129(d) of the Bankruptcy Code Because It Is Not an Attempt to Avoid Tax Obligations. .......................................67

R.  Section 1129(e) of the Bankruptcy Code Is Inapplicable. ..................................67

III.  The Plan Complies with All Other Applicable Laws and Rules ..........................67

A.  The Court Has Jurisdiction and Notice Has Properly Been Given........................67

i.  Jurisdiction and Venue.......................................................................................67

ii.  Notice and Solicitation.......................................................................................67

iii.  Adequate Notice of Confirmation Hearing........................................................68

B.  Other Provisions of the Plan are Appropriate. ...................................................68

IV.  The Confirmation Order Should Be Effective Immediately Upon its Entry .............................................................................................................68

CONCLUSION..........................................................................................................69

# TABLE OF AUTHORITIES

**Page(s)**

## Cases

*Aetna Cas. & Sur. Co. v. Chateaugay Corp. (In re Chateaugay Corp.)*,
    89 F.3d 942 (2d Cir. 1996)............................................................................... 51

*BNY, Cap. Funding LLC v. US Airways, Inc.*,
    345 B.R. 549 (E.D. Va. 2006)....................................................................... 31

*Cadle Co. v. Mangan (In re Flanagan)*
    503 F.3d 171 (2d Cir. 2007)........................................................................... 18

*Comm'n of Dep't of Pub. Utils. of Com. of Mass. v. New York, N.H. & H.R. Co.*,
    178 F.2d 559 (2d Cir. 1949)........................................................................... 16

*Cosoff v. Rodman*
    699 F.2d 599 (2d Cir. 1983)........................................................................... 10

*Debentureholders Protective Comm. of Cont'l Inv. Corp. v. Cont'l Inv. Corp.*,
    679 F.2d 264 (1st Cir. 1982).......................................................................... 19

*Finanz AG Zurich v. Banco Economico S.A.*,
    192 F.3d 240 (2d Cir. 1999).......................................................................... 18

*Freeman v. J. Reg. Co.*,
    452 B.R. 367 (S.D.N.Y. 2010)...................................................................... 14

*Gencarelli v. UPS Cap. Bus. Credit*,
    501 F.3d 1 (1st Cir. 2007)............................................................................. 19

*In re Aaura, Inc.*,
    No. 07 B 01853, 2006 WL 2568048 (Bankr. N.D. Ill. 2006)...................... 18

*In re Acequia, Inc.*,
    787 F.2d 1352 (9th Cir. 1986) ...................................................................... 58

*In re Adelphia Commc'ns Corp.*,
    368 B.R. 140 (Bankr. S.D.N.Y. 2007).......................................................... 43, 51

*In re Aegerion Pharms., Inc.*,
    605 B.R. 22 (Bankr. S.D.N.Y. 2019)............................................................ 51

**Page(s)**

*In re AMR Corp.*,
No. 11-15463(SHL), 2014 WL 3855320 (Bankr. S.D.N.Y. Aug. 5, 2014)................ 25

*In re AMR Corp.*,
497 B.R. 690 (Bankr. S.D.N.Y. 2013)............................................................ 24, 25

*In re Anchor Resol. Corp.*,
221 B.R. 330 (Bankr. D. Del. 1998) ........................................................... 30

*In re Avianca Holdings S.A.*,
No. 20-11133 (MG), ECF No. 2300 (Bankr. S.D.N.Y. Nov. 2, 2021)........................ 41

*In re Axona Int'l Credit & Com. Ltd.*
88 B.R. 597 (Bankr. S.D.N.Y. 1988).......................................................... 18

*In re Baird*,
567 F.3d 1207 (10th Cir. 2009) ............................................................. 30, 32

*In re Ben-Artzi*,
No. 21-10470 (MG), 2021 WL 5871718 (Bankr. S.D.N.Y. Dec. 10, 2021) ............... 10

*In re Bethlehem Steel Corp.*,
479 F.3d 167 (2d Cir. 2007)................................................................... 27

*In re Bradlees Stores, Inc.*,
No. 02 Civ. 0896 (WHP), 2003 WL 76990 (S.D.N.Y. Jan. 9, 2003), *aff'd*, 78 F.
App'x 166 (2d Cir. 2003*)* ................................................................... 27

*In re Breitburn Energy Partners LP*,
582 B.R. 321 (Bankr. S.D.N.Y. 2018).......................................................... 65

*In re Calpine Corp.*,
No. 05-60200 (BRL), 2008 WL 3154763 (Bankr. S.D.N.Y. Aug. 4, 2008) ............... 33

*In re Capmark Fin. Grp., Inc.*,
438 B.R. 471 (Bankr. D. Del. 2010) ........................................................... 12

*In re Chemtura Corp.*,
439 B.R. 561 (Bankr. S.D.N.Y. 2010).......................................................... 11

*In re Congoleum Corp.*,
362 B.R. 167 (Bankr. D.N.J. 2007) ........................................................... 42

<u>**Page(s)**</u>

*In re Country Club Ests. at Aventura Maint. Ass'n, Inc.,*
    227 B.R. 565 (Bankr. S.D. Fla. 1998) .............................................................    26

*In re Dana Corp.,*
    390 B.R. 100 (Bankr. S.D.N.Y. 2008) ..............................................................    24

*In re DBSD N. Am., Inc.,*
    419 B.R. 179 (Bankr. S.D.N.Y. 2009) ..............................................................    35

*In re Delta Air Lines, Inc.,*
    No. 05 B 17923ASH, 2007 WL 3104216 (Bankr. S.D.N.Y. Oct. 22, 2007)................    46

*In re Dewey & LeBoeuf LLP,*
    478 B.R. 647 (Bankr. S.D.N.Y. 2012).................................................................    11

*In re Ditech Holding Corp.,*
    606 B.R. 544 (Bankr. S.D.N.Y. 2019) ...............................................................    10

*In re Ditech Holding Corp.,*
    630 F.Supp.3d 554 (S.D.N.Y. 2022)...................................................................    26

*In re Dow Corning Corp.,*
    456 F.3d 668 (6th Cir. 2006) .............................................................................    20

*In re Drexel Burnham Lambert Grp., Inc.,*
    138 B.R. 717 (Bankr. S.D.N.Y. 1992)................................................................    13

*In re Drexel Burnham Lambert Grp., Inc.,*
    960 F.2d 285 (2d Cir. 1992)...............................................................................    45

*In re Drexel Burnham Lambert Grp., Inc.,*
    134 B.R. 499 (Bankr. S.D.N.Y. 1991)................................................................    36

*In re Dynegy Holdings LLC,*
    No. 11-38111 (CGM), 2012 WL 133331067 (Bankr. S.D.N.Y. May 15, 2013)..........    36

*In re Eriksen,*
    647 B.R. 192 (Bankr. N.D. Ohio 2022)..............................................................    16, 18

*In re Finlay Enters., Inc.,*
    No. 09-14873 (JMP), 2010 WL 6580628 (Bankr. S.D.N.Y. June 29, 2010) ..............    36, 42

*In re Genco Shipping & Trading Ltd.,*
    513 B.R. 233 (Bankr. S.D.N.Y. 2014)................................................................    63

**Page(s)**

*In re Glob. Crossing Ltd.*,
  295 B.R. 726 (Bankr. S.D.N.Y. 2003) ........................................................... 56

*In re GSC, Inc.*,
  453 B.R. 132 (Bankr. S.D.N.Y. 2011) ........................................................... 56

*In re Hawker Beechcraft, Inc.*,
  486 B.R. 264 (Bankr. S.D.N.Y. 2013) ........................................................... 31

*In re Hibbard Brown & Co.*,
  217 B.R. 41 (Bankr. S.D.N.Y. 1998) ........................................................ 10, 42

*In re Hous. Reg'l Sports Network, L.P.*,
  886 F.3d 523 (5th Cir. 2018) ....................................................................... 21

*In re ICS Cybernetics, Inc.*,
  111 B.R. 32 (Bankr. N.D.N.Y. 1989) ............................................................. 27

*In re Innkeepers USA Tr.*,
  No. 10-13800 (SCC), 2012 WL 13331052 (Bankr. S.D.N.Y. June 12, 2012) ............ 46

*In re Johns-Manville, Corp.*,
  68 B.R. 618 (Bankr. S.D.N.Y. 1986) ..................................................... 13, 63, 65

*In re JPA No. 111 Co., Ltd.*,
  No. 21-12075 (DSJ), 2022 WL 298428 (Bankr. S.D.N.Y. Feb. 1, 2022) ................... 57

*In re Key3Media Grp. Inc.*,
  336 B.R. 87 (Bankr. D. Del. 2005) ............................................................... 12

*In re Lapworth*,
  No. 97-34529 (DWS), 1998 WL 767456 (Bankr. E.D. Pa. Nov. 2, 1998) ................. 55

*In re LATAM Airlines Grp. S.A.*,
  No. 20-11254 (JLG), 2023 WL 3574203 (Bankr. S.D.N.Y. May 19, 2023) ............... 16

*In re LATAM Airlines Grp. S.A.*,
  55 F.4th 377 (2d Cir. 2022) ....................................................................... 15

*In re LATAM Airlines Grp. S.A.*,
  No. 20-11254, 2022 WL 2206829 (Bankr. S.D.N.Y. June 18, 2022) ........................ 20

*In re Lehman Bros. Holdings Inc.*,
  487 B.R. 181 (Bankr. S.D.N.Y. 2013) ........................................................... 24

**Page(s)**

*In re Lehman Bros. Holdings, Inc.*,
    508 B.R. 283 (S.D.N.Y. 2014).................................................................... 23

*In re Magnesium Corp. of Am.*,
    583 B.R. 637 (Bankr. S.D.N.Y. 2018)............................................................ 14

*In re Mal Dunn Assocs.*,
    406 B.R. 622 (Bankr. S.D.N.Y. June 18, 2009) ............................................. 37

*In re Mallinckrodt PLC*,
    639 B.R. 837 (Bankr. D. Del. 2022) .......................................................... 23, 24

*In re Mercedes Homes, Inc.*,
    431 B.R. 869 (Bankr. S.D. Fla. 2009) ............................................................ 37

*In re Mesa Air Grp., Inc.*,
    2011 Bankr. LEXIS 3855 (Bankr. S.D.N.Y. 2011) ..................................... 58, 59

*In re MF Glob. Inc.*,
    No. 11-2790 (MG), 2012 WL 3242533 (Bankr. S.D.N.Y. Aug. 10, 2012)................. 11

*In re Millennium Lab Holdings II, LLC*,
    No. 15-12284 (LSS) (Bankr. D. Del. Dec. 14, 2015), ECF No. 195 ........................... 37

*In re Monge Oil Corp.*,
    83 B.R. 305 (Bankr. E.D. Pa. 1988) .......................................................... 30, 31

*In re Nemko, Inc.*,
    163 B.R. 927 (Bankr. E.D.N.Y. 1994)............................................................ 30

*In re NII Holdings, Inc.*,
    536 B.R. 61 (Bankr. S.D.N.Y. 2015)........................................................... 12, 35

*In re PG&E Corp.*,
    46 F.4th 1047 (9th Cir. 2022) ..................................................................... 20

*In re Purdue Pharma L.P.*,
    633 B.R. 53 (Bankr. S.D.N.Y. 2021), *overruled on other grounds by* 2021 WL
    5979108 (S.D.N.Y. Dec. 16, 2021)................................................................ 23

*In re Purofied Down Prods. Corp.*,
    150 B.R. 519 (S.D.N.Y. 1993)................................................................... 10, 11

**Page(s)**

*In re Refco, Inc.*,
  No. 07 Civ. 4784(DLC), 2008 WL 140956 (S.D.N.Y. Jan. 14, 2008), *aff'd, In re Refco Inc.*, 331 F. App'x 12 (2d Cir. 2009) .................................................................... 27

*In re Res. Cap., LLC*,
  No. 12-12020 (MG), 2013 WL 12161584 (Bankr. S.D.N.Y. Dec. 11, 2013) .............. 36, 43

*In re Robert L. Helms Constr. & Dev. Co., Inc.*,
  139 F.3d 702 (9th Cir. 1998) ..................................................................... 31

*In re S & W Enter.*,
  37 B.R. 153 (Bankr. N.D. Ill. 1984) .............................................................. 51

*In re Sabine Oil & Gas Corp.*,
  555 B.R. 180 (Bankr. S.D.N.Y. 2016)............................................................. 50

*In re Seaside Eng'g & Surveying, Inc.*,
  780 F.3d 1070 (11th Cir. 2015) ................................................................... 37

*In re Soup Kitchen Int'l., Inc.*,
  506 B.R. 29 (Bankr. E.D.N.Y. 2014)............................................................. 12

*In re Spansion, Inc.*,
  426 B.R. 114 (Bankr. D. Del. 2010) .............................................................. 37

*In re Spectrum Info. Techs., Inc.*,
  190 B.R. 741 (Bankr. E.D.N.Y. 1996)............................................................ 30

*In re SRC Liquidation LLC*,
  No. 15-10541 (BLS), 2019 Bankr. LEXIS 2851 (Bankr. D. Del. 2019) ...................... 13

*In re Stearns Holdings, LLC*,
  607 B.R. 781 (Bankr. S.D.N.Y. 2019)........................................................... 45

*In re SunEdison, Inc.*,
  575 B.R. 220 (Bankr. S.D.N.Y. 2017)........................................................... 63

*In re Synergy Pharms. Inc.*,
  621 B.R. 588 (Bankr. S.D.N.Y. 2020)........................................................... 24

*In re Texaco*,
  81 B.R. 806 (Bankr. S.D.N.Y. 1986)............................................................ 58

**Page(s)**

*In re Texaco Inc.*,
    84 B.R. 893 (Bankr. S.D.N.Y. 1988) ........................................................... 10, 60

*In re THC Fin. Corp.*,
    686 F.2d 799 (9th Cir. 1982) ....................................................................... 30

*In re Trib. Co. Fraudulent Conv. Litig.*,
    946 F.3d 66 (2d Cir. 2019) ........................................................................... 33

*In re Tribune Co.*,
    464 B.R. 126 (Bankr. D. Del. 2011) ............................................................. 42

*In re Trinsum Grp. Inc.*,
    No. 08-12547 (MG), 2013 WL 1821592 (Bankr. S.D.N.Y Apr. 30, 2013) ................. 36

*In re Ultra Petrol. Corp.*,
    51 F.4th 138 (5th Cir. 2022) ....................................................................... 19, 20

*In re Westinghouse Elec. Co. LLC*,
    No. 17-10751 (MEW), 2019 WL 4555990 (Bankr. S.D.N.Y. Sept. 19, 2019) ........... 26

*In re Windstream Holdings, Inc.*,
    634 F. Supp. 3d 99 (S.D.N.Y. 2022) ............................................................. 32

*JP Morgan Chase Bank, N.A. v. Charter Commc'ns Operating LLC (In re Charter Commc'ns)*,
    419 B.R. 221 (Bankr. S.D.N.Y. 2009) ........................................................... 40

*Kenton Cty. Bondholders Comm. v. Delta Air Lines (In re Delta Air Lines)*,
    374 B.R. 516 (S.D.N.Y. 2007) ..................................................................... 10

*Koelbl v. Glessing (In re Koelbl)*,
    751 F.2d 137 (2d Cir. 1984) ....................................................................... 56

*Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*,
    583 U.S. 366 (2018) ................................................................................... 33

*NewPage Corp.*,
    586 B.R. 551 (Bankr. D. Del. 2018) ............................................................. 32

*Pearl-Phil GMT (Far E.) Ltd. v. Caldor Corp.*,
    266 B.R. 575 (S.D.N.Y. 2001) ..................................................................... 27

<u>Page(s)</u>

*Quad/Graphics, Inc. v. One2One Commc'ns, LLC (In re One2One Commc'ns, LLC)*,
No. 12-27311 (JLL), 2016 WL 3398580 (D.N.J. June 14, 2016)................................. 43

*Ruskin v. Griffiths*,
269 F.2d 827 (2d Cir. 1959)......................................................................... 20

*S.B.R. Inv., Ltd. v. LeBlanc (In re LeBlanc)*,
404 B.R. 793 (Bankr. M.D. Pa. 2009) ......................................................... 16

*Sears v. Sears (In re Sears)*,
863 F.3d 973 (8th Cir. 2017) ....................................................................... 16

*Trans–Orient Marine Corp. v. Star Trading & Marine, Inc.*,
925 F.2d 566 (2d Cir. 1991)......................................................................... 26

*USGen New Eng., Inc. v. TransCanada Pipelines, Ltd. (In re USGen New Eng., Inc.)*,
429 B.R. 437 (Bankr. D. Md. 2010) ............................................................ 16

**<u>Rules and Statutes</u>**

11 U.S.C. § 103(31) ......................................................................................... 60

11 U.S.C. § 502 ........................................................................................ *passim*

11 U.S.C. § 510 ............................................................................................... 65

11 U.S.C. § 562 ................................................................................... 28, 29, 33

11 U.S.C. § 726 ............................................................................................... 65

11 U.S.C. § 1114 ............................................................................................. 62

11 U.S.C. § 1122 ........................................................................................ 51, 52

11 U.S.C. § 1123 ........................................................................................ 52, 53

11 U.S.C. § 1124 ............................................................................................. 15

11 U.S.C. § 1125 ................................................................................. 43, 44, 55

11 U.S.C. § 1126 ...................................................................................... *passim*

11 U.S.C. § 1129 ...................................................................................... *passim*

28 U.S.C. § 157............................................................................................... 67

**Page(s)**

28 U.S.C. § 1122 ................................................................................................ 51, 52

28 U.S.C. § 1123 ...................................................................................... 51, 35, 41, 52

28 U.S.C. § 1334 ........................................................................................................ 67

28 U.S.C. § 1408 ........................................................................................................ 67

28 U.S.C. § 1409 ........................................................................................................ 67

28 U.S.C. § 1930 ........................................................................................................ 62

28 U.S.C. § 3302 ........................................................................................................ 14

**Other Authorities**

Fed. R. Bankr. P. 9019 .............................................................................. 9, 10, 36, 46

Fed. R. Bankr. P. 3020 .......................................................................................... 68, 69

Fed. R. Bankr. P. 3007 .............................................................................................. 16

Fed. R. Bankr. P. 3017 .............................................................................................. 67

S. 95-989, 95th Cong., 2d Sess. § 126 (1978) ......................................................... 51

H.R. 95-595, 95th Cong., 1st Sess. § 412 (1977) ............................................... 51, 57

Genesis Global Holdco, LLC ("GGH") and its affiliated debtors and debtors-in-possession

(collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), hereby submit

this memorandum of law (the "Memorandum") in support of entry of an order (the "Confirmation

Order") confirming the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 (ECF

No. 989) (as may be revised, amended, restated, supplemented, altered or modified from time to

time, the "Plan"),[2] and as supplemented by the supplements to the Plan filed at ECF Nos. 1117,

1131, 1137 and 1144 (as may be revised, amended, restated, supplemented, altered or modified

from time to time, collectively, the "Plan Supplement"), pursuant to § 1129 of title 11 of the United

States Code (as amended, the "Bankruptcy Code"), and in reply to the:

- *Gemini Trust Company, LLC's Response and Reservation of Rights with Respect to Confirmation of the Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1239 (the "Gemini Reservation");[3]

- *Digital Currency Group, Inc. and DCG International Investments Ltd.'s Objection to Confirmation of the Debtors' Amended Plan*, ECF No. 1257 (the "DCG Objection" or "DCG Obj.");

- *Objection of SOF International, LLC to Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1218 (the "SOF Objection" or "SOF Obj.");

- *Genesis Crypto Creditors Ad Hoc Group's Objection to Confirmation of the Amended Joint Chapter 11 Plan of Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific PTE. Ltd.*, ECF No. 1238 (the "CCAHG Objection" or "CCAHG Obj.");

- *Objection and Reservation of Rights Regarding Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1252 (the "BAO Objection" or "BAO Obj.");

- *Objection of the United States Trustee to the Confirmation of the Debtors' Joint Amended Chapter 11 Plan*, ECF No. 1202 (the "UST Objection" or "UST Obj.");

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or Disclosure Statement, as applicable.

[3]     The Debtors understand that the issues raised in the Gemini Reservation have been resolved.  To the extent any issues are raised by Gemini at the Confirmation Hearing, the Debtors reserve all rights.

- *Reservation of Rights of the Ad Hoc Group of Genesis Lenders to Confirmation of the Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1240 (the "AHG Reservation");[4]

- *Reservation of Rights of the New York State Office of the Attorney General with Respect to the Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1232 (the "NYAG Reservation"); and

- *Reservation of Rights of [Redacted] to Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1237.

This Memorandum is also supported by the following:

- *Affidavit of Service of Solicitation Materials*, ECF No. 1194 (the "Solicitation Affidavit"), a copy of which is attached hereto as **Exhibit A**;

- *Amended Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1295 (the "Amended Voting Report"), a copy of which is attached hereto as **Exhibit B**;

- *Declaration of Joseph J. Sciametta, Managing Director of Alvarez & Marsal North America LLC, in Support of Confirmation of the Debtors' Amended Joint Chapter 11 Plan* (the "Sciametta Decl."), a copy of which is attached hereto as **Exhibit C**;

- *Declaration of Paul Aronzon, Member of the Special Committee of Board of Directors of Genesis Global Holdco, LLC, in Support of Confirmation of the Debtors' Chapter 11 Plan* (the "Aronzon Decl.") a copy of which is attached hereto as **Exhibit D**;

- The *Declaration of Brad Lenox in Support of the Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the Plan of Reorganization of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code* (the "Lenox Decl."), a copy of which is attached hereto as **Exhibit E**.[5]

In further support of confirmation of the Plan, the Debtors respectfully state as follows:

---

[4] The Debtors are working with the Ad Hoc Group to resolve the concerns raised in the AHG Reservation regarding the proposed Debtor Releases. To the extent any issues relating to the Debtor releases are raised by the Ad Hoc Group at the Confirmation Hearing, the Debtors reserve all rights.

[5] Attached to the Lenox Decl. as Exhibits 1-9 are true and correct copies of the CCAHG MBAs (as defined therein). The CCAHG MBAs are identical in all material aspects.

## PRELIMINARY STATEMENT

1.      The Plan embodies a settlement between the Debtors and the vast majority of their creditors that preserves value for creditors by making distributions in kind, in the form of the same cryptocurrency assets that were loaned to the Debtors, to the greatest extent possible. The Distribution Principles are the result of months-long arms'-length negotiations among various creditor groups and embody a comprehensive settlement that aims to reconcile and give consideration to the positions of numerous opposing creditor groups, all represented by sophisticated counsel, including the Official Committee of Unsecured Creditors (the "Committee"), the Ad Hoc Group, the Ad Hoc Group of Dollar Lenders (the "Dollar Creditor Group"), and the Crypto Creditors Ad Hoc Group ("CCAHG"). All of these creditor groups represent holders of different asset classes which, accordingly, took different (and in some cases diametrically opposed) views as to the appropriate means by which to satisfy the claims of the Debtors' creditors in a manner consistent with the requirements of the Bankruptcy Code and with principles of equity.

2.      The Plan does not contemplate a full recovery for any creditor who loaned cryptocurrency assets to the Debtors. In fact, in the high case, cryptocurrency creditors are set to receive approximately 77% recoveries on their in-kind claims.[6] Put simply, the majority of the Debtors' creditors are owed cryptocurrency assets, and because the claims against the Debtors for such cryptocurrency assets exceed the assets available for distribution (*i.e.*, the Debtors are insolvent), the Plan seeks to distribute all available assets, *pro rata*, to creditors, who will receive

---

[6]      *See* Sciametta Decl. ¶ 18.

partial recoveries.[7] The Debtor's parent and majority shareholder, DCG, has objected to the Plan because it seeks to exploit the Chapter 11 process for its own benefit, and to recover on account of its equity interests value that is owed to creditors, while creditors are deprived of the benefit of their bargain and left significantly worse off as a result of the Chapter 11 Cases. Even more egregious, DCG is attempting to use the bankruptcy process to wipe out its obligations to pay a $1.1 billion note, as well as millions of dollars in other obligations, owed to the Debtors.[8]

3.      Furthermore, DCG's assertion that the process that led to the Plan and the Distribution Principles excluded DCG could not be further from the truth. The Debtors' engagement with DCG on a potential global resolution of the claims against the Debtors and DCG began well before the commencement of the Chapter 11 Cases and continues to this day.

4.      DCG's objection should be overruled. As a threshold matter, DCG lacks standing to object to the Plan given the approximately $32 billion in Claims asserted by Governmental Units that stand between it and any potential recoveries to equity. DCG's objection also fails because § 502(b) only applies if there is an objection to Claims, which is not the case here. Moreover, § 502(b) is not a cap on creditor recoveries that would require the Debtors to strip the creditors of their contractual rights in order to give equity a windfall from Chapter 11. This is particularly true in this case, where equity owes the Debtors more than $1.1 billion and colorable claims exist against equity as a result of its pre-bankruptcy conduct. To be sure, the Debtors have

---

[7]      Thus, contrary to DCG's self-serving narrative, these creditors are not capturing any "upside"—indeed, they are receiving substantially less than what they are owed. Here, the creditors are not receiving any "windfall;" it is DCG that is seeking a windfall in the form of all of the appreciation of Digital Assets since the Petition Date.

[8]      All this is against the background of the Debtors' investigation, which resulted in the Debtors' belief that they possess significant, colorable claims against DCG on numerous theories of liability, including some involving potential wrongdoing by DCG and/or its principals. *See Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code*, ECF No. 1031 (as may be revised, amended, restated, supplemented, altered or modified from time to time, the "Disclosure Statement") Art. VI.F(i).

the discretion to propose and implement a plan that distributes to creditors all of their available assets until creditors receive the benefit of their bargain as they would if their claims were reinstated.  Indeed, even if the Debtors were solvent (which they are not), as DCG intimates in its objection, the "solvent debtor" exception would dictate giving the creditors the full benefit of their contractual bargain ahead of any recoveries to equity, which in this case would mean full recoveries in-kind.

5.    The objection filed by the CCAHG similarly fails.  The CCAHG has objected to the Plan by arguing that the Claims of its members should be treated as administrative claims or as rejection damages claims valued as of the date of distribution under § 562.  However, the contracts between each of the members of the CCAHG and the Debtors were plainly pre-petition contracts obliterating any basis to assert administrative expense priority.  Additionally, these contracts are not executory and even if they were, the appropriate rejection date would be the petition date.  The CCAHG's objection to the proposed Debtor and the Non-Debtor Releases should also be overruled.  The Releases are supported by the findings of the Special Committee's investigation of potential causes of action and the substantial benefit to the estate provided by the Released Parties during the pendency of these cases.

6.    In sum, these and other objections to the Plan are without merit and should be overruled.  As described more fully herein, the Debtors believe the Plan satisfies all requirements for confirmation and should be approved.

## **BACKGROUND**

## I.    **Commencement of the Chapter 11 Cases**

7.    GGH (together with the other Debtors and GGH's non-Debtor subsidiaries, the "Company") and its non-Debtor affiliate Genesis Global Trading, Inc. ("GGT") provided lending and borrowing, spot trading, derivatives and custody services for digital assets and fiat

currency.  The Debtors engaged in lending, borrowing and certain trading services, while the Non-Debtor Subsidiaries engaged in derivatives, custody and most of the Company's trading services.  GGH is a sister company of GGT and 100% owned by Digital Currency Group, Inc. ("DCG"). [9]  On January 19, 2023, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the date of such filing, the "Petition Date").

## II.    Key Negotiations

8.    Even prior to the Petition Date, the Debtors engaged with key creditor constituencies and DCG in an attempt to reach a consensual resolution that would obviate the need for a Chapter 11 case.  Those discussions continued even after the Petition Date.  In order to facilitate settlement discussions, at the outset of these Chapter 11 Cases, on January 20, 2023 the Debtors filed a standalone plan, *Debtors' Joint Chapter 11 Plan*, ECF No. 20 (the "Initial Plan"), providing a framework for a confirmable chapter 11 plan even in the absence of a global settlement.  *See* Aronzon Decl. ¶¶ 11-13.  Following the filing of the Initial Plan, the Debtors continued to engage in discussions with key stakeholders in an attempt to reach a global settlement with all parties in interest.  *See* Aronzon Decl. ¶¶ 14-15.  The Debtors successfully negotiated a deal in principle among major stakeholders, including DCG and the Ad Hoc Group, that was filed with the Court on February 10, 2023.  *See* Aronzon Decl. ¶¶ 16-17.[10]

9.    After the February 2023 deal in principle was abandoned, the Debtors kept trying to reach a global deal.  Those efforts led to the appointment of a mediator, former Bankruptcy Judge Randall Newsome, in April 2024 and extensive mediation sessions among key

---

[9]    For additional detail regarding the events leading up to the Petition Date, *see Declaration of A. Derar Islim in Support of First Day Motions and Application in Compliance with Local Rule 1007-2*, ECF No. 17.

[10]    For additional background regarding the key negotiations between the Debtors and other major stakeholders, *see generally* Aronzon Decl. ¶¶ 11-58. *See also* Disclosure Statement.

stakeholders over several months. Following extensive negotiations, the Debtors filed an amended

plan, ECF No. 427 (the "June Plan") on June 13, 2023, reflecting substantial agreement on certain

key issues among the Debtors, the Committee and the Ad Hoc Group.

10.    The Debtors and the Committee continued negotiations with DCG and the

Ad Hoc Group after filing the June Plan, including additional mediation efforts that resulted in an

agreement in principle among the Debtors, the Committee, and DCG (the "Agreement in

Principle"), but which did not gain the support of the Ad Hoc Group. Despite their good faith

efforts, the Debtors and their key creditor constituencies were still unable to reach an agreement

with DCG on final debt terms (which was needed to put forth a consensual plan).

11.    Further complicating matters, on October 19, 2023, the Office of the New

York Attorney General (the "NYAG") filed a lawsuit in the Supreme Court of the State of New

York against certain of the Debtors, DCG and Gemini Trust Company, LLC ("Gemini") and other

related parties (the "NYAG Action") alleging that they defrauded investors in connection with the

Gemini Earn Program and the DCG Note and seeking an injunction against DCG continuing to

conduct business in New York.[11] The NYAG Action created a substantial cloud over the

Agreement in Principle because the latter contemplated the issuance of long-term debt by DCG.

Ultimately, the Debtors and the Committee determined that pursuing the Agreement in Principle

with DCG while the NYAG Action was pending was not viable. Accordingly, the Debtors

continued to pursue the Plan, which incorporated the key concepts of the Initial Plan and June Plan

with additional modifications.

---

[11]    On February 8, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General*, ECF No. 1275 (the "NYAG Settlement Motion"), seeking the Court's approval of a settlement agreement reached between the Debtors and the NYAG. A hearing on the NYAG Settlement Motion is scheduled before the Court on February 26, 2024.

12.     Throughout these Chapter 11 Cases, the Debtors have remained steadfastly committed to providing a transparent process that would produce a value-maximizing restructuring for their creditors on an expedited timeline.  The Debtors, in consultation with their legal and financial advisors, have concluded that the Plan achieves that objective.  On November 28, 2023, the Debtors, the Committee and certain other creditors (the "PSA Creditors") entered into a plan support agreement (the "PSA") providing, among other things, that subject to receipt of a Bankruptcy Court-approved Disclosure Statement and the terms of the PSA, the PSA Creditors agreed to vote, and the Committee agreed to encourage Holders of Claims to vote, to accept the Plan (subject to the Plan including certain conditions specified therein. *See Notice of Filing of Plan Support Agreement*, ECF No. 1008.

13.     Even prior to the execution of the PSA, the Debtors, the PSA Creditors, and certain other creditor groups began to negotiate the principles that would govern distribution of the Debtors' assets, ultimately taking the form of the Distribution Principles after multiple months of hard-fought, arms' length negotiations.[12]  The Distribution Principles represent a compromise and settlement among dollar and digital creditors, consisting of five steps intended to maximize in-kind and like-kind distributions to creditors to Holders of Allowed General Unsecured Claims on a *pro rata* basis.[13]

---

[12]     *See Declaration of Bradley Geer in Support of the Official Committee of Unsecured Creditors' Memorandum of Law in Support of Confirmation of the Amended Joint Chapter 11 Plan and Omnibus Response to Objections Thereto*, filed by the Committee as an exhibit to its *Memorandum of Law in Support of Confirmation of the Amended Joint Chapter 11 Plan and Omnibus Response to Objections Thereto.*

[13]     Even before the filing of the Plan, the Debtors have been clear in their intention to make and maximize in-kind distributions to creditors.  *See, e.g.*, Sept.6, 2023 Hr'g Tr. 64:25 – 65:6; Oct. 24, 2023 Hr'g Tr. 32:21 – 33:4; Nov. 28, 2023 Hr'g Tr. 40:9 – 41:11.

### III.   Plan Solicitation and Voting Results

14.   On November 28, 2023, the Debtors filed the Plan.  On December 6, 2023, the Bankruptcy Court entered the order approving the Disclosure Statement (ECF No. 1027) (the "Disclosure Statement Order"), and on December 6, 2023, the Debtors filed a final solicitation version of the Disclosure Statement (ECF No. 1031).  The Debtors then promptly caused Kroll Restructuring Administration (the "Solicitation Agent") to commence solicitation of votes on the Plan in compliance with the Disclosure Statement Order.  After the distribution of Solicitation Packages and Non-Voting Status Notice Packages (each as defined in the Disclosure Statement Order), voting commenced.

15.   The Voting Deadline for all Holders of Claims entitled to vote on the Plan was January 10, 2024 at 4:00 p.m., prevailing Eastern Time. On February 12, 2024, the Amended Voting Report was filed.  As set forth in the Amended Voting Report, the Plan has been overwhelmingly accepted by the voting classes of creditors.  *See generally* Amended Voting Report.

### ARGUMENT

### I.   The Plan Should Be Confirmed

A.   The Distribution Principles Embody Broad Creditor Consensus and Should Be Approved Under Bankruptcy Rule 9019

16.   The Distribution Principles are the result of hard-fought, arms'-length negotiations between the Debtors and certain of their major creditor constituencies over the course of many months, and have the support of the Committee, the Ad Hoc Group (whose members include holders of both crypto and dollar-denominated claims) and the Dollar Creditor Group.  The Debtors and their advisors have sought to resolve thorny intercreditor disputes over distributions under the Plan.  Indeed, the Distribution Principles represent a compromise of disparate positions,

including creditors holding dollar claims (who sought to value claims and make distributions on Petition Date valuations), on the one hand, and creditors holding crypto-denominated claims (who sought to value claims and make distributions at Distribution Date valuations) on the other.  For the reasons set forth herein, the Distribution Principles are fair and equitable, in the best interest of the estate, an exercise of the Debtors' sound business judgment, and should be approved.

17.     Courts may approve a compromise or settlement after notice and a hearing.  *See* Fed. R. Bankr. P. 9019(a).  Plan settlements of non-debtor claims are determined under the same standards that govern Bankruptcy Rule 9019 settlements.  *See In re Texaco Inc.*, 84 B.R. 893, 901 (Bankr. S.D.N.Y. 1988) (considering settlement of creditor's claim under a plan under Bankruptcy Rule 9019 standards).

18.     A settlement approved through a plan must be "fair and equitable, and in the best interests of the estate." *In re Ditech Holding Corp.*, 606 B.R. 544, 623 (Bankr. S.D.N.Y. 2019).  A court has significant discretion to determine whether a settlement satisfied these standards, and that decision will not be disturbed absent a clear abuse of discretion.  *See, e.g., id.* at 623.[14]  In addition, a bankruptcy court should exercise its discretion "in light of the general public policy favoring settlements." *In re Hibbard Brown & Co.*, 217 B.R. 41, 46 (Bankr. S.D.N.Y. 1998).  In its evaluation, a bankruptcy court need not decide the numerous issues of law and fact raised by the settlement, but rather should "canvas the issues and see whether the settlement 'fall[s] below the lowest point in the range of reasonableness.'"[15]

---

[14]     *See also In re Purofied Down Prods. Corp.*, 150 B.R. 519, 522 (S.D.N.Y. 1993) ("A Bankruptcy Court's decision to approve a settlement should not be overturned unless its decision is manifestly erroneous and 'a clear abuse of discretion.'") (citations omitted); *Kenton Cty. Bondholders Comm. v. Delta Air Lines (In re Delta Air Lines)*, 374 B.R. 516, 522 (S.D.N.Y. 2007) ("The bankruptcy court will have abused its discretion if 'no reasonable man could agree with the decision' to approve a settlement.") (citation omitted).

[15]     *Cosoff v. Rodman* (In re W.T. Grant Co.), 699 F.2d 599, 608 (2d Cir. 1983) (quoting *Newman v. Stein*, 464 F.2d 689, 693 (2d Cir. 1972)); *In re Purofied Down Prods. Corp.*, 150 B.R. 519, 522 (S.D.N.Y. 1993) (in making the determination of reasonableness, the court need not conduct a "mini-trial" on the merits) (citation omitted).

19.    The Second Circuit applies the seven "*Iridium*" factors in determining whether a proposed settlement is "fair and equitable." *In re Ditech, 606 B.R. at 623-24 (citing Motorola v. Comm. of Unsecured Creditors (In re Iridium Operating LLC)*, 478 F.3d 452, 462 (2d Cir. 2007)). Where most or all the factors are satisfied, a settlement should be approved. *See In re Ben-Artzi*, No. 21-10470 (MG), 2021 WL 5871718 (Bankr. S.D.N.Y. Dec. 10, 2021). When evaluating the necessary facts, a court may rely on the opinion of the debtor, parties to the settlement, and professionals.[16] In particular, the business judgment of the debtor in recommending the settlement should be factored into the court's analysis. *See In re MF Glob. Inc.*, No. 11-2790 (MG), 2012 WL 3242533, at *5 (Bankr. S.D.N.Y. Aug. 10, 2012) (citing *JP Morgan Chase Bank, N.A. v. Charter Commc'ns Operating LLC (In re Charter Commc'ns)*, 419 B.R. 221, 252 (Bankr. S.D.N.Y. 2009)).

20.    The applicable *Iridium* factors decisively weigh in favor of approving the Distribution Principles. The first and second *Iridium* factors involve balancing the possibility of success of potential litigation, including its complexity, cost, inconvenience and delay, against a settlement's future benefits. Here, the Debtors have sought a consensual plan from the earliest days of these Chapter 11 Cases. *See* Aronzon Decl. ¶ 16. After months of non-stop negotiations among the creditors, the Debtors and DCG, when it became clear that a global settlement was no longer feasible, the Debtors toggled to the current plan. *See* Aronzon Decl. ¶¶ 18-33, 44-52. Indeed, the PSA was premised on the Debtors' prosecution of a plan that seeks to effectuate the Distribution Principles. For these reasons, the Distribution Principles benefit the Debtors' Estates by providing certainty and an administrable path forward, resolving as consensually as possible

---

[16]    *In re Dewey & LeBoeuf LLP*, 478 B.R. 647, 641 (Bankr. S.D.N.Y. 2012). *See In re Chemtura Corp.*, 439 B.R. 561, 594 (Bankr. S.D.N.Y. 2010); *In re Purified Down Prods. Corp.*, 150 B.R. at 522-23.

differing and often diametrically-opposed creditor interests in an untested area of the law.  In other

words, the Distribution Principles reduce the number of parties and positions against which the

Debtors would have to litigate confirmation of their Plan.

21.    The third *Iridium* factor similarly supports approval of the Distribution

Principles.  The Distribution Principles are not only supported, but are the result of extensive

negotiations with the Committee, who is statutorily tasked with advancing the collective interest

of all unsecured creditors, and the PSA Creditors (including those represented by the Dollar

Creditor Group and the Ad Hoc Group), collectively holding more than $2.1 billion in Claims.  *See*

*Notice of Filing of Plan Support Agreement*, ECF No. 1008.  Although DCG purports to object to

the settlement of these parties' disputes through the Distribution Principles (which, as discussed

below, it lacks standing to do)[17] courts have repeatedly held that, even where large claim holders

oppose a settlement, it may still be approved because it is in the "best interests of the estate as a

whole."[18]

22.    The Distribution Principles also satisfy the fourth *Iridium* factor, which is

breadth of support.  Beyond the express support of the UCC and the PSA Creditors, the Debtors'

Plan—which includes the Distribution Principles—obtained overwhelming support from every

class of creditor entitled to vote.  *See* Amended Voting Report; *see also In re NII Holdings, Inc.*,

---

[17]    DCG mischaracterizes the email attached to the DCG Objection as Exhibit F as somehow evidencing that the Distribution Principles were "designed to deprive DCG of the recovery to which it is entitled." DCG Obj. ¶ 66.  In fact, the email in question, which does not come from Debtors' counsel (contrary to what DCG alleges), simply highlights a point of tension between creditor groups—specifically, creditors with dollar-denominated claims and creditors with claims denominated in digital assets—and makes no reference to DCG.  Indeed, the email in Exhibit F to the DCG Objection is entirely consistent with the Debtors' characterization of the Distribution Principles as a hard-fought, comprehensive settlement that aims to reconcile the positions of numerous opposing creditor groups.

[18]    *In re Key3Media Grp. Inc.*, 336 B.R. 87, 97–98 (Bankr. D. Del. 2005) (stating that even when the "largest independent claimholders" object to a settlement, the objection "cannot be permitted to predominate over the best interests of the estate as a whole"); *see also In re Soup Kitchen Int'l., Inc.*, 506 B.R. 29, 44 (Bankr. E.D.N.Y. 2014) ("the overriding consideration is the [s]ettlement's benefits to the creditor body"); *In re Capmark Fin. Grp., Inc.*, 438 B.R. 471, 519 (Bankr. D. Del. 2010) ("a debtor may seek approval of a settlement over major creditor objections as long as it carries its burden of establishing that the . . . paramount interests of creditors, weighs in favor of settlement").

536 B.R. 61, 120 (Bankr. S.D.N.Y. 2015) (finding that the fourth *Iridium* factor was satisfied where "the Plan received overwhelming approval from every impaired class of creditors, all of whom will be affected by the Settlement.").

23.    In sum, the Distribution Principles should be approved because they represent the product of hard-fought negotiations between different stakeholder groups with different interests to provide certainty in a complex and untested area of law.  For these reasons, the Distribution Principles fall far above the "lowest range of reasonableness," are fair and equitable, a sound exercise of the Debtors' good business judgment, and should be approved.

B.    The DCG Objection Should Be Overruled

i.    DCG Lacks Standing to Object to the Distribution Principles

24.    DCG's principal challenge to the Plan centers on its contention that the Distribution Principles violate § 502(b) of the Bankruptcy Code.  *See* DCG Obj. at 11-20; *see also id* at 11, 24, 25, and 37 (claiming violation of 502(b) results in violations of §§ 1129(a)(1),1129(a)(3), 1129(a)(7), 1129(b),[19] and the "corollary" to the absolute priority rule).  Although this challenge cannot be sustained on its merits, as discussed below, DCG fails at the starting gate because it lacks standing to assert these objections.

25.    To establish standing to challenge the Distribution Principles, DCG must demonstrate that it has a "direct stake."[20]  Given the size and composition of the Debtors' claims

---

[19]    DCG does not specify whether the Debtors have purportedly violated 1129(b)(1) or (b)(2) with respect to the Distribution Principles.

[20]    *See In re Johns-Manville, Corp.*, 68 B.R. 618, 623 (Bankr. S.D.N.Y. 1986) ("[O]nly parties adversely affected by provisions of a plan may raise an objection to confirmation based on such provisions."); *In re Drexel Burnham Lambert Group, Inc.*, 138 B.R. 717, 721 (Bankr. S.D.N.Y. 1992) (holding that, where equity in a debtor was worthless, an equity holder had "no stake" in what amounts to the settlement of a controversy between creditors). Courts have held that standing is not established when an objecting party's recoveries hinge on remote and hypothetical redressability.  *See In re SRC Liquidation LLC*, No. 15-10541 (BLS), 2019 Bankr. LEXIS 2851, at *14 (Bankr. D. Del. 2019) (holding an unsecured creditor did not have standing, among other reasons, because its requested relief would require the creditor to "jump several lofty hurdles to even approach the chance to receive . . . proceeds").

pool, DCG cannot establish that modifying the Distribution Principles in the manner it suggests

would result in any recovery on account of DCG's equity interests *even if* DCG were to prevail on

its § 502(b) argument.

26.    Even if the Debtors were to adopt DCG's proposed distribution

methodology, it is undisputed that between the Claims subject to the Distribution Principles and

DCG's equity interests stands over $32 billion in Claims asserted by Governmental Units, which

far exceed the Debtors' assets available to be distributed to creditors.[21] *See* Sciametta Decl. ¶ 15.

No party in interest has filed an objection seeking to disallow or reclassify any of the Claims

asserted by Governmental Units.  Thus, as at the time of confirmation, they are deemed allowed

at the amount asserted under § 502(a).[22]  In light of that, the Debtors are plainly insolvent.  *See*

*Notice of Filing of Cash and Coin Report*, ECF No. 1214 (showing total assets, including cash and

Digital Assets, in the aggregate of approximately $2.9 billion as of December 31, 2023); *see also*

28 U.S.C. § 3302(a) (a debtor is insolvent where the "sum of the debtor's debts is greater than all

of the debtor's assets at a fair valuation").  Further, and as a consequence of the foregoing, DCG

has no economic interest in, and therefore lacks standing to object to the Distribution Principles.

*See In re Magnesium Corp. of Am.*, 583 B.R. 637, 650 (Bankr. S.D.N.Y. 2018) ("[A]n equity

holder . . . lacks standing to object to claims against the estate unless there is a reasonable

---

[21]    To the extent that DCG is a Holder of Claims in Class 3 at each of the Debtors on account of its asserted Fiat-or-Stablecoin Denominated Unsecured Claims, it lacks standing to challenge the Distribution Principles.  Under the Distribution Principles, no Holders of an Allowed Claim may receive more than their Pro Rata Share, *i.e.*, an amount in excess of their proportion based on Petition Date Values until Holders of Allowed Fiat-or-Stablecoin Denominated Unsecured Claims have met their Recovery Caps (*i.e.*, the full amount of their asserted Claims).  The same result would functionally occur under DCG's proposed alternative methodology.  Further, DCGI's Alt-Coin-Denominated Unsecured Claim would receive the same treatment under the Distribution Principles as any other similarly-situated creditors, and so any challenge by DCGI to the Distribution Principles based on any alleged resulting harm to DCGI with respect to such claim likewise fails.

[22]    The restitution framework proposed in the NYAG Settlement similarly results in the New York State Office of the Attorney General having a structurally-senior claim that is not satisfied until other unsecured creditors have received full recovery in-kind.

possibility of a surplus after all claims against the debtor's estate are paid in full."); *see also*

*Freeman v. J. Reg. Co.*, 452 B.R. 367, 371 (S.D.N.Y. 2010) (equity holders lacked standing to

appeal a confirmation order when "recoveries clearly indicate that the Debtors, no matter the terms

of a plan, were not sufficiently solvent to provide equity holders with a recovery").[23]

27.    Lacking the necessary pecuniary interest in the question of distribution

methodology, DCG cannot manufacture standing by incorporating its § 502(b) objection into an

objection under §§ 1129(a)(1), 1129(a)(3), 1129(a)(7), and 1129(b).  In particular, § 1129(a)(1)

should not be misconstrued as providing any party-in-interest with the ability to make an objection

by reference that it would not have standing to make directly, nor does DCG provide any authority

to support that gamesman's reading of the Code.[24]

28.    The well-established law surrounding a debtor's right to reinstate

prepetition contracts pursuant to a plan under § 1124 of the Bankruptcy Code further reinforces

DCG's lack of standing.  Among other things, reinstatement of a loan agreement under § 1124(2)

requires that a debtor "cure the default, reinstate the maturity of the claim, and compensate the

creditor for damages resulting from reliance on the prospect of receiving accelerated payment."

*In re LATAM Airlines Grp. S.A.*, 55 F.4th 377, 385-86 (2d Cir. 2022), *citing* 11 U.S.C. §§

1124(2)(A)-(C).  Here, Holders of General Unsecured Claims are creditors of the Debtors by virtue

of prepetition agreements whereby they agreed to lend digital assets to the Debtors.  Had the

Debtors reinstated the these agreements, they would have been required by § 1124 to make the

creditors whole.  In other words, if the Debtors had sufficient Digital Assets to return all Digital

---

[23]    To the extent that the Court were to find that the Debtors are solvent, the Distribution Principles would still
be appropriate as a means to provide creditors with the full benefit of their bargain.  *See* Section I.B.ii *infra*.

[24]    As discussed below, even if DCG were to have standing to assert, directly or indirectly, that the Distribution
Principles violated 502(b), that claim would fail on the merits.  *See* Section I.B.ii *infra*.

Assets owed to creditors, the Debtors could accomplish that through reinstatement, and DCG would have no recourse.

29.     Although the Plan does not fully reinstate the creditors' claims, the Plan (as overwhelmingly accepted by each class of voting creditors), and by virtue of the collective action nature of the Chapter 11 voting process, amends and reinstates the prepetition lending agreements to preserve creditors' rights to receive as much of their borrowed assets as possible, while eliminating any recourse for shortfall that would exist in a full reinstatement.  *See* Plan Art. III.A-D.  If DCG would have no recourse were the Debtors to engage in "full" reinstatement, it cannot have any basis to object to the Debtors' Distribution Principles that do not fully "cure" the affected claims.  *Cf. Comm'n of Dep't of Pub. Utilities of Com. of Mass. v. New York, N.H. & H.R. Co.*, 178 F.2d 559, 564 (2d Cir. 1949) ("If we refer to the actual words themselves, 'may be discontinued,' and give them their ordinary meaning, it would seem plain that they should be held to mean 'may be discontinued in part' as well as 'may be discontinued in its entirety': The greater includes the lesser, unless something to the contrary appears.").  There is no question that if the Debtors reinstated all of the Debtors obligations in full, DCG would have no standing and would receive no recoveries.  It cannot possibly be true that DCG, as an equity holder, does better in a situation where creditors do not receive the full benefit of their bargains as opposed to a situation where obligations are reinstated in full.

ii.     The Distribution Principles Comport with Section 502(b)

30.     Even if DCG had standing to object to the Distribution Principles (and it does not), the Distribution Principles are consistent with § 502(b) of the Bankruptcy Code.  As an initial matter, § 502(b) applies only to claims that are the subject of an objection.[25]  Absent an

---

[25]     DCG implicitly acknowledges that the plain text of § 502(b) applies solely to claims that are the subject of an objection.  The majority of the decisions cited by DCG relating to § 502(b) were decided explicitly on that basis.

objection from a "party in interest," a filed proof of claim or interest is deemed allowed. 11 U.S.C. § 502(a). Here DCG has not objected to any of the claims that are subject to the Distribution Principles[26] such that § 502(b) would be implicated.[27]

31.    Even if § 502(b) would require the determination of the amount of claims not subject to objection as of the Petition Date, the Distribution Principles provide for such a determination. The Distribution Principles determine, for the purpose of distributions, the U.S. dollar equivalent of each of the Digital Assets comprising a Claim at a fixed rate and at a fixed time on the Petition Date; this U.S. dollar equivalent of a Digital Asset is the same for each creditor, ensuring all creditors' *pro rata* entitlement is measured from the same point and in the same currency.

32.    Yet, in opposing the Distribution Principles, DCG asserts that § 502(b) somehow imposes a dollar-denominated upper limit on creditor recoveries.[28] But, just as there is

---

*See, e.g.*, *Sears v. Sears (In re Sears)*, 863 F.3d 973 (8th Cir. 2017); *S.B.R. Inv., Ltd. v. LeBlanc (In re LeBlanc)*, 404 B.R. 793 (Bankr. M.D. Pa. 2009); *In re Eriksen*, 647 B.R. 192 (Bankr. N.D. Ohio 2022); *In re LATAM Airlines Group S.A.*, No. 20-11254 (JLG), 2023 WL 3574203 (Bankr. S.D.N.Y. May 19, 2023): *USGen New Eng., Inc. v. TransCanada Pipelines, Ltd. (In re USGen New Eng., Inc.)*, 429 B.R. 437 (Bankr. D. Md. 2010). That courts may value claims at the petition date outside of the context of an objection to a claim does not alter the plain terms of the statute. *See* DCG Obj. ¶ 31. To hold that *all* claims or interests must be "determine[d] in lawful currency of the United States as of the date of the filing of the petition," whether or not such claims or interests are the subject of an objection would read language into § 502(a) that Congress did not provide for.

[26]    The Court has entered orders approving omnibus claims objections filed by the Debtors modifying and allowing as modified certain Claims in the Digital Assets asserted in such proofs of claim, consistent with the Distribution Principles. Such orders by their plain terms, however, do not "govern, limit, alter or determine, for purposes of distributions, allocation of distributable value, or methods of distribution pursuant to a chapter 11 plan, the treatment, valuation, and/or denomination of any claims (including claims allowed pursuant to this Order)." *See* ECF No. 1267 ¶ 4; ECF No. 1268 ¶ 5. The Court has also separately entered a stipulation and proposed order allowing a claim that was subject to one of the foregoing objections solely in the amount of Digital Assets listed in the Debtors' schedules with respect to that creditor. *See* ECF No. 1126.

[27]    Nor does DCG imply that its Objection should be construed as such, which would be procedurally and substantively improper in any event. *See* 11 U.S.C. § 502(b) (enumerating grounds for an objection to a claim, none of which include purported recoveries in excess of an allowed claim amount); Bankruptcy Rule 3007 (enumerating grounds for an objection to a claim, none of which include purported recoveries in excess of an allowed claim amount and requiring 30 days' notice of an objection).

[28]    Indeed, where creditors would not recover the full amount of their Claims on an in-kind basis under the Distribution Principles, *see* Sciametta Decl. ¶ 18, DCG's corollary argument that creditors are improperly receiving *more* than their Claims is similarly without merit. *See, e.g.*, DCG Obj. ¶ 54.

nothing in 502(b) that could be read to apply to claims other than those that are the subject of an objection, the statute contains no language that could be read to cap creditor recoveries. In contrast, §§ 502(b)(6) and (7) *do* expressly provide that certain claims related to rejections of real property leases or damages claims brought by employees for termination are limited based on express valuation methodologies. In other words, if Congress had intended for § 502(b) to impose any limit on creditor recoveries, as it did specifically in other provisions of § 502(b), it could have done so explicitly.

33.     Even more glaringly, DCG argues that any imagined "excess"[29] value should go to equity, despite the fact that the Debtors' net assets available for distribution to creditors is far exceeded by the aggregate liabilities asserted against them. *See* Sciametta Decl. ¶ 15. In this light, DCG's efforts to scuttle the Distribution Principles are motivated, not by the requirements of the Bankruptcy Code, but by a desire to enrich itself at the expense of all creditors. This is made all the more egregious by DCG's outstanding obligation to repay more than $1 billion to the Debtors; if DCG's arguments prevail, DCG will surely contend that any amounts paid to the

---

[29]     DCG's assertion that the ability of a creditor to recover the assets that they loaned a debtor should depend on the value of those assets on the petition date leads to perverse results. In essence, DCG argues that creditors should receive *lower* recoveries on an in-kind basis than the Debtors propose under the Distribution Principles solely as a result of market forces that are outside of the terms of the Debtors' Plan. If the U.S. dollar equivalent of the Allocable Assets were to fall below the Petition Date valuation prior to distribution, DCG's reading would mean that creditors who received 100% of the assets they loaned to the Debtors would be considered impaired *merely* because those assets are now worth less than they were on the Petition Date such that the value of the creditors' claims as of the Petition Date exceeded their contractual entitlement.

Debtors by DCG under the $1.1 billion note or other obligations owed to the Debtors[30] would necessarily flow right back into DCG's pockets.[31]

34.     And, to be sure, none of the cases that DCG cites support its atextual, inequitable position. They either address the application of § 502(b) in entirely inapposite factual scenarios,[32] or concern disputes regarding foreign currency denominated claims where no chapter 11 debtor was attempting to provide in-kind recoveries.[33]  Finally, the fact that other courts have confirmed plans filed by other debtors in the crypto currency space that sought to "dollarize" claims is not relevant to determining whether § 502(b) mandates some sort of cap on in-kind recoveries. *See* DCG Obj. ¶ 42.  The motivation or reasoning of the debtors in those cases cannot be inferred merely from their decision to pursue an approach different than the Distribution Principles, nor can the confirmation of plans containing statements about § 502(b) or its implications be understood as being determinative with respect to the Distribution Principles.[34]

---

[30]     DCG's other obligations include, but are not limited to, the amounts asserted in the Complaint filed by the Debtors in the adversary proceeding captioned *Genesis Global Capital, LLC v. Digital Currency Group, Inc. (In re Genesis Global Holdco, LLC)*, Case No. 24-01312 (SHL) (Bankr. S.D.N.Y. Feb. 7, 2024), ECF No. 1, and the Demand for Arbitration filed before the American Arbitration Association, dated February 8, 2024.  *See* Notice of Filing of Arbitration Demand with Respect to Late Fees and Enforcement Costs Under the DCG Loan and DCGI Loan, ECF No. 1274.  In addition, the Debtors dispute that DCG has made full payment of undisputed obligations under the DCG Loan and DCGI Loan.

[31]     As the CCAHG Objection rightly points out, albeit in service of an inapposite objection, the dollarization proposed by DCG would create the possibility of equity holders exploiting a depressed crypto market.  *See* CCAHG Obj. at ¶ 61.

[32]     *See, e.g., Cadle Co. v. Mangan (In re Flanagan)* 503 F.3d 171, 178-79 (2d Cir. 2007) (determining only that a post-petition settlement release of claims did not affect the validity of claims as of the petition date for purposes of appellate jurisdiction); *In re Eriksen*, 647 B.R. 192 (Bankr. N.D. Ohio 2022) (merely concluding that the petition date was the appropriate date for determining purported liability for a claim where the debtor sought to delay allowance of a claim whose asserted amount was not in dispute pending resolution of litigation involving third-parties).

[33]     *See e.g., In re Axona Int'l Credit & Com. Ltd. 88 B.R. 597* (Bankr. S.D.N.Y. 1988) (holding that dismissal of a chapter 7 case in favor of a foreign main proceeding would not be fundamentally unfair merely because foreign law would require conversion of a U.S. dollar denominated claim into foreign currency); *Finanz AG Zurich v. Banco Economico S.A.*, 192 F.3d 240 (2d Cir. 1999) (same); *In re Aaura, Inc.*, 2006 WL 2568048 (Bankr. N.D. Ill. 2006) (holding that a creditor's claim for gold consigned to a debtor was determined as of the petition date and that the intervening increase in gold prices created an equity cushion that provided adequate protection of that creditor's collateral rights, where neither the creditor nor the debtor sought to make distributions in gold).

[34]     Indeed, DCG's focus on recent statements in the FTX bankruptcy proceeding in another district as evidence of the validity of its position is misplaced.  *See In re FTX Trading Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del.) (Jan. 31

### iii. Even If the Debtors Are Solvent, the Distribution Principles Are Appropriate

35.    Although the record amply demonstrates otherwise, if DCG could demonstrate that the Debtors were solvent as of the Distribution Date, the Distribution Principles would fully comport with the well-established principle that creditors of solvent debtors are entitled to the full benefit of their bargain.

36.    The "solvent debtor" exception – which courts have invoked to provide unsecured creditors with postpetition interest notwithstanding § 502(b)(2) – was born from a longstanding principle that "[w]hen a debtor can pay its creditors interest on its unpaid obligations in keeping with the valid terms of their contract, it must." *See In re Ultra Petrol. Corp.*, 51 F.4th 138, 150-152 (5th Cir. 2022) (collecting cases). Thus, courts applying the exception are united in their position that it would be inequitable for a court to not enforce the existing contractual terms and deprive creditors of the excess value of a debtor's estate. *See, e.g., Gencarelli v. UPS Cap. Bus. Credit*, 501 F.3d 1, 7 (1st Cir. 2007) (stating that "[t]his is a solvent debtor case and, as such, the equities strongly favor holding the debtor to his contractual obligations as long as those obligations are legally enforceable under applicable non-bankruptcy law"); *Debentureholders Protective Comm. of Cont'l Inv. Corp. v. Cont'l Inv. Corp.*, 679 F.2d 264, 269 (1st Cir. 1982) ("This rule is fair and equitable inasmuch as the solvent debtor's estate will have been enriched by the bankruptcy trustee's use of money which the debtor had promised to pay promptly to the creditor, and, correspondingly, the creditor will have been deprived of the opportunity to use the

---

Hr'g Tr.) ("FTX Hr'g Tr."). But Judge Dorsey's statements do not bear the weight DCG places on them. First, Judge Dorsey was ruling on an omnibus motion to estimate millions of claims asserted in hundreds of different crypto currencies. *See* FTX Hr'g Tr. 83: 10-19. In contrast, the Distribution Principles, outside the context of estimation, seek to maximize in-kind returns to creditors and are the product of significant compromise between different creditor constituencies with different financial and legal positions. Second, there was never a scenario in which the FTX debtors ever intended to make any in-kind distributions, *see* FTX Hr'g Tr. 84:16¬20., and Judge Dorsey has never been asked to determine whether § 502(b) requires a cap on in-kind recoveries to creditors. As a result, Judge Dorsey's comments cannot be imported to these Chapter 11 Cases much less serve as a basis to deny approval of the Distribution Principles.

money to his advantage."); *Ruskin v. Griffiths*, 269 F.2d 827, 832 (2d Cir. 1959) ("[W]here there is no showing that the creditor entitled to the increased interest caused any unjust delay in the proceedings, it seems to us the opposite of equity to allow the debtor to escape the expressly bargained-for" contractual interest provision).[35]

37.    The Distribution Principles similarly seek to provide the Debtors' creditors with the benefit of their contractual bargain to the maximum extent possible.  Until the filing of the Chapter 11 Cases, the Debtors were contractually obligated to the Holders of General Unsecured Claims to return the full amount of Digital Assets lent to the Debtors, in addition to fees on the value of that unreturned property (as well as late fees in certain instances).  To the extent that the Debtors are solvent under DCG's theory (and they are not), equity and the well-reasoned decisions of other courts require that the Holders of General Unsecured Claims benefit in the upside of any appreciation in Allocable Assets to be distributed to those creditors to compensate them fully for the benefit of their contractual bargains.[36]

---

[35]    *See also In re Dow Corning Corp.*, 456 F.3d 668, 678 (6th Cir. 2006) (noting that "[t]he legislative history of the Bankruptcy Code makes clear that equitable considerations operate differently when the debtor is solvent: '[C]ourts have held that where an estate is solvent, in order for a plan to be fair and equitable, unsecured and undersecured creditors' claims must be paid in full, including postpetition interest, before equity holders may participate in any recovery'" (quoting 140 Cong. Rec. H10,752–01, H10,768 (1994)); *In re LATAM Airlines Grp. S.A.*, No. 20-11254, 2022 WL 2206829, at *22-23 (Bankr. S.D.N.Y. June 18, 2022) (reasoning that not awarding postpetition interest where a debtor is solvent is "simply untenable and illogical" and "would offend basic tenants of fairness and the purposes of the Bankruptcy Code").

[36]    For the same reason, DCG's effort to restrict the payment of postpetition interest to the federal judgment rate fails.  As DCG implicitly concedes, the Second Circuit has not ruled on what rate applies to postpetition interest, and several courts have found or suggested that the rate provided for in a creditor's contract should control.  *See In re Ultra Petrol. Corp.*, 51 F.4th at 142; *In re PG&E Corp.*, 46 F.4th 1047 (9th Cir. 2022) (holding that the solvent-debtor exception requires payment of postpetition interest, presumptively at the contract rate, but remanding the case for determination of the rate).  In keeping with the Debtors' desire to return to creditors as much of their assets as the Estates can provide, and to provide creditors with the full benefit of their bargain, the Debtors have determined that the contract rate is fair and appropriate, and well in line with cases in this and other Districts.  DCG's mischaracterization of contract rate postpetition interest as a "sweetener" for Holders of Allowed First-or-Stablecoin Denominated Unsecured Claims is nothing more than bluster for which they tellingly provide no support.  *See* DCG Obj. ¶ 52; *see also In re L&N Twins Place LLC*, 2019 WL 5258096, at * 7 (Bankr. S.D.N.Y Oct. 15, 2019) (Lane, J.), *vacated on other grounds*, 2020 WL 7211235 (S.D.N.Y. Dec. 4, 2020) ("Courts have differing views about the appropriate rate of post-petition interest, with various courts looking to the state court judgment rate, the contract rate, or the federal judgment rate. Given all the facts here including the return to equity, the Court concludes that the

iv.  <u>The Plan Satisfies the Best Interests Test With Respect to All Impaired Classes</u>

38.    DCG also argues that the Plan fails to satisfy the best interests test articulated in § 1129(a)(7) of the Bankruptcy Code because senior classes of creditors would purportedly receive more on account of their claims than in a hypothetical chapter 7 liquidation. *See* DCG Obj. ¶ 88.  That argument fails, and the Plan meets the requirements of § 1129(a)(7), for reasons described below.  *See infra* ¶ 122.  Importantly, as an equity holder, DCG would never receive any recoveries in a hypothetical liquidation given the size of the Claims asserted by Governmental Units that would be senior to DCG's interests in any scenario.  *See* Sciametta Decl. ¶ 15.  As DCG would recover at least as much under the Plan as it would in liquidation with respect to its equity interests, the Plan satisfies § 1129(a)(7).

v.    <u>The Plan Was Proposed In Good Faith</u>

39.    As described in further detail below, the Debtors' Plan was proposed in good faith, *see* Section II.C *infra*, notwithstanding DCG's arguments to the contrary.

40.    First, the Setoff Principles filed by the Debtors as Exhibit M to the Plan Supplement represent the Debtors' position on what they believe, in consultation with their advisors, was an appropriate and equitable approach to address the Claims of creditors that are subject to the Debtors' rights of setoff and/or recoupment given the myriad of legal and factual issues at hand.[37]  *See In re Hous. Reg'l Sports Network, L.P.*, 886 F.3d 523, 528-32 (5th Cir. 2018) (holding that courts have broad discretion to set the appropriate date for valuation of collateral). Those creditors listed on Exhibit 1 to the Setoff Principles represent the full universe of creditors subject to the Setoff Principles for which the exercise of setoff rights would result in a net claim

---

contractual rate is appropriate, particularly given that neither the Debtor nor [objector] has argued for a different rate.").

[37]    Contrary to DCG's and BAO's assertions, the Debtors have plainly not sought to benefit a "select group" of creditors through "unprincipled conduct."  *See* DCG Obj. ¶ 66, 70; BAO Obj. ¶ 12

against the Debtors.[38]  *See* Sciametta Decl. ¶ 13.  DCG's baseless conjecture that the "Setoff

Principles were devised, in large part, to engender support for the Debtors' Amended Plan," *see*

DCG Obj. ¶ 73, is belied by the Voting Report, which demonstrates that the Plan was

overwhelmingly approved by each voting class.  An exercise of the Debtors' discretion to value

claims against the Estate and/or collateral held by the Estates in a manner broadly applicable to all

affected creditors cannot be misconstrued as an act of the Debtors' bad faith.  In any event, as

clearly identified in Exhibit M to the Plan Supplement, the Setoff Principles are an important

building block of the Plan that will be addressed in a separate motion for which all parties-in-

interest and the Court can consider whether the Debtors have met their burden.

> vi.    DCG's Residual Arguments that the Plan "Disenfranchises" DCG Lack Merit

41.    DCG's final effort to scuttle the Plan is to package together a sundry list of

complaints ranging from the payment of certain plan proponents' legal fees, the potential

subordination of their claims, and the contemplation of a tax sharing agreement, ultimately to

claiming the Plan violates applicable law and therefore "disenfranchises" them .[39]  DCG Obj. ¶ 90.

DCG's arguments provide no basis to reject the Plan.

42.    First, any individual agreements between the Debtors and any DCG Party

are not assumed under the terms of the Plan,  so there is no violation of § 365 with respect to such

individual  agreements.   *See* DCG Obj. ¶ 91.   Further, DCG argues that certain corporate

governance documents must be assumed or rejected in their entirety, ignoring that, on the Plan

Effective Date, the New Governance Documents will control the operations of each the Wind-

---

[38]    There are eight claimants with Claims for which the claimant and the Debtors have mutually owing
obligations but where, following setoff pursuant to the Setoff Principles, the Debtors would have a net asset receivable
from such counterparty regardless of whether the Setoff Principles were applied or more contemporaneous pricing
data is used.  *See* Sciametta Decl. ¶ 13.  The Debtors have sought to disallow and expunge such claims through a
separate omnibus claims objection.  *See* ECF No. 1315.

Down Debtors.  *See* Plan, Art. IV.B.4; Plan Supplement, Ex. L.  The purported "carve out" in

Article V.D of the Plan merely acknowledges that the New Governance Documents, namely any

indemnification obligations thereunder, shall control the operations of the Wind-Down Debtors.

In any event, the amended Plan filed contemporaneously with this Memorandum removes from

the defined term "Indemnification Obligations" any reference to the Debtors' existing corporate

governance documents, such that DCG's objection on this point is moot.

43.    Second, DCG (and the US Trustee)[40] are incorrect that the Debtors'

proposed payment of the Ad Hoc Group Restructuring Expenses and the Dollar Group

Restructuring Fees and Expenses is inconsistent with the Bankruptcy Code.  Courts in this District

routinely confirm plans that provide for the payment of professional fees and expenses incurred

by non-estate professionals, including ad hoc group advisors, that were instrumental to the

development of such plans.[41]  Section 1129(a)(4), together with § 1123(b)(6), which is "broadly

worded [and], open-ended to the creativity of those who are engaged in drafting plan language,"[42]

contemplate payments to non-estate professionals "as part of a plan of reorganization to be put

before creditors for approval."  *In re AMR Corp.*, 497 B.R. 690, 695 (Bankr. S.D.N.Y. 2013).

Section 1129(a)(4) specifically "endorses the notion that a debtor will sometimes need to negotiate

---

[40]    The UST argues that § 503(b) is the "exclusive avenue" under which approval of the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Fees and Expenses is permissible.  *See* UST Obj. at 15-18.  The sole authority cited in support is *In re Lehman Bros. Holdings, Inc.*, 508 B.R. 283 (S.D.N.Y. 2014), which decided the narrow issue of whether plan payments of the postpetition fees and expenses of an official creditors' committee's members must be determined under § 503(b).  *See In re Purdue Pharma L.P.*, 633 B.R. 53, 66 (Bankr. S.D.N.Y. 2021), *overruled on other grounds by* 2021 WL 5979108 (S.D.N.Y. Dec. 16, 2021) (distinguishing *In re Lehman Bros. Holdings, Inc.*, 508 B.R. 283 (S.D.N.Y. 2014) and permitting payment of non-estate professional fees and expenses under § 1129(a)(4)); *In re Mallinckrodt PLC*, 639 B.R. 837, 906-07 (Bankr. D. Del. 2022) (same).

[41]    *See, e.g., In re Celsius Network LLC,* et al., Case No. 22-10964 (MG) (Bankr. S.D.N.Y. Jan. 29, 2024) (ECF No. 4289); *In re Inversiones Latin America Power Ltda.*, et al., Case No. 23-11891 (JPM) (Bankr. S.D.N.Y. Jan. 1, 2024) (ECF No. 68); *In re Avianca Holdings S.A.* et al., Case No. 20-11133 (MG) (Bankr. S.D.N.Y. Oct. 24, 2021) (ECF No. 2259); *In re Automotores Gildemeister SpA*, et al., Case No. 21-10685 (LGB) (Bankr. S.D.N.Y. May 27, 2021) (ECF No. 143).

[42]    *See In re Lehman Bros. Holdings Inc.*, 487 B.R. 181, 190 (Bankr. S.D.N.Y. 2013).

certain payments to stakeholders in order to come to a consensual resolution and get a plan approved." *Id.*; *see also In re Mallinckrodt PLC*, 639 B.R. 837, 906 (Bankr. D. Del. 2022). As creditors have voted overwhelmingly to support the Plan, including the provision challenged by DCG and the UST, payment of the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Fees and Expenses should be permitted under § 1129(a)(4) and § 1123(b)(6). *See id.* at 696.

44.    In the alternative, the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Fees and Expenses meet the "substantial contribution" standard for allowance of administrative expenses under § 503(b)(3)(D). The "substantial contribution test is intended to promote meaningful creditor participation in the reorganization process." *In re Dana Corp.*, 390 B.R. 100, 107-108 (Bankr. S.D.N.Y. 2008). "To qualify for administrative priority status under § 503, the contribution must be (i) substantial, (ii) directly benefit the estate – and not merely a class of creditors or interest holders – and (iii) not duplicative of services performed by others." *In re Synergy Pharms. Inc.*, 621 B.R. 588, 609 (Bankr. S.D.N.Y. 2020). Services that warrant a substantial contribution award "generally take the form of constructive contributions in key reorganizational aspects, when but for the role of the creditor, the movement towards final reorganization would have been substantially diminished." *In re AMR Corp.*, 2014 WL 3855320, at *2 (Bankr. S.D.N.Y. Aug. 5, 2014) (quoting *In re D.W.G.K., Inc.*, 84 B.R. 684, 690 (Bankr. S.D. Cal. 1988). Here, each of the Ad Hoc Group and the Dollar Creditor Group meaningfully participated in the development of the Plan and the Distribution Principles. And, as evidence by their execution of the PSA, each group directly benefitted the Estates and ultimately all creditors by providing support for the Plan and its ultimate confirmation. The Ad Hoc Group and the Dollar Creditor Group also did not provide services duplicative of one another, nor of any other party in

interest in the chapter 11 cases, including the Committee.  Indeed, as noted above, the Ad Hoc Group and the Dollar Creditor Group took diametrically opposite positions with respect to valuation and distribution of Digital Assets such that their efforts to develop the Plan were not in service of the same creditor needs.  Consequently, Article II.E of the Plan is appropriate under the Bankruptcy Code and should be approved.[43]

45.     DCG next attacks the Debtors' indication that they may seek to subordinate the DCG Claims.  *See* Plan, Art. III.K; DCG Obj. ¶ 94-95.  But, as DCG admits, the Plan provides merely for a *reservation* of the Debtors' or the Wind-Down Debtors' rights to subordinate the DCG Claims.  DCG does not provide any support for why this reservation is improper (or that renders the Plan in violation of any law).  *See* DCG Obj. ¶ 94-95.

46.     Finally, the Plan does not compel DCG to enter into any specific tax sharing agreement with the Debtors or the Wind-Down Debtors (or any at all).  *See* DCG Obj. ¶ 96.  Article IX of the Plan specifies conditions precedent to occurrence of the Effective Date; in contrast, Article IV.B.1, which DCG cites to, merely enumerates the means for implementation of the Plan.  Although the Wind-Down Officer has an obligation to execute and deliver a tax sharing agreement, it is not a condition to Plan effectiveness nor does it impose any obligation related thereto on DCG.  Again, DCG provides no basis or explanation for why Article IV.B.1 of the Plan as drafted violates the Bankruptcy Code or any applicable law, and so should be given no weight.

---

[43]     The UST also alleges, without support other than changes made to prior versions of the Plan, that payment of the Ad Hoc Group Restructuring Expenses was intended to be an inducement or incentive to support the Plan.  As noted herein, the Ad Hoc Group's efforts in these Chapter 11 Cases have provided substantial value to the Estates, and in any event, the UST does not allege that such inducement or incentive (if one existed) necessarily prevents a finding of substantial contribution.  Indeed, payment of fees as part of resolution of a plan objection is routine and, as this Court has held, not the poison pill that the UST suggests.  *See In re AMR Corp.*, 497 B.R. at 695.

C.    There is No Basis for Treating the CCAHG Claims as Administrative Expense Claims.

47.    The CCAHG (and its members, the "CCAHG Members") asserts that the CCAHG MBAs and associated loan term sheets (the "Term Sheets" and, together with the CCAHG MBAs, the "CCAHG Agreements") entitle them to administrative status for their claims (the "CCAHG Claims").  *See* CCAHG Obj. ¶¶ 20-25.  But the CCAHG Claims are pre-petition claims against GGC:  the loans were made pre-petition, no transactions took place between the lenders and GGC on or after the Petition Date, and the Debtors' estates derived no value from holding the assets.  The CCAHG's arguments to the contrary are entirely without merit.[44]

48.    The CCAHG's first claim that an auto-renewal clause in the CCAHG MBAs renders the CCAHG Agreements post-petition is untenable.  *See* CCAHG Obj. ¶¶ 21-22. Auto-renewal clauses merely continue the existing, pre-petition agreement between two parties, including all outstanding obligations thereunder.[45]

49.    The CCAHG Members and GGC did not exchange any property post-petition, nor did either party agree to any new or different obligations.  As such, no post-petition transaction occurred and no administrative expense claims arose.[46]  Indeed, the CCAHG MBAs

---

[44]    While the CCAHG is comprised of only nine members, the Ad Hoc Group has over 75 members.  Moreover, the Ad Hoc Group includes members that hold significantly more Digital Assets than the CCAHG.

[45]    *See Trans–Orient Marine Corp. v. Star Trading & Marine, Inc.*, 925 F.2d 566, 570 (2d Cir. 1991) ("Renewal normally involves a continuation of the relationship on essentially the same terms and conditions as the original contract.") (citation omitted); *In re Ditech Holding Corp.*, 630 F.Supp.3d 554, 564 (S.D.N.Y. 2022) (post-petition renewal of agreement provides no benefit to the estate absent post-petition transaction); *In re Westinghouse Elec. Co. LLC*, No. 17-10751 (MEW), 2019 WL 4555990, at *10 (Bankr. S.D.N.Y. Sept. 19, 2019) (holding that automatically renewing letters of credit provided no benefit to the estate because any benefit flowed from prepetition agreements); *In re Country Club Ests. at Aventura Maint. Ass'n, Inc.*, 227 B.R. 565, 568 (Bankr. S.D. Fla. 1998) (collecting cases and "adopt[ing] the majority position that a contract which is renewed pursuant to an automatic renewal provision is merely a continuation of the original contract").

[46]    *See In re Bethlehem Steel Corp.*, 479 F.3d 167, 172 (2d Cir. 2007) (holding that administrative expense priority can only arise from post-petition transaction); *In re Bradlees Stores, Inc.*, No. 02 Civ. 0896 (WHP), 2003 WL 76990, at *2 (S.D.N.Y. Jan. 9, 2003) (no "actual, post-petition benefit" because claim arose from prepetition contract and no merchandise was accepted post-petition), *aff'd*, 78 F. App'x 166 (2d Cir. 2003*); Pearl-Phil GMT (Far E.) Ltd.*

themselves were not contracts that obliged either party to transfer property or to otherwise perform—they were framework agreements that provided the terms by which the parties would transact, in the event they chose to do so. *See infra* ¶¶ 53-60. The parties' actual transactions were effectuated by way of separately negotiated and executed Term Sheets, all of which were executed prepetition, and there is no provision of any of the CCAHG MBAs or the Term Sheets that would provide for the renewal of those loans beyond their original terms. *See generally* CCAHG MBAs.

50.     Further, even if the automatic renewal of the CCAHG MBAs did constitute post-petition transactions, the CCAHG Claims would not meet the statutory requirements for an administrative expense claim because there has been no "concrete, actual benefit" to the estate in connection with the CCAHG Agreements. S*ee In re Refco, Inc.*, 2008 WL 140956, at *6 (S.D.N.Y. Jan. 14, 2008) ("[C]ourts permit administrative expense priority to be afforded only where there has been a concrete, actual benefit conferred") (internal quotations omitted), *aff'd, In re Refco Inc.*, 331 F. App'x 12 (2d Cir. 2009). The assets that are the subject of the CCAHG Agreements provided *no* benefit to GGC (or any other Debtor) principally because the Debtors have not used those assets for any purpose following the commencement of the Chapter 11 Cases. *Cf. In re ICS Cybernetics, Inc.*, 111 B.R. 32, 38 (Bankr. N.D.N.Y. 1989) (denying administrative expense status because "[t]he keeping of inventory in order to assure availability to potential customers . . . does not typically rise to the level of actual use" required for granting administrative priority status).

51.     The CCAHG suggests that, even though the assets have been sitting idle since the Petition Date, the Debtors' estates somehow benefitted from the retention of the CCAHG Members' assets as a result of their increase in value and the Plan's proposed distribution of assets.

---

*v. Caldor Corp.*, 266 B.R. 575, 582 (S.D.N.Y. 2001) ("[T]he clear weight of case law in this Circuit . . . recognizes that contract-based bankruptcy claims arise at the time the contract is executed.").

*See* CCAHG Obj. ¶ 23.  But the CCAHG cites no authority for the proposition that the increase in the value of non-collateralized assets somehow transforms a claim, in whole or in part, into an administrative expense claim.  And to the extent the Debtors' assets change in value (for better or worse), those changes pass through to creditors in accordance with the Plan and the Bankruptcy Code.  Accordingly, the CCAHG Claims should not be afforded administrative expense priority status.

      D.      <u>Plan Properly Values the CCAHG Members' Claims as of the Petition Date Because Section 562(a) Does Not Apply.</u>

      52.     Alternatively, the CCAHG argues that the CCAHG Agreements will be rejected pursuant to the Plan as of the Effective Date, and therefore the CCAHG Claims should be valued as of the Effective Date pursuant to § 562(a) of the Bankruptcy Code.  *See* CCAHG Obj. ¶ 51.[47]  But the CCAHG Agreements are not executory and, as a result, are not subject to the rejection provisions of the Plan.  The CCAHG's fallback argument, that public policy somehow creates a standalone residual clause making § 562(a) applicable despite its express terms, fares no better.

      i.     <u>GGC Does Not Propose to Reject the CCAHG Agreements Because They are Not Executory.</u>

      53.     The CCAHG Agreements do not meet any of the three tests for executory contracts used in the Second Circuit and cited by the CCAHG, *see* CCAHG Obj. ¶¶ 51, 55-57: (i) there is no remaining performance due to GGC by the CCAHG Members as lenders (the "some due performance" test), (ii) there are no remaining obligations by the CCAHG Members that would "constitute a material breach of the contract" (the "Countryman" test), and (iii) the estate

---

[47]       The CCAHG does not argue that the CCAHG Agreements were accelerated, terminated or liquidated.  *See generally* CCAHG Obj. ¶¶ 26-63.

would not benefit from the hypothetical assumption or rejection of the CCAHG Agreements (the "functional" test).[48]

54.     As relevant to the first two tests, the CCAHG lists nineteen provisions of the CCAHG Agreements that they describe as "substantial, material obligations." CCAHG Agreements CCAHG Obj. ¶ 54. But the majority of these are not relevant to establishing material outstanding obligations by *both* parties, as both the "some performance" and "Countryman" tests require.

55.     There is no dispute that GGC has at least one outstanding obligation: repayment of the loans. *See* CCAHG MBAs § II(c)(i). Nearly half of the CCAHG's nineteen items are obligations solely on the part of GGC and are therefore irrelevant. *See* CCAHG Obj. ¶ 54(a)-(g), (j).

56.     Of the eleven alleged obligations remaining, five "obligations" on the part of the lenders do not rise to the level of materiality that courts require to render a contract executory. *See* CCAHG Obj. ¶ 54(s) (confidentiality), ¶ 54(q) (indemnification), ¶ 54(l) (maintenance of account), ¶ 54(p) (non-assignment), ¶ 54(r) (mandatory arbitration). These ancillary provisions are not material to the CCAHG Agreements, which only expressly define the repayment obligations, collateral provisions and hard fork provisions as material. *See* CCAHG MBAs § VII(d) (expressly agreeing that breach of the collateral and hard fork provisions, but not

---

[48]     The CCAHG Objection devotes considerable space to arguing that the CCAHG Agreements are certain kinds of Covered Contracts. CCAHG Obj. ¶¶ 18-50. But the Debtors and CCAHG have stipulated that, solely "to the extent necessary to resolve [the CCAHG Objection], . . . the Court may take as an established fact that the [CCAHG Agreements] qualify as Covered Contracts for purposes of the application of 11 U.S.C. § 562[(a)]" and that none of the CCAHG Members are Covered Entities. *See* ECF 1216 (the "CCAHG Stipulation"). As noted in the CCAHG Stipulation, the Debtors vigorously dispute that the CCAHG Agreements are Covered Contracts, but entered into the CCAHG Stipulation for the mutually agreed purpose of "streamlin[ing] the issues to be presented to the Court at the hearing concerning the confirmation of the Plan." CCAHG Stip. at 2. The Debtors reserve all rights to object to the Court's consideration of these arguments in the CCAHG Objection and any evidence that the CCAHG seeks to introduce in support thereof.

the above ancillary provisions, would be material breaches permitting the non-breaching party to suspend performance); *see also In re Nemko, Inc.*, 163 B.R. 927, 938 (Bankr. E.D.N.Y. 1994) ("[B]reach is material if it is so substantial as to defeat the purpose of the transaction or so severe as to justify the other party's suspension of performance.") (quotations omitted).  These types of boilerplate obligations do not rise to executory obligations as a matter of law.[49]

57.     The six remaining purported executory terms are not obligations at all.  *See* CCAHG Obj. ¶ 54 (h)-(i), (m)-(o).[50]  These include representations and warranties, and inoperative provisions governing collateralized, of which there were none.  Because the Term Sheets and MBAs form single agreements, and the Term Sheets govern over the MBAs, *see* CCAHG MBAs § II(b), the inapplicable terms of the MBAs are irrelevant to analyzing the executory nature of the actual contracts at issue here.  Even if these terms were relevant to the analysis, they are contingent and non-material to the parties' actual agreements (as embodied by the Term Sheets) and therefore do not render the CCAHG Agreements executory.  *See BNY, Cap. Funding LLC v. US Airways, Inc.*, 345 B.R. 549, 553 (E.D. Va. 2006) (contract granting option to debtor not executory because debtor could freely choose not to exercise and not perform); *In re Robert L. Helms Constr. & Dev. Co., Inc.*, 139 F.3d 702, 706 (9th Cir. 1998) (contingent obligations not executory unless performance is due as of the petition date); *In re Monge Oil Corp.*, 83 B.R. 305, 307 (Bankr. E.D. Pa. 1988) (brokerage agreement not executory where "debtor was free to invest corporate funds

---

[49]     *See In re Spectrum Info. Techs., Inc.*, 190 B.R. 741, 748 (Bankr. E.D.N.Y. 1996) (confidentiality clause in separation agreement "do[es] not rise to a level of material future performance" and therefore contract is not executory); *In re Anchor Resol. Corp.*, 221 B.R. 330, 337 (Bankr. D. Del. 1998) (confidentiality clause); *In re THC Fin. Corp.*, 686 F.2d 799, 804 (9th Cir. 1982) (indemnification); *In re Baird*, 567 F.3d 1207, 1212 (10th Cir. 2009) (cooperation clause);  *In re Monge Oil Corp.*, 83 B.R. 305, 309 (Bankr. E.D. Pa. 1988) (arbitration clause).

[50]     While CCAHG claims that one of the terms is that "[i]n the event Genesis requests a transaction, the Member must accept the request to enter into a Term Sheet," *see* CCAHG Obj. ¶ 54(k), no such term appears in the CCAHG Agreements and, if the intent was to reference the general ability one party has to request a transaction from another, that ability definitionally is not an "obligation."

with [broker] but had no obligation to do so"); *see also* CCAHG MBAs § II(a) (granting either party the right to refuse future loans in their "sole and absolute discretion").[51]

58.    Finally, the CCAG Agreements are not executory under the "functional approach," because the estate would derive no value from rejecting or assuming them.  As evidenced by the CCAHG's interest in seeking to convert their CCAHG Claims into rejection damages claims,[52] rejection of the CCAHG Agreements could necessitate a higher payment than the partial, in-kind recovery contemplated by the Distribution Principles.  The same is true for a potential assumption of the CCAHG Agreements, which would require the Debtors to cure all defaults, *i.e.*, return 100% of the loaned assets.

59.    The CCAHG also argues that the MBAs' automatic renewal provisions standing alone are sufficient to render the CCAHG Agreements executory.  CCAHG Obj. ¶ 52 (citing *In re Windstream Holdings, Inc.*, 634 F. Supp. 3d 99, 108 (S.D.N.Y. 2022) and *NewPage Corp.*, 586 B.R. 551, 564 (Bankr. D. Del. 2018)).  That contention is belied by the very cases they cite.  *Windstream* and *NewPage* merely hold—consistent with the majority of courts that have addressed this issue—that automatically renewed contacts are merely continuations of the prior contracts, and that they do not necessarily create post-petition obligations (nor do they necessarily make the underlying contracts executory).  *In re Windstream Holdings, Inc.*, 634 F. Supp. 3d at 108; *NewPage Corp.*, 586 B.R. 551, 564 (Bankr. D. Del. 2018).  In fact, despite the existence of an auto-renewal provision (which the CCAHG claims is enough by itself to make their Agreements

---

[51]    The CCAHG solely cites *Hawker Beechcraft*'s fleeting reference to contingent obligations for the proposition that contingent obligations are executory, *see* CCAHG Obj. ¶ 55, but there were no contingent obligations at issue in that case, and the *Hawker Beechcraft* Court found the obligations to be material on the sole basis that the parties had expressly stated that nonperformance of those obligations would constitute material breach.  *See In re Hawker Beechcraft, Inc.*, 486 B.R. 264, 278 (Bankr. S.D.N.Y. 2013).  Here, the parties did the opposite and only included the most important provisions as grounds for termination.  *See* CCAHG MBAs § VII.

[52]    In the event the Court were to determine the CCAHG Agreements are executory and rejected under the Plan, such a decision would result in the CCAHG Claims being reclassified as Class 3 Claims.

executory), the District Court in *Windstream* determined there was "an insufficient record basis" to determine whether the relevant agreements were executory or not. *In re Windstream Holdings, Inc.*, 634 F. Supp. 3d at 108 (Court could not assess whether the agreements "were *the sort of automatically renewing contracts that would be considered executory* and part of Windstream's property in bankruptcy.") (emphasis added).[53]   Indeed, courts routinely find auto-renewed contracts not to be executory. *See, e.g.*, *In re Baird*, 567 F.3d 1207, 1212 (10th Cir. 2009) (automatically renewing insurance policy not executory).

60.   Finally, the CCAHG also suggests that the CCAHG Agreements are executory because the Debtors erroneously misidentified the nine CCAHG Agreements as executory contracts in their more than 150-page list of contracts in Schedule G of their Schedules and Statements of Financial Affairs. *See* CCAHG Obj. ¶ 53. But whether a contract is executory is a question of law for this Court to determine. This Court has rejected an effort to convert Schedule G into a binding admission, which it is plainly not. *See In re Calpine Corp.*, No. 05-60200 (BRL), 2008 WL 3154763, at *7 (Bankr. S.D.N.Y. Aug. 4, 2008) (holding that inadvertent listing on Schedule G is not an admission because "the determination of whether a contract is executory . . . is an issue for the Court to decide"); *see also* Schedule G at 4 ("Listing . . . a contract on Schedule G as 'executory' . . . does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to dispute the

---

[53]   The citation to *Windstream* is all the more curious given its rejection of the contention that an auto-renewal provision renders a contract post-petition, a claim the CCAHG makes in the alternative. *Compare* CCAHG Obj. ¶ 4 ("This automatic renewal is considered a transaction induced by the Debtors that warrants administrative expense treatment"), *with In re Windstream Holdings, Inc.*, 634 F. Supp. 3d 99, 108 (S.D.N.Y. 2022) (finding persuasive the position that "an automatically renewing contract does not end with the conclusion of the term, but rather is regarded as continuing until either party terminates").

characterization or classification of such Claims or contracts or to setoff such Claims, as appropriate, or that such Claim is not subject to objection.").[54]

  ii.  The CCAHG's (Incorrect) Public Policy Rationale for Section 562 Cannot Overcome its Plain Text

61.    In an effort to avoid the straightforward application of the Bankruptcy Code to their facts, the CCAHG also argues that, despite § 562's plain terms, § 562(a) "should" apply to the CCAHG Agreements to comport with Congress's policy goals.  CCAHG Obj. ¶¶ 58-63.  But the question of whether the CCAHG Claims are subject to § 562 begins and ends with the statute's text.  "The Supreme Court has repeatedly held that where . . . courts are interpreting the meaning of a statutory provision, they should not allow extrinsic evidence of Congressional purpose to alter the plain meaning of the statute." *In re Trib. Co. Fraudulent Conv. Litig.*, 946 F.3d 66, 96 (2d Cir. 2019); *see also Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*, 583 U.S. 366, 386 (2018) (Congressional purpose is not a basis to "deviate from the plain meaning of the language used in § 546(e)").  Section 562 provides no basis for determining that non-executory contracts should be subject to rejection, nor that contracts that are *not* rejected, accelerated, terminated, or liquidated should nonetheless be entitled to the treatment § 562 lays out.  *See* 11 U.S.C. § 562.[55]

62.    The CCAHG further argues that to permit the Plan's proposed treatment of their Claims would incentivize the owners of equity in distressed crypto custodial businesses to

---

[54]    The CCAHG cites no case holding that an erroneous listing on Schedule G constitutes an admission that the contract is executory.  In the one case cited by the CCAHG, the court considered the trustee's prior position on the executory nature of the contract, including his filing of a motion to assume, when determining as a factual matter whether the trustee had excused a prepetition breach.  *See* CCAHG Obj. 23-24 (citing *Wallach v. Smith*, No. 15-CV-1080 (LJV), 2017 WL 2957829, at *6 (W.D.N.Y. July 11, 2017)).

[55]    In any event, the CCAHG misconstrues the policy behind § 562 for two reasons.  The CCAHG first suggests that expanding the Bankruptcy Code's safe harbors for financial institutions is appropriate here to avoid the ripple effects of financial firm insolvencies.  *See* CCAHG Obj. ¶¶ 58-59.  But the CCAHG Members concede in the CCAHG Stipulation that they are not Covered Entities, which are the only entities Congress safeguarded by § 562.  Moreover, the CCAHG's policy argument amounts to an argument that the application of the Distribution Principles would lead to a lower recovery for the CCAHG Members *vis-a-vis* other unsecured creditors, which fails because the CCAHG has not demonstrated their Claims are entitled to special treatment.

wait for a downturn in the crypto market, and then use chapter 11 to try to capture the upside (with no downside risk). CCAHG Obj. at ¶¶ 61. As amply discussed herein *supra*, the Plan does no such thing. Indeed, the Distribution Principles are grounded in the Debtors' desire to satisfy their fiduciary duties by ensuring that creditors are able to recover as much of their claims as the possible. It is DCG's proposal, which would seek to artificially cap creditor recoveries and provide a windfall to itself, that would incentivize the gamesmanship that the CCAHG raises. *See supra* ¶¶ 30-37.

        E.    <u>The Plan's Releases and Exculpation Provisions are Appropriate and Should be Approved</u>

        63.    The Plan contains customary releases of certain claims and causes of action by the Debtors (the "<u>Debtor Releases</u>") and by certain non-Debtors (the "<u>Non-Debtor Releases</u>") against a group of specified individuals and entities (the "<u>Released Parties</u>"), *see* Plan Art. VIII.D and VIII.E. The Plan also provides for the exculpation of the "Exculpated Parties" from the incurrence of liability for any claims relating to the Chapter 11 Cases (the "<u>Exculpation</u>"). *See* Plan Art. VIII.F.[56]

        i.    <u>The Non-Debtor Releases Are Consensual.</u>

        64.    With respect to the Non-Debtor Releases, any granting of such releases required express "opt in" consent by Holders of Claims eligible to vote on the Plan, such that only Holders of Claims who affirmatively (i) voted in favor of the Plan, <u>and</u> (ii) elected to opt in to granting releases, are deemed to have granted Non-Debtor Releases pursuant to the Plan. *See* Plan Art.I.A.181. The Debtors widely publicized the Non-Debtor Releases and the accompanying opt in mechanism, including by reproducing the full text of the Non-Debtor Releases in bold-face type

---

[56]    The release and exculpation provisions exclude liabilities arising out of gross negligence, fraud, or willful misconduct. *See* Plan Art. VIII.D, Art. VIII.E, and Art. VIII.F.

in the Plan, Disclosure Statement, Ballots and Notices of Non-Voting Status.[57] Holders were also provided clear instructions on how to opt in to the Non-Debtor Releases, and were expressly advised to review the Solicitation Materials and seek legal advice on the consequences of opting in to the Non-Debtor Releases. *See In re DBSD N. Am., Inc.*, 419 B.R. 179, 218 (Bankr. S.D.N.Y. 2009) ("[T]he Second Circuit has held that nondebtor releases are permissible if the affected creditors consent.").

    ii. <u>The Debtor Releases are a Valid Exercise of the Debtors' Business Judgment.</u>

   65. Section 1123(b)(3)(A) of the Bankruptcy Code, which permits the grant of debtor releases, provides that a chapter 11 plan may provide for "the settlement or adjustment of any claim or interest belonging to the debtor or to the estate." *See In re NII Holdings, Inc.*, 536 B.R. 61, 98 (Bankr. S.D.N.Y. 2015) (holding that standards for approval of settlement under § 1123 of the Bankruptcy Code are generally the same as those under Bankruptcy Rule 9019). Courts in the Second Circuit approve a settlement if it does not "fall below the lowest point in the range of reasonableness." *See In re Drexel Burnham Lambert Grp., Inc.*, 134 B.R. 499, 505 (Bankr. S.D.N.Y. 1991). The Second Circuit reviews releases in liquidating plans according to the same standard as in reorganization plans. *See In re Dynegy Holdings LLC*, No. 11-38111 (CGM), 2012 WL 133331067, at *12-13 (Bankr. S.D.N.Y. May 15, 2013) (approving debtor and third-party releases in a liquidating plan where such releases were a sound exercise of the Debtors' business judgment).[58]

---

[57] *See Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto*, ECF No. 1027.

[58] *See also In re Trinsum Grp. Inc.*, No. 08-12547 (MG), 2013 WL 1821592, at *5 (Bankr. S.D.N.Y Apr. 30, 2013); *In re Finlay Enter., Inc.*, No. 09-14873 (JMP), 2010 WL 6580628 (Bankr. S.D.N.Y. June 29, 2010); *In re Res. Cap., LLC*, No. 12-12020 (MG), 2013 WL 12161584 (Bankr. S.D.N.Y. Dec. 11, 2013).

66.     The Released Parties have provided, or will provide, substantial benefits to the Estates throughout the Chapter 11 Cases, including by (as applicable): (i) signing the PSA and agreeing to support the Plan, including by voting their respective claims and providing the support necessary to effectuate the terms of the Plan; (ii) negotiating the Distribution Principles; (iii) participating in the sales process, including meetings and negotiations with multiple potential bidders; (iv) participating in mediation to resolve many of the key issues in these cases; (v) negotiating various potential settlements with DCG, FTX, 3AC, and other key creditors; (vi) waiving certain legal rights and settling or waiving claims against the Debtors; (vii) managing the day-to-day business operations of the Debtors, including communicating with creditors, vendors and regulators, preparing operating reports, managing customer assets, and providing relevant information and documentation at the Debtors' advisors' request; and (iv) executing cooperation agreements, which will allow the Wind-Down Debtors to rely on the knowledge and services of many of the Released Parties Post-Effective Date.  Such contributions of the Released Parties and their respective Related Parties justify the inclusion of these parties in the Debtor Releases as a sound exercise of the Debtors' business judgment.

67.     These contributions by the Released Parties have been instrumental to the Debtors' ability to prosecute the Chapter 11 Cases in order to maximize recoveries for creditors.[59] Despite the relative novelty of the technology underlying cryptocurrencies, the industry is highly-specialized, technical and volatile, requiring knowledge and experience that is not widely held.  As

---

[59]     *See* Findings of Fact at 20-21, Ex. A at 21, *In re Trident Holding Co., LLC*, Case No. 19-10384 (SHL) (Bankr. S.D.N.Y Sept. 18, 2019), ECF No. 928 (approving releases, including third-party releases, for parties who made a substantial contribution to the reorganization, including the debtors' officers, directors and employees); Findings of Fact at 20-26, *In re Millennium Lab Holdings II, LLC*, Case No. 15-12284 (LSS) (Bankr. D. Del. Dec. 14, 2015), ECF No. 195 (same); *In re Seaside Eng'g & Surveying, Inc.*, 780 F.3d 1070, 1079-80 (11th Cir. 2015) (same); *In re Mercedes Homes, Inc.*, 431 B.R. 869, 881 (Bankr. S.D. Fla. 2009) (same); Order Confirming Second Amended Plan of Liquidation for the Debtor, ECF No. 178, at 19, *In re Mal Dunn Assocs.*, 406 B.R. 622 (Bankr. S.D.N.Y. June 18, 2009) (same); *In re Spansion, Inc.*, 426 B.R. 114, 142-43 (Bankr. D. Del. 2010) (same).

such, the contributions of Released Parties have been essential in achieving the resolution of these Chapter 11 Cases and are precisely the kind that justify the approval of debtor and non-debtor releases.

68.    As part of the Special Committee's mandate and as the predicate to the Special Committee's decision to propose the Debtor Releases, Debtors' counsel, Cleary Gottlieb Steen & Hamilton LLP ("Cleary") performed an internal investigation (the "Investigation") into a wide array of prepetition conduct, transactions and relationships, including potential preferential transfers and fraudulent conveyances.  *See* Aronzon Decl. ¶ 83, Ex. 3, Sec. VI.F., at 36.  The Investigation was led by a senior partner in Cleary's white collar investigation practice, who is also a former Acting United States Attorney for the Southern District of New York, with over thirty years of experience in criminal prosecutions and complex financial and regulatory investigations.  The Investigation took place over the course of more than nine months, and thousands of hours of work by Cleary attorneys.[60]  The first stage of the Investigation consisted of the review of more 340,000 documents collected from the Debtors and DCG in order to identify potential claims for further review and investigation.  *Id*.  Cleary then conducted ten preliminary interviews with employees on topics including lending processes and procedures, bookkeeping and loan management, compliance and risk policies, and intercompany lending.  *Id*.  After further narrowing the focus of the Investigation on the basis of these interviews, Cleary conducted at least nineteen more substantive interviews with employees regarding a variety of topics, including client communications, risk management, accounting, and the relationship between GGC and DCG.  *Id*.

69.    The Special Committee considered the findings of the Investigations and determined (i) the Debtors have no colorable claims against the proposed Genesis Released

---

[60]    *See* Monthly Fee Statements of Cleary Gottlieb, ECF Nos. 225, 316, 416, 463, 512, 608, and 745.

Personnel, or (ii) the potential benefits of pursuit of such claims would be outweighed by the benefits of the proposed releases. *See Aronzon Decl. ¶ 83, Ex. 1, at 2.* For these reasons, and on the basis of the cost- and risk-adjusted anticipated value of any potential claims, the Debtors determined that the proposed Debtor Releases are overall value-accretive to the Estates.

70.     Subsequent to the Investigation, the Debtors excluded certain parties from the proposed Released Parties, namely (i) former officers, directors and employees of the Debtors who were not employed as of the Petition Date, (ii) the DCG Parties, (iii) the Gemini Parties, and (iv) any other officers, directors or employees of the Debtors excluded from the list of Released Parties, thus preserving claims against these parties. *See Aronzon Decl. ¶ 83, Ex. 2, Sec. III.W.,* at 22.

71.     The Debtors also considered that the claims subject to the Debtor Releases would give rise to indemnification claims by the Genesis Released Personnel pursuant to the Debtors' governing documents. *See Aronzon Decl. ¶ 83, Ex. 2, Sec. III.W., at 23; see also* Aronzon Decl. ¶ 83, Ex. 1, at 2. The Debtors' governing documents require each entity to indemnify employees for any claims that are not found to be the result of fraud, gross negligence or willful misconduct as determined by a final order of the court. *Id.* Absent the limited releases in the Plan, any third parties bringing such actions against the specified individuals would be recovering from the Debtors' estates, in turn depleting the resources otherwise available for distribution to the creditors. *Id.* Thus, there is alignment between the Debtors' estates and the directors, officers and employees who would receive releases, because successful litigation of many potential claims would give rise to a reimbursement claim against the Wind-Down Debtors. *See In re Charter Commc'ns*, 419 B.R. 221, 257 (Bankr. S.D.N.Y. 2009) (approving release on the grounds that

"most of the Debtor Releasees have indemnification rights such that any claims by the Debtors against them would ultimately lead to claims being asserted against the Debtors").

72.    Finally, in order to further ensure that the Estates can continue to benefit from the Released Parties' knowledge and information, the Debtors intend to modify the Plan to provide releases only to those Released Genesis Personnel who agree to cooperate with assisting with litigation of the Retained Causes of Action by the Wind-Down Debtors (such agreements, the "Cooperation Agreements"), which will be critical to the resolution of litigation against DCG and Gemini as well as enforcement actions relating to the Debtors' pre-petition business.

73.    Separate from the Investigation performed by Cleary, multiple government regulators, including the U.S. Securities and Exchange Commission and the NYAG have conducted an investigation.  None of these Governmental Units have objected to the Debtor Releases or otherwise contested Cleary's process or the Investigation's findings.  Further, none of the named defendants or even persons identified in actions brought by government regulators are included as a Genesis Released Personnel.  Similarly, the Committee performed its own investigation and has not objected to the Debtors' releases of the Released Parties.  *See* Aronzon Decl. ¶ 83, Ex. 3, Sec. VI.F., at 36.  In support of the Debtor Releases, the Debtors filed, as part of the Plan Supplement,[61] the Special Committee's justification for inclusion of the Released Genesis Personnel in the Debtor Releases, and provided the names of such parties to the Committee, the AHG and the CCAHG on a professionals'-eyes-only basis, balancing transparency to representatives of various creditor bodies with confidentiality concerns.

---

[61]    *See Notice of Filing Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan*, Ex. F [ECF No. 1117].

74.    For all of the above reasons, the Debtor Releases represent a valid settlement of any claims the Debtors and their estates may have against the Released Parties, pursuant to § 1123(b)(3)(A).

    iii.    <u>The Scope of the Released Parties is Appropriate.</u>

75.    Subject to exclusions for claims related to gross negligence, fraud and willful misconduct, the Debtors, the Ad Hoc Group SteerCo and its members, the Committee and its members and the "Related Party" of each entity, in their capacities as such, benefit from the Plan releases.  *See* Plan, Art I.A.180.  Courts in this District regularly approve releases that include the same kinds of releasing parties or, in many cases, more expansive lists of parties than the Related Parties here.[62]  To the extent there is any concern regarding the identities of Related Parties, that matter can be addressed if and when a person or entity asserts they are a Related Party in a litigated context.

76.    The sole objections to the Debtor Releases were raised by the CCAHG, which formed only in late November 2023, and BAO, which first appeared in these cases on December 15, 2023, neither of which have conducted any investigation into the Released Parties. The CCAHG Objection intimates that the Debtors were required to investigate each and every Genesis Released Personnel, many of whom are low-level employees, and for whom an exhaustive (expensive) investigation would be wasteful, inefficient and value-destructive.  As detailed herein, the Special Committee, through Cleary, conducted a thorough and exhaustive review of documents

---

[62]    *See, e.g.*, Order Ex. A at 19-20, *In re Avianca Holdings S.A.*, Case No. 20-11133 (MG), ECF No. 2300, at 19-20 (Bankr. S.D.N.Y. Nov. 2, 2021) (approving releases of related parties); *In re Trident Holding Co., LLC*, Case No. 19-10384, ECF No. 928, Ex. A. at Art I.B.1.151 (Bankr. S.D.N.Y. Sept. 18, 2019) (same); *In re Sears Holdings Corp.*, Case No. 18-23538, ECF No. 5370, Ex. A. at Art I.A.1.135 (Bankr. S.D.N.Y. Oct. 15, 2019) (same); *In re Nine West Holdings, Inc.*, Case No. 18-10947 (SCC), ECF No. 1308, Ex. 1 at 19 (Bankr. S.D.N.Y. Feb. 27, 2019) (same); *In re BCBG Max Azria Glob. Holdings, LLC et al.*, Case No. 17-10466 (SCC), ECF No. 591, Ex. 1 at 9-10 (Bankr. S.D.N.Y. July 26, 2017) (same); *In re Cumulus Media Inc.*, Case No. 17-13381 (SCC), ECF No. 769, Ex. A at 15 (Bankr. S.D.N.Y. May 10, 2018) (same).

and communications and conducted numerous interviews during the course of its Investigation in order to make its determination as to the scope of the Debtor Releases and Released Parties.  *See generally In re Hibbard Brown & Co., Inc.*, 217 B.R. 41, 48 (Bankr. S.D.N.Y. 1998) (recognizing the "thoroughly investigated" investor claims as a factor in determining the releases were fair, reasonable and adequate).

77.    Furthermore, as already discussed, the Genesis Released Personnel merit inclusion in the Debtors' proposed Releases because of their instrumental contributions to the Debtors' chapter 11 process.  Indeed, courts in this District routinely approve provisions releasing various parties that have provided valuable services in connection with a bankruptcy case, including creditor groups and equity holders, as well as the debtors' employees, directors and officers.[63]

iv.    The Exculpation Provision Is Appropriate and Should Be Approved.

78.    Article VIII.F of the Plan contains a routine Exculpation Provision, which is limited to claims against the Exculpated Parties (largely the same group as the Released Parties)[64] for acts or omissions involving the preparation or filing of the Chapter 11 Cases, or

---

[63]    *See, e.g., In re LATAM Airlines Grp. S.A.*, 20-11254 (JLG), ECF No. 5900 (Bankr. S.D.N.Y. 2022) (releasing current and former officers and directors); *In re Ditech Holding Corp.*, Case No. 19-10412 (JLG), ECF No. 1404, Ex. A at 13-14 (Bankr. S.D.N.Y. Sept. 16, 2019) (same); *In re Nine West Holdings, Inc.*, Case No. 18-10947 (SCC), ECF No. 1308, Ex. 1 at 18 (Bankr. S.D.N.Y. Feb. 27, 2019) (same); *In re BCBG Max Azria Glob. Holdings, LLC et al.*, Case No. 17-10466 (SCC), ECF No. 591, Ex. 1 at 9 (Bankr. S.D.N.Y. July 26, 2017) (same); *In re Cumulus Media Inc.*, Case No. 17-13381 (SCC), ECF No. 769, Ex. A at 15 (Bankr. S.D.N.Y. May 10, 2018) (same); *In re Finlay Enterp., Inc.*, No. 09-14873 (JMP), 2010 WL 6580628, at *9 (Bankr. S.D.N.Y. June 29, 2010).  The CCAHG Objection seeks to rely on two inapposite, non-binding cases to assert that releases of employees, directors and officers are "commonly refused."  Both *In re Tribune Co.*, 464 B.R. 126, 188 (Bankr. D. Del. 2011) and *In re Congoleum Corp.*, 362 B.R. 167, 193 (Bankr. D.N.J. 2007) are Third Circuit cases applying the *Zenith* factors to evaluate third party releases in those cases.  However, even the Third Circuit recognizes contribution is a case-by-case analysis, where the same type of contribution may result in different outcomes.  *See Quad/Graphics, Inc. v. One2One Commc'ns, LLC (In re One2One Commc'ns, LLC)*, No. 12-27311 (JLL), 2016 WL 3398580, at *8 (D.N.J. June 14, 2016) (surveying cases and noting that courts frequently reach different conclusions about whether similar types of contributions are substantial in the context of different cases).

[64]    *See* Plan Art.I.A.88 (defining Exculpated Parties).

involving the Chapter 11 Cases, the Disclosure Statement and the Plan (including the solicitation,

confirmation, consummation and administration thereof).[65]

             a.    <u>The Scope of the Exculpated Parties Is Appropriate.</u>

        79.    Section 1125(e) of the Bankruptcy Code does not require that exculpated

parties be limited to debtors, the creditors' committee and their professionals, as fiduciaries in

these Chapter 11 Cases. *See* U.S. Trustee Obj. at 11. Exculpation provisions are permissible when

they are important to a debtor's plan or where the exculpated party has provided substantial

consideration to a debtor in the administration of its bankruptcy case.[66] In determining whether to

approve exculpation provisions, courts also consider whether the beneficiaries of the exculpation

have participated in good faith in negotiating the plan and bringing it to fruition, and whether the

provision is integral to the plan.[67] Indeed, courts in this District have approved plans with

exculpation provisions that cover non-debtor parties that have made significant contributions to

the bankruptcy cases, like the Exculpated Parties here.[68]

---

[65]    As is common, the Exculpation Provision carves out acts or omissions that constitute fraud, willful misconduct, or gross negligence, which is entirely consistent with applicable legal standards. *See* Plan Art.VIII.F.

[66]    *See* Order at 26, *In re Residential Cap., LLC*, Case No. 12-12020 (MG) (Bankr. S.D.N.Y. Dec. 11, 2013), ECF No. 6065 (confirming plan that contained exculpations for non-debtor parties that were "instrumental to the successful prosecution of the Chapter 11 Cases or their resolution pursuant to the Plan, and/or provided a substantial contribution to the Debtors"); *In re Stearns Holdings, LLC*, Case No. 19-12226 (SCC), ECF No. 459 (Bankr. S.D.N.Y. Nov. 13, 2019) (finding exculpation provision "was essential to the promotion of good-faith plan negotiations that might not otherwise have occurred had the negotiating parties faced the risk of future collateral attacks from other parties").

[67]    *In re Adelphia Commc'ns Corp.*, 368 B.R. 140, 268 (Bankr. S.D.N.Y. 2007). *See also* Findings of Fact ¶ 291*, In re Residential Cap., LLC*, Case No. 12-12020 (MG) (Bankr. S.D.N.Y. Dec. 11, 2013), ECF No. 6066 (approving exculpation of certain prepetition lenders who "played a meaningful role . . . in the mediation process, and through the negotiation and implementation of the Global Settlement and Plan").

[68]    *See* Order at 8, Ex. A at 16, *In re Grupo Aeroméxico, S.A.B. de C.V., et al.*, Case No. 20-11563 (SCC), ECF No. 2668 (Bankr. S.D.N.Y. Feb. 4, 2022) (approving plan with exculpated parties including DIP lenders and other financing commitment parties); Order at 4, Ex. A at 7, *In re Ditech Holding Corp.*, Case No. 19-10412 (JLG), ECF No. 1404 (Bankr. S.D.N.Y. Sept. 16, 2019) (same); Order at 6, Ex. 1 at 10, *In re Nine West Holdings, Inc.*, Case No. 18-10947 (SCC), ECF No. 1308 (Bankr. S.D.N.Y. Feb. 27, 2019) (same); Findings of Fact at 24, Ex. B at 8-9, *In re Cumulus Media Inc.*, Case No. 17-13381 (SCC), ECF No. 769 (Bankr. S.D.N.Y. May 10, 2018) (same); Findings of Fact at 21, Ex. 1 at 6, *In re BCBG Max Azria Global Holdings, LLC et al.*, Case No. 17-10466 (SCC), ECF No. 591 (Bankr. S.D.N.Y. July 26, 2017) (same).

80.    Here, the Exculpated Parties played critical roles in and made significant contributions to the Chapter 11 Cases, and participated in good faith in formulating and negotiating the Plan.  As such, they are eligible for protection from exposure to claims against them relating to their participation in the Chapter 11 Cases, consistent with § 1125(e) of the Bankruptcy Code.  *See* 11 U.S.C. § 1125(e).  Furthermore, interested parties received sufficient notice of the exculpation provision to raise any objections thereto.

      b.      <u>BAO's Objection to the Exculpation Provision Applying to Gemini and Its Related Parties Should Be Overruled.</u>[69]

81.    BAO erroneously asserts that the Plan exculpates "Gemini and related parties."  BAO Obj., at 12.  The BAO Objection evinces a fundamental misunderstanding of the Plan and should be overruled.  The sole Gemini-related party benefiting from any exculpation under the Plan is the Gemini Distribution Agent, *in its capacity as such*.  Nowhere in the Plan can BAO find support for its baseless assertion that the Plan provides for the exculpation of any Gemini party other than the Gemini Distribution Agent in connection with making or facilitating distributions to Gemini Lenders pursuant to the Plan.   As a result, the exculpation provision set forth in Article VIII.F. of the Plan is appropriate, consistent with applicable law and should be approved.

      c.      <u>Exculpation for Prepetition Conduct Related to the Chapter 11 Cases is Appropriate.</u>

82.    Courts in this district routinely approve exculpations of prepetition conduct that are tailored to the debtor's bankruptcy proceeding, as the Exculpation Provision here is.  *See In re Stearns Holdings, LLC*, 607 B.R. 781, 790 (Bankr. S.D.N.Y. 2019) (endorsing the Debtors'

---

[69]    In addition to the substantive deficiencies discussed herein, the BAO Objection was filed well past the extended objection deadline of 4:00 p.m. (prevailing Eastern Time) on February 5, 2024, that applied to all parties who participated in Plan discovery, and should be stricken from the Court's consideration on that basis alone.

observation that "in the Second Circuit, exculpation provisions that extend to prepetition conduct and cover non-estate fiduciaries are regularly approved because courts have recognized the appropriateness of extending exculpation to parties who make a substantial contribution to a debtor's reorganization and play an integral role in building consensus in support of a debtor's restructuring").[70] Here, the approval of exculpations regarding to prepetition conduct, which is limited to the filing of these Chapter 11 Cases, is appropriate, as it is narrowly tailored to the Debtors' Plan. As such, the UST Objection regarding the scope of the Exculpation should be overruled.

<div align="center">

v.  <u>The Injunction Provision Is Appropriate and Should Be Approved.</u>

</div>

83.    Finally, Article VIII.G of the Plan contain an injunction provision (the "<u>Injunction</u>") that the Debtors believe is necessary to enforce and preserve the release and exculpation provisions provided for in Article VIII.E and Article VIII.F of the Plan, and should, therefore, be approved. *See In re Drexel Burnham Lambert Group, Inc.*, 960 F.2d 285, 293 (2d Cir. 1992) (approving injunction provision where such provisions plan an important part in the plan). Furthermore, the Disclosure Statement and the Plan filed with the Bankruptcy Court identified acts to be enjoined by, and all entities that would be subject to the Injunction. The Injunction is therefore appropriate and should be approved.

---

[70]    *See also* Findings of Fact at 24, Ex. 1 at 45, *In re Windstream Holdings, Inc.*, Case No. 19-22312 (RDD) (Bankr. S.D.N.Y. June 26, 2020), ECF No. 2243 (confirming plan containing exculpation provision extending to appropriately-tailored prepetition conduct); Order at 12, Ex. A at 33-34, *In re Seabras 1 USA, LLC*, Case No. 19-14006 (SMB) (Bankr. S.D.N.Y. June 30, 2020), ECF No. 298 (same); Order at 6, Ex. 1 at 63, *In re Nine West Holdings, Inc.*, Case No. 18-10947 (SCC) (Bankr. S.D.N.Y. Feb. 27, 2019), ECF 1308 (same).

F.      All Other Objections Raised Should be Overruled

i.    The Wind-Down Debtors Are Not Subject to Court Oversight Post-Effective Date.

84.     SOF argues that, if the Gemini litigation continues post-Effective Date, "the rights of [Gemini Lenders] are at risk of being prejudiced under the current Plan structure."  SOF Obj. ¶ 41.  Specifically, SOF expresses concern that any settlement post-Effective Date would not require the Court's approval.  *Id.* ¶ 42.  SOF proposes several "suggested solutions" to this objection, including that the "Plan could be amended to require notice and a hearing of any proposed settlement of the Gemini litigation, whether before or after the Effective Date."  *Id.* ¶ 48.  However, no provision of the Bankruptcy Code or the Bankruptcy Rules requires such post-Effective-Date oversight.[71]

85.     Moreover, the Gemini Lenders have authorized Gemini to represent their interests in the Gemini litigation, including by pursuing settlement.  The Gemini litigation arises under that certain Security Agreement dated as of August 15, 2022 (the "Security Agreement") that GCC entered with Gemini, as agent for the Earn Users, pursuant to which GGC transferred the Gemini GBTC Shares to Gemini for the benefit of the Gemini Lenders to secure certain of GGC's obligations under the Gemini Earn Program.  Under Section 3 of the Security Agreement, the Gemini Lenders appointed Gemini as their "attorney-in-fact, with full authority in the place and stead of the [Gemini Lenders] and in the name of the [Gemini Lenders] . . . during event of default, default, or similar circumstance to take any action and to execute any instrument as it may

---

[71]     *See In re Innkeepers USA Tr.*, No. 10-13800 (SCC), 2012 WL 13331052, at *16 (Bankr. S.D.N.Y. June 12, 2012) ("In accordance with the provisions of the Plan, pursuant to Bankruptcy Rule 9019, without any further notice to or action, order, or approval of the Bankruptcy Court, after the Effective Date, the Post-Effective Date Debtors may compromise and settle Claims against the Debtors and their Estates and Causes of Action against other Entities."); *see also In re Delta Air Lines, Inc.*, No. 05 B 17923ASH, 2007 WL 3104216, at *9 (Bankr. S.D.N.Y. Oct. 22, 2007) (denying motion seeking to compel court approval of certain post-effective date settlements where the plan explicitly allowed reorganized debtors to "settle and compromise Claims without supervision by the Bankruptcy Court").

deem reasonably necessary or advisable to accomplish the purposes of this Agreement," including exercising "any rights and remedies available to the [Gemini Lenders] under applicable law." *Gemini Trust Company, LLC v. Genesis Global Capital, LLC et al*, Adv. Pro. No. 23-01192 (Bankr. S.D.N.Y. 2023), ECF No. 1, Ex. 1. Thus, because Gemini is authorized to represent Gemini Lenders' interests in disputes arising under the Security Agreement, SOF's argument that its interests would not be represented in a post-Effective Date settlement are without merit.

ii.   The Plan Already Provides Adequate Means for Implementation.

86.   SOF also raises several objections asking the Debtors to impose conditions on Gemini's relationship with the Gemini Lenders—a relationship to which Debtors are largely not privy. *See Declaration of Michael Leto in Support of First Day Motions and Application in Compliance with Local Rule 1007-2*, ECF No. 28, ¶¶ 9–10. For example, SOF requests Plan language requiring Gemini to provide Gemini Lenders the option to "opt out" of exposure to GBTC price volatility. SOF Obj. ¶¶ 51–52.

87.   However, these are simply not valid, legal objections to the confirmation of the Plan as they relate to a contract between various non-Debtor parties. In fact, the terms of the Plan have already been accepted by creditors, including the Gemini Lender Claims class. *See* Amended Voting Declaration. No other Gemini Lender has raised these issues, and the Plan already provides adequate means of implementing the Plan, including regarding distributions from the Gemini Distribution Agent to the Gemini Lenders. As explained below, the Plan complies with § 1123's requirements for plan confirmation. *See infra*, ¶¶ 98–105.

iii.   The Debtors Have Addressed SOF's Remaining Objections.

88.   The Debtors have adequately addressed SOF's remaining objections, including SOF's requests for (i) clarification regarding the treatment of Gemini's Proprietary Claim, (ii) periodic reporting on distributions, (iii) more detailed procedures for distributing assets

held by Gemini, and (iv) assurance that Gemini has no beneficial ownership over the assets it holds on Gemini Lenders' behalf and will not "hold back" any distributions it is obligated to make to Gemini Lenders under the Plan.

89.    First, SOF argues that the Plan should include clarifications about the extent the Gemini Proprietary Claim will be included in or treated separately from the Allowed Gemini Lender Claim.  The Plan is clear that a "Gemini Lender Claim" is defined as "a General Unsecured Claim held by a Gemini Lender in connection with the Gemini Earn Program."  Plan Section I.A.111.  By definition, Gemini, is not itself a "Gemini Lender" and any claims filed for the benefit of Gemini would not be treated as a "Gemini Lender Claim."  Calculation of the Gemini Proprietary Claim will be separately handled through a stipulation governing the calculation of any disputed claims reserve.

90.    Second, the amended Plan, filed contemporaneously with this Memorandum, includes a reporting requirement that Gemini provide semi-annual updates to the PA Officer regarding the status of distributions to Gemini Lenders for inclusion in the PA Officer's semi-annual reports to the Court.  Plan Section IV.A.6.

91.    Third, SOF objects that the Plan does not adequately describe Gemini's process for the pro-rata distribution of assets to Gemini Lenders. SOF Obj. ¶ 38.  The Gemini Lender Distribution Principles, which will be filed in advance of the Confirmation Hearing as part of the Plan Supplement, set forth in detail the manner by which Gemini will make distributions to Gemini Lenders, including providing for a description of efforts that the Gemini Distribution Agent will make to ensure equitable distributions of the Gemini GBTC Shares to the Gemini Lenders in the event that Gemini distributes the Gemini GBTC Shares to the Gemini Lenders.

Thus, the Plan, as supplemented by the Gemini Lender Distribution Principles, provides adequate means for implementing distributions to Gemini Lenders.

92.     Fourth, the Debtors further highlight Section VI.C.1.d of the Plan, which provides in relevant part that the Gemini Distribution Agent will effectuate distributions directly to the Gemini Lenders, including for the proceeds of any Monetization Transaction of Gemini GBTC Shares.  Therefore, contrary to SOF's arguments, no additional language is needed to clarify the beneficial interest in the value of the Gemini GBTC Shares or Gemini's commitment to not "hold back" any distributions it must make under the Plan.

   iv. <u>If Gemini Prevails on Its Claims, Distributions of the Gemini GBTC Shares Would Not Constitute Distributions Under the Plan.</u>

93.     SOF argues that the Plan would not limit Gemini Lenders' recoveries in the event Gemini prevails on its claims in *Gemini Trust Company, LLC v. Genesis Global Capital, LLC et al.*, Adv. Pro. No. 23-01192, relating to the Gemini GBTC Shares.  SOF Obj., ¶ 25.  The Debtors agree, and there is nothing in the Plan to the contrary.

   v. <u>The Distribution Principles are Aimed at Maximizing In-Kind Distributions.</u>

94.     BAO's objections evidence a misunderstanding of the Distribution Principles.[72]  BAO alleges that the distribution principles unfairly (1) use Petition Date pricing to value Claim Assets and (2) do not provide for in-kind recovery.  BAO Obj. ¶ 11, 13.  Both of these contentions are incorrect.  While the Distribution Principles apply Petition Date Valuation to calculate each claimant's *Pro Rata* Share of Allocable Assets in USD in Step 1, later steps describe the allocation of allocable assets for claims denominated in different assets, and how the *pro rata* share calculated in Step 1 results in the maximum possible extent of in-kind distributions.  In fact,

---

[72] BAO also joined SOF's objection regarding the distinction of the Gemini Master Claim from the Gemini Proprietary Claim, and ensuring that distributions from Gemini are made to Gemini Lenders.  Those objections are addressed above.  *See supra* ¶¶ 88-92.

the Debtors have made clear that "[o]ne of the goals of these Distribution Principles is to maximize "in-kind" distributions, i.e., distributions to Holders of Allowed General Unsecured Claims in the Claim Assets of their claims." Further, the limitation on recoveries for a Holder is for one-hundred percent (100%) of the "in-kind Claim Assets" underlying the claim, contrary to BAO's assertions that the cap is close to the petition date valuation of claims. *See* Distribution Principles at 8. Therefore, BAO's assertions related to the Distribution Principles are unfounded.

## II.   <u>The Plan Satisfies the Requirements for Confirmation of the Bankruptcy Code and Should be Approved</u>

### A.   <u>The Plan Complies with Section 1129(a)(1) of the Bankruptcy Code</u>

95.    Under § 1129(a)(1) of the Bankruptcy Code, a plan must "compl[y] with the applicable provisions of [the Bankruptcy Code]."[73] The legislative history of § 1129(a)(1) explains that this provision also encompasses the requirements of §§ 1122 and 1123 of the Bankruptcy Code, which govern the classification of claims and the contents of a plan, respectively.[74] The Plan complies with the requirements of these sections, as well as other applicable provisions, and therefore complies with § 1129(a)(1).

#### i.   <u>The Plan Satisfies the Classification Requirements of Section 1122 of the Bankruptcy Code</u>

96.    Section 1122 provides that (i) only similar claims may be classified together and (ii) similar claims may not be classified separately for illegitimate reasons. *See* 11 U.S.C.

---

[73]     *See In re Sabine Oil & Gas Corp.*, 555 B.R. 180, 310 (Bankr. S.D.N.Y. 2016) (citing *In re Bally Total Fitness of Greater N.Y., Inc.*, No. 07-12395, 2007 WL 2779438, at *3 (Bankr. S.D.N.Y. Sept. 17, 2007) ("The Debtors, as proponents of the plan, have the burden of proving the satisfaction of the elements of [s]ections 1129(a) and (b) of the Bankruptcy Code by a preponderance of the evidence.")).

[74] S. 95-989, 95th Cong., 2d Sess. § 126 (1978); H.R. 95-595, 95th Cong., 1st Sess. § 412 (1977); *In re S & W Enter.*, 37 B.R. 153, 158 (Bankr. N.D. Ill. 1984) ("An examination of the Legislative History of [section 1129(a)(1)] reveals that although its scope is certainly broad, the provisions it was more directly aimed at were sections 1122 and 1123.").

§ 1122; *Aetna Cas. & Sur. Co. v. Chateaugay Corp. (In re Chateaugay Corp.)*, 89 F.3d 942, 949 (2d Cir. 1996); *see also In re Adelphia Commc'ns Corp.*, 368 B.R. at 246-47.[75]

97.    The Plan's classification scheme reflects differences in the type of digital and fiat currencies held by creditors of each of the Debtors, as well as the relative priority between secured and unsecured status prescribed by the Bankruptcy Code.  The Plan classifies Claims and Interests of GGH and GAP into 10 Classes and into 11 Classes for GGC to account for the Gemini Lender Claims.  *See* Plan, Art. III.  Each Class comprises only Claims or Interests that are substantially similar to one another, and the Classes themselves are all based on valid business, factual, or legal considerations.  More generally, Secured Claims, General Unsecured Claims and Interests are each classified separately from each other.  General Unsecured Claims are separately classified based on types of digital and/or fiat currencies held by claimants' and the claimants' relationship with each Debtor.  Intercompany Claims occupy their own class, as do Interests against GGH and Intercompany Interests against GGC and GAP, respectively.  Accordingly, the Plan meets the classification requirements of § 1122.

    ii.    The Plan Satisfies the Mandatory Plan Requirements of Section 1123 of the
          Bankruptcy Code

    a.    The Plan Designates Classes of Claims and Interests – § 1123(a)(1)

98.    Section 1123(a)(1) requires the designation of classes of claims and interests.  11 U.S.C. § 1123(a)(1).  The Plan meets this requirement by designating Classes of Claims and Interests for each Debtor.  *See* Plan Art. III.

---

[75]    This is not to say that all substantially similar claims or interests must be grouped in the same class.  *See, e.g., In re Aegerion Pharmaceuticals, Inc.*, 605 B.R. 22, 30 (Bankr. S.D.N.Y. 2019) ("[a] debtor in bankruptcy has considerable discretion to classify claims and interests in a chapter 11 reorganization plan"); *accord In re Chateaugay Corp.*, 89 F.3d at 949-51.

b.    The Plan Specifies Unimpaired Classes – § 1123(a)(2)

99.    Section 1123(a)(2) requires that the Plan "specify any class of claims or interests that is not impaired under the plan." 11 U.S.C. § 1123(a)(2). The Plan meets this requirement by identifying Classes 1, 2 and 9 against GGH, Classes 1, 2, 10 and 11 against GGC and Classes 1, 2, 9, 10 against GAP as unimpaired. *See* Plan Art. III. A.1.–3.

c.    The Plan Adequately Specifies the Treatment of Impaired Classes – § 1123(a)(3)

100.    Section 1123(a)(3) requires that the Plan "specify the treatment of any class of claims or interests that is impaired under the plan." 11 U.S.C. § 1123(a)(3). The Plan meets this requirement by setting forth the treatment of each impaired class, *i.e.*, Classes 3–10 against GGH, Classes 3–11 against GGC and Classes 3–10 against GAP. *See* Plan Art. III. A–D.

d.    The Plan Provides for the Same Treatment for Claims or Interests within the Same Class – § 1123(a)(4)

101.    Section 1123(a)(4) requires that the Plan "provide the same treatment for each claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment of such particular claim or interest." 11 U.S.C. § 1123(a)(4). The Plan meets this requirement because Holders of Allowed Claims or Interests will receive the same rights and treatment as other Holders of Allowed Claims or Interests in the same Class, as further set forth in the Distribution Principles. *See* Plan Art. III.; *id.* at Ex. A.

e.    The Plan Provides Adequate Means for Its Implementation – § 1123(a)(5)

102.    Section 1123(a)(5) requires that the Plan provide "adequate means" for its implementation. 11 U.S.C. § 1123(a)(5). Article IV of the Plan, as well as other provisions thereof, provide for the means by which the Plan will be implemented. Among other things, Article IV of the Plan, the Distribution Principles, and the Plan Supplement: (i) provide for the sources of consideration for Plan distributions; (ii) provide for the equitable calculation of

distributions across coin types through the Distribution Principles; (iii) provide for the vesting of all assets in each of the appropriate Wind-Down Debtors free and clear of all Claims, Liens, Encumbrances, charges or other encumbrances; (iv) authorize the amendment of the certificates of incorporation and bylaws of the Wind-Down Debtors; (v) provide for the appointment of the officers and directors of the Wind-Down Debtors; (vi) provide for the cancellation of all notes, instruments, certificates, and other documents including credit agreements and indentures, unless otherwise provided in the Plan; (vii) provide for the Plan Securities' exemption from registration under the Securities Act (to the extent set forth in the Plan); and (viii) provide for the reinstatement or discharge of Intercompany Claims and Interests (to the extent set forth in the Plan) and the settlement of intercompany accounts.

f.    The Plan Prohibits the Issuance of Non-Voting Equity Securities – § 1123(a)(6)

103.    Section 1123(a)(6) requires that a debtor's corporate constituent documents prohibit the issuance of non-voting equity securities.  11 U.S.C. § 1123(a)(6).  The Plan provides that the Wind-Down Debtors' New Governance Documents shall include such a prohibition to the extent required by § 1123(a)(6) of the Bankruptcy Code.  *See* Plan Supplement at Exhibit L. DCG's argument that the Plan's proposals with respect to DCG's voting rights in the Wind-Down Debtors are tantamount to the proposed issuance of non-voting equity securities is completely inapposite.  DCG's equity interests are being reinstated pursuant to the plan, not "issued," and they are not non-voting shares (despite the limitations that the Plan otherwise seeks to place on the rights appurtenant to DCG's equity interests prior to repayment in full of creditors).  *See* Section C *supra*.

g.      The Plan Contains Appropriate Provisions with Respect to the Selection of
Post-Confirmation Directors and Officers –  § 1123(a)(7)

104.     Section 1123(a)(7) requires that the Plan's provisions with respect to the manner of

selection of any director, officer or trustee, or any other successor thereto, be "consistent with the

interests of creditors and equity security holders and with public policy."  11 U.S.C. § 1123(a)(7).

The Plan outlines the manner of selecting the Plan Administrator and the New Board, which

accords with applicable corporate law, the Bankruptcy Code, the interests of creditors and equity

security holders, and public policy.  *See* Plan, Art. IV.A.2 and Art. IV.B.9.  The Plan Complies

with Section 1123(d)

105.     Section 1123(d) states that "if it is proposed in a plan to cure a default the

amount necessary to cure the default shall be determined in accordance with the underlying

agreement and applicable non-bankruptcy law."  11 U.S.C. § 1123(d).   The Plan meets this

requirement by providing for the satisfaction of monetary defaults, if any, under each executory

Contract and unexpired Lease to be assumed or assumed and assigned pursuant to the Plan, by

payment of the Cure Amount in Cash on the Effective Date or as soon as practicable thereafter,

subject to certain limitations.  *See* Plan, Art. V § C.

B.      The Plan Complies with Section 1129(a)(2)

106.     The Debtors satisfy § 1129(a)(2), which requires that the proponent of a

plan comply with the applicable provisions of the Bankruptcy Code.  The legislative history of §

1129(a)(2) indicates that this provision is intended to encompass the disclosure and solicitation

requirements set forth in §§ 1125 and 1126 of the Bankruptcy Code.  S. 95-989, § 26 (1978); H.R.

95-595, § 407 (1977) ("Paragraph (2) [of § 1129(a)] requires that the proponent of the plan comply

with the applicable provisions of chapter 11, such as section 1125 regarding disclosure."); *see also*

*In re Lapworth*, No. 97-34529 (DWS), 1998 WL 767456, at *3 (Bankr. E.D. Pa. Nov. 2, 1998).

-54-

As discussed above and herein, the Debtors have complied with §§ 1125 and 1126 of the Bankruptcy Code regarding disclosure and solicitation of the Plan.

     i.   Disclosure Statement and Solicitation – § 1125

107.    By entry of the Disclosure Statement Order, the Bankruptcy Court approved, among other things (i) the adequacy of information in the Disclosure Statement under § 1125 of the Bankruptcy Code, (ii) the Solicitation Procedures, (iii) the forms of Ballots, notices and notice procedures in connection therewith and (iv) certain dates in respect thereto.  Further, in accordance with § 1125(b), the Debtors did not solicit votes on the Plan from any Holder of a Claim or Interest prior to the entry of the Disclosure Statement Order.  The Debtors further provided Holders of Claims and Interest in the Non-Voting Classes with Non-Voting Status Notice Packages, which included the Confirmation Hearing Notice and the applicable Notices of Non-Voting Status.  *See* Solicitation Affidavit.

     ii.   Acceptance of Plan – § 1126

108.    Section 1126 sets forth the procedures for soliciting votes on a Chapter 11 plan and determining acceptance thereof.  Pursuant to § 1126, only holders of allowed claims or interests that are impaired and will receive or retain property under a plan on account of such claims or interests may vote to accept or reject the plan.  11 U.S.C. § 1126.  In accordance with § 1126(f), the Debtors did not solicit acceptances of the Plan from Holders of Claims and Interests conclusively presumed either to have accepted or rejected the Plan.  In accordance with § 1126(g), the Debtors did not solicit acceptances of the Plan from Holders of Interests, which will not receive any distribution on account of such Interests or Intercompany Interests unless all senior Claims are paid in full or otherwise treated as Unimpaired.

109.    Section 1126(c) of the Bankruptcy Code specifies the requirements for acceptance of a plan by impaired classes of claims entitled to vote to accept or reject the plan.

*See* 11 U.S.C. § 1126(c). As set forth in the Voting Reports, the Plan has been accepted by in excess of two-thirds in amount and one-half in number of the Holders of Claims in the voting Classes. *See* Amended Voting Report. Based upon the foregoing, the Debtors submit that the requirements of § 1129(a)(2) of the Bankruptcy Code have been satisfied.

     C.     <u>The Plan Has Been Proposed in Good Faith Pursuant to Section 1129(a)(3)</u>

     110.     The Second Circuit has held that § 1129(a)(3) "requir[es] a showing that the plan was proposed with 'honesty and good intentions.'" *Koelbl v. Glessing (In re Koelbl)*, 751 F.2d 137, 139 (2d Cir. 1984) (citations omitted). Thus, a plan contravenes the "good faith" requirement only if a debtor failed "to comply with the key duties—the requisite care, disinterestedness and good faith" when negotiating its terms, not if those terms were allegedly inferior to others available to the debtor. *See In re Glob. Crossing Ltd.*, 295 B.R. 726, 744 n. 58 (Bankr. S.D.N.Y. 2003). In other words, § 1129(a)(3) requires a debtor to make a good faith effort to maximize the value of the estate, but it does not permit courts to second-guess a debtor's business decisions. *In re GSC, Inc.*, 453 B.R. 132, 155 (Bankr. S.D.N.Y. 2011).

     111.     The Plan is the result of months of good-faith, arm's length negotiations between the Debtors and a wide assortment of parties in interest in these Chapter 11 Cases. *See* Aronzon Decl. ¶¶ 10-56 . Notably, the Debtors negotiated and filed several iterations of the chapter 11 plan based on feedback received from various creditor groups throughout the Chapter 11 Cases. *See* Aronzon Decl. ¶¶ 10-56. In connection with the plan negotiation process, the Debtors participated in mediation with DCG, the Committee, the Ad Hoc Group, Gemini and other parties in interest, aimed at resolving certain disputes between the parties, and continued to negotiate with all parties in interest through the date hereof. *See* Aronzon Decl. ¶¶ 18-33; 44-58.

     112.     DCG asserts that the plan was not proposed in good faith because it contains a number of provisions with which DCG disagrees. This fundamentally misconstrues the good

faith standard, which requires only that the Plan "was filed in a subjectively good-faith effort to maximize recoveries of all stakeholders by making the best of a difficult commercial situation." *In re JPA No. 111 Co., Ltd.*, No. 21-12075 (DSJ), 2022 WL 298428, at *9 (Bankr. S.D.N.Y. Feb. 1, 2022). The Debtors have put forth a robust record in support of this Plan, which is the product of their good-faith effort to maximize recoveries of their stakeholders in accordance with the absolute priority rule.

113.    DCG's other complaints relating to the proposed treatment of their equity Interests are all baseless. DCG's general argument that the Distribution Principles are inequitable and unfairly disadvantage DCG are amply discussed elsewhere. The Debtors have not breached their fiduciary duty to DCG, DCG Obj. at 62-65. *See supra* ¶ 16-37. And there is no inequity in the Setoff Principles, DCG Obj. at 66-75. *See supra* ¶ 40.

114.    As for the argument that the Plan impermissibly alters DCG's rights as equity holder, including the appointment of directors, DCG Obj. at ¶¶ 76-79; and the argument that conditioning DCG's rights on the issuance of a Final Order declaring all creditor claims Unimpaired, DCG Obj. at ¶¶ 80-82; DCG's complaints are sorely misplaced. The Plan is effectively a liquidating plan, and the Wind-Down Debtors will exist solely for the purpose of making distributions to creditors. In an ordinary liquidating plan, the former equity holders would have no interest in the debtors post-liquidation. The Plan proposes to continue to have DCG hold the equity in GGH solely because there would be dramatic adverse consequences to not doing so—namely, that the federal net operating loss carryforwards generated by the Debtors prior to the Petition Date would accrue to the benefit of the DCG corporate group, as a result of GGH's status as part of the U.S. federal income tax consolidated group of which DCG is the common parent,

rather than to the Debtors and their creditors.[76]  The proposal to have DCG continue to hold equity in GGH is therefore made "solely for Plan administrative purposes," Plan, Art. III.B.10.b, to preserve beneficial tax attributes for the purpose of maximizing distributions to creditors.  As such, unless and until those claims have been paid in full, the Plan proposes to limit DCG's rights vis a vis its interests in GGH.  One of those limits is a provision that potential members of the New Board shall be limited to those identified on a list of candidates selected by the Committee, with the consent of the Ad Hoc Group and in consultation with the Debtors.  This is a standard mechanism for ensuring that the Wind-Down Debtors are operated for the benefit of creditors, and does not amount to a violation of § 1123(a)(6) or (7).[77]

115.    Further, DCG's argument that the Plan wrongfully excludes DCG from certain rights over the Wind-Down, including the selection of the PA Officer and the Wind-Down Oversight Committee, also is misplaced.  *See In re Mesa Air Group, Inc.*, 2011 Bankr. LEXIS 3855, *7, *32-33 (Bankr. S.D.N.Y. 2011) (new board comprised of six members proposed by an unsecured creditors committee and three members proposed by debtors was not at odds with § 1123(a)(7)).

116.    In the event all creditors *are* paid in full and therefore rendered Unimpaired, the Plan expressly provides that DCG's rights would spring back—including its voting rights, its right to take dividends, and its rights to transfer, or take a worthless stock deduction with respect

---

[76]      *See Debtors' Motion for an Order Approving Restrictions on Certain Actions of DCG*, ECF 1009, at ¶ 1.

[77]      *See In re Texaco*, 81 B.R. 806, 813 (Bankr. S.D.N.Y. 1986) (§ 1123(a)(6) only requires that "if a plan of reorganization calls for the issuance of new stock there must be a provision calling for an amendment of the corporate debtor's certificate of incorporation which prohibits the issuance of nonvoting equity securities"); *In re Acequia, Inc.*, 787 F.2d 1352, 1361 (9th Cir. 1986) (holding that a plan provision that stripped equity holders of certain rights, including the right to vote for or remove directors, was not at odds with § 1123(a)(6) since § 1123(a)(6) "only prohibits the issuance of *new* nonvoting securities"); *In re Mesa Air Group Inc.*, 2011 Bankr. 3855, at *24-25, *29 (restrictions on voting stock permissible as long as shareholders allowed to vote on slate of directors proposed by debtors and unsecured creditors committee).

to, its Interests in GGH.  *Id.*  It would contravene the basic principles underlying the Bankruptcy Code to permit the equity holder in insolvent, liquidating entities to continue to exercise control over the entities—potentially to the detriment of their creditors—while the entities exist solely for the benefit of those creditors.  To the extent DCG also objects (in a single, conclusory paragraph without citation to authority) to the Plan's proposed treatment of Intercompany Interests in GGC and GAP, DCG Obj. at ¶ 83, and argues that it should have consent rights over the Debtors' Wind-Down, DCG Obj. at ¶ 84, the Debtors' justification for such treatment is the same:  as long as GGH, GGC, and GAP exist solely for the benefit of their creditors, DCG must have a limited role in their operation.  Once creditors are repaid in full, DCG's rights as equity holder will spring back.

> D.   The Plan Provides for Bankruptcy Court Approval of Payments for Services or Costs and Expenses Pursuant to Section 1129(a)(4)

117.   Section 1129(a)(4) requires that certain professional fees and expenses paid by the plan proponent, by the debtor or by a person receiving distributions of property under the plan, be subject to approval by the Court as reasonable.  11 U.S.C. § 1129(a)(4).   Article III of the Plan discloses the settling parties whose fees will be paid under the Plan.  Moreover, Article III.B.1. of the Plan provides that all other Professionals seeking final approval of compensation in the Chapter 11 Cases are required to file applications for approval of Professional Fee Claims with the Bankruptcy Court prior to a date certain.  After these claims are filed, Article III.B.1  of the Plan allows parties in interest to object to Professional Fee Claims, and requires such claims to be allowed before receiving any payment.  Accordingly, the Plan ensures that any Professional Fee Claims may be reviewed by the Bankruptcy Court and complies with the requirements of § 1129(a)(4) of the Bankruptcy Code.

E.      All Necessary Information Regarding Directors and Officers of the Wind-Down
        Debtors Has Been Disclosed Pursuant to Section 1129(a)(5)

118.    Section 1129(a)(5)(A) requires that a plan discloses the identity and

affiliations of those individuals who will serve as a director, officer or voting trustee of the post-

emergence debtor entity, the identity of any insider to be employed or retained and the nature of

the compensation proposed to be paid to such insider.  Section 1129(a)(5)(B) requires a plan

proponent to disclose the identify of an "insider" (as defined by 11 U.S.C. § 103(31)) to be

employed or retained by the post-emergence debtor and the "nature of any compensation for such

insider." 11 U.S.C. § 1129(a)(5)(B); *see also In re Texaco Inc.*, 84 B.R. 893, 908 (Bankr. S.D.N.Y.

1988).

119.    The Plan satisfies § 1129(a)(5)(A) by describing the manner in which

directors of Wind-Down GGH shall be identified or determined.  *See* definition of "New Board,"

pg. 20 of the Plan; *see also* Art. VI.A.  Moreover, a list of the directors who will comprise the New

Board was filed as Exhibit H to the Plan Supplement.

120.    The directors and officers of the Debtors prior to the Effective Date will no

longer serve in their roles as officers and directors of the Wind-Down Debtors as of the Effective

Date.  As such, the Debtors are not required to make any such "insider" disclosure as contemplated

by § 1129(a)(5)(B).

F.      Plan Regulatory Approval Is Not Required – § 1129(a)(6)

121.    Because the Plan does not provide for rate changes over which a

governmental regulatory commission has jurisdiction, § 1129(a)(6) does not apply.

G.      The Debtors' Plan Satisfies the Best Interests Test – § 1129(a)(7)

122.    As established by the liquidation analysis (the "Liquidation Analysis," filed

as Exhibit C to the Plan, ECF No. 993) prepared by the Debtors' financial advisors, the Plan

satisfies § 1129(a)(7).  The only party that has asserted otherwise is DCG, but as amply described above, because of the $32 million in subordinated claims that sit above DCG's equity interest, DCG will receive no recoveries on account of its equity interests in any scenario—whether through the Plan, DCG's proposed distribution scheme, or a chapter 7 liquidation.  *See supra* ¶ 38.

     H.    <u>Section 1129(a)(8) Does Not Preclude Confirmation</u>

     123.    Section 1129(a)(8) requires acceptance by each class of claims or interests that is impaired by the Plan.  *See* 11 U.S.C. § 1129(a)(8).  While all Classes of Impaired Creditors entitled to vote on the Debtors' Plan voted overwhelmingly to accept the Plan, Holders of Interests against GGH in Class 10, which solely consists of DCG, is Impaired and deemed to reject.  As such, the Debtors will rely on 1129(b), which permits confirmation over the rejection of an impaired class of Claims or Interests.  *See* Section O *infra*.

     I.    <u>The Plan Provides for Payment in Full of Priority Claims – § 1129(a)(9).</u>

     124.    Section 1129(a)(9) generally requires that the Plan satisfy administrative and priority tax claims in full and in cash unless the holder of a particular claim agrees to a different treatment with respect to such claim.  *See* 11 U.S.C. §§ 1126(g), 1129(a)(9).  The Plan satisfies this requirement by allowing for payment in full of Allowed Administrative Expense Claims and Allowed Priority Tax Claims.  *See* Plan, Art. II § A, C.

     J.    <u>At Least One Impaired Class of Claims That is Entitled to Vote Will Have Accepted the Plan, Pursuant to Section 1129(a)(10).</u>

     125.    Section 1129(a)(10) provides that, to the extent there is an impaired class of claims under a plan, at least one impaired class of claims must accept the plan, "without including any acceptance of the plan by any insider."  11 U.S.C. § 1129(a)(10).  Classes 3, 4, 5, 6 and 7 against GGC, Classes 3, 4 and 5 against GAP, and Class 3 against GGH all voted to accept the Plan.  *See* Amended Voting Report.

K.   <u>Section 1129(a)(11) is Inapplicable</u>

126.   Section 1129(a)(11) requires that the Court find that "confirmation of the plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the plan, unless such liquidation or reorganization is proposed in the plan."  11 U.S.C. § 1129(a)(11).  Because the Plan contemplates the liquidation of the Debtors, they need not demonstrate feasibility.

L.   <u>The Plan Provides for the Payment of All Fees Under 28 U.S.C. § 1930 Pursuant to Section 1129(a)(12).</u>

127.   Section 1129(a)(12) requires the payment of "[a]ll fees payable under § 1930 of title 28, as determined by the court at the hearing on confirmation of the plan."  Section 507(a)(2) further provides that "any fees and charges assessed against the estate under [§ 1930] of title 28" are afforded priority as administrative expenses.  In accordance with those provisions, the Plan provides that such fees shall be paid.  *See* Plan, Art. II § D.

M.   <u>The Plan Complies with Section 1129(a)(13).</u>

128.   Section 1129(a)(13) requires that all retiree benefits, as defined in § 1114 of the Bankruptcy Code, continue to be paid post-confirmation at any levels established in accordance with § 1114 of the Bankruptcy Code.  *See* 11 U.S.C. § 1129(a)(13).  The Plan satisfies this requirement by providing for costs and expenses of administration of the Debtors' Estates to be classified as an Administrative Expense.  *See* Plan, Art. II § A.

N.   <u>Sections 1129(a)(14)-(16) of the Bankruptcy Code Are Inapplicable.</u>

129.   Section 1129(a)(14) requires domestic support obligations to be paid, if required by judicial or administrative order or statute, which first become payable after the date of filing the petition.  *See* 11 U.S.C. § 1129(a)(14).  This section is inapplicable because the Debtors do not owe any domestic support obligations.

130.    Section 1129(a)(15) concerns individual debtors.  None of the Debtors is an "individual," and the requirements of § 1129(a)(15) are therefore inapplicable.

131.    Section 1129(a)(16) does not apply to moneyed, business, or commercial corporations or trusts.  11 U.S.C. § 1129(a)(16).  Because each Debtor is a moneyed, business, or commercial corporation, the requirements of § 1129(a)(16) are inapplicable.

O.    Section 1129(b) of the Bankruptcy Code Is Satisfied

132.    Section 1129(b)(1)'s requirement that the plan does not "discriminate unfairly" ensures that a dissenting class does not receive a relative value less than the value given to all other similarly situated classes.  *See In re Genco Shipping & Trading Ltd.*, 513 B.R. 233, 241 (Bankr. S.D.N.Y. 2014) (quoting *In re Johns-Manville Corp.*, 68 B.R. at 636); *In re SunEdison, Inc.*, 575 B.R. 220, 226 (Bankr. S.D.N.Y. 2017) ("[T]he unfair discrimination test assures fair treatment among classes of the same priority level[.]").  A plan will be found to unfairly discriminate in violation of § 1129(b)(1) of the Bankruptcy Code only where similar classes are treated differently without a reasonable basis for the disparate treatment.  *See Johns-Manville Corp.*, 68 B.R. at 636.  There is no unfair discrimination where separate classes containing different types of claims or interests are treated differently.  *See id.*

133.    A plan is considered "fair and equitable" under § 1129(b)(2)(B)(ii) of the Bankruptcy Code with respect to an impaired, non-consenting class of unsecured claims where no holder of any claim or interest junior to that class "receive or retain under the plan on account of any such junior claim or interest any property."  11 U.S.C. § 1129(b)(2)(B)(ii).  With respect to an impaired, non-consenting class of interests, the Bankruptcy Code provides that a plan is fair and equitable where no holder of any interest junior to that class will "receive or retain under the plan on account of such junior claim or interest any property."  11 U.S.C. § 1129(b)(2)(C)(ii).

134.    As discussed above, the Plan classifies Claims and Interests of GGH and GAP into 10 Classes and those of GGC into 11 Classes, *see supra* ¶ 97; *see also* Plan, Art. III. Accordingly, the Debtors invoke § 1129(b) with respect to (i) Classes 7, 8, 9 and 10 for GGH and GAP and (ii) Classes 8, 9, 10 and 11 for GGC.

i.    The Cramdown Requirements are Met as to DCG's Interests in GGH.

135.    Section 1129(b)'s requirements are satisfied as to DCG.  First, the Plan does not unfairly discriminate against DCG.  DCG is the sole Holder of the Interests classified in Class 10 for GGH and is not entitled to any recovery under the Plan unless all Allowed Claims against all of the Debtors or the Wind-Down Debtors, as applicable, have been paid in full in accordance with the Distribution Principles.  The nature of DCG's Interest is distinct from that of all other GGH Classes—indeed, no other GGH Classes include equity interests at all.  In addition, DCG's treatment under the Plan is the same as for the equity Classes for GGC and GAP (discussed below). As such, the Plan cannot, by definition, discriminate unfairly with respect to such interests.

136.    Second, the Plan is fair and equitable as to DCG because there are no interests junior to the DCG Interests.  DCG's equity interest is at the end of the priority scheme, with no Class below it.  Where there is no equity class that is junior to the class in question, courts routinely hold that the requirement of § 1129(b)(2)(C)(ii) is satisfied, and that the plan is fair and equitable as to such class.  *See In re Breitburn Energy Partners LP*, 582 B.R. 321, 350 (Bankr. S.D.N.Y. 2018) ("Because the estates are insolvent, no creditor class is receiving more than 100% of its claims and no class below Equity (there is no such class) will receive or retain property under the Plan, the Plan is fair and equitable with respect to Equity").  In addition, under the Plan, no senior Class will receive more than they are owed, as DCG claims.  *See* DCG Obj. ¶ 28.  As discussed above, the Debtors' Digital Asset creditors will not be paid in full under the Plan.  *See*

*supra* ¶ 2; *see also* Sciametta Decl. 18.  As such, the Plan is fair and equitable as to the dissenting Class of DCG Interests.

      ii.    <u>The Cramdown Requirements are Met as to the Subordinated Claims and Claims Asserted by Governmental Units</u>

137.    Section 1129(b)'s requirements are also satisfied as to the Subordinated Claims and Claims asserted by Governmental Units in Classes 7 and 8 for GGH and GAP, and Classes 8 and 9 for GGC, the Holders of which will not receive any distribution under the Plan unless Holders in senior Classes are paid in full in accordance with the Distribution Principles. First, the Plan does not discriminate unfairly against the Subordinated Claims and Claims asserted by Governmental Units.  The Subordinated Claims arise from Securities contracts or are otherwise properly equitably subordinated to other General Unsecured Claims pursuant to § 510 of the Bankruptcy Code.  The Claims asserted by Governmental Units are similarly properly subordinated to other General Unsecured Claims pursuant to § 726(a)(4) of the Bankruptcy Code. The nature of these Claims as ones  subordinated under specific provisions of the Bankruptcy Code is distinct from those represented in other Classes of General Unsecured Creditors and, accordingly, the Plan does not unfairly discriminate against them by treating them differently.  *See Johns-Manville Corp.*, 68 B.R. at 636 (finding no unfair discrimination where the interests of the class at issue were "not similar or comparable to those of any other class.").

138.    Second, the Plan is fair and equitable as to the Subordinated Claims and Claims asserted by Governmental Units because no junior Claims or Interests will receive distributions under the Plan until Holders of Claims in senior Classes are paid in full in accordance with the Distribution Principles.  The only Classes below the Subordinated Claims and Claims asserted by Governmental Units in the priority scheme are the equity Classes—Class 10 for GGH

and GAP, and Class 11 for GGC—none of which will receive any distribution under the Plan until Holders of Claims in senior Classes are paid in full in accordance with the Distribution Principles.

   iii.    Intercompany Claims and Interests

   139.    Under the Plan, Intercompany Claims in Class 9 for GGH and GAP, and Class 10 for GGC, "will be adjusted, Reinstated, or compromised on the Effective Date in the Debtors' discretion, with the Committee's Consent," and are accordingly deemed either Impaired or Unimpaired.  *See* Plan, Art. III.B.9, C.10, and D.9.  To the extent Intercompany Claims are Unimpaired, § 1129(b)'s requirements are not applicable.  To the extent Intercompany Claims are Impaired, the Holders of such Claims are Plan proponents and accordingly not dissenting creditors for whom § 1129(b)(1)'s requirements would need to be satisfied.

   140.    Intercompany Interests in Class 10 for GGH and GAP are Impaired under the Plan.  *See* Plan, Art. III.B.10 and D.10.  The Holders of Intercompany Interest Claims are similarly Plan proponents and accordingly not dissenting creditors for whom § 1129(b)(1)'s requirements would need to be satisfied.  In any event, § 1129(b)'s requirements are satisfied for the same reasons outlined above with respect to DCG.  No other Class for GGH and GAP respectively includes equity interests, and accordingly the plan does not unfairly discriminate against the Intercompany Interests.

   P.    Section 1129(c) of the Bankruptcy Code Is Inapplicable.

   141.    Section 1129(c) provides that the bankruptcy court may confirm only one plan.  *See* 11 U.S.C. § 1129(c).  Because the Plan is the only plan before the Court, § 1129(c) of the Bankruptcy Code is inapplicable.

    Q.    <u>The Plan Complies with Section 1129(d) of the Bankruptcy Code Because It Is Not an Attempt to Avoid Tax Obligations.</u>

142.    Section 1129(d) provides that a court may not confirm a plan if the principal purpose of the plan is to avoid taxes or the application of § 5 of the Securities Act of 1933. The Plan meets these requirements because, as discussed above, the Plan was proposed in good faith and not for purposes that would violate § 1129(d), nor has there been any assertion otherwise. *See supra* ¶¶ 39-40, *see also* Section C *supra*.

    R.    <u>Section 1129(e) of the Bankruptcy Code Is Inapplicable.</u>

143.    The Chapter 11 Cases are not small business cases and, accordingly, the requirements of § 1129(e) are inapplicable.

## III.    <u>The Plan Complies with All Other Applicable Laws and Rules</u>

    A.    <u>The Court Has Jurisdiction and Notice Has Properly Been Given</u>

    i.    <u>Jurisdiction and Venue</u>

144.    This Court has jurisdiction over these Chapter 11 Cases pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2), and the Bankruptcy Court has exclusive jurisdiction to determine whether the Plan complies with the applicable provisions of the Bankruptcy Code and should be confirmed.

    ii.    <u>Notice and Solicitation</u>

145.    In accordance with the Disclosure Statement Order and Bankruptcy Rule 3017(d), the Debtors, through their Solicitation Agent, served ballots, election forms, and associated documents on all holders of claims and interests in the Debtors, as appropriate. *See* Solicitation Affidavit. The Debtors also have served notice of the Plan Supplement, *see* ECF Nos. 1117, 1131, 1137 and 1144, and their Plan, *see* ECF No. 993.

iii.   Adequate Notice of Confirmation Hearing

146.   In accordance with Bankruptcy Rules 2002, 3018-19, 6004, 6006, 9007, and 9014 and the Disclosure Statement Order, and the solicitation procedures set forth therein, adequate notice of (i) the time for filing objections to confirmation of the Plan and the transactions contemplated thereby, (ii) the Confirmation Hearing, and (iii) the proposed rejection and assumption of executory contracts and unexpired leases set forth in the Plan, were provided to all parties in interest entitled to receive such notice.  *See* Solicitation Affidavit.  No other or further notice of the Confirmation Hearing is necessary or required.

B.   Other Provisions of the Plan are Appropriate.

147.   Article XII.N of the Plan, which contemplates the dissolution of the Committee upon the Effective Date except for certain fee-related matters, does not violate due process.  Courts of this district regularly confirm plans that specify that the Committee automatically dissolves upon the effective date, as the Plan here does.[78]

## IV.   The Confirmation Order Should Be Effective Immediately Upon its Entry

148.   The Debtors respectfully request that this Court direct that the Confirmation Order shall be effectively immediately upon its entry notwithstanding the fourteen day stay imposed by operation of Bankruptcy Rule 3020(e).  Bankruptcy Rule 3020(e) provides that:  "An order confirming a plan is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise."  Fed. R. Bankr. P. 3020(e).  The Advisory Committee notes to Rule 3020(e) state that "the court may, in its discretion, order that Rule 3020(e) is not applicable so that the plan may be implemented and distributions may be made immediately."  *Id.* (emphasis added).

---

[78]      *See, e.g.*, *In re Garrett Motion Inc., et al.*, No. 20-12212, ECF No. 1161 (Bankr. S.D.N.Y. April 26, 2021); *In re Ditech Holding Corp., et al.*, No. 19-10412, ECF No. 1403 (Bankr. S.D.N.Y. Sept. 26, 2019); *In re Int'l Shipholding Corp. et al.*, No. 16-12220, ECF No. 671  (Bankr. S.D.N.Y. Mar. 02, 2017).

The Debtors seek to commence or recommence litigation the Retained Causes of Action and efficiently winddown their operations expeditiously to avoid delays and associated costs. Some of the relief set forth in the Confirmation Order relates to actions that must be taken after the Plan is confirmed but prior to when it can go effective. These actions are important and necessary to begin as soon as possible given the large amount of work that needs to be done for the Plan to go effective on the anticipated timeline.

149.     As a result, the Debtors submit, it is appropriate for the Court to exercise its discretion to order that Bankruptcy Rule 3020(e) is not applicable and permit the Debtors to consummate the Plan and commence its implementation without delay after the entry of the Confirmation Order. The Debtors submit that this relief is in the best interests of the Debtors' creditors and will not prejudice any parties in interest.

## **CONCLUSION**

150.     For the reasons set forth in this Memorandum, the Debtors request that the Court enter an order, in a form substantially similar to the proposed Confirmation Order (i) confirming the Plan; (ii) waiving the 14-day stay of the Confirmation Order; and (iii) granting such other and further relief as it deems appropriate.

Dated:  February 15, 2024
        New York, New York

*/s/ Jane VanLare*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and
Debtors-in-Possession*

## **Exhibit A**

**Soliciation Affidavit**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

<u>**AFFIDAVIT OF SERVICE OF SOLICITATION MATERIALS**</u>

I, Alex Orchowski, depose and say that:

1.      I am a Director of Restructuring Administration at Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent and administrative advisor for the Debtors in the above-captioned chapter 11 cases. At my direction and under my supervision, employees of Kroll caused the following materials to be served:

  a.  the Notice of Hearing to Consider Confirmation of the Chapter 11 Filed by the Debtors and Related Voting and Objection Deadlines, a copy of which is attached hereto as <u>**Exhibit A**</u> (the "***Confirmation Hearing Notice***");

  b.  the Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC *et al.*, Under Chapter 11 of the Bankruptcy Code [Docket No. 1031] (the "***Amended Disclosure Statement***");

  c.  the Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Docket No. 1027] (the "***Disclosure Statement Order***");

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

d.  the Letter to Genesis Clients, Customers and Stakeholders Entitled to Vote on the Debtors' Amended Joint Chapter 11 Plan, a copy of which is attached hereto as **<u>Exhibit B</u>** (the "***Cover Letter***");

e.  the Class 3: Fiat-or-Stablecoin-Denominated Unsecured Claims Against Genesis Asia Pacific Pte. Ltd. Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit C</u>** (the "***Class 3 GAP Ballot***");

f.  the Class 3: Fiat-or-Stablecoin-Denominated Unsecured Claims Against Genesis Global Capital, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit D</u>** (the "***Class 3 GGC Ballot***");

g.  the Class 3: Fiat-or-Stablecoin-Denominated Unsecured Claims Against Genesis Global Holdco, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit E</u>** (the "***Class 3 GGH Ballot***");

h.  the Class 4: BTC-Denominated Unsecured Claims Against Genesis Asia Pacific Pte. Ltd. Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit F</u>** (the "***Class 4 GAP Ballot***");

i.  the Class 4: BTC-Denominated Unsecured Claims Against Genesis Global Capital, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit G</u>** (the "***Class 4 GGC Ballot***");

j.  the Class 4: BTC-Denominated Unsecured Claims Against Genesis Global Holdco, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit H</u>** (the "***Class 4 GGH Ballot***");

k.  the Class 5: ETH-Denominated Unsecured Claims Against Genesis Asia Pacific Pte. Ltd. Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **<u>Exhibit I</u>** (the "***Class 5 GAP Ballot***");

l.   the Class 5: ETH-Denominated Unsecured Claims Against Genesis Global Capital, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **Exhibit J** (the "***Class 5 GGC Ballot***");

m.   the Class 5: ETH-Denominated Unsecured Claims Against Genesis Global Holdco, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **Exhibit K** (the "***Class 5 GGH Ballot***");

n.   the Class 6: Alt-Coin-Denominated Unsecured Claims Against Genesis Asia Pacific Pte. Ltd. Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **Exhibit L** (the "***Class 6 GAP Ballot***");

o.   the Class 6: Alt-Coin-Denominated Unsecured Claims Against Genesis Global Capital, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **Exhibit M** (the "***Class 6 GGC Ballot***");

p.   the Class 6: Alt-Coin-Denominated Unsecured Claims Against Genesis Global Holdco, LLC Ballot for Voting to Accept or Reject the Debtors' Amended Joint Chapter 11 Plan, a form of which is attached hereto as **Exhibit N** (the "***Class 6 GGH Ballot***");

q.   the Notice of Non-Voting Status to Holders of Unimpaired Claims Conclusively Presumed to Accept the Plan, a copy of which is attached hereto as **Exhibit O** (the "***Unimpaired Non-Voting Notice***");

r.   the Notice of Non-Voting Status to Holders of Impaired Claims Conclusively Presumed to Reject the Plan, a copy of which is attached hereto as **Exhibit P** (the "***Impaired Non-Voting Notice***");

s.   the Notice of Non-Voting Status with Respect to Disputed Claims, a copy of which is attached hereto as **Exhibit Q** (the "***Disputed Claims Non-Voting Notice***"); and

t.   a pre-addressed, postage paid return envelope (the "***Return Envelope***"), a sample of which is not attached hereto.

3

2.    Unless otherwise stated, on December 6, 2023, at my direction and under my supervision, employees of Kroll caused electronic copies of the above materials to be served as follows:

    a.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GAP Ballot were served via email on the parties identified on the service list attached hereto as **Exhibit R**;

    b.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GGC Ballot were served via email on the parties identified on the service list attached hereto as **Exhibit S**;

    c.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GGH Ballot were served via email on the parties identified on the service list attached hereto as **Exhibit T**;

    d.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 4 GAP Ballot were served via email on three interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

    e.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 4 GGC Ballot were served via email on the parties identified on the service list attached hereto as **Exhibit U**;

    f.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 4 GGH Ballot were served via email on the interested party whose name and email address have been redacted and withheld from this affidavit in the interest of privacy;

    g.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 5 GGC Ballot were served via email on the parties identified on the service list attached hereto as **Exhibit V**;

    h.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 5 GGH Ballot were served via email on the interested party whose name and email address have been redacted and withheld from this affidavit in the interest of privacy;

    i.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 6 GAP Ballot were served via email on

two interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

j.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 6 GGC Ballot were served via email on the parties identified on the service list attached hereto as **Exhibit W**;

k.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 6 GGH Ballot were served via email on 2 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

l.  the Confirmation Hearing Notice and Unimpaired Non-Voting Notice were served via email on 13 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

m.  the Confirmation Hearing Notice and Impaired Non-Voting Notice were served via email on the parties identified on the service list attached hereto as **Exhibit X**; and

n.  the Confirmation Hearing Notice was served via email on the parties identified on the service list attached hereto as **Exhibit Y**.

3.     In addition to the service detailed above, on December 7, 2023, at my direction and under my supervision, employees of Kroll caused electronic copies of the above materials to be served as follows:

a.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GAP Ballot, Class 3 GGC Ballot, Class 3 GGH Ballot, Class 4 GAP Ballot, Class 4 GGC Ballot, Class 4 GGH Ballot, Class 5 GAP Ballot, Class 5 GGC Ballot, Class 5 GGH Ballot, Class 6 GAP Ballot, Class 6 GGC Ballot and Class 6 GGH Ballot were served on Gemini Trust Company, LLC[2] (“***Gemini***”) whose email address has been redacted and withheld from this affidavit in the interest of privacy;

b.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GGH Ballot, Class 4 GGH Ballot, Class 5 GGH Ballot and Class 6 GGH Ballot were served on the Ad Hoc Group of Genesis

---

[2]  Gemini serves as the agent for the Gemini Lenders.  The Solicitation Procedures approved by the Court directed Kroll to provide the aforementioned materials to Gemini with instructions to forward such materials to the underlying Gemini Lenders.

Lenders whose email address has been redacted and withheld from this affidavit in the interest of privacy;

c.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order and Cover Letter were served via email on the parties identified on the service list attached hereto as **<u>Exhibit Z</u>**;

d.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GGC Ballot were served via email on 19 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

e.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GGH Ballot were served via email on 59 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

f.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 4 GGC were served via email on three interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

g.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 5 GGC Ballot were served via email on two interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

h.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 5 GGH Ballot were served via email on one interested party whose name and email address have been redacted and withheld from this affidavit in the interest of privacy;

i.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 6 GGC Ballot were served via email on four interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy; and

j.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 6 GGH Ballot were served via email on three interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy.

4.      In addition to the services detailed above, on December 8, 2023, at my direction and under my supervision, employees of Kroll caused true and correct copies of the above materials to be served as follows:

k.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GAP Ballot and Return Envelope were served via first class mail on the parties identified on the service list attached hereto as **Exhibit AA**;

l.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GGC Ballot and Return Envelope were served via first class mail on the parties identified on the service list attached hereto as **Exhibit BB**;

m.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GGH Ballot and Return Envelope were served via first class mail on the parties identified on the service list attached hereto as **Exhibit CC**;

n.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 4 GGC Ballot and Return Envelope were served via first class mail on nine interested parties whose names and addresses have been redacted and withheld from this affidavit in the interest of privacy;

o.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 5 GGC Ballot and Return Envelope were served via first class mail on one interested party whose name and address have been redacted and withheld from this affidavit in the interest of privacy;

p.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 6 GGC Ballot and Return Envelope were served via first class mail on three interested parties whose names and addresses have been redacted and withheld from this affidavit in the interest of privacy;

q.   the Confirmation Hearing Notice and Impaired Non-Voting Notice were served via first class mail on the parties identified on the service list attached hereto as **Exhibit DD**;

r.   the Confirmation Hearing Notice and Disputed Claims Non-Voting Notice were served via first class mail on 41 interested parties whose names and addresses have been redacted and withheld from this affidavit in the interest of privacy;

s.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order and Cover Letter were served via first class mail on the parties identified on the service list attached hereto as **Exhibit EE**; and

t.   the Confirmation Hearing Notice was served via first class mail on the parties identified on the service list attached hereto as **Exhibit FF**.

5.   In addition to the services detailed above, on December 11, 2023, at my direction and under my supervision, employees of Kroll caused electronic copies of the above materials to be served as follows:

a.   the Confirmation Hearing Notice and Disputed Claims Non-Voting Notice were served via email on the parties identified on the service list attached hereto as **Exhibit GG**.

6.   In addition to the services detailed above, on December 13, 2023, at my direction and under my supervision, employees of Kroll caused electronic copies of the above materials to be served as follows:

a.   the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GAP Ballot, Class 3 GGC Ballot, Class 3 GGH, Class 4 GGC Ballot, Class 5 GGC Ballot, Class 6 GGC Ballot, Impaired Non-Voting Notice and Disputed Claims Non-Voting Notice were served via email on the US Trustee whose email address has been redacted and withheld from this affidavit in the interest of privacy.

*[Remainder of Page Intentionally Left Blank]*

8

7.      In addition to the services detailed above, on December 14, 2023, at my direction and under my supervision, employees of Kroll caused true and correct copies of the above materials to be served as follows:

a.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GGC Ballot and Return Envelope were served via first class mail on the parties identified on the service list attached hereto as **Exhibit HH**;

b.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 3 GGH Ballot and Return Envelope were served via first class mail on three interested parties whose names and addresses have been redacted and withheld from this affidavit in the interest of privacy;

c.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 4 GGC Ballot and Return Envelope were served via first class mail on 11 interested parties whose names and addresses have been redacted and withheld from this affidavit in the interest of privacy;

d.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 5 GGC Ballot and Return Envelope were served via first class mail on one interested party whose name and address have been redacted and withheld from this affidavit in the interest of privacy;

e.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter, Class 6 GGC Ballot and Return Envelope were served via first class mail on three interested parties whose names and addresses have been redacted and withheld from this affidavit in the interest of privacy; and

f.  the Confirmation Hearing Notice was served via first class mail on the parties identified on the service list attached hereto as **Exhibit II**.

8.      In addition to the services detailed above, on December 19, 2023, at my direction and under my supervision, employees of Kroll caused electronic copies of the above materials to be served as follows:

a.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GGC Ballot were served via email on 56 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

b.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 4 GGC Ballot were served via email on 56 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

c.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 5 GGC Ballot were served via email on 27 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

d.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 6 GAP Ballot were served via email on 16 interested parties whose names and email addresses have been redacted and withheld from this affidavit in the interest of privacy;

e.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 3 GAP Ballot were served via email on one interested party whose name and email address has been redacted and withheld from this affidavit in the interest of privacy; and

f.  the Confirmation Hearing Notice, Amended Disclosure Statement, Disclosure Statement Order, Cover Letter and Class 4 GAP Ballot were served via email on one interested party whose name and email address has been redacted and withheld from this affidavit in the interest of privacy.

Dated: January 25, 2024

<div style="text-align:right">

*/s/ Alex Orchowski*
Alex Orchowski
</div>

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 25, 2024, by Alex Orchowski, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On December 6, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order at ECF No. 1027 (the "Order"): (i) authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to solicit the votes on the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (including all exhibits annexed thereto and as it may be amended, altered, modified, revised, or supplemented from time to time) (the "Plan"); (ii) approving the *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al.*, *Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (including all exhibits attached thereto, and as may be amended, altered, modified, revised, or supplemented from time to time) (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (iii) approving the solicitation materials and documents to be included in the Solicitation Packages; and (iv) approving

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

2.      The hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence via Zoom on **February 14, 2024 at 10:00 A.M., prevailing Eastern Time**, before the Honorable Sean H. Lane, United States Bankruptcy Court for the Southern District of New York. The Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court, by agenda filed with the Court, and/or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

3.      The Plan may be modified, if necessary, before, during or as a result of the Confirmation Hearing without further notice to interested parties.

4.      The deadline for filing objections to the Plan, including objections to the disallowance of any claim for voting purposes, is **January 29, 2024 at 4:00 P.M. prevailing Eastern Time** (the "Objection Deadline").  Any objection to the Plan must (a) be in writing; (b) be in English; (c) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of New York, and the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order"); (d) state with particularity the basis and nature of any objection to the Plan; (e) be filed electronically with this Court on the docket of *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) by registered users of this Court's electronic filing system and in accordance with the Bankruptcy Court's General Order M-399 (which is available at http://www.nysb.uscourts.gov); and (f) be served so as to be actually

2

received by the Objection Deadline (or supplemental deadline, if applicable), by: (i) the Chambers of the Honorable Judge Sean H. Lane, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601; (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq. and Jane VanLare, Esq.; (iii) the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq. and Chris Shore, Esq.; and (v) any parties that have appeared and requested notice pursuant to the Bankruptcy Rules.

5.      Pursuant to the Order, the Court approved the use of certain materials in the solicitation of votes to accept or reject the Plan and certain procedures for the tabulation of votes to accept or reject the plan.  If you are a Holder of a Claim against the Debtors as of **November 28, 2023** (the "Voting Record Date"), and entitled to vote, you have received with this Notice, a ballot form ("Ballot") and instructions for completing the Ballot.

6.      The deadline for voting on the Plan is on **January 10, 2024 at 4:00 P.M. prevailing Eastern time** (the "Voting Deadline").  If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must** (a) follow the Ballot instructions carefully; (b) complete **all** of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by Kroll Restructuring Administration LLC (the "Solicitation Agent" or

"Kroll") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

7.      If a controversy arises regarding whether any claim is properly classified under the Plan, the Bankruptcy Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing.  If the Bankruptcy Court finds that the classification of any Claim is improper, then such Claim shall be reclassified and the Ballot previously cast by the holder of such Claim shall be counted in, and the Claim shall receive the treatment prescribed in, the Class in which the Bankruptcy Court determines such Claim should have been classified, without the necessity of resoliciting any votes on the Plan.

8.      The Debtors will file the Plan Supplement (as defined in the Plan) on or before **December 29, 2023**, and will serve notice on all the Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

9.      Additional copies of the Plan, Disclosure Statement, or any other solicitation materials (except for Ballots) are available free of charge by visiting the Kroll website at https://restructuring.ra.kroll.com/genesis.  You may also obtain copies of any pleadings by visiting at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.  Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies, of solicitation materials, but may **not** advise you of your legal rights under the Plan or as to whether you should vote to accept or reject the Plan.

10.     Holders of Unimpaired Claims and Disputed Claims are not entitled to vote on the Plan and therefore, will receive a Notice of Non-Voting Status rather than a Ballot; provided,

that, Holders of Voting Disputed Claims (as defined in the Solicitation and Voting Procedures) shall receive a Ballot as set forth in such procedures.  If you have not received a Ballot (or you have received a Ballot listing an amount you believe to be incorrect) or if the Solicitation and Voting Procedures otherwise state that you are not entitled to vote on the Plan, but you believe that you should be entitled to vote on the Plan (or vote an amount different than the amount listed on your Ballot), then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018(a) Motion") for an order temporarily allowing your Claim for purposes of voting to accept or reject the Plan on or before December 15, 2023.  In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Bankruptcy Court for voting purposes after notice and a hearing. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.

11.     If confirmed, the Plan shall bind all Holders of Claims and Holders of Equity Interests to the maximum extent permitted by applicable law, whether or not such holder will receive or retain any property or interest in property under the Plan, has filed a Proof of Claim in these Chapter 11 cases, or failed to vote to accept or reject the Plan or voted to reject the Plan.

Dated:  December 6, 2023
        New York, New York

/s/ Jane VanLare
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

5

**Exhibit B**

Dear Genesis Clients, Customers and Stakeholders,

On January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco"), Genesis Global Capital, LLC ("GGC") and Genesis Asia Pacific Pte. Ltd. ("GAP") (collectively, the "Debtors") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (the "Chapter 11 Cases").

You have received this letter and the enclosed materials because you are entitled to vote on the *Debtors' Amended Joint Chapter 11 Plan* (as modified, amended, or supplemented from time to time, the "Plan") [ECF No. 989]. On December 6, 2023, the Bankruptcy Court entered an order [ECF No. 1027] (the "Disclosure Statement Order") (a) authorizing the Debtors to solicit acceptances for the Plan; (b) finding the *Amended Disclosure Statement With Respect to the Amended Joint Plan of Genesis Global Holdco, LLC,* et al.*, Under Chapter 11 of the Bankruptcy Code* (as modified, amended, or supplemented from time to time, the "Disclosure Statement") [ECF No. 1031] as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving solicitation packages, including the form of ballots, and procedures for the distribution thereof (the "Solicitation Package"); (d) establishing voting and tabulation procedures; and (e) establishing notice and objection procedures relating to the confirmation of the Plan.

## I. Recommendation

Before and throughout these Chapter 11 Cases, we, the Debtors along with our advisors, have been engaged in robust negotiations with many key stakeholders and their advisors—including Digital Currency Group, Inc. ("DCG"), Gemini Trust Company, LLC ("Gemini"), the official committee of unsecured creditors (the "Committee"), the ad hoc group of Genesis creditors (the "Ad Hoc Group"), the ad hoc group of lenders represented by Pryor Cashman LLP (the "Pryor Cashman Group") and the ad hoc group of unsecured claimants represented by Brown Rudnick LLP (the "Brown Rudnick Group")—to devise a path forward that maximizes recoveries and achieves the best outcome for our creditors. Unfortunately, despite substantial efforts, including a court-ordered mediation, the parties were unable to reach a consensual resolution to these Chapter 11 Cases. **The Debtors firmly believe that the Plan provides the best recovery available under the circumstances to Holders of Allowed Claims[1] and is in the best interest of the Debtors' estates and all other parties in interest. We encourage you to vote to ACCEPT the Plan**.

## II. The Plan

The Plan contemplates that each Holder of Allowed General Unsecured Claims against the Debtors will receive the treatment provided to such Holder under the Distribution Principles. Holders of Allowed General Unsecured Claims against the Debtors will, in the absence of any other treatment under the Plan or the Confirmation Order, solely for purposes of receiving distributions pursuant to the Plan and otherwise subject to the provisions of the Plan (including

---

[1]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan.

the release and injunction provisions set forth in Article VIII of the Plan), remain obligations of Wind-Down Debtors after the Effective Date.

Additional key components of the Plan include:

      a.    Payment in full of all Allowed Administrative Expense Claims, Priority Tax Claims, Other Priority Claims, and Professional Fee Claims;

      b.    The funding of a Litigation Reserve that allocates a fixed amount to litigation of any Retained Causes of Action, including Causes of Actions against the DCG Parties;

      c.    Releases of all claims by the Releasing Parties[2] against the Released Parties related in any way to the Debtors; *provided*, *however*, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of Genesis Global Trading, Inc. who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties; and

      d.    For purposes of distributions to be made under the Plan, Gemini shall be deemed to be the Holder of all Gemini Lender Claims, and all distributions on account of Allowed Gemini Lender Claims shall be made to the Gemini Distribution Agent and held in trust in a segregated account for the benefit of the Holders of Allowed Gemini Lender Claims. As soon as practicable following delivery of any distribution to the Gemini Distribution Agent under the Plan on account of Allowed Gemini Lender Claims, the Gemini Distribution Agent shall arrange to deliver or direct the delivery of such distributions to or on behalf of the Holders of Allowed Gemini Lender Claims.

**The Plan contains certain releases, exculpations and injunctions. You are advised and encouraged to carefully review and consider the Plan, including the release, exculpation, and injunction provisions, as your rights might be affected.**

---

[2]      "Releasing Parties" means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

III.   **The Solicitation Package**

This letter is part of your Solicitation Package, which was approved by the Bankruptcy Court for distribution to Holders of Claims or Interests in connection with the solicitation of votes to accept or reject the Plan.  Please review these materials carefully and follow instructions contained therein.  The Solicitation Package consists of the following:

  i.    the Confirmation Hearing Notice;

  ii.   the Disclosure Statement Order (without exhibits, except the Solicitation and Voting Procedures attached as Exhibit 1 thereto);

  iii.  the Disclosure Statement (and exhibits thereto, including the Plan);

  iv.   the applicable Ballot, together with detailed voting instructions and, if applicable, a pre-addressed, postage pre-paid return envelope; and

  v.    such other materials as the Court may direct.

The materials in the Solicitation Package are intended to be self-explanatory.  If you should have any questions, please (i) visit the Debtors' case website at https://restructuring.ra.kroll.com/genesis (the "Case Website") (ii) write Kroll Restructuring Administration LLC (the "Solicitation Agent") at Genesis Global Holdco LLC Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232; (iii) email genesisinfo@ra.kroll.com; or (iv) call the Solicitation Agent at (888) 524-2017 (U.S. toll free), (646) 440-4183 (international toll), or any of the numbers available at the Case Website if calling internationally.  You may also email genesiscreditorinquiry@cgsh.com.

IV.   **Key Upcoming Dates**

All Ballots, in order to be counted, must be properly completed, executed and delivered so as to be **actually received** by the Debtors' Solicitation Agent no later than the **Voting Deadline, January 10, 2024, at 4:00 pm. (prevailing Eastern Time)**.

The hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **February 14, 2024 at 10:00 am., prevailing Eastern Time** in-person and/or via Zoom before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601.  The Confirmation Hearing may be continued from time to time by the Court or the Debtors, without further notice other than by such adjournment being announced in open court, by Agenda filed with the Court and/or by a Notice of Adjournment filed with the Court and served on all parties entitled to notice.

The deadline for filing objections to the Plan is **January 29, 2024, at 4:00 pm., prevailing Eastern Time** (the "Confirmation Objection Deadline").  Any objection to the Plan must: (a) be in writing; (b) in English, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any orders of the Court; (d) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be

3

filed with the Court (contemporaneously with a proof of service) and served upon the following parties so that it is actually received on or before the Confirmation Objection Deadline (or supplement deadline, if applicable):

      (a)    counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq. and Jane VanLare, Esq.;

      (b)    the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; and

      (c)    counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq. and J. Christopher Shore, Esq.

**Exhibit C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

### CLASS 3: FIAT-OR-STABLECOIN-DENOMINATED UNSECURED
### CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.

| **IMPORTANT** |
|---|
| • PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT. |
| • THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 3 FIAT-OR-STABLECOIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD. |
| • THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>"). |
| • IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE. |
| • YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE. |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 3 (FIAT-OR-STABLECOIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases"). Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd.  Holders of Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is Exhibit A to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "Solicitation Package").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 3 – Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  Holders of Allowed Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. will receive Class 3 Treatment under Article III of the Plan.***

## **VOTING INSTRUCTIONS**

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 3 (Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd.) with respect to the Plan. The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot. This Ballot may be used to vote on the Plan <u>only</u>. **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **actually received** by the Solicitation Agent by the Voting Deadline. Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **actually received** by the Solicitation Agent on or before the Voting Deadline. **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time). The Debtors strongly advise returning your Ballot as promptly as possible.** If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court. In all cases, Holders should allow sufficient time to assure timely delivery. The method of delivery of your Ballot to the Solicitation Agent is at your election and risk. No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot. If your Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If your Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. is held by a corporation, the Ballot must be executed by an officer. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire Fiat-or-Stablecoin-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have <u>conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan)</u> if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "<u>Rule 3018 Motion</u>") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent. Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise. Accordingly, if you do not wish such a presumption with respect to Class 3 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.**          **Amount of Fiat-or-Stablecoin-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the following aggregate principal amount:

> Coins/USD_____

**Item 2.**          **Vote of Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim.**

The undersigned Holder of the Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim in the amount set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❏ | ❏ |

**Item 3.**          **Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

**<u>Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.</u>**

The undersigned Holder of Fiat-or-Stablecoin-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)     ***Releases by the Debtors.***  **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]     The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)    *Releases by Releasing Parties.*  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

<u>Article VIII of the Plan provides for an exculpation (the "Exculpation"):</u>

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.        Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.;

6. understands the treatment provided for its Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; <u>provided</u> that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to Fiat-or-Stablecoin Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder:        _____
                                            (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
                                            (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                                            (Optional)

Signature:        _____

Name of Signatory:        _____
                                            (Print or Type)

Title:        _____
                                            (If applicable)

Address:        _____

                 _____

                 _____

Telephone:        (____)_____

Email:        _____

Date Completed:        _____

14

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

**For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:**

---

### Submitting Your Vote Online through the Online Portal

**The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.**

**Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.**

**If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.**

**<u>If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.</u>**

---

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com**
**(with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to**
**arrival and provide the anticipated date and time of delivery.**

THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.

YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.

**Exhibit D**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 3: FIAT-OR-STABLECOIN-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC**

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 3 FIAT-OR-STABLECOIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE **ACTUALLY RECEIVED** BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("**KROLL**" OR THE "**SOLICITATION AGENT**") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "**VOTING DEADLINE**").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("GGC"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("GAP").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 3 (FIAT-OR-STABLECOIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031]   (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases").  Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]    *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Capital, LLC.  Holders of Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 3 – Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC.  Holders of Allowed Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC will receive Class 3 Treatment under Article III of the Plan.***

## **VOTING INSTRUCTIONS**

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 3 (Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Capital, LLC) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan only.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **actually received** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **actually received** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Capital, LLC voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Capital, LLC is held by a corporation, the Ballot must be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire Fiat-or-Stablecoin-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**.  Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan:  (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have <u>conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan)</u> if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "<u>Rule 3018 Motion</u>") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors.  Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent.  Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Capital, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise. Accordingly, if you do not wish such a presumption with respect to Class 3 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.          Amount of Fiat-or-Stablecoin-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC in the following aggregate principal amount:

> Coins/USD_____

**Item 2.          Vote of Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim.**

The undersigned Holder of the Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim in the amount set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❑ | ❑ |

**Item 3.          Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

**<u>Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.</u>**

The undersigned Holder of Fiat-or-Stablecoin-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

<div align="center">Elects to <b>Opt In</b> to the release provisions.</div>

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)    ***Releases by the Debtors.***  **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]    The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)      *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.        Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC;

6. understands the treatment provided for its Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Capital, LLC under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; provided that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to Fiat-or-Stablecoin Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder:        _____
(Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
(Print or Type)

Social Security or Federal Tax I.D. No.: _____
(Optional)

Signature:        _____

Name of Signatory:        _____
(Print or Type)

Title:        _____
(If applicable)

Address:        _____

_____

_____

Telephone:        (____)_____

Email:        _____

Date Completed:        _____

14

**PLEASE SUBMIT YOUR BALLOT PROMPTLY!**

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

**VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)**

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is **actually received** by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

**Submitting Your Vote Online through the Online Portal**

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:**_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

**If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.**

---

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

---

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit E**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

### CLASS 3: FIAT-OR-STABLECOIN-DENOMINATED UNSECURED
### CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 3 FIAT-OR-STABLECOIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 3 (FIAT-OR-STABLECOIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases"). Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Holdco, LLC.  Holders of Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC  are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 3 – Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC.  Holders of Allowed Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC will receive Class 3 Treatment under Article III of the Plan.***

## VOTING INSTRUCTIONS

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 3 (Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Holdco, LLC) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan only.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **actually received** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **actually received** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Holdco, LLC voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Holdco, LLC is held by a corporation, the Ballot should be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire Fiat-or-Stablecoin-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have <u>conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan)</u> if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "<u>Rule 3018 Motion</u>") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent. Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim against Genesis Global Holdco, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise. Accordingly, if you do not wish such a presumption with respect to Class 3 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.        Amount of Fiat-or-Stablecoin-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the following aggregate principal amount:

Coins/USD_____

**Item 2.        Vote of Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim.**

The undersigned Holder of the Class 3 Fiat-or-Stablecoin-Denominated Unsecured Claim in the amount set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❑ | ❑ |

**Item 3.        Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

<u>**Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.**</u>

The undersigned Holder of Fiat-or-Stablecoin-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

**(a)** ***Releases by the Debtors.*** **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]     The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)    *Releases by Releasing Parties.*  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.        Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC;

6. understands the treatment provided for its Fiat-or-Stablecoin-Denominated Unsecured Claims against Genesis Global Holdco, LLC under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; <u>provided</u> that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the Fiat-or-Stablecoin-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to Fiat-or-Stablecoin Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

## Item 5.        Holder Information and Signature.

Name of Holder:        _____
                                                    (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable):  _____
                                                    (Print or Type)

Social Security or Federal Tax I.D. No.:  _____
                                                    (Optional)

Signature:        _____

Name of Signatory:        _____
                                                    (Print or Type)

Title:        _____
                                                    (If applicable)

Address:        _____

        _____

        _____

Telephone:        (___)_____

Email:        _____

Date Completed:        _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

### Submitting Your Vote Online through the Online Portal

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:**_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

<u>If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.</u>

---

### If by First Class Mail, Overnight Courier or Hand Delivery:

<div style="border:1px solid black; padding:1em;">

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

</div>

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit F**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 4: BTC-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.**

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 4 BTC-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 4 (BTC-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM.  **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031]  (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases").  Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]       *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of BTC-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd.  Holders of BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is Exhibit A to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "Solicitation Package").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 4 – BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  Holders of Allowed Class 4 BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. will receive Class 4 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 4 (BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan <u>only</u>.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 4 BTC-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 4 BTC-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. is held by a corporation, the Ballot must be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire BTC-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent. Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 4 BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 4 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.**          **Amount of BTC-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the following aggregate principal amount:

> Coins/USD_____

**Item 2.**          **Vote of Class 4 BTC-Denominated Unsecured Claim.**

The undersigned Holder of the Class 4 BTC-Denominated Unsecured Claim in the amounts set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❏ | ❏ |

**Item 3.**          **Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

<u>**Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.**</u>

The undersigned Holder of BTC-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)   ***Releases by the Debtors***.  **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]   The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)     *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.          Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1.  was the Holder (or authorized signatory) of BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the amount set forth in Item 1 as of the Voting Record Date;

2.  has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3.  has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4.  if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5.  has cast the same vote with respect to all of the Holder's BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.;

6.  understands the treatment provided for its BTC-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. under the Plan;

7.  understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8.  acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; provided that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9.  as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the BTC-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the BTC-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10.  has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the BTC-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to BTC-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder:        _____
                                            (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable):  _____
                                            (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                                            (Optional)

Signature:        _____

Name of Signatory:        _____
                                            (Print or Type)

Title:        _____
                                            (If applicable)

Address:        _____

                _____

                _____

Telephone:        (___)_____

Email:        _____

Date Completed:        _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

**For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is _actually received_ by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:**

---

### Submitting Your Vote Online through the Online Portal

**The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.**

**Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.**

**If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.**

**If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.**

---

<div style="border:1px solid black; padding:10px">

**<ins>If by First Class Mail, Overnight Courier or Hand Delivery:</ins>**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com**
**(with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to**
**arrival and provide the anticipated date and time of delivery.**

</div>

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <ins>ACTUALLY RECEIVED</ins> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit G**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 4: BTC-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC**

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 4 BTC-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]       The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 4 (BTC-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM.  **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031]  (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases").  Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]    *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of BTC-Denominated Unsecured Claim against Genesis Global Capital, LLC.  Holders of BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 4 – BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC.  Holders of Allowed Class 4 BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC will receive Class 4 Treatment under Article III of the Plan.***

## **VOTING INSTRUCTIONS**

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 4 (BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC) with respect to the Plan. The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot. This Ballot may be used to vote on the Plan <u>only</u>. **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline. Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline. **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time). The Debtors strongly advise returning your Ballot as promptly as possible.** If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court. In all cases, Holders should allow sufficient time to assure timely delivery. The method of delivery of your Ballot to the Solicitation Agent is at your election and risk. No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot. If your Class 4 BTC-Denominated Unsecured Claim against Genesis Global Capital, LLC voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If your Class 4 BTC-Denominated Unsecured Claim against Genesis Global Capital, LLC is held by a corporation, the Ballot must be executed by an officer. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire BTC-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**.  Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan:  (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors.  Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent.  Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 4 BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 4 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.        Amount of BTC-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC in the following aggregate principal amount:

> Coins/USD_____

**Item 2.        Vote of Class 4 BTC-Denominated Unsecured Claim.**

The undersigned Holder of the Class 4 BTC-Denominated Unsecured Claim in the amounts set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❑ | ❑ |

**Item 3.        Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

<u>**Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.**</u>

The undersigned Holder of BTC-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)     ***Releases by the Debtors.***  **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]     The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)      *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.          Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC;

6. understands the treatment provided for its BTC-Denominated Unsecured Claims against Genesis Global Capital, LLC under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; <u>provided</u> that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the BTC-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the BTC-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the BTC-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to BTC-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder: _____
                          (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
                          (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                          (Optional)

Signature: _____

Name of Signatory: _____
                          (Print or Type)

Title: _____
                          (If applicable)

Address: _____

_____

_____

Telephone: (___)_____

Email: _____

Date Completed: _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

### Submitting Your Vote Online through the Online Portal

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

**IMPORTANT NOTE:** You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#:_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

<u>If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.</u>

---

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com**
**(with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to**
**arrival and provide the anticipated date and time of delivery.**

THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.

YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.

**Exhibit H**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

<div align="center">

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 4: BTC-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC**

</div>

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 4 BTC-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE ACTUALLY RECEIVED BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("KROLL" OR THE "SOLICITATION AGENT") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "VOTING DEADLINE").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("GGC"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("GAP").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 4 (BTC-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM.  **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031]  (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases").  Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]      *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of BTC-Denominated Unsecured Claim against Genesis Global Holdco, LLC.  Holders of BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 4 – BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC.  Holders of Allowed Class 4 BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC will receive Class 4 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 4 (BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan <u>only</u>.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 4 BTC-Denominated Unsecured Claim against Genesis Global Holdco, LLC voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 4 BTC-Denominated Unsecured Claim against Genesis Global Holdco, LLC is held by a corporation, the Ballot must be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8.  You must vote your entire BTC-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**.  Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9.  Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan:  (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors.  Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent.  Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 4 BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 4 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.**        **Amount of BTC-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the following aggregate principal amount:

> Coins/USD_____

**Item 2.**        **Vote of Class 4 BTC-Denominated Unsecured Claim.**

The undersigned Holder of the Class 4 BTC-Denominated Unsecured Claim in the amounts set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❏ | ❏ |

**Item 3.**        **Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

**<u>Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.</u>**

The undersigned Holder of BTC-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)     ***Releases by the Debtors.***  **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]     The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)      *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

**or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests. Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan. Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors. Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.**

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.        Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1.  was the Holder (or authorized signatory) of BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2.  has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3.  has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4.  if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5.  has cast the same vote with respect to all of the Holder's BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC;

6.  understands the treatment provided for its BTC-Denominated Unsecured Claims against Genesis Global Holdco, LLC under the Plan;

7.  understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8.  acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; <u>provided</u> that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9.  as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the BTC-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the BTC-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the BTC-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to BTC-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder: _____
                                    (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
                                    (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                                    (Optional)

Signature: _____

Name of Signatory: _____
                                    (Print or Type)

Title: _____
                                    (If applicable)

Address: _____

_____

_____

Telephone: (____)_____

Email: _____

Date Completed: _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

**For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is _actually received_ by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:**

---

### Submitting Your Vote Online through the Online Portal

**The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.**

**Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.**

**If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.**

**If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.**

<div style="border:1px solid black; padding:10px;">

**<u>If by First Class Mail, Overnight Courier or Hand Delivery:</u>**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

</div>

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit I**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

## BALLOT FOR VOTING TO ACCEPT OR REJECT
## THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

### CLASS 5: ETH-DENOMINATED UNSECURED
### CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.

<table>
<tr><td align="center"><u><strong>IMPORTANT</strong></u></td></tr>
</table>

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 5 ETH-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 5 (ETH-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

    The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases"). Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of ETH-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd.  Holders of ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 5 – ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  Holders of Allowed Class 5 ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. will receive Class 5 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 5 (ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan <u>only</u>.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **actually received** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **actually received** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 5 ETH-Denominated Unsecured Claim against [[Genesis Global Holdco, LLC / Genesis Global Capital, LLC / Genesis Asia Pacific Pte. Ltd.]] voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 5 ETH-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. is held by a corporation, the Ballot must be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire ETH-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**.  Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan:  (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors.  Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent.  Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 5 ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 5 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.        Amount of ETH-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the following aggregate principal amount:

> Coins/USD_____

**Item 2.        Vote of Class 5 ETH-Denominated Unsecured Claim.**

The undersigned Holder of the Class 5 ETH-Denominated Unsecured Claim in the amounts set forth in Item 1 votes to (*please check one box only*):

| __ACCEPT__ (vote for) the Plan | __REJECT__ (vote against) the Plan |
|:---:|:---:|
| ❏ | ❏ |

**Item 3.        Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN _AND_ AFFIRMATIVELY OPT IN TO OF THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

**Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.**

The undersigned Holder of ETH-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a) ***Releases by the Debtors*. Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]     The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)    *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.       Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.;

6. understands the treatment provided for its ETH-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; provided that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the ETH-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the ETH-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the ETH-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to ETH-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.          Holder Information and Signature.**

Name of Holder:          _____
                                    (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
                                    (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                                    (Optional)

Signature:          _____

Name of Signatory:          _____
                                    (Print or Type)

Title:          _____
                                    (If applicable)

Address:          _____

          _____

          _____

Telephone:          (___)_____

Email:          _____

Date Completed:          _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is **actually received** by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

### Submitting Your Vote Online through the Online Portal

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

**IMPORTANT NOTE:** You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#:_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

**If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.**

---

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit J**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 5: ETH-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC**

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 5 ETH-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE ACTUALLY RECEIVED BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("KROLL" OR THE "SOLICITATION AGENT") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "VOTING DEADLINE").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND YOU MAY NOT SPLIT YOUR VOTE.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("GGC"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("GAP"). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 5 (ETH-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031]  (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases").  Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of ETH-Denominated Unsecured Claim against Genesis Global Capital, LLC.  Holders of ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 5 – ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC.  Holders of Allowed Class 5 ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC will receive Class 5 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1.  As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 5 (ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan <u>only</u>.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.  To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3.  In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4.  If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5.  This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6.  This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7.  Please be sure to sign and date your Ballot.  If your Class 5 ETH-Denominated Unsecured Claim against Genesis Global Capital, LLC voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 5 ETH-Denominated Unsecured Claim against Genesis Global Capital, LLC is held by a corporation, the Ballot should be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire ETH-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent. Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 5 ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 5 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.         Amount of ETH-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC in the following aggregate principal amount:

Coins/USD_____

**Item 2.         Vote of Class 5 ETH-Denominated Unsecured Claim.**

The undersigned Holder of the Class 5 ETH-Denominated Unsecured Claim in the amounts set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❏ | ❏ |

**Item 3.         Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO OF THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

**<u>Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.</u>**

The undersigned Holder of ETH-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)  ***Releases by the Debtors*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]       The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)      *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.     Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC;

6. understands the treatment provided for its ETH-Denominated Unsecured Claims against Genesis Global Capital, LLC under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; underline provided that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the ETH-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the ETH-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the ETH-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to ETH-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder:        _____

                                        (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____

                                        (Print or Type)

Social Security or Federal Tax I.D. No.: _____

                                        (Optional)

Signature:        _____

Name of Signatory:        _____

                                        (Print or Type)

Title:        _____

                                        (If applicable)

Address:        _____

                _____

                _____

Telephone:        (____)_____

Email:        _____

Date Completed:        _____

14

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

**For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors. Please submit a Ballot with your vote by:**

---

### Submitting Your Vote Online through the Online Portal

**The Solicitation Agent will accept properly completed Ballots online through the Online Portal. To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website. Follow the instructions to submit your customized electronic Ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.**

**Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot. Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.**

**If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.**

**<u>If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.</u>**

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit K**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 5: ETH-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC**

| **IMPORTANT** |
|---|
| • PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT. |
| • THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 5 ETH-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC. |
| • THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>"). |
| • IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE. |
| • YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE. |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 5 (ETH-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031]  (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases").  Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]      *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of ETH-Denominated Unsecured Claim against Genesis Global Holdco, LLC.  Holders of ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC  are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is <u>Exhibit A</u> to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 5 – ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC.  Holders of Allowed Class 5 ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC will receive Class 5 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 5 (ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan <u>only</u>.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots.  Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 5 ETH-Denominated Unsecured Claim against Genesis Global Holdco, LLC voted with this Ballot are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 5 ETH-Denominated Unsecured Claim against Genesis Global Holdco, LLC is held by a corporation, the Ballot must be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8.  You must vote your entire ETH-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**.  Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9.  Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan:  (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors.  Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent.  Neither the

5

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 5 ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 5 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.**          **Amount of ETH-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the following aggregate principal amount:

> Coins/USD_____

**Item 2.**          **Vote of Class 5 ETH-Denominated Unsecured Claim.**

The undersigned Holder of the Class 5 ETH-Denominated Unsecured Claim in the amounts set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❑ | ❑ |

**Item 3.**          **Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO OF THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

<u>Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.</u>

The undersigned Holder of ETH-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN

**<u>IMPORTANT INFORMATION REGARDING RELEASES:</u>**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a) ***Releases by the Debtors.*** **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]    The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)      *Releases by Releasing Parties.*  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests. Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan. Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors. Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.       Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC;

6. understands the treatment provided for its ETH-Denominated Unsecured Claims against Genesis Global Holdco, LLC under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; underlined provided that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the ETH-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the ETH-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the ETH-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to ETH-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder: _____

(Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____

(Print or Type)

Social Security or Federal Tax I.D. No.: _____

(Optional)

Signature: _____

Name of Signatory: _____

(Print or Type)

Title: _____

(If applicable)

Address: _____

_____

_____

Telephone: (____)_____

Email: _____

Date Completed: _____

14

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is **actually received** by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

### Submitting Your Vote Online through the Online Portal

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

**IMPORTANT NOTE:** You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#:_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

**If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.**

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE).   PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit L**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

<div align="center">

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 6: ALT-COIN-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.**

</div>

<div align="center">

**IMPORTANT**

</div>

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 6 ALT-COIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 6 (ALT-COIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS ASIA PACIFIC PTE. LTD.), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases"). Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of Alt-Coin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd.  Holders of Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is Exhibit A to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "Solicitation Package").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 6 – Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.  Holders of Allowed Class 6 Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. will receive Class 6 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1.  As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 6 (Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.) with respect to the Plan. The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot. This Ballot may be used to vote on the Plan <u>only</u>. **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.  To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline. Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3.  In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline. **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time). The Debtors strongly advise returning your Ballot as promptly as possible.** If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court. In all cases, Holders should allow sufficient time to assure timely delivery. The method of delivery of your Ballot to the Solicitation Agent is at your election and risk. No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4.  If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5.  This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6.  This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7.  Please be sure to sign and date your Ballot. If your Class 6 Alt-Coin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. voted with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If your Class 6 Alt-Coin-Denominated Unsecured Claim against Genesis Asia Pacific Pte. Ltd. is held by a corporation, the Ballot must be executed by an officer. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire Alt-Coin-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent. Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 6 Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 6 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.**         **Amount of Alt-Coin-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the following aggregate principal amount:

> Coins/USD_____

**Item 2.**         **Vote of Class 6 Alt-Coin-Denominated Unsecured Claim.**

The undersigned Holder of the Class 6 Alt-Coin-Denominated Unsecured Claim in the amount set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❑ | ❑ |

**Item 3.**         **Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective. In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

<u>**Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.**</u>

The undersigned Holder of Alt-Coin-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

      (a)    ***Releases by the Debtors.***  **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]     The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)    *Releases by Releasing Parties*.  Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

**or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.**

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.        Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd.;

6. understands the treatment provided for its Alt-Coin-Denominated Unsecured Claims against Genesis Asia Pacific Pte. Ltd. under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; provided that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to Alt-Coin-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.    Holder Information and Signature.**

Name of Holder:        _____
                                                 (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
                                                 (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                                                 (Optional)

Signature:        _____

Name of Signatory:        _____
                                                 (Print or Type)

Title:        _____
                                                 (If applicable)

Address:        _____

                        _____

                        _____

Telephone:        (____)_____

Email:        _____

Date Completed:        _____

14

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is **actually received** by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

### Submitting Your Vote Online through the Online Portal

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#:_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

**If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.**

---

> **If by First Class Mail, Overnight Courier or Hand Delivery:**
>
> **Genesis Global Holdco, LLC Ballot Processing Center**
> **c/o Kroll Restructuring Administration LLC**
> **850 Third Avenue, Suite 412**
> **Brooklyn, NY 11232**
>
> **To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit M**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### BALLOT FOR VOTING TO ACCEPT OR REJECT
### THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

### CLASS 6: ALT-COIN-DENOMINATED UNSECURED
### CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC

| IMPORTANT |
|---|
| • PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY <u>BEFORE</u> COMPLETING THIS BALLOT. |
| • THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 6 ALT-COIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC. |
| • THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE <u>ACTUALLY RECEIVED</u> BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("<u>KROLL</u>" OR THE "<u>SOLICITATION AGENT</u>") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "<u>VOTING DEADLINE</u>"). |
| • IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE. |
| • YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE. |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("<u>GGC</u>"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("<u>GAP</u>").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 6 (ALT-COIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL CAPITAL, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases"). Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of Alt-Coin-Denominated Unsecured Claim against Genesis Global Capital, LLC. Holders of Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan. If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class. This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement. The Plan is <u>Exhibit A</u> to the Disclosure Statement. The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "<u>Solicitation Package</u>"). You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan. Your Claim has been placed in Class 6 – Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC. Holders of Allowed Class 6 Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC will receive Class 6 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 6 (Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC) with respect to the Plan.  The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot.  This Ballot may be used to vote on the Plan <u>only</u>.  **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline.  Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline.  **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time).  The Debtors strongly advise returning your Ballot as promptly as possible.**  If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court.  In all cases, Holders should allow sufficient time to assure timely delivery.  The method of delivery of your Ballot to the Solicitation Agent is at your election and risk.  No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot.  If your Class 6 Alt-Coin-Denominated Unsecured Claim against Genesis Global Capital, LLC voted with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner.  If your Class 6 Alt-Coin-Denominated Unsecured Claim Genesis Global Capital, LLC is held by a corporation, the Ballot must be executed by an officer.  If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

8. You must vote your entire Alt-Coin-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9. Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan: (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan) if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018 Motion") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent. Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17. If no votes in respect of Class 6 Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise. Accordingly, if you do not wish such a presumption with respect to Class 6 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.**        **Amount of Alt-Coin-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC in the following aggregate principal amount:

| Coins/USD_____ |
| --- |

**Item 2.**        **Vote of Class 6 Alt-Coin-Denominated Unsecured Claim.**

The undersigned Holder of the Class 6 Alt-Coin-Denominated Unsecured Claim in the amount set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
| --- | --- |
| ❑ | ❑ |

**Item 3.**        **Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

<u>**Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.**</u>

The undersigned Holder of Alt-Coin-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

Elects to **Opt In** to the release provisions.

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)    ***Releases by the Debtors.*** **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]    The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)     *Releases by Releasing Parties*. Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

**or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests. Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan. Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors. Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.**

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.      Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1.  was the Holder (or authorized signatory) of Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2.  has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3.  has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4.  if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5.  has cast the same vote with respect to all of the Holder's Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC;

6.  understands the treatment provided for its Alt-Coin-Denominated Unsecured Claims against Genesis Global Capital, LLC under the Plan;

7.  understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8.  acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; <u>provided</u> that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9.  as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to Alt-Coin-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

**Item 5.        Holder Information and Signature.**

Name of Holder: _____
                                        (Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
                                        (Print or Type)

Social Security or Federal Tax I.D. No.: _____
                                        (Optional)

Signature: _____

Name of Signatory: _____
                                        (Print or Type)

Title: _____
                                        (If applicable)

Address: _____

            _____

            _____

Telephone: (___)_____

Email: _____

Date Completed: _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:

---

### Submitting Your Vote Online through the Online Portal

The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#:_____

Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.

Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.

If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.

<u>If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.</u>

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit N**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**BALLOT FOR VOTING TO ACCEPT OR REJECT**
**THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**CLASS 6: ALT-COIN-DENOMINATED UNSECURED**
**CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC**

---

**IMPORTANT**

- PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.

- THIS BALLOT IS EXCLUSIVELY FOR USE BY HOLDERS OF CLASS 6 ALT-COIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC.

- THIS BALLOT MUST BE COMPLETED, EXECUTED AND RETURNED SO AS TO BE **ACTUALLY RECEIVED** BY THE DEBTORS' SOLICITATION AGENT, KROLL RESTRUCTURING ADMINISTRATION ("**KROLL**" OR THE "**SOLICITATION AGENT**") BY 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024 (THE "**VOTING DEADLINE**").

- IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND HOLDERS OF CLAIMS OR INTERESTS REGARDLESS OF WHETHER YOU HAVE TRANSMITTED YOUR VOTE.

- YOU MUST VOTE THE ENTIRE AMOUNT OF YOUR CLAIM EITHER TO ACCEPT (I.E., VOTE IN FAVOR OF) OR REJECT (I.E., VOTE AGAINST) THE PLAN, AND  YOU MAY NOT SPLIT YOUR VOTE.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564) ("GGC"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("GAP").  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- IF YOU HOLD CLAIMS IN A CLASS OTHER THAN CLASS 6 (ALT-COIN-DENOMINATED UNSECURED CLAIMS AGAINST GENESIS GLOBAL HOLDCO, LLC), YOU MAY RECEIVE MORE THAN ONE BALLOT OR SOLICITATION PACKAGE, LABELED FOR A DIFFERENT CLASS OF CLAIMS. YOUR VOTE WILL BE COUNTED IN DETERMINING ACCEPTANCE OR REJECTION OF THE PLAN BY A PARTICULAR CLASS OF CLAIMS ONLY IF YOU COMPLETE, SIGN, AND RETURN THE BALLOT LABELED FOR SUCH CLASS OF CLAIMS IN ACCORDANCE WITH THE INSTRUCTIONS ON THAT BALLOT.

- IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM. **THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

- NO HOLDER OF A CLAIM WILL BE ENTITLED TO ANY DISTRIBUTION UNDER THE PLAN UNTIL SUCH TIME AS THEIR CLAIM HAS BEEN ALLOWED.

- NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS SENT WITH THIS BALLOT.

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[2] are soliciting votes with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Plan") through their *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as it may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement"), in connection with the cases commenced under chapter 11 of the Bankruptcy Code by the Debtors in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), styled *In re Genesis Global Holdco, LLC, et al.,* Chapter 11 Case No. 23-10063 (SHL) (jointly administered), currently pending before the Bankruptcy Court (the "Chapter 11 Cases"). Capitalized terms used in this ballot (the "Ballot") or the attached instructions that are not otherwise defined herein have the meanings ascribed to them in the Plan.

---

[2]     *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. SDNY); *In re Genesis Global Capital, LLC*, No. 23-10064 (SHL) (Bankr. SDNY); *In re Genesis Asia Pacific PTE. LTD.*, No. 23-10065 (SHL) (Bankr. SDNY).

You are receiving this Ballot because our records indicate that, as of November 28, 2023 (the "Voting Record Date"), you are a Holder of Alt-Coin-Denominated Unsecured Claim against Genesis Global Holdco, LLC.  Holders of Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC are Impaired under the Plan and are therefore entitled to vote to accept or reject the Plan.  If you hold Claims in more than one Class under the Plan you may receive more than one Ballot coded for each different Class.  This Ballot may not be used for any purpose other than voting to accept or reject the Plan and making certifications with respect thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code.  If the requisite acceptances are not obtained (or if a Class of Claims or Equity Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.  Please review the Disclosure Statement for more information.

***Your rights are described in the Disclosure Statement.  The Plan is*** <u>***Exhibit A***</u> ***to the Disclosure Statement.  The Disclosure Statement, the Plan and certain other materials are included in the packet you are receiving with this Ballot (collectively, the "***<u>***Solicitation Package***</u>***").  You should carefully and thoroughly review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan.  Your Claim has been placed in Class 6 – Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC.  Holders of Allowed Class 6 Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC will receive Class 6 Treatment under Article III of the Plan.***

## <u>VOTING INSTRUCTIONS</u>

1. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Claims in Class 6 (Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC) with respect to the Plan. The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot. This Ballot may be used to vote on the Plan <u>only</u>. **PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. To ensure that your vote is counted, it must be **<u>actually received</u>** by the Solicitation Agent by the Voting Deadline. Vote by (i) indicating your decision either to accept or reject the Plan in Item 2 of the Ballot; (ii) reviewing the certifications and acknowledgements in Item 4 of the Ballot; and (iii) signing the Ballot.

3. In order to be included in the tabulation, a Ballot reflecting your vote must be **<u>actually received</u>** by the Solicitation Agent on or before the Voting Deadline. **The Voting Deadline is January 10, 2024 at 4:00 P.M. (Prevailing Eastern Time). The Debtors strongly advise returning your Ballot as promptly as possible.** If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court. In all cases, Holders should allow sufficient time to assure timely delivery. The method of delivery of your Ballot to the Solicitation Agent is at your election and risk. No Ballot should be sent to any of the Debtors, the Debtors' agents (other than the Solicitation Agent) or the Debtors' financial or legal advisors.

4. If multiple Ballots are received from a single Holder with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will supersede and revoke any previously received Ballot.

5. This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and make certifications with respect to the Ballots. Accordingly, at this time, Holders of Claims should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

6. This Ballot does not constitute, and shall not be deemed to be: (i) a Proof of Claim or Interest; or (ii) an assertion or admission with respect to any Claim or Interest.

7. Please be sure to sign and date your Ballot. If your Class 6 Alt-Coin-Denominated Unsecured Claim against Genesis Global Holdco, LLC with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If your Class 6 Alt-Coin-Denominated Unsecured Claim against Genesis Global Holdco, LLC is held by a corporation, the Ballot must be executed by an officer. If you are signing a Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, please indicate such capacity when signing.

4

8.  You must vote your entire Alt-Coin-Denominated Unsecured Claim either to accept or reject the Plan and **may not split your vote**.  Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

9.  Any Ballot that is properly completed, executed and timely returned that fails to indicate acceptance or rejection of the Plan or that indicates both acceptance and rejection of the Plan will not be counted.

10. The following Ballots will **not be counted** in determining the acceptance or rejection of the Plan:  (i) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim; (ii) any Ballot cast by a Person or Entity that does not hold a Claim in a Class that is entitled to vote on the Plan; (iii) any unsigned Ballot; (iv) any Ballot not marked to accept or reject the Plan or any Ballot marked both to accept and reject the Plan; (v) any Ballot received after the Voting Deadline unless the Debtors determine otherwise; and (vi) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

11. The Debtors and/or their agents shall have reasonable discretion to determine if a Ballot properly complies with these procedures and instructions.

12. Pursuant to Article VIII of the Plan, you will be deemed to have <u>conclusively, absolutely, unconditionally, irrevocably and forever released and discharged all Claims and Causes of Action (as set forth in the Plan and as permitted by applicable law), against the Released Parties (as defined in the Plan)</u> if you affirmatively (a) vote to accept the Plan and (b) opt in to the release provisions in Article VIII of the Plan.

13. If you affirmatively vote to accept the Plan and opt in to the releases under Article VIII of the Plan through your Ballot (regardless of whether you return a timely Ballot with respect to any other Class of Claims that does not affirmatively opt in to the releases or that rejects the Plan), you shall be deemed a Releasing Party (as defined in the Plan) across all Classes.

14. If you believe you have received the wrong Ballot or received this Ballot in error, please contact the Solicitation Agent immediately.

15. If you have received a Ballot listing an amount you believe to be incorrect, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "<u>Rule 3018 Motion</u>") for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before December 15, 2023.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the tabulation procedures approved by the Bankruptcy Court, regardless of the amount identified in Item 1 of the Ballot.

16. Unless otherwise directed by the Court, delivery of a defective or irregular Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors.  Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Court by the Solicitation Agent.  Neither the

Debtors, nor any other Person or Entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

17.  If no votes in respect of Class 6 Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC to accept or reject the Plan are received, the Plan will be deemed accepted by such Class, unless the Court, for cause, orders otherwise.  Accordingly, if you do not wish such a presumption with respect to Class 6 to become effective, you should timely submit the Ballot accepting or rejecting the Plan for such Class.

Please note that no fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.

**Nothing contained herein or in the enclosed documents shall render you or any other person the agent of the Debtors or of the Solicitation Agent, or authorize you or any other person to use any document or make any statement on behalf of any of them with respect to the Plan, except for the statements contained herein and in the enclosed documents.**

**Item 1.        Amount of Alt-Coin-Denominated Unsecured Claims.**

The undersigned hereby certifies that as of November 28, 2023, the Voting Record Date, the undersigned was the record Holder (or authorized signatory) of one or more Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the following aggregate principal amount:

> Coins/USD_____

**Item 2.        Vote of Class 6 Alt-Coin-Denominated Unsecured Claim.**

The undersigned Holder of the Class 6 Alt-Coin-Denominated Unsecured Claim in the amount set forth in Item 1 votes to (*please check one box only*):

| <u>ACCEPT</u> (vote for) the Plan | <u>REJECT</u> (vote against) the Plan |
|:---:|:---:|
| ❏ | ❏ |

**Item 3.        Releases (OPTIONAL).**

**PURSUANT TO THE PLAN, IF YOU RETURN A BALLOT THAT VOTES TO ACCEPT THE PLAN <u>AND</u> AFFIRMATIVELY OPT IN TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE PLAN, YOU WILL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (AS SET FORTH IN THE PLAN AND AS PERMITTED BY APPLICABLE LAW) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE PLAN).**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article VIII of the Plan will become effective.  In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article VIII of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

**<u>Complete this Item 3 only if you voted to ACCEPT the Plan in Item 2 above and wish to elect to opt in to the release provisions.</u>**

The undersigned Holder of Alt-Coin-Denominated Unsecured Claims in the amount identified in Item 1 above, having voted to accept the Plan:

<div align="center">Elects to <b>Opt In</b> to the release provisions.</div>

IF YOU CHECK THE BOX ABOVE AND VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE OPTED IN TO THE RELEASES IN ARTICLE VIII OF THE PLAN.

**IMPORTANT INFORMATION REGARDING RELEASES:**

THE RELEASE PROVISION IN ARTICLE VIII OF THE PLAN PROVIDES:[3]

(a)    ***Releases by the Debtors*. Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the**

---

[3]    The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan shall govern.  You should read the Plan carefully before completing this Ballot.

issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

(b)    *Releases by Releasing Parties*. Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument,

document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents

(including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims

or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.**

Under the Plan, *Released Parties* means: (i) the Debtors, (ii) the Ad Hoc Group SteerCo and its members (solely in their capacities as such), (iii) the Committee and its members (solely in their capacities as such), and (iv) each Related Party of each Entity described in the foregoing clauses (i)–(iii) (in each case, solely in its capacity as such); *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, neither the DCG Parties nor any of the former employees, officers, or directors of the Debtors as of the Petition Date shall be Released Parties; and, *provided*, *further*, that any of the current or former employees, officers, or directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer, or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, shall be a Released Party only with the prior written consent and justifications of the Special Committee, which justifications shall be set forth in the Plan Supplement and which Persons shall be provided to the Ad Hoc Group Counsel and the Committee Counsel on a confidential, professional-eyes-only, basis, with the express exception of any current or former employees, officers, and directors of the Debtors who served as employees, officers, or directors of the Debtors as of the Petition Date and are or were also DCG Parties, which Persons shall not be Released Parties.

Under the Plan, *Releasing Parties* means each of the following: (i) all Released Parties and (ii) all Holders of Claims who affirmatively (a) cast a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) opt into the releases provided by the Plan on their Ballots.

Under the Plan, *DCG Parties* means, collectively, DCG, DCGI, and each of their respective Affiliates and subsidiaries (excluding the Debtors and the Other Genesis Entities) and, in their capacities as such, all of their respective current and former officers and directors, principals,

shareholders, members, managers, partners, employees, agents, trustee, advisory board members, financial advisors, attorneys, accountants, actuaries, investment bankers, consultants, representatives, and management companies; *provided* that DCG Parties shall not include any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date.

**Item 4.       Certifications and Acknowledgements.**

Upon execution of this Ballot, the undersigned Holder certifies that it:

1. was the Holder (or authorized signatory) of Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC in the amount set forth in Item 1 as of the Voting Record Date;

2. has received a copy of the Disclosure Statement, the Plan and the remainder of the Solicitation Package and acknowledges that the solicitation of votes for the Plan is subject to the terms and conditions set forth therein;

3. has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

4. if it affirmatively (i) votes in favor of the Plan and (ii) opts in to the release provisions in Article VIII of the Plan, will be deemed to have consented to the release of the Released Parties pursuant to Article VIII of the Plan;

5. has cast the same vote with respect to all of the Holder's Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC;

6. understands the treatment provided for its Alt-Coin-Denominated Unsecured Claims against Genesis Global Holdco, LLC under the Plan;

7. understands the recoveries provided for in the Plan are expressly conditioned upon confirmation and consummation of the Plan;

8. acknowledges and agrees that the Debtors may make conforming changes to the Plan as may be reasonably necessary; <u>provided</u> that the Debtors will not re-solicit acceptances or rejections of the Plan in the event of such conforming changes unless otherwise required by the Bankruptcy Court or the Bankruptcy Code;

9. as of the Voting Record Date, (i) has not transferred any claim or interest in or related to the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 and (ii) has not granted any Lien or encumbrance in the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 that precludes the undersigned Holder from voting on the Plan or submitting this Ballot;

10. has full and complete authority to execute and submit this Ballot;

11. understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, will be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the undersigned and will not be affected by, and will survive, the death or incapacity of the undersigned; and

12. understands and acknowledges that only the latest-received properly completed Ballot cast and actually received by the Solicitation Agent prior to the Voting Deadline with respect to the Alt-Coin-Denominated Unsecured Claims set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to Alt-Coin-Denominated Unsecured Claims set forth in Item 1, such other Ballot shall be deemed revoked.

The undersigned also certifies that it has access to the type of information necessary to evaluate whether to vote on the Plan.

## Item 5.    Holder Information and Signature.

Name of Holder: _____
(Print or Type)

Name of Proxy Holder or Agent
for Holder (if applicable): _____
(Print or Type)

Social Security or Federal Tax I.D. No.: _____
(Optional)

Signature: _____

Name of Signatory: _____
(Print or Type)

Title: _____
(If applicable)

Address: _____

_____

_____

Telephone: (____)_____

Email: _____

Date Completed: _____

## PLEASE SUBMIT YOUR BALLOT PROMPTLY!

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO THE SOLICITATION AGENT BY:**

---

### VOTING DEADLINE: JANUARY 10, 2024 AT 4:00 P.M. (EASTERN TIME)

**For your vote to be counted, this Ballot must be properly completed, signed, and returned so that it is <u>actually received</u> by the Solicitation Agent by no later than January 10, 2024 at 4:00 P.M. (Eastern Time), unless such Voting Deadline is extended by the Debtors.  Please submit a Ballot with your vote by:**

---

### Submitting Your Vote Online through the Online Portal

**The Solicitation Agent will accept properly completed Ballots online through the Online Portal.  To submit your customized electronic Ballot via the Online Portal, visit https://restructuring.ra.kroll.com/genesis and click on the "Submit E-Ballot" section of the website.  Follow the instructions to submit your customized electronic Ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:**_____

**Kroll's Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted.**

**Each Unique E-Ballot ID# is to be used solely for voting only those Claims described in your electronic Ballot.  Please complete and submit an electronic Ballot for each Unique E-Ballot ID# you receive, as applicable.**

**If your Ballot is not received by Kroll on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtors as noted above, your vote will not be counted.**

**<u>If you vote via the Online Portal, you SHOULD NOT also submit the hard copy version of your Ballot.</u>**

**If by First Class Mail, Overnight Courier or Hand Delivery:**

**Genesis Global Holdco, LLC Ballot Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**To arrange for hand delivery of your Ballot, please email genesisballots@ra.kroll.com (with "Genesis Ballot—Hand Delivery" in the subject line) at least 24 hours prior to arrival and provide the anticipated date and time of delivery.**

**THIS BALLOT WILL NOT BE ACCEPTED BY TELECOPY, FACSIMILE OR OTHER ELECTRONIC MEANS.**

**YOUR BALLOT MUST BE _ACTUALLY RECEIVED_ BY THE SOLICITATION AGENT BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 10, 2024.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT EITHER BY (I) WRITING GENESIS GLOBAL HOLDCO, LLC BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINISTRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232; (II) CALLING U.S. TOLL FREE: (888) 524-2017 OR INTERNATIONAL TOLL: (646) 440-4183; OR (III) EMAILING GENESISINFO@RA.KROLL.COM (WITH "GENESIS BALLOTS" IN THE SUBJECT LINE). PLEASE BE ADVISED THAT THE SOLICITATION AGENT IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit O**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF NON-VOTING STATUS TO HOLDERS OF
## UNIMPAIRED CLAIMS CONCLUSIVELY PRESUMED TO ACCEPT THE PLAN

**PLEASE TAKE NOTICE THAT** on December 6, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order [ECF No. 1027] (the "Order") approving the *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as may be amended, altered, modified, revised, or supplemented from time to time, the "Disclosure Statement") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") as containing adequate information under section 1125(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Order also authorized the Debtors to solicit votes to accept or reject the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as may be amended, altered, modified, revised, or supplemented from time to time, the "Plan"). Capitalized terms used, but not otherwise defined herein, have the meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** because of the treatment of your Claim under the Plan, **you are not entitled to vote on the Plan on account of such Claim**. As a holder of a Claim that is not Impaired under the terms of the Plan, you are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code, and therefore are not entitled to vote on the Plan. If you believe you are entitled to vote on the Plan, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018(a) Motion") for an order temporarily allowing your Claim for purposes of voting to accept or reject the Plan on or before December 15, 2023. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Bankruptcy Court for voting purposes after notice and a hearing. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE THAT** if you hold a separate, additional Claim for which you are entitled to vote (or part of your Claim falls into a class of Claims entitled to vote) you will also receive a Ballot via a separate mailing from the Solicitation Agent. In such an instance, the Debtors encourage you to follow the instructions in the Ballot.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **February 14, 2024 at 10:00 A.M., prevailing Eastern Time** via Zoom before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601. The Confirmation Hearing may be continued from time to time by the Court or the Debtors, without further notice other than by such adjournment being announced in open court, by Agenda filed with the Court and/or by a Notice of Adjournment filed with the Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **January 29, 2024 at 4:00 P.M., prevailing Eastern Time** (the "Confirmation Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) in English, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any orders of the Court; (d) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so that it is actually received on or before the Confirmation Objection Deadline (or supplement deadline, if applicable):

      (a)      counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq. and Jane VanLare, Esq.;

      (b)      the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; and

      (c)      counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq. and J. Christopher Shore, Esq.

**PLEASE TAKE FURTHER NOTICE** that if a controversy arises regarding whether any Claim or Interest is properly classified under the Plan, the Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing. If the Court finds that the classification of any Claim or Interest is improper, then such Claim or Interest shall be reclassified and the Ballot previously cast by the holder of such Claim or Interest shall be counted in, and the Claim or Interest shall receive the treatment prescribed in, the Class in which the Bankruptcy Court determines such Claim or Interest should have been classified, without the necessity of resoliciting any votes on the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Order, the Disclosure Statement (including the Plan and the other exhibits thereto) and all other materials in the Solicitation Packages, except Ballots, may be obtained at no charge by (i) visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis (the "Case Website"), (ii) writing Kroll Restructuring Administration LLC (the "Solicitation Agent") at Genesis Global Holdco LLC Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232; (iii) emailing genesisinfo@ra.kroll.com; or (iv) calling the Solicitation Agent at (888) 524-2017 (U.S. toll free), (646) 440-4183 (international toll), or any of the numbers available at the Case Website if calling internationally.  You may also access these materials for a fee via PACER at https://www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** Article VIII of the Plan contains the following release, exculpation, and injunction provisions.  You are advised and encouraged to carefully review and consider the Plan, including the release, exculpation, and injunction provisions, as your rights might be affected.

Article VIII of the Plan provides for a debtor release (the "Debtor Release"):

**Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such**

3

legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

Article VIII of the Plan provides for Releases by Releasing Parties (the "Third Party Release"):

Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other

4

Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents (including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from

and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests.  Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan.  Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors.  Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Dated:  December 6, 2023          */s/ Jane VanLare*
       New York, New York          Sean A. O'Neal
                                    Luke A. Barefoot
                                    Jane VanLare
                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone: (212) 225-2000
                                    Facsimile: (212) 225-3999

                                    *Counsel to the Debtors*
                                    *and Debtors-in-Possession*

**Exhibit P**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF NON-VOTING STATUS TO HOLDERS OF
## IMPAIRED CLAIMS CONCLUSIVELY PRESUMED TO REJECT THE PLAN

**PLEASE TAKE NOTICE THAT** on December 6, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order [ECF No. 1027] (the "Order") approving the *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al., Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as may be amended, altered, modified, revised, or supplemented from time to time, and including all the exhibits thereto, the "Disclosure Statement") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") as containing adequate information under section 1125(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Order also authorized the Debtors to solicit votes to accept or reject the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as may be amended, altered, modified, revised, or supplemented from time to time, and including all the exhibits thereto, the "Plan"). Capitalized terms used, but not otherwise defined herein, have the meanings ascribed to them in the Plan or Disclosure Statement, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** because of the treatment of your Claim under the Plan, **you are not entitled to vote on the Plan on account of such Claim**. Specifically, under the terms of the Plan, as a holder of a Claim or Interest (as currently asserted against the Debtors) that is receiving no distribution under the Plan, you are deemed to reject the Plan pursuant to section 1126(g) of the Bankruptcy Code and are not entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** if you believe you are entitled to vote on the Plan, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018(a) Motion") for an order temporarily allowing your Claim for purposes of voting to accept or reject the Plan on or before December 15, 2023. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Bankruptcy

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Court for voting purposes after notice and a hearing. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.

**PLEASE TAKE FURTHER NOTICE THAT** if you hold a separate, additional Claim for which you are entitled to vote (or part of your Claim falls into a class of Claims entitled to vote) you will also receive a Ballot via a separate mailing from the Claims and Solicitation Agent. In such an instance, the Debtors encourage you to follow the instructions in the Ballot.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **February 14, 2024 at 10:00 A.M., prevailing Eastern Time** via Zoom before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601. The Confirmation Hearing may be continued from time to time by the Court or the Debtors, without further notice other than by such adjournment being announced in open court, by Agenda filed with the Court and/or by a Notice of Adjournment filed with the Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **January 29, 2024 at 4:00 P.M., prevailing Eastern Time** (the "Confirmation Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) in English, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any orders of the Court; (d) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so that it is actually received on or before the Confirmation Objection Deadline (or supplement deadline, if applicable):

(a)     counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq. and Jane VanLare, Esq.;

(b)     the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; and

(c)     counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq. and J. Christopher Shore, Esq.

**PLEASE TAKE FURTHER NOTICE** that if a controversy arises regarding whether any Claim or Interest is properly classified under the Plan, the Bankruptcy Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing. If the Bankruptcy Court finds that the classification of any Claim or Interest is improper, then such Claim or Equity Interest shall be reclassified and the Ballot previously cast by the holder of such Claim or Equity Interest shall be counted in, and the Claim or Interest shall receive the treatment

prescribed in, the Class in which the Bankruptcy Court determines such Claim or Equity Interest should have been classified, without the necessity of resoliciting any votes on the Plan.

    **PLEASE TAKE FURTHER NOTICE THAT** the Order, Disclosure Statement (including the Plan and the other exhibits thereto) and all other materials in the Solicitation Packages, except Ballots, may be obtained at no charge by (i) visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis (the "Case Website") (ii) writing Kroll Restructuring Administration LLC (the "Solicitation Agent") at Genesis Global Holdco LLC Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232; (iii) emailing genesisinfo@ra.kroll.com; or (iv) calling the Solicitation Agent at (888) 524-2017 (U.S. toll free), (646) 440-4183 (international toll), or any of the numbers available at the Case Website if calling internationally. You may also access these materials for a fee via PACER at https://www.nysb.uscourts.gov.

    **PLEASE TAKE FURTHER NOTICE THAT** Article VIII of the Plan contains the following release (including third-party releases), exculpation, and injunction provisions. You are advised and encouraged to carefully review and consider the Plan, including the release, exculpation, and injunction provisions, as your rights might be affected.

Article VIII of the Plan provides for a debtor release (the "Debtor Release"):

    **Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract,**

instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

<u>Article VIII of the Plan provides for Releases by Releasing Parties (the "Third Party Release"):</u>

Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers,

accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i)  any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are:  (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any

of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents (including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against

or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests. Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan. Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors. Nothing in the Plan or the Confirmation Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.

Dated:  December 6, 2023                    */s/ Jane VanLare*
       New York, New York                  Sean A. O'Neal
                                              Luke A. Barefoot
                                              Jane VanLare
                                              CLEARY GOTTLIEB STEEN &
     HAMILTON LLP
     One Liberty Plaza
     New York, New York 10006
     Telephone: (212) 225-2000
     Facsimile: (212) 225-3999

     *Counsel to the Debtors*
     *and Debtors-in-Possession*

## Exhibit Q

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

<u>**NOTICE OF NON-VOTING STATUS WITH RESPECT TO DISPUTED CLAIMS**</u>

   **PLEASE TAKE NOTICE THAT** on December 6, 2023, the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") entered an order [ECF No. 1027] (the "<u>Order</u>") approving the *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC, et al.*, *Under Chapter 11 of the Bankruptcy Code*, dated December 6, 2023 [ECF No. 1031] (as may be amended, altered, modified, revised, or supplemented from time to time, the "<u>Disclosure Statement</u>") filed by the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") as containing adequate information under section 1125(b) of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). The Order also authorized the Debtors to solicit votes to accept or reject the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 [ECF No. 989] (as may be amended, altered, modified, revised, or supplemented from time to time, the "<u>Plan</u>"). Capitalized terms used, but not otherwise defined herein, have the meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

   **PLEASE TAKE FURTHER NOTICE THAT** you are receiving this notice because you are the holder of a Claim that is subject to a pending objection. <u>**You are not entitled to vote any disputed portion of your Claim on the Plan unless one or more of the following events have taken place before a date that is seven (7) days before the Voting Deadline or a later deadline otherwise established by the Court (each, a "Resolution Event")**</u>:

   1. an order of the Court is entered allowing such Claim pursuant to section 502(b) of the Bankruptcy Code, after notice and a hearing;

   2. an order of the Court is entered temporarily allowing such claim for voting purposes only pursuant to Bankruptcy Rule 3018(a), after notice and a hearing;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

3.      a stipulation or other agreement is executed between you and the Debtors temporarily allowing you to vote your Claim in an agreed upon amount; or

4.      the pending objection to such Claim is voluntarily withdrawn by the objecting party.

**PLEASE TAKE FURTHER NOTICE THAT** if you believe you are entitled to vote on the Plan, then you must serve on the Debtors and file with the Bankruptcy Court a motion pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018(a) Motion") for an order temporarily allowing your Claim for purposes of voting to accept or reject the Plan on or before December 15, 2023.  In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Bankruptcy Court for voting purposes after notice and a hearing.  Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.

**PLEASE TAKE FURTHER NOTICE THAT** if a Resolution Event occurs, then no later than two (2) business days thereafter, the Solicitation Agent (as defined below) shall distribute a ballot, which must be returned to the Solicitation Agent no later than the Voting Deadline, which is on **January 10, 2024 at 4:00 P.M. (prevailing Eastern time)** or such later date as may be expressly authorized by an order of the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if you hold a separate, additional Claim for which you are entitled to vote (or part of your Claim falls into a Class of Claims entitled to vote) you will also receive a Ballot via a separate mailing from the Solicitation Agent. In such an instance, the Debtors encourage you to follow the instructions in the Ballot.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **February 14, 2024 at 10:00 A.M., prevailing Eastern Time** via Zoom before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601.  The Confirmation Hearing may be continued from time to time by the Court or the Debtors, without further notice other than by such adjournment being announced in open court, by Agenda filed with the Court and/or by a Notice of Adjournment filed with the Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **January 29, 2024 at 4:00 P.M., prevailing Eastern Time** (the "Confirmation Objection Deadline").  Any objection to the Plan must: (a) be in writing; (b) in English, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any orders of the Court; (d) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so that it is actually received on or before the Confirmation Objection Deadline (or supplement deadline, if applicable):

2

(a)      counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Luke A. Barefoot, Esq., and Jane VanLare, Esq.;

(b)      the Office of the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, Alexander Hamilton U.S. Custom House, One Bowling Green, Suite 515, New York, NY 10004, Attn: Greg Zipes, Esq.; and

(c)      counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Philip Abelson, Esq. and J. Christopher Shore, Esq.

**PLEASE TAKE FURTHER NOTICE** that if a controversy arises regarding whether any Claim or Interest is properly classified under the Plan, the Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing.  If the Court finds that the classification of any Claim or Interest is improper, then such Claim or Interest shall be reclassified and the Ballot previously cast by the holder of such Claim or Interest shall be counted in, and the Claim or Interest shall receive the treatment prescribed in, the Class in which the Bankruptcy Court determines such Claim or Interest should have been classified, without the necessity of resoliciting any votes on the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Order, the Disclosure Statement (including the Plan and the other exhibits thereto) and all other materials in the Solicitation Packages, except Ballots, may be obtained at no charge by (i) visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis (the "Case Website"), (ii) writing Kroll Restructuring Administration LLC (the "Solicitation Agent") at Genesis Global Holdco LLC Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232; (iii) emailing genesisinfo@ra.kroll.com; or (iv) calling the Solicitation Agent at (888) 524-2017 (U.S. toll free), (646) 440-4183 (international toll), or any of the numbers available at the Case Website if calling internationally.  You may also access these materials for a fee via PACER at https://www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** Article VIII of the Plan contains the following release, exculpation, and injunction provisions.  You are advised and encouraged to carefully review and consider the Plan, including the release, exculpation, and injunction provisions, as your rights might be affected.

Article VIII of the Plan provides for a debtor release (the "Debtor Release"):

**Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is hereby deemed conclusively, absolutely, unconditionally, irrevocably, and forever released by the Debtors, their Estates, and the Wind-Down Debtors (as applicable), in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any claim or Cause of Action, directly or derivatively, by, through, for, or because of the foregoing Entities, from any and**

all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Person or its estate, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing.  Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.D of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Debtors set forth in Article VIII.D of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after reasonable investigation by the

Debtors and after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Wind-Down Debtors, or their Estates asserting any Claim or Cause of Action released pursuant to such releases.

<u>Article VIII of the Plan provides for Releases by Releasing Parties (the "Third Party Release"):</u>

Except as otherwise specifically provided in the Plan or the Confirmation Order, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, the adequacy of which is hereby confirmed, on and after the Effective Date, to the fullest extent allowed by applicable law, each Releasing Party hereby conclusively, absolutely, unconditionally, irrevocably, and forever releases each Debtor, Estate, Wind-Down Debtor, and Released Party from any and all Claims, Causes of Action, Avoidance Actions, obligations, suits, judgments, damages, demands, losses, liabilities, and remedies whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Wind-Down Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, accrued or unaccrued, existing or hereinafter arising, in law, equity, contract, tort, or otherwise, that such Releasing Party or its estate, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, representatives, consultants, agents, and any other persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, or any Restructuring, contract, instrument, document, release, or other agreement or document (including any legal opinion regarding any such transaction, contract, instrument, document, release, or other agreement or the reliance by any Released Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the pursuit of Confirmation, the pursuit of Consummation, the solicitation of votes with respect to the Plan, the administration and implementation of the Plan, including the issuance or distribution of any property pursuant to the Plan, the Definitive Documents, or upon any other act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date related or relating to the foregoing; *provided*, *however*, that except as expressly provided under the Plan, the foregoing releases shall not release obligations of the Debtors or the Wind-Down Debtors on account of any Allowed Claims that are treated under the Plan or obligations otherwise arising under any contract, agreement, or other business arrangement between any non-Debtor Releasing Party and any non-Debtor Released Party. Notwithstanding anything to the contrary in the foregoing, nothing

5

in Article VIII.E of the Plan shall, nor shall it be deemed to, release (i) any post-Effective Date obligations of any Person or Entity under the Plan, including any such obligations created in connection with the Restructuring; (ii) any Released Party from any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of such Released Party's gross negligence, fraud, or willful misconduct; (iii) any Excluded Claim; or (iv) any Causes of Action or other claims against any of the Gemini Parties or any of the DCG Parties.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the releases by the Releasing Parties set forth in Article VIII.E of the Plan, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that such releases are: (1) in exchange for the good and valuable consideration provided by the Released Parties; (2) a good faith settlement and compromise of the Claims and Causes of Action released by such releases; (3) in the best interests of the Debtors and their Estates; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; (6) an essential component of the Plan and the Restructuring; and (7) a bar to any of the Releasing Parties asserting any Claim or Cause of Action released pursuant to such releases except as expressly set forth in the Plan.

Article VIII of the Plan provides for an exculpation (the "Exculpation"):

Except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby exculpated from, any Claim, Cause of Action, obligation, suit, judgment, damage, demand, loss, or liability for any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or Filing of the Disclosure Statement, the Plan, the Plan Supplement, the Alameda/Genesis Settlement Agreement, the 3AC/Genesis Settlement Agreement, any Monetization Transaction, or the related agreements, instruments, and other documents (including the Definitive Documents), the solicitation of votes with respect to the Plan, or the Restructuring, or any related contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Debtors' in or out-of-court restructuring efforts, the Disclosure Statement, the Plan, the related agreements, instruments, and other documents (including the Definitive Documents), the Chapter 11 Cases, the filing of the Chapter 11 Cases, the Sales Process, the solicitation of votes with respect to the Plan, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan and the Sales Process, including the issuance of or distribution of any property pursuant to the Plan and the Sales Process, the related agreements, instruments, and other documents (including the Definitive Documents), or upon any other act or omission, the transaction, agreement, event, or other occurrence taking place on or before the Effective Date related to the foregoing, except for claims related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan.

6

The Confirmation Order shall provide that the Exculpated Parties (to the extent applicable) have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, nothing in Article VIII.F of the Plan shall, nor shall it be deemed to, release or exculpate any DCG Party.

Article VIII of the Plan provides for an injunction (the "Injunction"):

Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or Confirmation Order, all Entities who have held, hold, or may hold Claims against or Interests in the Debtors (whether proof of such Claims or Interests has been filed or not and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan) and other parties in interest, together with their respective present or former employees, agents, officers, directors, principals, and Affiliates, are enjoined, from and after the Effective Date through and until the date on which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed to Holders of Claims or otherwise in accordance with the terms of the Plan and the Plan Administration Agreement and the Plan has been fully administered, from taking any of the following actions against, as applicable, the Debtors, the Wind-Down Debtors, the Released Parties, or the Exculpated Parties (collectively, the "*Enjoined Actions*"): (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such Claims or Interests; and (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests. Notwithstanding anything to the contrary in the foregoing, the injunction does not enjoin any party under the Plan or under any document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan from bringing an action to enforce the terms of the Plan or such document, instrument, or agreement (including those attached to the Disclosure Statement or set forth in the Plan Supplement, to the extent finalized) executed to implement the Plan. Further, to the maximum extent permitted under applicable law, the Confirmation Order shall permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively, or otherwise, of any Causes of Action released or exculpated pursuant to this Plan, including the Enjoined Actions, against any Released Party or Exculpated Party other than the Debtors or the Wind-Down Debtors. Nothing in the Plan or the Confirmation

**Order shall grant the Debtors a discharge pursuant to section 1141(d) of the Bankruptcy Code.**

Dated:  December 6, 2023                      */s/ Jane VanLare*
          New York, New York              Sean A. O'Neal
                                          Luke A. Barefoot
                                          Jane VanLare
                                          CLEARY GOTTLIEB STEEN &
                                          HAMILTON LLP
                                          One Liberty Plaza
                                          New York, New York 10006
                                          Telephone: (212) 225-2000
                                          Facsimile: (212) 225-3999

                                          *Counsel to the Debtors*
                                          *and Debtors-in-Possession*

**Exhibit R**

Exhibit R

Class 3 GAP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16172318 | Name on file | Email address on file |
| 16740607 | Name on file | Email address on file |
| 16785453 | Name on file | Email address on file |
| 16028038 | Name on file | Email address on file |
| 16028393 | Name on file | Email address on file |
| 16788854 | Digital Currency Group, Inc. | Email address on file |
| 16172774 | Name on file | Email address on file |
| 16787809 | Name on file | Email address on file |
| 16028122 | J K MEDORA CORPORATE ASSISTANCE PTE LTD N | Email address on file |
| 16786303 | Name on file | Email address on file |
| 16028046 | Name on file | Email address on file |
| 16029259 | Name on file | Email address on file |
| 16786100 | Name on file | Email address on file |
| 16749460 | Name on file | Email address on file |
| 16173005 | Name on file | Email address on file |
| 16172354 | Name on file | Email address on file |
| 16779114 | Name on file | Email address on file |
| 16787582 | Name on file | Email address on file |
| 16785769 | Name on file | Email address on file |
| 16575322 | Name on file | Email address on file |
| 16788778 | Name on file | Email address on file |
| 16788895 | Name on file | Email address on file |
| 16775266 | Name on file | Email address on file |
| 16781372 | Name on file | Email address on file |
| 16788783 | Name on file | Email address on file |
| 16786251 | Translunar Crypto LP | Email address on file |
| 16747231 | Name on file | Email address on file |
| 16128182 | Name on file | Email address on file |
| 16787544 | Name on file | Email address on file |
| 16745192 | Name on file | Email address on file |
| 16745100 | Name on file | Email address on file |
| 16029261 | Name on file | Email address on file |
| 16028588 | Name on file | Email address on file |

**Exhibit S**

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16029286 | Name on file | Email address on file |
| 16028890 | Name on file | Email address on file |
| 16573152 | Name on file | Email address on file |
| 16029308 | Name on file | Email address on file |
| 16029312 | Name on file | Email address on file |
| 16028887 | Name on file | Email address on file |
| 16079954 | Name on file | Email address on file |
| 16028676 | Name on file | Email address on file |
| 16787305 | Name on file | Email address on file |
| 16029343 | Name on file | Email address on file |
| 15824771 | Name on file | Email address on file |
| 16028368 | Name on file | Email address on file |
| 16753756 | Name on file | Email address on file |
| 16028594 | Name on file | Email address on file |
| 16028990 | Name on file | Email address on file |
| 16079928 | Name on file | Email address on file |
| 16029050 | Name on file | Email address on file |
| 16787193 | Name on file | Email address on file |
| 16788681 | ARK Cryptocurrency Master Fund LLC | Email address on file |
| 16028769 | Name on file | Email address on file |
| 16112997 | Name on file | Email address on file |
| 16029384 | Name on file | Email address on file |
| 16028690 | Name on file | Email address on file |
| 16028642 | Name on file | Email address on file |
| 16028670 | Name on file | Email address on file |
| 16029067 | Name on file | Email address on file |
| 16028717 | Name on file | Email address on file |
| 16781511 | Name on file | Email address on file |
| 16784870 | Name on file | Email address on file |
| 16028577 | Name on file | Email address on file |
| 16029062 | Name on file | Email address on file |
| 16028375 | Name on file | Email address on file |
| 16028657 | Name on file | Email address on file |
| 16028720 | Name on file | Email address on file |
| 16172452 | Name on file | Email address on file |
| 16128186 | BITGO | Email address on file |
| 16128206 | Name on file | Email address on file |
| 16029423 | Name on file | Email address on file |
| 16775255 | Name on file | Email address on file |
| 16774588 | Name on file | Email address on file |
| 16029433 | Name on file | Email address on file |

In re: Genesis Global Holdco, LLC, et al.

Case No. 23-10063 (SHL)

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028275 | Name on file | Email address on file |
| 16028295 | Name on file | Email address on file |
| 16683931 | Name on file | Email address on file |
| 16774580 | Name on file | Email address on file |
| 16785865 | Name on file | Email address on file |
| 16785850 | Name on file | Email address on file |
| 16029176 | Name on file | Email address on file |
| 16028817 | Name on file | Email address on file |
| 16028671 | Name on file | Email address on file |
| 16029408 | Name on file | Email address on file |
| 16128207 | Name on file | Email address on file |
| 16172800 | Name on file | Email address on file |
| 16172431 | Name on file | Email address on file |
| 16028482 | Name on file | Email address on file |
| 22543758 | Name on file | Email address on file |
| 16172400 | Name on file | Email address on file |
| 16784896 | Name on file | Email address on file |
| 16172988 | Name on file | Email address on file |
| 16775658 | Name on file | Email address on file |
| 16028290 | Name on file | Email address on file |
| 16028291 | Name on file | Email address on file |
| 16028637 | Name on file | Email address on file |
| 16819836 | Name on file | Email address on file |
| 16029212 | Name on file | Email address on file |
| 16028304 | Name on file | Email address on file |
| 16028313 | Name on file | Email address on file |
| 20336130 | Name on file | Email address on file |
| 16028332 | Name on file | Email address on file |
| 16172619 | Name on file | Email address on file |
| 16785316 | Name on file | Email address on file |
| 16572493 | Name on file | Email address on file |
| 16028339 | Name on file | Email address on file |
| 16574286 | Name on file | Email address on file |
| 16028312 | Name on file | Email address on file |
| 16574468 | Name on file | Email address on file |
| 16029455 | Name on file | Email address on file |
| 16028462 | Name on file | Email address on file |
| 16028360 | Name on file | Email address on file |
| 16172437 | Name on file | Email address on file |
| 16172406 | Name on file | Email address on file |
| 16784355 | Name on file | Email address on file |

Exhibit S
Class 3 GGC Email Service List
Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16788883 | Name on file | Email address on file |
| 16028806 | Name on file | Email address on file |
| 16686159 | Name on file | Email address on file |
| 16028306 | Name on file | Email address on file |
| 16786295 | Name on file | Email address on file |
| 16785073 | Name on file | Email address on file |
| 16788854 | Digital Currency Group, Inc. | Email address on file |
| 16172782 | Name on file | Email address on file |
| 16028647 | Name on file | Email address on file |
| 16028303 | Name on file | Email address on file |
| 16787949 | Name on file | Email address on file |
| 16172464 | Name on file | Email address on file |
| 16028774 | Name on file | Email address on file |
| 16172422 | Name on file | Email address on file |
| 16028667 | Name on file | Email address on file |
| 16028349 | Name on file | Email address on file |
| 16028446 | Name on file | Email address on file |
| 16573623 | Name on file | Email address on file |
| 16575420 | Name on file | Email address on file |
| 16172418 | Name on file | Email address on file |
| 16028459 | Name on file | Email address on file |
| 16028851 | Name on file | Email address on file |
| 16028646 | Name on file | Email address on file |
| 16028276 | Name on file | Email address on file |
| 16075664 | Name on file | Email address on file |
| 16075700 | Name on file | Email address on file |
| 16572960 | Name on file | Email address on file |
| 16029076 | Name on file | Email address on file |
| 16686181 | Name on file | Email address on file |
| 19343252 | Name on file | Email address on file |
| 16028485 | Name on file | Email address on file |
| 16028691 | Name on file | Email address on file |
| 16574231 | Name on file | Email address on file |
| 16028463 | Name on file | Email address on file |
| 16029145 | Name on file | Email address on file |
| 16029116 | Name on file | Email address on file |
| 16774761 | Name on file | Email address on file |
| 16787931 | Name on file | Email address on file |
| 16775360 | Name on file | Email address on file |
| 16029436 | Name on file | Email address on file |
| 16573448 | Name on file | Email address on file |

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028644 | Name on file | Email address on file |
| 16028518 | Name on file | Email address on file |
| 16685672 | Name on file | Email address on file |
| 16787892 | Name on file | Email address on file |
| 16787848 | Name on file | Email address on file |
| 16788727 | Name on file | Email address on file |
| 19309023 | GPD Holdings LLC d/b/a CoinFlip | Email address on file |
| 16028597 | Name on file | Email address on file |
| 16787539 | Name on file | Email address on file |
| 16128241 | Name on file | Email address on file |
| 16028877 | Name on file | Email address on file |
| 16575414 | Name on file | Email address on file |
| 16028839 | Name on file | Email address on file |
| 16028408 | Name on file | Email address on file |
| 16028805 | Name on file | Email address on file |
| 16028823 | Name on file | Email address on file |
| 16029054 | Name on file | Email address on file |
| 16028369 | Name on file | Email address on file |
| 16172995 | Name on file | Email address on file |
| 16028610 | Name on file | Email address on file |
| 16685688 | Name on file | Email address on file |
| 16747239 | Name on file | Email address on file |
| 16029085 | Name on file | Email address on file |
| 16028584 | Name on file | Email address on file |
| 16028598 | Name on file | Email address on file |
| 15824830 | Name on file | Email address on file |
| 16786005 | Name on file | Email address on file |
| 16686143 | Name on file | Email address on file |
| 16172341 | Name on file | Email address on file |
| 16028999 | Name on file | Email address on file |
| 16128223 | Name on file | Email address on file |
| 16028571 | Name on file | Email address on file |
| 16128216 | Name on file | Email address on file |
| 16573630 | Name on file | Email address on file |
| 16573604 | Name on file | Email address on file |
| 16029077 | Name on file | Email address on file |
| 16028579 | Name on file | Email address on file |
| 16029310 | Name on file | Email address on file |
| 16573488 | Name on file | Email address on file |
| 16029010 | Name on file | Email address on file |
| 16028617 | Name on file | Email address on file |

In re: Genesis Global Holdco, LLC, et al.

Case No. 23-10063 (SHL)

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16744743 | Name on file | Email address on file |
| 20184973 | Jefferies Leveraged Credit Products, LLC as Transferee of Name on File | Email address on file |
| 16029347 | Name on file | Email address on file |
| 16029223 | Name on file | Email address on file |
| 16075692 | Name on file | Email address on file |
| 16683942 | Name on file | Email address on file |
| 16786184 | Name on file | Email address on file |
| 16028824 | Name on file | Email address on file |
| 16128237 | Name on file | Email address on file |
| 16029238 | Name on file | Email address on file |
| 16576130 | Name on file | Email address on file |
| 16028288 | Name on file | Email address on file |
| 16029239 | Name on file | Email address on file |
| 16172435 | Name on file | Email address on file |
| 16029264 | Name on file | Email address on file |
| 16028710 | Name on file | Email address on file |
| 16029336 | Name on file | Email address on file |
| 16029326 | Name on file | Email address on file |
| 16172455 | Name on file | Email address on file |
| 16029078 | Name on file | Email address on file |
| 16785312 | Name on file | Email address on file |
| 16788657 | Name on file | Email address on file |
| 16028483 | Name on file | Email address on file |
| 16028884 | Name on file | Email address on file |
| 16028716 | Name on file | Email address on file |
| 16172611 | Name on file | Email address on file |
| 16029032 | Name on file | Email address on file |
| 16744724 | Name on file | Email address on file |
| 16029121 | Name on file | Email address on file |
| 16128203 | Name on file | Email address on file |
| 16028493 | Name on file | Email address on file |
| 16028437 | Name on file | Email address on file |
| 16028715 | Name on file | Email address on file |
| 16785678 | Name on file | Email address on file |
| 16028728 | Name on file | Email address on file |
| 16773641 | Name on file | Email address on file |
| 16749485 | Name on file | Email address on file |
| 16028707 | Name on file | Email address on file |
| 16028723 | Name on file | Email address on file |
| 16029074 | Name on file | Email address on file |
| 16029240 | Name on file | Email address on file |

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16789913 | Name on file | Email address on file |
| 16028797 | Name on file | Email address on file |
| 16128236 | Name on file | Email address on file |
| 16028592 | Name on file | Email address on file |
| 16573665 | Name on file | Email address on file |
| 16779156 | Name on file | Email address on file |
| 16747429 | Name on file | Email address on file |
| 16028650 | Name on file | Email address on file |
| 16028673 | Name on file | Email address on file |
| 16579567 | Name on file | Email address on file |
| 16028709 | Name on file | Email address on file |
| 16028744 | Name on file | Email address on file |
| 16685697 | Name on file | Email address on file |
| 16698320 | Name on file | Email address on file |
| 16029098 | Name on file | Email address on file |
| 20184941 | Name on file | Email address on file |
| 16028277 | Name on file | Email address on file |
| 16170630 | Name on file | Email address on file |
| 16028683 | Name on file | Email address on file |
| 16574471 | Name on file | Email address on file |
| 16028878 | Name on file | Email address on file |
| 16574314 | Name on file | Email address on file |
| 16029165 | Name on file | Email address on file |
| 16028431 | Name on file | Email address on file |
| 16786190 | Name on file | Email address on file |
| 16785415 | Name on file | Email address on file |
| 16576117 | Name on file | Email address on file |
| 16029142 | Name on file | Email address on file |
| 16749470 | Name on file | Email address on file |
| 16178389 | Name on file | Email address on file |
| 16172756 | Name on file | Email address on file |
| 16748864 | Name on file | Email address on file |
| 16787426 | Name on file | Email address on file |
| 16787521 | Name on file | Email address on file |
| 16787512 | Name on file | Email address on file |
| 16128230 | Name on file | Email address on file |
| 16787341 | Name on file | Email address on file |
| 16785349 | Name on file | Email address on file |
| 16028645 | Name on file | Email address on file |
| 16785558 | Name on file | Email address on file |
| 16785478 | Name on file | Email address on file |

Exhibit S
Class 3 GGC Email Service List
Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028776 | Name on file | Email address on file |
| 16128228 | Name on file | Email address on file |
| 16028930 | Name on file | Email address on file |
| 16029442 | Name on file | Email address on file |
| 16028881 | Name on file | Email address on file |
| 16028721 | Name on file | Email address on file |
| 16785579 | Name on file | Email address on file |
| 16128232 | Name on file | Email address on file |
| 16028875 | Name on file | Email address on file |
| 16028892 | Name on file | Email address on file |
| 16775282 | Name on file | Email address on file |
| 16028900 | Name on file | Email address on file |
| 16172412 | Name on file | Email address on file |
| 16747158 | Name on file | Email address on file |
| 16574216 | Name on file | Email address on file |
| 16028911 | Name on file | Email address on file |
| 16028914 | Name on file | Email address on file |
| 16028830 | Name on file | Email address on file |
| 16028665 | Name on file | Email address on file |
| 16028724 | Name on file | Email address on file |
| 16029013 | Name on file | Email address on file |
| 16574530 | Name on file | Email address on file |
| 16574589 | Name on file | Email address on file |
| 16030028 | Name on file | Email address on file |
| 16075674 | Name on file | Email address on file |
| 16027491 | Name on file | Email address on file |
| 16781364 | Name on file | Email address on file |
| 16028343 | Name on file | Email address on file |
| 16028941 | Name on file | Email address on file |
| 16685392 | Name on file | Email address on file |
| 16687171 | Name on file | Email address on file |
| 16028681 | Name on file | Email address on file |
| 16029233 | Name on file | Email address on file |
| 16028641 | Name on file | Email address on file |
| 16129942 | Name on file | Email address on file |
| 16788830 | Name on file | Email address on file |
| 16172444 | Name on file | Email address on file |
| 16028714 | Name on file | Email address on file |
| 16029313 | Name on file | Email address on file |
| 16029117 | Name on file | Email address on file |
| 16178401 | Name on file | Email address on file |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)                         Page 7 of 10

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028989 | Name on file | Email address on file |
| 16028600 | Name on file | Email address on file |
| 16747571 | Name on file | Email address on file |
| 16029153 | Name on file | Email address on file |
| 16578963 | Name on file | Email address on file |
| 16173151 | Name on file | Email address on file |
| 16028336 | Name on file | Email address on file |
| 16172383 | Name on file | Email address on file |
| 16787760 | Name on file | Email address on file |
| 16775302 | Name on file | Email address on file |
| 16753744 | Name on file | Email address on file |
| 16574294 | Name on file | Email address on file |
| 16753736 | Name on file | Email address on file |
| 16171978 | Name on file | Email address on file |
| 16028985 | Name on file | Email address on file |
| 16028733 | Name on file | Email address on file |
| 16686782 | Name on file | Email address on file |
| 16574915 | Name on file | Email address on file |
| 16029362 | Name on file | Email address on file |
| 16744139 | Name on file | Email address on file |
| 16749315 | Name on file | Email address on file |
| 16788741 | Name on file | Email address on file |
| 16774884 | Name on file | Email address on file |
| 16774879 | Name on file | Email address on file |
| 16028660 | Name on file | Email address on file |
| 16029335 | Name on file | Email address on file |
| 16172615 | Name on file | Email address on file |
| 16788895 | Name on file | Email address on file |
| 16028752 | Name on file | Email address on file |
| 16029197 | Name on file | Email address on file |
| 16775254 | Name on file | Email address on file |
| 16573651 | Name on file | Email address on file |
| 16775698 | Name on file | Email address on file |
| 16779129 | Name on file | Email address on file |
| 16028624 | Name on file | Email address on file |
| 16029454 | Name on file | Email address on file |
| 16781541 | Name on file | Email address on file |
| 16785078 | Name on file | Email address on file |
| 16745148 | Name on file | Email address on file |
| 16029446 | Name on file | Email address on file |
| 16749056 | Name on file | Email address on file |

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028628 | Name on file | Email address on file |
| 16029110 | Name on file | Email address on file |
| 16128239 | Name on file | Email address on file |
| 16784682 | Name on file | Email address on file |
| 16028748 | Name on file | Email address on file |
| 16741276 | Name on file | Email address on file |
| 16113100 | Name on file | Email address on file |
| 16128208 | Name on file | Email address on file |
| 16028414 | Name on file | Email address on file |
| 16029125 | Name on file | Email address on file |
| 16113012 | Name on file | Email address on file |
| 16029124 | Name on file | Email address on file |
| 16781363 | Name on file | Email address on file |
| 16788790 | Name on file | Email address on file |
| 16686092 | Name on file | Email address on file |
| 16028530 | Name on file | Email address on file |
| 16747237 | Name on file | Email address on file |
| 16029034 | Name on file | Email address on file |
| 16172975 | Name on file | Email address on file |
| 16785540 | Name on file | Email address on file |
| 16785518 | Translunar Crypto LP | Email address on file |
| 16029171 | Name on file | Email address on file |
| 16029172 | Name on file | Email address on file |
| 16029173 | Name on file | Email address on file |
| 16029174 | Name on file | Email address on file |
| 16747213 | Name on file | Email address on file |
| 16576286 | Name on file | Email address on file |
| 16029185 | Name on file | Email address on file |
| 16029187 | Name on file | Email address on file |
| 16028510 | Name on file | Email address on file |
| 16686128 | Name on file | Email address on file |
| 16787824 | Name on file | Email address on file |
| 16787945 | Name on file | Email address on file |
| 16029065 | Name on file | Email address on file |
| 16028438 | Name on file | Email address on file |
| 16788703 | Name on file | Email address on file |
| 16029143 | Name on file | Email address on file |
| 16028342 | Name on file | Email address on file |
| 16029206 | Name on file | Email address on file |
| 16028467 | Name on file | Email address on file |
| 16029029 | Name on file | Email address on file |

Exhibit S

Class 3 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16029439 | Name on file | Email address on file |
| 16747875 | Name on file | Email address on file |
| 16028940 | Name on file | Email address on file |
| 16028285 | Name on file | Email address on file |
| 16029236 | Name on file | Email address on file |
| 16774202 | Name on file | Email address on file |
| 16029378 | Name on file | Email address on file |
| 16028434 | Name on file | Email address on file |
| 16028587 | Name on file | Email address on file |
| 16788759 | Name on file | Email address on file |
| 16745281 | Name on file | Email address on file |
| 16686496 | Name on file | Email address on file |
| 16172798 | Name on file | Email address on file |
| 16113004 | Name on file | Email address on file |
| 16685342 | Name on file | Email address on file |
| 16028535 | Name on file | Email address on file |
| 16944542 | Name on file | Email address on file |
| 16575416 | Name on file | Email address on file |
| 16029351 | Name on file | Email address on file |
| 16029382 | Name on file | Email address on file |
| 16787400 | Name on file | Email address on file |
| 16028300 | Name on file | Email address on file |
| 16774584 | Name on file | Email address on file |
| 16029273 | Name on file | Email address on file |
| 16686906 | Name on file | Email address on file |
| 16028889 | Name on file | Email address on file |

**Exhibit T**

Exhibit T

Class 3 GGH Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16172780 | Name on file | Email address on file |
| 16574267 | Name on file | Email address on file |
| 16743640 | Name on file | Email address on file |
| 16789770 | Name on file | Email address on file |
| 16748083 | Name on file | Email address on file |
| 16788798 | Name on file | Email address on file |
| 16685683 | Name on file | Email address on file |
| 16082929 | Name on file | Email address on file |
| 16575426 | Name on file | Email address on file |
| 16171967 | Name on file | Email address on file |
| 16785283 | Name on file | Email address on file |
| 16785550 | Name on file | Email address on file |
| 16790363 | Name on file | Email address on file |
| 16172381 | Name on file | Email address on file |
| 16178408 | Name on file | Email address on file |
| 16748573 | Name on file | Email address on file |
| 16172391 | Name on file | Email address on file |
| 16126464 | Name on file | Email address on file |
| 16082153 | Name on file | Email address on file |
| 16747227 | Name on file | Email address on file |
| 16579796 | Name on file | Email address on file |
| 16787620 | Name on file | Email address on file |
| 16574583 | Name on file | Email address on file |
| 16573436 | Name on file | Email address on file |
| 20992224 | Name on file | Email address on file |
| 16575121 | Name on file | Email address on file |
| 22709177 | Name on file | Email address on file |
| 16788903 | Digital Currency Group, Inc | Email address on file |
| 16172776 | Name on file | Email address on file |
| 16747210 | Name on file | Email address on file |
| 16747217 | Name on file | Email address on file |
| 16684191 | Name on file | Email address on file |
| 16075704 | Name on file | Email address on file |
| 22706827 | Name on file | Email address on file |
| 16789784 | Name on file | Email address on file |
| 16573644 | Name on file | Email address on file |
| 16172814 | Name on file | Email address on file |
| 16787624 | Goodwin Procter LLP | Email address on file |
| 16787732 | Name on file | Email address on file |
| 16573682 | Name on file | Email address on file |
| 16573659 | Name on file | Email address on file |
| 16575422 | Name on file | Email address on file |

Exhibit T

Class 3 GGH Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 16576288 | Name on file | Email address on file |
| 16683935 | Name on file | Email address on file |
| 16749171 | Name on file | Email address on file |
| 16574923 | Name on file | Email address on file |
| 16788697 | Name on file | Email address on file |
| 16744743 | Name on file | Email address on file |
| 16172764 | Name on file | Email address on file |
| 16787725 | Name on file | Email address on file |
| 16740596 | Name on file | Email address on file |
| 16686207 | Name on file | Email address on file |
| 16753752 | Name on file | Email address on file |
| 16785391 | Name on file | Email address on file |
| 16785429 | Name on file | Email address on file |
| 16574936 | Name on file | Email address on file |
| 16028798 | Name on file | Email address on file |
| 16749329 | Name on file | Email address on file |
| 16686197 | Name on file | Email address on file |
| 16172414 | Name on file | Email address on file |
| 16578904 | Name on file | Email address on file |
| 16753722 | Name on file | Email address on file |
| 16786265 | Name on file | Email address on file |
| 16748605 | Name on file | Email address on file |
| 16749472 | Name on file | Email address on file |
| 16172970 | Name on file | Email address on file |
| 16172346 | Name on file | Email address on file |
| 16574240 | Name on file | Email address on file |
| 16787380 | Name on file | Email address on file |
| 16787227 | Name on file | Email address on file |
| 16880104 | Name on file | Email address on file |
| 16121734 | Name on file | Email address on file |
| 16121734 | Name on file | Email address on file |
| 16784204 | Name on file | Email address on file |
| 16784240 | Name on file | Email address on file |
| 16178401 | Name on file | Email address on file |
| 16575430 | Name on file | Email address on file |
| 16785262 | Name on file | Email address on file |
| 16172770 | Name on file | Email address on file |
| 16579861 | Name on file | Email address on file |
| 16785379 | Name on file | Email address on file |
| 16127949 | Name on file | Email address on file |
| 16172822 | Name on file | Email address on file |
| 16788757 | Name on file | Email address on file |

Exhibit T

Class 3 GGH Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16775232 | Name on file | Email address on file |
| 16748662 | Name on file | Email address on file |
| 16788927 | Name on file | Email address on file |
| 16573657 | Name on file | Email address on file |
| 16784910 | Name on file | Email address on file |
| 16749247 | Name on file | Email address on file |
| 16684464 | Name on file | Email address on file |
| 16574920 | Name on file | Email address on file |
| 16781354 | Name on file | Email address on file |
| 16788781 | Name on file | Email address on file |
| 16171988 | Name on file | Email address on file |
| 16786239 | Translunar Crypto LP | Email address on file |
| 16747223 | Name on file | Email address on file |
| 16172396 | Name on file | Email address on file |
| 16576282 | Name on file | Email address on file |
| 16749065 | Name on file | Email address on file |
| 16685674 | Name on file | Email address on file |
| 16172339 | Name on file | Email address on file |
| 16749303 | Name on file | Email address on file |
| 16573853 | Name on file | Email address on file |
| 16745069 | Name on file | Email address on file |

**Exhibit U**

Exhibit U

Class 4 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 16128199 | Name on file | Email address on file |
| 16029348 | Name on file | Email address on file |
| 16028368 | Name on file | Email address on file |
| 16128201 | Name on file | Email address on file |
| 16029294 | Name on file | Email address on file |
| 16028635 | Name on file | Email address on file |
| 16788681 | ARK Cryptocurrency Master Fund LLC | Email address on file |
| 16029381 | Name on file | Email address on file |
| 16029390 | Name on file | Email address on file |
| 16685652 | Name on file | Email address on file |
| 16787634 | Name on file | Email address on file |
| 16029150 | Name on file | Email address on file |
| 16028717 | Name on file | Email address on file |
| 16028792 | Name on file | Email address on file |
| 16029154 | Name on file | Email address on file |
| 16788688 | Name on file | Email address on file |
| 16028631 | Name on file | Email address on file |
| 16028502 | Name on file | Email address on file |
| 16788840 | Name on file | Email address on file |
| 16028657 | Name on file | Email address on file |
| 16775255 | Name on file | Email address on file |
| 16029268 | Name on file | Email address on file |
| 16029102 | Name on file | Email address on file |
| 16747759 | Name on file | Email address on file |
| 16028684 | Name on file | Email address on file |
| 16029451 | Name on file | Email address on file |
| 16774580 | Name on file | Email address on file |
| 16774754 | Name on file | Email address on file |
| 16028984 | Name on file | Email address on file |
| 16178408 | Name on file | Email address on file |
| 16788749 | Name on file | Email address on file |
| 16029007 | Name on file | Email address on file |
| 16028775 | Name on file | Email address on file |
| 16029123 | Name on file | Email address on file |
| 16784896 | Name on file | Email address on file |
| 16774128 | Name on file | Email address on file |
| 16749309 | Name on file | Email address on file |
| 16029355 | Name on file | Email address on file |
| 16029445 | Name on file | Email address on file |
| 16172619 | Name on file | Email address on file |
| 16578994 | Name on file | Email address on file |
| 16785316 | Name on file | Email address on file |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Exhibit U

Class 4 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028317 | Name on file | Email address on file |
| 16028991 | Name on file | Email address on file |
| 16028658 | Name on file | Email address on file |
| 16574468 | Name on file | Email address on file |
| 16173260 | Name on file | Email address on file |
| 16028778 | Name on file | Email address on file |
| 16028364 | Name on file | Email address on file |
| 16784355 | Name on file | Email address on file |
| 16028928 | Name on file | Email address on file |
| 16789922 | Name on file | Email address on file |
| 16029038 | Name on file | Email address on file |
| 16686159 | Name on file | Email address on file |
| 16029048 | Name on file | Email address on file |
| 16028937 | Name on file | Email address on file |
| 16029113 | Name on file | Email address on file |
| 16128214 | Name on file | Email address on file |
| 16028448 | Name on file | Email address on file |
| 16575420 | Name on file | Email address on file |
| 16029144 | Name on file | Email address on file |
| 16074390 | Name on file | Email address on file |
| 16028337 | Name on file | Email address on file |
| 16028780 | Name on file | Email address on file |
| 16684438 | Name on file | Email address on file |
| 16028662 | Name on file | Email address on file |
| 16787476 | Name on file | Email address on file |
| 16029039 | Name on file | Email address on file |
| 16573669 | Name on file | Email address on file |
| 16028496 | Name on file | Email address on file |
| 16029145 | Name on file | Email address on file |
| 16028663 | Name on file | Email address on file |
| 16029155 | Name on file | Email address on file |
| 16028781 | Name on file | Email address on file |
| 16029060 | Name on file | Email address on file |
| 16028664 | Name on file | Email address on file |
| 16788727 | Name on file | Email address on file |
| 16773727 | Name on file | Email address on file |
| 16788745 | Name on file | Email address on file |
| 16787539 | Name on file | Email address on file |
| 16028307 | Name on file | Email address on file |
| 16128200 | Name on file | Email address on file |
| 16028877 | Name on file | Email address on file |
| 16029009 | Name on file | Email address on file |

Exhibit U

Class 4 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028540 | Name on file | Email address on file |
| 16028648 | Name on file | Email address on file |
| 16028443 | Name on file | Email address on file |
| 16029044 | Name on file | Email address on file |
| 16028823 | Name on file | Email address on file |
| 16028369 | Name on file | Email address on file |
| 16774260 | Name on file | Email address on file |
| 16128221 | Name on file | Email address on file |
| 16128222 | Name on file | Email address on file |
| 16788834 | Name on file | Email address on file |
| 16128226 | Name on file | Email address on file |
| 16028619 | Name on file | Email address on file |
| 20184973 | Jefferies Leveraged Credit Products, LLC as Transferee of Name on File | Email address on file |
| 16028519 | Name on file | Email address on file |
| 16029299 | Name on file | Email address on file |
| 16686136 | Name on file | Email address on file |
| 16028621 | Name on file | Email address on file |
| 16683942 | Name on file | Email address on file |
| 16028907 | Name on file | Email address on file |
| 16028601 | Name on file | Email address on file |
| 16028731 | Name on file | Email address on file |
| 16744325 | Name on file | Email address on file |
| 16028309 | Name on file | Email address on file |
| 16028711 | Name on file | Email address on file |
| 16749479 | Name on file | Email address on file |
| 16028685 | Name on file | Email address on file |
| 16788802 | Name on file | Email address on file |
| 16029309 | Name on file | Email address on file |
| 16028620 | Name on file | Email address on file |
| 16744724 | Name on file | Email address on file |
| 16028712 | Name on file | Email address on file |
| 16027487 | Name on file | Email address on file |
| 16028602 | Name on file | Email address on file |
| 16028730 | Name on file | Email address on file |
| 16788887 | Name on file | Email address on file |
| 16028494 | Name on file | Email address on file |
| 16028771 | Name on file | Email address on file |
| 16061696 | Name on file | Email address on file |
| 16779156 | Name on file | Email address on file |
| 16784174 | Name on file | Email address on file |
| 16028386 | Name on file | Email address on file |
| 16028606 | Name on file | Email address on file |

Exhibit U

Class 4 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028311 | Name on file | Email address on file |
| 16028755 | Name on file | Email address on file |
| 16028761 | Name on file | Email address on file |
| 16028798 | Name on file | Email address on file |
| 16028947 | Name on file | Email address on file |
| 16028374 | Name on file | Email address on file |
| 16740582 | Name on file | Email address on file |
| 16028732 | Name on file | Email address on file |
| 16787405 | Name on file | Email address on file |
| 16574471 | Name on file | Email address on file |
| 16029328 | Name on file | Email address on file |
| 16684088 | Name on file | Email address on file |
| 16748951 | Name on file | Email address on file |
| 16029055 | Name on file | Email address on file |
| 16172818 | Name on file | Email address on file |
| 16028751 | Name on file | Email address on file |
| 16787512 | Name on file | Email address on file |
| 16028848 | Name on file | Email address on file |
| 16749489 | Name on file | Email address on file |
| 16786076 | Name on file | Email address on file |
| 16784225 | Name on file | Email address on file |
| 16128228 | Name on file | Email address on file |
| 16029051 | Name on file | Email address on file |
| 16128211 | Name on file | Email address on file |
| 16785579 | Name on file | Email address on file |
| 16029194 | Name on file | Email address on file |
| 16028629 | Name on file | Email address on file |
| 16029021 | Name on file | Email address on file |
| 16575109 | Name on file | Email address on file |
| 16029079 | Name on file | Email address on file |
| 16028865 | Name on file | Email address on file |
| 16028870 | Name on file | Email address on file |
| 16028556 | Name on file | Email address on file |
| 16579863 | Name on file | Email address on file |
| 16141166 | Name on file | Email address on file |
| 16028343 | Name on file | Email address on file |
| 16686173 | Name on file | Email address on file |
| 16029056 | Name on file | Email address on file |
| 16028831 | Name on file | Email address on file |
| 16028974 | Name on file | Email address on file |
| 16747653 | Name on file | Email address on file |
| 16028794 | Name on file | Email address on file |

Exhibit U

Class 4 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028814 | Name on file | Email address on file |
| 16029057 | Name on file | Email address on file |
| 16029289 | Name on file | Email address on file |
| 16028948 | Name on file | Email address on file |
| 16028777 | Name on file | Email address on file |
| 16029004 | Name on file | Email address on file |
| 16785347 | Name on file | Email address on file |
| 16028605 | Name on file | Email address on file |
| 16028444 | Name on file | Email address on file |
| 16028656 | Name on file | Email address on file |
| 16684430 | Name on file | Email address on file |
| 16028351 | Name on file | Email address on file |
| 16029024 | Name on file | Email address on file |
| 16774189 | Name on file | Email address on file |
| 16774195 | Name on file | Email address on file |
| 16745098 | Name on file | Email address on file |
| 16028440 | Name on file | Email address on file |
| 16028474 | Name on file | Email address on file |
| 16029043 | Name on file | Email address on file |
| 16028722 | Name on file | Email address on file |
| 16029380 | Name on file | Email address on file |
| 16028534 | Name on file | Email address on file |
| 16749315 | Name on file | Email address on file |
| 16774879 | Name on file | Email address on file |
| 16028988 | Name on file | Email address on file |
| 16029391 | Name on file | Email address on file |
| 16028800 | Name on file | Email address on file |
| 16029290 | Name on file | Email address on file |
| 16029197 | Name on file | Email address on file |
| 16029407 | Name on file | Email address on file |
| 16028390 | Name on file | Email address on file |
| 16028633 | Name on file | Email address on file |
| 16029161 | Name on file | Email address on file |
| 16775698 | Name on file | Email address on file |
| 16028624 | Name on file | Email address on file |
| 16028861 | Name on file | Email address on file |
| 16028653 | Name on file | Email address on file |
| 16749056 | Name on file | Email address on file |
| 16029229 | Name on file | Email address on file |
| 16775655 | Name on file | Email address on file |
| 16029136 | Name on file | Email address on file |
| 16029151 | Name on file | Email address on file |

Exhibit U

Class 4 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 16029025 | Name on file | Email address on file |
| 16028294 | Name on file | Email address on file |
| 16785857 | Translunar Crypto LP | Email address on file |
| 16028719 | Name on file | Email address on file |
| 16029178 | Name on file | Email address on file |
| 16787945 | Name on file | Email address on file |
| 16028835 | Name on file | Email address on file |
| 16685703 | Name on file | Email address on file |
| 16028883 | Name on file | Email address on file |
| 16028432 | Name on file | Email address on file |
| 16029029 | Name on file | Email address on file |
| 16028699 | Name on file | Email address on file |
| 16028979 | Name on file | Email address on file |
| 16578969 | Name on file | Email address on file |
| 16747875 | Name on file | Email address on file |
| 16029228 | Name on file | Email address on file |
| 16128235 | Name on file | Email address on file |
| 16029011 | Name on file | Email address on file |
| 16029237 | Name on file | Email address on file |
| 16028762 | Name on file | Email address on file |
| 16029378 | Name on file | Email address on file |
| 16029242 | Name on file | Email address on file |
| 16685342 | Name on file | Email address on file |
| 16029260 | Name on file | Email address on file |
| 16028471 | Name on file | Email address on file |
| 16028614 | Name on file | Email address on file |
| 16028770 | Name on file | Email address on file |
| 16028843 | Name on file | Email address on file |
| 16088454 | Name on file | Email address on file |
| 16028495 | Name on file | Email address on file |
| 16774584 | Name on file | Email address on file |
| 16029383 | Name on file | Email address on file |
| 16029278 | Name on file | Email address on file |

**Exhibit V**

Exhibit V

Class 5 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16788681 | ARK Cryptocurrency Master Fund LLC | Email address on file |
| 16029381 | Name on file | Email address on file |
| 16775255 | Name on file | Email address on file |
| 16779145 | Name on file | Email address on file |
| 16774580 | Name on file | Email address on file |
| 16784896 | Name on file | Email address on file |
| 16172619 | Name on file | Email address on file |
| 16785316 | Name on file | Email address on file |
| 16028778 | Name on file | Email address on file |
| 16575420 | Name on file | Email address on file |
| 16112986 | Name on file | Email address on file |
| 16028490 | Name on file | Email address on file |
| 16788727 | Name on file | Email address on file |
| 16787539 | Name on file | Email address on file |
| 16028619 | Name on file | Email address on file |
| 16683942 | Name on file | Email address on file |
| 16744724 | Name on file | Email address on file |
| 16027487 | Name on file | Email address on file |
| 16028755 | Name on file | Email address on file |
| 16743735 | Name on file | Email address on file |
| 16574471 | Name on file | Email address on file |
| 16787512 | Name on file | Email address on file |
| 16028848 | Name on file | Email address on file |
| 16786076 | Name on file | Email address on file |
| 16128211 | Name on file | Email address on file |
| 16785579 | Name on file | Email address on file |
| 16028865 | Name on file | Email address on file |
| 16029043 | Name on file | Email address on file |
| 16774879 | Name on file | Email address on file |
| 16028390 | Name on file | Email address on file |
| 16028653 | Name on file | Email address on file |
| 16029151 | Name on file | Email address on file |
| 16788931 | Name on file | Email address on file |
| 16785857 | Translunar Crypto LP | Email address on file |
| 16028699 | Name on file | Email address on file |
| 16028762 | Name on file | Email address on file |
| 16027489 | Name on file | Email address on file |

**Exhibit W**

Exhibit W

Class 6 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 16029283 | Name on file | Email address on file |
| 16787817 | Name on file | Email address on file |
| 16685690 | Name on file | Email address on file |
| 16079928 | Name on file | Email address on file |
| 16788681 | ARK Cryptocurrency Master Fund LLC | Email address on file |
| 16029381 | Name on file | Email address on file |
| 16029384 | Name on file | Email address on file |
| 16028792 | Name on file | Email address on file |
| 16029154 | Name on file | Email address on file |
| 16029425 | Name on file | Email address on file |
| 16775255 | Name on file | Email address on file |
| 16774580 | Name on file | Email address on file |
| 16028316 | Name on file | Email address on file |
| 20336130 | Name on file | Email address on file |
| 16172619 | Name on file | Email address on file |
| 16785316 | Name on file | Email address on file |
| 16028991 | Name on file | Email address on file |
| 16173260 | Name on file | Email address on file |
| 16028778 | Name on file | Email address on file |
| 16787853 | Name on file | Email address on file |
| 16787482 | Name on file | Email address on file |
| 16753734 | Name on file | Email address on file |
| 16028349 | Name on file | Email address on file |
| 16575420 | Name on file | Email address on file |
| 16028478 | Name on file | Email address on file |
| 16779137 | Name on file | Email address on file |
| 16028490 | Name on file | Email address on file |
| 16028501 | Name on file | Email address on file |
| 16788727 | Name on file | Email address on file |
| 16773727 | Name on file | Email address on file |
| 16787539 | Name on file | Email address on file |
| 16029009 | Name on file | Email address on file |
| 16028804 | Name on file | Email address on file |
| 16028287 | Name on file | Email address on file |
| 16028619 | Name on file | Email address on file |
| 16683942 | Name on file | Email address on file |
| 16028716 | Name on file | Email address on file |
| 16744724 | Name on file | Email address on file |
| 16128236 | Name on file | Email address on file |
| 16028755 | Name on file | Email address on file |
| 16028679 | Name on file | Email address on file |

Exhibit W

Class 6 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16029302 | Name on file | Email address on file |
| 16029147 | Name on file | Email address on file |
| 16574471 | Name on file | Email address on file |
| 16028603 | Name on file | Email address on file |
| 16028807 | Name on file | Email address on file |
| 16028848 | Name on file | Email address on file |
| 16749489 | Name on file | Email address on file |
| 16784903 | Name on file | Email address on file |
| 16572278 | Name on file | Email address on file |
| 16028867 | Name on file | Email address on file |
| 16128211 | Name on file | Email address on file |
| 16029021 | Name on file | Email address on file |
| 16028885 | Name on file | Email address on file |
| 16028604 | Name on file | Email address on file |
| 16028830 | Name on file | Email address on file |
| 16030028 | Name on file | Email address on file |
| 16128233 | Name on file | Email address on file |
| 16028960 | Name on file | Email address on file |
| 16029056 | Name on file | Email address on file |
| 16075710 | Name on file | Email address on file |
| 16028794 | Name on file | Email address on file |
| 16788669 | Name on file | Email address on file |
| 16028733 | Name on file | Email address on file |
| 16788741 | Name on file | Email address on file |
| 16774879 | Name on file | Email address on file |
| 16029385 | Name on file | Email address on file |
| 16775698 | Name on file | Email address on file |
| 16028653 | Name on file | Email address on file |
| 16785078 | Name on file | Email address on file |
| 16172760 | Name on file | Email address on file |
| 16749247 | Name on file | Email address on file |
| 16029127 | Name on file | Email address on file |
| 16743662 | Name on file | Email address on file |
| 16029139 | Name on file | Email address on file |
| 16029151 | Name on file | Email address on file |
| 16788931 | Name on file | Email address on file |
| 16029269 | Name on file | Email address on file |
| 16029180 | Name on file | Email address on file |
| 16788621 | Name on file | Email address on file |
| 16028634 | Name on file | Email address on file |
| 16779118 | Name on file | Email address on file |

Exhibit W

Class 6 GGC Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16028699 | Name on file | Email address on file |
| 16029221 | Name on file | Email address on file |
| 16029011 | Name on file | Email address on file |
| 16685342 | Name on file | Email address on file |
| 16029214 | Name on file | Email address on file |
| 16029270 | Name on file | Email address on file |
| 16027489 | Name on file | Email address on file |

**Exhibit X**

Exhibit X

Impaired Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 16926658 | Arizona Corporation Commission | Email address on file |
| 16029475 | DIGITAL CURRENCY GROUP | Email address on file |
| 16028412 | DIGITAL CURRENCY GROUP, INC | Email address on file |
| 16788903 | Digital Currency Group, Inc | Email address on file |
| 16788903 | Digital Currency Group, Inc | Email address on file |
| 13113607 | Digital Currency Group, Inc. | Email address on file |
| 16788854 | Digital Currency Group, Inc. | Email address on file |
| 16788854 | Digital Currency Group, Inc. | Email address on file |
| 19383433 | Georgia Secretary of State Securities and Charities Division | Email address on file |
| 19383441 | Georgia Secretary of State Securities and Charities Division | Email address on file |
| 19383489 | Iowa Insurance Division | Email address on file |
| 19383483 | Iowa Insurance Division | Email address on file |
| 19383437 | North Carolina Department of the Secretary of State | Email address on file |
| 19383439 | North Carolina Department of the Secretary of State | Email address on file |
| 19383475 | South Dakota Division of Insurance | Email address on file |
| 19383481 | South Dakota Division of Insurance | Email address on file |
| 19382144 | State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | Email address on file |
| 19382275 | State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | Email address on file |
| 19382273 | State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | Email address on file |
| 19379277 | State of New York Office of the Attorney General, Division of Economic Justice | Email address on file |
| 19379301 | State of New York Office of the Attorney General, Division of Economic Justice | Email address on file |
| 19379327 | State of New York Office of the Attorney General, Division of Economic Justice | Email address on file |
| 16947106 | Texas Department of Banking | Email address on file |
| 16947106 | Texas Department of Banking | Email address on file |
| 16947106 | Texas Department of Banking | Email address on file |
| 19362303 | Texas State Securities Board | Email address on file |
| 19362133 | Texas State Securities Boared | Email address on file |
| 19382269 | The New Jersey Bureau of Securities | Email address on file |
| 19382265 | The New Jersey Bureau of Securities | Email address on file |
| 19382261 | The New Jersey Bureau of Securities | Email address on file |
| 19379056 | U.S. Securities and Exchange Commission | Email address on file |
| 19379112 | U.S. Securities and Exchange Commission | Email address on file |
| 19379133 | U.S. Securities and Exchange Commission | Email address on file |

**Exhibit Y**

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12245185 | Name on file | Email address on file |
| 12171209 | Name on file | Email address on file |
| 12047489 | Name on file | Email address on file |
| 12047490 | Name on file | Email address on file |
| 12868362 | Name on file | Email address on file |
| 12047430 | Name on file | Email address on file |
| 12047491 | Name on file | Email address on file |
| 12047492 | Name on file | Email address on file |
| 12047493 | Name on file | Email address on file |
| 12047494 | Name on file | Email address on file |
| 12047495 | Name on file | Email address on file |
| 12047496 | Name on file | Email address on file |
| 18168836 | Name on file | Email address on file |
| 12963480 | Name on file | Email address on file |
| 17114878 | Name on file | Email address on file |
| 12047503 | Name on file | Email address on file |
| 15555194 | Name on file | Email address on file |
| 12047036 | Name on file | Email address on file |
| 12873388 | Ad Hoc Group of Genesis Lenders | Email address on file |
| 12873503 | Ad Hoc Group of Genesis Lenders | Email address on file |
| 15467658 | Ad Hoc Group of Genesis Lenders | Email address on file |
| 12875492 | Ad Hoc Group of Genesis Lenders | Email address on file |
| 16304325 | Ad Hoc Group of Genesis Lenders | Email address on file |
| 12647650 | Name on file | Email address on file |
| 12242134 | Name on file | Email address on file |
| 12047517 | Name on file | Email address on file |
| 12047518 | Name on file | Email address on file |
| 12649421 | Name on file | Email address on file |
| 15555299 | Name on file | Email address on file |
| 16304340 | Name on file | Email address on file |
| 12046227 | AIA | Email address on file |
| 12046226 | AIA | Email address on file |
| 12047521 | Name on file | Email address on file |
| 12047522 | Name on file | Email address on file |
| 12047524 | Name on file | Email address on file |
| 12047525 | Name on file | Email address on file |
| 12875849 | Alameda Research LLC on behalf of all FTX Debtors | Email address on file |
| 12872416 | Alameda Research LLC on behalf of all FTX Debtors | Email address on file |
| 12872454 | Alameda Research LLC on behalf of all FTX Debtors | Email address on file |
| 20475129 | Name on file | Email address on file |
| 12047526 | Name on file | Email address on file |
| 20475055 | Name on file | Email address on file |
| 12047527 | Name on file | Email address on file |
| 12872559 | Alameda Research Ltd. on behalf of all FTX Debtors | Email address on file |
| 12872629 | Alameda Research Ltd. on behalf of all FTX Debtors | Email address on file |
| 12046710 | Name on file | Email address on file |
| 12047033 | Name on file | Email address on file |
| 12171228 | Name on file | Email address on file |
| 12047501 | Name on file | Email address on file |
| 12872497 | Name on file | Email address on file |
| 12047542 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047543 | Name on file | Email address on file |
| 12966997 | Name on file | Email address on file |
| 12242135 | Name on file | Email address on file |
| 12879011 | Name on file | Email address on file |
| 12047547 | Name on file | Email address on file |
| 12104320 | Name on file | Email address on file |
| 20624952 | Allen & Overy LLP | david.esseks@allenovery.com |
| 12047549 | Name on file | Email address on file |
| 12946950 | Name on file | Email address on file |
| 12046815 | Name on file | Email address on file |
| 12242136 | Name on file | Email address on file |
| 12871811 | Name on file | Email address on file |
| 12047550 | Name on file | Email address on file |
| 12047551 | Name on file | Email address on file |
| 12047552 | Name on file | Email address on file |
| 12047553 | Name on file | Email address on file |
| 12191569 | Name on file | Email address on file |
| 12047554 | Name on file | Email address on file |
| 12047555 | Name on file | Email address on file |
| 20624951 | Alston & Bird LLP | Joanna.hendon@gmail.com |
| 11841979 | Name on file | Email address on file |
| 12047556 | Name on file | Email address on file |
| 12047558 | Name on file | Email address on file |
| 12242137 | Name on file | Email address on file |
| 12171250 | Name on file | Email address on file |
| 12046491 | Name on file | Email address on file |
| 12047559 | Name on file | Email address on file |
| 12047560 | Name on file | Email address on file |
| 18315846 | Name on file | Email address on file |
| 18235996 | Name on file | Email address on file |
| 12046230 | Name on file | Email address on file |
| 12047563 | Name on file | Email address on file |
| 12047564 | Name on file | Email address on file |
| 12047565 | ANCHORAGE LENDING CA, LLC | Email address on file |
| 12822483 | Name on file | Email address on file |
| 12242138 | Name on file | Email address on file |
| 12835426 | Name on file | Email address on file |
| 12875024 | Name on file | Email address on file |
| 12764482 | Name on file | Email address on file |
| 12171211 | Name on file | Email address on file |
| 12046731 | Name on file | Email address on file |
| 12046828 | Name on file | Email address on file |
| 12047575 | Name on file | Email address on file |
| 12891877 | Name on file | Email address on file |
| 12892052 | Name on file | Email address on file |
| 12047504 | Name on file | Email address on file |
| 12046772 | Name on file | Email address on file |
| 13041742 | Aon Consulting, Inc. | Email address on file |
| 12108373 | Name on file | Email address on file |
| 12047576 | Name on file | Email address on file |
| 12047577 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047137 | Name on file | Email address on file |
| 12762898 | Name on file | Email address on file |
| 12047578 | Name on file | Email address on file |
| 12047579 | Name on file | Email address on file |
| 12104292 | Name on file | Email address on file |
| 12047072 | Name on file | Email address on file |
| 12046554 | Name on file | Email address on file |
| 12047580 | Name on file | Email address on file |
| 12856670 | Name on file | Email address on file |
| 20646381 | Name on file | Email address on file |
| 12047197 | Name on file | Email address on file |
| 12871639 | Name on file | Email address on file |
| 12047583 | Name on file | Email address on file |
| 13052704 | Arizona Corporation Commission | Email address on file |
| 12875807 | ARK Cryptocurrency Master Fund LLC | Email address on file |
| 12047584 | Name on file | Email address on file |
| 12873437 | ARK Cryptocurrency Master Fund LLC | Email address on file |
| 12828327 | Name on file | Email address on file |
| 12047586 | Name on file | Email address on file |
| 12047587 | Name on file | Email address on file |
| 12047588 | Name on file | Email address on file |
| 12047589 | Name on file | Email address on file |
| 12047568 | Name on file | Email address on file |
| 12046911 | Name on file | Email address on file |
| 12946761 | Name on file | Email address on file |
| 12047591 | Name on file | Email address on file |
| 12047593 | Name on file | Email address on file |
| 12171204 | Name on file | Email address on file |
| 12148643 | Name on file | Email address on file |
| 12242139 | Name on file | Email address on file |
| 12047596 | Name on file | Email address on file |
| 12047598 | Name on file | Email address on file |
| 12242140 | Name on file | Email address on file |
| 12046829 | Name on file | Email address on file |
| 12047600 | Name on file | Email address on file |
| 12047486 | Name on file | Email address on file |
| 18236218 | Name on file | Email address on file |
| 12047487 | Name on file | Email address on file |
| 12046233 | AXIS CAPITAL | Email address on file |
| 12046234 | AXIS CAPITAL | Email address on file |
| 12047602 | Name on file | Email address on file |
| 12046995 | Name on file | Email address on file |
| 12047604 | Name on file | Email address on file |
| 20621560 | Name on file | Email address on file |
| 15419260 | Name on file | Email address on file |
| 13069398 | Name on file | Email address on file |
| 12965497 | Name on file | Email address on file |
| 12046779 | Name on file | Email address on file |
| 12873585 | Name on file | Email address on file |
| 12856882 | Name on file | Email address on file |
| 20620649 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12762845 | Name on file | Email address on file |
| 12047153 | Name on file | Email address on file |
| 12046933 | Name on file | Email address on file |
| 12047606 | Name on file | Email address on file |
| 12872596 | Name on file | Email address on file |
| 12047608 | Name on file | Email address on file |
| 12242141 | Name on file | Email address on file |
| 12890111 | Name on file | Email address on file |
| 12242142 | Name on file | Email address on file |
| 12046807 | Name on file | Email address on file |
| 12047535 | Name on file | Email address on file |
| 12046767 | Name on file | Email address on file |
| 12244515 | Name on file | Email address on file |
| 12819048 | Name on file | Email address on file |
| 12825866 | Name on file | Email address on file |
| 12046879 | Name on file | Email address on file |
| 12872273 | Name on file | Email address on file |
| 12762888 | Name on file | Email address on file |
| 12046727 | Name on file | Email address on file |
| 12872584 | Name on file | Email address on file |
| 12047305 | Name on file | Email address on file |
| 12047214 | Name on file | Email address on file |
| 20641209 | Name on file | Email address on file |
| 12046858 | Name on file | Email address on file |
| 12864505 | Name on file | Email address on file |
| 12047612 | Name on file | Email address on file |
| 12047613 | Name on file | Email address on file |
| 20620274 | Name on file | Email address on file |
| 12046934 | Name on file | Email address on file |
| 12047309 | Name on file | Email address on file |
| 13069382 | Name on file | Email address on file |
| 15550172 | Name on file | Email address on file |
| 20475117 | Name on file | Email address on file |
| 12047653 | Name on file | Email address on file |
| 12873446 | Name on file | Email address on file |
| 12242143 | Name on file | Email address on file |
| 18163865 | Name on file | Email address on file |
| 20475093 | Name on file | Email address on file |
| 12872602 | Name on file | Email address on file |
| 12878699 | Name on file | Email address on file |
| 12047533 | Name on file | Email address on file |
| 12047619 | Name on file | Email address on file |
| 18334887 | Name on file | Email address on file |
| 18946002 | Name on file | Email address on file |
| 12242144 | Name on file | Email address on file |
| 12868296 | Name on file | Email address on file |
| 12873492 | Name on file | Email address on file |
| 12954947 | Name on file | Email address on file |
| 12242145 | Name on file | Email address on file |
| 12107722 | Name on file | Email address on file |
| 12651078 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046661 | Name on file | Email address on file |
| 12046712 | Name on file | Email address on file |
| 18140051 | Name on file | Email address on file |
| 15556912 | Name on file | Email address on file |
| 15481242 | Name on file | Email address on file |
| 12046768 | Name on file | Email address on file |
| 12819909 | Name on file | Email address on file |
| 12047359 | Name on file | Email address on file |
| 12047622 | Name on file | Email address on file |
| 12047623 | Name on file | Email address on file |
| 12046626 | Name on file | Email address on file |
| 12242146 | Name on file | Email address on file |
| 12872513 | Name on file | Email address on file |
| 12047209 | Name on file | Email address on file |
| 12987133 | Name on file | Email address on file |
| 12046498 | Name on file | Email address on file |
| 13088582 | Name on file | Email address on file |
| 18173488 | Name on file | Email address on file |
| 12047624 | Name on file | Email address on file |
| 12046503 | Name on file | Email address on file |
| 12873638 | Name on file | Email address on file |
| 12046794 | Name on file | Email address on file |
| 12047625 | Name on file | Email address on file |
| 12046861 | Name on file | Email address on file |
| 12244717 | Name on file | Email address on file |
| 12046671 | Name on file | Email address on file |
| 12242147 | Name on file | Email address on file |
| 12171215 | Name on file | Email address on file |
| 12171196 | BITGO | Email address on file |
| 12047626 | Name on file | Email address on file |
| 12047627 | Name on file | Email address on file |
| 12047628 | Name on file | Email address on file |
| 12171216 | Name on file | Email address on file |
| 12047629 | Name on file | Email address on file |
| 12047630 | Name on file | Email address on file |
| 12047631 | Name on file | Email address on file |
| 12047632 | Name on file | Email address on file |
| 12047633 | Name on file | Email address on file |
| 12047634 | Name on file | Email address on file |
| 12979618 | Name on file | Email address on file |
| 12890110 | Name on file | Email address on file |
| 12873513 | Name on file | Email address on file |
| 12873431 | Name on file | Email address on file |
| 12872475 | Name on file | Email address on file |
| 12243900 | Name on file | Email address on file |
| 12047635 | Name on file | Email address on file |
| 12047636 | Name on file | Email address on file |
| 12047637 | Name on file | Email address on file |
| 12047638 | Name on file | Email address on file |
| 12047639 | Name on file | Email address on file |
| 12047640 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047641 | Name on file | Email address on file |
| 12047642 | Name on file | Email address on file |
| 12047643 | Name on file | Email address on file |
| 12047644 | Name on file | Email address on file |
| 18951807 | Name on file | Email address on file |
| 12047645 | Name on file | Email address on file |
| 12047018 | Name on file | Email address on file |
| 12171241 | Name on file | Email address on file |
| 12047570 | Name on file | Email address on file |
| 12857865 | Name on file | Email address on file |
| 13093566 | Name on file | Email address on file |
| 12047423 | Name on file | Email address on file |
| 12242148 | Name on file | Email address on file |
| 12047097 | Name on file | Email address on file |
| 12242149 | Name on file | Email address on file |
| 12856960 | Name on file | Email address on file |
| 12871803 | Name on file | Email address on file |
| 12856981 | Name on file | Email address on file |
| 12046693 | Name on file | Email address on file |
| 12862086 | Name on file | Email address on file |
| 12862079 | Name on file | Email address on file |
| 12047646 | Name on file | Email address on file |
| 12242150 | Name on file | Email address on file |
| 20474938 | Name on file | Email address on file |
| 18178074 | Name on file | Email address on file |
| 20475389 | Name on file | Email address on file |
| 19033567 | Name on file | Email address on file |
| 12046523 | Name on file | Email address on file |
| 17115907 | Name on file | Email address on file |
| 12046394 | Name on file | Email address on file |
| 12047354 | Name on file | Email address on file |
| 20620266 | Name on file | Email address on file |
| 12047647 | Name on file | Email address on file |
| 13119689 | Name on file | Email address on file |
| 19170461 | Name on file | Email address on file |
| 18140064 | Name on file | Email address on file |
| 12046416 | Name on file | Email address on file |
| 12047255 | Name on file | Email address on file |
| 18239287 | Name on file | Email address on file |
| 12760689 | Name on file | Email address on file |
| 12047654 | Name on file | Email address on file |
| 12827845 | Name on file | Email address on file |
| 12868777 | Name on file | Email address on file |
| 15468585 | Name on file | Email address on file |
| 12171212 | Name on file | Email address on file |
| 12046945 | Name on file | Email address on file |
| 15535900 | Name on file | Email address on file |
| 12047660 | Name on file | Email address on file |
| 12873617 | Name on file | Email address on file |
| 17114949 | Name on file | Email address on file |
| 12242151 | Name on file | Email address on file |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12872533 | Name on file | Email address on file |
| 13052730 | Name on file | Email address on file |
| 12115741 | Name on file | Email address on file |
| 12115852 | Name on file | Email address on file |
| 12873448 | Name on file | Email address on file |
| 12046823 | Name on file | Email address on file |
| 12898458 | Name on file | Email address on file |
| 12047663 | Name on file | Email address on file |
| 12946612 | Name on file | Email address on file |
| 12967160 | Name on file | Email address on file |
| 12988763 | Name on file | Email address on file |
| 12047664 | Name on file | Email address on file |
| 12046440 | Name on file | Email address on file |
| 12046816 | Name on file | Email address on file |
| 12856968 | Name on file | Email address on file |
| 12242152 | Name on file | Email address on file |
| 12873635 | Name on file | Email address on file |
| 13068783 | Name on file | Email address on file |
| 12648513 | Name on file | Email address on file |
| 12046935 | Name on file | Email address on file |
| 12857193 | Name on file | Email address on file |
| 18301601 | Name on file | Email address on file |
| 18974585 | Name on file | Email address on file |
| 12869037 | Name on file | Email address on file |
| 12869183 | Name on file | Email address on file |
| 12869636 | Name on file | Email address on file |
| 12869658 | Name on file | Email address on file |
| 12885482 | Name on file | Email address on file |
| 12885484 | Name on file | Email address on file |
| 12885528 | Name on file | Email address on file |
| 12885565 | Name on file | Email address on file |
| 12970160 | Name on file | Email address on file |
| 12970172 | Name on file | Email address on file |
| 12970181 | Name on file | Email address on file |
| 12970198 | Name on file | Email address on file |
| 12047131 | Name on file | Email address on file |
| 12047331 | Name on file | Email address on file |
| 12047403 | Name on file | Email address on file |
| 12046962 | Name on file | Email address on file |
| 12046808 | Name on file | Email address on file |
| 12047621 | Name on file | Email address on file |
| 12875864 | Name on file | Email address on file |
| 12244603 | Name on file | Email address on file |
| 12047665 | Name on file | Email address on file |
| 12047666 | Name on file | Email address on file |
| 12171217 | Name on file | Email address on file |
| 12047669 | Name on file | Email address on file |
| 18943637 | Name on file | Email address on file |
| 19024980 | Name on file | Email address on file |
| 12046392 | Name on file | Email address on file |
| 12245216 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 19034851 | Name on file | Email address on file |
| 12244682 | Name on file | Email address on file |
| 20637367 | Name on file | Email address on file |
| 12251717 | Name on file | Email address on file |
| 12046393 | Name on file | Email address on file |
| 12644100 | Name on file | Email address on file |
| 13087286 | Name on file | Email address on file |
| 20634852 | Name on file | Email address on file |
| 12046599 | Name on file | Email address on file |
| 12873526 | Name on file | Email address on file |
| 20620644 | Name on file | Email address on file |
| 12047154 | Name on file | Email address on file |
| 12046917 | Name on file | Email address on file |
| 12047277 | Name on file | Email address on file |
| 12046397 | Name on file | Email address on file |
| 12829062 | Name on file | Email address on file |
| 15466854 | Name on file | Email address on file |
| 12047245 | Name on file | Email address on file |
| 12872622 | Name on file | Email address on file |
| 20634316 | Name on file | Email address on file |
| 12046606 | Name on file | Email address on file |
| 12046399 | Name on file | Email address on file |
| 20475483 | Name on file | Email address on file |
| 12046401 | Name on file | Email address on file |
| 12047571 | Name on file | Email address on file |
| 12046402 | Name on file | Email address on file |
| 12244617 | Name on file | Email address on file |
| 12245847 | Name on file | Email address on file |
| 12046403 | Name on file | Email address on file |
| 12244631 | Name on file | Email address on file |
| 12046404 | Name on file | Email address on file |
| 12191612 | Name on file | Email address on file |
| 12868335 | Name on file | Email address on file |
| 12872617 | Name on file | Email address on file |
| 12245686 | Name on file | Email address on file |
| 12644099 | Name on file | Email address on file |
| 19012024 | Name on file | Email address on file |
| 12046405 | Name on file | Email address on file |
| 12858521 | Name on file | Email address on file |
| 12046504 | Name on file | Email address on file |
| 12242153 | Name on file | Email address on file |
| 12046242 | Name on file | Email address on file |
| 12046910 | Name on file | Email address on file |
| 12856348 | Name on file | Email address on file |
| 12047497 | Name on file | Email address on file |
| 12174012 | Name on file | Email address on file |
| 12174026 | Name on file | Email address on file |
| 12979612 | Name on file | Email address on file |
| 12760926 | Name on file | Email address on file |
| 12760962 | Name on file | Email address on file |
| 12046411 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046412 | Name on file | Email address on file |
| 16879083 | Name on file | Email address on file |
| 16172822 | Name on file | Email address on file |
| 13091783 | Name on file | Email address on file |
| 12168471 | Name on file | Email address on file |
| 12046774 | Name on file | Email address on file |
| 12047529 | Name on file | Email address on file |
| 12991255 | Name on file | Email address on file |
| 12047141 | Name on file | Email address on file |
| 19175500 | Name on file | Email address on file |
| 20624982 | Cherokee Debt Acquisition, LLC as Transferee of Name on File | Email address on file |
| 12047180 | Name on file | Email address on file |
| 12915994 | Name on file | Email address on file |
| 12106832 | Name on file | Email address on file |
| 18339333 | Name on file | Email address on file |
| 18339355 | Name on file | Email address on file |
| 12827079 | Name on file | Email address on file |
| 12046845 | Name on file | Email address on file |
| 12830153 | Name on file | Email address on file |
| 12047367 | Name on file | Email address on file |
| 13041813 | Name on file | Email address on file |
| 12873643 | Name on file | Email address on file |
| 12047566 | Name on file | Email address on file |
| 15419048 | Name on file | Email address on file |
| 13023712 | Name on file | Email address on file |
| 12046744 | Name on file | Email address on file |
| 12046882 | Name on file | Email address on file |
| 12046425 | Name on file | Email address on file |
| 12046745 | Name on file | Email address on file |
| 20644082 | Name on file | Email address on file |
| 18269016 | Name on file | Email address on file |
| 12242154 | Name on file | Email address on file |
| 12046499 | Name on file | Email address on file |
| 12046434 | Name on file | Email address on file |
| 12046435 | CIRCLE INTERNATIONAL BERMUDA LIMITED | Email address on file |
| 12046436 | Name on file | Email address on file |
| 12046437 | Name on file | Email address on file |
| 12046438 | Name on file | Email address on file |
| 12246390 | Name on file | Email address on file |
| 12242155 | Name on file | Email address on file |
| 12046441 | Name on file | Email address on file |
| 15600695 | Name on file | Email address on file |
| 19176550 | Name on file | Email address on file |
| 12046442 | Name on file | Email address on file |
| 12242156 | Name on file | Email address on file |
| 12046443 | Name on file | Email address on file |
| 12046471 | Name on file | Email address on file |
| 12046444 | Name on file | Email address on file |
| 12047389 | Name on file | Email address on file |
| 12046445 | Name on file | Email address on file |
| 12046446 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046447 | Name on file | Email address on file |
| 12046448 | Name on file | Email address on file |
| 12999034 | Name on file | Email address on file |
| 12047163 | Name on file | Email address on file |
| 12891749 | Name on file | Email address on file |
| 12047658 | Name on file | Email address on file |
| 12046817 | Name on file | Email address on file |
| 12872465 | Name on file | Email address on file |
| 18160261 | Name on file | Email address on file |
| 12046449 | Name on file | Email address on file |
| 12046450 | Name on file | Email address on file |
| 12046451 | Name on file | Email address on file |
| 12046452 | Name on file | Email address on file |
| 12171219 | Name on file | Email address on file |
| 12046454 | Name on file | Email address on file |
| 12046455 | Name on file | Email address on file |
| 12244975 | Name on file | Email address on file |
| 12046456 | Name on file | Email address on file |
| 12046457 | Name on file | Email address on file |
| 12046426 | Name on file | Email address on file |
| 12046500 | Name on file | Email address on file |
| 12655081 | Name on file | Email address on file |
| 12932060 | Name on file | Email address on file |
| 12656264 | Name on file | Email address on file |
| 12046791 | Name on file | Email address on file |
| 12046792 | Name on file | Email address on file |
| 12868825 | Name on file | Email address on file |
| 12046763 | Name on file | Email address on file |
| 12646670 | Name on file | Email address on file |
| 12046460 | Name on file | Email address on file |
| 12242157 | Name on file | Email address on file |
| 12046439 | Name on file | Email address on file |
| 18947820 | Name on file | Email address on file |
| 12046462 | Name on file | Email address on file |
| 12047138 | Name on file | Email address on file |
| 12873771 | Name on file | Email address on file |
| 12873848 | Name on file | Email address on file |
| 12242158 | Name on file | Email address on file |
| 12046795 | Name on file | Email address on file |
| 12046463 | Name on file | Email address on file |
| 12047015 | Name on file | Email address on file |
| 18951812 | Name on file | Email address on file |
| 17114865 | Name on file | Email address on file |
| 12872255 | Name on file | Email address on file |
| 12649861 | Name on file | Email address on file |
| 12046467 | Name on file | Email address on file |
| 12649445 | Name on file | Email address on file |
| 12046433 | Name on file | Email address on file |
| 12046468 | Name on file | Email address on file |
| 12046469 | Name on file | Email address on file |
| 12046470 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046476 | Name on file | Email address on file |
| 12046477 | Name on file | Email address on file |
| 12649713 | Name on file | Email address on file |
| 13023644 | Name on file | Email address on file |
| 12046479 | Name on file | Email address on file |
| 12047668 | Name on file | Email address on file |
| 12046586 | Name on file | Email address on file |
| 12246202 | Name on file | Email address on file |
| 15550267 | Name on file | Email address on file |
| 15600539 | Name on file | Email address on file |
| 12928217 | Name on file | Email address on file |
| 12046480 | Name on file | Email address on file |
| 12046481 | Name on file | Email address on file |
| 12833236 | Name on file | Email address on file |
| 12823899 | Name on file | Email address on file |
| 12046482 | Name on file | Email address on file |
| 12046920 | Name on file | Email address on file |
| 12242159 | Name on file | Email address on file |
| 15559019 | Name on file | Email address on file |
| 12046483 | Name on file | Email address on file |
| 19033522 | Name on file | Email address on file |
| 12242160 | Name on file | Email address on file |
| 12242161 | Name on file | Email address on file |
| 19155769 | Name on file | Email address on file |
| 12046486 | Name on file | Email address on file |
| 12046487 | Name on file | Email address on file |
| 12046488 | Name on file | Email address on file |
| 12244638 | Name on file | Email address on file |
| 12244690 | Name on file | Email address on file |
| 12885479 | Name on file | Email address on file |
| 12245822 | Name on file | Email address on file |
| 12245835 | Name on file | Email address on file |
| 13007881 | Name on file | Email address on file |
| 13007894 | Name on file | Email address on file |
| 13008177 | Name on file | Email address on file |
| 12891958 | Name on file | Email address on file |
| 20475362 | Name on file | Email address on file |
| 12242162 | Name on file | Email address on file |
| 13119809 | Name on file | Email address on file |
| 12047173 | Name on file | Email address on file |
| 12867662 | Name on file | Email address on file |
| 12046964 | Name on file | Email address on file |
| 12242163 | Name on file | Email address on file |
| 12047616 | Name on file | Email address on file |
| 15550308 | Name on file | Email address on file |
| 18315853 | Name on file | Email address on file |
| 12648123 | Name on file | Email address on file |
| 12047074 | Name on file | Email address on file |
| 12242164 | Name on file | Email address on file |
| 19032676 | Name on file | Email address on file |
| 12046515 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12873692 | Name on file | Email address on file |
| 18300936 | Name on file | Email address on file |
| 12046803 | Name on file | Email address on file |
| 12875266 | Name on file | Email address on file |
| 15552735 | Name on file | Email address on file |
| 12046516 | Name on file | Email address on file |
| 12046948 | Name on file | Email address on file |
| 19025168 | Name on file | Email address on file |
| 12925011 | Name on file | Email address on file |
| 12047185 | Name on file | Email address on file |
| 12946669 | Name on file | Email address on file |
| 12046517 | Name on file | Email address on file |
| 12046518 | Name on file | Email address on file |
| 12046519 | Name on file | Email address on file |
| 12763588 | Name on file | Email address on file |
| 12046520 | Name on file | Email address on file |
| 12872336 | Name on file | Email address on file |
| 12872436 | Name on file | Email address on file |
| 12872541 | Name on file | Email address on file |
| 12875754 | Name on file | Email address on file |
| 12875847 | Name on file | Email address on file |
| 12875871 | Name on file | Email address on file |
| 13083047 | Name on file | Email address on file |
| 12872442 | Name on file | Email address on file |
| 15470737 | Name on file | Email address on file |
| 12047195 | Name on file | Email address on file |
| 12046521 | Name on file | Email address on file |
| 18937788 | Name on file | Email address on file |
| 18878125 | Name on file | Email address on file |
| 12650622 | Name on file | Email address on file |
| 12046427 | Name on file | Email address on file |
| 20648464 | Name on file | Email address on file |
| 20650631 | Name on file | Email address on file |
| 12107322 | Department of Treasury- Internal Revenue Service | Email address on file |
| 12949621 | Name on file | Email address on file |
| 20622077 | Name on file | Email address on file |
| 12856872 | Name on file | Email address on file |
| 12870312 | Name on file | Email address on file |
| 12871888 | Name on file | Email address on file |
| 13119346 | Name on file | Email address on file |
| 18181336 | Name on file | Email address on file |
| 12046524 | Name on file | Email address on file |
| 12191638 | Name on file | Email address on file |
| 12046525 | Name on file | Email address on file |
| 12191639 | Name on file | Email address on file |
| 12868545 | Name on file | Email address on file |
| 12046526 | Name on file | Email address on file |
| 12046527 | Name on file | Email address on file |
| 12046258 | Name on file | Email address on file |
| 12242165 | Name on file | Email address on file |
| 12046528 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047386 | Name on file | Email address on file |
| 20646970 | Name on file | Email address on file |
| 20646972 | Name on file | Email address on file |
| 12046529 | Name on file | Email address on file |
| 12046530 | Name on file | Email address on file |
| 12046532 | Name on file | Email address on file |
| 12046533 | Name on file | Email address on file |
| 12046534 | Name on file | Email address on file |
| 12046535 | DIGITAL CURRENCY GROUP | Email address on file |
| 12046536 | Name on file | Email address on file |
| 12885474 | Digital Currency Group, Inc | Email address on file |
| 12873718 | Digital Currency Group, Inc | Email address on file |
| 12875534 | Digital Currency Group, Inc. | Email address on file |
| 12873656 | Digital Currency Group, Inc. | Email address on file |
| 12046537 | Name on file | Email address on file |
| 12171222 | Name on file | Email address on file |
| 12872073 | Name on file | Email address on file |
| 12885744 | Name on file | Email address on file |
| 12242166 | Name on file | Email address on file |
| 18974578 | Name on file | Email address on file |
| 12245177 | Name on file | Email address on file |
| 12245181 | Name on file | Email address on file |
| 12245187 | Name on file | Email address on file |
| 18334214 | Name on file | Email address on file |
| 12902300 | Name on file | Email address on file |
| 19170452 | Name on file | Email address on file |
| 18959552 | Name on file | Email address on file |
| 18950260 | Name on file | Email address on file |
| 12899990 | Name on file | Email address on file |
| 13003621 | Name on file | Email address on file |
| 12047174 | Name on file | Email address on file |
| 12046539 | Name on file | Email address on file |
| 20644049 | Name on file | Email address on file |
| 12873750 | Name on file | Email address on file |
| 12046784 | Name on file | Email address on file |
| 12046540 | Name on file | Email address on file |
| 12046541 | Name on file | Email address on file |
| 12827056 | Name on file | Email address on file |
| 12827065 | Name on file | Email address on file |
| 12242167 | Name on file | Email address on file |
| 15555217 | Name on file | Email address on file |
| 12242168 | Name on file | Email address on file |
| 12047083 | Name on file | Email address on file |
| 20647181 | Name on file | Email address on file |
| 20647381 | Name on file | Email address on file |
| 12046542 | Name on file | Email address on file |
| 13060462 | Name on file | Email address on file |
| 12046424 | Name on file | Email address on file |
| 12872673 | Name on file | Email address on file |
| 12046543 | Name on file | Email address on file |
| 12875481 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046544 | Name on file | Email address on file |
| 12046545 | Name on file | Email address on file |
| 12171223 | Name on file | Email address on file |
| 12244736 | Name on file | Email address on file |
| 12242169 | Name on file | Email address on file |
| 13003073 | Name on file | Email address on file |
| 12046916 | Name on file | Email address on file |
| 12046547 | Name on file | Email address on file |
| 12835394 | Name on file | Email address on file |
| 12046548 | Name on file | Email address on file |
| 13020857 | Name on file | Email address on file |
| 13060353 | Name on file | Email address on file |
| 12046549 | Name on file | Email address on file |
| 12046550 | Name on file | Email address on file |
| 12046551 | Name on file | Email address on file |
| 12946902 | Name on file | Email address on file |
| 12046552 | Name on file | Email address on file |
| 12046553 | Name on file | Email address on file |
| 12761076 | Name on file | Email address on file |
| 15555314 | Name on file | Email address on file |
| 12244664 | Name on file | Email address on file |
| 12047601 | Name on file | Email address on file |
| 12046804 | Name on file | Email address on file |
| 12046686 | Name on file | Email address on file |
| 12046559 | Name on file | Email address on file |
| 12046560 | Name on file | Email address on file |
| 12877955 | Name on file | Email address on file |
| 19170021 | Name on file | Email address on file |
| 12046472 | Name on file | Email address on file |
| 12047266 | Name on file | Email address on file |
| 18315951 | Name on file | Email address on file |
| 12046566 | Name on file | Email address on file |
| 12046570 | Name on file | Email address on file |
| 12171224 | Name on file | Email address on file |
| 12046571 | Name on file | Email address on file |
| 12947271 | Name on file | Email address on file |
| 12963629 | Name on file | Email address on file |
| 12242170 | Name on file | Email address on file |
| 12046572 | Name on file | Email address on file |
| 12648438 | Name on file | Email address on file |
| 12648634 | Name on file | Email address on file |
| 12046573 | Name on file | Email address on file |
| 12171225 | Name on file | Email address on file |
| 12651068 | Name on file | Email address on file |
| 13043991 | Name on file | Email address on file |
| 12046577 | Name on file | Email address on file |
| 12046578 | Name on file | Email address on file |
| 12046579 | Name on file | Email address on file |
| 12046580 | Name on file | Email address on file |
| 12046581 | Name on file | Email address on file |
| 12046582 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 15551625 | Name on file | Email address on file |
| 12244656 | Name on file | Email address on file |
| 12046583 | Name on file | Email address on file |
| 12046584 | Name on file | Email address on file |
| 12873534 | Name on file | Email address on file |
| 12046585 | Name on file | Email address on file |
| 18947818 | Name on file | Email address on file |
| 12046921 | Name on file | Email address on file |
| 12947002 | Name on file | Email address on file |
| 12896707 | Name on file | Email address on file |
| 12047299 | Name on file | Email address on file |
| 12046589 | Name on file | Email address on file |
| 12046590 | Name on file | Email address on file |
| 12873702 | Name on file | Email address on file |
| 12873741 | Name on file | Email address on file |
| 12046996 | Name on file | Email address on file |
| 12046909 | Name on file | Email address on file |
| 18339473 | Name on file | Email address on file |
| 12093512 | Name on file | Email address on file |
| 12108936 | Name on file | Email address on file |
| 12047355 | Name on file | Email address on file |
| 12046965 | Name on file | Email address on file |
| 12869394 | Name on file | Email address on file |
| 12871900 | Name on file | Email address on file |
| 12046459 | Name on file | Email address on file |
| 12873795 | Name on file | Email address on file |
| 12046592 | Name on file | Email address on file |
| 12046593 | Name on file | Email address on file |
| 12046594 | Name on file | Email address on file |
| 12047256 | Name on file | Email address on file |
| 12046596 | Name on file | Email address on file |
| 12047534 | Name on file | Email address on file |
| 12046922 | Name on file | Email address on file |
| 12873633 | Name on file | Email address on file |
| 12046783 | Name on file | Email address on file |
| 13083022 | Name on file | Email address on file |
| 12046395 | Name on file | Email address on file |
| 12046719 | Name on file | Email address on file |
| 12171227 | Name on file | Email address on file |
| 12047506 | Name on file | Email address on file |
| 12096075 | Name on file | Email address on file |
| 12096011 | Name on file | Email address on file |
| 12046927 | Name on file | Email address on file |
| 12096069 | Name on file | Email address on file |
| 12046600 | Name on file | Email address on file |
| 12047155 | Name on file | Email address on file |
| 12761361 | Name on file | Email address on file |
| 12046505 | Name on file | Email address on file |
| 12046601 | Name on file | Email address on file |
| 12046602 | Name on file | Email address on file |
| 12647386 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 18335033 | Name on file | Email address on file |
| 12046809 | Name on file | Email address on file |
| 12046603 | Name on file | Email address on file |
| 12046604 | Name on file | Email address on file |
| 12046605 | Name on file | Email address on file |
| 13052765 | FirstLight Fiber, Inc. | Email address on file |
| 12047229 | Name on file | Email address on file |
| 12763622 | Name on file | Email address on file |
| 12046799 | Name on file | Email address on file |
| 18239927 | Name on file | Email address on file |
| 12046966 | Name on file | Email address on file |
| 12046627 | Name on file | Email address on file |
| 12872066 | Name on file | Email address on file |
| 15470215 | Name on file | Email address on file |
| 20645339 | Name on file | Email address on file |
| 12873965 | Name on file | Email address on file |
| 12046608 | Name on file | Email address on file |
| 12046609 | Name on file | Email address on file |
| 12047605 | Name on file | Email address on file |
| 17632827 | Name on file | Email address on file |
| 12885982 | Name on file | Email address on file |
| 12046610 | Name on file | Email address on file |
| 12881352 | Name on file | Email address on file |
| 12946867 | Name on file | Email address on file |
| 12889475 | Name on file | Email address on file |
| 12126062 | FOREIGN REPRESENTATIVE OF THREE ARROWS CAPITAL | Email address on file |
| 12126071 | FOREIGN REPRESENTATIVE OF THREE ARROWS CAPITAL | Email address on file |
| 12047617 | Name on file | Email address on file |
| 12148631 | Name on file | Email address on file |
| 18168918 | Name on file | Email address on file |
| 12872434 | Name on file | Email address on file |
| 12875386 | Name on file | Email address on file |
| 12171198 | FOUNDRY DIGITAL LLC | Email address on file |
| 12046611 | Name on file | Email address on file |
| 12862068 | Name on file | Email address on file |
| 12046612 | Name on file | Email address on file |
| 12871864 | Name on file | Email address on file |
| 12046613 | Name on file | Email address on file |
| 12046614 | Name on file | Email address on file |
| 20642242 | Name on file | Email address on file |
| 12046615 | Name on file | Email address on file |
| 12047186 | Name on file | Email address on file |
| 12046830 | Name on file | Email address on file |
| 12046265 | Name on file | Email address on file |
| 19024982 | Name on file | Email address on file |
| 12875050 | Name on file | Email address on file |
| 12649369 | Name on file | Email address on file |
| 20644754 | Name on file | Email address on file |
| 12648504 | Name on file | Email address on file |
| 12046616 | Name on file | Email address on file |
| 12046620 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046963 | Name on file | Email address on file |
| 12046587 | Name on file | Email address on file |
| 12047300 | Name on file | Email address on file |
| 12872251 | FTX Trading Ltd. on behalf of all FTX Debtors | Email address on file |
| 12872409 | FTX Trading Ltd. on behalf of all FTX Debtors | Email address on file |
| 12872480 | FTX Trading Ltd. on behalf of all FTX Debtors | Email address on file |
| 12877969 | Name on file | Email address on file |
| 15419498 | Name on file | Email address on file |
| 12046268 | FULLERTON HEALTH | Email address on file |
| 12046269 | FULLERTON HEALTH | Email address on file |
| 12046270 | FULLERTON HEALTH | Email address on file |
| 12046776 | Name on file | Email address on file |
| 15535941 | Name on file | Email address on file |
| 13062659 | Name on file | Email address on file |
| 12171237 | Name on file | Email address on file |
| 19024950 | Name on file | Email address on file |
| 13119379 | Name on file | Email address on file |
| 12046621 | Name on file | Email address on file |
| 12046622 | Name on file | Email address on file |
| 12047516 | Name on file | Email address on file |
| 15513729 | Name on file | Email address on file |
| 12046623 | Name on file | Email address on file |
| 12046914 | Name on file | Email address on file |
| 12115822 | Name on file | Email address on file |
| 12148623 | Name on file | Email address on file |
| 12872492 | Name on file | Email address on file |
| 12047269 | Name on file | Email address on file |
| 12046624 | Name on file | Email address on file |
| 12857201 | Name on file | Email address on file |
| 12857204 | Name on file | Email address on file |
| 20655286 | Name on file | Email address on file |
| 12046929 | Name on file | Email address on file |
| 12046800 | Name on file | Email address on file |
| 12242171 | Name on file | Email address on file |
| 12046928 | Name on file | Email address on file |
| 18993258 | Name on file | Email address on file |
| 12046625 | Name on file | Email address on file |
| 12987053 | Name on file | Email address on file |
| 12047310 | Name on file | Email address on file |
| 12856714 | Name on file | Email address on file |
| 12047301 | Name on file | Email address on file |
| 18165090 | Name on file | Email address on file |
| 12046628 | Name on file | Email address on file |
| 12046677 | Name on file | Email address on file |
| 12047432 | GEMINI | Email address on file |
| 12046629 | Name on file | Email address on file |
| 12872084 | Gemini Trust Company, LLC | Email address on file |
| 12873876 | Gemini Trust Company, LLC | Email address on file |
| 12871713 | Gemini Trust Company, LLC, on behalf of Gemini Lenders | Email address on file |
| 12873490 | Gemini Trust Company, LLC, on behalf of Gemini Lenders | Email address on file |
| 12873488 | Genesis Global Trading, Inc. | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 12873720 | Genesis Global Trading, Inc. | Email address on file |
| 12875976 | Genesis Global Trading, Inc. | Email address on file |
| 12875963 | Genesis Global Trading, Inc. | Email address on file |
| 12875975 | Genesis Global Trading, Inc. | Email address on file |
| 12046636 | GENESIS GLOBAL TRADING, INC. | Email address on file |
| 12823459 | Name on file | Email address on file |
| 12833230 | Name on file | Email address on file |
| 12046638 | Name on file | Email address on file |
| 12872645 | Name on file | Email address on file |
| 15556771 | Georgia Secretary of State Securities and Charities Division | Email address on file |
| 15556782 | Georgia Secretary of State Securities and Charities Division | Email address on file |
| 12046643 | Name on file | Email address on file |
| 12046923 | Name on file | Email address on file |
| 12242172 | Name on file | Email address on file |
| 12171186 | GGC INTERNATIONAL LIMITED | Email address on file |
| 12046646 | Name on file | Email address on file |
| 12046647 | Name on file | Email address on file |
| 12046648 | Name on file | Email address on file |
| 20650581 | Name on file | Email address on file |
| 15550141 | Name on file | Email address on file |
| 12047544 | Name on file | Email address on file |
| 12858034 | Name on file | Email address on file |
| 12047649 | Name on file | Email address on file |
| 12648138 | Name on file | Email address on file |
| 12648467 | Name on file | Email address on file |
| 12046755 | Name on file | Email address on file |
| 13062548 | Name on file | Email address on file |
| 15551430 | Name on file | Email address on file |
| 12047662 | Name on file | Email address on file |
| 18974441 | Name on file | Email address on file |
| 12047207 | Name on file | Email address on file |
| 15559045 | Name on file | Email address on file |
| 12242173 | Name on file | Email address on file |
| 12047162 | Name on file | Email address on file |
| 19152277 | Name on file | Email address on file |
| 12046781 | Name on file | Email address on file |
| 12991148 | Name on file | Email address on file |
| 12828680 | Name on file | Email address on file |
| 12047422 | Name on file | Email address on file |
| 12046649 | Name on file | Email address on file |
| 12046650 | Name on file | Email address on file |
| 12046651 | Name on file | Email address on file |
| 12242174 | Name on file | Email address on file |
| 12046801 | Name on file | Email address on file |
| 12245239 | Name on file | Email address on file |
| 12046652 | Name on file | Email address on file |
| 18236221 | Name on file | Email address on file |
| 12046762 | Name on file | Email address on file |
| 12762875 | Name on file | Email address on file |
| 12872261 | Goodwin Procter LLP | Email address on file |
| 12046967 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047075 | Name on file | Email address on file |
| 12047507 | Name on file | Email address on file |
| 12046275 | Name on file | Email address on file |
| 12046654 | Name on file | Email address on file |
| 12872395 | Name on file | Email address on file |
| 12872488 | Name on file | Email address on file |
| 12872535 | Name on file | Email address on file |
| 12872588 | Name on file | Email address on file |
| 12885816 | Name on file | Email address on file |
| 12885831 | Name on file | Email address on file |
| 12970106 | Name on file | Email address on file |
| 12970109 | Name on file | Email address on file |
| 12970116 | Name on file | Email address on file |
| 12970127 | Name on file | Email address on file |
| 12171229 | Name on file | Email address on file |
| 12875879 | Name on file | Email address on file |
| 16295144 | GPD Holdings LLC d/b/a CoinFlip | Email address on file |
| 12885637 | Name on file | Email address on file |
| 12873496 | Name on file | Email address on file |
| 15416687 | GPD Holdings LLC d/b/a CoinFlip | Email address on file |
| 12047614 | Name on file | Email address on file |
| 18181307 | Name on file | Email address on file |
| 12046522 | Name on file | Email address on file |
| 18239913 | Name on file | Email address on file |
| 12242175 | Name on file | Email address on file |
| 12046658 | Name on file | Email address on file |
| 12873886 | Name on file | Email address on file |
| 12046659 | Name on file | Email address on file |
| 12047569 | Name on file | Email address on file |
| 12855778 | Name on file | Email address on file |
| 12046660 | Name on file | Email address on file |
| 15419285 | Name on file | Email address on file |
| 12046982 | Name on file | Email address on file |
| 12046734 | Name on file | Email address on file |
| 12648524 | Name on file | Email address on file |
| 12954889 | Name on file | Email address on file |
| 20476362 | Name on file | Email address on file |
| 15416724 | Name on file | Email address on file |
| 12242176 | Name on file | Email address on file |
| 12648492 | Name on file | Email address on file |
| 12046666 | Name on file | Email address on file |
| 12046667 | Name on file | Email address on file |
| 12047530 | Name on file | Email address on file |
| 12047022 | Name on file | Email address on file |
| 12914867 | Name on file | Email address on file |
| 12046780 | Name on file | Email address on file |
| 12873522 | Name on file | Email address on file |
| 12046279 | Name on file | Email address on file |
| 12884173 | Name on file | Email address on file |
| 20622075 | Name on file | Email address on file |
| 12046656 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12885230 | Name on file | Email address on file |
| 12242177 | Name on file | Email address on file |
| 12046662 | Name on file | Email address on file |
| 12171214 | Name on file | Email address on file |
| 12872317 | Name on file | Email address on file |
| 12872150 | Name on file | Email address on file |
| 12046428 | Name on file | Email address on file |
| 12933863 | Name on file | Email address on file |
| 12171251 | Name on file | Email address on file |
| 12047515 | Name on file | Email address on file |
| 12171210 | Name on file | Email address on file |
| 12868233 | Name on file | Email address on file |
| 12047023 | Name on file | Email address on file |
| 12242178 | Name on file | Email address on file |
| 12046746 | Name on file | Email address on file |
| 12651058 | Name on file | Email address on file |
| 12651071 | Name on file | Email address on file |
| 12046668 | Name on file | Email address on file |
| 19176558 | Name on file | Email address on file |
| 12946934 | Name on file | Email address on file |
| 12046984 | Name on file | Email address on file |
| 12242179 | Name on file | Email address on file |
| 19024970 | Name on file | Email address on file |
| 19034466 | Name on file | Email address on file |
| 13053121 | Name on file | Email address on file |
| 12046673 | Name on file | Email address on file |
| 12046674 | Name on file | Email address on file |
| 12046531 | Name on file | Email address on file |
| 12652290 | Name on file | Email address on file |
| 12047156 | Name on file | Email address on file |
| 12046947 | Name on file | Email address on file |
| 12046675 | Name on file | Email address on file |
| 12856639 | Name on file | Email address on file |
| 13069180 | Name on file | Email address on file |
| 12046785 | Name on file | Email address on file |
| 12991296 | Name on file | Email address on file |
| 13052752 | Name on file | Email address on file |
| 12987178 | Name on file | Email address on file |
| 12242180 | Name on file | Email address on file |
| 18168776 | Name on file | Email address on file |
| 18179418 | Name on file | Email address on file |
| 12046567 | Name on file | Email address on file |
| 12047191 | Name on file | Email address on file |
| 12242181 | Name on file | Email address on file |
| 12046968 | Name on file | Email address on file |
| 12242182 | Name on file | Email address on file |
| 12046679 | Name on file | Email address on file |
| 12046680 | Name on file | Email address on file |
| 12047201 | Name on file | Email address on file |
| 12046681 | Name on file | Email address on file |
| 12046682 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046683 | Name on file | Email address on file |
| 12046492 | Name on file | Email address on file |
| 12171230 | Name on file | Email address on file |
| 15552606 | Name on file | Email address on file |
| 13087210 | Name on file | Email address on file |
| 13007496 | Name on file | Email address on file |
| 13009854 | Name on file | Email address on file |
| 13046755 | Name on file | Email address on file |
| 12963438 | Name on file | Email address on file |
| 12890038 | Name on file | Email address on file |
| 13023554 | Name on file | Email address on file |
| 13023693 | Name on file | Email address on file |
| 18334908 | Name on file | Email address on file |
| 12245696 | Name on file | Email address on file |
| 12928795 | Name on file | Email address on file |
| 20623779 | Name on file | Email address on file |
| 13087309 | Name on file | Email address on file |
| 12242183 | Name on file | Email address on file |
| 12046747 | Name on file | Email address on file |
| 12171244 | Name on file | Email address on file |
| 12244523 | Name on file | Email address on file |
| 12245819 | Name on file | Email address on file |
| 12245820 | Name on file | Email address on file |
| 18988252 | Name on file | Email address on file |
| 19011861 | Name on file | Email address on file |
| 19011862 | Name on file | Email address on file |
| 12047508 | Name on file | Email address on file |
| 12762894 | Name on file | Email address on file |
| 12046687 | Name on file | Email address on file |
| 12046429 | Name on file | Email address on file |
| 12046688 | Name on file | Email address on file |
| 12827093 | Name on file | Email address on file |
| 12046689 | Name on file | Email address on file |
| 12047238 | Name on file | Email address on file |
| 20646136 | Name on file | Email address on file |
| 18974583 | Name on file | Email address on file |
| 12046692 | Name on file | Email address on file |
| 12046805 | Name on file | Email address on file |
| 12856513 | Name on file | Email address on file |
| 12949605 | Name on file | Email address on file |
| 12046721 | Name on file | Email address on file |
| 12046735 | Name on file | Email address on file |
| 12760694 | Name on file | Email address on file |
| 11842064 | Name on file | Email address on file |
| 12046798 | Name on file | Email address on file |
| 12242184 | Name on file | Email address on file |
| 12046694 | Name on file | Email address on file |
| 12046695 | Name on file | Email address on file |
| 13023633 | Name on file | Email address on file |
| 12046696 | Name on file | Email address on file |
| 12171231 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12171232 | Name on file | Email address on file |
| 12047385 | Name on file | Email address on file |
| 12869869 | Name on file | Email address on file |
| 12829975 | Name on file | Email address on file |
| 12995418 | Name on file | Email address on file |
| 12242185 | Name on file | Email address on file |
| 12046697 | Name on file | Email address on file |
| 12763559 | Name on file | Email address on file |
| 12046698 | Name on file | Email address on file |
| 12046699 | Name on file | Email address on file |
| 15512840 | Name on file | Email address on file |
| 12242186 | Name on file | Email address on file |
| 12870348 | Name on file | Email address on file |
| 12046946 | Name on file | Email address on file |
| 12869922 | Name on file | Email address on file |
| 12046597 | Name on file | Email address on file |
| 12244555 | Name on file | Email address on file |
| 12046835 | Name on file | Email address on file |
| 12046700 | Name on file | Email address on file |
| 20634220 | Name on file | Email address on file |
| 12046701 | Name on file | Email address on file |
| 10587089 | Hughes Hubbard & Reed LLP | Email address on file |
| 18191994 | Name on file | Email address on file |
| 12046657 | Name on file | Email address on file |
| 12047146 | Name on file | Email address on file |
| 12046786 | Name on file | Email address on file |
| 12650340 | Name on file | Email address on file |
| 12046417 | Name on file | Email address on file |
| 12046703 | Name on file | Email address on file |
| 12046704 | Name on file | Email address on file |
| 12046705 | Name on file | Email address on file |
| 12171233 | Name on file | Email address on file |
| 12046706 | Name on file | Email address on file |
| 12046707 | Name on file | Email address on file |
| 12171226 | Name on file | Email address on file |
| 13093597 | Name on file | Email address on file |
| 12046408 | Name on file | Email address on file |
| 12046708 | Name on file | Email address on file |
| 12046709 | Name on file | Email address on file |
| 12648449 | Name on file | Email address on file |
| 12648636 | Name on file | Email address on file |
| 12648413 | Name on file | Email address on file |
| 12648637 | Name on file | Email address on file |
| 18140180 | Name on file | Email address on file |
| 12171234 | Name on file | Email address on file |
| 12857449 | Name on file | Email address on file |
| 12873631 | Name on file | Email address on file |
| 12885391 | Name on file | Email address on file |
| 12885394 | Name on file | Email address on file |
| 12046711 | Name on file | Email address on file |
| 12047230 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12991321 | Name on file | Email address on file |
| 12046715 | Name on file | Email address on file |
| 12046716 | Name on file | Email address on file |
| 12046717 | Name on file | Email address on file |
| 12885173 | Name on file | Email address on file |
| 15556837 | Iowa Insurance Division | Email address on file |
| 15556846 | Iowa Insurance Division | Email address on file |
| 13119789 | Name on file | Email address on file |
| 12046718 | Name on file | Email address on file |
| 18974587 | Name on file | Email address on file |
| 12889816 | Name on file | Email address on file |
| 12046720 | Name on file | Email address on file |
| 12047520 | Name on file | Email address on file |
| 12242187 | Name on file | Email address on file |
| 12873456 | Name on file | Email address on file |
| 12047502 | Name on file | Email address on file |
| 12046722 | Name on file | Email address on file |
| 12648208 | Name on file | Email address on file |
| 12648635 | Name on file | Email address on file |
| 18173913 | Name on file | Email address on file |
| 12046285 | J K MEDORA CORPORATE ASSISTANCE PTE LTD N | Email address on file |
| 12951441 | Name on file | Email address on file |
| 12171236 | Name on file | Email address on file |
| 12999012 | Name on file | Email address on file |
| 12891111 | Name on file | Email address on file |
| 12046418 | Name on file | Email address on file |
| 12046733 | Name on file | Email address on file |
| 15481283 | Name on file | Email address on file |
| 15599821 | Name on file | Email address on file |
| 12047332 | Name on file | Email address on file |
| 12888557 | Name on file | Email address on file |
| 12928758 | Name on file | Email address on file |
| 12047157 | Name on file | Email address on file |
| 12933851 | Name on file | Email address on file |
| 12047611 | Name on file | Email address on file |
| 12046753 | Name on file | Email address on file |
| 12890129 | Name on file | Email address on file |
| 12046754 | Name on file | Email address on file |
| 12046756 | Name on file | Email address on file |
| 15419410 | Name on file | Email address on file |
| 20634517 | Name on file | Email address on file |
| 20637287 | Name on file | Email address on file |
| 12823945 | Name on file | Email address on file |
| 17746608 | Jefferies Leveraged Credit Products, LLC as Transferee of Name on File | Email address on file |
| 12046653 | Name on file | Email address on file |
| 12245163 | Name on file | Email address on file |
| 12872386 | Name on file | Email address on file |
| 12046769 | Name on file | Email address on file |
| 12869453 | Name on file | Email address on file |
| 13088450 | Name on file | Email address on file |
| 12047117 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 20654606 | Name on file | Email address on file |
| 12047509 | Name on file | Email address on file |
| 12046576 | Name on file | Email address on file |
| 12873678 | Name on file | Email address on file |
| 12947084 | Name on file | Email address on file |
| 12046826 | Name on file | Email address on file |
| 12242188 | Name on file | Email address on file |
| 12242189 | Name on file | Email address on file |
| 12047557 | Name on file | Email address on file |
| 13087197 | Name on file | Email address on file |
| 18191978 | Name on file | Email address on file |
| 18191983 | Name on file | Email address on file |
| 12047378 | Name on file | Email address on file |
| 15467767 | Name on file | Email address on file |
| 12046811 | JPMORGAN CHASE BANK, NA | Email address on file |
| 12046812 | JPMORGAN CHASE BANK, NA SINGAPORE | Email address on file |
| 12046813 | Name on file | Email address on file |
| 18181338 | Name on file | Email address on file |
| 12763552 | Name on file | Email address on file |
| 12046286 | Name on file | Email address on file |
| 19169748 | Name on file | Email address on file |
| 12046758 | Name on file | Email address on file |
| 12046685 | Name on file | Email address on file |
| 12096057 | Name on file | Email address on file |
| 12047092 | Name on file | Email address on file |
| 12046728 | Name on file | Email address on file |
| 12760707 | Name on file | Email address on file |
| 12870138 | Name on file | Email address on file |
| 13062553 | Name on file | Email address on file |
| 13119096 | Name on file | Email address on file |
| 12047053 | Name on file | Email address on file |
| 12242190 | Name on file | Email address on file |
| 12046969 | Name on file | Email address on file |
| 18168962 | Name on file | Email address on file |
| 12115841 | Name on file | Email address on file |
| 20646399 | Name on file | Email address on file |
| 12242191 | Name on file | Email address on file |
| 12171247 | Name on file | Email address on file |
| 12046825 | Name on file | Email address on file |
| 12046738 | Name on file | Email address on file |
| 12047393 | Name on file | Email address on file |
| 12819030 | Name on file | Email address on file |
| 12652100 | Name on file | Email address on file |
| 12046409 | Name on file | Email address on file |
| 20622069 | Name on file | Email address on file |
| 12046872 | Name on file | Email address on file |
| 20644272 | Name on file | Email address on file |
| 12046833 | Name on file | Email address on file |
| 13087171 | Name on file | Email address on file |
| 12046836 | Name on file | Email address on file |
| 12046842 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12242192 | Name on file | Email address on file |
| 12046843 | Name on file | Email address on file |
| 12046844 | Name on file | Email address on file |
| 12047312 | Name on file | Email address on file |
| 12823445 | Name on file | Email address on file |
| 12046464 | Name on file | Email address on file |
| 12046796 | Name on file | Email address on file |
| 19169054 | Name on file | Email address on file |
| 12047567 | Name on file | Email address on file |
| 12047394 | Name on file | Email address on file |
| 18945999 | Name on file | Email address on file |
| 12046847 | Name on file | Email address on file |
| 12242193 | Name on file | Email address on file |
| 12242194 | Name on file | Email address on file |
| 20643472 | Name on file | Email address on file |
| 12244688 | Name on file | Email address on file |
| 12046970 | Name on file | Email address on file |
| 12047419 | Name on file | Email address on file |
| 12047510 | Name on file | Email address on file |
| 12046848 | Name on file | Email address on file |
| 12046430 | Name on file | Email address on file |
| 12120431 | Name on file | Email address on file |
| 12148612 | Name on file | Email address on file |
| 12046851 | Name on file | Email address on file |
| 12046850 | Name on file | Email address on file |
| 12046690 | Name on file | Email address on file |
| 18335036 | Name on file | Email address on file |
| 12047546 | Name on file | Email address on file |
| 20644077 | Name on file | Email address on file |
| 12047175 | Name on file | Email address on file |
| 12047337 | Name on file | Email address on file |
| 12963664 | Name on file | Email address on file |
| 19169985 | Name on file | Email address on file |
| 12873880 | Name on file | Email address on file |
| 19031059 | Name on file | Email address on file |
| 12046831 | Name on file | Email address on file |
| 18140674 | Name on file | Email address on file |
| 12830370 | Name on file | Email address on file |
| 12046891 | Name on file | Email address on file |
| 12046937 | Name on file | Email address on file |
| 12047536 | Name on file | Email address on file |
| 12046971 | Name on file | Email address on file |
| 15419224 | Name on file | Email address on file |
| 12244723 | Name on file | Email address on file |
| 12245868 | Name on file | Email address on file |
| 12046824 | Name on file | Email address on file |
| 12047505 | Name on file | Email address on file |
| 12047231 | Name on file | Email address on file |
| 20625119 | Name on file | Email address on file |
| 12763664 | Name on file | Email address on file |
| 12979653 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046853 | Name on file | Email address on file |
| 12046972 | Name on file | Email address on file |
| 12835421 | Name on file | Email address on file |
| 12868820 | Name on file | Email address on file |
| 12868939 | Name on file | Email address on file |
| 12047434 | KRAKEN CUSTODIAL | Email address on file |
| 12873589 | Name on file | Email address on file |
| 12046854 | Name on file | Email address on file |
| 12875502 | Name on file | Email address on file |
| 12875503 | Name on file | Email address on file |
| 12171239 | Name on file | Email address on file |
| 12873403 | Name on file | Email address on file |
| 12047537 | Name on file | Email address on file |
| 12047084 | Name on file | Email address on file |
| 12047519 | Name on file | Email address on file |
| 12046607 | Name on file | Email address on file |
| 12047030 | Name on file | Email address on file |
| 12046857 | Name on file | Email address on file |
| 12244960 | Name on file | Email address on file |
| 12046757 | Name on file | Email address on file |
| 12046290 | Name on file | Email address on file |
| 12047179 | Name on file | Email address on file |
| 12047217 | Name on file | Email address on file |
| 12901737 | Name on file | Email address on file |
| 12046938 | Name on file | Email address on file |
| 12823922 | Name on file | Email address on file |
| 12047382 | Name on file | Email address on file |
| 12171193 | Name on file | Email address on file |
| 12932071 | Name on file | Email address on file |
| 12047275 | Name on file | Email address on file |
| 12046732 | Name on file | Email address on file |
| 15552688 | Name on file | Email address on file |
| 12046292 | KYTE BROKING LIMITED | Email address on file |
| 20622067 | Name on file | Email address on file |
| 13007492 | Name on file | Email address on file |
| 20648548 | Name on file | Email address on file |
| 12046852 | Name on file | Email address on file |
| 12171213 | Name on file | Email address on file |
| 12242195 | Name on file | Email address on file |
| 12046617 | Name on file | Email address on file |
| 20628692 | Name on file | Email address on file |
| 20636758 | Name on file | Email address on file |
| 12046639 | Name on file | Email address on file |
| 12045385 | Name on file | Email address on file |
| 12046561 | Name on file | Email address on file |
| 12046739 | Name on file | Email address on file |
| 12046871 | Name on file | Email address on file |
| 15419193 | Name on file | Email address on file |
| 12047366 | Name on file | Email address on file |
| 12046856 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12242196 | Name on file | Email address on file |
| 12046508 | Name on file | Email address on file |
| 12873697 | Name on file | Email address on file |
| 12046618 | Name on file | Email address on file |
| 18936458 | Name on file | Email address on file |
| 12928696 | Name on file | Email address on file |
| 12046866 | Name on file | Email address on file |
| 15669023 | Name on file | Email address on file |
| 20646554 | Name on file | Email address on file |
| 12885449 | Name on file | Email address on file |
| 12885465 | Name on file | Email address on file |
| 12885477 | Name on file | Email address on file |
| 12868997 | Name on file | Email address on file |
| 12869374 | Name on file | Email address on file |
| 12870322 | Name on file | Email address on file |
| 12046867 | Name on file | Email address on file |
| 12046868 | Name on file | Email address on file |
| 12046869 | Name on file | Email address on file |
| 12046870 | Name on file | Email address on file |
| 15555972 | Name on file | Email address on file |
| 12855645 | Name on file | Email address on file |
| 19026214 | Name on file | Email address on file |
| 19026219 | Name on file | Email address on file |
| 19026283 | Name on file | Email address on file |
| 13119580 | Name on file | Email address on file |
| 15481780 | Name on file | Email address on file |
| 15600408 | Name on file | Email address on file |
| 18951099 | Name on file | Email address on file |
| 13119639 | Name on file | Email address on file |
| 12046837 | Name on file | Email address on file |
| 12830376 | Name on file | Email address on file |
| 12242197 | Name on file | Email address on file |
| 12933835 | Name on file | Email address on file |
| 12242198 | Name on file | Email address on file |
| 18140086 | Name on file | Email address on file |
| 12047387 | Name on file | Email address on file |
| 12046913 | Name on file | Email address on file |
| 12047618 | Name on file | Email address on file |
| 12046506 | Name on file | Email address on file |
| 12046748 | Name on file | Email address on file |
| 12872586 | Name on file | Email address on file |
| 12873424 | Name on file | Email address on file |
| 20624290 | Name on file | Email address on file |
| 12046846 | Name on file | Email address on file |
| 12046864 | Name on file | Email address on file |
| 12047224 | Name on file | Email address on file |
| 12047395 | Name on file | Email address on file |
| 12875254 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046293 | Name on file | Email address on file |
| 12046875 | Name on file | Email address on file |
| 12869393 | Name on file | Email address on file |
| 12046939 | Name on file | Email address on file |
| 12242199 | Name on file | Email address on file |
| 12171246 | Name on file | Email address on file |
| 12242200 | Name on file | Email address on file |
| 12047183 | Name on file | Email address on file |
| 12171208 | Name on file | Email address on file |
| 12080687 | Name on file | Email address on file |
| 12046729 | Name on file | Email address on file |
| 12242201 | Name on file | Email address on file |
| 12046973 | Name on file | Email address on file |
| 12242202 | Name on file | Email address on file |
| 12047511 | Name on file | Email address on file |
| 12046876 | Name on file | Email address on file |
| 12046759 | Name on file | Email address on file |
| 12648500 | Name on file | Email address on file |
| 13093678 | Name on file | Email address on file |
| 12046640 | Name on file | Email address on file |
| 12862094 | Name on file | Email address on file |
| 12046953 | Name on file | Email address on file |
| 12827343 | Name on file | Email address on file |
| 12242203 | Name on file | Email address on file |
| 12242204 | Name on file | Email address on file |
| 15556814 | Name on file | Email address on file |
| 12046877 | Name on file | Email address on file |
| 12955094 | Name on file | Email address on file |
| 12046878 | Name on file | Email address on file |
| 12046295 | LIFEWORKS | Email address on file |
| 12046880 | Name on file | Email address on file |
| 12046787 | Name on file | Email address on file |
| 15419312 | Name on file | Email address on file |
| 12046298 | Name on file | Email address on file |
| 12046810 | Name on file | Email address on file |
| 12046881 | Name on file | Email address on file |
| 15600717 | Name on file | Email address on file |
| 15600719 | Name on file | Email address on file |
| 15600732 | Name on file | Email address on file |
| 13060364 | Name on file | Email address on file |
| 12655906 | Name on file | Email address on file |
| 12047414 | Name on file | Email address on file |
| 19025048 | Name on file | Email address on file |
| 19170662 | Name on file | Email address on file |
| 12046883 | Name on file | Email address on file |
| 12046884 | Name on file | Email address on file |
| 12046676 | Name on file | Email address on file |
| 12046885 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 13003155 | Name on file | Email address on file |
| 12047581 | Name on file | Email address on file |
| 12047599 | Name on file | Email address on file |
| 12047562 | Name on file | Email address on file |
| 12867416 | Name on file | Email address on file |
| 12046849 | Name on file | Email address on file |
| 16172845 | Name on file | Email address on file |
| 18334904 | Name on file | Email address on file |
| 12046886 | Name on file | Email address on file |
| 12046509 | Name on file | Email address on file |
| 19012032 | London Preston Properties, LLC | Email address on file |
| 12046888 | Name on file | Email address on file |
| 12914701 | Name on file | Email address on file |
| 12046743 | Name on file | Email address on file |
| 12890136 | Name on file | Email address on file |
| 12890137 | Name on file | Email address on file |
| 18239975 | Name on file | Email address on file |
| 12650361 | Name on file | Email address on file |
| 18937852 | Name on file | Email address on file |
| 12046432 | Name on file | Email address on file |
| 12242205 | Name on file | Email address on file |
| 12046951 | Name on file | Email address on file |
| 12762906 | Name on file | Email address on file |
| 18951107 | Name on file | Email address on file |
| 12046892 | Name on file | Email address on file |
| 12046895 | Name on file | Email address on file |
| 20621219 | Name on file | Email address on file |
| 19012835 | Name on file | Email address on file |
| 20475830 | Name on file | Email address on file |
| 12046896 | Name on file | Email address on file |
| 18177687 | Name on file | Email address on file |
| 12046897 | Name on file | Email address on file |
| 12046898 | Name on file | Email address on file |
| 12171200 | LUNO AUSTRALIA PTY LTD | Email address on file |
| 12046899 | Name on file | Email address on file |
| 12046900 | Name on file | Email address on file |
| 12046901 | Name on file | Email address on file |
| 12115829 | Name on file | Email address on file |
| 12120435 | Name on file | Email address on file |
| 12046903 | Name on file | Email address on file |
| 12898519 | Name on file | Email address on file |
| 12046940 | Name on file | Email address on file |
| 12046414 | Name on file | Email address on file |
| 12822627 | Name on file | Email address on file |
| 12885557 | Name on file | Email address on file |
| 12830156 | Name on file | Email address on file |
| 15556822 | Name on file | Email address on file |
| 12776107 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12830180 | Name on file | Email address on file |
| 12046906 | Name on file | Email address on file |
| 12046907 | Name on file | Email address on file |
| 12046941 | Name on file | Email address on file |
| 12046908 | Name on file | Email address on file |
| 12893750 | Name on file | Email address on file |
| 12046588 | Name on file | Email address on file |
| 12242206 | Name on file | Email address on file |
| 12046501 | Name on file | Email address on file |
| 12046723 | Name on file | Email address on file |
| 12763647 | Name on file | Email address on file |
| 12047093 | Name on file | Email address on file |
| 12885201 | Name on file | Email address on file |
| 12885219 | Name on file | Email address on file |
| 12046497 | Name on file | Email address on file |
| 12047251 | Name on file | Email address on file |
| 13018755 | Name on file | Email address on file |
| 17746565 | Name on file | Email address on file |
| 18329905 | Name on file | Email address on file |
| 18334387 | Name on file | Email address on file |
| 18334498 | Marcos Holdings I LLC, as Transferee of Ad Hoc Group of Genesis Lenders - Anonymous Lender 78 | Email address on file |
| 18334452 | Marcos Holdings I, LLC as Transferee of Name on File | Email address on file |
| 18329906 | Name on file | Email address on file |
| 12046818 | Name on file | Email address on file |
| 12047435 | Name on file | Email address on file |
| 12096023 | Name on file | Email address on file |
| 12825692 | Name on file | Email address on file |
| 12046423 | Name on file | Email address on file |
| 12819007 | Name on file | Email address on file |
| 12108900 | Name on file | Email address on file |
| 18140101 | Name on file | Email address on file |
| 18140111 | Name on file | Email address on file |
| 18160566 | Name on file | Email address on file |
| 12242207 | Name on file | Email address on file |
| 12244650 | Name on file | Email address on file |
| 12047166 | Name on file | Email address on file |
| 12995373 | Name on file | Email address on file |
| 12046926 | Name on file | Email address on file |
| 12046873 | Name on file | Email address on file |
| 12873704 | Name on file | Email address on file |
| 18163862 | Name on file | Email address on file |
| 12046396 | Name on file | Email address on file |
| 18168930 | Name on file | Email address on file |
| 12046569 | Name on file | Email address on file |
| 12242064 | Name on file | Email address on file |
| 12046930 | Name on file | Email address on file |
| 12047216 | Name on file | Email address on file |
| 12871969 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046822 | Name on file | Email address on file |
| 12047512 | Name on file | Email address on file |
| 12047302 | Name on file | Email address on file |
| 12046713 | Name on file | Email address on file |
| 12649717 | Name on file | Email address on file |
| 12046931 | Name on file | Email address on file |
| 12046974 | Name on file | Email address on file |
| 12046932 | Name on file | Email address on file |
| 12654953 | Name on file | Email address on file |
| 19029732 | Name on file | Email address on file |
| 12896589 | Name on file | Email address on file |
| 12046493 | Name on file | Email address on file |
| 12047538 | Name on file | Email address on file |
| 12047024 | Name on file | Email address on file |
| 12947157 | Name on file | Email address on file |
| 12047189 | Name on file | Email address on file |
| 12046944 | Name on file | Email address on file |
| 12760930 | Name on file | Email address on file |
| 12932049 | Name on file | Email address on file |
| 12652094 | Name on file | Email address on file |
| 12046740 | Name on file | Email address on file |
| 12835374 | Name on file | Email address on file |
| 12963727 | Name on file | Email address on file |
| 12868276 | Name on file | Email address on file |
| 13025822 | Name on file | Email address on file |
| 13010078 | Name on file | Email address on file |
| 12047651 | Name on file | Email address on file |
| 12649484 | Name on file | Email address on file |
| 18239948 | Name on file | Email address on file |
| 12046507 | Name on file | Email address on file |
| 12829651 | Name on file | Email address on file |
| 12854908 | Name on file | Email address on file |
| 12995394 | Name on file | Email address on file |
| 12047320 | Name on file | Email address on file |
| 12046555 | Name on file | Email address on file |
| 13003132 | Name on file | Email address on file |
| 12885581 | Name on file | Email address on file |
| 12885594 | Name on file | Email address on file |
| 12885655 | Name on file | Email address on file |
| 12969914 | Name on file | Email address on file |
| 12969923 | Name on file | Email address on file |
| 12970083 | Name on file | Email address on file |
| 12970091 | Name on file | Email address on file |
| 12868974 | Name on file | Email address on file |
| 12870014 | Name on file | Email address on file |
| 12870150 | Name on file | Email address on file |
| 12870264 | Name on file | Email address on file |
| 12829110 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12652085 | Name on file | Email address on file |
| 12242208 | Name on file | Email address on file |
| 12242209 | Name on file | Email address on file |
| 12242210 | Name on file | Email address on file |
| 12047202 | Name on file | Email address on file |
| 12047253 | Name on file | Email address on file |
| 12879724 | Name on file | Email address on file |
| 12047297 | Name on file | Email address on file |
| 16825504 | Name on file | Email address on file |
| 12981618 | Name on file | Email address on file |
| 20645795 | Name on file | Email address on file |
| 20624773 | Name on file | Email address on file |
| 18303290 | Name on file | Email address on file |
| 18974580 | Name on file | Email address on file |
| 15419461 | Name on file | Email address on file |
| 18178083 | Name on file | Email address on file |
| 12047582 | Name on file | Email address on file |
| 12046950 | Name on file | Email address on file |
| 12881498 | Name on file | Email address on file |
| 12046952 | Name on file | Email address on file |
| 12046954 | Name on file | Email address on file |
| 12046955 | Name on file | Email address on file |
| 12046956 | Name on file | Email address on file |
| 20624283 | Name on file | Email address on file |
| 12046958 | Name on file | Email address on file |
| 12046959 | Name on file | Email address on file |
| 12046961 | METROPOLITAN  COMMERCIAL BANK | Email address on file |
| 12046960 | METROPOLITAN  COMMERCIAL BANK | Email address on file |
| 18236680 | Name on file | Email address on file |
| 13003317 | Name on file | Email address on file |
| 12830346 | Name on file | Email address on file |
| 12830358 | Name on file | Email address on file |
| 12830361 | Name on file | Email address on file |
| 12855104 | Name on file | Email address on file |
| 12855107 | Name on file | Email address on file |
| 12855110 | Name on file | Email address on file |
| 12047058 | Name on file | Email address on file |
| 12047059 | Name on file | Email address on file |
| 12245661 | Name on file | Email address on file |
| 12245708 | Name on file | Email address on file |
| 12251685 | Name on file | Email address on file |
| 12244560 | Name on file | Email address on file |
| 12244570 | Name on file | Email address on file |
| 12245152 | Name on file | Email address on file |
| 18301285 | Name on file | Email address on file |
| 12947044 | Name on file | Email address on file |
| 13024799 | Name on file | Email address on file |
| 12896657 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 15479333 | Name on file | Email address on file |
| 15479344 | Name on file | Email address on file |
| 20622073 | Name on file | Email address on file |
| 12046985 | Name on file | Email address on file |
| 12046310 | Name on file | Email address on file |
| 12242211 | Name on file | Email address on file |
| 12862040 | Name on file | Email address on file |
| 12046986 | Name on file | Email address on file |
| 12242212 | Name on file | Email address on file |
| 13003279 | Name on file | Email address on file |
| 12242213 | Name on file | Email address on file |
| 12047161 | Name on file | Email address on file |
| 12829517 | Name on file | Email address on file |
| 12046989 | Name on file | Email address on file |
| 12046990 | Name on file | Email address on file |
| 12245244 | Name on file | Email address on file |
| 12245862 | Name on file | Email address on file |
| 19025165 | Name on file | Email address on file |
| 12046991 | Name on file | Email address on file |
| 18168973 | Name on file | Email address on file |
| 15481307 | Name on file | Email address on file |
| 12896431 | Name on file | Email address on file |
| 12649379 | Name on file | Email address on file |
| 12046893 | Name on file | Email address on file |
| 12871996 | Name on file | Email address on file |
| 12872128 | Name on file | Email address on file |
| 12872118 | Name on file | Email address on file |
| 12885703 | Name on file | Email address on file |
| 12046992 | Name on file | Email address on file |
| 12046993 | Name on file | Email address on file |
| 12046994 | Name on file | Email address on file |
| 12856832 | Name on file | Email address on file |
| 19170471 | Name on file | Email address on file |
| 18240040 | Name on file | Email address on file |
| 12047539 | Name on file | Email address on file |
| 12046398 | Name on file | Email address on file |
| 12830380 | Name on file | Email address on file |
| 12171240 | Name on file | Email address on file |
| 12871868 | Name on file | Email address on file |
| 12871929 | Name on file | Email address on file |
| 12872209 | Name on file | Email address on file |
| 12047147 | Name on file | Email address on file |
| 12885459 | Name on file | Email address on file |
| 12885649 | Name on file | Email address on file |
| 12885743 | Name on file | Email address on file |
| 12868907 | Name on file | Email address on file |
| 12869529 | Name on file | Email address on file |
| 12870008 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12871899 | Name on file | Email address on file |
| 12966116 | Name on file | Email address on file |
| 12966117 | Name on file | Email address on file |
| 12966123 | Name on file | Email address on file |
| 12966126 | Name on file | Email address on file |
| 12868876 | Name on file | Email address on file |
| 12869514 | Name on file | Email address on file |
| 12869978 | Name on file | Email address on file |
| 12871687 | Name on file | Email address on file |
| 12764630 | Name on file | Email address on file |
| 13093376 | Name on file | Email address on file |
| 12046510 | Name on file | Email address on file |
| 12869081 | Name on file | Email address on file |
| 12885401 | Name on file | Email address on file |
| 12046782 | Name on file | Email address on file |
| 18239279 | Name on file | Email address on file |
| 18239396 | Name on file | Email address on file |
| 12046983 | Name on file | Email address on file |
| 15559062 | Name on file | Email address on file |
| 12967602 | Name on file | Email address on file |
| 12869197 | Name on file | Email address on file |
| 12869075 | Name on file | Email address on file |
| 12046320 | MSIG | Email address on file |
| 12046321 | MSIG | Email address on file |
| 12046319 | MSIG | Email address on file |
| 18192064 | Name on file | Email address on file |
| 12047247 | Name on file | Email address on file |
| 12046575 | Name on file | Email address on file |
| 12867493 | Name on file | Email address on file |
| 12242214 | Name on file | Email address on file |
| 20694471 | Name on file | Email address on file |
| 18189738 | Name on file | Email address on file |
| 12046557 | Name on file | Email address on file |
| 12046998 | Name on file | Email address on file |
| 12046999 | Name on file | Email address on file |
| 12047000 | Name on file | Email address on file |
| 12047001 | Name on file | Email address on file |
| 12047002 | Name on file | Email address on file |
| 12047003 | Name on file | Email address on file |
| 12868349 | Name on file | Email address on file |
| 12868346 | Name on file | Email address on file |
| 12047004 | Name on file | Email address on file |
| 12046918 | Name on file | Email address on file |
| 12242215 | Name on file | Email address on file |
| 13023662 | Name on file | Email address on file |
| 13060379 | Name on file | Email address on file |
| 12242216 | Name on file | Email address on file |
| 12965800 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 12047006 | Name on file | Email address on file |
| 12171238 | Name on file | Email address on file |
| 12047198 | Name on file | Email address on file |
| 12047076 | Name on file | Email address on file |
| 18181444 | Name on file | Email address on file |
| 19170474 | Name on file | Email address on file |
| 12046323 | Name on file | Email address on file |
| 12646352 | Name on file | Email address on file |
| 12047009 | Name on file | Email address on file |
| 20644747 | Name on file | Email address on file |
| 18188010 | Name on file | Email address on file |
| 12047005 | Name on file | Email address on file |
| 12171220 | Name on file | Email address on file |
| 12046324 | Name on file | Email address on file |
| 12047010 | Name on file | Email address on file |
| 12928568 | Name on file | Email address on file |
| 12648596 | Name on file | Email address on file |
| 12047013 | Name on file | Email address on file |
| 12047014 | Name on file | Email address on file |
| 12047655 | Name on file | Email address on file |
| 12242217 | Name on file | Email address on file |
| 12047027 | Name on file | Email address on file |
| 12046502 | Name on file | Email address on file |
| 12171221 | Name on file | Email address on file |
| 12046862 | Name on file | Email address on file |
| 12242218 | Name on file | Email address on file |
| 12047513 | Name on file | Email address on file |
| 12869227 | Name on file | Email address on file |
| 12242219 | Name on file | Email address on file |
| 12047019 | Name on file | Email address on file |
| 12868317 | Name on file | Email address on file |
| 12868328 | Name on file | Email address on file |
| 12868332 | Name on file | Email address on file |
| 12872583 | Name on file | Email address on file |
| 12872598 | Name on file | Email address on file |
| 12872599 | Name on file | Email address on file |
| 12885696 | Name on file | Email address on file |
| 12885726 | Name on file | Email address on file |
| 12046473 | Name on file | Email address on file |
| 19169959 | Name on file | Email address on file |
| 12047020 | Name on file | Email address on file |
| 12171242 | Name on file | Email address on file |
| 12047021 | Name on file | Email address on file |
| 20475862 | Name on file | Email address on file |
| 18988250 | Name on file | Email address on file |
| 12650908 | Name on file | Email address on file |
| 12871657 | Name on file | Email address on file |
| 12047349 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 15469104 | Name on file | Email address on file |
| 17116521 | Name on file | Email address on file |
| 20695098 | Name on file | Email address on file |
| 12046788 | Name on file | Email address on file |
| 20644067 | Name on file | Email address on file |
| 12819902 | Name on file | Email address on file |
| 15419090 | Name on file | Email address on file |
| 15419132 | Name on file | Email address on file |
| 12047025 | Name on file | Email address on file |
| 12047026 | Name on file | Email address on file |
| 15512001 | Name on file | Email address on file |
| 12046766 | Name on file | Email address on file |
| 12047168 | Name on file | Email address on file |
| 12991142 | Name on file | Email address on file |
| 12047031 | Name on file | Email address on file |
| 12242220 | Name on file | Email address on file |
| 12242221 | Name on file | Email address on file |
| 12047032 | Name on file | Email address on file |
| 12650605 | Name on file | Email address on file |
| 12047034 | Name on file | Email address on file |
| 12242222 | Name on file | Email address on file |
| 12047037 | Name on file | Email address on file |
| 12046924 | Name on file | Email address on file |
| 12047242 | Name on file | Email address on file |
| 12991332 | Name on file | Email address on file |
| 15556775 | North Carolina Department of the Secretary of State | Email address on file |
| 15556779 | North Carolina Department of the Secretary of State | Email address on file |
| 12047038 | Name on file | Email address on file |
| 12047039 | Name on file | Email address on file |
| 12047040 | Name on file | Email address on file |
| 15481344 | Name on file | Email address on file |
| 12047041 | Name on file | Email address on file |
| 12857908 | Name on file | Email address on file |
| 15554853 | Name on file | Email address on file |
| 12047042 | Name on file | Email address on file |
| 12047043 | Name on file | Email address on file |
| 12047044 | Name on file | Email address on file |
| 18181344 | Name on file | Email address on file |
| 12046925 | Name on file | Email address on file |
| 12047045 | Name on file | Email address on file |
| 12191770 | Name on file | Email address on file |
| 12046431 | Name on file | Email address on file |
| 18959435 | Name on file | Email address on file |
| 12242223 | Name on file | Email address on file |
| 12047046 | Name on file | Email address on file |
| 12047047 | Name on file | Email address on file |
| 12046741 | Name on file | Email address on file |
| 12873844 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 12046484 | Name on file | Email address on file |
| 12047048 | Name on file | Email address on file |
| 12648464 | Name on file | Email address on file |
| 12047049 | Name on file | Email address on file |
| 20624273 | Name on file | Email address on file |
| 18181342 | Name on file | Email address on file |
| 12047050 | Name on file | Email address on file |
| 12047051 | Name on file | Email address on file |
| 18208188 | Name on file | Email address on file |
| 12244646 | Name on file | Email address on file |
| 12047052 | Name on file | Email address on file |
| 12826988 | Name on file | Email address on file |
| 12654868 | Name on file | Email address on file |
| 12046511 | Name on file | Email address on file |
| 12047232 | Name on file | Email address on file |
| 12047011 | Name on file | Email address on file |
| 12047055 | Name on file | Email address on file |
| 12047056 | Name on file | Email address on file |
| 12649344 | Name on file | Email address on file |
| 12651047 | Name on file | Email address on file |
| 12872494 | Name on file | Email address on file |
| 12873444 | Name on file | Email address on file |
| 12873779 | Name on file | Email address on file |
| 12047057 | Name on file | Email address on file |
| 15555287 | Name on file | Email address on file |
| 12047060 | Name on file | Email address on file |
| 12047061 | Name on file | Email address on file |
| 12873846 | Name on file | Email address on file |
| 12873764 | Name on file | Email address on file |
| 12873799 | Name on file | Email address on file |
| 12047016 | Name on file | Email address on file |
| 12046975 | Name on file | Email address on file |
| 12046802 | Name on file | Email address on file |
| 12046865 | Name on file | Email address on file |
| 12047160 | Name on file | Email address on file |
| 12047062 | Name on file | Email address on file |
| 12047063 | Name on file | Email address on file |
| 12047064 | Name on file | Email address on file |
| 12047065 | Name on file | Email address on file |
| 12047066 | Name on file | Email address on file |
| 12047067 | Name on file | Email address on file |
| 12047068 | Name on file | Email address on file |
| 12047069 | Name on file | Email address on file |
| 12649790 | Name on file | Email address on file |
| 12047070 | Name on file | Email address on file |
| 12046490 | Name on file | Email address on file |
| 19170432 | Name on file | Email address on file |
| 12047421 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 15550243 | Name on file | Email address on file |
| 13087326 | Name on file | Email address on file |
| 18140057 | Name on file | Email address on file |
| 12988520 | Name on file | Email address on file |
| 12242224 | Name on file | Email address on file |
| 12889971 | Name on file | Email address on file |
| 12046691 | Name on file | Email address on file |
| 12649870 | Name on file | Email address on file |
| 12046987 | Name on file | Email address on file |
| 12048319 | Name on file | Email address on file |
| 12096029 | Name on file | Email address on file |
| 12047237 | Name on file | Email address on file |
| 12047360 | Name on file | Email address on file |
| 12047250 | Name on file | Email address on file |
| 12171243 | Name on file | Email address on file |
| 12242225 | Name on file | Email address on file |
| 12242226 | Name on file | Email address on file |
| 12046413 | Name on file | Email address on file |
| 13087290 | Name on file | Email address on file |
| 12933845 | Name on file | Email address on file |
| 19169129 | Name on file | Email address on file |
| 12047078 | Name on file | Email address on file |
| 12047079 | Name on file | Email address on file |
| 12047080 | Name on file | Email address on file |
| 12171235 | Name on file | Email address on file |
| 12656361 | Name on file | Email address on file |
| 12047081 | Name on file | Email address on file |
| 12191787 | Name on file | Email address on file |
| 12045389 | Name on file | Email address on file |
| 12864323 | Name on file | Email address on file |
| 15550121 | Name on file | Email address on file |
| 20475370 | Name on file | Email address on file |
| 12047609 | Name on file | Email address on file |
| 15555208 | Name on file | Email address on file |
| 13062543 | Name on file | Email address on file |
| 12047082 | Name on file | Email address on file |
| 20475261 | Name on file | Email address on file |
| 12046466 | Name on file | Email address on file |
| 18995234 | Name on file | Email address on file |
| 15550219 | Name on file | Email address on file |
| 12047087 | Name on file | Email address on file |
| 12046410 | Name on file | Email address on file |
| 12763610 | Name on file | Email address on file |
| 12885599 | Name on file | Email address on file |
| 12963706 | Name on file | Email address on file |
| 12242227 | Name on file | Email address on file |
| 12762456 | Name on file | Email address on file |
| 12046902 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 12764918 | Name on file | Email address on file |
| 12047088 | Name on file | Email address on file |
| 12165072 | Name on file | Email address on file |
| 12161627 | Name on file | Email address on file |
| 12047089 | Name on file | Email address on file |
| 12047090 | Name on file | Email address on file |
| 12047091 | Name on file | Email address on file |
| 18190092 | Name on file | Email address on file |
| 12047096 | Name on file | Email address on file |
| 12046820 | Name on file | Email address on file |
| 12901655 | Name on file | Email address on file |
| 20654818 | Name on file | Email address on file |
| 12047388 | Name on file | Email address on file |
| 12046778 | Name on file | Email address on file |
| 12242228 | Name on file | Email address on file |
| 12879744 | Name on file | Email address on file |
| 12186116 | Name on file | Email address on file |
| 12047098 | Name on file | Email address on file |
| 12173893 | Name on file | Email address on file |
| 12242229 | Name on file | Email address on file |
| 12047028 | Name on file | Email address on file |
| 12047099 | Name on file | Email address on file |
| 12047100 | Name on file | Email address on file |
| 12047540 | Name on file | Email address on file |
| 12047418 | Name on file | Email address on file |
| 12047101 | Name on file | Email address on file |
| 12047102 | Name on file | Email address on file |
| 13093493 | Name on file | Email address on file |
| 20639689 | Name on file | Email address on file |
| 12047103 | Name on file | Email address on file |
| 12763275 | Name on file | Email address on file |
| 12047104 | Name on file | Email address on file |
| 12885584 | Name on file | Email address on file |
| 12047105 | Name on file | Email address on file |
| 12047106 | Name on file | Email address on file |
| 12047107 | Name on file | Email address on file |
| 12047108 | Name on file | Email address on file |
| 12047109 | Name on file | Email address on file |
| 12047656 | Name on file | Email address on file |
| 12242230 | Name on file | Email address on file |
| 12885444 | Name on file | Email address on file |
| 12885424 | Name on file | Email address on file |
| 12047110 | Name on file | Email address on file |
| 18974590 | Name on file | Email address on file |
| 12047111 | Name on file | Email address on file |
| 12047541 | Name on file | Email address on file |
| 12046641 | Name on file | Email address on file |
| 12928551 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 13119841 | Name on file | Email address on file |
| 12047203 | Name on file | Email address on file |
| 12047112 | Name on file | Email address on file |
| 12932082 | Name on file | Email address on file |
| 12891021 | Name on file | Email address on file |
| 12047113 | Name on file | Email address on file |
| 12046859 | Name on file | Email address on file |
| 12047115 | Name on file | Email address on file |
| 12047116 | Name on file | Email address on file |
| 12873559 | Name on file | Email address on file |
| 12873626 | Name on file | Email address on file |
| 12242231 | Name on file | Email address on file |
| 12890139 | Name on file | Email address on file |
| 12890143 | Name on file | Email address on file |
| 12046976 | Name on file | Email address on file |
| 12047118 | Name on file | Email address on file |
| 12047119 | Name on file | Email address on file |
| 13060362 | Name on file | Email address on file |
| 13003254 | Name on file | Email address on file |
| 12047120 | Name on file | Email address on file |
| 12047121 | Name on file | Email address on file |
| 12108970 | Name on file | Email address on file |
| 12096086 | Name on file | Email address on file |
| 12047122 | Name on file | Email address on file |
| 13093624 | Name on file | Email address on file |
| 12047123 | Name on file | Email address on file |
| 12046834 | Name on file | Email address on file |
| 12827682 | Name on file | Email address on file |
| 12835577 | Name on file | Email address on file |
| 12047124 | Name on file | Email address on file |
| 12047125 | Name on file | Email address on file |
| 12987168 | Name on file | Email address on file |
| 15419166 | Name on file | Email address on file |
| 12891222 | Name on file | Email address on file |
| 12046936 | Name on file | Email address on file |
| 12244706 | Name on file | Email address on file |
| 12046957 | Name on file | Email address on file |
| 12047129 | Name on file | Email address on file |
| 12047130 | Name on file | Email address on file |
| 12047133 | Name on file | Email address on file |
| 12914648 | Name on file | Email address on file |
| 12046855 | Name on file | Email address on file |
| 12047523 | Name on file | Email address on file |
| 12875404 | Name on file | Email address on file |
| 12047204 | Name on file | Email address on file |
| 12867463 | Name on file | Email address on file |
| 12991036 | Name on file | Email address on file |
| 12856692 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 18164689 | Name on file | Email address on file |
| 19155766 | Name on file | Email address on file |
| 20474932 | Name on file | Email address on file |
| 12242232 | Name on file | Email address on file |
| 12047499 | Name on file | Email address on file |
| 12987064 | Name on file | Email address on file |
| 12047271 | Name on file | Email address on file |
| 12046494 | Name on file | Email address on file |
| 20622408 | Name on file | Email address on file |
| 12914819 | Name on file | Email address on file |
| 16148844 | Name on file | Email address on file |
| 12047142 | Name on file | Email address on file |
| 12047143 | Name on file | Email address on file |
| 12047144 | Name on file | Email address on file |
| 12867514 | Name on file | Email address on file |
| 12047145 | Name on file | Email address on file |
| 12047094 | Name on file | Email address on file |
| 12987152 | Name on file | Email address on file |
| 12873894 | Name on file | Email address on file |
| 12046919 | Name on file | Email address on file |
| 12047148 | Name on file | Email address on file |
| 12047149 | Name on file | Email address on file |
| 12933867 | Name on file | Email address on file |
| 12047150 | Name on file | Email address on file |
| 12251709 | Name on file | Email address on file |
| 12651083 | Name on file | Email address on file |
| 12902217 | Name on file | Email address on file |
| 12047151 | Name on file | Email address on file |
| 12047152 | Name on file | Email address on file |
| 12046905 | Name on file | Email address on file |
| 12868874 | Name on file | Email address on file |
| 12242233 | Name on file | Email address on file |
| 12868746 | Name on file | Email address on file |
| 18188597 | Name on file | Email address on file |
| 12047159 | Name on file | Email address on file |
| 12047136 | Name on file | Email address on file |
| 13083053 | Name on file | Email address on file |
| 18334560 | Name on file | Email address on file |
| 12046742 | Name on file | Email address on file |
| 12046737 | Name on file | Email address on file |
| 18181325 | Name on file | Email address on file |
| 15542858 | Name on file | Email address on file |
| 12046512 | Name on file | Email address on file |
| 12827552 | Name on file | Email address on file |
| 12873774 | Name on file | Email address on file |
| 18239940 | Name on file | Email address on file |
| 12046568 | Name on file | Email address on file |
| 12046793 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047308 | Name on file | Email address on file |
| 12245170 | Name on file | Email address on file |
| 13119725 | Name on file | Email address on file |
| 12047167 | Name on file | Email address on file |
| 12761349 | Name on file | Email address on file |
| 12656358 | Name on file | Email address on file |
| 12046764 | Name on file | Email address on file |
| 12655036 | Name on file | Email address on file |
| 12046474 | Name on file | Email address on file |
| 12046702 | Name on file | Email address on file |
| 12047171 | Name on file | Email address on file |
| 12246024 | Name on file | Email address on file |
| 12047199 | Name on file | Email address on file |
| 12047169 | Name on file | Email address on file |
| 12856428 | Name on file | Email address on file |
| 12047170 | Name on file | Email address on file |
| 12856435 | Name on file | Email address on file |
| 12046663 | Name on file | Email address on file |
| 12242234 | Name on file | Email address on file |
| 12824380 | Name on file | Email address on file |
| 15535933 | Name on file | Email address on file |
| 18179423 | Name on file | Email address on file |
| 12047353 | Name on file | Email address on file |
| 12046564 | Name on file | Email address on file |
| 12868879 | Name on file | Email address on file |
| 12868891 | Name on file | Email address on file |
| 12868923 | Name on file | Email address on file |
| 12047177 | Name on file | Email address on file |
| 12047178 | Name on file | Email address on file |
| 12882300 | Name on file | Email address on file |
| 12046789 | Name on file | Email address on file |
| 13060348 | Name on file | Email address on file |
| 12965463 | Name on file | Email address on file |
| 12046458 | Name on file | Email address on file |
| 12046419 | Name on file | Email address on file |
| 20634064 | Name on file | Email address on file |
| 20637100 | Name on file | Email address on file |
| 12242235 | Name on file | Email address on file |
| 19029743 | Name on file | Email address on file |
| 12889560 | Name on file | Email address on file |
| 12244605 | Name on file | Email address on file |
| 12873688 | Name on file | Email address on file |
| 12046475 | Name on file | Email address on file |
| 12872428 | Name on file | Email address on file |
| 12857939 | Name on file | Email address on file |
| 12047182 | Name on file | Email address on file |
| 12242236 | Name on file | Email address on file |
| 12879017 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12875414 | Name on file | Email address on file |
| 12873419 | Name on file | Email address on file |
| 12046598 | Name on file | Email address on file |
| 19012038 | Name on file | Email address on file |
| 19012880 | Name on file | Email address on file |
| 12872239 | Name on file | Email address on file |
| 12881576 | Name on file | Email address on file |
| 12170788 | Name on file | Email address on file |
| 12245248 | Name on file | Email address on file |
| 12047188 | Name on file | Email address on file |
| 18190581 | Name on file | Email address on file |
| 12047190 | Name on file | Email address on file |
| 12889932 | Name on file | Email address on file |
| 12047008 | Name on file | Email address on file |
| 12835406 | Name on file | Email address on file |
| 12855095 | Name on file | Email address on file |
| 12047192 | Name on file | Email address on file |
| 12047193 | Name on file | Email address on file |
| 12046832 | Name on file | Email address on file |
| 12946598 | Name on file | Email address on file |
| 12047194 | Name on file | Email address on file |
| 12877582 | Name on file | Email address on file |
| 19175439 | Name on file | Email address on file |
| 12047323 | Name on file | Email address on file |
| 12047248 | Name on file | Email address on file |
| 12928625 | Name on file | Email address on file |
| 12046863 | Name on file | Email address on file |
| 12047196 | Name on file | Email address on file |
| 12046678 | Name on file | Email address on file |
| 12046420 | Name on file | Email address on file |
| 12047257 | Name on file | Email address on file |
| 12649456 | Name on file | Email address on file |
| 12242237 | Name on file | Email address on file |
| 12046664 | Name on file | Email address on file |
| 12046760 | Name on file | Email address on file |
| 12835396 | Name on file | Email address on file |
| 12046495 | Name on file | Email address on file |
| 12243915 | Name on file | Email address on file |
| 12046806 | Name on file | Email address on file |
| 12047132 | Name on file | Email address on file |
| 12046874 | Name on file | Email address on file |
| 12047572 | Name on file | Email address on file |
| 12764389 | Name on file | Email address on file |
| 12650329 | Name on file | Email address on file |
| 12651049 | Name on file | Email address on file |
| 12047205 | Name on file | Email address on file |
| 12047573 | Name on file | Email address on file |
| 12999068 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047206 | Name on file | Email address on file |
| 12047592 | Name on file | Email address on file |
| 12242238 | Name on file | Email address on file |
| 12242239 | Name on file | Email address on file |
| 12046669 | Name on file | Email address on file |
| 12047085 | Name on file | Email address on file |
| 12047208 | Name on file | Email address on file |
| 12823203 | Name on file | Email address on file |
| 12823300 | Name on file | Email address on file |
| 12046775 | Name on file | Email address on file |
| 12830162 | Name on file | Email address on file |
| 12047114 | Name on file | Email address on file |
| 12873515 | Name on file | Email address on file |
| 18173514 | Name on file | Email address on file |
| 12047210 | Name on file | Email address on file |
| 12047211 | Name on file | Email address on file |
| 12047213 | Name on file | Email address on file |
| 12047140 | Name on file | Email address on file |
| 12857344 | Name on file | Email address on file |
| 12857351 | Name on file | Email address on file |
| 12047135 | Name on file | Email address on file |
| 13083006 | Name on file | Email address on file |
| 12047603 | Name on file | Email address on file |
| 12046422 | Name on file | Email address on file |
| 12046942 | Name on file | Email address on file |
| 12047184 | Name on file | Email address on file |
| 12046749 | Name on file | Email address on file |
| 12047500 | Name on file | Email address on file |
| 12242240 | Name on file | Email address on file |
| 20652261 | Name on file | Email address on file |
| 12047215 | Name on file | Email address on file |
| 12046797 | Name on file | Email address on file |
| 12873888 | Name on file | Email address on file |
| 12877926 | Name on file | Email address on file |
| 12242241 | Name on file | Email address on file |
| 13082980 | Name on file | Email address on file |
| 12047545 | Name on file | Email address on file |
| 12047218 | Name on file | Email address on file |
| 12244967 | Name on file | Email address on file |
| 12047221 | Name on file | Email address on file |
| 12047220 | SIGNATURE BANK | Email address on file |
| 12047219 | SIGNATURE BANK | Email address on file |
| 12047223 | Name on file | Email address on file |
| 12047528 | Name on file | Email address on file |
| 12875398 | Name on file | Email address on file |
| 12873536 | Name on file | Email address on file |
| 12873709 | Name on file | Email address on file |
| 12875394 | Name on file | Email address on file |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)                          Page 44 of 56

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 12875399 | Name on file | Email address on file |
| 12047226 | SILVERGATE BANK | Email address on file |
| 12047225 | SILVERGATE BANK | Email address on file |
| 12856746 | Name on file | Email address on file |
| 12046730 | Name on file | Email address on file |
| 12242242 | Name on file | Email address on file |
| 12046894 | Name on file | Email address on file |
| 17114942 | Singapore Telecommunications Limited | Email address on file |
| 20643487 | Name on file | Email address on file |
| 12242243 | Name on file | Email address on file |
| 12047597 | Name on file | Email address on file |
| 20645848 | Name on file | Email address on file |
| 12046354 | Name on file | Email address on file |
| 12047352 | Name on file | Email address on file |
| 18232190 | Name on file | Email address on file |
| 15600113 | Name on file | Email address on file |
| 12047233 | Name on file | Email address on file |
| 12046943 | Name on file | Email address on file |
| 12047620 | Name on file | Email address on file |
| 12857829 | Name on file | Email address on file |
| 12857863 | Name on file | Email address on file |
| 12857882 | Name on file | Email address on file |
| 12047234 | Name on file | Email address on file |
| 12047235 | Name on file | Email address on file |
| 12963755 | Name on file | Email address on file |
| 12046513 | Name on file | Email address on file |
| 12928836 | Name on file | Email address on file |
| 15416667 | Name on file | Email address on file |
| 12046770 | Name on file | Email address on file |
| 12047236 | Name on file | Email address on file |
| 12047316 | Name on file | Email address on file |
| 12648478 | Name on file | Email address on file |
| 12648629 | Name on file | Email address on file |
| 12047254 | Name on file | Email address on file |
| 12046819 | Name on file | Email address on file |
| 12047187 | Name on file | Email address on file |
| 15600029 | Name on file | Email address on file |
| 13093519 | Name on file | Email address on file |
| 12046977 | Name on file | Email address on file |
| 12858568 | Name on file | Email address on file |
| 12862058 | Name on file | Email address on file |
| 15556828 | South Dakota Division of Insurance | Email address on file |
| 15556835 | South Dakota Division of Insurance | Email address on file |
| 12047240 | Name on file | Email address on file |
| 12047241 | Name on file | Email address on file |
| 12046565 | Name on file | Email address on file |
| 12046485 | Name on file | Email address on file |
| 12242244 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047347 | Name on file | Email address on file |
| 12046761 | Name on file | Email address on file |
| 12829198 | Name on file | Email address on file |
| 12873752 | Name on file | Email address on file |
| 12885639 | Name on file | Email address on file |
| 12868798 | Name on file | Email address on file |
| 12047667 | Name on file | Email address on file |
| 12046821 | Name on file | Email address on file |
| 12047243 | Name on file | Email address on file |
| 12047239 | Name on file | Email address on file |
| 12047244 | Name on file | Email address on file |
| 12046478 | Name on file | Email address on file |
| 12047007 | Name on file | Email address on file |
| 13023612 | Name on file | Email address on file |
| 20645337 | Name on file | Email address on file |
| 20639818 | Name on file | Email address on file |
| 20652938 | Name on file | Email address on file |
| 17116609 | State of Alaska | Email address on file |
| 18159304 | State of Alaska | Email address on file |
| 15555065 | State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | Email address on file |
| 15555270 | State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | Email address on file |
| 15555274 | State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | Email address on file |
| 15550741 | State of New York Office of the Attorney General, Division of Economic Justice | Email address on file |
| 15550782 | State of New York Office of the Attorney General, Division of Economic Justice | Email address on file |
| 15550819 | State of New York Office of the Attorney General, Division of Economic Justice | Email address on file |
| 12047246 | Name on file | Email address on file |
| 12046790 | Name on file | Email address on file |
| 12047615 | Name on file | Email address on file |
| 12864544 | Name on file | Email address on file |
| 12868552 | Name on file | Email address on file |
| 12047249 | Name on file | Email address on file |
| 13083000 | Name on file | Email address on file |
| 13091451 | Name on file | Email address on file |
| 12824459 | Name on file | Email address on file |
| 12648490 | Name on file | Email address on file |
| 12047659 | Name on file | Email address on file |
| 12047258 | Name on file | Email address on file |
| 12245156 | Name on file | Email address on file |
| 12047259 | Name on file | Email address on file |
| 12856853 | Name on file | Email address on file |
| 12047313 | Name on file | Email address on file |
| 12829819 | Name on file | Email address on file |
| 12046765 | Name on file | Email address on file |
| 12047260 | Name on file | Email address on file |
| 12171248 | Name on file | Email address on file |
| 12047261 | Name on file | Email address on file |
| 12047262 | Name on file | Email address on file |
| 12047263 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047264 | Name on file | Email address on file |
| 12047402 | Name on file | Email address on file |
| 12171249 | Name on file | Email address on file |
| 19152320 | Name on file | Email address on file |
| 12242245 | Name on file | Email address on file |
| 18939223 | Name on file | Email address on file |
| 13041717 | Name on file | Email address on file |
| 12047267 | Name on file | Email address on file |
| 12047268 | Name on file | Email address on file |
| 12885257 | Name on file | Email address on file |
| 12047270 | Name on file | Email address on file |
| 12242246 | Name on file | Email address on file |
| 19170558 | Name on file | Email address on file |
| 12890061 | Name on file | Email address on file |
| 12963534 | Name on file | Email address on file |
| 12047384 | Name on file | Email address on file |
| 12242247 | Name on file | Email address on file |
| 15419362 | Name on file | Email address on file |
| 12902249 | Name on file | Email address on file |
| 12902184 | Name on file | Email address on file |
| 12868046 | Name on file | Email address on file |
| 12868354 | Name on file | Email address on file |
| 12046915 | Name on file | Email address on file |
| 12046890 | Name on file | Email address on file |
| 20634615 | Name on file | Email address on file |
| 12047272 | Name on file | Email address on file |
| 12830071 | Name on file | Email address on file |
| 12047273 | Name on file | Email address on file |
| 12047077 | Name on file | Email address on file |
| 12820000 | Name on file | Email address on file |
| 12047012 | Name on file | Email address on file |
| 12047396 | Name on file | Email address on file |
| 12858515 | Name on file | Email address on file |
| 12115795 | Name on file | Email address on file |
| 12115857 | Name on file | Email address on file |
| 12047274 | Name on file | Email address on file |
| 12046773 | Name on file | Email address on file |
| 12148777 | Name on file | Email address on file |
| 18140071 | Name on file | Email address on file |
| 20645490 | Name on file | Email address on file |
| 12761398 | Name on file | Email address on file |
| 12242248 | Name on file | Email address on file |
| 12917430 | Name on file | Email address on file |
| 12877991 | Name on file | Email address on file |
| 12047276 | Name on file | Email address on file |
| 18988247 | Name on file | Email address on file |
| 13082891 | Name on file | Email address on file |
| 18181323 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12171218 | Name on file | Email address on file |
| 12046538 | Name on file | Email address on file |
| 18140592 | Name on file | Email address on file |
| 18173928 | Name on file | Email address on file |
| 12046750 | Name on file | Email address on file |
| 12873439 | Name on file | Email address on file |
| 12047279 | Name on file | Email address on file |
| 18988133 | Name on file | Email address on file |
| 12047650 | Name on file | Email address on file |
| 12046368 | Name on file | Email address on file |
| 12047282 | Name on file | Email address on file |
| 13087427 | Texas Department of Banking | Email address on file |
| 15514077 | Texas State Securities Board | Email address on file |
| 15513798 | Texas State Securities Boared | Email address on file |
| 15542769 | Name on file | Email address on file |
| 12650336 | Name on file | Email address on file |
| 12047284 | Name on file | Email address on file |
| 12047285 | Name on file | Email address on file |
| 12047286 | Name on file | Email address on file |
| 12047287 | Name on file | Email address on file |
| 12047288 | Name on file | Email address on file |
| 12047289 | Name on file | Email address on file |
| 15555251 | The New Jersey Bureau of Securities | Email address on file |
| 15555258 | The New Jersey Bureau of Securities | Email address on file |
| 15555264 | The New Jersey Bureau of Securities | Email address on file |
| 16825563 | The New Jersey Bureau of Securities | Email address on file |
| 16825566 | The New Jersey Bureau of Securities | Email address on file |
| 16825570 | The New Jersey Bureau of Securities | Email address on file |
| 12047290 | Name on file | Email address on file |
| 12047291 | Name on file | Email address on file |
| 12047292 | Name on file | Email address on file |
| 12822517 | Name on file | Email address on file |
| 12047293 | Name on file | Email address on file |
| 12047294 | Name on file | Email address on file |
| 15552653 | Name on file | Email address on file |
| 12047295 | Name on file | Email address on file |
| 12047296 | Name on file | Email address on file |
| 12148659 | Name on file | Email address on file |
| 12991372 | Name on file | Email address on file |
| 13093746 | Name on file | Email address on file |
| 19176562 | Name on file | Email address on file |
| 12872634 | Name on file | Email address on file |
| 12047278 | Name on file | Email address on file |
| 12875722 | Name on file | Email address on file |
| 12875731 | Name on file | Email address on file |
| 12875734 | Name on file | Email address on file |
| 18192192 | Name on file | Email address on file |
| 18192194 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12873683 | Name on file | Email address on file |
| 18190478 | Name on file | Email address on file |
| 18190569 | Name on file | Email address on file |
| 18192193 | Name on file | Email address on file |
| 12873641 | Name on file | Email address on file |
| 12873664 | Name on file | Email address on file |
| 18192195 | Name on file | Email address on file |
| 18190484 | Name on file | Email address on file |
| 12047303 | Name on file | Email address on file |
| 12864309 | Name on file | Email address on file |
| 12864322 | Name on file | Email address on file |
| 12864334 | Name on file | Email address on file |
| 12873563 | Name on file | Email address on file |
| 12873566 | Name on file | Email address on file |
| 12873574 | Name on file | Email address on file |
| 12191842 | Name on file | Email address on file |
| 12763484 | Name on file | Email address on file |
| 12047304 | Name on file | Email address on file |
| 12047306 | Name on file | Email address on file |
| 12046665 | Name on file | Email address on file |
| 12047307 | Name on file | Email address on file |
| 12827091 | Name on file | Email address on file |
| 12047172 | Name on file | Email address on file |
| 12872463 | Name on file | Email address on file |
| 12047314 | Name on file | Email address on file |
| 12047315 | Name on file | Email address on file |
| 12873757 | Name on file | Email address on file |
| 12243930 | Name on file | Email address on file |
| 12046415 | Name on file | Email address on file |
| 13045488 | Name on file | Email address on file |
| 13059936 | Name on file | Email address on file |
| 12047139 | Name on file | Email address on file |
| 12047181 | Name on file | Email address on file |
| 12242249 | Name on file | Email address on file |
| 12047317 | Name on file | Email address on file |
| 12046373 | Name on file | Email address on file |
| 12889214 | Name on file | Email address on file |
| 13003176 | Name on file | Email address on file |
| 12047318 | Name on file | Email address on file |
| 12047424 | Name on file | Email address on file |
| 12047319 | Name on file | Email address on file |
| 12047054 | Name on file | Email address on file |
| 12245669 | Name on file | Email address on file |
| 12047321 | Name on file | Email address on file |
| 12869166 | Name on file | Email address on file |
| 12885539 | Translunar Crypto LP | Email address on file |
| 12885659 | Translunar Crypto LP | Email address on file |
| 12047322 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12869133 | Translunar Crypto LP | Email address on file |
| 12869648 | Translunar Crypto LP | Email address on file |
| 12870226 | Translunar Crypto LP | Email address on file |
| 12870246 | Translunar Crypto LP | Email address on file |
| 12970134 | Translunar Crypto LP | Email address on file |
| 12970139 | Translunar Crypto LP | Email address on file |
| 12970146 | Translunar Crypto LP | Email address on file |
| 12970152 | Name on file | Email address on file |
| 12885489 | Translunar Crypto LP | Email address on file |
| 19170441 | Name on file | Email address on file |
| 18173493 | Name on file | Email address on file |
| 12047324 | Name on file | Email address on file |
| 12046860 | Name on file | Email address on file |
| 12047325 | Name on file | Email address on file |
| 12047326 | Name on file | Email address on file |
| 12047327 | Name on file | Email address on file |
| 12047328 | Name on file | Email address on file |
| 12047329 | Name on file | Email address on file |
| 12047330 | Name on file | Email address on file |
| 12242250 | Name on file | Email address on file |
| 12925044 | Name on file | Email address on file |
| 12868321 | Name on file | Email address on file |
| 12885583 | Name on file | Email address on file |
| 18179359 | Name on file | Email address on file |
| 12046574 | Name on file | Email address on file |
| 12827060 | Name on file | Email address on file |
| 12827074 | Name on file | Email address on file |
| 12827083 | Name on file | Email address on file |
| 12242251 | Name on file | Email address on file |
| 12244625 | Name on file | Email address on file |
| 12245849 | Name on file | Email address on file |
| 13059937 | Name on file | Email address on file |
| 13041845 | Name on file | Email address on file |
| 12047661 | Name on file | Email address on file |
| 12046726 | Name on file | Email address on file |
| 13023515 | Name on file | Email address on file |
| 12047333 | Name on file | Email address on file |
| 12047334 | Name on file | Email address on file |
| 12047335 | Name on file | Email address on file |
| 12047336 | Name on file | Email address on file |
| 12652280 | Name on file | Email address on file |
| 12652286 | Name on file | Email address on file |
| 16825529 | U.S. Securities and Exchange Commission | Email address on file |
| 16825532 | U.S. Securities and Exchange Commission | Email address on file |
| 15550388 | U.S. Securities and Exchange Commission | Email address on file |
| 15550472 | U.S. Securities and Exchange Commission | Email address on file |
| 15550505 | U.S. Securities and Exchange Commission | Email address on file |
| 19170041 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12047338 | Name on file | Email address on file |
| 12875486 | Name on file | Email address on file |
| 12873349 | Name on file | Email address on file |
| 12047339 | Name on file | Email address on file |
| 19169740 | Name on file | Email address on file |
| 12047340 | Name on file | Email address on file |
| 12047341 | Name on file | Email address on file |
| 13003051 | Name on file | Email address on file |
| 12047342 | Name on file | Email address on file |
| 17116580 | Name on file | Email address on file |
| 12829829 | Name on file | Email address on file |
| 13052769 | Name on file | Email address on file |
| 13089324 | Name on file | Email address on file |
| 18140337 | Name on file | Email address on file |
| 12046642 | Name on file | Email address on file |
| 12047343 | Name on file | Email address on file |
| 12047344 | Name on file | Email address on file |
| 12763539 | Name on file | Email address on file |
| 12047345 | Name on file | Email address on file |
| 12875906 | Name on file | Email address on file |
| 12872668 | Name on file | Email address on file |
| 12872507 | Name on file | Email address on file |
| 12171252 | Name on file | Email address on file |
| 12171192 | Name on file | Email address on file |
| 12762878 | Name on file | Email address on file |
| 12046980 | Name on file | Email address on file |
| 12047071 | Name on file | Email address on file |
| 12047212 | Name on file | Email address on file |
| 12046889 | Name on file | Email address on file |
| 12762912 | Name on file | Email address on file |
| 12242252 | Name on file | Email address on file |
| 18937795 | Name on file | Email address on file |
| 15551204 | Name on file | Email address on file |
| 12046562 | Name on file | Email address on file |
| 12047348 | Name on file | Email address on file |
| 12047350 | Name on file | Email address on file |
| 12047532 | Name on file | Email address on file |
| 12873464 | Name on file | Email address on file |
| 20651490 | Name on file | Email address on file |
| 12047351 | Name on file | Email address on file |
| 12047379 | Name on file | Email address on file |
| 12242253 | Name on file | Email address on file |
| 12889759 | Name on file | Email address on file |
| 12047029 | Name on file | Email address on file |
| 12047164 | Name on file | Email address on file |
| 12046556 | Name on file | Email address on file |
| 12914670 | Name on file | Email address on file |
| 12046981 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12242254 | Name on file | Email address on file |
| 12244551 | Name on file | Email address on file |
| 12951059 | Name on file | Email address on file |
| 12047356 | Name on file | Email address on file |
| 12047298 | Name on file | Email address on file |
| 12047357 | Name on file | Email address on file |
| 12046465 | Name on file | Email address on file |
| 12047358 | Name on file | Email address on file |
| 13052819 | Name on file | Email address on file |
| 12047361 | Name on file | Email address on file |
| 12242255 | Name on file | Email address on file |
| 12047362 | Name on file | Email address on file |
| 12914536 | Name on file | Email address on file |
| 12046672 | Name on file | Email address on file |
| 12047363 | Name on file | Email address on file |
| 12892107 | Name on file | Email address on file |
| 12047364 | Name on file | Email address on file |
| 12047365 | Name on file | Email address on file |
| 12905937 | Name on file | Email address on file |
| 12914588 | Name on file | Email address on file |
| 12906114 | Name on file | Email address on file |
| 12873435 | Name on file | Email address on file |
| 12873466 | Name on file | Email address on file |
| 12046591 | Name on file | Email address on file |
| 18189859 | Name on file | Email address on file |
| 18189861 | Name on file | Email address on file |
| 18939360 | Name on file | Email address on file |
| 12046771 | Name on file | Email address on file |
| 12047176 | Name on file | Email address on file |
| 10596724 | Name on file | Email address on file |
| 12047200 | Name on file | Email address on file |
| 12242256 | Name on file | Email address on file |
| 15555326 | Name on file | Email address on file |
| 12047657 | Name on file | Email address on file |
| 12862045 | Name on file | Email address on file |
| 13119668 | Name on file | Email address on file |
| 12046407 | Name on file | Email address on file |
| 12046838 | Name on file | Email address on file |
| 12047126 | Name on file | Email address on file |
| 12047127 | Name on file | Email address on file |
| 20648525 | Name on file | Email address on file |
| 12914746 | Name on file | Email address on file |
| 12925060 | Name on file | Email address on file |
| 12925061 | Name on file | Email address on file |
| 12242257 | Name on file | Email address on file |
| 12047368 | Name on file | Email address on file |
| 17114933 | Name on file | Email address on file |
| 12830144 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12885491 | Name on file | Email address on file |
| 12047017 | Name on file | Email address on file |
| 12046496 | Name on file | Email address on file |
| 12655047 | Name on file | Email address on file |
| 12047652 | Name on file | Email address on file |
| 12047371 | Name on file | Email address on file |
| 12047372 | Name on file | Email address on file |
| 12047373 | Name on file | Email address on file |
| 12047374 | Name on file | Email address on file |
| 12047375 | Name on file | Email address on file |
| 12047376 | Name on file | Email address on file |
| 12047377 | Name on file | Email address on file |
| 12047380 | Name on file | Email address on file |
| 12047381 | Name on file | Email address on file |
| 13060389 | Name on file | Email address on file |
| 12046827 | Name on file | Email address on file |
| 12828032 | Name on file | Email address on file |
| 12047383 | Name on file | Email address on file |
| 12047086 | Name on file | Email address on file |
| 12242258 | Name on file | Email address on file |
| 18301935 | Name on file | Email address on file |
| 12242259 | Name on file | Email address on file |
| 12171245 | Name on file | Email address on file |
| 17120550 | Name on file | Email address on file |
| 12875743 | West Realm Shires Inc. and all FTX Debtors | Email address on file |
| 12873462 | West Realm Shires Inc. and all FTX Debtors | Email address on file |
| 12047390 | Name on file | Email address on file |
| 12047158 | Name on file | Email address on file |
| 12242260 | Name on file | Email address on file |
| 20648493 | Name on file | Email address on file |
| 12047514 | Name on file | Email address on file |
| 12046406 | Name on file | Email address on file |
| 12242261 | Name on file | Email address on file |
| 12046563 | Name on file | Email address on file |
| 12046736 | Name on file | Email address on file |
| 20652935 | Name on file | Email address on file |
| 12047252 | Name on file | Email address on file |
| 12047391 | Name on file | Email address on file |
| 18241123 | Name on file | Email address on file |
| 12047392 | Name on file | Email address on file |
| 18178103 | Name on file | Email address on file |
| 12047648 | Name on file | Email address on file |
| 12651053 | Name on file | Email address on file |
| 12872483 | Name on file | Email address on file |
| 12873407 | Name on file | Email address on file |
| 12046514 | Name on file | Email address on file |
| 15551380 | Name on file | Email address on file |
| 12878735 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 20644064 | Name on file | Email address on file |
| 12047398 | Name on file | Email address on file |
| 12047399 | Name on file | Email address on file |
| 12047400 | Name on file | Email address on file |
| 12856442 | Name on file | Email address on file |
| 12047401 | Name on file | Email address on file |
| 12648727 | Name on file | Email address on file |
| 12047404 | Name on file | Email address on file |
| 12047405 | Name on file | Email address on file |
| 12047406 | Name on file | Email address on file |
| 12928858 | Name on file | Email address on file |
| 12046904 | Name on file | Email address on file |
| 12046978 | Name on file | Email address on file |
| 12046979 | Name on file | Email address on file |
| 12872159 | Name on file | Email address on file |
| 12047128 | Name on file | Email address on file |
| 12885695 | Name on file | Email address on file |
| 20625373 | Name on file | Email address on file |
| 12047590 | Name on file | Email address on file |
| 12046558 | Name on file | Email address on file |
| 13020836 | Name on file | Email address on file |
| 12046724 | Name on file | Email address on file |
| 12888607 | Name on file | Email address on file |
| 12047283 | Name on file | Email address on file |
| 12046777 | Name on file | Email address on file |
| 12242262 | Name on file | Email address on file |
| 12047407 | Name on file | Email address on file |
| 13041775 | Name on file | Email address on file |
| 13041808 | Name on file | Email address on file |
| 12873541 | Name on file | Email address on file |
| 12824528 | Name on file | Email address on file |
| 12824342 | Name on file | Email address on file |
| 12824382 | Name on file | Email address on file |
| 12824659 | Name on file | Email address on file |
| 12242263 | Name on file | Email address on file |
| 18950269 | Name on file | Email address on file |
| 12047409 | Name on file | Email address on file |
| 12047397 | Name on file | Email address on file |
| 12047410 | Name on file | Email address on file |
| 12046839 | Name on file | Email address on file |
| 12764066 | Name on file | Email address on file |
| 12245213 | Name on file | Email address on file |
| 19024967 | Name on file | Email address on file |
| 12047548 | Name on file | Email address on file |
| 20654824 | Name on file | Email address on file |
| 20621222 | Name on file | Email address on file |
| 12242264 | Name on file | Email address on file |
| 12047165 | Name on file | Email address on file |

Exhibit Y
Master Mailing Email List
Served via email

| ADDRID | NAME | EMAIL |
|---|---|---|
| 12888909 | Name on file | Email address on file |
| 12047228 | Name on file | Email address on file |
| 12148651 | Name on file | Email address on file |
| 12047370 | Name on file | Email address on file |
| 12762359 | Name on file | Email address on file |
| 12047369 | Name on file | Email address on file |
| 12047411 | Name on file | Email address on file |
| 12047412 | Name on file | Email address on file |
| 12047413 | Name on file | Email address on file |
| 12823791 | Name on file | Email address on file |
| 20694464 | Name on file | Email address on file |
| 12242265 | Name on file | Email address on file |
| 12242266 | Name on file | Email address on file |
| 12047415 | Name on file | Email address on file |
| 12242267 | Name on file | Email address on file |
| 12046595 | Name on file | Email address on file |
| 12046670 | Name on file | Email address on file |
| 12047416 | Name on file | Email address on file |
| 13003202 | Name on file | Email address on file |
| 13009782 | Name on file | Email address on file |
| 15479417 | Name on file | Email address on file |
| 12047417 | Name on file | Email address on file |
| 12046751 | Name on file | Email address on file |
| 13083032 | Name on file | Email address on file |
| 12991072 | Name on file | Email address on file |
| 12046912 | Name on file | Email address on file |
| 13087229 | Name on file | Email address on file |
| 12893772 | Name on file | Email address on file |
| 19169202 | Name on file | Email address on file |
| 12047574 | Name on file | Email address on file |
| 18168760 | Name on file | Email address on file |
| 15419474 | Name on file | Email address on file |
| 12046988 | Name on file | Email address on file |
| 20646598 | Name on file | Email address on file |
| 12651061 | Name on file | Email address on file |
| 12046840 | Name on file | Email address on file |
| 18184609 | Name on file | Email address on file |
| 12046386 | Name on file | Email address on file |
| 12046684 | Name on file | Email address on file |
| 12115004 | Name on file | Email address on file |
| 12046489 | Name on file | Email address on file |
| 12047095 | Name on file | Email address on file |
| 12242268 | Name on file | Email address on file |
| 12895391 | Name on file | Email address on file |
| 13003347 | Name on file | Email address on file |
| 12047561 | Name on file | Email address on file |
| 13119403 | Name on file | Email address on file |
| 12047420 | Name on file | Email address on file |

Exhibit Y

Master Mailing Email List

Served via email

| ADDRID | NAME | EMAIL |
|--------|------|-------|
| 12046619 | Name on file | Email address on file |
| 12047134 | Name on file | Email address on file |
| 12047594 | Name on file | Email address on file |
| 18192055 | Name on file | Email address on file |
| 12871957 | Name on file | Email address on file |
| 12046421 | Name on file | Email address on file |
| 12047425 | Name on file | Email address on file |
| 18190496 | Name on file | Email address on file |
| 18190504 | Name on file | Email address on file |
| 12045387 | Name on file | Email address on file |
| 12047426 | Name on file | Email address on file |
| 12047427 | Name on file | Email address on file |
| 12932065 | Name on file | Email address on file |
| 12046752 | Name on file | Email address on file |
| 12046841 | Name on file | Email address on file |
| 12856974 | Name on file | Email address on file |
| 12871831 | Name on file | Email address on file |
| 12046997 | Name on file | Email address on file |
| 12047428 | Name on file | Email address on file |
| 12046725 | Name on file | Email address on file |
| 18160300 | Name on file | Email address on file |
| 12965511 | Name on file | Email address on file |
| 12764546 | Name on file | Email address on file |
| 12047595 | Name on file | Email address on file |
| 12171194 | Name on file | Email address on file |
| 12047488 | Name on file | Email address on file |
| 12047035 | Name on file | Email address on file |
| 12047429 | Name on file | Email address on file |
| 12046814 | Name on file | Email address on file |

**Exhibit Z**

Exhibit Z
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato | benjamin.mintz@arnoldporter.com; marcus.asner@arnoldporter.com; justin.imperato@arnoldporter.com |
| ASK LLP | Attn: Edward E. Neiger, Marianna Udem | eneiger@askllp.com; mudem@askllp.com |
| Baird Holm LLP | Attn: Jeremy C. Hollembeak | jhollembeak@bairdholm.com |
| Brown Rudnick LLP | Attn: Kenneth J. Aulet | kaulet@brownrudnick.com |
| Brown Rudnick LLP | Attn: Matthew A. Sawyer | msawyer@brownrudnick.com |
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver, Rishi Zutshi,  Sabrina A. Bremer | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com; lbarefoot@cgsh.com; aweaver@cgsh.com; rzutshi@cgsh.com; sabremer@cgsh.com |
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey | jamassey@cgsh.com |
| Genesis Global Holdco, LLC | Attn: Derar Islim, Arianna Pretto-Sankman | arianna@genesistrading.com |
| Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman | ahammer@hmblaw.com; ndelman@hmblaw.com; ecfnotices@hmblaw.com |
| Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin, Erin Diers | anson.frelinghuysen@hugheshubbard.com; dustin.smith@hugheshubbard.com; jeff.margolin@hugheshubbard.com |
| Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Internal Revenue Service | Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi | jcampisi@kaplanfox.com |
| Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | joshua.sussberg@kirkland.com; christopher.marcus@kirkland.com; ross.fiedler@kirkland.com |
| Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte | Danielle.Rose@kobrekim.com; Daniel.Saval@kobrekim.com; John.Conte@kobrekim.com |
| Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson | adam.goldberg@lw.com; chris.harris@lw.com; brett.neve@lw.com; nacif.taousse@lw.com; marissa.alter-nelson@lw.com |
| Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda, Sarah F. Mitchell, Emily R. Orman | nima.mohebbi@lw.com; tiffany.ikeda@lw.com; sarah.mitchell@lw.com; emily.orman@lw.com |
| Latham & Watkins LLP | Attn: Eric R. Swibel | eric.swibel@lw.com |
| Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel | fringel@leechtishman.com |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea | metkin@lowenstein.com; abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |
| Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb | hrosenblat@morrisoncohen.com |
| New York State Office of the Attorney General | Attn: Gabriel Tapalaga | gabriel.tapalaga@ag.ny.gov |
| Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | eric.daucher@nortonrosefulbright.com; victoria.corder@nortonrosefulbright.com; victoria.corder@nortonrosefulbright.com |
| Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson | krishansen@paulhastings.com; kenpasquale@paulhastings.com; isaacsasson@paulhastings.com |
| Polsinelli PC | Attn: Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen | brosen@proskauer.com; vindelicato@proskauer.com; mvolin@proskauer.com; PDoyle@proskauer.com; GSanchezTavarez@proskauer.com; wdalsen@proskauer.com |
| Proskauer Rose LLP | Attn: Jordan E. Sazant | jsazant@proskauer.com |
| Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott | ashmead@sewkis.com; kotwick@sewkis.com; lotempio@sewkis.com; matott@sewkis.com |
| Silver Golub & Teitell LLP | Attn: Ian W. Sloss | isloss@sgtlaw.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; jensenc@sullcrom.com |
| U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | jeffrey.oestericher@usdoj.gov; lawrence.fogelman@usdoj.gov; peter.aronoff@usdoj.gov; linda.riffkin@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui | jeffrey.saferstein@weil.com; ronit.berkovich@weil.com; jessica.liou@weil.com; furqaan.siddiqui@weil.com |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | gregory.pesce@whitecase.com |
| Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan | jsullivan@windelsmarx.com |

**Exhibit AA**

Exhibit AA

Class 3 GAP Service List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12171183 | ALLIED UNIVERSAL EXECUTIVE PROTECTION AND INTELLIGENCE SERVICES, INC | Address on file | | | | | | | |
| 18939237 | Name on file | Address on file | | | | | | | |
| 12171184 | FULLERTON GLOBAL HEALTH GROUP | Address on file | | | | | | | |
| 12171187 | GRABTAXI PTE. LTD | Address on file | | | | | | | |
| 12171188 | ISS FACILITY SERVICES PRIVATE | Address on file | | | | | | | |
| 12171189 | MSA SECURITY | Address on file | | | | | | | |
| 12171191 | OFFICE SECRETARIES | Address on file | | | | | | | |

**Exhibit BB**

Exhibit BB

Class 3 GGC Service List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12867484 | Name on file | Address on file | | | | | | | |
| 13092110 | Ari Litan as Transferee of Name on File | Address on file | | | | | | | |
| 12856476 | Name on file | Address on file | | | | | | | |
| 18939213 | Name on file | Address on file | | | | | | | |
| 12246199 | Name on file | Address on file | | | | | | | |
| 12171197 | COMPLETE DISCOVERY SOURCE | Address on file | | | | | | | |
| 12982279 | Name on file | Address on file | | | | | | | |
| 20624997 | Name on file | Address on file | | | | | | | |
| 12171199 | KJ TECHNOLOGIES | Address on file | | | | | | | |
| 12869211 | Name on file | Address on file | | | | | | | |
| 12835338 | Name on file | Address on file | | | | | | | |
| 12654914 | Name on file | Address on file | | | | | | | |
| 20475403 | Marcos Holdings I LLC as Transferee of Name on File | Address on file | | | | | | | |
| 12245138 | Name on file | Address on file | | | | | | | |
| 12245678 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 1 of 1

**Exhibit CC**

Exhibit CC

Class 3 GGH Service List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12856473 | Name on file | Address on file | | | | | | | |
| 12856956 | Name on file | Address on file | | | | | | | |
| 18939213 | Name on file | Address on file | | | | | | | |
| 12106809 | Department of Treasury- Internal Revenue Service | Address on file | | | | | | | |
| 12244702 | Name on file | Address on file | | | | | | | |
| 12835372 | Name on file | Address on file | | | | | | | |
| 12648440 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 1 of 1

**Exhibit DD**

Exhibit DD

Impaired Service List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|
| 12875632 | Digital Currency Group, Inc | Address on file | | | | | | |
| 12885475 | Digital Currency Group, Inc | Address on file | | | | | | |
| 12191642 | DIGITAL CURRENCY GROUP, INC. | Address on file | | | | | | |

**Exhibit EE**

Exhibit EE

Master Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| Chambers of Honorable Sean H. Lane | Genesis Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 147 | White Plains | NY | 10601 |
| Stuart P. Gelberg | Attn: Stuart P. Gelberg | 125 Turkey Lane | | Cold Spring Harbor | NY | 11724 |
| TN Dept of Revenue | Attn: TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

**Exhibit FF**

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12191554 | Name on file | Address on file | | | | | | | |
| 12885441 | Name on file | Address on file | | | | | | | |
| 12191555 | Name on file | Address on file | | | | | | | |
| 12046221 | 250 PARK LLC | Address on file | | | | | | | |
| 12046222 | ACRION GROUP INC/DMITRI GOFSHTEIN | Address on file | | | | | | | |
| 12885487 | Ad Hoc Group of Genesis Lenders | Address on file | | | | | | | |
| 12875768 | Ad Hoc Group of Genesis Lenders | Address on file | | | | | | | |
| 12046223 | ADELINA PANG FENGSHUI CONSULTANCY PTE LTD | Address on file | | | | | | | |
| 12046224 | ADM DESIGN & BUILD | Address on file | | | | | | | |
| 12046225 | AETOS INTEGRATED SOLUTIONS PTE. LTD. | Address on file | | | | | | | |
| 12191560 | Name on file | Address on file | | | | | | | |
| 19170448 | Name on file | Address on file | | | | | | | |
| 12191567 | Name on file | Address on file | | | | | | | |
| 12885368 | Name on file | Address on file | | | | | | | |
| 12105041 | Allen & Gledhill | Address on file | | | | | | | |
| 13117491 | Allen & Gledhill LLP | One Marina Boulevard #28-00 | | | | | | 018989 | Singapore |
| 13117492 | Allen & Gledhill LLP | 1221 Avenue of the Americas | | | | New York | NY | 10020 | |
| 12171183 | ALLIED UNIVERSAL EXECUTIVE PROTECTION AND INTELLIGENCE SERVICES, INC | Address on file | | | | | | | |
| 12191568 | Name on file | Address on file | | | | | | | |
| 12191570 | Name on file | Address on file | | | | | | | |
| 12046228 | ALVAREZ & MARSAL HOLDINGS, LLC | Address on file | | | | | | | |
| 12191831 | Name on file | Address on file | | | | | | | |
| 12047280 | Name on file | Address on file | | | | | | | |
| 12046229 | AMERICAN ARBITRATION ASSOCIATION | Address on file | | | | | | | |
| 12191571 | Name on file | Address on file | | | | | | | |
| 12867484 | Name on file | Address on file | | | | | | | |
| 12191572 | Name on file | Address on file | | | | | | | |
| 12047531 | Name on file | Address on file | | | | | | | |
| 12191558 | Name on file | Address on file | | | | | | | |
| 12191702 | Name on file | Address on file | | | | | | | |
| 12046232 | AON SINGAPORE PTE. LTD. | Address on file | | | | | | | |
| 12191578 | Name on file | Address on file | | | | | | | |
| 12191797 | Name on file | Address on file | | | | | | | |
| 12191579 | Name on file | Address on file | | | | | | | |
| 12191580 | Name on file | Address on file | | | | | | | |
| 13092110 | Ari Litan as Transferee of Name on File | Address on file | | | | | | | |
| 12885614 | Name on file | Address on file | | | | | | | |
| 12191581 | Name on file | Address on file | | | | | | | |
| 12047585 | Name on file | Address on file | | | | | | | |
| 12191717 | Name on file | Address on file | | | | | | | |
| 12191584 | Name on file | Address on file | | | | | | | |
| 12833431 | AXIS Insurance Company (Admitted) | 111 South Wacker Drive, Suite 3500 | | | | Chicago | IL | 60606 | |
| 12191586 | Name on file | Address on file | | | | | | | |
| 12191587 | Name on file | Address on file | | | | | | | |
| 12047607 | Name on file | Address on file | | | | | | | |
| 12191700 | Name on file | Address on file | | | | | | | |
| 12191689 | Name on file | Address on file | | | | | | | |
| 12191701 | Name on file | Address on file | | | | | | | |

Exhibit FF

Master Mailing List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12191815 | Name on file | Address on file | | | | | | | |
| 12191631 | Name on file | Address on file | | | | | | | |
| 12191591 | Name on file | Address on file | | | | | | | |
| 12046235 | BITGO, INC. | Address on file | | | | | | | |
| 12191592 | Name on file | Address on file | | | | | | | |
| 12191594 | Name on file | Address on file | | | | | | | |
| 12191593 | Name on file | Address on file | | | | | | | |
| 12191595 | Name on file | Address on file | | | | | | | |
| 12191596 | Name on file | Address on file | | | | | | | |
| 12046236 | BLOOMBERG FINANCE SINGAPORE L.P. | Address on file | | | | | | | |
| 12191597 | BLOOMBERG FINANCE SINGAPORE L.P. | Address on file | | | | | | | |
| 12046237 | BLOOMBERG LP | Address on file | | | | | | | |
| 12191760 | Name on file | Address on file | | | | | | | |
| 15600032 | Name on file | Address on file | | | | | | | |
| 12191874 | Name on file | Address on file | | | | | | | |
| 12856473 | Name on file | Address on file | | | | | | | |
| 12856476 | Name on file | Address on file | | | | | | | |
| 12856956 | Name on file | Address on file | | | | | | | |
| 12191767 | Name on file | Address on file | | | | | | | |
| 12191575 | Name on file | Address on file | | | | | | | |
| 12871910 | Name on file | Address on file | | | | | | | |
| 12191735 | Name on file | Address on file | | | | | | | |
| 12970201 | Name on file | Address on file | | | | | | | |
| 12191852 | Name on file | Address on file | | | | | | | |
| 12191606 | Name on file | Address on file | | | | | | | |
| 12191711 | Name on file | Address on file | | | | | | | |
| 12191589 | Name on file | Address on file | | | | | | | |
| 12191590 | Name on file | Address on file | | | | | | | |
| 12191607 | Name on file | Address on file | | | | | | | |
| 12191608 | Name on file | Address on file | | | | | | | |
| 18951717 | Name on file | Address on file | | | | | | | |
| 12046238 | CANARY LLC | Address on file | | | | | | | |
| 12191609 | CAPITEQ PTE LTD | Address on file | | | | | | | |
| 12191610 | Name on file | Address on file | | | | | | | |
| 12191657 | Name on file | Address on file | | | | | | | |
| 12046240 | CDW DIRECT LLC | Address on file | | | | | | | |
| 12046400 | CENTRAL PROVIDENT FUND BOARD | Address on file | | | | | | | |
| 18939213 | Name on file | Address on file | | | | | | | |
| 18939237 | Name on file | Address on file | | | | | | | |
| 12191731 | Name on file | Address on file | | | | | | | |
| 12046241 | Name on file | Address on file | | | | | | | |
| 12046243 | Name on file | Address on file | | | | | | | |
| 13007862 | Name on file | Address on file | | | | | | | |
| 12191703 | Name on file | Address on file | | | | | | | |
| 12046244 | Name on file | Address on file | | | | | | | |
| 12191858 | Name on file | Address on file | | | | | | | |
| 12046245 | CHICAGO MERCANTILE EXCHANGE INC NEED PO | Address on file | | | | | | | |
| 12191573 | Name on file | Address on file | | | | | | | |
| 12046246 | CJD TECHNOLOGIES | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 2 of 14

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12191622 | Name on file | Address on file | | | | | | | |
| 12046247 | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Address on file | | | | | | | |
| 12046248 | CLOUDFLARE, INC. | Address on file | | | | | | | |
| 12046249 | CMS CAMERON MCKENNA NABARRO OLSWANG LLP | Address on file | | | | | | | |
| 12191603 | Name on file | Address on file | | | | | | | |
| 12246199 | Name on file | Address on file | | | | | | | |
| 12046250 | COINBASE CUSTODY TRUST | Address on file | | | | | | | |
| 12191623 | Name on file | Address on file | | | | | | | |
| 12046453 | Name on file | Address on file | | | | | | | |
| 12171197 | COMPLETE DISCOVERY SOURCE | Address on file | | | | | | | |
| 12046251 | COMPLIANCY SERVICES | Address on file | | | | | | | |
| 12046461 | Name on file | Address on file | | | | | | | |
| 12191621 | Name on file | Address on file | | | | | | | |
| 12191840 | Name on file | Address on file | | | | | | | |
| 12047431 | Name on file | Address on file | | | | | | | |
| 13117497 | Crowell & Moring LLP | 590 Madison Avenue 20th Floor | | | | New York | NY | 10022 | |
| 12191627 | Name on file | Address on file | | | | | | | |
| 12046253 | CSC ASIA SERVICES (HONG KONG) LIMITED | Address on file | | | | | | | |
| 12046254 | CYBERFORT LTD | Address on file | | | | | | | |
| 12191628 | Name on file | Address on file | | | | | | | |
| 16172843 | Name on file | Address on file | | | | | | | |
| 12885595 | Name on file | Address on file | | | | | | | |
| 12046255 | DASHLANE USA INC | Address on file | | | | | | | |
| 12191632 | Name on file | Address on file | | | | | | | |
| 12105045 | Davis Polk & Wardwell LLP | Address on file | | | | | | | |
| 12191636 | DCG INTERNATIONAL INVESTMENTS LTD | Address on file | | | | | | | |
| 12875868 | Name on file | Address on file | | | | | | | |
| 12046257 | DCG REAL ESTATE MANAGEMENT LLC | Address on file | | | | | | | |
| 12191739 | Name on file | Address on file | | | | | | | |
| 12191637 | Name on file | Address on file | | | | | | | |
| 12106809 | Department of Treasury- Internal Revenue Service | Address on file | | | | | | | |
| 12191640 | Name on file | Address on file | | | | | | | |
| 12885475 | Digital Currency Group, Inc | Address on file | | | | | | | |
| 12875632 | Digital Currency Group, Inc | Address on file | | | | | | | |
| 12191642 | DIGITAL CURRENCY GROUP, INC. | Address on file | | | | | | | |
| 12191643 | Name on file | Address on file | | | | | | | |
| 12191708 | Name on file | Address on file | | | | | | | |
| 12191788 | Name on file | Address on file | | | | | | | |
| 12046259 | DRIVEN | Address on file | | | | | | | |
| 12191862 | Name on file | Address on file | | | | | | | |
| 12046546 | Name on file | Address on file | | | | | | | |
| 12191644 | Name on file | Address on file | | | | | | | |
| 12885541 | Name on file | Address on file | | | | | | | |
| 13007484 | Name on file | Address on file | | | | | | | |
| 12191577 | Name on file | Address on file | | | | | | | |
| 12885421 | Name on file | Address on file | | | | | | | |
| 12191649 | Name on file | Address on file | | | | | | | |
| 13052647 | Name on file | Address on file | | | | | | | |
| 12105039 | Ernst & Young LLP | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 3 of 14

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12046261 | ERNST & YOUNG LLP | Address on file | | | | | | | |
| 12191650 | EXECUTIVE LINK | Address on file | | | | | | | |
| 12191730 | Name on file | Address on file | | | | | | | |
| 12191857 | Name on file | Address on file | | | | | | | |
| 12191742 | Name on file | Address on file | | | | | | | |
| 12191653 | Name on file | Address on file | | | | | | | |
| 12191652 | Name on file | Address on file | | | | | | | |
| 12046262 | FEDERAL EXPRESS (SINGAPORE) PTE LTD | Address on file | | | | | | | |
| 12191563 | Name on file | Address on file | | | | | | | |
| 12191782 | Name on file | Address on file | | | | | | | |
| 12191802 | Name on file | Address on file | | | | | | | |
| 12191658 | Name on file | Address on file | | | | | | | |
| 12191659 | Name on file | Address on file | | | | | | | |
| 12191660 | Name on file | Address on file | | | | | | | |
| 12046263 | FIREBLOCKS, INC. | Address on file | | | | | | | |
| 12191661 | FIRSTLIGHT FIBER, INC. | Address on file | | | | | | | |
| 12191820 | Name on file | Address on file | | | | | | | |
| 12191709 | Name on file | Address on file | | | | | | | |
| 12191662 | Name on file | Address on file | | | | | | | |
| 12046264 | FORGE INSURANCE COMPANY | Address on file | | | | | | | |
| 12191588 | Name on file | Address on file | | | | | | | |
| 12191809 | Name on file | Address on file | | | | | | | |
| 18339481 | Name on file | Address on file | | | | | | | |
| 12875403 | Name on file | Address on file | | | | | | | |
| 12046266 | FRIEDMAN LLP | Address on file | | | | | | | |
| 12191665 | Name on file | Address on file | | | | | | | |
| 12191841 | Name on file | Address on file | | | | | | | |
| 12105043 | FTI Consulting | Address on file | | | | | | | |
| 12046267 | FUJIFILM BUSINESS INNOVATION SINGAPORE PTE. LTD. | Address on file | | | | | | | |
| 12171184 | FULLERTON HEALTH GROUP | Address on file | | | | | | | |
| 12046271 | FULLERTON HEALTHCARE GROUP PTE LTD | Address on file | | | | | | | |
| 12191666 | FULLERTON HEALTHCARE GROUP PTE. | Address on file | | | | | | | |
| 12191727 | Name on file | Address on file | | | | | | | |
| 12885462 | Name on file | Address on file | | | | | | | |
| 12191710 | Name on file | Address on file | | | | | | | |
| 12191667 | GATE.IO | Address on file | | | | | | | |
| 12191844 | Name on file | Address on file | | | | | | | |
| 12191668 | Name on file | Address on file | | | | | | | |
| 12046630 | GENESIS (ASIA) HONG KONG LIMITED | Address on file | | | | | | | |
| 12046631 | GENESIS BERMUDA HOLDCO LIMITED | Address on file | | | | | | | |
| 12191669 | GENESIS CUSTODY LIMITED | Address on file | | | | | | | |
| 12046632 | GENESIS CUSTODY LIMITED (UK) | Address on file | | | | | | | |
| 12046633 | GENESIS GLOBAL ASSETS, LLC | Address on file | | | | | | | |
| 12171254 | GENESIS GLOBAL CAPITAL, LLC | Address on file | | | | | | | |
| 12191670 | GENESIS GLOBAL HOLDCO, LLC | Address on file | | | | | | | |
| 12191671 | GENESIS GLOBAL HOLDCO, LLC; GENESIS GLOBAL TRADING, INC.; GENESIS GLOBAL CAPITAL, LLC; GGC INTERNATIONAL LIMITED; GENESIS CUSTODY LIMITED | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 4 of 14

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12191672 | GENESIS GLOBAL HOLDCO, LLC; GENESIS GLOBAL TRADING, INC.; GGC INTERNATIONAL LIMITED; GENESIS CUSTODY LIMITED; GENESIS ASIA PACIFIC PTE. LTD. | Address on file | | | | | | | |
| 12046634 | GENESIS GLOBAL LABS, LLC | Address on file | | | | | | | |
| 12046635 | GENESIS GLOBAL MARKETS LIMITED (BERMUDA) | Address on file | | | | | | | |
| 12191673 | GENESIS GLOBAL TRADING | Address on file | | | | | | | |
| 12191674 | GENESIS GLOBAL TRADING, INC. | Address on file | | | | | | | |
| 12875553 | Genesis Global Trading, Inc. | Address on file | | | | | | | |
| 12191675 | GENESIS GLOBAL TRADING, INC.; GENESIS GLOBAL CAPITAL, LLC; GGC INTERNATIONAL LIMITED; GENESIS CUSTODY LIMITED; GENESIS ASIA PACIFIC PTE. LTD. | Address on file | | | | | | | |
| 12046637 | GENESIS UK HOLDCO LIMITED | Address on file | | | | | | | |
| 12191676 | Name on file | Address on file | | | | | | | |
| 12191734 | Name on file | Address on file | | | | | | | |
| 12046644 | GGA INTERNATIONAL LIMITED (BVI) | Address on file | | | | | | | |
| 12191679 | GGC | Address on file | | | | | | | |
| 12046645 | GGC INTERNATIONAL LIMITED | Address on file | | | | | | | |
| 12191566 | Name on file | Address on file | | | | | | | |
| 12191598 | Name on file | Address on file | | | | | | | |
| 12191605 | Name on file | Address on file | | | | | | | |
| 12046272 | GITLAB INC | Address on file | | | | | | | |
| 12191755 | Name on file | Address on file | | | | | | | |
| 12046273 | GLOBAL FUND MEDIA LIMITED | Address on file | | | | | | | |
| 12191873 | Name on file | Address on file | | | | | | | |
| 12191706 | Name on file | Address on file | | | | | | | |
| 12885544 | Name on file | Address on file | | | | | | | |
| 12046274 | GOODWIN PROCTER LLP | Address on file | | | | | | | |
| 12885774 | Goodwin Procter LLP | Address on file | | | | | | | |
| 12191833 | Name on file | Address on file | | | | | | | |
| 12191832 | Name on file | Address on file | | | | | | | |
| 12970129 | Name on file | Address on file | | | | | | | |
| 12046276 | GOWLING WLG (CANADA) LLP | Address on file | | | | | | | |
| 12191680 | Name on file | Address on file | | | | | | | |
| 12046655 | Name on file | Address on file | | | | | | | |
| 12046277 | GRAB PTE. LTD. | Address on file | | | | | | | |
| 12171187 | GRABTAXI PTE. LTD | Address on file | | | | | | | |
| 18240924 | Name on file | Address on file | | | | | | | |
| 12885582 | Name on file | Address on file | | | | | | | |
| 12046278 | GROUP LEVIN PTE. LTD | Address on file | | | | | | | |
| 12191562 | Name on file | Address on file | | | | | | | |
| 20622071 | Name on file | Address on file | | | | | | | |
| 12105044 | Gunderson Dettmer | Address on file | | | | | | | |
| 12191705 | Name on file | Address on file | | | | | | | |
| 12191618 | Name on file | Address on file | | | | | | | |
| 12171201 | Name on file | Address on file | | | | | | | |
| 12191845 | Name on file | Address on file | | | | | | | |
| 12047311 | Name on file | Address on file | | | | | | | |
| 12046280 | HALBORN INC. | Address on file | | | | | | | |
| 12885409 | Name on file | Address on file | | | | | | | |

Exhibit FF

Master Mailing List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12191683 | Name on file | Address on file | | | | | | | |
| 12191619 | Name on file | Address on file | | | | | | | |
| 12191750 | Name on file | Address on file | | | | | | | |
| 12191641 | Name on file | Address on file | | | | | | | |
| 12654874 | Name on file | Address on file | | | | | | | |
| 12191738 | Name on file | Address on file | | | | | | | |
| 12191647 | Name on file | Address on file | | | | | | | |
| 12191778 | Name on file | Address on file | | | | | | | |
| 12191813 | Name on file | Address on file | | | | | | | |
| 13007490 | Name on file | Address on file | | | | | | | |
| 13046738 | Name on file | Address on file | | | | | | | |
| 13010320 | Name on file | Address on file | | | | | | | |
| 12191559 | Name on file | Address on file | | | | | | | |
| 12191620 | Name on file | Address on file | | | | | | | |
| 20646602 | Name on file | Address on file | | | | | | | |
| 12760975 | Name on file | Address on file | | | | | | | |
| 12191684 | Name on file | Address on file | | | | | | | |
| 12191685 | Name on file | Address on file | | | | | | | |
| 12191655 | Name on file | Address on file | | | | | | | |
| 12885471 | Name on file | Address on file | | | | | | | |
| 12191613 | Name on file | Address on file | | | | | | | |
| 12046281 | IBM CORPORATION | Address on file | | | | | | | |
| 12046714 | Name on file | Address on file | | | | | | | |
| 12046282 | INLAND REVENUE AUTHORITY OF SINGAPORE | Address on file | | | | | | | |
| 12046283 | INTELLIWARE DEVELOPMENT INC | Address on file | | | | | | | |
| 12047433 | Name on file | Address on file | | | | | | | |
| 16879677 | Iowa Insurance Division | Address on file | | | | | | | |
| 16879685 | Iowa Insurance Division | Address on file | | | | | | | |
| 12191687 | Name on file | Address on file | | | | | | | |
| 12191561 | Name on file | Address on file | | | | | | | |
| 12885861 | Name on file | Address on file | | | | | | | |
| 12171188 | ISS FACILITY SERVICES PRIVATE | Address on file | | | | | | | |
| 12046284 | ISS FACILITY SERVICES PRIVATE LIMITED | Address on file | | | | | | | |
| 12191688 | ISS FACILITY SERVICES PTE LTD | Address on file | | | | | | | |
| 12191718 | Name on file | Address on file | | | | | | | |
| 12191696 | Name on file | Address on file | | | | | | | |
| 20624997 | Name on file | Address on file | | | | | | | |
| 12982279 | Name on file | Address on file | | | | | | | |
| 12245843 | Name on file | Address on file | | | | | | | |
| 13117495 | JK Medora | 22 Malacca Street, RB Capital, Building #03-02 | | | | | | 048980 | Singapore |
| 12191715 | Name on file | Address on file | | | | | | | |
| 15668876 | Name on file | Address on file | | | | | | | |
| 12244702 | Name on file | Address on file | | | | | | | |
| 12046287 | JUSTCO (SINGAPORE) PTE. LTD. | Address on file | | | | | | | |
| 12191713 | Name on file | Address on file | | | | | | | |
| 12885601 | Name on file | Address on file | | | | | | | |
| 12191775 | Name on file | Address on file | | | | | | | |
| 12191743 | Name on file | Address on file | | | | | | | |
| 12191691 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12191614 | Name on file | Address on file | | | | | | | |
| 12191724 | Name on file | Address on file | | | | | | | |
| 12046288 | KEPPEL ELECTRIC PTE LTD | Address on file | | | | | | | |
| 18335014 | Name on file | Address on file | | | | | | | |
| 12191846 | Name on file | Address on file | | | | | | | |
| 12191574 | Name on file | Address on file | | | | | | | |
| 12191744 | Name on file | Address on file | | | | | | | |
| 12885405 | Name on file | Address on file | | | | | | | |
| 12885464 | Name on file | Address on file | | | | | | | |
| 12191851 | Name on file | Address on file | | | | | | | |
| 12171199 | KJ TECHNOLOGIES | Address on file | | | | | | | |
| 12046289 | KLEINBERG KAPLAN WOLFF & COHEN P.C. | Address on file | | | | | | | |
| 12191719 | Name on file | Address on file | | | | | | | |
| 12191564 | Name on file | Address on file | | | | | | | |
| 12191745 | Name on file | Address on file | | | | | | | |
| 12191720 | Name on file | Address on file | | | | | | | |
| 12191721 | Name on file | Address on file | | | | | | | |
| 12191830 | Name on file | Address on file | | | | | | | |
| 12191697 | Name on file | Address on file | | | | | | | |
| 12046291 | Name on file | Address on file | | | | | | | |
| 12869211 | Name on file | Address on file | | | | | | | |
| 12047610 | Name on file | Address on file | | | | | | | |
| 18181320 | Name on file | Address on file | | | | | | | |
| 12191663 | Name on file | Address on file | | | | | | | |
| 12191677 | Name on file | Address on file | | | | | | | |
| 12191692 | Name on file | Address on file | | | | | | | |
| 13060345 | Name on file | Address on file | | | | | | | |
| 12191633 | Name on file | Address on file | | | | | | | |
| 12191664 | Name on file | Address on file | | | | | | | |
| 15600407 | Name on file | Address on file | | | | | | | |
| 18951778 | Name on file | Address on file | | | | | | | |
| 16290910 | Name on file | Address on file | | | | | | | |
| 12191818 | Name on file | Address on file | | | | | | | |
| 12191864 | Name on file | Address on file | | | | | | | |
| 12191556 | Name on file | Address on file | | | | | | | |
| 12047498 | Name on file | Address on file | | | | | | | |
| 12191808 | Name on file | Address on file | | | | | | | |
| 12835338 | Name on file | Address on file | | | | | | | |
| 12046294 | LEVIN GROUP LTD | Address on file | | | | | | | |
| 12047408 | Name on file | Address on file | | | | | | | |
| 12191868 | Name on file | Address on file | | | | | | | |
| 12191746 | Name on file | Address on file | | | | | | | |
| 12191741 | Name on file | Address on file | | | | | | | |
| 12046296 | LIFEWORKS SINGAPORE PTE LTD | Address on file | | | | | | | |
| 12046297 | Name on file | Address on file | | | | | | | |
| 12191712 | Name on file | Address on file | | | | | | | |
| 12046299 | Name on file | Address on file | | | | | | | |
| 12191871 | Name on file | Address on file | | | | | | | |
| 12046300 | Name on file | Address on file | | | | | | | |

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12855400 | Name on file | Address on file | | | | | | | |
| 12885542 | Name on file | Address on file | | | | | | | |
| 12046301 | LLOYD'S OF LONDON | Address on file | | | | | | | |
| 12046302 | LOCKTON COMPANIES (SINGAPORE) PTE LTD | Address on file | | | | | | | |
| 12191634 | Name on file | Address on file | | | | | | | |
| 19024665 | London Preston Properties, LLC | Address on file | | | | | | | |
| 12046887 | Name on file | Address on file | | | | | | | |
| 12046303 | Name on file | Address on file | | | | | | | |
| 12191694 | Name on file | Address on file | | | | | | | |
| 18240933 | Name on file | Address on file | | | | | | | |
| 12191740 | Name on file | Address on file | | | | | | | |
| 12191728 | LUNO AUSTRALIA PTY LTD | Address on file | | | | | | | |
| 12046304 | LYRECO PTE LTD | Address on file | | | | | | | |
| 12655954 | Name on file | Address on file | | | | | | | |
| 12654914 | Name on file | Address on file | | | | | | | |
| 12046305 | MANA HOLDINGS LTD | Address on file | | | | | | | |
| 12046306 | MANAGED FUNDS ASSOCIATION | Address on file | | | | | | | |
| 12191824 | Name on file | Address on file | | | | | | | |
| 13067401 | Name on file | Address on file | | | | | | | |
| 20475403 | Marcos Holdings I LLC as Transferee of Name on File | Address on file | | | | | | | |
| 12191611 | Name on file | Address on file | | | | | | | |
| 12191648 | Name on file | Address on file | | | | | | | |
| 12191817 | Name on file | Address on file | | | | | | | |
| 12046307 | MASSIVE COMPUTING, INC | Address on file | | | | | | | |
| 12191686 | Name on file | Address on file | | | | | | | |
| 13060360 | Name on file | Address on file | | | | | | | |
| 12191737 | MAXXTRADER SYSTEMS PTE LTD | Address on file | | | | | | | |
| 12191693 | Name on file | Address on file | | | | | | | |
| 12191600 | Name on file | Address on file | | | | | | | |
| 12191635 | Name on file | Address on file | | | | | | | |
| 12970094 | Name on file | Address on file | | | | | | | |
| 12191625 | Name on file | Address on file | | | | | | | |
| 12046231 | Name on file | Address on file | | | | | | | |
| 12191814 | Name on file | Address on file | | | | | | | |
| 12191839 | Name on file | Address on file | | | | | | | |
| 12046308 | MEITAR LAW OFFICES | Address on file | | | | | | | |
| 12046949 | Name on file | Address on file | | | | | | | |
| 20644045 | Name on file | Address on file | | | | | | | |
| 18239393 | Name on file | Address on file | | | | | | | |
| 12046309 | Name on file | Address on file | | | | | | | |
| 12046311 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. | Address on file | | | | | | | |
| 12191751 | Name on file | Address on file | | | | | | | |
| 12191753 | Name on file | Address on file | | | | | | | |
| 13041721 | Name on file | Address on file | | | | | | | |
| 12046312 | Name on file | Address on file | | | | | | | |
| 12191804 | Name on file | Address on file | | | | | | | |
| 12046313 | MITSUBISHI HC CAPITAL ASIA PACIFIC | Address on file | | | | | | | |
| 13117493 | MJM Limited | Thistle House, 4 Burnaby Street | | | | Hamilton | HM | 11 | Bermuda |
| 12046314 | MONETARY AUTHORITY OF SINGAPORE | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Exhibit FF

Master Mailing List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 20475413 | Moneybites Media Inc. as Transferee of Name on File | Address on file | | | | | | | |
| 12885680 | Name on file | Address on file | | | | | | | |
| 12191756 | Name on file | Address on file | | | | | | | |
| 12191757 | Name on file | Address on file | | | | | | | |
| 12046315 | MOORE & VAN ALLEN PLLC | Address on file | | | | | | | |
| 13117496 | Morgan Lewis Stamford LLC | 10 Collyer Quay, #27-00 Ocean Financial Center | | | | | | 049315 | Singapore |
| 12835372 | Name on file | Address on file | | | | | | | |
| 12885531 | Name on file | Address on file | | | | | | | |
| 12191822 | Name on file | Address on file | | | | | | | |
| 12191800 | Name on file | Address on file | | | | | | | |
| 12970209 | Name on file | Address on file | | | | | | | |
| 12046317 | MORRISON COHEN LLP | Address on file | | | | | | | |
| 15600022 | Name on file | Address on file | | | | | | | |
| 12191707 | Name on file | Address on file | | | | | | | |
| 12046318 | MOUNT STUDIO PTE LTD | Address on file | | | | | | | |
| 12171189 | MSA SECURITY | Address on file | | | | | | | |
| 12191733 | Name on file | Address on file | | | | | | | |
| 12046322 | MURPHY & MCGONIGLE P.C. | Address on file | | | | | | | |
| 12191812 | Name on file | Address on file | | | | | | | |
| 12191759 | Name on file | Address on file | | | | | | | |
| 12991065 | Name on file | Address on file | | | | | | | |
| 12191629 | Name on file | Address on file | | | | | | | |
| 12046325 | NAKUL, VERMA | Address on file | | | | | | | |
| 12191602 | Name on file | Address on file | | | | | | | |
| 12885339 | Name on file | Address on file | | | | | | | |
| 12191761 | Name on file | Address on file | | | | | | | |
| 12191762 | Name on file | Address on file | | | | | | | |
| 12191763 | Name on file | Address on file | | | | | | | |
| 12046326 | Name on file | Address on file | | | | | | | |
| 12191764 | NICKL INC. | Address on file | | | | | | | |
| 12191805 | Name on file | Address on file | | | | | | | |
| 12191766 | Name on file | Address on file | | | | | | | |
| 18338258 | Name on file | Address on file | | | | | | | |
| 12191768 | Name on file | Address on file | | | | | | | |
| 12885428 | Name on file | Address on file | | | | | | | |
| 12191769 | Name on file | Address on file | | | | | | | |
| 12046327 | NUMERIX LLC | Address on file | | | | | | | |
| 12171191 | OFFICE SECRETARIES | Address on file | | | | | | | |
| 12046328 | OFFICE SECRETARIES PTE LTD. | Address on file | | | | | | | |
| 12191771 | OFFICE SECRETARIES PTE LTD. | Address on file | | | | | | | |
| 12191772 | Name on file | Address on file | | | | | | | |
| 12245138 | Name on file | Address on file | | | | | | | |
| 12046329 | OKTA INC | Address on file | | | | | | | |
| 12191773 | ONE HEDDON STREET | Address on file | | | | | | | |
| 12046330 | ONE RAFFLES QUAY PTE LTD | Address on file | | | | | | | |
| 12191774 | ONE RAFFLES QUAY PTE LTD | Address on file | | | | | | | |
| 12046331 | ONE11 RACING LLC | Address on file | | | | | | | |
| 12046332 | ONSTREAM LLC | Address on file | | | | | | | |
| 12046333 | OPSWAT | Address on file | | | | | | | |

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12046334 | OPUS RECRUITMENT SOLUTIONS LTD | Address on file | | | | | | | |
| 12046335 | ORRICK, HERRINGTON & SUTCLIFFE, LLP | Address on file | | | | | | | |
| 12928601 | Name on file | Address on file | | | | | | | |
| 12191776 | Name on file | Address on file | | | | | | | |
| 12191777 | Name on file | Address on file | | | | | | | |
| 12245529 | Name on file | Address on file | | | | | | | |
| 12191779 | Name on file | Address on file | | | | | | | |
| 12191747 | Name on file | Address on file | | | | | | | |
| 12191723 | Name on file | Address on file | | | | | | | |
| 12046336 | PAPAYA GLOBAL, INC. | Address on file | | | | | | | |
| 12191780 | Name on file | Address on file | | | | | | | |
| 12046337 | PARAGON BROKERS (BERMUDA) LTD. | Address on file | | | | | | | |
| 12046338 | PARAGON INTERNATIONAL | Address on file | | | | | | | |
| 12191781 | Name on file | Address on file | | | | | | | |
| 12191754 | Name on file | Address on file | | | | | | | |
| 12191785 | Name on file | Address on file | | | | | | | |
| 12047073 | Name on file | Address on file | | | | | | | |
| 12046339 | PERKINS COIE LLP | Address on file | | | | | | | |
| 12191615 | Name on file | Address on file | | | | | | | |
| 12191789 | Name on file | Address on file | | | | | | | |
| 12885604 | Name on file | Address on file | | | | | | | |
| 12046340 | PHAIDON INTERNATIONAL INC | Address on file | | | | | | | |
| 12191714 | Name on file | Address on file | | | | | | | |
| 12046341 | PICO QUANTITATIVE TRADING | Address on file | | | | | | | |
| 12191861 | Name on file | Address on file | | | | | | | |
| 12885466 | Name on file | Address on file | | | | | | | |
| 12191565 | Name on file | Address on file | | | | | | | |
| 12191791 | Name on file | Address on file | | | | | | | |
| 12648475 | Name on file | Address on file | | | | | | | |
| 12648440 | Name on file | Address on file | | | | | | | |
| 12191678 | Name on file | Address on file | | | | | | | |
| 12891029 | Name on file | Address on file | | | | | | | |
| 12046342 | PRIVATE CHEFS OF ATLANTA | | | | | | | | |
| 13117489 | Prolegis LLC | 50 Raffles Place #24-01 | Singapore Land Tower | | | | | 048623 | Singapore |
| 12191793 | Name on file | Address on file | | | | | | | |
| 12046343 | PYTHIAN | Address on file | | | | | | | |
| 12046344 | Name on file | Address on file | | | | | | | |
| 12191794 | Name on file | Address on file | | | | | | | |
| 12245871 | Name on file | Address on file | | | | | | | |
| 18501540 | Name on file | Address on file | | | | | | | |
| 12171202 | Name on file | Address on file | | | | | | | |
| 12046345 | RAJAH & TANN | Address on file | | | | | | | |
| 12046346 | RANDSTAD PTE LIMITED | Address on file | | | | | | | |
| 12191825 | Name on file | Address on file | | | | | | | |
| 13117490 | Reed Smith in alliance with Resource Law | 10 Collyer Quay, #18-01 | Ocean  Financial Centre | | | | | 049315 | Singapore |
| 12105040 | Reed Smith LLP | Address on file | | | | | | | |
| 12046347 | REED SMITH PTE. LTD | Address on file | | | | | | | |
| 12046348 | REED SMITH RICHARDS BUTLER LLP | Address on file | | | | | | | |
| 12191801 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 10 of 14

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12191729 | Name on file | Address on file | | | | | | | |
| 12046349 | RICHARDS LAYTON & FINGER | Address on file | | | | | | | |
| 19012001 | Name on file | Address on file | | | | | | | |
| 12191796 | Name on file | Address on file | | | | | | | |
| 18165103 | Name on file | Address on file | | | | | | | |
| 12191690 | Name on file | Address on file | | | | | | | |
| 12191843 | Name on file | Address on file | | | | | | | |
| 12046350 | Name on file | Address on file | | | | | | | |
| 12046252 | Name on file | Address on file | | | | | | | |
| 12191699 | Name on file | Address on file | | | | | | | |
| 12191758 | Name on file | Address on file | | | | | | | |
| 12191806 | Name on file | Address on file | | | | | | | |
| 12191807 | Name on file | Address on file | | | | | | | |
| 12191624 | Name on file | Address on file | | | | | | | |
| 12046351 | SALT VENTURE GROUP, LLC | Address on file | | | | | | | |
| 12191656 | Name on file | Address on file | | | | | | | |
| 12949624 | Name on file | Address on file | | | | | | | |
| 12191698 | Name on file | Address on file | | | | | | | |
| 12191810 | Name on file | Address on file | | | | | | | |
| 12046352 | SAVILLS (SINGAPORE) PTE LTD | Address on file | | | | | | | |
| 18959445 | Name on file | Address on file | | | | | | | |
| 12191626 | Name on file | Address on file | | | | | | | |
| 12191811 | Name on file | Address on file | | | | | | | |
| 12885458 | Name on file | Address on file | | | | | | | |
| 12191682 | Name on file | Address on file | | | | | | | |
| 12885555 | Name on file | Address on file | | | | | | | |
| 12191726 | Name on file | Address on file | | | | | | | |
| 12171206 | Name on file | Address on file | | | | | | | |
| 12191576 | Name on file | Address on file | | | | | | | |
| 12191582 | Name on file | Address on file | | | | | | | |
| 15633251 | Name on file | Address on file | | | | | | | |
| 12191704 | Name on file | Address on file | | | | | | | |
| 12191792 | Name on file | Address on file | | | | | | | |
| 12191799 | Name on file | Address on file | | | | | | | |
| 12885446 | Name on file | Address on file | | | | | | | |
| 12191798 | Name on file | Address on file | | | | | | | |
| 12191795 | Name on file | Address on file | | | | | | | |
| 12046353 | SHEARMAN & STERLING LLP | Address on file | | | | | | | |
| 12191557 | Name on file | Address on file | | | | | | | |
| 12047222 | SIGNATURE BANK | Address on file | | | | | | | |
| 12047227 | SILVERGATE BANK | Address on file | | | | | | | |
| 18803021 | SingNet PTE LTD | 31B Exeter Road | Comcentre II #03-02 | | | Singapore | | 239732 | Singapore |
| 12046355 | SINGTEL (SINGAPORE TELECOMMUNICATIONS LIMITED) | Address on file | | | | | | | |
| 12191736 | Name on file | Address on file | | | | | | | |
| 12885470 | Name on file | Address on file | | | | | | | |
| 12191821 | Name on file | Address on file | | | | | | | |
| 12191849 | Name on file | Address on file | | | | | | | |
| 13117494 | Snell & Wilmer L.L.P | 3883 Howard Hughes Parkway, Suite 1100 | | | | Las Vegas | NV | 89169 | |
| 12046356 | SNOWFLAKE INC. | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 11 of 14

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12171205 | Name on file | Address on file | | | | | | | |
| 12191748 | Name on file | Address on file | | | | | | | |
| 12046357 | SP SERVICES LTD (2180) | Address on file | | | | | | | |
| 12046358 | SPGROUP | Address on file | | | | | | | |
| 12046359 | SPIRE SEARCH PARTNERS | Address on file | | | | | | | |
| 12835917 | Name on file | Address on file | | | | | | | |
| 12046360 | STARHUB LTD | Address on file | | | | | | | |
| 12046361 | STARR INSURANCE & REINSURANCE LIMITED | Address on file | | | | | | | |
| 12191823 | Name on file | Address on file | | | | | | | |
| 12046362 | STERLING INFOSYSTEMS, INC | Address on file | | | | | | | |
| 12191604 | Name on file | Address on file | | | | | | | |
| 12885481 | Name on file | Address on file | | | | | | | |
| 12046363 | STOP PEST CONTROL OF NY, INC. | Address on file | | | | | | | |
| 12046364 | STORM2 PTE LTD | Address on file | | | | | | | |
| 12046365 | STOTT AND MAY | Address on file | | | | | | | |
| 12191847 | Name on file | Address on file | | | | | | | |
| 12047265 | Name on file | Address on file | | | | | | | |
| 12046366 | STRUCTURE WORKS | Address on file | | | | | | | |
| 12191732 | Name on file | Address on file | | | | | | | |
| 12191826 | Name on file | Address on file | | | | | | | |
| 12830089 | Name on file | Address on file | | | | | | | |
| 12191827 | Name on file | Address on file | | | | | | | |
| 12191786 | Name on file | Address on file | | | | | | | |
| 12046367 | T2 CONSULTING, LLC | Address on file | | | | | | | |
| 12191863 | Name on file | Address on file | | | | | | | |
| 12885411 | Name on file | Address on file | | | | | | | |
| 12191828 | TALOS TRADING INC. | Address on file | | | | | | | |
| 12191829 | TALOS TRADING, INC. | Address on file | | | | | | | |
| 12191599 | Name on file | Address on file | | | | | | | |
| 12047281 | Name on file | Address on file | | | | | | | |
| 13091472 | Texas Department of Banking | Address on file | | | | | | | |
| 12191834 | Name on file | Address on file | | | | | | | |
| 12046369 | THE FURNITURE X-CHANGE | Address on file | | | | | | | |
| 12191835 | Name on file | Address on file | | | | | | | |
| 12191836 | Name on file | Address on file | | | | | | | |
| 12046370 | THE PEST CONTROL COMPANY PTE LTD | Address on file | | | | | | | |
| 12046371 | THE TIE, INC | Address on file | | | | | | | |
| 12191837 | Name on file | Address on file | | | | | | | |
| 12191838 | Name on file | Address on file | | | | | | | |
| 12046372 | THOMSON REUTERS CORPORATION PTE LTD | Address on file | | | | | | | |
| 12191848 | Name on file | Address on file | | | | | | | |
| 12191616 | Name on file | Address on file | | | | | | | |
| 12949006 | Name on file | Address on file | | | | | | | |
| 12191850 | Name on file | Address on file | | | | | | | |
| 12970140 | Translunar Crypto LP | Address on file | | | | | | | |
| 12970155 | Name on file | Address on file | | | | | | | |
| 12191853 | Name on file | Address on file | | | | | | | |
| 12191854 | Name on file | Address on file | | | | | | | |
| 12885468 | Name on file | Address on file | | | | | | | |

Exhibit FF
Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 16825530 | U.S. Securities and Exchange Commission | Address on file | | | | | | | |
| 12046388 | U.S. SECURITIES AND EXCHANGE COMMISSION (SEC) | Address on file | | | | | | | |
| 12046374 | UNISPACE OF BOSTON, LLC | Address on file | | | | | | | |
| 12046375 | UNITED CORPORATE SERVICES INC | Address on file | | | | | | | |
| 12047346 | Name on file | Address on file | | | | | | | |
| 12191855 | Name on file | Address on file | | | | | | | |
| 12191749 | Name on file | Address on file | | | | | | | |
| 12191784 | Name on file | Address on file | | | | | | | |
| 12191783 | Name on file | Address on file | | | | | | | |
| 12191816 | Name on file | Address on file | | | | | | | |
| 12191646 | Name on file | Address on file | | | | | | | |
| 17114903 | Name on file | Address on file | | | | | | | |
| 12191765 | Name on file | Address on file | | | | | | | |
| 12191645 | Name on file | Address on file | | | | | | | |
| 12046376 | VERTICAL GREEN PTE LTD | Address on file | | | | | | | |
| 12191856 | Name on file | Address on file | | | | | | | |
| 12191752 | Name on file | Address on file | | | | | | | |
| 12046377 | VIP SPORTS MARKETING, INC. | Address on file | | | | | | | |
| 20650182 | Vision RT Inc. | 8840 Stanford Blvd | Suite 3200 | | | Columbia | MD | 21045 | |
| 20650181 | Vision RT Limited | Dove House | Arcadia Avenue | | | London | | N3 2JU | United Kingdom |
| 12191651 | Name on file | Address on file | | | | | | | |
| 16172836 | Name on file | Address on file | | | | | | | |
| 12191630 | Name on file | Address on file | | | | | | | |
| 12191601 | Name on file | Address on file | | | | | | | |
| 12191716 | Name on file | Address on file | | | | | | | |
| 12191803 | Name on file | Address on file | | | | | | | |
| 15445553 | Name on file | Address on file | | | | | | | |
| 12171203 | Name on file | Address on file | | | | | | | |
| 12191865 | WIN TAT AIR-CONDITIONING (S) PTE LTD | Address on file | | | | | | | |
| 12046378 | WIN TAT AIR-CONDITIONING PTE LTD | Address on file | | | | | | | |
| 12191866 | Name on file | Address on file | | | | | | | |
| 12191867 | Name on file | Address on file | | | | | | | |
| 12885600 | Name on file | Address on file | | | | | | | |
| 12046379 | WISE GROUP PTE LTD | Address on file | | | | | | | |
| 12046380 | WOLTERS KLUWER FINANCIAL SERVICES INC. | Address on file | | | | | | | |
| 12171253 | Name on file | Address on file | | | | | | | |
| 12046381 | WOODRUFF SAWYER | Address on file | | | | | | | |
| 12046383 | WOODRUFF SAWYER | Address on file | | | | | | | |
| 12191869 | Name on file | Address on file | | | | | | | |
| 12191870 | WORKSOCIAL.COM | Address on file | | | | | | | |
| 12046384 | WORKSOCIAL.COM LLC | Address on file | | | | | | | |
| 12191819 | Name on file | Address on file | | | | | | | |
| 12191859 | Name on file | Address on file | | | | | | | |
| 12191860 | Name on file | Address on file | | | | | | | |
| 12885618 | Name on file | Address on file | | | | | | | |
| 12046385 | Name on file | Address on file | | | | | | | |
| 12191872 | Name on file | Address on file | | | | | | | |
| 12191654 | Name on file | Address on file | | | | | | | |
| 12828476 | Name on file | Address on file | | | | | | | |

Exhibit FF

Master Mailing List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 15669949 | Name on file | Address on file | | | | | | | |
| 12191695 | Name on file | Address on file | | | | | | | |
| 12046387 | Name on file | Address on file | | | | | | | |
| 12191875 | Name on file | Address on file | | | | | | | |
| 12191617 | Name on file | Address on file | | | | | | | |
| 12245678 | Name on file | Address on file | | | | | | | |
| 12644098 | Name on file | Address on file | | | | | | | |
| 12191876 | Name on file | Address on file | | | | | | | |
| 12191877 | Name on file | Address on file | | | | | | | |
| 12191583 | Name on file | Address on file | | | | | | | |
| 12191585 | Name on file | Address on file | | | | | | | |
| 12855708 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 14 of 14

**Exhibit GG**

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| 10drils Inc | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Alameda Research Ltd | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Aon Consulting, Inc. | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Blu River LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Brick-N-Wood LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Caramila Capital Management LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Coincident Capital International, Ltd. | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Cote Brothers Flooring Contractors Inc | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Cypress LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Decentralized Wireless Foundation, Inc. | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| FirstLight Fiber, Inc. | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG
## Disputed Email Class Service List
Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| GPD Holdings LLC d/b/a CoinFlip | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| I&U CPA LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Jefferies Leveraged Credit Products, LLC as Transferee of Name on File | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Libertas Fund, LLC | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|---|---|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| London Preston Properties, LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Marigold Homes, LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Moonalpha Financial Service Limited | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Moye White LLP Firm Client 2 | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|---|---|
| Peertec Inc. | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Residia Asset Management AG | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

## Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Singapore Telecommunications Limited | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| SM DCG LLC | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Stellar Development Foundation | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|---|---|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| The Stables Fund US, LP | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Three Arrows Capital Ltd (in liquidation) | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Valour Inc. | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|---|---|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

Exhibit GG

Disputed Email Class Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |
| Name on file | Email address on file |

**Exhibit HH**

Exhibit HH

## Class 3 GGC Supplemental Service List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12047522 | Name on file | Address on file | | | | | | |
| 12171196 | BITGO | Address on file | | | | | | |
| 12046808 | Name on file | Address on file | | | | | | |
| 12245686 | Name on file | Address on file | | | | | | |
| 12047367 | Name on file | Address on file | | | | | | |
| 12867662 | Name on file | Address on file | | | | | | |
| 12046916 | Name on file | Address on file | | | | | | |
| 12046850 | Name on file | Address on file | | | | | | |
| 12243915 | Name on file | Address on file | | | | | | |
| 12047263 | Name on file | Address on file | | | | | | |
| 12171249 | Name on file | Address on file | | | | | | |
| 12047326 | Name on file | Address on file | | | | | | |
| 12047329 | Name on file | Address on file | | | | | | |
| 12827060 | Name on file | Address on file | | | | | | |
| 12047340 | Name on file | Address on file | | | | | | |
| 12046642 | Name on file | Address on file | | | | | | |
| 12047652 | Name on file | Address on file | | | | | | |
| 12047391 | Name on file | Address on file | | | | | | |

**Exhibit II**

Exhibit II
Supplemental Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12245185 | Name on file | Address on file | | | | | | | |
| 12047503 | Name on file | Address on file | | | | | | | |
| 12242134 | Name on file | Address on file | | | | | | | |
| 12047522 | Name on file | Address on file | | | | | | | |
| 12966997 | Name on file | Address on file | | | | | | | |
| 12047552 | Name on file | Address on file | | | | | | | |
| 12046230 | Name on file | Address on file | | | | | | | |
| 12047564 | Name on file | Address on file | | | | | | | |
| 12047565 | ANCHORAGE LENDING CA, LLC | Address on file | | | | | | | |
| 12047579 | Name on file | Address on file | | | | | | | |
| 12047583 | Name on file | Address on file | | | | | | | |
| 12047584 | Name on file | Address on file | | | | | | | |
| 12047598 | Name on file | Address on file | | | | | | | |
| 12047153 | Name on file | Address on file | | | | | | | |
| 12047619 | Name on file | Address on file | | | | | | | |
| 12242147 | Name on file | Address on file | | | | | | | |
| 12171196 | BITGO | Address on file | | | | | | | |
| 12047626 | Name on file | Address on file | | | | | | | |
| 12047628 | Name on file | Address on file | | | | | | | |
| 12047630 | Name on file | Address on file | | | | | | | |
| 19033567 | Name on file | Address on file | | | | | | | |
| 15535900 | Name on file | Address on file | | | | | | | |
| 12046823 | Name on file | Address on file | | | | | | | |
| 12047131 | Name on file | Address on file | | | | | | | |
| 12046808 | Name on file | Address on file | | | | | | | |
| 12046397 | Name on file | Address on file | | | | | | | |
| 12046401 | Name on file | Address on file | | | | | | | |
| 12046402 | Name on file | Address on file | | | | | | | |
| 12245686 | Name on file | Address on file | | | | | | | |
| 12644099 | Name on file | Address on file | | | | | | | |
| 12047367 | Name on file | Address on file | | | | | | | |
| 12046499 | Name on file | Address on file | | | | | | | |
| 12046443 | Name on file | Address on file | | | | | | | |
| 12046817 | Name on file | Address on file | | | | | | | |
| 12046450 | Name on file | Address on file | | | | | | | |
| 12046460 | Name on file | Address on file | | | | | | | |
| 12046487 | Name on file | Address on file | | | | | | | |
| 12047173 | Name on file | Address on file | | | | | | | |
| 12867662 | Name on file | Address on file | | | | | | | |
| 12046517 | Name on file | Address on file | | | | | | | |
| 12650622 | Name on file | Address on file | | | | | | | |

Exhibit II

Supplemental Master Mailing List

Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12242167 | Name on file | Address on file | | | | | | | |
| 12046542 | Name on file | Address on file | | | | | | | |
| 12046916 | Name on file | Address on file | | | | | | | |
| 12046550 | Name on file | Address on file | | | | | | | |
| 12171224 | Name on file | Address on file | | | | | | | |
| 12046572 | Name on file | Address on file | | | | | | | |
| 12046580 | Name on file | Address on file | | | | | | | |
| 12046582 | Name on file | Address on file | | | | | | | |
| 12046589 | Name on file | Address on file | | | | | | | |
| 12093512 | Name on file | Address on file | | | | | | | |
| 12046602 | Name on file | Address on file | | | | | | | |
| 12046615 | Name on file | Address on file | | | | | | | |
| 12047186 | Name on file | Address on file | | | | | | | |
| 12872480 | FTX Trading Ltd. on behalf of all FTX Debtors | Address on file | | | | | | | |
| 12046270 | FULLERTON HEALTH | Address on file | | | | | | | |
| 12171237 | Name on file | Address on file | | | | | | | |
| 12046623 | Name on file | Address on file | | | | | | | |
| 12047301 | Name on file | Address on file | | | | | | | |
| 12047432 | GEMINI | Address on file | | | | | | | |
| 12046629 | Name on file | Address on file | | | | | | | |
| 18239913 | Name on file | Address on file | | | | | | | |
| 12046660 | Name on file | Address on file | | | | | | | |
| 12242180 | Name on file | Address on file | | | | | | | |
| 12046681 | Name on file | Address on file | | | | | | | |
| 12046695 | Name on file | Address on file | | | | | | | |
| 12046696 | Name on file | Address on file | | | | | | | |
| 12046707 | Name on file | Address on file | | | | | | | |
| 12046711 | Name on file | Address on file | | | | | | | |
| 12885173 | Name on file | Address on file | | | | | | | |
| 12047117 | Name on file | Address on file | | | | | | | |
| 12046833 | Name on file | Address on file | | | | | | | |
| 12046430 | Name on file | Address on file | | | | | | | |
| 12046850 | Name on file | Address on file | | | | | | | |
| 12875503 | Name on file | Address on file | | | | | | | |
| 12046868 | Name on file | Address on file | | | | | | | |
| 13119639 | Name on file | Address on file | | | | | | | |
| 12242200 | Name on file | Address on file | | | | | | | |
| 13093678 | Name on file | Address on file | | | | | | | |
| 12046881 | Name on file | Address on file | | | | | | | |
| 12046901 | Name on file | Address on file | | | | | | | |
| 12046907 | Name on file | Address on file | | | | | | | |

Exhibit II
Supplemental Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12242206 | Name on file | Address on file | | | | | | | |
| 12046930 | Name on file | Address on file | | | | | | | |
| 12046955 | Name on file | Address on file | | | | | | | |
| 12046956 | Name on file | Address on file | | | | | | | |
| 12046960 | METROPOLITAN  COMMERCIAL BANK | Address on file | | | | | | | |
| 12046986 | Name on file | Address on file | | | | | | | |
| 12242212 | Name on file | Address on file | | | | | | | |
| 12046992 | Name on file | Address on file | | | | | | | |
| 12242215 | Name on file | Address on file | | | | | | | |
| 13023662 | Name on file | Address on file | | | | | | | |
| 13060379 | Name on file | Address on file | | | | | | | |
| 18188010 | Name on file | Address on file | | | | | | | |
| 12885696 | Name on file | Address on file | | | | | | | |
| 12885726 | Name on file | Address on file | | | | | | | |
| 12047049 | Name on file | Address on file | | | | | | | |
| 12047051 | Name on file | Address on file | | | | | | | |
| 12047063 | Name on file | Address on file | | | | | | | |
| 12047064 | Name on file | Address on file | | | | | | | |
| 12047065 | Name on file | Address on file | | | | | | | |
| 12047067 | Name on file | Address on file | | | | | | | |
| 12047098 | Name on file | Address on file | | | | | | | |
| 12047102 | Name on file | Address on file | | | | | | | |
| 12047110 | Name on file | Address on file | | | | | | | |
| 12046976 | Name on file | Address on file | | | | | | | |
| 12047120 | Name on file | Address on file | | | | | | | |
| 12047123 | Name on file | Address on file | | | | | | | |
| 12047133 | Name on file | Address on file | | | | | | | |
| 12047144 | Name on file | Address on file | | | | | | | |
| 12047159 | Name on file | Address on file | | | | | | | |
| 12047182 | Name on file | Address on file | | | | | | | |
| 12046598 | Name on file | Address on file | | | | | | | |
| 12047192 | Name on file | Address on file | | | | | | | |
| 12047196 | Name on file | Address on file | | | | | | | |
| 12243915 | Name on file | Address on file | | | | | | | |
| 12047205 | Name on file | Address on file | | | | | | | |
| 12928836 | Name on file | Address on file | | | | | | | |
| 12242244 | Name on file | Address on file | | | | | | | |
| 12873752 | Name on file | Address on file | | | | | | | |
| 12047260 | Name on file | Address on file | | | | | | | |
| 12171248 | Name on file | Address on file | | | | | | | |
| 12047263 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Exhibit II
Supplemental Master Mailing List
Served via first class mail

| ADDRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| 12171249 | Name on file | Address on file | | | | | | | |
| 15419362 | Name on file | Address on file | | | | | | | |
| 18140592 | Name on file | Address on file | | | | | | | |
| 12046368 | Name on file | Address on file | | | | | | | |
| 16825563 | The New Jersey Bureau of Securities | Address on file | | | | | | | |
| 16825566 | The New Jersey Bureau of Securities | Address on file | | | | | | | |
| 16825570 | The New Jersey Bureau of Securities | Address on file | | | | | | | |
| 12047303 | Name on file | Address on file | | | | | | | |
| 12047314 | Name on file | Address on file | | | | | | | |
| 12047326 | Name on file | Address on file | | | | | | | |
| 12047329 | Name on file | Address on file | | | | | | | |
| 12047330 | Name on file | Address on file | | | | | | | |
| 12827060 | Name on file | Address on file | | | | | | | |
| 12047340 | Name on file | Address on file | | | | | | | |
| 17116580 | Name on file | Address on file | | | | | | | |
| 12046642 | Name on file | Address on file | | | | | | | |
| 12046889 | Name on file | Address on file | | | | | | | |
| 12047350 | Name on file | Address on file | | | | | | | |
| 12047362 | Name on file | Address on file | | | | | | | |
| 17114933 | Name on file | Address on file | | | | | | | |
| 12047652 | Name on file | Address on file | | | | | | | |
| 12047376 | Name on file | Address on file | | | | | | | |
| 12047377 | Name on file | Address on file | | | | | | | |
| 12171245 | Name on file | Address on file | | | | | | | |
| 12047391 | Name on file | Address on file | | | | | | | |
| 12047399 | Name on file | Address on file | | | | | | | |
| 12046777 | Name on file | Address on file | | | | | | | |
| 12047411 | Name on file | Address on file | | | | | | | |
| 12047412 | Name on file | Address on file | | | | | | | |
| 12047426 | Name on file | Address on file | | | | | | | |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 4 of 4

## **Exhibit B**

**Amended Voting Report**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AMENDED DECLARATION OF ALEX ORCHOWSKI OF KROLL RESTRUCTURING ADMINISTRATION LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE DEBTORS' AMENDED CHAPTER 11 PLAN

I, Alex Orchowski, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Director of Solicitation at Kroll Restructuring Administration LLC ("Kroll"), located at 55 East 52nd Street, 17th Floor, New York, New York 10055.  I am over the age of eighteen and not a party to the above-captioned cases.

2.      I submit this declaration (this "Amended Declaration") with respect to the solicitation of votes and the tabulation of ballots cast on the *Debtors' Amended Joint Chapter 11 Plan,* dated November 28, 2023 [Docket No. 989] (as may be amended, supplemented, or modified from time to time, the "Plan").[2]  This Amended Declaration amends, supersedes and replaces the entirety of the *Declaration of Alex Orchowski of Kroll Restructuring Administration LLC*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219) ("GGH"); Genesis Global Capital, LLC (8564) ("GGC"); Genesis Asia Pacific Pte. Ltd. (2164R) ("GAP"). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement Order (as defined below).

*Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Amended Chapter 11 Plan*, which was filed with this Court on January 25, 2024 [Docket No. 1196].

3.     Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision or from the Debtors or their other professionals, and my review of relevant documents.  I am authorized to submit this Amended Declaration on behalf of Kroll.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

4.     This Court authorized Kroll's retention as (a) the claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent,* dated January 26, 2023 [Docket No. 39] and (b) the administrative advisor to the Debtors pursuant to the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date,* dated February 24, 2023 [Docket No. 107] (collectively, the "Retention Orders").  The Retention Orders authorize Kroll to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan.  Kroll and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

5.     Pursuant to the *Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto,* dated December 6, 2023 [Docket No. 1027] (the "Disclosure Statement Order"), this Bankruptcy Court approved procedures to solicit votes from, and tabulate Ballots submitted by, Holders of Claims entitled to vote on the Plan (the "Solicitation Procedures").  Kroll adhered

to the Solicitation Procedures outlined in the Disclosure Statement Order and distributed (or caused
to be distributed) Solicitation Packages (including Ballots) to parties entitled to vote on the Plan.
I supervised the solicitation and tabulation performed by Kroll's employees.

6.      The Disclosure Statement Order established November 28, 2023, as the record date
for determining which Holders of Claims were entitled to vote on the Plan (the "Voting Record
Date").  Pursuant to the Plan and the Solicitation Procedures, only Holders of Claims as of the
Voting Record Date in the following Classes were entitled to vote to accept or reject the Plan
(collectively, the "Voting Classes"):

| Classification of Claims Against and Interests in GGH | |
|---|---|
| Plan Class | Class Description |
| 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims |
| 4 | BTC-Denominated Unsecured Claims |
| 5 | ETH-Denominated Unsecured Claims |
| 6 | Alt-Coin-Denominated Unsecured Claims |

| Classification of Claims Against and Interests in GGC | |
|---|---|
| Plan Class | Class Description |
| 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims |
| 4 | BTC-Denominated Unsecured Claims |
| 5 | ETH-Denominated Unsecured Claims |
| 6 | Alt-Coin-Denominated Unsecured Claims |
| 7 | Gemini Lender Claims |

| Classification of Claims Against and Interests in GAP | |
|:---:|:---:|
| **Plan Class** | **Class Description** |
| 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims |
| 4 | BTC-Denominated Unsecured Claims |
| 5 | ETH-Denominated Unsecured Claims |
| 6 | Alt-Coin-Denominated Unsecured Claims |

No other Classes were entitled to vote on the Plan.

7.　　In accordance with the Solicitation Procedures, Kroll worked closely with the Debtors and their advisors to identify the Holders of Claims entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to these Holders of Claims. With respect to the "Gemini Lenders" entitled to vote in Class 7 Claims against GGC, Kroll neither independently possessed a record of these Gemini Lenders nor was provided with a list of these Gemini Lenders; rather, Kroll relied on Gemini Trust Company LLC ("Gemini"), the agent for the Gemini Lenders to forward the solicitation materials, including unique credentials for each Gemini Lender to access Kroll's E-Ballot platform and submit a vote. A detailed description of Kroll's distribution of Solicitation Packages is set forth in Kroll's *Affidavit of Service of Solicitation Materials*, dated January 25, 2024 [Docket No. 1194].

8.　　Further, in accordance with the Solicitation Procedures, Kroll received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Kroll was date-stamped, scanned (if submitted on paper), assigned a ballot number, entered into Kroll's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Kroll via an approved method of

delivery set forth in the Solicitation Procedures, and (d) received by Kroll by 4:00 p.m. (Eastern

Time) on January 10, 2024 (the "Voting Deadline").  For the tabulation of the votes submitted by

Gemini Lenders, Kroll followed the specific provisions approved by the Court for those voters.  In

particular, unlike other voters, the Gemini Lenders were not assigned a dollar amount when they

voted on the Plan through E-Ballot; rather, after Kroll collected the Gemini Lenders' votes, Gemini

(without Kroll's input) provided Kroll with the type(s) and amount(s) of digital currencies

associated with that vote.

9.     All valid Ballots cast by Holders of Claims entitled to vote in the Voting Classes

and received by Kroll on or before the Voting Deadline were tabulated pursuant to the Solicitation

Procedures, including votes submitted by Gemini Lenders, which were tabulated pursuant to the

unique provisions authorized by the Court in the Solicitation Procedures for the tabulation of those

votes. Importantly, for tabulation purposes only, each Claim that was asserted in a currency other

than U.S. Dollars was converted to the equivalent U.S. Dollar value using the conversation rate

for the applicable currency at prevailing market prices as of 11:11 p.m. (prevailing Eastern Time)

on the Petition Date.[3]

10.    The final tabulation of votes cast by timely and properly completed Ballots received

by Kroll is attached hereto as **Exhibit A**.[4]

---

[3] The conversion rates were set forth in section 3(j) of the *Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket Nos. 145, 146, 147].

[4] Pursuant to section F(xi) of the Solicitation Procedures, the Debtors directed Kroll to include all Ballots in the final tabulation that were received by Kroll after the Voting Deadline but were otherwise valid submissions, specifically: (i) two Class 3 Ballots against Genesis Global Capital, LLC, including votes to accept the Plan in the aggregate amount of $13,572,961.51, (ii) one Class 4 Ballot against Genesis Global Capital, LLC, including a vote to accept the Plan in the amount of $42,252.15, (iii) two Class 5 Ballots against Genesis Global Capital, LLC, including votes to accept the Plan in the aggregate amount of $13,882,587.49, (iv) two Class 6 Ballots against Genesis Global Capital, LLC, including votes to accept the Plan in the aggregate amount of $88,072.18, (v) 211 Class 7 Ballots against Genesis Global Capital, LLC, including votes to accept the Plan in the aggregate amount of $5,186,385.77; and (vi) 74 Class 7 Ballots against Genesis Global Capital, LLC, including votes to reject the Plan in the aggregate amount of $1,842,446.24.

11.     The report of all Ballots excluded from the final tabulation prepared by Kroll, and the reason(s) for the exclusion of such Ballots, including, but not limited to instances where a Ballot was removed from the tabulation or solicitation for being submitted on account of a duplicative claim, is attached hereto as **<u>Exhibit B</u>**.

12.     The Ballots also included instructions regarding how to elect to opt into the releases set forth in Article VIII of the Plan (the "Opt In Election").  Attached hereto as Exhibit C is a report of Ballots received by Kroll, where the party who submitted the Ballot checked the box in item 3, indicating an election to "Opt In to the release provisions".  For the avoidance of doubt, this Amended Declaration does not certify the validity of any Opt In Election, and such information is provided for reporting and informational purposes only.

Dated: February 9, 2024

*/s/ Alex Orchowski*
Alex Orchowski
Director, Restructuring Administration
Kroll Restructuring Administration LLC

**Exhibit A**

**Genesis Global Holdco, LLC, et al.**
**Exhibit A - Tabulation Summary**

| Debtor | Class # | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| Genesis Global Holdco, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 2 / 100% | 0 / 0% | $2,762,618.00 / 100% | $0.00 / 0% | Accept |
| Genesis Global Holdco, LLC | 4 | BTC-Denominated Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per the Disclosure Statement Order, such Class shall be treated in accordance with applicable law. | | | | |
| Genesis Global Holdco, LLC | 5 | ETH-Denominated Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per the Disclosure Statement Order, such Class shall be treated in accordance with applicable law. | | | | |
| Genesis Global Holdco, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per the Disclosure Statement Order, such Class shall be treated in accordance with applicable law. | | | | |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 94 / 95.92% | 4 / 4.08% | $901,375,649.44 / 99.90% | $886,864.66 / 0.10% | Accept |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 76 / 93.83% | 5 / 6.17% | $1,051,289,524.09 / 99.16% | $8,868,564.78 / 0.84% | Accept |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | 34 / 91.89% | 3 / 8.11% | $604,578,937.80 / 97.43% | $15,926,482.51 / 2.57% | Accept |
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | 22 / 88.00% | 3 / 12.00% | $52,409,612.45 / 88.76% | $6,635,095.02 / 11.24% | Accept |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 15,527 / 82.32% | 3,335 / 17.68% | $418,400,252.45 / 83.46% | $82,904,303.22 / 16.54% | Accept |
| Genesis Asia Pacific PTE. LTD. | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 4 / 100% | 0 / 0% | $46,019,126.14 / 100% | $0.00 / 0% | Accept |
| Genesis Asia Pacific PTE. LTD. | 4 | BTC-Denominated Unsecured Claims | 1 / 100% | 0 / 0% | $3,191,359.31 / 100% | $0.00 / 0% | Accept |
| Genesis Asia Pacific PTE. LTD. | 5 | ETH-Denominated Unsecured Claims | None of the creditors in this Class voted on the Plan. As a result, per the Disclosure Statement Order, such Class shall be treated in accordance with applicable law. | | | | |
| Genesis Asia Pacific PTE. LTD. | 6 | Alt-Coin-Denominated Unsecured Claims | 1 / 100% | 0 / 0% | $3,607,485.30 / 100% | $0.00 / 0% | Accept |

**Exhibit B**

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Asia Pacific PTE. LTD. | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | QJRF-1UPY-T72C-UDXQ | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 2ZK2-5LK0-OCUM-6EWJ | $16,078.05 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | U1CN-G7AG-9SQ7-OYXM | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1171] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 6C00-70ZM-AMR5-XBQZ | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 6BTD-9H1R-I83P-EPFA | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1172] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | XQF9-556I-V262-YWXE | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | UNY0-MK44-AKTU-F9SM | $24,546.01 | Accept | Withdrawn submission |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 47EL-T78O-08LZ-H219 | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1177] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 51UO-FQUL-J9EL-SNVT | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1174] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 0REI-U5ES-C5L1-BSXH | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Thirteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1176] |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | GABR-4SE7-SS6I-ZMPM | $1,456,902.36 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | SRSP-N7L7-3JJI-9FEU | $11,632,111.54 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | V3VV-HAND-867Z-TAI1 | $43,077.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | L4JG-GEC8-C62Z-19A7 | $204,232.30 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | G6RT-LUME-DLFF-O1Z1 | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1171] |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 6ESW-79RH-GIWP-4E57 | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 0S2Z-2NLB-2SB9-ZX0U | $3,167,524.21 | Accept | Withdrawn submission |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | MM1S-9DVN-HJ7M-OLOI | $4,892,284.76 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 3J9B-0BAD-VE0X-M36P | $584,672.46 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 97K4-4AEP-JJAL-XNXK | $2,132,964.44 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 7K3X-PSUJ-LACD-Y9QE | $715,001.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 8DR8-SYB8-XEKE-OAG4 | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1265] |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | 1FL3-O6Q6-QW1D-8TG9 | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1265] |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | C9SA-30D0-176H-A5AG | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | 03VZ-LU8E-KHNW-Q0CS | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1172] |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | E0UP-PSQ1-6JF0-FU7M | $148,695.90 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | FV4A-8RJL-LK4S-O113 | $223,500.00 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

Genesis Global Holdco, LLC, *et al* .
Exhibit B - Excluded Ballots Report

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | W2MA-O5LS-4PH1-137O | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | 9F9F-8V2U-IKGS-AGI9 | $363.12 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Holdco, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 3FBC-V3RW-CQCY-MEJL | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate, Amended and No Liability) [Docket No. 1169] |
| Genesis Global Holdco, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | DC6G-D0XT-8XW3-M6AM | $1.00 | Reject | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1172] |
| Genesis Global Holdco, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | UBN2-EA9I-VFR4-HO4D | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1176] |
| Genesis Global Holdco, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | BCHX-9BBL-FDTO-L064 | $1.00 | Accept | Holder not entitled to vote on the Plan pursuant to the Order Granting Debtors' Thirteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate) [Docket No. 1174] |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100903140318503 | $2,963,299.10 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 102121666534564 | $10,780.08 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105266232976694 | $45,092.31 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105639816166872 | $46.72 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 110156825003699 | $50,697.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 110222717864998 | $131,297.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111309014480614 | $100,000.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111922098657850 | $26,496.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 114670148707731 | $585.79 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115228053268695 | $2,459.89 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117733038995910 | $16,833.17 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117809964915257 | $5,035.05 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 121249606810878 | $264.27 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 121917823203454 | $19,372.03 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122128615328394 | $9,125.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122128615328394 | $9,125.40 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125543030644321 | $247,688.14 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125543030644321 | $247,688.14 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130849274154969 | $163,655.88 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135174811939488 | $6,060.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135477977154751 | $1.19 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135957593630852 | $96,419.27 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137287671956018 | $3,224.77 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137802678039540 | $48,644.88 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139202061276012 | $2,556.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139307919034059 | $10,764.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140089372086981 | $3,136.19 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140275546033908 | $75,309.45 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 144455672727686 | $1,705.47 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150077622754613 | $16,499.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 151549645145621 | $28.06 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 154933853488592 | $691.82 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155904590168903 | $4,176.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155904590168903 | $4,176.98 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 157141650235117 | $14,044.49 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159455628047853 | $25,986.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159455628047853 | $25,986.63 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160028698631265 | $25,625.51 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160481125949586 | $13,007.24 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 162515861206526 | $6,930.93 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163227163464432 | $6,439.42 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163617731357607 | $2,568.18 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 164358477999549 | $2,370.04 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 164619883885130 | $3,039.64 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 164983807592460 | $10,512.88 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165054228190996 | $9,706.37 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167157847813154 | $12,932.24 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167900473500134 | $47,798.58 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169318043871779 | $102,461.90 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169779094423017 | $168,657.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170871042019344 | $90,069.77 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170930440820129 | $3,030.86 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 171232142291010 | $37.26 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 171366124762798 | $5,388.66 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 172547254968615 | $71.95 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 172860055230561 | $13,488.34 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 173937193898948 | $3,279.91 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 174368580104232 | $4,359.60 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 174368580104232 | $4,359.60 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177644733032545 | $14,304.38 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179224986396357 | $8,190.01 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179576774549684 | $30,535.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181877517707112 | $18,159.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 182961488336437 | $5.41 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184315106000287 | $58,072.15 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185725621964319 | $67,819.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185725621964319 | $67,819.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186699782525587 | $46,413.32 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186893316724620 | $15,054.96 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 188153780844526 | $25,324.45 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191734744744926 | $99,713.37 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191976855156379 | $50,208.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194956363012319 | $136.69 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196024366464476 | $1,750.24 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 201968350842141 | $176,938.21 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 201968350842141 | $176,938.21 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202681539044205 | $29,251.88 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202681539044205 | $29,251.88 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204321477165453 | $6,327.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204468530482133 | $12.85 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205543179855877 | $79,274.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 207245880955349 | $6,334.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208653664169571 | $2,067.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209900166080820 | $1,039.86 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210705084952091 | $5,091.71 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211487253159992 | $86,102.93 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213472126782307 | $8,535.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213532143943204 | $6,866.01 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214581402714120 | $996,222.54 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 215216746696691 | $17,799.15 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 215266506695715 | $12,327.24 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 215557483101979 | $5,079.64 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 220852200728583 | $113,752.40 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222678847397612 | $1,708.83 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222729640879071 | $6,023.44 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224099910570292 | $20,248.64 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 227494721584217 | $976.57 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231723850176578 | $8,135.81 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231876448630438 | $1,806.15 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232689373783947 | $4,190.82 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232833984760384 | $600.49 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234554209617072 | $4,710.84 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235357802830948 | $5,996.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236872424718177 | $107,770.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 237484616153976 | $21,944.91 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 237484616153976 | $21,944.91 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 239294627777206 | $8,139.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242251803850617 | $36,532.96 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242873284896125 | $3,650.60 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | $4,060.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | $4,060.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | $4,060.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | $4,060.16 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | $4,060.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 249983267278609 | $194,038.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254434169693573 | $5,834.12 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254538488708361 | $54,949.30 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 257592558721328 | $66.15 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258211795567746 | $53.40 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 260257868073224 | $9,022.81 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265701732247693 | $101,603.54 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266373694824726 | $47,317.67 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267996820725220 | $125,939.18 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270469115134506 | $607.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270487826967595 | $199.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270589620116096 | $784.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270708026566972 | $301,930.34 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271078007602594 | $1,211.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271465466776498 | $2,146.55 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271994691280210 | $594.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 272279544459319 | $3,176.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274684664508475 | $76,640.48 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275608864381360 | $22,006.28 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275677394797602 | $1,307.24 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281055024629909 | $6,738.82 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281633313638784 | $1,184.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 282907370345583 | $32,378.68 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 283087370025958 | $7,788.12 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 284383942362720 | $13,478.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 284383942362720 | $13,478.61 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 284451472503981 | $997.97 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288476702026232 | $19,362.01 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289405882831240 | $1,089.40 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290596575157063 | $791.56 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292639088712670 | $8,743.82 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293090099528542 | $26,234.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293090099528542 | $26,234.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293090099528542 | $26,234.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293906172178485 | $74,327.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294873033714907 | $2,270.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294873033714907 | $2,270.22 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295602381082784 | $9,951.27 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295946276010870 | $43,010.20 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296673364915983 | $438.77 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297868366689058 | $39,265.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297965187294881 | $44,108.99 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297965187294881 | $44,108.99 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303345438670247 | $4,572.33 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303419730069063 | $2,015.91 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306930609541540 | $13,454.76 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308126093499760 | $1,852.26 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308383395977333 | $1,012.05 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308538366839387 | $8,205.86 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 309066116526784 | $7,125.50 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310198567748064 | $17,867.33 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310982604449108 | $2,760.73 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310991451570854 | $41,617.28 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310991451570854 | $41,617.28 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311405622123004 | $76,525.33 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311905841934821 | $285,278.95 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313062987886780 | $576.36 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313549419787033 | $3,484.20 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314101919195380 | $4,278.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314805817837389 | $21,890.49 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314939906463849 | $12,678.39 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314939906463849 | $12,678.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315732877092591 | $19,299.86 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 316353889653750 | $22,278.52 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 317925362769860 | $110,646.89 | Reject | Superseded by later received, valid ballot included in the final tabulation |

Page 4 of 13

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318342041299521 | $806.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318498735499594 | $328.10 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318557146583610 | $43,746.07 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321082307916148 | $45,073.08 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321293927226112 | $7,251.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321537211897128 | $1,471.60 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324681939538053 | $10,865.84 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 325532708057602 | $54.83 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326713715846301 | $19,012.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 329158210068431 | $1,353.90 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330753705773251 | $8,844.33 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330971552874772 | $616.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332488790115712 | $2,675.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333137591700665 | $51,272.94 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333165470301289 | $3,888.14 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333903122354912 | $4,413.14 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333954629338423 | $3,000.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335224677413205 | $60,627.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335318091827024 | $165.45 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335702185609393 | $21,884.30 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337864367797926 | $34,446.73 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 339288230307523 | $18,179.03 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340365910847176 | $1,226.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344259409625748 | $211.93 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344706375603920 | $259,935.28 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344880550434372 | $83,805.72 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344880550434372 | $83,805.72 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344880550434372 | $83,805.72 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348267246832936 | $32,379.57 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348267246832936 | $32,379.57 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349038047538612 | $21,185.62 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349075269622190 | $49,433.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350171477817451 | $44,617.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350818546258689 | $11,474.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350818546258689 | $11,474.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350818546258689 | $11,474.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350818546258689 | $11,474.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352529970806157 | $2,936.67 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356256595250513 | $20,914.33 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 357138837425343 | $224.63 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359466666025534 | $9,461.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359881025497957 | $3,981.56 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359981387011878 | $7,394.76 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 361035039523104 | $187.13 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364181005796544 | $4,632.24 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365023577645026 | $24.77 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365240390309840 | $20,853.30 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365703971379581 | $36,115.49 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365703971379581 | $36,115.49 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366411571154892 | $162,312.41 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366898277152076 | $110,822.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369043500887721 | $7,163.17 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369243628728890 | $1,018.39 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369685477294926 | $50,055.78 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 372779105297756 | $119,901.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373221150382220 | $113,178.79 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374480833310179 | $11,156.91 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375960565079305 | $16,708.18 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379813766104076 | $4,031.31 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379851528780992 | $5,002.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380506425794759 | $29,505.38 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383915174387172 | $111,400.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383915174387172 | $111,400.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 386249292813278 | $2,262.78 | Accept | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

Genesis Global Holdco, LLC, *et al*.
Exhibit B - Excluded Ballots Report

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388946388727399 | $66,138.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390754001990004 | $9,186.34 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391029333944001 | $55,731.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395032714497809 | $23,830.41 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395738180490831 | $55,344.42 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396032976070652 | $5,561.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398343259789841 | $10,080.80 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398498106389285 | $22,984.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399118864492111 | $23,166.03 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 400956315122247 | $14,913.23 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401174029892296 | $228.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401174029892296 | $228.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401570219195784 | $5,358.27 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401570219195784 | $5,358.27 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403977535873031 | $5,527.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404085713627802 | $26,885.94 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404804828637360 | $118.85 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404804828637360 | $118.85 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406089758482654 | $4,400.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407268296894397 | $22,978.17 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407377143448078 | $41.59 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 413647088504098 | $25,050.46 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 414057848916814 | $15,989.37 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415095424893206 | $146,394.59 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415421319627556 | $2,457.61 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417260447663539 | $32.78 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417260447663539 | $32.78 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417547272459973 | $14,319.50 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418254316197349 | $1,714.54 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422616856521978 | $5,655.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422616856521978 | $5,655.38 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 424238624411437 | $10,097.08 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 425520727947832 | $11,512.55 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 426132600711982 | $3,207.61 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429044456438278 | $6,137.01 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429251199814197 | $134,110.85 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 430453158421843 | $31,786.07 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 430511125381231 | $38.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 431355250740022 | $10,691.14 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434863296403206 | $10,046.20 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435077454715869 | $12,561.18 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437328199451531 | $9,757.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437328199451531 | $9,757.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437328199451531 | $9,757.53 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438291042105380 | $5,432.55 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439173300957688 | $6,144.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445380483496114 | $3,888.05 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445559643582839 | $2,124.30 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451218531827007 | $527.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452041702285742 | $38,952.84 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452268221259871 | $87,973.56 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452268221259871 | $87,973.56 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452617056901175 | $1,120.86 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455961103590385 | $3,227.46 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455961103590385 | $3,227.46 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 456191739209256 | $3,800.65 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458200674689544 | $246,414.17 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459294147127718 | $14,341.86 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459644076999469 | $4,763.90 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459999181862885 | $23,196.07 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460507449882547 | $1,890.03 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461783536373952 | $2,901.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464442088219691 | $22,942.01 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464931329234093 | $7,866.70 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470313912492021 | $1,710.31 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470736719070017 | $4,484.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47082902986399 | $26,851.73 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47082902986399 | $26,851.73 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47087014513327 | $16,454.93 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47105049348367 | $3,225.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47129402942326 | $230.36 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47210764132386 | $12,839.26 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47210764132386 | $12,839.26 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47331260206756 | $11,026.17 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47469646349562 | $613.50 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47476716101559 | $738.52 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47578840587929 | $71,628.79 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47634563076824 | $92,177.50 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 47634563076824 | $92,177.50 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48123443949534 | $9,946.74 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48178475328296 | $6,260.81 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48181160949780 | $13,877.15 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48464664975446 | $1,392.04 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48710687196992 | $7,596.51 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48722265959706 | $3,469.23 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48818772829033 | $26,238.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 48939449225089 | $288.70 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 49107860130833 | $2,329.46 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 49355760862604 | $23,976.77 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 49788977604005 | $482,741.80 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 49863392940356 | $8,709.56 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 49994964134988 | $23,451.78 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50045568282863 | $3,482.67 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50076793164193 | $4,132.97 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50435848815397 | $2,853.67 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50684372452228 | $11,446.12 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50807337085552 | $2,048.26 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50815524356405 | $2,230.66 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50833043391057 | $11,861.18 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50900284491370 | $1,580.73 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 50946032089373 | $1,614.62 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51122740570235 | $29.09 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51157400220591 | $13,165.64 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51163179800884 | $1,858.28 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51213891129015 | $14,906.32 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51286929694936 | $34,279.96 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51286929694936 | $34,279.96 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51366749776247 | $507.30 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51540108287766 | $2,460.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51552529376058 | $464.99 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51707693325851 | $7,775.94 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51853548610132 | $198,879.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 51940519050701 | $234,002.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52085501994667 | $12,564.27 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52096636002946 | $586,882.44 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52355118341717 | $130,624.56 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52387108277469 | $47,973.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52387108277469 | $47,973.16 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52459433302770 | $500.00 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52459433302770 | $500.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52662279390397 | $302,469.83 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 52781491942446 | $70,729.19 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53063084014916 | $39,525.92 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53063537733107 | $2,779.10 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53125659882432 | $4,658.09 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53262656100625 | $22,126.99 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53320069131043 | $435.01 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53441585477793 | $84,526.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 53861023054857 | $20,514.59 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 54199067971601 | $21,341.12 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 54362350751993 | $63,946.54 | Accept | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 543623507519931 | $63,946.54 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545897603519249 | $23,435.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545897603519249 | $23,435.80 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545897603519249 | $23,435.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545897603519249 | $23,435.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 547996060400674 | $15,874.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549440011090009 | $10,453.86 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549508491979186 | $11,024.97 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550138008938527 | $12,254.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551481098165478 | $5,796.23 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551775478932764 | $4,602.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 552745872275813 | $44,460.07 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557351234113464 | $217,877.83 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560077776097495 | $10,516.04 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560077776097495 | $10,516.04 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560306223619543 | $162,862.57 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560336959596211 | $34,439.66 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562076971116061 | $28,862.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563926228308035 | $2,131,212.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 565787360160738 | $0.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 565910098398825 | $145,201.15 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567853230794624 | $5,932.34 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 568335836367967 | $3,606.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569706757182302 | $163,138.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 571146901370602 | $18,448.83 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 571577003113993 | $229.12 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 572552439824814 | $1,096.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573272119968618 | $9,089.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573363470241598 | $34,009.05 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573613042825085 | $179.67 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573613042825085 | $179.67 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573613042825085 | $179.67 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574094979260244 | $31,663.29 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579139022587305 | $40,111.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579139022587305 | $40,111.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579139022587305 | $40,111.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579642643489269 | $15,488.78 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580828357047174 | $23,616.20 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 582237749274547 | $83,717.78 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 584783965495545 | $7,362.88 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 586267008360044 | $4,847.82 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 587392445471683 | $6.21 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589347418465903 | $11,353.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590319521283717 | $11,086.00 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 591082284827109 | $16,041.80 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 592264240283195 | $6,481.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596142753152482 | $1,663.20 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598720253337643 | $1,010.93 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601270867021427 | $2,904.54 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602622702154158 | $17,162.65 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602786048090386 | $567.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604419909207153 | $10,244.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604459199326301 | $1,750.21 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604587452404588 | $54,991.64 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606046847886903 | $3,060.13 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608630198431109 | $12,640.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610421090043443 | $7,333.94 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613202287241933 | $27,916.99 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613306548999574 | $535.14 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615644160765129 | $4,640.20 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616720232312120 | $25,518.59 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620064334255740 | $1,277.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620064334255740 | $1,277.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622096398741005 | $3,653.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622096398741005 | $3,653.11 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623096096477126 | $203.10 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

Genesis Global Holdco, LLC, *et al*.
Exhibit B - Excluded Ballots Report

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627477010404236 | $4,960.47 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627477010404236 | $4,960.47 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634210954965639 | $8,602.46 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634741603745118 | $1,620.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 635979106552412 | $7,696.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 642395924843015 | $13,426.44 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 642395924843015 | $13,426.44 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643364813934172 | $14,149.03 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644198845847586 | $2,681.02 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644403623307862 | $1,778.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644719612985035 | $13,075.85 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644900130910080 | $7,617.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645949227522679 | $19,620.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645949227522679 | $19,620.69 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645949227522679 | $19,620.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648851203877703 | $828.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648937032894250 | $3,622.19 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649226675338662 | $1,547.04 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649226675338662 | $1,547.04 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649535654603281 | $6,501.38 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651805870380641 | $33,850.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 652259866812457 | $17,455.08 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656278502751605 | $792.45 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657456596122684 | $51,272.15 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663186399404929 | $223.05 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664156780981260 | $26,012.82 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664420253280854 | $7,938.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664832809687940 | $27,682.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664832809687940 | $27,682.68 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 665334015977330 | $1,088.86 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666567617504210 | $246,217.55 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666567617504210 | $246,217.55 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667593967921703 | $72,468.94 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670977556252601 | $92,624.34 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 671205501714022 | $100.63 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673695751706514 | $11,605.82 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677635286351609 | $73,199.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684067157605445 | $42,524.14 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684683075628668 | $25,072.42 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684683075628668 | $25,072.42 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685661778598846 | $2,274.06 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685661778598846 | $2,274.06 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685661778598846 | $2,274.06 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686895006244242 | $18,621.81 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 687448519356307 | $26,859.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 687448519356307 | $26,859.53 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689706003616751 | $74,328.02 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 692863263838361 | $1,391.87 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697449847678503 | $226.23 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697484983749592 | $9,380.01 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697506341793823 | $930.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 699448731175959 | $2,765.55 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701669718676763 | $5,904.34 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701843782927276 | $231,655.28 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703454598985715 | $22,235.38 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704353289340773 | $34,604.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704409941520654 | $9,940.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708051398367209 | $157,867.47 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708348108541386 | $10,017.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710313969248684 | $27,493.41 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710735199716269 | $38,177.54 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 711613140431878 | $43,716.96 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712082025750524 | $2,152,944.48 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712674325319914 | $99,346.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712674325319914 | $99,346.87 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

Genesis Global Holdco, LLC, *et al*.
Exhibit B - Excluded Ballots Report

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714327476754723 | $698.67 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714896744875392 | $50,922.65 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 716076755720822 | $1,969.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719788730662257 | $14,717.44 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 722074598452026 | $1,703.19 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 723408533111313 | $445.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727921179702963 | $7,684.34 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728419084114804 | $1,482.96 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729828355703079 | $143,477.36 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731750950315460 | $8,201.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731805726920476 | $489.51 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732047364543854 | $12,106.58 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 733068196497981 | $22,012.16 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 736771833093143 | $482.44 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739387119699847 | $63,544.50 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739600060653230 | $4,527.92 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740042915470772 | $4,167.36 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740539236017081 | $2,990.64 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741017171514029 | $91,149.88 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741890259089534 | $13,684.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742193559765206 | $23,569.59 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742632577179985 | $9,826.17 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743847031364167 | $1,669.74 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745682671259453 | $2,198.19 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747411740384202 | $184.02 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748977183505247 | $4,315.57 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750046444905692 | $45,414.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750046444905692 | $45,414.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750827291062302 | $13,645.42 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751863962522728 | $3,013.89 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753649557731790 | $7,513.42 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756592781274124 | $22,563.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757316981326226 | $254,799.18 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 761938160809892 | $2,285.58 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 762158385069806 | $21,811.95 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764291973792062 | $62,754.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764711442378900 | $3,954.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764711442378900 | $3,954.52 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766832814549270 | $3,333.72 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766992078154816 | $1,396.07 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767406030897596 | $2,642.68 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772346887963240 | $5,151.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 773705446476084 | $902.92 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 776270258725815 | $116,050.48 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 776617469801021 | $141,700.16 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777302516357288 | $246.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777525252468417 | $379.32 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 782395523665898 | $43,276.99 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 783727009830639 | $238.67 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784132065620338 | $2,359.72 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784676951940500 | $1,860.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785459927197308 | $7,253.12 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786674997218300 | $5,124.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 787903543425764 | $334.99 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 787904971575447 | $153,160.58 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788035101988541 | $173,522.64 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788035101988541 | $173,522.64 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788035101988541 | $173,522.64 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790142021114603 | $325.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790509046747735 | $53,497.02 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 792939056710720 | $17,507.27 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 795598292380327 | $1,796.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799487092213854 | $56,558.22 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 801874084874210 | $1,957.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 808389576164241 | $74.36 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 812837967977975 | $126,588.09 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

Genesis Global Holdco, LLC, *et al* .
Exhibit B - Excluded Ballots Report

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814669371916844 | $596.27 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821841422218010 | $17,964.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821841422218010 | $17,964.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823337651779014 | $4,444.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823337651779014 | $4,444.29 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823337651779014 | $4,444.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823337651779014 | $4,444.29 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823337651779014 | $4,444.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823501181715035 | $14,097.13 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823501181715035 | $14,097.13 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 824457340978612 | $7,216.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825036363549502 | $11,925.90 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825585474034285 | $12,687.24 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825801638224518 | $461.41 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829739500640783 | $201,862.66 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830027891758497 | $23,021.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833694727345526 | $38,936.30 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834277006045467 | $30,247.42 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834937159568693 | $11,006.10 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835748264190292 | $24,032.90 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838641109965518 | $26,170.62 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840027714130124 | $108,857.42 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840444188917841 | $109,222.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840802405842710 | $9,297.35 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 845044545822961 | $124,230.72 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 845319252392810 | $24.79 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 846086014689131 | $110,068.18 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 848841037569453 | $106.66 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850500538718126 | $13,373.39 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850500538718126 | $13,373.39 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850500538718126 | $13,373.39 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 852795123818808 | $13,895.67 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857523203612072 | $303.56 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861037409545601 | $802.31 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861513692609879 | $1,638.51 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862348182193555 | $129,281.92 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862960974860144 | $24,175.78 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 863104898414493 | $12,780.55 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864905409519639 | $524.99 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867030348035071 | $541.63 | | Did not vote to accept or reject the Plan; Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867677283175921 | $305,244.53 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867677283175921 | $305,244.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 868954274096370 | $7,280.43 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870152586759124 | $570,887.64 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 871650026303095 | $17,410.24 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 873271602127846 | $1,761.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 873374133696374 | $22,889.84 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874428772776624 | $26,650.57 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875066778556413 | $1,930.38 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875220723350586 | $50.56 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877535679032281 | $14,122.62 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877911224965666 | $26,458.05 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879512363300018 | $13,678.43 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880463628555160 | $1,916.90 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880723101658123 | $292,225.19 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881758933137898 | $37,209.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882512023842436 | $10,393.33 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882512023842436 | $10,393.33 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891258212513695 | $22,139.98 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891435881533011 | $303,672.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 893115188682039 | $109,933.69 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 894536248452732 | $3,120.85 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895667612537195 | $2,833.29 | Accept | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

Genesis Global Holdco, LLC, *et al* .
Exhibit B - Excluded Ballots Report

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897221723602150 | $5,208.90 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897581872722323 | $12,653.59 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 898359833756917 | $5,322.43 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900254582960090 | $138.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 901527550803758 | $195,916.57 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 901884163929011 | $44,556.25 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 902496752684233 | $103.94 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 905965213053184 | $15,782.41 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907477249445776 | $5,077.32 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908414878726527 | $662.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911877731620705 | $239.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911877731620705 | $239.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912337223083213 | $514,396.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 913138888591049 | $386.19 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 914904660645004 | $7,937.41 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 915056799330421 | $70,127.94 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917858861194050 | $951.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917984237939662 | $1,250.85 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 918891932014658 | $858.42 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919338591452771 | $5,317.95 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919801288612328 | $8,689.51 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919900033576960 | $133,286.52 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920174068317402 | $134.18 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920787879724729 | $5,680.68 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920789457406358 | $3,033.53 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920930973274455 | $21,501.14 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920930973274455 | $21,501.14 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922108123841775 | $535.70 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922441229527381 | $1,027.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924622645551557 | $85,985.74 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928251724554226 | $5,233.04 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928952634198255 | $96,841.02 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928952634198255 | $96,841.02 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 932382389862412 | $44,885.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 933102538473201 | $10,991.84 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 934740546767126 | $3,158.02 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935654688483846 | $11,183.00 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935959058925891 | $21,223.62 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935959058925891 | $21,223.62 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 936835115898114 | $192.88 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939696038556576 | $7,548.87 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940017185790299 | $244,351.26 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940725087593171 | $3,838.94 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940897465660558 | $14,918.36 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 942431157383707 | $33,673.39 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943876642304975 | $57,952.13 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 945077076070552 | $9,231.63 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 945524516387933 | $980.73 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948002259476442 | $30,023.61 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 949141237738883 | $89,728.90 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 950002045086691 | $90,843.90 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951360635340637 | $1,258.28 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 954619221387930 | $81,714.95 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955054223474886 | $3,626.27 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955054223474886 | $3,626.27 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957031595303476 | $126,366.90 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 958685345203532 | $53,279.22 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959747751129307 | $11,414.82 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959782205126580 | $1,788.31 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959782205126580 | $1,788.31 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959814749147007 | $230,673.60 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 961783660767377 | $28,628.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 961783660767377 | $28,628.16 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964849761544979 | $4,844.93 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964860337337268 | $468,058.77 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965024556841402 | $1,726.36 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit B - Excluded Ballots Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965519490007169 | $28,380.39 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 967276253378100 | $30,903.33 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 967990164628516 | $26,089.99 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970952223087555 | $2,659.66 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971994898625043 | $770.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971994898625043 | $770.71 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972295434879491 | $34,369.81 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974555274515622 | $31,952.15 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975154578320664 | $763,857.29 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975517141936111 | $209.46 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975710329137348 | $33,917.37 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 978446827612892 | $173.27 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981349469357734 | $27,180.27 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981674817581047 | $586.10 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984029891401583 | $253.89 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984298986616471 | $64,150.40 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984298986616471 | $64,150.40 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985183595126186 | $2,840.01 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985183595126186 | $2,840.01 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986508876537409 | $330.09 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986508876537409 | $330.09 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988632345459953 | $3,229.53 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988640486341482 | $84,007.03 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989129690706859 | $6,871.08 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990161347158831 | $104,464.98 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990161347158831 | $104,464.98 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990223534209965 | $99.95 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993364157050504 | $19,040.12 | Reject | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993805185240594 | $4,348.11 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994328405271722 | $6,251.60 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995236799052401 | $1,776.95 | | Did not vote to accept or reject the Plan |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996304134653790 | $10,590.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997164000578995 | $1,785.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997164000578995 | $1,785.75 | Accept | Superseded by later received, valid ballot included in the final tabulation |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 999563246735295 | $37,477.97 | Reject | Superseded by later received, valid ballot included in the final tabulation |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Exhibit C**

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Asia Pacific PTE. LTD. | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | QJRF-1UPY-T72C-UDXQ | Opt In to the Release Provisions |
| Genesis Asia Pacific PTE. LTD. | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | LA9Z-X4GY-NTAM-OG3I | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | ICIH-PLJZ-X5H1-T6FJ | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | MSL2-NRMH-SVLD-AJYZ | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | V75U-RDST-T2T9-E18J | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | M5NY-O3ZY-VF8H-ERIV | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | U1CN-G7AG-9SQ7-OYXM | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 9XIB-Z0CL-38RW-GKEH | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | CJSY-VMVP-QNID-HYGS | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | XJ25-3VDJ-MJ0W-ABOB | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | T9OR-BM20-CV9F-DPAN | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | CJS2-HCO3-J47A-9X68 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | L5JL-MSBZ-Z0FG-XDZS | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | K2LF-D7R4-ERG8-6W0Q | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | F9FK-HY1O-7X88-XGN6 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 0REI-U5ES-C5L1-BSXH | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | QIM9-9FUE-B66Z-WQ2K | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | R47I-4TXV-XVCA-AX99 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 97AP-2J0U-K7XW-EX0X | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | VMWW-BL5Q-Y08A-58PX | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | QY18-V3UP-2IG8-ZHLO | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | G6RT-LUME-DLFF-O1Z1 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | IGES-QHD1-QU5J-M3G4 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 950D-C59Y-GUMG-U7M8 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 27SK-O867-3TQ3-3RGM | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 3VZF-YLNS-65X6-IUG8 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 8K2L-0IY8-E4VF-BEMY | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 71LI-Y6LZ-TROG-KLXK | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 5OMJ-Q9MK-JFU1-WL61 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 3AYP-YFGT-F6S9-F8E7 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 4 | BTC-Denominated Unsecured Claims | 441Z-EVKM-2AGW-OVZB | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | ACJ8-NX26-EIZK-2UEY | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | OGBA-C7KW-FKQ4-1287 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | Z1AQ-0U39-QG9O-YGY5 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | VRGA-QOG9-9MQS-QVVA | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 5 | ETH-Denominated Unsecured Claims | OCEU-9XSA-D577-19K4 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | 8KPO-2MR4-HHR8-QNMZ | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | 7S3S-8Q74-VFJS-U7TW | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 6 | Alt-Coin-Denominated Unsecured Claims | R43I-9XXT-UBRL-DOHY | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100422558878639 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100697143121360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100832509956095 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100903140318503 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100936845736024 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 100975845323151 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 101025450033562 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 101318202960027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 101465088363625 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 101533798322773 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 101567128832582 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 101873770913644 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 102083187107310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 102266419173685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 102620070220335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 102648456440626 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 102872747977276 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103059306245581 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103336769399161 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103381210350068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103504550803961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103692832998359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103782977226809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103793442735961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 103864762564800 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 104134374295930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105095611736960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105109968560543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105209238585793 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105389465845338 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105774381081395 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 105946973704162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106035098377879 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106052568604541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106199702840271 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106279053885052 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106301235101933 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106683045587292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 106710362084625 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 107243183246548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 107311887185521 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 107818453909188 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108095717828193 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108602752279868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108645023445960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108714385994662 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108810111091960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108839472343711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 108880573218145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 109119285760956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 109288699282953 | Opt In to the Release Provisions |

    *Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 109827090519159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 109842598023748 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 109862341058240 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 109909036957656 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 110212786768607 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 110310467265225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 110771877386657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111005855564646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111032696502636 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111369071061212 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111502758571045 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111922098657850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 111952182629526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 112122669347767 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 112205368560027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 112277929753175 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 112535414653042 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 112815717604277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113136078898976 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113170883249603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113238133605423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113325930309649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113489646067727 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113531258257530 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 113634076011014 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 114356921088892 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 114444614726073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 114596262524370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 114670148707731 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 114843331733500 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115145310634578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115253772832556 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115381053382811 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115397855349288 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115405502260494 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115450246782701 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115630991017229 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 115999260499006 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116018597064412 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116058301211620 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116247932249171 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116460263312442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116537866969066 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116705934804418 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116798382429873 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 116811566639094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117014265287675 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117079405470736 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117093067994697 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117314739095592 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117598901326030 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117763526033167 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117809964915257 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117834000509454 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117837445468842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 117894075421448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 118170106787900 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 118652179902972 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 118904906526680 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 119046315871951 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 119056917318571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 119173184093407 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 119240397713090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 119836104942794 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 120034867363126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 120203339259292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 120226718670990 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 120683977728143 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 120796908374075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 120930367731076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 121138853618674 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 121249606810878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 121632099971410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 121807377534778 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122106863815405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122137386022578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122190065088003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122414168947489 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122416707779088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122485352653538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 122703077746511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123014939196170 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123052364025233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123183064260189 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123247764113278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123559404623316 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123677566896638 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123772040650370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 123890994812649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 124066546968120 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 124077487004995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 124837926392917 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 124858902861750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 124992926504497 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125001979194214 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125221448943980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125352763945733 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125394450721587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125458596851070 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125802391695477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 125953712670421 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126063709330939 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126102736688230 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126183129670344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126238732286543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126340250020829 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126442143556792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126473520112309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126987739914391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 127088269658942 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 127149931289827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 127416077289483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 127545148812359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 127622003052056 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 127759031928480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 128335573448314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 128375324734222 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 128528982089559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 128785863787162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 129008453641213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 129369767302116 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 129392739079533 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 129440125611154 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 129756176365693 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130231138080388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130390593949326 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130393501439496 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130685927302391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130722370895672 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 130761961096361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131053093859498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131115298312428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131194676364028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131274863297586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131287727976342 | Opt In to the Release Provisions |

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131419987151620 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131433649764776 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131528179682042 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131698328824327 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131762343704123 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131800411102579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131843627524780 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 131974359673576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 132299686983542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 132865942166775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 132905819630282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 133208545430686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 133279494773601 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 133643546262321 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 133682268383330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 133953886482094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134032537878165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134198675041448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134557763378472 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134714416615292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134865990216664 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134924271660803 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135185481508264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135477977154751 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135591178262184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135735804033339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135957593630852 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 135965406476576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 136065674237930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 136158219745504 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 136199679087557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 136221773285310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 136559501158006 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 136939874840864 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137062579467847 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137129294673118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137130606731315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137372263210259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137647848163508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137686976845688 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 137869081621694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 138224758090412 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 138361741149142 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 138586318274148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 138666226861112 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 138706725448386 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 138757056077986 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139144595339164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139296005705878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139307919034059 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139361241812420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139368356356477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 139665248091099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140089372086981 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140375743386466 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140739633017382 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140760009605248 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 140867421136708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141034186661074 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141203152369781 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141283499579467 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141322902705742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141423505507050 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141554876782411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 141837059834151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 142101786215017 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 142586879150523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 142639835080811 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 142904748005207 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143034208604102 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143221560746162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143398131580820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143448536363246 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143600503665092 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143758111895463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143938307038546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143991260288349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 143998104322109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 144061392334120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 144323502122489 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 144384383190903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 144728281577810 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 144806230453259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145167539581359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145296403051220 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145380757190457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145637102564631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145852643628216 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145933938541823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 145938619901624 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 146018468054415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 146046502298639 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 146089779697249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 146394842918972 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 146494000358255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 146852802643311 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 147031800780486 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 147061176665809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 147324007720033 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 147639066105632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 147823176877507 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 147961360745579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148505186378745 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148512658663252 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148565803213969 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148686615941382 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148827759930141 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148866622160368 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 148966006207004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 149342511527151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 149548719589031 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 149654390121107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 149873524398399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 149931436891300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150077622754613 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150164698519140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150234788906593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150297854176595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150605058830077 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150635411828753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150692328695548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150750801446386 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150831743848674 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 150841000925335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 151135426918845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 151549645145621 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 151626600629428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 151802634707798 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 152150659988891 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 152160850764631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 152258694151135 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 152523870496243 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 152729198113980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 152845570486711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 153481845355473 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 153547408950603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 153746803764742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 153794735830921 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 154029247465543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 154071329296554 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 154685580844963 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 154782161601952 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 154894156201504 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155014554381610 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155087304058902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155400427730115 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155561746557391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155850531215722 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155854454696464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 155904590168903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 156006371397296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 156047825829524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 156540600228811 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 156613045014543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 156823411702931 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 157113186176120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 157131527639368 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 157333695630897 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 157382487145106 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 157461694509662 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 158138044297596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 158711742383057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 158986242027808 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 158996307242195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159383055428209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159455628047853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159455628047853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159511464608075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159563353431023 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 159861779762579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160037444501517 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160224287600596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160226094950221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160250165786882 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160481125949586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160554251884179 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160619805061672 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160746146665424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160753849126111 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160813361572170 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160904750988729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 160915489159116 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161023116033118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161230883268371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161316292012724 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161391909544941 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161449927285473 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161454960515760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161561084079279 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161617258487541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161656648554285 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161706158447597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 161729975001845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 162082987891144 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 162155738495810 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 162197045592608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 162515861206526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163362186935630 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163376698476891 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163447340898346 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163502428323945 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163617731357607 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163667626337917 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163671421730480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163806085951632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163997590475768 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 163999492519971 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 164378038386875 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 164720373239333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 164879874153682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165047860480326 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165108030446148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165342749698052 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165552255426371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165586331194000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165654491869917 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 165968879855555 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 166002048420926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 166012915055279 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 166039134765309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 166932554542352 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167001080141294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167105891654448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167194338237190 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167289616778673 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167542319236246 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 167578268988443 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 168087563912402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 168237721722606 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 168297614683447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 168464146583195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 16851673523920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 168874356878915 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 168890045548536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169057383001538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169233263409057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169318043871779 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169918064898997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 169972241089483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170155447175014 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170287570081110 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170407962460671 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170675851555128 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170871042019344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170889340452970 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 170930440820129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 171232142291010 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 171436003568019 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 171802494407135 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 172853236315027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 173287954404042 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 173591247988884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 173762384506663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 173937193898948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 174244159548074 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 174368580104232 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 174472970407106 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 174495331641064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 175574298761319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 175961993262282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 175970791325210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176216702475853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176375676786429 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176383213023579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176460648598271 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176523023688709 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176652759370944 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176736760585581 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176802457788511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 176910457914286 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177324395779863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177336989112652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177605204740569 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177650383476103 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177850912696287 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 177880326911336 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 178094244373103 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 178194154279237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 178449899527206 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179166458658220 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179422471524814 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179450004969489 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179697226390010 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 179844111959328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 180058369730253 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 180869106810575 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 180880527441988 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181154155337497 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181219243251555 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181250288986766 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181465782835072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181648088744081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181754162666623 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181813597813774 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 181871077923806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 182131831357108 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 182379074696127 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 182593922084482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 182689166797819 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 182738875496204 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 183410370692524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 183770747454424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 183912480719963 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184108513509792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184131356105136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184327370895238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184445154123876 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184462758615750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184525186586641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184884240812212 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 184987858805290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185164976212288 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185324119867247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185423824748286 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185452186536765 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185458435156322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185725621964319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185752904590160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185824674502280 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 185981486451030 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186316617268176 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186386167696435 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186655462760466 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186744811981482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186893316724620 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 186986476939806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 187085209144213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 187457580252865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 187845592509845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 188140106859160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 188217010704339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 188928688013753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 189808356631467 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 189843203130930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 189876822570547 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 190280714290233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 190291642241264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 190303861982887 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 190429880271292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 190782588690601 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191416692922780 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191545238502094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191670870382875 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191761580543753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191856906268411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 191969516864117 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 192034905617759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 193156211462863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 193438179331832 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 193596155383095 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 193873381264111 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 193909733832263 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194156208763538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194241902771329 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194270709417975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194500289419336 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194545776980600 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194752721954666 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194765459006205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194933023194712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 194956363012319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195146604487760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195239961794121 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195454688127415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195485144124724 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195491056835877 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195641845242493 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195687770561979 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 195744273903973 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196242016066749 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196242063644213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196374842231864 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196423674955836 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196619557891767 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196795222772403 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 196802204708089 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 197210025692439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 197311962496953 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 197778091631346 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 197838870037983 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 197970154682177 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 197976072195276 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198084372821256 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198171392855113 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198266664557927 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198316438612631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198324640190331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198578153106718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 198917814113024 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 199125148244318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 199485286015403 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 199491942118768 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 199494303270717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 199725126248281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200115791587415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200125802642115 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200493712601884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200533689074919 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200655873901141 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200754935332928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 200957139895780 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 201271667844423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 201427806147159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 201498737151356 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 201615344201397 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202051513063548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202057414069752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202125798357428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202210528003560 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 202289351226978 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203055216837533 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203300768168574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203469152001788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203485385180377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203554674698534 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203577372894667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 203861540816267 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204011712535275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204321477165453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204322094080664 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204362993612749 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204365133253530 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204398160610034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204413890013360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204468530482133 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204549184673361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204665170002297 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204749663102358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204845829917635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204855693299505 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204954117544249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204979433628428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205098665704014 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205194515910199 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205229240228455 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205395109588852 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205543179855877 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205543179855877 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 205758348048313 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 206084857893667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 206222973595551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 206540153595526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 206651602128536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 206849655733406 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 206981171052564 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 207147276889184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 207314764070754 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 207346168960260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208017734966029 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208057503793245 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208274704318668 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208653664169571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208744574737490 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 208824679418667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209009099053326 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209483948563588 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209621308527845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209685176889483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209719707633433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209752621321711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209774413586049 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209900166080820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209962888119024 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 209974802978415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210090035908536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210098322273792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210273926763526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210531821874855 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210571740539810 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210899745006230 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 210930670239423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211140745674987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211347884239380 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211482100438770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211671459997691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211795236311003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 211987997204602 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 212029404262500 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 212408462579392 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 212637891957337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 212677334095885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 212813381020200 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213042637938160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213376653240219 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213532143943204 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213532143943204 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213866219854273 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213996055028509 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214041372164059 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214065826075485 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214150469359598 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214462149390199 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214536441613164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214563605170842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214581402714120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214863558395593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 214976136541277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 215174783331028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 215216746696691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 215266506695715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 216126183087363 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 216275526411210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 216359107723293 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 216507852099950 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 216563935043992 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 217098731427073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 217230278537813 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 217630152633275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 217645742551539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 218053303972342 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 218158107431456 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 218704158604463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 218821265750169 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 218953573686763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219131271111540 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219392346655846 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219570795312418 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219580681943033 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219704678046029 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219722215061417 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 219952378682045 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 220281681018119 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 220326804763365 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 220673019099829 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 220893256108440 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 221091395030740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 221410977379875 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 221433989881604 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 221618077332480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 221706263064691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222348030536610 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222610616561335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222678847397612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222809083692713 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222893238734021 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222938055402715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 222965647359714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 223042090792273 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 223459866616130 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224083402147901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224207446753392 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224359750795465 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224400246052565 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224773520854740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224782133157769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 224931570771626 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225213996268801 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225249470468358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225429234456858 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225597519691561 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225647198912408 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225648263220598 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225751424507473 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225780043844804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225908130316277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225908590567712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 225998346928388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 226049267485878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 226156684013982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 226634367619597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 226640536004967 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 226682485200229 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 227123276243218 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 227432827303179 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 227496763855266 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228067996334589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228353803220106 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228440795789915 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228810115179944 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228855887608275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228876419622893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228947145092075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 228980340504044 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229057412377141 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229173400517845 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229492398970742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229502558173405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229506927889427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229523623316757 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229707553749693 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229792098721424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 229804359104184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230229521140125 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230258277407986 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230351754398244 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230361526335635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230465742647126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230569665870027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230714102402653 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230793795788900 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230956181836463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 230967853556860 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231012371006987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231062840364510 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231109777623875 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231367244317863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231582909133102 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231601890840373 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231723850176578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231771526577480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231876448630438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 231924609176969 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232104871455153 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232154729334230 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232394208022836 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232461292053310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232591497400968 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232862585890423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 232891177355255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 233420240614711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 233628904424785 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 233662502800646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 233784549323685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 233968942002601 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234035447763000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234554209617072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234615698552403 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234711226169195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234721384326225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234800208713350 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 234803553594388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235087890188765 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235246558845386 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235261624352360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235357802830948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235357802830948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 235642518660936 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236261164978268 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236374090277717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236392122373430 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236660471562806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236697570291763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 236980723079367 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 237123014692730 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 237169277930635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 237456703305961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 238293300295176 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 238531292069881 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 238615448054521 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 239058073518131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 239064024228318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 239748981039964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 240023145455711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 240364889484540 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 241060574075560 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 241262857888586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 241429714901391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 241909393254134 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242041698082242 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242088982292942 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242179656842651 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242251803850617 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242353887873485 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242356640095789 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242441279952416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242481227340864 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 242685289643433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 243085666652864 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 243279173839190 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 243598474183714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 244572626761875 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 244612090154191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245380959460752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245430044263814 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245577908282700 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 245668114572248 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 246034507062571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 246058502065021 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 246300779167825 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 246316570511035 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 246731011975483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247181014234225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247188929393447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247641698589281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247727497642224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247856343407128 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247922140955944 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247941148834639 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 247996730479842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 248507763960426 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 248961690182817 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 249544231751427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 249955528114334 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 250090860826799 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 250592288791581 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 250686387303056 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 250858960933171 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251258405156498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251501186188487 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251517537554234 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251519866134001 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251606857491623 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251689158514187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251808983722201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251933883534736 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 251954083406064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252133822734129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252207177896038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252255795164318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252614413518635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252642873786873 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252905459341562 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252968147780025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 252974659751003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 253071083198906 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 253815524059362 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 253870253551905 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254042097271932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254059042221806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254128166797369 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254179490539306 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254196669889515 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254354230049195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254415857528114 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254438498725896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254557702989395 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254570014723663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254570477319893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 254652744653351 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 255435439505853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 255480338146154 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 255667695165467 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 255758874277424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 255863895423975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 255963502969995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 256149206297136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 256619377038185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 256630353655499 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 256838068422224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 256854733848824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 256864578664422 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 257115383049750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 257377107136941 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 257555797224629 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258211795567746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258327568919298 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258444292139373 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258614085080945 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258740171420359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258789379526919 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 258806264530788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259025133940876 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259159108211675 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259256238805288 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259296674887012 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259298087054593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259358243498382 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259410259935926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259491977032672 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259659319454549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259698299196729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259888256825126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259895585227665 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 259928807465903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 260104756363144 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 260257868073224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 260349279273888 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 260439935367628 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 260935399923465 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 261195040544268 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 261209753365118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 261303664817437 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 261319762558238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 261435858671625 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 261568503427511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 262098312077057 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 262512330763246 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 262521856703981 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 262633336130824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 262884605873225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263070532993086 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263073574668719 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263135359138751 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263183159041700 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263199496151403 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263391170751319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263503212917403 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263560873292483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 263780977918687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264178050033542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264317031360179 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264407923100821 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264442565338759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264614443551740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264685504369023 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 264734570886071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265107652567627 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265539076494097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265696431440171 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265722948717823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265974891523655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 265979095041860 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266051882173385 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266373694824726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266452538944034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266566729547763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266608234048469 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266757214027947 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266890068220402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 266914575168490 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267235932298565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267257262135402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267349889312563 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267410749669425 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267477935471935 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267486003224099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267586856521036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267689004255631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267724087093726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267824481317201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267996643509129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 267996820725220 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 268192196818825 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 268595105240383 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 268837891167219 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 268890481292860 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 268976618916922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 269320398003195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 269602555610730 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 269723798748034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270007804963410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270010280377157 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270487826967595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270708026566972 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270820578149340 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 270917737581764 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271076267726567 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271286156374438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271297105439634 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271312601863524 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271315493975969 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271514383466814 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271622586403696 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271648395024929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271683570738177 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271907452503065 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271955728007151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271994691280210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 271994691280210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 272279544459319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 272321121438612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 272338743471050 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 272978218208826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 273336018969758 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 273694361458321 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 273769988954652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274182271127433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274481105854924 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274610406325012 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274667138217169 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274684664508475 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 274861423026035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275301639641870 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275314712312737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275531511211331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275608864381360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275677394797602 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 275958269707975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 276026257424291 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 276093962160365 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 276196134139299 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 276226607298402 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 276984661807909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277000788602902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277258138067119 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277263546871306 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277420778938783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277557089259407 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277653685322748 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277862764275876 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 277896002394819 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 278031940647187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 278044627994491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 278188761351290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279090473674684 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279215105826767 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279610774723912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279687047895882 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279825732186445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279854589097198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 279996084706469 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 280012679079994 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 280097423351502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 280592231268186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 280644707208218 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 280736012477294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281204653056433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281219684188441 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281422036807215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281454388905227 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281641958877480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281678865499934 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 281793091614432 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 282181501181330 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 282464398804670 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 282541472313660 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 283605399985846 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 284179993035725 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 284451472503981 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 284609766165410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285004540812247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285129435178111 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285448209399956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285510015248979 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285514884076577 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285892386466732 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 285986305923208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286204382716799 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286382993755547 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286514257546161 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286625424141748 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286800262606244 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286839163047911 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 286879836859604 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 287017144322765 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 287361318917464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 287617310165389 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 287864551786733 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288127802049349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288359740889905 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288692951141183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288869385811835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288887296645046 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288899838754372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288906829467226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288944428593880 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289133625302765 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289275747255655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289378282974132 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289405882831240 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289577367023609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289828640535800 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 289907424416906 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290312801127708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290340237695200 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290491581627130 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290505555356518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290598457569658 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290639547432020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 290714434043025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 291172993164280 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 291277801895940 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 291306384683339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 291421589172427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 291449878740717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 291880519469806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292009124819126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292123307742676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292148535773902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292215805558855 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292266343334721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292732406405926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292745831888823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 292755826949037 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293228445971141 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293282603106351 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293368541916493 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293629770193515 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293707290207901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293809318002880 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293828143664118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293936596660034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 293951253535054 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294091871808271 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294098813082354 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294136285553721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294682576276438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294704973594792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294716012215745 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294836143246089 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 294889859334960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295025872150742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295262092937458 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295350443026702 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295504393864001 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295676411091801 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295708776812717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 295792154471745 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296159803580857 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296217010718258 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296224692080057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296256079443350 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296522914858535 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296673364915983 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296858073025771 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 296930572496358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297028425559565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297067767064908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297071589411417 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297330877079217 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297556388647079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297587058288168 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 297868366689058 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 298166574503708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 298437958671541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 298520833849939 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 298763404279118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 298797471842267 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 298974862582587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299087149761073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299126851517503 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299185981452816 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299388204591487 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299655922487893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299716435827991 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299792076709592 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299977226485682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 299986666478066 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300087746925632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300460458462589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300460537249428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300462994088641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300567581873148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300954774601205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 301125082962734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 301145511868479 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 301412572522715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 301507893449388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 301590895697801 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 301807909261449 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302058686524362 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302144645813029 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302164823475374 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302252785584360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302264083455191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302343421328565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302541100123553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302576751322857 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302607796199441 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302621391528142 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302702038303881 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302710858477937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302842959647965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302921770600980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 302948226780635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303204377366584 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303205478909763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303345438670247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303425184905525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303622293115158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 303953221805442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 304322390533294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 304543717413284 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 304549812172168 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 304701481534847 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 304844907327119 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 305073498078399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 305094151599387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 305391175260973 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 305646573251372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 305827562299925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 305953924732232 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306290009609738 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306521922635775 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306575101562781 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306862045862435 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306901636269541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 306930609541540 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307047012148819 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307149319455425 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307167781416313 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307210454952015 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307546777825245 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307553394387855 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307718699462488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307904543063436 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307914403488214 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 307915440500647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308012878178799 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308065297239899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308126093499760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308332728465599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308383395977333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308542380678072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 308603372514263 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 309324882017905 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 309423528250097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 309439915581778 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 309800318204786 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 309863917656534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310056408309780 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310155687415358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310183898329747 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310314162791975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 310350853652997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311185591524283 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311516091809038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311571239271525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311911860665152 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 311950093290644 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312105375543640 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312235855658932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312240477254687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312512277341399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312545627300516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312621265068147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312651157253107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312863453462532 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 312942148031768 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313289152990918 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313297496788028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313318294010012 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313368581476301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313408900474107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313444980450690 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313549419787033 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313558448858146 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313606597690297 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 313922309131944 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314023444659416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314035104917662 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314389610836486 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314414245793002 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314435296291932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314749280097798 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314939906463849 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 314939906463849 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315204222766216 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315354053299899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315449416804370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315542058786933 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315931353970230 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 315971287258091 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 316675926916872 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 316751962335935 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 317340034541268 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 317745100390217 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318098076419576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318121680450762 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318346122835449 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318527383524394 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318557146583610 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318601093245183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318679124702497 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 318882582938341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319097180768868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319254846487412 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319310051766939 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319511676065649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319879721509752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319967184213261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 319994933842312 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 320031119865017 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 320211931586238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 320400014202924 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 320691512640970 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 320889414989654 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321082307916148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321278310433669 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321293927226112 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, _et al_.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321407468091741 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321476059469720 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321535973910603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321872607782912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 321952771304611 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322081808171740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322182267602463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322282620788865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322492035203264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322545183492703 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322773551501621 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 322944628732125 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323451369358885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323527465579318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323626146979992 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323675431557797 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323733895541892 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323786598758296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323806830593686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323840788476759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 323989850657885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324071517445339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324326807467420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324512883691783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324536661187793 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324592657492418 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324651218105793 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324681939538053 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 324907540559620 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 325121556366541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 325362628941282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 325412704895202 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 325423612849249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 325827753453139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326222261398578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326380702150079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326618936309742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326685188728280 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326685973648828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 326796773571127 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 327000398229630 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 327298539578094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 327506207691414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 327532291462264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328160408637320 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328301777195387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328365468028359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328493977500026 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328568250946181 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328937222463404 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 328979700557669 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330116715435382 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330287123626331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330561506159339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330753705773251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330880463889513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 330971552874772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331081481892481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331336961208334 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331346422330044 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331377692845165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331383237976088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331474963967370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331763739946496 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331775586054477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 331971131849896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332085413489631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332113842812064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332205679475496 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332488790115712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332488790115712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332758475773827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332828102404540 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 332960398337901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333137591700665 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333244008631084 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333329423055030 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333503512892168 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333514747361427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333627049854595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333752697258107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333764608757337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333804205834835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 333903122354912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 334150595339587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 334578653710285 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 334772472053290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 334831592674897 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 334944090092941 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 334958547063806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335167129305599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335224677413205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335318091827024 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335351201915691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335632623388842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335702185609393 | Opt In to the Release Provisions |

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|------------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335776874654197 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 335840703568322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336049701896161 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336211265024551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336485006400388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336548846786274 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336559097330651 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336686630123474 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336742113489170 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337052363056114 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337065281243556 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337287598855952 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337478397312908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337512653183949 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337534774188878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337717274298869 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337784349558550 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337904039628678 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 337907611646129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 338190788346665 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 338250336109530 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 338257375700657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 338335199636425 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 338641243779708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 338938488718667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 339293745547087 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 339353095471244 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 339751033301948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340170767245603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340187383678756 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340350449161534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340541183716346 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340824306659724 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 340923649911284 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341143031150856 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341211546108768 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341257507095563 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341268466241209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341322459894324 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341470104524224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341801509527000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341802948130655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341919251536764 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 341948695008580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342214360947772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342496285652546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342680651412318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342832967366563 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342855785819554 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342867319694167 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 342998557022214 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343086751868457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343289653102882 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343535862725136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343593398537991 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343660766000546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343875742295195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 343887426604079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344005631318706 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344641609129867 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344645448738080 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344706375603920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 344927374921869 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 345313292428963 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 345470401496423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 345529361423577 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 345654984392251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 345783701744138 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 345885364586360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 346152714430006 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 346329031039340 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 346429604651558 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 346458338642505 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 346497704506966 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 346770311370233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 347591623088689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 347757292427457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 347772853878351 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 347856806045097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 347957861165519 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348239612700985 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348267246832936 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348291464978477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348646141038015 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 348826938143942 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349038047538612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349038047538612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349075269622190 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349153579722972 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349167248957441 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349473297739256 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349674491896604 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 349788991399666 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350014273068375 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350025502684511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350237669554514 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350551745581294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350818546258689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 350818546258689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 351062107343787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 351163286912542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 351287979634663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 351194662959295 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352186807147272 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352197385775310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352222490268655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352417797800355 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352618712413630 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352724024563352 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 352739136903526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353156433980776 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353236384214517 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353350783916621 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353352656963110 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353641574971677 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353651066291274 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353679501982656 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353735653163994 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 353857310310323 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 354586898149020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 354981732880551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 355025585556938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 355070434691211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 355588172566885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 355858793716866 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356058535754989 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356115778571752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356256595250513 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356574989841828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356579392331561 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 356838826723120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 357371214458330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 357521159790811 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 357621041841710 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 357775189762447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 357805400816140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358145474134269 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358229527168921 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358500896020859 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358524125131387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358550626617040 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358635663621375 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358748668454443 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 358985484368464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359204798369583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359236603392092 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359266237077917 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359446306556308 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359466666025534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359786566510330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359881025497957 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359980275281097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 359981387011878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 360196112948835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 360308182883294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 360345517281078 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 361176659524669 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 361250381037290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 361906691823157 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 362339080773494 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 362435698102035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 362507462879667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 362262704317670B | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 362746638512603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363035505274923 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363178769904546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363201040274140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363419445642575 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363689047265814 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363695865557835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363715404700341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363716801020194 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 363801259711118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364032391101211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364065510220735 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364474275614965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364609237594601 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364705171554446 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 364879540815194 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365215443954885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365240390309840 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365666975360663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 365821943051654 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366179443879391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366492631865924 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366539610521715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366581712745140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366677875103912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366898277152076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366898277152076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 366916270554871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 367028523121101 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 367168001460478 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 367250240248093 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 367967961832054 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 368105519031605 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 368235488618698 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 368657708076806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 368920664236082 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369043500887721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369064148765115 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369098354225943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369236182500666 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369682614525547 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369717965155420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369844431269752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 369868246855131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370059894885615 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370100024952783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370279503787764 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370294908910704 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370384851679817 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370458154190494 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370568852383794 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370723025801707 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370891391789406 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 370916076993377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 371145817409998 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 371910790921908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 372124146886163 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 372190886065630 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 372514106096884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 372777290250390 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 372995598579458 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373183196319604 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373206642141612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373221150382220 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373435651537238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373708346262240 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373723914144736 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373857761959708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 373957064800309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374043637275871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374176238226515 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374200949158181 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374223484953122 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374296050267439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 374455660149541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375080223654706 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375090466142370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375298345489232 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375627660073738 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375582680622432 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375970978366440 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376091083306174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376239298212633 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376471899327547 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376629859251111 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376639613244965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376656003469296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 376945929175710 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 377236438882452 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 377618896029203 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 377726180047383 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 377727972993816 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 377738566378101 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 378244348181233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 378841772405075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 378872199856428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 378934451183447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 378970473770541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379040452943524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379248811106943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379287320163300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379580319766117 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379595171536532 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379621622699482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379735477949341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379813766104076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379813766104076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379828457345984 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 379964949773120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380067811008191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380257110874220 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380770385546133 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380800014731013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380856353535980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 380936248498845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 381009519655018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 381503708825436 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 381579998525407 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 381622968690775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 381668907014442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382276857821633 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382309539145465 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382460298614510 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382580838453402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382596784040106 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382676977281366 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 382679014891741 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383025070212175 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383201036142237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383269970197200 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383286397490922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383569262112050 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 383868039320877 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 384161947608721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 384487849327702 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 384603676643442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 385168626559647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 385240046458003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 385528006697706 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 385969666579699 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 386092784882332 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 386201727085783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 386367563909445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 386418455794514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 386616903977075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387107596304834 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387131406856079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387149563873379 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387218774569986 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387492483296292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387593367098302 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387637504671018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 387897688941295 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388194319044166 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388209096836366 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388417296374740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388508629940207 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388516634423578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388645309281409 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388866680399284 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388938557325282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388946388727399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 388976703948050 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 389091130767641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 389484897713770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 389585914718322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 389621855574644 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 389813053383044 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 389857394759926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390060703973777 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390060800784000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390189048654128 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390704930497692 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390715221117334 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390731440284171 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390754001990004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390754001990004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390885313271488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 390922263261007 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391029333944001 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391136220330239 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391168557459571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391180484422070 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391238350999717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391474161554689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391610788865591 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 391887773498129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 392467620896773 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 392562252617148 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 392600453198930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 392723737156909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 392878281419913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 393300041738964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 393316474898671 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 393517104564019 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 393556311080315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 393643759617107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 393789426404973 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 394264853680119 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 394681258761827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 394846277430233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 394932415592098 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 394975730147083 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395032714497809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395047621644349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395090081278534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395588662495729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395640554888396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 395738180490831 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396032211877775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396048306022483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396049020789349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396410431343406 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396434861732281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396495920157301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396729769673025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396923671422541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 397170660310191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 397662358644688 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 397691254879377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 397718953670753 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 397857017286387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398086481362617 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398231606120112 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398235226494244 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398606756514506 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398619545145261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 398783653435570 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399036557052914 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399277484816898 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399319374401265 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399320476543886 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399371873616180 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399848166770206 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399887019820508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 399951400027879 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 400059702826104 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 400077761438974 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 400540973783884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 400673885152255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 400956315122247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401174029892296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401174029892296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401174029892296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401411853113857 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401746553500076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401792856366063 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401863120246314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 401945053816091 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 402225983587248 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 402683418242026 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403014782030754 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403169243587865 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403311188498013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403497344308466 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403751325769809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 403910082325237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404081235240790 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404089416334344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404345218873171 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404632116484139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404809039217312 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 404839126495695 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405135510901644 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405159491073505 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405279216614968 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405342091034415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405444888409461 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405470169636022 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405478068108546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405568785417956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405639359820507 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405706452088440 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405805421907228 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 405833390857396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406044399744926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406089758482654 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406120204379920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406309437894806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406512756116689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 406943652843691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407011931474987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407136571413366 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407290107104236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407434224534844 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407522162722604 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 407632648499474 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408213669679273 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408308764655781 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408359621548911 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408416289075865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408668876984397 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408678907195523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 408756781861686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 409627366552445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 409788868163761 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 409884620052433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 409924135923673 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 409947054595962 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 410421601026263 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 410558926624411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 410625081018530 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 410639740508770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 410755819296707 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 410991489616682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 411185033819763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 411363719271800 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 411571667434554 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 411653272333073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 411727086250149 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 411800815761098 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 412062593055594 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 412253178238603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 412684102687018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 412737873985443 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 412934107304946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 413643700069861 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 413683851355586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 414057848916814 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 414418706046500 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 414542669801804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 414769684808499 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415095424893206 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415140977736424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415148518008646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415261826235306 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415421319627556 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 415641533985499 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 416155946180895 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 416661615293080 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417192732678333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417196641945823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417260447663539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417354080571327 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417502272066641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417753872966927 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417909427174995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 417971892356900 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418115557020233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418254316197349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418301445243518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418429974604990 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418616905594090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418710394950579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418816547701996 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 418879542044104 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 419119107942874 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 419687903222424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 419702506840265 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 419773859801646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 419822349258958 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 420156390835615 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 420338431761584 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 420394041190335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 420670096524561 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421004036426023 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421029426032410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421042572687288 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421088663930896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421279106166615 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421515741894152 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421729614697502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 421869549168404 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422015395257865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422033994794799 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422036626849729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422388776015830 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422687845072596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422725285397700 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 422947312729241 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423022332333370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423027164183851 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423467290436627 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423830264348014 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423893484169165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423937356691718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 423947777633331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 425080494845719 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 425148608825929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 425404194415985 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 425450400187558 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 426132600711982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 426507509741608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 426714512600670 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 426918469141028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 427190177776164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 427225250335580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 427660559670345 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 427810256476945 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 427846760286638 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 427865889583823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 428347343075315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 428409403395419 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 428936225644411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 428991732405739 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429044456438278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429070223083090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429297026591855 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429321815088521 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429383049762160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 429721660768589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 430305054541899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 430511125381231 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 430649854813182 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 431026335620670 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 431041036870890 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 431924133669373 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 431966979700269 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432018998072282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432057084313188 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432355541852416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432397984272788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432414437632321 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432468977210185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432762814517100 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 432814390703193 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 433294008243353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 433853594192298 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 433930887846582 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 433934875248808 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434028766120210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434034184325003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434346784813609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434475006981083 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434859041606941 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434863296403206 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434909265303578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 434922397231307 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435122843558485 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435238291720583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435336643980071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435573559754814 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435678470272377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435770863543029 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435805519911050 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435830566376834 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 435996974496949 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 436342644400457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 436850107894822 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 436890812664346 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437227297840755 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437328199451531 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437466890640786 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437555974116463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 437863552683321 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438291042105380 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438683961577734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438713720568383 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438799481945608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438902536551679 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 438938687595471 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439022248502587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439190274195491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439237902450887 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439300426285069 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439450757946999 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439481827923904 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439583058481037 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 439850607731976 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 440326402109982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 440481896207094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 440505024161899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 440745797486279 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 440918147457770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 441116929197310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 441320435365909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 441482349238358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 441643212350602 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 441744659106342 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 442005836776622 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 442358617744922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 442728616241375 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 443119880591277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 443702036901825 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 443744360500938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 443801489653981 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 443868706349393 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 444464879949445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 444523321220243 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 444680503840562 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 444783153611586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 444975091995743 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 444983586041023 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445082773576226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445085746748466 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445380483496114 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445421484053743 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445482994770657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445595821549058 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445658367087202 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445658420118889 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445792412304518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445815158191607 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 445893050616479 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 446295379155417 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 446411794979081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 446586989838217 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 446645858422636 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 446690829856548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 446935122759464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447033640147673 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447034102605314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447096888588639 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447116813307208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447463361504008 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447557753331939 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447690165291998 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447771181923535 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 447889858854646 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448067101227365 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448150212301077 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448227464346300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448503953949683 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448526987732213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448671206401557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 448946494940442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 449085729249550 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 449094241965223 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 449586242437209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 449818111807761 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 449924182081063 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 450787402014261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451436402665029 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451446258700460 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451603737399318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451661990191821 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451802689442347 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451826778515624 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 451922408030495 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452042654832762 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452268221259871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452268221259871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452481768748293 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452754900007548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 452815737804683 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 453640706106276 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 453715830813677 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 453729558825275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 453735716947901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 453874079466324 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 454682494588787 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 454902300830521 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455197967619718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455368966198476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455697039453770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455735149510710 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 455961103590385 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 456220467010322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 456467590490681 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 456495099606185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 456892500803172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 456915075866316 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 457008602265131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 457334424328552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 457456979019740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458134111933638 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458195661263587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458440282162270 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458761842071606 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458846332100150 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 458881296971771 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459071871744145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459267160148715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459294147127718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459294147127718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459469701479480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459524298144717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459623037838470 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459670062982318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459841730161500 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 459888053015568 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460026651568731 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460298132293723 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460316266308351 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460358274432438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460397570938441 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460642152669251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 460949116052166 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461001191129578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461130529441093 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461243692731553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461519911664084 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461612459257183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461654508320989 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461783536373952 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461882912366869 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461898028936145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 461930937722189 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 462382625555430 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 462485173583135 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 462546996638314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 463152099539476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 463400978256946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 463662779455804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 463757023910122 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464132334024522 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464200869610016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464257993005949 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464330374666418 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464440988817548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 464935566050913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 465094166677559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 465185080416778 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 465236626789409 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 465238096612569 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 465999675134508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466101340648460 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466257738934795 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466339513351993 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466703589371723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466756007421237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466814975747041 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 466921870544076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467034818086075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467106641693635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467299235799184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467437017906296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467532259367961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467826060825637 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467879286560301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 467881942754864 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 468018289496640 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 468234031863551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 468510977016901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 468603527470396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 468825787115909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 469166925463807 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 469228777408263 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 469685172355452 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 469718258023509 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 469925273731035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470007647364476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470045144330050 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470722496465025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470736719070017 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 470870145133277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 471050493483678 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 471527443978209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 471811611194767 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472127231087399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472521391009562 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472610703663289 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472638310544543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472671249231565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472787941701201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 472965555964867 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 473224338533682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 473400159640022 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 473415790253431 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 473562513542898 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 473621677091760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474153369835638 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474187712806806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474490566705109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474696463495620 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474696463495620 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474767161015599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475071025690497 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475074561910036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475076571899755 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475188493303303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475194160904714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475297142838976 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475438300271891 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475443643632532 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475717461446052 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475717690730697 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475747884991966 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475751088811639 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475788405879290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475856153747448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 475983206973013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476232054029733 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476275055249712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476335210602788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476336246690118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476548310468484 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476552864672139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476612826296676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 476744888529772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 477118640490753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 477379881870410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 477607536038259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 477653050708336 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 477676835703565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 477706214628345 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478123548376088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478131638550792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478217141987408 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478281566899158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478355052093394 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478538676190574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478620699706170 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478731531794687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478874284787714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478993294626606 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 479087831083580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 479147494400405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 479888574340207 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 480026696249353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 480092349856779 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 480121061166481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 480127616854946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 480245239304338 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 480566795496581 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481234439495349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481275958761478 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481349635354553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481483729914516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481592312394626 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481593765390247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481784753282966 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 481925925875428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482074176155277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482169769739321 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482259612705229 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482311929444830 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482545273556653 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482762661035372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482832231884486 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482907908925152 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482950565151217 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 482961070282564 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 483690282915646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 483878066361638 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484132375746980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484214578456215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484310022814830 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484327672170059 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484389594939305 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484395430620883 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484562743439883 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484634256748482 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484649951223702 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 484746365227606 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 485309072198198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 485518037110727 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 485653347035459 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 485792340990803 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 485918981728883 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 485968522435098 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486020374765188 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486112407330567 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486224929110479 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486487379974755 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486539398554504 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486641329842035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486846197032174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 486962006639970 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487106871969926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487464245603928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487474411864183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487478629382735 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487566677587872 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487903551873543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 487963561353074 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488054638003191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488187728290338 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488187728290338 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488211575795261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488716987626514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488753831679712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488783567954482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 488913840568808 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489162584867489 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489163146850937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489394492250894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489494796496513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489515606367525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489773421596842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 489844334305787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490138739501751 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490188645093929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490193502182816 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490361394684275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490617576375191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490777868677227 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490821451024438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 490976993842018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491176688919921 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491307770381260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491350394714290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491363412472135 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491390962220210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491463537445639 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491588649743932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491614101053751 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 491801366681108 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492030281221513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492047064026974 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492444176986028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492520826921582 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492631384214993 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492640053929963 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492843524677249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 492957067705534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 493372448317816 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 493441382885223 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 493486284294158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 493492121811064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 493623765540403 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 493735344381753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494447657853305 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494708112767051 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494741552624259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494746953107522 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494792887693192 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494811392349186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 494918334329717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 495324472192440 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 495758801501294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 495821719539905 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 496118308955215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 496871447292177 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 497004514055922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 497199944083129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 497350942761894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 497820011306749 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 498085239157869 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 498550632027720 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 498633929403564 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 498694654362333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 498762352057329 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 498922382712647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 499161453219597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 499333053159234 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 499640777999011 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 499641309821149 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 499914441411192 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 499944926503971 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500335117931128 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500360981382003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500498727683062 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500776771015077 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500822589971186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500846224088495 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 500957405601497 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501357558304148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501366849998239 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501708556346379 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501767157249235 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501883101820402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501932813477792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 501972896287804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 502113851809406 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 502172342401035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 502269348730726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 502886050999118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 503498564170901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 503569174671542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 503898264565178 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 503986418343924 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504234912590185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504312652511257 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504358488153971 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504607756759852 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504767083940829 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504805644707668 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 504834049064589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 505330776596524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 505470323149587 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 505836808293798 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506040560604274 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506226214170040 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506334958307340 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506461746268820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506716063321732 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506737377768593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506843724522285 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 506885521945668 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507037977630596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507288761844842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507415671755850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507425953463438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507431013780583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507448453016255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507526496889778 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507664215219203 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507721335562541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 507734913780793 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508191360895817 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508329669199719 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508486434989370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508519291733574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508805707153054 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508909926991728 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 508991192723382 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 509218306695540 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 509521293661449 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 509580999407089 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 509633026612933 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 509987815291126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510041489868710 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510233100193742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510635927843097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510641923487230 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510677192846663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510864225133702 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 510908670202732 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 511227405702357 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 511631798008840 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 511664091771404 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 511694684821628 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 512249782750737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 512359293084268 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 512548147017902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 512774613052439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 512830454465179 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 512926469397845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513006049642492 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513029339413524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513052888120464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513317925138024 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513461803290406 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513600485807267 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513636136339805 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513740108836318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513750666064117 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513810263110526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 513854840107737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 514099139176415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 514181461987636 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 514453378815140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 514708441866033 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 514868251195062 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 514964983013514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515256323517488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515287308332896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515307989691585 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515401082877661 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515401082877661 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515475756616573 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515525293760583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515567967454078 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515757665687136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515787220761278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 515965409313027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 516105253422410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 516235466053924 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 516803077542652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 516961881030261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 516978437575659 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 517476642211371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 517675463184112 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518180889814350 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518246904742704 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518257375885887 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518275584437950 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518391635480053 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518432714684184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518450987219960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518705916177462 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518733978018260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 518933521988149 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519262593076613 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519405190507014 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519405190507014 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519665816284384 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519888947151769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519919054510551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 519932398046914 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520522447386524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520530309172982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520537831502124 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520834408932671 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520855019946676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520947906395186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 520966360029461 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521041798628491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521120894976631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521123940994946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521133455291542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521382179612591 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521395714330260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521559443570036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521560780996210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521567716369826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521644572004239 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521647190832073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 521680684985009 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522091595493237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522162638723815 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522323587845491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522362490206253 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522486453329689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522495398824913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522792443445177 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522891086161818 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 522940524240798 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523003950475685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523073199977437 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523113030503835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523234036916125 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523400195507225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523560014546528 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523566469479277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523608270143173 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523655803759986 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523736241213205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523778320514689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523839144736518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523871082774694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 523941970796132 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 524315644269552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 524594333027709 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 524758486924512 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 524966269912524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 525095680247527 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 525114228191502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 525322198679927 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 525591422959060 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 525843959419914 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 526000280952627 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 526265729803460 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 526643201151379 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527022607349785 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527057890541179 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527062375722542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527335225489812 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527365227126406 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527455043705844 | Opt In to the Release Provisions |

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527503151195435 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527511063336918 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527552373670293 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527564521267871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527565383889912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 527822093671700 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528012061489660 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528065643058819 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528142218110242 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528295623216835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528317359410552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528481590416349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528719938210276 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 528889226756008 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 529327677677286 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 529812993632835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 529879550305328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530059176682079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530289278243278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530479708572416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530613646863421 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530619630243332 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530660644638368 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530663851469764 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 530965112128860 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 531338726176852 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 531601835798554 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 531831869218336 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532080547363185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532267870086772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532397178127725 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532435131559014 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532835147052137 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532959136474744 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 532962917031713 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533048740356180 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533260604224183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533628678730796 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533748870665528 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533753823235361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533828636064028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 533884744516580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534089344576457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534403139827265 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534415854777931 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534688721792791 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534697851979190 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534834239118120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534840614135136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 535493640886397 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 535501217637214 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 535731910270304 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 535870887087370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 535907150944129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 535930494878284 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 536174514515673 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 536394061152393 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 536650678196653 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 536743667371013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 536877133532759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 537089962194303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 537213585134976 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 537446778366057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 537568913174324 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 537760922296312 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 537890876353349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538129093146902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538222506670826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538269028234884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538409649156130 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538444702977714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538802328358878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538821478582943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 538929771359848 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539387613087795 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539446663389336 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539531817124344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539779036989018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539822032833765 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539841868580603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539902556804228 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 539928133953789 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540062162686878 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540067708250244 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540128257080871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540430475099938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540881415313115 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540990851119442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 541579413146156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 541602928506025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 541677615853516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 541990679716015 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 542020009529635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 542218569260127 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 542385488477943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 542538520664144 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 542665641034739 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 543214180141512 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 543623507519931 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 543623507519931 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 543653254510996 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 544175745529519 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 544334462815844 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 544379154873041 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 544515466918156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545063952153371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545141069659251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545220712592315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545360429867174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545662872584565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545897603519249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545897603519249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 545950918911832 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546110537564666 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546125751514353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546164455045823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546440101379886 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546611868867827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546660019917556 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546817015724488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546877594901746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546904161096197 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 546933203852648 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548005459482884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548123981665123 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548296723222224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548308668424694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548385328098803 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548550541715916 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548806726298328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 548811938516940 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549055562223256 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549263012638979 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549283404892609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549440011090009 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549466997972987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549775697497313 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549850180035787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 549852523474595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550290075076828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550307219451842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550329739286387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550357224591475 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550438669968416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550585047958507 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550754157501544 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 550799227945996 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551080773715265 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551481098165478 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551490846850203 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551545158022208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551779519111170 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551818609016275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 551896829734160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 552036182432880 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 552059790355223 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 552224350445989 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 552608825308925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 552997293837708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 553090461359412 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 553325748904099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 553434761525500 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 553928459558820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 553991694630378 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 554292078512306 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 554312832165454 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 554471542544821 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 554659988378442 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 554868020702728 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 554954997936803 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555022253345303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555321929482460 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555368167238225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555507321044787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555761697280110 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555808219930002 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555889264981358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 555973505541649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 556214993933345 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 556435764964092 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 556672665429741 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 556687294381861 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557046358377914 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557119718667052 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557150663922738 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557308235521796 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557315485505881 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557351234113464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557351234113464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557643072427418 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557680925588896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557962935522437 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 557997610932192 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558036321857613 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558199333240159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558333581955260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558391828903068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558630328013485 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558916478869771 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 558934629610358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559080287379954 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559122848747414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559275604856410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559402712828897 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559439731098167 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559532538150580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559604559547609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 559813309638742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560336959596211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560505259084980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560606692639077 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560767995298257 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 560881228221958 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561047088699995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561445036736182 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561509369216311 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561534498100759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561545386726181 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561577792582772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561705388525609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 561925729422628 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562010339931127 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562076971116061 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562165198760313 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|------------|------------------------|------------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562357848712946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562362050744148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562491731767998 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562549772923551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562562806724627 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562743946540171 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 562781722122047 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563088974905491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563138661480529 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563218212982139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563404058663394 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563571518301249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563586344796484 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563724694903674 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 563926228308035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564186356470928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564285298384191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564420422189058 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564546988565420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564565124581816 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564565932101154 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564681736463702 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 564825640489309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 565503463605019 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 565580832591929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 565766943234301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 566160125543260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 566212729423377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 566250003974779 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 566699809937902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 566727746832539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 566825669087169 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567099847785558 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567193556268514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567337885367344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567595566960750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567822091993657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 567906892068005 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 568865765685173 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569041784138691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569078512520374 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569142819093723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569206434083748 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569354975312993 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569547685858480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569611929026207 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 569936944468062 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 570142450113105 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 570313549849072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 570583480876712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 571427179074374 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 571841681991544 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 572199904535524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 572252812106200 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 572523397619694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 572525399129138 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573272119968618 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573363470241598 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573555045700675 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573609478385709 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573684752792759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573766462592055 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 573853372641546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574012774830229 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574075706892590 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574081949512057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574112575143287 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574153247253711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574156082541981 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574420749270409 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574476489441577 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574572431948590 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574581401287234 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574710621969321 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574890729884719 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574906805939109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 574911412752084 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575159149330803 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575191685317289 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575225836764842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575553583054260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575556429463603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575662501785061 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575704594778243 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 575827147689156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 576024622152802 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 576059107010139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 576638936361005 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577012113855821 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577045026305955 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577186362838178 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577187569623614 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577198702868935 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577674910136015 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 577828112802450 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578131254972293 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|------------|----------------------|------------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578190961841405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578215852120021 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578224872259563 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578491560780093 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578675207896580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578809366623106 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578889083455589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578930778182414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 578940878165156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579027912678824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579139022587305 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579412361024349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579452495404405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579755778031807 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579873631479601 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 579942535010395 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580240384966929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580261457714578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580308805299361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580324430976384 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580508502741310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580533249309914 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580738863500115 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580828357047174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 580854299617361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 581051540539942 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 581114485901501 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 582231296420992 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 582796585775266 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 582825575376247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 582886338092132 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 583763659936060 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 583770780904071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 583813776876794 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 583914897444950 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 584063313356972 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 584255089096396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 584760153678745 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 584783965495545 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585056019038790 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585382375968985 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585399615302650 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585566185570358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585576249966302 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585730530222402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 585888851905708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 586267008360044 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 586873385229994 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 587019527221181 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 587281592918401 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 587427606548506 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 587453270024213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 587947928181590 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 588014652669916 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 588158705176908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 588804584059742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589104841091295 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589115915535191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589347418465903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589376538836493 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589504057864448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 589775587344550 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590057282640661 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590235021615385 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590319521283717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590356773906685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590439184410645 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590608522261612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590712512718930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 590780218066478 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 591082284827109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 591101324822953 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 591433866273833 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 591571424616736 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 591666926267894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 592368567415963 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 592431015799606 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 592493548419431 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 592585179186315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593013718051737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593101405666457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593119915467894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593146763885341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593193363319491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593310001608995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593333286280879 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593416412163572 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593590729151727 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593730668351935 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593854555661721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 593856824231937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 594410125262619 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 594882063393888 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 594895903379485 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595045078263107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595083559615137 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595106863887099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595128998665259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595232003935283 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595348432474444 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595683652382229 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595804326567208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595872882655907 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 595958810544508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596142753152482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596195309711851 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596507985289768 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596625668631275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596878478396067 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 596883618804036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 597741243327625 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 597856083392278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598217891732913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598224896535420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598296123086310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598326598264246 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598349350104649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598381924016513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598422987527487 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598590712313002 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598670542287211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598821212369321 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598879832851343 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598923624959391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599275884352562 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599302300887230 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599345133038359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599347654950021 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599514703905635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599629143675300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599685255884430 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599688621152273 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 599822870173433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 600674118012291 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 600687451736545 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 600804631889648 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 600850729516335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 600971525722763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601043495834000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601129702845149 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601270867021427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601776318045785 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601823829204444 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 601931377764757 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602596254850835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602622702154158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602746084758423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602767899525542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 602802997601752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 603041048430491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 603276930795439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 603487269105742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 603853870220038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 603946926065030 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 603990409196104 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604124520383496 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604321910797977 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604388701939488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604625300080359 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 604956360577596 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605451996303493 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605463344665235 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605530230764380 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605765456263611 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605767676096804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605848669783750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 605968925278187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606046847886903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606169261520737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606248732844187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606254792090123 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606326223872979 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606535736981420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606580282605294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606776831685389 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606943333481309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606949991734799 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606954705090744 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 607107413229430 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 607153044609348 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 607301573925040 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 607482763311641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 607787467976501 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608303544507165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608437707662411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608544499660015 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608554018957571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608589234274224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608723451719470 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 608794819764729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 609036974200130 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 609037733623157 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 609080827995224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 609275752759405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 609555681253162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 609808908875424 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610217477533344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610307112442434 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610322449557295 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610358673895788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610654848499404 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610947135794260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 610999552548804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611085201114557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611235503745907 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611261197413322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611359593720387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611861314858243 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611866163657446 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611935255198100 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611937514036655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 611989880993663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612005776359752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612118119318269 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612218635503187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612231957230456 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612273390812648 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612343299361796 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612621595899425 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612659280598411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612738092429758 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 612844976797299 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613179271848070 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613236612034324 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, _et al_.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613252102495539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613306548999574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613414201986365 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613425739867081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 613978393171982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614131876484212 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614191636287564 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614294569736040 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614391244967071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614917123181849 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614936766215565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 614956091853204 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615008859621936 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615102135336877 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615167174456311 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615299643346655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615374506520328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615390697575314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615439554676832 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 615790220696148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616144436961820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616599825913707 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616638446463062 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616651543238919 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616768354903317 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 616886532967486 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 617197301097323 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 617804785241687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 617895422692636 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618051112818871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618080088617840 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618181064851834 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618240784106379 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618350250735928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618474586671076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 618772495157476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 619129208201411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 619556899353246 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 619858054338405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620005629399158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620106133172654 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620267364382328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620325007270324 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 620936737653448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621066085943166 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621398496933164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621444374136142 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621569336621220 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621794394615008 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621977446427172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621990741110273 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622037879457218 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622038328436813 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622285185212819 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622373492192938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622422307493191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622528256380449 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622546047958548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 622569509839817 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623016138292868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623025781789538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623044541094081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623375097373328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623616152156520 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 623953667060669 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 624167025457038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 624195758260264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 624336414253078 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 624799288819250 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 624867449275038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 624871030427318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 625081568146095 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 625134559289197 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 625208388447498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 625250632871491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 625841636769080 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 625935035247250 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626014646808708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626051685209133 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626566324793193 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626724613613831 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626767930079613 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626883635281775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626934554093330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 626966418512185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627043366786323 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627102026660408 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627108530938588 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627290021393654 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627361645049255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627412909385342 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627473833597837 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627477010404236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627477010404236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627477779519145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627896421768946 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 627915229152823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 628280064929676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 628455914869275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 628583040652523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 628590498340086 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 628612660778396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 628936759209414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 629559084669291 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 629662470831516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 629805025444525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 629921653622221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 629947886004720 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 629984218829300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 630138259074056 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 630229785719168 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 630348038253477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 630515063243228 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 630529504099546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 630602682540534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 631236332605059 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 631342319751883 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 631501168649384 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 631661273434137 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 631705678131801 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 631896897834118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 632025950213762 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 632309228515162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 632318735510595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 632692502557728 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 632940108395301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 633862911353597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 633928213268717 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 633985644144557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634046060208976 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634075398929705 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634204998337068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634210800650537 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634210954965639 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634235895168686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634343177795518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634622894860519 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 634810930762195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 635104179291260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 635341725070513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 635368777680184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 635680801396177 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 635806510247180 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 636350167154479 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 636564775876846 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 636594541530902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 636617055741901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 636658451001264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637011773470318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637072502076279 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637180034347295 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637201610635496 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637307475085361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637615760235585 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637637535340938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 637684661720414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638063195754067 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638120066110921 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638267410620338 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638302138815909 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638408242350532 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638577305532226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638616782931539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638686789129173 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 638733542232076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 639094212111450 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 639167810784043 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 639937151937372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 639800211351277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 639885540438236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 639996417447705 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640059858682209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640190450424796 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640241373005544 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640355688136150 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640382674461712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640424512573706 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640482083051071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640701741954597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 640901859561784 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641085505259157 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641201601897253 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641257003352610 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641271252000704 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641456827834236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641819345308522 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641824684791729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641864939418982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 641871544786965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 642165375088454 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 642358219329585 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 642628905007180 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 642931293822915 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643136350794788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643261718852193 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643468514053178 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643534204174542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643604091600226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 643692799507104 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644130428479175 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644198845847586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644198845847586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644201525897205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644343031087615 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644568875054277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644870699323413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 644871481298467 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645241919444435 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645252881416521 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645586020391015 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645642438732131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645843066644318 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 645949227522679 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 646464457292841 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 646841095711088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647065161139182 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647315792204333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647372558385696 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647391087527466 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647652734097637 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647946644041353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 647989191547624 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648270683566901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648351954284375 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648489935967231 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648554469873758 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648562177063034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648724544205043 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 648783710617894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649141084956183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649306828721055 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649452562910752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649509324497283 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649901140902255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649963453725090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650029298437360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650230647591404 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650279937024263 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650574590385262 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650677349255837 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650686400367345 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650815264108587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650837293053323 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 650961265256741 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651250174876818 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651304612898051 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651471870008538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651671435947868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651787586174926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 651805870380641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 652259866812457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 652283331350519 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 652433658116341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 652629118916362 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 652762458317488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653024506458782 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653149555223557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653166261900916 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653173919478361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653291444443855 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653333835210769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653486227820817 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653612145083089 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653676932281193 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 653685151531419 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654072246530792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654210505965559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654395410187912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654669737879091 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654723244483553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654813405249043 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654842308435734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654894980462525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654898769522925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654922664396902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654927383536744 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 654936961040447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655096813835645 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655145739160649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655164321284725 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655216462083907 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655439747709381 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655486603866448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655558532696232 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655595820062271 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 655740573553067 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656100374260123 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656126694292654 | Opt In to the Release Provisions |

**Genesis Global Holdco, LLC,** *et al* .

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656727119374453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656810444658444 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656879762815693 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 656999559642256 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657015831199729 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657080117908995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657081303845704 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657088335026672 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657253464691995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657283093878198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657380961425397 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657646638075186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657697441093476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 657795370158492 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658136768740937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658303571937967 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658417005943808 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658576963939447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658771645426937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658901639798736 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 658946307059391 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 659226662722633 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 659353756408049 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 659417020314219 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 659422867245817 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 659884981729155 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 659911127863167 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 660166295055557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 660807574970962 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 660812097793826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 660877220163682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 661084260008223 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 661269602898657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 662391537781589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 662616974180012 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 662691491773568 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 662816287341183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 662935393459632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663076134621205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663123668614955 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663304939985831 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663328961342642 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663520136913527 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663651690025346 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663713945441542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 663851832133323 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664001689360224 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664071712240340 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664156780981260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664216686059514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664488772199477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664649079627341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664848871752000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 664764232839831 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 665232012457669 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 665296557088588 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 665452048838501 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666117252191842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666168742697542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666173634354017 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666567617504210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666567617504210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666716526600506 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666726273970713 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666850443670660 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 666927547954495 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667134006995013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667152713014169 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667302854726135 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667421180183435 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667602414301276 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667737919378902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667955787434358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 668094263782752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 668137112129162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 668411134310925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 668435713928655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 668537374971820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669032610743629 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669132012070711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669174299839038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669301562278584 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669428834045204 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669439159088157 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669442607779373 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669448455336287 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669521448902317 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669602787001899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669630170747497 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669708775289528 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 669959790250414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670023264090038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670257023581191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670299538670064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670300708604114 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670457129700260 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670576910051862 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 670874673954989 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 671205501714022 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 671425782227538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 671578620831908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 671829937241525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 671846460183200 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672005897346858 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672122289727286 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672170933894250 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672314523721998 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672345997116105 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672540814160661 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 672821097038847 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673016382814907 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673084602849189 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673185275283517 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673213606783553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673468824073506 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673695751706514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 673914796562027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674392796054275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674537711249609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674730834661769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674798563881020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674879120744685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674904866847103 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 674928702861348 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 675404005945151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 675431803948417 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 675472888275083 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 675591997379504 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 675884144954600 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 676191800199761 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 676228042168396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 676256907471301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 676767838582733 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 676793157204809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 676802797283540 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677023474857988 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677299264068250 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677517301596226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677527479884320 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677545350019686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677591374685322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 677762703495368 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 678029562609939 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 678193950696911 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 678210054291451 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 678398869493695 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 678622885860574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 678829133044479 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 679364672613120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 679609156174460 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 679663559574730 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680022512610956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680038375325298 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680599436954409 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680714694558099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680751261734983 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680928238604902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 680988883894552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 681092787222712 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 681248196452996 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 681603826857454 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 681624279808057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682236260801835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682353508781612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682364934071988 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682398392202461 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682416260999714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682437618621292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682476841441751 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682492868920601 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682536065436443 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682571777690361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 682573944820229 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683215561931824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683220857302262 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683318275772147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683370229141122 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683680243307256 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683746615172768 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683883677060908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 683978082585491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684011962116146 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684247913563365 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684252463332491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684301068062039 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684330236973258 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684345078397936 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684430640136964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684602242476724 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684683075628668 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 684871150050343 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685503090961281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685505161194644 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685567441201777 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685631186841721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685727462112458 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 685949405824574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686246931774775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686536405360197 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686626724134582 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686646288244879 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686662922426283 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686689506244242 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 687201259536903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 687693534916583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 687776593734631 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688069698883682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688122340122016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688122949392987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688152278578832 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688495667015439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688551435119873 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688890484417584 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 688893137302388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689125262242408 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689176319626808 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689232928622334 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689292210273371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689306132454970 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689378832377627 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689505405037095 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 689747947251585 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 690023156025250 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 690095844261272 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 690252866826307 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691176678456163 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691330265358410 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691340899393486 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691485365008865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691850992585872 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691860424598477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 691919365852203 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 692514425693971 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 692625312099545 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 692880188466399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 692891065010264 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 693219163387964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 693424506992966 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 693603480561737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 693617025879099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 694147437631392 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 694162423265686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 694265822926667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 694721144558445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 694752223028560 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 694812359029157 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695039934084313 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695055055216913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695166108650735 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695237982200869 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695306631829071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695359699943595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695767354747272 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 695890314998912 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696004454211546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696283949798995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696352651098705 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696568315495481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696588795534408 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696591028639407 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696673280911795 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696722664507933 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 696986709513921 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697186262598192 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697313222567483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697340138580340 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697449847678503 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697449847678503 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697482651178064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 697484983749592 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 698343119636889 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 698669580874990 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 699448731175959 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 699480518757260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 699725096484808 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 699760391939588 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 699760813363595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700158980275635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700188709346330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700465705065289 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700739347448546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700764611845683 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700806912456977 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 700852977171824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701114603253436 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701203973809686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701653659049155 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701746210377682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701762391224090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701796476815933 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 702092691765018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 702183571563271 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 702244222404194 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 702688942666579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 702790843577565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703286686922552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703286716051355 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703290044522128 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703356411968071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703401076929721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703444886944557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703454598985715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703522417801555 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703598532788773 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 703715377123658 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704054381363447 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704157344056479 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704170919927794 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704253089635571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704257754647910 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704313034140790 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704335790819913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704405331911450 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704816593677754 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 704952862662923 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705138234246180 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705206378031188 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705297942252608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705419539567182 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705430679935802 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705468185192671 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705526578940103 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705577046996589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705724946595997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 705774145148358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 706349015916060 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 706407612829531 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 706962834781568 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 706998400399277 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 707029339315737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 707386497372378 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 707546801116287 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 707629505763596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708164004215746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708219880792129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708348108541386 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708359872331853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708697788497707 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708753148446380 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708757016651943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708868368187753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708878901347623 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708880567091488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 708897588104205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 709340022137430 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 709534537261446 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 709999700594322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710109170740656 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710133340314599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710226124231950 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710313969248684 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710319484247198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710437553440698 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710546099031706 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710712569154676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 710975700534332 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 711170006374791 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 711325269955279 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 711557410197468 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 711622046972309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 711906072364185 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712102043691164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712186025956928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712212154677430 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712291848630369 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712310797936272 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712373093679129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 712674325319914 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 713159291208341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 713169994465205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 713188475964945 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 713530583077783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 713552021685583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714595945114176 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714642788035657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714724603350476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714746113835361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714800371585966 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 714896744875392 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715017408435237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715155392147314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715280432462038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715360745340353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715497790121818 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715594221742416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715762870582924 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 715895925562048 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 716076755720822 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 716118749599131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 716142068951120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 716235621434329 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717019305612208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717149626310647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717150491630147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717177730125829 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717564049654570 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717800502845329 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 717785005701392 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 718177923215429 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 718182517639608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 718345178708201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 718505183305033 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 718669699095160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719184574892204 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719195023675608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719710840507547 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719847057899074 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719886125152086 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719939995280813 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 719993017597103 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 720065179140813 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 720105708832488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 720325408166013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 720334724821593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 720594635071097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 721095710629426 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 721292057703360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 721674096149865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 721786718696363 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 721794424514448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 721878431330965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 722032916439331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 722074598452026 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 722438345514615 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 723369786624490 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 723513943985051 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 723636541208679 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 723640605546860 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 723987822257516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 724394107531826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 724478478409995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725117070247565 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725353811080569 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725534203604198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725575742675755 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725869051885511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725872189957655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725903089361140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 725973656914823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 726116855060262 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 726438308383924 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727061118823532 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727067143585216 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727467326877788 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727506140893632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727546636960244 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 727921179702963 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728228137642414 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728242340061534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728449493305438 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728574807381416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728873591384413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 728939699357202 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729075049115027 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729085728755987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729102182619555 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729197588628872 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729291967460140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729294471408520 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729372474464400 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729416332456289 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729596567471305 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729728069373419 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 729868707251035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 730165756081613 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 730322973323785 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 730500079095447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 730500880919315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 730934229520826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 730942160543009 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731046222691020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731190609632070 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731248828696270 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731269266364121 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731323793374490 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731327136549302 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 731874595334683 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732004860944177 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732032408640674 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732155309104790 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732252208625526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732315179958272 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732318869811743 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732484036858333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732616950480470 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732653470483660 | Opt In to the Release Provisions |

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732667621708058 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732697444982638 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 732874896622151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 733110197977717 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 733475209231858 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 733797596270555 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 733980164818428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 734157702221928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 734266303814836 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 734379951316325 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 734512219502018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 734729887566447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 735201364121013 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 735283893922660 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 735303087166846 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 735329615558826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 735460462712618 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 735700622747772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 736116201951162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 736486565651598 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 736771833093143 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 737667696375280 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 737807012551448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 737965938950922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 737985806305198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 738118558367111 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 738281681085974 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 738391750842051 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 738566120517348 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 738890953866965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739148233771324 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739266412526896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739277982891799 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739335423284242 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739336206216775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 739959432164589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740037351995827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740042915470772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740072626991257 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740375001188354 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740539236017081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740722557048328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740758311975725 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 740867871581938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741017171514029 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741091739946696 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741141174057625 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741217231877336 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741223257642449 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741302226834056 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741409340934597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741421872812962 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741445990006727 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741476290476647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741620875780806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 741890259089534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742025100213165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742193559765206 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742331776847920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742632577179985 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742634743561663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742697983504079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742810047941524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742823382455482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743158600216593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743226479917776 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743508708185666 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743843535256521 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743910415139026 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 743914546856635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744081822480513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744216508662622 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744572744058455 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744576343089088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744671498076190 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744678433537434 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744848515337524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 744911711723797 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745013562366714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745040631631689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745092566115495 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745617307125107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745682671259453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745813799546988 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745841551101571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745890206761238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 745964116273022 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 746035796127282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 746306919521186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 746333895274747 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 746379745474648 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 746874436142139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 746920543163820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747013054332384 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747146932446520 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747345330496459 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747505772913652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747969696398811 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747999371768553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748161277980116 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748168305317819 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748323357825531 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748517695534281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748581071931972 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748643670340502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748703924437549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748784301184806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 748977183505247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 749067518983804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 749138938822094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 749309176650215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 749491773290032 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 749864685063109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 749941057772315 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750013034668441 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750046444905692 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750271176775211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750547825013252 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750639071284959 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750669472462574 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750700415626322 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750779723307687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750849728198759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 750985402846783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751001030576235 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751241207142491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751356623898789 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751371954217198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751630015081098 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 751863962522728 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 752184078849499 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 752276137880887 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 752610271444285 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 752702080576026 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 752820638116963 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 752885889668692 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753419739304290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753568078754181 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753649557731790 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753762237501135 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753807281865698 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 753885183531785 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 754049758759953 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 754059946728988 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 754280272012863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 754290647901463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 754504263676044 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 754845627721835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755018794568614 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755183143142753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755297928046371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755362610695145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755395480882863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755403485419500 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755478559623068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755663321245593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755979416975439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756192630639148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756508035594608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756636265815473 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756720697588016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756726804229291 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756847102898521 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 756882749827140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757010492507547 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757084148751783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757174602354033 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757316981326226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757456146033136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757483813729235 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757524940210807 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757739411362868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 757803772887183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758136695914423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758337880709542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758380124741024 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758412019648513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758493486117759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758582230359434 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758584487489239 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 758597020446502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 759043457568076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 759235104564760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 759288599675757 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 759312686084163 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 759645300479723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 759866909738207 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 760050600323041 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 760252488569439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 760930516450141 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 761067193951738 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 761393254046216 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 761422048168764 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 761645868547840 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 762167644093461 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 762206367880097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 762974716743591 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 763154076769559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 763190752775097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 763253858382847 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 763706461947985 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 763921920850238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764170072422953 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764175481394837 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764214469362089 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764291973792062 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764347521059426 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764458988269592 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764709807259721 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764716765553868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 764719477207319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 765118399416573 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 765171977304548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 765293834323656 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 765319307340653 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 765801249599280 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 765977264946893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766378388610046 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766730094959961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766814158677292 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766832814549270 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766832814549270 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766992078154816 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 766992078154816 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767102917795894 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767121586934549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767308801737682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767412786287372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767576598004056 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767678185561372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767722799630450 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767881124905159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 767950378940399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768077876630853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768158672631935 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768353994673752 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768587700883195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768635920998578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768861109662845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768862445973783 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768894500307704 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 768940566196493 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769002934853956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769034059018278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769124256167436 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769332021152324 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769358657908052 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769510272661142 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769698125758281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 769827215331158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770313729058573 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770325492559579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770327343015655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770381481888809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770414377251380 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770570278034954 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770779143600474 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770811646961937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 770977587754925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771095271466017 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771254105822363 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771259058244777 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771316111359211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771466901302930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771561486982355 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771588757535049 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 771786127292498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772005573596690 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772038627541606 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772120236915554 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772178574620740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772184902364746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772416967327139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772499817413706 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772603780158172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772727979860719 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 772734959316060 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 773283744384765 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 773285384049380 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 773618953299172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 773910394150724 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 774145261778324 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 774670072121579 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 774883283898251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775046361006413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775108889012429 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775213965713570 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775273694982919 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775498178237094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775536355494610 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775618243126154 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 775790451152045 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 776049767129127 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 776212206895850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 776332413464694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777234839101504 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777329918307284 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777525252468417 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777607088727774 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777840522011909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 777870780290110 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778006102379703 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778026039719665 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778041880397868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778224521369502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778238614976870 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778248273542514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778324253637215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778415263115576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778472200751198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778603007509621 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778905843591247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 778944804403911 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779172958373065 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779468087350374 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779610772886304 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779790088455793 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779819631647358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779934926998152 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779981259008051 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 779998727230149 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 780073059530475 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 780191994049049 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 780210209528094 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 780419178349987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 780515596926908 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 781056548834288 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 781861929743196 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 782092368363964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 782213427186652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 782636959414851 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 782684304163260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 782842859164285 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 783151493631116 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 783182364414813 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 783491272403867 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 783714536680786 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784023770545575 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784083104038928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784191834160076 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784254235856810 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784312368846580 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784428949012459 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 784980245849250 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785052708436896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785340757844868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785387417591316 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785459927197308 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785686239131692 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 785835046578018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786071206078348 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786329230253412 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786412488565576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786674997218300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786674997218300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786696689148714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 786794994093770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 787049238205486 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788144299664514 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788178351737032 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788425280303536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788435621279337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788519803942828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788591175510699 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788793089225003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788888618419539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788909300338559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 788955365493151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 789028182228511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 789625316287268 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 789768192285975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 789873575067824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790142021114603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790509122583504 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790516722873068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790628194286452 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 790660662028480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 791202102272849 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 791340312006839 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 791354171931831 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 791580573312622 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 791780577274405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 791960982812886 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 792208359214560 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 792266786983578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 792652097201949 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 792872860572155 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793038991576004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793059070606476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793069149451720 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793336789617556 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793421447638345 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793425468477299 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 793786208757751 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 794603910199671 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 794686058545909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 794837548711081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 795344540162308 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 795838773406737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 796140072270221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 796329727372875 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 796904888236762 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 796974536429339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797079022094873 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797232600566743 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, _et al_ .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797521080561355 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797530718700701 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797684259473598 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797750245031502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797838930862885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 797916157021996 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798175590009472 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798193455696127 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798431132251716 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798600657947807 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798644569649201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798745306531459 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798756329631491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798759475666421 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798789305044757 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 798835759837164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799214128541568 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799263549329145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799288114649317 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799417934802221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799487092213854 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 799863010232746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 800124550957081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 800293824749428 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 800454375051149 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 800994428305854 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 801030851394815 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 801151306776090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 801874084874210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 801958012071769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 802012408621423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 802129407166375 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 802314172477787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 802798383518656 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 802922125517389 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803015239248632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803260714192890 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803473319239020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803782199003251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803875854301772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803943186312697 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 803998828487261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804174816999747 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804271418625160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804381916820688 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804387966036911 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804491166784378 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804547952026922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804625646931129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804672268579996 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804972550768124 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 804973625755523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 805012219349007 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 805081411323038 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 805292586019522 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 805322966994903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 805364080207925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 805646551059434 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806034306818585 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806235790087118 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806426984343134 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806498322577123 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806730573009209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806775633620448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806805833497476 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806899854539929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 806967735804297 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 807526689567582 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 807532563017975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 807710302926203 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 807756074674025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 808389576164241 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 808439718511458 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 808629422450612 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 809141390754275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 809271665859927 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 809274001835100 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 809681844632643 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810037350024117 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810453394990236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810510625380967 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810807482378787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810836096584775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810895531908108 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 810977652875792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 811028963713970 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 811760236785093 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 811767366684695 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 811855829852956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 812101868120190 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 812284551572341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 812640016418561 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 813173710385489 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 813224141394599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 813574622032896 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 813678481625453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814163838476108 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814305721236402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814340204325923 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814452557661326 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814534174257730 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814543796165930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814641324260740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814651536661657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814669371916844 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 814885784320797 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 815322763516934 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 815480448596199 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 815978054126058 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 815995208922716 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 816188117010238 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 816816590398853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817105274732760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817129418759749 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817188481786221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817265446675368 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817565013677597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817782988094854 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817965363177249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 817976881853928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 818168209463496 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 818544190772090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 818847916873301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 818865225967928 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 819636210045771 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820043030131789 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820045198946827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820067830832331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820106283855074 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820733480557508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820750203934826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 820901511523197 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821043073976897 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821230845338287 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821356521755814 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821650263784222 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821725896660498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 821841422218010 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 822488057315301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 822840072978950 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823028488466852 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823134386456644 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823256097127539 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823488202515593 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823558169289452 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823574977747161 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823650343624742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 823694478869655 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 824122700011259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 824538918969538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 824660004937890 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 824816734879657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825036363549502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825218440711233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825285322254161 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825524083327774 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825704683582559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825788332763390 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825801638224518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 825923673137168 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 826252547561294 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 826578674677445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 826932703617502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 826940119544594 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 826945855304747 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 827045995486477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 827066206985528 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 827625500610195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 827685488960746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828068816502797 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828071151575586 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828115640025355 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828260205882915 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828346424994551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828530152607652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828675085018893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828885786246786 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 828902354681907 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829444969920795 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829512118713801 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829658563689342 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829848628108295 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829852870257334 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 829922410820942 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830090801231507 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830094823344948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830173685533301 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830219706683780 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830238254480841 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830239630679840 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830251819521405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830326746604421 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830352467349162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830733222886577 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830793172141501 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830834160945980 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830835297724488 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 830861530164775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 831028851060162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 831173250546909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 831458345245484 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 831844231726252 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 832217843683090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 832367468199483 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 832610300320854 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 832746444258393 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833014063501156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833067064805647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833093229456303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833418087851502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833425732386505 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833686994713632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 833985807656036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834042721993880 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834091477935977 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834277006045467 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834377017924265 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834439052494142 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834577024526837 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834617111550209 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 834653990601304 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835261545903215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835431262628498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835440501324304 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835519101288739 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835681405906906 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835932821339310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 835963116642801 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836173619200537 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836420186799770 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836504989369772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836692270170174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836702130853494 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836716034271034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836864202548549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 836979870923005 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 837291007176824 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 837373010075439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 837415572053279 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 837709108699389 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 837759851622396 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 837830403777941 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838349106042174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838413755332491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838472318206241 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838489535435903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838637349615826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838771683307810 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 838918600015045 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839341158407394 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839348090864039 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839586637429010 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839665561170899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839699942166226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839811294352508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839813171605395 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 839994953513489 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840027714130124 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840171152845368 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840499366576273 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840513083987981 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840802405842710 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840815468887051 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840838205345670 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840889296014685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840966869406330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841009704966781 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841097215350443 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841143134696723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841260486441544 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841610898374159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841615345284455 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841644059723439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841892069132147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 841923599809828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 842273950154155 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 842492802716941 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 842536119326300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 842635563767676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 842683389681766 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 842979035748932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 843016933352457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 843256428586632 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 843469243848371 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 843558586813556 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 843602560787121 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844204956797637 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844290525033437 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844562598550172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844575881848767 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844576314221245 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844775303721126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844787474866550 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844792427564392 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 844995925339434 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 845319252392810 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 845349383789543 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 845439520850806 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 845865893691708 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 846086014689131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 846390987644559 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 846513513952997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 846726445175635 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847087681250136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847294184453701 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847462253659754 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847511748977757 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847513625857962 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847524982412689 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847613262116147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847623828536021 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847632661678150 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847635453882879 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847832300100738 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 847888082658933 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 848103969802060 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 848125417416966 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 848554692382898 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 848718757254630 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 848724316195731 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849086821444309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849465960716975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849594882756378 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849675350254742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849722016305948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849795780762726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849796427926976 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 849900685359111 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850252256384833 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850432657775687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850489375123699 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850500538718126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850500538718126 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850638715821989 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850696717898993 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850737751165007 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850792626274016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 850932527623140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 851163402826228 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 851349672558159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 851411241797691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 851810572993207 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 851916164779332 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 851920177385622 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853120296719850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853249515848259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853296793728654 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853383289729035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853438584377726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853484542417384 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853574175475388 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853671084060894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 853787806117828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854070974418175 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854081495059360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854216373251290 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854261290313979 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854470504465825 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854500235307681 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854786412725660 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|------------|----------------------|------------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854867517141113 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 854999083030228 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 855276241758973 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 855514680944759 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 855652278155445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 855733145797079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 855851358625995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 856054388411010 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 856574710403158 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 856658226791372 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857049106718060 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857064929405713 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857311910119596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857523203612072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857548997952364 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857600979862761 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857777982878398 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857886903561210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857894248172068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857936016942016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 857972071742058 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 858095479433086 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 858423711979147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 858455230225656 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 859038294718105 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 859208541616962 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 859672213476405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 859828097757208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 859869677782596 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 860110862301030 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 860276117034337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 860552659219843 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 860763462608773 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 860988263867523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861034354328935 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861139872936045 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861415780330818 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861690341893698 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861789272486057 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 861820362407604 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862006522555779 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862101288559902 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862182632195333 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862348182193555 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862417406540552 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862690993105714 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862717509817303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 862948984638750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 863071093981634 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 863326190178913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 863558613968599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 863619969572183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 863882790642186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864035173631449 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864070355309851 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864192665134199 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864246432116120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864487249977389 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864659660693337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864833667384341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 864842274896370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 865356470853387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 865637715957718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 865660630871557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 865794897649191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 866095709492124 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867030348035071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867030348035071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867053907210458 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867057127972744 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867300433584716 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867758523653646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867840039620083 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 868163824129482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 868539262603114 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 868611306670138 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 868689575236652 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 868960236256723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 869372635047175 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 869417180761018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 869479554559510 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 869692623595349 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 869923733390066 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 869994252696762 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870042323262518 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870152586759124 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870426105264847 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870475308412081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870648716057221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870808719911341 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870838510468251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 870871104662072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 871624313475215 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 871734034969982 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 872055737651066 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 872117473567548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 872175339872134 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 872317863568955 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 872418916253269 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 872681743946468 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 873000917377730 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 873102824321893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 873359808459763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 873736203943310 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874098887813296 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874232317787818 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874318151605868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874326190743840 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874428772776624 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874813355120589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874932539178523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874939814080787 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 874999176449227 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875066778556413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875066778556413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875075484866995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875246014250796 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875300356509445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 875584304380437 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876056749240584 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876318994288154 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876396519475481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876681552413431 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876682643904872 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876864704676335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877153008489685 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877225093589191 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877239794460923 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877360984177448 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877442037639407 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877558101561219 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877735704921237 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 877872143975012 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 878209545413320 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 878366757152120 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 878897469568977 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 878905627448849 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879013547602899 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879203280718330 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879512363300018 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879657150505164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879688496922165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879696429862450 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 879794161718197 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880083104589059 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880306926359079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880648714388567 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880664130804145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880701004462711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880723101658123 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880762971533097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880950607909889 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880989582660477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881041896707079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881307825000218 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881364484847901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881414979730320 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881423382303354 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881552455872850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881680341915029 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 881961850335308 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882055260762629 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882072328757288 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882297026500550 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882370562267085 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882396540155212 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882414336681829 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882418350744382 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882512023842436 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882526765798561 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882684492635431 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 882932865297530 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883062195035208 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883100497416211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883506583197997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883621999069903 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883908794786963 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883933572630761 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884241848879243 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884305008281652 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884358337829447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884417446098164 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884461341490552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884555364410481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884674035937589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884804374984573 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 884926947260884 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 885585450342705 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 885691136420735 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 885741032396278 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 885804497936839 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 885828139891868 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 885892831748696 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 886192025646439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 886221133069139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 886376966646128 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 886481355199446 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 886791943566753 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 887472329259805 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 887873235908210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 888022533749696 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 888065588990144 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 888186439211495 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 888218873701820 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 888595440629335 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 888886525342039 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 889990688955526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 890367814765361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 890709329451926 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891020952117971 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891103471554958 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891233133435687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891435881533011 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 891560086645536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892021514785971 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892092660078657 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892115204213072 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892143560642605 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892412328295360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892572927382079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892646425623213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 892910846976323 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 893086030597828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 893177727387746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 893387686864600 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|------------|----------------------|------------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 894412703964697 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 894565254285677 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 894828897734378 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 894844091708741 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 894861829649727 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895091294620339 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895123715785855 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895353377848723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895457032075360 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895495372777530 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895631058801988 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895698355838839 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 895809204735090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 896113371116516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 896195844482470 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 896515012424937 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 896665266327529 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 896887094290454 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 896946241410211 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897004463302487 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897038554867162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897043333833311 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897175628130140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897195207416861 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897266853160741 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897541805474047 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897554850561357 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897571434371457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897723923829567 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 897912864529234 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 898315637761595 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 898359833756917 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 898740577459170 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 898751619344974 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 898979259790676 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899028841330936 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899174184616248 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899186925475156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899311598458066 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899353318932433 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899479362857645 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899499471805075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899683806535987 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899778100748125 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899803764979054 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899817289444536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 899997863599109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900062939831251 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900085817916034 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900254582960090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900289828231303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900742879894858 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 900789187112097 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 901742889073325 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 901940893416302 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 901977118524740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 902164467394331 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 902440264317474 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 902496752684233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 902606549662181 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 902712557611511 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 903409008850233 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 903484651249960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 903797341573129 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 903835928894145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 903867652750969 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904025512446990 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904175706735087 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904281837725763 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904325624381576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904465379178174 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904554193104252 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904627862140003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904781002218147 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904955137584737 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 904974972581000 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 905382736344771 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 905550504854949 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906183333616183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906187326148696 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906187603286145 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906325745974387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906431892557422 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906455277527850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906540981053004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906570787246189 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906601777965084 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906689601153549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906719403066755 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906743081598376 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906784185613186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906807877363350 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 906942225304113 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907033843081320 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907040906880441 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907078565350947 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907118486433226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907466894290303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907477249445776 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907486976949016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907812646241387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907996071634686 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908274996609873 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908414878726527 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908478873964733 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908616486821901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908870947106427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 908926223814858 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 909126238510845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 909508426554885 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 909741179845682 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910077457105079 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910182484729594 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910204557988160 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910341415677374 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910393448729477 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910531229742850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910792536810001 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910833377784202 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911074508421740 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911214048503105 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911315719474863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911355804700567 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911461487232898 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911589931903507 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911634441531960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911771040186416 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911859837498561 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911877731620705 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911998389544694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912041133646906 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912220434199219 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912337223083213 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912418688142827 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912635496458802 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912759922807184 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 912987406101281 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 913040978904044 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 913138888591049 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 913167043623348 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 913254613963791 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 913673846561522 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 914343925419189 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 914904660645004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 914979717044073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 915303265723546 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 915416718708709 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 915435209347344 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 915734389092064 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 916425116766303 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 916534309557571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 916754247454986 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917175833986312 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917497989154922 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917515493963413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917612636138239 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917811478656726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 917984237939662 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 918118433366275 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 918488917747167 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 918528540267120 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 918691606188516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 918696067102284 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919017262292002 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919446453300646 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919801288612328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919801288612328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919832185094453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919900033576960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 919900033576960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920120743581881 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920174068317402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920313253000337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920725086760944 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920789457406358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920872395923413 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 920899214875709 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 921034162597843 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 921343766844465 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 921458600936729 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 921726459504823 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 921805893746695 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922108123841775 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922209054463999 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922527076582940 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922641779075859 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922774825969734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922915376244999 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 922946659295589 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923010842386153 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923114484910609 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923258586192370 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923577850406047 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923778812770101 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923391976855796 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 923959162290510 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924107525932436 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924174228032760 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924278878155446 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924550861414913 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924613743715347 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924622645551557 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924688200276659 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924928351312951 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 924971650264726 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 925021745893401 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 925226478794643 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 925446082815481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 925599286632166 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 925839287481036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 925940282161711 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926039831166674 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926118353792713 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926131133294117 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926558181616605 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926618133687447 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926684955891249 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 926972604030093 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 927717300141989 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928012567683776 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928198116986667 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928353495415684 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928503734266054 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928844096967004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 928952634198255 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 929001591718534 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 929234816710035 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 929629813305480 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 929779168669713 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 929909804890452 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 930107528313525 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 930125180449541 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 930711530906478 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 931075346217053 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 931521185593608 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 931693483702725 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 931726181026090 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 932108065419944 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 932133614228536 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 932631591307932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 932795065728400 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 932956296384659 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 933102538473201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 933606110313259 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 933758659501597 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 933811853174337 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 933854510651625 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 934018515942354 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 934112037273904 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 934835614380179 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 934930543805852 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935233537844600 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935405714889953 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935637295691307 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935959058925891 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935959058925891 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 935959058925891 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 936574322337397 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 936610183414420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 936628675622675 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 936670243504004 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 936835115898114 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937036130281925 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937141123339772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937513920254970 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937693723255523 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937768645255228 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937862710341674 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937914793170962 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 937977522673380 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al*.**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 938013585337299 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 938049928604897 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939039870974870 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939054316096077 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939269947141964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939387071110977 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939421818243805 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939530177948192 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939630560447835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 939696038556576 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940017185790299 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940095334721389 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940125997358527 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940163521896750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940468848194369 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940494987141217 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940543212595178 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 940919380605307 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 941171660685943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 941432677503934 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 941554284489341 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 941713136770571 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 942026408711260 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 942424888308328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 942559448268399 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943185205403482 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943202565321463 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943230012203710 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943426590597983 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943486987494748 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943663404784451 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 943876642304975 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944013596619932 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944046706146665 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944108582533319 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944149964306979 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944156872679883 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944205182247853 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944294247703535 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944347280309904 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944589964483444 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 944695323162354 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 945623489747649 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 945805868580443 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946129538680418 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946199919648772 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946371329546633 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946449240037675 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946471313464642 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946674999262564 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946820263574955 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 946977162999309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947049357379381 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947483493724700 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947636044600647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947774292008647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947826907460605 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947833980124045 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 947913330574309 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948176318944141 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948356228755793 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948622628764958 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948641283537306 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948692493027867 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948809299699226 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948819749735245 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 948902902486564 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 949293695222354 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 949597276890893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 950407327287707 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 950615556405728 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 950764516606818 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 950906754769572 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951025727436828 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951365550004031 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951375236547732 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951406506341107 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951480447256387 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951836297739854 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 951902179020672 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 952021676889221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 952080882835906 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 952431114704545 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 952626501706599 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 952673180896703 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953104413948774 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953125761466960 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953443594054705 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953663891483002 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953715576524502 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953842960790276 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953848900593519 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 953990487711748 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 954084247508037 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 954324437479815 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 954454126139792 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 954619221387930 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955147669222549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955336806348621 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955758811798888 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955789603949227 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 955899393373423 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 956023992558210 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 956138892255239 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 956209223490563 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 956312650091544 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 956991987696617 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957039123109378 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957100387370809 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957104957836007 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957114090775156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957432758902096 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957524177929498 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957630602846025 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957869340182225 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957895992157408 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957896165145548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957937927328231 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 957962444323842 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 958204788169834 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 958512175380156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 958702273529771 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 958891084028603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 958998726533701 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959041472106871 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959088807887826 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959105034700201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959359872923020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959438309779183 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959812596487734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 959852827356189 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960002221235088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960123195353457 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960179989509860 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960413448706568 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960433499778893 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960697020784591 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 960980630552570 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 961441259845584 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 961783660767377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 961783660767377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962196523783454 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962545413811867 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962676279560081 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962695671547516 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962875944119131 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962900940552022 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 963029367717508 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 963092572424528 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 963118106810151 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 963532907557504 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 963678584771420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964173290236938 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964185150859003 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964406840275140 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964542230038313 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964588523662909 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964593512423271 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964665500236750 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964782023103734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 964860337337268 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965227112297065 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965233802832080 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965241824542690 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965335403561965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965435747822718 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965592454067549 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965914735695136 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 965921818477957 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966039733735353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966270841960274 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966441729940266 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966690757674653 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966727893644677 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966805539059037 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 966931519284512 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 967229895219282 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 967433020251544 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 967962442459496 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 968166048746276 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|:----------:|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 968345418577916 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 968983993060648 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 969182613100065 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 969371682567453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 969455416752020 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 969615675869010 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 969637808220800 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 969794701946650 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970168563196111 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970177585760983 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970235762543894 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970313869850857 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970572853462863 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970651042454187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970698929453139 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 970699930943499 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971099051134929 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971257388588874 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971321761584420 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971496327120675 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971153721403036 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971778961429491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 971994898625043 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972339529386831 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972539387340850 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972600317728205 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972636483816877 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972709592410897 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972860651331059 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972865548610954 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972954796398933 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 972958133690083 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973123216912773 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973335836177835 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973373840126746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973519725270502 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973618053068484 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973637250602881 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973710910978605 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973773952446235 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973798200017245 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 973912480008509 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974365596511513 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974397778099665 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974466693674568 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974555274515622 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974558145209735 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974919421700367 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 974920091363195 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975126065355956 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975194553668736 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975209968721134 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975491127450882 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975509855256165 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975540194698253 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 975710329137348 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 976371566594630 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 976619292505769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 976743807703997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 976929397636475 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 976938935212274 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977234306115346 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977352469020510 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977544816131769 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977652040772491 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977675202741865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977689888586280 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 977887225398474 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 978041744099464 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 978372170140588 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 978431973107086 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 978446827612892 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 979310452106780 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 979345281994742 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 979439621956176 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 979702960977431 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 980865190100961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 980995448427247 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981156337656687 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981266315642886 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981349469357734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981349469357734 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981560348849065 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 981812365349634 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982086121949063 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982374122204188 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982435542470778 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982562812493658 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982594390653055 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982636648608803 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 982647771373068 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 983231322773785 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 983276929705673 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 983540315438552 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 983861820660548 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984029891401583 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984391100684429 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984600444569148 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 984955294121643 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985057950248964 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985183595126186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985183595126186 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985218785287201 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985323860614328 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985387748227445 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985457866209844 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985571077312236 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985839923204703 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 985885149371920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986278148180865 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986411084438255 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986469829996997 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986559068813099 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986769703589542 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986920089324060 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 986933854043764 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 987135728135088 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 987149411508698 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 987234326126203 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 987609812703192 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 987691510283509 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988032974272172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988040626910545 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988240234897305 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988383509196600 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988432831824917 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988604425282709 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988632345459953 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988788888350078 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 988846209932109 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989001727236723 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989040687788016 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989129690706859 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989213610709578 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989340457398887 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* **.**

**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|--------|-----------|----------------------|-----------|-----------------|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989373675309900 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989381473383246 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989601290030028 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989640556592946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989771663332243 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989794231398262 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 989946997320116 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990070406253347 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990223534209965 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990523703562187 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990638827699684 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990651150928881 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990664919862906 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990822089023054 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990916347198427 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990984803359073 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 990989988582509 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 991228286681421 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 991587619188435 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 991855474338804 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 991858564278075 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 992411205094153 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993005676117807 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993034969174071 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993173721985715 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993332149244163 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993419607586694 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993508661655475 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993603458703943 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993675330567911 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993803777959172 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993805185240594 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993807390674569 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993909244039377 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993925417149782 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 993960632826732 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994087673483159 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994198014791367 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994328405271722 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994334781116415 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994604755464701 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994726516076439 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 994750045073946 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995236799052401 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995385587920964 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC,** *et al* .
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995467442093948 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995476393804551 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995537013349663 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995579681420526 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 995909209165755 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996079077441198 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996304134653790 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996340298983791 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996389940752437 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996393599022353 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996421004820702 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996637002361402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996857298007603 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 996893526458494 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997164000578995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997164000578995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997164000578995 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997271747553641 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997291756435221 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997549134879261 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997559583338162 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997909687852125 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 997992921689691 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 998174264184503 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 998372453159693 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 998463612469677 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 998516976212493 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 998999574187150 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 999323397107587 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 999589491226306 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 999979696633405 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 999832947109300 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 738836814274746 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 249342399833622 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 876148742360402 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 755425956178950 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 747740287245155 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 336725385682156 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 701566684343361 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 134706187939411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 540638107491647 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 983629661890888 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 598450636149253 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 474035641980283 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 300860506541743 | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

**Genesis Global Holdco, LLC, *et al* .**
**Exhibit C - Opt In Election Report**

| Debtor | Plan Class | Plan Class Description | Unique ID* | Opt In Election |
|---|---|---|---|---|
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 367022981303046 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 649895954435998 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 742707694149481 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 213937016914797 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840832653817055 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 794065665977921 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 720543634523180 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 910712729330321 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 375853258326777 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 118057084592920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 907687254680358 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 431057715930386 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 930692308111289 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 204987953082383 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 396128962445901 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 686379682651762 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 534745412234080 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 288183827741920 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 606449526924346 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 621929214142411 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 911388472867314 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 867613167721699 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 419323468261961 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 126671544254954 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 381654192071789 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 478125089833538 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 840073108055798 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 962755978106453 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 133334667081524 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 880430394220553 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 883589848114845 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 856517061571700 | Opt In to the Release Provisions |
| Genesis Global Capital, LLC | 7 | Gemini Lender Claims | 667651480140238 | Opt In to the Release Provisions |
| Genesis Global Holdco, LLC | 3 | Fiat-or-Stablecoin-Denominated Unsecured Claims | 3FBC-V3RW-CQCY-MEJL | Opt In to the Release Provisions |

*Names have been redacted and withheld from this exhibit in the interest of privacy

# Exhibit C

**Sciametta Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| | Jointly Administered |

**DECLARATION OF JOSEPH J. SCIAMETTA, MANAGING
DIRECTOR OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN SUPPORT
OF CONFIRMATION OF THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

I, Joseph J. Sciametta, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

**Background and Qualifications**

1.      I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operational restructuring, and a financial advisor to the Debtors.

2.      Since the Debtors engaged A&M in November of 2022, I have worked closely with the Debtors and the Debtors' other advisors.  I have over twenty years of distressed company advisory experience, through roles in both senior management and as a restructuring advisor.  I have substantial experience helping financially distressed companies stabilize their financial condition, analyze their operations, and develop business plans to accomplish the necessary restructuring of their operations and finances.  I have advised clients in numerous major

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

bankruptcy cases, including *In re Lehman Brothers Holdings, Inc.*, No. 08-13555 (MG) (Bankr. S.D.N.Y. 2008); *In re Centric Brands, Inc.*, No. 20-22637 (SHL) (Bankr. S.D.N.Y. 2020); *In re Nielsen & Bainbridge, LLC.*, No. 23-90071 (DRJ) (Bankr. S.D. Tex. 2023); *In re Bristow Group, Inc.*, No. 19-32713 (DRJ) (Bankr. S.D. Tex. 2019); *In re PES Holdings, LLC*, No. 19-11626 (KG) (Bankr. D. Del. 2019); *In re Lucky's Market Parent Company, LLC*, No. 20-10166 (JTD) (Bankr. D. Del. 2019) *In re USA Discounters, LTD*, No. 15-11755 (CSS) (Bankr. D. Del. 2015); *In re Aleris International, Inc.*, No. 09-10478 (BLS) (Bankr. D. Del. 2009); and *In re Interstate Bakeries Corp.*, No. 04-45814 (JWV) (Bankr. W.D. Mo. 2004). I received my bachelor's degree and Master of Business Administration from Fairfield University.

3.    I am generally familiar with the operations and affairs of the Debtors. I submit this declaration (the "Declaration") in support of confirmation of the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 (ECF No. 989, as it may be supplemented or amended, the "Plan").[2]

4.    Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' representatives or advisors, my discussions with employees of A&M working directly with me or under my supervision or direction, or my review of relevant documents. In making this Declaration, I have relied in part on information and material that the Debtors' representatives and advisors have gathered, prepared, verified and provided to me, for my benefit in preparing this Declaration. I am not being compensated for this testimony other than through payments received by A&M in

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Plan or the Disclosure Statement.

its capacity as financial advisor to the Debtors.  If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

5.      As part of our financial advisory work for the Debtors, in consultation with the Debtors' legal advisors and under my supervision, A&M prepared (i) the financial projections filed on December 6, 2023 as Exhibit D to the Disclosure Statement (the "Financial Projections"); (ii) the illustrative range of recoveries, reflecting a range of recoveries based on changes in the pricing for the Debtors' assets and liabilities, filed on December 6, 2023 as Exhibit E to the Disclosure Statement (the "Illustrative Range of Recoveries"); (iii) the updated illustrative recovery analysis, based on December 31, 2023 pricing for the Debtors' assets and liabilities and other adjustments set forth therein, attached hereto as Exhibit 1 (the "Revised Recovery Analysis"); and (iv) the liquidation analysis filed on December 6, 2023 as Exhibit C to the Disclosure Statement (the "Liquidation Analysis").  My testimony is informed by each of these analyses.

### A.      Financial Projections

6.      The Financial Projections reflected the Debtors' good faith estimate of the net assets available for distribution (the "Estimated Net Assets Available for Distributions") based on the assumptions set forth therein and information available at the time, including the pricing of the Debtors' Digital Assets.

7.      Among other things, the Financial Projections assumed that all assets of each Debtor entity will be distributed during the twenty-four months following December 31, 2023 (the "Projection Period").  While many of the Debtors' assets would be available for immediate distribution under the terms of the Plan, certain assets may take additional time to distribute.

Unless otherwise noted, all amounts included in the Financial Projections have not been discounted to present values.

8.      The Financial Projections did not include estimates for the value of certain assets that are currently subject to dispute or to which the recoveries are otherwise uncertain, including insurance claims, certain receivables from DCG, and litigation claims that might be pursued in connection with the Litigation Reserve.  Any recovery on these assets would increase the Estimated Net Assets Available for Distributions relative to what has been included in the Financial Projections in both the high case and the low case.

9.      To calculate the Estimated Net Assets Available for Distributions in the low and high cases, Digital Assets (including loans and collateral denominated in Digital Assets) were valued using trading prices as of September 30, 2023 00:00 UTC, except in the low case where loans and collateral pledged were valued using trading prices as of 11:11 pm EST on the Petition Date of January 19, 2023 ("Petition Date Digital Asset Prices").

10.      The Financial Projections do not include the effect of taxes payable in connection with the Debtors' dispositions of Digital Assets, GBTC, or ETHE as part of a rebalancing, if any. If applicable, such taxes would reduce the amount of Distributable Assets, potentially by a material amount.

### B.      Illustrative Range of Recoveries

11.      The Illustrative Range of Recoveries was filed on December 6, 2023 and was developed as a series of pricing adjustments to the Financial Projections given the volatile pricing of Digital Assets.  The Illustrative Range of Recoveries adjusted the pricing assumption in the Financial Projections to reflect a range of recoveries as if the pricing of Digital Assets (including the value of certain loans, interest and collateral receivable) that were previously priced as of

September 30, 2023 00:00 UTC were priced as of August 31, 2023 and October 31, 2023 using trading prices as of 00:00 UTC. All other assumptions in the Financial Projections similarly applied to the Illustrative Range of Recoveries.

### C.    Revised Recovery Analysis

12.    At the request of the Debtors' legal advisor, my team prepared the Revised Recovery Analysis in January 2024. The Revised Recovery Analysis reflects, among other things, December 31, 2023 pricing for Digital Assets (including the value of certain loans, interest and collateral receivable) and the application of the Distribution Principles.

13.    The Revised Recovery Analysis also reflects the application of the Setoff Principles for Allowance of Certain Claims filed by the Debtors as Exhibit M to the Plan Supplement (the "Setoff Principles") in both the high case and the low case. Those creditors listed on Exhibit 1 to the Setoff Principles represent the full universe of creditors subject to the Setoff Principles for which the exercise of setoff rights would result in a net claim against the Debtors. There are also eight (8) claimants whose Claims are not covered by the Setoff Principles, notwithstanding that such claimants and the Debtors have mutually owing obligations, because the Debtors would have a net asset receivable from such counterparty regardless of whether the Setoff Principles were applied or more contemporaneous pricing data were used.

14.    The two largest assumptions accounting for the difference between the high cases and low cases in the Revised Recovery Analysis are primarily:

(a)    the low case scenario assumes that the Gemini Deficiency Claim Determination is determined in favor of Gemini, such that the Gemini GBTC Shares are valued at $9.20 per share, whereas the high case scenario assumes that the Gemini Deficiency Claim Determination is determined in favor of the Debtors, such that the

Gemini GBTC Shares are valued at December 31, 2023 prices (the "Gemini GBTC Shares Assumptions");

(b)      the low case scenario values the DCG Note at approximately $109 million whereas the high case scenario values the DCG Note at approximately $356 million (the "DCG Note Assumptions").[3]

15.      In addition, it is my understanding from the Debtors' legal advisor that Governmental Units have filed Proofs of Claim asserting Claims against the Debtors in an aggregate amount in excess of $32 billion dollars in these Chapter 11 Cases (collectively, the "Asserted Government Claims"). The amount of the Asserted Government Claims far exceeds the Debtors' assets available for distribution. For purposes of the Revised Recovery Analysis, the Asserted Government Claims are assumed to be subordinated to Allowed General Unsecured Claims against the Debtors and, as such, are not assumed to receive any recoveries after application of the Distribution Principles in either the high case or the low case. However, if such Asserted Government Claims were treated as Allowed General Unsecured Claims, the recoveries in both the low case and the high case would be materially lower than as depicted in the Revised Recovery Analysis.

16.      Moreover, the value of the Debtors' assets, including their Digital Assets, GBTC shares, and ETHE shares, and Claims denominated in Digital Assets could rise or fall significantly given the volatility of such assets. The estimated recoveries shown in the Revised Recovery Analysis could materially shift due to changes in the pricing of such assets.

17.      The Revised Recovery Analysis uses the term "Dollarized Claims" to refer to the value of the Claims asserted against the Debtors based on the Petition Date Value (as defined in

---

[3]      The estimated illustrative valuation used in the Illustrative Range of Recoveries and the Financial Projections is not a prediction or guarantee of the market value of the DCG Note or the price at which the DCG Note may be sold.

the Distribution Principles) of the Claims.   The Revised Recovery Analysis uses the term "Incremental In-Kind Claims" to refer to the difference between (i) the value of the Claims asserted against the Debtors using December 31, 2023 prices for Claims denominated in Digital Assets and (ii) the Dollarized Claims.

18.    In the low case, the Revised Recovery Analysis estimates that Holders of Allowed General Unsecured Claims could receive up to a 91.6% recovery on their Dollarized Claims, with no additional value available to pay the Incremental In-Kind Claims.  In the high case, the Revised Recovery Analysis estimates that Holders of Allowed General Unsecured Claims could receive up to a 100% recovery on their Dollarized Claims.  Applying the Distribution Principles, Holders of Claims denominated in Digital Assets would receive an estimated 48.9% recovery in respect of their Incremental In-Kind Claims, resulting in total in-kind recoveries of approximately 77% for such Claims.[4]

**D.    Liquidation Analysis**

19.    The Liquidation Analysis was filed on December 6, 2023 and presented a good-faith estimate of recovery values based upon a hypothetical liquidation of the Debtors' estates under a scenario where the Chapter 11 Cases are converted to cases under chapter 7 of the Bankruptcy Code on or about December 31, 2023 (the "Conversion Date") and a chapter 7 trustee (the "Chapter 7 Trustee") is appointed to sell or otherwise monetize the assets of the Debtors and distribute the proceeds to creditors.  The Liquidation Analysis was developed as a series of chapter

---

[4]    Total in-kind recoveries for Gemini Lender Claims are estimated at approximately 85% in the Revised Recovery Analysis because such Claims are comprised of both Claims denominated Digital Assets as well as Claims denominated in Cash or Stablecoins.

7 adjustments to the Financial Projections and, subject to certain exceptions described therein, adopts the assumptions in the Financial Projections.

20.    The Liquidation Analysis assumed that the fees of the Chapter 7 Trustee will be equal to approximately 3% of the Estimated Net Assets Available for Distributions.  Based on that assumption and the pricing of Digital Assets, GBTC shares and ETHE shares as of September 30, 2023, if the Chapter 7 Trustee were to sell the Debtors' Digital Assets, GBTC shares and ETHE shares to make distributions in a chapter 7 liquidation, the Chapter 7 Trustee would incur fees up to approximately $39 million that would not be incurred under the Plan.  Given that the value of the Debtors' Digital Assets, GBTC shares and ETHE shares has risen since September 30, 2023, the Chapter 7 Trustee fee would be even higher than the estimate in the Liquidation Analysis.

21.    The Liquidation Analysis assumes that, following the appointment of the Chapter 7 Trustee, the Chapter 7 Trustee would hire new professionals who would be unfamiliar with the complexities of the Debtors' assets, operations, and asserted claims and, as such, would likely require significant time to obtain the knowledge commensurate with that of the Debtors' existing professionals.    Accordingly, the Liquidation Analysis assumes that incremental professional fees would be incurred in a chapter 7 liquidation.  The Liquidation Analysis assumes little or no reduction in the operating costs that the Chapter 7 Trustee would incur as compared to the Plan.

22.    The Liquidation Analysis shows that a chapter 7 conversion could add $75 - $81 million of costs across all Debtors, which costs could be greater at current asset prices.

23.    In addition, the Liquidation Analysis assumes that recoveries in a chapter 7 liquidation scenario could be further reduced as a Chapter 7 Trustee would be unlikely to have the

knowledge of the Debtors' businesses and assets that is required to maximize the proceeds from the Debtors' assets (but does not estimate the magnitude by which recoveries could be reduced).

24.    Based on a comparison of the Revised Recovery Analysis to the Liquidation Analysis, including the assumptions made therein and the additional assumption that a Chapter 7 Trustee would follow a distribution scheme comparable to the Distribution Principles, the Plan will provide Holders of Allowed Claims and Interests with a recovery that is not less than what they would otherwise receive pursuant to a liquidation of the Debtors under chapter 7 of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 15, 2024        /s/ *Joseph J. Sciametta*
      New York, NY            Name:        Joseph J. Sciametta
                               Title:        Managing Director
                                       Alvarez & Marsal
                                       *Financial Advisor to the Debtors*

**<u>Exhibit 1</u>**

**Revised Recovery Analysis**

Genesis Global Capital

## High Case No-Deal Recoveries

January 2024

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004284

**Disclaimer**

In connection with developing the Debtors' Amended Joint Chapter 11 Plan (as may be amended, modified, or supplemented from time to time and including all exhibits thereto, the "Amended Plan"), the Debtors, with the assistance of their advisors, prepared the following illustrative recovery analysis under the Amended Plan (the "Revised Recovery Analysis"). The Revised Recovery Analysis reflects the Debtors' good faith estimate of the expected cash and assets, including Digital Assets, available for distribution from the Wind-Down Debtors after the transactions contemplated by the Amended Plan.

While the Revised Recovery Analysis has been prepared based on Digital Asset prices as of a select date, there can be no assurances that future assets prices could be significantly higher or lower than the range of prices reflected in the Revised Recovery Analysis, and as such, actual recoveries could be materially different than those reflected in the Revised Recovery Analysis.  Although the Debtors and their advisors have prepared the Revised Recovery Analysis, and related Financial Projections, in good faith and believe the assumptions to be reasonable, it is important to note that the Debtors and their advisors can provide no assurance that such assumptions will be realized.
As described in detail in the Disclosure Statement, a variety of risk factors could affect the Debtors' financial results and must be considered. Accordingly, the Revised Recovery Analysis should be reviewed in conjunction with a review of the risk factors set forth in the Disclosure Statement and the assumptions described herein, including all relevant qualifications and footnotes.

The Revised Recovery Analysis should not be regarded as a representation or warranty by the debtors, the wind-down debtors, or any other person as to the accuracy of the revised recovery analysis, or the related financial projections, or that the Revised Recovery Analysis will be realized. Nothing contained in the Revised Recovery Analysis shall constitute a waiver or admission by the debtors in any respect, including without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defenses, any asserted rights of or purported exercise of foreclosure, setoff or recoupment, or any other relevant applicable laws, and the debtors reserve all rights and defenses relating to any of the assumptions made herein. The Revised Recovery Analysis were not prepared with a view toward compliance with the guidelines established by the American Institute of Certified Public Accountants (the "AICPA"), the Financial Accounting Standards Board (the "FASB"), or the rules and regulations of the Securities and Exchange Commission. Furthermore, the Revised Recovery Analysis has not been audited, reviewed, or subjected to any procedures designed to provide any level of assurance by the debtors' independent public accountants.

While The Revised Recovery Analysis presents both near-term and long-term assets and related distributions, the Company nor advisors have assessed the timing of potential distributions as part of this Revised Recovery Analysis and make no representations with respect to the timing of distributions. The presentation of near-term and long-term assets in the Revised Recovery Mosel has been presented as such for comparative purposes only, as depicted in prior versions of various recovery analyses.

PROFESSIONALS' EYES ONLY

**Genesis Global Capital**
*Illustrative No Deal High Case Creditor Recoveries - No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - High Case

### No Deal High Case - Summary of Recoveries ($mm)

| Recoveries by Class | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| Near-Term Distribution After Rebalancing[1] | $864.7 | $734.8 | $333.1 | $99.4 | $ - | $2,032.0 |
| (+) Long-Term Distribution After Rebalancing[2] | 758.6 | 644.7 | 292.2 | 87.2 | - | 1,782.7 |
| **Total Distribution After Rebalancing** | **$1,623.2** | **$1,379.5** | **$625.4** | **$186.7** | **$ -** | **$3,814.7** |
| Dollarized Claims[3] | $1,240.1 | $1,053.8 | $477.7 | $142.6 | - | $2,914.2 |
| Incremental In-Kind Claims[4] | 0.0 | 1,026.5 | 212.6 | 150.8 | 450.8 | 1,840.7 |
| **Total Amount of In-Kind Claims** | **$1,240.1** | **$2,080.3** | **$690.4** | **$293.4** | **$450.8** | **$4,754.9** |
| Total Recovery on Dollarized Claims $ | $1,240.1 | $1,053.8 | $477.7 | $142.6 | $ - | $2,914.2 |
| Total Recovery on Incremental In-Kind Claims $ | - | 502.2 | 104.0 | 73.8 | 220.5 | 900.5 |
| **Total In-Kind Recovery $[5]** | **$1,240.1** | **$1,556.0** | **$581.8** | **$216.4** | **$220.5** | **$3,814.7** |
| *Total Recovery on Dollarized Claims %* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* |
| *Total Recovery on Incremental In-Kind Claims %* | *0.0%* | *48.9%* | *48.9%* | *48.9%* | *48.9%* | *48.9%* |

Notes:
(1)  Digital assets in wallets priced as of 12/31/23 - BTC ($42,288), ETH ($2,281), GBTC ($34.6); No Deal scenario assumes no opt-in benefit to creditors
(2)  Assumes high end of an NPV range for a 9 year 1% PIK interest note
(3)  Gemini reflected as their own class on a net basis; Assumes negotiated set-off at 12/31 prices ($34.62 per share for total collateral value of $1,070 million)
(4)  Reflects current values associated with 3rd party net claims repriced to 12/31; Gemini assumes both borrows and GBTC set-off priced as of 12/31
(5)  Total In-Kind Recovery for digital creditors, excluding Gemini, would be ~77% on the Total Amount of In-Kind Claims (inclusive of the Total Recovery on Incremental In-Kind Claims percentage). For Gemini, the Total In-Kind Recovery would be ~85% on the Total Amount of In-Kind Claims as Gemini claim is comprised of both digital and USD/Stable Coin denominated claims (assuming a 100% recovery on ~$1.05 billion of dollarized claims via GBTC collateral)

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004286

**Genesis Global Capital**
*Illustrative No Deal High Case Creditor Recoveries – No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - High Case

### Illustrative Petition Date Claims ($mm)

| Petition Date Claims | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| GGC 3rd Party Claims[1] | $934.7 | $1,017.4 | $455.0 | $129.6 | $ - | $2,536.8 |
| (+) GGC Interco Claims[2] | 11.0 | 32.4 | 22.7 | 9.4 | - | 75.4 |
| (+) GAP Claims[3] | 19.3 | 4.0 | - | 3.6 | - | 27.0 |
| (+) Illustrative Additional Claims[4] | 275.0 | - | - | - | - | 275.0 |
| **Total Petition Date Claims** | **$1,240.1** | **$1,053.8** | **$477.7** | **$142.6** | **$ -** | **$2,914.2** |
| (x) Illustrative Opt-In % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Illustrative Opt-In Claims | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| Petition Date Claims Prior to Opt-In | $1,240.1 | $1,053.8 | $477.7 | $142.6 | $ - | $2,914.2 |
| (+/-) Opt-In Claims[5] | - | - | - | - | - | - |
| **Petition Date Dollarized Claims** | **$1,240.1** | **$1,053.8** | **$477.7** | **$142.6** | **$ -** | **$2,914.2** |
| **Incremental In-Kind Claims[6]** | 0.0 | 1,026.5 | 212.6 | 150.8 | 450.8 | 1,840.7 |
| **Total Non-Dollarized Claims** | 1,240.1 | 2,080.3 | 690.4 | 293.4 | 450.8 | 4,754.9 |

Notes:
(1)   Assumes Gemini collateral set-off using $34.62 GBTC price (total of $1070 million) while all other liabilities are priced as of 1/19/23
(2)   No Deal scenario assumes $63mm residual Luno claim is included
(3)   Excludes [Redacted for PII] claim of ~$31 million which is subject to dispute
(4)   Includes $175mm FTX claims and $100mm of contingency claims (inclusive of 3AC claims)
(5)   No Deal scenario assumes no opt-in benefit to creditors
(6)   Reflects current values associated with 3rd party net claims repriced to 12/31; Gemini assumes both borrows and GBTC set-off priced as of 12/31

PROFESSIONALS' EYES ONLY
GENESIS_CONF_00004287

**Genesis Global Capital**
*Illustrative No Deal High Case Creditor Recoveries - No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - High Case

### Near-Term Distribution ($mm)

| Near-Term Assets | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| GGC Liquid Assets as of 12/31/23 | $809.2 | $533.0 | $270.9 | $117.4 | $ - | $1,730.5 |
| (+) GBTC Near-Term Distribution[1] | - | 239.7 | - | - | - | 239.7 |
| (+) ETHE Near-Term Distribution[1] | - | - | 60.3 | - | - | 60.3 |
| (+) GAP Liquid Assets | 0.1 | 0.4 | 0.0 | 0.0 | - | 0.5 |
| (+) GAP Interco Receivables | 5.2 | - | - | - | - | 5.2 |
| (+) GGCI Intercompany Receivable | 92.9 | - | - | - | - | 92.9 |
| (+) GGH Receivable (includes GGML roll-up) | 70.5 | - | - | - | - | 70.5 |
| (-) Case Expenses | (74.1) | - | - | - | - | (74.1) |
| (-) Wind-Down & Distribution Expenses | (53.5) | - | - | - | - | (53.5) |
| (-) Litigation Reserve | (40.0) | - | - | - | - | (40.0) |
| (+) DCG May Loans[2] | - | - | - | - | - | - |
| **Near-Term Distribution Before Rebalancing** | **$810.2** | **$773.2** | **$331.2** | **$117.4** | **$ -** | **$2,032.0** |
| (+/-) Rebalancing[3] | 54.4 | (38.4) | 1.9 | (18.0) | - | (0.0) |
| (-) Funding of Opt-In Premium[4] | - | - | - | - | - | - |
| **Remaining Near-Term Distribution to Non-Opt-In Claim** | **$864.7** | **$734.8** | **$333.1** | **$99.4** | **-** | **$2,032.0** |
| | | | | | | |
| **Near-Term Recovery by Class** | | | | | | |
| Near-Term Distribution After Rebalancing | $864.7 | $734.8 | $333.1 | $99.4 | $ - | $2,032.0 |
| (/) Petition Date Claims After Opt-In | 1,240.1 | 1,053.8 | 477.7 | 142.6 | - | 2,914.2 |
| ***Near-Term Recovery % by Class*** | ***69.7%*** | ***69.7%*** | ***69.7%*** | ***69.7%*** | ***0.0%*** | ***69.7%*** |

Notes:
(1)  Assumes the maximum number of GBTC/ETHE shares that can be liquidated in the near term equals 1% of the respective total shares outstanding
(2)  Reflects full paydown of DCG loans matured in May 2023; final payment received on 1/6/24 and reflected in liquid assets
(3)  Reflects the rebalancing required to equalize recoveries across classes; Assumes no near-term opt-in distribution
(4)  No funding of opt-in premium in a no-deal plan

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004288

**Genesis Global Capital**
*Illustrative No Deal High Case Creditor Recoveries - No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - High Case

### Long-Term Distribution ($mm)

| Long-Term Assets | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| GBTC/ETHE/ETCG Long-Term Distribution[1] | - | $1,004.5 | $144.6 | - | - | $1,149.1 |
| (+) DCG Promissory Note NPV[2] | 356.0 | - | - | - | - | 356.0 |
| (+) Net Third-Party Loans Receivable | (0.0) | 0.1 | 114.8 | 1.0 | - | 115.8 |
| (+) Net Collateral Receivable - GGC | - | 20.0 | - | - | - | 20.0 |
| (+) Net Collateral Receivable - GAP | - | 53.5 | 48.7 | - | - | 102.2 |
| (+) Interest Receivable | 0.1 | 0.2 | 2.1 | 0.2 | - | 2.6 |
| (+) Moonalpha Recovery | 37.0 | - | - | - | - | 37.0 |
| **Long-Term Distribution Before Reallocation** | **$393.0** | **$1,078.3** | **$310.2** | **$1.2** | **$ -** | **$1,782.7** |
| (+/-) GBTC/ETHE Reallocation | $489.0 | ($589.0) | $43.8 | $56.2 | - | ($0.0) |
| (+/-) DCG Promissory Note NPV Reallocation | (204.5) | 128.7 | 58.4 | 17.4 | - | - |
| (+/-) Net Third-Party Loans Reallocation | 49.3 | 41.8 | (95.8) | 4.6 | - | (0.0) |
| (+/-) Net Collateral Receivable - GGC | 8.5 | (12.8) | 3.3 | 1.0 | - | (0.0) |
| (+/-) Net Collateral Receivable - GAP | 43.5 | (16.5) | (32.0) | 5.0 | - | (0.0) |
| (+/-) Interest Receivable Reallocation | 1.0 | 0.7 | (1.7) | (0.0) | - | (0.0) |
| (+/-) Moonalpha Recovery Reallocation | (21.2) | 13.4 | 6.1 | 1.8 | - | (0.0) |
| **Total Reallocations[3]** | **$365.6** | **($433.6)** | **($18.0)** | **$86.0** | **$ -** | **($0.0)** |
| **Adjusted Long-Term Distribution After Reallocation** | | | | | | |
| GBTC/ETHE Long-Term Distribution | $489.0 | $415.5 | $188.4 | $56.2 | - | $1,149.1 |
| DCG Promissory Note NPV | 151.5 | 128.7 | 58.4 | 17.4 | - | 356.0 |
| Net Third-Party Loans Receivable | 49.3 | 41.9 | 19.0 | 5.7 | - | 115.8 |
| Net Collateral Receivable - GGC | 8.5 | 7.2 | 3.3 | 1.0 | - | 20.0 |
| Net Collateral Receivable - GAP | 43.5 | 37.0 | 16.8 | 5.0 | - | 102.2 |
| Interest Receivable | 1.1 | 1.0 | 0.4 | 0.1 | - | 2.6 |
| Moonalpha Recovery | 15.7 | 13.4 | 6.1 | 1.8 | - | 37.0 |
| **Long-Term Distribution After Reallocation** | **$758.6** | **$644.7** | **$292.2** | **$87.2** | **$ -** | **$1,782.7** |

Notes:
(1)  GBTC and ETHE/ETCG illustratively reflected as BTC and ETH assets, respectively
(2)  Based on high end of an NPV range for a 9 year 1% PIK interest note
(3)  Reflects the pro-rata allocation of assets to claims based on petition date claim amounts

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004289

Genesis Global Capital

## Low Case No-Deal Recoveries

January 2024

GENESIS_CONF_00004290

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

*Illustrative No Deal Low Case Creditor Recoveries - No Opt-In*

## No Deal - Low Case

### No Deal Low Case - Summary of Recoveries ($mm)

| Recoveries By Class | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| Near-Term Distribution After Rebalancing[1] | $692.9 | $582.1 | $260.8 | $78.4 | $417.9 | $2,032.0 |
| (+) Long-Term Distribution After Rebalancing[2] | 469.4 | 394.3 | 176.7 | 53.1 | 283.1 | 1,376.6 |
| **Total Distributions After Rebalancing** | **$1,162.3** | **$976.4** | **$437.4** | **$131.5** | **$701.0** | **$3,408.6** |
| Dollarized Claims[3] | $1,269.4 | $1,066.4 | $477.7 | $143.6 | $765.6 | $3,722.7 |
| Incremental In-Kind Claims[4] | - | 1,039.1 | 212.6 | 152.6 | 341.6 | 1,745.8 |
| **Total Amount if In-Kind Claims** | **$1,269.4** | **$2,105.5** | **$690.4** | **$296.2** | **$1,107.2** | **$5,468.6** |
| Total Recovery on Dollarized Claims $ | $1,162.3 | $976.4 | $437.4 | $131.5 | $701.0 | $3,408.6 |
| Total Recovery on Incremental In-Kind Claims $ | - | - | - | - | - | - |
| **Total In-Kind Recovery $** | **$1,162.3** | **$976.4** | **$437.4** | **$131.5** | **$701.0** | **$3,408.6** |
| *Total Recovery on Dollarized Claims %* | *91.6%* | *91.6%* | *91.6%* | *91.6%* | *91.6%* | *91.6%* |
| *Total Recovery on Incremental In-Kind Claims %* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* |

Notes:
(1)   Digital assets in wallets priced as of 12/31/23 - BTC ($42,288), ETH ($2,281), GBTC ($34.6); Low case assumes no opt-in distribution
(2)   Assumes low range of NPV on the 9-year 1% PIK interest DCG promissory note
(3)   Gemini reflected as their own class on a net basis; Assumes set-off at 11/16 prices ($9.20 per share for total collateral value of $284 million)
(4)   Reflects current values associated with 3rd party net claims repriced to 12/31

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004291

**Genesis Global Capital**
*Illustrative No Deal Low Case Creditor Recoveries - No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - Low Case

### Illustrative Petition Date Claims ($mm)

| Petition Date Claims | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| GGC 3rd Party Claims[1] | $935.0 | $1,025.8 | $455.0 | $130.6 | $765.6 | $3,312.2 |
| (+) GGC Interco Claims[2] | 12.9 | 32.4 | 22.7 | 9.4 | - | 77.3 |
| (+) GAP Claims[3] | 46.4 | 8.1 | - | 3.6 | - | 58.2 |
| (+) Illustrative Additional Claims[4] | 275.0 | - | - | - | - | 275.0 |
| **Total Petition Date Claims** | **$1,269.4** | **$1,066.4** | **$477.7** | **$143.6** | **$765.6** | **$3,722.7** |
| (x) Illustrative Opt-In % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Illustrative Opt-In Claims | $ - | $ - | $ - | $ - | $ - | $ - |
| Petition Date Claims Prior to Opt-In | $1,269.4 | $1,066.4 | $477.7 | $143.6 | $765.6 | $3,722.7 |
| (+/-) Opt-In Claims[5] | - | - | - | - | - | - |
| **Petition Date Claims After Opt-In** | **$1,269.4** | **$1,066.4** | **$477.7** | **$143.6** | **$765.6** | **$3,722.7** |
| **Incremental In-Kind Claims[6]** | **-** | **1,039.1** | **212.6** | **152.6** | **341.6** | **1,745.8** |
| **Total Non-Dollarized Claims** | **1,269.4** | **2,105.5** | **690.4** | **296.2** | **1,107.2** | **5,468.6** |

**Notes:**

(1)  Assumes Gemini collateral set-off using $9.20 GBTC price (total of $284 million) while all other liabilities are priced as of 1/19/23
(2)  No Deal scenario assumes $63mm residual Luno claim is included
(3)  Includes ~~Redacted for PII~~ claim of ~$31 million which is subject to dispute
(4)  Includes $175mm FTX claims and $100mm of contingency claims (inclusive of 3AC claims)
(5)  No Deal scenario assumes no opt-in benefit to creditors
(6)  Reflects current values associated with 3rd party net claims repriced to 12/31

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004292

**Genesis Global Capital**
*Illustrative No Deal Low Case Creditor Recoveries - No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - Low Case

### Near-Term Distribution ($mm)

| Near-Term Assets | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| GGC Liquid Assets as of 12/31/23 | $809.2 | $533.0 | $270.9 | $117.4 | $ - | $1,730.5 |
| (+) GBTC Near-Term Distribution[1] | - | 239.7 | - | - | - | 239.7 |
| (+) ETHE Near-Term Distribution[1] | - | - | 60.3 | - | - | 60.3 |
| (+) GAP Liquid Assets | 0.1 | 0.4 | 0.0 | 0.0 | - | 0.5 |
| (+) GAP Interco Receivables | 5.2 | - | - | - | - | 5.2 |
| (+) GGCI Intercompany Receivable | 92.9 | - | - | - | - | 92.9 |
| (+) GGH Receivable (includes GGML roll-up) | 70.5 | - | - | - | - | 70.5 |
| (-) Case Expenses | (74.1) | - | - | - | - | (74.1) |
| (-) Wind-Down & Distribution Expenses | (53.5) | - | - | - | - | (53.5) |
| (-) Litigation Reserve | (40.0) | - | - | - | - | (40.0) |
| (+) DCG May Loans[2] | - | - | - | - | - | - |
| **Near-Term Distribution Before Rebalancing** | **$810.2** | **$773.2** | **$331.2** | **$117.4** | **$ -** | **$2,032.0** |
| (+/-) Rebalancing[3] | (117.4) | (191.1) | (70.4) | (39.0) | 417.9 | - |
| (-) Funding of Opt-In Premium | - | - | - | - | - | - |
| **Remaining Near-Term Distribution to Non-Opt-In Claim** | **$692.9** | **$582.1** | **$260.8** | **$78.4** | **$417.9** | **$2,032.0** |
| **Near-Term Recovery by Class** | | | | | | |
| Near-Term Distribution After Rebalancing | $692.9 | $582.1 | $260.8 | $78.4 | $417.9 | $2,032.0 |
| (/) Petition Date Claims After Opt-In | 1,269.4 | 1,066.4 | 477.7 | 143.6 | 765.6 | 3,722.7 |
| *Near-Term Recovery % by Class* | *54.6%* | *54.6%* | *54.6%* | *54.6%* | *54.6%* | *54.6%* |

Notes:
(1)   Assumes the maximum number of GBTC/ETHE shares that can be liquidated in the near term equals 1% of the respective total shares outstanding
(2)   Reflects full paydown of DCG loans matured in May 2023; final payment received on 1/6/24 and reflected in liquid assets
(3)   Reflects the rebalancing required to equalize recoveries across classes

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004293

**Genesis Global Capital**
*Illustrative No Deal Low Case Creditor Recoveries – No Opt-In*

Attorney Work Product | Prepared at the Direction of Counsel
Confidential Draft | Subject to Change

## No Deal - Low Case

### Long-Term Distribution ($mm)

| Long-Term Assets | USD/Stable | BTC | ETH | Alt Coin | Gemini | Total |
|---|---|---|---|---|---|---|
| GBTC/ETHE/ETCG Long-Term Distribution[1] | - | $1,004.5 | $144.6 | - | - | $1,149.1 |
| (+) DCG Promissory Note NPV[2] | 109.0 | - | - | - | - | 109.0 |
| (+) Net Third-Party Loans Receivable | - | 0.1 | 114.8 | 1.0 | - | 115.9 |
| (+) Interest Receivable | 0.1 | 0.2 | 2.1 | 0.2 | - | 2.6 |
| **Long-Term Distribution Before Reallocation** | **$109.1** | **$1,004.8** | **$261.5** | **$1.2** | **$ -** | **$1,376.6** |
| (+/-) GBTC/ETHE Reallocation | $391.8 | ($675.4) | $2.9 | $44.3 | $236.3 | - |
| (+/-) DCG Promissory Note NPV Reallocation | (71.8) | 31.2 | 14.0 | 4.2 | 22.4 | - |
| (+/-) Net Third-Party Loans Reallocation | 39.5 | 33.1 | (99.9) | 3.4 | 23.8 | - |
| (+/-) Interest Receivable Reallocation | 0.8 | 0.5 | (1.8) | (0.1) | 0.5 | 0.0 |
| **Total Reallocations[3]** | **$360.3** | **($610.5)** | **($84.8)** | **$51.9** | **$283.1** | **$0.0** |
| **Adjusted Long-Term Distribution After Reallocation** | | | | | | |
| GBTC/ETHE Long-Term Distribution | $391.8 | $329.2 | $147.5 | $44.3 | $236.3 | $1,149.1 |
| DCG Promissory Note NPV | 37.2 | 31.2 | 14.0 | 4.2 | 22.4 | 109.0 |
| Net Third-Party Loans Receivable | 39.5 | 33.2 | 14.9 | 4.5 | 23.8 | 115.9 |
| Interest Receivable | 0.9 | 0.8 | 0.3 | 0.1 | 0.5 | 2.6 |
| **Long-Term Distribution After Reallocation** | **$469.4** | **$394.3** | **$176.7** | **$53.1** | **$283.1** | **$1,376.6** |

Notes:
(1)  GBTC and ETHE/ETCG illustratively reflected as BTC and ETH assets, respectively
(2)  Based on low end of an NPV range for a 9 year 1% PIK interest note
(3)  Reflects the pro-rata allocation of assets to claims based on petition date claim amounts

PROFESSIONALS' EYES ONLY

GENESIS_CONF_00004294

## **Exhibit D**

**Aronzon Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DECLARATION OF PAUL ARONZON,**
**MEMBER OF THE SPECIAL COMMITTEE OF BOARD**
**OF DIRECTORS OF GENESIS GLOBAL HOLDCO, LLC, IN**
**SUPPORT OF CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN**

I, Paul Aronzon, hereby declare that the following is true and correct to the best of my

knowledge, information, and belief:

**Background and Qualifications**

1.     I am a member of the Special Committee of Board of Directors (the "Special

Committee") of Genesis Global Holdco, LLC, a limited liability company organized under the

laws of Delaware ("GGH"), which owns 100% of the interest in Genesis Global Capital, LLC

("GGC"), Genesis Asia Pacific PTE. Ltd. ("GAP" and collectively with GGH and GGC, the

"Debtors") and GGH's other, non-debtor subsidiaries (collectively with the Debtors, the

"Company").  I was appointed to GGH's Board of Directors and the Special Committee on

November 18, 2022.

2.     I have over 40 years of experience as a lead advisor in corporate reorganizations,

including extensive experience advising companies, boards and board committees, independent

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10003.

directors, sponsors, debtors, creditors, parties acquiring debt, assets, or companies, and other parties in corporate transactions. I was admitted to practice law in 1979 and, prior to placing my license on inactive status in 2021, was licensed to practice in California, New York, and Washington D.C. I joined Milbank LLP, an international law firm, in 1989 as a partner in the firm's Global Financial Restructuring Group and Los Angeles office. I stayed at the firm until 2006, when I left to join Imperial Capital, as an Executive Vice President and Managing Director. At Imperial Capital, I was co-head of the corporate finance business, including managing groups in restructurings, financings, mergers and acquisitions and valuations. In 2008, I returned to Milbank where I was the co-managing partner of the Los Angeles office and co-leader of Milbank's Global Financial Restructuring Group. I retired from Milbank in 2019. Over the course of my legal career, I have advised companies, boards, board committees, independent directors, sponsors, parties acquiring assets, debt, or companies, and others in transactions across a wide array of industries.

3.      Between 2019 and the present, I have served on numerous boards of companies as an independent director, including WeWork, Brilliant National Services, Inc., Dura-Line, Innovations in Nutrition and Wellness, Floatel International, Noble Corporation and Revlon, Inc. among others.

4.      I submit this declaration (the "Declaration") in support of confirmation of the *Debtors' Amended Joint Chapter 11 Plan*, dated November 28, 2023 (ECF No. 989, as it may be supplemented or amended, the "Plan").[2]

5.      Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge attained while working with the Debtors, my discussions with other members

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Plan.

of the Debtors' team and the Debtors' advisors, my review of relevant documents, and my views based upon my experience.

6.      To the extent that the Debtors learn that any information provided herein is materially inaccurate, the Debtors will act promptly to notify the Court and other parties; however, I believe all information herein to be true to the best of my knowledge, information, and belief. I am authorized to submit this Declaration on behalf of the Debtors and, if called upon to testify, I could and would testify competently to the facts set forth herein.

### The Special Committee

7.      The Special Committee was formed in November 2022; I was appointed as a member of the Special Committee at its inception. The purpose of the Special Committee is to (i) evaluate on behalf of GGH or its subsidiaries various strategic alternatives or transactions involving the Company that affect the liquidity or balance sheet of the Company (collectively, the "Special Matters"), including, without limitation, the commencement of any financing, sale, restructuring, reorganization, liquidation, or other strategic alternatives or any transaction involving DCG and (ii) act on behalf of, and bind, the Company with respect to Special Matters as described in the Special Committee Charter.

8.      Over the course of these Chapter 11 Cases, the Special Committee has been in regular contact with the Debtors' various professionals and advisors, including Cleary Gottlieb Steen & Hamilton LLP, Alvarez & Marshal North America, LLC, and Moelis & Company LLC, among others, including in regularly scheduled meetings (typically held weekly) and special meetings called as circumstances require. The Special Committee has received regular and frequent updates from the Debtors' advisors regarding the many topics we have worked on, including the Plan, the various plans that the Debtors were involved in formulating prior to the

3

Plan, settlement negotiations, litigation matters, claims disputes, the Special Committee's investigation, and more. The Special Committee is the final decision maker for the Special Matters.

### Overview of the Plan

9.  The Plan seeks to effectuate an orderly wind down of the Debtors and their Estates, with the objective of maximizing in-kind creditor recoveries, minimizing costs, and distributing property of the Estates in accordance with the Distribution Principles. I believe the Plan maximizes the value of the Debtors' Estates and provides as meaningful a recovery in maximum in-kind distributions to as many of the Debtors' stakeholders as is possible under the circumstances of these chapter 11 cases.

10. The Plan is the product of extensive, good faith, arms-length negotiations for more than a year among the Debtors and their key stakeholders, and implements various settlements on key issues among not only the Debtors and the Committee but also among the interests of various creditor groups. The Debtors, their advisors, and the Special Committee have worked tirelessly in the Chapter 11 Cases in an effort to maximize the value of the Estates. In my opinion, the Plan represents the best path available to expeditiously conclude these chapter 11 cases and maximize creditor recovery.

### Plan Negotiations with Creditors and Other Parties in Interest

**I.    Events Leading up to the Petition Date**

11. Since my appointment to the Special Committee, the Company has sought to reach a consensual restructuring of its obligations by engaging with numerous parties in interest, including various creditor groups and DCG. In particular, I understand that various ad hoc groups of lenders formed as early as November 2022. Initially, the Company negotiated with two ad hoc groups, one that was represented by Proskauer Rose LLP (the "Ad Hoc Group") and another that

4

was represented by Kirkland and Ellis LLP.[3]  In addition, as the Company engaged in discussions

with the ad hoc groups, it also engaged in discussions with Gemini, the agent for various lenders

under the Gemini Earn Program.   The goal of these early discussions was to seek a solution that

did not require the commencement of these Chapter 11 Cases.

12.    Beginning on December 5, 2022, as part of these efforts to work towards a

consensual and global restructuring, the Debtors provided advisors to the Ad Hoc Group with

access to information on an advisors' eyes only basis to allow them to conduct diligence through

a virtual dataroom (the "Genesis Dataroom").   Eventually, the Debtors executed confidentiality

agreements with members of the Ad Hoc Group, allowing them to review certain materials directly

as well.   The Debtors also actively facilitated discussions among the various advisors to the Ad

Hoc Group, Gemini and DCG, Holdco's corporate parent and the Debtors' largest borrower,

resulting in the exchange of more than ten iterations of term sheets and proposals before the

Petition Date.   After the Petition Date, the Debtors continued to facilitate discussions among the

Ad Hoc Group, Gemini and DCG.

13.    Ultimately, those discussions did not lead to an actionable proposal and on January

19, 2023 the Debtors commenced the Chapter 11 Cases.   On January 20, 2023, the Debtors filed a

standalone *Debtors' Joint Chapter 11 Plan* (ECF No. 20) (the "Initial Plan") to provide a

framework for a confirmable chapter 11 plan even in the absence of a global settlement.

## II.    Formation of the Committee

14.    On February 3, 2023, the United States Trustee appointed the Committee.

---

[3]       Over time, the Ad Hoc Group represented by Proskauer Rose LLP became the dominant ad hoc group of
GGC creditors and the group formed by Kirkland & Ellis disbanded.

15.    The Debtors have worked collaboratively with the Committee—the only other fiduciary in these Chapter 11 Cases—since its appointment.

### III.    February Term Sheet

16.    Following extensive negotiations during the three weeks after the Petition Date, on February 10, 2023, the Debtors, Ad Hoc Group, Gemini and DCG reached a non-binding agreement in principle, as evidenced by that certain Restructuring Term Sheet (the "February Term Sheet") that was filed with the Court (ECF No. 80).  The Ad Hoc Group, which was advised by Proskauer Rose LLP and Houlihan Lokey, and Gemini played active roles in negotiating its terms with DCG.

17.    In addition, although the February Term Sheet was executed by certain key stakeholders including the Debtors, DCG, Gemini, and certain members of the Ad Hoc Group who held claims valued at approximately $601 million, it was not executed by a number of Ad Hoc Group members that had been part of the negotiation.  Despite its active role in negotiating the terms of the February Term Sheet, the Ad Hoc Group ultimately abandoned the February Term Sheet.

### IV.    Mediation

18.    After the Ad Hoc Group abandoned the February Term Sheet, in an effort to try and bring the parties together to reach agreement, the Debtors convened a mediation process that allowed creditors to negotiate directly with representatives of DCG.  The Debtors filed a *Motion for Appointment of a Mediator* on April 24, 2023 (ECF No. 252), with a goal of reaching a consensual resolution prior to the May 2023 maturity dates for approximately $627 million in unsecured loans owed by DCG and DCGI to GGC.

19.    On May 1, 2023, the Bankruptcy Court approved the appointment of a mediator (ECF No. 279) to mediate various disputes among the Debtors, DCG, the Committee, the Ad Hoc Group, and Gemini (the "Mediation Parties").

20.    The Mediation Parties, along with their respective counsel, selected Randall J. Newsome, a former bankruptcy judge in the Northern District of California, as their mediator.

21.    On May 4 and May 5, 2023, an initial mediation session was held with the Mediation Parties, including DCG, and their respective counsel and financial advisors. Although the Mediation Parties had hoped to reach conclusion prior to May 9, 2023, the first maturity dates under the DCG Loans, the initial mediation sessions did not result in a resolution. Following the formal mediation sessions, the Mediating Parties continued to have discussions, with a goal of resolving disputes among the Parties, including disputes relating to the DCG Loans, the DCG Note, certain litigation claims and other matters.

## V.    Filing of the "No-Deal" June Plan and Subsequent Negotiations

22.    As part of its efforts to foster a resolution of these Chapter 11 Cases, on May 31, 2023, the Special Committee met with the Committee, the Ad Hoc Group and Gemini to discuss outstanding issues related to the terms of a plan. Multiple discussions among the Mediation Parties ensued thereafter. The Debtors and their advisors were in frequent communication and discussion with DCG and creditor representatives and their respective advisors, trying to create a platform for a consensual resolution.

23.    On June 13, 2023, following discussions among the Debtors, the Committee, the Ad Hoc Group, and DCG, the Debtors filed a proposed plan (ECF No. 427, the "June Plan") providing for, among other things, (a) the distribution of the Debtors' cash and digital assets on hand to creditors and (b) the subsequent pursuit of causes of action, including preference claims

and litigation claims against DCG, after the plan effective date.  The June Plan was largely based on the term sheet that the Debtors had filed on the Petition Date.

24.     Although the Debtors continued to pursue a fully consensual plan of reorganization, the June Plan was structured to provide the Debtors with a path to emergence regardless of whether there was a global resolution with DCG.

25.     On June 15, 2023, the Special Committee again met with Committee and the Ad Hoc Group to discuss a path forward for a global resolution.  The Debtors also continued to have discussions with DCG.

26.     Around June 23, 2023, with the support of the Debtors, a member of the Committee and a member of the Ad Hoc Group began engaging in principal-to-principal discussions with DCG, including several all-day meetings, regarding the terms of a potential global settlement with DCG.

27.     On July 11, 2023, the discussions among the parties culminated in an agreement in principle between DCG and the Committee on various economic issues (the "Initial Agreement in Principle").  As part of the Initial Agreement in Principle, DCG agreed to issue a new, first lien term loan facility (the "New First Lien Facility") and a new, second lien facility (the "New Second Lien Facility") and enter into an agreement that provided for the partial repayment of the DCG Loans to GGC in satisfaction of its existing liabilities to the Debtors.  The Initial Agreement in Principle was not supported by the Ad Hoc Group or Gemini.

28.     Even after reaching the Initial Agreement in Principle, certain key issues also remained outstanding to be resolved with DCG, including the issues with respect to claims asserted by Three Arrows Capital against the Debtors (the "3AC Liability Issue").

## VI.    Termination of Mediation

29.    While the Mediation Parties continued to engage in discussions, the mediation period was extended by orders of the Court or stipulations among the Mediation Parties numerous times through August 23, 2023.

30.    On August 2, 2023, the Special Committee again met with the Ad Hoc Group and the Committee in an attempt to reach an agreement on outstanding issues.

31.    In an effort to bring the parties back to the negotiation table, the Debtors asked Judge Newsome to convene another formal mediation session starting on August 16.    The Mediation Parties met for two days of in-person mediation in an attempt to resolve all open issues.

32.    Following the conclusion of the formal mediation sessions in August, the Debtors continued to engage in negotiations with the Committee and the Ad Hoc Group.    However, it eventually became evident that no further progress could be made through the mediation process.

33.    Accordingly, on August 23, 2023, the mediation was terminated, and on August 29, 2023, the Debtors filed a notice of the termination along with the terms of the agreement among the Debtors, the Committee, and DCG, which included the terms of the Initial Agreement in Principle with all parties reserving their rights as to the 3AC Liability Issue (the "Agreement in Principle").

## VII.    Turnover Actions

34.    On May 12, 2023, the Debtors delivered a notice of default for the non-payment of approximately $627 million in loans that were due from DCG and DCG International Investments Ltd. ("DCGI" and, together with DCG, the "DCG Parties") on May 9, 10 and 11, 2023.

35.    Although the Debtors were prepared to file turnover actions to pursue their legal remedies shortly thereafter, the Debtors decided against filing them, after having discussions with creditor representatives who expressed concerns that filing such actions would deter DCG from

continuing to engage in productive discussions regarding a potential settlement while productive discussions were ongoing.

36.    On September 6, 2023, after deliberation and multiple discussions with creditor representatives, the Debtors filed two turnover actions against DCG (Adv. Pro. No. 23-01168) and DCGI (Adv. Pro. No. 23-01169) (together, the "Turnover Actions").

37.    On September 12, 2023, the Debtors, DCG and DCGI entered into a partial repayment agreement (as may be amended from time to time, the "Partial Repayment Agreement" (*See* ECF No. 4, Adv. Pro. No. 23-01168; ECF No. 6, Adv. Pro. No. 23-01169)) providing for a limited forbearance by GGC with regard to the DCG Parties' obligations to GGC subject to the Turnover Actions.[4]  Pursuant to the Partial Repayment Agreement, the DCG Parties made certain payments to GGC in satisfaction of certain obligations under the DCG Loans and the DCGI Loans.

38.    As of October 29, 2023, the Debtor had a right to terminate the Partial Repayment Agreement because two conditions had not been satisfied by such date—(i) execution of a Global Restructuring Agreement, and (ii) filing of an amended plan and disclosure statement consistent with the Agreement in Principle—neither of which had happened.  Rather than terminate the Partial Repayment Agreement, however, the Debtors commenced negotiations on an amendment with the DCG Parties with a goal of trying to reach a consensual resolution and obtain repayment of the DCG Loans.

39.    On November 28, 2023, the Debtors, DCG, and DCGI entered into an amendment to the Partial Repayment Agreement (the "PRA Amendment"), which provided for modified

---

[4]    On November 28, 2023, the Partial Repayment Agreement was amended pursuant to that certain *Amendment to Partial Repayment Agreement* between GGC and the DCG Parties (the "PRA Amendment") primarily to revise the payment schedule, to collateralize DCG's and DCGI's obligations, and to provide for the entry of a stipulated order and judgment holding DCG and DCGI liable for any payments not subsequently made in accordance with the Partial Repayment Agreement.

repayment terms, the granting of collateral, and a consent judgment against each of DCG and DCGI, for the full undisputed amounts owed under the DCG Loans and the DCGI Loans (together, the "Consent Judgments"). The Court entered the Consent Judgments on December 22, 2023. *See* ECF No. 18, Adv. Pro. No. 23-01168; ECF No. 19, Adv. Pro. No. 23-01169), without any opposition from creditor constituencies.

40.    On December 28, 2023, the DCG Parties conveyed to GGC all of their right, title, and interest in certain trust shares pledged as collateral in connection with the PRA Amendment, consisting of shares in Grayscale Ethereum Trust and Grayscale Ethereum Classic Trust (the "PRA Collateral"), which had a total aggregate value of approximately $134.7 million. GGC disputes that the Partial Repayment Agreement alters the obligation of the DCG Parties to repay all outstanding undisputed amounts in the same asset type as required in accordance with the original loans, and maintains that the DCG Parties are obligated to pay transaction, conversion, collection and/or enforcement costs incurred in connection with the collateral transfer and the loan documents.

41.    On January 5, 2024, the DCG Parties sent GGC the *Payoff Notice* contending that they had paid in full all of the DCG Parties' undisputed obligations under the DCG Loans and the DCGI Loans. GGC disputes that the DCG Parties repaid all outstanding undisputed amounts under the loans and further contends that the DCG Parties remain obligated to pay default interest accruing under the DCG MLA in the amount of approximately $27 million as of December 31, 2023 (the "Late Fees"), and all other transaction, conversion, collection and enforcement costs incurred in connection with the loans.

42.    On February 8, 2024, GGC filed a Demand for Arbitration with the American Arbitration Association seeking the payment of Late Fees and enforcement costs relating to the

DCG Loans and the DCGI Loans, which amounts were not sought pursuant to the Turnover Actions because they were disputed by the DCG Parties.

43.     As of February 12, 2024, the Turnover Actions remain pending while the Debtors work to monetize the PRA Collateral and determine the DCG Parties' remaining obligations under the DCG Loans and the DCGI Loans.

## VIII.   Agreement in Principle and Creditor Choice Plan

44.     Following the public announcement of the Agreement in Principle and at the direction of the Special Committee, the Debtors' advisors engaged in extensive discussions with all parties and shared multiple iterations of documentation in an effort to finalize the Agreement in Principle.

45.     The Debtors, the Committee, and DCG worked to negotiate the terms of a settlement agreement (the "DCG Settlement Agreement"), including a term sheet outlining the key terms of a chapter 11 plan, the New First Lien Facility and the New Second Lien Facility, and the proposed treatment of claims if a plan of reorganization that does not embody the terms of the DCG Settlement Agreement is consummated instead.

46.     The parties also continued to discuss the distribution mechanics that would govern the terms of the distribution of recovery to creditors under the plan, as well as reservations of rights by the Debtors, DCG, and the Committee with respect to the 3AC Liability Issue.  The Debtors also continued to work on an amended plan in parallel.

47.     In response to feedback from the Ad Hoc Group and other creditors, the Debtors developed an amended plan that would allow creditors to express their preference for which plan the Debtors would pursue based on a majority of voting claims across all classes (the "Creditor Choice Plan").  The Creditor Choice Plan would have provided that the preference expressed by a majority of voting claims voting to accept the plan would determine whether to consummate (i) a

plan that would liquidate the Debtors' estates, distribute existing assets and provide future distributions as outlined in the Agreement in Principle or (ii) an alternative plan that would liquidate the Debtors, distribute existing assets and permit the commencement of litigation against DCG (and eventually distribute funds recovered from that litigation). The Creditor Choice Plan would have also made clear that neither the Special Committee nor the Committee would determine which plan was consummated.

48.     Although the Creditor Choice Plan was initially received favorably by creditors, sentiments changed quickly. In particular, the Creditor Choice Plan was the focus of debate among the Committee, the Ad Hoc Group, an additional creditor group represented by Brown Rudnick LLP (the "Brown Rudnick Group") and the Debtors in October 2023. Certain creditor groups raised various issues with the approach and additionally expressed their dissatisfaction with the Agreement in Principle.

49.     Additionally, the Debtors were unable to reach an agreement with DCG on the final terms of the debt facilities contemplated by the Agreement in Principle.

50.     Most notably, on October 19, 2023, the Office of the New York Attorney General (the "NYAG") filed a lawsuit in the Supreme Court of the State of New York against the Debtors, DCG, Gemini and other related parties alleging that the named defendants defrauded investors in connection with the Gemini Earn Program and the DCG Note (the "NYAG Action").

51.     The NYAG Action sought an injunction against DCG continuing to do business in New York, thereby creating significant credit risks and other issues for the Debtors. In light of the foregoing, the Debtors turned their focus on a liquidating plan that included a winddown of the Debtors and vesting of the causes of action against the DCG Parties and others.

## IX.    The Plan

52.    Even after the filing of the NYAG Action, the Debtors continued to engage in discussions with DCG, the Committee and the Ad Hoc Group about the possibility of reaching a settlement.

53.    On November 14, 2023, the advisors of the Debtors, DCG, the Committee, and the Ad Hoc Group met to discuss the status of a possible settlement.

54.    On November 17, 2023, the Debtors filed the Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement") (ECF No. 950), which included the Distribution Principles as an exhibit.

55.    On November 21, 2023, principals and advisors from the Debtors, DCG, the Committee, and the Ad Hoc Group met for an all-hands in-person meeting to discuss DCG's financial position and projections.  Special Committee member Tom Conheeney attended the meeting as well.  The next day, on November 22, 2023, I met with members of the Committee and the Ad Hoc Group Steering Committee to discuss a possible deal with DCG, among other plan-related topics.

56.    On November 28, 2023, the Debtors filed the Plan, which again included the Distribution Principles as an exhibit.

57.    On December 6, 2023, principals and advisors for the Debtors, including Tom Conheeney on behalf of the Special Committee, DCG, the Committee and the Ad Hoc Group met to further discuss the possibility of reaching a deal with DCG.

58.    Advisors for the Debtors, DCG, the Committee and the Ad Hoc Group have subsequently met in person to discuss a possible deal, including on January 22, 2024.

14

**The Distribution Principles Embody a Comprehensive Settlement**

59.     Exhibit A to the Plan contains the Distribution Principles, which describe the mechanics for distributions under the Plan.  When the Distribution Principles were being negotiated, the Special Committee authorized the Debtors' advisors to engage with the various creditor groups involved in the negotiation process to help achieve a fair and reasonable outcome and to ensure that the Distribution Principles were supportable based on the law and the nature of the Debtors' business.  The negotiation process was complex, and the Distribution Principles were designed to address a variety of complex legal and business issues over which there was significant debate.  In addition to reading the Distribution Principles, the Special Committee received presentations from the Debtors' advisors describing how the Distribution Principles worked.  I believe that the proposed Distribution Principles are legally and commercially supportable and reflect a fair and reasonable settlement of intercreditor issues among digital and dollar-denominated creditors that was negotiated in good faith and at arm's-length over the course of many months among the key stakeholders and their advisors.

60.     The Distribution Principles embody a comprehensive settlement that considers and reconciles the positions of numerous opposing creditor groups, all represented by sophisticated counsel, including the Committee, the Ad Hoc Group and the Ad Hoc Group of Dollar Lenders (the "Dollar Creditor Group").  The Special Committee, following extensive consultation with the Debtors' advisors and review of the Distribution Principles, have concluded that the Distribution Principles are fair and equitable, reasonable, legally and commercially supportable, and in the best interests of the Debtors' estates and, thus, should be approved as a key component of the Plan.

61.     Negotiations with certain key creditor constituencies over the Distribution Principles began in the summer of 2023 and continued until November 17, 2023, when the Debtors

15

filed the Distribution Principles with their Disclosure Statement. The issues were particularly complex given different creditor groups represent holders of claims denominated in different types of assets, including fiat currency and various cryptocurrency, and, as such, took opposing views as to the appropriate means by which to satisfy creditors' claims. The key parties in interest, including the Committee, the Ad Hoc Group, and their respective advisors, engaged in numerous meetings and calls and exchanged numerous drafts of the Distribution Principles until agreement was finally reached.

62.     The Distribution Principles are not only supported by, but are the result of, extensive, hard-fought, arm's-length negotiations with the Committee, which is statutorily tasked with advancing the collective interest of all of the Debtors' unsecured creditors, and the unsecured creditors who are parties to the Plan Support Agreement (the "PSA Creditors"), who collectively hold more than $2.1 billion in Claims. As a result, it is my belief that the Distribution Principles represent a compromise of the interests of the Debtors' collective creditor body, including the interests of both dollar creditors and crypto creditors.

63.     Beyond the Committee and the PSA Creditors, the Distribution Principles are also supported by the overwhelming majority of every class of creditor entitled to vote, as evidenced by the broad support for the Debtors' Plan.

64.     In sum, in the determination of the Special Committee, the Distribution Principles will maximize recoveries available to creditors by avoiding extensive litigation costs and provide a certain and administrable path forward. Given the complexity of the issues implicated, unbounded litigation with creditor constituencies regarding the distribution of the Debtors' assets would likely be expensive and protracted. Any litigation would entail significant professional fees

for, including but not limited to, discovery, preparation of experts, and motion practice, and entail additional delays for creditor recoveries with an uncertain outcome.

**The Plan Satisfies the Requirements for
Confirmation Under the Bankruptcy Code and Should be Approved**

65.     I have been advised of the applicable standards under which a chapter 11 plan may be confirmed.  For the reasons detailed below, and with the consultation and guidance of the Debtors' advisors and legal counsel, I believe that the Plan satisfies the applicable Bankruptcy Code requirements for confirmation of a plan.  I have set forth the reasons for such belief below, except where such compliance is apparent on the face of the Plan, Plan Supplement and related documents, or addressed by the *Declaration of Joseph J. Sciametta, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Confirmation of the Debtors' Chapter 11 Plan* (the "Sciametta Declaration").

**I.     The Plan Complies with Section 1129(a)(1) of the Bankruptcy Code**

66.     I understand that section 1129(a)(1) of the Bankruptcy Code requires a chapter 11 plan to comply with all applicable provisions of the Bankruptcy Code.  As set forth below, I believe the Plan satisfies section 1129(a)(1) of the Bankruptcy Code.

**i.     The Plan Satisfies the Classification Requirements of Section 1122 of the Bankruptcy Code**

67.     It is my understanding that section 1122 of the Bankruptcy Code permits a claim or an interest to be placed in a particular class only if such claim or interest is substantially similar to the other claims or interests of such class.

68.     I believe that valid business, legal, and factual reasons justify the separate classification of the particular Claims or Interests into the Classes created under the Plan, and no unfair discrimination exists between or among Holders of Claims and Interests.  It is my understanding that the classification reflects differences in the denomination of claims, as well as

the relative priority between secured and unsecured status prescribed by the Bankruptcy Code. The Plan classifies Claims and Interests of GGH and GAP into 10 Classes and into 11 Classes for GGC to account for the Gemini Lender Claims against GGC.

69.    I believe that the Claims and Interests assigned to each Class listed above are substantially similar to the other Claims and Interests in that Class.  In addition, I believe that valid business, legal, and factual reasons justify the separate classification of the particular Claims or Interests into the Classes created under the Plan, and no unfair discrimination exists between or among Holders of Claims and Interests.  Namely, it is my understanding that the Plan separately classifies Claims and Interests because each Holder of such Claims or Interests may hold (or may have held) rights in the Debtors' estates legally dissimilar to the Claims or Interests in other Classes.  More generally, Secured Claims, General Unsecured Claims, and Interests are each classified separately from each other and General Unsecured Claims are separately classified based on types of digital and/or fiat currencies held by claimants and the claimants' relationship with each Debtor.  Intercompany Claims against each Debtor occupy their own class, as do Interests in GGH and Intercompany Interests in GGC and GAP, respectively.

70.    For the foregoing reasons, I believe that the Plan satisfies the requirements of section 1122 of the Bankruptcy Code.

**ii.    The Plan Satisfies the Mandatory Plan Requirements of Section 1123 of the Bankruptcy Code**

(a)    <u>Specification of Classes, Impairment and Treatment – Section 1123(a)(1) – (3)</u>

71.    It is my understanding that Article III of the Plan provides in detail the designation of Classes of Claims and Interests, specifies whether such Classes of Claims and Interests are Impaired or Unimpaired, and specifies the treatment that each Class of Claims and Interests will

receive under the Plan. Accordingly, I believe the Plan fully complies with section 1123(a)(1) – (3) of the Bankruptcy Code.

> (b)    The Plan Provides for the Same Treatment for Claims or Interests Within the Same Class – Section 1123(a)(4)

72.    It is my understanding that the Plan provides for the same treatment for each Claim or Interest of a particular class, except where the Holder of such Claim or Interest has agreed to a less favorable treatment. Article III of the Plan specifies that Holders of Allowed Claims or Interests will receive the same rights and treatment as other Holders of Allowed Claims or Interests in the same Class, as further set forth in the Distribution Principles. Accordingly, I believe that the Plan fully complies with section 1123(a)(4) of the Bankruptcy Code.

> (c)    The Plan Provides Adequate Means for Its Implementation – Section 1123(a)(5)

73.    I believe that the Plan provides adequate means for implementation as required under section 1123(a)(5) of the Bankruptcy Code. Specifically, Article IV of the Plan, as well as other provisions thereof, provide for the means by which the Plan will be implemented. Among other things, Article IV of the Plan, the Distribution Principles, and the Plan Supplement:

> (i) provide for the sources of consideration for Plan distributions;
>
> (ii) provide for the equitable calculation of distributions across coin types through the Distribution Principles;
>
> (iii) provide for the vesting of all assets in each of the appropriate Wind-Down Debtors free and clear of all Claims, Liens, Encumbrances, charges or other encumbrances;
>
> (iv) authorize the amendment of the certificates of incorporation and bylaws of the Wind-Down Debtors;
>
> (v) provide for the appointment of the officers and directors of the Wind-Down Debtors;

(vi) provide for the cancellation of all notes, instruments, certificates, and other documents including credit agreements and indentures, unless otherwise provided in the Plan;

(vii) provide for the Plan Securities' exemption from registration under the Securities Act (to the extent set forth in the Plan); and

(viii) provide for the reinstatement or discharge of Intercompany Claims and Interests (to the extent set forth in the Plan) and the settlement of intercompany accounts.

74.     Accordingly, I believe that the Plan complies with section 1123(a)(5) of the Bankruptcy Code.

> (d)     The Plan Prohibits the Issuance of Non-Voting Equity Securities – Section 1123(a)(6)

75.     I am advised that section 1123(a)(6) of the Bankruptcy Code requires that a debtor's corporate governance documents prohibit the issuance of non-voting equity securities and requires that there be an appropriate distribution of voting power among the classes of securities possessing voting power.  Article IV.B.8 of the Plan provides that the Wind-Down Debtors' New Governance Documents shall include a prohibition to the extent required by section 1123(a)(6) of the Bankruptcy Code.  Further, I understand that the New Governance Documents contemplate the issuance of a single class of equity.  Accordingly, I believe that the Plan satisfies section 1123(a)(6) of the Bankruptcy Code.

> (e)     The Plan Contains Appropriate Provisions with Respect to the Selection of Post-Confirmation Directors and Officers – Section 1123(a)(7)

76.     I understand that section 1123(a)(7) of the Bankruptcy Code requires that any provisions in the Plan with respect to the manner of selection of any director, officer, or trustee, or any other successor thereto, be consistent with the interests of creditors, equity security holders, and with public policy.  Article IV.A.2 and Article IV.B.9 of the Plan outline the manner in which

the PA Officer and the New Board will be selected, respectively, which process accords with applicable corporate law, the Bankruptcy Code, and public policy.

### iii.    The Plan Is Consistent with Section 1123(b)

77.    I understand that section 1123(b) of the Bankruptcy Code sets forth various discretionary provisions that may be incorporated into a chapter 11 plan, and as discussed in more detail below, I believe that the Plan is consistent with section 1123(b).

78.    <u>Impairment of Classes (Section 1123(b)(1))</u>.  Article III of the Plan impairs or leaves unimpaired each Class of Claims or Interests under the Plan.

79.    <u>Executory Contracts and Unexpired Leases (Section 1123(b)(2))</u>.  Article V of the Plan sets forth the treatment of Executory Contracts and Unexpired Leases.  I understand that, in accordance with section 1123(b)(2), on the Effective Date, the Plan provides for the rejection of executory contracts and unexpired leases unless such Executory Contract and Unexpired Lease (i) is designated on the Schedule of Assumed Executory Contracts and Unexpired Leases in the Plan Supplement; (ii) was previously assumed or rejected by the Debtors, pursuant to a Final Order of the Bankruptcy Court; (iii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto; (iv) is the subject of a motion to reject filed by the Debtors on or before the Confirmation Date; or (v) is the subject of a motion to reject pursuant to which the requested effective date of such rejection is any date other than the Effective Date.

80.    <u>Settlement and Retention of Claims or Interests by the Debtor (Section 1123(b)(3))</u>. As discussed further below, Article VIII of the Plan provides for releases of certain claims by the Debtors, and also reserves the right to enforce certain Retained Causes of Action.

81.    <u>Modification of Rights (Section 1123(b)(5))</u>. The Plan modifies the rights of Holders of Claims or Interests in the Impaired Classes and leaves unaffected the rights of Holders of Claims or Interests in the Unimpaired Classes.

82.    <u>Other Appropriate Provisions (Section 1123(b)(6))</u>. Article VIII of the Plan contains certain consensual release and exculpation provisions, as discussed in more detail below, that are essential to the Plan.

**iv.    The Releases and Exculpations in the Plan Are Appropriate.**

(a)    <u>The Plan's Releases Are Appropriate</u>

83.    Articles VIII.D and VIII.E of the Plan contain customary provisions for the release of certain claims and causes of action by the Debtors (the "<u>Debtor Releases</u>") and by certain non-Debtors (the "<u>Non-Debtor Releases</u>") against a group of specified individuals and entities (the "<u>Released Parties</u>").    Exhibit F of the Plan Supplement and Sections III.W and VI.F of the Disclosure Statement address the release of current or former employees, officers and directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer or director of the Debtors from or after the Petition Date.    Each of these provisions provide for and describe the justification for these releases and the process that preceded their approval. *See* Exs. 1-3.    I believe those documents are a fair and accurate representation of the process that led to the Special Committee's approval of the releases of Released Genesis Personnel and the justifications for that decision.

84.    I also understand that, in order to be considered a "Released Genesis Personnel," each potential releasee will need to have executed an agreement to cooperate with assisting with litigation of the Retained Causes of Action by the Wind-Down Debtors (such agreements, the "<u>Cooperation Agreements</u>"), which will ensure the Debtors are able to rely on the knowledge and services of many of the Released Parties Post-Effective Date.

(b)    <u>The Non-Debtor Releases Are Appropriate</u>

85.    Article VIII.E of the Plan contains a provision in which each Releasing Party shall release any claims or Causes of Action against the Released Parties (the "<u>Non-Debtor Releases</u>").

Under the Plan, a Holder of Claims only becomes a Releasing Party if it (i) is a Released Party or (ii) affirmatively (a) casts a timely Ballot to accept the Plan with respect to any Claim held by such Holder (regardless of whether any such Holder casts a timely ballot to reject the Plan with respect to any other separately-classified Claims) and (b) indicates on such Ballot that it opts in to the release provisions in Article VIII of the Plan.  The Debtors widely publicized the Debtor Release, Non-Debtor Releases and the accompanying opt-in mechanism, including by reproducing the full text of the Non-Debtor Releases in bold-face type in the Plan, the Disclosure Statement, the Ballots and the Notice of Non-Voting Status.  Holders were also provided clear instructions on how to opt in to the Non-Debtor Releases, and were expressly advised to review the Solicitation Materials and seek legal advice on the consequences of opting in to the Non-Debtor Releases.  Based on my discussion with the Debtors' advisors, I understand that under the applicable law, the Non-Debtor Release is thus a consensual release that all Holders of Claims entitled to vote and Holders of Claims that were deemed to accept the Plan had the opportunity to opt in to.

86.     Accordingly, I believe that the Non-Debtor Release is an integral part of the Plan and should be approved.

<center>(c)     The Exculpation Provision Is Appropriate</center>

87.     Article VIII.F of the Plan provides for the exculpation of the "Exculpated Parties" for acts or omissions involving the preparation or filing of the Chapter 11 Cases, or involving the Chapter 11 Cases, the Disclosure Statement and the Plan (including the solicitation, confirmation, consummation, and administration thereof) (the "Exculpation").  Here, the Exculpated Parties played critical roles in and made significant contributions to the Chapter 11 Cases, and participated in good faith in formulating and negotiating the Plan.  As such, I believe they are eligible for protection from exposure to claims against them relating to their participation in the Chapter 11

<center>23</center>

Cases.  Further, I believe interested parties received sufficient notice of the exculpation provision to raise any objections thereto.

88.     Accordingly, under the circumstances, I believe that it is appropriate for the Bankruptcy Court to approve the exculpation provision and to find that the Exculpated Parties have acted in good faith and in compliance with the law.

(d)     The Release of Preference Claims Is Appropriate

89.     Article IV.B.14 of the Plan provides that "in no instance will any Cause of Action preserved . . . include . . . any Resolved Preference Claims."   The Plan defines "Resolved Preference Claims" as follows: "[I]f a Class of Claims entitled to vote on the Plan votes to accept the Plan, any Preference Claims against (i) any Holder of Claims in such Class (excluding any DCG Party, Excluded Party, or officer or director of the Debtors who did not have such position as of or after the Petition Date) or (ii) any Person (excluding any DCG Party, Excluded Party, or officers or directors of the Debtors who did not have such position as of or after the Petition Date) that is not entitled to vote on the Plan because it received payment in full on its claims against the Debtors prior to the Petition Date and whose claims, if they had not been paid in full prior to the Petition Date, would be Claims in such Class; *provided*, *however*, that, notwithstanding anything to the contrary in the Plan, the Plan Supplement, or the Confirmation Order, none of the Debtors' or the Wind-Down Debtors' claims or Causes of Action related to the Additional GBTC Shares or the Gemini GBTC Shares shall constitute Resolved Preference Claims for purposes of the Plan or the Confirmation Order."   The Special Committee has investigated and analyzed potential litigation Causes of Action against various parties, including, but not limited to, preferences.  The Special Committee carefully considered the merits and defenses in respect of Causes of Action related to preferences prior to granting release or waiver of any Resolved Preference Claims,

including those waived in Article IV.B.14, which were demanded by the creditors who became parties to the PSA.

<div align="center">(e)    <u>The Injunction Provision Is Appropriate and Should Be Approved</u></div>

90.     Article VIII.G of the Plan contains an injunction provision (the "<u>Injunction</u>"). I believe the Injunction is necessary to enforce and preserve the release and exculpation provisions provided for in Article VIII.D, Article VIII.E and Article VIII.F of the Plan.

**v.      The Plan Complies with Section 1123(d)**

91.     I understand that section 1123(d) of the Bankruptcy Code requires that cure amounts be determined in accordance with the underlying agreement and applicable non-bankruptcy law.

92.     Article V.C of the Plan provides for the satisfaction of monetary defaults, if any, under each Executory Contract and Unexpired Lease to be assumed or assumed and assigned pursuant to the Plan, by payment of the cure amount in Cash on the Effective Date or as soon as practicable thereafter.  Accordingly, I believe that the Plan complies with section 1123(d) of the Bankruptcy Code.

**II.     The Plan Complies with Section 1129(a)(2)**

93.     I have been advised that section 1129(a)(2) of the Bankruptcy Code requires that the proponent of a plan comply with the applicable provisions of the Bankruptcy Code.  I have been further advised that 1129(a)(2) of the Bankruptcy Code encompasses both the disclosure and solicitation requirements set forth in sections 1125 and 1126 of the Bankruptcy Code.

94.     As set forth below, I believe that the Plan complies with sections 1125 and 1126 of the Bankruptcy Code.

i.      **Disclosure Statement and Solicitation – Section 1125**

95.     Based on my review of information provided by the Debtors and their advisors, I understand that the Debtors, through their Solicitation Agent, complied with the content and delivery requirements of the Disclosure Statement Order, and the Debtors solicited and tabulated votes on the Plan in accordance with the provisions of the Disclosure Statement Order approved by the Bankruptcy Court.  Further, I understand that in accordance with section 1125(b) of the Bankruptcy Code, the Debtors did not solicit votes on the Plan from any Holder of a Claim or Interest prior to the entry of the Disclosure Statement Order.  I understand that the Debtors further provided Holders of Claims and Interest in the non-voting Classes with non-voting status notice packages, which included the Confirmation Hearing notice and the applicable notices of non-voting status.

96.     Accordingly, I believe that the Plan fully complies with section 1125 of the Bankruptcy Code.

ii.     **Acceptance of Plan – Section 1126**

97.     I have been advised that section 1126 of the Bankruptcy Code sets forth the procedures for soliciting votes on a chapter 11 plan and determining acceptance thereof.

98.     I understand that, in accordance with Section 1126(f) of the Bankruptcy Code, the Debtors did not solicit acceptances of the Plan from Holders of Claims and Interests in Classes 1, 2, 7–10 for GGH, Classes 1, 2, 8–11 for GGC, and Classes 1, 2, 7–10 for GAP, because such Claims and Interests are either conclusively presumed to have accepted or rejected the Plan based on the Impaired or Unimpaired treatment of those Claims and Interests.

99.     I understand that, in accordance with Section 1126(g) of the Bankruptcy Code, the Debtors did not solicit acceptances of the Plan from Holders of Interests in GGH in Class 10, Intercompany Interests in GGC in Class 11, and Intercompany Interests in GAP in Class 10

because such Holders of Interests will not receive any distribution on account of such Interests or Intercompany Interests unless all senior Claims are paid in full or otherwise treated as Unimpaired.

100.    I have been advised that section 1126(c) of the Bankruptcy Code specifies the requirements for acceptance of a plan by impaired classes of claims entitled to vote to accept or reject the plan.  I understand that as set forth in the *Amended Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Amended Joint Chapter 11 Plan*, ECF No. 1295 (the "Amended Voting Report"), the Plan has been accepted by in excess of two-thirds in amount and one-half in number of the Holders of Claims in Class 3 against GGH, Classes 3, 4 and 6 against GAP, and Classes 3, 4, 5, 6 and 7 against GGC.

101.    Accordingly, I believe that the Plan fully complies with section 1126 of the Bankruptcy Code.

102.    For the foregoing reasons, I believe that the requirements of section 1129(a)(2) of the Bankruptcy Code have been satisfied.

## III.    The Plan Has Been Proposed in Good Faith Pursuant to Section 1129(a)(3)

103.    I believe that the Plan was proposed in good faith, with the legitimate and honest purpose of maximizing value of the Debtors' estates.

104.    As discussed above, the Debtors have engaged in months of good-faith, arm's-length negotiations with a wide assortment of parties in interest in these Chapter 11 Cases. Notably, the Debtors negotiated and filed several iterations of the chapter 11 plan and key documents, based on feedback received from various creditor groups throughout the Chapter 11 Cases, including the June Plan, Agreement in Principle, the Creditor Choice Plan, and ultimately the Plan which incorporated the Distribution Principles.

105.    Accordingly, I believe that the Plan serves the best interests of the Debtors' estates and their creditors.

**IV.    The Plan Provides for Bankruptcy Court Approval of Payments for Services or Costs and Expenses Pursuant to Section 1129(a)(4)**

106.    It is my understanding that section 1129(a)(4) of the Bankruptcy Code requires that certain professional fees and expenses paid by the plan proponent, by the debtor, or by a person receiving distributions of property under the plan, be subject to approval by the Court as reasonable.

107.    Article II.E of the Plan discloses the settling parties whose fees will be paid under the Plan.  This includes the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Fees and Expenses.  I believe that payment of the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Expenses is a proper exercise of the Debtors' business judgment.  Without the cooperation and direct involvement of the Ad Hoc Group and the Dollar Group in the negotiations, the many settlements reached in the case, including with the Committee, would not have been achieved.  Without the settlements, the Debtors would not have been able to reach the comprehensive resolutions contemplated in the Plan, including the Distribution Principles, as discussed in paragraphs 59–64 above as well.  The payment of the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Expenses is, therefore, an important component of the Plan.  The payment of the Ad Hoc Group Restructuring Expenses and the Dollar Group Restructuring Expenses is a material term of the Plan Support Agreement and I understand that without this term, the Ad Hoc Group and the Dollar Group would not have consented to the settlements embodied in the Plan and the Distribution Principles.  I believe that these parties have made a substantial contribution to the Debtors' chapter 11 cases and the payment of their fees and expenses should be approved.  As such, I believe the Debtors' payment of the Ad

Hoc Group Restructuring Expenses and the Dollar Group Restructuring Expenses in exchange for their good-faith, critical cooperation and facilitation of the transactions underlying the Plan is within the Debtors' sound business judgment.

108.    Moreover, Article II.B.1 of the Plan provides that all other Professionals seeking final approval of compensation in the Chapter 11 Cases are required to file applications for approval of Professional Fee Claims with the Bankruptcy Court prior to a date certain. After these claims are filed, Article II.B.1 of the Plan allows parties in interest to object to Professional Fee Claims, and requires such claims to be allowed before receiving any payment.

109.    Accordingly, I believe that the Plan complies with section 1129(a)(4) of the Bankruptcy Code.

## V.    All Necessary Information Regarding Directors and Officers of the Wind-Down Debtors Has Been Disclosed Pursuant to Section 1129(a)(5)

110.    It is my understanding that section 1129(a)(5)(A) of the Bankruptcy Code requires the plan proponent to disclose the identity and affiliations of those individuals who will serve as a director, officer, or voting trustee of the post-emergence debtor entity, the identity of any insider to be employed or retained, and the nature of the compensation proposed to be paid to such insider.

111.    Article IV.B.9 of the Plan describes the manner in which directors of Wind-Down GGH shall be identified or determined. Moreover, a list of the candidates for the directors who will comprise the New Board was filed as Exhibit H to the Plan Supplement (ECF No. 1131).

112.    It is my understanding that section 1129(a)(5)(B) of the Bankruptcy Code requires the plan proponent disclose the identity of an "insider" (as defined by 11 U.S.C. § 101(31)) to be employed or retained by the post-emergence debtor and the "nature of any compensation for such insider." The directors and officers of the Debtors prior to the Effective Date will no longer serve in their roles as officers and directors of the Wind-Down Debtors as of the Effective Date. As

such, I believe the Debtors are not required to make any such "insider" disclosure as contemplated by section 1129(a)(5)(B).

113.    Accordingly, I believe that the Plan satisfies the requirements of section 1129(a)(5) of the Bankruptcy Code.

**VI.    Plan Regulatory Approval Is Not Required – Section 1129(a)(6)**

114.    It is my understanding that the Plan does not contain any rate changes subject to the jurisdiction of any governmental regulatory commission and, accordingly, will not require governmental regulatory approval.  As such, I believe that section 1129(a)(6) of the Bankruptcy Code does not apply to the Plan.

**VII.    The Plan Satisfies the Best Interests Test – Section 1129(a)(7)**

115.    I understand that section 1129(a)(7) of the Bankruptcy Code requires that any chapter 11 plan satisfy the "best interests" test, which provides that holders of claims or interests in impaired, non-accepting classes must receive under a chapter 11 plan at least as much as they would in a liquidation.  As discussed in the Sciametta Declaration, it is my understanding that the Debtors' advisors prepared the Liquidation Analysis attached to the Disclosure Statement as Exhibit C.  *See Sciametta Declaration*.  I believe the Liquidation Analysis provides that the Plan will provide all Holders of Allowed Claims with a recovery that is not less than what they would otherwise receive pursuant to a liquidation of the Debtors under chapter 7 of the Bankruptcy Code. Accordingly, I believe that the Plan satisfies section 1129(a)(7) of the Bankruptcy Code.

**VIII.    Section 1129(a)(8) Does Not Preclude Confirmation**

116.    I understand that the Bankruptcy Code generally requires that each class of claims or interests that is impaired by the plan must accept the plan.  I understand that while all Classes of Impaired Creditors entitled to vote on the Debtors' Plan voted overwhelmingly to accept the Plan, Holders of Interests against GGH in Class 10, which solely consists of DCG, is Impaired and

deemed to reject the Plan. As such, I understand that the Plan does not satisfy the requirements of section 1129(a)(8) of the Bankruptcy Code and that the Debtors intend to rely on section 1129(b) of the Bankruptcy Code to "cramdown" the Plan on Holders of Interests against GGH in Class 10.

## IX.    The Plan Provides for Payment in Full of Priority Claims – Section 1129(a)(9)

117.    I understand that section 1129(a)(9) requires that the Plan satisfy administrative and priority tax claims in full and in cash unless the holder of a particular claim agrees to a different treatment with respect to such claim.

118.    I understand that Article II.A of the Plan allows for payment in full of Allowed Administrative Expense Claims and that Article II.C of the Plan provides for payment in full of Allowed Priority Tax Claims. As such, I believe that the Plan satisfies the requirements of section 1129(a)(9) of the Bankruptcy Code.

## X.    At Least One Impaired Class of Claims That Is Entitled to Vote Will Have Accepted the Plan, Pursuant to Section 1129(a)(10)

119.    I understand that section 1129(a)(10) of the Bankruptcy Code requires that to the extent there is an impaired class of claims under a plan, at least one impaired class of claims must accept the plan, without including any acceptance of the plan by any insider. It is my understanding based on the Amended Voting Report that Classes 3, 4, 5, 6 and 7 against GGC, Classes 3, 4 and 6 against GAP and Class 3 against GGH all voted to accept the Plan. Accordingly, I believe that the Plan satisfies section 1129(a)(10) of the Bankruptcy Code.

## XI.    The Plan Is Feasible Pursuant to Section 1129(a)(11)

120.    I understand that section 1129(a)(11) of the Bankruptcy Code requires that the Court find that confirmation of a plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the plan, unless such liquidation or reorganization is proposed in the plan. The Plan contemplates the

liquidation of the Debtors.  As such, it is my understanding that the Debtors need not show that the Plan is not likely to be followed by liquidation, or the need for further financial reorganizations. Accordingly, I believe the Plan satisfies the requirements of section 1129(a)(11) of the Bankruptcy Code.

## XII.   The Plan Provides for the Payment of All Statutory Fees Pursuant to Section 1129(a)(12)

121.    I understand that section 1129(a)(12) of the Bankruptcy Code requires the payment of all fees payable under 28 U.S.C. § 1930.  Article II.D of the Plan provides that such fees shall be paid.  Accordingly, I believe the Plan satisfies the requirements of section 1129(a)(12) of the Bankruptcy Code.

## XIII.   The Plan Complies with Section 1129(a)(13)

122.    I understand that section 1129(a)(13) of the Bankruptcy Code requires that all retiree benefits continue to be paid post-confirmation at any levels established in accordance with section 1114 of the Bankruptcy Code.  The Plan classifies costs and expenses of administration of the Debtors' Estates pursuant to section 1114(e)(2) of the Bankruptcy Code as an Administrative Expense to be paid in accordance with Article II.A. of the Plan.  Accordingly, I believe the Plan complies with section 1129(a)(13) of the Bankruptcy Code.

## XIV.   Sections 1129(a)(14) – (16) of the Bankruptcy Code Are Inapplicable to the Plan

123.    Based on my knowledge of the Debtors' business and information provided by the Debtors' advisors, I believe that sections 1129(a)(14) – (16) of the Bankruptcy Code do not apply to the Plan because the Debtors do not owe any domestic support obligations, are not "individuals," and are each a moneyed, business, or commercial corporation.

## XV.    Section 1129(b) of the Bankruptcy Code Is Satisfied

124.    I understand that section 1129(b) allows a bankruptcy court to "cram down" a plan over the rejection of impaired classes or claims so long as the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted the plan.

125.    As discussed above, the Plan classifies Claims and Interests of GGH and GAP into 10 Classes and those of GGC into 11 Classes as follows:

- Holders of Claims and Interests in Class 1 (Other Priority Claims) and Class 2 (Structured Claims) for GGH, GAP, and GGC are Unimpaired and presumed to accept the Plan;

- Holders of Claims and Interests in (i) Class 7 (Subordinated Claims), Class 8 (Government Penalty Claims), and Class 10 (Interests) for GGH, (ii) Class 7 (Subordinated Claims) and Class 8 (Government Penalty Claims) for GAP, and (iii) Class 8 (Subordinated Claims), Class 9 (Government Penalty Claims) for GGC are Impaired and deemed to reject the Plan;

- Holders of Claims and Interests in Class 9 (Intercompany Claims) for GGH and GAP, and Class 10 for GGC, are deemed Unimpaired/Impaired, but are proponents of the Plan and accordingly the vote of such Holders was not solicited;

- Holders of Claims and Interests in Class 10 (Intercompany Interests) for GGH and GAP are Impaired, but are proponents of the Plan and accordingly the vote of such Holders was not solicited; and

- Holders of Claims and Interests in Class 3 (Fiat-or-Stablecoin-Denominated Unsecured Claims), Class 4 (BTC-Denominated Unsecured Claims), Class 5 (ETH-Denominated Unsecured Claims), and Class 6 (Alt-Coin Denominated Unsecured Claims for GGH, GAP, and GGC), and Class 7 (Gemini Lender Claims) for GGC, are Impaired and have voted to accept the Plan.

126.    Accordingly, it is my understanding that the Debtors invoke section 1129(b) of the Bankruptcy Code with respect to (i) Classes 7, 8, 9 and 10 for GGH and GAP and (ii) Classes 8, 9, 10 and 11 for GGC.

(a)    Section 1129(b)'s Requirements Are Satisfied as to DCG

127.    I believe Section 1129(b)'s requirements are satisfied as to DCG.  I understand that DCG is the sole Holder of the Interests classified in Class 10 for GGH and is not entitled to any recovery under the Plan unless all Allowed Claims against all of the Debtors or the Wind-Down Debtors, as applicable, have been paid in full in accordance with the Distribution Principles.  I believe the nature of DCG's Interest is distinct from that of all other GGH Classes—indeed, no other GGH Classes include equity interests at all.  In addition, I believe DCG's treatment under the Plan is the same as for the equity Classes for GGC and GAP.

128.    I also understand DCG's equity interest is at the end of the priority scheme, with no Class below it.  In addition, I understand that under the Plan, no senior Class will receive more than it is owed.  I understand the Debtors' Digital Asset creditors will not be paid in full under the Plan.

(b)    Section 1129(b)'s Requirements Are Satisfied as to Subordinated Claims and Government Penalty Claims

129.    I believe Section 1129(b)'s requirements are also satisfied as to the Subordinated Claims and Government Penalty Claims in Classes 7 and 8 for GGH and GAP, and Classes 8 and 9 for GGC, the Holders of which I understand will not receive any distribution unless Holders of Claims in senior Classes are paid in full in accordance with the Distribution Principles.  I believe the Government Penalty Claims are similarly properly subordinated to other General Unsecured Claims pursuant to section 726(a)(4) of the Bankruptcy Code.  I believe the nature of these Claims as ones subordinated under specific provisions of the Bankruptcy Code is distinct from those represented in other Classes of General Unsecured Claims and, accordingly, I believe the Plan does not unfairly discriminate against them by treating them differently.

130.    I also believe the Plan is fair and equitable as to the Subordinated Claims and Government Penalty Claims because no junior Claims or Interests will receive distributions under the Plan until Holders of Claims in senior Classes are paid in full in accordance with the Distribution Principles.  I understand that the only Classes below the Subordinated Claims and Government Penalty Claims in the priority scheme are the equity Classes—Class 10 for GGH and GAP, and Class 11 for GGC—none of which will receive any distribution under the Plan until Holders of Claims in senior Classes are paid in full in accordance with the Distribution Principles.

(c)    <u>Intercompany Claims and Interests</u>

131.    Under Article III of the Plan, I understand that Intercompany Claims in Class 9 for GGH and GAP, and Class 10 for GGC, will be adjusted, Reinstated, or compromised on the Effective Date in the Debtors' discretion, with the Committee's Consent, and are accordingly deemed either Impaired or Unimpaired.  I understand that to the extent Intercompany Claims are Unimpaired, section 1129(b)'s requirements are not applicable.  I further understand that, to the extent Intercompany Claims are Impaired, the Holders of such Claims are Plan proponents and accordingly not dissenting creditors for whom section 1129(b)(1)'s requirements would need to be satisfied.

132.    Under Article III of the Plan, I also understand that Intercompany Interests in Class 10 for GGH and GAP are Impaired.  I believe the Holders of Intercompany Interest Claims are similarly Plan proponents and accordingly not dissenting creditors for whom section 1129(b)(1)'s requirements would need to be satisfied.  In any event, I believe section 1129(b)'s requirements are satisfied for the same reasons outlined above with respect to DCG.  I understand that no other Class for GGH and GAP respectively includes equity interests, and accordingly I believe the Plan does not unfairly discriminate against the Intercompany Interests.

## XVI.    Section 1129(c) of the Bankruptcy Code Is Inapplicable

133.    I understand that section 1129(c) of the Bankruptcy Code provides that the bankruptcy court may confirm only one plan.  I believe Section 1129(c) of the Bankruptcy Code is inapplicable as the Plan is the only plan before the Court.

## XVII.    The Plan Complies with Section 1129(d) of the Bankruptcy Code Because It Is Not an Attempt to Avoid Tax Obligations

134.    I understand that section 1129(d) of the Bankruptcy Code provides that a court may not confirm a plan if the principal purpose of the plan is to avoid taxes or the application of section 5 of the Securities Act of 1933.  I understand that the Plan meets these requirements because, as discussed above, the Plan was proposed in good faith and not for the avoidance of taxes or the avoidance of the requirements of section 5 of the Securities Act of 1933, nor has there been any filing by any governmental agency asserting such avoidance.

## XVIII.    Section 1129(e) of the Bankruptcy Code Is Inapplicable

135.    I understand that section 1129(e) of the Bankruptcy Code does not apply to the Plan because none of the Debtors' Chapter 11 Cases is a "small business case" within the meaning of the Bankruptcy Code.

## XIX.    The Confirmation Order Should Be Effective Immediately

136.    I understand that certain Bankruptcy Rules provide for the stay of an order confirming a chapter 11 plan, but that such stay may be waived in the discretion of the court.

137.    I believe that in these Chapter 11 Cases, where the Debtors seek to commence or recommence litigation of the Retained Causes of Action and efficiently wind down their operations, they must do so expeditiously to avoid further delays and associated costs.  I understand that some of the relief set forth in the Confirmation Order relates to actions that must be taken after the Plan is confirmed but prior to when it can go effective.  I believe these actions are important

and necessary to begin as soon as possible given the large amount of work that needs to be done for the Plan to go effective on the anticipated timeline.

138.    Accordingly, I believe that it is appropriate for the Court to exercise its discretion to permit the Debtors to consummate the Plan and commence its implementation without delay after the entry of the Confirmation Order.

## XX.    Conclusion

139.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 15, 2024
       Park City, Utah

/s/ *Paul Aronzon*
Name:      Paul Aronzon
Title:       Independent Director
              Genesis Global Holdco, LLC

**Exhibit 1**
**Plan Supplement Exhibit F (ECF No. 1117)**

**EXHIBIT F**

**JUSTIFICATION FOR EXCULPATED & RELEASED PARTIES[1]**

I. *Scope of the Release*

In accordance with the *Debtors' Amended Joint Chapter 11 Plan* (the "Amended Plan"),[2] the Special Committee has, subject to the reservation of rights set forth herein, provided its prior written consent for the release of current or former employees, officers and directors of the Debtors (solely in such Person's capacity as such) who served as an employee, officer or director of the Debtors from or after the Petition Date, including any employees of GGT who served or functioned as employees of a Debtor pursuant to a shared services agreement (solely in their capacities as such) as of the Petition Date, whose identities have been or will be provided, in writing, to the Ad Hoc Group Counsel and Committee Counsel on a confidential, professional-eyes-only basis on or prior to the Effective Date (the Persons covered by such release, collectively, the "Released Genesis Personnel").  For the avoidance of doubt, none of the Released Genesis Personnel are or were also DCG Parties.

The list of Released Genesis Personnel, in its final form, will also be provided to the PA Officer on a confidential basis no later than three (3) Business Days after the Effective Date.  From and after the Effective Date, the PA Officer shall be obligated to retain the list of Released Genesis Personnel.

The Special Committee reserves the rights to (i) alter, modify, amend, remove, augment, or supplement this Exhibit on or prior to the Effective Date, and (ii) exclude any Released Genesis Personnel from the list of Released Parties prior to the Effective Date for any reason, including in the event new facts or circumstances arise.

II. *Justifications for the Release*

The justifications for the release of the Released Genesis Personnel include the following:

- The releases of the Released Genesis Personnel apply only to officers, directors and employees who have provided services to the Estates on or after the Petition Date.  The Special Committee believes that such persons contributed, either directly or indirectly, to the Debtors' restructuring efforts in the Chapter 11 Cases.

- The Released Genesis Personnel have knowledge and insight into the Debtors' business and transactions that may be critical to the resolution of litigation against the DCG Parties

---

[1]     The Committee and AHG reserve all rights with respect to this Exhibit in accordance with the Plan and Plan Support Agreement (filed at Docket No. 1008).

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Amended Plan or the *Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement").

and the Gemini Parties, as well as various regulatory and enforcement actions relating to the Debtors' prepetition businesses.

- The Released Genesis Personnel are entitled to indemnification pursuant to the Debtors' governing documents. Thus, to the extent that the Wind-Down Debtors were successful in asserting claims against the Released Genesis Personnel, those Persons would have a right to indemnification and reimbursement, including with respect to legal fees. Absent the release of the Released Genesis Personnel, any third parties bringing such actions would effectively be recovering from the Debtors' Estates, in turn depleting the resources otherwise available for distribution to holders of Allowed Claims.

- The Special Committee's investigation has not identified wrongdoing on the part of the Released Genesis Personnel that would give rise to Claims or Causes of Action that are likely to provide value to the Debtors' Estates.

- Any surviving Claims against the Released Genesis Personnel would be costly and unlikely to result in significant recoveries for the Debtors' Estates because of very limited directors and officers insurance coverage, which at present provides no more than $8.7 million in coverage.

- The Debtors' releases of the Released Genesis Personnel expressly exclude any claims arising out of gross negligence, fraud or willful misconduct, as determined by a Final Order.

- The Amended Plan does not impose any non-consensual releases by third parties. Each Holder of a Claim will preserve its individual claims, if any, against the Released Genesis Personnel unless it affirmatively "opts in" to the release by marking the requisite "opt in" box on its Ballot.

**Exhibit 2**
**Section III.W of the Disclosure Statement (ECF No. 1031)**

investigations against any nondebtor person or nondebtor entity in any forum.  The enforcement of any money judgment by the SEC or other governmental units against the Debtors shall be subject to the Amended Plan.  In addition, the SEC and other governmental units reserve their rights to amend any filed proofs of claim and the Debtors and Wind-Down Debtors reserve all of their defenses and rights to dispute such amendments.

The SEC and the Office of the U.S. Trustee have indicated to the Debtors that they object to the scope of the exculpation being provided under the Amended Plan, including the recipients of the exculpation and its temporal scope.  The rights of all parties, including the Debtors, the SEC and the U.S. Trustee, are reserved with respect to the proposed exculpation provision in the Amended Plan.

Please consult the Amended Plan to understand the full nature and scope of the releases and exculpations to be provided under the Amended Plan.

The Debtors believe that the releases and exculpations in the Amended Plan are necessary and appropriate and meet the requisite legal standard promulgated by the United States Court of Appeals for the Second Circuit.

**PURSUANT TO THE AMENDED PLAN, IF YOU ARE A HOLDER OF A CLAIM IN A CLASS ELIGIBLE TO VOTE AND RETURN A BALLOT ACCEPTING THE AMENDED PLAN AND AFFIRMATIVELY OPT IN TO THE RELEASES PROVIDED BY THE AMENDED PLAN ON YOUR BALLOT (REGARDLESS OF WHETHER YOU CAST A TIMELY BALLOT FAILING TO OPT IN TO THE RELEASES OR REJECTING THE AMENDED PLAN WITH RESPECT TO ANY OTHER CLASS OF CLAIMS), YOU WILL BE SUBJECT TO THE RELEASE PROVISIONS IN ARTICLE VIII OF THE AMENDED PLAN AND SHALL BE DEEMED, AS OF THE PLAN EFFECTIVE DATE, TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED ALL CLAIMS AND ALL CAUSES OF ACTION (EXCEPT AS OTHERWISE SET FORTH IN THE AMENDED PLAN) AGAINST THE RELEASED PARTIES (AS DEFINED IN THE AMENDED PLAN)**.

For more detail see "Settlement, Release, Injunction, and Related Provisions" in Section VII.I below.

**W.    Are the Debtors' directors, officers or employees being released under the Amended Plan? What is the basis for the releases?**

Article VIII.D and VIII.E of the Amended Plan provide that the Releasing Parties will release the Released Parties from certain Claims that have been or could have been brought against the Released Parties.

**Importantly, the releases by the Debtors expressly exclude any Claims or Causes of Action that are found, pursuant to a Final Order, to be the result of a Released Party's  gross negligence, fraud, or willful misconduct.**

Subject to the above-described exclusion relating to gross negligence, fraud and willful  misconduct, the Claims to be released by the Debtors under the Amended Plan include Claims based on or relating to the Debtors (including the management, ownership, or operation thereof), the Wind-Down Debtors, their Estates, the Debtors' in- or out-of-court restructuring efforts, the Debtors' intercompany transactions, any Avoidance Actions, the purchase, sale, or rescission of the purchase or sale of any Security of the Debtors or the Wind-Down Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Amended Plan, the business or contractual arrangements between any Debtor and any Released Party, the Alameda/Genesis Settlement Agreement and any Monetization Transaction.

The Released Parties include the Debtors and each Related Party of the Debtors, including officers, directors, and employees who were employed as of the Petition Date, solely in their capacity as officers, directors, and employees. However, the following Persons are not Released Parties:  (i)  former employees, officers and directors of the Debtors who did not serve as of the Petition Date, (ii) DCG Parties, (iii) Gemini Parties, and (iv) any officers, directors or employees of the Debtors as to which the Special Committee determines to exclude from the list of Released Parties prior to the Effective Date.

The Amended Plan does not provide for any non-consensual releases by Holders of Claims. All Holders of Claims who cast a timely Ballot to accept the Amended Plan (regardless of whether such Holders cast a timely Ballot to reject the Amended Plan with respect to any other separate Class of Claims) will be given the option to affirmatively opt in to the releases of Released Parties, including any of the Debtors' Related Parties, provided in the Amended Plan. Holders of Claims who vote to accept the Amended Plan without opting in or who vote to reject the Amended Plan or abstain from voting on the Amended Plan will not be deemed to have released any of the Released Parties, including any of the Debtors' Related Parties, and thus will not constitute Releasing Parties.

The Debtors believe that granting the above-described releases in favor of the directors, officers and employees providing services as of the Petition Date (such Persons, excluding, for the avoidance of doubt, any DCG Parties, the "Current D&Os") is reasonable in light of the following factors:  (i) any such releases will not apply to any gross negligence, fraud or willful misconduct, as determined by a Final Order, (ii) any such releases will not apply to DCG Parties or Gemini Parties, and (iii) any such releases apply only to post-petition officers, directors and employees who have provided services to the estates following the Petition Date.  In addition, the post-petition directors, officers and employees have knowledge and insight into the Debtors' business and transactions that is critical to the resolution of litigation against the DCG Parties and the Gemini Parties, as well as various enforcement actions relating to the Debtors' prepetition businesses.

Moreover, the directors, officers and employees providing services as of the Petition Date are entitled to indemnification pursuant to the Debtors' governing documents. GGC and GGH's operating agreements require GGC and GGH to indemnify employees for any claims that are not found to be the result of gross negligence and willful misconduct pursuant to a Final Order.  Similarly, GAP's Constitution requires GAP to indemnify directors for any claims other than those in connection with any negligence, default, breach of duty or breach of trust.  Thus, to the extent that the Wind-Down Debtors were successful in asserting claims against such directors, officers and employees, those Persons who have a right to indemnification and reimbursement, including with respect to legal fees.  Absent the limited releases in the Amended Plan, any third parties bringing such actions against the specified individuals would be recovering from the Debtors' estates, in turn depleting the resources otherwise available for distribution to the creditors.  Thus, there is alignment between the Debtors' estates and the directors, officers and employees who would receive releases.

Based on the internal investigation to date, the Special Committee has not identified intentional wrongdoing on the part of the current officers, directors, or employees who were employed as of the Petition Date that would give rise to claims or Causes of Action that are likely to provide value to the Debtors' estates.  The Special Committee further reserves the right to exclude any Current D&Os (expressly excluding any DCG Parties) from the list of Released Parties prior to the Effective Date.

### X.    What is the deadline to vote on the Amended Plan?

January 10, 2023 at 4:00 p.m. (prevailing Eastern Time).

### Y.    What is a Confirmation Hearing and will the Bankruptcy Court hold a Confirmation Hearing?

Under section 1128(a) of the Bankruptcy Code, the Bankruptcy Court, after notice, may hold a hearing to confirm a chapter 11 plan.  The Disclosure Statement Order provides that a hearing to confirm the Amended Plan (the "Confirmation Hearing") will be held before the Bankruptcy Court on February 14, 2024 at 10:00 a.m. (prevailing Eastern Time) (and February 15 and 16 if necessary, in each case depending on the Court's availability), ECF No. 1027.  The Confirmation Hearing may be continued from time to time, without further notice other than an adjournment announced in open court or a notice of adjournment filed with the Bankruptcy Court and served on those parties who have requested notice under Bankruptcy Rule 2002 and the Entities who have filed an objection to the Amended Plan, if any, without further notice to parties in interest.  The Bankruptcy Court, in its discretion and prior to the Confirmation Hearing, may put in place additional procedures governing the Confirmation Hearing.  Subject to section 1127 of the Bankruptcy Code, the Amended Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

Additionally, section 1128(b) of the Bankruptcy Code provides that any party in interest may object to Confirmation.  The Disclosure Statement Order provides that any objections to the Amended Plan must be received,

**Exhibit 3**
**Section VI.F of the Disclosure Statement (ECF No. 1031)**

or claims held by members of the Ad Hoc Group.  The Brown Rudnick Group includes eight members of the Ad Hoc Group.

In November 2023, creditors holding an aggregate amount of approximately 9,267. 38403 BTC and 1,828.8489 ETH claims formed the Genesis Crypto Creditors Ad Hoc Group (the "Crypto Creditors Group").  On November 27, 2023, the Crypto Creditors Group filed a Verified Statement pursuant to Bankruptcy Rule 2019.  *See* ECF No. 984.  The Crypto Creditors Group has indicated that it intends to object to confirmation of the Plan on the basis that BTC and ETH claims should be valued at a date after the Petition Date.  The Crypto Creditors Group believes that the proposed Distribution Principles and the Amended Plan severely disadvantage creditors holding digital asset-denominated Claims.

On November 28, 2023, the Debtors, the Committee and members of the PSA Creditors entered into the PSA, a plan support agreement providing, among other things, that subject to receipt of a Bankruptcy Court-approved Disclosure Statement and the terms of the PSA, the PSA Creditors agree to vote, and the Committee agrees to encourage Holders of Claims to vote, to accept the Amended Plan, which Amended Plan must include certain specified provisions such as (i) a waiver of preference claims against any Holder of Claims belonging to a class that votes to accept the Amended Plan; (ii) the appointment of a Wind-Down Oversight Committee and Litigation Oversight Committee to oversee certain aspects of the implementation of the Amended Plan, subject to special governance provisions; and (iii) reimbursement of certain fees incurred by Proskauer Rose LLP, as counsel to the Ad Hoc Group, Kirkland & Ellis LLP, as co-counsel to the Ad Hoc Group through February 22, 2023 and Pryor Cashman LLP, as counsel to the dollar-creditor group.  The PSA also includes customary affirmative and negative covenants and customary termination rights, including a fiduciary out for the Debtors and Committee and a termination right for any non-defaulting party in the event of a material breach of a covenant, representation or warranty by another party.  Under the PSA, the Committee and the Ad Hoc Group reserve their rights to oppose (i) the scope of the Debtor releases as set forth in the Plan, (ii) the 3AC Settlement Agreement, and (iii) the Partial Repayment Agreement.

Unless the PSA has been terminated by its terms as to all parties thereto prior to the Effective Date as a result of one or more breaches by the PSA Creditors, the Amended Plan provides for the payment of the Ad Hoc Group's fees as an administrative expense, pursuant to a prepetition fee reimbursement letter executed by the Debtors and the Ad Hoc Group.  The Debtors believe the payment of the Ad Hoc Group's fees, which as of September 30, 2023 total approximately $4.7 million, including certain fees and expenses relating to litigation prosecuted by the Ad Hoc Group in these Chapter 11 Cases, is appropriate given that the Ad Hoc Group is a key party in interest and has contributed significant value to the Chapter 11 Cases by assisting the Debtors with formulating, negotiating, and developing the Amended Plan on behalf of the Ad Hoc Group members, representing creditors that are members of the Ad Hoc Group and supporting the Debtors in mediation, and communicating to the Ad Hoc Group members.

The Office of the U.S. Trustee objects to the payment of the Ad Hoc Group's fees provided under the Amended Plan and the rights of all parties with respect to this provision are expressly reserved.

E.        **The Restructuring Term Sheet**

On February 10, 2023, a non-binding agreement in principle among the Debtors and key parties in interest was memorialized in the Restructuring Term Sheet (the "Restructuring Term Sheet") attached as Exhibit A to the *Notice of Filing of the Restructuring Term Sheet*, ECF. No. 80.  While the Restructuring Term Sheet was executed by certain parties (including the Debtors, DCG, Gemini, and certain members of the Ad Hoc Group), it was not executed by a number of Ad Hoc Group members that had been part of the negotiations.  The parties, however, continued to engage in discussions toward a possible consensual settlement of the issues addressed in the Restructuring Term Sheet.  The Committee was not a party to, and was not involved in the negotiation of, the Restructuring Term Sheet, which was filed a few days after the Committee was appointed.

F.        **Special Committee Investigation**

On November 18, 2022, the Holdco Board of Directors established the Special Committee, comprised of Paul Aronzon and Tom Conheeney, with responsibility for making all decisions relating to the liquidity and

restructuring of Holdco and its subsidiaries.[8]  As part of its mandate, the Special Committee was charged with evaluating and approving transactions with affiliates including DCG Parties and investigating the Debtors' relationships and transactions with DCG Parties.  One of the primary purposes of this investigation has been to assess whether the Debtors have potentially viable claims against the DCG Parties and to assist the Special Committee in the exercise of its fiduciary duties.

In accordance with this mandate, at the request of the Special Committee, Cleary commenced an investigation (the "Investigation") into the relationships and transactions between or among the Debtors and various DCG Parties, (i) corporate governance and corporate separateness between the Debtors and DCG Parties, (ii) the entry into the DCG Loans and the DCG Note, (iii) the restructuring of the DCG Loans at various points in time, including in November 2022; (iv) DCG's  purported  exercise of setoff rights in connection with DCG's $52.5 million payment to Luno; (v) communications relating to the DCG Loans and DCG Note; and (vi) other transactions between the Debtors and the DCG Parties, including transactions occurring during the applicable avoidance periods under applicable law.

In connection with the Investigation, Cleary has reviewed over 294,000 documents and communications collected from 21 current and former employees allocated to the Debtors from January 1, 2021 to December 31, 2022.  These documents and communications include corporate documents, financial statements, lending agreements and term sheets, and internal and external communications including emails, Microsoft Teams messages, Telegram messages, and social media posts.  The document review process served the purpose of aiding (i) the Investigation, (ii) the Company's responses to requests from various authorities, and (iii) document requests from the UCC and DCG Parties, discussed in further detail below.  These documents and communications (other than privileged documents and communications) were shared with counsel to the Committee as part of its own investigation.

As part of the Investigation, Cleary conducted more than 30 interviews with approximately twelve current and former employees allocated to the Company.  Between December 4, 2022 and January 24, 2023, Cleary conducted 10 preliminary interviews with current employees on topics including lending processes and procedures, bookkeeping and loan management, compliance and risk policies, and intercompany lending.  Following these preliminary interviews, from March 9, 2023 through September, 2023, Cleary conducted at least 19 more substantive interviews with both current and former employees regarding a variety of topics, including but not limited to client communications, risk management, accounting, and the relationship between GGC and DCG.

Additionally, on March 9, 2023, Cleary on behalf of the Special Committee requested from DCG various documents and communications related to, among other things, borrowing, lending, or financing arrangements between or among the Debtors, the DCG Parties and any other subsidiaries and affiliates, including those related to the transactions described above.  As of the date of this filing, Cleary has received over 50,000 documents from DCG.

Cleary has shared the findings from the Investigation with the Special Committee and counsel to the UCC and the Ad Hoc Group.  The Special Committee has concluded that there are colorable claims[9] against certain DCG Parties for various causes of action, including potential claims based on alter ego theories, preference law, and other legally cognizable rights.  With respect to officers, directors and employees and whether such parties would be released

---

[8]     On August 17, 2022, Thomas Conheeney was appointed as Independent Director of the Holdco Board of Directors.  That same day, he was retained as a senior advisor to GGH.  He was subsequently appointed to the Special Committee on November 18, 2022, when it was formed.

[9]     Generally speaking, a claim is "colorable" when it has "some legal and factual support, considered in light of the reasonable beliefs of the individual making the claim." *Schalifer Nance & Co. v. Warhol*, 194 F.3d 323, 337 (2d Cir. 1999) (citations and quotations omitted); *see also In re Sabine Oil & Gas Corporation*, 547 B.R. 503, 516 (Bankr. S.D.N.Y. 2016) (stating a colorable claim is one that is "plausible or not without some merit."); *In re KDI Holdings, Inc.*, 277 B.R. 493, 508 (Bankr S.D.N.Y. 1999) ("In determining whether there is a colorable claim, the Court must engage in an inquiry that is much the same as that undertaken when a defendant moves to dismiss a complaint for failure to state a claim.").

as Released Parties under the Amended Plan, the Special Committee will provide additional disclosure regarding this issue in the Plan Supplement to be filed ten (10) days in advance of the Voting Deadline.

Nonetheless, the Special Committee continues to believe a viable settlement would be in the best interests of the creditors for several reasons. First, the Special Committee recognizes that the law governing such claims, particularly alter ego claims, creates significant challenges to a successful prosecution, and that the DCG Parties would vigorously defend against such claims. Moreover, any litigation against the DCG Parties with respect to these claims would be costly and subject to significant uncertainties, in terms of the ultimate likelihood of success, the ability to recover from responsible parties and the timing of any such recoveries. The Special Committee believes that any litigation over these claims would likely take years to complete, particularly in light of the time it could take to resolve potential appeals.

### (i) Potential Claims Against the DCG Parties

In the exercise of its fiduciary duties, the Special Committee has investigated and analyzed potential litigation Causes of Action against various DCG Parties, including, but not limited to, alter ego claims, preferences, fraudulent conveyances, equitable subordination, recharacterization, and improper setoff. The Investigation considered, among other things, prepetition transactions, relationships, and conduct involving the DCG Parties, including officers and directors of GGH. Additional information regarding certain current and potential Causes of Action against various DCG Parties is provided below.

The Special Committee reserves the right to supplement this description at any time. The descriptions of the various Causes of Action in this Disclosure Statement are intended to assist Holders of Claims entitled to vote on the Amended Plan in evaluating the benefits and risks of the Amended Plan. Nothing in this Disclosure Statement is, or should be construed as, an admission, or in any way limits or prejudices the Debtors or their potential pursuit of Causes of Action against any of the DCG Parties and any and all rights of the Debtors or the Wind-Down Debtors with respect to the potential pursuit of Causes of Action against any or all of the DCG Parties, regardless of whether they are described herein, are fully reserved. Importantly, nothing in this Disclosure Statement is, or should be construed as, a representation as to whether the Debtors or the Wind-Down Debtors will ultimately be successful or unsuccessful in pursuit of any of the Retained Causes of Action. Litigation is inherently uncertain and any recovery will depend upon a number of factors, including the probability of success in litigation, the difficulties in collection and the expense and delay of litigation. Many of these factors are not within the Debtors' control and, litigation of the Retained Causes of Action may not result in any incremental distributable value to the Debtors' estates.

(a)    Claims for Recovery of Undisputed Amounts Owed by DCG and DCGI to GGC

As described in Section VI.U(iii) of this Disclosure Statement, on May 12, 2023, the Debtors delivered a notice of default to DCG and DCGI for DCG and DCGI's non-payment of approximately $627 million in loans that were due on May 9, 10 and 11, 2023. On May 19, 2023, the Debtors received a forbearance proposal from DCG related to its nonpayment of such loans. As part of the mediation with DCG and other key stakeholders ordered by the Bankruptcy Court and described in Section VI.P(ii) herein, including certain members of the Committee and the Ad Hoc Group, the Debtors and DCG began negotiating a forbearance agreement with respect to the unpaid loans soon after their maturity dates. Ultimately, these discussions led to an Agreement in Principle, as reflected in the *Notice of Mediation Termination*, ECF No. 625, filed with the Bankruptcy Court on August 29, 2023.

As negotiation over definitive documentation were in process, on September 6, 2023, GGC commenced the DCG Turnover Action under section 542(b) of the Bankruptcy Code to recover more than $500 million in undisputed principal and interest (including Loan Fees) owed to GGC under the DCG Loans, described in Section IV.C herein. The DCG Turnover Action does not seek payment of default interests (i.e., Late Fees) because DCG disputes the obligation to pay such amounts, and the relevant provisions of the Bankruptcy Code do not permit the Debtors to seek payment of disputed amounts pursuant to a turnover action. However, the Debtors have reserved all rights to assert that DCG is obligated to pay Late Fees under the DCG Loans.

On the same day, GGC commenced the DCGI Turnover Action under section 542(b) of the Bankruptcy Code to recover 4,550.45173345 BTC (approximately $117 million as of September 6, 2023) and accompanying payable non-default and default interest (i.e., Loan Fees and Late Fees) owed under the DCGI Loan. *See Section IV.C supra.*

On September 12, 2023, the Debtors, DCG and DCGI entered into the Partial Repayment Agreement, which provides for a limited forbearance by GGC in respect of the DCG Parties' obligations to GGC that are the subject of the Turnover Actions filed against DCG and DCGI. In exchange for such forbearance, each of DCG and DCGI agreed to make three installment payments of $75 million and a fourth installment payment of $50 million, with the full $275 million payable upon the occurrence of the Plan Effective Date, if not already paid by such date. On November 29, 2023, the Partial Repayment Agreement was amended to provide for further payments to be made on a modified schedule, with full payment on account of the DCG Loans and the DCGI Loan to be made by April 1, 2024. Further details of the Partial Repayment Agreement are included in Section VI.P(ii) of this Disclosure Statement. The Debtors agreed to voluntarily stay the Turnover Actions pursuant to the Partial Repayment Agreement. As of December 1, 2023, DCG and DCGI have paid or transferred a total of approximately $325 million pursuant to the Partial Repayment Agreement, plus approximately $8.5 million in Loan Fees and $3.2 million in Late Fees during the term of the Partial Repayment Agreement.

In the event that the Debtors determine to terminate the Partial Repayment Agreement pursuant to the terms of the Partial Repayment Agreement, the Debtors or the Wind-Down Debtors intend to prosecute the Turnover Actions. In such event, the Special Committee believes that the Turnover Actions could reach judgment stage in 60-90 days, in part because the Turnover Actions seek only undisputed amounts owed by the DCG Parties (as required under section 542(b)). There can be no assurance, however, that the Turnover Actions could reach judgment on such time frame, and the DCG Parties could appeal any judgment in favor of the Debtors. In response to the continued prosecution of the Turnover Actions, or a judgment in favor of the Debtors, the DCG Parties might seek to refinance the DCG Loans on terms that may be less favorable than the terms that the Debtors may otherwise agree to in connection with a consensual resolution.

Please refer to "DCG Position on Agreement in Principle" in **Exhibit F** for DCG's position on the amounts owed by DCG and DCGI to GGC.[10]

(b)    Claims Based on Alter Ego Liability

A primary focus of the Special Committee's Investigation has been potential claims of alter ego liability against DCG, which if successful would result in a finding that DCG is liable for all of the Debtors' unpaid obligations owed to creditors of the Debtors. DCG disputes the viability of any alter ego claims. For a discussion of DCG's purported defenses, please refer to "DCG Response to Alleged Alter Ego Claims" in **Exhibit F** which has been prepared by DCG for inclusion in this Disclosure Statement. The Debtors and Committee strongly disagree with the assertions made by DCG in the DCG Response.

The Investigation found that DCG, the ultimate sole owner of GGC, exerted significant financial and corporate control over GGC. Among other things, the Investigation revealed that DCG referred to GGC as the "de facto" treasury for certain DCG Parties, and did not maintain appropriate corporate formalities, including failing to implement policies with respect to entry into related party transactions, such as the DCG Loans and the DCG Note. In addition, the Investigation determined that DCG did not properly capitalize GGC, that DCG benefited from significant unsecured loans that were not available to other Genesis creditors (who typically had to borrow on a secured basis) and that on several occasions, despite opposition from GGC, DCG was granted flexible or extendible maturity dates and interest rates.

The Investigation also found that, beginning in June 2022, DCG took steps to delay a potential insolvency filing by GGC in a manner that gave DCG and DCGI more time to pay off or extend approximately $830 million in loans, including $100 million due in July 2022 and $50 million due in August 2022. Around that time, GGC faced equity and liquidity constraints and sought to obtain capital injections from DCG. GGC's continued survival was critical to DCG, as a default by GGC could negatively affect the DCG Parties and accelerate intercompany lending arrangements. DCG implemented several intercompany transactions to prevent withdrawals and redemptions by GGC lenders, but these transactions did not resolve GGC's liquidity issues. At the same time, certain DCG Parties continued

---

[10]    DCG's positions are hyperlinked throughout the Amended Disclosure Statement to the relevant section of **Exhibit F**.

extending the time to repay numerous unsecured loans from GGC, further exacerbating GGC's liquidity issues. Several of these loans were ultimately restructured under conditions that were not at arm's length and included terms that may not have reflected market interest rates or maturities.

Below is a brief description of certain transactions considered as part of the Investigation that support a potential claim of alter ego liability against DCG. Some of these facts may also support other potential claims, such as equitable subordination, fraudulent conveyance and/or recharacterization claims.

(i)      DCG Note

As described in Section IV.C(iii) of this Disclosure Statement, on June 30, 2022, DCG assumed a $1.1 billion payable that GAP owed to GGC and evidenced the assumed payable with a $1.1 billion promissory note in favor of GGC that had a 10-year maturity and fixed interest rate of 1% that may, at DCG's option, be paid in kind. To date, DCG has not repaid GGC, nor has it made any interest payments relating to the 10-year DCG Note.

The Investigation has considered 3AC's default on loans made by GAP with working capital from GGC, the assumption of the liability for the amounts owed by GAP to GGC, issuance of the DCG Note to evidence the obligation, the negotiations surrounding the DCG Note, the terms of the DCG Note, and the effect of the DCG Note on GGC's balance sheet, liquidity, net interest margin, equity and underlying business. Based on the Investigation, there is evidence that DCG sought to avoid or delay a GGC bankruptcy and structured the DCG Note to favor its own interests. DCG was concerned that a GGC insolvency or bankruptcy could pose risks to DCG's capital and solvency, but it was also concerned about the risks of using its own assets to improve GGC's equity and liquidity positions. Rather than contribute liquid equity or transfer assets to GGC, in connection with assuming the $1.1 billion payable from GAP to GGC, DCG and its advisors proposed the idea of the DCG Note to satisfy the payable obligation and set the terms of that note, including the 10-year term and 1% paid in kind interest.

The Investigation identified evidence that DCG leadership was involved in crafting the messaging surrounding the support DCG was providing to GGC, which included messaging about GGC as a going concern and did not include the terms of the DCG Note.

Shortly after the execution of the DCG Note at the end of June 2022, GGC was entitled to repayment by DCG of two loans, the January Loan and February Loan, amounting to a net total of $150,000,000 (the January Loan, which was due in July 2022, and the February Loan, which was due in August 2022). DCG also had outstanding loans amounting to $300,000,000 that would be due in May 2023. There was also the outstanding then open term DCGI Loan to DCGI. DCG sought the extension of loans that would become due in July and August 2022. In seeking to extend the maturity dates of the January Loan and February Loan (which would come due in the event of a GGC bankruptcy), DCG was able to retain $150,000,000 in otherwise matured loans due to GGC, benefitting its own liquidity at the detriment of GGC's liquidity and causing a duration mismatch in GGC's loan portfolio.

DCG strongly disagrees with the assertions made by the Debtors with respect to the DCG Note. Please refer to "DCG Response to Claims in Connection with the Note" in **Exhibit F** for DCG's position on the DCG Note.

(ii)      September 29 Transaction

GGC repeatedly requested equity injections from DCG in the summer and fall of 2022. Beginning at the end of June 2022, GGC flagged concerns regarding what it perceived as a flight risk of various lenders, especially large open-term lenders, if its liquidity and equity positions continued to deteriorate. On September 27, 2022, near the end of Q3 2022, DCG's advisors proposed a transaction to contribute $100 million in equity to GGC, whereby (i) GGC would repay an existing $100 million loan extended to it by DCGI; (ii) DCGI would then contribute that $100 million to DCG in the form of a dividend distribution; and (iii) DCG would then contribute the $100 million back to GGC as equity. This transaction was executed on September 29, 2022 (the "September 29 Transaction"). DCG was again seen to provide support to GGC, improving GGC's equity position such that it avoided a run on the bank and a threat to GGC as a going concern.

The Investigation considered the negotiations for the September 29 Transaction (and the discussions leading up to it), the terms of the September 29 Transaction, and the effect of the September 29 Transaction on GGC's balance

sheet, liquidity, net interest margin, equity and underlying business. The evidence shows that DCG and its advisors prepared the documentation for the September 29 Transaction on the same day that the transaction was consummated. Although the September 29 Transaction improved the appearance of GGC's balance sheet, it did not improve GGC's liquidity or net interest margin, nor provide the level of equity support that GGC had determined was necessary to sustain its underlying business. Despite assurances that DCG would support GGC and allow it to remain a going concern, GGC was undercapitalized throughout this period. Additionally, at the same time that DCG proposed the September 29 Transaction, it also sought to further extend its outstanding intercompany loans from GGC without providing any collateral. As a result, GGC continued to suffer liquidity constraints and duration mismatches in its lending portfolio.

The Investigation has also identified potential preference claims against DCGI with respect to the September 29 Transaction. Specifically, the Debtors paid $100,581,975 to DCGI on September 29, 2022, pursuant to the first leg of transaction, described above. This payment to DCGI occurred within the one-year preference period and could potentially be recovered by GGC as a preference.

DCGI asserts that any such claims are without merit and DCGI intends to vigorously defend against any such preference claims, as through the September 29 Transaction, DCGI contributed new value in the amounts set forth above for Genesis' benefit.

(iii)    Transactions on November 10 and 11, 2022

In September and October 2022, deteriorating market conditions increased the likelihood that major GGC open-term lenders, including Gemini, would seek repayment of their loans. Gemini requested that GGC transfer 31 million shares of GBTC to Gemini as collateral to hold on behalf of Gemini Earn customers. On November 10, 2022, GGC began negotiations with DCG on a structure to provide Gemini with the requested assets. While GGC requested that DCG post the GBTC shares to Genesis as collateral for the DCGI Loan, DCG was resistant to this structure and wanted to instead provide the GBTC shares to GGC as repayment for the DCGI Loan.

On November 11, 2022, the parties agreed to the following series of transactions (together, the "November Transactions"):

- DCGI distributed to DCG a dividend of 31,180,804 shares of GBTC. These shares were then transferred from DCG to GGC. Of those approximately 31 million GBTC shares, 5,181,437 GBTC shares were contributed as follows: (i) from DCGI to DCG, (ii) from DCG to GGH, (iii) from GGH to GGC, and (iv) from GGC to GGCI as an injection of equity. The other 25,999,457 GBTC shares were transferred to GGC as a partial repayment of the DCGI Loan, leaving approximately 4,550 BTC still owed to GGC by DCGI. *See* Section IV.C *supra*.

- GGC repaid a $50 million USD loan from DCG executed between the parties on June 15, 2022. This $50 million repayment to DCG was then contributed (i) from DCG to GGH, (ii) from GGH to GGC, and (iii) from GGC to GGCI as an injection of equity. *See* Section IV.C *supra*.

- GGC repaid approximately $40 million worth of loans it owed to DCGI for various transactions. This approximately $40 million was contributed (i) from DCGI to DCG, (ii) from DCG to GGH, (iii) from GGH to GGC, and (iv) from GGC to GGCI as equity in the form of various digital assets.

Altogether, GGCI received approximately $140 million in equity. In return for these equity injections, GGC agreed to extend the maturity dates of (i) the January Loan; (ii) the February Loan; and (iii) the remaining 4,550 BTC portion of the DCGI Loan still owed to GGC by DCGI, each to May 11, 2023 (six-month extensions). *See* Section IV.C *supra*.

The Investigation has focused on the effect of the collapse of the FTX Entities on the Debtors' business, the negotiations between and among Gemini, GGC, and DCG regarding the November Transactions, the terms of the November Transactions, and the effect of the November Transactions on GGC's balance sheet, liquidity, net interest margin, equity and underlying business. The Investigation has also examined whether repayment of the DCGI Loan

in GBTC was adequate given the value and restrictions on GBTC at the time, and the effect of those restrictions on GGC's liquidity position.

The Investigation further identified potential preference claims against certain DCG Parties with respect to the November Transactions.  Specifically, the Debtors paid $40 million to DCGI and $50 million to DCG on November 11, 2022 in connection with the November Transactions, as described above.  These payments to DCG and DCGI have been identified as potential preference payments subject to claw-back.  It is DCG and DCGI's position that any such claims are without merit and the Debtors under that DCG and DCGI intend to vigorously defend against any such preference claims, as through the November Transactions, DCG and DCGI assert that they contributed new value in the amounts set forth above for Genesis' benefit.  Accordingly, DCG and DCGI reserve all rights and defenses with respect to such transactions.

(iv)    Claims Arising out of the Tax Sharing Agreement

On October 5, 2021, DCG entered into an *Agreement to Allocate Consolidated Income Tax Liabilities and Benefits* with GGH and other DCG subsidiaries (the "Tax Sharing Agreement").  The Tax Sharing Agreement provided that DCG would have "maximum discretion regarding the tax affairs" of GGH and other subsidiaries, including over the allocation of tax benefits and liabilities, and that DCG "may deviate from the provisions in the Agreement without causing a breach, and [DCG] may require [GGH and other subsidiaries] to modify and/or amend the terms of [the Tax Sharing Agreement] as [DCG] deems appropriate or fit in [DCG's] sole discretion."

Pursuant to the Tax Sharing Agreement, GGC made payments to DCG of $23,902,602 on April 18, 2022, and $10,384,298 on June 15, 2022.

The terms of the Tax Sharing Agreement and the payments made thereunder, including during times when GGC had significant liquidity constraints, illustrate DCG's ability to exert corporate and financial control over GGC.  The April 18, 2022 and June 15, 2022 payments under the Tax Sharing Agreement also have been identified as potential preference payments subject to claw-back.

DCG strongly disagrees with the assertions made by the Debtors with respect to the Tax Sharing Agreement. Please refer to "DCG Response to Alleged Claims Arising under Tax Sharing Agreement" in **Exhibit F** for DCG's position on the Tax Sharing Agreement.

(v)    Potential Recoveries for Alter Ego Claims

The outcome of a claim based on alter ego liability is generally binary—either the claim will prevail and DCG will be fully liable for the Debtors' unpaid obligations, or the claim will fail and DCG will bear no liability for those obligations.  Alter ego claims are challenging both to prove and to defend against.  Based on the Investigation, an alter ego claim against DCG would present significant litigation risk to DCG, although there are serious challenges in ultimately proving such claim.

Alter ego liability is an exceptional remedy and the burden of proof is generally high.  Alter ego litigation is typically long, expensive, and highly fact-intensive.  Courts evaluate a number of  factors, no single factor being dispositive, to determine whether to pierce a company's corporate veil.  Under Delaware law, courts consider whether the subsidiary was solvent, whether the subsidiary was adequately capitalized, whether corporate formalities were observed, whether the parent siphoned the subsidiary's funds, and whether the subsidiary functioned as a façade for the parent.  Additionally, Delaware law would require a showing of fraud or similar injustice committed by DCG.  In this case, the relevant factors may include (i) the observation of corporate formalities in transactions between GGC and the DCG Parties; (ii) GGC's solvency and capitalization; (iii) siphoning of GGC's funds by the DCG Parties; (iv) any absence of corporate records; (v) whether GGC was merely a façade for the operations of certain DCG Parties; (vi) the independence of GGC's corporate functions and decision-making; and (vii) any payment of dividends by GGC to the DCG Parties.

While the Investigation has uncovered facts that indicate significant litigation risk to DCG with respect to alter ego liability, as described in Section VI.F(i)(b) above, these claims may be difficult to prosecute and are

especially challenging in the context of single-member limited liability companies that are Chapter 11 debtors. As a result, potential recoveries for the alter ego claims are uncertain.

DCG strongly disagrees with the assertions made by the Debtors with respect to the Alter Ego Claims. Please see "DCG Response to Alleged Alter Ego Claims" in **Exhibit F** for DCG's position on the Alter Ego Claims.

(c)    Preference Claims

The Special Committee's Investigation has also focused on identifying and analyzing potential preference claims that the Debtors may have against the DCG Parties. Inclusive of the potential preference claims related to the September 29 Transaction and the November Transactions detailed in Sections VI.F(i)(b)(ii) and (iii) above, the Investigation has identified various payments from the Debtors to certain DCG Parties during the one-year preference period totaling $2,020,314,043. This amount includes:

- $961,073,011 in payments that DCG and its subsidiaries received during the preference period to close out existing loans to the Debtors;
- $913,579,201 in new loans that the Debtors made to DCG and its subsidiaries during the preference period;
- $92,757,482 in collateral returned by the Debtors to DCG during the preference period;
- $7,876,872 in interest payments by the Debtors to DCG during the preference period; and
- $45,027,477 in cash outflows from the Debtors to DCG during the preference period, $34,292,242 of which relates to tax payments under the Tax Sharing Agreement between the Debtors and DCG.

During the preference period, payments in the amounts listed below were made to the following DCG Parties:

- $1,094,278,529 to DCG;
- $413,746,865 to DCGI;
- $138,004,978 to Luno; and
- $101,181,121 to HQ Cash Management Fund LP.

The Investigation has also identified potential preference claims related to the early redemption of loans by various DCG-related insiders with exposure to GGC in June 2022.

(i)    Potential Recoveries for Preference Claims

Although there were approximately $2 billion in intercompany outflows, the large majority of these transactions may be subject to a number of defenses under bankruptcy law, including that (i) GGC was not insolvent at the time of certain transfers; (ii) payments were in the ordinary course of business, consistent with the usual course of dealing between GGC and the DCG Parties; and (iii) certain transactions cannot give rise to preference liability based on a subsequent new value defense.

DCG strongly disagrees with the assertions made by the Debtors with respect to the Preference Claims. Please refer to "DCG Response to Alleged Preference Claims" in **Exhibit F** for DCG's position on the Preference Claims.

(d)    Setoff of Loans Between Luno Australia Pty Ltd. and GGC, DCG and GGC

On January 24, 2022, GGC lent $100,000,000 to DCG, with a maturity date of July 24, 2022. As noted above in Section VI.F(i)(b)(iii), the January Loan's maturity date was extended to May 11, 2023. As described in Section IV.C of this Disclosure Statement, GGC borrowed $52,500,000 from Luno under the Luno MLA. On November 11, 2022, DCG issued a guarantee to Luno regarding GGC's obligations under the Luno MLA. On November 17, 2022, after the collapse of the FTX Entities, Luno demanded repayment of its loan from DCG, resulting in the Luno Transaction.

The Investigation has focused on the provisions of the MLA between GGC and DCG, and between GGC and Luno, contingency and mutuality between the two loans, whether the setoff would be considered equitable and whether the setoff constitutes a fraudulent conveyance.

(i)     Potential Recoveries for Luno Setoff Claims

Depending on the validity of DCG's setoff as governed by the Luno MLA, and potential characterization of the setoff as a fraudulent conveyance, as an action that was unavailable to DCG under common law, or as inequitable and thus unenforceable, GGC's claims against DCG relating to the January Loan could range from $47,500,000 to $100,000,000, plus interest and applicable fees.

DCG strongly disagrees with the assertions made by the Debtors with respect to the Luno Setoff Claims. Please refer to "DCG Response to Alleged Luno Setoff Claims" in **Exhibit F** for DCG's position on the Luno Setoff Claim.

(e)     DCG's Liability Under the Assumption and Assignment Agreement Relating to the Three Arrows Capital Loans

Between January 2019 and the date of 3AC's default in June 2022, GAP extended loans to 3AC (the "3AC Loans") pursuant to a Master Loan Agreement dated January 10, 2019, and a Master Loan Agreement dated January 24, 2020 (together, the "3AC MLAs"). Exchanges of collateral in connection with the 3AC Loans were governed by a Pledge Agreement dated May 28, 2020, a Pledge Agreement dated November 16, 2021, and a Pledge Agreement dated January 27, 2022 (collectively, the "Pledge Agreements"). On June 27, 2022, 3AC commenced the 3AC Liquidation Proceeding before the BVI Court and subsequently sought recognition of the proceeding in the Bankruptcy Court for the Southern District of New York. *See* Verified Pet. Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief, In re Three Arrows Capital, Ltd., *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y. July 1, 2022), ECF No. 2, at ¶ 1.

On July 14, 2022, GAP and DCG executed an Assignment and Assumption of Master Loan Agreement (the "3AC Loan Assignment and Assumption Agreement"), by which (i) GAP assigned to DCG all of its outstanding 3AC Loans, (ii) DCG assumed all liabilities of GAP under the MLAs; and (iii) GAP assigned to DCG, and DCG assumed, all of GAP's rights and obligations pursuant to the Pledge Agreements, as well as rights to any remaining collateral received by GAP.

On August 18, 2023, 3AC filed the Amended 3AC Claims, *see* Section VI.N(ii)(b) *infra*, (i) seeking damages in respect of certain of the collateral pledged by 3AC to GAP pursuant to the Pledge Agreements that was foreclosed upon by Genesis (the "3AC Loan-Related Claims"), and (ii) describing "potential" claims for avoidance of transfers made by 3AC to GAP pursuant to 3AC's obligations under the MLAs and Pledge Agreements in connection with the 3AC Loans (the "3AC Preference Claims"). *See* Amended 3AC Claims at ¶ 37, 45, 50, 56, 65. The Amended 3AC Claims fail to plead with particularity the origin or circumstances of the transfers of the assets purportedly subject to the 3AC Loan-Related Claims. *See* Renewed 3AC Objection at ¶ 46. However, because the entire lending and borrowing relationship between GAP and 3AC was governed by the MLAs and the Pledge Agreements, all of the assets subject to the 3AC Claims were transferred pursuant to the MLAs and the Pledge Agreements. *See* Renewed 3AC Objection at ¶ 77.

Therefore, pursuant to the 3AC Loan Assignment and Assumption Agreement, DCG is liable for any and all amounts that may be due in connection with the 3AC Loan-Related Claims, the "potential" 3AC Preference Claims, and any other claims under or related to the MLAs and the Pledge Agreements. DCG has disputed the Debtors' view of DCG's liability under the 3AC Assignment and Assumption Agreement.

DCG strongly disagrees with the assertions made by the Debtors with respect to DCG's liability under the 3AC Assignment and Assumption Agreement. Please refer to "DCG Response to Alleged Claims under the Assignment and Assumption Agreement" in **Exhibit F** for DCG's position on the Assignment and Assumption Agreement.

(f)     DCG Parties' Reservation of Rights

Please refer to "DCG Reservation of Rights" in **Exhibit F** for DCG's reservation of rights with respect to any and all alleged claims identified herein or in the future by any party.

      (g)      The Impact on Recoveries from the Causes of Action in the Event of the Debtors' Solvency

Please refer to "The Impact on Recoveries From the Causes of Action In the Event of the Debtors' Solvency" in **Exhibit F** for DCG's position on the impact of recoveries in the event of the Debtors' solvency. The Debtors disagree with DCG's position. As noted above, DCG has defaulted on approximately $627 million in loans that were due in May 2023 and continue to owe the Debtors more than $430 million in defaulted debt. In addition, as described above, the Special Committee has investigated the DCG Parties' conduct and determined that they have colorable claims against the DCG Parties. The Debtors have reserved their right to subordinate the DCG Claims. No distributions under the Amended Plan shall be made on account of Equity Interests in GGH until all Claims are ultimately determined by a Final Order to have been rendered Unimpaired. Moreover, no distribution will be made to DCG in the event there are still pending disputes or litigation between the Wind-Down Debtors and the DCG Parties.

      *(ii)*      ***Potential Claims Against Gemini and/or the Gemini Lenders***

In the exercise of its fiduciary duties, the Special Committee has investigated and analyzed potential litigation Causes of Action against Gemini and the Gemini Lenders, including, but not limited to, preferences, constructive fraudulent conveyances, and declaratory judgments relating to Gemini's purported foreclosure on the August 2022 Collateral and its assertion of a security interest in the Additional GBTC Shares. The investigation considered, among other things, prepetition transactions, including transfers of collateral, Gemini's purported foreclosure, and other conduct involving Gemini and the Gemini Lenders.

On October 27, 2023, Gemini filed the Gemini Adversary Proceeding (defined below) naming the Debtors as defendants. In the Gemini Adversary Proceeding, Gemini seeks declaratory judgments from the Bankruptcy Court that (1) it validly foreclosed on the August 2022 Collateral and is entitled to set off the proceeds of its purported foreclosure on the August 2022 Collateral, (2) it has a security interest in the Additional GBTC Shares, and/or (3) the Additional GBTC Shares are not property of the Debtors' estates. The complaint filed by Gemini in the Gemini Adversary Proceeding alternatively asserts a claim of constructive trust over the Additional GBTC Shares. On November 21, 2023, the Debtors filed a motion to dismiss the majority of the claims asserted in the Adversary Proceeding, asserting that (1) the Adversary Proceeding should be dismissed as to Holdco and GAP for failure to state a claim against such entities and (2) the Adversary Proceeding's claims that (i) Gemini has a security interest in the Additional GBTC shares, (ii) the Additional GBTC Shares are not property of the Debtors' estates, and (iii) Gemini is entitled to a constructive trust over the Additional GBTC Shares, should be dismissed because such claims fail based on the language of the relevant agreements and/or as a matter of law. Also on November 21, 2023, the Debtors filed an answer to Gemini's complaint, denying the allegations in support of Gemini's claim that it validly foreclosed on the August 2022 Collateral and is entitled to set off the proceeds of its purported foreclosure on the August 2022 Collateral, principally by asserting counterclaims that no valid foreclosure took place with respect to the August 2022 Collateral. The Debtors also asserted that the November 7, 2022 amendment to the Security Agreement is avoidable pursuant to section 548 of the Bankruptcy Code. Gemini's response to the Debtors' positions in the above-discussed dispute are described in **Exhibit G** hereto.

On November 21, 2023, GGC commenced the Gemini Preference Action (defined below) naming Gemini and the Gemini Lenders as defendants. In the Gemini Preference Action, GGC seeks to avoid and recover payments from the Debtors to Gemini and/or the Gemini Lenders during the ninety-day preference period with a gross total of approximately $689,302,000, plus interest and costs. The complaint filed by GGC in the Gemini Preference Action also seeks to disallow any Claims filed by Gemini and/or the Gemini Lenders until such time as the property at issue in the Gemini Preference Action is returned to GGC or the value of such property is paid to GGC.

The Special Committee reserves the right to supplement this description at any time. The descriptions of the various Causes of Action in this Disclosure Statement are intended to assist Holders of Claims entitled to vote on the Amended Plan in evaluating the benefits and risks of the Amended Plan. Nothing in this Disclosure Statement is, or should be construed as, an admission, or in any way limits or prejudices the Debtors or their pursuit of Causes of

Action against any of Gemini or the Gemini Lenders and any and all rights of the Debtors or the Wind-Down Debtors with respect to the pursuit of Causes of Action against any or all of Gemini or the Gemini Lenders, regardless of whether they are described herein, are fully reserved. Importantly, nothing in this Disclosure Statement is, or should be construed as, a representation as to whether the Debtors or the Wind-Down Debtors will ultimately be successful or unsuccessful in pursuit of any of the Retained Causes of Action. Litigation is inherently uncertain and any recovery will depend upon a number of factors, including the probability of success in litigation, the difficulties in collection and the expense and delay of litigation. Many of these factors are not within the Debtors' control and, litigation of the Retained Causes of Action may not result in any incremental distributable value to the Debtors' estates.

(a)      Preference Claims

The Special Committee's Investigation has focused on identifying and analyzing potential preference claims that the Debtors may have against Gemini and/or the Gemini Lenders. The Investigation has identified various payments from the Debtors to Gemini and/or the Gemini Lenders during the ninety-day preference period with a gross total of approximately $689,302,000. Moreover, the allegations in Gemini's Adversary Proceeding concede that the Debtors were insolvent during this time. As noted above, on November 21, 2023, GGC filed the Gemini Preference Action against Gemini and the Gemini Lenders seeking to avoid and recover these payments.

(i)      Potential Recoveries for Preference Claims

Although there were approximately $689,302,000 in outflows, the large majority of these transactions may be subject to a number of defenses under bankruptcy law, including that (i) payments were in the ordinary course of business, consistent with the usual course of dealing between GGC Gemini and/or the Gemini Lenders; (ii) the transactions are protected from avoidance by the Bankruptcy Code's "safe harbor" provisions; and/or (ii) certain transactions cannot give rise to preference liability based on a subsequent new value defense.

(b)      Declaratory Judgments and Preferential Transfers

The Special Committee has analyzed the claims raised in the Adversary Proceeding. The Special Committee has concluded that the claims raised in the Adversary Proceeding are not meritorious, and the Debtors have sought relief in the form of dismissal of the claims on the merits and counterclaims in the same action. Specifically, as described above, the Debtors have moved to dismiss and/or asserted counterclaims and sought declaratory judgments on the grounds that (1) Gemini did not foreclose on the August 2022 Collateral and (2) Gemini does not have a security interest in the Additional GBTC Shares, which remain property of GGC. The Debtors have also asserted that, to the extent that Gemini prevails on its claims that the Additional GBTC Shares were validly pledged, such pledge is a voidable preference pursuant to Section 547 of the Bankruptcy Code.

(i)      Potential Recoveries from Declaratory Judgments

Declaratory judgments in favor of the Debtors on the above-described issues would result in a determination by the court that the August 2022 Collateral was not foreclosed upon in November 2022, and therefore remains collateral held by Gemini for the benefit of the Earn Users, such that the current value of the August 2022 Collateral (more than $900 million) is the appropriate value to use as the set-off amount for the Gemini Lenders' claims against GGC, rather than the much lower price at which Gemini purported to sell the August 2022 Collateral to itself, to the detriment of the Gemini Lenders, in November 2022.

(c)      Constructive Fraudulent Conveyance

As discussed in Section IV.C above, on August 15, 2022, GGC and Gemini executed a Security Agreement (the "Security Agreement") pursuant to which GGC transferred the August 2022 Collateral to Gemini in support of the Gemini Borrowings. The Security Agreement provided that the August 2022 Collateral would be returned to GGC on November 15, 2022 irrespective of the Gemini Borrowings outstanding as of that date. On November 7, 2022, GGC and Gemini executed an amendment to the Security Agreement (the "First Amendment to the Security Agreement") by which GGC agreed that the August 2022 Collateral would be returned to GGC when it had repaid the Gemini Borrowings in full, rather than on November 15, 2022. No consideration was given by Gemini in exchange for GGC's agreement to extend the term of the pledge, which facts support the constructive fraudulent conveyance

45

counterclaim brought by GGC in the Gemini Adversary Proceeding for the value given by GGC in the First Amendment to the Security Agreement.

(i)    Potential Recoveries for Constructive Fraudulent Conveyance Claim

If the Bankruptcy Court finds in favor of the Debtors on the constructive fraudulent conveyance claim against Gemini, it will set aside the effective elimination of Gemini's obligation to return the August 2022 Collateral on November 15, 2022 (i.e. the agreement in the First Amendment to the Security Agreement to extend the term of the pledge of the August 2022 Collateral), and return the parties to their positions prior to the execution of the First Amendment to the Security Agreement, whereby Gemini would have been obligated to return the August 2022 Collateral prior to its alleged foreclosure. GGC would then be entitled to a return of the August 2022 Collateral or its value as determined by the Bankruptcy Court, in accordance with the terms of the Security Agreement prior to its amendment.

### G.    The Committee's Investigation

The Committee, in furtherance of its fiduciary duty to unsecured creditors, has been investigating all prepetition conduct that may give rise to potential claims or causes of action against third parties, including the DCG Parties. Such claims may be a valuable source for improving creditor recoveries. To date, the Committee has received approximately 100,000 documents from the Debtors, DCG, and Gemini, with productions from the Debtors still being made on an ongoing basis.

The Committee's investigations focused on issues identified above that were the subject of the Special Committee's investigation, with a special focus on alter ego and preference claims. The Committee also focused on statements made publicly or to individual investors by DCG concerning the DCG Note, as well as the extent to which communications by the Debtors were directed by DCG.

The Committee's advisors have shared the findings of their investigation with the Committee members on a regular basis to inform the Committee as to the scope and strength of potential litigation claims against the DCG Parties and other third parties. The Committee agrees with the Special Committee's assessment of the potential claims against the DCG Parties. Additionally, the Committee believes that certain transactions and transfers with, or directed by, DCG contributed to the Genesis liquidity issues that precipitated the Chapter 11 Cases.

The Debtors understand that DCG rejects these assertions and intends to vigorously defend against any such claims.

### H.    Redaction Decision

On April 24, 2023, the Bankruptcy Court conducted an evidentiary hearing on the motions by the Debtors and the Committee to redact all personally identifiable information ("PII") for the Debtors' lenders, including both individual and institutional lenders, from publicly-filed documents, including Schedules and Statements. The Debtors and the Committee sought to redact PII of the Debtors' lenders from public filings on the grounds of two alternate arguments based on two separate provisions of the Bankruptcy Code: (i) as confidential commercial information under section 107(b) of the Bankruptcy Code and (ii) based on undue risk of harm under section 107(c) of the Bankruptcy Code, ECF Nos. 14, 67, 137. The Bankruptcy Court agreed that PII of both individual and institutional lenders should be redacted under section 107(b) based on the first argument and issued a memorandum decision on August 4, 2023, ECF No. 581. On September 12, 2023, the Bankruptcy Court entered an order granting the motions as set forth in the Bankruptcy Court's decision, ECF No. 694.

### I.    Cash Cloud Proceedings

Holdco is the lender with respect to (i) an unsecured loan facility in the aggregate principal amount of approximately $100 million to Cash Cloud Inc. ("Cash Cloud", such facility, the "Cash Cloud Facility") and (ii) a secured promissory note in the aggregate principal amount of $7.5 million, secured by substantially all of the assets of Cash Cloud (such lien, the "Lien"), and such note, the "Cash Cloud Note"). This Cash Cloud Facility was originally between GGC and Cash Cloud pursuant to that certain Master Loan Agreement dated July 27, 2020. On October 29,

**Exhibit E**

**The Lenox Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### DECLARATION OF BRAD LENOX
### IN SUPPORT OF DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF
### CONFIRMATION AND OMNIBUS REPLY TO OBJECTIONS TO CONFIRMATION
### OF THE PLAN OF REORGANIZATION OF GENESIS GLOBAL HOLDCO, LLC
### *ET AL.*, UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Brad Lenox, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to the Debtors in the above-captioned chapter 11 case.

2.      I respectfully submit this declaration in support of the *Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the Plan of Reorganization of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code* (the "Memorandum").[2]

3.      A true and correct copy of the Master Borrow Agreement between ████████ ████,[3] as lender, and GGC, as borrower, dated August 3, 2021, a copy of which is attached hereto as Exhibit 1.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]      Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Memorandum.

[3]      Pursuant to the *Order Granting the Debtors' and the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information*, ECF No. 694 (the



4.      A true and correct copy of the Master Borrow Agreement between ███████
███████, as lender, and GGC, as borrower, dated September 27, 2022, a copy of which is attached

hereto as <u>Exhibit 2</u>.

5.      A true and correct copy of the Master Borrow Agreement between ███████
███████████, as lender, and GGC, as borrower, dated August 24, 2021, a copy of which is

attached hereto as <u>Exhibit 3</u>.

6.      A true and correct copy of the Master Borrow Agreement between █████████,

as lender, and GGC, as borrower, dated November 22, 2021, a copy of which is attached hereto

as <u>Exhibit 4</u>.

7.      A true and correct copy of the Master Borrow Agreement between ██████████
███████, as lender, and GGC, as borrower, dated April 10, 2021, a copy of which is attached

hereto as <u>Exhibit 5</u>.

8.      A true and correct copy of the Master Borrow Agreement between ███████████
██, as lender, and GGC, as borrower, dated January 14, 2022, a copy of which is attached hereto

as <u>Exhibit 6</u>.

9.      A true and correct copy of the Master Borrow Agreement between ██████████,

as lender, and GGC, as borrower, dated June 18, 2021, a copy of which is attached hereto as

<u>Exhibit 7</u>.

10.      A true and correct copy of the Master Borrow Agreement between ██████████
███████, as lender, and GGC, as borrower, dated March 5, 2021, a copy of which is attached

hereto as <u>Exhibit 8</u>.

---

"<u>Redaction Order</u>"), the Debtors have redacted personally identifying creditor information included herein and filed
Exhibits 1–9 attached hereto under seal.

3

11.    A true and correct copy of the Master Borrow Agreement between ██████, as

lender, and GGC, as borrower, dated March 2, 2021, a copy of which is attached hereto as

Exhibit 9.[4]

Dated: February 15, 2024
        New York, New York

                                Respectfully submitted,


                                */s/ Brad Lenox*
                                Brad Lenox
                                blenox@cgsh.com
                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                One Liberty Plaza
                                New York, New York  10006
                                T: 212-225-2000
                                F: 212-225-3999

                                *Counsel to the Debtors and*
                                *Debtors-in-Possession*

---

[4]    Exhibits 1–9 are collectively referred to herein and in the Memorandum as the "CCAHG MBAs."

**Exhibit 1**

███████ **MBA**

**[REDACTED FOR PII]**

## Exhibit 2

 **MBA**

**[REDACTED FOR PII]**

**Exhibit 3**

█████ **MBA**

**[REDACTED FOR PII]**

## Exhibit 4

███ **MBA**

**[REDACTED FOR PII]**

**Exhibit 5**

█████████ MBA

**[REDACTED FOR PII]**

## Exhibit 6

■ MBA

**[REDACTED FOR PII]**

## Exhibit 7

█████ **MBA**

**[REDACTED FOR PII]**

**Exhibit 8**

██████ **MBA**

**[REDACTED FOR PII]**

**<u>Exhibit 9</u>**

█████ **MBA**

**[REDACTED FOR PII]**