John A. Pintarelli
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1213
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish*
*and James Drury, in their capacities as Joint Liquidators*
*of Three Arrows Fund, Ltd (in Liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |

<u>**NOTICE OF APPEARANCE OF JOHN A. PINTARELLI**</u>

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Pillsbury Winthrop Shaw Pittman LLP
> 31 West 52nd Street
> New York, New York 10019
> Telephone: (212) 858-1213
> Facsimile: (212) 858-1500
> John Pintarelli
> E-mail: john.pintarelli@pillsburylaw.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For purposes of these Chapter 11 cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10003.

Dated: February 16, 2024
     New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ John A. Pintarelli
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1213
Facsimile: (212) 858-1500
John Pintarelli
E-mail: john.pintarelli@pillsburylaw.com

*Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*