**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### MONTHLY FEE STATEMENT OF KROLL RESTRUCTURING ADMINISTRATION LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from January 1, 2024 through January 31, 2024 (the "**Statement Period**").  In accordance with the *Order Establishing  Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 101] (the "**Compensation Order**"), Kroll seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to $26,250.84 and payment of $21,000.67, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd.. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Period in an amount equal to $0.00.  In support of the Statement, Kroll respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Kroll Restructuring Administration LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 24, 2023, *nunc pro tunc* to January 19, 2023 |
| Period for which compensation and reimbursement is sought: | January 1, 2024 through January 31, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | $26,250.84[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $21,000.67 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$21,000.67** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

**Prior Interim Fee Applications**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/15/23; ECF No. 936 | 1/19/23 – 9/30/23 | $23,114.00 | $0.00 | $20,802.60[3] | $0.00 |

**Prior Monthly Statements**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 7/20/23; ECF No. 532 | 5/1/23 – 6/30/23 | $12,297.60 (payment of 90% or $11,067.84) | $0.00 | $11,067.84 (90% of $12,297.60) | $0.00 | $1,229.76 |
| 8/30/23; ECF No. 639 | 7/1/23 – 7/31/23 | $8,796.00 (payment of 90% or $7,916.40) | $0.00 | $7,916.40 (90% of $8,796.00) | $0.00 | $879.60 |
| 9/21/23; ECF No. 727 | 8/1/23 – 8/31/23 | $1,526.40 (payment of 90% or $1,373.76) | $0.00 | $1,373.76 (90% of $1,526.40) | $0.00 | $152.64 |
| 10/24/23; ECF No. 835 | 9/1/23 – 9/30/23 | $494.00 (payment of 90% or $444.60) | $0.00 | $444.60 (90% of $494.00) | $0.00 | $49.40 |
| 11/20/23; ECF No. 957 | 10/1/23 – 10/31/23 | $1,995.20 (payment of 80% or $1,596.16) | $0.00 | $1,596.16 (80% of $1,995.20) | $0.00 | $399.04 |
| 12/20/23; ECF No. 1069 | 11/1/23 – 11/30/23 | $15,952.80 (payment of 80% or $12,762.24) | $0.00 | $12,762.24 (80% of $15,952.80) | $0.00 | $3,190.56 |
| 1/24/24; ECF No. 1192 | 12/1/23 – 12/31/23 | $18,973.20 (payment of 80% or $15,178.56) | $0.00 | $15,178.56 (80% of $18,973.20) | $0.00 | $3,794.64 |

**Summary of Hours Billed by Kroll Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate[4] | Total |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 0.40 | $269.50 | $107.80 |
| Johnson, Craig | Director of Solicitation | 9.20 | $269.50 | $2,479.40 |
| Orchowski, Alex T | Director of Solicitation | 57.40 | $269.50 | $15,469.30 |

---

[3] Pursuant to the Court's interim fee order entered at Docket No. 1051, 90% of allowed fees for the first interim fee period are currently eligible for payment.
[4] Kroll's hourly rates increased effective January 1, 2024 in accordance with the terms of Kroll's retention.

| | | | | |
|---|---|---|---|---|
| Sharp, David | Director of Solicitation | 2.60 | $269.50 | $700.70 |
| Adbul Hakeem, Shakir | Solicitation Consultant | 3.80 | $242.00 | $919.60 |
| Brodeur, Sarah | Solicitation Consultant | 2.80 | $242.00 | $677.60 |
| Brown, Mark M | Solicitation Consultant | 0.40 | $242.00 | $96.80 |
| Crowell, Messiah L | Solicitation Consultant | 17.50 | $242.00 | $4,235.00 |
| Gache, Jean | Solicitation Consultant | 5.10 | $242.00 | $1,234.20 |
| Steinberg, Zachary | Solicitation Consultant | 18.00 | $242.00 | $4,356.00 |
| Chan, Andrew Q | Consultant | 1.40 | $198.00 | $277.20 |
| Hernandez, Javier | Consultant | 1.00 | $198.00 | $198.00 |
| Kouskorskaya, Yaroslava | Consultant | 0.30 | $198.00 | $59.40 |
| Pagan, Chanel C | Consultant | 6.00 | $198.00 | $1,188.00 |
| Gorina, Anastasia | Consultant | 3.50 | $192.50 | $673.75 |
| Markesinis, Ioannis N | Consultant | 0.80 | $176.00 | $140.80 |
| | **TOTAL** | **130.20** | | **$32,813.55**[5] |
| | **BLENDED RATE** | | **$252.02** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 32.40 | $7,275.95 |
| Call Center / Credit Inquiry | 12.40 | $3,341.80 |
| Disbursements | 6.60 | $1,597.20 |
| Retention / Fee Application | 1.40 | $305.80 |
| Solicitation | 77.40 | $20,292.80 |
| **TOTAL** | **130.20** | **$32,813.55**[6] |

### Summary of Expenses Incurred by Kroll Employee During the Statement Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[5, 6] This amount has been discounted to $26,250.84 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $201.62.

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.      On January 19, 2023 (the "**Petition Date**"), each of the Debtors commenced with the Court a voluntary case under chapter 11 the Bankruptcy Code. The Debtors are authorized to continue to operate their business and. manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases. On February 3, 2023, an official committee of unsecured creditors was appointed in these cases [Docket No. 55].

## Retention of Kroll

3.      On February 24, 2023, the Court entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor* Nunc Pro Tunc *to the Petition Date* [Docket No. 107] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Kroll as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4.      Kroll submits this Statement in accordance with the Compensation Order.  All services for which Kroll requests compensation were performed for, or on behalf of, the Debtors.

5.      Kroll seeks (a) allowance of reasonable and necessary fees incurred during the
Statement Period in the total amount of $26,250.84 and payment of $21,000.67, which represents
80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses
incurred during the Statement Period in the amount of $0.00.

6.      Kroll maintains computerized records of the time spent by employees of Kroll in
connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**:
(a) identifies the employee that rendered services in each task category; (b) describes each service
such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour
spent by each individual providing services; and (d) as applicable, sets forth the type of expenses
incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Kroll employee during
the Statement Period, if any.  In addition, Kroll's hourly rates are set at a level designed to fairly
compensate Kroll for the work of its employees and cover routine overhead expenses.  Hourly
rates vary with the experience and seniority of the individuals assigned and are subject to periodic
adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code,
the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the
time expended, (c) the rates charged for such services, (d) the nature and extent of the services
rendered, (e) the value of such services and (f) the costs of comparable services other than in a
case under this title.

### Notice

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice
Parties (as defined in the Compensation Order).  Kroll submits, in light of the relief requested, no
other or further notice is necessary.

## Conclusion

9.      WHEREFORE, pursuant to the Compensation Order, Kroll respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $26,250.84 and payment of $21,000.67, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated: February 20, 2024
     New York, New York

Kroll Restructuring Administration LLC

*/s/ Shira D. Weiner*
Shira D. Weiner
Gabriel Brunswick
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

**<u>Exhibit A</u>**

**Fee Detail**



### Hourly Fees by Employee through January  2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| INM | Markesinis, Ioannis N | CO - Consultant | 0.80 | $176.00 | $140.80 |
| AGOR | Gorina, Anastasia | CO - Consultant | 3.50 | $192.50 | $673.75 |
| AQC | Chan, Andrew Q | CO - Consultant | 1.40 | $198.00 | $277.20 |
| JAH | Hernandez, Javier | CO - Consultant | 1.00 | $198.00 | $198.00 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 0.30 | $198.00 | $59.40 |
| CCP | Pagan, Chanel C | CO - Consultant | 6.00 | $198.00 | $1,188.00 |
| SHAH | Adbul Hakeem, Shakir | SA - Solicitation Consultant | 3.80 | $242.00 | $919.60 |
| SABR | Brodeur, Sarah | SA - Solicitation Consultant | 2.80 | $242.00 | $677.60 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 0.40 | $242.00 | $96.80 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 17.50 | $242.00 | $4,235.00 |
| JGA | Gache, Jean | SA - Solicitation Consultant | 5.10 | $242.00 | $1,234.20 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 18.00 | $242.00 | $4,356.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 9.20 | $269.50 | $2,479.40 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 57.40 | $269.50 | $15,469.30 |
| DS | Sharp, David | DS - Director of Solicitation | 2.60 | $269.50 | $700.70 |
| GB | Brunswick, Gabriel | MD - Managing Director | 0.40 | $269.50 | $107.80 |
| | | **TOTAL:** | **130.20** | | **$32,813.55** |

### Hourly Fees by Task Code through January  2024

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 32.40 | $7,275.95 |
| DISB | Disbursements | 6.60 | $1,597.20 |
| INQR | Call Center / Creditor Inquiry | 12.40 | $3,341.80 |
| RETN | Retention / Fee Application | 1.40 | $305.80 |
| SOLI | Solicitation | 77.40 | $20,292.80 |

Genesis Global Holdco, LLC

Invoice #: 23340

**TOTAL:    130.20        $32,813.55**

Genesis Global Holdco, LLC                                                                            Page 3

Invoice #: 23340

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 01/02/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.70 |
| 01/02/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.50 |
| 01/02/24 | ATO | DS | Create preliminary voting report for circulation to the case professionals | Solicitation | 1.80 |
| 01/02/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 01/02/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 01/02/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 01/02/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 01/03/24 | AQC | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 01/03/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/03/24 | ATO | DS | Respond to creditor inquiries related to distributions | Call Center / Creditor Inquiry | 0.30 |
| 01/03/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 01/04/24 | AQC | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 01/04/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/04/24 | ATO | DS | Create preliminary voting reports for circulation to case professionals | Solicitation | 1.90 |
| 01/04/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 01/04/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 01/04/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 01/05/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 01/05/24 | ATO | DS | Confer with T. Evangelista (Kroll) to address creditor inquiries related to claim transfers and voting | Call Center / Creditor Inquiry | 0.40 |
| 01/05/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 1.20 |
| 01/05/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 01/05/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 01/05/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 01/05/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 01/07/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/08/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / | 1.20 |

Genesis Global Holdco, LLC

Page 4

Invoice #: 23340

| | | | | | |
|---|---|---|---|---|---|
| | | | | Creditor Inquiry | |
| 01/08/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.90 |
| 01/08/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the voting results | Solicitation | 0.60 |
| 01/08/24 | ATO | DS | Prepare a preliminary voting report for circulation to the case professionals | Solicitation | 1.30 |
| 01/08/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 01/08/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 01/08/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.80 |
| 01/08/24 | SHAH | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.50 |
| 01/08/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 01/09/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.50 |
| 01/09/24 | ATO | DS | Respond to inquiries from M. Papandrea (Lowenstein Sandler) related to solicitation | Solicitation | 0.30 |
| 01/09/24 | ATO | DS | Prepare a preliminary voting report for circulation to the case professionals | Solicitation | 1.10 |
| 01/09/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the draft voting report | Solicitation | 0.30 |
| 01/09/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 01/09/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 01/09/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.20 |
| 01/09/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 0.60 |
| 01/09/24 | SHAH | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 2.30 |
| 01/09/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 01/09/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 01/10/24 | AQC | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 01/10/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.20 |
| 01/10/24 | ATO | DS | Respond to inquiries from J. Sciametta (Alvarez & Marsal) related to solicitation | Solicitation | 0.50 |
| 01/10/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the voting report | Solicitation | 0.40 |
| 01/10/24 | ATO | DS | Prepare preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 01/10/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the voting results | Solicitation | 0.30 |
| 01/10/24 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary) related to solicitation | Solicitation | 0.40 |
| 01/10/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 1.40 |

Genesis Global Holdco, LLC                                                                                   Page 5

Invoice #: 23340

| 01/10/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
|---|---|---|---|---|---|
| 01/10/24 | CJ | DS | Manage compilation of final voting results | Solicitation | 0.40 |
| 01/10/24 | GB | MD | Draft monthly fee statement | Retention / Fee Application | 0.40 |
| 01/10/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 01/10/24 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 01/10/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 01/11/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/11/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 1.40 |
| 01/11/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the preliminary voting results | Solicitation | 0.30 |
| 01/11/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the preliminary voting report | Solicitation | 0.40 |
| 01/11/24 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary) related to solicitation | Solicitation | 0.90 |
| 01/11/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.20 |
| 01/11/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the voting report | Solicitation | 0.60 |
| 01/11/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.90 |
| 01/11/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.00 |
| 01/12/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 2.20 |
| 01/12/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/12/24 | ATO | DS | Confer with M. Crowell (Kroll) regarding the ballot audit and final voting results | Solicitation | 0.40 |
| 01/12/24 | ATO | DS | Telephone conference with J. Margolin (Hughes Hubbard) related to the Gemini voting report | Solicitation | 0.40 |
| 01/12/24 | ATO | DS | Respond to inquiries from P. Kinealy (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 01/12/24 | ATO | DS | Conduct quality assurance review of the draft voting report | Solicitation | 2.40 |
| 01/12/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 01/12/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 01/12/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.20 |
| 01/12/24 | ZS | SA | Review preliminary voting report for potential duplicative votes for circulation to case professionals | Solicitation | 2.50 |
| 01/12/24 | ZS | SA | Review PSA parties for accept votes to be circulated to case professionals | Solicitation | 2.50 |
| 01/12/24 | ZS | SA | Coordinate with technology services re voting script updates | Solicitation | 2.00 |
| 01/12/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 2.50 |
| 01/14/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / | 0.20 |

Genesis Global Holdco, LLC

Page 6

Invoice #: 23340

| | | | | Creditor Inquiry | |
|---|---|---|---|---|---|
| 01/16/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 0.50 |
| 01/16/24 | ATO | DS | Respond to inquiries from J. Margolni (Hughes Hubbard) related to solicitation | Solicitation | 0.80 |
| 01/16/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 01/16/24 | ATO | DS | Conduct quality assurance review of the preliminary voting results | Solicitation | 0.80 |
| 01/16/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary Gottlieb) related to solicitation | Solicitation | 0.80 |
| 01/16/24 | JGA | SA | Prepare vote declaration | Solicitation | 2.00 |
| 01/16/24 | ZS | SA | Prepare vote declaration | Solicitation | 1.00 |
| 01/17/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 01/17/24 | JGA | SA | Prepare vote declaration | Solicitation | 0.20 |
| 01/17/24 | ZS | SA | Prepare vote declaration | Solicitation | 2.50 |
| 01/18/24 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary Gottlieb) related to the voting results | Solicitation | 0.60 |
| 01/18/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the voting results | Solicitation | 1.60 |
| 01/19/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 01/22/24 | ATO | DS | Conduct quality assurance review of the Gemini voting statement | Solicitation | 0.90 |
| 01/22/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.70 |
| 01/22/24 | CJ | DS | Conduct quality assurance review of vote tabulation and finalization of voting reports | Solicitation | 1.10 |
| 01/23/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 0.80 |
| 01/23/24 | ATO | DS | Confer with C. Johnson (Kroll) re edits to the draft voting declaration | Solicitation | 0.20 |
| 01/23/24 | ATO | DS | Finalize the voting report for circulation to the case professionals | Solicitation | 1.60 |
| 01/23/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 0.80 |
| 01/23/24 | CJ | DS | Conduct quality assurance review of vote tabulation and finalization of voting reports to be attached to voting declaration | Solicitation | 2.30 |
| 01/23/24 | CJ | DS | Review, revise, and circulate to R. Minott and J. VanLare (CGSH) draft of voting declaration | Solicitation | 1.20 |
| 01/23/24 | CJ | DS | Confer with A. Orchowski (Kroll) re edits to the draft voting declaration | Solicitation | 0.20 |
| 01/24/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the finalization of the vote declaration | Solicitation | 0.50 |
| 01/24/24 | ATO | DS | Confer with D. Malo (Kroll) regarding omnibus objection | Solicitation | 0.70 |

Genesis Global Holdco, LLC                                                          Page 7

Invoice #: 23340

| | | | | | |
|---|---|---|---|---|---|
| | | | orders and the voting results | | |
| 01/24/24 | ATO | DS | Confer with C. Garroway (Kroll) regarding the conversion rates used to finalize voting amounts | Solicitation | 0.50 |
| 01/24/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/24/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.30 |
| 01/24/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.80 |
| 01/24/24 | CJ | DS | Coordinate with A. Orchowski (Kroll) re review of draft voting declaration | Solicitation | 0.20 |
| 01/24/24 | CJ | DS | Conduct quality assurance review of vote tabulation and final reporting thereof | Solicitation | 1.40 |
| 01/24/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.80 |
| 01/24/24 | JAH | CO | Review and file monthly fee statement | Retention / Fee Application | 1.00 |
| 01/25/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to the vote declaration | Solicitation | 1.40 |
| 01/25/24 | ATO | DS | Confer with G. Brunswick and C. Johnson (Kroll) regarding the vote declaration | Solicitation | 1.10 |
| 01/25/24 | ATO | DS | Respond to inquiries from J. Vanlare and M. Hatch (Cleary) related to the vote declaration | Solicitation | 1.50 |
| 01/25/24 | ATO | DS | Finalize the vote declaration | Solicitation | 5.10 |
| 01/25/24 | CJ | DS | Conduct quality assurance review of vote tabulation and the finalization of the voting declaration and monitor e-mails relating thereto | Solicitation | 1.30 |
| 01/25/24 | CJ | DS | Review revised draft voting declaration and voting reports attached as exhibits thereto | Solicitation | 0.70 |
| 01/25/24 | CJ | DS | Coordinate with A. Orchowski (Kroll) re finalization of voting declaration and voting reports attached as exhibits thereto | Solicitation | 0.40 |
| 01/25/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.90 |
| 01/25/24 | MMB | SA | Review correspondence with Z. Steinberg, C. Johnson and A. Orchowski (Kroll), J. VanLare, R. Minott and M. Hatch (Cleary) and P. Wirtz (Alvarez) regarding solicitation | Solicitation | 0.40 |
| 01/26/24 | ATO | DS | Confer with G. Brunswick (Kroll) regarding the vote declaration | Solicitation | 0.30 |
| 01/26/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 01/26/24 | ATO | DS | Confer with T. Helfrick (Hughes Hubbard) to obtain an updated Gemini voting statement | Solicitation | 0.30 |
| 01/26/24 | ATO | DS | Respond to inquiries from J. Vanlare and M. Hatch (Cleary) related to solicitation | Solicitation | 0.80 |
| 01/26/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.90 |
| 01/29/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |

Genesis Global Holdco, LLC

Page 8

Invoice #: 23340

| 01/30/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/30/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.30 |
| 01/31/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/31/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.60 |
| | | | | **Total Hours** | **130.20** |

## Exhibit B

## Detail of Expenses Incurred by Kroll Employees During the Statement Period

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| N/A | | | $0.00 |
| **TOTAL** | | | **$0.00** |