**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
Lucas Barrett
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Genesis Crypto Creditors
Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC., *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kelly Shami, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the Ad Hoc Group of Genesis BTC/ETH Creditors of Genesis Global Holdco, LLC, *et al.* in the above-referenced bankruptcy cases.  I certify that I am admitted, practicing and a member in good standing of the bar of the State of Florida and the United States District Courts for the Middle and Southern Districts of Florida, and there are no disciplinary actions pending against me in any jurisdiction.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

<table>
<tr><td>Dated: February 21, 2024<br>New York, New York</td><td>Respectfully submitted,<br><br>MCDERMOTT WILL & EMERY LLP<br><br>By: <u>/s/ Kelly Shami</u><br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 507-2312<br>Facsimile: (305) 503-8973<br>E-mail: kshami@mwe.com<br><br>*Counsel to the Genesis Crypto Creditors*<br>*Ad Hoc Group*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Darren Azman, hereby certify that on this 21st day of February 2024, I caused a true and correct copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* (the "Motion") to be filed using this Court's CM/ECF System (the "CM/ECF System") which caused the Motion to be served on all registered users of the CM/ECF System who have consented to receive such notice in this case.

*/s/ Darren Azman*
Darren Azman

**Exhibit A**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco, LLC., *et al.*, | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kelly Shami, to be admitted *pro hac vice* to represent the Ad Hoc Group of Genesis BTC/ETH Creditors of Genesis Global Holdco, LLC, *et al*. in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Florida; it is hereby:

**ORDERED** that Kelly Shami, is admitted to practice *pro hac vice* in the above-referenced cases to represent the Ad Hoc Group of Genesis BTC/ETH Creditors of Genesis Global Holdco, LLC, *et al*. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024        /s/_____
          New York, New York                  HONORABLE SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.