# EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

## Fee Summary for January 1, 2024 through January 31, 2024

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,400.00 | 14.4 | $20,160.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $875.00 | 23.2 | $22,620.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $1000.00 | .8 | $800.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 2.7 | $1,755.00 |
| Roth, Will | Associate | Digital Assets | 2017 | $770.00 | 8.1 | $6,237.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $505.00 | 1.0 | $505.00 |

# EXHIBIT B

## Fee Summary by Project Category for January 1, 2024 through January 31, 2024

| Matter/Description | Hours | Amount |
|---|---|---|
| B110  Case Administration | 7.3 | $8,490.00 |
| B160  Fee/Employment Applications | 2.2 | $1,570.00 |
| B190  Litigation | 40.7 | $42,017.00 |
| **Total** | **50.2** | **$52,077.00** |

# EXHIBIT C

## Time Records for January 1, 2024 through January 31, 2024



| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: | 02/20/24 |
|---|---|---|---|
| | | INVOICE #: | 2224993 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE B110 | | CASE ADMINISTRATION | | |
| 01/05/24 | HDR | ATTENTION TO OPEN CASE ITEMS. | 0.20 | 200.00 |
| 01/18/24 | HDR | FOLLOW-UP ON OPEN CASE ITEMS. | 0.20 | 200.00 |
| 01/18/24 | SSI | EMAILS WITH LITIGATORS TO DISCUSS STATUS OF OPEN CASE MATTERS | 0.60 | 390.00 |
| 01/22/24 | SSI | EMAILS WITH LITIGATORS FOLLOWING UP INTERNALLY ON RECENT FILINGS IN CASE | 0.30 | 195.00 |
| 01/22/24 | TMK | REVIEW, PREPARE AND FILE DOCUMENTS (.5); EMAIL TO SERVICING AGENT TO EFFECTUATE SERVICE (.1); CIRCULATE OBJECTION DEADLINES TO TEAM (.1); PREPARE AND FILE CERTIFICATE OF SERVICE (.3) | 1.00 | 505.00 |
| 01/25/24 | JXG | CALL WITH MARCUM REGARDING REVIEW OF OPEN LITIGATION MATTERS | 0.50 | 700.00 |
| 01/29/24 | JXG | EMAILS WITH M. MIX & V. UPADHYAYA REGARDING GENESIS AUDIT LETTER | 0.30 | 420.00 |
| 01/30/24 | JXG | CALL WITH TEAM REGARDING AUDIT RESPONSE REVIEW | 0.40 | 560.00 |
| 01/31/24 | JXG | EMAIL REGARDING AUDIT RESPONSE REVIEW | 0.60 | 840.00 |
| TOTAL TASK CODE | B110 | CASE ADMINISTRATION | 4.10 | 4,010.00 |
| TASK CODE B160 | | FEE/EMPLOYMENT APPLICATIONS | | |
| 01/22/24 | HDR | TELEPHONE CALLS AND E-MAILS TO/FROM S. SICONOLFI AND OTHERS REGARDING FEE STATEMENT MATTERS. | 0.40 | 400.00 |
| 01/22/24 | SSI | DRAFT, REVIEW, AND REVISE MONTHLY STATEMENT AND EXHIBITS FOR DECEMBER | 1.80 | 1,170.00 |
| TOTAL TASK CODE | B160 | FEE/EMPLOYMENT APPLICATIONS | 2.20 | 1,570.00 |
| TASK CODE B190 | | LITIGATION | | |
| 01/05/24 | DCI | CONF. WITH CLEARY REGARDING LEGAL ISSUES ARISING IN BANKRUPTCY REGARDING GENESIS PRODUCTS AND SERVICES (1.1); CORR. WITH CLEARY REGARDING SAME (.3) | 1.40 | 1,365.00 |

# Morrison Cohen

| | | | |
|---|---|---|---|
| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 02/20/24 |
| | BANKRUPTCY MATTER | INVOICE #: | 2224993 |

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| | | TOTAL TASK CODE   B190   LITIGATION | 1.40 | 1,365.00 |
| | | **GRAND TOTAL FEES** | 7.70 | 6,945.00 |
| | | TOTAL FEES SERVICES | $ | 6,945.00 |

TASK SUMMARY BY TIMEKEEPER

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | | |
| HDR | HEATH D. ROSENBLAT | 0.40 | 400.00 |
| JXG | JASON GOTTLIEB | 1.80 | 2,520.00 |
| SSI | SALLY SICONOLFI | 0.90 | 585.00 |
| TMK | TUKISHA KNOX | 1.00 | 505.00 |
| SUBTOTAL | B110   CASE ADMINISTRATION | 4.10 | 4,010.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | | |
| HDR | HEATH D. ROSENBLAT | 0.40 | 400.00 |
| SSI | SALLY SICONOLFI | 1.80 | 1,170.00 |
| SUBTOTAL | B160   FEE/EMPLOYMENT APPLICATIONS | 2.20 | 1,570.00 |
| B190 | LITIGATION | | |
| DCI | DANIEL C. ISAACS | 1.40 | 1,365.00 |
| SUBTOTAL | B190   LITIGATION | 1.40 | 1,365.00 |
| **TOTAL FEES** | | 7.70 | 6,945.00 |

TASK SUMMARY FOR FEES:

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.10 | 4,010.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 2.20 | 1,570.00 |
| B190 | LITIGATION | 1.40 | 1,365.00 |
| **TOTAL FEES** | | 7.70 | 6,945.00 |

# Morrison Cohen

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 02/20/24 |
|---|---|---|---|
| | BANKRUPTCY MATTER | INVOICE #: | 2224993 |

TIMEKEEPER SUMMARY

| INIT | TIMEKEEPER NAME | HOURS | AMOUNT |
|---|---|---|---|
| DCI | DANIEL C. ISAACS | 1.40 | 1,365.00 |
| HDR | HEATH D. ROSENBLAT | 0.80 | 800.00 |
| JXG | JASON GOTTLIEB | 1.80 | 2,520.00 |
| SSI | SALLY SICONOLFI | 2.70 | 1,755.00 |
| TMK | TUKISHA KNOX | 1.00 | 505.00 |
| **TOTAL FEES** | | **7.70** | **6,945.00** |
| TOTAL BALANCE DUE FOR THIS PERIOD | | $ | 6,945.00 |

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |



| 030983 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 02/20/24 |
|---|---|---|---|---|
| | | | INVOICE #: | 2224992 |

ARIANNA PRETTO-SAKMANN  
GENESIS GLOBAL TRADING, INC.  
175 GREENWICH STREET, 38TH FLOOR  
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION  
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| ██████████████████████ | 030983-0001 | 30.00 | 30,643.50 |
| ████████████ | 030983-0017 | 12.50 | 14,488.50 |
| **GRAND TOTALS** | | **42.50** | **$ 45,132.00** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 12.60 | 17,640.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 21.80 | 21,255.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 8.10 | 6,237.00 |
| | **GRAND TOTALS** | | **42.50** | **$ 45,132.00** |

# Morrison Cohen

| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
| | | INVOICE #: | 2224992 |

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 3.20 | 4,480.00 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **3.20** | **4,480.00** |

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 9.40 | 13,160.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 21.80 | 21,255.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 8.10 | 6,237.00 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **39.30** | **40,652.00** |
| **GRAND TOTALS** | | | **42.50** | **$ 45,132.00** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | 030983-0017 | ELECTRONIC DATA STORAGE | 16.00 |
| | **GRAND TOTALS** | | **$ 16.00** |

| TOTAL BALANCE DUE FOR THIS PERIOD | $ 45,148.00 |



| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
| | | INVOICE #: | 2224992 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B110 Case Administration** | | | | |
| 01/04/24 | JXG | DISCUSSION WITH D. ISAACS (.5); DISCUSSION WITH ▮▮▮ COUNSEL (.3); EMAIL WITH A. PRETTO-SAKMANN AND A. WEAVER REGARDING: UPDATE ON DISCUSSION WITH ▮▮▮ (.2); EMAIL WITH DEFENSE COUNSEL REGARDING: COORDINATION (.2) | 1.20 | 1,680.00 |
| 01/10/24 | JXG | CALL WITH J. BAUGHMAN (.3); EMAIL WITH CLIENT REGARDING SAME (.2); EMAIL WITH G. TAPALAGA (.1); EMAIL WITH A. PRETTO-SAKMANN & CLEARY TEAM REGARDING REVIEW OF CALL WITH ▮▮▮ COUNSEL (.2) | 0.80 | 1,120.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **2.00** | **2,800.00** |
| **TASK CODE B190 Litigation** | | | | |
| 01/02/24 | JXG | CALL WITH A. WEAVER (CLEARY) REGARDING STRATEGY (.2); EMAIL WITH DEFENSE COUNSEL REGARDING COORDINATION (.3) | 0.50 | 700.00 |
| 01/02/24 | DCI | ANALYZE COMPLAINT AND POTENTIAL ▮▮▮ COMPLAINT (1.2); CONF. WITH TEAM REGARDING SAME (.3) | 1.50 | 1,462.50 |
| 01/02/24 | WIR | CORRESPONDENCE WITH TEAM REGARDING ▮▮▮ COMPLAINT | 0.30 | 231.00 |
| 01/04/24 | WIR | CORRESPONDENCE WITH CLIENT AND ALSO INTERNALLY (SEPARATELY) REGARDING POTENTIAL SETTLEMENT | 0.70 | 539.00 |
| 01/04/24 | DCI | LEGAL RESEARCH REGARDING POTENTIAL ▮▮▮ TO COMPLAINT (2.1); ANALYZE COMPLAINT (.9); CORR. WITH CLIENT REGARDING SAME (.2) | 3.20 | 3,120.00 |
| 01/05/24 | DCI | ANALYSIS REGARDING POTENTIAL ▮▮▮ COMPLAINT (1.4); CONF. WITH COUNSEL FOR ▮▮▮ (.7); DRAFT ▮▮▮ (.5) | 2.60 | 2,535.00 |
| 01/05/24 | WIR | ANALYSIS OF (1.7) AND WORK ON DRAFTING ▮▮▮ (2.1) | 3.80 | 2,926.00 |
| 01/08/24 | WIR | REVISE ▮▮▮ | 1.90 | 1,463.00 |
| 01/08/24 | DCI | DRAFT ▮▮▮ (2.6); CORR. WITH CO-DEFENDANTS' COUNSEL (.6). | 3.20 | 3,120.00 |



| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
|---|---|---|---|
| | | INVOICE #: | 2224992 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/24 | DCI | ▮▮▮ TO COMPLAINT. | 0.90 | 877.50 |
| 01/09/24 | JXG | EMAIL WITH G. TAPALAGA REGARDING COMPLAINT AMENDMENT (.1); EMAIL WITH CLEARY REGARDING SAME (.2) | 0.30 | 420.00 |
| 01/10/24 | WIR | CORRESPONDENCE AND DISCUSSION REGARDING AMENDED COMPLAINT | 0.30 | 231.00 |
| 01/10/24 | DCI | CONF. WITH COUNSEL FOR ▮▮▮ (.4); ANALYZE ▮▮▮ TO COMPLAINT (.5) | 0.90 | 877.50 |
| 01/11/24 | DCI | CONF WITH REGULATOR (0.4); ANALYZE ▮▮▮ TO COMPLAINT (1.1) | 1.50 | 1,462.50 |
| 01/11/24 | WIR | CORRESPONDENCE REGARDING ▮▮▮ TO FORTHCOMING AMENDED COMPLAINT | 0.30 | 231.00 |
| 01/11/24 | JXG | CALL WITH REGULATOR (.4); EMAILS WITH CLIENT AND CLEARY REGARDING REGULATOR CALL (.2) AND DRAFT STIP (.2) | 0.80 | 1,120.00 |
| 01/12/24 | JXG | ATTENTION TO EXECUTING TIMING STIP | 0.20 | 280.00 |
| 01/12/24 | DCI | ATTENTION TO STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (.4); CORR. WITH CLIENT AND CLEARY REGARDING CASE UPDATES (.3) | 0.70 | 682.50 |
| 01/16/24 | DCI | CONF. WITH CLEARY REGARDING STRATEGY (.3); ANALYSIS REGARDING ▮▮▮ TO COMPLAINT (.9) | 1.20 | 1,170.00 |
| 01/22/24 | JXG | REGULATOR STRATEGY CALL WITH CLEARY / ▮▮▮ COUNSEL | 0.50 | 700.00 |
| 01/23/24 | JXG | EMAIL WITH CLEARY REGARDING STRATEGY | 0.30 | 420.00 |
| 01/23/24 | DCI | PREPARE CASE DESCRIPTION FOR AUDIT RESPONSE LETTER. | 0.20 | 195.00 |
| 01/24/24 | JXG | CALL WITH CLEARY (L. DASSIN / S. O'NEAL) REGARDING REGULATOR STRATEGY | 0.50 | 700.00 |
| 01/25/24 | JXG | CALL WITH REGULATOR (.5); FOLLOW-UP DISCUSSION WITH S. O'NEAL (.2); EMAIL WITH S. O'NEAL REGARDING ▮▮▮ (.2) | 0.90 | 1,260.00 |
| 01/26/24 | JXG | EMAIL WITH S. O'NEAL REGARDING OUTLINE POINTS AND FOLLOW-UP ON 1/25 CALL | 0.20 | 280.00 |
| 01/27/24 | JXG | EMAIL WITH CLEARY REGARDING POTENTIAL SETTLEMENT ISSUES | 0.20 | 280.00 |
| 01/29/24 | JXG | EMAIL WITH G. TAPALAGA REGARDING FOLLOW UP QUESTION & SETTING UP A CALL TO DISCUSS | 0.20 | 280.00 |
| 01/31/24 | JXG | EMAIL WITH CLEARY REGARDING SETTLEMENT ISSUES | 0.20 | 280.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **28.00** | **27,843.50** |
| | | **TOTAL FEES SERVICES** | **$** | **30,643.50** |

# Morrison Cohen

| 030983 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 02/20/24 |
|---|---|---|---|---|
| | | | INVOICE #: | 2224992 |

---

| | | | | |
|---|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | $ | **30,643.50** |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 6.80 | 1,400.00 | 9,520.00 |
| DANIEL C. ISAACS | 15.90 | 975.00 | 15,502.50 |
| WILLIAM ROTH | 7.30 | 770.00 | 5,621.00 |
| **TOTAL FEES** | **30.00** | | **30,643.50** |

| | | | | |
|---|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | $ | **30,643.50** |



| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
| | | INVOICE #: | 2224992 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 01/23/24 | JXG | EMAIL WITH E. REILLY REGARDING PROPOSED CONFIDENTIALITY ORDER (.2); EMAIL WITH A. PRETTO-SAKMANN REGARDING SETTLEMENT OFFER (.3); EMAIL WITH CLIENTS REGARDING REGULATOR FINAL JUDGMENT (.2); EMAIL WITH CLEARY REGARDING FINAL JUDGMENT REVIEW (.2) | 0.90 | 1,260.00 |
| 01/30/24 | JXG | ATTENTION TO FILING OF NOTICE OF APPROVAL OF SETTLEMENT | 0.30 | 420.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **1.20** | **1,680.00** |
| **TASK CODE B190 Litigation** | | | | |
| 01/02/24 | DCI | ANALYZE DRAFT SETTLEMENT AGREEMENTS. | 0.80 | 780.00 |
| 01/03/24 | JXG | EMAIL WITH S. LEVANDER REGARDING CONSENT AND JUDGMENT EDITS | 0.20 | 280.00 |
| 01/04/24 | JXG | EMAIL WITH S. LEVANDER JUDGEMENT & CONSENT (.1); REVIEW REVISIONS TO SETTLEMENT DOCUMENTS (.2) | 0.30 | 420.00 |
| 01/04/24 | WIR | CORRESPONDENCE REGARDING SETTLEMENT | 0.20 | 154.00 |
| 01/06/24 | JXG | EMAIL WITH A. WEAVER (CLEARY) REGARDING REGULATOR ▮▮▮ | 0.10 | 140.00 |
| 01/08/24 | JXG | EMAIL WITH D. ISAACS REGARDING MARKUP REVIEW AND COMMENTS (.2); EMAIL WITH S. LEVANDER & S. O'NEAL REGARDING STRATEGY AND ADVICE (.2) | 0.40 | 560.00 |
| 01/08/24 | DCI | REVIEW DRAFT SETTLEMENT AGREEMENTS. | 0.50 | 487.50 |
| 01/09/24 | DCI | CONF. WITH CLEARY REGARDING DRAFT SETTLEMENT AGREEMENTS. | 0.50 | 487.50 |
| 01/09/24 | JXG | EMAIL WITH S. O'NEAL REGARDING DRAFT REVIEW (.2); REVIEW OF COMMITTEE COMMENTS (.2); CALL WITH CLEARY (O'NEAL AND LEVANDER) REGARDING DRAFT SETTLEMENT DOCUMENTS (.9) | 1.30 | 1,820.00 |
| 01/10/24 | JXG | EMAIL WITH E. REILLY (REGULATOR) | 0.10 | 140.00 |
| 01/10/24 | DCI | REVIEW COMMENTS ON SETTLEMENT AGREEMENTS. | 0.30 | 292.50 |



| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
| | | INVOICE #: | 2224992 |

## FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2024

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/24 | JXG | CALL WITH S. O'NEAL (CLEARY) REGARDING REGULATOR STRATEGY ISSUES | 0.20 | 280.00 |
| 01/18/24 | JXG | EMAIL WITH E. REILLY (REGULATOR) | 0.20 | 280.00 |
| 01/19/24 | JXG | EMAIL WITH CLEARY REGARDING REGULATOR SETTLEMENT DOCUMENTS MARKUP (.2); REVIEW OF MARKUP (.2) | 0.40 | 560.00 |
| 01/20/24 | JXG | EMAIL WITH CLEARY REGARDING REGULATOR SETTLEMENT DOCUMENTS MARKUP (.1); EMAIL WITH REGULATOR REGARDING SAME (.1) | 0.20 | 280.00 |
| 01/22/24 | DCI | CONF. WITH CLEARY REGARDING BANKRUPTCY ISSUES. | 0.70 | 682.50 |
| 01/23/24 | DCI | PREPARE SUMMARY OF CASE (.4); REVIEW/ANALYZE REGULATOR EDITS TO CONSENT AND FINAL JUDGMENT (.5). | 0.90 | 877.50 |
| 01/23/24 | WIR | CORRESPONDENCE REGARDING SETTLEMENT PAPERS | 0.20 | 154.00 |
| 01/24/24 | WIR | FINALIZE SETTLEMENT PAPERS | 0.40 | 308.00 |
| 01/24/24 | DCI | ANALYSIS REGARDING REVISED CONSENT AND JUDGMENT. | 0.50 | 487.50 |
| 01/24/24 | JXG | EMAIL WITH S. LEVANDER AND CLEARY TEAM REGARDING REGULATOR DEADLINE (.2); EMAIL WITH W. ROTH REGARDING CONSENTS (.3); EMAIL WITH REGULATOR REGARDING SAME (.1) | 0.60 | 840.00 |
| 01/25/24 | JXG | EMAIL WITH S. LEVANDER REGARDING UPDATE ON CALL WITH REGULATOR | 0.10 | 140.00 |
| 01/29/24 | JXG | EMAIL WITH A. SAENZ REGARDING ▮▮▮ CALL REVIEW & STRATEGY | 0.10 | 140.00 |
| 01/29/24 | DCI | CORR. WITH CLEARY REGARDING ▮▮▮ ISSUES. | 0.30 | 292.50 |
| 01/30/24 | DCI | CONF. WITH CLEARY REGARDING ▮▮▮. | 0.60 | 585.00 |
| 01/30/24 | JXG | CALL WITH CLEARY REGARDING STRATEGY | 0.40 | 560.00 |
| 01/31/24 | DCI | CORR. WITH CLEARY REGARDING ▮▮▮ (.4); ANALYSIS REGARDING SAME REGARDING ▮▮▮ (.4). | 0.80 | 780.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **11.30** | **12,808.50** |
| | | **TOTAL FEES SERVICES** | **$** | **14,488.50** |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| | ELECTRONIC DATA STORAGE | 16.00 |

# Morrison Cohen

| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
|---|---|---|---|
|  |  | INVOICE #: | 2224992 |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 16.00 |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | $ | 14,504.50 |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 5.80 | 1,400.00 | 8,120.00 |
| DANIEL C. ISAACS | 5.90 | 975.00 | 5,752.50 |
| WILLIAM ROTH | 0.80 | 770.00 | 616.00 |
| **TOTAL FEES** | **12.50** | | **14,488.50** |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | $ | **14,504.50** |



| | | | |
|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 02/20/24 |
| | | INVOICE #: | 2224992 |

---

### WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## **EXHIBIT D**

### **Summary of Expenses for January 1, 2024 through January 31, 2024**

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $16.00 |
| **Grand Total Expenses** | **$16.00** |

# EXHIBIT E

## Summary of Expenses for January 1, 2024 through January 31, 2024

**Relativity Hosting Fee**

01/31/2024   Relativity Hosting January 2024 – 030983-0017 - $16.00