**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman
Shaya Rochester
Julia Mosse
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700

-and-

Patrick Smith (*pro hac vice* application pending)
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Telephone: (312) 902-5379
Telephone: (310) 788-4400

*Counsel for Teddy André Amadéo Gorisse*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

# NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Teddy André Amadéo Gorisse ("***Creditor***") hereby withdraws:

(1) the *Statement in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan, Reply to DCG's Plan Confirmation Objection and Reservation of Rights* [ECF No. 1317]; and (2) the *Declaration of Shaya Rochester in Support of Statement in Support of Confirmation of Debtors' Amended Joint Chapter 11 Plan, Reply to DCG's Plan Confirmation Objection and Reservation*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

*of Rights* [ECF No. 1318], with accompanying Exhibits A through F [ECF Nos. 1318-1 through 1318-6].

Creditor has filed amended version of these pleadings on the public docket at ECF Nos. 1351, 1352 and 1352-1 through 1352-3, in accordance with the Court's *Order Granting the Debtors' and the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information* [ECF No. 694] and the Court's instructions regarding redactions given during the Chambers conference on February 20, 2024.

Dated: February 22, 2024
New York, New York

**KATTEN MUCHIN ROSENMAN LLP**

<u>/s/ Steven J. Reisman</u>
Steven J. Reisman
Shaya Rochester
Julia Mosse
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: sreisman@katten.com
       shaya.rochester@katten.com
       julia.mosse@katten.com

-and-

Patrick Smith (*pro hac vice* application pending)
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Email: Patrick.smith@katten.com

*Counsel for Teddy André Amadéo Gorisse*