# **EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| Genesis Global Holdco, LLC., *et al.*,[1] ) | Case No. 23-10063 (SHL) |
| ) |  |
| ) | (Jointly Administered) |
| ) |  |

**ORDER AUTHORIZING REDACTION AND THE FILING OF CERTAIN**
**INFORMATION UNDER SEAL AND GRANTING RELATED RELIEF**

Upon the *Motion of the Genesis Crypto Creditors Ad Hoc Group for Entry of an Order Authorizing Redaction and the Filing of Certain Information Under Seal and Granting Related Relief* (the "Motion");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and sufficient notice and opportunity for a hearing having been given; and no other or further notice being required; and the Court having reviewed the Motion; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. The CCAHG is authorized: (i) to file the CCAHG Objection and Declarations on the public docket of this case, each in their redacted form, and (ii) to deliver to the Clerk of the Court a signed, unredacted copy of this Order, hard copies, and electronic copies of the CCAHG

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

Objection and Declarations in their entirety, in each case clearly labeled "FILED UNDER PENDING MOTION TO SEAL."

3. The CCAHG Objection and Declarations shall remain under seal and shall not be made available without the written consent of the CCAHG or further order of this Court, to anyone other than this Court, the U.S. Trustee, the Debtors, and the Committee.

4. To the extent that the CCAHG Objection and Declarations are attached or referred to in any further pleadings or document filed with this Court relating to these Chapter 11 Cases, this Order shall apply to such pleading or document.

5. To the extent that Redacted Information is attached or referred to in any further pleadings or document filed with this Court relating to these Chapter 11 Cases, this Order shall apply to such pleading or document.

6. The Redacted Information shall remain under seal until the closing of the Debtors' cases, at which time the Clerk's Office shall release any hard copies of or electronic storage device containing the unredacted CCAHG Objection and Declarations to the CCAHG or, alternatively, destroy any copies of the CCAHG Objection and Declarations in a manner consistent with the need to preserve confidentiality.

7. This Order is without prejudice to the rights of any party in interest, or the U.S. Trustee, to seek, on appropriate motion, the unsealing of the CCAHG Objection and Declarations, or any part thereof.

8. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately on its entry.

9. This Court retains jurisdiction of any matters, claims, rights, or disputes arising from or relating to the Motion or the implementation, interpretation, or enforcement of this Order.

Dated: February ___, 2024
       White Plains, New York

_____
**THE HONORABLE SEAN H LANE**
**UNITED STATES BANKRUPTCY JUDGE**