UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                           Case No.: 23-10063 (SHL)

                                                                 Chapter 11

Genesis Global Holdco, LLC, *et al.*,[1]

                                  Debtors                        Jointly Administered

---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Layla D. Milligan, Assistant Attorney General for the State of Texas, request admission, ***pro hac vice***, before the Honorable Judge Sean H. Lane, to represent the Texas State Securities Board and Texas Department of Banking, Interested Parties in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 23, 2024

                                                                 */s/ Layla D. Milligan*
                                                                 LAYLA D. MILLIGAN
                                                                 Texas State Bar No. 24026015
                                                                 Assistant Attorney General
                                                                 Bankruptcy & Collections Division
                                                                 P. O. Box 12548
                                                                 Austin, Texas 78711-2548
                                                                 Phone: (512) 463-2173
                                                                 Fax: (512) 936-1409
                                                                 Layla.Milligan@oag.texas.gov

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.