**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                      Case No.: 23-10063 (SHL)

                                                                                                             Chapter 11

Genesis Global Holdco, LLC, *et al.*,[1]

                                 Debtors                    Jointly Administered

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

        Upon the motion of Layla D. Milligan, Assistant Attorney General, to be admitted, ***pro hac vice***, to represent the Texas State Securities Board and Texas Department of Banking, (the "Clients") Interested Parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas, it is hereby

        **ORDERED**, that Layla D. Milligan, Assistant Attorney General, is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 23, 2024
White Plains, New York                              */s/ Sean H. Lane*
                                                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.