UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

Genesis Global Holdco, LLC, *et al*.

Debtor

---------------------------------------------------------------x

Case No.: 23-10063 (SHL)

Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Oxana Kozlov, Esq., request admission, *pro hac vice*, before the Honorable Sean H. Lane , to represent ███████████, a creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 02/26/2024

In: Sunnyvale, California

Respectfully Submitted:

/s/ Oxana Kozlov
Oxana Kozlov, Esq. CBN 209210
*Mailing Address:*
Law Offices of Oxana Kozlov
649 Dunholme Way,
Sunnyvale, CA 94087
*E-mail address*: okozlov@gmail.com

*Telephone number*: (408) 431-4543

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                              Case No.: 23-10063 (SHL)

 Genesis Global Holdco, LLC, *et al*.                                          Chapter 11


                                                    Debtor

------------------------------------------------------------x


# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Oxana Kozlov, Esq., to be admitted, ***pro hac vice***, to represent ▇▇▇▇, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California,  it is hereby

**ORDERED**, that Oxana Kozlov, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____

_____, New York           /s/ _____

                                                                             UNITED STATES BANKRUPTCY JUDGE