WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP
Thomas A. Draghi, Esq.
William C. Heuer, Esq.
Alexandra Troiano, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
tdraghi@westermanllp.com
wheuer@westermanllp.com
atroiano@westermanllp.com

*Counsel for the New York State Office of the Attorney General
on behalf of the People of the State of New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In re:

GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1]

Debtors.

---------------------------------------------------------X

Chapter 11
Case No.: 23-10063 (SHL)
(Jointly Administered)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February, 2024, in accordance with applicable law, a true and correct copy of the **NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL'S STATEMENT IN SUPPORT OF THE DEBTORS' MOTION TO APPROVE A SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL** [Docket No. 1364] was served (i) via CM/ECF to the persons/entities that have made electronic appearances, and (ii) by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). The case numbers are as follows: 23-10063 for Genesis Global Holdco, LLC; 23-10064 for Genesis Global Capital, LLC; and, 23-10065 for Genesis Asia Pacific PTE. LTD. For these Chapter 11 Cases, the Debtors' service address is 250 Park Avenue South, 5th Floor, New York, NY 10003.

State of New York by first class United States mail postage pre-paid and/or via e-mail, as indicated below, upon the parties as listed on the attached Service List.

Dated:  Uniondale, New York
February 26, 2024

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP


By:   */s/Alexandra Troiano*
Thomas A. Draghi, Esq.
Jay S. Hellman, Esq.
Alexandra Troiano, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Telephone No. (516) 622-9200

*Counsel for the New York State Office of the Attorney General on behalf of the People of the State of New York*

Service List

**Served via e-mail on the following parties:**

benjamin.mintz@arnoldporter.com
marcus.asner@arnoldporter.com
justin.imperato@arnoldporter.com
eneiger@askllp.com
mudem@askllp.com
jhollembeak@bairdholm.com
kaulet@brownrudnick.com
msawyer@brownrudnick.com
jamassey@cgsh.com
soneal@cgsh.com
jvanlare@cgsh.com
hokim@cgsh.com
mdweinberg@cgsh.com
rminott@cgsh.com
cribeiro@cgsh.com
lbarefoot@cgsh.com
aweaver@cgsh.com
rzutshi@cgsh.com
sabremer@cgsh.com
tkessler@cgsh.com
blenox@cgsh.com
dschwartz@cgsh.com
dfike@cgsh.com
arianna@genesistrading.com
ahammer@hmblaw.com
ndelman@hmblaw.com
ecfnotices@hmblaw.com
anson.frelinghuysen@hugheshubbard.com
dustin.smith@hugheshubbard.com
jeff.margolin@hugheshubbard.com
erin.diers@hugheshubbard.com
mimi.m.wong@irscounsel.treas.gov
jcampisi@kaplanfox.com
joshua.sussberg@kirkland.com
christopher.marcus@kirkland.com
Danielle.Rose@kobrekim.com
Daniel.Saval@kobrekim.com
John.Conte@kobrekim.com
genesisteam@ra.kroll.com
serviceqa@ra.kroll.com
adam.goldberg@lw.com
chris.harris@lw.com

brett.neve@lw.com
nacif.taousse@lw.com
marissa.alter-nelson@lw.com
eric.swibel@lw.com
nima.mohebbi@lw.com
tiffany.ikeda@lw.com
sarah.mitchell@lw.com
emily.orman@lw.com
fringel@leechtishman.com
metkin@lowenstein.com
abehlmann@lowenstein.com
mpapandrea@lowenstein.com
dazman@mwe.com
jbevans@mwe.com
lbarrett@mwe.com
gsteinman@mwe.com
jbernstein@mdmc-law.com
nleonard@mdmc-law.com
vshea@mdmc-law.com
emedina@medinafirm.com
hrosenblat@morrisoncohen.com
eric.daucher@nortonrosefulbright.com
victoria.corder@nortonrosefulbright.com
ustpregion02.nyecf@usdoj.gov
andy.velez-rivera@usdoj.gov
tara.tiantian@usdoj.gov
greg.zipes@usdoj.gov
krishansen@paulhastings.com
kenpasquale@paulhastings.com
isaacsasson@paulhastings.com
cward@polsinelli.com
jeremy.johnson@polsinelli.com
brosen@proskauer.com
vindelicato@proskauer.com
mvolin@proskauer.com
PDoyle@proskauer.com
GSanchezTavarez@proskauer.com
wdalsen@proskauer.com
jsazant@proskauer.com
slieberman@pryorcashman.com
msilverman@pryorcashman.com
secbankruptcy@sec.gov
nyrobankruptcy@sec.gov
bankruptcynoticeschr@sec.gov

secbankruptcy@sec.gov
ashmead@sewkis.com
kotwick@sewkis.com
lotempio@sewkis.com
matott@sewkis.com
isloss@sgtlaw.com
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
jensenc@sullcrom.com
jeffrey.oestericher@usdoj.gov
lawrence.fogelman@usdoj.gov
peter.aronoff@usdoj.gov
linda.riffkin@usdoj.gov
jeffrey.saferstein@weil.com
ronit.berkovich@weil.com
jessica.liou@weil.com
furqaan.siddiqui@weil.com
jonathan.polkes@weil.com
caroline.zalka@weil.com
jenna.harris@weil.com
jennifer.lau@weil.com
gregory.pesce@whitecase.com
cshore@whitecase.com
philip.abelson@whitecase.com
michele.meises@whitecase.com
dforman@willkie.com
dburke@willkie.com
mstancil@willkie.com
jsullivan@windelsmarx.com
Genesis.notices@davispolk.com
patrick.smith@katten.com
sreisman@katten.com
shaya.rochester@katten.com
julia.mosse@katten.com
john.pintarelli@pillsburylaw.com
hugh.mcdonald@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
Joshua.Wesneski@weil.com

**Served via regular mail on the following parties:**

Cleary Gottlieb Steen & Hamilton LLP
Attn:    Sean O'Neal, Esq.
         Luke A. Barefoot, Esq.
One Liberty Plaza
New York, NY 10006

Hughes Hubbard & Reed LLP
Attn: Anson B. Frelinghuysen, Esq.
One Battery Park Plaza
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Jeffrey D. Saferstein, Esq.
767 Fifth Avenue
New York, NY 10153

White & Case LLP
Attn: J. Christopher Shore, Esq.
1221 Avenue of the Americas
New York, NY 10020

Proskauer Rose LLP
Attn: Brian S. Rosen, Esq.
Eleven Times Square
New York, NY  10036

McElroy Deutsch Mulvaney & Carpenter LLP
Attn.: Jeffrey Bernstein, Esq.
570 Broad Street
Newark, NJ 07102

Adam M. Adler
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street, 17th Floor
New York, NY 10055

Office of the US Trustee
Attn: Greg Zipes, Esq.
Alexander Hamilton Custom House
One Bowling Green, Suite 515
New York, NY 10014

Paul Hastings LLP
Attn:   Kristopher M. Hansen, Esq.
200 Park Avenue,
New York, NY 10166

TN Department of Revenue
Attn: TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN, 37202-0207

Attorney for Vivian Farmery
Stuart P. Gelberg, Esq.
Attn: Stuart P. Gelberg
125 Turkey Lane
Cold Spring Harbor, NY 11724

02968558.DOCX