**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Jason P. Gottlieb, Esq.
Heath D. Rosenblat, Esq.

*Special Litigation and Enforcement Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**SECOND SUPPLEMENTAL DECLARATION OF JASON P. GOTTLIEB IN SUPPORT OF THE APPLICATION AUTHORIZING EMPLOYMENT AND RETENTION OF MORRISON COHEN LLP AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**

I, JASON GOTTLIEB, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

1. I am over the age of eighteen (18), have been duly admitted to the practice of law in the State of New York and other federal courts, and am a Partner of the firm of Morrison Cohen LLP ("**MC**"), which maintains its only office for the practice of law at 909 Third Ave, 27th Floor, New York, New York 10022.

2. I am fully familiar with the facts hereinafter stated, and am authorized to make this second supplemental declaration ("**Second Supplemental Declaration**") on behalf of MC. The information contained in this Second Supplemental Declaration is based on my own personal

---

[1] The debtors ("**Debtors**") in the above-captioned jointly-administered cases ("**Chapter 11 Cases**") are: (i) Genesis Global Holdco, LLC (8219); (ii) Genesis Global Capital, LLC (8564); and (iii) Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, New York 10007.

#12796379v2\030986\0001

knowledge, discussions with my partners, associates, and staff at MC, or is derived from my review of the file in these cases.[2]

3. This Second Supplemental Declaration is submitted to supplement the *Declaration of Jason Gottlieb in Support of the Application Authorizing Employment and Retention of Morrison Cohen LLP as Special Counsel for the Debtors and Debtors-In-Possession* ("**Gottlieb First Declaration**") [ECF No. 71], dated February 8, 2023. After a hearing on February 22, 2023, MC's retention was approved by this Bankruptcy Court *nunc pro tunc* to January 19, 2023 (*i.e.*, the Petition Date) in an order entered on the docket in the above-captioned Chapter 11 cases on February 24, 2023 ("**Retention Order**") [ECF No. 106].

4. Pursuant to the Retention Order, MC is required to provide ten (10) business days' notice of any rate changes to the Debtors, the Office of the United States Trustee for the Southern District of New York ("**United States Trustee**"), and the official committee of unsecured creditors appointed in these chapter 11 cases ("**Committee**"), and file such notice with the Court. MC circulated this Declaration to the Debtors, prior to filing, and the Debtors have consented to the increased hourly rates set forth herein.

5. In accordance with the Retention Order, this Second Supplemental Declaration shall constitute notice to the Debtors, the United States Trustee, and the Committee that effective January 1, 2024, MC's standard hourly rates for professionals, subject to change from time-to-time

---

[2] Certain of the disclosures set forth herein may relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys or staff at MC. Any such disclosures are based on information provided by them to me.

2

("**2024 Hourly Rates**"), have increased upon MC's annual and customary firm-wide adjustments in the ordinary course of MC's business (for 2024, approximately ten (10%) percent); specifically:

| | |
|---|---|
| Partners | $680 — $1650 |
| Counsel | $615 — $850 |
| Associates | $415 — $775 |
| Paraprofessionals | $245 — $525 |

6. As set forth in *Debtors' Application for An Order Authorizing the Employment and Retention of Morrison Cohen LLP as Special Counsel to the Debtors and Debtors-In-Possession Effective Nunc Pro Tunc to the Petition Date* ("**Application**"). [ECF No. 71] and the Gottlieb First Declaration filed connection with the Application and attached thereto, MC's hourly rates are set at a level designed to fairly compensate MC for the work of its professionals and to cover certain fixed and routine overhead expenses. MC's hourly rates are subject to periodic adjustment to reflect economic and other conditions, and are consistent with the rate adjustments MC charges other comparable clients.

7. As set forth in the Application and in accordance with Section 330(a)(3)(F) of title 11 of the United States Code, §§ 101 *et seq.* ("**Bankruptcy Code**"), MC represents that the 2024 Hourly Rates, as set forth herein, are reasonable based on customary compensation charged by

practitioners of comparable skill in cases other than cases under the Bankruptcy Code, reflect economic and other conditions, and are consistent with rates charged elsewhere.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2024

*/s/ Jason P. Gottlieb*
Jason P. Gottlieb
Partner, Morrison Cohen LLP