**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC, *et al.,*[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

**FOURTH CONSOLIDATED MONTHLY FEE STATEMENT OF**
**GRANT THORNTON LLP AS TAX ADVISORS TO THE DEBTORS FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Grant Thornton LLP ("**Grant Thornton**") |
| **Authorized to Provide Professional Services to:** | Debtors |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | May 8, 2023 (*nunc pro tunc* to April 4, 2023) [ECF No. 299] |
| **Period for which compensation and reimbursement is sought:** | November 1, 2023 through January 31, 2024 |
| **Amount of Compensation Sought as Actual, Reasonable, and Necessary** | $2,258.00 (80% = $1,806.40) |
| **Less 20% Holdback:** | $451.60 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:** | $4,391.70 |
| **Total Compensation (80%) and Expenses (100%) Requested:** | $6,198.10 |
| **This is a(n): _X_ monthly ___ interim application ___ final application** | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these chapter 11 cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

In accordance with sections 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 101] ("**Interim Compensation Order**"), dated February 24, 2023, Grant Thornton hereby submits this *Fourth Consolidated Monthly Fee Statement of Grant Thornton LLP as Tax Advisors to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1 2023 Through January 31, 2024* (this "**Fourth Consolidated Fee Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as tax advisors to the Debtors for the period November 1, 2023 through and including January 31, 2024 ("**Fourth Consolidated Monthly Fee Period**").

By this Fourth Consolidated Fee Statement, Grant Thornton seeks payment in the amount of $6,198.10, which comprises (a) 80% of the total amount ($2,258.00) of compensation sought for actual and necessary services rendered during the Fourth Consolidated Monthly Fee Period and (b) reimbursement of expenses in the amount of $4,391.70, which comprises 100% of actual and necessary expenses incurred in accordance with such services.

## ITEMIZATION OF SERVICES RENDERED BY GRANT THORNTON

1.    Attached hereto as **Exhibit A** is a schedule of Grant Thornton professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fourth Consolidated Monthly Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. As reflected in **Exhibit A**, Grant Thornton professionals billed a total of 2.6 hours and incurred

$2,258.00 in fees during the Fourth Consolidated Monthly Fee Period.  The blended hourly billing rate of the professionals for all services provided during the Fourth Consolidated Monthly Fee Period is $868.46.

2.      Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Grant Thornton professionals during the Fourth Consolidated Monthly Fee Period with respect to each of the project categories Grant Thornton established in accordance with its internal billing procedures.

3.      Attached hereto as **<u>Exhibit C</u>** are the time records of Grant Thornton for the Fourth Consolidated Monthly Fee Period organized chronologically with a daily time log describing the time spent by each professional during the applicable Fee Period.

4.      Attached hereto as **<u>Exhibit D</u>** is a chart of necessary and out-of-pocket expenses incurred by Grant Thornton in the amount of $4,391.70 in connection with providing professional services during the Fourth Fee Period and seeking compensation for such services in these bankruptcy cases.  Such expenses include, without limitation, Grant Thornton's reasonable legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances.  **<u>Exhibit D</u>** includes the invoices and supporting time records for Grant Thornton's outside legal counsel that constitute the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges incurred by Grant Thornton in connection with utilizing such external legal counsel to assist it in administering its engagement in these bankruptcy cases.

**NOTICE**

5.      The Debtors will provide notice of this Fourth Consolidated Fee Statement in accordance with the Interim Compensation Order.  Grant Thornton submits that no other or further notice be given.

6.      Objections to this Fourth Consolidated Fee Statement, if any, must be filed with the Court and served in accordance with the procedures set forth in the Interim Compensation Order.

WHEREFORE, Grant Thornton, in connection with services rendered on behalf of the Debtors during the Fourth Consolidated Monthly Fee Period, respectfully requests compensation in the aggregate amount of $6,198.10, which comprises (a) 80% of the total amount ($2,258.00) of compensation sought for actual and necessary services rendered during the Fourth Consolidated Monthly Fee Period, and (b) reimbursement in the amount of $4,391.70, which comprises 100% of actual and necessary expenses incurred in accordance with such services.

Dated: February 29, 2024                    Respectfully submitted,

                                            By: _____
                                                Brian Angstadt
                                                Mergers and Acquisitions Tax Services
                                                Partner, Grant Thornton LLP
                                                1100 Peachtree St., NE, Suite 1400
                                                Atlanta, GA 30309
                                                Email: brian.angstadt@us.gt.com
                                                Telephone: (404) 330-2000

**EXHIBIT A**

**SUMMARY OF HOURLY SERVICES BY PROFESSIONAL**
**(For Fourth Consolidated Monthly Fee Period November 1, 2023 through December31, 2023)**

| LAST NAME | FIRST NAME | TITLE | TOTAL TIME | BILLING RATE | Total Compensation |
|---|---|---|---|---|---|
| Angstadt | Brian | Partner | 1.30 | $980.00 | $1,274.00 |
| Borghino | Jeffrey | Partner | .30 | $980.00 | $294.00 |
| Dodson | Jeffrey | Manager | .60 | $750.00 | $450.00 |
| Steinberg | Daniel | Senior Associate | .40 | $600.00 | $240.00 |
| **TOTAL** | | | **2.60** | | **$2,258.00** |

**<u>EXHIBIT B</u>**

**Summary of Hours & Compensation Per Project Category**

| Project Category | Category Descriptions | Total Hours | Total Compensation |
|---|---|---|---|
| Tax Bankruptcy Consulting | This category includes activities associated with assisting the management of the Debtors with assessing the tax consequences of its chapter 11 cases | 2.60 | $2,258.00 |
| **TOTAL** | | **2.60** | **$2,258.00** |

## EXHIBIT C

### Detailed Time Records

| Name | Title | Date of Service | Hours | Hourly Rate | Total Compensation | FINAL NARRATIVE |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Partner | 11/1/2023 | 0.20 | $980.00 | $196.00 | External call w GT (B. Angstadt, J. Dodson), Genesis ( D. Horowitz), Cleary (W. McRae ), and EY (E. Harvey) to discuss proposed transaction |
| Dodson, Jeffrey C | Manager | 11/1/2023 | 0.20 | $750.00 | $150.00 | External call w GT (B. Angstadt, J. Dodson), Genesis ( D. Horowitz), Cleary (W. McRae ), and EY (E. Harvey) to discuss proposed transaction |
| Borghino, Jeffery John | Partner | 11/7/2023 | 0.30 | $980.00 | $294.00 | Review tax language in agreement regarding 1099 reporting |
| Angstadt, Brian | Partner | 11/8/2023 | 0.20 | $980.00 | $196.00 | External call w GT (B. Angstadt), Genesis ( D. Horowitz), Cleary (W. McRae ), and EY (E. Sapir, E. Harvey) to discuss proposed language regarding 1099 reporting |
| Angstadt, Brian | Partner | 11/17/2023 | 0.20 | $980.00 | $196.00 | External call w GT (B. Angstadt), Genesis ( D. Horowitz), Cleary (W. McRae, K. Heiland ), and EY (E. Sapir, E. Harvey) to discuss proposed language in agreement |
| Angstadt, Brian | Partner | 11/29/2023 | 0.20 | $980.00 | $196.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg),  and EY (E. Sapir, E. Harvey) to discuss current updates to plan |
| Steinberg, Daniel | Senior Associate | 11/29/2023 | 0.20 | $600.00 | $120.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg),  and EY (E. Sapir, E. Harvey) to discuss current updates to plan |
| Dodson, Jeffrey C | Manager | 11/29/2023 | 0.20 | $750.00 | $150.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg),  and EY (E. Sapir, E. Harvey) to discuss current updates to plan |
| Angstadt, Brian | Partner | 12/12/2023 | 0.30 | $980.00 | $294.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg), Cleary (W. McRae), and A&M (L. Cherrone) to discuss Coin Balance Sheet |
| Steinberg, Daniel | Senior Associate | 12/13/2023 | 0.20 | $600.00 | $120.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg),  and Genesis (D. |

| Name | Title | Date of Service | Hours | Hourly Rate | Total Compensation | FINAL NARRATIVE |
|---|---|---|---|---|---|---|
| | | | | | | Horowitz) to discuss current updates to plan |
| Dodson, Jeffrey C | Manager | 12/13/2023 | 0.20 | $750.00 | $150.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg),  and Genesis (D. Horowitz) to discuss current updates to plan |
| Angstadt, Brian | Partner | 12/13/2023 | 0.20 | $980.00 | $196.00 | External call w GT (B. Angstadt, J. Dodson, D. Steinberg),  and Genesis (D. Horowitz) to discuss current updates to plan |
| **TOTAL** | | | **2.60** | | **$2,258.00** | |

## EXHIBIT D

### SUMMARY OF OUT-OF-POCKET EXPENSES AND SUPPORTING INVOICES

| CATEGORY | AMOUNT |
|---|---|
| External Legal Counsel<br>(See Attached Supporting Invoices) | $4,391.70 |
| **TOTAL** | **$4,391.70** |



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL 60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

December 19, 2023

Invoice #60915

Due Upon Receipt

For Professional Services Rendered Through November 30, 2023

## Matter: Genesis Global - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/03/2023 | KKF | Drafted interim fee application (2.4). Drafted emails to B. Angstadt and C. Riberio re: missing information and final review before filing (0.3). | 2.70 | $670.00 | $1,809.00 |
| 11/07/2023 | KKF | Exchanged emails with B. Angstadt and C. Riberio re: coordination for finalizing Grant Thornton's first interim fee application. | 0.20 | $670.00 | $134.00 |
| 11/08/2023 | KKF | Telephone conference with C. Riberio re: review of Grant Thornton interim fee application (0.2). Drafted email to B. Angstadt re: same (0.1). | 0.30 | $670.00 | $201.00 |
| 11/09/2023 | KKF | Exchanged emails with B. Angstadt re: updating information on exhibits in the interim fee application. | 0.20 | $670.00 | $134.00 |
| 11/13/2023 | KKF | Telephone conference with C. Riberio re: final changes to the interim fee application to void duplication of effort in drafting tax section (0.1). Finalized interim fee application and forwarded same to B. Angstandt for final review and signature (0.6). | 0.70 | $670.00 | $469.00 |
| 11/30/2023 | ASB | Requested Invoice to complete Fee Statement. Reviewed spreadsheets from client for preparation of Fee Statement.. | 0.40 | $375.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | For professional services rendered | | 4.5 hrs | | $2,897.00 |
| | SUBTOTAL | | | | $2,897.00 |
| | Total amount of this bill | | | | $2,897.00 |

Grant Thornton LLP
December 19, 2023
Invoice # 60915

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|------:|-----:|-------:|
| Kelly K. Frazier | KKF | Of Counsel | 4.10 | $670.00 | $2,747.00 |
| Amy S. Bender | ASB | Paralegal | 0.40 | $375.00 | $150.00 |

*It is a pleasure working with you.  We appreciate your business.*



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP                                                                         January 29, 2024
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601                                                                       Invoice #61288
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

Due Upon Receipt

For Professional Services Rendered Through December 31, 2023

## Matter: Genesis Global - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/01/2023 | ASB | Prepared Third Monthly Fee Application for signature. | 1.20 | $375.00 | $450.00 |
| 12/04/2023 | KKF | Reviewed and revised 3rd MFS for October (0.3).  Exchanged emails with B. Angstadt and C. Riberio re: final execution and filing of same (0.2). | 0.50 | $670.00 | $335.00 |
| 12/07/2023 | KKF | Reviewed docket for objections to interim fee application and exchanged emails with C. Ribiero re: same. | 0.10 | $670.00 | $67.00 |
| 12/28/2023 | KKF | Exchanged emails with C. Stathopolous and C. Ribiero re: discovery requests from Weil (0.3).  Telephone conference with H. Kim re: coordination of responses to discovery requests and context of requests made by Weil (0.2). | 0.50 | $670.00 | $335.00 |
| | | For professional services rendered | 2.3 hrs | | $1,187.00 |

## Matter: Genesis Global - Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/2023 | Pacer -Pacer Charges from 10/01/2023 to 12/31/2023 | $7.70 |
| | Total Charges | $7.70 |
| SUBTOTAL | | $1,194.70 |
| | Total amount of this bill | $1,194.70 |

Grant Thornton LLP
January 29, 2024
Invoice # 61288

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Kelly K. Frazier | KKF | Of Counsel | 1.10 | $670.00 | $737.00 |
| Amy S. Bender | ASB | Paralegal | 1.20 | $375.00 | $450.00 |

It is a pleasure working with you.  We appreciate your business.



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL 60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

February 16, 2024

Invoice #61544

Due Upon Receipt

For Professional Services Rendered Through January 31, 2024

Matter: Genesis Global - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/09/2024 | ISL | Address subpoena and document production. | 0.40 | $750.00 | $300.00 |
| | | For professional services rendered | 0.4 hrs | | $300.00 |
| | SUBTOTAL | | | | $300.00 |
| | | Total amount of this bill | | | $300.00 |

Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Ian S. Landsberg | ISL | Partner | 0.40 | $750.00 | $300.00 |

It is a pleasure working with you.  We appreciate your business.