CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF THIRD REPORT OF**
**ORDINARY COURSE PROFESSIONAL CHARGES**

    **PLEASE TAKE NOTICE** that, on June 30, 2023, in accordance with the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (the "OCP Order"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Notice of First Report of Ordinary Course Professional Charges*, ECF No. 466 (the "First OCP Report") specifying the amounts disbursed by the Debtors to professionals utilized in the ordinary course of business (the "Ordinary Course Professionals") for fees and expenses incurred through May 31, 2023.

    **PLEASE TAKE FURTHER NOTICE** that, on October 30, 2023, in accordance with the OCP Order, the Debtors filed the *Notice of Second Report of Ordinary Course Professional Charges*, ECF No. 849 (the "Second OCP Report") specifying the amounts disbursed by the Debtors to Ordinary Course Professionals for fees and expenses incurred through September 30, 2023.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Order, the Debtors hereby file their third report specifying the amounts disbursed by the Debtors to Ordinary Course Professionals for fees and expenses incurred between June 1, 2023 through January 31, 2024 (the "Third OCP Report"), attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that inclusion of the fees and expenses of any Ordinary Course Professional in the Third OCP Report is without prejudice to the Debtors' right to dispute or challenge the fees and expenses of each Ordinary Course Professional and does not constitute final approval of the fees and expenses of any Ordinary Course Professional by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve the Third OCP Report, on the Notice Parties (as defined in the OCP Order).

Dated:  February 29, 2023
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and Debtors-in-Possession*

## **EXHIBIT A**

**Third OCP Report**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Genesis Global Holdco, LLC et al.  
Payments to Ordinary Course Professionals

Case No. 23-10063 (Jointly Administered)  
Reporting Period: 10/01/2023-01/31/2024

| Ordinary Course Professionals ($USD) | | | |
|---|---:|---:|---|
| Name | Amount Paid During the Period | Total Paid to Date | General Description of Services Rendered |
| JK Medora | $0 | $3,795 | Corporate Tax Advisor to the Debtors |
| Morgan Lewis Stamford | $0 | $10,000 | Singapore Counsel for the Babel Bankruptcy |
| Reed Smith | $0 | $10,707 | Legal and Regulatory Advisor to GAP |
| Abrams and Bayliss | $13,430 | $13,430 | Delaware Counsel for the File Storage Partners Bankruptcy |
| Agon Litigation | $53,500 | $81,840 | Counsel to the Debtors for BVI litigation |
| Allen & Overy | $98,859 | $500,000 | Counsel for an Individual Director or Officer |
| Prolegis | $112,028 | $142,050 | Singapore Counsel for the Babel Bankruptcy |
| Snell & Wilmer L.L.P | $123,598 | $244,085 | Nevada Counsel to the Debtors for the Cash Cloud Bankruptcy |
| Crowell & Moring | $318,477 | $808,923 | Counsel for an Individual Director or Officer |
| Alston & Bird | $339,284 | $558,509 | Counsel for an Individual Director or Officer |
| **Total Payments to OCP** | **$1,059,175** | **$2,373,338** | |