**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

Genesis Global Holdco, LLC, *et al.*

Debtor

---------------------------------------------------------------x

Case No.: 23-10063 (SHL)
Chapter 11

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Oxana Kozlov, Esq., to be admitted, *pro hac vice*, to represent ▮▮▮▮▮▮▮, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Oxana Kozlov, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 29, 2024
White Plains, New York

/s/ **Sean H. Lane**
UNITED STATES BANKRUPTCY JUDGE