Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1369 & 1370** |

NOTICE OF ADJOURNMENT
OF PRESENTMENT OF (I) THE STIPULATION
AND ORDER BY AND BETWEEN THE DEBTORS AND
THE TEXAS STATE SECURITIES BOARD AND THE TEXAS
DEPARTMENT OF BANKING AND (II) THE STIPULATION AND ORDER BY
AND BETWEEN THE DEBTORS AND THE NEW JERSEY BUREAU OF SECURITIES

      **PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

      **PLEASE TAKE FURTHER NOTICE** that, on February 23, 2024, the Debtors filed the *Stipulation and Order by and Between the Debtors and the New Jersey Bureau of*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

*Securities* (ECF No. 1369) (the "New Jersey Stipulation"), seeking to reclassify the claims of the New Jersey Bureau of Securities under the Plan (as defined therein). The deadline to the object to the New Jersey Stipulation was February 29, 2024 at 4:00 PM (Prevailing Eastern Time) and the New Jersey Stipulation was scheduled for presentment to this Court on March 1, 2024, at 4:00 PM (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2024, the Debtors filed the *Stipulation and Order by and Between the Debtors and the Texas State Securities Board and the Texas Department of Banking* (ECF No. 1370) (the "Texas Stipulation" and together with the New Jersey Stipulation, the "Stipulations"), seeking to reclassify the claims of the Texas State Securities Board and the Texas Department of Banking under the Plan (as defined therein). The deadline to the object to the Texas Stipulation was February 29, 2024 at 4:00 PM (Prevailing Eastern Time) and the Texas Stipulation was scheduled for presentment to this Court on March 1, 2024, at 4:00 PM (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, upon approval from the Court, the Debtors hereby (i) adjourn the date of presentment of the Stipulations to March 8, 2024 at 4:00 PM (Prevailing Eastern Time) and (ii) extend the deadlines to object to the Stipulations to March 7, 2024 at 4:00 PM (Prevailing Eastern Time).

Dated:   March 4, 2024
         New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

2