CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01168 (SHL) |
| Plaintiff, | |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |
| Genesis Global Capital, LLC, | Adv. Pro. No. 23- 01169 (SHL) |
| Plaintiff, | |
| v. | |
| DCG International Investments Ltd. | |
| Defendant. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

# AMENDED AGENDA FOR HEARING TO BE HELD
# MARCH 6, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)

**Date and Time of Hearing:** March 6, 2024, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:** Before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The March 6 hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the March 6 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the March 6 Hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AMENDED AGENDA FOR MARCH 6 HEARING

**Matters to be Heard at March 6 Hearing:**

I. **Status Conferences:**

   1. **Status Conference on Confirmation Hearing Open Items**

   2. **Status Conference on Claim Reconciliations and Objections**

II. **Uncontested Matters:**

   3. **Twenty-First Omnibus Claim Objection:** *Notice of Hearing On Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1242.

      **i.**    **General Response Deadline:** February 26, 2024 at 4:00 P.M (Eastern Time)

      **ii.**    **No Responses**

      **iii.**    **No Related Pleadings**

      **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

4. **Twenty-Second Omnibus Claim Objection:** *Notice of Hearing On Debtors' Twenty-Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability And Insufficient Documentation).* ECF No. 1243.

    i. **General Response Deadline:** February 26, 2024 at 4:00 P.M (Eastern Time)

    ii. **No Responses**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

## III. Contested Matters:

1. **Seventh Omnibus Claim Objection Solely with Respect to Claims Number 402 and 405:** *Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified).* ECF No. 999.

    i. **General Response Deadline:** December 21, 2023 at 4:00 p.m. (Eastern Time)

    ii. **Responses:**

        a. *Response to Seventh Omnibus Objection (Claim #55).* ECF No. 1056.

        b. *Response in Opposition to Debtors' Objections to Claim Nos. 402 and 405 in Seventh Omnibus Objection.* ECF No. 1076.

        c. *Response To Seventh Omnibus Objection.* ECF No. 1083.

        d. *Debtors' Reply in Support of the Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) with Respect to Claim Nos. 402 and 405.* ECF No. 1188.

        e. *Claimants' Sur-Reply to Debtors Reply in Support of the Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405.* ECF No. 1223.

    iii. **Related Pleadings:**

        a. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R.*

      *Bankr. 3008 (Modify and Allow as Modified) Solely with Respect to Claims 458 and 495.*  ECF No. 1072.

b. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified).*  ECF No. 1082.

c. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified).*  ECF No. 1084.

d. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect Claim Nos. 402 and 405.*  ECF No. 1085.

e. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified) Solely with Respect to Claim 260.*  ECF No. 1106.

f. *Notice of Debtors' Revised Proposed Order Granting Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified).*  ECF No. 1111.

g. *Notice of Adjournment of Hearing on Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect Claim No. 493.*  ECF No. 1121.

h. *Notice of Further Adjournment of Debtors' Seventh Omnibus Objection (Non Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3007 (Modify and Allow as Modified) Solely with Respect to Nos. 402 and 405.*  ECF No. 1123.

i. *Notice of Further Adjournment of Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow as Modified) Solely with Respect to Claim Nos. 402 and 405.*  ECF No. 1179.

j. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. 3008 (Modify and Allow as Modified) Solely with Respect to Claim 55.*  ECF No. 1143.

k. *Notice of Withdrawal of the Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R.*

4

      *Bankr. 3008 (Modify and Allow as Modified) Solely with Respect to Claim 55.* ECF No. 1151.

    **iv. Status:** A proposed order has been filed and the matter is going forward solely with respect to Claim Nos. 402 and 405. The Debtors sought, but did not receive, the claimants' consent to request a further adjournment of this matter and the related cross-motion listed under contested matter no. 2 below.

2. **Claim Allowance Motion:** *Motion by Claimants for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(b), Allowing Undisputed Principal Amount of Claim Nos. 402 and 405 for Purposes of Distribution Under the Debtors' Amended Joint Chapter 11 Plan.* ECF No. 1340.

    **i. General Response Deadline:** February 28, 2024 at 4:00 P.M (Eastern Time)

    **ii. Responses:**

        a. *Debtors' Objection to Motion by Claimants for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(b), Allowing Undisputed Principal Amount of Claim Nos. 402 and 405 for Purposes of Distribution Under the Debtors' Amended Joint Chapter 11 Plan.* ECF No. 1404.

        b. *Claimants' Reply to Debtors' Objection to Motion by Claimants for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(b), Allowing Undisputed Principal Amount of Claim Nos. 402 and 405 for Purposes of Distribution Under the Debtors' Amended Joint Chapter 11 Plan.* ECF No. 1421.

    **iii. No Related Pleadings**

    **iv. Status:** A proposed order has been filed and the matter is going forward. The Debtors sought, but did not receive, the claimants' consent to request a further adjournment of this matter and the related claims objection listed under contested matter no. 1 above.

**IV. <u>Matters not Going Forward</u>:**

1. **Rule 2004 Motion:** *Application For FRBP 2004 Examination /Debtors Request For Entry of an Order Pursuant to 11 U.S.C. 105 and Fed. R. Bankr. P. Rule 2004 (I) Authorizing the Examination of Digital Currency Group, In. and DCG International Investments, Ltd. and (II) Granting Related Relief.* ECF No. 1303.

    **v. General Response Deadline:** February 20, 2024 at 4:00 P.M (Eastern Time)

    **vi. Responses:**

        a. *Digital Currency Group, Inc. and DCG International Investment, Ltd.'s Objection to the Debtors' Request for Entry of an Order Authorizing Examination Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. Rule 2004.* ECF No. 1337

        b. *Debtors' Reply in Support of the Request for Entry of an Order Pursuant to 11 U.S.C. Sec. 105 and Fed. R. Bankr. P. Rule 2004 (I) Authorizing the*

        *Examination of Digital Currency Group, Inc. and DCG International Investments, Ltd. and (II) Granting Related Relief.* ECF No. 1371.

    **vii.**   **Related Pleadings:**

        a. *Motion to File Under Seal /Debtors Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Genesis Debtors Request for Entry of an Order Pursuant to 11 U.S.C. 105 and Fed. R. Bankr. P. Rule 2004 Authorizing the Examination of Digital Currency Group, Inc. and DCG International Investments, Ltd.* ECF No. 1304.

        b. *Notice of Adjournment of Hearing on the Rule 2004 Application and Sealing Application to March 19, 2024.* ECF No. 1423.

    **viii.**   **Status:** This matter has been adjourned to March 19, 2024 at 11:00 A.M. (Prevailing Eastern Time).

**V.**   **Adversary Proceeding Matters not Going Forward:**

1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

    **i.**   **Related Pleadings**:

        a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

        b. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against Digital Currency Group, Inc.* ECF No. 30, Adv. Pro. No. 23-01168.

    **ii.**   **Status**: This pre-trial conference has been adjourned to April 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

2. **Pre-Trial Conference.** *Complaint against DCG International Investments Ltd.* ECF No. 1, Adv. Pro. No. 23-01169.

    **i.**   **Related Pleadings**:

        a. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, LTD.* ECF No. 31, Adv. Pro. No. 23-01169.

    **iii.**   **Status:** This pre-trial conference has been adjourned to April 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

| | |
|---|---|
| Dated: March 5, 2024<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |