Robert T. Honeywell
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: (212) 536-4863
Robert.Honeywell@klgates.com

*Counsel for GPD Holdings LLC d/b/a Coinflip*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Genesis Global Holdco, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>**NOTICE OF APPEARANCE** |
|---|---|

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Robert T. Honeywell of K&L Gates LLP, a member of this Court in good standing, respectfully enters his appearance as counsel of record for GPD Holdings LLC d/b/a Coinflip ("Coinflip").

**NOTICE IS FURTHER GIVEN**, that pursuant Rule 2002 to the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in this action, including but not limited to all papers filed and served in this action, be given to and served upon:

K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Attn: Robert T. Honeywell

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

318010661.1

Phone: (212) 536-4863
Robert.Honeywell@klgates.com

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise.

The filing of this appearance shall not waive any defenses or arguments that may be available to GPD Holdings LLC d/b/a Coinflip.

Any and all defenses and/or arguments available to GPD Holdings LLC d/b/a Coinflip, are hereby expressly reserved.

Dated: March 7, 2024        **K&L GATES LLP**

        */s/ Robert T. Honeywell*
        Robert T. Honeywell
        599 Lexington Avenue
        New York, New York 10022
        Phone: (212) 536-4863
        E-mail: Robert.Honeywell@klgates.com

        *Counsel to GPD Holdings LLC d/b/a Coinflip*