**K&L GATES LLP**
Carly S. Everhardt
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone: 305.539.3300
Facsimile: 305.358.7095
Email: carly.everhardt@klgates.com

*Counsel to GPD Holdings LLC d/b/a CoinFlip*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) (the "Bankruptcy Rules") and section 1109(b) of the Bankruptcy Code, **Carly S. Everhardt, an attorney at the law firm of K&L Gates LLP,** hereby enters her appearance as counsel on behalf of GPD Holdings LLC d/b/a CoinFlip in the above-captioned proceeding, and respectfully request that the name of counsel listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in this proceeding, and all pleadings and other papers served, or required to be served, in this proceeding, be given to and served upon the following:

**K&L GATES LLP**
Carly S. Everhardt
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone: 305.539.3300
Facsimile: 305.358.7095
**Email:** carly.everhardt@klgates.com

1

PLEASE TAKE FURTHER NOTICE THAT, this Notice of Appearance and Request for Service of Papers shall not be deemed to be or construed as a waiver of CoinFlip's rights: (a) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) to trial by jury in any proceeding so triable related to this proceeding; or (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal. This Notice of Appearance and Request for Service of Papers is likewise not a waiver of any other rights, claims, actions or setoffs to which CoinFlip is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses and setoffs CoinFlip expressly reserves.

Dated:  March 11, 2024                                  Respectfully submitted,

**K&L GATES LLP**

 */s/  Carly S. Everhardt*
Carly S. Everhardt
carly.everhardt@klgates.com
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone:  305.539.3300
Facsimile:  305.358.7095
*Attorney for GPD Holdings LLC d/b/a CoinFlip*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to all the CM/ECF participants on this this 11th day of March, 2024.

*/s/ Carly Everhardt*