**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

# AFFIDAVIT OF SERVICE

I, Andrew, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

Dated: March 8, 2024

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 8, 2024, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5 | Name on File<br>Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: William P. McLoughlin<br>520 Madison Avenue, 3rd Floor<br>New York, NY 10022 | May 5, 2023 |
| 50 | Name on File<br>Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: William McLoughlin<br>520 Madison Avenue, 3rd Floor<br>New York, NY 10022 | May 5, 2023 |
| 320 | Name on File<br>Address on File | Ari Litan<br>5028 NW 24th Cir<br>Boca Raton, FL 33431 | May 26, 2023 |
| 493 | Name on File<br>Address on File | Marcos Holdings I LLC<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW | July 14, 2023 |
| 508 | Name on File<br>Address on File | Marcos Holdings I LLC<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | August 4, 2023 |

In re: Genesis Global Holdco, LLC, *et al*.
Case No. 22-10063 (SHL)                                                    Page 1 of 1

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 590 | Name on File<br>Address on File | Fir Tree Value Master Fund, LP<br>Fir Tree Capital Opportunity Master Fund III, LP<br>FT Digital Asset Opportunities Holdings, LP<br>Fir Tree Capital Management LP<br>Attn: General Counsel<br>500 Fifth Ave, Suite 901<br>New York, NY 10010 | September 22, 2023 |