UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: March 8, 2024

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 8, 2024, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 595 | Name on File<br>Address on File | Marcos Holdings I LLC<br>Attn: Steve Gilles<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | October 27, 2023 |
| 624 | Name on File<br>Address on File | Moneybites Media Inc.<br>206 Golden Shores Road<br>Bancroft, ON KOL1CO<br>Canada | October 27, 2023 |
| 752 | Name on File<br>Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | October 27, 2023 |
| 493 | Name on File<br>Address on File | Marcos Holdings I LLC<br>Attestor Value Master Fund LP<br>Attn: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW<br>United Kingdom | January 12, 2024 |
| 618 | Name on File<br>Address on File | Marcos Holdings I LLC<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP<br>c/o Attestor Limited<br>7 Seymour Street<br>London W1H 7JW<br>United Kingdom | January 12, 2024 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 811 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | November 3, 2023 |
| 817 | Name on File<br>Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: William McLoughlin<br>c/o Jefferies LLC<br>520 Madison Avenue, Third Floor<br>New York, NY 10022 | November 3, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 992 | Name on File<br>Address on File | Fir Tree Value Master Fund, LP<br>c/o Fir Tree Capital Management<br>Attn: General Counsel<br>500 Fifth Ave, Suite 901<br>New York, NY 10010<br><br>Fir Tree Capital Opportunity Master Fund III, LP<br>c/o Fir Tree Capital Management<br>Attn: General Counsel<br>500 Fifth Ave, Suite 901<br>New York, NY 10010<br><br>Fir Tree Digital Asset Opportunities Holdings, LLC<br>c/o Fir Tree Capital Management<br>Attn: General Counsel<br>500 Fifth Ave, Suite 901<br>New York, NY 10010 | March 8, 2024 |