CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | |
| Plaintiff, | Adv. Pro. No. 24-01312 (SHL) |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |

**AGENDA FOR HEARING TO BE HELD
MARCH 19, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**   March 19, 2024, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The March 19 hearing will be conducted through

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

|  |  |
|---|---|
|  | Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the March 19 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the March 19 Hearing to those parties who have made an electronic appearance. |
|  | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website. |

## AGENDA FOR MARCH 19 HEARING

**Matters to be Heard at March 19 Hearing:**

I. **Uncontested Matters:**

1. **Insurance Motion:** *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Further Extend the Coverage Period of Certain Insurance Policies and (II) Granting Related Relief.* ECF No. 1429.

    i. **General Response Deadline:** March 12, 2024 at 4:00 P.M (Eastern Time)

    ii. **No Responses**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

2. **Twenty-Third Omnibus Claims Objection:** *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1315.

    i. **General Response Deadline:** March 7, 2024 at 4:00 P.M (Eastern Time)

    ii. **Responses:**

2

      a. *Response and Reservation of Rights of GPD Holdings LLC d/b/a Coinflip to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1436.

   iii. **Related Pleadings:**

      a. *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claims No. 223, 353 and 810.* ECF No. 1454.

   iv. **Status:** A proposed order has been filed and the matter is going forward with respect to Claim Nos. 84, 261, 262, 337 and GGC 3.1.0204. The hearing on Claim Nos. 223, 353 and 810 has been adjourned to April 16, 2024 at 11:00 a.m.

## II. Contested Matters:

1. **Rule 2004 Motion:** *Debtors' Request for Entry of an Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 2004 (I) Authorizing the Examination of Digital Currency Group, Inc. and DCG International Investments, Ltd. and (II) Granting Related Relief.* ECF No. 1303.

   i. **General Response Deadline:** February 20, 2024 at 4:00 P.M. (Eastern Time)

   ii. **Responses:**

      a. *Digital Currency Group, Inc. and DCG International Investment, Ltd.'s Objection to the Debtors' Request for Entry of an Order Authorizing Examination Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. Rule 2004.* ECF No. 1337.

      b. *Debtors' Reply in Support of the Request for Entry of an Order Pursuant to 11 U.S.C. Sec. 105 and Fed. R. Bankr. P. Rule 2004 (I) Authorizing the Examination of Digital Currency Group, Inc. and DCG International Investments, Ltd. and (II) Granting Related Relief.* ECF No. 1371.

   iii. **Related Pleadings:**

      a. *Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Genesis Debtors' Request for Entry of an Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 2004 Authorizing the Examination of Digital Currency Group, Inc. and DCG International Investments, Ltd.* ECF No. 1304.

      b. *Notice of Adjournment and Rescheduling of the Hearing on the Rule 2004 Application and Sealing Application to March 6, 2024.* ECF No. 1372.

      c. *Notice of Adjournment and Rescheduling of the Hearing on the Rule 2004 Application and Sealing Application to March 19, 2024.* ECF No. 1423.

    **iv.** **Status:** This matter is going forward on a modified basis. The Debtors shall be filing a revised proposed order reflecting resolution of certain document and information requests originally sought by the Debtors that have been subsequently obtained since the filing of the Application.

### III. Adversary Proceeding Matters Going Forward:

1. **Pre-Trial Conference**: *Adversary Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 24-01312.

    **i.** **Related Pleadings:**

        a. *Answer and Affirmative Defenses of Digital Currency Group, Inc. to Genesis Global Capital, LLC's Adversary Complaint.* ECF No. 5, Adv. Pro. No. 24-01312.

    **ii.** **Status:** The Debtors have made a scheduling proposal to the defendant in the action. If the parties are unable to reach agreement regarding a proposed briefing schedule, they will submit letter briefing with competing proposals prior to the March 19 hearing.

### IV. Matters not Going Forward:

1. **Setoff Motion:** *Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1374.

    **ii.** **General Response Deadline:** March 8, 2024 at 4:00 P.M (Eastern Time)

    **iii.** **Responses:**

        a. *Objection of Chainview Capital Fund, LP to Debtors' Motion for (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1442.

        b. *Objection of David Morton to Debtors' Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations.* ECF No. 1443.

    **iv.** **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1451.

    **v.** **Status:** This matter has been adjourned to April 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

|  |  |
|---|---|
| Dated: March 15, 2024<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors<br>and Debtors-in-Possession* |