**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### SUMMARY OF SECOND INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH JANUARY 31, 2024

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Services as: | Administrative Advisor |
| Date of Retention: | February 24, 2023, *nunc pro tunc* to January 19, 2023 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through January 31, 2024 ("**Interim Fee Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $63,172.04 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| **Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | **$63,172.04** |

This is an: _____ monthly ___X___ interim _____ final application.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd.. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**Prior Interim Fee Applications**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/15/23; ECF No. 936 | 1/19/23 – 9/30/23 | $23,114.00 | $0.00 | $20,802.60[2] | $0.00 |

**Prior Monthly Statements Filed During the Interim Fee Period**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 11/20/23; ECF No. 957 | 10/1/23 – 10/31/23 | $1,995.20 (payment of 80% or $1,596.16) | $0.00 | $1,596.16 (80% of $1,995.20) | $0.00 | $399.04 |
| 12/20/23; ECF No. 1069 | 11/1/23 – 11/30/23 | $15,952.80 (payment of 80% or $12,762.24) | $0.00 | $12,762.24 (80% of $15,952.80) | $0.00 | $3,190.56 |
| 1/24/24; ECF No. 1192 | 12/1/23 – 12/31/23 | $18,973.20 (payment of 80% or $15,178.56) | $0.00 | $15,178.56 (80% of $18,973.20) | $0.00 | $3,794.64 |
| 2/20/24; ECF No. 1336 | 1/1/24 – 1/31/24 | $26,250.84 (payment of 80% or $21,000.67) | $0.00 | $21,000.67 (80% of $26,250.84) | $0.00 | $5,250.17 |

**Summary of Hours Billed by Kroll Employees During the Interim Fee Period**

| Employee Name | Title | Total Hours | Rate[3] | Total |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 0.40 | $269.50 | $107.80 |
| Johnson, Craig | Director of Solicitation | 9.20 | $269.50 | $2,479.40 |
| Orchowski, Alex T | Director of Solicitation | 57.40 | $269.50 | $15,469.30 |
| Sharp, David | Director of Solicitation | 2.60 | $269.50 | $700.70 |
| Johnson, Craig | Director of Solicitation | 4.50 | $245.00 | $1,102.50 |

---

[2] Pursuant to the Court's interim fee order entered at Docket No. 1051, 90% of allowed fees for the first interim fee period are currently eligible for payment.

[3] Kroll's hourly rates increased on January 1, 2024 in accordance with the terms of Kroll's retention. Additionally, certain Kroll employees were promoted during the Interim Fee Period, and are thus listed at both their former and current rates and titles, as applicable.

| | | | | |
|---|---|---|---|---|
| Orchowski, Alex T | Director of Solicitation | 99.70 | $245.00 | $24,426.50 |
| Brunswick, Gabriel | Director | 3.20 | $245.00 | $784.00 |
| Gallerie, Bridget | Director | 0.50 | $245.00 | $122.50 |
| Adbul Hakeem, Shakir | Solicitation Consultant | 3.80 | $242.00 | $919.60 |
| Brodeur, Sarah | Solicitation Consultant | 2.80 | $242.00 | $677.60 |
| Brown, Mark M | Solicitation Consultant | 0.40 | $242.00 | $96.80 |
| Crowell, Messiah L | Solicitation Consultant | 17.50 | $242.00 | $4,235.00 |
| Gache, Jean | Solicitation Consultant | 5.10 | $242.00 | $1,234.20 |
| Steinberg, Zachary | Solicitation Consultant | 18.00 | $242.00 | $4,356.00 |
| Brown, Mark M | Solicitation Consultant | 7.70 | $220.00 | $1,694.00 |
| Crowell, Messiah L | Solicitation Consultant | 7.60 | $220.00 | $1,672.00 |
| Gache, Jean | Solicitation Consultant | 8.60 | $220.00 | $1,892.00 |
| Lewenson, Justin | Solicitation Consultant | 4.40 | $220.00 | $968.00 |
| Steinberg, Zachary | Solicitation Consultant | 45.60 | $220.00 | $10,032.00 |
| Chan, Andrew Q | Consultant | 1.40 | $198.00 | $277.20 |
| Hernandez, Javier | Consultant | 1.00 | $198.00 | $198.00 |
| Kouskorskaya, Yaroslava | Consultant | 0.30 | $198.00 | $59.40 |
| Pagan, Chanel C | Consultant | 6.00 | $198.00 | $1,188.00 |
| Gorina, Anastasia | Consultant | 3.50 | $192.50 | $673.75 |
| Hernandez, Javier | Consultant | 0.60 | $180.00 | $108.00 |
| Lim, Rachel | Consultant | 11.00 | $180.00 | $1,980.00 |
| Markesinis, Ioannis N | Consultant | 0.80 | $176.00 | $140.80 |
| Gorina, Anastasia | Consultant | 0.80 | $175.00 | $140.00 |
| Gogde, Mansi | Consultant | 1.50 | $160.00 | $240.00 |
| Jain, Shikhar | Consultant | 1.40 | $160.00 | $224.00 |
| Kar, Monika | Consultant | 0.20 | $160.00 | $32.00 |
| Mishra, Anju | Consultant | 2.70 | $160.00 | $432.00 |
| Tawde, Medhavi | Consultant | 0.20 | $160.00 | $32.00 |
| Hernandez, Raymond | Consultant | 2.70 | $100.00 | $270.00 |
| | **TOTAL** | **333.10** | | **$78,965.05[4]** |
| | **BLENDED RATE** | | **$237.06** | |

## Summary of Hours Billed by Subject Matter During the Interim Fee Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 44.10 | $9,501.95 |
| Call Center / Credit Inquiry | 29.70 | $7,457.80 |
| Disbursements | 6.60 | $1,597.20 |
| Retention / Fee Application | 5.20 | $1,197.80 |
| Solicitation | 247.50 | $59,210.30 |
| **TOTAL** | **333.10** | **$78,965.05[5]** |

---

[4, 5] This amount has been discounted to $63,172.04 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $189.65.

**<u>Summary of Expenses Incurred During the Interim Fee Period</u>**

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### SECOND INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM OCTOBER 1, 2023 THROUGH JANUARY 31, 2024</u>

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to Genesis Global Holdco, LLC and certain of its affiliates as debtors and debtors in possession (collectively, the "**Debtors**"), files this second interim fee application (the "**Application**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules (the "**Local Bankruptcy Rules**") of the United States Bankruptcy Court for the Southern District of New York (the "**Court**") and the *Order Establishing  Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 101] (the "**Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the interim period from October 1, 2023 through January 31, 2024 (the "**Interim Fee Period**").  In support of the Application, Kroll respectfully represents as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd.. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**Jurisdiction**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the

Amended Standing Order Reference of the United States District Court for the Southern District

of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28

U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are sections 327, 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1 and the Compensation

Order.

**Background**

3.      On January 19, 2023 (the "**Petition Date**"), each of the Debtors commenced with

the Court a voluntary case under chapter 11 the Bankruptcy Code. The Debtors are authorized to

continue to operate their business and. manage their properties as debtors in possession pursuant

to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in

these chapter 11 cases. On February 3, 2023, an official committee of unsecured creditors was

appointed in these cases [Docket No. 55].

**Retention of Kroll**

4.      On February 24, 2023, the Court entered the *Order Authorizing Employment and

Retention of Kroll Restructuring Administration LLC as Administrative Advisor* Nunc Pro Tunc *to

the Petition Date* [Docket No. 107] (the "**Administrative Advisor Order**"), which authorized the

Debtors to employ and retain Kroll as administrative advisor *nunc pro tunc* to the Petition Date.

**Relief Requested**

5.      By this Application, Kroll seeks allowance on an interim basis of compensation for

professional services rendered to the Debtors during the Interim Fee Period in the aggregate

amount of $63,172.04 and for reimbursement of actual and necessary expenses incurred in connection with the rendering of such services in the aggregate amount of $0.00, for a total aggregate amount of $63,172.04. Itemized invoices for the Interim Fee Period are attached hereto as **Exhibit A**.

6.      The Debtors have been given the opportunity to review this Application and have approved the compensation and reimbursement of expenses requested herein.

## Monthly Compensation

7.      Pursuant to the Compensation Order, Kroll has previously submitted a description of the hours it spent rendering services to the Debtors during the Interim Fee Period and a request for allowance and payment of fees and expenses related to such services in its monthly fee statements filed at Docket Nos. 957, 1069, 1192 and 1336 (each a "**Monthly Fee Statement**" and collectively, the "**Monthly Fee Statements**").

8.      All services for which compensation has been requested by Kroll during the Interim Fee Period were performed for or on behalf of the Debtors. The fees and disbursements sought by this Application do not include any fees or disbursements that have been sought for services provided by Kroll under the Notice and Claims Agent Retention Order,[2] which provides for separate procedures for the payment of such fees and disbursements. Similarly, no fees or disbursements for services provided to the Debtors under the Notice and Claims Agent Retention Order has been sought by the Monthly Fee Statements or is being sought hereby.

9.      Lastly, except to the extent of the advance paid to Kroll (as described in the Engagement Letter between Kroll and the Debtors) and payment of the fees and disbursements

---

[2] The Notice and Claims Agent Retention Order is that certain *Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent* entered by the Court on January 26, 2023 [Docket No. 39].

sought in the Monthly Fee Statements, Kroll has neither sought nor received any payment or promises for payment from any source during the Interim Fee Period in connection with the matters described in this Application.  Also, there is no agreement or understanding between Kroll and any other person, other than the affiliates, partners, managers, directors and employees of Kroll, for sharing of the compensation to be received for services rendered to the Debtors in these chapter 11 cases.

### **Summary of Professional Services Rendered**

10.    The professional services that Kroll rendered during the Interim Fee Period are grouped by subject matter and summarized as follows:

- Ballots

Fees: $9,501.95; Hours:  44.10

Ballots services provided included processing incoming ballots, including receiving, reviewing, and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- Call Center / Credit Inquiry

Fees:  $7,457.80; Hours:  29.70

Call Center / Credit Inquiry services provided included: (a) preparing and updating frequently asked questions to be used in responding to solicitation related inquiries; (b) conferring among the Kroll case team regarding responses to solicitation related inquiries; (c) responding to creditor and nominee inquires relating to solicitation and balloting of the Debtors' plan; and (d) performing quality assurance reviews of inquiry responses.

- <u>Disbursements</u>

Fees:  $1,597.20; Hours:  6.60

Disbursements services provided included reviewing the Debtors' plan and disclosure statement in preparation for upcoming distributions.

- <u>Retention / Fee Application</u>

Fees:  $1,197.80; Hours: 5.20

Retention / Fee Application services provided included: (a) drafting, revising, and finalizing Kroll's Monthly Fee Statements and first interim fee application filed at Docket No. 936; and (b) attending the hearing on the first interim fee application.

- <u>Solicitation</u>

Fees:  $59,210.30; Hours:  247.50

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan, including solicitation procedures, timelines, voting, balloting, and related mechanics; (b) responding to inquiries from Debtors' counsel regarding solicitation of the Debtors' plan; (c) reviewing, analyzing and providing comments on the solicitation materials, including motions, ballots, voting procedures and the plan and disclosure statement; (d) preparing plan class reports for solicitation purposes and performing quality assurance reviews of same; (e) coordinating the setup of an electronic platform to receive ballot forms in connection with the plan; (g) telephonically attending the disclosure statement hearing in connection with solicitation; (h) preparing interim reports for circulation to the Debtors' other professionals; and (i) preparing the voting declaration and performing quality assurance reviews of same.

**Summary of Expenses Incurred**

11.     Kroll is not currently aware of any actual and necessary expenses incurred during

the Interim Fee Period in rendering the services described herein.

**Kroll's Requested Fees and
Reimbursement of Expenses Should Be Allowed by this Court**

12.     Section 330 of the Bankruptcy Code provides that a court may award a professional

employed under section 327 of the Bankruptcy Code "reasonable compensation for actual,

necessary services rendered … and reimbursement for actual, necessary expenses."  11 U.S.C. §

330(a)(1).  Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)     the time spent on such services;
>
> (b)     the rates charged for such services;
>
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (f)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code,

it is respectfully submitted that the amounts requested by Kroll are fair and reasonable given (a)

the complexity of this case, (b) the time expended, (c) the rates charged for such services, (d) the

nature and extent of the services rendered, (e) the value of such services and (f) the costs of

comparable services other than in a case under this title.

6

14.     In addition, Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

15.     Lastly, Kroll maintains computerized records of the time spent by employees of Kroll in connection with its role as administrative agent to the Debtors.  **Exhibit A** hereto: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, lists the amount and type of expenses incurred.

## Allowance of Compensation and Reimbursement of Expenses

16.     Kroll requests that it be allowed, on an interim basis, compensation for professional services rendered and reasonable and necessary expenses incurred during the Interim Fee Period in the aggregate amount of $63,172.04 and $0.00, respectively, for a total aggregate amount of $63,172.04.  It is possible that some time expended or expenses incurred during the Interim Fee Period are not reflected in this Application.  Kroll reserves the right to include such amounts in future fee applications.

## Certification of Compliance and Waiver

17.     The undersigned has reviewed the requirements of Rule 2016-1 of the Local Rules and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-1, Kroll

believes that such deviations are not material and respectfully requests that any such requirements be waived.

### Notice

18.     Pursuant to the Compensation Order, this Application will be served upon the Fee Notice Parties (as defined in the Compensation Order).  Kroll submits, in light of the relief requested, no other or further notice is necessary.

### Conclusion

WHEREFORE, Kroll respectfully requests that the Court enter an order: (i) granting Kroll interim allowance of compensation for professional services rendered in the aggregate amount of $63,172.04, which represents 100% of the total compensation for professional services rendered by Kroll during the Interim Fee Period; (ii) granting Kroll reimbursement of $0.00 for 100% of the actual and necessary costs and expenses incurred by Kroll during the Interim Fee Period; (iii) authorizing and directing the Debtors to pay Kroll $63,172.04 (less any amounts previously paid) for professional services rendered and for actual and necessary expenses; and (iv) granting such other and further relief as is just and proper.

Dated:  March 15, 2024
        New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF
SECOND INTERIM FEE APPLICATION OF KROLL RESTRUCTURING
ADMINISTRATION LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM OCTOBER 1, 2023 THROUGH JANUARY 31, 2024**

I, Shira D. Weiner, hereby certify that:

1.      I am the General Counsel to Kroll Restructuring Administration LLC ("**Kroll**"),

administrative advisor to Genesis Global Holdco, LLC and certain of its affiliates, as debtors and

debtors in possession (collectively, the "**Debtors**").

2.      This certification is made in respect of Kroll's compliance with the Amended

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases, effective as of February 5, 2013 (as adopted by General Order M-447) (the

"**Local Guidelines**"), and the U.S. Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 effective January 30,

1996 (the "**UST Guidelines**" together with the Local Guidelines, the "**Fee Guidelines**"), in

connection with Kroll's interim fee application (the "**Application**") for allowance and approval of

compensation for professional services rendered to the Debtors and for reimbursement of actual

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd.. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

and necessary expenses incurred in connection with such services for the period from October 1, 2023 through January 31, 2024 (the "**Interim Fee Period**").

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

(a)     I have read the Application;

(b)     to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought fall within the Fee Guidelines;

(c)     the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kroll and generally accepted by Kroll's clients; and

(d)     in seeking the reimbursement of expenses described in the Application, Kroll did not make a profit on those services, whether performed by Kroll in-house or through a third party.

4.      In respect of Section B.2 of the Local Guidelines, I certify that Kroll has provided the U.S. Trustee, the Debtors, and their attorneys with a statement of Kroll's fees and expenses accrued during the Interim Fee Period.

5.      In respect of Section B.3 of the Local Guidelines, I certify that the Debtors, its attorneys, and the U.S. Trustee are each being provided with a copy of the Application.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  March 15, 2024
        New York, New York                    /s/ *Shira D. Weiner*
                                              Shira D. Weiner
                                              General Counsel
                                              Kroll Restructuring Administration LLC
                                              55 East 52nd Street, 17th Floor
                                              New York, NY 10055

                                              *Administrative Advisor to the Debtors*

**<u>Exhibit A</u>**



## Hourly Fees by Employee through October  2023

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| JAH | Hernandez, Javier | CO - Consultant | 0.60 | $180.00 | $108.00 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 5.50 | $220.00 | $1,210.00 |
| GB | Brunswick, Gabriel | DI - Director | 1.20 | $245.00 | $294.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 0.30 | $245.00 | $73.50 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 3.30 | $245.00 | $808.50 |
| | | **TOTAL:** | **10.90** | | **$2,494.00** |

## Hourly Fees by Task Code through October  2023

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| RETN | Retention / Fee Application | 1.80 | $402.00 |
| SOLI | Solicitation | 9.10 | $2,092.00 |
| | **TOTAL:** | **10.90** | **$2,494.00** |

Genesis Global Holdco, LLC

Page 2

Invoice #: 22554

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 10/17/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.60 |
| 10/23/23 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.20 |
| 10/24/23 | JAH | CO | Review and file monthly fee statement | Retention / Fee Application | 0.60 |
| 10/26/23 | ATO | DS | Confer with Z. Steinberg (Kroll) to review the latest drafts of the solicitation materials | Solicitation | 0.50 |
| 10/26/23 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.00 |
| 10/26/23 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.50 |
| 10/31/23 | ATO | DS | Conduct quality assurance review of the draft solicitation materials | Solicitation | 1.00 |
| 10/31/23 | ATO | DS | Confer with J. Hughes and R. Lim (Kroll) regarding the online voting portal | Solicitation | 0.50 |
| 10/31/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary Gottleib) related to the timeline to finalize voting results | Solicitation | 0.70 |
| 10/31/23 | CJ | DS | Review proposed revised solicitation timetable | Solicitation | 0.30 |
| 10/31/23 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.00 |

**Total Hours**　　**10.90**



## Hourly Fees by Employee through November  2023

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RHE | Hernandez, Raymond | CO - Consultant | 1.70 | $100.00 | $170.00 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 7.70 | $220.00 | $1,694.00 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 27.60 | $220.00 | $6,072.00 |
| GB | Brunswick, Gabriel | DI - Director | 0.70 | $245.00 | $171.50 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 3.10 | $245.00 | $759.50 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 45.20 | $245.00 | $11,074.00 |
| | | **TOTAL:** | **86.00** | | **$19,941.00** |

## Hourly Fees by Task Code through November  2023

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Creditor Inquiry | 3.40 | $748.00 |
| RETN | Retention / Fee Application | 0.70 | $171.50 |
| SOLI | Solicitation | 81.90 | $19,021.50 |
| | **TOTAL:** | **86.00** | **$19,941.00** |

Genesis Global Holdco, LLC

Page 2

Invoice #: 22795

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 11/01/23 | ATO | DS | Conduct quality assurance review of the draft solicitation materials | Solicitation | 1.20 |
| 11/01/23 | ATO | DS | Confer with M. Brown (Kroll) regarding the updated drafts of the solicitation materials | Solicitation | 0.20 |
| 11/01/23 | ATO | DS | Confer with R. Minott (Cleary) regarding solicitation | Solicitation | 0.40 |
| 11/01/23 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 1.70 |
| 11/01/23 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.00 |
| 11/01/23 | ZS | SA | Prepare prepayment estimate for circulation to case professionals | Solicitation | 2.50 |
| 11/02/23 | CJ | DS | Review and revise draft solicitation checklist created by Z. Steinberg (Kroll) | Solicitation | 0.40 |
| 11/02/23 | CJ | DS | Review revised solicitation timetable and procedures | Solicitation | 0.90 |
| 11/02/23 | ZS | SA | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 8.00 |
| 11/03/23 | ATO | DS | Confer with Z Steinberg (Kroll) regarding the plan class report for solicitation | Solicitation | 1.40 |
| 11/03/23 | ZS | SA | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 3.00 |
| 11/06/23 | ATO | DS | Conduct quality assurance review of the draft plan class report in preparation for solicitation | Solicitation | 5.60 |
| 11/06/23 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 3.40 |
| 11/06/23 | ZS | SA | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 7.60 |
| 11/07/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 1.40 |
| 11/07/23 | ATO | DS | Review and analyze the draft disclosure statement motion in preparation for solicitation | Solicitation | 1.30 |
| 11/07/23 | CJ | DS | Monitor responses to solicitation re questions from R. Minott (CGSH) | Solicitation | 0.60 |
| 11/07/23 | MMB | SA | Review correspondence with A. Orchowski, J. Berman and Z. Steinberg (Kroll) and R. Minott (Cleary) related to solicitation | Solicitation | 0.10 |
| 11/07/23 | MMB | SA | Review solicitation documents in preparation for solicitation | Solicitation | 2.50 |
| 11/08/23 | ZS | SA | Update case website with solicitation classes | Solicitation | 1.00 |
| 11/09/23 | ATO | DS | Conduct quality assurance review of the draft plan class report in preparation for solicitation | Solicitation | 3.40 |
| 11/09/23 | ATO | DS | Review and analyze the amended disclosure statement motion in preparation for solicitation | Solicitation | 1.50 |
| 11/10/23 | ATO | DS | Confer with P. Kinealy (Alvarez & Marsal) regarding the claim objections and draft plan class report to be used for | Solicitation | 1.40 |

Genesis Global Holdco, LLC                                                                    Page 3

| | | | | | |
|---|---|---|---|---|---|
| | | | solicitation | | |
| 11/10/23 | ATO | DS | Confer with C. Porter (Kroll) regarding the claim objections to be filed before solicitation | Solicitation | 0.30 |
| 11/12/23 | ATO | DS | Prepare plan class report in preparation for solicitation | Solicitation | 5.70 |
| 11/13/23 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the draft plan class report and upcoming solicitation | Solicitation | 0.20 |
| 11/13/23 | ATO | DS | Confer with P. Kinealy and P. Wirtz (Alvarez & Marsal) regarding the draft plan class report | Solicitation | 0.40 |
| 11/14/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 2.40 |
| 11/14/23 | ATO | DS | Telephone conference with P. Wirtz and P. Kinealy (Alvarez & Marsal) regarding the solicitation plan class report | Solicitation | 0.50 |
| 11/14/23 | ATO | DS | Confer with P. Wirtz (Alvarez & Marsal) regarding the draft plan class report to be used for solicitation | Solicitation | 0.20 |
| 11/15/23 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.70 |
| 11/16/23 | ATO | DS | Prepare plan class report in preparation for solicitation | Solicitation | 3.10 |
| 11/16/23 | CJ | DS | Monitor and track progress of solicitation preparation | Solicitation | 0.40 |
| 11/17/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary Gottlieb) related to solicitation | Solicitation | 0.80 |
| 11/20/23 | ATO | DS | Create a preliminary plan class report in preparation for solicitation | Solicitation | 1.10 |
| 11/21/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to the solicitation timeline | Solicitation | 0.60 |
| 11/27/23 | ATO | DS | Create plan class report in preparation for solicitation | Solicitation | 1.40 |
| 11/27/23 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 11/28/23 | ATO | DS | Create plan class report in preparation for solicitation | Solicitation | 1.10 |
| 11/28/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.80 |
| 11/28/23 | ATO | DS | Confer with R. Lim and J. Hughes (Kroll) regarding the online ballot portal setup | Solicitation | 0.50 |
| 11/28/23 | ATO | DS | Participate in the continued disclosure statement hearing | Solicitation | 2.00 |
| 11/29/23 | ATO | DS | Create plan class report in preparation for solicitation | Solicitation | 1.90 |
| 11/29/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.60 |
| 11/29/23 | CJ | DS | Manage the categorizing of claims into appropriate plan classes in preparation for upcoming solicitation | Solicitation | 0.80 |
| 11/29/23 | ZS | SA | Confer with G. Faust (Kroll) re email blast to be sent in upcoming solicitation mailing | Solicitation | 0.50 |
| 11/30/23 | ATO | DS | Create plan class report in preparation for solicitation | Solicitation | 2.10 |
| 11/30/23 | ATO | DS | Confer with J. Hughes and R. Lim (Kroll) regarding setup of the online ballot portal | Solicitation | 0.70 |
| 11/30/23 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the draft plan | Solicitation | 0.60 |

Genesis Global Holdco, LLC

Page 4

Invoice #: 22795

|  |  |  | class report to be used for solicitation |  |  |
|---|---|---|---|---|---|
| 11/30/23 | RHE | CO | Setup of electronic ballot platform on case website | Solicitation | 1.70 |
| 11/30/23 | ZS | SA | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 2.00 |
|  |  |  |  | **Total Hours** | **86.00** |



## Hourly Fees by Employee through December  2023

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RHE | Hernandez, Raymond | CO - Consultant | 1.00 | $100.00 | $100.00 |
| MGOG | Gogde, Mansi | CO - Consultant | 1.50 | $160.00 | $240.00 |
| SHJ | Jain, Shikhar | CO - Consultant | 1.40 | $160.00 | $224.00 |
| MKA | Kar, Monika | CO - Consultant | 0.20 | $160.00 | $32.00 |
| AMI | Mishra, Anju | CO - Consultant | 2.70 | $160.00 | $432.00 |
| MET | Tawde, Medhavi | CO - Consultant | 0.20 | $160.00 | $32.00 |
| AGOR | Gorina, Anastasia | CO - Consultant | 0.80 | $175.00 | $140.00 |
| RACL | Lim, Rachel | CO - Consultant | 11.00 | $180.00 | $1,980.00 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 7.60 | $220.00 | $1,672.00 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 8.60 | $220.00 | $1,892.00 |
| JUL | Lewenson, Justin | SA  - Solicitation Consultant | 4.40 | $220.00 | $968.00 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 12.50 | $220.00 | $2,750.00 |
| GB | Brunswick, Gabriel | DI  - Director | 1.30 | $245.00 | $318.50 |
| BGA | Gallerie, Bridget | DI  - Director | 0.50 | $245.00 | $122.50 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 1.10 | $245.00 | $269.50 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 51.20 | $245.00 | $12,544.00 |
| | | **TOTAL:** | **106.00** | | **$23,716.50** |

## Hourly Fees by Task Code through December  2023

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 11.70 | $2,226.00 |
| INQR | Call Center / Creditor Inquiry | 13.90 | $3,368.00 |
| RETN | Retention / Fee Application | 1.30 | $318.50 |
| SOLI | Solicitation | 79.10 | $17,804.00 |

Genesis Global Holdco, LLC

**TOTAL:    106.00          $23,716.50**

Genesis Global Holdco, LLC                                                                                      Page 3

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 12/01/23 | ATO | DS | Conduct quality assurance review of the plan class report in preparation for solicitation | Solicitation | 0.50 |
| 12/01/23 | ATO | DS | Confer with R. Minott (Cleary) and P. Kinealy (Alvarez & Marsal) regarding solicitation | Solicitation | 0.60 |
| 12/01/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation of the Gemini lenders | Solicitation | 0.30 |
| 12/01/23 | CJ | DS | Manage preparations for customizing each voting parties voting amount | Solicitation | 1.10 |
| 12/04/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.40 |
| 12/04/23 | BGA | DI | Coordinate import of voting records into system | Solicitation | 0.50 |
| 12/05/23 | ATO | DS | Confer with P. Kinealy and P. Wirtz (Alvarez & Marsal) regarding the voting amounts to be used for solicitation purposes | Solicitation | 0.60 |
| 12/05/23 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the online voting portal | Solicitation | 0.60 |
| 12/06/23 | ATO | DS | Confer with J. Hughes and R. Lim (Kroll) regarding the online ballot portal | Solicitation | 1.40 |
| 12/06/23 | ATO | DS | Review and analyze the disclosure statement order in preparation for solicitation | Solicitation | 0.70 |
| 12/06/23 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.00 |
| 12/07/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 12/07/23 | ATO | DS | Confer with C. Johnson (Kroll) regarding the upcoming call to discuss solicitation | Solicitation | 0.30 |
| 12/07/23 | ATO | DS | Confer with J. Hughes and A. Khan (Kroll) regarding the online ballot portal | Solicitation | 0.70 |
| 12/07/23 | ATO | DS | Respond to inquiries from A. Criste (White & Case) related to solicitation | Solicitation | 0.70 |
| 12/07/23 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the online ballot portal | Solicitation | 0.70 |
| 12/07/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.40 |
| 12/08/23 | ATO | DS | Confer with J. Hughes and A. Khan (Kroll) regarding setup of the online ballot portal | Solicitation | 0.50 |
| 12/08/23 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.60 |
| 12/10/23 | ATO | DS | Confer with C. Chan (Kroll) to prepare for incoming inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |

Genesis Global Holdco, LLC

Page 4

Invoice #: 23074

| 12/10/23 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the online ballot portal | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 12/10/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 12/11/23 | ATO | DS | Conduct quality assurance review of the online ballot portal | Solicitation | 1.70 |
| 12/11/23 | ATO | DS | Confer with R. Minott (Cleary) and P. Wirtz (Alvarez & Marsal) regarding the voting amounts to be utilized for solicitation | Solicitation | 0.90 |
| 12/11/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.30 |
| 12/11/23 | ATO | DS | Respond to inquiries from A. Parra Criste and P. Strom (White & Case) related to solicitation | Solicitation | 1.10 |
| 12/11/23 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.80 |
| 12/11/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 1.60 |
| 12/12/23 | ATO | DS | Prepare an updated plan class report in connection with solicitation | Solicitation | 3.20 |
| 12/12/23 | ATO | DS | Confer with P. Wirtz and P. Kinealy (Alvarez & Marsal) related to the updated voting amounts to be used for solicitation | Solicitation | 0.90 |
| 12/12/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 12/12/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.60 |
| 12/12/23 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary) related to the voting results | Solicitation | 0.40 |
| 12/12/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 12/12/23 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 3.00 |
| 12/12/23 | ZS | SA | Prepare solicitation mailing notes for communications team for use in future inquiries | Solicitation | 2.00 |
| 12/13/23 | ATO | DS | Prepare an updated plan class report in connection with solicitation | Solicitation | 6.10 |
| 12/13/23 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.30 |
| 12/13/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 1.60 |
| 12/13/23 | GB | DI | Attend interim fee hearing | Retention / Fee Application | 0.60 |
| 12/13/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 2.60 |
| 12/14/23 | ATO | DS | Finalize updated plan class report in preparation for solicitation | Solicitation | 1.20 |
| 12/14/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 12/14/23 | ATO | DS | Respond to inquiries from K. Ross (Cleary) related to solicitation | Solicitation | 0.50 |

Genesis Global Holdco, LLC

Page 5

Invoice #: 23074

| 12/14/23 | ATO | DS | Respond to inquiries from P. Strom (White & Case) related to solicitation | Solicitation | 0.60 |
|---|---|---|---|---|---|
| 12/14/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 1.40 |
| 12/14/23 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 2.00 |
| 12/15/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.10 |
| 12/15/23 | ATO | DS | Confer with R. Minott (Cleary) regarding the updated plan class report to use for solicitation | Solicitation | 0.60 |
| 12/15/23 | ATO | DS | Respond to inquiries from A. Parra Criste (White & Case) related to solicitation | Solicitation | 0.30 |
| 12/15/23 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.70 |
| 12/15/23 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.90 |
| 12/15/23 | JUL | SA | Quality assurance review of electronically filed ballots | Ballots | 1.90 |
| 12/18/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.80 |
| 12/18/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.60 |
| 12/18/23 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 3.00 |
| 12/18/23 | JUL | SA | Quality assurance review of electronically filed ballots | Ballots | 1.30 |
| 12/18/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 1.60 |
| 12/19/23 | AGOR | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 12/19/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 12/19/23 | ATO | DS | Create a preliminary voting report for circulation to case professionals | Solicitation | 1.20 |
| 12/19/23 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding updates to solicitation records following claim objections | Solicitation | 0.40 |
| 12/19/23 | ATO | DS | Confer with R. Minott (Cleary) regarding solicitation | Solicitation | 0.50 |
| 12/19/23 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 3.00 |
| 12/19/23 | JUL | SA | Quality assurance review of electronically filed ballots | Ballots | 1.20 |
| 12/19/23 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 12/19/23 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.80 |
| 12/19/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 1.40 |
| 12/19/23 | RHE | CO | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 12/19/23 | ZS | SA | Respond to creditor inquiries re submission of materials | Call Center / Creditor Inquiry | 1.50 |
| 12/20/23 | AMI | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 12/20/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / | 0.80 |

Genesis Global Holdco, LLC

Page 6

Invoice #: 23074

| | | | | Creditor Inquiry | |
|---|---|---|---|---|---|
| 12/20/23 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.30 |
| 12/20/23 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.70 |
| 12/20/23 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 5.30 |
| 12/20/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 1.60 |
| 12/20/23 | SHJ | CO | Input incoming ballot information into voting database | Ballots | 1.40 |
| 12/20/23 | ZS | SA | Update case website with plan treatment summary | Solicitation | 1.00 |
| 12/20/23 | ZS | SA | Update case website with step by step instructions for eballot submission | Solicitation | 1.00 |
| 12/21/23 | AMI | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 12/21/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.60 |
| 12/21/23 | ATO | DS | Create preliminary voting report for circulation to case professionals | Solicitation | 1.40 |
| 12/21/23 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 12/22/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.40 |
| 12/22/23 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 12/22/23 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 12/23/23 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 12/26/23 | AMI | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 12/26/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 12/26/23 | ATO | DS | Create preliminary voting reports for circulation to the case professionals | Solicitation | 1.90 |
| 12/26/23 | ATO | DS | Respond to inquiries from K. Ross (Cleary) related to solicitation | Solicitation | 0.30 |
| 12/27/23 | AMI | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 12/27/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 12/27/23 | ATO | DS | Respond to inquiries from A. Parra Criste (White & Case) related to solicitation | Solicitation | 0.60 |
| 12/27/23 | MET | CO | Quality assurance review of ballot filing database | Solicitation | 0.20 |
| 12/27/23 | MKA | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 12/28/23 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 12/28/23 | ATO | DS | Prepare updated voting reports for circulation to case professionals | Solicitation | 1.50 |
| 12/29/23 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |

**Total Hours**    **106.00**



## Hourly Fees by Employee through January  2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| INM | Markesinis, Ioannis N | CO - Consultant | 0.80 | $176.00 | $140.80 |
| AGOR | Gorina, Anastasia | CO - Consultant | 3.50 | $192.50 | $673.75 |
| AQC | Chan, Andrew Q | CO - Consultant | 1.40 | $198.00 | $277.20 |
| JAH | Hernandez, Javier | CO - Consultant | 1.00 | $198.00 | $198.00 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 0.30 | $198.00 | $59.40 |
| CCP | Pagan, Chanel C | CO - Consultant | 6.00 | $198.00 | $1,188.00 |
| SHAH | Adbul Hakeem, Shakir | SA  - Solicitation Consultant | 3.80 | $242.00 | $919.60 |
| SABR | Brodeur, Sarah | SA  - Solicitation Consultant | 2.80 | $242.00 | $677.60 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 0.40 | $242.00 | $96.80 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 17.50 | $242.00 | $4,235.00 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 5.10 | $242.00 | $1,234.20 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 18.00 | $242.00 | $4,356.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 9.20 | $269.50 | $2,479.40 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 57.40 | $269.50 | $15,469.30 |
| DS | Sharp, David | DS - Director of Solicitation | 2.60 | $269.50 | $700.70 |
| GB | Brunswick, Gabriel | MD - Managing Director | 0.40 | $269.50 | $107.80 |
| | | **TOTAL:** | **130.20** | | **$32,813.55** |

## Hourly Fees by Task Code through January  2024

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 32.40 | $7,275.95 |
| DISB | Disbursements | 6.60 | $1,597.20 |
| INQR | Call Center / Creditor Inquiry | 12.40 | $3,341.80 |
| RETN | Retention / Fee Application | 1.40 | $305.80 |
| SOLI | Solicitation | 77.40 | $20,292.80 |

Genesis Global Holdco, LLC                                                                Page 2

**TOTAL:    130.20          $32,813.55**

Genesis Global Holdco, LLC                                                                          Page 3

Invoice #: 23340

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 01/02/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.70 |
| 01/02/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.50 |
| 01/02/24 | ATO | DS | Create preliminary voting report for circulation to the case professionals | Solicitation | 1.80 |
| 01/02/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 01/02/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 01/02/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 01/02/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 01/03/24 | AQC | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 01/03/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/03/24 | ATO | DS | Respond to creditor inquiries related to distributions | Call Center / Creditor Inquiry | 0.30 |
| 01/03/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 01/04/24 | AQC | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 01/04/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/04/24 | ATO | DS | Create preliminary voting reports for circulation to case professionals | Solicitation | 1.90 |
| 01/04/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 01/04/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 01/04/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 01/05/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 01/05/24 | ATO | DS | Confer with T. Evangelista (Kroll) to address creditor inquiries related to claim transfers and voting | Call Center / Creditor Inquiry | 0.40 |
| 01/05/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 1.20 |
| 01/05/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 01/05/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 01/05/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 01/05/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 01/07/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/08/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / | 1.20 |

Genesis Global Holdco, LLC

Page 4

Invoice #: 23340

| | | | | | |
|---|---|---|---|---|---|
| | | | | Creditor Inquiry | |
| 01/08/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.90 |
| 01/08/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the voting results | Solicitation | 0.60 |
| 01/08/24 | ATO | DS | Prepare a preliminary voting report for circulation to the case professionals | Solicitation | 1.30 |
| 01/08/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 01/08/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 01/08/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.80 |
| 01/08/24 | SHAH | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.50 |
| 01/08/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 01/09/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.50 |
| 01/09/24 | ATO | DS | Respond to inquiries from M. Papandrea (Lowenstein Sandler) related to solicitation | Solicitation | 0.30 |
| 01/09/24 | ATO | DS | Prepare a preliminary voting report for circulation to the case professionals | Solicitation | 1.10 |
| 01/09/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the draft voting report | Solicitation | 0.30 |
| 01/09/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 01/09/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 01/09/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.20 |
| 01/09/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 0.60 |
| 01/09/24 | SHAH | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 2.30 |
| 01/09/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 01/09/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 01/10/24 | AQC | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 01/10/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.20 |
| 01/10/24 | ATO | DS | Respond to inquiries from J. Sciametta (Alvarez & Marsal) related to solicitation | Solicitation | 0.50 |
| 01/10/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the voting report | Solicitation | 0.40 |
| 01/10/24 | ATO | DS | Prepare preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 01/10/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the voting results | Solicitation | 0.30 |
| 01/10/24 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary) related to solicitation | Solicitation | 0.40 |
| 01/10/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 1.40 |

Genesis Global Holdco, LLC

Page 5

Invoice #: 23340

| 01/10/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
|---|---|---|---|---|---|
| 01/10/24 | CJ | DS | Manage compilation of final voting results | Solicitation | 0.40 |
| 01/10/24 | GB | MD | Draft monthly fee statement | Retention / Fee Application | 0.40 |
| 01/10/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 01/10/24 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 01/10/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 01/11/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/11/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 1.40 |
| 01/11/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the preliminary voting results | Solicitation | 0.30 |
| 01/11/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the preliminary voting report | Solicitation | 0.40 |
| 01/11/24 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary) related to solicitation | Solicitation | 0.90 |
| 01/11/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.20 |
| 01/11/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the voting report | Solicitation | 0.60 |
| 01/11/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.90 |
| 01/11/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.00 |
| 01/12/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 2.20 |
| 01/12/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/12/24 | ATO | DS | Confer with M. Crowell (Kroll) regarding the ballot audit and final voting results | Solicitation | 0.40 |
| 01/12/24 | ATO | DS | Telephone conference with J. Margolin (Hughes Hubbard) related to the Gemini voting report | Solicitation | 0.40 |
| 01/12/24 | ATO | DS | Respond to inquiries from P. Kinealy (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 01/12/24 | ATO | DS | Conduct quality assurance review of the draft voting report | Solicitation | 2.40 |
| 01/12/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 01/12/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 01/12/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.20 |
| 01/12/24 | ZS | SA | Review preliminary voting report for potential duplicative votes for circulation to case professionals | Solicitation | 2.50 |
| 01/12/24 | ZS | SA | Review PSA parties for accept votes to be circulated to case professionals | Solicitation | 2.50 |
| 01/12/24 | ZS | SA | Coordinate with technology services re voting script updates | Solicitation | 2.00 |
| 01/12/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 2.50 |
| 01/14/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / | 0.20 |

Genesis Global Holdco, LLC                                                                                          Page 6

Invoice #: 23340

| | | | | Creditor Inquiry | |
|---|---|---|---|---|---|
| 01/16/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 0.50 |
| 01/16/24 | ATO | DS | Respond to inquiries from J. Margolni (Hughes Hubbard) related to solicitation | Solicitation | 0.80 |
| 01/16/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 01/16/24 | ATO | DS | Conduct quality assurance review of the preliminary voting results | Solicitation | 0.80 |
| 01/16/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary Gottlieb) related to solicitation | Solicitation | 0.80 |
| 01/16/24 | JGA | SA | Prepare vote declaration | Solicitation | 2.00 |
| 01/16/24 | ZS | SA | Prepare vote declaration | Solicitation | 1.00 |
| 01/17/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 01/17/24 | JGA | SA | Prepare vote declaration | Solicitation | 0.20 |
| 01/17/24 | ZS | SA | Prepare vote declaration | Solicitation | 2.50 |
| 01/18/24 | ATO | DS | Respond to inquiries from J. Vanlare (Cleary Gottlieb) related to the voting results | Solicitation | 0.60 |
| 01/18/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to the voting results | Solicitation | 1.60 |
| 01/19/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 01/22/24 | ATO | DS | Conduct quality assurance review of the Gemini voting statement | Solicitation | 0.90 |
| 01/22/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.70 |
| 01/22/24 | CJ | DS | Conduct quality assurance review of vote tabulation and finalization of voting reports | Solicitation | 1.10 |
| 01/23/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 0.80 |
| 01/23/24 | ATO | DS | Confer with C. Johnson (Kroll) re edits to the draft voting declaration | Solicitation | 0.20 |
| 01/23/24 | ATO | DS | Finalize the voting report for circulation to the case professionals | Solicitation | 1.60 |
| 01/23/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 0.80 |
| 01/23/24 | CJ | DS | Conduct quality assurance review of vote tabulation and finalization of voting reports to be attached to voting declaration | Solicitation | 2.30 |
| 01/23/24 | CJ | DS | Review, revise, and circulate to R. Minott and J. VanLare (CGSH) draft of voting declaration | Solicitation | 1.20 |
| 01/23/24 | CJ | DS | Confer with A. Orchowski (Kroll) re edits to the draft voting declaration | Solicitation | 0.20 |
| 01/24/24 | ATO | DS | Confer with Z. Steinberg (Kroll) regarding the finalization of the vote declaration | Solicitation | 0.50 |
| 01/24/24 | ATO | DS | Confer with D. Malo (Kroll) regarding omnibus objection | Solicitation | 0.70 |

|  |  |  | orders and the voting results |  |  |
|---|---|---|---|---|---|
| 01/24/24 | ATO | DS | Confer with C. Garroway (Kroll) regarding the conversion rates used to finalize voting amounts | Solicitation | 0.50 |
| 01/24/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 01/24/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to solicitation | Solicitation | 0.30 |
| 01/24/24 | ATO | DS | Respond to inquiries from P. Wirtz (Alvarez & Marsal) related to solicitation | Solicitation | 0.80 |
| 01/24/24 | CJ | DS | Coordinate with A. Orchowski (Kroll) re review of draft voting declaration | Solicitation | 0.20 |
| 01/24/24 | CJ | DS | Conduct quality assurance review of vote tabulation and final reporting thereof | Solicitation | 1.40 |
| 01/24/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.80 |
| 01/24/24 | JAH | CO | Review and file monthly fee statement | Retention / Fee Application | 1.00 |
| 01/25/24 | ATO | DS | Respond to inquiries from R. Minott (Cleary) related to the vote declaration | Solicitation | 1.40 |
| 01/25/24 | ATO | DS | Confer with G. Brunswick and C. Johnson (Kroll) regarding the vote declaration | Solicitation | 1.10 |
| 01/25/24 | ATO | DS | Respond to inquiries from J. Vanlare and M. Hatch (Cleary) related to the vote declaration | Solicitation | 1.50 |
| 01/25/24 | ATO | DS | Finalize the vote declaration | Solicitation | 5.10 |
| 01/25/24 | CJ | DS | Conduct quality assurance review of vote tabulation and the finalization of the voting declaration and monitor e-mails relating thereto | Solicitation | 1.30 |
| 01/25/24 | CJ | DS | Review revised draft voting declaration and voting reports attached as exhibits thereto | Solicitation | 0.70 |
| 01/25/24 | CJ | DS | Coordinate with A. Orchowski (Kroll) re finalization of voting declaration and voting reports attached as exhibits thereto | Solicitation | 0.40 |
| 01/25/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.90 |
| 01/25/24 | MMB | SA | Review correspondence with Z. Steinberg, C. Johnson and A. Orchowski (Kroll), J. VanLare, R. Minott and M. Hatch (Cleary) and P. Wirtz (Alvarez) regarding solicitation | Solicitation | 0.40 |
| 01/26/24 | ATO | DS | Confer with G. Brunswick (Kroll) regarding the vote declaration | Solicitation | 0.30 |
| 01/26/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 01/26/24 | ATO | DS | Confer with T. Helfrick (Hughes Hubbard) to obtain an updated Gemini voting statement | Solicitation | 0.30 |
| 01/26/24 | ATO | DS | Respond to inquiries from J. Vanlare and M. Hatch (Cleary) related to solicitation | Solicitation | 0.80 |
| 01/26/24 | ATO | DS | Respond to inquiries from J. Margolin (Hughes Hubbard) related to solicitation | Solicitation | 0.90 |
| 01/29/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |

Genesis Global Holdco, LLC

Page 8

Invoice #: 23340

| 01/30/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/30/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.30 |
| 01/31/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.40 |
| 01/31/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.60 |
| | | | | **Total Hours** | **130.20** |