**Hearing Date and Time: April 16, 2024 at 11:00 A.M. (ET)**
**Objection Deadline: April 5, 2024 at 4:00 P.M. (ET)**

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

---

**THIS OBJECTION SEEKS TO DISALLOW AND
EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

**PLEASE CAREFULLY REVIEW THE
ATTACHED OBJECTION AND THE ATTACHMENTS
THERETO TO DETERMINE WHETHER IT AFFECTS YOUR CLAIM(S)**

**IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL:
DEANDRA FIKE, ESQ., DFIKE@CGSH.COM OR KATHARINE ROSS, ESQ.,
KROSS@CGSH.COM**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

## DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION
## (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT
## TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on March 15, 2024 the Debtors filed the *Debtors' Twenty-Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Twenty-Sixth Omnibus Objection"). A hearing (the "Hearing") on the Twenty-Sixth Omnibus Objection will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10610 pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44) (the "Case Management Order") and to the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief* (ECF No. 498) (the "Claims Procedures Order"). The Hearing will commence on **April 16, 2024, at 11:00 A.M. (Prevailing Eastern Time)**, and will be conducted through zoom for government. Pursuant to the Claims Procedures Order, the Debtors reserve the right to adjourn the Hearing in their sole discretion on further notice. *See* Claims Procedures Order ¶ 3.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses ("Responses"), if any, to the Twenty-Sixth Omnibus Objection or the relief requested therein shall be made in writing, filed with the Court no later than **April 5, 2024 at 4:00 P.M. (Prevailing Eastern Time)** (the "Response Deadline"), and served as required by the Case Management Order.[3]

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Twenty-Sixth Omnibus Objection, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form annexed as

---

[2]        Holdco, and its Debtor and non-Debtor subsidiaries are collectively referred to as the "Company".

[3]        See paragraph 30 of the Twenty-Sixth Omnibus Objection regarding submission of Responses written and signed by a claimant themselves rather than by an attorney on behalf of the claimant.

**Exhibit A** to the Twenty-Sixth Omnibus Objection, which order the Court may enter with no further notice or opportunity to be heard.

    **PLEASE TAKE FURTHER NOTICE** copies of the Twenty-Sixth Omnibus Objection can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165, at https://restructuring.ra.kroll.com/genesis or by calling +1 212 257 5450.  Note that a PACER password is needed to access documents on the Court's website.

    **PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the Twenty-Sixth Omnibus Objection carefully and, if you have one available, discuss it with your attorney.  (If you do not have an attorney, you should consider consulting with one.)

    **PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Twenty-Sixth Omnibus Objection, or if you want the Court to hear your position on the Twenty-Sixth Omnibus Objection, then you or your attorney must attend the Hearing.  If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Twenty-Sixth Omnibus Objection and may enter orders granting the relief requested by the Debtors.

| | |
|---|---|
| Dated: March 15, 2024<br>    New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT
TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)**

**TO THE CLAIMANTS WHOSE CLAIMS ARE OBJECTED TO BY THIS
OBJECTION (THE "TWENTY-SIXTH OMNIBUS OBJECTION" OR "OBJECTION"):**

- **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN
  FILED PROOFS OF CLAIM.**

- **YOU SHOULD LOCATE YOUR CLAIM(S) ON EXHIBIT 1 TO THE
  PROPOSED ORDER.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

- **YOUR RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. YOUR CLAIM(S) MAY BE DISALLOWED, EXPUNGED, RECLASSIFIED, REDUCED, OR OTHERWISE AFFECTED AS A RESULT OF THIS OBJECTION.    THEREFORE, PLEASE READ THIS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

- **THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE DEBTORS' RIGHTS, CONSISTENT WITH PRIOR COURT ORDERS, TO PURSUE FURTHER SUBSTANTIVE OR NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIMS SUBJECT TO THIS OBJECTION.**

Genesis Global Holdco, LLC ("Holdco") and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors," and these cases, the "Chapter 11 Cases") hereby object to and incorporate by reference those claims listed on Exhibit 1 (the "Disputed Claims") to the proposed order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the *Revised Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures, (II) Establishing Claim Hearing Procedures and (III) Granting Related Relief* (ECF No. 498) (the "Claims Objection Procedures Order") and seek entry of the Proposed Order disallowing and expunging the Disputed Claims, provided, however, that the liabilities asserted in such claims will survive at the amount asserted in, and for purposes of, the master claim filed by Gemini Trust Company, LLC ("Gemini," and the master claim filed by Gemini, the "Gemini Master Claim") on behalf of the Gemini Lenders (as defined below).  In support of this Objection, the Debtors submit the *Declaration of Paul Kinealy in Support of the Debtors' Twenty-Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Kinealy Declaration"), attached hereto as Exhibit B and incorporated by reference, and respectfully state as follows:

2

## INTRODUCTION[2]

1.      The Debtors, with the aid of their advisors, have identified proofs of claim filed by individual Gemini Lenders that, based upon all relevant information, are duplicative of the Gemini Master Claim filed by Gemini on behalf of the Gemini Lenders pursuant to the authority granted by this Court.  Specifically, the Debtors and/or their advisors have reviewed the Disputed Claims and believe them to be duplicates of the Gemini Master Claim based on one or more of the following factors:

(a)     The claimant, upon filing the Disputed Claim, indicated that they were Gemini Lenders by answering "yes" to either of the following two questions on the proof of claim form:

(i)     Are you a current or former Gemini Trust Company, LLC user?

(ii)    If yes, is your claim related to any loans you made through the Gemini Earn Program?

(b)     The support provided in the applicable proof of claim indicates that the basis of the Disputed Claim is the Gemini Earn Program (as defined below).

(c)     Through informal exchanges of information between the Debtors and Gemini, Gemini has indicated that the Disputed Claim is included as part of the Gemini Master Claim.

2.      In order to avoid double recovery for the same alleged liability, the Debtors move to expunge and disallow the Disputed Claims.  For the avoidance of doubt, the same liability asserted in the Disputed Claims will survive through the Gemini Master Claim, subject to further reconciliation and/or objection.  The Court has previously granted identical relief with respect to

---

[2]      All capitalized terms in this Introduction shall have the meaning ascribed to them elsewhere in the Objection.

hundreds of Claims deemed duplicates of the Gemini Master Claim.  *See Order Granting Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1171); *Order Granting Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1172); *Order Granting Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1173); *Order Granting Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1174); *Order Granting Debtors' Twelfth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1175); *Order Granting Debtors' Thirteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1176); *Order Granting Debtors' Fourteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1177); *Order Granting Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1269); *Order Granting Debtors' Twentieth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1302).

## JURISDICTION AND VENUE

3.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012 (Preska, C.J.).  Venue is proper pursuant to 28 U.S.C.

§§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory

bases for the relief requested herein are Bankruptcy Code sections 105 and 502, and Bankruptcy

Rule 3007.

## **BACKGROUND**

### A.   **Debtors' Business and Procedural History**

4.      Holdco (together with the other Debtors and Holdco's non-Debtor subsidiaries, the

"Company") and its non-Debtor affiliate Genesis Global Trading, Inc. ("GGT") provide lending

and borrowing, spot trading, derivatives and custody services for digital assets and fiat currency.

The Debtors engage in lending, borrowing and certain trading services, while the non-Debtor

subsidiaries engage in derivatives, custody and most of the Company's trading services.  Holdco

is a sister company of GGT and 100% owned by Digital Currency Group, Inc.   Additional

information regarding the Debtors' business, capital structure and the circumstances leading to the

commencement of the Chapter 11 Cases is set forth in the *Declaration of A. Derar Islim in Support

of First Day Motions and in Compliance with Local Rule 1007-2* (ECF No. 17), the *Declaration

of Paul Aronzon in Support of First Day Motions and Applications in Compliance with Local Rule

1007-2* (ECF No. 19) and the *Declaration of Michael Leto in Support of First Day Motions and

Applications in Compliance with Local Rule 1007-2* (ECF No. 28) (together, the "First Day

Declarations").[3]

5.      On January 19, 2023, the Debtors each filed a voluntary petition for relief under

chapter 11 of the Bankruptcy Code (the date of such filing, the "Petition Date") with the Court.

The Debtors continue to operate their businesses and manage their properties as debtors in

possession under sections 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases are

---

[3].     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declarations.

jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of the Related Chapter 11 Cases* (ECF No. 37).  No trustee or examiner has been appointed in the Chapter 11 Cases.  On February 3, 2023, an official committee of unsecured creditors (the "Committee") was appointed in the Chapter 11 Cases pursuant to the *Notice of Appointment of Official Committee of Unsecured Creditors* (ECF No. 55).

6.      On March 21, 2023, each Debtor filed its *Summary of Assets and Liabilities* (ECF Nos. 145, 146, and 147) and *Statement of Financial Affairs* (ECF Nos. 142, 143 (as amended by ECF No. 450), and 144) (the "Schedules" and "Statements," respectively).

7.      On April 4, 2023, the Court granted the *Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Proof of Claim Form, Bar Date Notices, and Mailing and Publication Procedures, (III) Implementing Uniform Procedures Regarding 503(b)(9) Claims and (IV) Providing Certain Supplemental Relief* (ECF No. 200) (the "Bar Date Order"), which established May 22, 2023 as the general date by which most creditors have submitted their proofs of claim (the "General Bar Date").

**B.      Relationship Between the Debtors and Gemini**

8.      Prior to the Petition Date, Debtor Genesis Global Capital, LLC ("GGC") engaged in borrowing activities with Gemini for the ultimate benefit of certain Gemini users that elected to provide loans to GGC through an investment program (the "Gemini Earn Program").  Through the Gemini Earn Program, a subset of Gemini's users (each a "Gemini Lender") agreed to lend certain of their digital assets custodied on Gemini's cryptocurrency platform to GGC (the "Gemini Borrowings") in exchange for the return of such digital assets upon request or at the expiration of a specified period and the payment by GGC of a loan fee.  Under the terms of the relevant master

loan agreements ("Gemini MLAs") between GGC, Gemini and each Gemini Lender, the Gemini Lenders appointed Gemini to act as agent in connection with the Gemini Borrowings. In turn, GGC received and paid interest on the Gemini Lenders' assets and lent the assets to institutional borrowers.

9.     Given the nature of the Gemini Borrowings and Gemini's appointment as agent for each Gemini Lender under the Gemini MLAs, the Bar Date Order authorized and directed Gemini to file a master claim on behalf of each of the Gemini Lenders pursuant to section 501(a) of the Bankruptcy Code against GGC and/or any other Debtor that Gemini determined may have liability to the Gemini Lenders for repayment of the Gemini Borrowings. *See* Bar Date Order ¶ 7. Gemini timely filed three (3) such claims on behalf of all Gemini Lenders, based on Gemini's review of its books and records. *See* Claim Nos. 356, 369, and 400. The Debtors subsequently objected to Gemini's claims against GAP and Holdco on the basis that Gemini improperly filed their claim against multiple Debtors where only a single Debtor, GGC, was potentially liable. *See Debtors' Sixteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF 1059) (the "Sixteenth Omnibus Objection"). The Court granted the Sixteenth Omnibus Objection at the January 18, 2024 hearing. *See In re Genesis Glob. Cap., LLC*, Case No. 23-100063, Jan. 18, 2024 Hr'g. Tr. at 35:19 – 20. The Debtors herein refer to Gemini's remaining claim against GGC, Claim No. 356, as the Gemini Master Claim.

10.     The Bar Date Order also approved the proof of claim form for use in these Chapter 11 Cases (attached as Exhibit A to the Bar Date Order), which included as question 8 ("Question 8") the following inquiries for each potential claimant to answer:

(a)     What is the basis of the claim?

(b)     Are you a current or former Gemini Trust Company, LLC user?

(c)    If yes, is your claim related to any loans you made through the Gemini Earn
Program?

*See* Bar Date Order, Exhibit A at 3.

11.    The General Bar Date passed on May 22, 2023.  As of March 14, 2024, 1,580 proofs
of claim have been filed against the Debtors.

**C.    The Claims Resolution Process**

12.    In the ordinary course of business, the Debtors maintain books and records (the
"Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts
owed to their creditors.

13.    The Debtors' Claims agent, Kroll Restructuring Administration (the "Claims
Agent"), has prepared and maintains a register (the "Claims Register") of proofs of claim (each a
"Proof of Claim") that were filed in these Chapter 11 Cases asserting claims against the Debtors
(collectively, the "Claims," and each holder of a Claim, a "Claimant").  Pursuant to the *Stipulation
and Confidentiality Agreement and Protective Order* (ECF No. 238) (the "Protective Order"),
much of that information is maintained under seal to protect the confidentiality of the Debtors'
creditors.  The Debtors and their advisors are comprehensively reviewing and reconciling all
claims, including both the claims listed on the Schedules ("Scheduled Claims") and the Claims
asserted in the Proofs of Claim (including any supporting documents).  The Debtors are also
comparing the Claims asserted in the Proofs of Claim with their Books and Records to determine
the validity of the asserted Claims.

14.    The reconciliation process includes identifying particular categories of claims that
may be targeted for disallowance, reduction and allowance or reclassification and allowance.  To
reduce the number of Claims, and to avoid possible double recovery or otherwise improper

8

recovery by Claimants, as well as unnecessary duplication or noise in the voting pool in respect of the Debtors' upcoming solicitation, the Debtors will continue to file omnibus objections to such categories of claims if and where warranted. This Objection is one such omnibus objection.

15.    The Debtors and/or their advisors reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claim and each of the Disputed Claims and identified the Disputed Claims as individual claims filed by Gemini Lenders (the "Gemini Claimants" and each a "Gemini Claimant") that participated in the Gemini Earn Program and whose claims are therefore duplicative of the Gemini Master Claim. *See* Ex. B, Kinealy Decl. ¶¶ 5–6. The Debtors and/or their advisors made such a conclusion based on one or more of the following factors:

(a)    The Claimant, upon filing the Disputed Claim indicated that they were Gemini Lenders by answering "yes" to either of the following two questions on the proof of claim form:

(i)    Are you a current or former Gemini Trust Company, LLC user?

(ii)    If yes, is your claim related to any loans you made through the Gemini Earn Program?

(b)    Through informal exchanges of information between the Debtors and Gemini, Gemini has indicated that the Disputed Claim is included as part of the Gemini Master Claim.

(c)    The support provided for the Disputed Claim indicates that the basis of the Disputed Claim is the Gemini Earn Program (as defined below).

16.    On July 12, 2023, the Court entered the Claims Objection Procedures Order granting the Debtors relief from certain requirements of Bankruptcy Rule 3007. The Debtors submit that this Objection and the notice provided to the Gemini Claimants in connection herewith

are consistent with the Claims Objection Procedures Order, the Bankruptcy Code and the Bankruptcy Rules.

## **RELIEF REQUESTED**

17.     For the reasons set forth below, the Debtors object to each of the Disputed Claims. By this Objection, the Debtors respectfully request that the Court enter the Proposed Order pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing in full each of the Disputed Claims, with the surviving Gemini Master Claim to remain, subject to further reconciliation and/or objection.

18.     The Debtors and/or their advisors have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claim and each of the Disputed Claims. Based on this review, the Debtors have determined that each of the Disputed Claims identified in Exhibit 1 to the Proposed Order are claims asserted by Gemini Lenders and therefore are duplicates of the Gemini Master Claim. If the Disputed Claims are not disallowed, the Gemini Claimants may obtain double recovery for the same alleged liability already asserted by the Gemini Master Claim. By this Objection, the Debtors seek disallowance of each of the Disputed Claims in order to limit each Gemini Claimant to a single claim against the relevant Debtor's estate (*i.e.*, the Gemini Master Claim).[4]

19.     For each of the Disputed Claims, the Debtors have identified the surviving Gemini Master Claim. The Gemini Master Claim will be unaffected by the relief requested in this

---

[4]     Further, the Disputed Claims marked with an asterisk on Exhibit 1 to the Proposed Order were filed after the General Bar Date. Pursuant to section 502(b) of the Bankruptcy Code, a claimant's failure to timely file a proof of claim provides a basis for disallowance of that claim. *See* 11 U.S.C. § 502(b). Bankruptcy Rule 3007 also expressly allows a debtor to file an omnibus objection to claims on the basis that "they were not timely filed." *See* Fed. R. Bankr. Pro. 3007. To the extent that the Disputed Claims were filed after the General Bar Date, such Claims are untimely and should also be disallowed and expunged on that basis. *See, e.g., In re Roman Catholic Diocese of Rockville Centre, N.Y.*, Case No. 20-12345 (MG), 2023 WL 4497418, at *12 (Bankr. S.D.N.Y. July 1, 2023) (disallowing late-filed claims); *In re Ditech Holding Corp.*, Case No. 19-10412 (JLG), 2023 WL 3265089, at *15 (Bankr. S.D.N.Y. May 4, 2023) (same).

Objection (subject to the Debtors' right to assert additional objections and defenses to the allowance of each Gemini Master Claim) and each Gemini Claimant's right to assert these liabilities against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the Debtors' reservations of their rights to object to the Gemini Master Claim and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.  Accordingly, each of the Disputed Claims should be disallowed in full.

**BASIS FOR RELIEF**

20.    When asserting a proof of claim against a bankruptcy estate, a claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant.  *See In re Avaya, Inc.*, 608 B.R. 366, 369-70 (Bankr. S.D.N.Y. 2019).  Where the claimant alleges sufficient facts to support its claim, its claim is afforded prima facie validity.  *See id*.  A party wishing to dispute such claim must produce evidence in sufficient force to negate the claim's prima facie validity.  *Id*.  Once the objecting party produces such evidence, the burden shifts back to the claimant to prove the validity of his or her claim by a preponderance of the evidence.  *Id*.  The burden of persuasion is always on the claimant.  *Id*.

21.    Section 502(b)(1) of the Bankruptcy Code provides that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  Bankruptcy Rule 3007(d) and the Claims Objection Procedures Order permit the Debtors to file an objection to more than one claim on non-substantive bases, such as because such claims "duplicate other claims."  *See* Fed. R. Bankr. P. 3007(d)(1).

22.    Pursuant to Bankruptcy Rule 3007(d)(1), the Debtors are permitted to file an omnibus objection to Claims to the extent that they are duplicative of other Claims.  The Debtors

cannot be required to pay the same Claim multiple times.  *See, e.g.*, *Phelan v. Local 305 of United Ass'n of Journeymen & Apprentices of Plumbing and Pipefitting Indus. of U.S. & Can.*, 973 F.2d 1050, 1063 (2d Cir. 1992) (articulating the general principal that "[a] plaintiff may not recover twice for the same injury").  Other courts in this district have routinely disallowed and expunged similar claims filed against the same debtor that are duplicates of other claims.  *See, e.g.* Order, *In re LATAM Airlines Grp. S.A.*, No. 20-11254 (JLG) (Bankr. S.D.N.Y. May 5, 2021) (ECF No. 2308) (disallowing duplicate bond claims); Order, *In re Celsius Network LLC*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y. Mar. 21, 2023) (ECF No. 2288) (disallowing and expunging duplicate claims); Order, *In re Groupo Aeroméxico, S.A.B. de C.V.*, Case No. 20-11563 (SCC) (Bankr. S.D.N.Y. May 19, 2021) (ECF No. 1208) (same); Order, *In re Avianca Holdings S.A.*, Case No. 20-11133 (MG) (Bankr. S.D.N.Y. Jul. 26, 2021) (ECF No. 1936) (disallowing and expunging claims duplicative of the master proof of claim filed by an indenture trustee on claimants' behalf); *In re Sears Holdings Corp.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y. July 9, 2020) (ECF No. 8278) (disallowing and expunging duplicative claims); *In re The Great Atl. & Pac. Tea Co., Inc.*, Case No. 15-23007 (RDD) (Bankr. S.D.N.Y. Aug. 26, 2016) (ECF No. 3135) (same).

## OBJECTION

23.    The Debtors object to the Disputed Claims identified in <u>Exhibit 1</u> to the Proposed Order and respectfully request that they be disallowed in full on the grounds that they are duplicates of the Gemini Master Claim.  For each Duplicate Claim, Exhibit 1 to the Proposed Order indicates the Proof of Claim number under which the Claimant will maintain a Claim upon expungement of the corresponding Duplicate Claim.

24.    The Debtors and/or their advisors have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claim and each of the Disputed Claims.  *See* Ex. B, Kinealy Decl. at ¶ 4.  In addition, the Debtors and/or their advisors have

reviewed information informally provided by Gemini confirming that nearly all[5] of the Disputed

Claims were filed by Gemini Earn Users, based on Gemini's review of their own books and

records.  *See* Ex. B, Kinealy Decl. at ¶ 5.  Using these records, the Debtors have determined, with

the help of Alvarez and Marsal North America LLC ("A&M"), the Debtors' financial advisor, that

the Disputed Claims were filed by Gemini Lenders based on their participation in the Gemini Earn

Program.  *See* Ex. B, Kinealy Decl. at ¶ 8.  The Gemini Master Claim will be unaffected by the

relief requested in this Objection (subject to the Debtors' right to assert additional objections and

defenses to the allowance of such claim) and each Gemini Claimant's right to assert these liabilities

against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the

Debtors' reservations of their rights to object to the Gemini Master Claim and other claims on all

grounds, whether legal, factual, procedural, substantive or non-substantive.

25.    If the Disputed Claims are not disallowed, the Gemini Claimants may obtain double

recovery for the same alleged liability.  By this Objection, the Debtors seek disallowance of the

Disputed Claims in order to limit each Gemini Claimant to a single claim against a Debtor entity's

estate arising from the same alleged liability, ensure that the Claims Register is accurate and does

not overstate the Debtors' liabilities and avoid the possibility of multiple recoveries against the

Debtors' estates.  If any Gemini Claimant believes, contrary to the Debtors' determination, that its

Claim is non-duplicative, it must present affirmative evidence demonstrating the validity of such

Claim.  *See In re Avaya, Inc.*, 608 B.R. 366, 369-70 (Bankr. S.D.N.Y. 2019).  In the absence of

---

[5]    For seven out of the ninety-six Disputed Claims—namely, claim numbers 1455, 1480, 1488, 1496, 1507, 1512 and 1528—Gemini was unable to provide definitive confirmation that the corresponding claimants were Gemini Lenders due to discrepancies either (i) between contact information provided in the proofs of claim and Gemini's records where the name of the claimant and Gemini earn user matched, or (ii) between the name of the claimant and Gemini earn user where certain of the contact information in the proof of claim and in Gemini's records matched.  However, such claims make clear through their affirmative responses to Question 8 and in addition, for certain of the claims, the supporting documentation that the relevant claimants are Gemini Lenders asserting Gemini earn related liabilities against the Debtors.

such evidence, the Debtors respectfully request entry of the Proposed Order disallowing and expunging the Disputed Claims.

26.     For the reasons set forth above, the Disputed Claims addressed in this Objection do not meet the standards for prima facie validity and if the Disputed Claims are not disallowed, the Gemini Claimants subject to this Objection may obtain impermissible or unwarranted recoveries against the Debtors' estates to the detriment of other similarly situated creditors.  By this Objection, the Debtors request that the Court disallow and expunge the Disputed Claims in their entirety.  The Court has previously granted identical relief with respect to hundreds of individual claims deemed duplicates of the Gemini Master Claim.  *See Order Granting Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1171); *Order Granting Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1172); *Order Granting Debtors' Tenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1173); *Order Granting Debtors' Eleventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1174); *Order Granting Debtors' Twelfth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1175); *Order Granting Debtors' Thirteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1176); *Order Granting Debtors' Fourteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to  11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1177); *Order Granting Debtors' Fifteenth Omnibus Objection (Non-*

*Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1269); *Order Granting Debtors' Twentieth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (ECF No. 1302).

## SEPARATE CONTESTED MATTERS

27.     To the extent that a response is filed regarding any Disputed Claim listed in this Objection and the Debtors are unable to resolve the response, such Disputed Claim and the Objection by the Debtors to such claim asserted herein shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.   Any order entered by the Court regarding this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESPONSES TO OMNIBUS OBJECTION

28.     To contest this Objection, a Gemini Claimant must file and serve a written response to this Objection (a "Response") so that it is received no later than **4:00 P.M.** (prevailing Eastern Time) on **April 5, 2024** (the "Response Deadline").   Every Response must be filed electronically with the Court on the docket of *In re Genesis Global Holdco, LLC*, Case No. 23-10063 (the "Docket") and served upon the following entities so that the Response is received no later than the Response Deadline, at the following addresses:

> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Attn:  Sean O'Neal, Esq., Luke A. Barefoot, Esq., Jane VanLare, Esq., and Thomas S. Kessler, Esq.
> soneal@cgsh.com, lbarefoot@cgsh.com, jvanlare@cgsh.com, and tkessler@cgsh.com
>
> -and-
>
> Genesis Global Holdco, LLC
> 175 Greenwich St., 38th Fl.

New York, NY 10007
Attn: Arianna Pretto-Sakman
Arianna@Genesistrading.com

-and-

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Philip Abelson, Esq.
philip.abelson@whitecase.com

-and-

Hughes Hubbard & Reid LLP
One Battery Park Plaza, 16th Fl.
New York, NY 10004
Attn: Anson Frelinghuysen, Esq., Jeff Margolin, Esq., and Talia Helfrick,
Esq.
anson.frelinghuysen@hugheshubbard.com;
jeff.margolin@hugheshubbard.com; talia.helfrick@hugheshubbard.com

-and-

Bankruptcy Court of the Southern District of New York
Chambers of Judge Sean H. Lane
300 Quarropas Street
White Plains, NY 10610
Attn: Chambers of Judge Sean H. Lane

29.    Every Response to this Objection must contain, at minimum, the following information:

    a.    A caption identifying the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed;

    b.    The name of the Claimant and description of the basis for the Claim;

    c.    The specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;

    d.    A short statement describing the reasons for which the Claim should not be disallowed as set forth in the Objection

e.       Additional documentation or other evidence upon which the Claimant relies rely in opposing the Objection (if it was not included with the Proof of Claim previously filed with the Bankruptcy Court);

f.       The address(es) to which the Debtors must return any reply to the Claimant's Response, if different from that presented in your Proof of Claim; and

g.       The name, address, and telephone number of the person (which may be the Claimant or its legal representative) holding ultimate authority to resolve the Claim on the Claimant's behalf.

30.      Additionally, where a Claimant sends the Court a written Response that is not signed by an attorney, and the Claimant does not file the Response on the docket, the Claimant **must** include with its Response a completed Court Communication Form (as defined, and in accordance with the requirements set forth, in the *Notice of Protocol for Written Communications to the Bankruptcy Court by Creditors*, ECF No. 1094 (the "Written Communications Protocol")) authorizing the Court to file the Response on the Court docket and acknowledging that the Claimant's name and any contact information included in the Response as well as in the Court Communication Form will be publicly available.  The Court Communication Form is attached as Exhibit A to the Written Communications Protocol.  **Failure to include a completed Court Communications Form or to consent to this acknowledgement will result in the Response not being filed on the docket or considered by the Court.**  Written Communications Protocol at 2.

31.      If a Gemini Claimant fails to file and serve a timely Response by the Response Deadline, the Debtors may present to the Court an appropriate order disallowing or modifying the Disputed Claims, without further notice to the Gemini Claimant or a hearing.

## REPLIES TO RESPONSES

32.      The Debtors may, at their option, file and serve a reply to any Response no later than two (2) business days prior to the Hearing.

## ADJOURNMENT OF HEARING

17

33.     The Debtors reserve the right to adjourn the Hearing on any Responses to this
Objection.  In the event that the Debtors notice such an adjournment, it will be noted on the notice
of agenda for the Hearing, and such agenda will be served on the affected Gemini Claimants by
serving the person designated in the Response.

## **RESERVATION OF RIGHTS**

34.     The Debtors expressly reserve the right to amend, modify or supplement this
Objection.  Should the grounds of objection stated in this Objection be dismissed or overruled, the
Debtors reserve the right to object to each of the Disputed Claims on any other grounds that the
Debtors discover or elect to pursue.  This Objection sets out non-substantive objections to each of
the Disputed Claims identified in Exhibit 1 to the Proposed Order.  The Debtors reserve their right
to assert other non-substantive objections and/or one or more substantive objections to the
Disputed Claims set forth in Exhibit 1 or the Gemini Master Claim at a later time, to the extent
consistent with the Claims Objection Procedures Order.

35.     Notwithstanding anything contained in this Objection or the attached exhibit,
nothing herein shall be construed as a waiver of any rights that the Debtors may have to (a)
commence avoidance actions under the applicable sections of the Bankruptcy Code, including, but
not limited to, sections 547 and 548 of the Bankruptcy Code, against the Gemini Claimants subject
to this Objection, (b) enforce the Debtors' rights of setoff against the Gemini Claimants relating
to such avoidance actions or (c) seek disallowance pursuant to Bankruptcy Code section 502(d) of
each of the Claims of the Claimants that are subject to such avoidance actions.

## **NOTICE**

36.     The Debtors have provided notice of this Objection in accordance with the
procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures*

(ECF No. 44) (the "Case Management Order"). The Debtors respectfully submit that no other or further notice need be provided.

## NO PRIOR REQUEST

37.    No prior request for the relief requested herein has been made to this or any other Court.

*[The remainder of this page is left blank intentionally]*

## **CONCLUSION**

WHEREFORE, for the reason set forth herein the Debtors respectfully request

that this Court (a) enter the Proposed Order and (b) grant such other and further relief as is just

and proper.

Dated:    March 15, 2024            */s/ Luke A. Barefoot*
          New York, New York        Sean A. O'Neal
                                     Luke A. Barefoot
                                     Jane VanLare
                                     Thomas S. Kessler
                                     CLEARY GOTTLIEB STEEN &
                                     HAMILTON LLP
                                     One Liberty Plaza
                                     New York, New York 10006
                                     Telephone: (212) 225-2000
                                     Facsimile: (212) 225-3999

                                     *Counsel to the Debtors*
                                     *and Debtors-in-Possession*

# **EXHIBIT A**

## **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[9] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### ORDER GRANTING DEBTORS' TWENTY-SIXTH
### OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
### CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

Upon the *Debtors' Twenty-Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection")[10] filed by the debtors in the above-captioned case (the "Debtors"), requesting an Order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified in Exhibit 1 attached hereto; and upon the *Declaration of Paul Kinealy in Support of Debtors' Twenty-Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[9]        The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[10]        Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

1.      For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified in <u>Exhibit 1</u> attached hereto.

2.      Each of the Disputed Claims identified in <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3.      The Gemini Master Claim will be unaffected by this Order (subject to the Debtors' and the Official Committee of Unsecured Creditors' rights to assert additional objections and defenses to the allowance of such claims), and Gemini's right to assert the liabilities on behalf of the Gemini Lenders against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the Debtors' and the Official Committee of Unsecured Creditors' reservations of their rights to object to the Gemini Master Claim and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4.      This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified in <u>Exhibit 1</u>.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6.      Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor

to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2024
          White Plains, New York

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

## **Disputed Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 1521 | Genesis Global Holdco, LLC | 2/27/2024* | GUSD 15,000† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 1425 | Genesis Global Holdco, LLC | 1/28/2024 | DAI 50.726485 BTC 0.22927404 SUSHI 9.324074 ETH 0.586976 GUSD 53.94† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 3 | NAME REDACTED ADDRESS REDACTED | 1461 | Genesis Global Holdco, LLC | 2/11/2024* | AXS 2.834356 CRV 0.00096 DOGE 695.352745 ETH 0.528526 FIL 3.035065 YFI 0.052864 USD 1,800 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793884† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 1491 | Genesis Global Capital, LLC | 2/16/2024* | GUSD 2,750 USD 5,566.56 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793884† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 5 | NAME REDACTED ADDRESS REDACTED | 1437 | Genesis Global Holdco, LLC | 2/1/2024* | AAVE 2.075281 AMP 6,972.67 MATIC 1,030.744 BTC 0.04712672 LINK 13.524811 SOL 17.515504 COMP 1.059497 STORJ 60.460341 GRT 440.937293 FIL 3.151144 UNI 8.353695 USDC 5,290.8 USD 12,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | NAME REDACTED ADDRESS REDACTED | 1519 | Genesis Global Holdco, LLC | 2/26/2024* | USD 608.98 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 7 | NAME REDACTED ADDRESS REDACTED | 1534 | Genesis Global Holdco, LLC | 2/28/2024* | BTC 0.13158769 MANA 414.97947736 DOGE 29,562.53580027 ETH 1.836352† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 / LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 1462 | Genesis Global Holdco, LLC | 2/10/2024* | MATIC 142.93511374 BTC 0.00034657 FIL 24.4449402 USD 271 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 / LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 9 | NAME REDACTED ADDRESS REDACTED | 1459 | Genesis Global Capital, LLC | 2/9/2024* | CRV 18,070.13310611 DOGE 114,761.05901579 ETH 96.89576607 MATIC 11,219.60600616 USD 270,492.14 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | |
| 10 | NAME REDACTED ADDRESS REDACTED | 1486 | Genesis Global Capital, LLC | 2/17/2024* | 1INCH 73.526383 AMP 1,461.06972 ANKR 4,765.605959 AXS 1.177179 BTC 0.10719752 BCH 0.37517434 LINK 30.896298 MANA 59.810054 DOGE 8,549.040534 ETH 2.029014 UNI 18.616437 GUSD 0.04 GRT 109.44072 USD 13,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 11 | NAME REDACTED ADDRESS REDACTED | 1458 | Genesis Global Holdco, LLC | 2/9/2024* | 1INCH 542.79684395<br>AMP 25,326<br>MATIC 2,602<br>REN 1,525<br>DOGE 25,710<br>FTM 1,934<br>ETH 0.09<br>USD 6,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.672793881† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 1446 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 2/3/2024* | AMP 84,350.42024829<br>MATIC 28,985.65546786<br>BAT 3,981.31156927<br>BTC 0.00021438<br>LINK 328.8643291<br>CRV 1,149.01451261<br>MANA 1,195.59551818<br>DOGE 5,072.14291788<br>FTM 21,896.2641255<br>UNI 137.98062507<br>GUSD 17.55<br>LTC 59.79973012<br>LUNC 421.32314483<br>USD 42,508.46 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.672793881† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 13 | NAME REDACTED ADDRESS REDACTED | 1447 | Genesis Global Capital, LLC | 2/3/2024* | AMP 84,350.42024829<br>MATIC 28,985.65546786<br>BAT 3,981.31156927<br>BTC 0.00021438<br>LINK 328.8643291<br>CRV 1,149.01451261<br>MANA 1,195.59551818<br>DOGE 5,072.14291788<br>GRT 1,549.95786888<br>FTM 21,896.2641255<br>UNI 137.98062507<br>GUSD 17.55<br>LTC 59.79973012<br>LUNC 421.32314483<br>USD 42,508 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405 7132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 1448 | Genesis Global Holdco, LLC | 2/3/2024* | AMP 84,350.42024829<br>MATIC 28,985.65546786<br>BAT 3,981.31156927<br>BCH 0.00021438<br>LINK 328.8643291<br>CRV 1,149.01451261<br>MANA 1,195.59551818<br>DOGE 5,072.14291788<br>FTM 21,896.2641255<br>UNI 137.98062507<br>GUSD 17.55<br>LTC 59.79973012<br>LUNC 421.32314483<br>USD 42,508.46 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405 7132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 15 | NAME REDACTED ADDRESS REDACTED | 1477 | Genesis Global Capital, LLC | 2/14/2024* | MATIC 282.62254292 BTC 0.03417345 DOGE 7,755.25522954 ETH 2.897731 FTM 1,693.24296734 USD 11,521 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 16 | NAME REDACTED ADDRESS REDACTED | 1509 | Genesis Global Capital, LLC | 2/22/2024* | LPT 60 REN 830.50980323 BTC 0.1396932 BCH 0.00062165 SOL 140.739896 CRV 209.32097984 ETH 0.013216 GRT 385.85481207 SAND 116.801361 FTM 215.23640782 GUSD 89.5 USD 1.99 YFI 0.01848409 ENS 100† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 17 | NAME REDACTED ADDRESS REDACTED | 1522 | Genesis Global Holdco, LLC | 2/26/2024* | GUSD 52.68 USD 52.68 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.97374057132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 / LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 1487 | Genesis Global Holdco, LLC | 2/17/2024* | GUSD 4,189.51 USD 4,189.51 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAT 9,388,882.97197886  PAXG 1,014.97374057132 / BAL 34,868.7609066813  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 / LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | NAME REDACTED ADDRESS REDACTED | 1475 | Genesis Global Holdco, LLC | 2/15/2024* | MATIC 180.344314 BTC 0.00016539 MANA 143.11731 ETH 0.111654 FTM 223.09733 LTC 1.944658† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 1440 | Genesis Global Holdco, LLC | 2/3/2024* | BAT 61.06193206 BTC 0.01133303† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 21 | NAME REDACTED ADDRESS REDACTED | 1502 | Genesis Global Holdco, LLC | 2/21/2024* | DOGE 1,792.81302819 EOS 3.72028229 USD 10,964.40 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 22 | NAME REDACTED ADDRESS REDACTED | 1485 | Genesis Global Holdco, LLC | 2/17/2024* | BTC 0.7537114 FIL 2.3433994† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 23 | NAME REDACTED ADDRESS REDACTED | 1452 | Genesis Global Holdco, LLC | 2/7/2024* | BTC 0.75321154 COMP 1.67900337 MANA 782.27401527 ETH 13.09106722 UNI 27.86638714 LTC 36.09092216 ZEC 3.92372103† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66441107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 24 | NAME REDACTED ADDRESS REDACTED | 1505 | Genesis Global Capital, LLC | 2/22/2024* | BTC 0.75321154 COMP 1.67900337 MANA 782.27401527 DOGE 7,715.92234357 ETH 13.09106722 UNI 27.86638714 ZEC 3.92372103† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66441107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 25 | NAME REDACTED ADDRESS REDACTED | 1493 | Genesis Global Holdco, LLC | 2/18/2024* | BTC 0.01818736 LINK 25.116959 ETH 0.079392 USD 1,600 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 26 | NAME REDACTED ADDRESS REDACTED | 1438 | Genesis Global Holdco, LLC | 2/3/2024* | BTC 0.00855517 ETH 0.10779555 USD 624.18 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 27 | NAME REDACTED ADDRESS REDACTED | 1445 | Genesis Global Holdco, LLC | 2/4/2024* | BTC 0.20569 DOGE 7,553.684 GUSD 1,376.29† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 28 | NAME REDACTED ADDRESS REDACTED | 1511 | Genesis Global Holdco, LLC | 2/23/2024* | BAT 12.5101692 MATIC 103.60168642 BCH 1.03132513 LINK 111.97298236 CRV 0.0000325 FIL 119.59160443 USDC 0.005206 ZEC 7.09994737† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

<table>
<tr><th colspan="5">CLAIMS TO BE DISALLOWED</th><th colspan="5">SURVIVING CLAIMS</th></tr>
<tr><th>#</th><th>NAME & ADDRESS</th><th>CLAIM #</th><th>ASSERTED DEBTOR</th><th>DATE FILED</th><th>TOTAL ASSERTED IN KIND AMOUNT</th><th>NAME & ADDRESS</th><th>CLAIM #</th><th>REMAINING DEBTOR</th><th>DATE FILED</th><th>TOTAL REMAINING IN KIND AMOUNT</th></tr>
<tr>
<td>29</td>
<td>NAME REDACTED ADDRESS REDACTED</td>
<td>1535</td>
<td>Genesis Global Holdco, LLC</td>
<td>2/28/2024*</td>
<td>AMP 1,370<br>LINK 23<br>DOGE 2,100<br>USD 1,551</td>
<td>NAME REDACTED ADDRESS REDACTED</td>
<td>356</td>
<td>Genesis Global Capital, LLC</td>
<td>05/22/23</td>
<td>1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.9737405132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613<br>LINK 1,524,285.66444107 ZRX 2,737,146.672793889†</td>
</tr>
<tr><td colspan="11"><em>Reason: Asserted liabilities are duplicative of Gemini Master Claim.</em></td></tr>
<tr>
<td>30</td>
<td>NAME REDACTED ADDRESS REDACTED</td>
<td>1466</td>
<td>Genesis Global Holdco, LLC</td>
<td>2/12/2024*</td>
<td>BTC 0.00000037<br>DOGE 0.06301614<br>ETH 0.63137407†</td>
<td>NAME REDACTED ADDRESS REDACTED</td>
<td>356</td>
<td>Genesis Global Capital, LLC</td>
<td>05/22/23</td>
<td>1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.9737405132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613<br>LINK 1,524,285.66444107 ZRX 2,737,146.672793889†</td>
</tr>
<tr><td colspan="11"><em>Reason: Asserted liabilities are duplicative of Gemini Master Claim.</em></td></tr>
</table>

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 31 | NAME REDACTED ADDRESS REDACTED | 1530 | Genesis Global Holdco, LLC | 2/28/2024* | BTC 0.49634476 LINK 35.327502 SUSHI 737.398882 DOGE 9,541.03417 ETH 4.4354887† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 1442 | Genesis Global Holdco, LLC | 2/3/2024* | ETH 1.795602 USD 1.80† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 33 | NAME REDACTED ADDRESS REDACTED | 1431 | Genesis Global Holdco, LLC | 1/31/2024* | BTC 0.00276416 ETH 0.12418368 GUSD 151.76† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.160239144428 KNC 434,572.643810026  ZEC 43,919.4737009613 LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 34 | NAME REDACTED ADDRESS REDACTED | 1525 | Genesis Global Capital, LLC | 2/27/2024* | MATIC 1,061.98 SOL 3.927 COMP 0.639431 MANA 185.777 ETH 0.007 GUSD 306.87† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 AAVE 33,788.9425230479  LRC 2,690,498.81970212 ALCX 8,676.38998201275  LTC 127,209.281884632 AMP 425,936,380.55768  MANA 5,593,977.33440294 ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 APE 1,139,985.53964617  MKR 1,338.38038533215 AXS 90,870.9278787395  OXT 3,699,739.25944469 BAL 34,868.7609066813  PAXG 1,014.97374057132 BAT 9,388,882.97197886  RBN 25,405.5734626778 BCH 44,121.774231399  REN 4,231,486.62614094 BNT 267,993.780189926  RLY 5,660,470.4301708 BTC 15,094.3806124709  SKL 3,980,478.77162429 CHZ 688,964.618297403  SNX 237,906.952970567 COMP 14,038.7643541652  SOL 284,128.92393429 CRV 3,110,821.20254412  STORJ 1,811,065.26135581 DAI 8,326,580.27023902  SUSHI 597,029.850730662 DOGE 195,432,319.002998  TOKE 24,563.5645986667 ETH 157,019.767022979  UMA 60,303.1821763762 FET 2,013,560.72967566  UNI 511,292.129900501 FIL 2,601,610.12844771  USD 1,122,467,217.65 FTM 21,093,013.7169699  USDC 55,215,289.1233817 GRT 17,337,624.765759  USTC 1,260.54344897418 GUSD 375,437,385.038869  XTZ 695,291.945724483 INJ 135,922.613140235  YFI 128.160239144428 KNC 434,572.643810026  ZEC 43,919.4737009613 LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 35 | NAME REDACTED ADDRESS REDACTED | 1472 | Genesis Global Holdco, LLC | 2/13/2024* | SOL 9.350516 CRV 636.302789† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405 7132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 / LINK 1,524,285.66444107  ZRX 2,737,146.672793 88† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 36 | NAME REDACTED ADDRESS REDACTED | 1496 | Genesis Global Holdco, LLC | 2/20/2024* | BCH 0.86984364 DOGE 684.43130861 GUSD 8.76† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058 / AAVE 33,788.9425230479  LRC 2,690,498.81970212 / ALCX 8,676.38998201275  LTC 127,209.281884632 / AMP 425,936,380.55768  MANA 5,593,977.33440294 / ANKR 23,335,928.0678024  MATIC 16,964,467.2401572 / APE 1,139,985.53964617  MKR 1,338.38038533215 / AXS 90,870.9278787395  OXT 3,699,739.25944469 / BAL 34,868.7609066813  PAXG 1,014.9737405 7132 / BAT 9,388,882.97197886  RBN 25,405.5734626778 / BCH 44,121.774231399  REN 4,231,486.62614094 / BNT 267,993.780189926  RLY 5,660,470.4301708 / BTC 15,094.3806124709  SKL 3,980,478.77162429 / CHZ 688,964.618297403  SNX 237,906.952970567 / COMP 14,038.7643541652  SOL 284,128.92393429 / CRV 3,110,821.20254412  STORJ 1,811,065.26135581 / DAI 8,326,580.27023902  SUSHI 597,029.850730662 / DOGE 195,432,319.002998  TOKE 24,563.5645986667 / ETH 157,019.767022979  UMA 60,303.1821763762 / FET 2,013,560.72967566  UNI 511,292.129900501 / FIL 2,601,610.12844771  USD 1,122,467,217.65 / FTM 21,093,013.7169699  USDC 55,215,289.1233817 / GRT 17,337,624.765759  USTC 1,260.54344897418 / GUSD 375,437,385.038869  XTZ 695,291.945724483 / INJ 135,922.613140235  YFI 128.160239144428 / KNC 434,572.643810026  ZEC 43,919.4737009613 / LINK 1,524,285.66444107  ZRX 2,737,146.672793 88† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 37 | NAME REDACTED ADDRESS REDACTED | 1506 | Genesis Global Holdco, LLC | 2/21/2024* | BTC 0.17109345 ETH 0.40124621 FTM 344.03303146† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 38 | NAME REDACTED ADDRESS REDACTED | 1471 | Genesis Global Holdco, LLC | 2/14/2024* | BTC 0.01944 ETH 0.4882 USD 2,400 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 39 | NAME REDACTED ADDRESS REDACTED | 1476 | Genesis Global Holdco, LLC | 2/14/2024* | 1INCH 31.40597009 AMP 8,102.8743132 BAT 244.64799569 MATIC 68.00582124 RLY 1,232.51272519 BTC 0.0002418 CRV 1.45931611 DOGE 1,097.12921306 ETH 1.13744863 GRT 3,397.26152261 GALA 100.45839† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.9737405713 2 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 LINK 1,524,285.66444107   ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | NAME REDACTED ADDRESS REDACTED | 1421 | Genesis Global Holdco, LLC | 1/26/2024* | ETH 7.33470043 USD 20,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 AAVE 33,788.9425230479   LRC 2,690,498.81970212 ALCX 8,676.38998201275   LTC 127,209.281884632 AMP 425,936,380.55768   MANA 5,593,977.33440294 ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 APE 1,139,985.53964617   MKR 1,338.38038533215 AXS 90,870.9278787395   OXT 3,699,739.25944469 BAL 34,868.7609066813   PAXG 1,014.9737405713 2 BAT 9,388,882.97197886   RBN 25,405.5734626778 BCH 44,121.774231399   REN 4,231,486.62614094 BNT 267,993.780189926   RLY 5,660,470.4301708 BTC 15,094.3806124709   SKL 3,980,478.77162429 CHZ 688,964.618297403   SNX 237,906.952970567 COMP 14,038.7643541652   SOL 284,128.92393429 CRV 3,110,821.20254412   STORJ 1,811,065.26135581 DAI 8,326,580.27023902   SUSHI 597,029.850730662 DOGE 195,432,319.002998   TOKE 24,563.5645986667 ETH 157,019.767022979   UMA 60,303.1821763762 FET 2,013,560.72967566   UNI 511,292.129900501 FIL 2,601,610.12844771   USD 1,122,467,217.65 FTM 21,093,013.7169699   USDC 55,215,289.1233817 GRT 17,337,624.765759   USTC 1,260.54344897418 GUSD 375,437,385.038869   XTZ 695,291.945724483 INJ 135,922.613140235   YFI 128.160239144428 KNC 434,572.643810026   ZEC 43,919.4737009613 LINK 1,524,285.66444107   ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | NAME REDACTED ADDRESS REDACTED | 1479 | Genesis Global Holdco, LLC | 2/15/2024* | UNI 24.54877369<br>USD 186.84 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107<br>LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 42 | NAME REDACTED ADDRESS REDACTED | 1439 | Genesis Global Holdco, LLC | 2/3/2024* | GUSD 395.27<br>USD 395.27 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107<br>LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 43 | NAME REDACTED ADDRESS REDACTED | 1426 | Genesis Global Holdco, LLC | 1/28/2024* | GUSD 1,500 USD 1,552.01 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | NAME REDACTED ADDRESS REDACTED | 1495 | Genesis Global Holdco, LLC | 2/20/2024* | FIL 1,132.2477591 USD 8,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 45 | NAME REDACTED ADDRESS REDACTED | 1494 | Genesis Global Holdco, LLC | 2/18/2024 | BTC 5.05381593 DOGE 24,034.418832 GRT 122.918682 FIL 7.145875† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 46 | NAME REDACTED ADDRESS REDACTED | 1513 | Genesis Global Holdco, LLC | 2/23/2024 | BTC 0.01158321 USD 1,200 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | | SURVIVING CLAIMS | | |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | NAME REDACTED ADDRESS REDACTED | 1449 | Genesis Global Holdco, LLC | 2/6/2024* | 1INCH 135.116483 AAVE 2.639091 AMP 8,747.000999 OXT 316.112381 REN 2,123.276982 STORJ 438.523192 GUSD 150.27 INJ 43.75376† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793988† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |
| 48 | NAME REDACTED ADDRESS REDACTED | 1507 | Genesis Global Capital, LLC | 2/22/2024* | BSV 1 USD 4,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793988† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 49 | NAME REDACTED ADDRESS REDACTED | 1483 | Genesis Global Holdco, LLC | 2/16/2024* | GUSD 193.1 BAT 9.83732423 USD 195.7 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 / AAVE 33,788.9425230479 LRC 2,690,498.81970212 / ALCX 8,676.38998201275 LTC 127,209.281884632 / AMP 425,936,380.55768 MANA 5,593,977.33440294 / ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 / APE 1,139,985.53964617 MKR 1,338.38038533215 / AXS 90,870.9278787395 OXT 3,699,739.25944469 / BAL 34,868.7609066813 PAXG 1,014.97374057132 / BAT 9,388,882.97197886 RBN 25,405.5734626778 / BCH 44,121.774231399 REN 4,231,486.62614094 / BNT 267,993.780189926 RLY 5,660,470.4301708 / BTC 15,094.3806124709 SKL 3,980,478.77162429 / CHZ 688,964.618297403 SNX 237,906.952970567 / COMP 14,038.7643541652 SOL 284,128.92393429 / CRV 3,110,821.20254412 STORJ 1,811,065.26135581 / DAI 8,326,580.27023902 SUSHI 597,029.850730662 / DOGE 195,432,319.002998 TOKE 24,563.5645986667 / ETH 157,019.767022979 UMA 60,303.1821763762 / FET 2,013,560.72967566 UNI 511,292.129900501 / FIL 2,601,610.12844771 USD 1,122,467,217.65 / FTM 21,093,013.7169699 USDC 55,215,289.1233817 / GRT 17,337,624.765759 USTC 1,260.54344897418 / GUSD 375,437,385.038869 XTZ 695,291.945724483 / INJ 135,922.613140235 YFI 128.160239144428 / KNC 434,572.643810026 ZEC 43,919.4737009613 / LINK 1,524,285.66444107 ZRX 2,737,146.67279388† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | |
| 50 | NAME REDACTED ADDRESS REDACTED | 1424 | Genesis Global Holdco, LLC | 1/27/2024* | GUSD 1,000 USD 1,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 / AAVE 33,788.9425230479 LRC 2,690,498.81970212 / ALCX 8,676.38998201275 LTC 127,209.281884632 / AMP 425,936,380.55768 MANA 5,593,977.33440294 / ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 / APE 1,139,985.53964617 MKR 1,338.38038533215 / AXS 90,870.9278787395 OXT 3,699,739.25944469 / BAL 34,868.7609066813 PAXG 1,014.97374057132 / BAT 9,388,882.97197886 RBN 25,405.5734626778 / BCH 44,121.774231399 REN 4,231,486.62614094 / BNT 267,993.780189926 RLY 5,660,470.4301708 / BTC 15,094.3806124709 SKL 3,980,478.77162429 / CHZ 688,964.618297403 SNX 237,906.952970567 / COMP 14,038.7643541652 SOL 284,128.92393429 / CRV 3,110,821.20254412 STORJ 1,811,065.26135581 / DAI 8,326,580.27023902 SUSHI 597,029.850730662 / DOGE 195,432,319.002998 TOKE 24,563.5645986667 / ETH 157,019.767022979 UMA 60,303.1821763762 / FET 2,013,560.72967566 UNI 511,292.129900501 / FIL 2,601,610.12844771 USD 1,122,467,217.65 / FTM 21,093,013.7169699 USDC 55,215,289.1233817 / GRT 17,337,624.765759 USTC 1,260.54344897418 / GUSD 375,437,385.038869 XTZ 695,291.945724483 / INJ 135,922.613140235 YFI 128.160239144428 / KNC 434,572.643810026 ZEC 43,919.4737009613 / LINK 1,524,285.66444107 ZRX 2,737,146.67279388† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 51 | NAME REDACTED ADDRESS REDACTED | 1464 | Genesis Global Holdco, LLC | 2/12/2024* | 1INCH 55.74614049 BAT 2.2782698 BTC 0.00213265 LINK 4.44802494 GUSD 1,124.06† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 / AAVE 33,788.9425230479   LRC 2,690,498.81970212 / ALCX 8,676.38998201275   LTC 127,209.281884632 / AMP 425,936,380.55768   MANA 5,593,977.33440294 / ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 / APE 1,139,985.53964617   MKR 1,338.38038533215 / AXS 90,870.9278787395   OXT 3,699,739.25944469 / BAL 34,868.7609066813   PAXG 1,014.97374057132 / BAT 9,388,882.97197886   RBN 25,405.5734626778 / BCH 44,121.774231399   REN 4,231,486.62614094 / BNT 267,993.780189926   RLY 5,660,470.4301708 / BTC 15,094.3806124709   SKL 3,980,478.77162429 / CHZ 688,964.618297403   SNX 237,906.952970567 / COMP 14,038.7643541652   SOL 284,128.92393429 / CRV 3,110,821.20254412   STORJ 1,811,065.26135581 / DAI 8,326,580.27023902   SUSHI 597,029.850730662 / DOGE 195,432,319.002998   TOKE 24,563.5645986667 / ETH 157,019.767022979   UMA 60,303.1821763762 / FET 2,013,560.72967566   UNI 511,292.129900501 / FIL 2,601,610.12844771   USD 1,122,467,217.65 / FTM 21,093,013.7169699   USDC 55,215,289.1233817 / GRT 17,337,624.765759   USTC 1,260.54344897418 / GUSD 375,437,385.038869   XTZ 695,291.945724483 / INJ 135,922.613140235   YFI 128.160239144428 / KNC 434,572.643810026   ZEC 43,919.4737009613 / LINK 1,524,285.66444107   ZRX 2,737,146.672793884 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 52 | NAME REDACTED ADDRESS REDACTED | 1512 | Genesis Global Holdco, LLC | 2/23/2024* | AMP 34,523.1† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 / AAVE 33,788.9425230479   LRC 2,690,498.81970212 / ALCX 8,676.38998201275   LTC 127,209.281884632 / AMP 425,936,380.55768   MANA 5,593,977.33440294 / ANKR 23,335,928.0678024   MATIC 16,964,467.2401572 / APE 1,139,985.53964617   MKR 1,338.38038533215 / AXS 90,870.9278787395   OXT 3,699,739.25944469 / BAL 34,868.7609066813   PAXG 1,014.97374057132 / BAT 9,388,882.97197886   RBN 25,405.5734626778 / BCH 44,121.774231399   REN 4,231,486.62614094 / BNT 267,993.780189926   RLY 5,660,470.4301708 / BTC 15,094.3806124709   SKL 3,980,478.77162429 / CHZ 688,964.618297403   SNX 237,906.952970567 / COMP 14,038.7643541652   SOL 284,128.92393429 / CRV 3,110,821.20254412   STORJ 1,811,065.26135581 / DAI 8,326,580.27023902   SUSHI 597,029.850730662 / DOGE 195,432,319.002998   TOKE 24,563.5645986667 / ETH 157,019.767022979   UMA 60,303.1821763762 / FET 2,013,560.72967566   UNI 511,292.129900501 / FIL 2,601,610.12844771   USD 1,122,467,217.65 / FTM 21,093,013.7169699   USDC 55,215,289.1233817 / GRT 17,337,624.765759   USTC 1,260.54344897418 / GUSD 375,437,385.038869   XTZ 695,291.945724483 / INJ 135,922.613140235   YFI 128.160239144428 / KNC 434,572.643810026   ZEC 43,919.4737009613 / LINK 1,524,285.66444107   ZRX 2,737,146.672793884† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 53 | NAME REDACTED ADDRESS REDACTED | 1537 | Genesis Global Holdco, LLC | 2/29/2024* | RLY 395.55565238 LINK 20.55809293 DOGE 567.9689523 USD 489.44 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.97374057132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613<br>LINK 1,524,285.66444107 ZRX 2,737,146.672793887† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | NAME REDACTED ADDRESS REDACTED | 1528 | Genesis Global Capital, LLC | 2/27/2024* | LINK 24.694824† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.97374057132<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613<br>LINK 1,524,285.66444107 ZRX 2,737,146.672793887† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | NAME REDACTED ADDRESS REDACTED | 1478 | Genesis Global Holdco, LLC | 2/14/2024* | AAVE 2.73681677 BTC 0.38731238 ETH 5.41014087 USD 50,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 56 | NAME REDACTED ADDRESS REDACTED | 1444 | Genesis Global Holdco, LLC | 2/4/2024* | BAT 41.01 USDT 10 GUSD 20 USD 132.97 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 57 | NAME REDACTED ADDRESS REDACTED | 1429 | Genesis Global Holdco, LLC | 1/29/2024* | USD 500 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.67279388† |
| 58 | NAME REDACTED ADDRESS REDACTED | 1515 | Genesis Global Holdco, LLC | 2/26/2024* | ETH 4,000† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.* (row 57)

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.* (row 58)

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

**CLAIMS TO BE DISALLOWED** / **SURVIVING CLAIMS**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | NAME REDACTED ADDRESS REDACTED | 1422 | Genesis Global Holdco, LLC | 1/27/2024* | AAVE 1.037762 FIL 1.107896 USD 2.15† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936.380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | NAME REDACTED ADDRESS REDACTED | 1523 | Genesis Global Holdco, LLC | 2/27/2024* | AMP 7,452.624031 REN 422.245313 LINK 59.977566 SUSHI 147.271641 FIL 12.100461 UNI 3.333014 USD 1,596 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 61 | NAME REDACTED ADDRESS REDACTED | 1480 | Genesis Global Capital, LLC | 2/16/2024* | BTC 0.1 ETH 1 USD 5,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 62 | NAME REDACTED ADDRESS REDACTED | 1468 | Genesis Global Holdco, LLC | 2/12/2024* | GUSD 2,122.11 USD 2,122.11 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 63 | NAME REDACTED ADDRESS REDACTED | 1455 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 2/8/2024* | USD 5,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 64 | NAME REDACTED ADDRESS REDACTED | 1441 | Genesis Global Holdco, LLC | 2/3/2024 | ANKR 67,986.78634 APE 507.513913 CRV 3,054.491084 LUNC 7,796.10711 USD 6,391.72 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 65 | NAME REDACTED ADDRESS REDACTED | 1432 | Genesis Global Capital, LLC | 1/30/2024* | GUSD 50,000 USD 50,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405715 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793884† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 66 | NAME REDACTED ADDRESS REDACTED | 1527 | Genesis Global Holdco, LLC | 2/27/2024* | BTC 4 APE 100 USD 23,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405715 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793884† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | | |
| 67 | NAME REDACTED ADDRESS REDACTED | 1532 | Genesis Global Holdco, LLC | 2/28/2024* | MATIC 3,931.6093326† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LINK 1,524,285.66444107 | LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613  ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 68 | NAME REDACTED ADDRESS REDACTED | 1470 | Genesis Global Holdco, LLC | 2/12/2024* | ZRX 91.822335  OXT 352.354454  BAT 57.649535  GRT 930.25838  GUSD 217.02  USD 326.69 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  AAVE 33,788.9425230479  ALCX 8,676.38998201275  AMP 425,936,380.55768  ANKR 23,335,928.0678024  APE 1,139,985.53964617  AXS 90,870.9278787395  BAL 34,868.7609066813  BAT 9,388,882.97197886  BCH 44,121.774231399  BNT 267,993.780189926  BTC 15,094.3806124709  CHZ 688,964.618297403  COMP 14,038.7643541652  CRV 3,110,821.20254412  DAI 8,326,580.27023902  DOGE 195,432,319.002998  ETH 157,019.767022979  FET 2,013,560.72967566  FIL 2,601,610.12844771  FTM 21,093,013.7169699  GRT 17,337,624.765759  GUSD 375,437,385.038869  INJ 135,922.613140235  KNC 434,572.643810026  LINK 1,524,285.66444107 | LPT 24,673.1466099058  LRC 2,690,498.81970212  LTC 127,209.281884632  MANA 5,593,977.33440294  MATIC 16,964,467.2401572  MKR 1,338.38038533215  OXT 3,699,739.25944469  PAXG 1,014.97374057132  RBN 25,405.5734626778  REN 4,231,486.62614094  RLY 5,660,470.4301708  SKL 3,980,478.77162429  SNX 237,906.952970567  SOL 284,128.92393429  STORJ 1,811,065.26135581  SUSHI 597,029.850730662  TOKE 24,563.5645986667  UMA 60,303.1821763762  UNI 511,292.129900501  USD 1,122,467,217.65  USDC 55,215,289.1233817  USTC 1,260.54344897418  XTZ 695,291.945724483  YFI 128.160239144428  ZEC 43,919.4737009613  ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 69 | NAME REDACTED ADDRESS REDACTED | 1420 | Genesis Global Holdco, LLC | 1/27/2024* | ETH 1.02994926 USD 3,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 70 | NAME REDACTED ADDRESS REDACTED | 1529 | Genesis Global Holdco, LLC | 2/27/2024* | DAI 107.616289 BTC 0.00527744 DOGE 408.741327† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 71 | NAME REDACTED ADDRESS REDACTED | 1473 | Genesis Global Holdco, LLC | 2/14/2024* | BTC 0.04635097 ETH 0.96433† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 72 | NAME REDACTED ADDRESS REDACTED | 1492 | Genesis Global Capital, LLC | 2/17/2024* | AMP 1,221.27326666 APE 21.21710641 BAT 133.74845413 SOL 3.18905994 MANA 23.52017199 XTZ 66.514537 FIL 3.2928045 USD 524.18 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 73 | NAME REDACTED ADDRESS REDACTED | 1497 | Genesis Global Holdco, LLC | 2/20/2024* | GUSD 4,192 USD 8,384 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107  LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 74 | NAME REDACTED ADDRESS REDACTED | 1500 | Genesis Global Holdco, LLC | 2/20/2024* | AMP 7,713.823273 ANKR 1,077.441627 MATIC 25.255908 BTC 0.00344108 MANA 3.871153 DOGE 1,467.469983 ETH 0.027751 FTM 215.693904 GRT 116.844203 SAND 33.588714 SLP 1,714.956878 USD 630 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107  LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | NAME REDACTED ADDRESS REDACTED | 1419 | Genesis Global Holdco, LLC | 1/27/2024* | USD 17,019 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | | |
| 76 | NAME REDACTED ADDRESS REDACTED | 1463 | Genesis Global Capital, LLC | 2/10/2024* | USD 1,600 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† | |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | | |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | NAME REDACTED ADDRESS REDACTED | 1460 | Genesis Global Capital, LLC | 2/11/2024* | APE 295.469718<br>CRV 127.490353<br>GUSD 4,362.48<br>USD 6,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793889† |
| | | | | | | | | | | |
| *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 78 | NAME REDACTED ADDRESS REDACTED | 1465 | Genesis Global Holdco, LLC | 2/12/2024* | BTC 0.12597011<br>DOGE 1,252.001905<br>ETH 3.50233<br>LTC 1.037164† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793889† |
| | | | | | | | | | | |
| *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 79 | NAME REDACTED ADDRESS REDACTED | 1490 | Genesis Global Capital, LLC | 2/19/2024* | BAT 28.798928 BTC 0.00097789 FIL 19.904187 USD 205 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | |
| 80 | NAME REDACTED ADDRESS REDACTED | 1434 | Genesis Global Capital, LLC | 2/1/2024* | ETH 1.1† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 81 | NAME REDACTED ADDRESS REDACTED | 1517 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 2/26/2024* | BTC 0.079142 ETH 1.272811† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 82 | NAME REDACTED ADDRESS REDACTED | 1430 | Genesis Global Holdco, LLC | 1/30/2024* | ETH 0.019496 GUSD 831.31 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 83 | NAME REDACTED ADDRESS REDACTED | 1436 | Genesis Global Holdco, LLC | 2/2/2024* | BTC 0.01578562 ETH 0.293815 FTM 11.664319 USD 1,370 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889† |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | |
| 84 | NAME REDACTED ADDRESS REDACTED | 1501 | Genesis Global Holdco, LLC | 2/20/2024* | ETH 0.096034 USD 272.12 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.850730662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889† |
| | | | | | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 85 | NAME REDACTED ADDRESS REDACTED | 1536 | Genesis Global Holdco, LLC | 2/29/2024* | BTC 0.06307882 ETH 0.310823 GUSD 747.08 LTC 3.18908 SHIB 3,130,094.554939 USD 5,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793988† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 86 | NAME REDACTED ADDRESS REDACTED | 1435 | Genesis Global Holdco, LLC | 2/1/2024* | GUSD 2,310.83 USD 2,310.83 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793988† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | | TOTAL REMAINING IN KIND AMOUNT |
| 87 | NAME REDACTED ADDRESS REDACTED | 1503 | Genesis Global Holdco, LLC | 2/21/2024* | BTC 0.06330978 LINK 93.20731092 GUSD 24,821.46† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |
| 88 | NAME REDACTED ADDRESS REDACTED | 1526 | Genesis Global Holdco, LLC | 2/27/2024* | GUSD 1,478.15 USD 2,896.22 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 89 | NAME REDACTED ADDRESS REDACTED | 1482 | Genesis Global Holdco, LLC | 2/16/2024* | ANKR 59,774.09627929 USD 1,652.15 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 90 | NAME REDACTED ADDRESS REDACTED | 1484 | Genesis Global Capital, LLC | 2/16/2024* | ANKR 59,774.09627929 USD 1,652.15 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.38038533215 / OXT 3,699,739.25944469 / PAXG 1,014.97374057132 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.850730662 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793889† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 91 | NAME REDACTED ADDRESS REDACTED | 1474 | Genesis Global Holdco, LLC | 2/14/2024 | BTC 0.01908271 ETH 0.524928 GUSD 101.95 USDC 498.581781† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 92 | NAME REDACTED ADDRESS REDACTED | 1488 | Genesis Global Holdco, LLC | 2/18/2024* | DOGE 9,570.195245† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 93 | NAME REDACTED ADDRESS REDACTED | 1469 | Genesis Global Holdco, LLC | 2/13/2024* | SOL 18.43788092† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.9737405713 2<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613<br>LINK 1,524,285.66444107 ZRX 2,737,146.672793388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 94 | NAME REDACTED ADDRESS REDACTED | 1456 | Genesis Global Capital, LLC | 2/8/2024* | ETH 0.1943<br>GUSD 5.38<br>USD 500 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058<br>AAVE 33,788.9425230479 LRC 2,690,498.81970212<br>ALCX 8,676.38998201275 LTC 127,209.281884632<br>AMP 425,936,380.55768 MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024 MATIC 16,964,467.2401572<br>APE 1,139,985.53964617 MKR 1,338.38038533215<br>AXS 90,870.9278787395 OXT 3,699,739.25944469<br>BAL 34,868.7609066813 PAXG 1,014.9737405713 2<br>BAT 9,388,882.97197886 RBN 25,405.5734626778<br>BCH 44,121.774231399 REN 4,231,486.62614094<br>BNT 267,993.780189926 RLY 5,660,470.4301708<br>BTC 15,094.3806124709 SKL 3,980,478.77162429<br>CHZ 688,964.618297403 SNX 237,906.952970567<br>COMP 14,038.7643541652 SOL 284,128.92393429<br>CRV 3,110,821.20254412 STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902 SUSHI 597,029.850730662<br>DOGE 195,432,319.002998 TOKE 24,563.5645986667<br>ETH 157,019.767022979 UMA 60,303.1821763762<br>FET 2,013,560.72967566 UNI 511,292.129900501<br>FIL 2,601,610.12844771 USD 1,122,467,217.65<br>FTM 21,093,013.7169699 USDC 55,215,289.1233817<br>GRT 17,337,624.765759 USTC 1,260.54344897418<br>GUSD 375,437,385.038869 XTZ 695,291.945724483<br>INJ 135,922.613140235 YFI 128.160239144428<br>KNC 434,572.643810026 ZEC 43,919.4737009613<br>LINK 1,524,285.66444107 ZRX 2,737,146.672793388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Sixth Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 95 | NAME REDACTED ADDRESS REDACTED | 1457 | Genesis Global Holdco, LLC | 2/9/2024* | ETH 0.1943 GUSD 5.68 USD 500 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.38038533215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.97374057132<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 597,029.850730662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.672793889† |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

# **EXHIBIT B**

**Kinealy Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

### DECLARATION OF PAUL KINEALY IN SUPPORT OF DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

I, Paul Kinealy, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

### BACKGROUND

1.      I am a Senior Director at Alvarez and Marsal North America, LLC ("A&M"), the financial advisor for the above-captioned Debtors.

2.      In my capacity as Senior Director, I am authorized to submit this Declaration in support of the *Debtor's Twenty-Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection").[2]

3.      I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, Schedules and Books and Records and am responsible for overseeing the review and analysis of claims filed in the Debtors' Chapter 11 Cases.  All facts set forth herein are based on my personal knowledge, my review or the review of employees of A&M of the Claims and other relevant documents or information provided by the Debtors' employees and advisors.  If I

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]      Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

were called upon to testify, I could and would competently testify to each of the facts set forth herein on that basis, including that I, or employees of A&M, personally reviewed the Disputed Claims (as defined below) identified in Exhibit 1 to the Proposed Order as part of the claims reconciliations process in these Chapter 11 Cases.

## FACTUAL BASIS OF OBJECTION

4.       I, an A&M employee, or one or more of the Debtors' employees or advisors operating at A&M's direction have reviewed the Claims Register, the Schedules, the Debtors' Books and Records, the Gemini Master Claim and each of the Disputed Claims identified in Exhibit 1 to the Proposed Order and the facts and circumstances set forth in the Objection regarding such Claims.

5.       We have also reviewed the information informally provided by Gemini confirming that nearly all of the Disputed Claims were filed by Gemini Lenders that were participants in the Gemini Earn Program.

6.       Based on such review, we have determined that the Disputed Claims are duplicative of the corresponding Gemini Master Claim.

7.       Each of the Disputed Claims was identified as a duplicate of the Gemini Master Claim based on one or more of the following factors: the claimant of the Disputed Claim (1) indicated that they were a Gemini Lender and participant in the Gemini Earn Program in their answer to Question 8 on the proof of claim form, (2) indicated in the supporting documentation provided with the proof of claim that they were a Gemini Lender and participant in the Gemini Earn Program, and/or (3) was confirmed by Gemini to be a Gemini Lender and participant in the Gemini Earn Program.

8.      We have reviewed each of the Disputed Claims and the supporting documentation for the Disputed Claims and confirmed no other basis aside from their participation in the Gemini Earn Program is asserted as part of the Disputed Claim.  We have therefore determined each Disputed Claim is a duplicate of the Gemini Master Claim, which were filed on behalf of all Gemini Earn Program participants.

9.      If the Disputed Claims are not disallowed, the claimant may obtain a double recovery for the same alleged liability.

10.      The Debtors' advisors will review all incoming discovery productions from Gemini to the Debtors to further confirm the determinations included herein and will make any necessary adjustments to the form of proposed order attached to the Objection to reflect the results of such discovery.

11.      I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the Disputed Claims identified in <u>Exhibit 1</u> to the Proposed Order should be disallowed in full.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on March 15, 2024          */s/ Paul Kinealy*                                   
                                                  Paul Kinealy