**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, et al., | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO**
**THE THIRD INTERIM FEE APPLICATION OF**
**M3 ADVISORY PARTNERS, LP, FINANCIAL ADVISOR TO THE DEBTORS**
**FOR THE INTERIM FEE PERIOD**
**FROM OCTOBER 1, 2023, THROUGH JANUARY 31, 2024**

M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors Genesis Global Holdco LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**"), submits this summary (this "Summary") of the compensation and reimbursement that are requested in the fee application to which this Summary is attached (the "Fee Application")[2] for services rendered and expenses incurred during the Interim Fee Period from October 1, 2023, through January 31, 2024 (the "Third Interim Fee Period").[3]

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]   Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

[3]   M3 reserves the right to request, in a future fee application, compensation or reimbursement for services rendered or expensed incurred during the Third Interim Fee Period if compensation or reimbursement for such services or expenses is not requested in the Fee Application.

| General Information | |
| --- | --- |
| Name of Applicant: | M3 Advisory Partners, LP |
| Name of Client: | Genesis Global Holdco LLC |
| Petition Date: | January 20, 2023 |
| Date of Order Approving Applicant's Employment: | April 28, 2023 |

| Summary of Compensation and Reimbursement Requested in the Fee Application | |
| --- | --- |
| Interim Fee Period: | October 1, 2023 – January 31, 2024 |
| Amount of Compensation Requested: | $11,970.00 |
| Amount of Requested Compensation Paid under the Interim Compensation Order: | $9,576.00 |
| Amount of Expense Reimbursement Requested: | $0.00 |
| Amount of Requested Expense Reimbursement Paid under the Interim Compensation Order: | $0.00 |
| Blended Hourly Rate for all Timekeepers Except Paraprofessionals: | $920.77 |
| Amount of Compensation Requested, Calculated Using Rates as of Date of Order Approving Applicant's Employment: | $11,970.00 (No Difference) |

**SUMMARY OF MONTHLY FEE STATEMENTS**
**FOR THE PERIOD OCTOBER 1, 2023 THROUGH JANUARY 31, 2023**

| Date and ECF No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Pending Fees | Paid Holdback (20%) |
|---|---|---|---|---|---|---|---|
| 12/06/2023 ECF No. 1032 | 10/01/2023 through 10/31/2023 | $11,970.00 | $0 | $9,576.00 | $0 | $2,394.00 | $0 |
| **TOTAL** | | **$11,970.00** | **$0** | **$9,576.00** | **$0** | **$2,394.00** | **$0** |

**SUMMARY OF PRIOR INTERIM FEE APPLICATIONS**
**FOR THE PERIOD APRIL 1, 2023 THROUGH SEPTEMBER 30, 2023**

| Date and ECF No. | Period | Requested Fees | Approved Fees | Requested Expenses | Approved Expenses | Paid Fees (80%) | Paid Expenses | Paid Holdback (10%) | Pending Fees (10%) |
|---|---|---|---|---|---|---|---|---|---|
| 07/19/2023 ECF No. 524 | 04/01/2023 through 05/31/2023 | $448,737.00 | $448,132.00 | $971.93 | $971.93 | $358,989.60 | $971.93 | $44,813.20 | $44,813.20 |
| 11/14/2023 ECF No. 922 | 06/01/2023 through 09/30/2023 | $843,764.50 | $843,764.50 | $890.71 | $890.71 | $675,011.60 | $890.71 | $84,376.45 | $84,376.45 |
| **TOTAL** | | **$1,292,501.50** | **$1,292,501.50** | **$1,862.64** | **$1,862.64** | **$1,034,001.20** | **$1,862.64** | **$129,189.65** | **$129,189.65** |

Dated: March 15, 2024
     New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, *et al.*, | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THIRD INTERIM FEE APPLICATION OF M3 ADVISORY PARTNERS, LP,**
**FINANCIAL ADVISOR TO THE DEBTORS**
**FOR THE INTERIM FEE PERIOD**
**FROM OCTOBER 1, 2023, THROUGH JANUARY 31, 2024**

M3 Advisory Partners, LP ("**M3**"), financial advisors to the debtors Genesis Global Holdco

LLC, *et al.*, in these chapter 11 cases (collectively, the "**Debtors**"), hereby submits its Third interim

fee application (the "Fee Application") for (a) the allowance of (i) $11,970.00 of interim

compensation for professional services rendered during the period from October 1, 2023, through

January 31, 2024 (the "Third Interim Fee Period") and (ii) $0.00 of reimbursement for expenses

incurred during the Third Interim Fee Period and (b) the immediate payment of all the allowed

interim compensation and reimbursement in accordance with the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 101]

(the "Interim Compensation Order"). In support of this Fee Application, M3 submits the

certification of Mohsin Y. Meghji, the Managing Partner of M3 (the "Meghji Certification"),

which is attached hereto as **Exhibit A** and incorporated into this Fee Application by reference. In

further support of this Fee Application, M3 respectfully states as follows:

**JURISDICTION AND VENUE**

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification
number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis
Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is
175 Greenwich Street, Floor 38, New York, NY 10007.

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 328, 330, 331, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-l(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), General Order M-447, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013) (the "Local Guidelines"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines" and, together with the Local Guidelines, the "Guidelines").

## BACKGROUND

### A.      The Debtors' Chapter 11 Cases

4.      On January 20, 2023 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

5.      The circumstances leading to these Chapter 11 Cases are set forth in the *Motion for Joint Administration filed by Sean A. O'Neal on behalf of Genesis Global Holdco, LLC.* [Docket No. 2].

6.      On February 24, 2023, the Court entered the Interim Compensation Order [Docket No. 101].

**B.      Retention of M3 as Financial Advisor to the Debtors**

7.      On April 13, 2023, the Company filed its *Application to employ M3 Advisory Partners as Financial Advisors to Debtors and Debtors-In-Possession* [Docket No. 224] (the "Retention Application").

8.      On April 28, 2023, the Court entered the *Order Signed on 4/28/23 Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisors for the Debtors and Debtors-In-Possession* [Docket No. 268], and upon the Court's Order *Approving the Supplemental Engagement Letter* [Docket 687], dated September 8, 2023 (the "Retention Orders"), pursuant to which the Court authorized (a) the employment and retention of M3 to serve as the Debtors' financial advisor to perform any and all financial advisory services for the Debtors that are necessary or appropriate in connection with the financial advisory services described in the Application and the Engagement Letter, (b) the compensation of M3 on an hourly basis, and (c) the reimbursement of M3 for actual and necessary expenses.

## SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

9.      This Fee Application has been prepared in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the UST Guidelines, the Local Guidelines, and the Interim Compensation Order.

10.     By this Fee Application, M3 requests the allowance of (a) $11,970.00 of interim compensation for professional services rendered during the Third Interim Fee Period, during which M3's professionals and paraprofessionals spent a total of approximately 13.0 hours rendering professional services to the Debtors, and (b) $0.00 of reimbursement for actual and necessary expenses incurred during the Third Interim Fee Period.

11.     The fees charged by M3 in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures in effect during the Third Interim Fee Period. The rates M3 charges for the services rendered by its professionals and paraprofessionals in these Chapter 11 Cases are the same rates that M3 charges for services rendered by its professionals and paraprofessionals in comparable non-bankruptcy related matters. Such fees are reasonable in light of the fees that are customarily charged by comparably skilled practitioners in comparable non-bankruptcy cases in the competitive national restructuring and financial advisory market.

12.     All services for which M3 requests compensation were performed for or on behalf of the Debtors. M3 has received no payment and no promises of payment from any source other than the Debtors' estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. There is no agreement or understanding between M3 and any other person other than the affiliates and employees of M3 for the sharing of compensation received or to be received for services rendered in these Chapter 11 Cases. M3 has not received a retainer in these Chapter 11 Cases.

13.     M3 has classified all services rendered for which compensation is requested in this Fee Application into one of several major categories. M3 tried to classify those services into the category to which they best relate. Because certain of those services may relate to more than

one of the categories, however, services relating to one category may in fact be included in another category.

14.     This Fee Application summarizes the services rendered by M3 for or on behalf of the Debtors during the Third Interim Fee Period. While it is not possible or practical to describe every activity undertaken by M3, M3 has maintained contemporaneous time records that include a detailed chronology of the daily activities performed, descriptions of the precise nature of those activities, the specific tasks performed, and the time expended by each professional or paraprofessional. A breakdown of the hours and fees by professional and paraprofessional is attached hereto as **Exhibit B**. Breakdowns of the hours and fees by task category are attached hereto as **Exhibit C** and **Exhibit D**. A detailed copy of the time records for the Third Interim Fee Period is attached hereto as **Exhibit E**.

15.     M3 has incurred expenses during the Third Interim Fee Period. A breakdown of these expenses by category is attached hereto as **Exhibit F**. Each expense for which M3 is requesting reimbursement in this Fee Application is actual and necessary and therefore reasonable.

## SUMMARY OF SERVICES PERFORMED BY M3 DURING THE THIRD INTERIM FEE PERIOD

16.     The Chapter 11 Cases have presented numerous large and complex issues that needed to be addressed to preserve the Debtors' estates and maximize their value for the benefit of unsecured creditors. The Retention Orders authorized M3 to assist the Debtors with navigating those issues by rendering financial advisory services in connection with any FTX-Related Matter and Three Arrows Capital-Related Matter.

17.     The primary services rendered by M3 include, but are not limited to, the categories set forth below. The Fee Application and project billing format is generally consistent,

or substantially conforms, with and is inclusive of all of the concepts in Exhibit A to the Local

Guidelines and includes additional detail, information, and categories.

**A.    Potential Avoidance Actions/Litigation Matters**
**Fees: $3,610.50**
**Hours Billed: 2.9**

18.    Time billed to this category relates to M3's support of the Debtors with respect to

matters relating to certain payments received by the Debtors from Alameda Research LLC,

Alameda Research Ltd. (BVI), and/or certain of their affiliates (the "Alameda Payments"),

certain payments received by the Debtors from Three Arrows Capital, Ltd. (the "3AC"), and

matters ancillary thereto.

**B.    Intercompany Claims**
**Fees: $0**
**Hours Billed: 0**

19.    Time billed to this category relates to correspondence and discussions with the

Committee's and the Debtors' professionals related to disputed Alameda claims, FTX-Related

Matters, 3AC claims, and any relevant analysis in evaluation or dispute of those claims.

**C.    General Correspondence with Debtor & Debtors' Professionals**
**Fees: $0**
**Hours Billed: 0**

20.    Time billed to this category relates to M3's time communicating with the

Debtors' professionals throughout the restructuring process, including about diligence requests,

requests for additional information from management, or questions from the Debtors.

**D.    General Correspondence with Other Professionals**
**Fees: $373.50**
**Hours Billed: 0.3**

21.    Time billed to this category relates to M3's time communicating with other

professionals and stakeholders, including the UCC, its counsel, and other advisors on topics

including case strategy, workstream organization and progress, risk management, and addressing

questions from other stakeholders and their advisors.

**E.      Case Administration**
**Fees: $7,986.00**
**Hours Billed: 9.8**

22.      On an ongoing basis, M3 conferred the Debtors' advisors to monitor various case

issues, develop and execute its work plan, prepare fee applications, and manage risks and

progress in these Chapter 11 Cases.

**ACTUAL AND NECESSARY EXPENSES**

23.      As set forth in **Exhibit F** hereto, M3 seeks the allowance of $0.00 of

reimbursement for actual and necessary expenses that M3 incurred in connection with rendering

professional services to the Debtors during the Third Interim Fee Period. The expenses incurred

include, among other things, travel expenses, working meals, and charges for telephonic hearing

appearances. These charges are intended to cover M3's direct operating costs, which are not

accounted for in M3's hourly billing rates. M3 made every effort to minimize its expenses in

these Chapter 11 Cases. The expenses that M3 incurred in connection with rendering

professional services to the Debtors during the Third Interim Fee Period are actual and necessary

and therefore reasonable.

**RESERVATION OF RIGHTS**

24.      It is possible that some professional services rendered or expenses incurred by M3

during the Third Interim Fee Period are not reflected in this Fee Application. M3 reserves the

right to request compensation for such serves and reimbursement for such expenses in future fee

applications.

**NO PRIOR REQUEST**

25.    No prior application or other request for the relief requested herein has been made to this Court or any other court.

**NOTICE**

As required by the Interim Compensation Order and the Fee Examiner Order, notice of this Fee Application has been served on the following parties (the "**Notice Parties**"): (i) the Debtors c/o Genesis Global Holdco, LLC, Attn: Andrew Sullivan (email: asullivan@genesistrading.com); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Jane VanLare (email: soneal@cgsh.com and jvanlare@cgsh.com); (iii) the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes (email: greg.zipes@usdoj.gov); and (iv) counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (email: philip.abelson@whitecase.com and michele.meises@whitecase.com) and 111 South Wacker Street, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (email: gregory.pesce@whitecase.com).

## **CONCLUSION**

WHEREFORE, M3 respectfully requests that this Court enter an order: (a) allowing in favor of M3 (i) $11,970.00 of interim compensation for professional services rendered during the Third Interim Fee Period and (ii) $0.00 of reimbursement for expenses incurred during the Third Interim Fee Period; (b) ordering the immediate payment of all the allowed interim compensation and reimbursement in accordance with the Interim Compensation Order, and (c) granting any other relief that this Court deems necessary and appropriate.

Dated: March 15, 2024
      New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com

## EXHIBIT A

**Meghji Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Genesis Global Holdco LLC, *et al.*, | ) | Case No. 23-10063 (SHL) |
| | ) | |
| Debtors.[5] | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF MOHSIN Y. MEGHJI IN SUPPORT OF**
**THE THIRD INTERIM FEE APPLICATION OF M3 ADVISORY PARTNERS, LP,**
**FINANCIAL ADVISOR TO THE DEBTORS, FOR THE INTERIM FEE PERIOD**
**FROM OCTOBER 1, 2023, THROUGH JANUARY 31, 2024**

I, Mohsin Y. Meghji, certify as follows:

1.     I am the Managing Partner with M3 Advisory Partners, LP ("M3" or the "Firm"),

a nationally recognized financial advisory firm, financial advisor to the debtors Genesis Global

Holdco LLC, et al., in these chapter 11 cases (collectively, the "Debtors")

2.     M3 submits the *Third Interim Fee Application of M3 Advisory Partners, LP,*

*Financial Advisor to the Debtors, for the Interim Fee Period from October 1, 2023, Through*

*January 31, 2024* (the "Fee Application")[6] in accordance with sections 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local Bankruptcy Rules for the

Southern District of New York (the "Local Bankruptcy Rules"), the *Guidelines for Reviewing*

*Applications for Compensation Filed under 11 U.S.C. § 330 in (1) Larger Chapter 11 Cases by*

*Those Seeking Compensation Who Are Not Attorneys, (2) All Chapter 11 Cases Below the*

---

[5]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[6]     Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

*Larger Case Thresholds, and (3) Cases under Other Chapters of the Bankruptcy Code* (the "UST
Guidelines"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern
District of New York Bankruptcy Cases* (the "Local Guidelines"), the *Order Establishing
Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket
No. 101] (the "Interim Compensation Order").

3.     I am the professional designated by M3 with the responsibility for M3's
compliance with the UST Guidelines, the Local Guidelines, and the Interim Compensation Order
in these Chapter 11 Cases.

4.     This certification is made in connection with the Fee Application, which requests
the allowance of the following, in accordance with the UST Guidelines, the Local Guidelines,
the Interim Compensation Order:

   a.  interim compensation for professional services rendered during the period
       from October 1, 2023, through January 31, 2024 (the "Third Interim Fee
       Period"), and

   b.  reimbursement of expenses incurred during the Third Interim Fee Period.

5.     I have read the Fee Application.

6.     To the best of my knowledge, information, and belief formed after reasonable
inquiry, the compensation and reimbursement requested fall within the Local Guidelines, except
as specifically noted in this certification and described in the Fee Application.

7.     Except to the extent that compensation or reimbursement is prohibited by the
Local Guidelines, the compensation and reimbursement requested are billed at rates and in
accordance with practices customarily employed by M3 and generally accepted by M3's clients.

8.     In providing a reimbursable service, M3 does not make a profit on the service,
whether the service is rendered by M3 in-house or through a third party.

9.      The U.S. Trustee, the Debtors, and the Committee will, concurrently with this

certification's filing, be provided with a copy of the Fee Application at least 14 days before the

deadline to object to it.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2024          **M3 ADVISORY PARTNERS, LP**
       New York, New York

                               */s/ Mohsin Y. Meghji*
                               Mohsin Y. Meghji, Managing Partner
                               1700 Broadway, 19th Floor
                               New York, New York 10019
                               Telephone: (212) 202-2300
                               E-mail: mmeghji@m3-partners.com

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

### Exhibit B - Summary of Total Fees by Professional

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | 1,245.0 | 4.9 | $6,100.50 |
| Rowan, Ryan | Senior Director | 895.0 | 4.1 | $3,669.50 |
| Altman, Matthew | Associate | 550.0 | 4.0 | $2,200.00 |
| **Total** | | | **13.0** | **$11,970.00** |
| | | | | |
| *Average Billing Rate* | | | | *$920.77* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

**Exhibit C - Summary of Time Detail by Task Category**

| Task Category | Hours | Fees |
|---|---|---|
| Potential Avoidance Actions/Litigation Support | 2.9 | $3,610.50 |
| Intercompany Claims | - | $0.00 |
| General Correspondence with Debtor & Debtors' Professionals | 0.3 | $373.50 |
| General Correspondence with Other Professionals | - | $0.00 |
| Case Administration | 9.8 | $7,986.00 |
| **Total** | **13.0** | **$11,970.00** |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

## Exhibit D - Summary of Time Detail by Task Category by Professional

*Potential Avoidance Actions/Litigation Support*

On an ongoing basis, M3 will support the Debtors with respect to matters relating to certain payments received
by the Debtors from Alameda Research LLC, Alameda Research Ltd. (BVI), and/or certain of their affiliates
(the "Alameda Payments"), matters relating to Three Arrows Capital, Ltd. (in liquidation) and matters ancillary thereto.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 2.9 | $3,610.50 |
| **Total** | | | **2.9** | **$3,610.50** |
| | | | | |
| *Average Billing Rate* | | | | *$1,245.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

<u>**Exhibit D - Summary of Time Detail by Task Category by Professional**</u>

*Intercompany Claims*
On an ongoing basis, M3 will analyze and review intercompany claims

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| **Total** | | | **-** | **$0.00** |
| *Average Billing Rate* | | | | *$0.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

### Exhibit D - Summary of Time Detail by Task Category by Professional

*General Correspondence with Debtor & Debtors' Professionals*
On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 0.3 | $373.50 |
| **Total** | | | **0.3** | **$373.50** |
| | | | | |
| *Average Billing Rate* | | | | *$1,245.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

<u>**Exhibit D - Summary of Time Detail by Task Category by Professional**</u>

*General Correspondence with Other Professionals*
On an ongoing basis, M3 will communicate with other professionals including the UCC, its counsel, and other advisors on
topics including case strategy, workstream organizaiton and progress, risk management, and addressing
questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| **Total** | | | **-** | **$0.00** |
| | | | | |
| *Average Billing Rate* | | | | *$0.00* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

### Exhibit D - Summary of Time Detail by Task Category by Professional

*Case Administration*
On an ongoing basis, M3 conferred the Debtors' advisors to monitor various case issues, develop
and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Kamlani, Kunal | Senior Managing Director | $1,245 | 1.7 | $2,116.50 |
| Rowan, Ryan | Senior Director | $895 | 4.1 | $3,669.50 |
| Altman, Matthew | Associate | $550 | 4.0 | $2,200.00 |
| **Total** | | | **9.8** | **$7,986.00** |
| | | | | |
| *Average Billing Rate* | | | | *$814.90* |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

### Exhibit E - Time Detail by Task by Professional

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | Ryan Rowan | Case Administration | Prepare September 2023 Fee Statement | 0.2 |
| 10/2/2023 | Ryan Rowan | Case Administration | Review of time entries for September | 0.4 |
| 10/2/2023 | Matthew Altman | Case Administration | Prepare initial Fee Statement Recon file with internal time data | 0.6 |
| 10/3/2023 | Kunal Kamlani | Case Administration | Review entries for September Fee Statement | 0.3 |
| 10/4/2023 | Ryan Rowan | Case Administration | Review August 2023 Time Entries following feedback from team | 0.2 |
| 10/4/2023 | Matthew Altman | Case Administration | Update entries and prepare September Fee Application | 1.0 |
| 10/5/2023 | Ryan Rowan | Case Administration | Review September 2023 Fee Statement | 0.4 |
| 10/6/2023 | Kunal Kamlani | Potential Avoidance Actions/Litigation Support | Attend hearing on Objection to a Motion by 3AC request for production of documents pursuant to BK rule 2004 | 1.5 |
| 10/12/2023 | Kunal Kamlani | Potential Avoidance Actions/Litigation Support | Participate in Judge Lane's status conference regarding 3AC request for discovery | 0.5 |
| 10/20/2023 | Kunal Kamlani | General Correspondence with Debtor & Debtors' Professionals | Correspondence with Cleary on court calendar and potential areas of focus prior to trial | 0.3 |
| 10/20/2023 | Kunal Kamlani | Potential Avoidance Actions/Litigation Support | Review Stipulation and Confidentiality Agreement and Protective Order provided by Andrew Saba (Cleary) and execute acknowledgement | 0.9 |
| 10/20/2023 | Kunal Kamlani | Case Administration | Review final edits to September fee statement | 0.1 |
| 10/23/2023 | Ryan Rowan | Case Administration | Draft Second Interim Fee Statement | 1.2 |
| 10/23/2023 | Matthew Altman | Case Administration | Prepare interim fee statement | 1.0 |
| 10/25/2023 | Matthew Altman | Case Administration | Prepare fee application | 1.4 |
| 10/26/2023 | Ryan Rowan | Case Administration | Review and iterate Second Interim Fee Application | 1.7 |
| 10/26/2023 | Kunal Kamlani | Case Administration | Review draft of Second Interim Fee Application | 1.3 |

**Case No: 23-10063**
**Case Name: Genesis Global Holdco, LLC et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1 2023 - January 31 2023**

### Exhibit E - Summary of Expenses by Category

| Description | Total |
|---|---|
| Business Meals | – |
| Conference Calls | – |
| Taxi/Car Service | – |
| **Total (a)** | **$0.00** |

**Note:**

(a)    Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future monthly reports may include expenses incurred during the Reporting Period.