Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

<u>**NOTICE OF FILING OF EXHIBIT LISTS**</u>

    **PLEASE TAKE NOTICE** that, on February 26, 2024, February 27, 2024 and February 28, 2024, the Court held a hearing to consider the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General,* ECF No. 1275 (the "<u>NYAG Settlement Motion</u>") and the confirmation of the *Debtors' Amended Joint Chapter 11 Plan,* ECF No. 1325 (the "<u>Plan</u>") presented by the debtors and debtors-in-possession (collectively, the "<u>Debtors</u>").

    **PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit A</u>** is the complete list of evidence in the evidentiary record as of February 28, 2024 (the "<u>Introduced Exhibit List</u>"). The Introduced Exhibit List reflects the full and complete record of evidence for the NYAG Settlement Motion and a partial record of evidence for the confirmation of the Plan.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the draft list of the proposed supplemental exhibits to be admitted into the evidentiary record as of March 15, 2024 with regard to confirmation of the Plan (the "Supplemental Exhibit List", together with the Introduced Exhibits, the "Exhibit Lists"). The Supplemental Exhibit List will be discussed and finalized during closing arguments with regard to confirmation of the Plan on March 18, 2024 at 9:00 a.m..

**PLEASE TAKE FURTHER NOTICE** that copies of the Exhibit Lists can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis.

Dated:   March 15, 2024
New York, New York

/s/ Jane VanLare
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and Debtors-in-Possession*

<u>**Exhibit A**</u>

**Introduced Exhibit List**

**IN RE GENESIS GLOBAL HOLDCO, LLC ET AL., CASE NO. 23-10063 (SHL)**

**Evidentiary Record For Hearing Held on February 26, 2024 through February 28, 2024**

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Table of Contents**

I.      **Declarations**
II.     **Witness Testimony**
III.    **Non-Public Documents**
IV.     **Public Filings (For Judicial Notice Only)**

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## I.      Declarations

| Declaration Name | Exhibits to Declarations | Binder and ECF Number | Witness Presented To |
|---|---|---|---|
| Declaration of Paul Aronzon In Support of Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General | None | NYAG/SEC PLEADINGS TAB - 005<br><br>ECF No. 1275, Exhibit B | P. Aronzon |
| Amended Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Amended Chapter 11 Plan | Exhibit A – Tabulation Summary<br><br>Exhibit B – Excluded Ballots Report<br><br>Exhibit C – Opt-in Election Report | DECLARATION-004<br>ECF No. 1295;<br>ECF No. 1330, Exhibit B | A. Orchowski |

| Declaration Name | Exhibits to Declarations | Binder and ECF Number | Witness Presented To |
|---|---|---|---|
| Declaration of Paul Aronzon, Member of the Special Committee of Board of Directors of Genesis Global Holdco, LLC, in Support of Confirmation of the Debtors' Amended Joint Chapter 11 | Exhibit 1 – Plan Supplement, Exhibit F (ECF No. 1117)<br><br>Exhibit 2 – Section III.W of the Disclosure Statement (ECF No. 1031)<br><br>Exhibit 3 – Section VI.F of the Disclosure Statement (ECF No. 1031) | DECLARATION-008<br><br>ECF No. 1330, Exhibit D | P. Aronzon |
| Declaration of Joseph J. Sciametta, Managing Director of Alvarez & Marsal North America LLC in Support of Confirmation of the Debtors' Amended Joint Chapter 11 Plan | Exhibit 1 – Revised Recovery Analysis (JX-087) | DECLARATION-007<br><br>ECF No. 1330, Exhibit C | J. Sciametta |
| Direct Testimony of Adam W. Verost in Support of Digital Currency Group, Inc.'s and DCG International Investments Ltd.'s Objection to Confirmation of the Amended Joint Plan of Genesis Global Holdco, LLC, et al. | None | DECLARATION-006<br><br>ECF No. 1387 | J. Sciametta<br>A. Verost |
| Direct Testimony of Adam W. Verost in Support of Digital Currency Group, Inc. and DCG International Investments Ltd.'s Objection and Reservation of Rights to Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General, dated February 21, 2024 | None | NYAG/SEC Pleadings TAB 5<br><br>Dkt. No. 1343 | A. Verost |
| Declaration of Bradley Geer in Support of the Official Committee of Unsecured Creditors' Memorandum of Law in | Exhibit A – Master Borrow Agreement, dated Aug. 3, 2021 [CCAHG00000004]) at CCAHG00000006 | DECLARATION-005 | B. Geer |

2

| Declaration Name | Exhibits to Declarations | Binder and ECF Number | Witness Presented To |
|---|---|---|---|
| Support of Confirmation of the Amended Joint Chapter 11 Plan and Omnibus Objections Thereto | Exhibit B – Master Borrow Agreement, dated Apr. 10, 2021 [CCAHG00000119]) at CCAHG00000121 | ECF No. 1355 | |
| Declaration of Adam W. Verost in Support of Digital Currency Group, Inc.'s and DCG International Investments Ltd.'s Objection to Confirmation of the Amended Joint Plan of Genesis Global Holdco, LLC, et al. | None | Docket Entry Binder Tab 30 (D-030)<br><br>ECF No. 1139 | A. Verost |
| Declaration of Bassem Jassin in Support of the Genesis Crypto Creditors Ad Hoc Group's Objection to Confirmation of the Debtors' Chapter 11 Joint Plan of Reorganization. | Exhibit A – Genesis Marketing Materials (JX-093)<br><br>Exhibit B – B.J. Master Borrow Agreement (JX-017) and B.J. Settlement Agreement (JX-018)<br><br>Exhibit C – B.J. Telegram Chats (JX-030)<br><br>Exhibit D -B. J. Term Sheet 1 (JX-039)<br><br>Exhibit E - B. J. Term Sheet 2 (JX-042)<br><br>Exhibit F – Genesis Tweet (B.J.) (JX-053)<br><br>Exhibit G –<br>- CCAHG 1 Master Borrow Agreement (JX-020)<br>- CCAHG 1 Settlement Agreement (JX-021)<br>- CCAHG1 Loan Term Sheet 1 (JX-051)<br>- CCAHG1 Loan Term Sheet 2 (JX-052) | DECLARATION-001<br><br>ECF No. 1356, Exhibit A | B. Jassin |

| Declaration Name | Exhibits to Declarations | Binder and ECF Number | Witness Presented To |
|---|---|---|---|
| | - CCAHG 1 Loan Term Sheet 3 (JX-041) <br> - CCAHG 2 Master Borrow Agreement (JX-046) <br> - CCAHG 2 Loan Term Sheet 1 (JX-047) <br> - CCAHG 3 Loan Term Sheet 2 (JX-024) <br> - CCAHG 3 Loan Term Sheet 3 (JX-038) <br> - CCAHG 3 Master Borrow Agreement (JX-022) <br> - CCAHG 3 Settlement Agreement (JX-023) <br> - CCAHG 4 Master Borrow Agreement (JX-008) <br> - CCAHG 4 Loan Term Sheet 1 (JX-029) <br> - CCAHG 4 Loan Term Sheet 2 (JX-043) <br> - CCAHG 4 Loan Term Sheet 3 (JX-044) <br> - CCAHG 4 Loan Term Sheet 4 (JX-045) <br> - CCAHG 4 Loan Term Sheet 5 (JX-050) <br> - CCAHG 4 Loan Term Sheet 6 (JX-049) <br> - CCAHG 5 Settlement Agreement (JX-027) <br> -  CCAHG 5 Master Borrow Agreement (JX-026) <br> - CCAHG 5 Loan Term Sheet 1 (JX-035) <br> - CCAHG 6 Master Borrow Agreement (JX-005) <br> - CCAHG 6 Loan Term Sheet 1 (JX-048) <br> - CCAHG 7 Master Borrow Agreement (JX-007) <br> - CCAHG 7 Loan Term Sheet (JX-040) <br> - CCAHG 6 Master Loan Agreement (JX-025) <br> - CCAHG 6 Settlement Agreement (JX-006) | | |

| Declaration Name | Exhibits to Declarations | Binder and ECF Number | Witness Presented To |
|---|---|---|---|
| | - Master Loan Agreement dated November 23, 2020<br>- Tri-Party Settlement Agreement dated November 23, 2020<br>- Loan Term Sheet dated November 11, 2022 | | |
| Declaration of Isaac Fernandez in Support of the Genesis Crypto Creditors Ad Hoc Group's Objection to Confirmation of the Debtors' Chapter 11 Joint Plan of Reorganization. | Exhibit A – Genesis Marketing Materials (JX-093)<br><br>Exhibit B – I.F. Master Borow Agreement (JX-012) and I.F. Settlement Agreement (JX-013)<br><br>Exhibit C – I.F. Loan Term Sheet (JX-033)<br>- Exhibit D – CCAHG 1 Master Borrow Agreement (JX-020)<br>- CCAHG 1 Settlement Agreement (JX-021)<br>- CCAHG1 Loan Term Sheet 1 (JX-051)<br>- CCAHG1 Loan Term Sheet 2 (JX-052)<br>- CCAHG 1 Loan Term Sheet 3 (JX-041)<br>- CCAHG 2 Master Borrow Agreement (JX-046)<br>- CCAHG 2 Loan Term Sheet 1 (JX-047)<br>- CCAHG 3 Loan Term Sheet 2 (JX-024)<br>- CCAHG 3 Loan Term Sheet 3 (JX-038)<br>- CCAHG 3 Master Borrow Agreement (JX-022)<br>- CCAHG 3 Settlement Agreement (JX-023)<br>- CCAHG 4 Master Borrow Agreement (JX-008)<br>- CCAHG 4 Loan Term Sheet 1 (JX-029)<br>- CCAHG 4 Loan Term Sheet 2 (JX-043)<br>- CCAHG 4 Loan Term Sheet 3 (JX-044) | DECLARATION-002<br><br>ECF No. 1356, Exhibit B | |

| Declaration Name | Exhibits to Declarations | Binder and ECF Number | Witness Presented To |
|---|---|---|---|
| | - CCAHG 4 Loan Term Sheet 4 (JX-045)<br>- CCAHG 4 Loan Term Sheet 5 (JX-050)<br>- CCAHG 4 Loan Term Sheet 6 (JX-049)<br>- CCAHG 5 Settlement Agreement (JX-027)<br>- CCAHG 5 Master Borrow Agreement (JX-026)<br>- CCAHG 5 Loan Term Sheet 1 (JX-035)<br>- CCAHG 6 Master Borrow Agreement (JX-005)<br>- CCAHG 6 Loan Term Sheet 1 (JX-048)<br>- CCAHG 7 Master Borrow Agreement (JX-007)<br>- CCAHG 7 Loan Term Sheet (JX-040)<br>- CCAHG 6 Master Loan Agreement (JX-025)<br>- CCAHG 6 Settlement Agreement (JX-006)<br>- Master Loan Agreement dated November 23, 2020<br>- Tri-Party Settlement Agreement dated November 23, 2020<br>- Loan Term Sheet dated November 11, 2022 | | |

## II.    Witness Testimony

| Witness Name | Dates of Testimony |
|---|---|
| Paul Aronzon | February 26, 2024<br>February 27, 2024 |
| Joseph Sciametta | February 27, 2024 |
| Bradley Geer | February 27, 2024 |
| Adam Verost | February 27, 2024 |
| Bassem Jassin | February 27, 2024 |

### III.    Non-Public Documents

| Exhibit Name | Exhibit Number | BATES Numbers | Witness Presented To |
|---|---|---|---|
| Recovery Model - High Case No-Deal Recoveries Deck (January 2024) | Joint Exhibit<br><br>JX-087 | GENESIS_CONF_00004284 | P. Aronzon |
| Genesis Global Capital Illustrative Impact of Set Off, dated January 26, 2024 | Joint Exhibit<br><br>JX-092 | GENESIS_DCG_CONF_00000381 | J. Sciametta |
| Governmental Proofs of Claim | Joint Exhibit<br><br>JX-094 | GENESIS_DCG_CONF_00000001 | |
| Email from J. Gottlieb to G. Tapalaga et al. re Genesis Global Capital et al - Letter, dated October 19, 2024 | SEC/NYAG Exhibits, Tab 25 | GENESIS_DCG_9019_00000056 | P. Aronzon |
| Email from G. Tapalaga to J. Gottlieb et al. re Genesis (For Settlement Purposes Only) | SEC/NYAG Exhibits, Tab 27 | GENESIS_DCG_9019_00000097 | P. Aronzon |
| Email from R. Zutshi to G. Tapalaga re Genesis (For Settlement Purposes Only), dated November 6, 2023, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG with Cleary comments, dated November 5, 2023 | SEC/NYAG Exhibits, Tab 29 | GENESIS_DCG_9019_00000295 | P. Aronzon |
| Email from J. Gottlieb to G. Tapalaga et al. re Genesis (For Settlement Purposes Only), dated November 9, 2023 | SEC/NYAG Exhibits, Tab 32 | GENESIS_DCG_9019_00000383 | |
| Email from G. Tapalaga to J. Gottlieb et al. re Genesis (For Settlement Purposes Only), dated December 13, 2023 | SEC/NYAG Exhibits, Tab 33 | GENESIS_DCG_9019_00000448 | |

| Exhibit Name | Exhibit Number | BATES Numbers | Witness Presented To |
|---|---|---|---|
| Email from G. Andreu to J. Gottlieb et al. re Genesis, dated January 24, 2024 | SEC/NYAG Exhibits, Tab 35 | GENESIS_DCG_9019_00000497 | |
| Email from S. O'Neal to G. Andreu et al. re Genesis/NYAG/CONFIDENTIAL SETTLEMENT DISCUSSION, dated January 30, 2024 | SEC/NYAG Exhibits, Tab 38 | GENESIS_DCG_9019_00000497 | P. Aronzon |
| Email from B. Rosen to G. Andreu re Genesis Call, dated January 31, 2024 | SEC/NYAG Exhibits, Tab 39 | Genesis_AHG_01500 | P. Aronzon |
| Email from S. O'Neal to T. Draghi et al. re Genesis Call, Attached High Level Summary of Potential Settlement Agreement, dated February 2, 2024 | SEC/NYAG Exhibits, Tab 40 | GENESIS_DCG_9019_00000639 | |
| Email from S. Levander to G. Andreu et al. re Genesis Call, dated February 2, 2024 | SEC/NYAG Exhibits, Tab 41 | GENESIS_DCG_9019_00000669 | |
| Email from T. Draghi to S. O'Neal et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG with blackline, dated February 5, 2024 | SEC/NYAG Exhibits, Tab 42 | GENESIS_DCG_9019_00000726 | |
| Email from M. Weinberg to G. Andreu et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG with blackline, dated February 5, 2024 | SEC/NYAG Exhibits, Tab 43 | GENESIS_DCG_9019_00000785 | |
| Email from A. Troiano to M. Weinberg et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment | SEC/NYAG Exhibits, Tab 44 | GENESIS_DCG_9019_00000831 | |

| Exhibit Name | Exhibit Number | BATES Numbers | Witness Presented To |
|---|---|---|---|
| between the Debtors and the NYAG with redline, dated February 6, 2024 | | | |
| Zoom meeting invite from S. O'Neal to W. Uptegrove et al. re Genesis, dated February 6, 2024 | SEC/NYAG Exhibits, Tab 45 | GENESIS_DCG_9019_00004332 | |
| Email from S. O'Neal to A. Troiano et al. re Genesis Call - PRIVILEGED COMMUNICATION, dated February 7, 2024 | SEC/NYAG Exhibits, Tab 46 | GENESIS_DCG_9019_00001005 | |
| Email from A. Troiano to M. Weinberg et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG with redline, dated February 7, 2024 | SEC/NYAG Exhibits, Tab 47 | GENESIS_DCG_9019_00000922 | |
| Email from M. Weinberg to T. Draghi et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG with redline, dated February 7, 2024 | SEC/NYAG Exhibits, Tab 48 | GENESIS_DCG_9019_00000887 | |
| Email from T. Draghi to A. Troiano et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG , dated February 7, 2024 | SEC/NYAG Exhibits, Tab 49 | GENESIS_DCG_9019_00000865 | |
| Email from T. Draghi to A. Troiano et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft | SEC/NYAG Exhibits, Tab 50 | GENESIS_DCG_9019_00000969 | |

| Exhibit Name | Exhibit Number | BATES Numbers | Witness Presented To |
|---|---|---|---|
| Stipulation and Consent to Judgment, dated February 7, 2024 | | | |
| Email from T. Draghi to A. Troiano et al. re Genesis Call - PRIVILEGED COMMUNICATION, dated February 7, 2024 | SEC/NYAG Exhibits, Tab 51 | GENESIS_DCG_9019_00000993 | |
| Email from M. Weinberg to A. Troiano et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG with redline, Attached Draft [Proposed] Order and Judgment, and Attached Draft Notice of Hearing on Debtors' Motion, dated February 7, 2024 | SEC/NYAG Exhibits, Tab 52 | GENESIS_DCG_9019_00001028 | |
| Email from B. Richey to T. Draghi et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Stipulation and Consent to Judgment between the Debtors and the NYAG, dated February 8, 2024 | SEC/NYAG Exhibits, Tab 53 | GENESIS_DCG_9019_00001567 | |
| Email from A. Troiano to B. Richey et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG and redline, dated February 8, 2024 | SEC/NYAG Exhibits, Tab 54 | GENESIS_DCG_9019_00001243 | |
| Email from B. Richey to S. O'Neal et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment | SEC/NYAG Exhibits, Tab 55 | GENESIS_DCG_9019_00001365 | |

| Exhibit Name | Exhibit Number | BATES Numbers | Witness Presented To |
|---|---|---|---|
| between the Debtors and the NYAG, dated February 8, 2024 | | | |
| Email from T. Draghi to B. Richey et al. re Genesis Call - PRIVILEGED COMMUNICATION, Attached Draft Stipulation and Consent to Judgment between the Debtors and the NYAG, dated February 8, 2024 | SEC/NYAG Exhibits, Tab 56 | GENESIS_DCG_9019_00001394 | |
| Email from P. Schoeman to G. Tapalaga et al re: Digital Currency Group (People v. Gemini Trust Company et al., Index # 452784/2023 | SEC/NYAG Exhibits, Tab 61 | DCG_GENESIS_9019_00000030 | |
| Email from S. O'Neal to J. Saferstein Re: AG | SEC/NYAG Exhibits, Tab 63 | | |
| Invite for Meeting FW AG Case Strategy | SEC/NYAG Exhibits, Tab 64 | | |
| Email from S. O'Neal to G. Andreu et al. re: Genesis / NYAG/ CONFIDENTIAL SETTLEMENT AGREEMENT | SEC/NYAG Exhibits, Tab 67 | GENESIS_DCG_9019_00000499 | |
| Email from J. Baughman to G. Tapalaga et al. re: DCG Currency Group / Gemini Trust Company | SEC/NYAG Exhibits, Tab 68 | DCG_GENESIS_9019_00000081 | |
| Dial-in Meeting Invite from T. Draghi | SEC/NYAG Exhibits, Tab 71 | GENESIS_DCG_9019_00004449 | |
| Zoom Invite from M. Hatch | SEC/NYAG Exhibits, Tab 72 | GENESIS_DCG_9019_00004450 | |
| Demonstrative/Martin Act Settlements With Financial Components For the Past Five Years (2019 – 2024) | | | |

**IV.    Public Documents (For Judicial Notice Only)**

| Title | Exhibit/Docket Number | Witness Presented To |
|---|---|---|
| Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan | PLEADING-002<br><br>ECF No. 1117 | P. Aronzon |
| Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC et al., Under Chapter 11 Plan of the Bankruptcy Code | PLEADING-001<br><br>ECF No. 1031 | P. Aronzon |
| Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan | PLEADING-005<br><br>ECF No. 1144 | J. Sciametta |
| Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General | SEC/NYAG Exhibits, Tab 6<br><br>ECF No. 1275 | P. Aronzon |
| Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the Plan of Reorganization of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code | PLEADING-024<br><br>ECF No. 1330 | P. Aronzon |
| Debtors Amended Joint Chapter 11 Plan | PLEADING-022<br><br>ECF No. 1325 | P. Aronzon |
| DCG Objection to NYAG Settlement Motion | SEC/NYAG Exhibits, Tab 93<br><br>ECF No. 1341 | |
| Direct Testimony Declaration of Adam W. Verost in Support of Digital Currency Group, Inc.'s and DCG International Investments Ltd.'s Objection and Reservation of Rights to Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General | ECF No. 1343 | |
| Statement of the New York State Office of the Attorney General In Support of Debtors' Motion for Entry of an Order Approving a | ECF No. 1364 | |

| Title | Exhibit/Docket Number | Witness Presented To |
|---|---|---|
| Settlement Agreement Between the Debtors and the New York State Office of the Attorney General | | |
| Statement of the Official Committee of Unsecured Creditors in Support of Debtors Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General | ECF No. 1365 | |
| Debtors' Amended Joint Chapter 11 Plan | ECF No. 1392 | P. Aronzon |
| NYAG Stipulation Extending Time to Respond to Amended Complaint | SEC/NYAG Exhibits, Tab 62 | |
| New York Attorney General Amended Complaint against Gemini Trust Company LLC; Genesis Global Capital, LLC; Genesis Asia Pacific Pte. Ltd.; Genesis HoldCo LLC; Digital Currency Group; Soichiro Moro (a.k.a. Michael Moro); and Barry E. Silbert, Index No.: 452784/2023, dated February 9, 2024 | SEC/NYAG Exhibits, Tab 73 | |
| First Takata Motion | SEC/NYAG Exhibits, Tab 89 | |
| Second Takata Motion | SEC/NYAG Exhibits, Tab 90 | |
| Adelphia Settlement Motion | SEC/NYAG Exhibits, Tab 91 | |
| WorldCom Settlement Motion | SEC/NYAG Exhibits, Tab 92 | |

# **Exhibit B**

## **Supplemental Exhibit List**

**IN RE GENESIS GLOBAL HOLDCO, LLC ET AL., CASE NO. 23-10063 (SHL)**

<u>**Supplemental Exhibits for Confirmation Hearing**</u>

**Table of Contents**
I.      **Non-Public Documents**
II.     **Proffers**
III.    **Public Filings (For Judicial Notice Only)**

I.      **Non-Public Documents**

| Exhibit Name | Binder/ Exhibit Number | BATES Begin | BATES End | Party Proposing Introduction |
|---|---|---|---|---|
| Template Master Loan Agreement | JX-002 | CCAHG00004148 | CCAHG00004169 | DCG |
| CCAHG 4 Loan Term Sheet (50 BTC) | JX-009 | CCAHG00003772 | CCAHG00003772 | Debtors |
| CCAHG 4 Loan Term Sheet (500 ETH) | JX-010 | CCAHG00003773 | CCAHG00003773 | Debtors |
| CCAHG 6 Loan Term Sheet (250 BTC) | JX-011 | CCAHG00004147 | CCAHG00004147 | Debtors |
| CCAHG 4 Loan Term Sheet (400,000 USDC) | JX-014 | CCAHG00003774 | CCAHG00003774 | Debtors |
| CCAHG 4 Loan Term Sheet(1,000 ETH) | JX-015 | CCAHG00003775 | CCAHG00003775 | Debtors |
| CCAHG 4 Loan Term Sheet (600,000 USD) | JX-016 | CCAHG00003776 | CCAHG00003776 | Debtors |
| CCAHG 4 Loan Term Sheet (1,000 ETH) | JX-019 | CCAHG00003777 | CCAHG00003777 | Debtors |
| CCAHG 4 Loan Term Sheet (1,800 ETH) | JX-031 | CCAHG00003779 | CCAHG00003779 | Debtors |

| Exhibit Name | Binder/ Exhibit Number | BATES Begin | BATES End | Party Proposing Introduction |
|---|---|---|---|---|
| CCAHG 4 Loan Term Sheet (100 BTC) | JX-032 | CCAHG00003780 | CCAHG00003780 | Debtors |
| CCAHG 4 Loan Term Sheet (1,100,000 USDC - VOID) | JX-034 | CCAHG00003781 | CCAHG00003781 | Debtors |
| CCAHG 4 Loan Term Sheet (1,100,843.835616 USDC) | JX-037 | CCAHG00003782 | CCAHG00003782 | Debtors |
| Email from A. Parra Criste to A. Mitchell et al. re Genesis \| Distribution Principles, dated November 8, 2023 | JX-072 | MC-Genesis-000301 | MC-Genesis-000321 | DCG |
| DCG – Notice of Payoff | N/A | N/A | N/A | DCG |
| DCG – Voluntary Transfer Notice | N/A | N/A | N/A | DCG |
| Template Master Borrow Agreement | N/A | GENESIS_DCG_00017220 | | DCG |

II.    **Proffers**

| Exhibit Name | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| Notice of Supplemental Disclosure | ECF No. 1403 | Debtors |

III.   **Public Filings (For Judicial Notice Only)**

| Description | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| Declaration of A. Derar Islim in Support of First Day Motions and Application in Compliance with Local Rule 1007-2 | SUPP-001, ECF No. 17 | Debtors |
| Declaration of Paul Aronzon | D-005, ECF No. 19 | DCG |
| Initial Plan - DEBTORS' JOINT CHAPTER 11 PLAN | D-006, ECF No. 20 | Debtors |
| Debtors' Joint Chapter 11 Plan | ECF No. 20 | Debtors |
| Declaration of Michael Leto in Support of First Day Motions and Application in Compliance with Local Rule 1007-2 | SUPP-002, ECF No. 28 | Debtors |
| Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent | ECF No. 39 | Debtors |
| February 2023 Term Sheet | D-008, ECF No. 80 | Debtors UCC |
| Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date | ECF No. 107 | Debtors |
| Verified Statement Pursuant to Bankruptcy Rule 2019 of Ad Hoc Group of Genesis Lenders | ECF No. 114 | Debtors |
| Summary of Assets and Liabilities Schedules - Non-Individual | ECF 146 | CCAHG |
| Notice of First Monthly Fee Statement of Cleary Gottlieb Steen & Hamilton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from January 19, 2023 Through January 31, 2023 | ECF No. 225 | Debtors |
| Motion for Appointment of a Mediator | SUPP-003, ECF No. 252 | Debtors |
| Order Appointing Mediator | D-009, ECF No. 279 | Debtors |
| Second Monthly Fee Statement of Cleary Gottlieb Steen & Hamilton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from February 1, 2023 through February 28, 2023 | ECF No. 316 | Debtors |
| Notice of Filing of Proposed Amended Consensual Order Extending Mediation | D-010, ECF No. 350 | Debtors |

| Description | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| Third Monthly Fee Statement of Cleary Gottlieb Steen & Hamilton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to Debtors for the Period From March 1, 2023 Through March 31, 2023 | ECF No. 416 | Debtors |
| June Plan - Debtors Amended Joint Chapter 11 Plan | D-011, ECF No. 427 | Debtors |
| Debtors' Amended Joint Chapter 11 Plan | ECF No. 427 | Debtors |
| Notice of Extension of Mediation Period | D-012, ECF No. 436 | Debtors |
| Order Extending Mediation Period | D-013, ECF No.445 | Debtors |
| Notice of Further Extension of Mediation Period | D-014, ECF No. 453 | Debtors |
| Fourth Monthly Fee Statement of Cleary Gottlieb Steen & Hamilton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to Debtors for the Period From April 1, 2023 Through April 30, 2023 | ECF No. 463 | Debtors |
| Notice of Further Extension of Mediaton Period | D-015, ECF No. 473 | Debtors |
| Notice of Further Extension of Mediaton Period | D-016, ECF No. 480 | Debtors |
| Fifth Monthly Fee Statement of Cleary Gottlieb Steen & Hamilton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from May 1, 2023 through May 31, 2023. | ECF No. 512 | Debtors |
| Order Further Extending Mediation Period | D-017, ECF No. 517 | Debtors |
| Order Further Extending Mediation Period | D-019, ECF No. 580 | Debtors |
| Notice of Further Extension of Mediation Period | D-020, ECF No. 599 | Debtors |
| Notice of Further Extension of Mediation Period | D-021, ECF No. 606 | Debtors |
| Sixth Monthly Fee Statement of Cleary Gottlieb Steen & Hamilton LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from June 1, 2023 through June 30, 2023 b | ECF No. 608 | Debtors |
| Notice of Mediation Termination | D-022, ECF No. 625 | Debtors UCC |
| September 6, 2023 Genesis Hearing Transcript | SUPP-004, ECF No. 734 | Debtors |
| Notice of Seventh Fee Statement That Occurred In The Second Fee Application Period of Morrison Cohen LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors and Debtors -In-Possession For The Period From August 1, 2023 Through August 31, 2023 | ECF No. 745 | Debtors |

4

| Description | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| Debtors' Amended Joint Chapter 11 Plan, dated October 24, 2023 | D-023, ECF No. 838 | Debtors |
| Amended Disclosure Statement, dated October 24, 2023 | D-024, ECF No. 839 | Debtors |
| October 24, 2023 Genesis Hearing Transcript | SUPP-005, ECF No. 841 | Debtors |
| Gemini Security Agreement dated August 15, 2022 | SUPP-006, ECF No. 845, Ex. 1 | Debtors |
| Master Digital Asset Loan Agreement | SUPP-007, ECF No. 845, Ex. 2 | Debtors |
| Debtors' Amended Joint Chapter 11 Plan | ECF No. 989 | Debtors |
| Notice of Filing of (I) Amended Joint Chapter 11 Plan and (II) Amended Disclosure Statement with Respect to the Amended Joint Plan of Genesis Global Holdco, LLC et al., Under Chapter 11 of the Bankruptcy Code | ECF No. 993 | Debtors |
| Plan Support Agreement, dated November 29, 2023 | D-027, ECF No. 1008 | Debtors |
| Notice of Filing of Plan Support Agreement | ECF No. 1008 | Debtors |
| Debtors' Motion for an Order Approving Restrictions on Certain Actions of DCG | ECF No. 1009 | Debtors |
| Order Authorizing Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto | ECF No. 1027 | Debtors |
| Order Authorizing Debtors' Motion to Approve (I) The Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates With Respect Thereto, dated December 6, 2023 | D-028, ECF No. 1027 | Debtors |
| So Ordered Stipulation And Order By And Between The Debtors And The Holders Of Claim No. 1050 | ECF No. 1126 | Debtors |
| Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan | ECF No. 1131 | Debtors |
| Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan | ECF No. 1137 | Debtors |
| Plan Support Hearing Transcript, dated November 28, 2023 | D-032, ECF No. 1148 | Debtors |
| Affidavit of Service of Solicitation Materials | ECF No. 1194 | Debtors |

| Description | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Amended Chapter 11 Plan. | ECF No. 1196 | Debtors |
| Notice of Filing of Cash and Coin Report | SUPP-010, ECF No. 1214 | Debtors |
| Limited Stipulation And Order Between The Debtor And The Crypto Creditor Ad Hoc Group | SUPP-011, ECF No. 1216 | CCAHG |
| Revised Order Granting Debtors' Sixth Omnibus Objection To Certain Claims (Non-Substantive) | ECF No. 1267 | Debtors |
| Revised Order Granting Debtors' Seventh Omnibus Objection To Certain Claims (Non-Substantive) | ECF No. 1268 | Debtors |
| Notice of Filing of Arbitration Demand with Respect to Late Fees and Enforcement Costs Under the DCG Loan and DCGI Loan | SUPP-012, ECF No. 1274 | Debtors |
| Debtors' Motion for Entry of an Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General | ECF No. 1275 | Debtors |
| Revised Order Granting Debtors' Sixth Omnibus Objection To Certain Claims (Non-Substantive) | ECF No. 1267 | Debtors |
| Revised Order Granting Debtors' Seventh Omnibus Objection To Certain Claims (Non-Substantive) | ECF No. 1268 | Debtors |
| Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan | ECF No. 1379 | Debtors |
| Fourth Amended Verified Statement Pursuant to Bankruptcy Rule 2019 of the Genesis Crypto Creditors Ad Hoc Group | ECF No. 1381 | Debtors |
| Notice of Filing of Plan Supplement for the Debtors' Amended Joint Chapter 11 Plan | ECF No. 1391 | Debtors |
| Notice of Filing of Cash and Coin Report | ECF No. 1407 | Debtors |
| DCG Turnover Action Complaint | D-001, GGC v. DCG Adv. Proc. No. 23-01168 ECF No. 1 | Debtors |

| Description | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| DCGI Turnover Action Complaint | D-002, GGC v. DCGI Adv. Proc. No. 23-01169 ECF No.1 | Debtors |
| Partial Repayment Agreement - DCG | D-003, GGC v. DCG Adv. Proc. No. 23-01168 ECF No.4 | Debtors |
| Partial Repayment Agreement - DCGI | D-004, GGC v. DCGI Adv. Proc. No. 23-01169 ECF No. 6 | Debtors |
| Notice of Transfer of PRA Collateral and Receipt of Payments from Digital Currency Group, Inc. and DCG International Investments, Ltd. in Connection with Obligations Subject to Turnover Actions | GGC v. DCG Adv. Proc. No. 23-01168 ECF No. 24 | Debtors |
| Notice of Transfer of PRA Collateral and Receipt of Payments from Digital Currency Group, Inc. and DCG International Investments, Ltd. in Connection with Obligations Subject to Turnover Actions | GGC v. DCGI Adv. Proc. No. 23-01169 ECF No. 25 | Debtors |
| Original Partial Repayment Agreement | Exhibit 1 to ECF No. 18 in Adv. Pro. No. 23-01168 | DCG |
| Amendment to the Partial Repayment Agreement | Exhibit 2 to ECF No. 18 in Adv. Pro. No. 23-01168 | DCG |
| DCG Proofs of Claim – Claim No. 464, dated May 22, 2023 | P-006 | DCG |
| DCG Proofs of Claim – Claim No. 487 | P-007 | DCG |
| DCG Proofs of Claim – Claim No. 511 | P-008 | DCG |
| DCG Proofs of Claim – Claim No. 478 | P-009 | DCG |
| FTX Hearing Transcript, dated January 31, 2024 | P-013 | DCG |
| Digital Currency Group, Inc.'s Notice of Motion to Dismiss the Amended Complaint against Gemini Trust Company LLC; Genesis Global Capital, LLC; Genesis Asia Pacific Pte. Ltd.; Genesis HoldCo LLC; Digital Currency Group; Soichiro Moro (a.k.a. Michael Moro); and Barry E. Silbert, Index No.: 452784/2023, dated March 6, 2024 | N/A | DCG |

| Description | Binder/Exhibit/ECF Number | Party Proposing Introduction |
|---|---|---|
| Memorandum of Law in Support of Defendant Digital Currency Group Inc.'s Motion to Dismiss the Amended Complaint against Gemini Trust Company LLC; Genesis Global Capital, LLC; Genesis Asia Pacific Pte. Ltd.; Genesis HoldCo LLC; Digital Currency Group; Soichiro Moro (a.k.a. Michael Moro); and Barry E. Silbert, Index No.: 452784/2023, dated March 6, 2024 | N/A | DCG |