IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 23-10063 |
|---|---|
| GENESIS GLOBAL HOLDCO, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **[REDACTED]** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address:** | **Address:** |
| CONTRARIAN FUNDS, LLC | c/o Contrarian Funds, LLC |
| 411 WEST PUTNAM AVE., SUITE 425 | 411 West Putnam Ave., Suite 425 |
| GREENWICH, CT 06830 | Greenwich, CT 06830 |
| ATTN: TRADE CLAIMS GROUP | Attn: tradeclaimsgroup@contrariancapital.com |
| Phone: 203-862-8259 | |
| Fax: 203-485-5910 | |
| Email: tradeclaimsgroup@contrariancapital.com | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim # 167 | [Redacted] | [As stated on Schedule] | Genesis Global Capital, LLC | 23-10064 |
| Schedule F Line No. 3.1.0269 | [Redacted] | [As stated on Schedule] | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ Alpa Jimenez_____    Date: December 4, 2023
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

3/15/24, 12:47 PM 23-10063-shl Doc 1486 Filed 03/15/24 Kroll Restructuring Administration 03/15/24 20:31:53 Main Document
Pg 3 of 7

CLOSE



# Creditor Data Details - Claim # 167

| | | |
|---|---|---|
| **Creditor** | **Debtor Name** | **Claim Number** |
| Name on file | Genesis Global Capital, LLC | 167 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 05/01/2023 | 5234946 |
| | | **Confirmation ID** |
| | | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured<br><br>Priority<br><br>Secured<br><br>503(b)(9) Admin Priority<br><br>Admin Priority | See Note Below | | Unliquidated | U | $0.00 | Asserted |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign



# Creditor Data Details - Claim # 167

**Creditor**
Name on file
Address on file

**Debtor Name**
Genesis Global Capital, LLC

**Date Filed**
05/01/2023

**Claim Number**
167

**Schedule Number**
5234946

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured Priority Secured 503(b)(9) Admin Priority Admin Priority | See Note Below | | Unliquidated | U | $0.00 | Asserted |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign



KROLL

# Creditor Data Details - Claim # 167

**Creditor**
Name on file
Address on file

**Debtor Name**
Genesis Global Capital, LLC

**Date Filed**
05/01/2023

**Claim Number**
167

**Schedule Number**
5234946

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | See Note Below | | Unliquidated | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign



# Creditor Data Details - Claim # 167

**Creditor**
Name on file
Address on file

**Debtor Name**
Genesis Global Capital, LLC

**Date Filed**
05/01/2023

**Claim Number**
167

**Schedule Number**
5234946

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured Priority Secured 503(b)(9) Admin Priority Admin Priority | See Note Below | | Unliquidated | U | $0.00 | Asserted |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| NAME ON FILE | ADDRESS ON FILE | BTC 32.096962408609 |
| --- | --- | --- |
| NAME ON FILE | ADDRESS ON FILE | BTC 0.3187361106824 |