**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
Greer Griffith
Lucas Barrett
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Genesis Crypto Creditors Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC., *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**FIFTH AMENDED VERIFIED STATEMENT
PURSUANT TO BANKRUPTCY RULE 2019 OF THE
GENESIS CRYPTO CREDITORS AD HOC GROUP**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Genesis Crypto Creditors Ad Hoc Group (the "Genesis Crypto Creditors Ad Hoc Group") hereby submits this fifth amended verified statement (this "Fifth Amended Verified

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

Statement") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and in support hereof respectfully states as follows:

1. On November 26, 2023, the Genesis Crypto Creditors Ad Hoc Group filed its Verified Statement pursuant to Bankruptcy Rule 2019 [Docket No. 976] (the "Verified Statement") pursuant to which the Genesis Crypto Creditors Ad Hoc Group (a) disclosed that additional creditors of the Debtors may become clients of McDermott and members of the Genesis Crypto Creditors Ad Hoc Group in the future and (b) reserved the right to amend the Verified Statement.

2. On November 27, 2023, the Genesis Crypto Creditors Ad Hoc Group filed the *Amended Verified Statement Pursuant to Bankruptcy Rule 2019 of the Genesis Crypto Creditors Ad Hoc Group* [Docket No. 984] (the "Amended Verified Statement"), which reflected changes to the members of the group.

3. December 21, 2023, the Genesis Crypto Creditors Ad Hoc Group filed the *Second Amended Verified Statement Pursuant to Bankruptcy Rule 2019 of the Genesis Crypto Creditors Ad Hoc Group* [Docket No. 1079] (the "Second Amended Verified Statement"), which reflected changes to the members of the group.

4. February 20, 2024, the Genesis Crypto Creditors Ad Hoc Group filed the *Third Amended Verified Statement Pursuant to Bankruptcy Rule 2019 of the Genesis Crypto Creditors Ad Hoc Group* [Docket No. 1339] (the "Third Amended Verified Statement"), which reflected changes to the members of the group.

5. February 25, 2024, the Genesis Crypto Creditors Ad Hoc Group filed the *Fourth Amended Verified Statement Pursuant to Bankruptcy Rule 2019 of the Genesis Crypto Creditors*

*Ad Hoc Group* [Docket No. 1381] (the "<u>Fourth Amended Verified Statement</u>"), which reflected changes to the members of the group.

6. Since the Fourth Amended Verified Statement was filed, the Genesis Crypto Creditors Ad Hoc Group has had further changes to the members of the group. Such changes are reflected on the list of members attached hereto as **<u>Exhibit A</u>**.

7. Nothing contained in this Fifth Amended Verified Statement (including **<u>Exhibit A</u>**) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases by any member of the Genesis Crypto Creditors Ad Hoc Group, or (b) an admission with respect to any fact or legal theory.

8. Additional creditors of the Debtors may become clients of McDermott and members of the Genesis Crypto Creditors Ad Hoc Group and certain members of the Genesis Crypto Creditors Ad Hoc Group may cease to be members in the future. The Genesis Crypto Creditors Ad Hoc Group, through its undersigned counsel, reserves the right to amend or supplement this Fifth Amended Verified Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019.

9. The undersigned verifies that the foregoing is true and correct to the best of his knowledge and that the information contained in **<u>Exhibit A</u>** has been provided by the named entities.

| | |
|---|---|
| Dated:  New York, New York<br>March 17, 2024 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>Greer Griffith<br>Lucas Barrett<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br>E-mail: ggriffith@mwe.com<br>E-mail: lbarrett@mwe.com<br><br>*- and -*<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Genesis Crypto Creditors*<br>*Ad Hoc Group* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of March 2024, he caused a true and correct copy of the foregoing *Fifth Amended Verified Statement Pursuant to Bankruptcy Rule 2019 of the Genesis Crypto Creditors Ad Hoc Group* to be served via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon all registered users of the CM/ECF System who have appeared in these chapter 11 cases.

*/s/ Darren Azman*
Darren Azman

**Exhibit A**

**Disclosable Economic Interests of the Members of the
Genesis Crypto Creditors Ad Hoc Group [2]**

---

[2] To the best of McDermott's knowledge the information included in this Exhibit A is accurate as of March 17, 2024.

| Name | Nature and Amount of Disclosable Economic Interest | | | |
|---|---|---|---|---|
| | BTC | ETH | USD | USDC |
| **Member 1** | 101.1268 | - | - | - |
| **Member 2** | 511 | - | - | - |
| **Member 3** | 820 | - | - | - |
| **Member 4** | 154.9162 | 1,828.8489 | - | 1,143,239.77 |
| **Member 5** | 103.505357 | - | - | - |
| **Member 6** | 47.19895 | - | - | - |
| **Member 7** | 3,000 | - | - | - |
| **Total:** | 4,737.747307 | 1,828.8489 | - | 1,143,239.77 |