**Hearing Date:  April 16, 2024 at 11:00 a.m. (Prevailing Eastern Time)**
**Objection Date:  April 9, 2024 at 4:00 p.m.  (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF HEARING ON INTERIM APPLICATIONS**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES INCURRED FROM SEPTEMBER 1, 2023 THROUGH JANUARY 31, 2024**

**PLEASE TAKE NOTICE** that a hearing to consider Interim Applications for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2023 through January 31, 2024  (the "Applications") will be held on **April 16 at 11:00 a.m. (Prevailing Eastern Time) (the "Fee Application Hearing")** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.  The Fee Application Hearing will be conducted via Zoom.  The following Applications shall be considered:

| | Applicant | ECF No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|---|
| 1. | Cleary Gottlieb Steen & Hamilton LLP | 1488 | September 1, 2023 through | $19,221,238.50 | $315,196.26 |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

|  |  |  | January 31, 2024 |  |  |
|---|---|---|---|---|---|
| 2. | M3 Advisory Partners, LP | 1478 | October 1, 2023 through January 31, 2024 | $11,970.00 | $0.00 |
| 3. | Grant Thornton LLP | 1479 | October 1, 2023 through January 31, 2024 | $4,420.00 | $7,540.70 |
| 4. | Moelis & Company LLC | 1480 | October 1, 2023 through January 31, 2024 | $800,000.00 | $167,206.98 |
| 5. | Morrison Cohen LLP | 1491 | October 1, 2023 through January 31, 2024 | $168,061.50 | $113.60 |
| 6. | Alvarez & Marsal North America, LLC | 1495 | September 1, 2023 through January 31, 2024 | $4,332,115.00 | $895.97 |
| 7. | Kroll Restructuring Administration LLC | 1473 | October 1, 2023 through January 31, 2024 | $63,172.04 | $0.00 |
| 8. | White & Case LLP | 1492 | October 1, 2023 through January 31, 2024 | $6,637,806.00 | $18,560.56 |
| 9. | Berkeley Research Group, LLC | 1497 | October 1, 2023 through January 31, 2024 | $4,022,411.00 | $18,305.16 |
| 10. | Houlihan Lokey Capital, Inc. | 1493 | October 1, 2023 through January 31, 2024 | $600,000.00 | $19,121.01 |

**PLEASE TAKE FURTHER NOTICE** that this notice has been issued in accordance with the procedures set forth in paragraphs 2(B)(a) through (b) of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, ECF No. 101 (the "Compensation Order").

**PLEASE TAKE FURTHER NOTICE** that the deadline and process for submitting interim fee applications for interim court approval was set forth in paragraphs 2(B)(a) through (f) of the Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Applications or the relief requested therein shall be made in writing and (a) filed with the Bankruptcy Court no later than **April 9, 2024 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline")** and (b) served as required by the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order").

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received by the Objection Deadline, the Court may approve the Applications without further notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications and other pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website.

Dated:  March 19, 2024
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Jane VanLare*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas Kessler
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*