Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 1393** |

**NOTICE OF ADJOURNMENT AND HEARING
OF DEBTORS' STIPULATION AND ORDER BY AND BETWEEN
THE DEBTORS AND GEMINI TRUST COMPANY, LLC, ON BEHALF OF
<u>GEMINI LENDERS, ALLOWING THE GEMINI MASTER CLAIM (CLAIM NO. 356)</u>**

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>," and these cases, the "<u>Chapter 11 Cases</u>"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on or about May 22, 2023, Gemini Trust Company, LLC ("<u>Gemini</u>") filed proof of claim number 356 (the "<u>Gemini Master Claim</u>") in these Chapter 11 Cases on behalf of Gemini lenders.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("<u>Holdco</u>") (8219); Genesis Global Capital, LLC ("<u>GGC</u>") (8564); and Genesis Asia Pacific Pte. Ltd. ("<u>GAP</u>") (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on February 26, 2024, the Debtors filed the *Stipulation and Order by and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders, Allowing the Gemini Master Claim (Claim No. 356)* (ECF No. 1393) (the "Stipulation"), seeking entry of the Stipulation allowing the Gemini Master Claim by this Court. The Stipulation was scheduled for presentment before this Court on March 27, 2024 at 4:00 p.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, on March 18, 2024, the *Objection of SOF International, LLC to Notice of Filing of Stipulation and Order by and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders, Allowing the Gemini Master Claim (Claim No. 356)* (ECF No. 1494) was filed, objecting to entry of the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that, on March 19, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors* (ECF No. 1499), seeking entry of an order approving a settlement agreement between the Debtors, Gemini, the Ad Hoc Group of Genesis Lenders and the Official Committee of Unsecured Creditors.

**PLEASE TAKE FURTHER NOTICE** that, as approved by this Court, the presentment of the Stipulation has been adjourned and a hearing on the Stipulation will be held before this Court on April 16, 2024 at 11:00 a.m. (prevailing Eastern time).

| | |
|---|---|
| Dated: March 19, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors<br>and Debtors-in-Possession* |