**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER FURTHER EXTENDING**
**DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN**
**AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)**

Upon the oral motion (the "Motion") of Genesis Global Holdco, LLC ("Holdco") and certain of its affiliates, as debtors and debtors-in-possession, made at a hearing before this Court on March 18, 2024 (the "Hearing") in the above-captioned cases (collectively, the "Debtors"), for entry of an order (this "Order") extending the periods during which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") and solicit acceptances thereof (the "Exclusive Solicitation Period," and, together with the Exclusive Filing Period, the "Exclusive Periods") to 14 days after the Court enters an order granting or denying confirmation of the Debtors' chapter 11 plan (such date, the "Extension Date"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Debtors' Motion

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, 38th Floor, New York, NY 10007.

is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief

requested is in the best interests of the Debtors, their estates, their creditors and other parties in

interest; and this Court having found that the Motion was appropriate and no other notice need be

provided; and this Court having heard the statements in support of the relief requested at the

Hearing; and this Court having determined that the legal and factual bases set forth on the record

of the Hearing establish just cause for the relief granted herein; and there being no objections to

the Motion; and upon all of the proceedings had before this Court; and after due deliberation and

sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED and approved to the extent set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing

Period pursuant to section 1121(b) of the Bankruptcy Code is hereby extended through and

including the Extension Date.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive

Solicitation Period pursuant to section 1121(c) of the Bankruptcy Code is hereby extended through

and including the Extension Date.

4.      Nothing herein shall prejudice the Debtors' rights to seek further extensions

of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary to effectuate the

relief granted in this Order in accordance with the Motion.

6.      This Court shall retain jurisdiction with respect to any matters, claims,

rights or disputes arising from or related to the Motion or the implementation, interpretation or

enforcement of this Order.

Dated: March 20, 2024
      White Plains, New York

*/s/ **Sean H. Lane***

THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE