## EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for February 1, 2024 through February 29, 2024

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,400.00 | 11.2 | $15,680.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $975.00 | 13.6 | $13,260.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $1000.00 | 1.5 | $1,500.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 6.7 | $4,355.00 |
| Roth, William I. | Associate | Digital Assets | 2017 | $770.00 | 0.5 | $385.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $505.00 | 3.1 | $1,565.50 |
| Kazmi, Umme A. | Paralegal | Digital Assets | n/a | $320.00 | 3.5 | $1,120.00 |

#12887675v1\030986\0001

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Medina, Roy N. | Paralegal | Digital Assets | n/a | $340.00 | 4.1 | $1,394.00 |
| Schou, Sarah | Paralegal | Digital Assets | n/a | $385.00 | 5.0 | $1,925.00 |
| Singleton, Gisselle L. | Paralegal | Digital Assets | n/a | $525.00 | 3.3 | $1,732.50 |

## EXHIBIT B

### Fee Summary by Project Category for February 1, 2024 through February 29, 2024

| Matter/Description | Hours | Amount |
|---|---|---|
| B110  Case Administration | 6.7 | $4,420.50 |
| B160  Fee/Employment Applications | 5.1 | $3,700.00 |
| B190  Litigation | 40.7 | $34,796.50 |
| **Total** | **52.5** | **$42,917.00** |

## EXHIBIT C

### Time Records for February 1, 2024 through February 29, 2024



030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:        03/19/24
                                                                  INVOICE #:   2226320

                ARIANNA PRETTO-SAKMANN                            TAXPAYER IDENTIFICATION
                GENESIS GLOBAL TRADING, INC.                      NUMBER 13-3205994
                175 GREENWICH STREET, 38TH FLOOR
                NEW YORK, NY 10007

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

### FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| BANKRUPTCY MATTER | 030986-0001 | 13.80 | 10,070.50 |
| | **GRAND TOTALS** | **13.80** | **$    10,070.50** |

### FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 0.50 | 700.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 2.00 | 1,950.00 |
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 1.50 | 1,500.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 6.70 | 4,355.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 3.10 | 1,565.50 |
| | **GRAND TOTALS** | | **13.80** | **$    10,070.50** |



030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:          03/19/24
                                                                  INVOICE #:  2226320

---

### FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 0.50 | 700.00 |
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 0.40 | 400.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 2.70 | 1,755.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 3.10 | 1,565.50 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **6.70** | **4,420.50** |

**FEE TASK CODE: B160 / Fee/Employment Applications**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 1.10 | 1,100.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 4.00 | 2,600.00 |
| **TOTALS FOR TASK CODE: B160  Fee/Employment Applications** | | | **5.10** | **3,700.00** |

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| ISAACS, DANIEL C. | PARTNER | 975.00 | 2.00 | 1,950.00 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **2.00** | **1,950.00** |
| **GRAND TOTALS** | | | **13.80** | **$    10,070.50** |

TOTAL BALANCE DUE FOR THIS PERIOD          - - - - - - - - - - - - - - - - - - - - - - - - - - - $          10,070.50



Morrison Cohen

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: 03/19/24 INVOICE #: 2226320 |
|---|---|---|

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 02/13/24 | SSI | EMAILS WITH TEAM REGARDING STATUS OF LITIGATION MATTERS | 0.80 | 520.00 |
| 02/15/24 | SSI | FOLLOW-UP INTERNALLY ON STATUS OF DOCKETED MATTERS | 0.30 | 195.00 |
| 02/21/24 | SSI | FOLLOW-UP WITH UP LITAGATORS ON OPEN ISSUES | 0.30 | 195.00 |
| 02/21/24 | SSI | FOLLOW-UP EMAILS REGARDING STATUS OF CURRENT ITEMS IN CASE | 0.50 | 325.00 |
| 02/21/24 | TMK | EMAILS TO/FROM S. SICONOLFI TO DISCUSS DOCUMENTS (.1); REVIEW AND EDIT PLEADING (.6); PREPARE EMAIL TO SERVICE AGENT TO EFFECTUATE SERVICE (.3); PREPARE CERTIFICATE OF SERVICE (.2) | 1.20 | 606.00 |
| 02/21/24 | HDR | TELEPHONE CALLS AND E-MAILS TO/FROM M. MIX AND S. SICONOLFI REGARDING OPEN CASE MATTERS AND NEXT STEPS CONCERNING SAME. | 0.40 | 400.00 |
| 02/22/24 | JXG | REVIEW OF SECOND SUPPLEMENTAL DECLARATION (.2); CONFERENCE WITH H. ROSENBLAT REGARDING SAME (.1) | 0.30 | 420.00 |
| 02/22/24 | TMK | FINAL REVIEW  AND FILING OF DOCUMENTS AND CERTIFICATE OF SERVICE (.9); FOLLOW-UP WITH UP INTERNALLY ON SAME WITH TEAM (.2) | 1.10 | 555.50 |
| 02/22/24 | SSI | EMAILS WITH H. ROSENBLAT REGARDING OPEN ITEMS | 0.40 | 260.00 |
| 02/23/24 | JXG | EMAIL REGARDING 9019 MOTION REDACTIONS | 0.20 | 280.00 |
| 02/26/24 | SSI | FOLLOW-UP INTERNALLY ON UPCOMING COURT DATES | 0.40 | 260.00 |
| 02/27/24 | TMK | EMAILS AND CALLS TO/FROM S. SICONOLFI REGARDING FILING (.3) ; REVIEW, PREPARE AND FILE DOCUMENTS (.2); EMAILS TO/FROM SERVICE AGENT TO  EFFECTUATE SERVICE OF SAME (.3) | 0.80 | 404.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **6.70** | **4,420.50** |
| | | | | |
| **TASK CODE B160 Fee/Employment Applications** | | | | |
| 02/20/24 | SSI | DRAFT, REVIEW, AND REVISE MONTHLY STATEMENT AND RELATED EXHIBITS | 1.80 | 1,170.00 |

 **Morrison Cohen**

030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:     03/19/24
                                                                  INVOICE #:  2226320

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 02/22/24 | SSI | DRAFT, REVIEW, AND REVISE UPDATED PLEADING ON RATE CHANGE | 2.20 | 1,430.00 |
| 02/22/24 | HDR | REVIEW AND REVISE GOTTLIEB DECLARATION (.4); DISCUSS SAME WITH S. SICONOLFI (.2); E-MAILS TO/FROM J. VANLARE, C. RIBERIO , AND S. SICONOLFI REGARDING SAME (.2); E-MAILS TO/FROM TO D. KIM AND OTHERS REGARDING SAME (.1). | 0.90 | 900.00 |
| 02/23/24 | HDR | E-MAILS TO/FROM UST AND COMMITTEE COUNSEL REGARDING RATE CHANGE DECLARATION. | 0.20 | 200.00 |
| | | **TOTAL TASK CODE B160 Fee/Employment Applications** | **5.10** | **3,700.00** |

**TASK CODE B190 Litigation**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 02/16/24 | DCI | CONF. WITH CLEARY REGARDING SUBPOENA AND LITIGATION TRACKING. | 0.30 | 292.50 |
| 02/23/24 | DCI | REVIEW DOCUMENTS REGARDING ▮▮▮▮▮▮ (.9); REVIEW/COMMENT ON REPLY TO ▮▮▮ MOTION (.8) | 1.70 | 1,657.50 |
| | | **TOTAL TASK CODE B190 Litigation** | **2.00** | **1,950.00** |
| | | **TOTAL FEES SERVICES** | **$** | **10,070.50** |

# Morrison Cohen

030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:          03/19/24
                                                                   INVOICE #:   2226320

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                           $          10,070.50

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 0.50 | 1,400.00 | 700.00 |
| HEATH D. ROSENBLAT | 1.50 | 1,000.00 | 1,500.00 |
| DANIEL C. ISAACS | 2.00 | 975.00 | 1,950.00 |
| SALLY SICONOLFI | 6.70 | 650.00 | 4,355.00 |
| TUKISHA KNOX | 3.10 | 505.00 | 1,565.50 |
| **TOTAL FEES** | **13.80** | | **10,070.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                           $          10,070.50

 **Morrison Cohen**

030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:        03/19/24
                                                                   INVOICE #:   2226320

---

### WIRE INSTRUCTIONS

Bank Name:                          HSBC

Bank Address:                       452 Fifth Avenue
                                    New York, NY 10018

                                    *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)*

ABA Number:                         021 001 088

SWIFT Code (Only for International Wire):   MRMDUS33

Account Number:                     610-044460

Account Name:                       Morrison Cohen LLP
                                    Operating Account

Account Address:                    909 Third Avenue, 27th Floor
                                    New York, NY 10022

Special Instructions:               Please reference Client Name and/or Client Number

 **Morrison Cohen**

030983          GENESIS GLOBAL HOLDCO, LLC          DATE:          03/19/24
                                                   INVOICE #:   2226319

          ARIANNA PRETTO-SAKMANN          TAXPAYER IDENTIFICATION
          GENESIS GLOBAL TRADING, INC.          NUMBER 13-3205994
          175 GREENWICH STREET, 38TH FLOOR
          NEW YORK, NY 10007

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| ███████████████ | 030983-0001 | 36.10 | 30,816.50 |
| ████████ | 030983-0007 | 0.20 | 280.00 |
| ██████████ | 030983-0017 | 2.40 | 1,750.00 |
| | **GRAND TOTALS** | **38.70** | **$    32,846.50** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 10.70 | 14,980.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 11.60 | 11,310.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 0.50 | 385.00 |
| KAZMI, UMME A. | PARALEGALS | 320.00 | 3.50 | 1,120.00 |
| MEDINA, ROY N. | PARALEGALS | 340.00 | 4.10 | 1,394.00 |
| SCHOU, SARAH | PARALEGALS | 385.00 | 5.00 | 1,925.00 |
| SINGLETON, GISSELLE L. | PARALEGALS | 525.00 | 3.30 | 1,732.50 |
| | **GRAND TOTALS** | | **38.70** | **$    32,846.50** |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:          03/19/24
                                                             INVOICE #:   2226319

---

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 10.70 | 14,980.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 11.60 | 11,310.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 0.50 | 385.00 |
| KAZMI, UMME A. | PARALEGALS | 320.00 | 3.50 | 1,120.00 |
| MEDINA, ROY N. | PARALEGALS | 340.00 | 4.10 | 1,394.00 |
| SCHOU, SARAH | PARALEGALS | 385.00 | 5.00 | 1,925.00 |
| SINGLETON, GISSELLE L. | PARALEGALS | 525.00 | 3.30 | 1,732.50 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **38.70** | **32,846.50** |
| **GRAND TOTALS** | | | **38.70** | **$   32,846.50** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER #  TYPE | $ AMOUNT |
|-------------|----------------------|----------|
| ██████ | 030983-0007 ELECTRONIC DATA STORAGE | 2,508.87 |
| ████████ | 030983-0017 ELECTRONIC DATA STORAGE | 16.00 |
| | **GRAND TOTALS** | **$   2,524.87** |

TOTAL BALANCE DUE FOR THIS PERIOD           - - - - - - - - - - - - - - - - - - - - - - - - - - $       35,371.37



| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC ████████ | DATE: | 03/19/24 |
| | | INVOICE #: | 2226319 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 02/01/24 | JXG | CALL WITH SEAN O'NEAL RE: ████████ ISSUES | 0.30 | 420.00 |
| 02/02/24 | JXG | EMAIL WITH S. LEVANDER REGARDING PRODUCTIONS FOR ████████ (.2); EMAIL WITH TEAM REGARDING  SAME (.2); REVIEW OF ████████ DOCUMENT (.3); CALL WITH REGULATOR AND T. DRAGHI (.6); CALL WITH S. O'NEAL RE: SAME (.2) | 1.50 | 2,100.00 |
| 02/03/24 | JXG | REVIEW OF ████████ PROPOSAL DRAFT (.4); EMAIL WITH CLEARY TEAM (.2) | 0.60 | 840.00 |
| 02/04/24 | WIR | REVIEW AND COMPILE CORRESPONDENCE WITH REGULATOR | 0.50 | 385.00 |
| 02/05/24 | GLS | ASSIST WITH ████████ EMAILS FOR VARIOUS ATTORNEYS PER THE REQUEST OF D. ISAACS (.2); DRAFT EMAIL INTERNALLY REGARDING THE SAME (.2). | 0.40 | 210.00 |
| 02/05/24 | DCI | ANALYZE ████████. | 0.70 | 682.50 |
| 02/05/24 | JXG | EMAIL WITH T. DRAGHI, REGULATOR, AND CLEARY REGARDING ████████ (.5); WORK ON SAME (.4) | 0.90 | 1,260.00 |
| 02/05/24 | UAK | PUT TOGETHER BACKGROUND WORKSPACE FOR DOCUMENT REVIEW. | 1.00 | 320.00 |
| 02/06/24 | UAK | REVIEW DATA AND CONFIRM SAME BY EMAIL WITH D. ISAACS (.8); DRAFTING AND SENDING EMAIL TO LEGAL TEAM REGARDING DATA SET REVIEW (.3) | 1.10 | 352.00 |
| 02/06/24 | UAK | EMAIL CORRESPONDENCE WITH S. SCHOU REGARDING DOCUMENT PRODUCTION. | 0.40 | 128.00 |
| 02/06/24 | JXG | CALL WITH A. WEAVER (.2); EMAIL WITH A. TROIANO REGARDING ████████ (.1); REVIEW OF SAME (.5) | 0.80 | 1,120.00 |
| 02/06/24 | RNM | PREPARE MATERIALS FOR FURTHER ENABLE ATTORNEY REVIEW PER D. ISAACS. | 1.10 | 374.00 |
| 02/06/24 | SAS | REVIEW OF EMAILS ████████ | 2.90 | 1,116.50 |


Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                          DATE:    03/19/24
                                                                    INVOICE #:  2226319

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 02/06/24 | DCI | ATTENTION TO ███████ RE: ███████. | 0.50 | 487.50 |
| 02/07/24 | GLS | ASSIST WITH THE COORDINATING INTERNAL DOCUMENT COLLECTION FOR ATTORNEY REVIEW AND PRODUCTION TO COUNSEL PER THE REQUEST OF D. ISAACS. | 0.40 | 210.00 |
| 02/07/24 | SAS | REVIEW OF EMAILS ███████ | 1.10 | 423.50 |
| 02/07/24 | RNM | PREPARE MATERIALS FOR FURTHER ENABLE ATTORNEY REVIEW PER D. ISAACS. | 0.90 | 306.00 |
| 02/07/24 | JXG | EMAIL WITH CLEARY & REGULATOR REGARDING DRAFT STIPULATION & CONSENT (.3); EMAIL WITH S. O'NEAL (.2); EMAIL RE: DOCUMENT COLLECTION (.3) | 0.80 | 1,120.00 |
| 02/07/24 | UAK | COORDINATE PROCESSING OF REVIEWED DATA UPON REQUEST OF D. ISAACS. | 0.50 | 160.00 |
| 02/08/24 | JXG | EMAIL WITH CLEARY, REGULATOR, AND TEAM REGARDING ███████ (.9); EMAIL WITH S. O'NEAL RE: PRESS RELEASE (.2); EMAIL WITH PARTIES REGARDING ORDER (.2); EMAIL WITH D. ISAACS & W. ROTH REGARDING ███████ (.3); FINAL REVIEW OF ███████ (.9) | 2.50 | 3,500.00 |
| 02/09/24 | JXG | EMAIL WITH CLEARY, REGULATOR , AND TEAM REGARDING AMENDED COMPLAINT FILING (.1); REVIEW OF AMENDED COMPLAINT (.5); EMAIL RE: DOCUMENT COLLECTION (.2) | 0.80 | 1,120.00 |
| 02/09/24 | DCI | REVIEW/ANALYZE AMENDED COMPLAINT | 0.50 | 487.50 |
| 02/11/24 | DCI | REVIEW DOCUMENTS FOR PRODUCTION IN BANKRUPTCY RE: SETTLEMENT. | 1.20 | 1,170.00 |
| 02/11/24 | JXG | EMAIL REGARDING  DOCUMENT COLLECTION AND PRODUCTION (.2) AND REVIEW OF ███████ (.3) | 0.50 | 700.00 |
| 02/12/24 | RNM | PREPARE  AND REVIEW MATERIALS FOR FURTHER ENABLE ATTORNEY REVIEW PER D. ISAACS. | 1.70 | 578.00 |
| 02/12/24 | UAK | DOWNLOADING AND COORDINATING PROCESSING OF DATA PRODUCTION AS PER THE REQUEST OF D. ISAACS (.3);  REVIEWING DATA ON RELATIVITY (.1); DELIVERING RELEASE OF DATA VIA EMAIL (.1) | 0.50 | 160.00 |
| 02/12/24 | DCI | REVIEW/ANALYZE DOCUMENTS FOR PRODUCTION REGARDING ███████ | 2.60 | 2,535.00 |
| 02/12/24 | JXG | EMAIL WITH T. KESSLER RE: ███████ | 0.20 | 280.00 |

 **Morrison Cohen**

030983        GENESIS GLOBAL HOLDCO, LLC                DATE:     03/19/24
                                                        INVOICE #:  2226319

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 02/12/24 | GLS | COORDINATE THE INTERNAL COLLECTION OF SELECT EMAILS FOR MORRISON COHEN ATTORNEYS AND PREPARE EMAILS FOR REVIEW PER THE REQUEST OF D. ISAACS. | 0.30 | 157.50 |
| 02/13/24 | GLS | ASSIST IN CULLING AND ISOLATING SUBSETS OF DOCUMENTS FOR ATTORNEY REVIEW PER THE REQUEST OF D. ISAACS AND PRODUCTION TO COUNSEL (.6); REVIEW SEARCH RESULTS FOR ACCURACY AND COMPLETENESS PRIOR TO ATTORNEY REVIEW (.3) | 0.90 | 472.50 |
| 02/13/24 | JXG | EMAIL WITH D. ISAACS & T. KESSLER RE: ███████ | 0.20 | 280.00 |
| 02/13/24 | DCI | ANALYZE/REVIEW EMAILS ███████ REGARDING ███ | 1.90 | 1,852.50 |
| 02/14/24 | DCI | ANALYSIS RE: ███████ | 1.30 | 1,267.50 |
| 02/14/24 | JXG | EMAIL WITH T. KESSLER REGARDING ████████ (.2); EMAIL WITH D. ISAACS REGARDING ██████ (0.3) | 0.50 | 700.00 |
| 02/14/24 | RNM | CONDUCT POST PRODUCTION QUALITY CONTROL CHECK FOR ACCURACY AND COMPLETENESS ON PRODUCTION OF DOCUMENTS | 0.40 | 136.00 |
| 02/14/24 | GLS | ASSIST WITH ISOLATING SUBSETS OF CLIENT DOCUMENTS FOR PRODUCTION PER THE REQUEST OF D. ISAACS (.3); CORRESPOND WITH D. ISAACS REGARDING THE TECHNICAL SPECIFICATIONS FOR PRODUCTION (.1); PREPARE DOCUMENTS FOR PRODUCTION TO COUNSEL AND REVIEW PRODUCTION SET PER ATTORNEY'S REQUEST (.9) | 1.30 | 682.50 |
| 02/15/24 | JXG | EMAIL WITH D. ISAACS REGARDING ██████ | 0.30 | 420.00 |
| 02/15/24 | DCI | REVIEW/REVISE ███████ | 1.50 | 1,462.50 |
| 02/23/24 | JXG | REVIEW OF REPLY TO DCG OBJECTION TO REGULATOR SETTLEMENT MOTION (.3); COMMENT ON SAME (.2); EMAIL WITH CLEARY AND MOCO TEAM REGARDING SAME (.1) | 0.60 | 840.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **36.10** | **30,816.50** |
| | | **TOTAL FEES SERVICES** | $ | 30,816.50 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:        03/19/24
                                                             INVOICE #:   2226319

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      30,816.50

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 10.50 | 1,400.00 | 14,700.00 |
| DANIEL C. ISAACS | 10.20 | 975.00 | 9,945.00 |
| WILLIAM ROTH | 0.50 | 770.00 | 385.00 |
| GISSELLE L. SINGLETON | 3.30 | 525.00 | 1,732.50 |
| SARAH SCHOU | 4.00 | 385.00 | 1,540.00 |
| ROY N. MEDINA | 4.10 | 340.00 | 1,394.00 |
| UMME A. KAZMI | 3.50 | 320.00 | 1,120.00 |
| **TOTAL FEES** | **36.10** | | **30,816.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      30,816.50



030983-0007      GENESIS GLOBAL HOLDCO, LLC                     DATE:        03/19/24
                                                               INVOICE #:   2226319

                 ARIANNA PRETTO-SAKMANN                        TAXPAYER IDENTIFICATION
                 GENESIS GLOBAL TRADING, INC.                  NUMBER 13-3205994
                 175 GREENWICH STREET, 38TH FLOOR
                 NEW YORK, NY 10007

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 02/29/24 | JXG | EMAIL WITH N. ROOS REGARDING SBF SENTENCING | 0.20 | 280.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.20** | **280.00** |
| | | **TOTAL FEES SERVICES** | **$** | **280.00** |

| DISBURSEMENTS: | | VALUE |
|---------------|---|-------|
| ELECTRONIC DATA STORAGE | | 2,508.87 |
| TOTAL DISBURSEMENTS | $ | 2,508.87 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:        03/19/24
                                                             INVOICE #:   2226319

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                         $      **2,788.87**

| ATTORNEY | HOURS | RATE | VALUE |
|----------|-------|------|-------|
| JASON GOTTLIEB | 0.20 | 1,400.00 | 280.00 |
| **TOTAL FEES** | **0.20** | | **280.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                         $      **2,788.87**



| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 03/19/24 |
| --- | --- | --- | --- | --- |
| | ████████████ | | INVOICE #: | 2226319 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF FEBRUARY 29, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| **TASK CODE B190 Litigation** | | | | |
| 01/02/24 | WIR | CORRESPONDENCE REGARDING ████████ | 0.00 | NO CHARGE |
| 02/06/24 | DCI | ATTENTION TO AND REVIEW OF COLLECTION OF CORR. ███████████████████ | 0.40 | 390.00 |
| 02/07/24 | DCI | REVIEW OF ████████████████ ████████████████████. | 0.60 | 585.00 |
| 02/08/24 | SAS | REVIEW DOCUMENTS ████████████ | 1.00 | 385.00 |
| 02/09/24 | DCI | REVIEW/ANALYZE REGULATOR RESPONSES TO ████████ AND INTERROGATORIES. | 0.40 | 390.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **2.40** | **1,750.00** |
| | | **TOTAL FEES SERVICES** | **$** | **1,750.00** |

| DISBURSEMENTS: | | VALUE |
| --- | --- | --- |
| | ELECTRONIC DATA STORAGE | 16.00 |
| | TOTAL DISBURSEMENTS | $ 16.00 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:        03/19/24
                                                             INVOICE #:   2226319

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      1,766.00

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| DANIEL C. ISAACS | 1.40 | 975.00 | 1,365.00 |
| SARAH SCHOU | 1.00 | 385.00 | 385.00 |
| WILLIAM ROTH | 0.00 | 0.00 | 0.00 |
| **TOTAL FEES** | **2.40** | | **1,750.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      1,766.00



030983                GENESIS GLOBAL HOLDCO, LLC                    DATE:        03/19/24
                                                                   INVOICE #:   2226319

---

**<u>WIRE INSTRUCTIONS</u>**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| <u>Special Instructions:</u> | Please reference Client Name and/or Client Number |

## **EXHIBIT D**

### **Summary of Expenses for February 1, 2024 through February 29, 2024**

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $2,524.87 |
| **Grand Total Expenses** | **$2,524.87** |

## EXHIBIT E

### Summary of Expenses for February 1, 2024 through February 29, 2024

**Relativity Hosting Fee**

02/29/2024        Relativity Hosting February 2024 – 030983-0007 - $2,508.87

02/29/2024        Relativity Hosting February 2024 – 030983-0017 - $16.00