Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1315 & 1454** |

### NOTICE OF ADJOURNMENT
### OF DEBTORS' TWENTY-THIRD OMNIBUS
### OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS
### PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007
### (NO LIABILITY) SOLELY WITH RESPECT TO CLAIM NO. 223

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on or about May 10, 2023, proof of claim number 223 ("Claim No. 223") was filed in these Chapter 11 Cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on February 15, 2024, the Debtors filed the *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1315) (the "Objection"), seeking to disallow and expunge the Claim. The Objection was scheduled to be heard before this Court on March 19, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2024, with the Court's approval, the Debtors filed the *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability) Solely With Respect to Claim Nos. 223, 353, and 810* (ECF No. 1454), adjourning, without prejudice, the Objection solely with respect to Claim Nos. 223, 353, and 810 to the April 16, 2024, omnibus hearing at 11:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby further adjourn, without prejudice, the Objection solely with respect to Claim No. 223 to the May 8, 2024, omnibus hearing at 11:00 A.M. (prevailing Eastern time). The deadline, solely with respect to the holder of Claim No. 223, to file a response to the Objection is hereby extended to May 1, 2024, at 4:00 P.M. (prevailing Eastern time). The deadline for the Debtors to file a reply solely with respect to any response to the Objection filed by the holder of Claim No. 223, is hereby extended to May 6, 2024, at 12:00 P.M. (prevailing Eastern time).

Dated:   March 26, 2024
         New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors and Debtors-in-Possession*

2