**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

**ORDER AUTHORIZING THE DEBTORS TO REDACT AND FILE
CERTAIN INFORMATION UNDER SEAL IN CONNECTION WITH THE
GENESIS DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105 AND FED. R.
BANKR. P. RULE 2004 AUTHORIZING THE EXAMINATION OF DIGITAL
CURRENCY GROUP, INC. AND DCG INTERNATIONAL INVESTMENTS, LTD.**

Upon the Motion[2] of Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to file the Sealed Portions and directing that such information remain confidential and under seal, as more fully described in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C.

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007         .

2. All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

§§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Genesis Debtors, their estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and all objections to the Motion (if any) having been withdrawn or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

      **IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED to the extent set forth herein.

    2.    The Debtors are authorized (i) to file the Sealed Portions of the Rule 2004 Motion on the public docket of this case in its redacted form, (ii) to file any related documents or pleadings containing the same information (together with the Rule 2004 Motion, the "Sealed Documents") in redacted form, and (iii) to deliver to the Clerk of the Court a signed, unredacted copy of this Order, hard copies and electronic copies of the Sealed Documents filed under seal in connection with this Order, clearly labeled "FILED UNDER SEAL BY ORDER OF THIS COURT."

    3.    The Sealed Documents shall remain under seal and shall not be made available, without the consent of the Debtors or without further order of this Court, to anyone other than (on a confidential basis) this Court, the UST, the Committee, and, subject to the Debtors' consent or an order of the Court, such other parties that may request and have signed the Protective Order.

    4.    To the extent that the Sealed Documents are attached or referred to in any further pleadings or document filed with this Court relating to these Chapter 11 Cases, this Order shall apply to such pleading or document.

5. Upon the passing of forty-five (45) days after the final disposition of the Chapter 11 Cases, any party that has filed materials under seal shall reclaim all documents filed under seal or, alternatively, the Office of the Clerk of the Court shall be authorized to destroy said documents in a manner consistent with the need to preserve confidentiality.

6. Nothing in this Order prejudices the rights of any party-in-interest, including the UST, to seek, on appropriate motion, the unsealing of the Sealed Documents, or any part thereof.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation, interpretation or enforcement of this Order.

Dated: March 26, 2024　　　　　　　　　　　　　　　　　　　*/s/ Sean H. Lane*
White Plains, New York　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge