**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC., et al., | Case No. 23-10063 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Carolina Y. Sales, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Brian Walls, a creditor of Genesis Global Holdco, LLC et al., in the above-referenced bankruptcy cases. ***I certify that I am a member in good standing*** of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 26, 2024  
New York, New York

Respectfully submitted,

ROBBINS DIMONTE, LTD.

By: /s/ Carolina Y. Sales

180 N. LaSalle Street, Suite 3300  
Chicago, Illinois 60601  
Office: 312-782-9000 x 1372  
Fax: 847-698-9623  
Email: casales@robbbinsdimonte.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.