**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC., et al., | ) ) ) | Case No. 23-10063 (SHL) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Carolina Y. Sales, to be admitted, ***pro hac vice***, to represent Brian Walls, (the "Client") a creditor of Genesis Global Holdco, LLC et al., in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Carolina Y. Sales, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024
New York, New York            /s/ _____
                              HONORABLE SEAN H. LANE
                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.