UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' TWENTY-THIRD
OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS
PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

Upon the *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the No Liability Setoff Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the No Liability Setoff Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the No Liability Setoff Claims identified on <u>Exhibit 1</u> attached hereto.

2. Each of the No Liability Setoff Claims identified on <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. This Order shall be deemed a separate Order with respect to each of the No Liability Setoff Claims identified on <u>Exhibit 1</u>.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. Nothing herein shall affect the Debtors' rights to pursue recovery of the Net Claims in any appropriate forum under any governing law.

5. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors of the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors of the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: March 26, 2024            */s/ Sean H. Lane*
White Plains, New York          United States Bankruptcy Judge

## **EXHIBIT 1**

**No Liability Setoff Claims**

# Genesis Global Holdco, LLC Case No. 23-10063
# Twenty-Third Omnibus Objection
# Exhibit 1 - No Liability

## CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED |
|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 337 | Genesis Global Capital, LLC | 05/19/23 |
| | *Reason: The Debtors have no remaining liability owed to the creditor after setoff of amounts owed to the Debtors by the creditor.* | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 84 | Genesis Global Capital, LLC | 04/13/23 |
| | *Reason: The Debtors have no remaining liability owed to the creditor after setoff of amounts owed to the Debtors by the creditor.* | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | GGC_3.1.0204 | Genesis Global Capital, LLC | 03/20/23 |
| | *Reason: The Debtors have no remaining liability owed to the creditor after setoff of amounts owed to the Debtors by the creditor.* | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 261 | Genesis Global Capital, LLC | 05/15/23 |
| | *Reason: The Debtors have no remaining liability owed to the creditor after setoff of amounts owed to the Debtors by the creditor.* | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 262 | Genesis Global Holdco, LLC | 05/15/23 |
| | *Reason: The Debtors have no remaining liability owed to the creditor after setoff of amounts owed to the Debtors by the creditor.* | | | |