UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re:                                                              :    Chapter 11
                                                                        :    Case No. 23-10063 (shl)
GENESIS GLOBAL HOLDCO, LLC                      :
                                                                        :    **AFFIDAVIT OF SERVICE**
                        Debtors.                                  .
                                                                        :
-------------------------------------------------------- X

STATE OF NEW YORK    )
                                           )ss.:
COUNTY OF NEW YORK  )

    Anthony Williams, being duly sworn, says:

    1.    I am not a party to this action, am over 18 years of age and reside in Hudson County, New Jersey.

    2.    On March 26, 2024, I served a true copy of the Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) to **Gemini Trust Company, LLC** and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), to **Gemini Trust Company, LLC** by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee indicate below:

Gemini Trust Company, LLC
315 Park Avenue South, 18th Floor
New York, NY 10010
Attn: Chief Executive Officer

Gemini Trust Company, LLC
600 3rd Avenue
New York, NY 10016
Attn: Cameron Winklevoss, President

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Anson B. Frelinghuysen, Esq.

CT Corporation System
28 Liberty Street
New York, NY 10005

7873984.1

_____
Anthony Williams

Sworn to before me this
26th day of March, 2024

_____
Notary Public

JOHN BOUGIAMAS
Notary Public, State Of New York
No. 02BO5044473
Qualified In Queens County
Commission Expires May 30, 20 27

7873984.1