DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:    JEREMY M. LISS
        Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2795
Email: Jeremy.Liss@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                       :

In re:                                  :

GENESIS GLOBAL HOLDCO, LLC,    :    Case No. 23-10063-shl

                Debtor.          :

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

WHEREAS, on February 27, 2023, the Internal Revenue Service (the "IRS") filed its original proof of claim against Debtor Genesis Global Holdco, LLC ("Debtor"), asserting unsecured priority claims of $2,200 and general unsecured claims of $800, Claim No. 20;

WHEREAS, on December 18, 2023, the IRS amended its proof of claim, reducing the total asserted liability to $0.00, but noting that this amount may be further adjusted if "necessary upon assessment of the liability or examination of [the] Debtor['s] tax return[s]," Claim No. 1303;

WHEREAS, the Debtor represents that it had no obligation to submit its own tax returns because, pursuant to Treasury Regulation § 1.1502-75(h), that obligation belonged to its parent company Digital Currency Group, Inc., which submits consolidated tax returns on behalf of a group that includes Debtor;

NOW THEREFORE, the United States of America, on behalf of the IRS, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby withdraws Claim No. 1303 (as well as superseded Claim No. 20), without prejudice to seeking appropriate relief if it determines that the Debtor has misrepresented its obligations to submit tax returns.

Dated: New York, New York
April 5, 2024

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney for the
                                            Southern District of New York

By:   */s/ Jeremy Liss*
        JEREMY M. LISS
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2795
        Email: Jeremy.Liss@usdoj.gov