Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FURTHER ADJOURNMENT
OF DEBTORS' MOTION (I) FOR RELIEF
FROM AUTOMATIC STAY, TO THE EXTENT
APPLICABLE, TO ALLOW FOR SETOFF OF MUTUAL OBLIGATIONS
AND (II) TO ALLOW CERTAIN CLAIMS IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2024, the Debtors filed the *Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1374) (the "Motion"). The Motion was scheduled to be heard before this Court on March 19, 2024, at 11:00 A.M. (prevailing Eastern time).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2024, the Debtors filed the *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1451), adjourning the Motion to the April 16, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time) and extending the deadline for the Debtors to file a reply, if any, to April 10, 2024 at 4:00 P.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby adjourn, without prejudice, the Motion to the May 8, 2024, omnibus hearing at 11:00 A.M. (prevailing Eastern time). The deadline for the Debtors to file a reply, if any, is extended to May 6, 2024 at 4:00 P.M. (prevailing Eastern time). For the avoidance of doubt, nothing herein adjourns or extends the objection deadline to the Motion, which was March 8, 2024 at 4:00 P.M. (prevailing Eastern time). Only objections that were timely filed and served will be considered at the adjourned hearing.

Dated:   April 9, 2024
         New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*