Aaron L. Hammer
Nathan E. Delman
KILPATRICK TOWNSEND & STOCKTON LLP
500 W. Madison St., Ste. 3700
Chicago, IL 60661
312-606-3200
ahammer@ktslaw.com
ndelman@ktslaw.com

*Attorneys for Foundry Digital LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, et al.,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that by reason if its combination with Horwood Marcus & Berk Chartered on March 1, 2024, Kilpatrick Townsend & Stockton LLP now appears as counsel for ***Foundry Digital LLC*** in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number (as set forth on their respective petitions are: Genesis Global Holdco, LLC (8219) ("GGH"); Genesis Global Capital, LLC (8564) ("GGC"); and Genesis Asia Pacific Pte. Ltd. (2164R) ("GAP"). Their bankruptcy case numbers are as follows: 23-10063 for GGH; 23-10064 for GGC; and, 23-10065 for GAP. Collectively, GGH, GGC, and GAP are referred to herein as "Debtors". The Debtors' bankruptcy cases are referred to as the "Chapter 11 Cases".

1

**KILPATRICK TOWNSEND & STOCKTON LLP**
Aaron L. Hammer
Nathan E. Delman
500 W. Madison St., Ste. 3700
Chicago, IL 60661
Telephone: 312-606-3200
Fax: 312-606-3232
Email: ahammer@ktslaw.com
ndelman@ktslaw.com
ecfnotices@ktslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Amended Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Foundry Digital LLC to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 11, 2024

Respectfully submitted,

*/s/ Aaron L. Hammer*
Aaron L. Hammer (NY Bar #4759080)
ahammer@ktslaw.com
Nathan E. Delman
ndelman@ktslaw.com
ecfnotices@ktslaw.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 W. Madison St., Suite 3700
Chicago, Illinois 60661
Ph: (312) 606 3200
Fax: (312) 606 3232

***Attorneys for Foundry Digital LLC, Creditor***

## CERTIFICATION OF SERVICE

I hereby certify that on the 11th day of April, 2024, a true and correct copy of the foregoing Notice of Amended Appearance and Request for Service of All Pleadings was served electronically by ECF notification from the court to counsel for the Debtor, the U.S. Trustee, and all interested parties.

Dated: April 11, 2024

*/s/ Aaron L. Hammer*
Aaron L. Hammer (NY Bar #4759080)
ahammer@ktslaw.com
Nathan E. Delman
ndelman@ktslaw.com
ecfnotices@ktslaw.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 W. Madison St., Suite 3700
Chicago, Illinois 60661
Ph: (312) 606 3200
Fax: (312) 606 3232

***Attorneys for Foundry Digital LLC, Creditor***