DocuSign Envelope ID: 52C0733D-8C3D-444A-9487-1828785C63CC

GENCreditor (https://www.genesiscreditor.com/)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| Genesis Global Capital, LLC, or any of its affiliates that are debtors, including but not limited to Genesis Global Holdco, LLC and Genesis Asia Pacific PTE. LTD. in the case captioned In re Genesis Global Holdco, LLC et al., Case No. 23-10063 | Case No. 23-10063 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

███████████

Name and Current Address of Transferor:

Address:

███████████

Name of Transferee:

**FTXCREDITOR, LLC**

Name and Address where notices and payments to transferee should be sent:

Address:

**FTXCREDITOR, LLC**

Michael Bottjer

1509 Bent Ave., Cheyenne, WY 82001.

claims@genesiscreditor.com

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule<br>Proof of Claim 107 |  | Described on Schedule F | Genesis Global Capital, LLC, or any of its affiliates that are debtors, including but not limited to Genesis Global Holdco, LLC and Genesis Asia Pacific PTE. LTD. in the case captioned In re Genesis Global Holdco, LLC et al., Case No. 23-10063 |
| Debtor Schedule F No: 3.1.0439<br><br>3315-61-JOFLZ-824497497 | | Described on Schedule F | Genesis Global Capital, LLC, or any of its affiliates that are debtors, including but not limited to Genesis Global Holdco, LLC and Genesis Asia Pacific PTE. LTD. in the case captioned In re Genesis Global Holdco, LLC et al., Case No. 23-10063 |

Transfer Agreement

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: 
Transferee / Transferee's Agent

Date: 4/10/2024

# KROLL

## Creditor Data Details - Claim # 107

**Creditor**
Name on file
Address on file

**Debtor Name**
Genesis Global Capital, LLC
**Date Filed**
04/21/2023

**Claim Number**
107
**Schedule Number**
5234575
**Confirmation ID**
3315-61-JOFLZ-824497497

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | See Note Below | | Blank | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $0.00 | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfer Agreement

DocuSign Envelope ID: 52G073FD-8G2D-444A-84B7-1828785C83CG

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Transfer Agreement