**OTTERBOURG P.C.**
James V. Drew
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
jdrew@otterbourg.com

*Counsel to SOF International, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
                                                        :
In re:                                                  :          Chapter 11
                                                        :
GENESIS GLOBAL HOLDCO, LLC, et al.,    :          Case No. 23-10063 (SHL)
                                                        :
                              Debtor.           :          (Jointly Administered)
                                                        :
---------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF SOF INTERNATIONAL, LLC TO
NOTICE OF FILING OF STIPULATION AND ORDER BY AND BETWEEN THE
DEBTORS AND GEMINI TRUST COMPANY, LLC, ON BEHALF OF GEMINI
LENDERS, ALLOWING THE GEMINI MASTER CLAIM (CLAIM NO. 356)**

   SOF International, LLC, by and through its undersigned counsel, hereby withdraws with

prejudice the *Objection of SOF International, LLC to Notice of Filing of Stipulation and Order*

*By and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders,*

*Allowing the Gemini Master Claim (Claim No. 356)*, dated March 18, 2024 [Dkt. 1494].

Dated: New York, New York
         April 11, 2024

                                                       **OTTERBOURG P.C.**

                                                       By: /s/ *James V. Drew*
                                                       James V. Drew
                                                       230 Park Avenue
                                                       New York, New York 10169
                                                       Tel: (212) 661-9100
                                                       jdrew@otterbourg.com

                                                       *Counsel to SOF International, LLC*

7896173.1