Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1315, 1436, 1454, 1541 & 1557** |

**NOTICE OF FURTHER ADJOURNMENT
OF DEBTORS' TWENTY-THIRD OMNIBUS
OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS
PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007
(NO LIABILITY) SOLELY WITH RESPECT TO CLAIM NO. 810**

     **PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on or about July 7, 2023, GPD Holdings LLC d/b/a CoinFlip ("CoinFlip") filed proof of claim number 810 ("Claim No. 810") in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, on February 15, 2024, the Debtors filed the *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1315) (the "Objection"), seeking to disallow and expunge the Claims. The Objection was scheduled to be heard before this Court on March 19, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on March 7, 2024, CoinFlip filed the *Response and Reservation of Rights of GPD Holdings LLC d/b/a CoinFlip to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1436).

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2024, the Debtors filed the *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim Nos. 223, 353, and 810* (ECF No. 1454), adjourning the Objection with respect to Claim No. 810 to the April 16, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time), setting a supplemental objection deadline solely with respect to Claim No. 810 of April 9, 2024, and extending the deadline for the Debtors to file a reply solely with respect to all responses filed by the holder of Claim No. 810 to April 12, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on April 1, 2024, the Debtors filed the *Stipulation By and Among the Debtors and GPD Holdings LLC d/b/a CoinFlip Regarding the Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1541).

**PLEASE TAKE FURTHER NOTICE** that, on April 9, 2024, CoinFlip filed the *Supplemental Response and Memorandum of Law of GPD Holdings LLC d/b/a CoinFlip to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1557).

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby adjourn *sine die*, without prejudice, the Objection solely with respect to Claim No. 810 and the Debtors' reply, if any, solely with respect to Claim No. 810. The parties are conferring concerning scheduling matters and will file a notice of adjourned hearing once established by the Court.

| | |
|---|---|
| Dated:  April 11, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |