**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (DUPLICATE)

Upon the *Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting an Order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Disputed Claims identified in Exhibit 1 attached hereto; and upon the *Declaration of Paul Kinealy in Support of Debtors' Twenty-First Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

1.      For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Disputed Claims identified in <u>Exhibit 1</u> attached hereto.

2.      Each of the Disputed Claims identified in <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3.      The Gemini Master Claim will be unaffected by this Order (subject to the Debtors' and the Official Committee of Unsecured Creditors' rights to assert additional objections and defenses to the allowance of such claims), and Gemini's right to assert the liabilities on behalf of the Gemini Lenders against the Debtors' estates will be preserved through the Gemini Master Claim, subject to the Debtors' and the Official Committee of Unsecured Creditors' reservations of their rights to object to the Gemini Master Claim and other claims on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4.      This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified in <u>Exhibit 1</u>.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

6.      Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor

to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: April 12, 2024
      White Plains, New York

                                  */s/ Sean H. Lane*
                                  HONORABLE SEAN H. LANE
                                  UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

**Disputed Claims**

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 1 | NAME REDACTED ADDRESS REDACTED | 1335 | Genesis Global Holdco, LLC | 12/28/2023* | LINK 9.37905823 GRT 305.48989207 INJ 9.72926274† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see surviving in-kind list below) |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| 2 | NAME REDACTED ADDRESS REDACTED | 1376 | Genesis Global Capital, LLC | 1/4/2024* | BCH 1.53191807 LINK 38.266603 DOGE 1,539.182008 ETH 0.979229 YFI 0.024952 LTC 5.580182 USD 10,532 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see surviving in-kind list below) |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| 3 | NAME REDACTED ADDRESS REDACTED | 1416 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 1/25/2024* | BTC 0.04351759 ETH 0.65241658 USD 3,266.48 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see surviving in-kind list below) |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

**Surviving in-kind list (identical for claims 1, 2, and 3):**

```
1INCH 3,012,033.46333801    LPT 24,673.1466099058
AAVE 33,788.9425230479      LRC 2,690,498.81970212
ALCX 8,676.38998201275      LTC 127,209.281884632
AMP 425,936,340.55768       MANA 5,593,977.33440294
ANKR 23,335,928.0678024     MATIC 16,964,467.2401572
APE 1,139,985.53964617      MKR 1,338.3803853215
AXS 90,870.9278787395       OXT 3,699,739.25944469
BAL 34,868.7609066813       PAXG 1,014.97374057132
BAT 9,388,882.97197886      RBN 25,405.5734626778
BCH 44,121.774231399        REN 4,231,486.62614094
BNT 267,993.780189926       RLY 5,660,470.4301708
BTC 15,094.3806124709       SKL 3,980,478.77162429
CHZ 688,964.618297403       SNX 237,906.952970567
COMP 14,038.7643541652      SOL 284,128.92393429
CRV 3,110,821.20254412      STORJ 1,811,065.26135581
DAI 8,326,580.27023902      SUSHI 597,029.850730662
DOGE 195,432,319.002998     TOKE 24,563.5645986667
ETH 157,019.767022979       UMA 60,303.1821763762
FET 2,013,560.72967566      UNI 511,292.129900501
FIL 2,601,610.12844771      USD 1,122,467,217.65
FTM 21,093,013.7169699      USDC 55,215,289.1233817
GRT 17,337,624.765759       USTC 1,260.54344897418
GUSD 375,437,385.038869     XTZ 695,291.945724483
INJ 135,922.613140235       YFI 128.160239144428
KNC 434,572.643810026       ZEC 43,919.4737009613
LINK 1,524,285.66444107     ZRX 2,737,146.672793885
```

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 4 | NAME REDACTED ADDRESS REDACTED | 1322 | Genesis Global Holdco, LLC | 12/21/2023* | MATIC 354.91018849 DOGE 465.00184977 LINK 1.65872314† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7645416652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 1323 | Genesis Global Capital, LLC | 12/21/2023* | MATIC 354.91018849 DOGE 465.00184977 LINK 1.65872314† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7645416652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 1324 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/21/2023* | MATIC 354.91018849 DOGE 465.00184977 LINK 1.65872314† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7645416652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 / LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 7 | NAME REDACTED ADDRESS REDACTED | 1385 | Genesis Global Holdco, LLC | 1/9/2024* | USD 574 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.380385215  AXS 90,870.9278787395  OXT 3,699,739.25944669  BAL 34,868.7609066813  PAXG 1,014.9737405713  BAT 9,388,882.97197886  RBN 25,405.57346267788  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.380612470  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92593429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326.580.27023902  SUSHI 597,029.850730662  DOGE 195,432.319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914428  KNC 434,572.643810026  ZEC 43,919.473700961  LINK 1,524,285.66444107  ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 1354 | Genesis Global Holdco, LLC | 12/31/2023* | ETH 1.41166467  USD 3,102.34 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.380385215  AXS 90,870.9278787395  OXT 3,699,739.25944669  BAL 34,868.7609066813  PAXG 1,014.9737405713  BAT 9,388,882.97197886  RBN 25,405.57346267788  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.380612470  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92593429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326.580.27023902  SUSHI 597,029.850730662  DOGE 195,432.319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914428  KNC 434,572.643810026  ZEC 43,919.473700961  LINK 1,524,285.66444107  ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 1393 | Genesis Global Holdco, LLC | 1/11/2024* | BCH 6.94261112  DOGE 21,460.878679  ETH 5.154354  LTC 10.450579† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936.380.55768  MANA 5,593,977.33440294  ANKR 23,335.928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.380385215  AXS 90,870.9278787395  OXT 3,699,739.25944669  BAL 34,868.7609066813  PAXG 1,014.9737405713  BAT 9,388,882.97197886  RBN 25,405.57346267788  BCH 44,121.774231399  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.380612470  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92593429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326.580.27023902  SUSHI 597,029.850730662  DOGE 195,432.319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914428  KNC 434,572.643810026  ZEC 43,919.473700961  LINK 1,524,285.66444107  ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 10 | NAME REDACTED ADDRESS REDACTED | 1361 | Genesis Global Holdco, LLC | 12/29/2023* | MATIC 455 BTC 0.008811 MANA 38.18 ETH 0.256 USD 1,427 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see in kind amount list) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 11 | NAME REDACTED ADDRESS REDACTED | 1332 | Genesis Global Holdco, LLC | 12/27/2023* | AXS 2.21 USD 18.52 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see in kind amount list) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 1359 | Genesis Global Holdco, LLC | 12/29/2023* | AMP 4,040.1699888 BTC 0.29789748 DOGE 2,354.8379115 ETH 2.45116443 UNI 6.96314591 LTC 1.37284332 SHIB 2,839,483.10280012 USD 18,000.02 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see in kind amount list) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

Surviving claim 356 (Genesis Global Capital, LLC) TOTAL REMAINING IN KIND AMOUNT (repeated for rows 10, 11, 12):

1INCH 3,012,033.46333801
AAVE 33,788.9425230479
ALCX 8,676.38998201275
AMP 425,936,380.55768
ANKR 23,335,928.0678024
APE 1,139,985.53964617
AXS 90,870.9278787395
BAL 34,868.7609066813
BAT 9,388,882.97197886
BCH 44,121.7742131399
BNT 267,993.780189926
BTC 15,094.380612470
CHZ 688,964.618297403
COMP 14,038.7643541652
CRV 3,110,821.20254412
DAI 8,326,580.27023902
DOGE 195,432,319.002998
ETH 157,019.767022979
FET 2,013,560.72967566
FIL 2,601,610.12844771
FTM 21,093,013.7169699
GRT 17,337,624.765759
GUSD 375,437,385.038869
INJ 135,922.613140235
KNC 434,572.643810026
LINK 1,524,285.66444107
LPT 24,673.1466099058
LRC 2,690,498.81970212
LTC 127,209.281884632
MANA 5,593,977.33440294
MATIC 16,964,467.2401572
MKR 1,338.38038533215
OXT 3,699,739.25944469
PAXG 1,014.97374057132
RBN 25,405.573462678
REN 4,231,486.62614094
RLY 5,660,470.4301708
SKL 3,980,478.77162429
SNX 237,906.952970567
SOL 284,128.92393429
STORJ 1,811,065.26135581
SUSHI 597,029.85073662
TOKE 24,563.5645986667
UMA 60,303.1821763762
UNI 511,292.129900501
USD 1,122,467,217.65
USDC 55,215,289.1233817
USTC 1,260.54344897418
XTZ 695,291.945724483
YFI 128.16023914428
ZEC 43,919.4737009613
ZRX 2,737,146.672793885

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 13 | NAME REDACTED ADDRESS REDACTED | 1340 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/25/2023* | BTC 0.02081197† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,340.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922,613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405?132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 1392 | Genesis Global Holdco, LLC | 1/10/2024* | BTC 1.48327111 ETH 17.52584628 FIL 104.66276147 USD 141,282.68 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,340.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922,613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405?132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 94 | Genesis Global Capital, LLC | 04/17/23 | ETH 3.188085 GUSD 1,668.12 USD 6,891.30 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,340.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922,613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405?132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 16 | NAME REDACTED ADDRESS REDACTED | 1398 | Genesis Global Capital, LLC | 1/12/2024* | GUSD 177.74 QNT 399 USD 422.81 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 — LPT 24,673.1466099058 AAVE 33,788.9425230479 — LRC 2,690,498.81970212 ALCX 8,676.38998201275 — LTC 127,209.281884632 AMP 425,936,380.55768 — MANA 5,593,977.33440294 ANKR 23,335,928.0678024 — MATIC 16,964,467.2401572 APE 1,139,985.53964617 — MKR 1,338.3803853215 AXS 90,870.9278787395 — OXT 3,699,739.25944469 BAL 34,868.7609066813 — PAXG 1,014.9737405713 2 BAT 9,388,882.97197886 — RBN 25,405.57346267 78 BCH 44,121.774231399 — REN 4,231,486.62614094 BNT 267,993.780189926 — RLY 5,660,470.4301708 BTC 15,094.3806124709 — SKL 3,980,478.77162429 CHZ 688,964.618297403 — SNX 237,906.952970567 COMP 14,038.7643541652 — SOL 284,128.92393429 CRV 3,110,821.2025441 2 — STORJ 1,811,065.26135581 DAI 8,326,580.27023902 — SUSHI 597,029.85073066 2 DOGE 195,432,319.002998 — TOKE 24,563.5645986667 ETH 157,019.767022979 — UMA 60,303.1821763762 FET 2,013,560.72967566 — UNI 511,292.129900501 FIL 2,601,610.12844771 — USD 1,122,467,217.65 FTM 21,093,013.7169699 — USDC 55,215,289.1233817 GRT 17,337,624.765759 — USTC 1,260.54344897418 GUSD 375,437,385.038869 — XTZ 695,291.945724483 INJ 135,922.613140235 — YFI 128.16023914442 8 KNC 434,572.643810026 — ZEC 43,919.4737009613 LINK 1,524,285.66444107 — ZRX 2,737,146.67279388 † |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 1390 | Genesis Global Holdco, LLC | 1/10/2024* | MATIC 102.872 BTC 0.02216 MANA 5.578 DOGE 0.113185 ETH 0.319348 GRT 9.136 FTM 1.6243 GUSD 201.22 USD 2,500 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 — LPT 24,673.1466099058 AAVE 33,788.9425230479 — LRC 2,690,498.81970212 ALCX 8,676.38998201275 — LTC 127,209.281884632 AMP 425,936,380.55768 — MANA 5,593,977.33440294 ANKR 23,335,928.0678024 — MATIC 16,964,467.2401572 APE 1,139,985.53964617 — MKR 1,338.3803853215 AXS 90,870.9278787395 — OXT 3,699,739.25944469 BAL 34,868.7609066813 — PAXG 1,014.9737405713 2 BAT 9,388,882.97197886 — RBN 25,405.57346267 78 BCH 44,121.774231399 — REN 4,231,486.62614094 BNT 267,993.780189926 — RLY 5,660,470.4301708 BTC 15,094.3806124709 — SKL 3,980,478.77162429 CHZ 688,964.618297403 — SNX 237,906.952970567 COMP 14,038.7643541652 — SOL 284,128.92393429 CRV 3,110,821.2025441 2 — STORJ 1,811,065.26135581 DAI 8,326,580.27023902 — SUSHI 597,029.85073066 2 DOGE 195,432,319.002998 — TOKE 24,563.5645986667 ETH 157,019.767022979 — UMA 60,303.1821763762 FET 2,013,560.72967566 — UNI 511,292.129900501 FIL 2,601,610.12844771 — USD 1,122,467,217.65 FTM 21,093,013.7169699 — USDC 55,215,289.1233817 GRT 17,337,624.765759 — USTC 1,260.54344897418 GUSD 375,437,385.038869 — XTZ 695,291.945724483 INJ 135,922.613140235 — YFI 128.16023914442 8 KNC 434,572.643810026 — ZEC 43,919.4737009613 LINK 1,524,285.66444107 — ZRX 2,737,146.67279388 † |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 1415 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 1/23/2024* | DAI 378.698299942† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 — LPT 24,673.1466099058 AAVE 33,788.9425230479 — LRC 2,690,498.81970212 ALCX 8,676.38998201275 — LTC 127,209.281884632 AMP 425,936,380.55768 — MANA 5,593,977.33440294 ANKR 23,335,928.0678024 — MATIC 16,964,467.2401572 APE 1,139,985.53964617 — MKR 1,338.3803853215 AXS 90,870.9278787395 — OXT 3,699,739.25944469 BAL 34,868.7609066813 — PAXG 1,014.9737405713 2 BAT 9,388,882.97197886 — RBN 25,405.57346267 78 BCH 44,121.774231399 — REN 4,231,486.62614094 BNT 267,993.780189926 — RLY 5,660,470.4301708 BTC 15,094.3806124709 — SKL 3,980,478.77162429 CHZ 688,964.618297403 — SNX 237,906.952970567 COMP 14,038.7643541652 — SOL 284,128.92393429 CRV 3,110,821.2025441 2 — STORJ 1,811,065.26135581 DAI 8,326,580.27023902 — SUSHI 597,029.85073066 2 DOGE 195,432,319.002998 — TOKE 24,563.5645986667 ETH 157,019.767022979 — UMA 60,303.1821763762 FET 2,013,560.72967566 — UNI 511,292.129900501 FIL 2,601,610.12844771 — USD 1,122,467,217.65 FTM 21,093,013.7169699 — USDC 55,215,289.1233817 GRT 17,337,624.765759 — USTC 1,260.54344897418 GUSD 375,437,385.038869 — XTZ 695,291.945724483 INJ 135,922.613140235 — YFI 128.16023914442 8 KNC 434,572.643810026 — ZEC 43,919.4737009613 LINK 1,524,285.66444107 — ZRX 2,737,146.67279388 † |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 19 | NAME REDACTED ADDRESS REDACTED | 1365 | Genesis Global Holdco, LLC | 12/29/2023* | BTC 0.0334992<br>GUSD 107.66<br>BitDAO 0.0334992<br>USD 2,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.3803853215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405713<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 997,029.85073662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>KNC 434,572.643810026  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>LINK 1,524,285.66444107  ZEC 43,919.4737009613<br>ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 1412 | Genesis Global Holdco, LLC | 1/20/2024* | 1INCH 17.088146<br>CRV 11.097927<br>SNX 11.300676<br>FTM 22.171307<br>FIL 1.201445<br>GUSD 318.05<br>USD 380.91 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.3803853215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405713<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 997,029.85073662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 21 | NAME REDACTED ADDRESS REDACTED | 1319 | Genesis Global Holdco, LLC | 12/21/2023* | GUSD 3,793.43<br>USD 379,343 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058<br>AAVE 33,788.9425230479  LRC 2,690,498.81970212<br>ALCX 8,676.38998201275  LTC 127,209.281884632<br>AMP 425,936,380.55768  MANA 5,593,977.33440294<br>ANKR 23,335,928.0678024  MATIC 16,964,467.2401572<br>APE 1,139,985.53964617  MKR 1,338.3803853215<br>AXS 90,870.9278787395  OXT 3,699,739.25944469<br>BAL 34,868.7609066813  PAXG 1,014.9737405713<br>BAT 9,388,882.97197886  RBN 25,405.5734626778<br>BCH 44,121.774231399  REN 4,231,486.62614094<br>BNT 267,993.780189926  RLY 5,660,470.4301708<br>BTC 15,094.3806124709  SKL 3,980,478.77162429<br>CHZ 688,964.618297403  SNX 237,906.952970567<br>COMP 14,038.7643541652  SOL 284,128.92393429<br>CRV 3,110,821.20254412  STORJ 1,811,065.26135581<br>DAI 8,326,580.27023902  SUSHI 997,029.85073662<br>DOGE 195,432,319.002998  TOKE 24,563.5645986667<br>ETH 157,019.767022979  UMA 60,303.1821763762<br>FET 2,013,560.72967566  UNI 511,292.129900501<br>FIL 2,601,610.12844771  USD 1,122,467,217.65<br>FTM 21,093,013.7169699  USDC 55,215,289.1233817<br>GRT 17,337,624.765759  USTC 1,260.54344897418<br>GUSD 375,437,385.038869  XTZ 695,291.945724483<br>INJ 135,922.613140235  YFI 128.160239144428<br>KNC 434,572.643810026  ZEC 43,919.4737009613<br>LINK 1,524,285.66444107  ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 22 | NAME REDACTED ADDRESS REDACTED | 1321 | Genesis Global Capital, LLC | 12/21/2023* | GUSD 3,793.43 USD 3,793.43 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 ... LPT 24,673.1466099058 ... ZRX 2,737,146.672793885 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 23 | NAME REDACTED ADDRESS REDACTED | 1401 | Genesis Global Holdco, LLC | 1/15/2024† | DAI 2,198.291166602† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 ... LPT 24,673.1466099058 ... ZRX 2,737,146.672793885 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 24 | NAME REDACTED ADDRESS REDACTED | 1336 | Genesis Global Capital, LLC | 12/23/2023* | GUSD 2,100 USD 2,100 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 ... LPT 24,673.1466099058 ... ZRX 2,737,146.672793885 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

The full TOTAL REMAINING IN KIND AMOUNT list for each surviving claim (Claim # 356) reads:

1INCH 3,012,033.46333801
AAVE 33,788.9425230479
ALCX 8,676.38998201275
AMP 425,936,340.55768
ANKR 23,335,928.0678024
APE 1,139,985.53964617
AXS 90,870.9278787395
BAL 34,868.7609066813
BAT 9,388,882.97197886
BCH 44,121.774231399
BNT 267,993.780189926
BTC 15,094.3806124709
CHZ 688,964.618297403
COMP 14,038.7643541652
CRV 3,110,821.20254412
DAI 8,326,580.27023902
DOGE 195,432,319.002998
ETH 157,019.767022979
FET 2,013,560.72967566
FIL 2,601,610.12844771
FTM 21,093,013.7169699
GRT 17,337,624.765759
GUSD 375,437,385.038869
INJ 135,922.613140235
KNC 434,572.643810026
LINK 1,524,285.66444107
LPT 24,673.1466099058
LRC 2,690,498.81970212
LTC 127,209.281884632
MANA 5,593,977.33440294
MATIC 16,964,467.2401572
MKR 1,338.38038533215
OXT 3,699,739.25944469
PAXG 1,014.9737405713
RBN 25,405.5734626778
REN 4,231,486.62614094
RLY 5,660,470.4301708
SKL 3,980,478.77162429
SNX 237,906.952970567
SOL 284,128.92393429
STORJ 1,811,065.26135581
SUSHI 597,029.85073066
TOKE 24,563.5645986667
UMA 60,303.1821763762
UNI 511,292.129900501
USD 1,122,467.217.65
USDC 55,215,289.1233817
USTC 1,260.54344897418
XTZ 695,291.945724483
YFI 128.160239144428
ZEC 43,919.4737009613
ZRX 2,737,146.672793885

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 25 | NAME REDACTED ADDRESS REDACTED | 1418 | Genesis Global Capital, LLC | 1/25/2024* | USD 1,027.49 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.573462677 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.380612470 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073066 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 26 | NAME REDACTED ADDRESS REDACTED | 1239 | Genesis Global Holdco, LLC | 12/11/2023* | BTC 0.00869477 GUSD 1,618.69† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.573462677 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.380612470 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073066 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 27 | NAME REDACTED ADDRESS REDACTED | 1356 | Genesis Global Holdco, LLC | 12/27/2023* | OXT 53.42308369 DOGE 391.25117007 LTC 1.1105085 LINK 18.82009708 USD 5,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.573462677 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.380612470 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073066 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

**CLAIMS TO BE DISALLOWED** / **SURVIVING CLAIMS**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | NAME REDACTED ADDRESS REDACTED | 1320 | Genesis Global Holdco, LLC | 12/20/2023* | ETH 0.01041376 BTC 0.002137734† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 2 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073066 2 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.12990050 1 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914442 8 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 29 | NAME REDACTED ADDRESS REDACTED | 1396 | Genesis Global Holdco, LLC | 1/11/2024* | USD 3,400 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 2 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073066 2 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.12990050 1 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914442 8 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 30 | NAME REDACTED ADDRESS REDACTED | 1389 | Genesis Global Holdco, LLC | 1/9/2024* | BCH 92.3156459 ETH 244.62958638 LTC 282.18869678 ZEC 1,009.894318899† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405713 2 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073066 2 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.12990050 1 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914442 8 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 31 | NAME REDACTED ADDRESS REDACTED | 1315 | Genesis Global Holdco, LLC | 12/19/2023* | BTC 0.10122044 USD 4,298.1 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see in-kind list) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 32 | NAME REDACTED ADDRESS REDACTED | 1368 | Genesis Global Holdco, LLC | 1/2/2024* | FIL 140.02789062 USD 10,388 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see in-kind list) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 33 | NAME REDACTED ADDRESS REDACTED | 1351 | Genesis Global Holdco, LLC | 12/27/2023* | BAT 319.03587234 BTC 0.06947782 FTM 523.75402462 GUSD 85,290.01 USD 85,290.01 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | (see in-kind list) |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

Total remaining in kind amount (identical for claims 31, 32, and 33):

```
1INCH 3,012,033.46333801          LPT 24,673.1466099058
AAVE 33,788.9425230479           LRC 2,690,498.81970212
ALCX 8,676.38998201275           LTC 127,209.281884632
AMP 425,936,380.55768            MANA 5,593,977.33440294
ANKR 23,335.928.0678024          MATIC 16,964,467.2401572
APE 1,139,985.53964617           MKR 1,338.38038533215
AXS 90,870.9278787395            OXT 3,699,739.25944469
BAL 34,868.7609066813            PAXG 1,014.9737405T132
BAT 9,388,882.97197886           RBN 25,405.57346267T8
BCH 44,121.774231399             REN 4,231.486.62614094
BNT 267,993.780189926            RLY 5,660,470.4301708
BTC 15,094.3806124709            SKL 3,980,478.77162429
CHZ 688,964.618297403            SNX 237,906.952970567
COMP 14,038.764354652            SOL 284,128.92393429
CRV 3,110,821.2025441 2          STORJ 1,811,065.26135581
DAI 8,326,580.27023902           SUSHI 597,029.85073066 2
DOGE 195,432,319.002998          TOKE 24,563.5645986667
ETH 157,019.76702297 9           UMA 60,303.182176376 2
FET 2,013,560.72967566           UNI 511,292.129900501
FIL 2,601,610.12844771           USD 1,122,467,217.65
FTM 21,093,013.7169699           USDC 55,215,289.1233817
GRT 17,337,624.765759            USTC 1,260.543448974 18
GUSD 375,437,385.038869          XTZ 695,291.945724483
INJ 135,922.613140235            YFI 128.160239144428
KNC 434,572.643810026            ZEC 43,919.4737009613
LINK 1,524,285.66444107          ZRX 2,737,146.672793889
```

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |

| | | | | | |
|---|---|---|---|---|---|
| 34 | NAME REDACTED ADDRESS REDACTED | 1330 | Genesis Global Holdco, LLC | 12/25/2023† | SHIB 589.2 SAND 102.6 DOGE 101.2872218 FTM 281.14 FIL 484.9 GUSD 5 USD 2,000 |

Survivng claim (34): NAME REDACTED ADDRESS REDACTED, CLAIM 356, Genesis Global Capital, LLC, 05/22/23

TOTAL REMAINING IN KIND AMOUNT (34):
1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LINK 1,524,285.66444107
LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9734057132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.160239144428, ZEC 43,919.4737009613, ZRX 2,737,146.672793885

Reason: Asserted liabilities are duplicative of Gemini Master Claim.

| | | | | | |
|---|---|---|---|---|---|
| 35 | NAME REDACTED ADDRESS REDACTED | 1337 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/23/2023† | USD 3,352.82 |

Survivng claim (35): NAME REDACTED ADDRESS REDACTED, CLAIM 356, Genesis Global Capital, LLC, 05/22/23

TOTAL REMAINING IN KIND AMOUNT (35):
1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LINK 1,524,285.66444107
LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9734057132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.160239144428, ZEC 43,919.4737009613, ZRX 2,737,146.672793885

Reason: Asserted liabilities are duplicative of Gemini Master Claim.

| | | | | | |
|---|---|---|---|---|---|
| 36 | NAME REDACTED ADDRESS REDACTED | 1306 | Genesis Global Holdco, LLC | 12/18/2023† | USD 400 |

Survivng claim (36): NAME REDACTED ADDRESS REDACTED, CLAIM 356, Genesis Global Capital, LLC, 05/22/23

TOTAL REMAINING IN KIND AMOUNT (36):
1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LINK 1,524,285.66444107
LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.9734057132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.160239144428, ZEC 43,919.4737009613, ZRX 2,737,146.672793885

Reason: Asserted liabilities are duplicative of Gemini Master Claim.

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 37 | NAME REDACTED ADDRESS REDACTED | 1377 | Genesis Global Holdco, LLC | 1/5/2024* | AMP 61,976.71274282 BTC 1.42491826 DOGE 5,163.20033215 ETH 1.30388604 LTC 12.40886575 USD 71,750 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.380385321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.573462678 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.43017081 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.764541652 SOL 284,128.923 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730 DOGE 195,432.319.002998 TOKE 24,563.564 ETH 157,019.76702979 UMA 60,303.182176 FET 2,013,560.72967566 UNI 511,292.129900 FIL 2,601,610.12844771 USD 1,122,467.217 FTM 21,093,013.7169699 USDC 55,215,289.12 GRT 17,337,624.765759 USTC 1,260.5434489 GUSD 375,437,385.038869 XTZ 695,291.945 INJ 135,922.613140235 YFI 128.160239 KNC 434,572.643810026 ZEC 43,919.47370 LINK 1,524,285.664 ZRX 2,737,146.6 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 38 | NAME REDACTED ADDRESS REDACTED | 1327 | Genesis Global Capital, LLC | 12/21/2023† | BTC 0.01113569 ETH 0.143012† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.380385321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.573462678 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.43017081 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.764541652 SOL 284,128.923 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730 DOGE 195,432.319.002998 TOKE 24,563.564 ETH 157,019.76702979 UMA 60,303.182176 FET 2,013,560.72967566 UNI 511,292.129900 FIL 2,601,610.12844771 USD 1,122,467.217 FTM 21,093,013.7169699 USDC 55,215,289.12 GRT 17,337,624.765759 USTC 1,260.5434489 GUSD 375,437,385.038869 XTZ 695,291.945 INJ 135,922.613140235 YFI 128.160239 KNC 434,572.643810026 ZEC 43,919.47370 LINK 1,524,285.664 ZRX 2,737,146.6 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 39 | NAME REDACTED ADDRESS REDACTED | 1307 | Genesis Global Holdco, LLC | 12/18/2023* | 1INCH 34.07495359 AXS 0.87869741 GUSD 641.59† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.380385321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405713 BAT 9,388,882.97197886 RBN 25,405.573462678 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.43017081 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.764541652 SOL 284,128.923 CRV 3,110,821.20254412 STORJ 1,811,065.2613558 DAI 8,326,580.27023902 SUSHI 597,029.850730 DOGE 195,432.319.002998 TOKE 24,563.564 ETH 157,019.76702979 UMA 60,303.182176 FET 2,013,560.72967566 UNI 511,292.129900 FIL 2,601,610.12844771 USD 1,122,467.217 FTM 21,093,013.7169699 USDC 55,215,289.12 GRT 17,337,624.765759 USTC 1,260.5434489 GUSD 375,437,385.038869 XTZ 695,291.945 INJ 135,922.613140235 YFI 128.160239 KNC 434,572.643810026 ZEC 43,919.47370 LINK 1,524,285.664 ZRX 2,737,146.6 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 40 | NAME REDACTED ADDRESS REDACTED | 1347 | Genesis Global Holdco, LLC | 12/27/2023* | MATIC 0.137284 BTC 0.00058268 DOGE 2.188.225205 ETH 0.000114 FIL 2.030525†† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,956,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405T132 BAT 9,388,882.97197886 RBN 25,405.573462678 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7645341652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.76702979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 41 | NAME REDACTED ADDRESS REDACTED | 1355 | Genesis Global Holdco, LLC | 12/31/2023* | USD 436 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,956,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405T132 BAT 9,388,882.97197886 RBN 25,405.573462678 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7645341652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.76702979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 42 | NAME REDACTED ADDRESS REDACTED | 1407 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 1/17/2024* | DAI 543.59 FTM 31.6 USD 500 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,956,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803853215 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405T132 BAT 9,388,882.97197886 RBN 25,405.573462678 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7645341652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.76702979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.16023914428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | **CLAIMS TO BE DISALLOWED** | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 43 | NAME REDACTED ADDRESS REDACTED | 1375 | Genesis Global Holdco, LLC | 1/8/2024* | AAVE 2.12910317 BCH 0.13924301 DOGE 8.04253544 FIL 11.53545284 GUSD 51,085.89† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.7296566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073062 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 44 | NAME REDACTED ADDRESS REDACTED | 1382 | Genesis Global Capital, LLC | 1/8/2024* | AAVE 2.12910317 BCH 0.13924301 DOGE 8.04253544 FIL 11.53545284 GUSD 51,085.89† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.7296566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073062 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 45 | NAME REDACTED ADDRESS REDACTED | 1413 | Genesis Global Holdco, LLC | 1/20/2024* | MATIC 622.366403 LINK 10.772969 GUSD 11.08 BTC 0.05255925† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.7296566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405712 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073062 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467.217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 46 | NAME REDACTED ADDRESS REDACTED | 1366 | Genesis Global Holdco, LLC | 1/1/2024* | AMP 3,408 MANA 70 ETH 0.01949 FTM 11.4 YFI 0.000269 LINK 10.4† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.573462678 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 47 | NAME REDACTED ADDRESS REDACTED | 1404 | Genesis Global Holdco, LLC | 1/16/2024* | BTC 0.0094246 USD 405.43 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.573462678 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 48 | NAME REDACTED ADDRESS REDACTED | 1360 | Genesis Global Capital, LLC | 12/29/2023* | GUSD 982.05 USD 982.05 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9737405132 RBN 25,405.573462678 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

Genesis Global Holdco, LLC Case No. 23-10063
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 49 | NAME REDACTED ADDRESS REDACTED | 1380 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 1/7/2024* | BTC 0.007487 BCH 0.28231 STORJ 44.28 LTC 0.204895† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,340.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.380385533215  AXS 90,870.927877395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231.486.62614094  BNT 267,993.780189926  RLY 5,660,470.430170B  BTC 15,094.380612470 9  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.85073062  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613  LINK 1,524,285.66444107  ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 50 | NAME REDACTED ADDRESS REDACTED | 1243 | Genesis Global Holdco, LLC | 12/12/2023* | LPT 6.83711957 AAVE 2.63625566 MKR 0.23605708 MATIC 312.09313492 BTC 0.03788755 SOL 21.12810641 COMP 4.21906719 SUSHI 166.88699036 ETH 3.11590927 FIL 33.48994078 UNI 33.84401274 GUSD 0.59 YFI 0.02864119 LTC 4.21906719† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,340.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.380385533215  AXS 90,870.927877395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231.486.62614094  BNT 267,993.780189926  RLY 5,660,470.430170B  BTC 15,094.380612470 9  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.85073062  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613  LINK 1,524,285.66444107  ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 51 | NAME REDACTED ADDRESS REDACTED | 1339 | Genesis Global Holdco, LLC | 12/24/2023* | BAT 10.25 GUSD 30.75 USDC 0.01 USD 249.04 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,340.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.380385533215  AXS 90,870.927877395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.97374057132  BAT 9,388,882.97197886  RBN 25,405.5734626778  BCH 44,121.774231399  REN 4,231.486.62614094  BNT 267,993.780189926  RLY 5,660,470.430170B  BTC 15,094.380612470 9  SKL 3,980,478.77162429  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.26135581  DAI 8,326,580.27023902  SUSHI 597,029.85073062  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.54344897418  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.160239144428  KNC 434,572.643810026  ZEC 43,919.4737009613  LINK 1,524,285.66444107  ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS |
|---|---|---|---|---|---|---|---|---|---|---|

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | NAME REDACTED ADDRESS REDACTED | 1244 | Genesis Global Holdco, LLC | 12/12/2023* | ZRX 223.28778051 COMP 1.0058331 FTM 91.93104463 FIL 1.88012387 GUSD 2,665.22 BTC 0.00040424† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 / AAVE 33,788.9425230479   LRC 2,690,498.81970212 / ALCX 8,676.38998201275   LTC 127,209.281884632 / AMP 425,936.340.55768   MANA 5,593,977.33440294 / ANKR 23,335.928.0678024   MATIC 16,964,467.2401572 / APE 1,139.985.53964617   MKR 1,338.380385332315 / AXS 90,870.9278787395   OXT 3,699,739.25944469 / BAL 34,868.7609066813   PAXG 1,014.9737405713 2 / BAT 9,388,882.97197886   RBN 25,405.5734626778 / BCH 44,121.774231399   REN 4,231.486.62614094 / BNT 267,993.780189926   RLY 5,660,470.4301708 / BTC 15,094.380612.4709   SKL 3,980,478.77162429 / CHZ 688,964.618297403   SNX 237,906.952970567 / COMP 14,038.764.3541652   SOL 284,128.92393429 / CRV 3,110,821.20254412   STORJ 1,811,065.26135581 / DAI 8,326,580.27023902   SUSHI 597,029.850730662 / DOGE 195,432,319.002998   TOKE 24,563.5645986667 / ETH 157,019.767022979   UMA 60,303.1821763762 / FET 2,013,560.72967566   UNI 511,292.129900501 / FIL 2,601,610.12844771   USD 1,122,467,217.65 / FTM 21,093.013.7169699   USDC 55,215,289.1233817 / GRT 17,337,624.765759   USTC 1,260.54344897418 / GUSD 375,437,385.038869   XTZ 695,291.945724483 / INJ 135,922.61314023 5   YFI 128.160239144428 / KNC 434,572.643810026   ZEC 43,919.4737009613 / LINK 1,524,285.66444107   ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 53 | NAME REDACTED ADDRESS REDACTED | 1314 | Genesis Global Holdco, LLC | 12/19/2023* | USD 1,032.51 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 / AAVE 33,788.9425230479   LRC 2,690,498.81970212 / ALCX 8,676.38998201275   LTC 127,209.281884632 / AMP 425,936.340.55768   MANA 5,593,977.33440294 / ANKR 23,335.928.0678024   MATIC 16,964,467.2401572 / APE 1,139.985.53964617   MKR 1,338.380385332315 / AXS 90,870.9278787395   OXT 3,699,739.25944469 / BAL 34,868.7609066813   PAXG 1,014.9737405713 2 / BAT 9,388,882.97197886   RBN 25,405.5734626778 / BCH 44,121.774231399   REN 4,231.486.62614094 / BNT 267,993.780189926   RLY 5,660,470.4301708 / BTC 15,094.380612.4709   SKL 3,980,478.77162429 / CHZ 688,964.618297403   SNX 237,906.952970567 / COMP 14,038.764.3541652   SOL 284,128.92393429 / CRV 3,110,821.20254412   STORJ 1,811,065.26135581 / DAI 8,326,580.27023902   SUSHI 597,029.850730662 / DOGE 195,432,319.002998   TOKE 24,563.5645986667 / ETH 157,019.767022979   UMA 60,303.1821763762 / FET 2,013,560.72967566   UNI 511,292.129900501 / FIL 2,601,610.12844771   USD 1,122,467,217.65 / FTM 21,093.013.7169699   USDC 55,215,289.1233817 / GRT 17,337,624.765759   USTC 1,260.54344897418 / GUSD 375,437,385.038869   XTZ 695,291.945724483 / INJ 135,922.61314023 5   YFI 128.160239144428 / KNC 434,572.643810026   ZEC 43,919.4737009613 / LINK 1,524,285.66444107   ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 54 | NAME REDACTED ADDRESS REDACTED | 1353 | Genesis Global Holdco, LLC | 12/29/2023* | MATIC 781.46384905 USD 800 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801   LPT 24,673.1466099058 / AAVE 33,788.9425230479   LRC 2,690,498.81970212 / ALCX 8,676.38998201275   LTC 127,209.281884632 / AMP 425,936.340.55768   MANA 5,593,977.33440294 / ANKR 23,335.928.0678024   MATIC 16,964,467.2401572 / APE 1,139.985.53964617   MKR 1,338.380385332315 / AXS 90,870.9278787395   OXT 3,699,739.25944469 / BAL 34,868.7609066813   PAXG 1,014.9737405713 2 / BAT 9,388,882.97197886   RBN 25,405.5734626778 / BCH 44,121.774231399   REN 4,231.486.62614094 / BNT 267,993.780189926   RLY 5,660,470.4301708 / BTC 15,094.380612.4709   SKL 3,980,478.77162429 / CHZ 688,964.618297403   SNX 237,906.952970567 / COMP 14,038.764.3541652   SOL 284,128.92393429 / CRV 3,110,821.20254412   STORJ 1,811,065.26135581 / DAI 8,326,580.27023902   SUSHI 597,029.850730662 / DOGE 195,432,319.002998   TOKE 24,563.5645986667 / ETH 157,019.767022979   UMA 60,303.1821763762 / FET 2,013,560.72967566   UNI 511,292.129900501 / FIL 2,601,610.12844771   USD 1,122,467,217.65 / FTM 21,093.013.7169699   USDC 55,215,289.1233817 / GRT 17,337,624.765759   USTC 1,260.54344897418 / GUSD 375,437,385.038869   XTZ 695,291.945724483 / INJ 135,922.61314023 5   YFI 128.160239144428 / KNC 434,572.643810026   ZEC 43,919.4737009613 / LINK 1,524,285.66444107   ZRX 2,737,146.67279388† |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | | TOTAL REMAINING IN KIND AMOUNT |
| 55 | NAME REDACTED ADDRESS REDACTED | 1371 | Genesis Global Holdco, LLC | 1/3/2024* | ZRX 393.83951169 USD 250 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.7742313399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |
| 56 | NAME REDACTED ADDRESS REDACTED | 1367 | Genesis Global Holdco, LLC | 1/2/2024* | ETH 3 USD 5,230.89 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.7742313399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |
| 57 | NAME REDACTED ADDRESS REDACTED | 1372 | Genesis Global Holdco, LLC | 1/4/2024* | ETH 0.90377173406464 USD 1,098 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.7742313399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | NAME REDACTED ADDRESS REDACTED | 1310 | Genesis Global Capital, LLC | 12/18/2023* | USD 1,702.12 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LINK 1,524,285.66444107, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.97374057132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.16023914428, ZEC 43,919.4737009613, ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 59 | NAME REDACTED ADDRESS REDACTED | 1374 | Genesis Global Holdco, LLC | 1/4/2024* | ETH 1.03119993 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LINK 1,524,285.66444107, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.97374057132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.16023914428, ZEC 43,919.4737009613, ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 60 | NAME REDACTED ADDRESS REDACTED | 1334 | Genesis Global Holdco, LLC | 12/28/2023* | BCH 1.155146, GUSD 20, USD 861.02, USDC 18.965174 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801, AAVE 33,788.9425230479, ALCX 8,676.38998201275, AMP 425,936,380.55768, ANKR 23,335,928.0678024, APE 1,139,985.53964617, AXS 90,870.9278787395, BAL 34,868.7609066813, BAT 9,388,882.97197886, BCH 44,121.774231399, BNT 267,993.780189926, BTC 15,094.3806124709, CHZ 688,964.618297403, COMP 14,038.7643541652, CRV 3,110,821.20254412, DAI 8,326,580.27023902, DOGE 195,432,319.002998, ETH 157,019.767022979, FET 2,013,560.72967566, FIL 2,601,610.12844771, FTM 21,093,013.7169699, GRT 17,337,624.765759, GUSD 375,437,385.038869, INJ 135,922.613140235, KNC 434,572.643810026, LINK 1,524,285.66444107, LPT 24,673.1466099058, LRC 2,690,498.81970212, LTC 127,209.281884632, MANA 5,593,977.33440294, MATIC 16,964,467.2401572, MKR 1,338.38038533215, OXT 3,699,739.25944469, PAXG 1,014.97374057132, RBN 25,405.5734626778, REN 4,231,486.62614094, RLY 5,660,470.4301708, SKL 3,980,478.77162429, SNX 237,906.952970567, SOL 284,128.92393429, STORJ 1,811,065.26135581, SUSHI 597,029.850730662, TOKE 24,563.5645986667, UMA 60,303.1821763762, UNI 511,292.129900501, USD 1,122,467,217.65, USDC 55,215,289.1233817, USTC 1,260.54344897418, XTZ 695,291.945724483, YFI 128.16023914428, ZEC 43,919.4737009613, ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 61 | NAME REDACTED ADDRESS REDACTED | 1311 | Genesis Global Capital, LLC | 12/19/2023* | USD 10,046 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335,928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.2025412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LINK 1,524,285.66444107; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.9734057132; RBN 25,405.57346226778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.564598667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.160239144428; ZEC 43,919.4737009613; ZRX 2,737,146.672793885 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| 62 | NAME REDACTED ADDRESS REDACTED | 1242 | Genesis Global Holdco, LLC | 12/12/2023* | SOL 4.5099; GUSD 527† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335,928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.2025412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LINK 1,524,285.66444107; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.9734057132; RBN 25,405.57346226778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.564598667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.160239144428; ZEC 43,919.4737009613; ZRX 2,737,146.672793885 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| 63 | NAME REDACTED ADDRESS REDACTED | 1414 | Genesis Global Holdco, LLC | 1/22/2024* | AMP 1,082; BTC 0.05754032; ETH 1.6184381; GUSD 32.08† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801; AAVE 33,788.9425230479; ALCX 8,676.38998201275; AMP 425,936,380.55768; ANKR 23,335,928.0678024; APE 1,139,985.53964617; AXS 90,870.9278787395; BAL 34,868.7609066813; BAT 9,388,882.97197886; BCH 44,121.774231399; BNT 267,993.780189926; BTC 15,094.3806124709; CHZ 688,964.618297403; COMP 14,038.7643541652; CRV 3,110,821.2025412; DAI 8,326,580.27023902; DOGE 195,432,319.002998; ETH 157,019.767022979; FET 2,013,560.72967566; FIL 2,601,610.12844771; FTM 21,093,013.7169699; GRT 17,337,624.765759; GUSD 375,437,385.038869; INJ 135,922.613140235; KNC 434,572.643810026; LINK 1,524,285.66444107; LPT 24,673.1466099058; LRC 2,690,498.81970212; LTC 127,209.281884632; MANA 5,593,977.33440294; MATIC 16,964,467.2401572; MKR 1,338.38038533215; OXT 3,699,739.25944469; PAXG 1,014.9734057132; RBN 25,405.57346226778; REN 4,231,486.62614094; RLY 5,660,470.4301708; SKL 3,980,478.77162429; SNX 237,906.952970567; SOL 284,128.92393429; STORJ 1,811,065.26135581; SUSHI 597,029.850730662; TOKE 24,563.564598667; UMA 60,303.1821763762; UNI 511,292.129900501; USD 1,122,467,217.65; USDC 55,215,289.1233817; USTC 1,260.54344897418; XTZ 695,291.945724483; YFI 128.160239144428; ZEC 43,919.4737009613; ZRX 2,737,146.672793885 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 64 | NAME REDACTED ADDRESS REDACTED | 1345 | Genesis Global Holdco, LLC | 12/26/2023* | SOL 147.8 ETH 21 USD 41,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803585321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405714 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.380612709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073066 DOGE 195,432,319.002998 TOKE 24,563.564598667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.1602391444428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 65 | NAME REDACTED ADDRESS REDACTED | 1346 | Genesis Global Holdco, LLC | 12/25/2023* | FTM 2,954.626242 USD 2,954.63 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803585321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405714 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.380612709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073066 DOGE 195,432,319.002998 TOKE 24,563.564598667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.1602391444428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 66 | NAME REDACTED ADDRESS REDACTED | 1304 | Genesis Global Holdco, LLC | 12/18/2023* | BTC 0.10892447 LINK 60.047142 USD 5,351 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.3803585321 AXS 90,870.9278787395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.9737405714 BAT 9,388,882.97197886 RBN 25,405.5734626778 BCH 44,121.774231399 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.380612709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073066 DOGE 195,432,319.002998 TOKE 24,563.564598667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467,217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.1602391444428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | NAME REDACTED ADDRESS REDACTED | 1318 | Genesis Global Holdco, LLC | 12/20/2023* | SOL 5.52415 ETH 1.70593824 GUSD 22,654.6 USD 26,796.42 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,340.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.7296566 FIL 2,601,610.1284771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.64381002 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.28188463 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.573462678 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92293429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
|  | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 68 | NAME REDACTED ADDRESS REDACTED | 1363 | Genesis Global Capital, LLC | 12/30/2023* | BTC 4.20369466 LINK 488.47781336 ETH 65.81676927 GUSD 1,234.23 LTC 14.39366659 USD 196,453.59 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,340.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.7296566 FIL 2,601,610.1284771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.64381002 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.28188463 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.573462678 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92293429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
|  | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 69 | NAME REDACTED ADDRESS REDACTED | 1402 | Genesis Global Capital, LLC | 1/14/2024* | OXT 1.012 MATIC 621 SOL 34.06† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,340.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.7296566 FIL 2,601,610.1284771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.64381002 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.28188463 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.573462678 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92293429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
|  | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 70 | NAME REDACTED ADDRESS REDACTED | 1387 | Genesis Global Holdco, LLC | 1/9/2024* | USD 20,191.03 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.92787387395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.57346267789 BCH 44,121.77423139 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467.217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | NAME REDACTED ADDRESS REDACTED | 1331 | Genesis Global Capital, LLC | 12/27/2023* | ETH 7.2 USD 22,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.92787387395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.57346267789 BCH 44,121.77423139 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467.217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | NAME REDACTED ADDRESS REDACTED | 1395 | Genesis Global Holdco, LLC | 1/11/2024* | BTC 0.03354 ETH 0.463548 USD 2,758.42 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 LPT 24,673.1466099058 AAVE 33,788.9425230479 LRC 2,690,498.81970212 ALCX 8,676.38998201275 LTC 127,209.281884632 AMP 425,936,380.55768 MANA 5,593,977.33440294 ANKR 23,335,928.0678024 MATIC 16,964,467.2401572 APE 1,139,985.53964617 MKR 1,338.38038533215 AXS 90,870.92787387395 OXT 3,699,739.25944469 BAL 34,868.7609066813 PAXG 1,014.97374057132 BAT 9,388,882.97197886 RBN 25,405.57346267789 BCH 44,121.77423139 REN 4,231,486.62614094 BNT 267,993.780189926 RLY 5,660,470.4301708 BTC 15,094.3806124709 SKL 3,980,478.77162429 CHZ 688,964.618297403 SNX 237,906.952970567 COMP 14,038.7643541652 SOL 284,128.92393429 CRV 3,110,821.20254412 STORJ 1,811,065.26135581 DAI 8,326,580.27023902 SUSHI 597,029.85073662 DOGE 195,432,319.002998 TOKE 24,563.5645986667 ETH 157,019.767022979 UMA 60,303.1821763762 FET 2,013,560.72967566 UNI 511,292.129900501 FIL 2,601,610.12844771 USD 1,122,467.217.65 FTM 21,093,013.7169699 USDC 55,215,289.1233817 GRT 17,337,624.765759 USTC 1,260.54344897418 GUSD 375,437,385.038869 XTZ 695,291.945724483 INJ 135,922.613140235 YFI 128.160239144428 KNC 434,572.643810026 ZEC 43,919.4737009613 LINK 1,524,285.66444107 ZRX 2,737,146.672793889 |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
| 73 | NAME REDACTED ADDRESS REDACTED | 1312 | Genesis Global Capital, LLC | 12/19/2023* | DAI 1,001.629886 XTZ 23.877431 GRT 96.74393 FIL 1.088257 GUSD 153.92 USD 1,195.94 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612470 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.57346267778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 74 | NAME REDACTED ADDRESS REDACTED | 1408 | Genesis Global Capital, LLC | 1/18/2024† | BTC 0.4567† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612470 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.57346267778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 75 | NAME REDACTED ADDRESS REDACTED | 1352 | Genesis Global Holdco, LLC | 12/28/2023* | BTC 0.5 USD 5,700 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612470 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.57346267778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793885 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
| 76 | NAME REDACTED ADDRESS REDACTED | 1316 | Genesis Global Holdco, LLC | 12/20/2023* | MATIC 28 USD 28 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.3803853215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405713 2  BAT 9,388,882.97197886  RBN 25,405.57346267 78  BCH 44,121.7742313199  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.7716242 9  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1  DAI 8,326,580.27023902  SUSHI 597,029.85073066 2  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.5434489741 8  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914442 8  KNC 434,572.643810026  ZEC 43,919.4737009613  LINK 1,524,285.66444107  ZRX 2,737,146.6727938 85 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 77 | NAME REDACTED ADDRESS REDACTED | 1397 | Genesis Global Capital, LLC | 1/11/2024* | GUSD 8,422 USD 8,422 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.3803853215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405713 2  BAT 9,388,882.97197886  RBN 25,405.57346267 78  BCH 44,121.7742313199  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.7716242 9  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1  DAI 8,326,580.27023902  SUSHI 597,029.85073066 2  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.5434489741 8  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914442 8  KNC 434,572.643810026  ZEC 43,919.4737009613  LINK 1,524,285.66444107  ZRX 2,737,146.6727938 85 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 78 | NAME REDACTED ADDRESS REDACTED | 1386 | Genesis Global Holdco, LLC | 1/8/2024* | MATIC 106.87893475  BTC 0.234406019  SUSHI 10.33329699  MANA 99.17186646  DOGE 3,012.24347949  ETH 3.53839937  GUSD 13,245.25† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801  LPT 24,673.1466099058  AAVE 33,788.9425230479  LRC 2,690,498.81970212  ALCX 8,676.38998201275  LTC 127,209.281884632  AMP 425,936,380.55768  MANA 5,593,977.33440294  ANKR 23,335,928.0678024  MATIC 16,964,467.2401572  APE 1,139,985.53964617  MKR 1,338.3803853215  AXS 90,870.9278787395  OXT 3,699,739.25944469  BAL 34,868.7609066813  PAXG 1,014.9737405713 2  BAT 9,388,882.97197886  RBN 25,405.57346267 78  BCH 44,121.7742313199  REN 4,231,486.62614094  BNT 267,993.780189926  RLY 5,660,470.4301708  BTC 15,094.3806124709  SKL 3,980,478.7716242 9  CHZ 688,964.618297403  SNX 237,906.952970567  COMP 14,038.7643541652  SOL 284,128.92393429  CRV 3,110,821.20254412  STORJ 1,811,065.2613558 1  DAI 8,326,580.27023902  SUSHI 597,029.85073066 2  DOGE 195,432,319.002998  TOKE 24,563.5645986667  ETH 157,019.767022979  UMA 60,303.1821763762  FET 2,013,560.72967566  UNI 511,292.129900501  FIL 2,601,610.12844771  USD 1,122,467,217.65  FTM 21,093,013.7169699  USDC 55,215,289.1233817  GRT 17,337,624.765759  USTC 1,260.5434489741 8  GUSD 375,437,385.038869  XTZ 695,291.945724483  INJ 135,922.613140235  YFI 128.16023914442 8  KNC 434,572.643810026  ZEC 43,919.4737009613  LINK 1,524,285.66444107  ZRX 2,737,146.6727938 85 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | NAME REDACTED ADDRESS REDACTED | 1349 | Genesis Global Holdco, LLC | 12/27/2023* | LPT 118.47 1INCH 616.1 AAVE 27.89 AMP 56,175.31 BCH 4.345 LINK 200.57 STORJ 923.8 SUSHI 695.9 CRV 1,426.12 MANA 3,367.99 ETH 4.336605 GRT 2,314.2 FTM 10,592.1 FIL 219.88 UMA 131.11 UNI 101.76 LTC 5.77 USD 22,376 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.927878395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612479 CHZ 688,964.618297403 COMP 14,038.764554652 CRV 3,110,821.2025412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9734057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.473700961 ZRX 2,737,146.672793888 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 80 | NAME REDACTED ADDRESS REDACTED | 1350 | Genesis Global Holdco, LLC | 12/27/2023* | 1INCH 616.1 LPT 118.47 AAVE 27.89 AMP 56,175.31 BCH 4.345 LINK 200.57 STORJ 923.8 SUSHI 695.9 CRV 1,426.12 MANA 3,367.99 ETH 4.336605 GRT 2,314.2 FTM 10,592.1 FIL 219.88 UMA 131.11 UNI 101.76 LTC 5.77 USD 22,376 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.927878395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612479 CHZ 688,964.618297403 COMP 14,038.764554652 CRV 3,110,821.2025412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9734057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.473700961 ZRX 2,737,146.672793888 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |
| 81 | NAME REDACTED ADDRESS REDACTED | 1378 | Genesis Global Holdco, LLC | 1/6/2024* | ETH 10.38449136 FIL 24.43772838† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.927878395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612479 CHZ 688,964.618297403 COMP 14,038.764554652 CRV 3,110,821.2025412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.9734057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.473700961 ZRX 2,737,146.672793888 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | | TOTAL REMAINING IN KIND AMOUNT |
| 82 | NAME REDACTED ADDRESS REDACTED | 1325 | Genesis Global Capital, LLC | 12/22/2023* | USD 2,850 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.927878739 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.77423139 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.57346267878 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 83 | NAME REDACTED ADDRESS REDACTED | 1403 | Genesis Global Holdco, LLC | 1/16/2024* | AMP 3,383.19631739 MATIC 184.57375151 BTC 0.08551054 MANA 152.17521507 ETH 0.35389305 GRT 899.76023223 YFI 0.00000019† | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.927878739 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.77423139 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.57346267878 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |
| 84 | NAME REDACTED ADDRESS REDACTED | 1305 | Genesis Global Capital, LLC | 12/18/2023* | BTC 0.035 ETH 0.055 USD 1,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.927878739 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.77423139 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.57346267878 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.16023914428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | CLAIMS TO BE DISALLOWED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | | |
| 85 | NAME REDACTED ADDRESS REDACTED | 1302 | Genesis Global Capital, LLC | 12/18/2023* | AXS 11.085 SOL 23.1817 USD 1,712 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612470 CHZ 688,964.618297403 COMP 14,038.7645541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | | |
| 86 | NAME REDACTED ADDRESS REDACTED | 1317 | Genesis Global Capital, LLC | 12/20/2023* | USD 1,000,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612470 CHZ 688,964.618297403 COMP 14,038.7645541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | | |
| 87 | NAME REDACTED ADDRESS REDACTED | 1245 | Genesis Global Holdco, LLC | 12/12/2023* | GUSD 16,779.4 CRV 46.977709 USD 16,779.44 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335,928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.380612470 CHZ 688,964.618297403 COMP 14,038.7645541652 CRV 3,110,821.20254412 DAI 8,326,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922.613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.850730662 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 |
| | *Reason: Asserted liabilities are duplicative of Gemini Master Claim.* | | | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | NAME REDACTED ADDRESS REDACTED | 1326 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/21/2023* | MATIC 10,121.83432433 BTC 1.17572661 ETH 10.94164361 USD 175,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.3803853215 / OXT 3,699,739.25944469 / PAXG 1,014.9737405713 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.85073062 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793885† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 89 | NAME REDACTED ADDRESS REDACTED | 1328 | Genesis Global Holdco, LLC | 12/21/2023* | MATIC 10,121.83432433 BTC 1.17572661 ETH 10.94164361 USD 175,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.3803853215 / OXT 3,699,739.25944469 / PAXG 1,014.9737405713 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.85073062 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793885† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |
| 90 | NAME REDACTED ADDRESS REDACTED | 1329 | Genesis Global Capital, LLC | 12/21/2023* | MATIC 10,121.834324 BTC 1.17572661 ETH 10.94164 USD 175,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 / AAVE 33,788.9425230479 / ALCX 8,676.38998201275 / AMP 425,936,380.55768 / ANKR 23,335,928.0678024 / APE 1,139,985.53964617 / AXS 90,870.9278787395 / BAL 34,868.7609066813 / BAT 9,388,882.97197886 / BCH 44,121.774231399 / BNT 267,993.780189926 / BTC 15,094.3806124709 / CHZ 688,964.618297403 / COMP 14,038.7643541652 / CRV 3,110,821.20254412 / DAI 8,326,580.27023902 / DOGE 195,432,319.002998 / ETH 157,019.767022979 / FET 2,013,560.72967566 / FIL 2,601,610.12844771 / FTM 21,093,013.7169699 / GRT 17,337,624.765759 / GUSD 375,437,385.038869 / INJ 135,922.613140235 / KNC 434,572.643810026 / LINK 1,524,285.66444107 / LPT 24,673.1466099058 / LRC 2,690,498.81970212 / LTC 127,209.281884632 / MANA 5,593,977.33440294 / MATIC 16,964,467.2401572 / MKR 1,338.3803853215 / OXT 3,699,739.25944469 / PAXG 1,014.9737405713 / RBN 25,405.5734626778 / REN 4,231,486.62614094 / RLY 5,660,470.4301708 / SKL 3,980,478.77162429 / SNX 237,906.952970567 / SOL 284,128.92393429 / STORJ 1,811,065.26135581 / SUSHI 597,029.85073062 / TOKE 24,563.5645986667 / UMA 60,303.1821763762 / UNI 511,292.129900501 / USD 1,122,467,217.65 / USDC 55,215,289.1233817 / USTC 1,260.54344897418 / XTZ 695,291.945724483 / YFI 128.160239144428 / ZEC 43,919.4737009613 / ZRX 2,737,146.672793885† |
| | Reason: Asserted liabilities are duplicative of Gemini Master Claim. | | | | | | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-First Omnibus Objection**
**Exhibit 1 - Gemini Earn Duplicate**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | NAME & ADDRESS | CLAIM # | REMAINING DEBTOR | DATE FILED | TOTAL REMAINING IN KIND AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | | |
| 91 | NAME REDACTED ADDRESS REDACTED | 1333 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/23/2023* | BTC 0.08417 ETH 1.003685 USD 6,000 | NAME REDACTED ADDRESS REDACTED | 356 | Genesis Global Capital, LLC | 05/22/23 | 1INCH 3,012,033.46333801 AAVE 33,788.9425230479 ALCX 8,676.38998201275 AMP 425,936,380.55768 ANKR 23,335.928.0678024 APE 1,139,985.53964617 AXS 90,870.9278787395 BAL 34,868.7609066813 BAT 9,388,882.97197886 BCH 44,121.774231399 BNT 267,993.780189926 BTC 15,094.3806124709 CHZ 688,964.618297403 COMP 14,038.7643541652 CRV 3,110,821.20254412 DAI 8,526,580.27023902 DOGE 195,432,319.002998 ETH 157,019.767022979 FET 2,013,560.72967566 FIL 2,601,610.12844771 FTM 21,093,013.7169699 GRT 17,337,624.765759 GUSD 375,437,385.038869 INJ 135,922,613140235 KNC 434,572.643810026 LINK 1,524,285.66444107 | LPT 24,673.1466099058 LRC 2,690,498.81970212 LTC 127,209.281884632 MANA 5,593,977.33440294 MATIC 16,964,467.2401572 MKR 1,338.38038533215 OXT 3,699,739.25944469 PAXG 1,014.97374057132 RBN 25,405.5734626778 REN 4,231,486.62614094 RLY 5,660,470.4301708 SKL 3,980,478.77162429 SNX 237,906.952970567 SOL 284,128.92393429 STORJ 1,811,065.26135581 SUSHI 597,029.85073062 TOKE 24,563.5645986667 UMA 60,303.1821763762 UNI 511,292.129900501 USD 1,122,467,217.65 USDC 55,215,289.1233817 USTC 1,260.54344897418 XTZ 695,291.945724483 YFI 128.160239144428 ZEC 43,919.4737009613 ZRX 2,737,146.672793889 | |

*Reason: Asserted liabilities are duplicative of Gemini Master Claim.*