**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' TWENTY-SECOND**
**OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO**
**CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R.**
**BANKR. P. 3007 (NO LIABILITY AND INSUFFICIENT DOCUMENTATION)**

Upon the *Debtors' Twenty-Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the No Liability Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Twenty-Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the No Liability Claims; and adequate notice of the Objection having been given

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the No Liability Claims identified on <u>Exhibit 1</u> attached hereto.

2. Each of the No Liability Claims identified on <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. This Order shall be deemed a separate Order with respect to each of the No Liability Claims identified on <u>Exhibit 1</u>. Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

5. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors of the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors of the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: April 12, 2024
      White Plains, New York

                                                ***/s/ Sean H. Lane***
                                                HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**No Liability Claims**

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Second Omnibus Objection
## Exhibit 1 - No Liability

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 1373 | Genesis Global Holdco, LLC | 1/4/2024* | SOL 1.798734 USD 1.798734† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 1348 | Genesis Global Holdco, LLC | 12/27/2023* | STORJ 1,002 DOGE 2,451 ETH 2.37 FTM 1,537 FET 987 UNI 49 LTC 5.1 USD 10,000 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 1357 | Genesis Global Holdco, LLC | 12/29/2023* | AMP 67,526.87 APE 53.44 MATIC 5,704.08 BTC 0.85 GRT 12,493.32 FTM 4,647.21 USD 54,000† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 1342 | Genesis Global Holdco, LLC | 12/25/2023* | DAI 36.786222 LINK 0.969508 DOGE 1,039.46055854 SAND 121.651939 XRP 790 USD 749 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 1391 | Genesis Global Capital, LLC | 1/10/2024* | BTC 0.01987267 ETH 0.596433† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 1411 | Genesis Global Holdco, LLC | 1/19/2024* | ETH 0.10291965 USD 160.35 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Second Omnibus Objection
## Exhibit 1 - No Liability

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 7 | NAME REDACTED ADDRESS REDACTED | 1400 | Genesis Global Holdco, LLC | 1/14/2024* | USD 200 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 8 | NAME REDACTED ADDRESS REDACTED | 1384 | Genesis Global Holdco, LLC | 1/8/2024* | MATIC 976<br>SOL 58<br>SAND 315<br>AUDIOS 1,482<br>USD 8,000 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 1388 | Genesis Global Holdco, LLC | 1/10/2024* | MATIC 510.21<br>REN 914.48<br>SOL 5.3031<br>ETH 3.397234<br>USD 5,864 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 10 | NAME REDACTED ADDRESS REDACTED | 1417 | Genesis Global Capital, LLC | 1/25/2024* | AMP 6,006† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 11 | NAME REDACTED ADDRESS REDACTED | 1313 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/19/2023* | XRP 1,000<br>USD 500 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 1410 | Genesis Global Holdco, LLC | 1/19/2024* | USD 305.67 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 13 | NAME REDACTED ADDRESS REDACTED | 1381 | Genesis Global Holdco, LLC | 1/8/2024* | USD 1,200 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 14 | NAME REDACTED ADDRESS REDACTED | 1383 | Genesis Global Holdco, LLC | 1/8/2024* | MATIC 1,089.01550114<br>BTC 3.08157833<br>LINK 123.71197227<br>ETH 47.38313324† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Second Omnibus Objection
## Exhibit 1 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 15 | NAME REDACTED ADDRESS REDACTED | 1379 | Genesis Global Holdco, LLC | 1/7/2024* | BTC 0.14186845<br>ETH 1.764893<br>LTC 6.323631† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 16 | NAME REDACTED ADDRESS REDACTED | 1362 | Genesis Global Holdco, LLC | 12/31/2023* | 1INCH 516.32671276<br>LRC 558.3301198<br>AMP 32,227<br>CRV 85.20470729<br>SNX 77.33376844<br>FIL 324.97030532<br>RAY 242.078122<br>USD 3,109 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 1308 | Genesis Global Holdco, LLC | 12/18/2023* | BTC 0.0034<br>LINK 40.37† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 1344 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/26/2023* | BTC 0.01633455<br>ETH 0.323435† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 19 | NAME REDACTED ADDRESS REDACTED | 1343 | Genesis Global Holdco, LLC | 12/26/2023* | DAI 112.235248<br>BTC 0.0035378† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 1341 | Genesis Global Holdco, LLC | 12/24/2023* | USD 2,800 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 21 | NAME REDACTED ADDRESS REDACTED | 1369 | Genesis Global Holdco, LLC | 1/3/2024* | DOGE 0.035596<br>ETC 0.000002<br>FIL 10.583131<br>USD 1,162.64 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 22 | NAME REDACTED ADDRESS REDACTED | 1405 | Genesis Global Holdco, LLC | 1/17/2024* | MATIC 5,000<br>USD 4,873 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Second Omnibus Objection
## Exhibit 1 - No Liability

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 23 | NAME REDACTED ADDRESS REDACTED | 1370 | Genesis Global Capital, LLC | 1/3/2024* | USD 900 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 24 | NAME REDACTED ADDRESS REDACTED | 1394 | Genesis Global Capital, LLC | 1/11/2024* | USD 1,100† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 25 | NAME REDACTED ADDRESS REDACTED | 1364 | Genesis Global Capital, LLC | 1/1/2024* | BAT 70.1383666 USD 184.36 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 26 | NAME REDACTED ADDRESS REDACTED | 1399 | Genesis Global Holdco, LLC | 1/14/2024* | BTC 1 FIL 1 USD 500 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 27 | NAME REDACTED ADDRESS REDACTED | 1309 | Genesis Global Holdco, LLC | 12/18/2023* | BTC 0.03355312 ETH 0.03395239 USD 1,750† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 28 | NAME REDACTED ADDRESS REDACTED | 1358 | Genesis Global Holdco, LLC | 12/29/2023* | USD 3,500 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 29 | NAME REDACTED ADDRESS REDACTED | 1338 | Genesis Global Capital, LLC | 12/23/2023* | USD 400 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date