William B. Kerr
JAYARAM PLLC
54 W. 21st Street, Suite 801
New York, New York 10010
Telephone: (312) 736-2047

*Counsel to DGR Capital LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 999. 1084, 1149** |

## NOTICE OF WITHDRAWAL OF CLAIM

DGR Capital LLC, by its undersigned counsel, hereby withdraws with prejudice Proof of Claim no. 94 (against Genesis Global Capital, LLC).

**JAYARAM PLLC**

Dated: April 12, 2024
       New York, New York

/s/ *William B. Kerr*
William B. Kerr
54 W. 21st Street, Suite 801
New York, New York 10010
Telephone: (312) 736-2047

*Counsel to DGR Capital LLC*

---

[1] The Debtors in the above captioned cases (these "Chapter 11 Cases"), along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For purposes of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.vj