DINA YUNKER FRANK
Assistant Attorney General
Washington State Attorney General Office
Bankruptcy & Collections Unit
800 Fifth Ave, Suite 2000
Seattle, WA 98104

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> GENESIS GLOBAL HOLDCO, LLC, et al, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10063 (SHL) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Dina Yunker Frank, hereby request admission, *pro hac vice*, before the Honorable Judge Sean H. Lane, to represent the State of Washington Department of Revenue, a creditor in the above-referenced cases.

*I certify that I am a member in good standing* of the bar of the State of Washington and the bar of the U.S. District Court of the Western District of Washington.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 12, 2024
Seattle, Washington

ROBERT W. FERGUSON
Attorney General

*/s/* Dina L. Yunker
DINA L. YUNKER, WSBA No. 16889
Assistant Attorney General
800 Fifth Ave, Suite 2000
Seattle, WA 98104
Tel: (206) 389-2198
Dina.Yunker@atg.wa.gov
*Attorney for State of Washington*