**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> GENESIS GLOBAL HOLDCO, LLC, et al, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10063 (SHL) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Dina Yunker Frank, to be admitted, *pro hac vice* to represent the State of Washington Department of Revenue, a creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Washington and, if applicable, the bar of the U.S. District Court of the Western District of Washington, it is hereby:

**ORDERED** that Dina Yunker Frank, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the State of Washington Department of Revenue in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated:_____, 2024

                                                                               HONORABLE SEAN H. LANE
                                                                               UNITED STATES BANKRUPTCY JUDGE