**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | (Jointly Administered) |

**COVER SHEETS FOR ELEVENTH MONTHLY
APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS
FROM JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024[2]**

| | |
|---|---|
| Name of applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | March 21, 2023 (effective as of January 19, 2023) |
| Period for which compensation and reimbursement are sought (the "***Compensation Period***"): | January 1, 2024 through January 31, 2024 |
| Amount of compensation sought: | $200,000 |
| Amount of payment requested for compensation: | $160,000 |
| Amount of expense reimbursement sought: | $150,967.50[2] |
| Amount of payment requested for expense reimbursement: | $150,967.50 |
| This is a(n): | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R). The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Moelis & Company LLC is filing this revised fee statement for January 2024 to revise certain dates that were inadvertently dated for 2023. There are no substantive revisions to the amounts sought by this revised fee statement.

**SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024**

|  | Hours Summary | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Barak Klein<br>Managing Director | Brian Tichenor<br>Managing Director | Andrew Swift<br>Managing Director |
| January 1 - January 31 | 5 hour(s) | 22 hour(s) | 23 hour(s) | 5 hour(s) | 5 hour(s) |
| **Total** | **5 hour(s)** | **22 hour(s)** | **23 hour(s)** | **5 hour(s)** | **5 hour(s)** |

|  | Hours Summary | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Jason Soto<br>Executive Director | Brendon Barnwell<br>Vice President | Benjamin Dipietro<br>Assoicate | Olivier Backes<br>Assoicate | Jason Roden<br>Analyst |
| January 1 - January 31 | 5 hour(s) | 27 hour(s) | 15 hour(s) | 20 hour(s) | 27 hour(s) |
| **Total** | **5 hour(s)** | **27 hour(s)** | **15 hour(s)** | **20 hour(s)** | **27 hour(s)** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024**

| Category | |
|---|---|
| Legal Fees | $150,967.50 |
| **Total Expense Payment Requested** | **$150,967.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) Case No. 23-10063 (SHL) |
| Debtors. | ) (Jointly Administered) |

**ELEVENTH MONTHLY**
**APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS**
**FROM JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 101] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this eleventh monthly application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from January 1, 2024 through and including January 31, 2024 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application, Moelis seeks (a) approval of compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R). The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

for services rendered in the amount of $200,000, for the Compensation Period pursuant to Moelis' approved Engagement Letter (defined below), and (b) approval of reimbursement of actual and necessary expenses in the amount of $150,967.50 incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

### Background

1. On January 19, 2023 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 3, 2023, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the official committee of unsecured creditors (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]. No trustee or examiner has been appointed in these Chapter 11 Cases.

2. Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of A. Derar Islam in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2* [D.I. 17].

3. On March 21, 2023, the Court entered an order authorizing the Debtors to retain Moelis as their investment banker, effective as of the Petition Date [D.I. 151] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

**COMPENSATION REQUESTED FOR**
**SERVICES RENDERED DURING THE COMPENSATION PERIOD**

4. Moelis' requested compensation for the Compensation Period includes its Monthly Fee (as defined in the Engagement Letter) for January 2024 in the amount of $200,000.

5. During the Compensation Period, Moelis' investment banking professionals rendered approximately 154 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to retain Moelis [D.I. 151], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

6. Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. The summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

(a) **Meetings and Calls with Management and Creditors**. During the Compensation Period, Moelis participated in calls and meetings with management, the Debtors' other professionals and creditors and the creditors' advisors. These calls covered various topics, including but not limited to the chapter 11 process, liquidity, financial scenario analysis, recovery analysis, and restructuring strategy. Moelis prepared materials for management and creditors and provided strategic advice regarding these chapter 11 cases. Moelis participated in meetings with the Debtors' management and board of directors and presented materials regarding the Debtors' restructuring and strategic matters. Moelis also presented weekly updates to the Special Committee of the Board of Directors of Genesis Global Holdco, LLC.

(b) **Plan of Reorganization Process.** Moelis worked with the Debtors and their advisors to prepare, analyze, and negotiate potential plan of reorganization alternatives and their corresponding impact on account holder recovery. Moelis facilitated diligence for and helped the Debtors prepare materials for various parties in interest in this process. Moelis helped management to diligence financial models upon which the Debtors could evaluate plan of reorganization alternatives. In support of these efforts, Moelis conducted numerous calls with Debtors' management and their other advisors to refine such analysis.

(c) **Administrative Matters.** Moelis conducted investment banking and capital market services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

7. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules have been modified such that Moelis' restructuring professionals are required only to keep reasonably detailed time records in one-hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to maintain time records; Moelis' professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

8. To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

## REQUEST FOR REIMBURSEMENT OF EXPENSES
## INCURRED DURING THE COMPENSATION PERIOD

9. Expenses incurred by Moelis for the Compensation Period totaled $150,967.50. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10.     Moelis has made every reasonable effort to minimize its disbursements in these chapter 11 cases. All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary, and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $200,000 and 100% of its expenses of $150,967.50 incurred during the Compensation Period. Moelis also respectfully requests authorization for the Debtors to pay to Moelis $160,000 in fees (representing 80% of its fees requested herein), plus $150,967.50 (representing 100% of the expense reimbursement requested herein).

Dated: March 14, 2024
New York, New York

**MOELIS & COMPANY LLC**

By: */s/ Jared Dermont*
Name:   Jared Dermont
Title:     Managing Director
           Moelis & Company LLC
           *Investment Banker to the Debtors*
           *and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1] | ) Case No. 23-10063 (SHL) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES**

I, Jared Dermont, certify that:

1. I am a Managing Director and head of the Financial Institutions Group (the "FIG Group") at Moelis & Company LLC ("Moelis"), the investment banker to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing eleventh monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2. I have read the Application and reviewed the requirements of the Local Rules. I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd (2164R). The location of the Debtors' principal place of business is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3.    Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rules have been modified such that Moelis' investment banking professionals are required only to keep reasonably detailed time records in one-hour increments, Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records, Moelis' professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates. As stated in the Debtors' application to retain Moelis [D.I. 151], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

Dated: March 14, 2024  
New York, New York

/s/ Jared Dermont  
Jared Dermont  
Managing Director  
Moelis & Company LLC

**EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD**

| Date | Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Barak Klein<br>Managing Director | Brian Tichenor<br>Managing Director | Andrew Swift<br>Managing Director |
|---|---|---|---|---|---|
| 01/01/24 | - | - | 1 hour(s) | - | - |
| 01/02/24 | - | 3 hour(s) | 3 hour(s) | - | - |
| 01/03/24 | 3 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) | 3 hour(s) |
| 01/04/24 | - | - | - | - | - |
| 01/05/24 | - | - | - | - | - |
| 01/06/24 | - | - | - | - | - |
| 01/07/24 | - | - | - | - | - |
| 01/08/24 | - | 2 hour(s) | 2 hour(s) | - | - |
| 01/09/24 | - | 1 hour(s) | 1 hour(s) | - | - |
| 01/10/24 | - | - | - | - | - |
| 01/11/24 | - | 1 hour(s) | 1 hour(s) | - | - |
| 01/12/24 | - | 1 hour(s) | 1 hour(s) | - | - |
| 01/13/24 | - | - | - | - | - |
| 01/14/24 | - | - | - | - | - |
| 01/15/24 | - | 3 hour(s) | 3 hour(s) | - | - |
| 01/16/24 | - | 1 hour(s) | 1 hour(s) | - | - |
| 01/17/24 | - | - | - | - | - |
| 01/18/24 | 2 hour(s) | 3 hour(s) | 3 hour(s) | 2 hour(s) | 2 hour(s) |
| 01/19/24 | - | - | - | - | - |
| 01/20/24 | - | - | - | - | - |
| 01/21/24 | - | - | - | - | - |
| 01/22/24 | - | 3 hour(s) | 3 hour(s) | - | - |
| 01/23/24 | - | - | - | - | - |
| 01/24/24 | - | - | - | - | - |
| 01/25/24 | - | - | - | - | - |
| 01/26/24 | - | - | - | - | - |
| 01/27/24 | - | - | - | - | - |
| 01/28/24 | - | - | - | - | - |
| 01/29/24 | - | - | - | - | - |
| 01/30/24 | - | 1 hour(s) | 1 hour(s) | - | - |
| 01/31/24 | - | - | - | - | - |
| **Total** | **5 hour(s)** | **22 hour(s)** | **23 hour(s)** | **5 hour(s)** | **5 hour(s)** |

| Date | Jason Soto<br>Executive Director | Brendon Barnwell<br>Vice President | Olivier Backes<br>Associate | Benjamin DiPietro<br>Associate | Jason Roden<br>Analyst |
|---|---|---|---|---|---|
| 01/01/24 | - | 3 hour(s) | - | - | 2 hour(s) |
| 01/02/24 | - | 3 hour(s) | - | - | - |
| 01/03/24 | 3 hour(s) | 3 hour(s) | - | - | - |
| 01/04/24 | - | - | - | - | 1 hour(s) |
| 01/05/24 | - | - | - | - | - |
| 01/06/24 | - | - | - | - | - |
| 01/07/24 | - | - | - | - | - |
| 01/08/24 | - | 4 hour(s) | - | 4 hour(s) | 4 hour(s) |
| 01/09/24 | - | 1 hour(s) | - | 1 hour(s) | 3 hour(s) |
| 01/10/24 | - | - | - | - | - |
| 01/11/24 | - | 2 hour(s) | 6 hour(s) | 2 hour(s) | 4 hour(s) |
| 01/12/24 | - | 1 hour(s) | 5 hour(s) | 1 hour(s) | 3 hour(s) |
| 01/13/24 | - | - | 2 hour(s) | - | - |
| 01/14/24 | - | - | 1 hour(s) | 3 hour(s) | 4 hour(s) |
| 01/15/24 | - | 1 hour(s) | 2 hour(s) | 1 hour(s) | 1 hour(s) |
| 01/16/24 | - | 2 hour(s) | - | 3 hour(s) | 3 hour(s) |
| 01/17/24 | - | - | - | - | - |
| 01/18/24 | 2 hour(s) | 3 hour(s) | 1 hour(s) | - | 1 hour(s) |
| 01/19/24 | - | - | 2 hour(s) | - | - |
| 01/20/24 | - | - | - | - | - |
| 01/21/24 | - | - | - | - | - |
| 01/22/24 | - | 3 hour(s) | - | - | - |
| 01/23/24 | - | - | - | - | - |
| 01/24/24 | - | - | - | - | - |
| 01/25/24 | - | - | 1 hour(s) | - | 1 hour(s) |
| 01/26/24 | - | - | - | - | - |
| 01/27/24 | - | - | - | - | - |
| 01/28/24 | - | - | - | - | - |
| 01/29/24 | - | - | - | - | - |
| 01/30/24 | - | 1 hour(s) | - | - | - |
| 01/31/24 | - | - | - | - | - |
| **Total** | **5 hour(s)** | **27 hour(s)** | **20 hour(s)** | **15 hour(s)** | **27 hour(s)** |

| Professional | Date | Hours | Description |
|---|---|---|---|
| Barak Klein | 1/1/2024 | 1 hour(s) | Internal coordination re subpoena |
| Brendon Barnwell | 1/1/2024 | 3 hour(s) | Reviewed subpoena; internal discussions re same |
| Jason Roden | 1/1/2024 | 1 hour(s) | General administrative / scheduling functions |
| Jason Roden | 1/1/2024 | 1 hour(s) | Internal coordination re subpoena |
| Michael DiYanni | 1/2/2024 | 3 hour(s) | Call with advisors / company |
| Barak Klein | 1/2/2024 | 3 hour(s) | Call with advisors / company |
| Brendon Barnwell | 1/2/2024 | 3 hour(s) | Call with company and company advisors |
| Brian Tichenor | 1/3/2024 | 3 hour(s) | January 3 Genesis Hearing |
| Jason Soto | 1/3/2024 | 3 hour(s) | January 3 Genesis Hearing |
| Andrew Swift | 1/3/2024 | 3 hour(s) | January 3 Genesis Hearing |
| Jared Dermont | 1/3/2024 | 3 hour(s) | January 3 Genesis Hearing |
| Michael DiYanni | 1/3/2024 | 3 hour(s) | January 3 Genesis Hearing |
| Barak Klein | 1/3/2024 | 3 hour(s) | January 3 Genesis Hearing |
| Brendon Barnwell | 1/3/2024 | 3 hour(s) | Court hearing |
| Jason Roden | 1/4/2024 | 1 hour(s) | Prepared fee app |
| Michael DiYanni | 1/8/2024 | 1 hour(s) | Internal call re subpoena |
| Michael DiYanni | 1/8/2024 | 1 hour(s) | Call with Sidley re Sunpoena |
| Barak Klein | 1/8/2024 | 1 hour(s) | Internal call re subpoena |
| Barak Klein | 1/8/2024 | 1 hour(s) | Call with Sidley re Sunpoena |
| Brendon Barnwell | 1/8/2024 | 4 hour(s) | Further reviewed subpoena; internal discussions re same; discussions with counsel re same |
| Benjamin DiPietro | 1/8/2024 | 2 hour(s) | Prepared files for subpoena |
| Benjamin DiPietro | 1/8/2024 | 1 hour(s) | Internal call re subpoena |
| Benjamin DiPietro | 1/8/2024 | 1 hour(s) | Call with Sidley re Sunpoena |
| Jason Roden | 1/8/2024 | 2 hour(s) | Prepared files for subpoena |
| Jason Roden | 1/8/2024 | 1 hour(s) | Internal call re subpoena |
| Jason Roden | 1/8/2024 | 1 hour(s) | Call with Sidley re Sunpoena |
| Michael DiYanni | 1/9/2024 | 1 hour(s) | Call with advisors |
| Barak Klein | 1/9/2024 | 1 hour(s) | Call with advisors |
| Brendon Barnwell | 1/9/2024 | 1 hour(s) | Call with advisors |
| Benjamin DiPietro | 1/9/2024 | 1 hour(s) | Prepared internal analysis |
| Jason Roden | 1/9/2024 | 3 hour(s) | Prepared internal analysis |
| Michael DiYanni | 1/11/2024 | 1 hour(s) | Call with Sidley re Sunpoena |
| Barak Klein | 1/11/2024 | 1 hour(s) | Call with Sidley re Sunpoena |
| Brendon Barnwell | 1/11/2024 | 2 hour(s) | Discussions with counsel re subpoena; prep for same |
| Benjamin DiPietro | 1/11/2024 | 2 hour(s) | Prepared valuation analysis |
| Olivier Backes | 1/11/2024 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 1/11/2024 | 1 hour(s) | Call with A&M re financial analysis |
| Olivier Backes | 1/11/2024 | 4 hour(s) | Financial analysis |
| Jason Roden | 1/11/2024 | 4 hour(s) | Prepared financial analysis |
| Michael DiYanni | 1/12/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Barak Klein | 1/12/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Brendon Barnwell | 1/12/2024 | 1 hour(s) | Call with company and company advisors re proposal |
| Benjamin DiPietro | 1/12/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Olivier Backes | 1/12/2024 | 3 hour(s) | Financial analysis |
| Olivier Backes | 1/12/2024 | 1 hour(s) | General administrative / scheduling functions |
| Olivier Backes | 1/12/2024 | 1 hour(s) | Call with Management, Cleary, A&M re potential strawman |
| Jason Roden | 1/12/2024 | 2 hour(s) | Prepared analysis re proposals |
| Jason Roden | 1/12/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Olivier Backes | 1/13/2024 | 2 hour(s) | Financial analysis |
| Benjamin DiPietro | 1/14/2024 | 3 hour(s) | Prepared valuation analysis |
| Olivier Backes | 1/14/2024 | 1 hour(s) | Financial analysis |
| Jason Roden | 1/14/2024 | 4 hour(s) | Prepared financial analysis |
| Michael DiYanni | 1/15/2024 | 1 hour(s) | Call with debtor advisors / BRG |
| Michael DiYanni | 1/15/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Michael DiYanni | 1/15/2024 | 1 hour(s) | Call with advisors |
| Barak Klein | 1/15/2024 | 1 hour(s) | Call with debtor advisors / BRG |
| Barak Klein | 1/15/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Barak Klein | 1/15/2024 | 1 hour(s) | Call with advisors |
| Brendon Barnwell | 1/15/2024 | 1 hour(s) | Call with company advisors and UCC advisors |
| Benjamin DiPietro | 1/15/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Olivier Backes | 1/15/2024 | 2 hour(s) | Financial analysis |
| Jason Roden | 1/15/2024 | 1 hour(s) | Call with Company, Cleary and A&M re proposal |
| Michael DiYanni | 1/16/2024 | 1 hour(s) | Internal call re financial analysis |
| Barak Klein | 1/16/2024 | 1 hour(s) | Internal call re financial analysis |
| Brendon Barnwell | 1/16/2024 | 2 hour(s) | Reviewed financial analysis; internal calls re same |
| Benjamin DiPietro | 1/16/2024 | 1 hour(s) | Internal call re financial analysis |
| Benjamin DiPietro | 1/16/2024 | 1 hour(s) | Prepared financial analysis |
| Benjamin DiPietro | 1/16/2024 | 1 hour(s) | Internal legal call |
| Jason Roden | 1/16/2024 | 1 hour(s) | Internal call re financial analysis |
| Jason Roden | 1/16/2024 | 2 hour(s) | Prepared financial analysis |
| Brian Tichenor | 1/18/2024 | 2 hour(s) | Genesis Hearing - Claims Objections |
| Jason Soto | 1/18/2024 | 2 hour(s) | Genesis Hearing - Claims Objections |
| Andrew Swift | 1/18/2024 | 2 hour(s) | Genesis Hearing - Claims Objections |
| Jared Dermont | 1/18/2024 | 2 hour(s) | Genesis Hearing - Claims Objections |
| Michael DiYanni | 1/18/2024 | 1 hour(s) | Call with A&M re recovery model |
| Michael DiYanni | 1/18/2024 | 2 hour(s) | Genesis Hearing - Claims Objections |
| Barak Klein | 1/18/2024 | 1 hour(s) | Call with A&M re recovery model |
| Barak Klein | 1/18/2024 | 2 hour(s) | Genesis Hearing - Claims Objections |
| Brendon Barnwell | 1/18/2024 | 1 hour(s) | Call with company advisors re distribution principles |
| Brendon Barnwell | 1/18/2024 | 2 hour(s) | Court hearing |
| Olivier Backes | 1/18/2024 | 1 hour(s) | Dataroom and diligence process management |
| Jason Roden | 1/18/2024 | 1 hour(s) | General administrative / scheduling functions |
| Olivier Backes | 1/19/2024 | 1 hour(s) | Dataroom and diligence process management |
| Olivier Backes | 1/19/2024 | 1 hour(s) | Financial analysis |
| Michael DiYanni | 1/22/2024 | 3 hour(s) | Discussion with advisors |
| Barak Klein | 1/22/2024 | 3 hour(s) | Discussion with advisors |
| Brendon Barnwell | 1/22/2024 | 3 hour(s) | Call with advisors |
| Olivier Backes | 1/25/2024 | 1 hour(s) | Dataroom and diligence process management |
| Jason Roden | 1/25/2024 | 1 hour(s) | General administrative / scheduling functions |
| Michael DiYanni | 1/30/2024 | 1 hour(s) | Proposal discussion |
| Barak Klein | 1/30/2024 | 1 hour(s) | Proposal discussion |
| Brendon Barnwell | 1/30/2024 | 1 hour(s) | Discussions re proposal |
| | | **154 hour(s)** | |

## EXHIBIT B — EXPENSE SUPPLEMENT

| Category | |
|---|---|
| Legal Fees | $150,967.50 |
| **Total Expense Payment Requested** | **$150,967.50** |