CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>                            Plaintiff,<br>v.<br><br>Digital Currency Group, Inc.<br><br>                            Defendant. | Adv. Pro. No. 23-01168 (SHL) |
| Genesis Global Capital, LLC,<br><br>                            Plaintiff,<br>v.<br><br>DCG International Investments Ltd.<br><br>                            Defendant. | Adv. Pro. No. 23-01169 (SHL) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| | |
|---|---|
| Gemini Trust Co., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Genesis Global Holdco, LLC,<br><br>      Defendant. | Adv. Pro. No. 23-01192 (SHL) |
| Genesis Global Capital, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Gemini Trust Co., LLC,<br><br>      Defendant. | Adv. Pro. No. 23-01203 (SHL) |

**AMENDED AGENDA FOR HEARING TO BE HELD**
**APRIL 16, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**  April 16, 2024, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**  Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The April 16 hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the April 16 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the April 16 Hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

| | |
|---|---|
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website. |

## AMENDED AGENDA FOR APRIL 16 HEARING

**Matters to be Heard at April 16 Hearing:**

**I. Uncontested Matters**

1. **Gemini Settlement Agreement:** *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors.*  ECF No. 1499; ECF No. 49, Adv. Pro. No. 23-01192; ECF No. 16, Adv. Pro. No. 23-01203

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **Responses:**

    a. *Limited Reservation of Rights Regarding Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors.*  ECF No. 1562.

    iii. **Related Pleadings:**

    a. *Gemini Trust Company, LLC's Statement in Support of Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors .*  ECF No. 1500.

    b. *Notice of Corrected Exhibit E to Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors.*  ECF No. 1505.

    c. *Affidavit of Compliance Regarding Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors.*  ECF No. 1554.

    d. *Notice of Withdrawal of Reservation of Rights Regarding Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc*

3

> *Group of Genesis Lenders and the Official Committee of Unsecured Creditors (Doc. No. 1499).* ECF No. 1571.
>
> e. *Notice of Revised Proposed Order Approving Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders and the Official Committee of Unsecured Creditors.* ECF No. 1582.

    **iv.**    **Status:** A revised proposed order has been filed and the matter is going forward.

**2. Gemini Master Claim Stipulation and Order:** *Stipulation and Order By and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders, Allowing the Gemini Master Claim (Claim No. 356).* ECF No. 1393.

    **i.**    **General Response Deadline:** March 18, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    **ii.**    **Responses:**

> a. *Objection of SOF International, LLC to Notice of Filing of Stipulation and Order By and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders, Allowing the Gemini Master Claim (Claim No. 356).* ECF No. 1494.

    **iii.**    **Related Pleadings:**

> a. *Notice of Adjournment and Hearing of Debtors' Stipulation and Order By and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders, Allowing the Gemini Master Claim (Claim No. 356).* ECF No. 1504.
>
> b. *Affidavit of Compliance Regarding Stipulation and Order.* ECF No. 1553.
>
> c. *Notice of Withdrawal of Objection of SOF International LLC to Notice of Filing of Stipulation and Order By and Between the Debtors and Gemini Trust Company, LLC, on Behalf of Gemini Lenders, Allowing the Gemini Master Claim (Claim No. 356).* ECF No. 1569.

    **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

**3. Twenty-Fourth Omnibus Claims Objection:** *Debtors' Twenty-Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Late Filed).* ECF No. 1474.

    **i.**    **General Response Deadline:** April 5, 2024 at 4:00 P.M (Prevailing Eastern Time)

    **ii.**    **No Objections**

    **iii.**    **No Related Pleadings**

    **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

4. **Twenty-Fifth Omnibus Claims Objection:** *Debtors' Twenty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1475.

    i. **General Response Deadline:** April 5, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Twenty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claims No. 1451.* ECF No. 1555.

    iv. **Status:** A proposed order has been filed and the matter is going forward with respect to all claims listed in the Twenty-Fifth Omnibus Objection except Claim No. 1451. The hearing on Claim No. 1451 has been adjourned to May 8, 2024 at 11:00 A.M. (Prevailing Eastern Time).

5. **Twenty-Sixth Omnibus Claims Objection:** *Debtors' Twenty-Sixth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1476.

    i. **General Response Deadline:** April 5, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

6. **Twenty-Seventh Omnibus Claims Objection:** *Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability and Co-Liability Contingent).* ECF No. 1477.

    i. **General Response Deadline:** April 5, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

        a. *Notice of Debtors' Revised Proposed Order Granting Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability and Co-Liability Contingent).* ECF No. 1552.

    iv. **Status:** A revised proposed order has been filed and the matter is going forward.

II. **Professionals' Fee Applications**

5

1. **Cleary Gottlieb Steen & Hamilton Third Interim Fee Application:** *Third Application of Cleary Gottlieb Steen & Hamilton LLP, Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1488.

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

        a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

        b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

    iv. **Status:** A proposed order has been filed and the matter is going forward.

2. **Alvarez & Marsal North America, LLC Third Interim Fee Application:** *Third Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2023 through and including January 31, 2024.* ECF No. 1495.

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

        a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

        b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

    iv. **Status:** A proposed order has been filed and the matter is going forward.

3. **Grant Thornton LLP Second Interim Fee Application:** *Second Interim Fee Application of Grant Thornton LLP as Tax Advisors to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 through January 31, 2024.* ECF No. 1479.

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

      **iii.**    **Related Pleadings:**

          a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

          b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

      **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

4. **M3 Advisory Partners, LP Third Interim Fee Application:** *Third Interim Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Debtors for the Interim Fee Period from October 1, 2023 through January 31, 2024.* ECF No. 1478.

      **i.**    **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

      **ii.**    **No Objections**

      **iii.**    **Related Pleadings:**

          a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

          b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

      **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

5. **Morrison Cohen LLP Third Interim Fee Application:** *Third Interim Application of Morrison Cohen LLP, Special Litigation and Enforcement Counsel to the Debtors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2023 through January 31, 2024.* ECF No. 1491.

      **i.**    **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

      **ii.**    **No Objections**

      **iii.**    **Related Pleadings:**

          a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

          b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

      **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

6. **Kroll Restructuring Administration LLC Second Interim Fee Application:** *Second Interim Fee Application of Kroll Restructuring Administration LLC, as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2023 through January 31, 2024.* ECF No. 1473.

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

        a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

        b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

    iv. **Status:** A proposed order has been filed and the matter is going forward.

7. **Moelis & Company LLC Third Interim Fee Application:** *Third Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from October 1, 2023 through and including January 31, 2024.* ECF No. 1480.

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

        a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

        b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

    iv. **Status:** A proposed order has been filed and the matter is going forward.

8. **White & Case LLP Third Interim Fee Application:** *Third Interim Fee Application of White & Case LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2023 through January 31, 2024.* ECF No. 1492.

    i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

      a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

      b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

   iv. **Status:** A proposed order has been filed and the matter is going forward.

9. **Berkeley Research Group, LLC Third Interim Fee Application:** *Third Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from October 1, 2023 through January 31, 2024.* ECF No. 1497.

   i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

   ii. **No Objections**

   iii. **Related Pleadings:**

      a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

      b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

   iv. **Status:** A proposed order has been filed and the matter is going forward.

10. **Houlihan Lokey Capital, Inc. Third Interim Fee Application:** *Third Interim Fee Application of Houlihan Lokey Capital, Inc., Investment Banker for the Official Committee of Unsecured Creditors of Genesis Global Holdco, et al., for Compensation and Reimbursement of Expenses for the Period of October 1, 2023 through January 31, 2024.* ECF No. 1493.

   i. **General Response Deadline:** April 9, 2024 at 4:00 P.M. (Prevailing Eastern Time)

   ii. **No Objections**

   iii. **Related Pleadings:**

      a. *Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1489.

      b. *Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 through January 31, 2024.* ECF No. 1503

   iv. **Status:** A proposed order has been filed and the matter is going forward.

III. <u>**Matters not Going Forward**</u>

1. **Setoff Motion:** *Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1374.

    i. **General Response Deadline:** March 8, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **Responses:**

        a. *Objection of Chainview Capital Fund, LP to Debtors' Motion for (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1442.

        b. *Objection of David Morton to Debtors' Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations.* ECF No. 1443.

    iii. **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1451.

        b. *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1560.

    iv. **Status:** This matter has been adjourned to May 8, 2024 at 11:00 A.M. (Prevailing Eastern Time).

2. **Eighteenth Omnibus Claims Objection:** *Debtors' Eighteenth Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1120.

    i. **General Response Deadline:** January 23, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **Responses:**

        a. *Response in Opposition to Debtors' Objection to Claim Nos. 375, 398, and 408 in Eighteenth Omnibus Objection to Certain Claims.* ECF No. 1187.

    iii. **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1167.

        b. *Notice of Debtors' Revised Proposed Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11*

10

    *U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to the Silbert Claims.* ECF No. 1208.

   c. *Revised Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1300.

   d. *Notice of Further Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to Claim Nos. 373, 398 and 408.* ECF No. 1406.

   e. *Notice of Further Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to Claim Nos. 373, 398 and 408.* ECF No. 1565.

  iv. **Status:** This matter has been adjourned solely with respect to Claim Nos. 373, 398 and 408 to May 8, 2024 at 11:00 A.M. (Prevailing Eastern Time).

3. **Twenty-Third Omnibus Claims Objection:** *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1315.

  i. **General Response Deadline:** March 8, 2024 at 4:00 P.M (Prevailing Eastern Time)

  ii. **Responses:**

   a. *Response and Reservation of Rights of GPD Holdings LLC d/b/a CoinFlip to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1436.

   b. *Supplemental Response and Memorandum of Law of GPD Holdings LLC d/b/a CoinFlip as to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1557.

  iii. **Related Pleadings:**

   a. *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim Nos. 223, 353 and 810 .* ECF No. 1454.

   b. *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim No. 223.* ECF No. 1522.

      c. *Order Granting Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability)*.  ECF No. 1526.

      d. *Notice of Filing of Stipulation By and Among the Debtors and GPD Holdings LLC d/b/a CoinFlip Regarding the Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability)*.  ECF No. 1541.

      e. *Stipulation By and Among the Debtors and DGR Capital LLC Regarding the Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) and Proposed Order*.  ECF No. 1545.

      f. *Notice of Withdrawal of the Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim No. 353*.  ECF No. 1566.

      g. *Notice of Further Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim No. 810*.  ECF No. 1570.

      h. *Notice of Withdrawal of Claim*.  ECF No. 1576.

   iv. **Status:** This matter has been adjourned with respect to Claim No. 223 to May 8, 2024 at 11:00 A.M. (Prevailing Eastern Time).  This matter has been adjourned *sine die* with respect to Claim No. 810 and the parties will file a notice of adjourned hearing once established by the Court.  The Debtors have withdrawn the Twenty-Third Omnibus Objection with respect to Claim No. 353.

## IV. Adversary Proceeding Matters not Going Forward:

1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

   i. **Related Pleadings:**

      a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

      b. *Notice of Adjournment and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 29, Adv. Pro. No. 23-01168.

      c. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against Digital Currency Group, Inc.* ECF No. 30, Adv. Pro. No. 23-01168.

    ii. **Status:** This pretrial conference has been adjourned to May 8, 2024 at 11:00 A.M. (Prevailing Eastern Time).

2. **Pre-Trial Conference**: *Complaint against DCG International Investments Ltd.* ECF No. 1, Adv. Pro. No. 23-01169.

    iii. **Related Pleadings:**

        a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

        b. *Notice of Adjournment and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 29, Adv. Pro. No. 23-01169.

        c. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 31, Adv. Pro. No. 23-01169.

    iv. **Status:** This pretrial conference has been adjourned to May 8, 2024 at 11:00 A.M. (Prevailing Eastern Time).

| | |
|---|---|
| Dated: April 15, 2024<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors<br>and Debtors-in-Possession* |