B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern          New York

In re Genesis Global Holdco, LLC, et al.          ,          Case No. 23-10063

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____          _____
Name of Transferee          Name of Transferor

Name and Address where notices to transferee should be sent:

[redacted]

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

[redacted]

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: [redacted]
Date Claim Filed: 03/29/2024

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By [redacted signature]          Date: 09 April 2024
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.