B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern        New York

In re Genesis Global Holdco, LLC, et al.        ,        Case No. 23-10063

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

▬▬▬▬▬▬▬▬▬▬▬
Name of Transferee

▬▬▬▬▬▬▬▬▬▬▬
Name of Transferor

**Name and Address where notices to transferee should be sent:**

▬▬▬▬▬▬

Phone: _____
Last Four Digits of Acct #: _____

**Court Claim # (if known):** _____
**Amount of Claim:** ▬▬▬▬
**Date Claim Filed:** 03/29/2024

Phone: _____
Last Four Digits of Acct. #: _____

**Name and Address where transferee payments should be sent (if different from above):**

▬▬▬▬▬▬

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ▬▬▬▬▬▬▬▬▬▬▬    Date: 09 April 2024
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.