UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

**ORDER GRANTING DEBTORS'
TWENTY-FIFTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS
PURSUANT TO 11 U.S.C § 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

Upon the *Debtors' Twenty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the No Liability Claims identified on Exhibit 1, Exhibit 2 and Exhibit 3 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Twenty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*, attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the No Liability Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]     Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the No Liability Claims identified on Exhibit 1, Exhibit 2 and Exhibit 3 attached hereto.

2. Each of the No Liability Claims identified on Exhibit 1, Exhibit 2 and Exhibit 3 is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. This Order shall be deemed a separate Order with respect to each of the No Liability Claims identified on Exhibit 1, Exhibit 2 and Exhibit 3.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

5. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors or the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors or the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: April 19, 2024
      White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Fifth Omnibus Objection
## Exhibit 1 - No Books and Records Claims

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 1540 | Genesis Global Capital, LLC | 2/29/2024* | GUSD 9,210 USD 9,210 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 1514 | Genesis Global Holdco, LLC | 2/24/2024* | USD 534.57 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 3 | NAME REDACTED ADDRESS REDACTED | 1427 | Genesis Global Capital, LLC | 1/28/2024* | ZRX 110 MATIC 126 LINK 48 MANA 41 ETH 1.29 FTM 34 USD 3,885 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 1499 | Genesis Global Holdco, LLC | 2/21/2024* | AMP 52,000 LINK 100 USD 4,000 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 1508 | Genesis Global Capital, LLC | 2/22/2024* | BTC 0.06108423 ETH 0.52772034 DOT 36.395373† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 6 | NAME REDACTED ADDRESS REDACTED | 1433 | Genesis Global Holdco, LLC | 1/31/2024* | REN 470.66042702 BTC 0.00937712 CRV 60.77544908 ETH 0.18475719 KNC 145.2913343† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 7 | NAME REDACTED ADDRESS REDACTED | 1428 | Genesis Global Holdco, LLC | 1/29/2024* | MATIC 2,787.21 USD 3,801.83 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Fifth Omnibus Objection
## Exhibit 1 - No Books and Records Claims

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 8 | NAME REDACTED ADDRESS REDACTED | 683 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 6/18/2023* | SUSHI 38.503307<br>MANA 190.613035<br>DOGE 5,742.491612<br>FIL 3.602109<br>USD 614.71 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 9 | NAME REDACTED ADDRESS REDACTED | 1533 | Genesis Global Holdco, LLC | 2/28/2024* | ETH 0.199797<br>UNI 3.2327759<br>USD 1,063 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 10 | NAME REDACTED ADDRESS REDACTED | 1518 | Genesis Global Holdco, LLC | 2/26/2024* | USD 5,000† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 11 | NAME REDACTED ADDRESS REDACTED | 1516 | Genesis Global Holdco, LLC | 2/26/2024* | BTC 0.014<br>SHIB 3.3<br>DOGE 0.045<br>ETH 0.000862<br>ETC 17.58<br>USD 8 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 12 | NAME REDACTED ADDRESS REDACTED | 1524 | Genesis Global Holdco, LLC | 2/27/2024* | LTC 49† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 13 | NAME REDACTED ADDRESS REDACTED | 1454 | Genesis Global Holdco, LLC | 2/8/2024* | USD 52,451 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Fifth Omnibus Objection
## Exhibit 1 - No Books and Records Claims

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 14 | NAME REDACTED ADDRESS REDACTED | 1531 | Genesis Global Holdco, LLC | 2/28/2024* | MATIC 898.810923<br>LINK 51.456704<br>ETH 1.179041<br>FTM 669.400558<br>USD 6,500 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 15 | NAME REDACTED ADDRESS REDACTED | 1504 | Genesis Global Holdco, LLC | 2/22/2024* | USD 3,400 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 16 | NAME REDACTED ADDRESS REDACTED | 1443 | Genesis Global Holdco, LLC | 2/5/2024* | FTM 114† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 17 | NAME REDACTED ADDRESS REDACTED | 1538 | Genesis Global Holdco, LLC | 2/29/2024* | MATIC 1,969.268204<br>LINK 67.907409<br>SNX 7.425432<br>ETH 0.280463<br>ZRX 104.535577<br>USD 4,485.61† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 18 | NAME REDACTED ADDRESS REDACTED | 1510 | Genesis Global Holdco, LLC | 2/22/2024* | AMP 50,844.528493<br>AXS 1.01486<br>LINK 10.19455<br>ETH 0.000209<br>FIL 1.535527<br>ZEC 4.227762† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 19 | NAME REDACTED ADDRESS REDACTED | 1498 | Genesis Global Holdco, LLC | 2/20/2024* | BTC 0.01002722<br>ETH 0.178016 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 20 | NAME REDACTED ADDRESS REDACTED | 1453 | Genesis Global Holdco, LLC | 2/7/2024* | FTM 68.279768<br>DOGE 330.503647<br>USD 51.68 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

## Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Fifth Omnibus Objection
### Exhibit 1 - No Books and Records Claims

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 21 | NAME REDACTED<br>ADDRESS REDACTED | 1423 | Genesis Global Holdco, LLC | 1/27/2024* | USD 96.01 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 22 | NAME REDACTED<br>ADDRESS REDACTED | 1520 | Genesis Global Holdco, LLC | 2/26/2024* | AMP 12,357.903115<br>BTC 0.01540243<br>STORJ 129.421544<br>DOGE 2,909.835284<br>ETH 0.018616<br>LTC 1.13741<br>USD 1,900 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 23 | NAME REDACTED<br>ADDRESS REDACTED | 1467 | Genesis Global Capital, LLC | 2/12/2024* | BTC 0.00684707<br>DOGE 0.00863567<br>ETH 0.02610078<br>USD 500† |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 24 | NAME REDACTED<br>ADDRESS REDACTED | 1481 | Genesis Global Holdco, LLC | 2/16/2024* | AMP 5<br>ANKR 574<br>FTM 85.4<br>USD 866 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 25 | NAME REDACTED<br>ADDRESS REDACTED | 1539 | Genesis Global Capital, LLC | 3/1/2024* | AMP 22,207.1369054<br>ANKR 2,880.12140009<br>BAT 36.75967577<br>FIL 0.00000001<br>USD 208.28 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |
| 26 | NAME REDACTED<br>ADDRESS REDACTED | 1489 | Genesis Global Holdco, LLC | 2/17/2024* | APE 5.178949<br>BTC 0.00248611<br>LINK 3.263678<br>SOL 0.776305<br>PEPE 36,766,730.231703<br>USD 4 |
| | *Reason: Insufficient documentation and inconsistent with the Debtors' books and records.* | | | | |

†Indicates claim contains unliquidated and/or undetermined amounts
*Claim was filed after the General Bar Date

# Genesis Global Holdco, LLC Case No. 23-10063
## Twenty-Fifth Omnibus Objection
## Exhibit 2 - Satisfied and Released Claims

### CLAIMS TO BE DISALLOWED

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 390 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/21/23 | USD 4,598.63 |
| | *Reason: Outstanding obligations satisfied and claims arising from employment released by agreement.* | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 362 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/22/23 | SGD 5,362.5 USD 7,976 |
| | *Reason: Outstanding obligations satisfied and claims arising from employment released by agreement.* | | | | |

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Fifth Omnibus Objection**
**Exhibit 3 - Claim No. 206**

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT |
|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 206 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 05/09/23 | USD 3,700 |
| | *Reason: Outstanding obligation satisfied.* | | | | |