UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### ORDER GRANTING DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (LATE FILED)

Upon the *Debtors' Twenty-Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Late Filed)* (the "Objection")[2] filed by the debtors in the above-captioned case (the "Debtors"), requesting entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging in full each of the Late Filed Claims identified on Exhibit 1 attached hereto (the "Order"); and upon the *Declaration of Paul Kinealy in Support of Debtors' Twenty-Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Late Filed),* attached to the Objection as Exhibit B; and upon all other documentation filed in connection with the Objection and the Late Filed Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons stated in the Objection, the Objection is GRANTED with respect to each of the Late Filed Claims identified on <u>Exhibit 1</u> attached hereto.

2. Each of the Late Filed Claims identified on <u>Exhibit 1</u> is hereby disallowed in full and shall be automatically expunged from the Claims Register.

3. This Order shall be deemed a separate Order with respect to each of the Late Filed Claims identified on <u>Exhibit 1</u>.  Any appeal and/or stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors, the Debtors' claims agent, Kroll Restructuring Administration LLC, and the clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order, including updating the Claims Register to reflect the relief granted herein.

5. Except as provided in this Order, nothing in this Order shall be deemed (i) an admission or finding as to the validity of any Claim against a Debtor, (ii) a waiver of the right of the Debtors of the Official Committee of Unsecured Creditors to dispute any Claim against any Debtor on any grounds whatsoever at a later date, (iii) a promise by or requirement on any Debtor to pay any Claim, or (iv) a waiver of the rights of the Debtors of the Official Committee of Unsecured Creditors under the Bankruptcy Code or any other applicable law.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: April 19, 2024
    White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Fourth Omnibus Objection**
**Exhibit 1 - Late Filed Claims**

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 1 | NAME REDACTED ADDRESS REDACTED | 1409 | Genesis Global Capital, LLC | 01/22/24 | SOL 1,950.82 USD 1,950.82 | | |
| | *Reason: Filed after the General Bar Date.* | | | | | | |
| 2 | NAME REDACTED ADDRESS REDACTED | 1246 | Genesis Global Capital, LLC | 12/13/23 | ZRX 1,000<br>1INCH 1,000<br>AAVE 1,000<br>ALCX 1,000<br>ALGO 1,000<br>AMP 10,000<br>ANKR 10,000<br>APE 10,000<br>AXS 10,000<br>BAL 10,000<br>BitDAO 10,000<br>BNT 10,000<br>BAT 10,000<br>BNB 10,000<br>BTC 1,000<br>BCH 10,009<br>BSV 10,000<br>ADA 1,000,000<br>LINK 1,000,000<br>CHZ 100,000<br>COMP 100,000<br>ATOM 1,000<br>CRV 10,000<br>MANA 10,000<br>DOGE 1,000,000<br>EOS 1,000,000 | ETH 1,000<br>ETC 100,000<br>ETHW 10,000<br>FTM 10,000<br>FET 1,000,000<br>FIL 1,000,000<br>FLOW 10,000<br>GUSD 100,000<br>HNT 10,000<br>ZEN 10,000<br>INJ 10,000<br>KSM 1,000<br>KNC 1,000<br>LTC 1,000<br>LPT 1,000<br>LRC 1,000<br>MKR 1,000<br>GLMR 1,000<br>DAI 10,000<br>NEAR 10,000<br>NEO 10,000<br>OXT 10,000<br>PAXG 10,000<br>DOT 10,000<br>MATIC 10,000<br>RLY 10,000 | REN 10,000<br>RBN 10,000<br>SRM 10,000<br>SHIB 1,000,000<br>SKL 1,000,000<br>XLM 10,000<br>STORJ 100,000<br>SUSHI 10,000<br>SNX 10,000<br>LUNC 10,000<br>USTC 1,000,000<br>USDT 100,000<br>XTZ 10,000<br>GRT 10,000<br>SAND 10,000<br>TOKE 10,000<br>TRX 1,000,000<br>UMA 10,000<br>UNI 10,000<br>USD 3,228,650<br>USDC 100,000<br>WBTC 1,000<br>WLUNA 1,000<br>XRP 10,000<br>YFI 1,000<br>ZEC 100,000 |
| | *Reason: Filed after the General Bar Date.* | | | | | | |

**Genesis Global Holdco, LLC Case No. 23-10063**
**Twenty-Fourth Omnibus Objection**
**Exhibit 1 - Late Filed Claims**

**CLAIMS TO BE DISALLOWED**

| # | NAME & ADDRESS | CLAIM # | ASSERTED DEBTOR | DATE FILED | TOTAL ASSERTED IN KIND AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 3 | NAME REDACTED ADDRESS REDACTED | 1247 | Genesis Asia Pacific Pte. Ltd. (Singapore) | 12/13/23 | ZRX 1,000<br>1INCH 1,000<br>AAVE 1,000<br>ALCX 1,000<br>ALGO 10,000<br>AMP 1,000<br>ANKR 1,000<br>APE 10,000<br>AXS 1,000<br>BAL 1,000<br>BitDAO 1,000<br>BNT 1,000<br>BAT 1,000<br>BNB 1,000<br>BTC 100<br>BCH 1,000<br>BSV 10,000<br>ADA 1,000<br>LINK 1,000<br>CHZ 1,000<br>COMP 10,000<br>ATOM 10,000<br>CRV 10,009<br>MANA 10,000<br>DOGE 10,000<br>EOS 1,000<br>ETH 10,000 | ETC 1,000<br>ETHW 1,000<br>FTM 10,000<br>FET 10,000<br>FIL 10,000<br>FLOW 10,000<br>GUSD 100,000<br>HNT 1,000<br>ZEN 100<br>INJ 100<br>KSM 1,000<br>KNC 1,000<br>LTC 1,000<br>LPT 1,000<br>LRC 1,000<br>MKR 1,000<br>GLMR 1,000<br>DAI 10,000<br>NEAR 1,000<br>NEO 1,000<br>OXT 10,000<br>PAXG 1,000<br>DOT 10,000<br>MATIC 1,000<br>RLY 1,009<br>REN 1,000<br>RBN 1,000 | SRM 1,000<br>SHIB 1,000,000<br>SKL 1,000<br>SOL 1,000<br>XLM 10,000<br>STORJ 10,000<br>SUSHI 10,000<br>SNX 10,000<br>LUNC 10,000<br>USTC 1,000<br>USDT 10,000<br>XTZ 1,000<br>GRT 1,000<br>SAND 10,000<br>TOKE 10,000<br>TRX 10,000<br>UMA 10,000<br>UNI 1,000<br>USD 2,128,650<br>USDC 100,000<br>WBTC 100<br>WLUNA 1,000<br>XRP 10,000<br>YFI 100<br>ZEC 10,000 | | |
| | *Reason: Filed after the General Bar Date.* | | | | | | |
| 4 | NAME REDACTED ADDRESS REDACTED | 1450 | Genesis Global Capital, LLC | 02/06/24 | USD 315,000 | | |
| | *Reason: Filed after the General Bar Date.* | | | | | | |
| 5 | NAME REDACTED ADDRESS REDACTED | 1265 | Genesis Global Holdco, LLC | 12/13/23 | USD 21,000 | | |
| | *Reason: Filed after the General Bar Date.* | | | | | | |