UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered<br><br>Related Docket Nos.<br>1473, 1478, 1479, 1480, 1488,<br>1491, 1492, 1493, 1495, 1497 |

**OMNIBUS ORDER GRANTING APPLICATIONS
FOR ALLOWANCE OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THIRD INTERIM FEE PERIOD**

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses for professional services rendered and expenses incurred during the period commencing October 1, 2023 through January 31, 2024 (except as otherwise indicated) (the "Applications"); and a hearing having been held before this court to consider the Applications on April 16, 2024; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached Schedules.

Dated: April 19, 2024

                                  */s/ Sean H. Lane*
                                  UNITED STATES BANKRUPTCY JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Case No.: 23-10063 (SHL)  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: In re Genesis Global Holdco, LLC  October 1, 2023 – January 31, 2024
(except as otherwise indicated)

| (1) Applicant | (2) Date/Document Number of Application (and time period) | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (i.e., 95% of Fees Allowed) | (6) Fees to be Paid for Prior Fee Period(s)[2] | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Mar. 15, 2024, ECF No. 1488 (Sept. 1, 2023 through Jan. 31, 2024) | $19,221,238.50 | $19,221,238.50 | $18,260,176.58 | $1,831,000.60 | $20,091,177.17 | $315,196.26 | $315,196.26 |
| Morrison & Cohen LLP | Mar. 18, 2024, ECF No. 1491 (Oct. 1, 2023 through Jan. 31, 2024) | $168,061.50 | $168,061.50 | $159,658.43 | $57,119.13 | $216,777.56 | $113.60 | $113.60 |
| Alvarez & Marsal North America, LLC | Mar. 18, 2024, ECF No. 1495 (Sept. 1, 2023 through Jan. 31, 2024) | $4,332,115.00 | $4,332,115.00 | $4,115,509.25 | $399,581.06 | $4,515,090.31 | $895.97 | $895.97 |
| Moelis & Company, LLC | Mar. 15, 2024, ECF No. 1480 (Oct. 1, 2023 through Jan. 31, 2024) | $800,000.00 | $800,000.00 | $760,000.00 | $70,000.00 | $830,000.00 | $167,206.98 | $167,206.98 |
| M3 Advisory Partners LLP | Mar. 15, 2024, ECF No. 1478 (Oct. 1, 2023 through Jan. 31, 2024) | $11,970.00 | $11,970.00 | $11,371.50 | $64,594.82 | $75,966.32 | $0.00 | $0.00 |

---

[2] The amounts in column (6) represent a Holdback Release equal to the sum of 5% of Allowed Fees for each of First and Second Interim Fee Periods.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grant Thornton LLP | Mar. 15, 2024, ECF No. 1479 (Oct. 1, 2024 through Jan. 31, 2024) | $4,420.00 | $4,420.00 | $4,199.00 | $3,731.77 | $7,930.77 | $7,540.70 | $7,540.70 |
| White & Case LLP | Mar. 18, 2024, ECF No. 1492 (Oct. 1, 2023 through Jan. 31, 2024) | $6,637,806.00 | $6,637,806.00 | $6,305,915.70 | $663,789.95 | $6,969,705.65 | $18,560.56 | $18,560.56 |
| Houlihan Lokey Capital Inc. | Mar. 18, 2024, ECF No. 1493 (Oct. 1, 2023 through Jan. 31, 2024) | $600,000.00 | $600,000.00 | $570,000.00 | $57,053.57 | $627,053.57 | $19,121.01 | $19,121.01 |
| Berkeley Research Group, LLC | Mar. 18, 2024, ECF No. 1497 (Oct. 1, 2023 through Jan. 31, 2024) | $4,022,411.00 | $4,022,411.00 | $3,821,290.45 | $469,734.43 | $4,291,024.88 | $18,305.16 | $18,305.16 |
| Kroll Restructuring Administration LLC | Mar. 15, 2024 ECF No. 1473 (Oct. 1, 2023 through Jan. 31, 2024) | $63,172.04 | $63,172.04 | $60,013.44 | $1,155.70 | $61,169.14 | $0 | $0 |
| Seward & Kissel LLP | N/A | $0 | $0 | $0 | $7,720.00[3] | $7,720.00 | $0 | $0 |
| Kobre & Kim LLP | N/A | $0 | $0 | $0 | $18,933.68[4] | $18,933.68 | $0 | $0 |

**DATE ON WHICH ORDER WAS SIGNED: 4-19-2024**          **INITIALS: SHL USBJ**

---

[3]  This amount consists of 15% of the fees requested in Seward & Kissel LLP's First and Second Interim Fee Applications, ECF Nos. 684, 929.

[4]  This amount consists of 15% of the fees requested in Kobre & Kim LLP's First Monthly Statement, ECF No. 233.