CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE FOR CLAIMANTS WHO MAY BE INTERESTED
IN SELLING OR TRANSFERRING THEIR CLAIMS AGAINST THE DEBTORS**

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its affiliates Genesis Global Capital, LLC ("GGC") and Genesis Asia Pacific Pte. Ltd. ("GAP"), as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 4, 2023, the Court entered the *Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Proof of Claim Form, Bar Date Notices, and Mailing and Publication Procedures, (III) Implementing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

*Uniform Procedures Regarding 503(b)(9) Claims, and (IV) Providing Certain Supplemental Relief*, ECF No. 200, establishing May 22, 2023 as the general bar date by which most creditors were required to submit proofs of claim against the Debtors.

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2023, the Court entered the *Order Granting the Debtors' and the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information*, ECF No. 694 (the "Redaction Order"), pursuant to which the identities of individual and institutional lenders are redacted or kept under seal as set forth in such Order.

**PLEASE TAKE FURTHER NOTICE** that, in light of the inability of entities who may be interested in purchasing claims to identify creditors that are individual and institutional lenders due to the Redaction Order, the Debtors are filing the following list of certain entities known to have already purchased claims, or brokered the purchase of claims, in these cases[2] to facilitate the efforts of such creditors who may have interest in selling or transferring their respective claims against the Debtors:

**Cherokee Debt Acquisition, LLC**
Attn: Vladimir Jelisavcic
1384 Broadway, Suite 906
New York, NY 10018
vjel@cherokeeacq.com
https://claims-market.com/

**Ceratosaurus Investors, LLC**
c/o Farallon Cap. Management, LLC
Attn: Michael Linn
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Phone: 415-421-2132
mlinn@farralloncapital.com

**Marcos Holdings I LLC**
Attn: Steve Gillies
Attestor Value Master Fund LP c/o Attestor Ltd.
7 Seymour Street
W1H 7JW
London, UK
settlements@attestorcapital.com

---

[2] The Debtors will update this list upon request from any additional claims traders who contact the Debtors and express an interest in having their name(s) added.

**Canyon Capital Advisors LLC**
Attn: James Pagnam
2000 Avenue of the Starts, 11th Floor
Los Angeles, CA 90067
jpagnam@canyonpartners.com
legal@canyonpartners.com

**FTXCREDITOR, LLC**
Attn: Michael Bottjer
1509 Bent Ave.
Cheyenne, WY 82201
claims@genesiscreditor.com

**Seaport Loan Products, LLC**
c/o Seaport Global
Attn: James "Jack" Breit
360 Madison Ave, NY, NY, 10017
Phone: 646-459-6247
jbreit@seaportglobal.com

**PLEASE TAKE FURTHER NOTICE** that by filing this Notice, the Debtors are not providing legal advice, advocating for any creditor to engage in claims trading, or endorsing any of the above-listed parties. The Debtors take no position on whether or not creditors should sell or transfer their respective claims against the Debtors. You should consider obtaining the advice of an attorney regarding any potential sale or transfer of your claim.

|  |  |
|---|---|
| Dated: April 19, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>Andrew Weaver<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |