**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: : Chapter 11
:
**GENESIS GLOBAL HOLDCO, LLC**, *et al.*, [1] : **Case No. 23-10063 (SHL)**
:
Debtors. : **(Jointly Administered)**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTEENTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL,
INC., INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF GENESIS GLOBAL HOLDCO, LLC, ET AL., FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | |
|---|---|
| **Name of Applicant** | Houlihan Lokey Capital, Inc. |
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, et al., |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 13, 2023 |
| **Period for which compensation and reimbursement is sought** | February 1, 2024 through and including February 29, 2024 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $150,000.00 |
| **Current Fee Request** | $120,000.00 (80% of $150,000.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $9,601.05 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $129,601.05 |

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

| Total Fees and Expenses Inclusive of Holdback | $159,601.05 |
|---|---|
| **This is a(n):**     X monthly          ___interim application          ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

Pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**" or the "**Applicant**"), Investment Banker for the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits this Fourth Monthly Fee Statement (the "**Statement**") for the period of February 1, 2024 through and including February 29, 2024 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" are the time records of Applicant for this Monthly Fee Period organized by project category and professional with a daily time log explaining the time spent by each professional.

Applicant respectfully requests (i) compensation in the amount of $120,000.00, which represents 80% of fees for services rendered by Applicant as investment banker to the Official Committee of Unsecured Creditors during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $9,601.05.

Dated: April 19, 2024                                        Respectfully submitted,

                                                            By: _____

                                                            Brad Geer, Managing Director
                                                            **HOULIHAN LOKEY CAPITAL, INC.**
                                                            225 South 6th Street
                                                            Minneapolis, Minnesota 55402
                                                            Telephone: (612) 215-2249
                                                            Email:  bgeer@hl.com

# **EXHIBIT A**

Work Hours Summary

## Genesis Global Holdco, LLC - HL Work Hours Summary

*February 1, 2024 - February 29, 2024*

### Summary of Hours by Professional / Task Code

| Principal Professional | Title | Task Code | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | | |
| Saul Burian | Managing Director | 13.0 | 2.5 | 2.0 | 16.5 | – | | 34.0 |
| Bradley Geer | Managing Director | 46.0 | 24.5 | 46.0 | 50.5 | – | | 167.0 |
| David Cumming | Director | 34.0 | 14.5 | 31.5 | 28.5 | – | | 108.5 |
| Rijul Malik | Associate | 46.0 | 8.0 | 29.0 | 106.0 | – | | 189.0 |
| Braedon Kehoe | Analyst | 14.0 | – | 15.5 | 25.0 | – | | 54.5 |
| Odessa Fung | Analyst | 50.0 | 8.0 | 25.0 | 106.0 | – | | 189.0 |
| Nick Bevacqua | Analyst | 21.0 | – | 15.5 | 24.0 | – | | 60.5 |
| **Total** | | **224.0** | **57.5** | **164.5** | **356.5** | **–** | | **802.5** |

**Task Code Legend**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

# **EXHIBIT B**

Invoice

# Houlihan Lokey

**Invoice #  118609-13**

**PERSONAL & CONFIDENTIAL**                                        April 16, 2024

Genesis Global Capital, LLC                                        Client #  26011
250 Park Ave S, 5th Floor                                          Case #  119253
New York, NY 10003

| | | | |
|---|---|---:|---:|
| **Professional Fees** | | | |
| Monthly Fee due on February 6, 2024 | $ | 150,000.00 | |
| Professional Fees Due | | | $   150,000.00 |
| **Out of Pocket Expenses** | | | |
| Lodging | $ | 3,392.34 | |
| Airfare | | 3,946.13 | |
| Ground Transportation | | 1,427.55 | |
| Travel and Overtime Meals | | 778.03 | |
| Telephone and Data | | 57.00 | |
| Out of Pocket Expenses Due | | | $   9,601.05 |
| | | | |
| **TOTAL AMOUNT DUE AND PAYABLE** | | | **$   159,601.05** |

**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|:---:|:---:|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

# EXHIBIT C

Work Hours Details

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | Saul Burian |
|---|---|
| Total Hours: | 34.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 0.5 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/9/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/17/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/20/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| **Total** | | | | **34.0** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | Bradley Geer |
|---|---|
| Total Hours: | 167.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/2/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/2/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/5/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/5/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 3.5 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/6/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with Debtor Advisors | 1.0 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/8/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 4.0 |
| 2/9/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| 2/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/10/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.5 |
| 2/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/15/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 3.5 |
| 2/16/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/17/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/18/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/19/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/19/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/20/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/21/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/23/2024 | A | General Case Administration | Hearing Preparation | 3.0 |
| 2/23/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/25/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | Bradley Geer |
|---|---|
| Total Hours: | 167.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/25/2024 | A | General Case Administration | Travel | 6.0 |
| 2/25/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/26/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/27/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/27/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/27/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/28/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/29/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/29/2024 | A | General Case Administration | Travel | 6.0 |
| **Total** | | | | **167.0** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | David Cumming |
|---|---|
| Total Hours: | 108.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/2/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/2/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 2/5/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/6/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with Debtor Advisors | 1.0 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/8/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/15/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 3.5 |
| 2/16/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/17/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/18/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 2/19/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/19/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/21/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/23/2024 | A | General Case Administration | Hearing Preparation | 3.0 |
| 2/23/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/26/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/27/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/27/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/27/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |

**Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet**

*February 1, 2024 - February 29, 2024*

| Hours for: | David Cumming |
|---|---|
| Total Hours: | 108.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/28/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/29/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| **Total** | | | | **108.5** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | Rijul Malik |
|---|---|
| Total Hours: | 189.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/2/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.5 |
| 2/2/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 0.5 |
| 2/5/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/6/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with Debtor Advisors | 1.0 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/8/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.5 |
| 2/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/15/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/16/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/17/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/19/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/19/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.5 |
| 2/20/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 7.0 |
| 2/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/21/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/23/2024 | A | General Case Administration | Hearing Preparation | 3.0 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/25/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/25/2024 | A | General Case Administration | Travel | 4.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/26/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/26/2024 | A | General Case Administration | Travel | 2.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 1, 2024 - February 29, 2024*

| Hours for: | Rijul Malik |
|---|---|
| Total Hours: | 189.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/27/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 2/27/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/28/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/28/2024 | A | General Case Administration | Travel | 2.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 2/29/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/29/2024 | A | General Case Administration | Travel | 4.0 |
| **Total** | | | | **189.0** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 1, 2024 - February 29, 2024*

| Hours for: | Braedon Kehoe |
|---|---|
| Total Hours: | 54.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/2/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/5/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/8/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/19/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/19/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/20/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/21/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/25/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/27/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/29/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| **Total** | | | | **54.5** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | Odessa Fung |
|---|---|
| Total Hours: | 189.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/2/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 2/2/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 0.5 |
| 2/5/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/6/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with Debtor Advisors | 1.0 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/8/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.5 |
| 2/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 2/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 2/12/2024 | A | General Case Administration | General Case Administration | 2.0 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/15/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/15/2024 | A | General Case Administration | General Case Administration | 2.0 |
| 2/16/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 2/17/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 2/19/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/19/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/20/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 7.0 |
| 2/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/21/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/23/2024 | A | General Case Administration | Hearing Preparation | 3.0 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 2/25/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 2/25/2024 | A | General Case Administration | Travel | 4.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/26/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/26/2024 | A | General Case Administration | Travel | 2.0 |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*February 1, 2024 - February 29, 2024*

| Hours for: | Odessa Fung |
|---|---|
| Total Hours: | 189.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 2/27/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 2/27/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/28/2024 | A | General Case Administration | Confirmation Hearing | 6.0 |
| 2/28/2024 | A | General Case Administration | Travel | 2.0 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 2/29/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 2/29/2024 | A | General Case Administration | Travel | 4.0 |
| **Total** | | | | **189.0** |

### Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet

*February 1, 2024 - February 29, 2024*

| Hours for: | Nick Bevacqua |
|---|---|
| Total Hours: | 60.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 2/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/2/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/5/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/7/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/8/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/8/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/8/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/12/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/12/2024 | A | General Case Administration | General Case Administration | 4.0 |
| 2/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/15/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/15/2024 | A | General Case Administration | General Case Administration | 4.0 |
| 2/17/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/19/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/19/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/20/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 2/21/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/22/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 2/24/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/25/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 2/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 2/26/2024 | A | General Case Administration | Court Hearing | 6.0 |
| 2/26/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 2/27/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 2/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 1.5 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 2/28/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 2/29/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 2/29/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| **Total** | | | | **60.5** |