**Objection Deadline: May 7, 2024 at 12PM (Eastern Time)**

**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Jason P. Gottlieb, Esq.
Heath D. Rosenblat, Esq.

*Special Litigation and Enforcement Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FOURTEENTH FEE STATEMENT THAT OCCURRED IN
THE FOURTH FEE APPLICATION PERIOD OF MORRISON
COHEN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
THE PERIOD FROM MARCH 1, 2024 THROUGH MARCH 31, 2024**

| Name of Applicant: | Morrison Cohen LLP |
|---|---|
| Authorized to Provide Services to: | Genesis Global Holdco, LLC, *et al.* |
| Date of Retention: | An entered order [ECF No. 106], dated February 24, 2023, authorizing retention *nunc pro tunc* to the PetitionDate (*i.e.*, January 19, 2023), as applicable for each Debtor. |
| Period for which Compensation and Expenses are Sought: | 03/01/2024 through 03/31/2024 Monthly Fee Statement for March 2024 |
| Amount of Compensation Requested: | $25,861.50 |

---

[1] The debtors and debtors-in-possession (collectively, "**Debtors**") in the above-captioned jointly-administered cases ("**Chapter 11 Cases**") are: (i) Genesis Global Holdco, LLC (8219); (ii) Genesis Global Capital, LLC (8564); and (iii) Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, New York 10007.

#12962278v1\030986\0001

| | |
|---|---:|
| Less 20% Holdback: | $5,172.30 |
| Compensation Net of Holdbacks: | $20,689.20 |
| Amount of Expense Requested: | $32.00 |
| Total Compensation and Expenses (Net of Holdbacks): | $20,721.20 |

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 101] ("**Interim Compensation Order**"), dated February 24, 2023, Morrison Cohen LLP ("**MC**") hereby submits this Fourteenth Fee Statement for the month of March 2024 (this "**Fourteenth Fee Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors for the period March 1, 2024 through and including March 31, 2024 ("**Thirteenth Monthly Fee Period**"). By this Fourteenth Fee Statement, and after taking into account certain voluntary reductions, MC seeks payment in the amount of $20,721.20, which comprises (a) 80% of the total amount (*i.e.*, $25,861.50) of compensation sought for actual and necessary services rendered during the Thirteenth Monthly Fee Period and (b) reimbursement in the amount of $32.00, which comprises 100% of actual and necessary expenses incurred in accordance with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.  Attached hereto as **Exhibit A** is a summary of MC's professionals by individual, setting forth the: (a) name and title of each individual who provided services for the Thirteenth Monthly Fee Period; (b) aggregate hours spent by each individual; (c) MC's current hourly billing rate for each individual that provided services in the Thirteenth Monthly Fee Period; (d) amount of fees earned by each MC professional; and (d) year of admittance and jurisdiction for each attorney that is included on this Fourteenth Fee Statement. The blended hourly billing rate of MC's timekeepers in the Thirteenth Monthly Fee Period is approximately $856.34/hour.

2. Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category for the Thirteenth Monthly Fee Period.

3. Attached hereto as **Exhibit C** is itemized time records of MC's professionals for the Thirteenth Monthly Fee Period and summary materials related thereto.

4. Attached hereto as **Exhibit D** is a summary of expenses incurred and reimbursement of expenses sought, by expense type, for the Thirteenth Monthly Fee Period.

5. Attached hereto as **Exhibit E** is an itemized record of all expenses for the Thirteenth Monthly Fee Period.

## NOTICE OF OBJECTION PROCEDURES

6. Consistent with the terms of the Interim Compensation Order, notice of this Fourteenth Fee Statement shall be given by email, hand or overnight delivery upon the following parties ("**Notice Parties**"): (a) the Debtors c/o Genesis Global Holdco, LLC, Attn: Diana Kim, Andrew Sullivan (e-mail: dkim@genesistrading.com; asullivan@genesistrading.com); (b) Counsel to the Debtors, Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, New York 10006, Attn: Sean A. O'Neal, Esq., Jane VanLare, Esq. (e-mail: soneal@cgsh.com; jvanlare@cgsh.com); (c) The United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 515, New York, New York 10004, Attn: Greg Zipes, Esq. (e-mail: greg.zipes @usdoj.gov); and (d) Counsel to the official committee of unsecured creditors, White & Case LLP, 1221 Avenue of the Americas, 49th Floor, New York, New York 10020, Attn: Philip Abelson and Michele Meises (e-mail: philip.abelson@whitecase.com; michele.meises@whitecase.com) and, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce (e-mail: gregory.pesce@whitecase.com).

7. Objections to this Fourteenth Fee Statement, if any, must be served upon the Notice Parties, and by e-mail, hand, or overnight delivery, upon MC, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn: Heath D. Rosenblat, Esq. and Jason Gottlieb, Esq. (e-mail: hrosenblat@morrisoncohen.com; jgottlieb@morrisoncohen.com) no later than **May 7, 2024 at 12 PM (Eastern Time)** ("**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses the objecting party is contesting.

8. If no objections to the Fourteenth Fee Statement are received by the Objection Deadline, the Debtors shall pay MC 80% of the fees and 100% of the expenses identified in this Fourteenth Fee Statement.

9. To the extent a proper objection to this Fourteenth Fee Statement is received on or before the Objection Deadline by MC and the Notice Parties, the Debtors shall withhold payment of just that portion of this Fourteenth Fee Statement that the objection contests and promptly pay the remainder of the fees and expenses in the percentages set forth above pursuant to the terms of the Interim Compensation Order. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

[*Text Continued On Following Page*]

Dated: New York, New York
April 23, 2024

**MORRISON COHEN LLP**

By: /s/ *Heath D. Rosenblat*
Heath D. Rosenblat, Esq.
Jason P. Gottlieb, Esq.
909 Third Avenue, 27th Floor
New York, New York 10022
(212) 735-8600
hrosenblat@morrisoncohen.com
jgottlieb@morrisoncohen.com

*Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession*

#12962278v1\030986\0001