## EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for March 1, 2024 through March 31, 2024

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,400.00 | 4.2 | $5,880.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $975.00 | 7.4 | $7,215.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $1000.00 | 1.5 | $1,500.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $975.00 | 1.3 | $1,267.50 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 9.9 | $6,435.00 |
| Roth, William I. | Associate | Digital Assets | 2017 | $770.00 | 2.4 | $1,848.00 |
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $505.00 | 3.3 | $1,666.50 |

#12962337v1\030986\0001

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Crawley, Brianna S. | Paralegal | Digital Assets | n/a | $250.00 | 0.1 | $25.00 |
| Pichardo, Lisa | Paralegal | Digital Assets | n/a | $245.00 | 0.1 | $24.50 |

**EXHIBIT B**

## Fee Summary by Project Category for March 1, 2024 through March 31, 2024

| Matter/Description | Hours | Amount |
|---|---|---|
| B110  Case Administration | 7.3 | $4,266.50 |
| B160  Fee/Employment Applications | 7.4 | $5,335.00 |
| B190  Litigation | 15.5 | $16,260.00 |
| **Total** | **30.2** | **$25,861.50** |

## EXHIBIT C

### Time Records for March 1, 2024 through March 31, 2024

#12962511v1\030986\0001



030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:     04/17/24
                                                                  INVOICE #:  2227625

          ARIANNA PRETTO-SAKMANN                      TAXPAYER IDENTIFICATION
          GENESIS GLOBAL TRADING, INC.                NUMBER 13-3205994
          175 GREENWICH STREET, 38TH FLOOR
          NEW YORK, NY 10007

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| BANKRUPTCY MATTER | 030986-0001 | 14.70 | 9,601.50 |
| **GRAND TOTALS** | | **14.70** | **$      9,601.50** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 1.50 | 1,500.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 9.90 | 6,435.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 3.30 | 1,666.50 |
| **GRAND TOTALS** | | | **14.70** | **$      9,601.50** |



030986              GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:      04/17/24
                                                                      INVOICE #:  2227625

---

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 4.00 | 2,600.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 3.30 | 1,666.50 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **7.30** | **4,266.50** |

**FEE TASK CODE: B160 / Fee/Employment Applications**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 1.50 | 1,500.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 5.90 | 3,835.00 |
| **TOTALS FOR TASK CODE: B160  Fee/Employment Applications** | | | **7.40** | **5,335.00** |
| **GRAND TOTALS** | | | **14.70** | **$      9,601.50** |

TOTAL BALANCE DUE FOR THIS PERIOD                                     $       9,601.50

 **Morrison Cohen**

| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE:     04/17/24 INVOICE #:  2227625 |
|---|---|---|

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 03/01/24 | TMK | REVIEW OF DOCKET FOR ANY OBJECTIONS TO PLEADINGS. | 0.20 | 101.00 |
| 03/07/24 | SSI | FOLLOW-UP WITH TEAM ON OPEN ITEMS AND STATUS THEREOF (.8) AND REVIEW OF REVIEW AND ANALYSIS OF BANKRUPTCY DOCKET WITH RESPECT TO SAME (.9) | 1.70 | 1,105.00 |
| 03/11/24 | SSI | EMAILS INTERNALLY AND WITH DEBTORS COUNSEL REGARDING CASE TIMING AND OTHER OPEN ISSUES. | 0.40 | 260.00 |
| 03/18/24 | TMK | TELEPHONE CALL WITH S. SICONOLFI (.1); REVIEW AND EDIT DOCUMENTS (.3); FILE DOCUMENTS AND EMAIL TO SERVICE AGENT TO EFFECTUATE SERVICE (.5); PREPARE AND FILE CERTIFICATE OF SERVICE (.4). | 1.30 | 656.50 |
| 03/19/24 | SSI | FOLLOW UP WITH TEAM ON STATUS OF OPEN LITIGATION MATTERS (.5) AND CHECK AND REVIEW RECENT PLEADINGS ON DOCKET (.9) . | 1.40 | 910.00 |
| 03/21/24 | TMK | EMAILS AND CALLS TO/FROM S. SICONOLFI REGARDING FILING (.3); REVIEW AND EDIT DOCUMENTS FOR FILING (.7); PREPARE CERTIFICATE OF SERVICE (. 5) EMAILS TO/FROM SERVICE AGENT TO  EFFECTUATE SERVICE OF SAME (.3). | 1.80 | 909.00 |
| 03/21/24 | SSI | EMAILS TO PARTIES REGARDING RECENT FILINGS. | 0.50 | 325.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **7.30** | **4,266.50** |
| | | | | |
| **TASK CODE B160 Fee/Employment Applications** | | | | |
| 03/07/24 | SSI | DRAFT, REVIEW, AND REVISE THIRD INTERIM APPLICATION. | 1.90 | 1,235.00 |
| 03/11/24 | SSI | DRAFT AND REVISE THIRD INTERIM APPLICATION. | 2.20 | 1,430.00 |
| 03/11/24 | HDR | E-MAILS TO/FROM C. RIBERIO AND S. SICONOLFI REGARDING THIRD FEE APPLICATION. | 0.40 | 400.00 |
| 03/14/24 | HDR | REVIEW AND REVISE THIRD FEE APPLICATION (.4); OFFICE CONFERNCE WITH S. SICONOLFI REGARDING SAME (.3); FOLLOW-UP E-MAILS TO/FROM C. RIBERIO REGARDING SAME (.2). | 0.90 | 900.00 |



030986             GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:        04/17/24
                                                                     INVOICE #:  2227625

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 03/15/24 | HDR | E-MAILS TO/FROM C. RIBERIO REGARDING FEE APPLICATIONS. | 0.20 | 200.00 |
| 03/19/24 | SSI | DRAFT, REVIEW, AND REVISE MONTHLY FEE STATEMENT AND EXHIBITS TO SAME. | 1.80 | 1,170.00 |
| | | **TOTAL TASK CODE B160 Fee/Employment Applications** | **7.40** | **5,335.00** |
| | | **TOTAL FEES SERVICES** ----------------------------------------------- $ | | **9,601.50** |

# Morrison Cohen

030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:       04/17/24
                                                                  INVOICE #:  2227625

**TOTAL BALANCE DUE FOR THIS PERIOD**                                    $      9,601.50

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| HEATH D. ROSENBLAT | 1.50 | 1,000.00 | 1,500.00 |
| SALLY SICONOLFI | 9.90 | 650.00 | 6,435.00 |
| TUKISHA KNOX | 3.30 | 505.00 | 1,666.50 |
| **TOTAL FEES** | **14.70** | | **9,601.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                                    $      9,601.50

 **Morrison Cohen**

030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:          04/17/24
                                                                  INVOICE #:     2227625

---

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |


# Morrison Cohen

030983            GENESIS GLOBAL HOLDCO, LLC                DATE:        04/17/24
                                                           INVOICE #:   2227624

                 ARIANNA PRETTO-SAKMANN                     TAXPAYER IDENTIFICATION
                 GENESIS GLOBAL TRADING, INC.               NUMBER 13-3205994
                 175 GREENWICH STREET, 38TH FLOOR
                 NEW YORK, NY 10007

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| ██████████████ | 030983-0001 | 10.90 | 11,410.50 |
| ████████████████████ | 030983-0013 | 1.10 | 1,072.50 |
| ██████████████████ | 030983-0015 | 0.20 | 195.00 |
| ████████████ | 030983-0017 | 3.30 | 3,582.00 |
| **GRAND TOTALS** | | **15.50** | **$ 16,260.00** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 4.20 | 5,880.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 7.40 | 7,215.00 |
| MIX, MICHAEL | PARTNER | 975.00 | 1.30 | 1,267.50 |
| ROTH, WILL | ASSOCIATE | 770.00 | 2.40 | 1,848.00 |
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.10 | 25.00 |
| PICHARDO, LISA | PARALEGALS | 245.00 | 0.10 | 24.50 |
| **GRAND TOTALS** | | | **15.50** | **$ 16,260.00** |

# Morrison Cohen

| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 04/17/24 |
|---|---|---|---|
| | | INVOICE #: | 2227624 |

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 4.20 | 5,880.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 7.40 | 7,215.00 |
| MIX, MICHAEL | PARTNER | 975.00 | 1.30 | 1,267.50 |
| ROTH, WILL | ASSOCIATE | 770.00 | 2.40 | 1,848.00 |
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.10 | 25.00 |
| PICHARDO, LISA | PARALEGALS | 245.00 | 0.10 | 24.50 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **15.50** | **16,260.00** |
| **GRAND TOTALS** | | | **15.50**  $ | **16,260.00** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|---|---|---|---|
| | 030983-0001 | ELECTRONIC DATA STORAGE | 16.00 |
| | 030983-0017 | ELECTRONIC DATA STORAGE | 16.00 |
| **GRAND TOTALS** | | $ | **32.00** |

TOTAL BALANCE DUE FOR THIS PERIOD  ------------------------------  $  16,292.00

 **Morrison Cohen**

030983-0001   GENESIS GLOBAL HOLDCO, LLC
████████████████████

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

DATE:      04/17/24
INVOICE #:  2227624

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 03/01/24 | JXG | EMAIL WITH REGULATOR AND CLEARY REGARDING SCHEDULING ORDER. | 0.10 | 140.00 |
| 03/04/24 | JXG | REVIEW OF DISCOVERY SCHEDULE. | 0.20 | 280.00 |
| 03/06/24 | JXG | REVIEW OF DEFENDANT'S MOTION TO DISMISS. | 0.30 | 420.00 |
| 03/06/24 | DCI | REVIEW/ANALYZE DEFENDANTS' MOTIONS TO DISMISS. | 0.80 | 780.00 |
| 03/07/24 | JXG | EMAIL WITH S. LEVANDER REGARDING STRATEGY. | 0.20 | 280.00 |
| 03/08/24 | JXG | CALL WITH CLEARY REGARDING ████████ (.2); CALL WITH REGULATOR AND CLEARY (.5). | 0.70 | 980.00 |
| 03/13/24 | DCI | WORK ON ████████ (.7); LEGAL RESEARCH REGARDING SAME (1.4). | 2.10 | 2,047.50 |
| 03/13/24 | WIR | PREPARE DRAFT ████ AND LETTER REGARDING ████. | 2.30 | 1,771.00 |
| 03/13/24 | JXG | CALL WITH REGULATOR (.2); EMAIL WITH S. O'NEAL & S. LEVANDER REGARDING DRAFT ████ (.2); EMAIL TO G. TAPALAGA REGARDING DRAFT ████ (.2). | 0.60 | 840.00 |
| 03/14/24 | JXG | EMAIL WITH G. TALAPAGA RE: DRAFT ████ (.3); EMAIL WITH S. O'NEAL (.1); EMAIL WITH D. ISAACS REGRDING ████ (.2); CALL WITH G. TAPALAGA (.1); ATTENTION TO FILING ████ (.2) | 0.90 | 1,260.00 |
| 03/14/24 | DCI | DRAFT LETTER TO COURT REGARDING ████ (1.1); ATTENTION TO ████ REGARDING SAME (.7). | 1.80 | 1,755.00 |
| 03/14/24 | WIR | CORRESPONDENCE REGARDING SETTLEMENT. | 0.10 | 77.00 |
| 03/18/24 | DCI | REVIEW DEFENDANTS' MOTIONS TO DISMISS. | 0.80 | 780.00 |
| | | **TOTAL TASK CODE B190 Litigation** | 10.90 | 11,410.50 |
| | | **TOTAL FEES SERVICES** | $ | 11,410.50 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC          DATE:       04/17/24
                                                    INVOICE #:  2227624

| DISBURSEMENTS: | VALUE |
|---|---|
| ELECTRONIC DATA STORAGE | 16.00 |
| TOTAL DISBURSEMENTS | $     16.00 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      04/17/24
                                                              INVOICE #:  2227624

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                            $      11,426.50

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 3.00 | 1,400.00 | 4,200.00 |
| DANIEL C. ISAACS | 5.50 | 975.00 | 5,362.50 |
| WILLIAM ROTH | 2.40 | 770.00 | 1,848.00 |
| **TOTAL FEES** | **10.90** | | **11,410.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                            $      11,426.50



| 030983-0013 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 04/17/24 |
| | ███████████████████ | INVOICE #: | 2227624 |

ARIANNA PRETTO-SAKMANN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 03/12/24 | MIM | REVIEW DOCUMENTS IN RESPONSE TO B. LENOX QUESTION (.20); SEND FOLLOW-UP EMAIL TO B. LENOX (.20). | 0.40 | 390.00 |
| 03/13/24 | MIM | LOOK INTO QUESTION POSED BY B. LENOX OF CLEARY (.30); SEND RESPONSE EMAIL TO B. LENOX (.40). | 0.70 | 682.50 |
| | | **TOTAL TASK CODE B190 Litigation** | **1.10** | **1,072.50** |
| | | **TOTAL FEES SERVICES** | **$** | **1,072.50** |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:        04/17/24
                                                             INVOICE #:  2227624

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                        $      **1,072.50**

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| MICHAEL MIX | 1.10 | 975.00 | 1,072.50 |
| **TOTAL FEES** | **1.10** | | **1,072.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                        $      **1,072.50**



030983-0015          GENESIS GLOBAL HOLDCO, LLC                    DATE:       04/17/24
████████████████████████████████                                  INVOICE #:  2227624

                     ARIANNA PRETTO-SAKMANN                        TAXPAYER IDENTIFICATION
                     GENESIS GLOBAL TRADING, INC.                  NUMBER 13-3205994
                     175 GREENWICH STREET, 38TH FLOOR
                     NEW YORK, NY 10007

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 03/21/24 | MIM | SEND EMAIL TO ARBITRATION PROVIDER REGARDING STATUS OF ARBITRATION. | 0.20 | 195.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.20** | **195.00** |
| | | **TOTAL FEES SERVICES** | **$** | **195.00** |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:        04/17/24
                                                             INVOICE #:   2227624

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                          $        195.00

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| MICHAEL MIX | 0.20 | 975.00 | 195.00 |
| **TOTAL FEES** | **0.20** | | **195.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                          $        195.00



030983-0017      GENESIS GLOBAL HOLDCO, LLC                    DATE:        04/17/24
███████████                                                   INVOICE #:   2227624

ARIANNA PRETTO-SAKMANN                                        TAXPAYER IDENTIFICATION
GENESIS GLOBAL TRADING, INC.                                  NUMBER 13-3205994
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF MARCH 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B190 Litigation** | | | | |
| 03/13/24 | JXG | REVIEW OF JUDGE RAMOS' ORDER DENYING MOTION TO DISMISS (.4); EMAIL WITH A. SULLIVAN REEGARDING SAME (.1) | 0.50 | 700.00 |
| 03/13/24 | LIP | REVIEWED, DOCKETED AND CALENDARED ORDER DENYING DEFENDANT'S MOTION TO DISMISS | 0.10 | 24.50 |
| 03/13/24 | DCI | REVIEW COURT DECISION REGARDING MOTION TO DISMISS. | 0.80 | 780.00 |
| 03/15/24 | BSC | REVIEWED AND DOCKETED CONSENT MOTION TO APPROVE CONSENT JUDGMENT. | 0.10 | 25.00 |
| 03/15/24 | JXG | EMAIL WITH CLEARY & E. O'REILLY RE: ████████ | 0.40 | 560.00 |
| 03/15/24 | DCI | REVIEW COURT DECISION. | 0.30 | 292.50 |
| 03/18/24 | DCI | ATTENTION TO FINAL JUDGMENT. | 0.30 | 292.50 |
| 03/20/24 | DCI | CONF. WITH CLEARY REGARDING ████████ | 0.50 | 487.50 |
| 03/20/24 | JXG | CALL WITH S. LEVANDER | 0.30 | 420.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **3.30** | **3,582.00** |
| | | **TOTAL FEES SERVICES** | **$** | **3,582.00** |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| | ELECTRONIC DATA STORAGE | 16.00 |
| | TOTAL DISBURSEMENTS | $ 16.00 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                DATE:        04/17/24
                                                          INVOICE #:   2227624

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      3,598.00

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 1.20 | 1,400.00 | 1,680.00 |
| DANIEL C. ISAACS | 1.90 | 975.00 | 1,852.50 |
| BRIANNA S. CRAWLEY | 0.10 | 250.00 | 25.00 |
| LISA PICHARDO | 0.10 | 245.00 | 24.50 |
| **TOTAL FEES** | **3.30** | | **3,582.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      3,598.00



030983             GENESIS GLOBAL HOLDCO, LLC              DATE:      04/17/24
                                                          INVOICE #:  2227624

---

**WIRE INSTRUCTIONS**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## **EXHIBIT D**

### **Summary of Expenses for March 1, 2024 through March 31, 2024**

| Expense Category | Total Expenses |
|---|---|
| Relativity Hosting Fee | $32.00 |
| **Grand Total Expenses** | **$32.00** |

**<u>EXHIBIT E</u>**

**<u>Summary of Expenses for March 1, 2024 through March 31, 2024</u>**

**Relativity Hosting Fee**

03/31/2024          Relativity Hosting March 2024 – 030983-0001 - $16.00

03/31/2024          Relativity Hosting March 2024 – 030983-0017 - $16.00