Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1548** |

### NOTICE OF ADJOURNMENT OF
### DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION
### (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502 AND
### FED. R. BANKR. P. 3007 (NO LIABILITY AND INSUFFICIENT DOCUMENTATION)

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on or about May 18, 2023, Three Arrows Fund, Ltd. (in Liquidation) ("TAFL") filed proofs of claim numbers 323, 324 and 325 (the "Initial Claims") in these Chapter 11 Cases.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on May 22, 2023, TAFL filed proofs of claim numbers 468, 488 and 502 in these Chapter 11 Cases (together with the Initial Claims, the "Claims").

**PLEASE TAKE FURTHER NOTICE** that, on April 5, 2024, the Debtors filed the *Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation)* (ECF No. 1548) (the "Objection"), seeking to disallow and expunge the Claims. The Objection was scheduled to be heard before this Court on May 8, 2024 at 11:00 A.M.

**PLEASE TAKE FURTHER NOTICE** that, with approval of the Court, the Debtors hereby (i) adjourn the Objection to the omnibus hearing scheduled for June 20, 2024 at 10:00 A.M. (prevailing Eastern time); (ii) extend the response deadline solely with respect to TAFL to May 31, 2024, at 4:00 P.M. (prevailing Eastern time); and (iii) extend the deadline for the Debtors to file a reply, if any, to June 18, 2024, at 4:00 P.M. (prevailing Eastern time).

Dated:  April 24, 2024
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

2