UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DECLARATION OF MIRANDA HATCH
IN SUPPORT OF THE DEBTORS' MOTION
TO ESTIMATE DCG'S COUNTERCLAIM AGAINST THE
DEBTORS UNDER BANKRUPTCY CODE SECTIONS 502(c) AND 105(a)**

I, Miranda Hatch, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to the Debtors in the above-captioned chapter 11 case.

2. I respectfully submit this declaration in support of the Debtors' *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a)* (the "Motion").[2]

3. A true and correct copy of the email from Mike Katz, Director of Legal and Regulatory at DCG, to ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Motion.

██████, with the subject line "RE: 3ac info," dated July 11, 2022, is attached hereto as <u>Exhibit 1</u>.

4. A true and correct copy of the email from Gary Lee, Assistant Controller at DCG, to Ryan Jolly, Associate at DCG, with the subject line "FW: Assignment of NEAR/AVAX," dated November 28, 2022, is attached hereto as <u>Exhibit 2</u>.

5. A true and correct copy of the document titled "Financial Update, July 2022," is attached hereto as <u>Exhibit 3</u>.

6. A true and correct copy of the email from Furqaan Siddiqui, Associate at Weil, Gotshal & Manges LLP, to Adam Goldberg, Partner at Latham & Watkins LLP, Brian Rosen, Associate at Latham & Watkins LLP, Brett Neve, Associate at Latham & Watkins LLP, and Nacif Taousse, Associate at Latham & Watkins LLP, with the subject line "FW: DCG/Genesis – 3AC Secured Collateral, dated July 26, 2022, is attached hereto as <u>Exhibit 4</u>.

7. A true and correct copy of the document entitled "Letter from Barry Silbert, Founder & CEO, DCG," is attached hereto as <u>Exhibit 5</u>.

8. A true and correct copy of the email from Furqaan Siddiqui, Associate at Weil, Gotshal & Manges LLP, to ██████████████████████████████████████, and Ryan Jolly, Associate at DCG, with the subject line "RE: Genesis 3AC – MLA Assignment Agreement (Executed)," dated July 15, 2022, is attached hereto as <u>Exhibit 6</u>.

2

Dated: April 24, 2024
      New York, New York

Respectfully submitted,

<u>*/s/ Miranda Hatch*</u>
Miranda Hatch
mhatch@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Counsel to the Debtors and Debtors-in-Possession*

## **Exhibit 1**

**FILED UNDER SEAL PENDING MOTION TO SEAL**

## **Exhibit 2**

**FILED UNDER SEAL PENDING MOTION TO SEAL**

## **Exhibit 3**

**FILED UNDER SEAL PENDING MOTION TO SEAL**

## **Exhibit 4**

**FILED UNDER SEAL PENDING MOTION TO SEAL**

**Exhibit 5**

**FILED UNDER SEAL PENDING MOTION TO SEAL**

## **Exhibit 6**

**FILED UNDER SEAL PENDING MOTION TO SEAL**