**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| In re:<br><br>GENESIS GLOBAL HOLDCO, LLC,<br>*et al.,*<br><br>Debtors | Chapter 11<br><br>No. 23-10063<br><br>(Jointly Administered) |
|---|---|

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Ad Hoc Group of Genesis Lenders (Anonymous Lender 87)** | **Canyon Distressed TX (A) LLC** |
| Name and Current Address of Transferor:<br>**Ad Hoc Group of Genesis Lenders**<br>**Attn: Brian S. Rosen**<br>**Proskauer Rose LLP**<br>**Eleven Times Square**<br>**New York, NY 10036** | Name and Address where notices and payments to transferee should be sent:<br>**Canyon Distressed TX (A) LLC**<br>**c/o Canyon Capital Advisors LLC**<br>**Attn: James Pagnam and Legal**<br>**Email: legal@canyonpartners.com**<br>**2000 Avenue of the Stars, 11th Floor**<br>**Los Angeles, CA 90067** |

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 831 (amending Claim # 447) (Anonymous Lender 87) | Ad Hoc Group of Genesis Lenders (Anonymous Lender 87) | 42.6482% of (287.58319 BTC 506.1854 ETH 923,949.95 USDC 2,206,120.04 USDT $2,821.45 USD) | Genesis Global Capital, LLC | 23-10064 |
| Schedule F Line 3.1.0644 | NAME ON FILE | 42.6482% of the attached except from Schedule F | Genesis Global Capital, LLC | 23-10064 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *James Pagnam*
    James Pagnam (Apr 24, 2024 09:25 CDT)
Transferee/Transferee's Agent

Date: April 23, 2024

| | | | | | |
|---|---|---|---|---|---|
| 3.1.0644 | NAME ON FILE | ADDRESS ON FILE | | | AXS 117.051635742187<br>BTC 287.539152192403<br>ETH 506.103240710415<br>SOL 263.698638916015<br>USD 2,800.69995117187<br>USDC 923,778.785417113<br>USDT 2,205,740.92547678 |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.