UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | : | Case No. 23-10063 (SHL) |
| Debtors. | : | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Oxana Kozlov, depose and say that I am Counsel to the Creditor Vitaly Bezrodnykh in the above-captioned chapter 11 cases.

On May 1, 2024, I served redacted copies of the following documents to all counsel that opted for service through Electronic Case Filing with the court's website:

- *Claimant's Response and Reservation of Rights to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*; and

- *Declaration of Vitaly Bezrodnykh in Support of Claimant's Response and Reservation of Rights to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*

On May 1, 2024, I served un-redacted copies of the above-referenced documents on the parties listed in the *Order Implementing Certain Notice and Case Management Procedures* (Docket No. 44) as required pursuant to the *Order Granting the Debtors' and the Official Committee of Unsecured Creditors' Motions for Entry of an Order Requiring the Redaction of Certain Personally Identifiable Information* (Docket No. 694) (the "Sealing Order") by electronic mail.

On May 1, 2024, I served un-redacted copies of the above-referenced documents upon the following as required pursuant to the Sealing Order by USPS Mail:

> Hon. Sean H. Lane
> U.S. Bankruptcy Court, Southern District of NY
> 300 Quarropas Street, Room 147

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number as applicable, are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R).

-1-

-2-

White Plains, NY 10601-4140

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Dated: May 1, 2024
       Sunnyvale, CA 94087

*/s/ __Oxana Kozlov_____*
Oxana Kozlov