**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL) |
| Genesis Global Capital, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Digital Currency Group, Inc.,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 24-01312 (SHL) |

## PROPOSED SCHEDULING ORDER

1. This Scheduling Order shall apply in the above-captioned main chapter 11 proceeding and the above-captioned adversary proceeding.

    a. The term "Motion to Dismiss" as used herein shall mean the Plaintiff's *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC* (Adv. Pro. ECF No. 14).

    b. The term "Motion to Estimate" as used herein shall mean the Debtors' *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a)* (ECF No. 1618)

    c. The term "Cross-Motions for Judgment on the Pleadings" shall mean *Plaintiff's Motion for Judgment on the Pleadings Under Federal Rule of Civil Procedure 12(c)* (Adv. Pro. ECF No. 9, the "Debtor's Rule 12(c) Motion") and the cross-motion for judgment on the pleadings to be filed by DCG as contemplated hereby.

2. DCG's opposition to the Debtor's Rule 12(c) Motion and cross-motion for judgment on the pleadings shall be filed by **April 29, 2024**.

3. DCG's opposition to the Motion to Dismiss shall be filed by **Thursday, May 16, 2024**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

4. DCG's opposition to the Motion to Estimate, which briefing shall be limited to the non-evidentiary bases raised Motion to Estimate that are also raised in the Motion to Dismiss, shall be filed by **Thursday, May 16, 2024**.

5. The Debtor's reply in Support of their Rule 12(c) Motion and opposition to DCG's cross-motion for judgment on the pleadings shall be filed by **Thursday, May 16, 2024.**

6. The Debtors' reply in support of the Motion to Dismiss shall be filed by **Thursday, May 23, 2024**.

7. The Debtors' reply in support of the Motion to Estimate, which briefing shall be limited to the arguments raised in the Motion to Estimate that are also raised in the Motion to Dismiss, shall be filed by **Thursday, May 23, 2024**.

8. DCG's reply in support of its cross-motion for judgment on the pleadings shall be filed by **Thursday, May 23, 2024.**

9. This Court shall hold a hearing to consider the relief sought in the Motion to Dismiss and the Motion to Estimate at a date to be scheduled, which will be discussed at an upcoming omnibus hearing in these cases.

10. Subsequent to the Court's issuance of its decisions with respect to the issues briefed by the Parties and heard by this Court in accordance with paragraphs 2-6 above, the Parties shall meet and confer with respect to a schedule for briefing the issues raised in the Motion to Estimate and *not* briefed and heard in accordance with paragraphs 2-6 above, solely to the extent such issues are not mooted by this Court's prior decisions.

11. **<u>Modification</u>**. The parties may modify any provision hereof on written agreement or, absent such agreement, by seeking an order of the Court upon good cause shown.


Dated: May 3, 2024                    */s/ Sean H. Lane*
      White Plains, New York       The Honorable Sean H. Lane
                                                    United States Bankruptcy Judge