# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 5/3/2024 |
| Case: 23−10063−shl | Form ID: pdf001 | Total: 357 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| unk | Donut, Inc. |
| cr | Ad Hoc Group of Genesis Customers |
| unk | Digital Currency Group, Inc. |
| cr | Ad Hoc Group of Creditors |
| unk | Gemini Trust Company, LLC, Acting in capacity as Agent on behalf of Earn users |
| cr | Mirana Corp. |
| cr | Caramila Capital Management LLC |
| cr | Jefferies Leveraged Credit Products, LLC |
| cr | Residia Asset Management AG |
| crcm | The Official Committee of Unsecured Creditors |
| intp | FTX Trading Ltd. and affiliated debtors |
| unk | Nicholas J. Talian |
| cr | Ad Hoc Group of Genesis Lenders |
| unk | Xclaim Capital Holdings, LLC |
| unk | Jeffries Leveraged Credit Products, LLC |
| cr | Soichiro "Michael" Moro |
| cr | D. Winslow Blankenship |
| cr | Ross D. Blankenship |
| cr | Foundry Digital LLC |
| intp | 250 Park LLC |
| fa | Moelis & Company LLC |
| op | Houlihan Lokey Capital, Inc. |
| intp | Securities Litigation Lead Plaintiffs |
| fa | Alvarez & Marsal North America, LLC |
| fa | M3 Advisory Partners, LP |
| unk | Ariam Asmerom |
| unk | Brian Chancey |
| unk | Clinton Mueller |
| unk | Cody Smith |
| unk | David Finkelstein |
| unk | Dionys Medrano |
| unk | Dominic Macri |
| unk | Donald Cameron Warthan |
| unk | Glen Kratochvil |
| unk | Jiapeng Liu |
| unk | Mazen Hafez |
| unk | Mohammad Rahman |
| unk | Nicholas McDonald |
| unk | Nicholas Serres |
| unk | Peter Kim |
| unk | Richard Zembol |
| unk | Samuel Schwarz |
| unk | Xiaoxiao Gu |
| unk | Yosif Sharif |
| unk | Diego Trazzi |
| unk | Dustin Thayer |
| unk | Eduardo Gutarra |
| unk | Gordon Sun |
| unk | J. Sebastian Rojas |
| unk | Jason Hovey |
| unk | Joseph Kurian |
| unk | Pete Berardi |
| unk | Vashita Dhir |
| intp | Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) |
| intp | Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. |
| aty | Cleary Gottlieb Steen & Hamilton LLP |
| cr | David Morton |
| unk | PareFi Digital Credit Fund LP |
| intp | Valour Inc. |
| unk | Streami Inc. |
| unk | Marcos Holding I LLC |
| fa | Berkeley Research Group, LLC |
| unk | Decentralized Wireless Foundation, Inc. |
| unk | FT Digital Asset Opportunities Holdings, LP |
| unk | Fir Tree Capital Opportunity Master Fund III, LP |
| unk | Fir Tree Value Master Fund, LP |
| cr | Moneybites Media Inc. |
| unk | Ad Hoc Group of Claimants |
| aty | Brad Greer |

| | |
|---|---|
| op | Grant Thornton LLP |
| cr | SOF International, LLC |
| intp | Eric Asquith |
| cr | Genesis Crypto Creditors Ad Hoc Group |
| tee | Fir Tree Digital Asset Opportunities Holdings, LLC |
| unk | Clerk's Office, U.S. Bankruptcy Court SDNY |
| cr | Ivan Wong |
| cr | Shamoniquea Williams |
| unk | Mark Wade |
| cr | Michael Trolinder |
| cr | Bridgett Tobler |
| cr | Justin Thompson |
| cr | Brian Tech |
| cr | Brandon Stowe |
| cr | Joshua Silverman |
| cr | Eric Shipe |
| cr | Eric Saleh |
| cr | Lorenzo Rodriguez Almonte |
| cr | Mondrell Reid |
| cr | Oscar Ramirez |
| cr | Daniel Padilla |
| cr | Sophie Pack |
| cr | Laskisha Owten |
| cr | Dillion Overturf |
| cr | Cicero Offerle |
| cr | Nicholas Moore |
| cr | Adrian McClendon |
| cr | Tyler Martin |
| cr | Cole Lemaster |
| cr | Scott Knoll |
| cr | Jayvinth Johnson |
| cr | Christopher Harris |
| cr | Delvin Hale |
| cr | Kedar Gratton |
| cr | Joel Gdowski |
| cr | Raleigh Gambino |
| cr | Paul Florindo |
| cr | Franklin Ferguson |
| cr | Shawn Farris |
| cr | Joe Ezell |
| cr | Jody Ezell |
| cr | Willi Eugene |
| cr | Brandon Donohue |
| cr | Ronald DeSarro |
| cr | Jason Cooley |
| cr | Albert Chien |
| cr | Nikisha Ceaser |
| unk | Michael Brown |
| cr | Damany Browne |
| cr | Bev Bhattii |
| cr | Zachary Berman |
| cr | Audrey Benhaim |
| cr | Brandon Bass |
| cr | Latasha Banks |
| cr | Anand Balasubramanian |
| cr | Alejandro Arias–Chavez |
| cr | Sadhana Cherukuri |
| unk | Claimant 351 |
| unk | Barry Silbert |
| cr | Grayscale Investments, LLC |
| intp | Anonymous Lender 79 |
| cr | Three Arrows Fund, Ltd (in Liquidation) |
| unk | Gregory Raab |
| cr | Teddy Andre Amadeo Gorisse |
| intp | GPD Holdings LLC d/b/a Coinflip |
| cr | DGR Capital LLC |
| unk | CANYON–ASP FUND, LP |
| 7994337 | Caramila Capital Management LLC |
| 7996784 | Residia Asset Management AG |

TOTAL: 138

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Aaron L. Hammer | ahammer@ktslaw.com |
| aty | Adam J. Goldberg | adam.goldberg@lw.com |
| aty | Alexandra Troiano | atroiano@westermanllp.com |
| aty | Allison Dawn Weissman | acitron@orrick.com |

| | | |
|---|---|---|
| aty | Amanda Ann Parra Criste | aparracriste@whitecase.com |
| aty | Andrew Behlmann | abehlmann@lowenstein.com |
| aty | Andrew G. Dietderich | dietdericha@sullcrom.com |
| aty | Andrew W. Weaver | aweaver@cgsh.com |
| aty | Anson B. Frelinghuysen | frelingh@hugheshubbard.com |
| aty | Barry R. Kleiner | dkleiner@kkwc.com |
| aty | Benjamin Beller | bellerb@sullcrom.com |
| aty | Benjamin Mintz | Benjamin.Mintz@arnoldporter.com |
| aty | Benjamin S. Kaminetzky | kaminet@dpw.com |
| aty | Bradley Lenox | blenox@cgsh.com |
| aty | Brian Rosen | brosen@proskauer.com |
| aty | Brian D. Glueckstein | gluecksb@sullcrom.com |
| aty | Carl W Mills, IV | carl.mills@hugheshubbard.com |
| aty | Carly Everhardt | carly.everhardt@klgates.com |
| aty | Carolina Y. Sales | csales@robbinsdimonte.com |
| aty | Christian Ribeiro | cribeiro@cgsh.com |
| aty | Christopher Harris | christopher.harris@lw.com |
| aty | Colin West | cwest@whitecase.com |
| aty | Daniel B. Besikof | dbesikof@lowenstein.com |
| aty | Daniel Isaac Forman | maosbny@willkie.com |
| aty | Danielle L. Rose | Danielle.Rose@kobrekim.com |
| aty | Darren T. Azman | dazman@mwe.com |
| aty | David A Rich | drich@chartwelllaw.com |
| aty | David M. Fournier | david.fournier@troutman.com |
| aty | David Z Schwartz | dschwartz@cgsh.com |
| aty | Deandra Fike | dfike@cgsh.com |
| aty | Debra Nicole Guntner | nguntner@awkolaw.com |
| aty | Dina L. Yunker Frank | bcuyunker@atg.wa.gov |
| aty | Edward E. Neiger | eneiger@askllp.com |
| aty | Eric S. Medina, Esq. | emedina@medinafirm.com |
| aty | Evelyn J. Meltzer | Evelyn.Meltzer@troutman.com |
| aty | Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| aty | Fred B. Ringel | fringel@leechtishman.com |
| aty | Gabriel Tapalaga | gabriel.tapalaga@ag.ny.gov |
| aty | Greg M. Zipes | greg.zipes@usdoj.gov |
| aty | Gregory F Pesce | gregory.pesce@whitecase.com |
| aty | Heath Douglas Rosenblat | hrosenblat@morrisoncohen.com |
| aty | Hoo Ri Kim | hokim@cgsh.com |
| aty | Hugh M. McDonald | hugh.mcdonald@pillsburylaw.com |
| aty | J. Christopher Shore | cshore@whitecase.com |
| aty | Jack Massey | jamassey@cgsh.com |
| aty | James M. Sullivan | jmsullivan@seyfarth.com |
| aty | James V. Drew | jdrew@otterbourg.com |
| aty | Jane Vanlare | jvanlare@cgsh.com |
| aty | Jason Gottlieb | jgottlieb@morrisoncohen.com |
| aty | Jeffrey Bernstein | jbernstein@mdmc-law.com |
| aty | Jeffrey D. Saferstein | Jeffrey.Saferstein@weil.com |
| aty | Jeremiah Charles Hollembeak | jhollembeak@bairdholm.com |
| aty | Jeremy Liss | jeremy.liss@usdoj.gov |
| aty | Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| aty | John A Pintarelli | john.pintarelli@pillsburylaw.com |
| aty | John J. Monaghan | bos-bankruptcy@hklaw.com |
| aty | John R. Ashmead | ashmead@sewkis.com |
| aty | Joshua Sussberg | jsussberg@kirkland.com |
| aty | Justin Gerard Imperato | justin.imperato@arnoldporter.com |
| aty | Katharine Jane Ross | kross@cgsh.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Kenneth A. Listwak | kenneth.listwak@troutman.com |
| aty | Kris Hansen | krishansen@paulhastings.com |
| aty | Layla Milligan | layla.milligan@oag.texas.gov |
| aty | Luke A Barefoot | lbarefoot@cgsh.com |
| aty | Marcy J. McLaughlin Smith | marcy.smith@wbd-us.com |
| aty | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| aty | Michael Weinberg | mdweinberg@cgsh.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Monique J. Mulcare | mmulcare@mayerbrown.com |
| aty | Nicole A Leonard | nleonard@mdmc-law.com |
| aty | Nima Mohebbi | nima.mohebbi@lw.com |
| aty | Oxana Kozlov | okozlov@gmail.com |
| aty | Patrick Collins | pcollins@farrellfritz.com |
| aty | Patrick Fitzmaurice | patrick.fitzmaurice@pillsburylaw.com |
| aty | Paul B. Haskel | phaskel@crowell.com |
| aty | Philip Abelson | philip.abelson@whitecase.com |
| aty | Rahman Connelly | rahman.connelly@pillsburylaw.com |
| aty | Richard Corbi | rcorbi@corbilaw.com |
| aty | Richard Chester Minott | rminott@cgsh.com |
| aty | Rishi Zutshi | rzutshi@cgsh.com |
| aty | Robert Honeywell | robert.honeywell@klgates.com |

| | | |
|---|---|---|
| aty | Sabrina Asha Bremer | sabremer@cgsh.com |
| aty | Sean A. O'Neal | soneal@cgsh.com |
| aty | Seth H. Lieberman | slieberman@pryorcashman.com |
| aty | Stephanie Assi | sfassi@ccsb.com |
| aty | Steven J. Reisman | sreisman@katten.com |
| aty | Stuart P. Gelberg | spg@13trustee.net |
| aty | Tara Tiantian | tara.tiantian@usdoj.gov |
| aty | Therese Scheuer | scheuert@sec.gov |
| aty | Thomas Alan Draghi | tdraghi@westermanllp.com |
| aty | Thomas S. Kessler | tkessler@cgsh.com |
| aty | Virginia T. Shea | vshea@mdmc–law.com |
| aty | William B. Kerr | wkerr@kerrllp.com |
| aty | William Matthew Uptegrove | uptegrovew@sec.gov |

TOTAL: 96

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Genesis Global Holdco, LLC | 175 Greenwich Street | Floor 38 | New York, NY 10007 |
| cna | Kroll Restructuring Administration LLC Claims Agent | (Formerly Prime Clerk LLC) | 55 East 52nd Street    17th Floor    www.kroll.com    New York, NY 10055 | |
| unk | Digital Finance Group Co. | 23 Lime Tree Bay Avenue | Grand Cayman KY1–1104 CAYMEN ISLAND | |
| cr | New Jersey Bureau of Securities | c/o McElroy Deutsch | Attn: Jeffrey Bernstein, Esq.    570 Broad Street, Suite 1401    Newark, NJ 07102 | |
| cr | Barry Habib | c/o James M. Sullivan | Windels Marx Lane & Mittendorf, LLP    156 W. 56th Street    New York, NY 10019 | |
| unk | Kroll Restructuring Administration LLC | (f/k/a Prime Clerk LLC) | 55 East 52nd Street    17th Floor    New York, NY 10055 | |
| cr | TN Dept of Revenue | c/o TN Attorney General's Office | Bankruptcy Division    PO Box 20207    Nashville, TN 37202–0207 | |
| cr | Vivian Farmery | c/o Stuart P. Gelberg, Esq. | 125 Turkey Lane    Cold Spring Harbor, NY 11724 | |
| cr | U.S. Securities and Exchange Commission | New York Regional Office | 100 Pearl St., Suite 20–100    New York, NY 10004 | |
| sp | Morrison Cohen LLP | 909 Third Avenue | New York, NY 10022 | |
| cr | NYS Office of the Attorney General | NYS Office of the Attorney General | 28 Liberty Street    New York, NY 10005 | |
| br | Cherokee Acquisition | 1384 Broadway | Suite 906    New York, NY 10018 UNITED STATES | |
| tee | Ceratosaurus Investors, L.L.C. | c/o Farallon Capital Management, L.L.C. | One Maritime Plaza, Suite 2100    San Francisco, CA 94111 | |
| intp | Gemini Trust Company, LLC | 600 3rd Avenue | 2nd Floor    New York, NY 10016 | |
| cr | Ad Hoc Group of Dollar Lenders | Seth H. Lieberman, Esq. | Pryor Cashman LLP    7 Times Square, 40th Fl.    New York, NY 10036 | |
| unk | BAO Family Holdings LLC | c/o MEDINA LAW FIRM LLC | 1200 N. Federal Highway    Second Floor    Boca Raton, FL 33432 U.S. | |
| cr | Allyson Staahl Drew | 733 Via Palo Alto | Aptos, CA 95003 | |
| intp | Texas Department of Banking | c/o Office of the Texas Attorney General | Bankruptcy & Collections Division    P. O. Box 12548    Austin, TX 78711–2548 | |
| intp | Texas State Securities Board | c/o Texas Attorney General | Bankruptcy & Collections Division    PO Box 12548    Austin, TX 78711–2548 | |
| cr | James Drury | Fish Lock Road, 4th Floor | LM Business Centre    Road Town, Tortola BRITISH VIRGIN ISLANDS | |
| cr | David Standish | Fish Lock Road, 4th Floor | LM Business Centre    Road Town, Tortola BRITISH VIRGIN ISLANDS | |
| cr | Paul Pretlove | Osiris, Coastal Buildings | Wickham's Cay II    PO Box 4857    Road Town, Tortola BRITISH VIRGIN ISLANDS | |
| aty | Oxana Kozlov | 649 Dunholme Way | Sunnyvale, CA 94087 | |
| tee | CONTRARIAN FUNDS, LLC | 411 West Putnam Avenue, Suite 225 | Greenwich, CT 06830 | |
| cr | Brian Walls | c/o Robbins DiMonte, Ltd. | 180 N. LaSalle Street, Suite 3300    Chicago, IL 60601 | |
| unk | Internal Revenue Service | United States Attorney's Office – SDNY | 86 Chambers St., 3rd Flood    New York, NY 10007 | |
| cr | FTXCREDITOR, LLC | 1509 Bent Ave | Cheyenne, WY 82001 | |
| unk | Washington State Taxing Agencies | Bankruptcy & Collections Unit | 800 5th Ave    Suite 2000    Seattle, WA 98104 | |
| unk | Oxana Kozlov | 649 Dunholme Way | Sunnyvale, CA 94087 | |
| aty | Adam M. Adler | Kroll Restructuring Administration LLC | (F/K/A Prime Clerk LLC)    55 East 52nd Street    17th Floor    New York, NY 10055 | |
| aty | Douglas J Schneller | Rimon, P.C. | 245 Park Ave.    39th Floor    New York, NY 10167 | |
| 8012402 | 250 Park Avenue | c/o Leech Tishman Robinson Brog PLLC | Attn: Fred B. Ringel, Esq.    875 Third Avenue, 9th Floor    New York, NY 10022 | |
| 7993808 | ASK LLP | Edward E. Neiger, Esq. | Marianna Udem, Esq.    60 East 42nd Street, 46th Floor    New York, New York 10165 | |
| 8238333 | Ad Hoc Group of Dollar Lenders | Pryor Cashman LLP – Seth H. Lieberman, E | 7 Times Square, 40th Fl.    New York, N.Y. 10036 | |
| 8025583 | Adam J. Goldberg | Christopher Harris | LATHAM & WATKINS LLP    1271 Avenue of the Americas    New York, NY 10020 | |
| 8025586 | Adam J. Goldberg | Christopher Harris | LATHAM & WATKINS LLP    1271 Avenue of the Americas    New York, NY 10020 | |

| | | | | |
|---|---|---|---|---|
| 8025509 | Adam J. Goldberg | LATHAM & WATKINS LLP | 1271 Avenue of the Americas | New York, NY 10020 |
| 8001068 | Andrew G. Dietderich | James L. Bromley | SULLIVAN & CROMWELL LLP | 125 Broad Street    New York, New York 10004 |
| 8030698 | Andrew Weaver | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 7997711 | BAIRD HOLM LLP | Jeremy C. Hollembeak | 1700 Farnam St. Ste. 1500 | Omaha, NE 68102 |
| 8248467 | BAO FAMILY HOLDINGS LLC | c/o MEDINA LAW FIRM LLC | 1200 N. FEDERAL HIGHWAY    SECOND FLOOR | BOCA RATON, FL 33432 |
| 8221928 | BROWN RUDNICK LLP | Kenneth J. Aulet, Esq. | Seven Times Square | New York, NY 10036 |
| 8221929 | BROWN RUDNICK LLP | Matthew A. Sawyer, Esq. | One Financial Center | Boston, MA 02111 |
| 8008485 | Benjamin Mintz    Marcus Asner    Justin Imperato | ARNOLD & PORTER KAYE SCHOLER LLP | 250 West 55th Street | New York, New York 10019 |
| 8438751 | Benjamin S. Kaminetzky    Brett M. McMahon    Jacquelyn S. Knudson | Davis Polk & Wardwell LLP | 450 Lexington Avenue | New York, New York 10017 |
| 8252393 | Brad Lenox | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 8025587 | Brett M. Neve    Nacif Taousse | LATHAM & WATKINS LLP | 1271 Avenue of the Americas | New York, NY 10020 |
| 8001069 | Brian D. Glueckstein    Alexa J. Kranzley    Christian P. Jensen | SULLIVAN & CROMWELL LLP | 125 Broad Street | New York, New York 10004 |
| 8021359 | Catherine V. LoTempio    Andrew J. Matott | SEWARD & KISSEL LLP | One Battery Park Plaza | New York, NY 10004 |
| 7993856 | Christian Ribeiro | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 7994362 | Christopher A. Ward | Polsinelli PC | 222 Delaware Avenue, Suite 1101 | Wilmington, DE 1980 |
| 8252441 | David Z. Schwartz | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 8252448 | Deandra Fike | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 7997364 | Digital Finance Group Co. | 23 Lime Tree Bay Avenue | Grand Cayman, Cayman Island, KY1−1104 | |
| 8010377 | Foundry Digital LLC | c/o Aaron L. Hammer, Esq. | HORWOOD MARCUS & BERK CHARTERED    500 W. Madison St., Ste. 3700 | Chicago, IL 60661 |
| 8012455 | Fred B. Ringel, Esq. | Leech Tishman Robinson Brog, PLLC | 875 Third Avenue, 9th Floor | New York, New York 10022 |
| 8213108 | Gabriel Tapalaga, Esq.    Asst. Atty. General | NYS Office of the Attorney General | Investor Protection Bureau    28 Liberty St., 21st Floor | New York, NY 10005 |
| 7999158 | Gregory F. Pesce | WHITE & CASE LLP | 111 South Wacker Drive, Suite 5100 | Chicago, Illinois 60606 |
| 8010732 | HORWOOD MARCUS & BERK CHARTERED    Aaron L. Hammer    Nathan E. Delman | 500 W. Madison St., Ste. 3700 | Chicago, IL 60661 | |
| 8006097 | Heath D. Rosenblat, Esq. | MORRISON COHEN LLP | 909 Third Avenue, 27th Floor | New York, New York 10022 |
| 7993810 | Hoo Ri Kim | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 8441082 | Hugh M. McDonald | PILLSBURY WINTHROP SHAW PITTMAN LLP | 31 West 52nd Street | New York, NY 10019 |
| 7994258 | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, New York 10004 | Attention: Anson B. Frelinghuysen, Esq. |
| 7994259 | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, New York 10004 | Attention: Dustin S. Smith, Esq. |
| 7994260 | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, New York 10004 | Attention: Jeffrey S. Margolin, Esq. |
| 7999147 | J. Christopher Shore    Philip Abelson    Michele J. Meises | WHITE & CASE LLP | 1221 Avenue of the Americas | New York, New York 10020 |
| 7998539 | Jack Massey | Cleary Gottlieb Steen & Hamilton LLP | 2112 Pennsylvania Avenue, N.W. | Washington, D.C. 20037 |
| 8003438 | James M. Sullivan | WINDELS MARX LANE & MITTENDORF, LLP | 156 West 56th Street | New York, New York 10019 |
| 8003398 | James M. Sullivan | WINDELS MARX LANE & MITTENDORF,LLP | 156 West 56th Street | New York, NY 10019 |
| 7993809 | Jane VanLare | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, New York 10006 |
| 8006964 | Jason P. Gottlieb, Esq. | MORRISON COHEN LLP | 909 Third Avenue, 27th Floor | New York, New York 10022 |
| 7999337 | Jeffrey Bernstein, Esq. | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | 570 Broad Street, Suite 1401 | Newark, NJ 07102 |
| 7994361 | Jeremy R. Johnson | Polsinelli PC | 600 Third Avenue, 42nd Floor | New York, NY 10016 |
| 8441081 | John A. Pintarelli | PILLSBURY WINTHROP SHAW PITTMAN LLP | 31 West 52nd Street | New York, NY 10019 |
| 8021358 | John R. Ashmead    Mark D. Kotwick | SEWARD & KISSEL LLP | One Battery Park Plaza | New York, NY 10004 |
| 8445544 | K&L GATES LLP | 599 Lexington Avenue | New York, New York 10022 | Attn: Robert T. Honeywell |
| 8447795 | K&L GATES LLP | Carly S. Everhardt | 200 S. Biscayne Boulevard, Suite 3900 | Miami, Florida 33131 |

| | | |
|---|---|---|
| 8015747 | KAPLAN FOX & KILSHEIMER LLP    Jeffrey P. Campisi, Esq.    800 Third Avenue, 38 th Floor    New York, NY 10022 | |
| 8457396 | KILPATRICK TOWNSEND & STOCKTON LLP    Aaron L. Hammer    Nathan E. Delman    500 W. Madison St., Ste. 3700    Chicago, IL 60661 | |
| 7993998 | KIRKLAND & ELLIS LLP    KIRKLAND & ELLIS INTERNATIONAL LLP    Christopher Marcus, P.C.    601 Lexington Avenue    New York, New York 10022 | |
| 7993997 | KIRKLAND & ELLIS LLP    KIRKLAND & ELLIS INTERNATIONAL LLP    Joshua A. Sussberg, P.C.    601 Lexington Avenue    New York, New York 10022 | |
| 7993999 | KIRKLAND & ELLIS LLP    KIRKLAND & ELLIS INTERNATIONAL LLP    Ross J. Fiedler    601 Lexington Avenue    New York, New York 10022 | |
| 7998497 | KOBRE & KIM LLP    Danielle L. Rose    Daniel J. Saval    John G. Conte    800 Third Avenue    New York, New York 10022 | |
| 8019949 | Kim Vahlsing    10629 305TH AVE    PRINCETON, MN 55371 | |
| 8025582 | Kristopher M. Hansen    Kenneth Pasquale    Isaac Sasson    PAUL HASTINGS LLP    200 Park Avenue    New York, NY 10166 | |
| 8015792 | LOWENSTEIN SANDLER LLP    Michael S. Etkin, Esq.    Andrew D. Behlmann, Esq.    Michael Papandrea, Esq.    One Lowenstein Drive    Roseland, New Jersey 07068 | |
| 8013088 | Luke A. Barefoot    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, New York 10006 | |
| 8241058 | MCDERMOTT WILL & EMERY LLP    Darren Azman    Joseph B. Evans    Lucas Barrett    One Vanderbilt Avenue    New York, New York 10017–3852 | |
| 8241059 | MCDERMOTT WILL & EMERY LLP    Gregg Steinman    333 SE 2nd Avenue, Suite 4500    Miami, Florida 33131–2184 | |
| 7993811 | Michael Weinberg    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, New York 10006 | |
| 7994261 | NORTON ROSE FULBRIGHT US LLP    Eric Daucher    Victoria V. Corder    Francisco Vazquez    1301 Avenue of the Americas    New York, New York 10019–6022 | |
| 8038445 | NYS Office of the Attorney General    28 Liberty Street, 21 Floor    NY, NY 10005 | |
| 7999310 | New Jersey Bureau of Securities    c/o McElroy Deutsch    Attn: Jeffrey Bernstein, Esq.    570 Broad Street, Ste. 1401    Newark, NJ 07102 | |
| 7999315 | New Jersey Bureau of Securities    c/o McElroy Deutsch    Attn: Nicole Leonard, Esq.    225 Liberty St., 36th Floor    New York, NY 10281 | |
| 7999311 | New Jersey Bureau of Securities    c/o McElroy Deutsch    Attn: Virginia Shea, Esq.    1300 Mt. Kemble Ave.    Morristown, NJ 07962 | |
| 7999339 | Nicole Leonard, Esq.    MCELROY, DEUTSCH, MULVANEY &    CARPENTER, LLP    225 Liberty Street, 36th Floor    New York, NY 10281 | |
| 8025589 | Nima H. Mohebbi    Tiffany M. Ikeda    LATHAM & WATKINS LLP    355 South Grand Avenue, Suite 100    Los Angeles, CA 90071 | |
| 8025514 | Official Committee of Unsecured    Creditors of FTX Trading Ltd., et al.    c/o Paul Hastings LLP    Attn: Ken Pasquale, Esq.    200 Park Avenue    New York, NY 10166 | |
| 7993970 | PROSKAUER ROSE LLP    Brian S. Rosen    Vincent Indelicato    Megan R. Volin    Eleven Times Square    New York, NY 10036 | |
| 8441098 | Patrick E. Fitzmaurice    PILLSBURY WINTHROP SHAW PITTMAN LLP    31 West 52nd Street    New York, NY 10019 | |
| 8449178 | Pillsbury Winthrop Shaw Pittman LLP    31 West 52nd Street    New York, New York 10019 | |
| 8449372 | Proof of Claim # 167    411 West Putnam Ave, Suite 425    Greenwich, CT 06830 | |
| 7993813 | Richard C. Minott    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, New York 10006 | |
| 8036304 | Rishi Zutshi    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, New York 10006 | |
| 8015748 | SILVER GOLUB & TEITELL LLP    Ian W. Sloss, Esq.    One Landmark Square, 15th Floor    Stamford, CT 06901 | |
| 8021374 | STUART P. GELBERG, ESQ.    125 Turkey Lane    Cold Spring Harbor, NY 11724 | |
| 8449373 | Schedule F    Line No. 3.1.0269    411 West Putnam Ave, Suite 425    Greenwich, CT 06830 | |
| 8015213 | Securities Litigation Lead Plaintiffs    c/o M. Etkin, A. Behlmann & M. Papandrea    Lowenstein Sandler LLP    One Lowenstein Drive    Roseland, NJ 07068 | |
| 8238699 | Seth H. Lieberman    Matthew W. Silverman    Pryor Cashman LLP    7 Times Square    New York, New York 10036–6569 | |
| 8021518 | Soichiro "Michael" Moro c/o Marcus Asner    250 West 55th Street    New York, NY 10019 | |
| 8021367 | Stuart P. Gelberg, Esq.    125 Turkey Lane    Cold Spring Harbor, NY 11724 | |
| 8016220 | TN Dept of Revenue    c/o TN Attorney General's Office,    Bankruptcy Division    PO Box 20207    Nashville, Tennessee 37202–0207 | |
| 8252392 | Thomas S. Kessler    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, New York 10006 | |
| 7999338 | Virginia T. Shea, Esq.    MCELROY, DEUTSCH, MULVANEY &    CARPENTER, LLP    1300 Mt. Kemble Avenue    P.O. Box 2075    Morristown, NJ 07962–2075 | |
| 8433703 | WEIL, GOTSHAL & MANGES LLP    767 Fifth Avenue    New York, New York 10153    Attention: Caroline Zalka | |
| 7995876 | WEIL, GOTSHAL & MANGES LLP    767 Fifth Avenue    New York, New York 10153    Attention: Jeffrey D. Saferstein    Ronit Berkovich | |
| 8433704 | WEIL, GOTSHAL & MANGES LLP    767 Fifth Avenue    New York, New York 10153    Attention: Jenna Harris | |
| 8433705 | WEIL, GOTSHAL & MANGES LLP    767 Fifth Avenue    New York, New York 10153    Attention: Jennifer Lau | |
| 8433702 | WEIL, GOTSHAL & MANGES LLP    767 Fifth Avenue    New York, New York 10153    Attention: Jonathan Polkes | |
| 7993968 | WEIL, GOTSHAL & MANGES LLP    767 Fifth Avenue    New York, New York 10153    Jeffrey D. Saferstein    Ronit Berkovich | |

| | | | | |
|---|---|---|---|---|
| 7993969 | WEIL, GOTSHAL & MANGES LLP | 767 Fifth Avenue | New York, New York 10153 | Jessica Liou    Furqaan Siddiqui |
| 8238670 | WILLKIE FARR & GALLAGHER LLP | 1875 K Street, N.W. | Washington, DC 20006 | |
| 8238669 | WILLKIE FARR & GALLAGHER LLP | 787 Seventh Avenue | New York, New York 10019 | |

TOTAL: 123