**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | Case No. 23-10063 (SHL) |
| Genesis Global Capital, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-01312 (SHL) |
| Digital Currency Group, Inc., | |
| Defendant. | |

<u>**PROPOSED SCHEDULING ORDER**</u>

1. This Scheduling Order shall apply in the above-captioned main chapter 11 proceeding and the above-captioned adversary proceeding.

   a. The term "Motion to Dismiss" as used herein shall mean the Plaintiff's *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC* (Adv. Pro. ECF No. 14).

   b. The term "Motion to Estimate" as used herein shall mean the Debtors' *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a)* (ECF No. 1618)

   c. The term "Cross-Motions for Judgment on the Pleadings" shall mean *Plaintiff's Motion for Judgment on the Pleadings Under Federal Rule of Civil Procedure 12(c)* (Adv. Pro. ECF No. 9, the "Debtor's <u>Rule 12(c) Motion</u>") and the cross-motion for judgment on the pleadings to be filed by DCG as contemplated hereby.

2. DCG's opposition to the Debtor's Rule 12(c) Motion and cross-motion for judgment on the pleadings shall be filed by **April 29, 2024**.

3. DCG's opposition to the Motion to Dismiss shall be filed by **Thursday, May 16, 2024**.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

4. DCG's opposition to the Motion to Estimate, which briefing shall be limited to the non-evidentiary bases raised Motion to Estimate that are also raised in the Motion to Dismiss, shall be filed by **Thursday, May 16, 2024**.

5. The Debtor's reply in Support of their Rule 12(c) Motion and opposition to DCG's cross-motion for judgment on the pleadings shall be filed by **Thursday, May 16, 2024.**

6. The Debtors' reply in support of the Motion to Dismiss shall be filed by **Thursday, May 23, 2024**.

7. The Debtors' reply in support of the Motion to Estimate, which briefing shall be limited to the arguments raised in the Motion to Estimate that are also raised in the Motion to Dismiss, shall be filed by **Thursday, May 23, 2024**.

8. DCG's reply in support of its cross-motion for judgment on the pleadings shall be filed by **Thursday, May 23, 2024.**

9. This Court shall hold a hearing to consider the relief sought in the Motion to Dismiss and the Motion to Estimate at a date to be scheduled, which will be discussed at an upcoming omnibus hearing in these cases.

10. Subsequent to the Court's issuance of its decisions with respect to the issues briefed by the Parties and heard by this Court in accordance with paragraphs 2-6 above, the Parties shall meet and confer with respect to a schedule for briefing the issues raised in the Motion to Estimate and *not* briefed and heard in accordance with paragraphs 2-6 above, solely to the extent such issues are not mooted by this Court's prior decisions.

11. **Modification**.  The parties may modify any provision hereof on written agreement or, absent such agreement, by seeking an order of the Court upon good cause shown.

Dated: May 3, 2024                    */s/ Sean H. Lane*
      White Plains, New York        The Honorable Sean H. Lane
                                    United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-10063-shl |
| Genesis Global Holdco, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 13 |
| Date Rcvd: May 03, 2024 | Form ID: pdf001 | Total Noticed: 117 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genesis Global Holdco, LLC, 175 Greenwich Street, Floor 38, New York, NY 10007-2492 |
| aty | + | Adam M. Adler, Kroll Restructuring Administration LLC, (F/K/A Prime Clerk LLC), 55 East 52nd Street, 17th Floor New York, NY 10055-0002 |
| aty | + | Douglas J Schneller, Rimon, P.C., 245 Park Ave., 39th Floor, New York, NY 10167-4000 |
| aty | + | Oxana Kozlov, 649 Dunholme Way, Sunnyvale, CA 94087-3403 |
| cr | + | Ad Hoc Group of Dollar Lenders, Seth H. Lieberman, Esq., Pryor Cashman LLP, 7 Times Square, 40th Fl., New York, NY 10036-6570 |
| cr | + | Allyson Staahl Drew, 733 Via Palo Alto, Aptos, CA 95003-5632 |
| unk | + | BAO Family Holdings LLC, c/o MEDINA LAW FIRM LLC, 1200 N. Federal Highway, Second Floor, Boca Raton, FL 33432 U.S. 33432-2803 |
| cr | + | Barry Habib, c/o James M. Sullivan, Windels Marx Lane & Mittendorf, LLP, 156 W. 56th Street, New York, NY 10019-3800 |
| cr | + | Brian Walls, c/o Robbins DiMonte, Ltd., 180 N. LaSalle Street, Suite 3300, Chicago, IL 60601-2808 |
| tee | + | Ceratosaurus Investors, L.L.C., c/o Farallon Capital Management, L.L.C., One Maritime Plaza, Suite 2100, San Francisco, CA 94111-3511 |
| br | + | Cherokee Acquisition, 1384 Broadway, Suite 906, New York, NY 10018, UNITED STATES 10018-6146 |
| cr | | David Standish, Fish Lock Road, 4th Floor, LM Business Centre, Road Town, Tortola, BRITISH VIRGIN ISLANDS |
| cr | + | FTXCREDITOR, LLC, 1509 Bent Ave, Cheyenne, WY 82001-4310 |
| intp | + | Gemini Trust Company, LLC, 600 3rd Avenue, 2nd Floor, New York, NY 10016-1919 |
| unk | + | Internal Revenue Service, United States Attorney's Office - SDNY, 86 Chambers St., 3rd Flood, New York, NY 10007-1825 |
| cr | | James Drury, Fish Lock Road, 4th Floor, LM Business Centre, Road Town, Tortola, BRITISH VIRGIN ISLANDS |
| cna | + | Kroll Restructuring Administration LLC Claims Agen, (Formerly Prime Clerk LLC), 55 East 52nd Street, 17th Floor, www.kroll.com New York, NY 10055-0002 |
| sp | + | Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022-4784 |
| cr | + | NYS Office of the Attorney General, NYS Office of the Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| cr | | Paul Pretlove, Osiris, Coastal Buildings, Wickham's Cay II, PO Box 4857, Road Town, Tortola BRITISH VIRGIN ISLANDS |
| cr | + | U.S. Securities and Exchange Commission, New York Regional Office, 100 Pearl St., Suite 20-100, New York, NY 10004-6003 |
| cr | + | Vivian Farmery, c/o Stuart P. Gelberg, Esq., 125 Turkey Lane, Cold Spring Harbor, NY 11724-1713 |
| unk | + | Washington State Taxing Agencies, Bankruptcy & Collections Unit, 800 5th Ave, Suite 2000, Seattle, WA 98104-3188 |
| 8012402 | + | 250 Park Avenue, c/o Leech Tishman Robinson Brog PLLC, Attn: Fred B. Ringel, Esq., 875 Third Avenue, 9th Floor, New York, NY 10022-0123 |
| 7993808 | + | ASK LLP, Edward E. Neiger, Esq., Marianna Udem, Esq., 60 East 42nd Street, 46th Floor, New York, New York 10165-0043 |
| 8238333 | + | Ad Hoc Group of Dollar Lenders, Pryor Cashman LLP - Seth H. Lieberman, E, 7 Times Square, 40th Fl., New York, N.Y. 10036-6570 |
| 8025583 | + | Adam J. Goldberg, Christopher Harris, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| 8025509 | + | Adam J. Goldberg, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| 8001068 | + | Andrew G. Dietderich, James L. Bromley, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, New York 10004-2498 |
| 8030698 | + | Andrew Weaver, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7997711 | + | BAIRD HOLM LLP, Jeremy C. Hollembeak, 1700 Farnam St. Ste. 1500, Omaha, NE 68102-2078 |
| 8248467 | + | BAO FAMILY HOLDINGS LLC, c/o MEDINA LAW FIRM LLC, 1200 N. FEDERAL HIGHWAY, SECOND FLOOR, BOCA RATON, FL 33432-2846 |
| 8221929 | + | BROWN RUDNICK LLP, Matthew A. Sawyer, Esq., One Financial Center, Boston, MA 02111-2600 |
| 8221928 | + | BROWN RUDNICK LLP, Kenneth J. Aulet, Esq., Seven Times Square, New York, NY 10036-6548 |
| 8008485 | + | Benjamin Mintz, Marcus Asner, Justin Imperato, ARNOLD & PORTER KAYE SCHOLER LLP, 250 West 55th Street New York, New York 10019-7649 |
| 8438751 | + | Benjamin S. Kaminetzky, Brett M. McMahon, Jacquelyn S. Knudson, Davis Polk & Wardwell LLP, 450 Lexington Avenue New York, New York 10017-3982 |
| 8252393 | + | Brad Lenox, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8025587 | + | Brett M. Neve, Nacif Taousse, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| 8001069 | + | Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen, SULLIVAN & CROMWELL LLP, 125 Broad Street New York, New York 10004-2498 |
| 8021359 | + | Catherine V. LoTempio, Andrew J. Matott, SEWARD & KISSEL LLP, One Battery Park Plaza, New York, NY 10004-1485 |

| | | |
|---|---|---|
| 7993856 | + | Christian Ribeiro, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7994362 | + | Christopher A. Ward, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801-1621 |
| 8252441 | + | David Z. Schwartz, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8252448 | + | Deandra Fike, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8010377 | + | Foundry Digital LLC, c/o Aaron L. Hammer, Esq., HORWOOD MARCUS & BERK CHARTERED, 500 W. Madison St., Ste. 3700, Chicago, IL 60661-4591 |
| 8012455 | + | Fred B. Ringel, Esq., Leech Tishman Robinson Brog, PLLC, 875 Third Avenue, 9th Floor, New York, New York 10022-0123 |
| 8213108 | | Gabriel Tapalaga, Esq., Asst. Atty. General, NYS Office of the Attorney General, Investor Protection Bureau, 28 Liberty S t., 21st Floor New York, NY 10005 |
| 7999158 | + | Gregory F. Pesce, WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606-4418 |
| 8010732 | + | HORWOOD MARCUS & BERK CHARTERED, Aaron L. Hammer, Nathan E. Delman, 500 W. Madison St., Ste. 3700, Chicago, IL 60661-4591 |
| 8006097 | + | Heath D. Rosenblat, Esq., MORRISON COHEN LLP, 909 Third Avenue, 27th Floor, New York New York 10022-4784 |
| 7993810 | + | Hoo Ri Kim, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8441082 | + | Hugh M. McDonald, PILLSBURY WINTHROP SHAW PITTMAN LLP, 31 West 52nd Street, New York, NY 10019-6118 |
| 7994258 | + | Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Attention: Anson B. Frelinghuysen, Esq. 10004-1471 |
| 7994259 | + | Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Attention: Dustin S. Smith, Esq. 10004-1471 |
| 7994260 | + | Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Attention: Jeffrey S. Margolin, Esq. 10004-1471 |
| 7999147 | + | J. Christopher Shore, Philip Abelson, Michele J. Meises, WHITE & CASE LLP, 1221 Avenue of the Americas New York, New York 10020-1001 |
| 7998539 | + | Jack Massey, Cleary Gottlieb Steen & Hamilton LLP, 2112 Pennsylvania Avenue, N.W., Washington, D.C. 20037-3229 |
| 8003438 | + | James M. Sullivan, WINDELS MARX LANE & MITTENDORF, LLP, 156 West 56th Street, New York, New York 10019-3800 |
| 8003398 | + | James M. Sullivan, WINDELS MARX LANE & MITTENDORF,LLP, 156 West 56th Street, New York, NY 10019-3800 |
| 7993809 | + | Jane VanLare, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8006964 | + | Jason P. Gottlieb, Esq., MORRISON COHEN LLP, 909 Third Avenue, 27th Floor, New York, New York 10022-4784 |
| 7999337 | + | Jeffrey Bernstein, Esq., MCELROY, DEUTSCH, MULVANEY &, CARPENTER, LLP, 570 Broad Street, Suite 1401, Newark, NJ 07102-4560 |
| 7994361 | + | Jeremy R. Johnson, Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, NY 10016-1924 |
| 8441081 | + | John A. Pintarelli, PILLSBURY WINTHROP SHAW PITTMAN LLP, 31 West 52nd Street, New York, NY 10019-6118 |
| 8021358 | + | John R. Ashmead, Mark D. Kotwick, SEWARD & KISSEL LLP, One Battery Park Plaza, New York, NY 10004-1485 |
| 8445544 | + | K&L GATES LLP, 599 Lexington Avenue, New York, New York 10022-7615, Attn: Robert T. Honeywell |
| 8447795 | + | K&L GATES LLP, Carly S. Everhardt, 200 S. Biscayne Boulevard, Suite 3900, Miami, Florida 33131-2370 |
| 8015747 | + | KAPLAN FOX & KILSHEIMER LLP, Jeffrey P. Campisi, Esq., 800 Third Avenue, 38 th Floor, New York, NY 10022-7641 |
| 8457396 | + | KILPATRICK TOWNSEND & STOCKTON LLP, Aaron L. Hammer, Nathan E. Delman, 500 W. Madison St., Ste. 3700, Chicago, IL 60661-4591 |
| 7998497 | + | KOBRE & KIM LLP, Danielle L. Rose, Daniel J. Saval, John G. Conte, 800 Third Avenue New York, New York 10022-7649 |
| 8019949 | + | Kim Vahlsing, 10629 305TH AVE, PRINCETON, MN 55371-3340 |
| 8025582 | + | Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson, PAUL HASTINGS LLP, 200 Park Avenue New York, NY 10166-0019 |
| 8015792 | + | LOWENSTEIN SANDLER LLP, Michael S. Etkin, Esq., Andrew D. Behlmann, Esq., Michael Papandrea, Esq., One Lowenstein Drive Roseland, New Jersey 07068-1740 |
| 8013088 | + | Luke A. Barefoot, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8241058 | + | MCDERMOTT WILL & EMERY LLP, Darren Azman, Joseph B. Evans, Lucas Barrett, One Vanderbilt Avenue New York, New York 10017-3978 |
| 7993811 | + | Michael Weinberg, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7994261 | | NORTON ROSE FULBRIGHT US LLP, Eric DaucherVictoria V. Corder, Francisco Vazquez, 1301 Avenue of the Americas, New York, New York 10019-6022 |
| 8038445 | + | NYS Office of the Attorney General, 28 Liberty Street, 21 Floor, NY, NY 10005-1495 |
| 7999310 | + | New Jersey Bureau of Securities, c/o McElroy Deutsch, Attn: Jeffrey Bernstein, Esq., 570 Broad Street, Ste. 1401, Newark, NJ 07102-4532 |
| 7999311 | + | New Jersey Bureau of Securities, c/o McElroy Deutsch, Attn: Virginia Shea, Esq., 1300 Mt. Kemble Ave., Morristown, NJ 07960-8009 |
| 7999315 | + | New Jersey Bureau of Securities, c/o McElroy Deutsch, Attn: Nicole Leonard, Esq., 225 Liberty St., 36th Floor, New York, NY 10281-5001 |
| 7999339 | + | Nicole Leonard, Esq., MCELROY, DEUTSCH, MULVANEY &, CARPENTER, LLP, 225 Liberty Street, 36th Floor, New York, NY 10281-5001 |
| 8025589 | + | Nima H. Mohebbi, Tiffany M. Ikeda, LATHAM & WATKINS LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| 7993970 | + | PROSKAUER ROSE LLP, Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Eleven Times Square New York, NY 10036-6600 |
| 8441098 | + | Patrick E. Fitzmaurice, PILLSBURY WINTHROP SHAW PITTMAN LLP, 31 West 52nd Street, New York, NY 10019-6118 |
| 8449178 | + | Pillsbury Winthrop Shaw Pittman LLP, 31 West 52nd Street, New York, New York 10019-6118 |
| 8449372 | + | Proof of Claim # 167, 411 West Putnam Ave, Suite 425, Greenwich, CT 06830-6263 |
| 7993813 | + | Richard C. Minott, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8036304 | + | Rishi Zutshi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 8015748 | + | SILVER GOLUB & TEITELL LLP, Ian W. Sloss, Esq., One Landmark Square, 15th Floor, Stamford, CT 06901-2616 |
| 8449373 | + | Schedule F, Line No. 3.1.0269, 411 West Putnam Ave, Suite 425, Greenwich, CT 06830-6263 |
| 8015213 | + | Securities Litigation Lead Plaintiffs, c/o M. Etkin, A. Behlmann & M. Papandrea, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| 8238699 | | Seth H. Lieberman, Matthew W. Silverman, Pryor Cashman LLP, 7 Times Square, New York, New York 10036-6569 |

| District/off: 0208-1 | User: admin | Page 3 of 13 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: pdf001 | Total Noticed: 117 |

| | | |
|---|---|---|
| 8021518 | + | Soichiro Michael Moro c/o Marcus Asner, 250 West 55th Street, New York, NY 10019-9710 |
| 8021367 | + | Stuart P. Gelberg, Esq., 125 Turkey Lane, Cold Spring Harbor, NY 11724-1713 |
| 8252392 | + | Thomas S. Kessler, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7999338 | | Virginia T. Shea, Esq., MCELROY, DEUTSCH, MULVANEY &, CARPENTER, LLP, 1300 Mt. Kemble Avenue, P.O. Box 2075 Morristown, NJ 07962-2075 |
| 8433703 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Caroline Zalka 10153-0119 |
| 7995876 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Jeffrey D. Saferstein, Ronit Berkovich 10153-0119 |
| 8433704 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Jenna Harris 10153-0119 |
| 8433705 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Jennifer Lau 10153-0119 |
| 8433702 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Jonathan Polkes 10153-0119 |
| 7993968 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Jeffrey D. Saferstein, Ronit Berkovich 10153-0119 |
| 7993969 | + | WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Jessica Liou, Furqaan Siddiqui 10153-0119 |
| 8238669 | + | WILLKIE FARR & GALLAGHER LLP, 787 Seventh Avenue, New York, New York 10019-6099 |
| 8238670 | + | WILLKIE FARR & GALLAGHER LLP, 1875 K Street, N.W., Washington, DC 20006-1239 |

TOTAL: 106

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tee | | Email/Text: CreditNotices@contrariancapital.com | May 03 2024 18:55:00 | CONTRARIAN FUNDS, LLC, 411 West Putnam Avenue, Suite 225, Greenwich, CT 06830 |
| unk | | Email/Text: EBN@primeclerk.com | May 03 2024 18:55:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | May 03 2024 18:55:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| intp | | Email/Text: bcd@oag.texas.gov | May 03 2024 18:55:00 | Texas Department of Banking, c/o Office of the Texas Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | | Email/Text: bcd@oag.texas.gov | May 03 2024 18:55:00 | Texas State Securities Board, c/o Texas Attorney General, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | May 03 2024 18:52:53 | U.S. Securities and Exchange Commission, New York Regional Office, 100 Pearl St., Suite 20-100, New York, NY 10004-6003 |
| 7993997 | ^ | MEBN | May 03 2024 18:52:50 | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Joshua A. Sussberg, P.C., 601 Lexington Avenue, New York, New York 10022-4611 |
| 7993999 | ^ | MEBN | May 03 2024 18:52:48 | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Ross J. Fiedler, 601 Lexington Avenue, New York, New York 10022-4611 |
| 7993998 | ^ | MEBN | May 03 2024 18:52:46 | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Christopher Marcus, P.C., 601 Lexington Avenue, New York, New York 10022-4611 |
| 8241059 | | Email/Text: wire@mwe.com | May 03 2024 18:55:00 | MCDERMOTT WILL & EMERY LLP, Gregg Steinman, 333 SE 2nd Avenue, Suite 4500, Miami, Florida 33131-2184 |
| 8025514 | + | Email/Text: harveystrickon@paulhastings.com | May 03 2024 18:55:52 | Official Committee of Unsecured, Creditors of FTX Trading Ltd., et al., c/o Paul Hastings LLP, Attn: Ken Pasquale, Esq., 200 Park Avenue, New York, NY 10166-0019 |
| 8016220 | + | Email/Text: AGBankRevenue@ag.tn.gov | May 03 2024 18:55:00 | TN Dept of Revenue, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |

District/off: 0208-1 User: admin Page 4 of 13
Date Rcvd: May 03, 2024 Form ID: pdf001 Total Noticed: 117
TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Brad Greer |
| aty | | Cleary Gottlieb Steen & Hamilton LLP |
| intp | | 250 Park LLC |
| unk | | Ad Hoc Group of Claimants |
| cr | | Ad Hoc Group of Creditors |
| cr | | Ad Hoc Group of Genesis Customers |
| cr | | Ad Hoc Group of Genesis Lenders |
| cr | | Adrian McClendon |
| cr | | Albert Chien |
| cr | | Alejandro Arias-Chavez |
| fa | | Alvarez & Marsal North America, LLC |
| cr | | Anand Balasubramanian |
| intp | | Anonymous Lender 79 |
| unk | | Ariam Asmerom |
| cr | | Audrey Benhaim |
| unk | | Barry Silbert |
| fa | | Berkeley Research Group, LLC |
| cr | | Bev Bhattii |
| cr | | Brandon Bass |
| cr | | Brandon Donohue |
| cr | | Brandon Stowe |
| unk | | Brian Chancey |
| cr | | Brian Tech |
| cr | | Bridgett Tobler |
| unk | | CANYON-ASP FUND, LP |
| cr | | Caramila Capital Management LLC |
| cr | | Christopher Harris |
| cr | | Cicero Offerle |
| unk | | Claimant 351 |
| unk | | Clerk's Office, U.S. Bankruptcy Court SDNY |
| unk | | Clinton Mueller |
| unk | | Cody Smith |
| cr | | Cole Lemaster |
| cr | | D. Winslow Blankenship |
| cr | | DGR Capital LLC |
| cr | | Damany Browne |
| cr | | Daniel Padilla |
| unk | | David Finkelstein |
| cr | | David Morton |
| unk | | Decentralized Wireless Foundation, Inc. |
| cr | | Delvin Hale |
| unk | | Diego Trazzi |
| unk | | Digital Currency Group, Inc. |
| unk | | Digital Finance Group Co., 23 Lime Tree Bay Avenue, Grand Cayman, KY1-1104, CAYMEN ISLAND |
| cr | | Dillion Overturf |
| unk | | Dionys Medrano |
| unk | | Dominic Macri |
| unk | | Donald Cameron Warthan |
| unk | | Donut, Inc. |
| unk | | Dustin Thayer |
| unk | | Eduardo Gutarra |
| intp | | Eric Asquith |
| cr | | Eric Saleh |
| cr | | Eric Shipe |
| unk | | FT Digital Asset Opportunities Holdings, LP |
| intp | | FTX Trading Ltd. and affiliated debtors |

| | |
|---|---|
| unk | Fir Tree Capital Opportunity Master Fund III, LP |
| tee | Fir Tree Digital Asset Opportunities Holdings, LLC |
| unk | Fir Tree Value Master Fund, LP |
| intp | Foreign Representatives of Three Arrows Capital, L |
| cr | Foundry Digital LLC |
| cr | Franklin Ferguson |
| intp | GPD Holdings LLC d/b/a Coinflip |
| unk | Gemini Trust Company, LLC, Acting in capacity as A |
| cr | Genesis Crypto Creditors Ad Hoc Group |
| unk | Glen Kratochvil |
| unk | Gordon Sun |
| op | Grant Thornton LLP |
| cr | Grayscale Investments, LLC |
| unk | Gregory Raab |
| op | Houlihan Lokey Capital, Inc. |
| cr | Ivan Wong |
| unk | J. Sebastian Rojas |
| cr | Jason Cooley |
| unk | Jason Hovey |
| cr | Jayvinth Johnson |
| cr | Jefferies Leveraged Credit Products, LLC |
| unk | Jeffries Leveraged Credit Products, LLC |
| unk | Jiapeng Liu |
| cr | Jody Ezell |
| cr | Joe Ezell |
| cr | Joel Gdowski |
| unk | Joseph Kurian |
| cr | Joshua Silverman |
| cr | Justin Thompson |
| cr | Kedar Gratton |
| cr | Laskisha Owten |
| cr | Latasha Banks |
| cr | Lorenzo Rodriguez Almonte |
| fa | M3 Advisory Partners, LP |
| unk | Marcos Holding I LLC |
| unk | Mark Wade |
| unk | Mazen Hafez |
| unk | Michael Brown |
| cr | Michael Trolinder |
| cr | Mirana Corp. |
| fa | Moelis & Company LLC |
| unk | Mohammad Rahman |
| cr | Mondrell Reid |
| cr | Moneybites Media Inc. |
| unk | Nicholas J. Talian |
| unk | Nicholas McDonald |
| cr | Nicholas Moore |
| unk | Nicholas Serres |
| cr | Nikisha Ceaser |
| intp | Official Committee of Unsecured Creditors of FTX T |
| cr | Oscar Ramirez |
| unk | PareFi Digital Credit Fund LP |
| cr | Paul Florindo |
| unk | Pete Berardi |
| unk | Peter Kim |
| cr | Raleigh Gambino |
| cr | Residia Asset Management AG |
| unk | Richard Zembol |
| cr | Ronald DeSarro |
| cr | Ross D. Blankenship |
| cr | SOF International, LLC |
| cr | Sadhana Cherukuri |
| unk | Samuel Schwarz |

| cr | | Scott Knoll |
| intp | | Securities Litigation Lead Plaintiffs |
| cr | | Shamoniquea Williams |
| cr | | Shawn Farris |
| cr | | Soichiro "Michael" Moro |
| cr | | Sophie Pack |
| unk | | Streami Inc. |
| cr | | Teddy Andre Amadeo Gorisse |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Three Arrows Fund, Ltd (in Liquidation) |
| cr | | Tyler Martin |
| intp | | Valour Inc. |
| unk | | Vashita Dhir |
| cr | | Willi Eugene |
| unk | | Xclaim Capital Holdings, LLC |
| unk | | Xiaoxiao Gu |
| unk | | Yosif Sharif |
| cr | | Zachary Berman |
| 7994337 | | Caramila Capital Management LLC |
| 7997364 | | Digital Finance Group Co., 23 Lime Tree Bay Avenue, Grand Cayman, Cayman Island, KY1-1104 |
| 7996784 | | Residia Asset Management AG |
| cr | *+ | New Jersey Bureau of Securities, c/o McElroy Deutsch, Attn: Jeffrey Bernstein, Esq., 570 Broad Street, Suite 1401, Newark, NJ 07102-4532 |
| unk | *+ | Oxana Kozlov, 649 Dunholme Way, Sunnyvale, CA 94087-3403 |
| 8025586 | *+ | Adam J. Goldberg, Christopher Harris, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| 8021374 | *+ | STUART P. GELBERG, ESQ., 125 Turkey Lane, Cold Spring Harbor, NY 11724-1713 |

TOTAL: 140 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

Aaron L. Hammer

on behalf of Creditor Foundry Digital LLC ahammer@ktslaw.com  ecfnotices@hmblaw.com;ndelman@hmblaw.com

Adam J. Goldberg

on behalf of Interested Party Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.goldberg@lw.com, adam-goldberg-3218@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

Alexandra Troiano

on behalf of Creditor NYS Office of the Attorney General atroiano@westermanllp.com

Allison Dawn Weissman

on behalf of Creditor Jefferies Leveraged Credit Products  LLC acitron@orrick.com

Amanda Ann Parra Criste

on behalf of Creditor Committee The Official Committee of Unsecured Creditors aparracriste@whitecase.com mco@whitecase.com;jdisanti@whitecase.com

Andrew Behlmann
    on behalf of Interested Party Securities Litigation Lead Plaintiffs abehlmann@lowenstein.com

Andrew G. Dietderich
    on behalf of Interested Party FTX Trading Ltd. and affiliated debtors dietdericha@sullcrom.com
    s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Andrew W. Weaver
    on behalf of Debtor Genesis Global Holdco  LLC aweaver@cgsh.com, maofiling@cgsh.com

Anson B. Frelinghuysen
    on behalf of Unknown Gemini Trust Company  LLC, Acting in capacity as Agent on behalf of Earn users
    frelingh@hugheshubbard.com, anson-frelinghuysen-4039@ecf.pacerpro.com

Anson B. Frelinghuysen
    on behalf of Plaintiff Gemini Trust Company  LLC frelingh@hugheshubbard.com, anson-frelinghuysen-4039@ecf.pacerpro.com

Anson B. Frelinghuysen
    on behalf of Defendant Gemini Trust Company  LLC frelingh@hugheshubbard.com,
    anson-frelinghuysen-4039@ecf.pacerpro.com

Anson B. Frelinghuysen
    on behalf of Interested Party Gemini Trust Company  LLC frelingh@hugheshubbard.com,
    anson-frelinghuysen-4039@ecf.pacerpro.com

Barry R. Kleiner
    on behalf of Creditor FTXCREDITOR  LLC dkleiner@kkwc.com, gagnew@kkwc.com

Benjamin Beller
    on behalf of Interested Party FTX Trading Ltd. and affiliated debtors bellerb@sullcrom.com

Benjamin Mintz
    on behalf of Creditor Soichiro "Michael" Moro Benjamin.Mintz@arnoldporter.com
    Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
    ecf.pacerpro.com

Benjamin S. Kaminetzky
    on behalf of Creditor Grayscale Investments  LLC kaminet@dpw.com, ecf.ct.papers@davispolk.com

Bradley Lenox
    on behalf of Debtor Genesis Global Holdco  LLC blenox@cgsh.com

Brian Rosen
    on behalf of Unknown Ad Hoc Group of Genesis Lenders brosen@proskauer.com
    brosen@proskauer.com;brian-rosen-8902@ecf.pacerpro.com

Brian Rosen
    on behalf of Creditor Ad Hoc Group of Genesis Lenders brosen@proskauer.com
    brosen@proskauer.com;brian-rosen-8902@ecf.pacerpro.com

Brian Rosen
    on behalf of Creditor Ad Hoc Group of Genesis Customers brosen@proskauer.com
    brosen@proskauer.com;brian-rosen-8902@ecf.pacerpro.com

Brian D. Glueckstein
    on behalf of Interested Party FTX Trading Ltd. and affiliated debtors gluecksb@sullcrom.com
    s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Carl W Mills, IV
    on behalf of Interested Party Gemini Trust Company  LLC carl.mills@hugheshubbard.com, carl-mills-0907@ecf.pacerpro.com

Carly Everhardt
    on behalf of Interested Party GPD Holdings LLC d/b/a Coinflip carly.everhardt@klgates.com
    carly-everhardt-5001@ecf.pacerpro.com

Carolina Y. Sales
    on behalf of Creditor Brian Walls csales@robbinsdimonte.com  jtronina@robbinsdimonte.com

Christian Ribeiro
    on behalf of Debtor Genesis Global Holdco  LLC cribeiro@cgsh.com

Christopher Harris
    on behalf of Interested Party Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) christopher.harris@lw.com,
    christopher-harris-4147@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com,ny-courtmail@lw.com

Colin West
    on behalf of Creditor Committee Official Committee of Unsecured Creditors cwest@whitecase.com
    jdisanti@whitecase.com;mco@whitecase.com

Colin West
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors cwest@whitecase.com
    jdisanti@whitecase.com;mco@whitecase.com

District/off: 0208-1                          User: admin                              Page 8 of 13
Date Rcvd: May 03, 2024                   Form ID: pdf001                        Total Noticed: 117

Daniel B. Besikof
    on behalf of Unknown Decentralized Wireless Foundation  Inc. dbesikof@lowenstein.com

Daniel Isaac Forman
    on behalf of Plaintiff Gemini Trust Company  LLC maosbny@willkie.com, dforman@willkie.com

Daniel Isaac Forman
    on behalf of Interested Party Gemini Trust Company  LLC maosbny@willkie.com, dforman@willkie.com

Danielle L. Rose
    on behalf of Debtor Genesis Global Holdco  LLC Danielle.Rose@kobrekim.com

Darren T. Azman
    on behalf of Creditor Genesis Crypto Creditors Ad Hoc Group dazman@mwe.com
mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

David A Rich
    on behalf of Defendant Eric Asquith drich@chartwelllaw.com  cpoole@chartwelllaw.com

David A Rich
    on behalf of Interested Party Eric Asquith drich@chartwelllaw.com  cpoole@chartwelllaw.com

David M. Fournier
    on behalf of Interested Party Valour Inc. david.fournier@troutman.com  wlbank@troutman.com;monica.molitor@troutman.com

David Z Schwartz
    on behalf of Debtor Genesis Global Holdco  LLC dschwartz@cgsh.com, maofiling@cgsh.com

Deandra Fike
    on behalf of Debtor Genesis Global Holdco  LLC dfike@cgsh.com

Debra Nicole Guntner
    on behalf of Creditor Zachary Berman nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Oscar Ramirez nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Bridgett Tobler nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Paul Florindo nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Jason Cooley nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Tyler Martin nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Scott Knoll nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Eric Saleh nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Unknown Mark Wade nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Daniel Padilla nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Damany Browne nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Brandon Stowe nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Ronald DeSarro nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Delvin Hale nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Shawn Farris nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Audrey Benhaim nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
    on behalf of Creditor Brandon Bass nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

District/off: 0208-1                          User: admin                                    Page 9 of 13
Date Rcvd: May 03, 2024                    Form ID: pdf001                              Total Noticed: 117

on behalf of Creditor Alejandro Arias-Chavez nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Laskisha Owten nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Dillion Overturf nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Nikisha Ceaser nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Adrian McClendon nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Kedar Gratton nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Willi Eugene nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Jody Ezell nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Joshua Silverman nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Christopher Harris nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Brandon Donohue nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Cole Lemaster nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Shamoniquea Williams nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Justin Thompson nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Bev Bhattii nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Mondrell Reid nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Latasha Banks nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Michael Trolinder nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Eric Shipe nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Franklin Ferguson nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Cicero Offerle nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Unknown Michael Brown nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Anand Balasubramanian nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Albert Chien nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Raleigh Gambino nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Jayvinth Johnson nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Joe Ezell nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner

on behalf of Creditor Lorenzo Rodriguez Almonte nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
on behalf of Creditor Brian Tech nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
on behalf of Creditor Joel Gdowski nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
on behalf of Creditor Nicholas Moore nguntner@awkolaw.com  hpenrose@awkolaw.com

Debra Nicole Guntner
on behalf of Creditor Sophie Pack nguntner@awkolaw.com  hpenrose@awkolaw.com

Dina L. Yunker Frank
on behalf of Unknown Washington State Taxing Agencies bcuyunker@atg.wa.gov

Donald Burke
on behalf of Plaintiff Gemini Trust Company  LLC dburke@willkie.com, maodc1@willkie.com

Donald Burke
on behalf of Defendant Gemini Trust Company  LLC dburke@willkie.com, maodc1@willkie.com

Edward E. Neiger
on behalf of Unknown Donut  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eric S. Medina, Esq.
on behalf of Unknown BAO Family Holdings LLC emedina@medinafirm.com  ecf@medinafirm.com

Evelyn J. Meltzer
on behalf of Interested Party Valour Inc. Evelyn.Meltzer@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Francisco Vazquez
on behalf of Creditor Mirana Corp. francisco.vazquez@nortonrosefulbright.com  francisco.vazquez@nortonrosefulbright.com

Fred B. Ringel
on behalf of Interested Party 250 Park LLC fringel@leechtishman.com

Gabriel Tapalaga
on behalf of Creditor NYS Office of the Attorney General gabriel.tapalaga@ag.ny.gov

Greg M. Zipes
on behalf of U.S. Trustee United States Trustee greg.zipes@usdoj.gov

Gregory F Pesce
on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com
jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
on behalf of Other Prof. Houlihan Lokey Capital  Inc. gregory.pesce@whitecase.com,
jdisanti@whitecase.com,mco@whitecase.com

Heath Douglas Rosenblat
on behalf of Spec. Counsel Morrison Cohen LLP hrosenblat@morrisoncohen.com

Heath Douglas Rosenblat
on behalf of Debtor Genesis Global Holdco  LLC hrosenblat@morrisoncohen.com

Hoo Ri Kim
on behalf of Debtor Genesis Global Holdco  LLC hokim@cgsh.com

Hugh M. McDonald
on behalf of Creditor James Drury hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com

Hugh M. McDonald
on behalf of Creditor Paul Pretlove hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com

Hugh M. McDonald
on behalf of Creditor David Standish hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com

J. Christopher Shore
on behalf of Creditor Committee The Official Committee of Unsecured Creditors cshore@whitecase.com
jdisanti@whitecase.com;mco@whitecase.com

Jack Massey
on behalf of Debtor Genesis Global Holdco  LLC jamassey@cgsh.com

James M. Sullivan
on behalf of Creditor Barry Habib jmsullivan@seyfarth.com  nycdocket@seyfarth.com

James V. Drew
on behalf of Creditor SOF International  LLC jdrew@otterbourg.com, awilliams@otterbourg.com

Jane Vanlare

|  |  |
|---|---|
|  | on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP jvanlare@cgsh.com  maofiling@cgsh.com |
| Jane Vanlare | |
|  | on behalf of Debtor Genesis Global Holdco  LLC jvanlare@cgsh.com, maofiling@cgsh.com |
| Jason Gottlieb | |
|  | on behalf of Debtor Genesis Global Holdco  LLC jgottlieb@morrisoncohen.com, courtnotices@morrisoncohen.com |
| Jeffrey Bernstein | |
|  | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com  kpatterson@mdmc-law.com |
| Jeremiah Charles Hollembeak | |
|  | on behalf of Unknown Digital Finance Group Co. jhollembeak@bairdholm.com  Jeremy.Hollembeak@kobrekim.com |
| Jeremy Liss | |
|  | on behalf of Unknown Internal Revenue Service jeremy.liss@usdoj.gov |
| Jeremy R. Johnson | |
|  | on behalf of Creditor Residia Asset Management AG jeremy.johnson@polsinelli.com |
| Jeremy R. Johnson | |
|  | on behalf of Creditor Caramila Capital Management LLC jeremy.johnson@polsinelli.com |
| John A Pintarelli | |
|  | on behalf of Creditor David Standish john.pintarelli@pillsburylaw.com  nydocket@Pillsburylaw.com |
| John A Pintarelli | |
|  | on behalf of Creditor James Drury john.pintarelli@pillsburylaw.com  nydocket@Pillsburylaw.com |
| John A Pintarelli | |
|  | on behalf of Creditor Paul Pretlove john.pintarelli@pillsburylaw.com  nydocket@Pillsburylaw.com |
| John J. Monaghan | |
|  | on behalf of Interested Party Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) bos-bankruptcy@hklaw.com, hapi@hklaw.com |
| John R. Ashmead | |
|  | on behalf of Creditor Committee The Official Committee of Unsecured Creditors ashmead@sewkis.com managingclerkoffice@sewkis.com |
| Joshua Sussberg | |
|  | on behalf of Creditor Ad Hoc Group of Creditors jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Justin Gerard Imperato | |
|  | on behalf of Creditor Soichiro "Michael" Moro justin.imperato@arnoldporter.com |
| Katharine Jane Ross | |
|  | on behalf of Debtor Genesis Global Holdco  LLC kross@cgsh.com |
| Kenneth Aulet | |
|  | on behalf of Unknown Ad Hoc Group of Claimants kaulet@brownrudnick.com hcohen@brownrudnick.com;tburns@brownrudnick.com |
| Kenneth A. Listwak | |
|  | on behalf of Interested Party Valour Inc. kenneth.listwak@troutman.com |
| Layla Milligan | |
|  | on behalf of Interested Party Texas Department of Banking layla.milligan@oag.texas.gov |
| Layla Milligan | |
|  | on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov |
| Luke A Barefoot | |
|  | on behalf of Defendant Genesis Asia Pacific PTE. LTD. lbarefoot@cgsh.com  maofiling@cgsh.com |
| Luke A Barefoot | |
|  | on behalf of Defendant Genesis Global Capital  LLC lbarefoot@cgsh.com, maofiling@cgsh.com |
| Luke A Barefoot | |
|  | on behalf of Plaintiff Genesis Global Capital  LLC lbarefoot@cgsh.com, maofiling@cgsh.com |
| Luke A Barefoot | |
|  | on behalf of Debtor Genesis Global Holdco  LLC lbarefoot@cgsh.com, maofiling@cgsh.com |
| Luke A Barefoot | |
|  | on behalf of Defendant Genesis Global Holdco  LLC lbarefoot@cgsh.com, maofiling@cgsh.com |
| Marcy J. McLaughlin Smith | |
|  | on behalf of Interested Party Valour Inc. marcy.smith@wbd-us.com  wlbank@troutman.com,monica.molitor@troutman.com |
| Marvin E. Clements, Jr. | |
|  | on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov |

District/off: 0208-1                                    User: admin                                    Page 12 of 13
Date Rcvd: May 03, 2024                          Form ID: pdf001                          Total Noticed: 117

Michael Weinberg
    on behalf of Debtor Genesis Global Holdco  LLC mdweinberg@cgsh.com

Michael S. Etkin
    on behalf of Interested Party Securities Litigation Lead Plaintiffs metkin@lowenstein.com  mseymour@lowenstein.com

Monique J. Mulcare
    on behalf of Creditor Moneybites Media Inc. mmulcare@mayerbrown.com
nycdocket@mayerbrown.com;6067168420@filings.docketbird.com

Nicole A Leonard
    on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com  sshidner@mdmc-law.com

Nima Mohebbi
    on behalf of Interested Party Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) nima.mohebbi@lw.com

Oxana Kozlov
    on behalf of Attorney Oxana Kozlov okozlov@gmail.com

Oxana Kozlov
    on behalf of Unknown Oxana Kozlov okozlov@gmail.com

Patrick Collins
    on behalf of Creditor David Morton pcollins@farrellfritz.com

Patrick Fitzmaurice
    on behalf of Creditor David Standish patrick.fitzmaurice@pillsburylaw.com

Patrick Fitzmaurice
    on behalf of Creditor James Drury patrick.fitzmaurice@pillsburylaw.com

Patrick Fitzmaurice
    on behalf of Creditor Paul Pretlove patrick.fitzmaurice@pillsburylaw.com

Paul B. Haskel
    on behalf of Transferee Ceratosaurus Investors  L.L.C. phaskel@crowell.com,
RKOManagingClerk@rkollp.com;paul-haskel-2046@ecf.pacerpro.com

Philip Abelson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors philip.abelson@whitecase.com
jdisanti@whitecase.com,mco@whitecase.com

Philip Abelson
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors philip.abelson@whitecase.com
jdisanti@whitecase.com,mco@whitecase.com

Philip Abelson
    on behalf of Financial Advisor Berkeley Research Group  LLC philip.abelson@whitecase.com,
jdisanti@whitecase.com,mco@whitecase.com

Rahman Connelly
    on behalf of Creditor Three Arrows Fund  Ltd (in Liquidation) rahman.connelly@pillsburylaw.com

Richard Corbi
    on behalf of Unknown Claimant 351 rcorbi@corbilaw.com

Richard Chester Minott
    on behalf of Debtor Genesis Global Holdco  LLC rminott@cgsh.com

Rishi Zutshi
    on behalf of Debtor Genesis Global Holdco  LLC rzutshi@cgsh.com, maofiling@cgsh.com

Robert Honeywell
    on behalf of Interested Party GPD Holdings LLC d/b/a Coinflip robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Sabrina Asha Bremer
    on behalf of Debtor Genesis Global Holdco  LLC sabremer@cgsh.com

Sean A. O'Neal
    on behalf of Defendant Genesis Asia Pacific PTE. LTD. soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
    on behalf of Defendant Genesis Global Holdco  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
    on behalf of Defendant Genesis Global Capital  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
    on behalf of Debtor Genesis Global Capital  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
    on behalf of Debtor Genesis Global Holdco  LLC soneal@cgsh.com, maofiling@cgsh.com

| | |
|---|---|
| Sean A. O'Neal | on behalf of Debtor Genesis Asia Pacific PTE. LTD. soneal@cgsh.com  maofiling@cgsh.com |
| Sean A. O'Neal | on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP soneal@cgsh.com  maofiling@cgsh.com |
| Sean A. O'Neal | on behalf of Plaintiff Genesis Global Capital  LLC soneal@cgsh.com, maofiling@cgsh.com |
| Seth H. Lieberman | on behalf of Creditor Ad Hoc Group of Dollar Lenders slieberman@pryorcashman.com bankruptcydocketing@pryorcashman.com |
| Stephanie Assi | on behalf of Creditor Ross D. Blankenship sfassi@ccsb.com  wmartinez@ccsb.com,talvarado@ccsb.com |
| Stephanie Assi | on behalf of Creditor D. Winslow Blankenship sfassi@ccsb.com  wmartinez@ccsb.com,talvarado@ccsb.com |
| Steven J. Reisman | on behalf of Interested Party Anonymous Lender 79 sreisman@katten.com  nyc.bknotices@katten.com |
| Steven J. Reisman | on behalf of Creditor Teddy Andre Amadeo Gorisse sreisman@katten.com  nyc.bknotices@katten.com |
| Stuart P. Gelberg | on behalf of Creditor Vivian Farmery spg@13trustee.net |
| Tara Tiantian | on behalf of U.S. Trustee United States Trustee tara.tiantian@usdoj.gov |
| Therese Scheuer | on behalf of Creditor U.S. Securities and Exchange Commission scheuert@sec.gov |
| Thomas Alan Draghi | on behalf of Creditor NYS Office of the Attorney General tdraghi@westermanllp.com |
| Thomas S. Kessler | on behalf of Debtor Genesis Global Holdco  LLC tkessler@cgsh.com, maofiling@cgsh.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Virginia T. Shea | on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com |
| William B. Kerr | on behalf of Creditor DGR Capital LLC wkerr@kerrllp.com |
| William Matthew Uptegrove | on behalf of Creditor U.S. Securities and Exchange Commission uptegrovew@sec.gov |

TOTAL: 179