Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF AMENDMENT TO
GENESIS GLOBAL CAPITAL, LLC'S SCHEDULES OF ASSETS AND LIABILITIES**

  **PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

  **PLEASE TAKE FURTHER NOTICE** that, on March 20, 2023, Genesis Global Capital, LLC ("GGC"), one of the debtors in the above-captioned cases (together, the "Debtors," and these cases, the "Chapter 11 Cases") filed its Schedules of Assets and Liabilities (ECF No. 146, the "Schedules").

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on December 27, 2023, GGC filed an amendment to Schedule A/B pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (ECF No. 1090), which is fully incorporated into, and comprises an integral part of, the Schedules.

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, GGC filed an amendment to Schedule E/F (the "Amended Schedule") pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure. The Amended Schedule is attached hereto as Exhibit 1. The Amended Schedule is hereby incorporated into, and comprises an integral part of, the Schedules. For the avoidance of doubt, the Global Notes included in the Schedules are fully incorporated by reference into the Amended Schedule.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their right to further amend their respective Schedules of Assets and Liabilities from time to time as may be necessary or appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Proof of Claim Form, Bar Date Notices, and Mailing and Publication Procedures, (III) Implementing Uniform Procedures Regarding 503(b)(9) Claims, and (IV) Providing Certain Supplemental Relief* (ECF No. 200, the "Bar Date Order"), the date by which creditors holding claims which have been affected by the Amended Schedule to file a proof of claim is June 10, 2024, thirty-five (35) days after the date that this notice is served on the affected claimant.

**PLEASE TAKE FURTHER NOTICE** that copies of the Schedules can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis.

| | |
|---|---|
| Dated:  May 6, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

## **Exhibit 1**

**Amended Schedule**

**Fill in this information to identify the case:**

Debtor: Genesis Global Capital, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 23-10064

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                     | **Total claim** | **Priority amount** |
|-----|-----------------------------------------------------|-----------------|---------------------|

**2.1** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

**2.2** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

**2.3** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.8** **Nonpriority creditor's name and mailing address**
LUNO AUSTRALIA PTY LTD
5 SHENTON WAY
#10-01 UIC BUILDING SINGAPORE
SINGAPORE, 068808
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany / Affiliate Payable

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany / Affiliate Payable

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany / Affiliate Payable

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany / Affiliate Payable

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes