CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | |
| Plaintiff, | Adv. Pro. No. 23-01168 (SHL) |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |
| Genesis Global Capital, LLC, | |
| Plaintiff, | Adv. Pro. No. 23-01169 (SHL) |
| v. | |
| DCG International Investments Ltd. | |
| Defendant. | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

|  |  |
|---|---|
| Genesis Global Capital, LLC,<br><br>        Plaintiff,<br>v.<br><br>Digital Currency Group, Inc.<br><br>        Defendant. | Adv. Pro. No. 24-01312 (SHL) |

**AGENDA FOR HEARING TO BE HELD**
**May 8, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**    May 8, 2024, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**    Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The May 8 hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the May 8 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the May 8 Hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:**    Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

**AGENDA FOR MAY 8 HEARING**

**Matters to be Heard at May 8 Hearing:**

**I.    Status Conference**

2

1. **Motion to Estimate:** *Debtors' Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a)*. ECF No. 1618.

   i. **General Response Deadline:** May 1, 2024 at 4:00 P.M (Prevailing Eastern Time)

   ii. **No Responses**

   iii. **Related Pleadings:**

      a. *Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Debtors' Motion to Estimate DCG's Counterclaim Against the Debtors Under Sections 502(c) and 105(a)*. ECF No. 1619.

      b. *Letter Regarding In re Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL) and Genesis Global Capital, LLC v. Digital Currency Group, Inc., No. 24-01312*. ECF No. 1633.

      c. *Proposed Scheduling Order*. ECF No. 1650.

   iv. **Status:** Consistent with the Proposed Scheduling Order, the Court will discuss scheduling a hearing to consider the relief sought in the Motion to Estimate and the *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC* (Adv. Proc. No. 24-01312, ECF No. 14) at the May 8 hearing.

2. **Twenty-Third Omnibus Claims Objection:** Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability). ECF No. 1315.

   i. **General Response Deadline:** March 8, 2024 at 4:00 P.M (Prevailing Eastern Time)

   ii. **Responses:**

      a. *Claimant's Response and Reservation of Rights to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)*. ECF No. 1643.

   iii. **Related Pleadings:**

      a. *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim Nos. 223, 353 and 810*. ECF No. 1454.

      b. *Notice of Adjournment of Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim No. 223*. ECF No. 1522.

      c. *Declaration of Anonymous Claimant in Support of Claimant's Response and Reservation of Rights to Debtors' Twenty-Third Omnibus Objection*

3

> *(Non-Substantive) to Certain Claims Pursuant to 11 U.S.C § 502 and Fed. R. Bankr. P. 3007.* ECF No. 1644.
>
> iv. **Status:** The matter is going forward as a status conference to discuss discovery and scheduling of the Objection solely with respect to Claim No. 223.

II. <u>**Uncontested Matters**</u>

1. **Twenty-Fifth Omnibus Claims Objection:** *Debtors' Twenty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1475.

    i. **General Response Deadline:** April 5, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

    > a. *Notice of Adjournment of Debtors' Twenty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability) Solely with Respect to Claim No. 1451.* ECF No. 1555.
    >
    > b. *Order Granting Debtors' Twenty Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1599.

    iv. **Status:** A proposed order has been filed and the matter is going forward solely with respect to Claim No. 1451.

2. **Twenty-Ninth Omnibus Claims Objection:** *Debtors' Twenty-Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1549.

    i. **General Response Deadline:** April 26, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

3. **Thirtieth Omnibus Claims Objection:** *Debtors' Thirtieth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1550.

    i. **General Response Deadline:** April 26, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

    **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

4. **Objection to Claim No. 411:** *Debtors' Objection (Non-Substantive) to Claim No. 411 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow).* ECF No. 1551.

    **i.**    **General Response Deadline:** April 26, 2024 at 4:00 P.M (Prevailing Eastern Time)

    **ii.**    **No Objections**

    **iii.**    **No Related Pleadings:**

    **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

**III. <u>Matters not Going Forward</u>**

1. **Setoff Motion:** *Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1374.

    **i.**    **General Response Deadline:** March 8, 2024 at 4:00 P.M (Prevailing Eastern Time)

    **ii.**    **Responses:**

        a. *Objection of Chainview Capital Fund, LP to Debtors' Motion for (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1442.

        b. *Objection of David Morton to Debtors' Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations.* ECF No. 1443.

    **iii.**    **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1451.

        b. *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1560.

        c. *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1641.

    **iv.**    **Status:** The matter has been adjourned to June 20, 2024 at 10:00 A.M. (Prevailing Eastern Time).

2. **Eighteenth Omnibus Claims Objection:** *Debtors' Eighteenth Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1120.

    i. **General Response Deadline:** January 23, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **Responses:**

        a. *Response in Opposition to Debtors' Objection to Claim Nos. 375, 398, and 408 in Eighteenth Omnibus Objection to Certain Claims.* ECF No. 1187.

    iii. **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1167.

        b. *Notice of Debtors' Revised Proposed Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to the Silbert Claims.* ECF No. 1208.

        c. *Revised Order Granting Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent).* ECF No. 1300.

        d. *Notice of Further Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to Claim Nos. 373, 398 and 408.* ECF No. 1406.

        e. *Notice of Further Adjournment of Debtors' Eighteenth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Co-Liability Contingent) Solely with Respect to Claim Nos. 373, 398 and 408.* ECF No. 1565.

        f. *Stipulation and Order by and Among the Debtors and Soichiro "Michael" Soro.* ECF No. 1590.

    iv. **Status:** The matter has been adjourned pending Court approval solely with respect to Claim Nos. 373, 398 and 408 to June 20, 2024 at 10:00 A.M. (Prevailing Eastern Time) pending entry of the Stipulation and Order, which will adjourn the matter *sine die* once entered.

3. **Twenty-Eighth Omnibus Claims Objection:** *Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation).* ECF No. 1548.

    i. **General Response Deadline:** April 26, 2024 at 4:00 P.M (Prevailing Eastern Time)

    ii. **No Objections**

   iii. **Related Pleadings:**

     a. *Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation)*. ECF No. 1616.

   iv. **Status:** The matter has been adjourned to June 20, 2024 at 10:00 A.M. (Prevailing Eastern Time).

  4. **CoinFlip Settlement Agreement:** *Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with GPD Holdings LLC d/b/a CoinFlip and (II) Granting Related Relief.* ECF No. 1593.

   i. **General Response Deadline:** May 1, 2024 at 4:00 P.M (Prevailing Eastern Time)

   ii. **No Objections**

   iii. **No Related Pleadings**

   iv. **Status:** The matter has been adjourned pending Court approval to June 20, 2024 at 10:00 A.M. (Prevailing Eastern Time).

**IV. Adversary Proceeding Matters not Going Forward:**

  1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

   i. **Related Pleadings:**

     a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

     b. *Notice of Adjournment and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 29, Adv. Pro. No. 23-01168.

     c. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against Digital Currency Group, Inc.* ECF No. 30, Adv. Pro. No. 23-01168.

   ii. **Status:** This pretrial conference has been adjourned to June 20, 2024 at 10:00 A.M. (Prevailing Eastern Time).

  2. **Pre-Trial Conference**: *Complaint against DCG International Investments Ltd.* ECF No. 1, Adv. Pro. No. 23-01169.

    i. **Related Pleadings:**

        a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

        b. *Notice of Adjournment and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 29, Adv. Pro. No. 23-01169.

        c. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 31, Adv. Pro. No. 23-01169.

    ii. **Status:** This pretrial conference has been adjourned to June 20, 2024 at 10:00 A.M. (Prevailing Eastern Time).

Dated: May 6, 2024  
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Luke A. Barefoot*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Thomas S. Kessler  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors-in-Possession*