UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### SUPPLEMENTAL DECLARATION OF DISINTERESTEDNESS

I, David Esseks, declare that the following is true to the best of my knowledge, information and belief:

1. I am a partner at Allen Overy Shearman Sterling US LLP, located at 1221 Avenue of the Americas, New York, NY 10020. The debtors and debtors-in-possession (the "Debtors") in the above-captioned cases (the "Chapter 11 Cases") retained Allen & Overy LLP ("A&O") in connection with the representation of a certain current officer and director in the ordinary course of the Debtors' business pursuant to the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business* [Docket No. 102] (the "Ordinary Course Professionals Order"). In compliance with the Ordinary Course Professionals Order, A&O filed its *Declaration of Disinterestedness* [Docket No.485] on July 7, 2023. The firm submits this supplemental declaration (this "Supplemental Declaration") in support of its retention as an ordinary course professional pursuant to the Ordinary Course Professionals Order. Except as

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10003.

1

otherwise stated in this Supplemental Declaration, I have personal knowledge of or have relied upon the knowledge of others employed by the firm with respect to matters set forth herein.

2. Effective May 1, 2024, A&O and Shearman & Sterling LLP combined to form Allen Overy Shearman Sterling US LLP. The firm has confirmed that it does not hold or represent any interest adverse to the Debtors or their estates with respect to the matters upon which the firm is employed as an ordinary course professional.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2024  
       New York, New York

*/s/ David Esseks*  
David Esseks  
Allen Overy Shearman Sterling US LLP  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 610-6300  
Email: david.esseks@aoshearman.com