Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT
OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) APPROVING A SETTLEMENT AGREEMENT WITH GPD
HOLDINGS LLC D/B/A COINFLIP AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, on April 17, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with GPD Holdings LLC d/b/a CoinFlip and (II) Granting Related Relief* (ECF No. 1593) (the "Motion"). The Motion was scheduled to be heard before this Court on May 8, 2024, at 11:00 A.M. (prevailing Eastern time).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby adjourn, without prejudice, the Motion to the June 20, 2024, omnibus hearing at 10:00 A.M. (prevailing Eastern time). The deadline solely with respect to the Ad Hoc Group of Genesis Lenders (the "Ad Hoc Group") to file an objection is extended to June 13, 2024 at 4:00 P.M. (prevailing Eastern time). The deadline for the Debtors to file a reply, if any, is extended to June 18, 2024 at 4:00 P.M. (prevailing Eastern time).

| | |
|---|---|
| Dated:   May 6, 2024<br>         New York, New York | /s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |