UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER ALLOWING CERTAIN
CLAIMS PURSUANT TO 11 U.S.C. § 502**

Upon the *Notice of Presentment of the Debtors' Proposed Order Allowing Certain Claims Pursuant To 11 U.S.C. § 502*[2] (the "Notice of Presentment") of Genesis Global Holdco, LLC and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order (this "Order") allowing the Proofs of Claim listed on Exhibit 1 attached hereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Notice of Presentment in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Notice of Presentment is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and the Court having found that the Debtors' notice of the Notice of Presentment and opportunity for

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Notice of Presentment.

a hearing on the Notice of Presentment was appropriate and no other notice need be provided; and the Court having reviewed the Notice of Presentment and the relief requested therein; and the Court having determined that the legal and factual bases set forth in the Notice of Presentment establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. In respect of and in full and final satisfaction of the relevant Proofs of Claim on Exhibit 1, each of the Proofs of Claim identified on Exhibit 1 is hereby allowed (i) in the amount and claim class identified on Exhibit 1, and (ii) against the Debtor reflected in the "Debtor" column corresponding to such Claim on Exhibit 1.

2. Any appeal and/or stay of this Order pending appeal by any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order.

3. For the avoidance of doubt, nothing in this Order shall govern, limit, alter or determine, for purposes of distributions, allocation of distributable value, or methods of distribution pursuant to a chapter 11 plan, the treatment, valuation, and/or denomination of any claims (including claims allowed pursuant to this Order). For the avoidance of doubt, all claims, whether allowed by this Order or otherwise, will be subject to, and treated in accordance with, the terms of a confirmed chapter 11 plan (including any distribution methodology and mechanics contained therein).

4. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, and (ii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5.      The Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take any and all actions necessary and appropriate to give effect to this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Notice of Presentment or the implementation, interpretation or enforcement of this Order.

Dated:  White Plains, New York
        May 9, 2024                              */s/ Sean H. Lane*
                                                 United States Bankruptcy Judge

**Exhibit 1**

**Allowed Claims**

**Genesis Global Holdco, LLC, Case No. 23-10063**
**Exhibit 1 - Allowed Claims**

| | | | | | | Filed Amounts (In-Kind) | | Filed Amounts (USD) |
|---|---|---|---|---|---|---|---|---|
| Ref | Name of Claimant | Case Number | Claim Number | Date Claim Filed | Debtor | Total In-Kind Amount | USD Value of In-Kind Amount | Unsecured Amount |
| 1 | NAME REDACTED | 23-10064 | 16 | 2/13/2023 | Genesis Global Capital, LLC | | $ - | $ 164,165.88 |
| 2 | NAME REDACTED | 23-10064 | 17 | 2/22/2023 | Genesis Global Capital, LLC | | $ - | $ 2,047,278.14 |
| 3 | NAME REDACTED | 23-10064 | 23 | 3/3/2023 | Genesis Global Capital, LLC | BTC 0.69768223 | $ 14,715.50 | $ - |
| 4 | NAME REDACTED | 23-10064 | 34 | 3/14/2023 | Genesis Global Capital, LLC | | $ - | $ 1,322,415.58 |
| 5 | NAME REDACTED | 23-10064 | 36 | 3/14/2023 | Genesis Global Capital, LLC | | $ - | $ 16,078.05 |
| 6 | NAME REDACTED | 23-10064 | 85 | 4/13/2023 | Genesis Global Capital, LLC | USDC 5,444.93 | $ 5,453.15 | $ - |
| 7 | NAME REDACTED | 23-10064 | 106 | 4/20/2023 | Genesis Global Capital, LLC | SOL 100,000 | $ 2,128,000.00 | $ - |
| 8 | NAME REDACTED | 23-10064 | 107 | 4/21/2023 | Genesis Global Capital, LLC | YFI 117.6837 | $ 792,780.95 | $ - |
| 9 | NAME REDACTED | 23-10064 | 117 | 4/23/2023 | Genesis Global Capital, LLC | | $ - | $ 1,016,515.33 |
| 10 | NAME REDACTED | 23-10064 | 134 | 4/25/2023 | Genesis Global Capital, LLC | | $ - | $ 7.42 |
| 11 | NAME REDACTED | 23-10064 | 136 | 4/25/2023 | Genesis Global Capital, LLC | | $ - | $ 7,402,718.72 |
| 12 | NAME REDACTED | 23-10064 | 167 | 5/1/2023 | Genesis Global Capital, LLC | BTC 31.64 | $ 667,350.25 | $ - |
| 13 | NAME REDACTED | 23-10064 | 171 | 5/3/2023 | Genesis Global Capital, LLC | BTC 50.7164383363642 | $ 1,069,710.10 | $ - |
| 14 | NAME REDACTED | 23-10064 | 173 | 5/3/2023 | Genesis Global Capital, LLC | BTC 0.37<br>ETH 5.981<br>ETHW 5.981<br>USD 379.88<br>USDC 150.44 | $ 17,655.91 | $ - |
| 15 | NAME REDACTED | 23-10064 | 177 | 5/3/2023 | Genesis Global Capital, LLC | BTC 0.96 | $ 20,248.30 | $ - |
| 16 | NAME REDACTED | 23-10064 | 178 | 5/3/2023 | Genesis Global Capital, LLC | BTC 0.00193533 | $ 40.82 | $ - |
| 17 | NAME REDACTED | 23-10064 | 183 | 5/4/2023 | Genesis Global Capital, LLC | | $ - | $ 330.60 |
| 18 | NAME REDACTED | 23-10064 | 184 | 5/5/2023 | Genesis Global Capital, LLC | USDC 18.06 | $ 18.09 | $ - |
| 19 | NAME REDACTED | 23-10064 | 187 | 5/5/2023 | Genesis Global Capital, LLC | | $ - | $ 11.63 |
| 20 | NAME REDACTED | 23-10064 | 191 | 5/6/2023 | Genesis Global Capital, LLC | BTC 0.00011223 | $ 2.37 | $ - |
| 21 | NAME REDACTED | 23-10064 | 192 | 5/9/2023 | Genesis Global Capital, LLC | USDC 28.95 | $ 28.99 | $ - |
| 22 | NAME REDACTED | 23-10064 | 205 | 5/8/2023 | Genesis Global Capital, LLC | BTC 50.6512328666367 | $ 1,068,334.79 | $ - |
| 23 | NAME REDACTED | 23-10065 | 208 | 5/10/2023 | Genesis Asia Pacific Pte. Ltd. (Singapore) | | $ - | $ 7,366,801.41 |
| 24 | NAME REDACTED | 23-10064 | 211 | 5/9/2023 | Genesis Global Capital, LLC | BTC 2.49893037 | $ 52,707.39 | $ - |
| 25 | NAME REDACTED | 23-10064 | 218 | 5/11/2023 | Genesis Global Capital, LLC | BTC 0.00053951 | $ 11.38 | $ - |
| 26 | NAME REDACTED | 23-10064 | 222 | 5/10/2023 | Genesis Global Capital, LLC | USDC 650,000 | $ 650,981.50 | $ - |
| 27 | NAME REDACTED | 23-10064 | 226 | 5/10/2023 | Genesis Global Capital, LLC | ETH 3,048.43150771807 | $ 4,739,244.04 | $ - |
| 28 | NAME REDACTED | 23-10064 | 242 | 5/15/2023 | Genesis Global Capital, LLC | BTC 5.94923864<br>USDC 321,875.10805 | $ 447,842.36 | $ - |
| 29 | NAME REDACTED | 23-10064 | 243 | 5/14/2023 | Genesis Global Capital, LLC | BTC 0.00347963 | $ 73.39 | $ - |
| 30 | NAME REDACTED | 23-10064 | 244 | 5/14/2023 | Genesis Global Capital, LLC | USDC 29.97 | $ 30.02 | $ - |
| 31 | NAME REDACTED | 23-10064 | 254 | 5/13/2023 | Genesis Global Capital, LLC | BTC 0.00774235 | $ 163.30 | $ - |
| 32 | NAME REDACTED | 23-10064 | 264 | 5/15/2023 | Genesis Global Capital, LLC | USDC 22 | $ 22.03 | $ - |
| 33 | NAME REDACTED | 23-10064 | 278 | 5/16/2023 | Genesis Global Capital, LLC | BTC 35.2739838900709 | $ 743,998.16 | $ - |
| 34 | NAME REDACTED | 23-10064 | 280 | 5/16/2023 | Genesis Global Capital, LLC | BTC 2.5753666870038 | $ 54,319.58 | $ - |
| 35 | NAME REDACTED | 23-10064 | 281 | 5/16/2023 | Genesis Global Capital, LLC | BTC 4.52960143497535 | $ 95,538.26 | $ - |
| 36 | NAME REDACTED | 23-10064 | 286 | 5/16/2023 | Genesis Global Capital, LLC | | $ - | $ 1,649,111.97 |

| Ref | Name of Claimant | Case Number | Claim Number | Date Claim Filed | Debtor | Filed Amounts (In-Kind) | | Filed Amounts (USD) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total In-Kind Amount | USD Value of In-Kind Amount | Unsecured Amount |
| 37 | NAME REDACTED | 23-10064 | 299 | 5/17/2023 | Genesis Global Capital, LLC | BTC 129.486933316938 USDC 1,032,141.42547413 | $ 3,764,835.77 | $ - |
| 38 | NAME REDACTED | 23-10064 | 303 | 5/17/2023 | Genesis Global Capital, LLC | | $ - | $ 8,510.35 |
| 39 | NAME REDACTED | 23-10064 | 305 | 5/17/2023 | Genesis Global Capital, LLC | BTC 20.24 ETH 112.66 ETHW 112.38 | $ 602,480.08 | $ 2,649,329.00 |
| 40 | NAME REDACTED | 23-10064 | 317 | 5/18/2023 | Genesis Global Capital, LLC | BTC 30.369863014335 USDC 102,174.65752377 | $ 742,889.48 | $ - |
| 41 | NAME REDACTED | 23-10064 | 329 | 5/18/2023 | Genesis Global Capital, LLC | USDC 1,030,332.62 | $ 1,031,888.42 | $ - |
| 42 | NAME REDACTED | 23-10064 | 332 | 5/18/2023 | Genesis Global Capital, LLC | BTC 0.000383898790404647 | $ 8.10 | $ - |
| 43 | NAME REDACTED | 23-10064 | 340 | 5/19/2023 | Genesis Global Capital, LLC | USDC 53,695.31 | $ 53,776.39 | $ - |
| 44 | NAME REDACTED | 23-10064 | 341 | 5/19/2023 | Genesis Global Capital, LLC | BTC 40.15342466 | $ 846,915.23 | $ 3,999,980.00 |
| 45 | NAME REDACTED | 23-10064 | 342 | 5/19/2023 | Genesis Global Capital, LLC | SOL 203,211.47687126 | $ 4,324,340.23 | $ - |
| 46 | NAME REDACTED | 23-10064 | 349 | 5/19/2023 | Genesis Global Capital, LLC | XLM 36,521,753.42 USDC 10,177,808.2 | $ 13,269,915.29 | $ - |
| 47 | NAME REDACTED | 23-10064 | 360 | 5/21/2023 | Genesis Global Capital, LLC | BTC 40.9906068248926 ETH 287.560306910642 USDC 163.99609643255 | $ 1,311,792.93 | $ - |
| 48 | NAME REDACTED | 23-10064 | 383 | 5/20/2023 | Genesis Global Capital, LLC | BTC 243.7065891 ETH 999.92422541 | $ 6,694,786.70 | $ - |
| 49 | NAME REDACTED | 23-10064 | 386 | 5/20/2023 | Genesis Global Capital, LLC | BTC 180 ETH 1,400 | $ 5,973,066.40 | $ - |
| 50 | NAME REDACTED | 23-10064 | 388 | 5/21/2023 | Genesis Global Capital, LLC | BTC 28.1494219498329 ETH 634.406502573914 ETHW 624.574306517803 | $ 1,582,405.48 | $ 595,767.02 |
| 51 | NAME REDACTED | 23-10064 | 397 | 5/21/2023 | Genesis Global Capital, LLC | | $ - | $ 20.00 |
| 52 | NAME REDACTED | 23-10064 | 410 | 5/22/2023 | Genesis Global Capital, LLC | BTC 0.0282393968034333 | $ 595.62 | $ - |
| 53 | NAME REDACTED | 23-10063 | 412 | 5/22/2023 | Genesis Global Holdco, LLC | | $ - | $ 55,072.30 |
| 54 | NAME REDACTED | 23-10064 | 416 | 5/22/2023 | Genesis Global Capital, LLC | USDC 115.4 | $ 115.57 | $ - |
| 55 | NAME REDACTED | 23-10064 | 503 | 5/22/2023 | Genesis Global Capital, LLC | HNT 873,125.05 | $ 2,601,563.40 | $ - |
| 56 | NAME REDACTED | 23-10064 | 506 | 5/22/2023 | Genesis Global Capital, LLC | BTC 0.00047888 | $ 10.10 | $ - |
| 57 | NAME REDACTED | 23-10064 | 1134 | 10/27/2023 | Genesis Global Capital, LLC | BTC 1,000.19 | $ 21,095,987.48 | $ - |