**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Date: May 9, 2024

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 9, 2024, Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1584 | Name on File<br>Address on File | LPSG Partners LLC Series GG<br>Attn: Ari Latan<br>5028 NW 24th Cir<br>Boca Raton, FL 33431 | May 3, 2024 |
| 1586 | Name on File<br>Address on File | LPSG Partners LLC Series GG<br>Attn: Ari Latan<br>5028 NW 24th Cir<br>Boca Raton, FL 33431 | May 3, 2024 |
| 1623 | Name on File<br>Address on File | Canyon Distressed TX (A) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | May 3, 2024 |
| 1624 | Name on File<br>Address on File | CDOF IV Master Fund, L.P.<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | May 3, 2024 |

In re: Genesis Global Holdco, LLC, *et al* .
Case No. 22-10063 (SHL)    Page 1 of 1