CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered<br><br>**Related Docket Nos.: 1499 & 1598** |

**NOTICE OF SETTLEMENT EFFECTIVE DATE AND COMPLETION
OF THE GENESIS DISTRIBUTION PURSUANT TO THE
SETTLEMENT AGREEMENT AMONG THE DEBTORS, GEMINI
TRUST COMPANY, LLC, THE AD HOC GROUP OF GENESIS
LENDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC and its affiliates Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd., as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors" and the cases, the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on March 19, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors* (ECF No. 1499) (the "Motion"), seeking entry of an order approving the settlement agreement between the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors for the Chapter 11 Cases (the "Settlement Agreement").[2]

**PLEASE TAKE FURTHER NOTICE** that, on April 16, 2024, a hearing on the Motion was held before the Court pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44).

**PLEASE TAKE FURTHER NOTICE** that, on April 19, 2024, the Court entered the *Order Approving Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors* (ECF No. 1598).

**PLEASE TAKE FURTHER NOTICE** that, on May 9, 2024, the Settlement Agreement became effective in accordance with its terms and the Debtors completed the Genesis Distribution in accordance with the provisions of Section 2.4 of the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, Gemini Lenders can expect to receive Gemini Distribution Assets from the Gemini Distribution Agent by the end of May 2024.

| | |
|---|---|
| Dated: May 13, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors<br>and Debtors-in-Possession* |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Settlement Agreement.