UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL) |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC,<br><br>Defendant. | Adv. Proc. No. 23-01192 (SHL) |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

WHEREAS, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on October 27, 2023, Gemini Trust Company, LLC ("Gemini") filed an Adversary Complaint against Genesis Global Capital, LLC (Adv. Pro. ECF No. 1) commencing the above-captioned adversary proceeding (the "Adversary Proceeding").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, 38th Floor, New York, NY 10007.

WHEREAS, on January 4, 2024, the Court authorized the Official Committee of Unsecured Creditors (the "Committee") to intervene in the adversary proceeding as a party in interest pursuant to the *Stipulation and Agreed Order Authorizing Intervention* (Adv. Pro. ECF No. 21).

WHEREAS, on March 19, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors*, ECF No. 1499 (the "Settlement Motion") seeking this Court's approval of a settlement agreement between the Debtors, Gemini, the Ad Hoc Group of Genesis Lenders, and the Committee (the "Settlement Agreement").[2]

WHEREAS, on April 15, 2024, the Debtors filed the *Notice of Revised Proposed Order Approving Settlement Agreement Among The Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders and the Official Committee of Unsecured Creditors* (ECF No. 1582) incorporating certain additional changes arising from discussions with counsel for Gemini, the Ad Hoc Group of Genesis Lenders, and the Committee.

WHEREAS, the Court granted the Settlement Motion and approved the Settlement Agreement on the record during the April 16, 2024 hearing.

WHEREAS, on April 19, 2024, the Court entered the *Order Approving Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders and the Official Committee of Unsecured Creditors* (ECF No. 1598) (the "Settlement Approval Order").

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Settlement Agreement.

**NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL HEREOF, IT IS HEREBY STIPULATED, ORDERED AND AGREED THAT:**

1. In accordance with Section 2.8 of the Settlement Agreement and Paragraph 6 of the Settlement Approval Order, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (made applicable to this Adversary Proceeding by Federal Rule of Bankruptcy Procedure 7041), the Debtors, Gemini, and the Committee, by and through their undersigned counsel, stipulate that the Adversary Proceeding, and all of the claims and counterclaims asserted therein, is fully resolved by the Settlement Agreement and hereby dismissed with prejudice in their entirety.

2. The parties shall bear their own attorneys' fees and costs arising from or related to the Adversary Proceeding.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Adversary Proceeding or the implementation, interpretation, or enforcement of this stipulation.

*[Remainder of page intentionally left blank]*

**SO STIPULATED:**

Dated: May 13, 2024
      New York, New York

<u>/s/ Anson B. Frelinghuysen</u>

Daniel I. Forman
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

-and-

Mark T. Stancil (admitted pro hac vice)
Donald Burke (admitted pro hac vice)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

Anson B. Frelinghuysen
Carl W. Mills
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000

*Counsel to Gemini Trust Company, LLC*

<u>/s/ Luke A. Barefoot</u>

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
Andrew Weaver
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

<u>/s/ Colin T. West</u>

WHITE & CASE LLP
J. Christopher Shore
Philip Abelson
Colin T. West
Michele J. Meises
Sequoia Kaul
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
       philip.abelson@whitecase.com
       colin.west@whitecase.com
       michele.meises@whitecase.com
       sequoia.kaul@whitecase.com

– and –

Amanda Parra Criste (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Email: aparracriste@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**SO ORDERED:**

Dated: May _____, 2024
      White Plains, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE