CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered<br><br>**Related Docket Nos. 1374, 1548, 1551, 1593, 1616, 1641, 1660, 1665** |
| Genesis Global Capital, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Digital Currency Group, Inc.<br><br>                Defendant. | Adv. Pro. No. 23-01168 (SHL)<br><br>**Related Docket No. 1** |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| | |
|---|---|
| Genesis Global Capital, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DCG International Investments, Ltd. <br><br> Defendant. | Adv. Pro. No. 23-01169 (SHL) <br><br> **Related Docket No. 1** |

## NOTICE OF ADJOURNMENT OF
## THE HEARING ON CERTAIN MOTIONS TO JUNE 25, 2024

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE NOTICE** that the hearing on certain motions and related pleadings thereto, as described below, originally scheduled to be heard before this Court on June 20, 2024 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned at the request of the Court and shall now be conducted on **June 25, 2024 at 11:00 a.m. (Prevailing Eastern Time)** (the "June 25 Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The June 25 Hearing will be conducted via Zoom.

**PLEASE TAKE FURTHER NOTICE** that the following motions and related pleadings have been adjourned to the June 25 Hearing:

- *Debtors' Motion for (I) Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1374).

- *Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation)* (ECF No. 1548).

- *Debtors' Objection (Non-Substantive) to Claim No. 411 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow)* (ECF No. 1551).

- *Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with GPD Holdings LLC d/b/a CoinFlip and (II) Granting Related Relief* (ECF No. 1593).

- Pre-Trial Conference regarding *Complaint Against Digital Currency Group, Inc.* (ECF No. 1, Adv. Proc. No. 23-00168)

- Pre-Trial Conference regarding *Complaint Against DCG International Investments Ltd.* (ECF No. 1, Adv. Proc. No. 23-00169)

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the June 25 Hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: May 14, 2024
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*