**Revised Presentment Date: May 22, 2024 at 4:00 p.m. (Prevailing Eastern Time)**
**Revised Objection Deadline: May 21, 2024 at 4:00 p.m. (Prevailing Eastern Time)**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 1673** |

### NOTICE OF REVISED EXHIBIT IN CONNECTION
### WITH THE DEBTORS' SECOND PROPOSED ORDER
### ALLOWING CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502

      **PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that, on May 13, 2024, the Debtors filed the *Notice of Presentment of the Debtors' Second Proposed Order Allowing Certain Claims*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

*Pursuant to 11 U.S.C. § 502* (the "Proposed Order") (ECF No. 1673), which included a list of the Claims to be allowed (the "Allowed Claims") attached to the Proposed Order as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, on May 14, 2024, the Debtors filed a revised list of the Allowed Claims, attached hereto as Exhibit A, along with a changed-pages-only blackline against the list of Allowed Claims filed at ECF No. 1673, attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that, should the Court enter the Proposed Order, the Allowed Claims listed on Exhibit A hereto will be eligible to receive distributions, including on the Initial Distribution Date (as defined in the *Debtors' Amended Joint Chapter 11 Plan* filed at ECF No. 1392 (as may be amended, supplemented or modified, the "Plan")), pursuant to the Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Proposed Order filed at ECF No. 1673 was scheduled for presentment on May 21, 2024, at 4:00 p.m. (Prevailing Eastern Time), with any responses or objections to the relief requested in the Proposed Order filed electronically no later than May 20, 2024, at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, in light of the filing of this notice, any responses or objections to the relief requested in the Proposed Order shall: (a) be in writing; (b) filed electronically with the Court no later than **May 21, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "Revised Objection Deadline"); and (c) served as required by the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order") entered in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Proposed Order by the Revised Objection Deadline, the Debtors shall, on or after **May 22, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "Revised Presentment Date"), submit to the Bankruptcy Court an order substantially in the form of the Proposed Order along with Exhibit A attached hereto in lieu of Exhibit 1 attached to the Proposed Order filed at ECF No. 1673, which order the Bankruptcy Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed and served by the Revised Objection Deadline, the Debtors shall notice a hearing (the "Hearing") with respect to the Proposed Order, which shall be held via Zoom and attended by the Debtors and all objecting parties. Failure to attend the Hearing may result in entry of the Proposed Order without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Order can be viewed and/or obtained by: (a) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (b) from the Debtors' proposed notice and claims agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis or by calling +1 888 524 2017.

Dated:  May 14, 2024
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

## **Exhibit A**

**Allowed Claims**

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 1 | NAME REDACTED | 23-10065 | GAP_3.02 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 8,100 |
| 2 | NAME REDACTED | 23-10065 | GAP_3.06 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 286.49 |
| 3 | NAME REDACTED | 23-10065 | GAP_3.08 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 16,200 |
| 4 | NAME REDACTED | 23-10065 | GAP_3.1.0001 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 49.0731975043397 |
| 5 | NAME REDACTED | 23-10065 | GAP_3.1.0002 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 82.191780090332 |
| 6 | NAME REDACTED | 23-10065 | GAP_3.1.0004 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 76.7898230713263 |
| 7 | NAME REDACTED | 23-10065 | GAP_3.1.0006 | Genesis Asia Pacific Pte. Ltd. (Singapore) | BTC 0.0049592899158597 |
| 8 | NAME REDACTED | 23-10065 | GAP_3.1.0007 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 98.3704790306066 |
| 9 | NAME REDACTED | 23-10065 | GAP_3.1.0011 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 0.0003 |
| 10 | NAME REDACTED | 23-10065 | GAP_3.1.0012 | Genesis Asia Pacific Pte. Ltd. (Singapore) | BTC 0.00298356781824216 |
| 11 | NAME REDACTED | 23-10065 | GAP_3.1.0013 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 82.0127475703744 |
| 12 | NAME REDACTED | 23-10065 | GAP_3.1.0015 | Genesis Asia Pacific Pte. Ltd. (Singapore) | BNB 30.6849308013916 |
| 13 | NAME REDACTED | 23-10064 | GGC_3.1.0001 | Genesis Global Capital, LLC | BTC 0.0293522402644157 |
| 14 | NAME REDACTED | 23-10064 | GGC_3.1.0003 | Genesis Global Capital, LLC | SOL 2.6008870601654 |
| 15 | NAME REDACTED | 23-10064 | GGC_3.1.0004 | Genesis Global Capital, LLC | USDC 9,467.9319969045 |
| 16 | NAME REDACTED | 23-10064 | GGC_3.1.0006 | Genesis Global Capital, LLC | BTC 0.0011511257350826 |
| 17 | NAME REDACTED | 23-10064 | GGC_3.1.0009 | Genesis Global Capital, LLC | BTC 0.118876284075507 |
| 18 | NAME REDACTED | 23-10064 | GGC_3.1.0012 | Genesis Global Capital, LLC | BTC 0.000178949192045019 |
| 19 | NAME REDACTED | 23-10064 | GGC_3.1.0013 | Genesis Global Capital, LLC | SOL 22.7892894744873 |
| 20 | NAME REDACTED | 23-10064 | GGC_3.1.0016 | Genesis Global Capital, LLC | USDC 43,891.5828087081 |
| 21 | NAME REDACTED | 23-10064 | GGC_3.1.0017 | Genesis Global Capital, LLC | BTC 0.0726099653442407 |
| 22 | NAME REDACTED | 23-10064 | GGC_3.1.0018 | Genesis Global Capital, LLC | USDC 2,273.28700047618 |
| 23 | NAME REDACTED | 23-10064 | GGC_3.1.0019 | Genesis Global Capital, LLC | USD 9,041.099609375 |
| 24 | NAME REDACTED | 23-10064 | GGC_3.1.0026 | Genesis Global Capital, LLC | BTC 102.029010329739 |
| 25 | NAME REDACTED | 23-10064 | GGC_3.1.0029 | Genesis Global Capital, LLC | USDC 19.3431306709331 |
| 26 | NAME REDACTED | 23-10064 | GGC_3.1.0036 | Genesis Global Capital, LLC | BTC 820.867434366104 |
| 27 | NAME REDACTED | 23-10064 | GGC_3.1.0039 | Genesis Global Capital, LLC | USDC 102.249750218336 |
| 28 | NAME REDACTED | 23-10064 | GGC_3.1.0041 | Genesis Global Capital, LLC | BTC 45.2314614092463 |
| 29 | NAME REDACTED | 23-10064 | GGC_3.1.0043 | Genesis Global Capital, LLC | BTC 2.08469854412449 |
| 30 | NAME REDACTED | 23-10064 | GGC_3.1.0045 | Genesis Global Capital, LLC | USDC 4,394.26791996865 |
| 31 | NAME REDACTED | 23-10064 | GGC_3.1.0052 | Genesis Global Capital, LLC | BTC 202.266369977816<br>USD 39,799.849609375 |
| 32 | NAME REDACTED | 23-10064 | GGC_3.1.0053 | Genesis Global Capital, LLC | BTC 0.00172088176374706 |
| 33 | NAME REDACTED | 23-10064 | GGC_3.1.0054 | Genesis Global Capital, LLC | BTC 28.5367992743707<br>ETH 303.706407860858<br>ETHW 301.584300109626<br>SOL 1.31758713722229 |
| 34 | NAME REDACTED | 23-10064 | GGC_3.1.0057 | Genesis Global Capital, LLC | SOL 34.654052734375<br>USD 2,933.1298828125<br>USDC 3,235.9130859375 |
| 35 | NAME REDACTED | 23-10064 | GGC_3.1.0058 | Genesis Global Capital, LLC | BSV 0.156164377792778 |
| 36 | NAME REDACTED | 23-10064 | GGC_3.1.0062 | Genesis Global Capital, LLC | BTC 1.64684821548231 |
| 37 | NAME REDACTED | 23-10064 | GGC_3.1.0076 | Genesis Global Capital, LLC | USD 2,243.1201171875 |
| 38 | NAME REDACTED | 23-10064 | GGC_3.1.0079 | Genesis Global Capital, LLC | LTC 5,596.68492790118 |
| 39 | NAME REDACTED | 23-10064 | GGC_3.1.0088 | Genesis Global Capital, LLC | USDC 102.249750218336 |
| 40 | NAME REDACTED | 23-10064 | GGC_3.1.0091 | Genesis Global Capital, LLC | BTC 0.0019503199780009 |
| 41 | NAME REDACTED | 23-10064 | GGC_3.1.0094 | Genesis Global Capital, LLC | BTC 0.00120256002992392 |
| 42 | NAME REDACTED | 23-10064 | GGC_3.1.0095 | Genesis Global Capital, LLC | USD 515,783.14605393 |
| 43 | NAME REDACTED | 23-10064 | GGC_3.1.0105 | Genesis Global Capital, LLC | USDC 14.5774304870993 |
| 44 | NAME REDACTED | 23-10064 | GGC_3.1.0106 | Genesis Global Capital, LLC | FIL 6,109.39514405162 |
| 45 | NAME REDACTED | 23-10064 | GGC_3.1.0107 | Genesis Global Capital, LLC | USDC 40.9289309169965 |
| 46 | NAME REDACTED | 23-10064 | GGC_3.1.0109 | Genesis Global Capital, LLC | USDC 811.829343460797 |
| 47 | NAME REDACTED | 23-10064 | GGC_3.1.0110 | Genesis Global Capital, LLC | USD 1,294,459.37320056 |
| 48 | NAME REDACTED | 23-10064 | GGC_3.1.0112 | Genesis Global Capital, LLC | BTC 0.000617992494285387 |
| 49 | NAME REDACTED | 23-10064 | GGC_3.1.0114 | Genesis Global Capital, LLC | USDC 112.134056628582 |
| 50 | NAME REDACTED | 23-10064 | GGC_3.1.0122 | Genesis Global Capital, LLC | BTC 0.0015444198861662 |
| 51 | NAME REDACTED | 23-10064 | GGC_3.1.0134 | Genesis Global Capital, LLC | USD 386.049987792969 |
| 52 | NAME REDACTED | 23-10064 | GGC_3.1.0137 | Genesis Global Capital, LLC | BTC 0.00179049312190763 |
| 53 | NAME REDACTED | 23-10064 | GGC_3.1.0138 | Genesis Global Capital, LLC | USD 1.59102494521592<br>USDC 39.313433958411 |
| 54 | NAME REDACTED | 23-10064 | GGC_3.1.0140 | Genesis Global Capital, LLC | BTC 210.247397260274<br>USD 35,327.009765625 |
| 55 | NAME REDACTED | 23-10064 | GGC_3.1.0141 | Genesis Global Capital, LLC | SNX 0.000000002<br>USD 7,706.08984375 |
| 56 | NAME REDACTED | 23-10064 | GGC_3.1.0148 | Genesis Global Capital, LLC | BTC 0.0115735688009297 |
| 57 | NAME REDACTED | 23-10064 | GGC_3.1.0150 | Genesis Global Capital, LLC | BTC 50.0599052876712<br>USD 8,182.169921875 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 58 | NAME REDACTED | 23-10064 | GGC_3.1.0151 | Genesis Global Capital, LLC | BTC 10.6863200595049<br>USD 1,849.40002441406 |
| 59 | NAME REDACTED | 23-10064 | GGC_3.1.0156 | Genesis Global Capital, LLC | BTC 0.00051183835969602 |
| 60 | NAME REDACTED | 23-10064 | GGC_3.1.0165 | Genesis Global Capital, LLC | BTC 2.46586834015917<br>ETH 33.3798920954829<br>SOL 744.124544472451 |
| 61 | NAME REDACTED | 23-10064 | GGC_3.1.0167 | Genesis Global Capital, LLC | BTC 0.00488894013687968<br>ETH 0.0456110388040543 |
| 62 | NAME REDACTED | 23-10064 | GGC_3.1.0176 | Genesis Global Capital, LLC | ETC 660.85685342109<br>FIL 2,675.43989911973<br>GRT 183,708.574316369<br>LINK 13,085.2868756801<br>USD 878.419982910156 |
| 63 | NAME REDACTED | 23-10064 | GGC_3.1.0183 | Genesis Global Capital, LLC | USD 2,520.5500488282812 |
| 64 | NAME REDACTED | 23-10064 | GGC_3.1.0185 | Genesis Global Capital, LLC | BTC 0.0166384824971105 |
| 65 | NAME REDACTED | 23-10064 | GGC_3.1.0189 | Genesis Global Capital, LLC | USD 70,333.7047413911 |
| 66 | NAME REDACTED | 23-10064 | GGC_3.1.0190 | Genesis Global Capital, LLC | BTC 0.0161423403769731 |
| 67 | NAME REDACTED | 23-10064 | GGC_3.1.0191 | Genesis Global Capital, LLC | BTC 0.000000004 |
| 68 | NAME REDACTED | 23-10064 | GGC_3.1.0194 | Genesis Global Capital, LLC | USD 219,590.661555623 |
| 69 | NAME REDACTED | 23-10064 | GGC_3.1.0197 | Genesis Global Capital, LLC | USD 1,439.259.93484086 |
| 70 | NAME REDACTED | 23-10064 | GGC_3.1.0199 | Genesis Global Capital, LLC | USDC 4,242,440.96733002 |
| 71 | NAME REDACTED | 23-10064 | GGC_3.1.0205 | Genesis Global Capital, LLC | USDC 4,104,659.45848528 |
| 72 | NAME REDACTED | 23-10064 | GGC_3.1.0206 | Genesis Global Capital, LLC | USD 863.010009765625 |
| 73 | NAME REDACTED | 23-10064 | GGC_3.1.0207 | Genesis Global Capital, LLC | USDC 111.920570373535 |
| 74 | NAME REDACTED | 23-10064 | GGC_3.1.0209 | Genesis Global Capital, LLC | DOGE 786.613220214843<br>ETH 0.0673325881361961<br>LINK 3.96684789657593<br>ZEC 0.177421927452087 |
| 75 | NAME REDACTED | 23-10064 | GGC_3.1.0211 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 76 | NAME REDACTED | 23-10064 | GGC_3.1.0212 | Genesis Global Capital, LLC | BTC 0.39208000411976 |
| 77 | NAME REDACTED | 23-10064 | GGC_3.1.0214 | Genesis Global Capital, LLC | BTC 0.545348500625228 |
| 78 | NAME REDACTED | 23-10064 | GGC_3.1.0216 | Genesis Global Capital, LLC | SOL 65,736.2859085194 |
| 79 | NAME REDACTED | 23-10064 | GGC_3.1.0217 | Genesis Global Capital, LLC | BTC 0.00155633938311538 |
| 80 | NAME REDACTED | 23-10064 | GGC_3.1.0226 | Genesis Global Capital, LLC | USD 1,282.98999023437 |
| 81 | NAME REDACTED | 23-10064 | GGC_3.1.0227 | Genesis Global Capital, LLC | ADA 215.728037794925<br>BNB 0.496420980596915<br>BTC 0.0508853112459449<br>DOT 0.435661301098815<br>LINK 23.2237269204139<br>LTC 0.632093056593004<br>UNI 8.94726379080094 |
| 82 | NAME REDACTED | 23-10064 | GGC_3.1.0235 | Genesis Global Capital, LLC | BTC 0.504299349345573 |
| 83 | NAME REDACTED | 23-10064 | GGC_3.1.0245 | Genesis Global Capital, LLC | BTC 0.551568805921859 |
| 84 | NAME REDACTED | 23-10064 | GGC_3.1.0246 | Genesis Global Capital, LLC | BTC 0.551568805921859 |
| 85 | NAME REDACTED | 23-10064 | GGC_3.1.0249 | Genesis Global Capital, LLC | USD 0.003 |
| 86 | NAME REDACTED | 23-10064 | GGC_3.1.0250 | Genesis Global Capital, LLC | USD 0.003 |
| 87 | NAME REDACTED | 23-10064 | GGC_3.1.0254 | Genesis Global Capital, LLC | USD 3,995.44995117187 |
| 88 | NAME REDACTED | 23-10064 | GGC_3.1.0256 | Genesis Global Capital, LLC | USDC 2,231,170.52113282 |
| 89 | NAME REDACTED | 23-10064 | GGC_3.1.0257 | Genesis Global Capital, LLC | USD 1,022.90002441406 |
| 90 | NAME REDACTED | 23-10064 | GGC_3.1.0259 | Genesis Global Capital, LLC | USDC 16.8201120977681 |
| 91 | NAME REDACTED | 23-10064 | GGC_3.1.0264 | Genesis Global Capital, LLC | USDC 1,319.222684316 |
| 92 | NAME REDACTED | 23-10064 | GGC_3.1.0265 | Genesis Global Capital, LLC | BTC 0.772448393452451 |
| 93 | NAME REDACTED | 23-10064 | GGC_3.1.0267 | Genesis Global Capital, LLC | ETHW 451.14543487097 |
| 94 | NAME REDACTED | 23-10064 | GGC_3.1.0268 | Genesis Global Capital, LLC | SOL 6,738.11034887195 |
| 95 | NAME REDACTED | 23-10064 | GGC_3.1.0270 | Genesis Global Capital, LLC | BTC 0.218766119682865 |
| 96 | NAME REDACTED | 23-10064 | GGC_3.1.0277 | Genesis Global Capital, LLC | BTC 0.553465448319911<br>ETH 18.0627261102199<br>LINK 1,006,889.56405549<br>USD 85,438.1208984777<br>USDC 675.989013671875 |
| 97 | NAME REDACTED | 23-10064 | GGC_3.1.0279 | Genesis Global Capital, LLC | BTC 0.291985145444116 |
| 98 | NAME REDACTED | 23-10064 | GGC_3.1.0282 | Genesis Global Capital, LLC | BTC 213.932257260939<br>USD 198,561.686721509 |
| 99 | NAME REDACTED | 23-10064 | GGC_3.1.0287 | Genesis Global Capital, LLC | BTC 0.29651415348053 |
| 100 | NAME REDACTED | 23-10064 | GGC_3.1.0289 | Genesis Global Capital, LLC | BTC 0.206250199506385 |
| 101 | NAME REDACTED | 23-10064 | GGC_3.1.0290 | Genesis Global Capital, LLC | ETHW 156.203655362781 |
| 102 | NAME REDACTED | 23-10064 | GGC_3.1.0291 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 103 | NAME REDACTED | 23-10064 | GGC_3.1.0298 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 104 | NAME REDACTED | 23-10064 | GGC_3.1.0299 | Genesis Global Capital, LLC | USD 1,703,744.76424653 |
| 105 | NAME REDACTED | 23-10064 | GGC_3.1.0300 | Genesis Global Capital, LLC | USDC 102.19227611499 |
| 106 | NAME REDACTED | 23-10064 | GGC_3.1.0301 | Genesis Global Capital, LLC | BTC 0.0220221313795525 |
| 107 | NAME REDACTED | 23-10064 | GGC_3.1.0302 | Genesis Global Capital, LLC | USD 6,219.80011584421 |
| 108 | NAME REDACTED | 23-10064 | GGC_3.1.0304 | Genesis Global Capital, LLC | BTC 2.00323287671233<br>ETH 50.058904109589<br>ETHW 50.058904109589<br>LTC 500.808219178082<br>USD 21,445.69709407<br>USDC 10,616.8644967848 |
| 109 | NAME REDACTED | 23-10064 | GGC_3.1.0307 | Genesis Global Capital, LLC | BTC 609.684910423189<br>USD 111,375.2109375 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 110 | NAME REDACTED | 23-10064 | GGC_3.1.0310 | Genesis Global Capital, LLC | USD 1,317,206.41041042 |
| 111 | NAME REDACTED | 23-10064 | GGC_3.1.0312 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 112 | NAME REDACTED | 23-10064 | GGC_3.1.0316 | Genesis Global Capital, LLC | USD 12.4499998092651 |
| 113 | NAME REDACTED | 23-10064 | GGC_3.1.0319 | Genesis Global Capital, LLC | USDC 238.28486492989 |
| 114 | NAME REDACTED | 23-10064 | GGC_3.1.0320 | Genesis Global Capital, LLC | USDC 228.648245593025 |
| 115 | NAME REDACTED | 23-10064 | GGC_3.1.0322 | Genesis Global Capital, LLC | USDC 7.81841222167035 |
| 116 | NAME REDACTED | 23-10064 | GGC_3.1.0325 | Genesis Global Capital, LLC | SOL 1,977.10883722079 |
| 117 | NAME REDACTED | 23-10064 | GGC_3.1.0328 | Genesis Global Capital, LLC | BTC 0.00045128759225773 |
| 118 | NAME REDACTED | 23-10064 | GGC_3.1.0329 | Genesis Global Capital, LLC | BTC 0.0414957519200432 |
| 119 | NAME REDACTED | 23-10064 | GGC_3.1.0335 | Genesis Global Capital, LLC | BTC 0.00393956549770592 |
| 120 | NAME REDACTED | 23-10064 | GGC_3.1.0339 | Genesis Global Capital, LLC | BTC 0.000729940016753972<br>ETH 0.00970405992120504<br>SOL 0.19162717461586 |
| 121 | NAME REDACTED | 23-10064 | GGC_3.1.0343 | Genesis Global Capital, LLC | USDC 799.68894605865 |
| 122 | NAME REDACTED | 23-10064 | GGC_3.1.0346 | Genesis Global Capital, LLC | BTC 18.6485484288054 |
| 123 | NAME REDACTED | 23-10064 | GGC_3.1.0349 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 124 | NAME REDACTED | 23-10064 | GGC_3.1.0351 | Genesis Global Capital, LLC | SOL 2,302.7095890411<br>USD 3,196.79495162481 |
| 125 | NAME REDACTED | 23-10064 | GGC_3.1.0352 | Genesis Global Capital, LLC | BTC 0.00499769020825624<br>USD 8,027.64789503676 |
| 126 | NAME REDACTED | 23-10064 | GGC_3.1.0353 | Genesis Global Capital, LLC | BTC 7.97695236513418 |
| 127 | NAME REDACTED | 23-10064 | GGC_3.1.0355 | Genesis Global Capital, LLC | USDC 9.58387244362031 |
| 128 | NAME REDACTED | 23-10064 | GGC_3.1.0356 | Genesis Global Capital, LLC | BTC 79.6023906754647 |
| 129 | NAME REDACTED | 23-10064 | GGC_3.1.0361 | Genesis Global Capital, LLC | BTC 3.27021906135028 |
| 130 | NAME REDACTED | 23-10064 | GGC_3.1.0363 | Genesis Global Capital, LLC | GRT 9,082,712.92859201<br>USD 3,439,183.30268471 |
| 131 | NAME REDACTED | 23-10064 | GGC_3.1.0369 | Genesis Global Capital, LLC | USDC 2,212.78848116512 |
| 132 | NAME REDACTED | 23-10064 | GGC_3.1.0374 | Genesis Global Capital, LLC | USDC 92.307727887968 |
| 133 | NAME REDACTED | 23-10064 | GGC_3.1.0375 | Genesis Global Capital, LLC | BTC 0.309994250535965<br>ETH 8.76014804840087<br>SNX 151.58935546873 |
| 134 | NAME REDACTED | 23-10064 | GGC_3.1.0377 | Genesis Global Capital, LLC | BTC 0.271158916698779 |
| 135 | NAME REDACTED | 23-10064 | GGC_3.1.0378 | Genesis Global Capital, LLC | BTC 0.206473365426064<br>ETH 0.863013684749603 |
| 136 | NAME REDACTED | 23-10064 | GGC_3.1.0381 | Genesis Global Capital, LLC | USD 26.3299999237061 |
| 137 | NAME REDACTED | 23-10064 | GGC_3.1.0383 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 138 | NAME REDACTED | 23-10064 | GGC_3.1.0386 | Genesis Global Capital, LLC | BTC 0.000959371569521041 |
| 139 | NAME REDACTED | 23-10064 | GGC_3.1.0387 | Genesis Global Capital, LLC | USDC 15.1381023826829 |
| 140 | NAME REDACTED | 23-10064 | GGC_3.1.0389 | Genesis Global Capital, LLC | BTC 62.6246837525334<br>ETH 9,602.06375519483<br>MATIC 1,311,522.19029652<br>SRM 243.925772249812<br>USD 8,115,412.1219932<br>USDC 434,939.299329686 |
| 141 | NAME REDACTED | 23-10064 | GGC_3.1.0399 | Genesis Global Capital, LLC | USDC 67.5294412893063 |
| 142 | NAME REDACTED | 23-10064 | GGC_3.1.0404 | Genesis Global Capital, LLC | SOL 9,114.39876840282 |
| 143 | NAME REDACTED | 23-10064 | GGC_3.1.0405 | Genesis Global Capital, LLC | USDC 102.602659255148 |
| 144 | NAME REDACTED | 23-10064 | GGC_3.1.0407 | Genesis Global Capital, LLC | SOL 0.00000096 |
| 145 | NAME REDACTED | 23-10064 | GGC_3.1.0410 | Genesis Global Capital, LLC | BTC 0.293530689408287 |
| 146 | NAME REDACTED | 23-10064 | GGC_3.1.0411 | Genesis Global Capital, LLC | USDC 48,234.7546048811 |
| 147 | NAME REDACTED | 23-10064 | GGC_3.1.0413 | Genesis Global Capital, LLC | ADA 108,467.61035643<br>BTC 10.6268233344105<br>ETH 62.4829770497513<br>SOL 4,753.96375937293<br>SUSHI 10,180.9519726049<br>UNI 7,126.66638041627<br>USD 41,873.5149419254 |
| 148 | NAME REDACTED | 23-10064 | GGC_3.1.0414 | Genesis Global Capital, LLC | BTC 100.638813284144<br>USDC 2,079,443.08417802 |
| 149 | NAME REDACTED | 23-10064 | GGC_3.1.0419 | Genesis Global Capital, LLC | BTC 31.1681271216892<br>ETH 851.315325816297<br>GRT 258,856.999147896<br>LINK 12,437.3277873863<br>MANA 86,099.6970196906<br>SOL 2,575.85967356243<br>USD 568,694.945437528 |
| 150 | NAME REDACTED | 23-10064 | GGC_3.1.0430 | Genesis Global Capital, LLC | BTC 0.00117236055727176 |
| 151 | NAME REDACTED | 23-10064 | GGC_3.1.0433 | Genesis Global Capital, LLC | BTC 1.80686465603495<br>ETH 15.6202292592334<br>ETHW 15.6162986365869<br>USDC 14,942.3362068684 |
| 152 | NAME REDACTED | 23-10064 | GGC_3.1.0437 | Genesis Global Capital, LLC | BTC 0.181545326974924 |
| 153 | NAME REDACTED | 23-10064 | GGC_3.1.0440 | Genesis Global Capital, LLC | BTC 50.7113525672573<br>ETH 383.997502135059 |
| 154 | NAME REDACTED | 23-10064 | GGC_3.1.0445 | Genesis Global Capital, LLC | USDC 64,720.4965346356 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 155 | NAME REDACTED | 23-10064 | GGC_3.1.0446 | Genesis Global Capital, LLC | USD 936.149031054272<br>USDC 125.876304122816<br>USDT 369.94575125939 |
| 156 | NAME REDACTED | 23-10064 | GGC_3.1.0448 | Genesis Global Capital, LLC | BTC 200.233113493151<br>USD 34,652.759765625 |
| 157 | NAME REDACTED | 23-10064 | GGC_3.1.0453 | Genesis Global Capital, LLC | SOL 41,056.103300021 |
| 158 | NAME REDACTED | 23-10064 | GGC_3.1.0455 | Genesis Global Capital, LLC | USDC 9,759.36242876965 |
| 159 | NAME REDACTED | 23-10064 | GGC_3.1.0456 | Genesis Global Capital, LLC | USDC 2,058,718.59212966 |
| 160 | NAME REDACTED | 23-10064 | GGC_3.1.0457 | Genesis Global Capital, LLC | USDC 46.1538629577075 |
| 161 | NAME REDACTED | 23-10064 | GGC_3.1.0458 | Genesis Global Capital, LLC | USDC 871.477013158017 |
| 162 | NAME REDACTED | 23-10064 | GGC_3.1.0460 | Genesis Global Capital, LLC | USD 94,256.15625 |
| 163 | NAME REDACTED | 23-10064 | GGC_3.1.0463 | Genesis Global Capital, LLC | BTC 0.000735519870443254 |
| 164 | NAME REDACTED | 23-10064 | GGC_3.1.0466 | Genesis Global Capital, LLC | USDC 9,545.10546875<br>USDT 1,019,575.34293397 |
| 165 | NAME REDACTED | 23-10064 | GGC_3.1.0472 | Genesis Global Capital, LLC | HNT 348,352.97997 |
| 166 | NAME REDACTED | 23-10064 | GGC_3.1.0474 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 167 | NAME REDACTED | 23-10064 | GGC_3.1.0477 | Genesis Global Capital, LLC | BTC 0.358416212080633 |
| 168 | NAME REDACTED | 23-10064 | GGC_3.1.0478 | Genesis Global Capital, LLC | USDC 102.602659255148 |
| 169 | NAME REDACTED | 23-10064 | GGC_3.1.0479 | Genesis Global Capital, LLC | USDC 4,147,174.78421734 |
| 170 | NAME REDACTED | 23-10064 | GGC_3.1.0480 | Genesis Global Capital, LLC | BTC 0.000533123229073237 |
| 171 | NAME REDACTED | 23-10064 | GGC_3.1.0481 | Genesis Global Capital, LLC | BTC 0.903910287510824 |
| 172 | NAME REDACTED | 23-10064 | GGC_3.1.0488 | Genesis Global Capital, LLC | BTC 0.501628186906583 |
| 173 | NAME REDACTED | 23-10064 | GGC_3.1.0491 | Genesis Global Capital, LLC | BTC 87.5421101437213 |
| 174 | NAME REDACTED | 23-10064 | GGC_3.1.0495 | Genesis Global Capital, LLC | USDC 321.183384325926 |
| 175 | NAME REDACTED | 23-10064 | GGC_3.1.0497 | Genesis Global Capital, LLC | BTC 41.4252448176904<br>DOGE 2,716,296.30819506<br>USD 9,433.77976989746 |
| 176 | NAME REDACTED | 23-10064 | GGC_3.1.0499 | Genesis Global Capital, LLC | BTC 0.013375225895034 |
| 177 | NAME REDACTED | 23-10064 | GGC_3.1.0500 | Genesis Global Capital, LLC | USD 316.359985351562 |
| 178 | NAME REDACTED | 23-10064 | GGC_3.1.0503 | Genesis Global Capital, LLC | BTC 0.177885427274506 |
| 179 | NAME REDACTED | 23-10064 | GGC_3.1.0507 | Genesis Global Capital, LLC | BTC 43.2357349353688<br>ETHW 804.360208470575 |
| 180 | NAME REDACTED | 23-10064 | GGC_3.1.0509 | Genesis Global Capital, LLC | BCH 6,484.69041229144<br>BTC 1,252.71043861117<br>GUSD 2,229,646.83393086<br>USD 11,418,192.8451413 |
| 181 | NAME REDACTED | 23-10064 | GGC_3.1.0511 | Genesis Global Capital, LLC | COMP 137,038.561643836<br>USD 205,109.820265411 |
| 182 | NAME REDACTED | 23-10064 | GGC_3.1.0512 | Genesis Global Capital, LLC | USD 5,119.830078125 |
| 183 | NAME REDACTED | 23-10064 | GGC_3.1.0521 | Genesis Global Capital, LLC | BTC 25.0294520547945<br>USD 4,812.95007324218 |
| 184 | NAME REDACTED | 23-10064 | GGC_3.1.0524 | Genesis Global Capital, LLC | USDC 40.9289309169965 |
| 185 | NAME REDACTED | 23-10064 | GGC_3.1.0529 | Genesis Global Capital, LLC | BTC 16.0457337076768<br>ETH 334.966042407594 |
| 186 | NAME REDACTED | 23-10064 | GGC_3.1.0530 | Genesis Global Capital, LLC | BTC 0.000323297940573313 |
| 187 | NAME REDACTED | 23-10064 | GGC_3.1.0534 | Genesis Global Capital, LLC | BTC 0.525265379668584 |
| 188 | NAME REDACTED | 23-10064 | GGC_3.1.0535 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 189 | NAME REDACTED | 23-10064 | GGC_3.1.0536 | Genesis Global Capital, LLC | BTC 12.6243150676766 |
| 190 | NAME REDACTED | 23-10064 | GGC_3.1.0537 | Genesis Global Capital, LLC | BTC 5.6843117878694<br>ZEN 29,704.947554799 |
| 191 | NAME REDACTED | 23-10064 | GGC_3.1.0542 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 192 | NAME REDACTED | 23-10064 | GGC_3.1.0548 | Genesis Global Capital, LLC | USDC 734.133503346956 |
| 193 | NAME REDACTED | 23-10064 | GGC_3.1.0553 | Genesis Global Capital, LLC | BTC 0.000639247328206452 |
| 194 | NAME REDACTED | 23-10064 | GGC_3.1.0559 | Genesis Global Capital, LLC | BTC 0.108142862787934 |
| 195 | NAME REDACTED | 23-10064 | GGC_3.1.0563 | Genesis Global Capital, LLC | USD 316,751.689570411 |
| 196 | NAME REDACTED | 23-10064 | GGC_3.1.0564 | Genesis Global Capital, LLC | USDC 762.916626220463 |
| 197 | NAME REDACTED | 23-10064 | GGC_3.1.0565 | Genesis Global Capital, LLC | BTC 0.209946093527297 |
| 198 | NAME REDACTED | 23-10064 | GGC_3.1.0566 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 199 | NAME REDACTED | 23-10064 | GGC_3.1.0570 | Genesis Global Capital, LLC | USD 655.460021972656 |
| 200 | NAME REDACTED | 23-10064 | GGC_3.1.0571 | Genesis Global Capital, LLC | BTC 13.2757797295839 |
| 201 | NAME REDACTED | 23-10064 | GGC_3.1.0572 | Genesis Global Capital, LLC | USD 16,015.9615354292 |
| 202 | NAME REDACTED | 23-10064 | GGC_3.1.0575 | Genesis Global Capital, LLC | XRP 7,739.5068359375 |
| 203 | NAME REDACTED | 23-10064 | GGC_3.1.0580 | Genesis Global Capital, LLC | BTC 2.35339736765413 |
| 204 | NAME REDACTED | 23-10064 | GGC_3.1.0582 | Genesis Global Capital, LLC | SOL 7.44726133346557 |
| 205 | NAME REDACTED | 23-10064 | GGC_3.1.0586 | Genesis Global Capital, LLC | USDC 164.025505999096 |
| 206 | NAME REDACTED | 23-10064 | GGC_3.1.0587 | Genesis Global Capital, LLC | BTC 0.087257385444891 |
| 207 | NAME REDACTED | 23-10064 | GGC_3.1.0588 | Genesis Global Capital, LLC | BTC 150.176712328767<br>USD 24,546.009765625 |
| 208 | NAME REDACTED | 23-10064 | GGC_3.1.0589 | Genesis Global Capital, LLC | SOL 22.7935676574707 |
| 209 | NAME REDACTED | 23-10064 | GGC_3.1.0591 | Genesis Global Capital, LLC | BTC 0.000169347988505178 |
| 210 | NAME REDACTED | 23-10064 | GGC_3.1.0592 | Genesis Global Capital, LLC | BTC 31.8219542774362<br>ETH 392.242580572977<br>ETHW 386.163503741762<br>USD 379,927.32034274<br>USDC 232,066.743340823 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 211 | NAME REDACTED | 23-10064 | GGC_3.1.0594 | Genesis Global Capital, LLC | AAVE 2.02739715576172<br>BTC 0.0657321736356483<br>YFI 0.005753419827660986 |
| 212 | NAME REDACTED | 23-10064 | GGC_3.1.0595 | Genesis Global Capital, LLC | BTC 0.0105190059806891 |
| 213 | NAME REDACTED | 23-10064 | GGC_3.1.0602 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 214 | NAME REDACTED | 23-10064 | GGC_3.1.0604 | Genesis Global Capital, LLC | USDC 20.418.0875797796 |
| 215 | NAME REDACTED | 23-10064 | GGC_3.1.0605 | Genesis Global Capital, LLC | USDC 12,127.5907784529 |
| 216 | NAME REDACTED | 23-10064 | GGC_3.1.0606 | Genesis Global Capital, LLC | USDC 2,349.1953269966 |
| 217 | NAME REDACTED | 23-10064 | GGC_3.1.0607 | Genesis Global Capital, LLC | USDC 4,891.45761452841 |
| 218 | NAME REDACTED | 23-10064 | GGC_3.1.0609 | Genesis Global Capital, LLC | BTC 0.499806169871823 |
| 219 | NAME REDACTED | 23-10064 | GGC_3.1.0611 | Genesis Global Capital, LLC | SOL 0.00000015 |
| 220 | NAME REDACTED | 23-10064 | GGC_3.1.0612 | Genesis Global Capital, LLC | USD 1,503.22998046875 |
| 221 | NAME REDACTED | 23-10064 | GGC_3.1.0613 | Genesis Global Capital, LLC | USD 331,098.96781371 |
| 222 | NAME REDACTED | 23-10064 | GGC_3.1.0617 | Genesis Global Capital, LLC | BTC 227.342581423723<br>USD 37,143.3408203125 |
| 223 | NAME REDACTED | 23-10064 | GGC_3.1.0622 | Genesis Global Capital, LLC | USD 117,490.20 |
| 224 | NAME REDACTED | 23-10064 | GGC_3.1.0627 | Genesis Global Capital, LLC | USDC 14.6280016095612 |
| 225 | NAME REDACTED | 23-10064 | GGC_3.1.0628 | Genesis Global Capital, LLC | BTC 54.537041103986 |
| 226 | NAME REDACTED | 23-10064 | GGC_3.1.0629 | Genesis Global Capital, LLC | BTC 0.00390125062708402 |
| 227 | NAME REDACTED | 23-10064 | GGC_3.1.0632 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 228 | NAME REDACTED | 23-10064 | GGC_3.1.0633 | Genesis Global Capital, LLC | BTC 0.504299349345573 |
| 229 | NAME REDACTED | 23-10064 | GGC_3.1.0635 | Genesis Global Capital, LLC | USDC 30.556527703918 |
| 230 | NAME REDACTED | 23-10064 | GGC_3.1.0636 | Genesis Global Capital, LLC | USDC 734.133503176756 |
| 231 | NAME REDACTED | 23-10064 | GGC_3.1.0642 | Genesis Global Capital, LLC | SOL 37.761302947998 |
| 232 | NAME REDACTED | 23-10064 | GGC_3.1.0645 | Genesis Global Capital, LLC | BTC 101.472722807398 |
| 233 | NAME REDACTED | 23-10064 | GGC_3.1.0649 | Genesis Global Capital, LLC | BTC 0.00106562578659996 |
| 234 | NAME REDACTED | 23-10064 | GGC_3.1.0650 | Genesis Global Capital, LLC | ETHW 149.637494682115 |
| 235 | NAME REDACTED | 23-10064 | GGC_3.1.0651 | Genesis Global Capital, LLC | ZEN 5,438.59208091654 |
| 236 | NAME REDACTED | 23-10064 | GGC_3.1.0653 | Genesis Global Capital, LLC | USDC 40.929309169965 |
| 237 | NAME REDACTED | 23-10064 | GGC_3.1.0260 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 238 | NAME REDACTED | 23-10064 | GGC_3.1.0496 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 239 | NAME REDACTED | 23-10064 | GGC_3.1.0533 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 240 | NAME REDACTED | 23-10064 | GGC_3.1.0333 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 241 | NAME REDACTED | 23-10064 | GGC_3.1.0295 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 242 | NAME REDACTED | 23-10064 | GGC_3.1.0545 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 243 | NAME REDACTED | 23-10064 | GGC_3.1.0394 | Genesis Global Capital, LLC | BTC 0.053784792246999<br>ETHW 245.464404835252<br>USD 1,140.06 |
| 244 | NAME REDACTED | 23-10064 | GGC_3.1.0252 | Genesis Global Capital, LLC | USDC 25.2206878772833 |
| 245 | NAME REDACTED | 23-10064 | GGC_3.1.0288 | Genesis Global Capital, LLC | BTC 0.00780240112538274 |
| 246 | NAME REDACTED | 23-10064 | GGC_3.1.0157 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 247 | NAME REDACTED | 23-10064 | GGC_3.1.0354 | Genesis Global Capital, LLC | USDC 163.996059643255 |
| 248 | NAME REDACTED | 23-10064 | GGC_3.1.0099 | Genesis Global Capital, LLC | USDC 12.1059330232786 |
| 249 | NAME REDACTED | 23-10064 | GGC_3.1.0113 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 250 | NAME REDACTED | 23-10064 | GGC_3.1.0492 | Genesis Global Capital, LLC | BTC 0.000460838760524505 |
| 251 | NAME REDACTED | 23-10064 | GGC_3.1.0608 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 252 | NAME REDACTED | 23-10064 | GGC_3.1.0073 | Genesis Global Capital, LLC | USDC 16.8201120977681 |
| 253 | NAME REDACTED | 23-10064 | GGC_3.1.0505 | Genesis Global Capital, LLC | BTC 0.00012796960464804 |
| 254 | NAME REDACTED | 23-10064 | GGC_3.1.0292 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 255 | NAME REDACTED | 23-10064 | GGC_3.1.0623 | Genesis Global Capital, LLC | USDC 16.1336555436368 |
| 256 | NAME REDACTED | 23-10064 | GGC_3.1.0040 | Genesis Global Capital, LLC | BTC 0.0116258534855893 |
| 257 | NAME REDACTED | 23-10064 | GGC_3.1.0117 | Genesis Global Capital, LLC | USDC 102.602659255148 |
| 258 | NAME REDACTED | 23-10064 | GGC_3.1.0324 | Genesis Global Capital, LLC | USDC 12.1059330232786 |
| 259 | NAME REDACTED | 23-10064 | GGC_3.1.0126 | Genesis Global Capital, LLC | BTC 0.00077787938523252 |
| 260 | NAME REDACTED | 23-10064 | GGC_3.1.0308 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 261 | NAME REDACTED | 23-10064 | GGC_3.1.0123 | Genesis Global Capital, LLC | USDC 11.8537235550718 |
| 262 | NAME REDACTED | 23-10064 | GGC_3.1.0096 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 263 | NAME REDACTED | 23-10064 | GGC_3.1.0196 | Genesis Global Capital, LLC | USDC 3.0264865066687 |
| 264 | NAME REDACTED | 23-10064 | GGC_3.1.0473 | Genesis Global Capital, LLC | BTC 0.00077787938523252 |
| 265 | NAME REDACTED | 23-10064 | GGC_3.1.0406 | Genesis Global Capital, LLC | USDC 6.7507562484972S |
| 266 | NAME REDACTED | 23-10064 | GGC_3.1.0526 | Genesis Global Capital, LLC | BTC 0.00116170811677403 |
| 267 | NAME REDACTED | 23-10064 | GGC_3.1.0531 | Genesis Global Capital, LLC | BTC 0.00312154867160345 |
| 268 | NAME REDACTED | 23-10064 | GGC_3.1.0118 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 269 | NAME REDACTED | 23-10064 | GGC_3.1.0116 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 270 | NAME REDACTED | 23-10064 | GGC_3.1.0385 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 271 | NAME REDACTED | 23-10064 | GGC_3.1.0435 | Genesis Global Capital, LLC | USDC 3.1371045268156 |
| 272 | NAME REDACTED | 23-10064 | GGC_3.1.0100 | Genesis Global Capital, LLC | USDC 102.602659255148 |
| 273 | NAME REDACTED | 23-10064 | GGC_3.1.0550 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 274 | NAME REDACTED | 23-10064 | GGC_3.1.0527 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 275 | NAME REDACTED | 23-10064 | GGC_3.1.0334 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 276 | NAME REDACTED | 23-10064 | GGC_3.1.0391 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 277 | NAME REDACTED | 23-10064 | GGC_3.1.0082 | Genesis Global Capital, LLC | USDC 1.88196266166081 |
| 278 | NAME REDACTED | 23-10064 | GGC_3.1.0540 | Genesis Global Capital, LLC | BTC 0.00122548266592094 |
| 279 | NAME REDACTED | 23-10064 | GGC_3.1.0297 | Genesis Global Capital, LLC | USDC 4.4815713196239 |
| 280 | NAME REDACTED | 23-10064 | GGC_3.1.0262 | Genesis Global Capital, LLC | USDC 3.37186076777947 |

**Genesis Global Holdco, LLC**
**Allowed Claims**

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 281 | NAME REDACTED | 23-10064 | GGC_3.1.0119 | Genesis Global Capital, LLC | BTC 0.000301112010950545 |
| 282 | NAME REDACTED | 23-10064 | GGC_3.1.0596 | Genesis Global Capital, LLC | USDC 9.33165797977401 |
| 283 | NAME REDACTED | 23-10064 | GGC_3.1.0015 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 284 | NAME REDACTED | 23-10064 | GGC_3.1.0428 | Genesis Global Capital, LLC | USDC 26.2171930144246 |
| 285 | NAME REDACTED | 23-10064 | GGC_3.1.0172 | Genesis Global Capital, LLC | USDC 5.04414118006523 |
| 286 | NAME REDACTED | 23-10064 | GGC_3.1.0186 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 287 | NAME REDACTED | 23-10064 | GGC_3.1.0274 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 288 | NAME REDACTED | 23-10064 | GGC_3.1.0556 | Genesis Global Capital, LLC | USDC 7.31399529971391 |
| 289 | NAME REDACTED | 23-10064 | GGC_3.1.0263 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 290 | NAME REDACTED | 23-10064 | GGC_3.1.0551 | Genesis Global Capital, LLC | USDC 18.411103480356 |
| 291 | NAME REDACTED | 23-10064 | GGC_3.1.0508 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 292 | NAME REDACTED | 23-10064 | GGC_3.1.0276 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 293 | NAME REDACTED | 23-10064 | GGC_3.1.0228 | Genesis Global Capital, LLC | BTC 0.000347816591496545 |
| 294 | NAME REDACTED | 23-10064 | GGC_3.1.0035 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 295 | NAME REDACTED | 23-10064 | GGC_3.1.0543 | Genesis Global Capital, LLC | USDC 2.68894259153746 |
| 296 | NAME REDACTED | 23-10064 | GGC_3.1.0634 | Genesis Global Capital, LLC | USDC 14.2970955325599 |
| 297 | NAME REDACTED | 23-10064 | GGC_3.1.0647 | Genesis Global Capital, LLC | USDC 67.2804393730696 |
| 298 | NAME REDACTED | 23-10064 | GGC_3.1.0121 | Genesis Global Capital, LLC | BTC 0.000667940856470b6 |
| 299 | NAME REDACTED | 23-10064 | GGC_3.1.0345 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 300 | NAME REDACTED | 23-10064 | GGC_3.1.0030 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 301 | NAME REDACTED | 23-10064 | GGC_3.1.0025 | Genesis Global Capital, LLC | USDC 86.8634446417496 |
| 302 | NAME REDACTED | 23-10064 | GGC_3.1.0452 | Genesis Global Capital, LLC | USDC 4.53972926026127 |
| 303 | NAME REDACTED | 23-10064 | GGC_3.1.0278 | Genesis Global Capital, LLC | BTC 0.000123504385748563 |
| 304 | NAME REDACTED | 23-10064 | GGC_3.1.0522 | Genesis Global Capital, LLC | USDC 6.64902771466548 |
| 305 | NAME REDACTED | 23-10064 | GGC_3.1.0064 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 306 | NAME REDACTED | 23-10064 | GGC_3.1.0266 | Genesis Global Capital, LLC | BTC 0.00525274032210183 |
| 307 | NAME REDACTED | 23-10064 | GGC_3.1.0360 | Genesis Global Capital, LLC | BTC 0.0078024011253274 |
| 308 | NAME REDACTED | 23-10064 | GGC_3.1.0350 | Genesis Global Capital, LLC | USDC 14.0167535772497 |
| 309 | NAME REDACTED | 23-10064 | GGC_3.1.0344 | Genesis Global Capital, LLC | USDC 15.4184343355381 |
| 310 | NAME REDACTED | 23-10064 | GGC_3.1.0163 | Genesis Global Capital, LLC | BTC 0.00350657929041467 |
| 311 | NAME REDACTED | 23-10064 | GGC_3.1.0558 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 312 | NAME REDACTED | 23-10064 | GGC_3.1.0101 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 313 | NAME REDACTED | 23-10064 | GGC_3.1.0327 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 314 | NAME REDACTED | 23-10064 | GGC_3.1.0449 | Genesis Global Capital, LLC | USDC 6.3051714666442 |
| 315 | NAME REDACTED | 23-10064 | GGC_3.1.0180 | Genesis Global Capital, LLC | USDC 488.783845274421 |
| 316 | NAME REDACTED | 23-10064 | GGC_3.1.0585 | Genesis Global Capital, LLC | USDC 0.940983540422639 |
| 317 | NAME REDACTED | 23-10064 | GGC_3.1.0373 | Genesis Global Capital, LLC | BTC 0.000113102216168768 |
| 318 | NAME REDACTED | 23-10064 | GGC_3.1.0450 | Genesis Global Capital, LLC | BTC 7.56620676282624 |
| 319 | NAME REDACTED | 23-10064 | GGC_3.1.0616 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 320 | NAME REDACTED | 23-10064 | GGC_3.1.0442 | Genesis Global Capital, LLC | BTC 0.00227047423077031 |
| 321 | NAME REDACTED | 23-10064 | GGC_3.1.0314 | Genesis Global Capital, LLC | USDC 224.780996347487 |
| 322 | NAME REDACTED | 23-10064 | GGC_3.1.0358 | Genesis Global Capital, LLC | USDC 63.0754120859975 |
| 323 | NAME REDACTED | 23-10064 | GGC_3.1.0242 | Genesis Global Capital, LLC | BTC 0.00155633938311538 |
| 324 | NAME REDACTED | 23-10064 | GGC_3.1.0326 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 325 | NAME REDACTED | 23-10064 | GGC_3.1.0631 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 326 | NAME REDACTED | 23-10064 | GGC_3.1.0294 | Genesis Global Capital, LLC | USDC 25.5105025996776 |
| 327 | NAME REDACTED | 23-10064 | GGC_3.1.0422 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 328 | NAME REDACTED | 23-10064 | GGC_3.1.0538 | Genesis Global Capital, LLC | BTC 0.000131683940014313 |
| 329 | NAME REDACTED | 23-10064 | GGC_3.1.0567 | Genesis Global Capital, LLC | USDC 14.2970955325599 |
| 330 | NAME REDACTED | 23-10064 | GGC_3.1.0388 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 331 | NAME REDACTED | 23-10064 | GGC_3.1.0187 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 332 | NAME REDACTED | 23-10064 | GGC_3.1.0306 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 333 | NAME REDACTED | 23-10064 | GGC_3.1.0593 | Genesis Global Capital, LLC | USDC 51.3013281407078 |
| 334 | NAME REDACTED | 23-10064 | GGC_3.1.0142 | Genesis Global Capital, LLC | BTC 0.00155633938311538 |
| 335 | NAME REDACTED | 23-10064 | GGC_3.1.0518 | Genesis Global Capital, LLC | BTC 0.00233416869755721 |
| 336 | NAME REDACTED | 23-10064 | GGC_3.1.0136 | Genesis Global Capital, LLC | USDC 11.8537235550718 |
| 337 | NAME REDACTED | 23-10064 | GGC_3.1.0202 | Genesis Global Capital, LLC | BTC 0.000854999484968527 |
| 338 | NAME REDACTED | 23-10064 | GGC_3.1.0493 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 339 | NAME REDACTED | 23-10064 | GGC_3.1.0494 | Genesis Global Capital, LLC | BTC 0.00077787938523252 |
| 340 | NAME REDACTED | 23-10064 | GGC_3.1.0063 | Genesis Global Capital, LLC | BTC 0.00390125062708402 |
| 341 | NAME REDACTED | 23-10064 | GGC_3.1.0401 | Genesis Global Capital, LLC | BTC 0.00195031997800009 |
| 342 | NAME REDACTED | 23-10064 | GGC_3.1.0007 | Genesis Global Capital, LLC | BTC 0.0011898209850689 |
| 343 | NAME REDACTED | 23-10064 | GGC_3.1.0072 | Genesis Global Capital, LLC | BTC 0.0020595977290003 |
| 344 | NAME REDACTED | 23-10064 | GGC_3.1.0600 | Genesis Global Capital, LLC | BTC 0.00344240422248859 |
| 345 | NAME REDACTED | 23-10064 | GGC_3.1.0097 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 346 | NAME REDACTED | 23-10064 | GGC_3.1.0092 | Genesis Global Capital, LLC | USDC 4.489.43172815814 |
| 347 | NAME REDACTED | 23-10064 | GGC_3.1.0286 | Genesis Global Capital, LLC | USDC 83.8739317455271 |
| 348 | NAME REDACTED | 23-10064 | GGC_3.1.0371 | Genesis Global Capital, LLC | USDC 3.02648650661687 |

**Genesis Global Holdco, LLC**
**Allowed Claims**

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|-----|------------------|-------------|--------------|--------|----------------------|
| 349 | NAME REDACTED | 23-10064 | GGC_3.1.0102 | Genesis Global Capital, LLC | USDC 817.538219018636 |
| 350 | NAME REDACTED | 23-10064 | GGC_3.1.0174 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 351 | NAME REDACTED | 23-10064 | GGC_3.1.0573 | Genesis Global Capital, LLC | USDC 19.7189110030415 |
| 352 | NAME REDACTED | 23-10064 | GGC_3.1.0519 | Genesis Global Capital, LLC | BTC 0.000131683940014313 |
| 353 | NAME REDACTED | 23-10064 | GGC_3.1.0223 | Genesis Global Capital, LLC | USDC 27.4905499960931 |
| 354 | NAME REDACTED | 23-10064 | GGC_3.1.0425 | Genesis Global Capital, LLC | BTC 0.00033875601231977 |
| 355 | NAME REDACTED | 23-10064 | GGC_3.1.0544 | Genesis Global Capital, LLC | USDC 60.0252471765323 |
| 356 | NAME REDACTED | 23-10064 | GGC_3.1.0184 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 357 | NAME REDACTED | 23-10064 | GGC_3.1.0451 | Genesis Global Capital, LLC | BTC 0.00045128759225773 |
| 358 | NAME REDACTED | 23-10064 | GGC_3.1.0181 | Genesis Global Capital, LLC | BTC 0.0098806907083573 |
| 359 | NAME REDACTED | 23-10064 | GGC_3.1.0139 | Genesis Global Capital, LLC | USDC 21.0251403608663 |
| 360 | NAME REDACTED | 23-10064 | GGC_3.1.0085 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 361 | NAME REDACTED | 23-10064 | GGC_3.1.0182 | Genesis Global Capital, LLC | USDC 8.32282913895124 |
| 362 | NAME REDACTED | 23-10064 | GGC_3.1.0638 | Genesis Global Capital, LLC | BTC 0.00195031997800009 |
| 363 | NAME REDACTED | 23-10064 | GGC_3.1.0234 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 364 | NAME REDACTED | 23-10065 | GAP_3.1.0014 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 49.0731975043397 |
| 365 | NAME REDACTED | 23-10064 | GGC_3.1.0213 | Genesis Global Capital, LLC | BTC 0.00038389879040647 |
| 366 | NAME REDACTED | 23-10064 | GGC_3.1.0055 | Genesis Global Capital, LLC | USDC 21.9419938955152 |
| 367 | NAME REDACTED | 23-10064 | GGC_3.1.0056 | Genesis Global Capital, LLC | BTC 0.00037641004904403 |
| 368 | NAME REDACTED | 23-10064 | GGC_3.1.0061 | Genesis Global Capital, LLC | BTC 0.00011310221616876 |
| 369 | NAME REDACTED | 23-10064 | 658 | Genesis Global Capital, LLC | USD 677,646.30 |

## **Exhibit B**

**Changed-Pages-Only Blackline of Allowed Claims**

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|-----|------------------|-------------|--------------|--------|----------------------|
| 40 | NAME REDACTED | 23-10064 | GGC_3.1.0091 | Genesis Global Capital, LLC | BTC 0.00195031997800009 |
| 41 | NAME REDACTED | 23-10064 | GGC_3.1.0094 | Genesis Global Capital, LLC | BTC 0.00120256002992392 |
| 42 | NAME REDACTED | 23-10064 | GGC_3.1.0095 | Genesis Global Capital, LLC | USD 515,783.14605393 |
| 43 | NAME REDACTED | 23-10064 | GGC_3.1.0105 | Genesis Global Capital, LLC | USDC 14.5774304870993 |
| 44 | NAME REDACTED | 23-10064 | GGC_3.1.0106 | Genesis Global Capital, LLC | FIL 6,109.39514405162 |
| 45 | NAME REDACTED | 23-10064 | GGC_3.1.0107 | Genesis Global Capital, LLC | USDC 40.9289309169965 |
| 46 | NAME REDACTED | 23-10064 | GGC_3.1.0109 | Genesis Global Capital, LLC | USDC 811.829343460797 |
| 47 | NAME REDACTED | 23-10064 | GGC_3.1.0110 | Genesis Global Capital, LLC | USD 1,294,459.37320056 |
| 48 | NAME REDACTED | 23-10064 | GGC_3.1.0112 | Genesis Global Capital, LLC | BTC 0.000617992494285387 |
| 49 | NAME REDACTED | 23-10064 | GGC_3.1.0114 | Genesis Global Capital, LLC | USDC 112.134056628582 |
| 50 | NAME REDACTED | 23-10064 | GGC_3.1.0122 | Genesis Global Capital, LLC | BTC 0.0015444198861662 |
| 51 | NAME REDACTED | 23-10064 | GGC_3.1.0134 | Genesis Global Capital, LLC | USD 386.049987792969 |
| 52 | NAME REDACTED | 23-10064 | GGC_3.1.0137 | Genesis Global Capital, LLC | BTC 0.00179049312190763 |
| 53 | NAME REDACTED | 23-10064 | GGC_3.1.0138 | Genesis Global Capital, LLC | USD 1.59102494521592<br>USDC 39.313433958411 |
| 54 | NAME REDACTED | 23-10064 | GGC_3.1.0140 | Genesis Global Capital, LLC | BTC 210.247397260274<br>USD 35,327.009765625 |
| 55 | NAME REDACTED | 23-10064 | GGC_3.1.0141 | Genesis Global Capital, LLC | SNX 0.000000002<br>USD 7,706.08984375 |
| 56 | NAME REDACTED | 23-10064 | GGC_3.1.0146 | Genesis Global Capital, LLC | USD 46,064.34 |
| 57 | NAME REDACTED | 23-10064 | GGC_3.1.0148 | Genesis Global Capital, LLC | BTC 0.0115735688009297 |
| 58 | NAME REDACTED | 23-10064 | GGC_3.1.0150 | Genesis Global Capital, LLC | BTC 50.0599052876712<br>USD 8,182.169921875 |
| 59 | NAME REDACTED | 23-10064 | GGC_3.1.0151 | Genesis Global Capital, LLC | BTC 10.6863200595049<br>USD 1,849.40002441406 |
| 60 | NAME REDACTED | 23-10064 | GGC_3.1.0156 | Genesis Global Capital, LLC | BTC 0.00051183835969602 |
| 61 | NAME REDACTED | 23-10064 | GGC_3.1.0165 | Genesis Global Capital, LLC | BTC 2.46586834015917<br>ETH 33.3798920954829<br>SOL 744.124544472451 |
| 62 | NAME REDACTED | 23-10064 | GGC_3.1.0167 | Genesis Global Capital, LLC | BTC 0.00488894013687968<br>ETH 0.0456110388040543 |
| 63 | NAME REDACTED | 23-10064 | GGC_3.1.0176 | Genesis Global Capital, LLC | ETC 660.85685342109<br>FIL 2,675.43989911973<br>GRT 183,708.574316369<br>LINK 13,085.2868756801<br>USD 878.419982910156 |
| 64 | NAME REDACTED | 23-10064 | GGC_3.1.0183 | Genesis Global Capital, LLC | USD 2,520.55004882812 |
| 65 | NAME REDACTED | 23-10064 | GGC_3.1.0185 | Genesis Global Capital, LLC | BTC 0.0166384824971105 |
| 66 | NAME REDACTED | 23-10064 | GGC_3.1.0189 | Genesis Global Capital, LLC | USDC 70,333.7047413911 |
| 67 | NAME REDACTED | 23-10064 | GGC_3.1.0190 | Genesis Global Capital, LLC | BTC 0.0161423403769731 |
| 68 | NAME REDACTED | 23-10064 | GGC_3.1.0191 | Genesis Global Capital, LLC | BTC 0.000000004 |
| 69 | NAME REDACTED | 23-10064 | GGC_3.1.0194 | Genesis Global Capital, LLC | USD 219,590.661555623 |
| 70 | NAME REDACTED | 23-10064 | GGC_3.1.0197 | Genesis Global Capital, LLC | USD 1,439,259.93484086 |
| 71 | NAME REDACTED | 23-10064 | GGC_3.1.0199 | Genesis Global Capital, LLC | USDC 4,242,440.96733002 |
| 72 | NAME REDACTED | 23-10064 | GGC_3.1.0205 | Genesis Global Capital, LLC | USDC 4,104,659.45848528 |
| 73 | NAME REDACTED | 23-10064 | GGC_3.1.0206 | Genesis Global Capital, LLC | USD 863.010009765625 |
| 74 | NAME REDACTED | 23-10064 | GGC_3.1.0207 | Genesis Global Capital, LLC | USDC 111.920570373535 |
| 75 | NAME REDACTED | 23-10064 | GGC_3.1.0209 | Genesis Global Capital, LLC | DOGE 786.613220214843<br>ETH 0.067332588136196114<br>LINK 3.96684789657593<br>ZEC 0.177421927452087 |
| 76 | NAME REDACTED | 23-10064 | GGC_3.1.0211 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 77 | NAME REDACTED | 23-10064 | GGC_3.1.0212 | Genesis Global Capital, LLC | BTC 0.392080004119764 |