**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Victor Wong, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of the Hearing on Certain Motions to June 25, 2024 [Docket No. 1680] (the "***Notice of Adjournment of the Hearing on Certain Motions***")

- Notice of Filing of Stipulation and Order by and Among the Debtors, Anonymous Lender 17 and the Ad Hoc Group [Docket No. 1684] (the "***Notice of Filing of Stipulation and Order Regarding Anonymous Lender 17 and the Ad Hoc Group***")

- Notice of Revised Exhibit in Connection with the Debtors' Second Proposed Order Allowing Certain Claims Pursuant to 11 U.S.C. § 502 [Docket No. 1685] (the "***Notice of Revised Exhibit in Connection with the Debtors' Second Proposed Order Allowing Certain Claims***")

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment of the Hearing on Certain Motions and the Notice of Filing of Stipulation and Order Regarding Anonymous Lender 17 and the Ad Hoc Group to be delivered via First Class Mail to the Chambers of the Honorable Sean H. Lane, Genesis Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas Street, Room 147, White Plains, NY 10601.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment of the Hearing on Certain Motions to be served (1) by the method set forth on the DN 1374 Affected Parties Service List attached hereto as **Exhibit B**; (2) via First Class Mail and Email on DN 1551 Affected Parties Service List attached hereto as **Exhibit C**; and (3) via First Class Mail and Email on Three Arrows Fund, Ltd (in Liquidation), Attention to: James Drury, 4th Floor, LM Business Centre, Fish Lock Road, Road Town, Tortola, British Virgin Islands, VG-11100, British Virgin Islands, james.drury@interpathadvisory.vg.

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Filing of Stipulation and Order Regarding Anonymous Lender 17 and the Ad Hoc Group to be served via First Class Mail and Email on Katten Muchin Rosenman LLP, Attn: Shaya Rochester, 50 Rockefeller Plaza, New York, NY 10020-1605, shaya.rochester@katten.com.

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail and Email on the Notice Parties Service List attached hereto as **Exhibit D**:

- Notice of Filing of Stipulation and Order by and Among the Debtors, Anonymous Lender 17 and the Ad Hoc Group (Unredacted)

- Notice of Revised Exhibit in Connection with the Debtors' Second Proposed Order Allowing Certain Claims Pursuant to 11 U.S.C. § 502 (Unredacted)

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Revised Exhibit in Connection with the Debtors' Second Proposed Order Allowing Certain Claims, customized to include the name and address of the party, the debtor, and amount to be served via First Class Mail on the Affected Claimants Service List attached hereto as **Exhibit E**.

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Revised Exhibit in Connection with the Debtors' Second Proposed Order Allowing Certain Claims to be served via First Class Mail on ADRID: 12046483, Cumberland DRW LLC, 540 W. Madison Street, Suite 2500, Chicago, IL, 60661.

*[Remainder of page intentionally left blank]*

Dated: May 20, 2024

/s/ *Victor Wong*
Victor Wong

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 20, 2024, by Victor Wong, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 79196

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato<br>250 West 55th Street<br>New York NY 10019 | benjamin.mintz@arnoldporter.com<br>marcus.asner@arnoldporter.com<br>justin.imperato@arnoldporter.com | Email |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak<br>1700 Farnam St. Ste. 1500<br>Omaha NE 68102 | jhollembeak@bairdholm.com | Email |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Kenneth J. Aulet<br>Seven Times Square<br>New York NY 10036 | kaulet@brownrudnick.com | Email |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Matthew A. Sawyer<br>One Financial Center<br>Boston MA 02111 | msawyer@brownrudnick.com | Email |
| Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey<br>One Liberty Plaza<br>New York NY 10006 | jamassey@cgsh.com | Email |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver, Rishi Zutshi, Thomas S. Kessler, Brad Lenox, David Z. Schwartz, Deandra Fike, Katharine Ross<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com<br>lbarefoot@cgsh.com<br>aweaver@cgsh.com<br>rzutshi@cgsh.com<br>tkessler@cgsh.com<br>blenox@cgsh.com<br>dschwartz@cgsh.com<br>dfike@cgsh.com<br>kross@cgsh.com | Email |
| Counsel to Grayscale Investments, LLC | Davis Polk & Wardwell LLP | Attn: Benjamin S. Kaminetzky, Brett M. McMahon, Jacquelyn S. Knudson<br>450 Lexington Avenue<br>New York NY 10017 | Genesis.notices@davispolk.com | Email |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Andrew Sullivan<br>175 Greenwich Street<br>Floor 38<br>New York NY 10007 | asullivan@genesistrading.com | Email |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman<br>500 W. Madison St., Ste. 3700<br>Chicago IL 60661 | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin, Erin Diers<br>One Battery Park Plaza<br>New York NY 10004 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com<br>erin.diers@hugheshubbard.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | mimi.m.wong@irscounsel.treas.gov | Email |

In re: Genesis Global Holdco, LLC, et al.
Case No. 23-10063 (SHL)

Page 1 of 5

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Counsel to GPD Holdings LLC d/b/a CoinFlip | K&L GATES LLP | Attn: Carly S. Everhardt<br>200 S. Biscayne Boulevard<br>Suite 3900<br>Miami FL 33131 | carly.everhardt@klgates.com | Email |
| Counsel to GPD Holdings LLC d/b/a Coinflip | K&L Gates LLP | Attn: Robert T. Honeywell<br>599 Lexington Avenue<br>New York NY 10022 | Robert.Honeywell@klgates.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi<br>800 Third Avenue, 38th Floor<br>New York NY 10022 | jcampisi@kaplanfox.com | Email |
| Counsel to Creditor | Katten Muchin Rosenman LLP | Attn: Patrick M. Smith<br>525 West Monroe Street<br>Chicago IL 60661-3693 | patrick.smith@katten.com | Email |
| Counsel to Creditor | Katten Muchin Rosenman LLP | Attn: Steven Reisman, Shaya Rochester, Julia Mosse<br>50 Rockefeller Plaza<br>New York  NY 10020-1605 | sreisman@katten.com<br>shaya.rochester@katten.com<br>julia.mosse@katten.com | Email |
| Counsel to Foundry Digital LLC | Kilpatrick Townsend & Stockton LLP | Attn: Aaron L. Hammer, Nathan E. Delman<br>500 W. Madison St., Ste. 3700<br>Chicago IL 60661 | ahammer@ktslaw.com<br>ndelman@ktslaw.com<br>ecfnotices@ktslaw.com | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com | Email |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte<br>800 Third Avenue<br>New York NY 10022 | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Nacif Taousse, Marissa Alter-Nelson<br>1271 Avenue of the Americas<br>New York NY 10020 | adam.goldberg@lw.com<br>chris.harris@lw.com<br>nacif.taousse@lw.com<br>marissa.alter-nelson@lw.com | Email |
| Counsel to Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Eric R. Swibel<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | eric.swibel@lw.com | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda, Sarah F. Mitchell, Emily R. Orman<br>355 South Grand Avenue, Suite 100<br>Los Angeles CA 90071 | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com<br>sarah.mitchell@lw.com<br>emily.orman@lw.com | Email |
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel<br>875 Third Avenue, 9th Floor<br>New York NY 10022 | fringel@leechtishman.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 7068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Darren Azman, Joseph B. Evans, Lucas Barrett<br>One Vanderbilt Avenue<br>New York NY 10017-3852 | dazman@mwe.com<br>jbevans@mwe.com<br>lbarrett@mwe.com | Email |
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Gregg Steinman<br>333 SE 2nd Avenue<br>Suite 4500<br>Miami FL 33131-2184 | gsteinman@mwe.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Suite 1401<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to BAO Family Holdings LLC | Medina Law Firm LLC | Attn: Eric S. Medina<br>641 Lexington Avenue<br>Thirteenth Floor<br>New York  NY 10022 | emedina@medinafirm.com | Email |
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb<br>909 Third Avenue<br>27th Floor<br>New York NY 10022 | hrosenblat@morrisoncohen.com | Email |
| Counsel to NYSOAG | New York State Office of the Attorney General | Attn: Gabriel Tapalaga<br>Investor Protection Bureau<br>28 Liberty St., 21st Floor<br>New York NY 10005 | gabriel.tapalaga@ag.ny.gov | Email |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Email |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov<br>greg.zipes@usdoj.gov | Email |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson<br>200 Park Avenue<br>New York NY 10166 | krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>isaacsasson@paulhastings.com | Email |
| Counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation) | Pillsbury Winthrop Shaw Pittman LLP | Attn: John Pintarelli, Hugh M. McDonald, Patrick Fitzmaurice, Rahman Connelly<br>31 West 52nd Street<br>New York NY 10019 | john.pintarelli@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>patrick.fitzmaurice@pillsburylaw.com<br>rahman.connelly@pillsburylaw.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com<br>PDoyle@proskauer.com<br>GSanchezTavarez@proskauer.com<br>wdalsen@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| Counsel to Ad Hoc Group of Dollar Lenders | Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman<br>7 Times Square<br>New York NY 10036-6569 | slieberman@pryorcashman.com<br>msilverman@pryorcashman.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>kotwick@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss<br>One Landmark Square, 15th Floor<br>Stamford CT 06901 | isloss@sgtlaw.com | Email |
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg<br>125 Turkey Lane<br>Cold Spring Harbor NY 11724 | | First Class Mail |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>jensenc@sullcrom.com | Email |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | jeffrey.oestericher@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Digital Currency Group, Inc., Barry Silbert | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui, Jonathan Polkes,  Caroline Zalka, Jenna Harris, Jennifer Lau 767 Fifth Avenue New York NY 10153 | jeffrey.saferstein@weil.com ronit.berkovich@weil.com jessica.liou@weil.com furqaan.siddiqui@weil.com jonathan.polkes@weil.com caroline.zalka@weil.com jenna.harris@weil.com jennifer.lau@weil.com | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Josh Wesneski 2001 M Street, NW, Suite 600 Washington DC 20036 | joshua.wesneski@weil.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce 111 South Wacker Drive Suite 5100 Chicago IL 60606 | gregory.pesce@whitecase.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises 1221 Avenue of the Americas New York NY 10020 | cshore@whitecase.com philip.abelson@whitecase.com michele.meises@whitecase.com | Email |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Daniel I. Forman 787 Seventh Avenue New York NY 10019 | dforman@willkie.com | Email |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Donald Burke, Mark T. Stancil 1875 K Street, N.W. Washington DC 20006 | dburke@willkie.com mstancil@willkie.com | Email |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan 156 West 56th Street New York NY 10019 | jsullivan@windelsmarx.com | Email |

**<u>Exhibit B</u>**

Exhibit B

DN 1374 Affected Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 12871811 | Name on File | | Email Address on File | First Class Mail and Email |
| 12171250 | Name on File | | Email Address on File | First Class Mail and Email |
| 12108373 | Name on File | | Email Address on File | First Class Mail and Email |
| 12875807 | ARK Cryptocurrency Master Fund LLC | Address on File | Email Address on File | First Class Mail and Email |
| 12873437 | ARK Cryptocurrency Master Fund LLC | Address on File | Email Address on File | First Class Mail and Email |
| 12047636 | Name on File | | Email Address on File | First Class Mail and Email |
| 12868335 | Name on File | | Email Address on File | First Class Mail and Email |
| 12872617 | Name on File | | Email Address on File | First Class Mail and Email |
| 18160261 | Name on File | | Email Address on File | First Class Mail and Email |
| 12046483 | Name on File | | Email Address on File | First Class Mail and Email |
| 22155181 | Fir Tree Capital Opportunity Master Fund III, LP as Transferee of Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 22155182 | Fir Tree Digital Asset Opportunities Holdings, LLC as Transferee of Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 22155180 | Fir Tree Value Master Fund, L.P. as Transferee of Name on File | Address on File | Email Address on File | First Class Mail and Email |
| 12873631 | Name on File | | Email Address on File | First Class Mail and Email |
| 12885391 | Name on File | | Email Address on File | First Class Mail and Email |
| 12885394 | Name on File | | Email Address on File | First Class Mail and Email |
| 12046869 | Name on File | | Email Address on File | First Class Mail and Email |
| 12046743 | Name on File | | Email Address on File | First Class Mail and Email |
| 12830380 | Name on File | | Email Address on File | First Class Mail and Email |
| 12885531 | Name on File | | | First Class Mail |
| 12885401 | Name on File | | Email Address on File | First Class Mail and Email |

In re: Genesis Global Holdco, LLC, *et al.*

Case No. 23-10063 (SHL)

Exhibit B

DN 1374 Affected Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 12869081 | Name on File | | Email Address on File | First Class Mail and Email |
| 12171220 | Name on File | | Email Address on File | First Class Mail and Email |
| 12047168 | Name on File | | Email Address on File | First Class Mail and Email |
| 12047523 | Name on File | | Email Address on File | First Class Mail and Email |
| 12857344 | Name on File | | Email Address on File | First Class Mail and Email |
| 12885446 | Name on File | | | First Class Mail |
| 12873757 | Name on File | | Email Address on File | First Class Mail and Email |
| 12875906 | Name on File | | Email Address on File | First Class Mail and Email |
| 12872668 | Name on File | | Email Address on File | First Class Mail and Email |

**Exhibit C**

## Exhibit C

DN 1551 Affected Parties Service List
Served via First Class Mail and Email

| ADDRESSID | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| 22155181 | Fir Tree Capital Opportunity Master Fund III, LP as Transferee of Name on File | Address on File | Email on File |
| 22155182 | Fir Tree Digital Asset Opportunities Holdings, LLC as Transferee of Name on File | Address on File | Email on File |
| 22155180 | Fir Tree Value Master Fund, L.P. as Transferee of Name on File | Address on File | Email on File |
| 12872317 | Name on File | Address on File | Email on File |
| 12872150 | Name on File | Address on File | Email on File |

**<u>Exhibit D</u>**

Exhibit D
Notice Parties Service List
Served via First Class Mail and Email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin, Erin Diers | One Battery Park Plaza | | New York | NY | 10004 | anson.frelinghuysen@hugheshubbard.com; dustin.smith@hugheshubbard.com; jeff.margolin@hugheshubbard.com; erin.diers@hugheshubbard.com |
| Office of the US Trustee | Attn: Greg Zipes | Alexander Hamilton Custom House | One Bowling Green, Suite 515 | New York | NY | 10014 | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov; greg.zipes@usdoj.gov |
| Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen | Eleven Times Square | | New York | NY | 10036 | brosen@proskauer.com; vindelicato@proskauer.com; mvolin@proskauer.com; PDoyle@proskauer.com; GSanchezTavarez@proskauer.com; wdalsen@proskauer.com |
| Proskauer Rose LLP | Attn: Jordan E. Sazant | 70 West Madison, Suite 3800 | | Chicago | IL | 60602 | jsazant@proskauer.com |
| Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | ashmead@sewkis.com; kotwick@sewkis.com; lotempio@sewkis.com; matott@sewkis.com |
| White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | 1221 Avenue of the Americas | | New York | NY | 10020 | cshore@whitecase.com; philip.abelson@whitecase.com; michele.meises@whitecase.com |
| White & Case LLP | Attn: Gregory F. Pesce | 111 South Wacker Drive | Suite 5100 | Chicago | IL | 60606 | gregory.pesce@whitecase.com |
| Willkie Farr & Gallagher LLP | Attn: Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019 | dforman@willkie.com |
| Willkie Farr & Gallagher LLP | Attn: Donald Burke, Mark T. Stancil | 1875 K Street, N.W. | | Washington | DC | 20006 | dburke@willkie.com; mstancil@willkie.com |

In re: Genesis Global Holdco, LLC, *et al.*
Case No. 23-10063 (SHL)

## Exhibit E

## Exhibit E
### Affected Claimants Service List
### Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12047493 | Name on File | Address on File |
| 12047496 | Name on File | Address on File |
| 12047036 | Name on File | Address on File |
| 12047518 | Name on File | Address on File |
| 12047522 | Name on File | Address on File |
| 12047033 | Name on File | Address on File |
| 20829474 | Name on File | Address on File |
| 12171228 | Name on File | Address on File |
| 12171183 | ALLIED UNIVERSAL EXECUTIVE PROTECTION AND INTELLIGENCE SERVICES, INC | ADDRESS ON FILE |
| 12046815 | Name on File | Address on File |
| 12047558 | Name on File | Address on File |
| 12046491 | Name on File | Address on File |
| 12046731 | Name on File | Address on File |
| 12047504 | Name on File | Address on File |
| 12046772 | Name on File | Address on File |
| 12047137 | Name on File | Address on File |
| 12047197 | Name on File | Address on File |
| 12046911 | Name on File | Address on File |
| 12047593 | Name on File | Address on File |
| 12047596 | Name on File | Address on File |
| 12046829 | Name on File | Address on File |
| 12047602 | Name on File | Address on File |
| 12046779 | Name on File | Address on File |
| 12047305 | Name on File | Address on File |
| 12047214 | Name on File | Address on File |
| 12046858 | Name on File | Address on File |
| 12046934 | Name on File | Address on File |
| 12047309 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12046712 | Name on File | Address on File |
| 12046768 | Name on File | Address on File |
| 12046626 | Name on File | Address on File |
| 12047209 | Name on File | Address on File |
| 12046498 | Name on File | Address on File |
| 12046794 | Name on File | Address on File |
| 12046861 | Name on File | Address on File |
| 12171216 | Name on File | Address on File |
| 12047638 | Name on File | Address on File |
| 12047423 | Name on File | Address on File |
| 12046394 | Name on File | Address on File |
| 12046416 | Name on File | Address on File |
| 12047255 | Name on File | Address on File |
| 12191575 | Name on File | Address on File |
| 12046823 | Name on File | Address on File |
| 12047664 | Name on File | Address on File |
| 12047131 | Name on File | Address on File |
| 12047331 | Name on File | Address on File |
| 12046962 | Name on File | Address on File |
| 12046808 | Name on File | Address on File |
| 12047621 | Name on File | Address on File |
| 12171217 | Name on File | Address on File |
| 12047154 | Name on File | Address on File |
| 12046917 | Name on File | Address on File |
| 12047277 | Name on File | Address on File |
| 12046606 | Name on File | Address on File |
| 12046242 | Name on File | Address on File |
| 12046411 | Name on File | Address on File |
| 12046412 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|--------|-----------------|-----------------|
| 12046774 | Name on File | Address on File |
| 12047367 | Name on File | Address on File |
| 12047566 | Name on File | Address on File |
| 12046425 | Name on File | Address on File |
| 12047658 | Name on File | Address on File |
| 12246199 | Name on File | Address on File |
| 12046454 | Name on File | Address on File |
| 12046439 | Name on File | Address on File |
| 12046462 | Name on File | Address on File |
| 12047138 | Name on File | Address on File |
| 12046795 | Name on File | Address on File |
| 12046433 | Name on File | Address on File |
| 12047668 | Name on File | Address on File |
| 12046586 | Name on File | Address on File |
| 12046920 | Name on File | Address on File |
| 12046487 | Name on File | Address on File |
| 12047074 | Name on File | Address on File |
| 12046516 | Name on File | Address on File |
| 12046948 | Name on File | Address on File |
| 12047185 | Name on File | Address on File |
| 12047195 | Name on File | Address on File |
| 12046427 | Name on File | Address on File |
| 12046784 | Name on File | Address on File |
| 12046541 | Name on File | Address on File |
| 12047083 | Name on File | Address on File |
| 12046424 | Name on File | Address on File |
| 12046916 | Name on File | Address on File |
| 12046804 | Name on File | Address on File |
| 12046472 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12047266 | Name on File | Address on File |
| 12046570 | Name on File | Address on File |
| 12171224 | Name on File | Address on File |
| 12046572 | Name on File | Address on File |
| 12046583 | Name on File | Address on File |
| 12047299 | Name on File | Address on File |
| 12046996 | Name on File | Address on File |
| 12046459 | Name on File | Address on File |
| 12046783 | Name on File | Address on File |
| 12046395 | Name on File | Address on File |
| 12047229 | Name on File | Address on File |
| 12046609 | Name on File | Address on File |
| 12046614 | Name on File | Address on File |
| 12047186 | Name on File | Address on File |
| 12046830 | Name on File | Address on File |
| 12046620 | Name on File | Address on File |
| 12046587 | Name on File | Address on File |
| 12047300 | Name on File | Address on File |
| 12047269 | Name on File | Address on File |
| 12046800 | Name on File | Address on File |
| 12046625 | Name on File | Address on File |
| 12047310 | Name on File | Address on File |
| 12046923 | Name on File | Address on File |
| 12047649 | Name on File | Address on File |
| 12047207 | Name on File | Address on File |
| 12046781 | Name on File | Address on File |
| 12046652 | Name on File | Address on File |
| 12046967 | Name on File | Address on File |
| 20807861 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|-------|------|---------|
| 12171187 | GRABTAXI PTE. LTD | ADDRESS ON FILE |
| 12046734 | Name on File | Address on File |
| 12046428 | Name on File | Address on File |
| 12171251 | Name on File | Address on File |
| 12171210 | Name on File | Address on File |
| 12047023 | Name on File | Address on File |
| 12046984 | Name on File | Address on File |
| 12046531 | Name on File | Address on File |
| 12047156 | Name on File | Address on File |
| 12046947 | Name on File | Address on File |
| 12046675 | Name on File | Address on File |
| 12046785 | Name on File | Address on File |
| 12046567 | Name on File | Address on File |
| 12047191 | Name on File | Address on File |
| 12046968 | Name on File | Address on File |
| 12047201 | Name on File | Address on File |
| 12046492 | Name on File | Address on File |
| 12046747 | Name on File | Address on File |
| 12047238 | Name on File | Address on File |
| 12046721 | Name on File | Address on File |
| 12046735 | Name on File | Address on File |
| 12171231 | Name on File | Address on File |
| 12171232 | Name on File | Address on File |
| 12046946 | Name on File | Address on File |
| 12046835 | Name on File | Address on File |
| 12047146 | Name on File | Address on File |
| 12171233 | Name on File | Address on File |
| 12046706 | Name on File | Address on File |
| 12046408 | Name on File | Address on File |

In re: Genesis Global Holdco, LLC, *et al.*
Case No. 23-10063 (SHL)

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|-------|------|---------|
| 12047230 | Name on File | Address on File |
| 12046715 | Name on File | Address on File |
| 12047520 | Name on File | Address on File |
| 12171236 | Name on File | Address on File |
| 12047157 | Name on File | Address on File |
| 12046754 | Name on File | Address on File |
| 12046756 | Name on File | Address on File |
| 12046653 | Name on File | Address on File |
| 12047509 | Name on File | Address on File |
| 12047557 | Name on File | Address on File |
| 12047378 | Name on File | Address on File |
| 12046758 | Name on File | Address on File |
| 12047053 | Name on File | Address on File |
| 12171247 | Name on File | Address on File |
| 12046738 | Name on File | Address on File |
| 12047393 | Name on File | Address on File |
| 12046409 | Name on File | Address on File |
| 12046872 | Name on File | Address on File |
| 12047394 | Name on File | Address on File |
| 12047419 | Name on File | Address on File |
| 12046430 | Name on File | Address on File |
| 12046851 | Name on File | Address on File |
| 12046850 | Name on File | Address on File |
| 12047546 | Name on File | Address on File |
| 12047536 | Name on File | Address on File |
| 12046824 | Name on File | Address on File |
| 12047519 | Name on File | Address on File |
| 12046607 | Name on File | Address on File |
| 12047030 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12046857 | Name on File | Address on File |
| 12046757 | Name on File | Address on File |
| 12047179 | Name on File | Address on File |
| 12171193 | Name on File | Address on File |
| 12047275 | Name on File | Address on File |
| 12171213 | Name on File | Address on File |
| 12046617 | Name on File | Address on File |
| 12046561 | Name on File | Address on File |
| 12046739 | Name on File | Address on File |
| 12046871 | Name on File | Address on File |
| 12046856 | Name on File | Address on File |
| 12046618 | Name on File | Address on File |
| 12046913 | Name on File | Address on File |
| 12046846 | Name on File | Address on File |
| 12047224 | Name on File | Address on File |
| 12047395 | Name on File | Address on File |
| 12046293 | Name on File | Address on File |
| 12046939 | Name on File | Address on File |
| 12171246 | Name on File | Address on File |
| 12046729 | Name on File | Address on File |
| 12046973 | Name on File | Address on File |
| 12955094 | Name on File | Address on File |
| 12046787 | Name on File | Address on File |
| 12046810 | Name on File | Address on File |
| 12047414 | Name on File | Address on File |
| 12046849 | Name on File | Address on File |
| 12046886 | Name on File | Address on File |
| 12046509 | Name on File | Address on File |
| 12046432 | Name on File | Address on File |

In re: Genesis Global Holdco, LLC, *et al.*

Case No. 23-10063 (SHL)

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12046897 | Name on File | Address on File |
| 12046903 | Name on File | Address on File |
| 12047093 | Name on File | Address on File |
| 12046497 | Name on File | Address on File |
| 12047251 | Name on File | Address on File |
| 12046818 | Name on File | Address on File |
| 12046396 | Name on File | Address on File |
| 12046822 | Name on File | Address on File |
| 12047512 | Name on File | Address on File |
| 12047302 | Name on File | Address on File |
| 12047538 | Name on File | Address on File |
| 12047024 | Name on File | Address on File |
| 12046740 | Name on File | Address on File |
| 12047320 | Name on File | Address on File |
| 12046555 | Name on File | Address on File |
| 12047202 | Name on File | Address on File |
| 12047297 | Name on File | Address on File |
| 12046950 | Name on File | Address on File |
| 12046893 | Name on File | Address on File |
| 12046993 | Name on File | Address on File |
| 12046782 | Name on File | Address on File |
| 12171189 | MSA SECURITY | ADDRESS ON FILE |
| 12046918 | Name on File | Address on File |
| 12047198 | Name on File | Address on File |
| 12047076 | Name on File | Address on File |
| 12047655 | Name on File | Address on File |
| 12047027 | Name on File | Address on File |
| 12171221 | Name on File | Address on File |
| 12046862 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12171242 | Name on File | Address on File |
| 12047021 | Name on File | Address on File |
| 12047349 | Name on File | Address on File |
| 12046766 | Name on File | Address on File |
| 12047031 | Name on File | Address on File |
| 12047038 | Name on File | Address on File |
| 12047046 | Name on File | Address on File |
| 12046741 | Name on File | Address on File |
| 12047232 | Name on File | Address on File |
| 12047011 | Name on File | Address on File |
| 12047057 | Name on File | Address on File |
| 12047016 | Name on File | Address on File |
| 12046802 | Name on File | Address on File |
| 12046865 | Name on File | Address on File |
| 12047160 | Name on File | Address on File |
| 12046691 | Name on File | Address on File |
| 12171243 | Name on File | Address on File |
| 12046466 | Name on File | Address on File |
| 12047087 | Name on File | Address on File |
| 12046820 | Name on File | Address on File |
| 12047388 | Name on File | Address on File |
| 12046778 | Name on File | Address on File |
| 12047203 | Name on File | Address on File |
| 12046976 | Name on File | Address on File |
| 12047121 | Name on File | Address on File |
| 12046957 | Name on File | Address on File |
| 12046855 | Name on File | Address on File |
| 12047204 | Name on File | Address on File |
| 12047499 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12047271 | Name on File | Address on File |
| 12047094 | Name on File | Address on File |
| 12046919 | Name on File | Address on File |
| 12047151 | Name on File | Address on File |
| 12047136 | Name on File | Address on File |
| 12046742 | Name on File | Address on File |
| 12046737 | Name on File | Address on File |
| 12046568 | Name on File | Address on File |
| 12046793 | Name on File | Address on File |
| 12047308 | Name on File | Address on File |
| 12046474 | Name on File | Address on File |
| 12047171 | Name on File | Address on File |
| 12046564 | Name on File | Address on File |
| 12046458 | Name on File | Address on File |
| 12046598 | Name on File | Address on File |
| 12047190 | Name on File | Address on File |
| 12046863 | Name on File | Address on File |
| 12047132 | Name on File | Address on File |
| 12046874 | Name on File | Address on File |
| 12047573 | Name on File | Address on File |
| 12047592 | Name on File | Address on File |
| 12047135 | Name on File | Address on File |
| 12047603 | Name on File | Address on File |
| 12046942 | Name on File | Address on File |
| 12047500 | Name on File | Address on File |
| 12046797 | Name on File | Address on File |
| 12047545 | Name on File | Address on File |
| 12046894 | Name on File | Address on File |
| 12047597 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12047352 | Name on File | Address on File |
| 12047620 | Name on File | Address on File |
| 12046513 | Name on File | Address on File |
| 12046770 | Name on File | Address on File |
| 12047316 | Name on File | Address on File |
| 12046761 | Name on File | Address on File |
| 12047667 | Name on File | Address on File |
| 12047007 | Name on File | Address on File |
| 12046790 | Name on File | Address on File |
| 12047659 | Name on File | Address on File |
| 12046765 | Name on File | Address on File |
| 12047263 | Name on File | Address on File |
| 12171249 | Name on File | Address on File |
| 12047384 | Name on File | Address on File |
| 12046890 | Name on File | Address on File |
| 12171218 | Name on File | Address on File |
| 12046538 | Name on File | Address on File |
| 12047279 | Name on File | Address on File |
| 12047282 | Name on File | Address on File |
| 12047291 | Name on File | Address on File |
| 12047294 | Name on File | Address on File |
| 12047278 | Name on File | Address on File |
| 12047306 | Name on File | Address on File |
| 12047172 | Name on File | Address on File |
| 12046415 | Name on File | Address on File |
| 12047181 | Name on File | Address on File |
| 12047424 | Name on File | Address on File |
| 12046860 | Name on File | Address on File |
| 12047326 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12047327 | Name on File | Address on File |
| 12047328 | Name on File | Address on File |
| 12047329 | Name on File | Address on File |
| 12047333 | Name on File | Address on File |
| 12047335 | Name on File | Address on File |
| 12047340 | Name on File | Address on File |
| 12047342 | Name on File | Address on File |
| 12046642 | Name on File | Address on File |
| 12171192 | Name on File | Address on File |
| 12046980 | Name on File | Address on File |
| 12047212 | Name on File | Address on File |
| 12046562 | Name on File | Address on File |
| 12047029 | Name on File | Address on File |
| 12046556 | Name on File | Address on File |
| 12047298 | Name on File | Address on File |
| 12046465 | Name on File | Address on File |
| 12047361 | Name on File | Address on File |
| 12046591 | Name on File | Address on File |
| 12046771 | Name on File | Address on File |
| 12047176 | Name on File | Address on File |
| 12046838 | Name on File | Address on File |
| 12047126 | Name on File | Address on File |
| 12047652 | Name on File | Address on File |
| 12047383 | Name on File | Address on File |
| 20831617 | Name on File | Address on File |
| 12047086 | Name on File | Address on File |
| 12171245 | Name on File | Address on File |
| 12047158 | Name on File | Address on File |
| 12046406 | Name on File | Address on File |

Exhibit E

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 12047391 | Name on File | Address on File |
| 12047392 | Name on File | Address on File |
| 12046904 | Name on File | Address on File |
| 12047590 | Name on File | Address on File |
| 12046558 | Name on File | Address on File |
| 12046724 | Name on File | Address on File |
| 12171253 | Name on File | Address on File |
| 12047397 | Name on File | Address on File |
| 12047415 | Name on File | Address on File |
| 12046670 | Name on File | Address on File |
| 12047416 | Name on File | Address on File |
| 12046988 | Name on File | Address on File |
| 12047561 | Name on File | Address on File |
| 12046619 | Name on File | Address on File |
| 12047594 | Name on File | Address on File |
| 12046421 | Name on File | Address on File |
| 12047425 | Name on File | Address on File |
| 12047428 | Name on File | Address on File |
| 12046725 | Name on File | Address on File |
| 12047595 | Name on File | Address on File |
| 12171194 | Name on File | Address on File |
| 12047488 | Name on File | Address on File |
| 12047035 | Name on File | Address on File |

In re: Genesis Global Holdco, LLC, *et al.*
Case No. 23-10063 (SHL)