**EXHIBIT A**

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

**Fee Summary for April 1, 2024 through April 30, 2024**

| **Timekeeper** | **Position** | **Department** | **Year Admitted to the NY Bar** | **Rate** | **Billed Hours** | **Billed Amount** |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,400.00 | 2.0 | $2,800.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $975.00 | 11.2 | $10,920.00 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $1000.00 | 3.1 | $3,100.00 |
| Mix, Michael | Partner | Digital Assets | 2012 | $975.00 | 0.6 | $585.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 5.0 | $3,250.00 |
| Roth, William I. | Associate | Digital Assets | 2017 | $770.00 | 6.6 | $5,082.00 |
| McGrath, Emma E. | Associate | Digital Assets | 2023 | $590.00 | 18.9 | $11,151.00 |

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $505.00 | 2.3 | $1,161.50 |
| Crawley, Brianna S. | Paralegal | Digital Assets | n/a | $250.00 | 0.3 | $75.00 |

**EXHIBIT B**

**Fee Summary by Project Category for April 1, 2024 through April 30, 2024**

| Matter/Description | Hours | Amount |
|---|---|---|
| B110  Case Administration | 6.6 | $4,761.50 |
| B140 Relief from Stay/Adequate Protection Proceedings | 0.6 | $600.00 |
| B160  Fee/Employment Applications | 3.2 | $2,150.00 |
| B190  Litigation | 39.4 | $16,260.00 |
| B320 Plan and Disclosure Statement | 0.2 | $50.00 |
| **Total** | 50.0 | **$38,124.50** |

# **EXHIBIT C**

## **Time Records for April 1, 2024 through April 30, 2024**


Morrison Cohen

030986             GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:        05/16/24
                                                                     INVOICE #:   2228851

         DIANA KIM                                    TAXPAYER IDENTIFICATION
         ANDREW SULLIVAN                              NUMBER 13-3205994
         GENESIS GLOBAL TRADING, INC.
         175 GREENWICH STREET, 38TH FLOOR
         NEW YORK, NY 10007

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

### FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| BANKRUPTCY MATTER | 030986-0001 | 9.80 | 6,911.50 |
| **GRAND TOTALS** | | **9.80** | **$    6,911.50** |

### FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 2.50 | 2,500.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 5.00 | 3,250.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 2.30 | 1,161.50 |
| **GRAND TOTALS** | | | **9.80** | **$    6,911.50** |



030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:      05/16/24
                                                                  INVOICE #:  2228851

---

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|------------:|------:|---------:|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 2.30 | 2,300.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 2.00 | 1,300.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 2.30 | 1,161.50 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **6.60** | **4,761.50** |

**FEE TASK CODE: B160 / Fee/Employment Applications**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|------------:|------:|---------:|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 0.20 | 200.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 3.00 | 1,950.00 |
| **TOTALS FOR TASK CODE: B160  Fee/Employment Applications** | | | **3.20** | **2,150.00** |
| **GRAND TOTALS** | | | **9.80** | **$   6,911.50** |

TOTAL BALANCE DUE FOR THIS PERIOD  - - - - - - - - - - - - - - - - - - - - - - - - - - - - $   6,911.50

 **Morrison Cohen**

030986-0001     GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO     DATE:     05/16/24
                BANKRUPTCY MATTER                             INVOICE #:  2228851

                DIANA KIM                                     TAXPAYER IDENTIFICATION
                ANDREW SULLIVAN                               NUMBER 13-3205994
                GENESIS GLOBAL TRADING, INC.
                175 GREENWICH STREET, 38TH FLOOR
                NEW YORK, NY 10007

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B110 Case Administration** | | | | |
| 04/04/24 | HDR | ANALYZE RETENTION ORDER AND RELATED MATTERS. | 0.20 | 200.00 |
| 04/05/24 | TMK | REVIEW DOCKET FOR RELEVANT FILINGS AND UPDATES | 0.20 | 101.00 |
| 04/09/24 | TMK | REVIEW DOCKET FOR OBJECTION TO FEE STATEMENT(.1); REGISTER FOR UPCOMING HEARING (.1). | 0.20 | 101.00 |
| 04/15/24 | SSI | EMAIL WITH DEBTORS' COUNSEL REGARDING CASE AND ORDER. | 0.20 | 130.00 |
| 04/16/24 | HDR | PREPARE FOR AND ATTEND HEARING. | 1.70 | 1,700.00 |
| 04/18/24 | SSI | EMAILS INTERNALLY TO GET STATUS OF LITIGATION MATTERS (.8); REVIEW AND ANALYSIS OF BANKRUPTCY DOCKET FOR UPDATES (.4). | 1.20 | 780.00 |
| 04/19/24 | HDR | E-MAILS TO/FROM C. RIBERIO REGARDING CASE MATTERS (.1); REVIEW OF FILES REGARDING SAME (.3). | 0.40 | 400.00 |
| 04/22/24 | TMK | EMAILS TO/FROM S. SICONOLFI REGARDING DOCUMENT PREP FOR FILING (.1); PROOF AND EDIT DOCUMENT AND FOLLOW -UP WITH  S. SICONOLFI (.4.). | 0.50 | 252.50 |
| 04/23/24 | TMK | EMAIL TO/FROM S. SICONOLFI REGARDING FILING (.1); PROOF AND PREPARE EXHIBITS (.3); FILE DOCUMENTS (.3); EMAIL TO/FROM SERVICE AGENT AND FOLLOW -UP WITH UP S. SICONOLFI(.2); PREPARE AND FILE CERTIFICATE OF SERVICE (.5). | 1.40 | 707.00 |
| 04/23/24 | SSI | EMAILS ON CASE TO INTERNAL  AND EXTERNAL PARTIES WITH STATUS. | 0.60 | 390.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **6.60** | **4,761.50** |
| **TASK CODE B160 Fee/Employment Applications** | | | | |
| 04/12/24 | HDR | E-MAILS TO/FROM C. RIBERIO AND OTHERS REGARDING FEE ORDER AND REVIEW OF SAME. | 0.20 | 200.00 |
| 04/22/24 | SSI | DRAFT, REVIEW, AND REVISE MARCH MONTHLY STATEMENT AND EXHIBITS THERETO. | 2.40 | 1,560.00 |

# Morrison Cohen

030986            GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO        DATE:        05/16/24
                                                                 INVOICE #:   2228851

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 04/23/24 | SSI | FINAL REVISIONS TO MONTHLY STATEMENT. | 0.60 | 390.00 |
| | | **TOTAL TASK CODE B160 Fee/Employment Applications** | **3.20** | **2,150.00** |
| | | **TOTAL FEES SERVICES** -------------------------------------------- **$** | | **6,911.50** |

# Morrison Cohen

030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:          05/16/24
                                                                   INVOICE #:   2228851

**TOTAL BALANCE DUE FOR THIS PERIOD**                                    $          6,911.50

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| HEATH D. ROSENBLAT | 2.50 | 1,000.00 | 2,500.00 |
| SALLY SICONOLFI | 5.00 | 650.00 | 3,250.00 |
| TUKISHA KNOX | 2.30 | 505.00 | 1,161.50 |
| **TOTAL FEES** | **9.80** | | **6,911.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                                    $          6,911.50



030986          GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO          DATE:      05/16/24
                                                                  INVOICE #:   2228851

---

**<u>WIRE INSTRUCTIONS</u>**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| <u>Special Instructions:</u> | Please reference Client Name and/or Client Number |



030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      05/16/24
                                                             INVOICE #:  2228506

                DIANA KIM                                     TAXPAYER IDENTIFICATION
                ANDREW SULLIVAN                               NUMBER 13-3205994
                GENESIS GLOBAL TRADING, INC.
                175 GREENWICH STREET, 38TH FLOOR
                NEW YORK, NY 10007

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

### FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | | $ AMOUNT |
|---|---|---|---|---|
| ███████████████ | 030983-0001 | 1.60 | | 1,564.50 |
| SPECIAL COUNSEL LITIGATION ██████ | 030983-0014 | 0.60 | | 585.00 |
| ██████████ | 030983-0017 | 38.00 | | 29,063.50 |
| **GRAND TOTALS** | | **40.20** | **$** | **31,213.00** |

### FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | | $ AMOUNT |
|---|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 2.00 | | 2,800.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 11.20 | | 10,920.00 |
| MIX, MICHAEL | PARTNER | 975.00 | 0.60 | | 585.00 |
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 0.60 | | 600.00 |
| MCGRATH, EMMA E. | ASSOCIATE | 590.00 | 18.90 | | 11,151.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 6.60 | | 5,082.00 |
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.30 | | 75.00 |
| **GRAND TOTALS** | | | **40.20** | **$** | **31,213.00** |


**Morrison Cohen**

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:       05/16/24
                                                             INVOICE #:  2228506

---

### FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B140 / Relief from Stay/Adequate Protection Proceedings**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 0.60 | 600.00 |
| **TOTALS FOR TASK CODE: B140  Relief from Stay/Adequate Protection Proceedings** | | | **0.60** | **600.00** |

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 2.00 | 2,800.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 11.20 | 10,920.00 |
| MIX, MICHAEL | PARTNER | 975.00 | 0.60 | 585.00 |
| MCGRATH, EMMA E. | ASSOCIATE | 590.00 | 18.90 | 11,151.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 6.60 | 5,082.00 |
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.10 | 25.00 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **39.40** | **30,563.00** |

**FEE TASK CODE: B320 / Plan and Disclosure Statement**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|------|-------|-------------|-------|----------|
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.20 | 50.00 |
| **TOTALS FOR TASK CODE: B320  Plan and Disclosure Statement** | | | **0.20** | **50.00** |
| **GRAND TOTALS** | | | **40.20** | **$    31,213.00** |

---

### SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|-------------|-----------------|------|----------|
| ■■■■ | 030983-0001 | DATABASE SEARCH | 46.82 |
| | 030983-0001 | ELECTRONIC DATA STORAGE | 16.00 |
| | 030983-0001 | MAIL | 33.71 |
| | 030983-0007 | ELECTRONIC DATA STORAGE | 2,492.92 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:        05/16/24
                                                             INVOICE #:   2228506

| | 030983-0017 ELECTRONIC DATA STORAGE | 16.00 |
|---|---|---|
| | **GRAND TOTALS** $ | **2,605.45** |

TOTAL BALANCE DUE FOR THIS PERIOD    - - - - - - - - - - - - - - - - - - - - - - - - - - - $    36,662.89



| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 05/16/24 |
|---|---|---|---|---|
| | ██████████████████ | | INVOICE #: | 2228506 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B190 Litigation** | | | | |
| 04/01/24 | JXG | EMAIL WITH S. O' NEAL REGARDING STATUS & STRATEGY (.1); EMAIL WITH G. TAPALAGA (REGULATOR) REGARDING REVIEW OF PRELIMINARY CONFERENCE (.2). | 0.30 | 420.00 |
| 04/15/24 | WIR | EMAILS REGARDING PRODUCTIONS. | 0.10 | 77.00 |
| 04/15/24 | DCI | ATTENTION TO RECEIPT OF REGULATOR DOCUMENT PRODUCTION. | 0.50 | 487.50 |
| 04/22/24 | DCI | ANALYZE REGULATOR'S DOCUMENT PRODUCTION. | 0.40 | 390.00 |
| 04/25/24 | JXG | EMAIL WITH D. ISAACS & ███████████ REGARDING ████████████ ISSUES. | 0.10 | 140.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **1.40** | **1,514.50** |
| **TASK CODE B320 Plan and Disclosure Statement** | | | | |
| 04/04/24 | BSC | REVIEWED AND DOCKETED DISCLOSURE STATEMENT. | 0.10 | 25.00 |
| 04/05/24 | BSC | REVIEWED AND DOCKETED DISCLOSURE STATEMENT. | 0.10 | 25.00 |
| | | **TOTAL TASK CODE B320 Plan and Disclosure Statement** | **0.20** | **50.00** |
| | | **TOTAL FEES SERVICES** ———————————————————— **$** | | **1,564.50** |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| | DATABASE SEARCH | 46.82 |
| | ELECTRONIC DATA STORAGE | 16.00 |
| | MAIL | 33.71 |
| | **TOTAL DISBURSEMENTS** ———————————————— **$** | **96.53** |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC          DATE:        05/16/24
                                                    INVOICE #:   2228506

**TOTAL BALANCE DUE FOR THIS PERIOD**                        $      1,661.03

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 0.40 | 1,400.00 | 560.00 |
| DANIEL C. ISAACS | 0.90 | 975.00 | 877.50 |
| WILLIAM ROTH | 0.10 | 770.00 | 77.00 |
| BRIANNA S. CRAWLEY | 0.20 | 250.00 | 50.00 |
| **TOTAL FEES** | **1.60** | | **1,564.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                        $      1,661.03



030983-0007        GENESIS GLOBAL HOLDCO, LLC                    DATE:        05/16/24
                   ██████████                                    INVOICE #:   2228506

                   DIANA KIM                                     TAXPAYER IDENTIFICATION
                   ANDREW SULLIVAN                               NUMBER 13-3205994
                   GENESIS GLOBAL TRADING, INC.
                   175 GREENWICH STREET, 38TH FLOOR
                   NEW YORK, NY 10007

---

| DISBURSEMENTS: | VALUE |
|---|---|
| ELECTRONIC DATA STORAGE | 2,492.92 |
| TOTAL DISBURSEMENTS | $ 4,985.84 |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      05/16/24
                                                             INVOICE #:  2228506

**TOTAL BALANCE DUE FOR THIS PERIOD**                 $      4,985.84

**TOTAL BALANCE DUE FOR THIS PERIOD**                 $      4,985.84



| 030983-0014 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 05/16/24 |
|---|---|---|---|
| | SPECIAL COUNSEL LITIGATION ████ | INVOICE #: | 2228506 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B190 Litigation** | | | | |
| 04/17/24 | MIM | EMAILS WITH ARBITRATION PROVIDER REGARDING CASE UPDATE (.20); EMAILS WITH CLIENT REGARDING WITHDRAWAL OF ARBITRATION AND POTENTIAL FUTURE STRATEGY (.40). | 0.60 | 585.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **0.60** | **585.00** |
| | | **TOTAL FEES SERVICES** | **$** | **585.00** |

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:          05/16/24
                                                             INVOICE #:   2228506

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $          585.00

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| MICHAEL MIX | 0.60 | 975.00 | 585.00 |
| **TOTAL FEES** | **0.60** | | **585.00** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $          585.00



| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 05/16/24 |
| | | INVOICE #: | 2228506 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B140 Relief from Stay/Adequate Protection Proceedings** | | | | |
| 04/15/24 | HDR | TELEPHONE CALL AND E-MAILS TO/FROM D. ISAACS REGARDING ▮▮▮ (.2); RESEARCH SAME (.4). | 0.60 | 600.00 |
| | | **TOTAL TASK CODE B140 Relief from Stay/Adequate Protection Proceedings** | **0.60** | **600.00** |
| **TASK CODE B190 Litigation** | | | | |
| 04/02/24 | DCI | REVIEW RULE 45 SUBPOENA. | 0.60 | 585.00 |
| 04/02/24 | JXG | REVIEW OF SUBPOENA (.2); EMAIL WITH S. O'NEAL REGARDING STATUS & STRATEGY FOR RULE 45 DISCOVERY (.2). | 0.40 | 560.00 |
| 04/03/24 | JXG | EMAIL WITH CLIENT & CLEARY REGARDING SUBPOENA. | 0.20 | 280.00 |
| 04/03/24 | WIR | ATTENTION TO DISCOVERY REQUESTS. | 0.30 | 231.00 |
| 04/03/24 | DCI | ANALYZE RULE 45 SUBPOENA. | 0.70 | 682.50 |
| 04/04/24 | DCI | REVIEW/ANALYZE RULE 45 SUBPOENA (1.4); CORR. WITH CLEARY REGARDING SAME (.3). | 1.70 | 1,657.50 |
| 04/04/24 | WIR | COMMON INTEREST CALL REGARDING DOCUMENT REQUESTS. | 0.50 | 385.00 |
| 04/05/24 | WIR | ATTENTION TO DOCUMENT REQUESTS. | 0.30 | 231.00 |
| 04/11/24 | WIR | ANALYZE SUBPOENA REQUESTS AND DRAFT RESPONSES. | 1.80 | 1,386.00 |
| 04/11/24 | JXG | EMAIL WITH D. LAVERNE REGARDING DRAFT PROTECTIVE ORDER. | 0.10 | 140.00 |
| 04/12/24 | DCI | DRAFT RESPONSES AND OBJECTIONS TO RULE 45 SUBPOENA. | 2.20 | 2,145.00 |
| 04/14/24 | DCI | ANALYZE RESPONSES AND OBJECTIONS TO RULE 45 SUBPOENA. | 0.80 | 780.00 |
| 04/15/24 | DCI | ANALYZE RESPONSE TO RULE 45 SUBPOENA (.3) AND CALL WITH H. ROSENBLAT REGARDING ▮▮▮ (.2). | 0.50 | 487.50 |
| 04/15/24 | WIR | DRAFT DISCOVERY RESPONSES. | 0.90 | 693.00 |
| 04/16/24 | WIR | ATTENTION TO DISCOVERY RESPONSES. | 1.40 | 1,078.00 |



030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      05/16/24
                                                             INVOICE #:  2228506

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 04/16/24 | JXG | EMAIL WITH D. ISAACS REGARDING GGC'S R&OS TO RULE 45 SUBPOENA. | 0.30 | 420.00 |
| 04/16/24 | DCI | REVIEW/ANALYZE RESPONSES AND OBJECTIONS TO RULE 45 SUBPOENA. | 1.70 | 1,657.50 |
| 04/17/24 | DCI | DRAFT/REVISE OBJECTIONS TO RULE 45 SUBPOENA. | 0.50 | 487.50 |
| 04/17/24 | JXG | EMAIL WITH D. ISAACS & A. SULLIVAN REGARDING R&OS TO SUBPOENAS. | 0.20 | 280.00 |
| 04/18/24 | JXG | EMAIL WITH A. SULLIVAN REGARDING SUBPOENA ISSUES. | 0.10 | 140.00 |
| 04/18/24 | DCI | CORR. WITH  CLIENT REGARDING R&OS TO RULE 45 SUBPOENA (.5); SERVE SAME (.2). | 0.70 | 682.50 |
| 04/18/24 | EEM | BEGINNING TO READ-IN AND REVIEWING PERTINENT FILINGS ON THE GENSIS DOCKET. | 0.40 | 236.00 |
| 04/22/24 | EEM | UPDATING SUBPOENA RESPONSE CHART TO TRACK FINAL RESPONSES TO REGULATOR. | 0.90 | 531.00 |
| 04/23/24 | DCI | ATTENTION TO RESPONSE TO RULE 45 SUBPOENA. | 0.50 | 487.50 |
| 04/23/24 | JXG | EMAIL WITH D. LAVERNE REGARDING PROTECTIVE ORDER. | 0.10 | 140.00 |
| 04/23/24 | EEM | MEETING WITH D ISAACS AND W ROTH TO DISCUSS DOCUMENT REVIEW FOR NEW SUBPOENA. | 0.50 | 295.00 |
| 04/23/24 | EEM | EMAILING CDS REGARDING CREATING SEARCHES IN RELATIVITY (.4); FOLLOWING UP REGARDING EDITS TO SAME SEARCHES (.1). | 0.50 | 295.00 |
| 04/23/24 | EEM | CONTINUING TO REVIEW CASE PROCEDURAL HISTORY (.4); RESEARCHING PERTINENT ASPECTS OF GENESIS AND GEMINI PLATFORMS PRIOR TO CALL WITH D ISAACS AND W ROTH (.6). | 1.00 | 590.00 |
| 04/23/24 | EEM | BEGINNING DOCUMENT REVIEW FOR SUPBOENA ███████████ (1.9); CHECKING ALL SAVED SEARCHES (.6). | 2.50 | 1,475.00 |
| 04/23/24 | WIR | MEETING WITH INTERNAL TEAM REGARDING DISCOVERY RESPONSES. | 0.60 | 462.00 |
| 04/24/24 | BSC | REVIEWED AND DOCKETED STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER. | 0.10 | 25.00 |
| 04/24/24 | DCI | ATTENTION TO RESPONSE TO RULE 45 SUBPOENA. | 0.40 | 390.00 |
| 04/24/24 | WIR | ATTENTION TO DISCOVERY AND PROTECTIVE ORDER. | 0.50 | 385.00 |
| 04/24/24 | EEM | CONTINUING DOC REVIEW FOR SUBPOENA ███████████████. | 1.20 | 708.00 |


**Morrison Cohen**

030983          GENESIS GLOBAL HOLDCO, LLC                    DATE:      05/16/24
                                                             INVOICE #:  2228506

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF APRIL 30, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 04/25/24 | EEM | CONTINUING DOC REVIEW FOR SUBPOENA | 2.70 | 1,593.00 |
| 04/26/24 | EEM | CONTINUING DOC REVIEW FOR SUBPOENA | 3.10 | 1,829.00 |
| 04/29/24 | JXG | EMAILS REGARDING MORO INDEMNIFICATION. | 0.20 | 280.00 |
| 04/29/24 | EEM | CONTINUING DOC REVIEW FOR SUBPOENA | 4.90 | 2,891.00 |
| 04/30/24 | EEM | DISCUSSION WITH W ROTH REGARDING QUESTIONS ABOUT ONGOING DOCUMENT REVIEW. | 0.10 | 59.00 |
| 04/30/24 | EEM | CONTINUING DOC REVIEW FOR SUBPOENA | 1.10 | 649.00 |
| 04/30/24 | WIR | CORRESPONDENCE REGARDING SUBPOENA RESPONSE AND RELATED DOCUMENT REVIEW. | 0.20 | 154.00 |
| **TOTAL TASK CODE B190 Litigation** | | | **37.40** | **28,463.50** |
| **TOTAL FEES SERVICES** | | | **$** | **29,063.50** |

DISBURSEMENTS:                                                              VALUE

          ELECTRONIC DATA STORAGE                                          16.00

     TOTAL DISBURSEMENTS  _____  $      367.52

# Morrison Cohen

030983          GENESIS GLOBAL HOLDCO, LLC                DATE:        05/16/24
                                                          INVOICE #:   2228506

---

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      29,431.02

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 1.60 | 1,400.00 | 2,240.00 |
| HEATH D. ROSENBLAT | 0.60 | 1,000.00 | 600.00 |
| DANIEL C. ISAACS | 10.30 | 975.00 | 10,042.50 |
| WILLIAM ROTH | 6.50 | 770.00 | 5,005.00 |
| EMMA E. MCGRATH | 18.90 | 590.00 | 11,151.00 |
| BRIANNA S. CRAWLEY | 0.10 | 250.00 | 25.00 |
| **TOTAL FEES** | **38.00** | | **29,063.50** |

**TOTAL BALANCE DUE FOR THIS PERIOD**                              $      29,431.02

 **Morrison Cohen**

030983              GENESIS GLOBAL HOLDCO, LLC                    DATE:       05/16/24
                                                                 INVOICE #:  2228506

---

### **WIRE INSTRUCTIONS**

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018<br><br>*(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## **EXHIBIT D**

### **Summary of Expenses for April 1, 2024 through April 30, 2024**

| Expense Category | Total Expenses |
|---|---:|
| Relativity Hosting Fee | $5,017.84 |
| Lexis / Database Search | $398.34 |
| Air Courier | $33.71 |
| **Grand Total Expenses** | **$5,449.89** |

## EXHIBIT E

### Summary of Expenses for April 1, 2024 through April 30, 2024

**Relativity Hosting Fee**

03/29/2024          Relativity Hosting March 2024 – 030983-0007 - $2366.52

03/29/2024          Relativity Hosting March 2024 – 030983-0007 - $126.40

04/30/2024          Relativity Hosting April 2024 – 030983-0001 - $16.00

04/30/2024          Relativity Hosting April 2024 – 030983-0017 - $16.00

04/30/2024          Relativity Hosting April 2024 – 030983-0007 - $2366.52

04/30/2024          Relativity Hosting April 2024 – 030983-0007 - $126.40

**Air Courier**

04/22/2024          Federal Express – 030983-0001 - $33.71

**Database Search**

03/31/2024          Elaw LLC – 030983-0001 - $46.82

04/18/2024          Lexis Nexis – 030983-0001 - $351.52