CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**SECOND ORDER ALLOWING CERTAIN**
**CLAIMS PURSUANT TO 11 U.S.C. § 502**

Upon the *Notice of Presentment of the Debtors' Second Proposed Order Allowing Certain Claims Pursuant To 11 U.S.C. § 502*[2] (the "Notice of Presentment") of Genesis Global Holdco, LLC and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order (this "Order") allowing the Claims listed on Exhibit 1 attached hereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2]     All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Notice of Presentment.

Southern District of New York, dated January 31, 2012; and the Court having found that this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Court may enter a final order

consistent with Article III of the United States Constitution; and the Court having found that venue

of this proceeding and the Notice of Presentment in this district is proper pursuant to 28 U.S.C. §§

1408 and 1409; and the Court having found that the relief requested in the Notice of Presentment

is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and

the Court having found that the Debtors' notice of the Notice of Presentment and opportunity for

a hearing on the Notice of Presentment was appropriate and no other notice need be provided; and

the Court having reviewed the Notice of Presentment and the relief requested therein; and the

Court having determined that the legal and factual bases set forth in the Notice of Presentment

establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      In respect of and in full and final satisfaction of the relevant Claims on Exhibit 1,

each of the Claims identified on Exhibit 1 is hereby allowed (i) in the amount and claim class

identified on Exhibit 1, and (ii) against the Debtor reflected in the "Debtor" column corresponding

to such Claim on Exhibit 1.

2.      Any appeal and/or stay of this Order pending appeal by any claimants whose

Claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability and/or finality of this Order.

3.      For the avoidance of doubt, nothing in this Order shall govern, limit, alter or

determine, for purposes of distributions, allocation of distributable value, or methods of

distribution pursuant to a chapter 11 plan, the treatment, valuation, and/or denomination of any

claims (including claims allowed pursuant to this Order).  For the avoidance of doubt, all claims,

whether allowed by this Order or otherwise, will be subject to, and treated in accordance with, the

terms of a confirmed chapter 11 plan (including any distribution methodology and mechanics contained therein).

4.       Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, and (ii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5.       The Debtors' claims agent, Kroll Restructuring Administration LLC, and the Clerk of this Court are authorized to take any and all actions necessary and appropriate to give effect to this Order.

6.       This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Notice of Presentment or the implementation, interpretation or enforcement of this Order.

Dated: May 24, 2024
White Plains, New York

_/s/ Sean H. Lane_
United States Bankruptcy Judge

## **Exhibit 1**

**Allowed Claims**

## Exhibit 1

**Allowed Claims**

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 1 | NAME REDACTED | 23-10065 | GAP_3.02 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 8,100 |
| 2 | NAME REDACTED | 23-10065 | GAP_3.06 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 286.49 |
| 3 | NAME REDACTED | 23-10065 | GAP_3.08 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 16,200 |
| 4 | NAME REDACTED | 23-10065 | GAP_3.1.0001 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 49.0731975043397 |
| 5 | NAME REDACTED | 23-10065 | GAP_3.1.0002 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 82.191780090332 |
| 6 | NAME REDACTED | 23-10065 | GAP_3.1.0004 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 76.7898230713263 |
| 7 | NAME REDACTED | 23-10065 | GAP_3.1.0006 | Genesis Asia Pacific Pte. Ltd. (Singapore) | BTC 0.0049592899158597 |
| 8 | NAME REDACTED | 23-10065 | GAP_3.1.0007 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 98.3704790306066 |
| 9 | NAME REDACTED | 23-10065 | GAP_3.1.0011 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USD 0.0003 |
| 10 | NAME REDACTED | 23-10065 | GAP_3.1.0012 | Genesis Asia Pacific Pte. Ltd. (Singapore) | BTC 0.00298356781824216 |
| 11 | NAME REDACTED | 23-10065 | GAP_3.1.0013 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 82.0127475703744 |
| 12 | NAME REDACTED | 23-10065 | GAP_3.1.0015 | Genesis Asia Pacific Pte. Ltd. (Singapore) | BNB 30.6849308013916 |
| 13 | NAME REDACTED | 23-10064 | GGC_3.1.0001 | Genesis Global Capital, LLC | BTC 0.0293522402644157 |
| 14 | NAME REDACTED | 23-10064 | GGC_3.1.0003 | Genesis Global Capital, LLC | SOL 2.6008870601654 |
| 15 | NAME REDACTED | 23-10064 | GGC_3.1.0004 | Genesis Global Capital, LLC | USDC 9,467.9319969045 |
| 16 | NAME REDACTED | 23-10064 | GGC_3.1.0006 | Genesis Global Capital, LLC | BTC 0.0011511257350826 |
| 17 | NAME REDACTED | 23-10064 | GGC_3.1.0009 | Genesis Global Capital, LLC | BTC 0.118876284075507 |
| 18 | NAME REDACTED | 23-10064 | GGC_3.1.0012 | Genesis Global Capital, LLC | BTC 0.000178949192045019 |
| 19 | NAME REDACTED | 23-10064 | GGC_3.1.0013 | Genesis Global Capital, LLC | SOL 22.7892894744873 |
| 20 | NAME REDACTED | 23-10064 | GGC_3.1.0016 | Genesis Global Capital, LLC | USDC 43,891.5828087081 |
| 21 | NAME REDACTED | 23-10064 | GGC_3.1.0017 | Genesis Global Capital, LLC | BTC 0.072609965342407 |
| 22 | NAME REDACTED | 23-10064 | GGC_3.1.0018 | Genesis Global Capital, LLC | USDC 2,273.28700047618 |
| 23 | NAME REDACTED | 23-10064 | GGC_3.1.0019 | Genesis Global Capital, LLC | USD 9,041.099609375 |
| 24 | NAME REDACTED | 23-10064 | GGC_3.1.0026 | Genesis Global Capital, LLC | BTC 102.0290103329739 |
| 25 | NAME REDACTED | 23-10064 | GGC_3.1.0029 | Genesis Global Capital, LLC | USDC 19.3431306709331 |
| 26 | NAME REDACTED | 23-10064 | GGC_3.1.0036 | Genesis Global Capital, LLC | BTC 820.867434366104 |
| 27 | NAME REDACTED | 23-10064 | GGC_3.1.0039 | Genesis Global Capital, LLC | USDC 102.249750218336 |
| 28 | NAME REDACTED | 23-10064 | GGC_3.1.0041 | Genesis Global Capital, LLC | BTC 45.2314614092463 |
| 29 | NAME REDACTED | 23-10064 | GGC_3.1.0043 | Genesis Global Capital, LLC | BTC 2.08469854412449 |
| 30 | NAME REDACTED | 23-10064 | GGC_3.1.0045 | Genesis Global Capital, LLC | USDC 4,394.26791996865 |
| 31 | NAME REDACTED | 23-10064 | GGC_3.1.0052 | Genesis Global Capital, LLC | BTC 202.266369977816<br>USD 39,799.849609375 |
| 32 | NAME REDACTED | 23-10064 | GGC_3.1.0053 | Genesis Global Capital, LLC | BTC 0.0017208817637470 6 |
| 33 | NAME REDACTED | 23-10064 | GGC_3.1.0054 | Genesis Global Capital, LLC | BTC 28.5367992743707<br>ETH 303.706407860858<br>ETHW 301.584300109626<br>SOL 1.31758713722229 |
| 34 | NAME REDACTED | 23-10064 | GGC_3.1.0057 | Genesis Global Capital, LLC | SOL 34.654052734375<br>USD 2,933.1298828125<br>USDC 3,235.9130859375 |
| 35 | NAME REDACTED | 23-10064 | GGC_3.1.0058 | Genesis Global Capital, LLC | BSV 0.1561643779278 |
| 36 | NAME REDACTED | 23-10064 | GGC_3.1.0062 | Genesis Global Capital, LLC | BTC 1.64684821548231 |
| 37 | NAME REDACTED | 23-10064 | GGC_3.1.0076 | Genesis Global Capital, LLC | USD 2,243.1201171875 |
| 38 | NAME REDACTED | 23-10064 | GGC_3.1.0079 | Genesis Global Capital, LLC | LTC 5,596.68492790118 |
| 39 | NAME REDACTED | 23-10064 | GGC_3.1.0088 | Genesis Global Capital, LLC | USDC 102.249750218336 |
| 40 | NAME REDACTED | 23-10064 | GGC_3.1.0091 | Genesis Global Capital, LLC | BTC 0.0019503199780000 9 |
| 41 | NAME REDACTED | 23-10064 | GGC_3.1.0094 | Genesis Global Capital, LLC | BTC 0.00120256002992392 |
| 42 | NAME REDACTED | 23-10064 | GGC_3.1.0095 | Genesis Global Capital, LLC | USD 515,783.14605393 |
| 43 | NAME REDACTED | 23-10064 | GGC_3.1.0105 | Genesis Global Capital, LLC | USDC 14.5774304870993 |
| 44 | NAME REDACTED | 23-10064 | GGC_3.1.0106 | Genesis Global Capital, LLC | FIL 6,109.39514405162 |
| 45 | NAME REDACTED | 23-10064 | GGC_3.1.0107 | Genesis Global Capital, LLC | USDC 40.9289309169965 |
| 46 | NAME REDACTED | 23-10064 | GGC_3.1.0109 | Genesis Global Capital, LLC | USDC 811.829343460797 |
| 47 | NAME REDACTED | 23-10064 | GGC_3.1.0110 | Genesis Global Capital, LLC | USD 1,294,459.37320056 |
| 48 | NAME REDACTED | 23-10064 | GGC_3.1.0112 | Genesis Global Capital, LLC | BTC 0.000617992494285387 |
| 49 | NAME REDACTED | 23-10064 | GGC_3.1.0114 | Genesis Global Capital, LLC | USDC 112.134056628582 |
| 50 | NAME REDACTED | 23-10064 | GGC_3.1.0122 | Genesis Global Capital, LLC | BTC 0.0015444198861662 |
| 51 | NAME REDACTED | 23-10064 | GGC_3.1.0134 | Genesis Global Capital, LLC | USD 386.049987792969 |
| 52 | NAME REDACTED | 23-10064 | GGC_3.1.0137 | Genesis Global Capital, LLC | BTC 0.00179049312190763 |
| 53 | NAME REDACTED | 23-10064 | GGC_3.1.0138 | Genesis Global Capital, LLC | USD 1.59102494521592<br>USDC 39.313433958411 |
| 54 | NAME REDACTED | 23-10064 | GGC_3.1.0140 | Genesis Global Capital, LLC | BTC 210.247397260274<br>USD 35,327.009765625 |
| 55 | NAME REDACTED | 23-10064 | GGC_3.1.0141 | Genesis Global Capital, LLC | SNX 0.000000002<br>USD 7,706.08984375 |
| 56 | NAME REDACTED | 23-10064 | GGC_3.1.0148 | Genesis Global Capital, LLC | BTC 0.0115735688009297 |
| 57 | NAME REDACTED | 23-10064 | GGC_3.1.0150 | Genesis Global Capital, LLC | BTC 50.0599052876712<br>USD 8,182.169921875 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 58 | NAME REDACTED | 23-10064 | GGC_3.1.0151 | Genesis Global Capital, LLC | BTC 10.6863200595049<br>USD 1,849.40002441406 |
| 59 | NAME REDACTED | 23-10064 | GGC_3.1.0156 | Genesis Global Capital, LLC | BTC 0.00051183835969602 |
| 60 | NAME REDACTED | 23-10064 | GGC_3.1.0165 | Genesis Global Capital, LLC | BTC 2.46586834015917<br>ETH 33.3798920954829<br>SOL 744.124544472451 |
| 61 | NAME REDACTED | 23-10064 | GGC_3.1.0167 | Genesis Global Capital, LLC | BTC 0.00488894013687968<br>ETH 0.0456110388040543 |
| 62 | NAME REDACTED | 23-10064 | GGC_3.1.0176 | Genesis Global Capital, LLC | ETC 660.85685342109<br>FIL 2,675.43989911973<br>GRT 183,708.574316369<br>LINK 13,085.2868756801<br>USD 878.419982910156 |
| 63 | NAME REDACTED | 23-10064 | GGC_3.1.0183 | Genesis Global Capital, LLC | USD 2,520.5500488281 |
| 64 | NAME REDACTED | 23-10064 | GGC_3.1.0185 | Genesis Global Capital, LLC | BTC 0.0166384824971105 |
| 65 | NAME REDACTED | 23-10064 | GGC_3.1.0189 | Genesis Global Capital, LLC | USD 70,333.7047413911 |
| 66 | NAME REDACTED | 23-10064 | GGC_3.1.0190 | Genesis Global Capital, LLC | BTC 0.0161423403769731 |
| 67 | NAME REDACTED | 23-10064 | GGC_3.1.0191 | Genesis Global Capital, LLC | BTC 0.000000004 |
| 68 | NAME REDACTED | 23-10064 | GGC_3.1.0194 | Genesis Global Capital, LLC | USD 219,590.661555623 |
| 69 | NAME REDACTED | 23-10064 | GGC_3.1.0197 | Genesis Global Capital, LLC | USD 1,439,259.93484086 |
| 70 | NAME REDACTED | 23-10064 | GGC_3.1.0199 | Genesis Global Capital, LLC | USDC 4,242,440.96733002 |
| 71 | NAME REDACTED | 23-10064 | GGC_3.1.0205 | Genesis Global Capital, LLC | USDC 4,104,659.45848528 |
| 72 | NAME REDACTED | 23-10064 | GGC_3.1.0206 | Genesis Global Capital, LLC | USD 863.010009765625 |
| 73 | NAME REDACTED | 23-10064 | GGC_3.1.0207 | Genesis Global Capital, LLC | USDC 111.920570373535 |
| 74 | NAME REDACTED | 23-10064 | GGC_3.1.0209 | Genesis Global Capital, LLC | DOGE 786.613220214843<br>ETH 0.0673325881361961<br>LINK 3.96684789657593<br>ZEC 0.17742192745287 |
| 75 | NAME REDACTED | 23-10064 | GGC_3.1.0211 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 76 | NAME REDACTED | 23-10064 | GGC_3.1.0212 | Genesis Global Capital, LLC | BTC 0.39208000411976 |
| 77 | NAME REDACTED | 23-10064 | GGC_3.1.0214 | Genesis Global Capital, LLC | BTC 0.545348500625228 |
| 78 | NAME REDACTED | 23-10064 | GGC_3.1.0216 | Genesis Global Capital, LLC | SOL 65,736.2859085194 |
| 79 | NAME REDACTED | 23-10064 | GGC_3.1.0217 | Genesis Global Capital, LLC | BTC 0.00155633938311538 |
| 80 | NAME REDACTED | 23-10064 | GGC_3.1.0226 | Genesis Global Capital, LLC | USD 1,282.98999023437 |
| 81 | NAME REDACTED | 23-10064 | GGC_3.1.0227 | Genesis Global Capital, LLC | ADA 215.728037794925<br>BNB 0.496420980596915<br>BTC 0.0508853112459449<br>DOT 0.435661301098815<br>LINK 23.2237269204139<br>LTC 0.632093056593004<br>UNI 8.94726379080094 |
| 82 | NAME REDACTED | 23-10064 | GGC_3.1.0235 | Genesis Global Capital, LLC | BTC 0.504299349345573 |
| 83 | NAME REDACTED | 23-10064 | GGC_3.1.0245 | Genesis Global Capital, LLC | BTC 0.551568805921859 |
| 84 | NAME REDACTED | 23-10064 | GGC_3.1.0246 | Genesis Global Capital, LLC | BTC 0.551568805921859 |
| 85 | NAME REDACTED | 23-10064 | GGC_3.1.0249 | Genesis Global Capital, LLC | USD 0.003 |
| 86 | NAME REDACTED | 23-10064 | GGC_3.1.0250 | Genesis Global Capital, LLC | USD 0.003 |
| 87 | NAME REDACTED | 23-10064 | GGC_3.1.0254 | Genesis Global Capital, LLC | USD 3,995.44995117187 |
| 88 | NAME REDACTED | 23-10064 | GGC_3.1.0256 | Genesis Global Capital, LLC | USDC 2,231,170.52113282 |
| 89 | NAME REDACTED | 23-10064 | GGC_3.1.0257 | Genesis Global Capital, LLC | USD 1,022.90002441406 |
| 90 | NAME REDACTED | 23-10064 | GGC_3.1.0259 | Genesis Global Capital, LLC | USDC 16.8201120977681 |
| 91 | NAME REDACTED | 23-10064 | GGC_3.1.0264 | Genesis Global Capital, LLC | USDC 1,319.222684316 |
| 92 | NAME REDACTED | 23-10064 | GGC_3.1.0265 | Genesis Global Capital, LLC | BTC 0.772448393452451 |
| 93 | NAME REDACTED | 23-10064 | GGC_3.1.0267 | Genesis Global Capital, LLC | ETHW 451.14543487097 |
| 94 | NAME REDACTED | 23-10064 | GGC_3.1.0268 | Genesis Global Capital, LLC | SOL 6,738.11034887195 |
| 95 | NAME REDACTED | 23-10064 | GGC_3.1.0270 | Genesis Global Capital, LLC | BTC 0.218766119682865 |
| 96 | NAME REDACTED | 23-10064 | GGC_3.1.0277 | Genesis Global Capital, LLC | BTC 0.553465448319911<br>ETH 18.0627261102199<br>LINK 1,006,889.56405549<br>USD 85,438.1208984777<br>USDC 675.989013671875 |
| 97 | NAME REDACTED | 23-10064 | GGC_3.1.0279 | Genesis Global Capital, LLC | BTC 0.291985145444116 |
| 98 | NAME REDACTED | 23-10064 | GGC_3.1.0282 | Genesis Global Capital, LLC | BTC 213.932257260939<br>USD 198,561.686721509 |
| 99 | NAME REDACTED | 23-10064 | GGC_3.1.0287 | Genesis Global Capital, LLC | BTC 0.29651415348053 |
| 100 | NAME REDACTED | 23-10064 | GGC_3.1.0289 | Genesis Global Capital, LLC | BTC 0.2062501995063585 |
| 101 | NAME REDACTED | 23-10064 | GGC_3.1.0290 | Genesis Global Capital, LLC | ETHW 156.203655362781 |
| 102 | NAME REDACTED | 23-10064 | GGC_3.1.0291 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 103 | NAME REDACTED | 23-10064 | GGC_3.1.0298 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 104 | NAME REDACTED | 23-10064 | GGC_3.1.0299 | Genesis Global Capital, LLC | USD 1,703,744.76424653 |
| 105 | NAME REDACTED | 23-10064 | GGC_3.1.0300 | Genesis Global Capital, LLC | USDC 102.19227611419 |
| 106 | NAME REDACTED | 23-10064 | GGC_3.1.0301 | Genesis Global Capital, LLC | BTC 0.0220221313795525 |
| 107 | NAME REDACTED | 23-10064 | GGC_3.1.0302 | Genesis Global Capital, LLC | USD 6,219.80011584421 |
| 108 | NAME REDACTED | 23-10064 | GGC_3.1.0304 | Genesis Global Capital, LLC | BTC 2.00323287671233<br>ETH 50.058904109589<br>ETHW 50.058904109589<br>LTC 500.808219178082<br>USD 21,445.69709407<br>USDC 10,616.8644967848 |
| 109 | NAME REDACTED | 23-10064 | GGC_3.1.0307 | Genesis Global Capital, LLC | BTC 609.684910423189<br>USD 111,375.2109375 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 110 | NAME REDACTED | 23-10064 | GGC_3.1.0310 | Genesis Global Capital, LLC | USD 1,317,206.41041042 |
| 111 | NAME REDACTED | 23-10064 | GGC_3.1.0312 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 112 | NAME REDACTED | 23-10064 | GGC_3.1.0316 | Genesis Global Capital, LLC | USD 12.4499998092651 |
| 113 | NAME REDACTED | 23-10064 | GGC_3.1.0319 | Genesis Global Capital, LLC | USDC 238.284864929839 |
| 114 | NAME REDACTED | 23-10064 | GGC_3.1.0320 | Genesis Global Capital, LLC | USDC 228.648245593025 |
| 115 | NAME REDACTED | 23-10064 | GGC_3.1.0322 | Genesis Global Capital, LLC | USDC 7.81841222167035 |
| 116 | NAME REDACTED | 23-10064 | GGC_3.1.0325 | Genesis Global Capital, LLC | SOL 1,977.10883722079 |
| 117 | NAME REDACTED | 23-10064 | GGC_3.1.0328 | Genesis Global Capital, LLC | BTC 0.00045128759225773 |
| 118 | NAME REDACTED | 23-10064 | GGC_3.1.0329 | Genesis Global Capital, LLC | BTC 0.0414957519200432 |
| 119 | NAME REDACTED | 23-10064 | GGC_3.1.0335 | Genesis Global Capital, LLC | BTC 0.00393956549770592 |
| 120 | NAME REDACTED | 23-10064 | GGC_3.1.0339 | Genesis Global Capital, LLC | BTC 0.000729940016753972<br>ETH 0.00970405992120504<br>SOL 0.19162717461586 |
| 121 | NAME REDACTED | 23-10064 | GGC_3.1.0343 | Genesis Global Capital, LLC | USDC 799.688946058654 |
| 122 | NAME REDACTED | 23-10064 | GGC_3.1.0346 | Genesis Global Capital, LLC | BTC 18.6485484288054 |
| 123 | NAME REDACTED | 23-10064 | GGC_3.1.0349 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 124 | NAME REDACTED | 23-10064 | GGC_3.1.0351 | Genesis Global Capital, LLC | SOL 2,302.7095890411<br>USD 3,196.79495162481 |
| 125 | NAME REDACTED | 23-10064 | GGC_3.1.0352 | Genesis Global Capital, LLC | BTC 0.00499769020825624<br>USD 8,027.64789503676 |
| 126 | NAME REDACTED | 23-10064 | GGC_3.1.0353 | Genesis Global Capital, LLC | BTC 7.97695236513418 |
| 127 | NAME REDACTED | 23-10064 | GGC_3.1.0355 | Genesis Global Capital, LLC | USDC 9.58387244362031 |
| 128 | NAME REDACTED | 23-10064 | GGC_3.1.0356 | Genesis Global Capital, LLC | BTC 79.6023906754647 |
| 129 | NAME REDACTED | 23-10064 | GGC_3.1.0361 | Genesis Global Capital, LLC | BTC 3.27021906135028 |
| 130 | NAME REDACTED | 23-10064 | GGC_3.1.0363 | Genesis Global Capital, LLC | GRT 9,082,712.92859201<br>USD 3,439,183.30268471 |
| 131 | NAME REDACTED | 23-10064 | GGC_3.1.0369 | Genesis Global Capital, LLC | USDC 2,212.78848116512 |
| 132 | NAME REDACTED | 23-10064 | GGC_3.1.0374 | Genesis Global Capital, LLC | USDC 92.307727887988 |
| 133 | NAME REDACTED | 23-10064 | GGC_3.1.0375 | Genesis Global Capital, LLC | BTC 0.309994250535965<br>ETH 8.76014804840087<br>SNX 151.58935546875 |
| 134 | NAME REDACTED | 23-10064 | GGC_3.1.0377 | Genesis Global Capital, LLC | BTC 0.271158916698779 |
| 135 | NAME REDACTED | 23-10064 | GGC_3.1.0378 | Genesis Global Capital, LLC | BTC 0.206473365426064<br>ETH 0.863013684749603 |
| 136 | NAME REDACTED | 23-10064 | GGC_3.1.0381 | Genesis Global Capital, LLC | USD 26.3299999237061 |
| 137 | NAME REDACTED | 23-10064 | GGC_3.1.0383 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 138 | NAME REDACTED | 23-10064 | GGC_3.1.0386 | Genesis Global Capital, LLC | BTC 0.000959371569521041 |
| 139 | NAME REDACTED | 23-10064 | GGC_3.1.0387 | Genesis Global Capital, LLC | USDC 15.1381023826829 |
| 140 | NAME REDACTED | 23-10064 | GGC_3.1.0389 | Genesis Global Capital, LLC | BTC 62.6246837525334<br>ETH 9,602.06375519483<br>MATIC 1,311,522.19029652<br>SRM 243.925772249812<br>USD 8,115,412.1219932<br>USDC 434,939.299329686 |
| 141 | NAME REDACTED | 23-10064 | GGC_3.1.0399 | Genesis Global Capital, LLC | USDC 67.5294412893063 |
| 142 | NAME REDACTED | 23-10064 | GGC_3.1.0404 | Genesis Global Capital, LLC | SOL 9,114.39876840282 |
| 143 | NAME REDACTED | 23-10064 | GGC_3.1.0405 | Genesis Global Capital, LLC | USDC 102.602659255148 |
| 144 | NAME REDACTED | 23-10064 | GGC_3.1.0407 | Genesis Global Capital, LLC | SOL 0.00000096 |
| 145 | NAME REDACTED | 23-10064 | GGC_3.1.0410 | Genesis Global Capital, LLC | BTC 0.293530689408287 |
| 146 | NAME REDACTED | 23-10064 | GGC_3.1.0411 | Genesis Global Capital, LLC | USDC 48,234.7546048811 |
| 147 | NAME REDACTED | 23-10064 | GGC_3.1.0413 | Genesis Global Capital, LLC | ADA 108,467.61035643<br>BTC 10.6268233344105<br>ETH 62.4829770497513<br>SOL 4,753.96375937293<br>SUSHI 10,180.9519726049<br>UNI 7,126.66638041627<br>USD 41,873.5149419254 |
| 148 | NAME REDACTED | 23-10064 | GGC_3.1.0414 | Genesis Global Capital, LLC | BTC 100.638813284144<br>USDC 2,079,443.08417802 |
| 149 | NAME REDACTED | 23-10064 | GGC_3.1.0419 | Genesis Global Capital, LLC | BTC 31.1681271216892<br>ETH 851.315325816297<br>GRT 258,856.999147896<br>LINK 12,437.3277873863<br>MANA 86,099.6970196906<br>SOL 2,575.85967356243<br>USD 568,694.945437528 |
| 150 | NAME REDACTED | 23-10064 | GGC_3.1.0430 | Genesis Global Capital, LLC | BTC 0.00117236055727176 |
| 151 | NAME REDACTED | 23-10064 | GGC_3.1.0433 | Genesis Global Capital, LLC | BTC 1.80686465603495<br>ETH 15.6202292592334<br>ETHW 15.6162986365869<br>USDC 14,942.3362068684 |
| 152 | NAME REDACTED | 23-10064 | GGC_3.1.0437 | Genesis Global Capital, LLC | BTC 0.181545326974924 |
| 153 | NAME REDACTED | 23-10064 | GGC_3.1.0440 | Genesis Global Capital, LLC | BTC 50.7113525672573<br>ETH 383.997502135059 |
| 154 | NAME REDACTED | 23-10064 | GGC_3.1.0445 | Genesis Global Capital, LLC | USDC 64,720.4965346356 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 155 | NAME REDACTED | 23-10064 | GGC_3.1.0446 | Genesis Global Capital, LLC | USD 936.149031054272<br>USDC 125.876304122816<br>USDT 369.94575125939 |
| 156 | NAME REDACTED | 23-10064 | GGC_3.1.0448 | Genesis Global Capital, LLC | BTC 200.233113493151<br>USD 34,652.759765625 |
| 157 | NAME REDACTED | 23-10064 | GGC_3.1.0453 | Genesis Global Capital, LLC | SOL 41,056.103300021 |
| 158 | NAME REDACTED | 23-10064 | GGC_3.1.0455 | Genesis Global Capital, LLC | USDC 9,759.36242876965 |
| 159 | NAME REDACTED | 23-10064 | GGC_3.1.0456 | Genesis Global Capital, LLC | USDC 2,058,718.59212966 |
| 160 | NAME REDACTED | 23-10064 | GGC_3.1.0457 | Genesis Global Capital, LLC | USDC 46.1538629577075 |
| 161 | NAME REDACTED | 23-10064 | GGC_3.1.0458 | Genesis Global Capital, LLC | USDC 871.477013158017 |
| 162 | NAME REDACTED | 23-10064 | GGC_3.1.0460 | Genesis Global Capital, LLC | USD 94,256.15625 |
| 163 | NAME REDACTED | 23-10064 | GGC_3.1.0463 | Genesis Global Capital, LLC | BTC 0.000735519870443254 |
| 164 | NAME REDACTED | 23-10064 | GGC_3.1.0466 | Genesis Global Capital, LLC | USDC 9,545.10546875<br>USDT 1,019,575.34293397 |
| 165 | NAME REDACTED | 23-10064 | GGC_3.1.0472 | Genesis Global Capital, LLC | HNT 348,352.97997 |
| 166 | NAME REDACTED | 23-10064 | GGC_3.1.0474 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 167 | NAME REDACTED | 23-10064 | GGC_3.1.0477 | Genesis Global Capital, LLC | BTC 0.358416212080633 |
| 168 | NAME REDACTED | 23-10064 | GGC_3.1.0478 | Genesis Global Capital, LLC | USDC 102.602659255148 |
| 169 | NAME REDACTED | 23-10064 | GGC_3.1.0479 | Genesis Global Capital, LLC | USDC 4,147,174.78421734 |
| 170 | NAME REDACTED | 23-10064 | GGC_3.1.0480 | Genesis Global Capital, LLC | BTC 0.000533123229073237 |
| 171 | NAME REDACTED | 23-10064 | GGC_3.1.0481 | Genesis Global Capital, LLC | BTC 0.903910287510824 |
| 172 | NAME REDACTED | 23-10064 | GGC_3.1.0488 | Genesis Global Capital, LLC | BTC 0.501628186906583 |
| 173 | NAME REDACTED | 23-10064 | GGC_3.1.0491 | Genesis Global Capital, LLC | BTC 87.5421101437213 |
| 174 | NAME REDACTED | 23-10064 | GGC_3.1.0495 | Genesis Global Capital, LLC | USDC 321.183384325926 |
| 175 | NAME REDACTED | 23-10064 | GGC_3.1.0497 | Genesis Global Capital, LLC | BTC 41.4252448176904<br>DOGE 2,716,296.30819506<br>USD 9,433.77976989746 |
| 176 | NAME REDACTED | 23-10064 | GGC_3.1.0499 | Genesis Global Capital, LLC | BTC 0.013375225895034 |
| 177 | NAME REDACTED | 23-10064 | GGC_3.1.0500 | Genesis Global Capital, LLC | USD 316.359985351562 |
| 178 | NAME REDACTED | 23-10064 | GGC_3.1.0503 | Genesis Global Capital, LLC | BTC 0.177885472774506 |
| 179 | NAME REDACTED | 23-10064 | GGC_3.1.0507 | Genesis Global Capital, LLC | BTC 43.2357349353688<br>ETHW 804.360208470575 |
| 180 | NAME REDACTED | 23-10064 | GGC_3.1.0509 | Genesis Global Capital, LLC | BCH 6,484.69041229144<br>BTC 1,252.71043861117<br>GUSD 2,229,646.83393086<br>USD 11,418,192.8451413 |
| 181 | NAME REDACTED | 23-10064 | GGC_3.1.0511 | Genesis Global Capital, LLC | COMP 137,038.561643836<br>USD 205,109.820265411 |
| 182 | NAME REDACTED | 23-10064 | GGC_3.1.0512 | Genesis Global Capital, LLC | USD 5,119.830078125 |
| 183 | NAME REDACTED | 23-10064 | GGC_3.1.0521 | Genesis Global Capital, LLC | BTC 25.0294520547945<br>USD 4,812.95007324218 |
| 184 | NAME REDACTED | 23-10064 | GGC_3.1.0524 | Genesis Global Capital, LLC | USDC 40.9289309169965 |
| 185 | NAME REDACTED | 23-10064 | GGC_3.1.0529 | Genesis Global Capital, LLC | BTC 16.0457337076768<br>ETH 334.966042407594 |
| 186 | NAME REDACTED | 23-10064 | GGC_3.1.0530 | Genesis Global Capital, LLC | BTC 0.000323297940573313 |
| 187 | NAME REDACTED | 23-10064 | GGC_3.1.0534 | Genesis Global Capital, LLC | BTC 0.525265379668584 |
| 188 | NAME REDACTED | 23-10064 | GGC_3.1.0535 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 189 | NAME REDACTED | 23-10064 | GGC_3.1.0536 | Genesis Global Capital, LLC | BTC 12.6243150676766 |
| 190 | NAME REDACTED | 23-10064 | GGC_3.1.0537 | Genesis Global Capital, LLC | BTC 5.6843117878694<br>ZEN 29,704.9475547 99 |
| 191 | NAME REDACTED | 23-10064 | GGC_3.1.0542 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 192 | NAME REDACTED | 23-10064 | GGC_3.1.0548 | Genesis Global Capital, LLC | USD 734.133503346956 |
| 193 | NAME REDACTED | 23-10064 | GGC_3.1.0553 | Genesis Global Capital, LLC | BTC 0.000639247328206452 |
| 194 | NAME REDACTED | 23-10064 | GGC_3.1.0559 | Genesis Global Capital, LLC | BTC 0.108142862787934 |
| 195 | NAME REDACTED | 23-10064 | GGC_3.1.0563 | Genesis Global Capital, LLC | USD 316,751.689570411 |
| 196 | NAME REDACTED | 23-10064 | GGC_3.1.0564 | Genesis Global Capital, LLC | USDC 762.916626220463 |
| 197 | NAME REDACTED | 23-10064 | GGC_3.1.0565 | Genesis Global Capital, LLC | BTC 0.209946093527297 |
| 198 | NAME REDACTED | 23-10064 | GGC_3.1.0566 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 199 | NAME REDACTED | 23-10064 | GGC_3.1.0570 | Genesis Global Capital, LLC | USD 655.460021972656 |
| 200 | NAME REDACTED | 23-10064 | GGC_3.1.0571 | Genesis Global Capital, LLC | BTC 13.2757797295839 |
| 201 | NAME REDACTED | 23-10064 | GGC_3.1.0572 | Genesis Global Capital, LLC | USD 16,015.9615354292 |
| 202 | NAME REDACTED | 23-10064 | GGC_3.1.0575 | Genesis Global Capital, LLC | XRP 7,739.5068359375 |
| 203 | NAME REDACTED | 23-10064 | GGC_3.1.0580 | Genesis Global Capital, LLC | BTC 2.35339736765413 |
| 204 | NAME REDACTED | 23-10064 | GGC_3.1.0582 | Genesis Global Capital, LLC | SOL 7.44726133346557 |
| 205 | NAME REDACTED | 23-10064 | GGC_3.1.0586 | Genesis Global Capital, LLC | USDC 164.025505999096 |
| 206 | NAME REDACTED | 23-10064 | GGC_3.1.0587 | Genesis Global Capital, LLC | BTC 0.0872573854442891 |
| 207 | NAME REDACTED | 23-10064 | GGC_3.1.0588 | Genesis Global Capital, LLC | BTC 150.176712328767<br>USD 24,546.009765625 |
| 208 | NAME REDACTED | 23-10064 | GGC_3.1.0589 | Genesis Global Capital, LLC | SOL 22.7935676574707 |
| 209 | NAME REDACTED | 23-10064 | GGC_3.1.0591 | Genesis Global Capital, LLC | BTC 0.000169347988505178 |
| 210 | NAME REDACTED | 23-10064 | GGC_3.1.0592 | Genesis Global Capital, LLC | BTC 31.8219542774362<br>ETH 392.242580572977<br>ETHW 386.163503741762<br>USD 379,927.32034274<br>USDC 232,066.743340823 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 211 | NAME REDACTED | 23-10064 | GGC_3.1.0594 | Genesis Global, LLC | AAVE 2.02739715576172<br>BTC 0.0657321736356483<br>YFI 0.0057534198276698 |
| 212 | NAME REDACTED | 23-10064 | GGC_3.1.0595 | Genesis Global, LLC | BTC 0.0105190059806891 |
| 213 | NAME REDACTED | 23-10064 | GGC_3.1.0602 | Genesis Global, LLC | USDC 10.0920672573608 |
| 214 | NAME REDACTED | 23-10064 | GGC_3.1.0604 | Genesis Global, LLC | USDC 20.418.0875797796 |
| 215 | NAME REDACTED | 23-10064 | GGC_3.1.0605 | Genesis Global, LLC | USDC 12,127.5907784529 |
| 216 | NAME REDACTED | 23-10064 | GGC_3.1.0606 | Genesis Global, LLC | USDC 2,349.1953269966 |
| 217 | NAME REDACTED | 23-10064 | GGC_3.1.0607 | Genesis Global, LLC | USDC 4,891.45761452841 |
| 218 | NAME REDACTED | 23-10064 | GGC_3.1.0609 | Genesis Global, LLC | BTC 0.499806169871823 |
| 219 | NAME REDACTED | 23-10064 | GGC_3.1.0611 | Genesis Global, LLC | SOL 0.00000015 |
| 220 | NAME REDACTED | 23-10064 | GGC_3.1.0612 | Genesis Global, LLC | USD 1,503.22998046875 |
| 221 | NAME REDACTED | 23-10064 | GGC_3.1.0613 | Genesis Global, LLC | USD 331,098.967813711 |
| 222 | NAME REDACTED | 23-10064 | GGC_3.1.0617 | Genesis Global, LLC | BTC 227.342581423723<br>USD 37,143.3408203125 |
| 223 | NAME REDACTED | 23-10064 | GGC_3.1.0622 | Genesis Global, LLC | USD 117,490.20 |
| 224 | NAME REDACTED | 23-10064 | GGC_3.1.0627 | Genesis Global, LLC | USDC 14.6280016095612 |
| 225 | NAME REDACTED | 23-10064 | GGC_3.1.0628 | Genesis Global, LLC | BTC 54.537041103986 |
| 226 | NAME REDACTED | 23-10064 | GGC_3.1.0629 | Genesis Global, LLC | BTC 0.00390125062708402 |
| 227 | NAME REDACTED | 23-10064 | GGC_3.1.0632 | Genesis Global, LLC | USDC 3.53090042690803 |
| 228 | NAME REDACTED | 23-10064 | GGC_3.1.0633 | Genesis Global, LLC | BTC 0.504299349345573 |
| 229 | NAME REDACTED | 23-10064 | GGC_3.1.0635 | Genesis Global, LLC | USDC 30.5565277039182 |
| 230 | NAME REDACTED | 23-10064 | GGC_3.1.0636 | Genesis Global, LLC | USDC 734.133503176756 |
| 231 | NAME REDACTED | 23-10064 | GGC_3.1.0642 | Genesis Global, LLC | SOL 37.761302947998 |
| 232 | NAME REDACTED | 23-10064 | GGC_3.1.0645 | Genesis Global, LLC | BTC 101.472722807398 |
| 233 | NAME REDACTED | 23-10064 | GGC_3.1.0649 | Genesis Global, LLC | BTC 0.0010656257865996 |
| 234 | NAME REDACTED | 23-10064 | GGC_3.1.0650 | Genesis Global, LLC | ETHW 149.637494682115 |
| 235 | NAME REDACTED | 23-10064 | GGC_3.1.0651 | Genesis Global, LLC | ZEN 5,438.59208091654 |
| 236 | NAME REDACTED | 23-10064 | GGC_3.1.0653 | Genesis Global, LLC | USDC 40.929309169965 |
| 237 | NAME REDACTED | 23-10064 | GGC_3.1.0260 | Genesis Global, LLC | USDC 3.53090042690803 |
| 238 | NAME REDACTED | 23-10064 | GGC_3.1.0496 | Genesis Global, LLC | USDC 10.0920672573608 |
| 239 | NAME REDACTED | 23-10064 | GGC_3.1.0533 | Genesis Global, LLC | USDC 10.0920672573608 |
| 240 | NAME REDACTED | 23-10064 | GGC_3.1.0333 | Genesis Global, LLC | USDC 10.0920672573608 |
| 241 | NAME REDACTED | 23-10064 | GGC_3.1.0295 | Genesis Global, LLC | USDC 10.0920672573608 |
| 242 | NAME REDACTED | 23-10064 | GGC_3.1.0545 | Genesis Global, LLC | USDC 3.53090042690803 |
| 243 | NAME REDACTED | 23-10064 | GGC_3.1.0394 | Genesis Global, LLC | BTC 0.053784792224699<br>ETHW 245.464404835252<br>USD 1,140.06 |
| 244 | NAME REDACTED | 23-10064 | GGC_3.1.0252 | Genesis Global, LLC | USDC 25.2206878772833 |
| 245 | NAME REDACTED | 23-10064 | GGC_3.1.0288 | Genesis Global, LLC | BTC 0.00780240112538274 |
| 246 | NAME REDACTED | 23-10064 | GGC_3.1.0157 | Genesis Global, LLC | USDC 10.0920672573608 |
| 247 | NAME REDACTED | 23-10064 | GGC_3.1.0354 | Genesis Global, LLC | USDC 163.996059643255 |
| 248 | NAME REDACTED | 23-10064 | GGC_3.1.0099 | Genesis Global, LLC | USDC 12.1059330232786 |
| 249 | NAME REDACTED | 23-10064 | GGC_3.1.0113 | Genesis Global, LLC | USDC 3.53090042690803 |
| 250 | NAME REDACTED | 23-10064 | GGC_3.1.0492 | Genesis Global, LLC | BTC 0.000460838760524505 |
| 251 | NAME REDACTED | 23-10064 | GGC_3.1.0608 | Genesis Global, LLC | USDC 10.0920672573608 |
| 252 | NAME REDACTED | 23-10064 | GGC_3.1.0073 | Genesis Global, LLC | USDC 16.8201120977681 |
| 253 | NAME REDACTED | 23-10064 | GGC_3.1.0505 | Genesis Global, LLC | BTC 0.00012796960464049 |
| 254 | NAME REDACTED | 23-10064 | GGC_3.1.0292 | Genesis Global, LLC | USDC 10.0920672573608 |
| 255 | NAME REDACTED | 23-10064 | GGC_3.1.0623 | Genesis Global, LLC | USDC 16.1336555436368 |
| 256 | NAME REDACTED | 23-10064 | GGC_3.1.0040 | Genesis Global, LLC | BTC 0.0116258534855893 |
| 257 | NAME REDACTED | 23-10064 | GGC_3.1.0117 | Genesis Global, LLC | USDC 102.602659255148 |
| 258 | NAME REDACTED | 23-10064 | GGC_3.1.0324 | Genesis Global, LLC | USDC 12.1059330232786 |
| 259 | NAME REDACTED | 23-10064 | GGC_3.1.0126 | Genesis Global, LLC | BTC 0.00077787938523252 |
| 260 | NAME REDACTED | 23-10064 | GGC_3.1.0308 | Genesis Global, LLC | BTC 0.000338756012319777 |
| 261 | NAME REDACTED | 23-10064 | GGC_3.1.0123 | Genesis Global, LLC | USDC 11.8537235550718 |
| 262 | NAME REDACTED | 23-10064 | GGC_3.1.0096 | Genesis Global, LLC | USDC 20.464460454008 |
| 263 | NAME REDACTED | 23-10064 | GGC_3.1.0196 | Genesis Global, LLC | USDC 3.0264865066167 |
| 264 | NAME REDACTED | 23-10064 | GGC_3.1.0473 | Genesis Global, LLC | BTC 0.00077787938523252 |
| 265 | NAME REDACTED | 23-10064 | GGC_3.1.0406 | Genesis Global, LLC | USDC 6.7507562484972B |
| 266 | NAME REDACTED | 23-10064 | GGC_3.1.0526 | Genesis Global, LLC | BTC 0.00116170811677403 |
| 267 | NAME REDACTED | 23-10064 | GGC_3.1.0531 | Genesis Global, LLC | BTC 0.00311254867160345 |
| 268 | NAME REDACTED | 23-10064 | GGC_3.1.0118 | Genesis Global, LLC | USDC 20.464460454008 |
| 269 | NAME REDACTED | 23-10064 | GGC_3.1.0116 | Genesis Global, LLC | USDC 9.07945051764872 |
| 270 | NAME REDACTED | 23-10064 | GGC_3.1.0385 | Genesis Global, LLC | USDC 9.07945051764872 |
| 271 | NAME REDACTED | 23-10064 | GGC_3.1.0435 | Genesis Global, LLC | USDC 3.1371045268156 |
| 272 | NAME REDACTED | 23-10064 | GGC_3.1.0100 | Genesis Global, LLC | USDC 102.602659255148 |
| 273 | NAME REDACTED | 23-10064 | GGC_3.1.0550 | Genesis Global, LLC | USDC 3.53090042690803 |
| 274 | NAME REDACTED | 23-10064 | GGC_3.1.0527 | Genesis Global, LLC | BTC 0.000338756012319777 |
| 275 | NAME REDACTED | 23-10064 | GGC_3.1.0334 | Genesis Global, LLC | USDC 9.07945051764872 |
| 276 | NAME REDACTED | 23-10064 | GGC_3.1.0391 | Genesis Global, LLC | BTC 0.000338756012319777 |
| 277 | NAME REDACTED | 23-10064 | GGC_3.1.0082 | Genesis Global, LLC | USDC 1.88196266166081 |
| 278 | NAME REDACTED | 23-10064 | GGC_3.1.0540 | Genesis Global, LLC | BTC 0.00122548266592094 |
| 279 | NAME REDACTED | 23-10064 | GGC_3.1.0297 | Genesis Global, LLC | USDC 4.4815713196239 |
| 280 | NAME REDACTED | 23-10064 | GGC_3.1.0262 | Genesis Global, LLC | USDC 3.37186076777947 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 281 | NAME REDACTED | 23-10064 | GGC_3.1.0119 | Genesis Global Capital, LLC | BTC 0.000301112010950545 |
| 282 | NAME REDACTED | 23-10064 | GGC_3.1.0596 | Genesis Global Capital, LLC | USDC 9.33165797977401 |
| 283 | NAME REDACTED | 23-10064 | GGC_3.1.0015 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 284 | NAME REDACTED | 23-10064 | GGC_3.1.0428 | Genesis Global Capital, LLC | USDC 26.2171930144264 |
| 285 | NAME REDACTED | 23-10064 | GGC_3.1.0172 | Genesis Global Capital, LLC | USDC 5.04414118006523 |
| 286 | NAME REDACTED | 23-10064 | GGC_3.1.0186 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 287 | NAME REDACTED | 23-10064 | GGC_3.1.0274 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 288 | NAME REDACTED | 23-10064 | GGC_3.1.0556 | Genesis Global Capital, LLC | USDC 7.31399529971391 |
| 289 | NAME REDACTED | 23-10064 | GGC_3.1.0263 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 290 | NAME REDACTED | 23-10064 | GGC_3.1.0551 | Genesis Global Capital, LLC | USDC 18.411103480564 |
| 291 | NAME REDACTED | 23-10064 | GGC_3.1.0508 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 292 | NAME REDACTED | 23-10064 | GGC_3.1.0276 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 293 | NAME REDACTED | 23-10064 | GGC_3.1.0228 | Genesis Global Capital, LLC | BTC 0.000347816591496545 |
| 294 | NAME REDACTED | 23-10064 | GGC_3.1.0035 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 295 | NAME REDACTED | 23-10064 | GGC_3.1.0543 | Genesis Global Capital, LLC | USDC 2.68894259153746 |
| 296 | NAME REDACTED | 23-10064 | GGC_3.1.0634 | Genesis Global Capital, LLC | USDC 14.2970955325599 |
| 297 | NAME REDACTED | 23-10064 | GGC_3.1.0647 | Genesis Global Capital, LLC | USDC 67.2804393730696 |
| 298 | NAME REDACTED | 23-10064 | GGC_3.1.0121 | Genesis Global Capital, LLC | BTC 0.000667940856470 6 |
| 299 | NAME REDACTED | 23-10064 | GGC_3.1.0345 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 300 | NAME REDACTED | 23-10064 | GGC_3.1.0030 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 301 | NAME REDACTED | 23-10064 | GGC_3.1.0025 | Genesis Global Capital, LLC | USDC 86.8634446417496 |
| 302 | NAME REDACTED | 23-10064 | GGC_3.1.0452 | Genesis Global Capital, LLC | USDC 4.53972926026127 |
| 303 | NAME REDACTED | 23-10064 | GGC_3.1.0278 | Genesis Global Capital, LLC | BTC 0.000123504385748563 |
| 304 | NAME REDACTED | 23-10064 | GGC_3.1.0522 | Genesis Global Capital, LLC | USDC 6.64902771466548 |
| 305 | NAME REDACTED | 23-10064 | GGC_3.1.0064 | Genesis Global Capital, LLC | USDC 3.02648650661687 |
| 306 | NAME REDACTED | 23-10064 | GGC_3.1.0266 | Genesis Global Capital, LLC | BTC 0.00525274032210183 |
| 307 | NAME REDACTED | 23-10064 | GGC_3.1.0360 | Genesis Global Capital, LLC | BTC 0.00780240112538274 |
| 308 | NAME REDACTED | 23-10064 | GGC_3.1.0350 | Genesis Global Capital, LLC | USDC 14.0167535772497 |
| 309 | NAME REDACTED | 23-10064 | GGC_3.1.0344 | Genesis Global Capital, LLC | USDC 15.4184343355381 |
| 310 | NAME REDACTED | 23-10064 | GGC_3.1.0163 | Genesis Global Capital, LLC | BTC 0.00350657929041467 |
| 311 | NAME REDACTED | 23-10064 | GGC_3.1.0558 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 312 | NAME REDACTED | 23-10064 | GGC_3.1.0101 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 313 | NAME REDACTED | 23-10064 | GGC_3.1.0327 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 314 | NAME REDACTED | 23-10064 | GGC_3.1.0449 | Genesis Global Capital, LLC | USDC 6.3051714666442 |
| 315 | NAME REDACTED | 23-10064 | GGC_3.1.0180 | Genesis Global Capital, LLC | USDC 488.783845274421 |
| 316 | NAME REDACTED | 23-10064 | GGC_3.1.0585 | Genesis Global Capital, LLC | USDC 0.940983540422639 |
| 317 | NAME REDACTED | 23-10064 | GGC_3.1.0373 | Genesis Global Capital, LLC | BTC 0.000113102216168768 |
| 318 | NAME REDACTED | 23-10064 | GGC_3.1.0450 | Genesis Global Capital, LLC | USDC 7.56620676282624 |
| 319 | NAME REDACTED | 23-10064 | GGC_3.1.0616 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 320 | NAME REDACTED | 23-10064 | GGC_3.1.0442 | Genesis Global Capital, LLC | BTC 0.00227047423077031 |
| 321 | NAME REDACTED | 23-10064 | GGC_3.1.0314 | Genesis Global Capital, LLC | USDC 224.780996347487 |
| 322 | NAME REDACTED | 23-10064 | GGC_3.1.0358 | Genesis Global Capital, LLC | USDC 63.0754120859975 |
| 323 | NAME REDACTED | 23-10064 | GGC_3.1.0242 | Genesis Global Capital, LLC | BTC 0.00155633938311538 |
| 324 | NAME REDACTED | 23-10064 | GGC_3.1.0326 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 325 | NAME REDACTED | 23-10064 | GGC_3.1.0631 | Genesis Global Capital, LLC | USDC 9.07945051764872 |
| 326 | NAME REDACTED | 23-10064 | GGC_3.1.0294 | Genesis Global Capital, LLC | USDC 25.5105025996776 |
| 327 | NAME REDACTED | 23-10064 | GGC_3.1.0422 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 328 | NAME REDACTED | 23-10064 | GGC_3.1.0538 | Genesis Global Capital, LLC | BTC 0.000131683940014313 |
| 329 | NAME REDACTED | 23-10064 | GGC_3.1.0567 | Genesis Global Capital, LLC | USDC 14.2970955325599 |
| 330 | NAME REDACTED | 23-10064 | GGC_3.1.0388 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 331 | NAME REDACTED | 23-10064 | GGC_3.1.0187 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 332 | NAME REDACTED | 23-10064 | GGC_3.1.0306 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 333 | NAME REDACTED | 23-10064 | GGC_3.1.0593 | Genesis Global Capital, LLC | USDC 51.3013281407078 |
| 334 | NAME REDACTED | 23-10064 | GGC_3.1.0142 | Genesis Global Capital, LLC | BTC 0.00155633938311538 |
| 335 | NAME REDACTED | 23-10064 | GGC_3.1.0518 | Genesis Global Capital, LLC | BTC 0.00233416869755721 |
| 336 | NAME REDACTED | 23-10064 | GGC_3.1.0136 | Genesis Global Capital, LLC | USDC 11.8537235550718 |
| 337 | NAME REDACTED | 23-10064 | GGC_3.1.0202 | Genesis Global Capital, LLC | BTC 0.0000854999484968527 |
| 338 | NAME REDACTED | 23-10064 | GGC_3.1.0493 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 339 | NAME REDACTED | 23-10064 | GGC_3.1.0494 | Genesis Global Capital, LLC | BTC 0.000777879385233252 |
| 340 | NAME REDACTED | 23-10064 | GGC_3.1.0063 | Genesis Global Capital, LLC | BTC 0.00390125062708402 |
| 341 | NAME REDACTED | 23-10064 | GGC_3.1.0401 | Genesis Global Capital, LLC | BTC 0.00195031997800009 |
| 342 | NAME REDACTED | 23-10064 | GGC_3.1.0007 | Genesis Global Capital, LLC | BTC 0.0011898209850689 2 |
| 343 | NAME REDACTED | 23-10064 | GGC_3.1.0072 | Genesis Global Capital, LLC | BTC 0.00205959772900039 |
| 344 | NAME REDACTED | 23-10064 | GGC_3.1.0600 | Genesis Global Capital, LLC | BTC 0.00344240422248859 |
| 345 | NAME REDACTED | 23-10064 | GGC_3.1.0097 | Genesis Global Capital, LLC | USDC 20.464460454008 |
| 346 | NAME REDACTED | 23-10064 | GGC_3.1.0092 | Genesis Global Capital, LLC | USDC 4.489.43172815814 |
| 347 | NAME REDACTED | 23-10064 | GGC_3.1.0286 | Genesis Global Capital, LLC | USDC 83.8739317455271 |
| 348 | NAME REDACTED | 23-10064 | GGC_3.1.0371 | Genesis Global Capital, LLC | USDC 3.02648650661687 |

Genesis Global Holdco, LLC
Allowed Claims

| Ref | Name of Claimant | Case Number | Claim Number | Debtor | Total In-Kind Amount |
|---|---|---|---|---|---|
| 349 | NAME REDACTED | 23-10064 | GGC_3.1.0102 | Genesis Global Capital, LLC | USDC 817.538219018636 |
| 350 | NAME REDACTED | 23-10064 | GGC_3.1.0174 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 351 | NAME REDACTED | 23-10064 | GGC_3.1.0573 | Genesis Global Capital, LLC | USDC 19.7189110030415 |
| 352 | NAME REDACTED | 23-10064 | GGC_3.1.0519 | Genesis Global Capital, LLC | BTC 0.000131683940014313 |
| 353 | NAME REDACTED | 23-10064 | GGC_3.1.0223 | Genesis Global Capital, LLC | USDC 27.4905499960931 |
| 354 | NAME REDACTED | 23-10064 | GGC_3.1.0425 | Genesis Global Capital, LLC | BTC 0.000338756012319777 |
| 355 | NAME REDACTED | 23-10064 | GGC_3.1.0544 | Genesis Global Capital, LLC | USDC 60.0252471765323 |
| 356 | NAME REDACTED | 23-10064 | GGC_3.1.0184 | Genesis Global Capital, LLC | USDC 10.0920672573608 |
| 357 | NAME REDACTED | 23-10064 | GGC_3.1.0451 | Genesis Global Capital, LLC | BTC 0.00045128759225773 |
| 358 | NAME REDACTED | 23-10064 | GGC_3.1.0181 | Genesis Global Capital, LLC | BTC 0.0098806907083573 |
| 359 | NAME REDACTED | 23-10064 | GGC_3.1.0139 | Genesis Global Capital, LLC | USDC 21.0251403608663 |
| 360 | NAME REDACTED | 23-10064 | GGC_3.1.0085 | Genesis Global Capital, LLC | USDC 3.53090042690803 |
| 361 | NAME REDACTED | 23-10064 | GGC_3.1.0182 | Genesis Global Capital, LLC | USDC 8.32282913895124 |
| 362 | NAME REDACTED | 23-10064 | GGC_3.1.0638 | Genesis Global Capital, LLC | BTC 0.00195031997800009 |
| 363 | NAME REDACTED | 23-10064 | GGC_3.1.0234 | Genesis Global Capital, LLC | USDC 205.205327521798 |
| 364 | NAME REDACTED | 23-10065 | GAP_3.1.0014 | Genesis Asia Pacific Pte. Ltd. (Singapore) | USDC 49.0731975043397 |
| 365 | NAME REDACTED | 23-10064 | GGC_3.1.0213 | Genesis Global Capital, LLC | BTC 0.000383898790404647 |
| 366 | NAME REDACTED | 23-10064 | GGC_3.1.0055 | Genesis Global Capital, LLC | USDC 21.9419938955152 |
| 367 | NAME REDACTED | 23-10064 | GGC_3.1.0056 | Genesis Global Capital, LLC | BTC 0.00037641004904403 |
| 368 | NAME REDACTED | 23-10064 | GGC_3.1.0061 | Genesis Global Capital, LLC | BTC 0.00011310221616768 |
| 369 | NAME REDACTED | 23-10064 | 658 | Genesis Global Capital, LLC | USD 677,646.30 |