CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Genesis Global Capital, LLC, | |
| Plaintiff, | Adv. Pro. No. 24-01312 (SHL) |
| v. | |
| Digital Currency Group, Inc. | |
| Defendant. | |

**AGENDA FOR STATUS CONFERENCE TO BE HELD
MAY 30, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**   May 30, 2024, at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

|  |  |
|---|---|
|  | of New York. The May 30 status conference will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the May 30 status conference (the "<u>Appearance Deadline</u>"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the May 30 status conference to those parties who have made an electronic appearance. |
|  | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website. |

<u>**AGENDA FOR MAY 30 STATUS CONFERENCE**</u>

**Matters to be Heard at May 30 Status Conference:**

I. <u>**Matters to be Heard**</u>

1. **Scheduling Regarding the Motion to Dismiss Counterclaim and Motion to Estimate Counterclaim:** *Proposed Scheduling Order.* ECF No. 1650.

    i. **Related Pleadings:**

        a. *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC.* Adv. Proc. ECF No. 14.

        b. *Digital Currency Group, Inc.'s Opposition to Genesis Global Capital, LLC's Motion to Dismiss DCG's Counterclaim.* Adv. Proc. ECF No. 25.

        c. *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a).* ECF No. 1618.

        d. *Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Debtors' Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a).* ECF No. 1619.

2

      e. *Digital Currency Group, Inc.'s Opposition to the Debtors' Motion to Estimate DCG's Counterclaim Under Bankruptcy Code Sections 502(c) and 105(a)*. ECF No. 1688.

      f. *Plaintiff's Reply in Support of (I) Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a) and (II) Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC*. ECF No. 1700.

      g. *Letter Regarding In re Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL) and Genesis Global Capital, LLC v. Digital Currency Group, Inc., 24-01312 (SHL)*. Adv. Proc. ECF No. 18.

   ii. **Status:** A hearing to consider the relief sought in the *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC* and the *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Section 502(c) and 105(a)* will be scheduled at the May 30 status conference.

2. **Status Conference Concerning Proposed Orders Memorializing NYAG Settlement and Plan Confirmation Opinion:** *Memorandum of Decision*. ECF No. 1691.

   i. **General Response Deadline:** May 29, 2024 at 12:00 p.m. (Prevailing Eastern Time)

   ii. **Responses:** No objections to either order have been filed as of the time of filing this agenda.

   iii. **Related Pleadings:**

      a. *Notice of Presentment of Revised Proposed Order Approving a Settlement Agreement Between the Debtors and the New York State Office of the Attorney General*. ECF No. 1703.

      b. *Notice of Presentment of Amended Proposed Findings of Fact, Conclusions of Law, and Order (I) Confirming the Debtors' Amended Joint Chapter 11 Plan and (II) Granting Related Relief*. ECF No. 1715.

      c. *Debtors' Amended Joint Chapter 11 Plan*. ECF No. 1712.

      d. *Notice of Filing of Amended Joint Chapter 11 Plan*. ECF No. 1714.

   iv. **Status:** Proposed orders will be presented to the Court at 11:00 a.m. (Prevailing Eastern Time) on May 30. Any objections to the orders that are timely filed and served will be considered and addressed at the May 30 status conference.

| | |
|---|---|
| Dated: May 28, 2024<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Sean A. O'Neal*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

4