HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000

*Counsel to Gemini Trust Company, LLC*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL) |
| GEMINI TRUST COMPANY, LLC, for itself and as agent on behalf of the Gemini Lenders,<br><br>            Plaintiff,<br><br>v.<br><br>GENESIS GLOBAL CAPITAL, LLC,<br><br>            Defendant. | Adv. Proc. No. 23-01192 (SHL) |

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, 38th Floor, New York, NY 10007.

1

| | |
|---|---|
| GENESIS GLOBAL CAPITAL, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br>individually and as agent on<br>behalf of the Earn Users, and<br>EARN USERS 1-232,824<br><br>                 Defendants. | Adv. Pro. No. 23-01203 (SHL) |

### NOTICE OF DISTRIBUTION TO GEMINI LENDERS AND COMPLIANCE WITH THE SETTLEMENT AGREEMENT AMONG THE DEBTORS, GEMINI TRUST COMPANY, LLC, THE AD HOC GROUP OF GENESIS LENDERS, AND THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

**PLEASE TAKE NOTICE** that, on March 19, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order Approving a Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors* (ECF No. 1499) (the "<u>Motion</u>"),[2] seeking entry of an order approving the settlement agreement between the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors (the "<u>Settlement Agreement</u>").

**PLEASE TAKE FURTHER NOTICE** that, on April 16, 2024, a hearing on the Motion was held before the Court pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 44).

**PLEASE TAKE FURTHER NOTICE** that, on April 19, 2024, the Court entered the *Order Approving Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors* (ECF No. 1598).

---

2.  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors appointed Gemini as the Gemini Distribution Agent and authorized Gemini to make all distributions to the Gemini Lenders in accordance with Section 10.1 of the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on May 9, 2024, the Settlement Effective Date occurred and the Debtors completed the Genesis Distribution in accordance with the provisions of Section 2.4 of the Settlement Agreement (see *Notice of Settlement Effective Date and Completion of the Genesis Distribution Pursuant to the Settlement Agreement Among the Debtors, Gemini Trust Company, LLC, the Ad Hoc Group of Genesis Lenders, and the Official Committee of Unsecured Creditors* (ECF No. 1676)).

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2024, Gemini completed the Gemini Contribution in accordance with Section 2.1 of the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on May 29, 2024, Gemini delivered 97.76% of the Gemini Distribution Assets to the Gemini Lenders in accordance with Section 2.5(b) of the Settlement Agreement. Gemini Lenders should review the instructions set forth on Gemini's website https://www.gemini.com/earn for further information on how to access their Digital Assets.

**PLEASE TAKE FURTHER NOTICE** that, the Completion Digital Assets (2.24% of the Gemini Distribution Assets) are distributable to the Gemini Lenders pursuant to Section 2.5(c) of the Settlement Agreement upon receipt of DCG Receipts.

Dated: New York, New York
May 29, 2024

                HUGHES HUBBARD & REED LLP

                By: */s/ Anson B. Frelinghuysen*
                    Anson B. Frelinghuysen
                    Dustin P. Smith
                    Erin E. Diers
                    Jeffrey S. Margolin
                    Carl Mills
                    Elizabeth A. Beitler
                    J. Scott Sanders II
                    Libby B. Ro
              One Battery Park Plaza
              New York, New York 10004
              Telephone: (212) 837-6000
              Facsimile: (212) 422-4726
              Email: anson.frelinghuysen@hugheshubbard.com
                      dustin.smith@hugheshubbard.com
                      erin.diers@hugheshubbard.com
                      jeff.margolin@hugheshubbard.com
                      carl.mills@hugheshubbard.com
                      elizabeth.beitler@hugheshubbard.com
                      scott.sanders@hugheshubbard.com
                      libby.ro@hugheshubbard.com

              *Counsel to Gemini Trust Company, LLC*