Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Katharine Ross of Cleary Gottlieb Steen & Hamilton LLP will move this Court, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York on a day and time to be determined by the Court, pursuant to this Court's Local Rule 2090-1, for leave to withdraw as counsel to Genesis Global Holdco, LLC and certain of its affiliated entities (collectively the "Debtors").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

PLEASE TAKE FURTHER NOTICE that Cleary Gottlieb Steen & Hamilton LLP continues to represent the Debtors in the above-captioned cases.

Dated: May 29, 2024
      New York, New York

Respectfully submitted,

*/s/ Katharine Ross*
Katharine Ross
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2593
kross@cgsh.com

*Counsel to the Debtors
and Debtors-in Possession*