Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[2] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**DECLARATION OF KATHARINE ROSS**

I, Katharine Ross, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On April 15, 2024, I appeared in the above-captioned cases.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

2. I respectfully submit this declaration pursuant to Local Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for the Debtors.

3. Following May 31, 2024, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP.

4. Other attorneys at Cleary Gottlieb Steen & Hamilton LLP, including Sean A. O'Neal, Luke A. Barefoot, Jane VanLare and Thomas S. Kessler, have also appeared in these cases on behalf of the Debtors and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

6. A copy of this motion has been provided to the Debtors.

Dated: May 29, 2024
       New York, New York

Respectfully submitted,

*/s/ Katharine Ross*
Katharine Ross
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2593
kross@cgsh.com

*Counsel to the Debtors*
*and Debtors-in Possession*