Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[3] | Case No.:  23-10063 (SHL) |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION OF**
**KATHARINE ROSS TO WITHDRAW AS COUNSEL**

The motion to withdraw the appearance of Katharine Ross as counsel on behalf of the

Debtors in the above-captioned cases pursuant to Local Rule 2090-1 of this Court, and for

removal of Katharine Ross from the CM/ECF service list for this matter, is hereby **GRANTED**.

**SO ORDERED**

---

[3]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).  For the purpose of these Chapter 11 Cases, the service address for the Debtors is  175 Greenwich Street, Floor 38, New York, NY 10007.

Dated: _____, 2024
       White Plains, New York

 

_____

Hon. Sean H. Lane
United States Bankruptcy Judge