CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>Plaintiff,<br>v.<br><br>Digital Currency Group, Inc.<br><br>Defendant. | Adv. Proc. No. 24-01312 (SHL) |

**NOTICE OF HEARING ON (I) MOTION
TO DISMISS COUNTERCLAIM AGAINST
GENESIS GLOBAL CAPITAL, LLC AND (II) THE
MOTION TO ESTIMATE DCG'S COUNTERCLAIM AGAINST
<u>THE DEBTORS UNDER BANKRUPTCY CODE SECTIONS 502(c) AND 105(a)</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., Floor 38, New York, NY 10007.

**PLEASE TAKE NOTICE** that, in accordance with the guidance of the Court at the status conference held on May 30, 2024, a hearing (the "Hearing") to consider the relief sought in the *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC* (Adv. Proc. ECF No. 14) and the *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a)* (ECF No. 1618) will be conducted on **June 28, 2024 at 10:30 A.M. (Prevailing Eastern Time)** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. The Hearing will be hybrid and will be conducted in person and through Zoom for government.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the Hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in the above-captioned chapter 11 cases and adversary proceeding can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: May 30, 2024  
      New York, New York

/s/ *Luke A. Barefoot*  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Thomas S. Kessler  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors*  
*and Debtors-in-Possession*