CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### NOTICE OF FOURTH REPORT OF
### ORDINARY COURSE PROFESSIONAL CHARGES

    **PLEASE TAKE NOTICE** that, on June 30, 2023, in accordance with the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business*, ECF No. 102 (the "OCP Order"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Notice of First Report of Ordinary Course Professional Charges*, ECF No. 466 (the "First OCP Report") specifying the amounts disbursed by the Debtors to professionals utilized in the ordinary course of business (the "Ordinary Course Professionals") for fees and expenses incurred through May 31, 2023.

    **PLEASE TAKE FURTHER NOTICE** that, on October 30, 2023, in accordance with the OCP Order, the Debtors filed the *Notice of Second Report of Ordinary Course Professional Charges*, ECF No. 849 (the "Second OCP Report") specifying the amounts disbursed by the Debtors to Ordinary Course Professionals for fees and expenses incurred through September 30, 2023.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on February 29, 2024, in accordance with the OCP Order, the Debtors filed the *Notice of Third Report of Ordinary Course Professional Charges*, ECF No. 1412 (the "Third OCP Report") specifying the amounts disbursed by the Debtors to Ordinary Course Professionals for fees and expenses incurred through January 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Order, the Debtors hereby file their fourth report specifying the amounts disbursed by the Debtors to Ordinary Course Professionals for fees and expenses incurred between February 1, 2024 through April 30, 2024 (the "Fourth OCP Report"), attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that inclusion of the fees and expenses of any Ordinary Course Professional in the Fourth OCP Report is without prejudice to the Debtors' right to dispute or challenge the fees and expenses of each Ordinary Course Professional and does not constitute final approval of the fees and expenses of any Ordinary Course Professional by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve the Fourth OCP Report, on the Notice Parties (as defined in the OCP Order).

|  |  |
|---|---|
| Dated:  May 30, 2024<br>New York, New York | */s/ Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

# EXHIBIT A

**Fourth OCP Report**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re: Genesis Global Holdco, LLC et al.**  **Case No. 23-10063 (Jointly Administered)**
Payments to Ordinary Course Professionals  Reporting Period: 02/01/2024-04/30/2024

| Ordinary Course Professionals ($USD) | | | |
|---|---:|---:|---|
| Name | Amount Paid During the Period | Total Paid to Date | General Description of Services Rendered |
| Morgan Lewis Stamford | $0 | $10,000 | Singapore Counsel for the Babel Bankruptcy |
| Reed Smith | $0 | $10,707 | Legal and Regulatory Advisor to GAP |
| Agon Litigation | $0 | $81,840 | Counsel to the Debtors for BVI litigation |
| Snell & Wilmer | $1,288 | $245,373 | Nevada Counsel to the Debtors for the Cash Cloud Bankruptcy |
| Prolegis | $17,558 | $159,608 | Singapore Counsel for the Babel Bankruptcy |
| Lite DePalma Greenberg & Afanador | $18,875 | $18,875 | New Jersey Counsel to the Debtors for the Blockfi Bankruptcy |
| Abrams and Bayliss | $28,404 | $41,833 | Delaware Counsel for the File Storage Partners Bankruptcy |
| JK Medora | $29,125 | $32,920 | Corporate Tax Advisor to the Debtors |
| Petrillo Klein and Boxer | $53,160 | $53,160 | Counsel for an Individual Director or Officer |
| Krieger Kim and Lewin LLP | $65,533 | $65,533 | Counsel for an Individual Director or Officer |
| Crowell & Moring LLP | $76,558 | $885,481 | Counsel for an Individual Director or Officer |
| Ropes & Gray | $208,256 | $208,256 | Counsel for an Individual Director or Officer |
| Alston And Bird | $303,185 | $861,694 | Counsel for an Individual Director or Officer |
| Allen & Overy | $449,998 | $949,997 | Counsel for an Individual Director or Officer |
| **Total Payments to OCP** | **$1,251,939** | **$3,625,277** | |