Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF CASH AND COIN REPORT

**PLEASE TAKE NOTICE** that, on March 20, 2023, the debtors and debtors-in-possession (collectively, the "Debtors") filed the initial Cash and Coin Report dated March 15, 2023 (ECF No. 141), detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of January 19, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2023, the Debtors filed an updated Cash and Coin Report dated April 26, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of March 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on May 31, 2023, the Debtors filed an updated Cash and Coin Report dated May 22, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of April 30, 2023.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2023, the Debtors filed an updated Cash and Coin Report dated June 27, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of May 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on July 26, 2023, the Debtors filed an updated Cash and Coin Report dated July 17, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of June 30, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on August 30, 2023, the Debtors filed an updated Cash and Coin Report dated August 24, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of July 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2023, the Debtors filed an updated Cash and Coin Report dated September 19, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of August 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on October 30, 2023, the Debtors filed an updated Cash and Coin Report dated October 25, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of September 30, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on November 30, 2023, the Debtors filed an updated Cash and Coin Report dated November 28, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of October 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on December 27, 2023, the Debtors filed an updated Cash and Coin Report dated December 18, 2023, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of November 30, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on January 30, 2024 the Debtors filed an updated Cash and Coin Report dated January 23, 2024, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of December 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on February 29, 2024 the Debtors filed an updated Cash and Coin Report dated February 22, 2024, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of January 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on March 29, 2024 the Debtors filed an updated Cash and Coin Report dated March 22, 2024, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of February 29, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2024 the Debtors filed an updated Cash and Coin Report dated April 22, 2024, detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as of March 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on May 30, 2024 the Debtors filed the annexed Cash and Coin Report dated May 28, 2024 (the "<u>Report</u>"), detailing the Debtors' cash, digital and brokerage assets and the Debtors' ALT coin breakdown as April 30, 2024.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file reports regarding the amount of cash, cryptocurrency and other digital assets held by the Debtors similar to the Report on a monthly basis throughout these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Report can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis.

| | |
|---|---|
| Dated: May 30, 2024<br>New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

3

# Genesis – Debtor Entities

## Cash and Coin as of 4/30/2024

May 28, 2024



# GGC, GAP and GGH
## Cash, Digital and Brokerage Assets as of 4/30/24

**As of 4/30/24, Debtors are reporting approximately $4.3bn of cash, digital assets and shares held in brokerage accounts:**
- Cash/Treasuries: $798.0mm
- Digital Assets: $3.3bn
- Brokerage Assets: $215.9mm
- Of the $4.3bn, approximately $170k of cash and $628k in digital assets are held by GAP

### BY CURRENCIES

*(Coin $ in USD, MMs)*

| Assets | Spot Price[1] | Quantity | USD Equivalent at Spot Price |
|---|---|---|---|
| USD Cash | | | $33.0 |
| Treasuries | | | 765.0 |
| **Total USD Cash & Treasuries** | | | **$798.0** |
| **Digital Assets** | | | |
| BTC | 60,622.10 | 45,669 | $2,768.5 |
| ETH | 3,011.40 | 125,139 | 376.8 |
| STABLE | 1.00 | 2,256,575 | 2.3 |
| ALT | N/A | N/A | 125.6 |
| **Total Digital Assets** | | | **$3,273.2** |
| **Brokerage Assets** | | | |
| ETHE | 20.63 | 8,717,520 | $179.8 |
| ETCG | 12.01 | 2,970,892 | 35.7 |
| Other Assets | N/A | N/A | 0.4 |
| **Total Brokerage Assets** | | | **$215.9** |
| **Grand Total** | | | **$4,287.1** |



### DIGITAL ASSETS BY LOCATION

| Asset Location | % of total |
|---|---|
| Third Party Digital Asset Custody Platform | 98.8% |
| Exchange Platform | 0.1% |
| Ledger SAS[2] | 0.6% |
| Gemini Trust Company[3] | 0.5% |
| **Total** | **100%** |

(1) Spot price is as of 4/30/2024
(2) The Debtors hold approximately $20.0mm of tokens in cold wallets that are held using Ledger keys
(3) As of 4/30/2024, the Debtors had approximately $15.8mm assets located in accounts held at Gemini Trust Company, LLC, which they have been unable to access or transfer.

[ 1 ]

# GGC, GAP and GGH
## ALT Coin Breakdown as of 4/30/24

**1**

**Genesis**

**The Debtors had $125.6mm of ALT coins as of 4/30/24**
- In total, the Debtors have holdings in 111 Alt Coins
- The top 25 coins based on USD value make up 85% of the Debtor's Alt Coin Holdings

*(Coin $ in USD, MMs)*

| Token | Spot Price[1] | Quantity | USD Equivalent at Spot Price |
|---|---|---|---|
| FIL | 5.62 | 2,380,552 | $13.4 |
| HNT | 5.26 | 2,314,986 | 12.2 |
| BCH | 433.84 | 23,147 | 10.0 |
| FTM | 0.64 | 11,821,235 | 7.6 |
| DOT | 6.41 | 1,124,674 | 7.2 |
| COMP | 53.09 | 129,427 | 6.9 |
| GRT | 0.24 | 26,470,756 | 6.2 |
| XLM | 0.11 | 42,514,185 | 4.6 |
| FET | 2.02 | 1,965,621 | 4.0 |
| INJ | 23.80 | 135,118 | 3.2 |
| AMP | 0.01 | 419,777,936 | 3.1 |
| ETC | 25.40 | 113,388 | 2.9 |
| MANA | 0.42 | 6,822,013 | 2.8 |
| AAVE | 83.26 | 32,994 | 2.7 |
| SAND | 0.42 | 5,992,827 | 2.5 |
| XEC | 0.00 | 49,749,814,367 | 2.3 |
| PAXG | 2,300.33 | 987 | 2.3 |
| BAT | 0.24 | 9,213,644 | 2.2 |
| UNI | 7.03 | 253,346 | 1.8 |
| TRX | 0.12 | 14,069,487 | 1.7 |
| SOL | 126.66 | 11,642 | 1.5 |
| ALGO | 0.18 | 7,812,046 | 1.4 |
| ZRX | 0.46 | 2,944,869 | 1.4 |
| APE | 1.17 | 1,107,115 | 1.3 |
| SNX | 2.65 | 472,619 | 1.3 |
| Other Alt Coins | N/A | N/A | 19.2 |
| **Total** | | | **$125.6** |

[2]

(1) Spot price is as of 4/30/2024