

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

John A. Pintarelli
tel: +1.212.858.1213
john.pintarelli@pillsburylaw.com

March 4, 2024

Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:    **Three Arrows Fund, Ltd (In Liquidation) Case No. 24-10210 (MG)**

Dear Judge Glenn:

We represent the Petitioners in connection with the above-referenced Chapter 15 case.

We apologize for any inconvenience Your Honor has experienced having to take time away from important matters to review the letter from counsel for the TACL Liquidators.  It is incredible that counsel suggests that the "center of main interests" of a BVI fund that arguably owns 99% of the equity of TACL, another BVI entity, was manipulated by my clients or the founders "in bad faith".

TACL's correspondence, and objection to TAFL's recognition motion is replete with baseless attacks on the credibility and professionalism of TAFL's liquidators and their professionals and is simply an attempt to distract this Court from TACL's own failures to cooperate.  The TACL Liquidators took possession of Three Arrows' servers, which included TAFL's books and records.  The TACL Liquidators have refused to turnover TAFL's books and records in their possession despite the Petitioners agreement to enter into an appropriate NDA, including an agreement to not share any documents pertaining to TACL with the founders without the TACL Liquidators prior approval or a court order.

Finally, TACL's baseless allegations do not provide any basis for the broad and irrelevant discovery being sought.  We look forward to meeting at Your Honor's convenience so that we can put an end to counsel's continued waste of their and our estate resources in a case where they arguably have no standing.

Respectfully submitted,

*/s/ John A. Pintarelli*

John A. Pintarelli

cc:    All counsel by ECF and Email

4872-9135-2234