| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  Three Arrows Fund, Ltd (In Liquidation)

2. **Debtor's unique identifier**
   
   For non-individual debtors:
   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
   ☑ Other 1710548 . Describe identifier BVI Company Register No .
   
   For individual debtors:
   ☐ Social Security number: xxx – xx – ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Paul Pretlove, David Standish, James Drury

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  British Virgin Islands

5. **Nature of the foreign proceeding**
   
   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   
   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   
   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Written resolutions of the debtor's sole member

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor  Three Arrows Fund, Ltd (In Liquidation)                    Case number (*if known*)_____
_____Name_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

1st Floor, Columbus Centre
Number       Street

P.O. Box 2283
P.O. Box

Road Town   Tortola
City        State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City        State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Fish Lock Road, 4th Floor
Number       Street

LM Business Centre
P.O. Box

Road Town   Tortola
City        State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**10. Debtor's website** (URL)     _____

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

---

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 2

| Debtor | Three Arrows Fund, Ltd (In Liquidation) | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 12. Why is venue proper in *this district*? | Check one: |
|---|---|
| | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: |
| | _____. |
| | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: |
| | _____. |

| 13. Signature of foreign representative(s) | I request relief in accordance with chapter 15 of title 11, United States Code. |
|---|---|
| | I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct, |

✗ _[signature]_                              Paul Pretlove
Signature of foreign representative            Printed name

Executed on  02/08/2024
             MM / DD / YYYY

✗ _____              _____
Signature of foreign representative            Printed name

Executed on  _____
             MM / DD / YYYY

| 14. Signature of attorney | ✗ _[signature]_ | Date | 02/08/2024 |
|---|---|---|---|
| | Signature of Attorney for foreign representative | | MM / DD / YYYY |

John A. Pintarelli
Printed name
Pillsbury Winthrop Shaw Pittman LLP
Firm name
31 West 52nd Street
Number      Street
New York                                      NY         10019
City                                          State      ZIP Code

(212) 858-1000                                john.pintarelli@pillsburylaw.com
Contact phone                                 Email address

4481123                                       NY
Bar number                                    State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3