**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Mason Gavilan, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 29, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**; and to be delivered via overnight mail to the United States Bankruptcy Court, Southern District New York, Chambers of Honorable Sean H Lane, Genesis Chambers Copy, 300 Quarropas Street, Room 147, White Plains, NY 10601:

- Notice of Fourteenth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2024 through March 31, 2024 [Docket No. 1721]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Dated: June 3, 2024

*/s/ Mason Gavilan*
Mason Gavilan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 3, 2024 by Mason Gavilan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

# Exhibit A
## Fee Application Service List
### Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: SEAN O'NEAL, JANE VANLARE, HOO RI KIM, MICHAEL WEINBERG, RICHARD C. MINOTT , CHRISTIAN RIBEIRO, LUKE A. BAREFOOT | SONEAL@CGSH.COM<br>JVANLARE@CGSH.COM<br>HOKIM@CGSH.COM<br>MDWEINBERG@CGSH.COM<br>RMINOTT@CGSH.COM<br>CRIBEIRO@CGSH.COM<br>LBAREFOOT@CGSH.COM |
| OFFICE OF THE US TRUSTEE | ATTN: GREG ZIPES | USTPREGION02.NYECF@USDOJ.GOV<br>ANDY.VELEZ-RIVERA@USDOJ.GOV<br>TARA.TIANTIAN@USDOJ.GOV<br>GREG.ZIPES@USDOJ.GOV |
| WHITE & CASE LLP | ATTN: GREGORY F. PESCE | GREGORY.PESCE@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE, PHILIP ABELSON, MICHELE J. MEISES | CSHORE@WHITECASE.COM<br>PHILIP.ABELSON@WHITECASE.COM<br>MICHELE.MEISES@WHITECASE.COM |