Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF DISTRIBUTION RECORD DATE
FOR THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on February 26, 2024, the Debtors filed the the *Debtors' Amended Joint Chapter 11 Plan* (ECF No. 1392, and as further amended and supplemented, the "Amended Plan"). The Amended Plan provides for a record date for purposes of determining which Holders of Allowed Claims or Allowed Interests in the Debtors are eligible to receive distributions under the Amended Plan (the "Distribution Record Date," as defined in the Amended Plan).[2] *See* Amended Plan Art. I.A ¶ 79. Pursuant to the Amended Plan,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific PTE. LTD. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] The capitalized terms "Holders," "Allowed Claims," and "Allowed Interests" have the meaning ascribed thereto in the Amended Plan.

the Distribution Record Date shall be the Effective Date "or such other date announced by the Debtors (in consultation with the Committee and, through the Ad Hoc Group Counsel, the PSA Creditors), the PA Officer (in consultation with the Wind-Down Oversight Committee), or as designated in a Final Order." *Id.*

**PLEASE TAKE FURTHER NOTICE** that, on May 17, 2024, the Court entered the *Memorandum of Decision* (ECF No. 1691), approving, *inter alia*, the Debtors' Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, on May 31, 2024, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Debtors' Amended Joint Chapter 11 Plan and (II) Granting Related Relief* (ECF No. 1736).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Amended Plan, and after consultation with the Committee and the PSA Creditors (each as defined in the Amended Plan), the Debtors hereby provide notice that **June 14, 2024** is the Distribution Record Date (as defined in the Amended Plan) for all purposes under the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is needed to access documents on the Court's website.

Dated: June 5, 2024            */s/ Sean A. O'Neal*
      New York, New York       Sean A. O'Neal
                                                 Luke A. Barefoot
                                                 Jane VanLare
                                                 Thomas S. Kessler
                                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                 One Liberty Plaza
                                                 New York, New York 10006
                                                 Telephone:  (212) 225-2000
                                                 Facsimile:  (212) 225-3999

                                                 *Counsel for the Debtors*
                                                 *and Debtors-in-Possession*