# EXHIBIT B

**SUMMARY OF WORK PERFORMED AND TIME ALLOCATED**
**BY PRYOR CASHMAN LLP**

| CATEGORY OF WORKED PERFORMED | ESTIMATE[1] OF HOURS BILLED | ESTIMATE OF AMOUNT BILLED |
|---|---|---|
| Development of Plan/Distribution Principles | 199.4 | $139,580 |
| Meetings/Discussions with Estate Professionals and other Case Parties | 25.3 | $17,710 |
| Support for Plan Confirmation | 223.1 | $156,170 |
| Mediation | 37.4 | $26,180 |
| Other[2] | 156.5 | $109,550 |
| **Total Fees Incurred Through 5/31/2024** | **641.7** | **$449,190** |
| **Total Request for Reimbursement** | -- | **$300,000** |

---

[1] The time allocation is estimated because at the outset of its engagement Pryor Cashman LLP ("Pryor Cashman") did not expect that it would need to bill each task individually, and as a result many time entries contain blocks of several tasks related to different categories of work.  The estimates are a good faith effort, after having reviewed each time entry, at estimating the amount of time dedicated to each category of work.

[2] This category reflects necessary work performed by Pryor Cashman to effectively participate in the cases, such as reviewing pleadings, attending hearings, and internal conferences.  For the avoidance of doubt, this category does not include work performed in preparing the substantial contribution application.