# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |

**ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND
503(b)(4) GRANTING APPLICATION OF THE DOLLAR
AD HOC GROUP FOR ALLOWANCE AND
REIMBURSEMENT OF ADMINISTRATIVE EXPENSES
FOR SUBSTANTIAL CONTRIBUTION**

Upon the application (the "Application") of the Ad Hoc Group of Dollar Lenders (the "Dollar Ad Hoc Group") for allowance and reimbursement of an administrative expense for having made a substantial contribution to the above-captioned chapter 11 cases; and after notice and an opportunity to be heard; and the Court having jurisdiction to consider the Application and render a final order thereon; and the Court having considered the Application and any objections thereto; and good cause appearing therefore; it is hereby:

ORDERED that the Application be and hereby is GRANTED in all respects; and it is further

ORDERED that the Dollar Ad Hoc Group be and hereby is entitled to an administrative expense claim, pursuant to 11 U.S.C. §§ 503(b)(3) and (4), in the amount of $300,000.00 (the "Administrative Claim") for having made a substantial contribution to these chapter 11 cases; and it is further

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

ORDERED that the Debtors be and hereby are authorized and directed to make a distribution in full on the Administrative Claim in accordance with the terms of the Plan.

Dated: June ___, 2024
       White Plains, New York

                                                _____
                                                HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE