Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

NOTICE OF SUSPENSION OF
STIPULATION AND ORDER SOLELY WITH REGARD TO THE SCHEDULE

**PLEASE TAKE NOTICE** that on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE NOTICE** that on February 15, 2024, the Debtors filed the *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1315) (the "Objection"), which sought to disallow and expunge several claims including, among others, proof of claim number 223 ("Claim No. 223").

---

[1] The Genesis Debtors in the Chapter 11 Cases, along with the last four digits of each Genesis Debtor's tax identification number as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of the Chapter 11 Cases, the service address for the Genesis Debtors is 175 Greenwich Street, 38th Floor, New York, NY 10007.

**PLEASE TAKE NOTICE** that on May 1, 2024, the holder of Claim No. 223 filed the *Claimant's Response and Reservation of Rights to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (ECF No. 1643).

**PLEASE TAKE FURTHER NOTICE** that, following a colloquy with the Court at a status conference on May 8, 2024, on May 20, 2024, the Debtors and counsel for the holder of Claim No. 223 filed the *Scheduling Order and Stipulation and Agreed Order for Estimation of a Claim Solely for the Purpose of Determining Reserves Pursuant to the Debtors' Amended Joint Chapter 11 Plan* (ECF No. 1694) (the "Stipulation and Order"), that included a discovery and briefing schedule concerning the Objection as it related solely to Claim No. 223 (the "Schedule").

**PLEASE TAKE FURTHER NOTICE** that on June 4, 2024, the Debtors filed the *Notice of Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with a Claimant and (II) Granting Related Relief* (ECF No. 1740) (the "Settlement Motion"), that seeks to resolve the dispute between the parties regarding the Objection and Claim No. 223. The Settlement Motion is scheduled to be heard at the June 25, 2024 omnibus hearing at 11:00 A.M. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court and agreed to by the parties, the Schedule is hereby suspended pending entry of an order approving the relief requested in the Settlement Motion. For the avoidance of doubt, the suspension of the Schedule has no effect on all other provisions of the Stipulation and Order other than the Schedule, and such other portions remain in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings identified above can be viewed and/or obtained: (i) by accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, New York 10055, at http://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: June 10, 2024<br>New York, New York | */s/ Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel to the Debtors and Debtors-in-Possession* |