UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENESIS GLOBAL HOLDCO, LLC, *et al.*, [1] | : | Case No. 23-10063 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FOURTEENTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENESIS GLOBAL HOLDCO, LLC, ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF <u>MARCH 1, 2024 THROUGH MARCH 31, 2024</u>**

| Name of Applicant | Houlihan Lokey Capital, Inc. |
|---|---|
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, et al., |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 13, 2023 |
| **Period for which compensation and reimbursement is sought** | March 1, 2024 through and including March 31, 2024 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $150,000.00 |
| **Current Fee Request** | $120,000.00 (80% of $150,000.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $489.19 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $120,489.19 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

1

| **Total Fees and Expenses Inclusive of Holdback** | $150,489.19 |
|---|---|
| **This is a(n):**    X monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

Pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**" or the "**Applicant**"), Investment Banker for the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits this Fourteenth Monthly Fee Statement (the "**Statement**") for the period of March 1, 2024 through and including March 31, 2024 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" are the time records of Applicant for this Monthly Fee Period organized by project category and professional with a daily time log explaining the time spent by each professional.

Applicant respectfully requests (i) compensation in the amount of $120,000.00, which represents 80% of fees for services rendered by Applicant as investment banker to the Official Committee of Unsecured Creditors during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $489.19.

Dated: June 11, 2024

Respectfully submitted,

By: _____

Brad Geer, Managing Director
**HOULIHAN LOKEY CAPITAL, INC.**
225 South 6th Street
Minneapolis, Minnesota 55402
Telephone: (612) 215-2249
Email:  bgeer@hl.com

# **EXHIBIT A**

Work Hours Summary

## Genesis Global Holdco, LLC - HL Work Hours Summary
*March 1, 2024 - March 31, 2024*

### Summary of Hours by Professional / Task Code

| Principal Professional | Title | Task Code A | B | C | D | E | Total |
|---|---|---|---|---|---|---|---|
| Saul Burian | Managing Director | 8.0 | 2.0 | 2.5 | 9.0 | – | 21.5 |
| Bradley Geer | Managing Director | 8.0 | 16.5 | 35.5 | 27.0 | – | 87.0 |
| David Cumming | Director | 8.0 | 8.5 | 24.0 | 15.0 | – | 55.5 |
| Rijul Malik | Associate | 8.0 | 8.5 | 21.5 | 49.0 | – | 87.0 |
| Braedon Kehoe | Analyst | 8.0 | – | 11.0 | 12.0 | – | 31.0 |
| Odessa Fung | Analyst | 12.0 | 6.0 | 19.5 | 50.0 | – | 87.5 |
| Nick Bevacqua | Analyst | 16.0 | – | 11.0 | 12.0 | – | 39.0 |
| **Total** | | **68.0** | **41.5** | **125.0** | **174.0** | **–** | **408.5** |

**Task Code Legend**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

## **EXHIBIT B**

Invoice

# Houlihan Lokey

**Invoice #  118609-14**

**PERSONAL & CONFIDENTIAL**                                                                    June 10, 2024

Genesis Global Capital, LLC                                                                    Client #  26011
250 Park Ave S, 5th Floor                                                                      Case #  119253
New York, NY 10003

**Professional Fees**
    Monthly Fee due on March 6, 2024                          $     150,000.00
    Professional Fees Due                                                          $     150,000.00

**Out of Pocket Expenses**
    Airfare                                                                   $          74.90
    Travel and Overtime Meals                                                        360.29
    Telephone and Data                                                                54.00
    Out of Pocket Expenses Due                                                    $          489.19

**TOTAL AMOUNT DUE AND PAYABLE**                                                    **$     150,489.19**

**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

# **EXHIBIT C**

Work Hours Details

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

| | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **21.5** |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.5 |
| 3/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| **Total** | | | | **21.5** |

# Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

**Hours for:** Bradley Geer
**Total Hours:** 87.0

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 3/3/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 3/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/4/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/5/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/6/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.5 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/8/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 3.0 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 3/9/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 3/13/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Discussion with UCC Advisors | 1.0 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/16/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 4.0 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/18/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.5 |
| 3/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/25/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with UCC/Debtor/Gemini Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/31/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| **Total** | | | | **87.0** |

# Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

| Hours for: | David Cumming |
|---|---|
| Total Hours: | 55.5 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/3/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 3/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/4/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/5/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| 3/6/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.5 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 3/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/13/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Discussion with UCC Advisors | 1.0 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/15/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/16/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/18/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/22/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 3/25/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with UCC/Debtor/Gemini Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/31/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| **Total** | | | | **55.5** |

# Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

| | Hours for: | Rijul Malik |
|---|---|---|
| | Total Hours: | 87.0 |

| | | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtor and Other Stakeholders | |
| C | Correspondence with Official Committee of Unsecured Creditors | |
| D | Analysis, Presentation and Due Diligence | |
| E | Financing Diligence and Analysis | |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 3/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/4/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/5/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.5 |
| 3/6/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.5 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/8/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 3/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 3/13/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.5 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Discussion with UCC Advisors | 1.0 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.5 |
| 3/16/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/18/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 3.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/25/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with UCC/Debtor/Gemini Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/27/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/31/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| **Total** | | | | **87.0** |

## Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

**Hours for:** Braedon Kehoe
**Total Hours:** 31.0

| | | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtor and Other Stakeholders | |
| C | Correspondence with Official Committee of Unsecured Creditors | |
| D | Analysis, Presentation and Due Diligence | |
| E | Financing Diligence and Analysis | |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 3/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/6/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.5 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/13/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Discussion with UCC Advisors | 1.0 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/25/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| **Total** | | | | **31.0** |

# Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

| Hours for: | **Odessa Fung** |
|---|---|
| Total Hours: | **87.5** |

| | | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtor and Other Stakeholders | |
| C | Correspondence with Official Committee of Unsecured Creditors | |
| D | Analysis, Presentation and Due Diligence | |
| E | Financing Diligence and Analysis | |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/1/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 3/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.5 |
| 3/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/4/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 3/5/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 1.0 |
| 3/6/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.5 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/8/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/8/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 0.5 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 6.0 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 1.0 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Internal Discussion | 0.5 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.5 |
| 3/13/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 4.0 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Discussion with UCC Advisors | 1.0 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 3.0 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 5.0 |
| 3/18/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/22/2024 | A | General Case Administration | General Case Administration | 2.0 |
| 3/24/2024 | A | General Case Administration | General Case Administration | 2.0 |
| 3/25/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/26/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Discussion with UCC/Debtor/Gemini Advisors | 0.5 |
| 3/26/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with Debtor Advisors | 2.0 |
| 3/27/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | B | Correspondence with Debtor and Other Stakeholders | Correspondence with UCC/AHG/Debtor Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 1.0 |
| 3/31/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Correspondence with UCC Advisors | 2.0 |
| **Total** | | | | **87.5** |

# Genesis Global Holdco, LLC - Houlihan Lokey Time Sheet
*March 1, 2024 - March 31, 2024*

| Hours for: | Nick Bevacqua |
|---|---|
| Total Hours: | 39.0 |

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentation and Due Diligence |
| E | Financing Diligence and Analysis |

| Date | Task Code | Task | Description of Activities | Hours |
|---|---|---|---|---|
| 3/1/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/3/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.5 |
| 3/4/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/5/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/6/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.5 |
| 3/6/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/6/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/7/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 1.0 |
| 3/9/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/10/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/11/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/11/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 2.0 |
| 3/12/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/13/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/13/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 0.5 |
| 3/14/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Discussion with UCC Advisors | 1.0 |
| 3/14/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/18/2024 | A | General Case Administration | Court Hearing | 3.0 |
| 3/18/2024 | D | Analysis, Presentation and Due Diligence | Preparation and Review of Materials | 1.0 |
| 3/19/2024 | A | General Case Administration | Court Hearing | 2.0 |
| 3/20/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC | 2.0 |
| 3/21/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/22/2024 | A | General Case Administration | General Case Administration | 4.0 |
| 3/24/2024 | A | General Case Administration | General Case Administration | 4.0 |
| 3/25/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| 3/28/2024 | C | Correspondence with Official Committee of Unsecured Creditors | Discussion with UCC Advisors | 0.5 |
| **Total** | | | | **39.0** |