**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Daniel I. Brenner
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com
msilverman@pryorcashman.com
dbrenner@pryorcashman.com

*Attorneys to the Ad Hoc Group of Dollar Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PEDRO BRUNO, being duly sworn, deposes and says under penalty of perjury as follows:

1. I reside in Kings County, am over the age of 18 and am not a party to the above-captioned proceeding. I am employed as a mailroom clerk by the law firm of Pryor Cashman LLP, counsel to the Ad Hoc Group of Dollar Lenders, at 7 Times Square, New York, New York 10036.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.


2. On June 7, 2024, I caused a true and correct copy of the *Application of The Ad Hoc Group of Dollar Lenders for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503 (b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases*, as filed with the United States Bankruptcy Court of the Southern District of New York [ECF No. 1745], to be served upon the party set forth on the service list annexed hereto as Exhibit A, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Pedro Bruno

Sworn to before me this
12th day of June, 2024

_____
Notary Public

KRISTA LEE RICCIARDI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6217958
Qualified in New York County
My Commission Expires 05-20-2026

## EXHIBIT A - SERVICE LIST

| **VIA USPS FIRST CLASS MAIL:** |
|---|
| Office of the U.S. Trustee<br>Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York, N.Y. 10004 |