IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10063<br><br>(Jointly Administered) |

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Marcos Holdings I LLC**

Name and Address of Transferor
**Attestor Value Master Fund LP
c/o Attestor Limited
7 Seymour Street
W1H 7JW
London, United Kingdom
Attn: Steve Gillies
settlements@attestorcapital.com
+44(0)20 7074 9653**

Name of Transferee:

**Jefferies Leveraged Credit Products, LLC**

Name and Address where notices and payments to transferee should be sent:

**Jefferies Leveraged Credit Products, LLC
520 Madison Avenue
New York
Attn: Phil Blake
pblake@jefferies.com**

| Claim No. / Schedule | Creditor Name | Full Claim Amount | Percentage of claim transferred | Debtor | Case No. |
|---|---|---|---|---|---|
| Claim No. 831 (amending Claim No. 447) | Ad Hoc Group of Genesis Lenders (Anonymous Lender 81) | USD 7,636,886 | 34.045288% | Genesis Global Capital, LLC | 23-10064 |

Local Form 138

Doc ID: 2d76d5620d502d873891a1a8bb28cb24aca48a18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11 June 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

Doc ID: 2d76d5620d502d873891a1a8bb28cb24aca48a18

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 31 October 2023, **Marcos Holdings I LLC** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to **Jefferies Leveraged Credit Products, LLC** ("**Purchaser**") 34.045288% of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. 831 (amending Claim No 447), anonymous Lender 81 of the Ad Hoc Group against the debtor(s) in *re: Genesis Global Holdco, LLC* (Case No. 23-10063) pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring 34.045288% of the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such portion of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 11 June 2024.

_____

**By: Marcos Holdings I LLC**

Doc ID: 2d76d5620d502d873891a1a8bb28cb24aca48a18



Audit trail

| | |
|---|---|
| Title | Attestor - Genesis Evidence of Transfer of Claim (Form 138)... |
| File name | Attestor_-_Genesi..._-_Two_Oceans.pdf |
| Document ID | 2d76d5620d502d873891a1a8bb28cb24aca48a18 |
| Audit trail date format | DD / MM / YYYY |
| Status | ● Signed |

## Document history

**SENT**  
**11 / 06 / 2024**  
17:20:34 UTC+1  
Sent for signature to Christopher Guth (christopher.guth@attestorcapital.com) from ops@attestorcapital.com  
IP: 82.150.96.12

**VIEWED**  
**11 / 06 / 2024**  
17:39:05 UTC+1  
Viewed by Christopher Guth (christopher.guth@attestorcapital.com)  
IP: 94.177.15.27

**SIGNED**  
**11 / 06 / 2024**  
17:39:16 UTC+1  
Signed by Christopher Guth (christopher.guth@attestorcapital.com)  
IP: 82.150.96.12

**COMPLETED**  
**11 / 06 / 2024**  
17:39:16 UTC+1  
The document has been completed.

Powered by Dropbox Sign