**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Daniel I. Brenner
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com
msilverman@pryorcashman.com
dbrenner@pryorcashman.com

*Attorneys to the Ad Hoc Group of Dollar Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

**SUPPLEMENT TO THE APPLICATION OF THE AD HOC GROUP OF DOLLAR LENDERS FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4), FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE PROFESSIONAL FEES AND ACTUAL, NECESSARY EXPENSES IN MAKING A SUBSTANTIAL CONTRIBUTION TO THESE CASES**

The Ad Hoc Group of Dollar Lenders (the "Dollar Ad Hoc Group") in the above-captioned Chapter 11 Cases hereby files this supplement to the application (the "Supplement") for entry of an order, pursuant to sections 503(b)(3)(D) and 503(b)(4) of title 11 of the United States Code, for the allowance and reimbursement of reasonable professional fees and actual, necessary expenses

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

in the amount of $300,000.00 for making a substantial contribution to the Debtors' cases, and respectfully states as follows:

1. On June 7, 2024, the Dollar Ad Hoc Group Court filed the *Application of the Ad Hoc Group of Dollar Lenders for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to these Cases* [Dkt. No. 1745] (the "Application").[2]

2. The Application included a Summary of Work Performed and Time Allocated by Pryor Cashman LLP but did not contain copies of counsels' time entries. However, copies of unredacted time entries were delivered to this Court's chambers and subsequently to the U.S. Trustee, and redacted copies were delivered to counsel to the Debtors and the Committee.

3. In further support of the Application, attached hereto as **Exhibit A** are Pryor Cashman's redacted time records and expense disbursements related to the Application through May 31, 2024.

Dated: New York, New York
      June 14, 2024               **PRYOR CASHMAN LLP**

                                            */s/ Seth H. Lieberman*
                                            Seth H. Lieberman
                                            Matthew W. Silverman
                                            Daniel I. Brenner
                                            7 Times Square
                                            New York, NY 10036
                                            Telephone: (212) 421-4100
                                            Email: slieberman@pryorcashman.com
                                                         msilverman@pryorcashman.com
                                                         dbrenner@pryorcashman.com

                                            *Attorneys to the Ad Hoc Group of Dollar Lenders*

---

[2] Capitalized terms not otherwise defined herein shall have the meaning given to such terms in the Application.