# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |

**ORDER AUTHORIZING THE AD HOC GROUP OF DOLLAR LENDERS TO REDACT AND FILE CERTAIN INFORMATION UNDER SEAL IN CONNECTION WITH THE SUPPLEMENT TO THE APPLICATION FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4), FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE PROFESSIONAL FEES AND ACTUAL, NECESSARY EXPENSES IN MAKING A**
<u>**SUBSTANTIAL CONTRIBUTION TO THESE CASES**</u>

Upon the Motion[2] of the Ad Hoc Group of Dollar Lenders (the "<u>Dollar Ad Hoc Group</u>") for entry of an order (this "<u>Order</u>"), authorizing the Dollar Ad Hoc Group to file the Sealed Portions and directing that such information remain confidential and under seal, as more fully described in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York dated January 31, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and the Court having found that

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to such terms in the Motion.

the Dollar Ad Hoc Group's notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and all objections to the Motion (if any) having been withdrawn or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED to the extent set forth herein.

2. The Dollar Ad Hoc Group is authorized (i) to file the Sealed Portions in the Supplement on the public docket of this case in its redacted form, (ii) to deliver to the Clerk of the Court a signed, unredacted copy of this Order, hard copies and electronic copies of the Supplement clearly labeled "FILED UNDER SEAL PENDING MOTION TO SEAL."

3. The Sealed Portions and the unredacted Supplement shall remain under seal and shall not be made available, without the consent of the Dollar Ad Hoc Group or without further order of this Court, to anyone other than (on a confidential basis) this Court.

4. To the extent that the Sealed Portions in the Supplement is attached or referred to in any further pleadings or document filed with this Court relating to these Chapter 11 Cases, this Order shall apply to such pleading or document.

5. Upon the passing of forty-five (45) days after the final disposition of the Chapter 11 Cases, any party that has filed materials under seal shall reclaim all documents filed under seal or, alternatively, the Office of the Clerk of the Court shall be authorized to destroy said documents in a manner consistent with the need to preserve confidentiality.

6. Nothing in this Order prejudices the rights of any party-in-interest to seek, on appropriate motion, the unsealing of the Sealed Portions in the Supplement, or any part thereof.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation, interpretation or enforcement of this Order.

Dated: June _____, 2024
       White Plains, New York

                                              _____
                                              HONORABLE SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE