Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1374, 1451, 1560, 1641, 1680** |

### NOTICE OF ADJOURNMENT OF DEBTORS' MOTION (I) FOR RELIEF FROM AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW FOR SETOFF OF MUTUAL OBLIGATIONS AND (II) TO ALLOW CERTAIN CLAIMS IN CONNECTION THEREWITH SOLELY WITH RESPECT TO CLAIM NO. 367

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* with the United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on or about May 22, 2023, David Morton ("Morton") filed proof of claim number 367 ("Claim No. 367") in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2024, the Debtors filed the *Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1374) (the "Motion"), which requested relief with respect to certain proofs of claim, including Claim No. 367.

**PLEASE TAKE FURTHER NOTICE** that, on March 8, 2024, Morton filed the *Objection of David Morton to Debtors' Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations* (ECF No. 1443) (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2024, with approval of the Court, the Debtors filed the *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1451), adjourning the Motion to the April 16, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, on April 9, 2024, with approval of the Court, the Debtors filed the *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1560), adjourning the Motion to the May 8, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2024, with approval of the Court, the Debtors filed the *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith* (ECF No. 1641), adjourning the Motion to the June 20, 2024 omnibus hearing at 10:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, on May 14, 2024, at the request of the Court, the Debtors filed the *Notice of Adjournment of the Hearing on Certain Motions to June 25, 2024* (ECF No. 1680), adjourning, *inter alia*, the Motion to the June 25, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby adjourn, without prejudice, the Motion solely with respect to Claim No. 367, to the July 16, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time). The deadline for the Debtors to file a reply, if any, solely with respect to the Objection is hereby extended to July 10, 2024 at 4:00 P.M. (prevailing Eastern time). For the avoidance of doubt, the hearing on all other claims subject to the Motion will proceed as scheduled on June 25, 2024 at 11:00 A.M. (prevailing Eastern time).

Dated: June 18, 2024
      New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*