# EXHIBIT A

Morrison Cohen LLP
Special Litigation and Enforcement Counsel for Debtors and Debtors-In-Possession

### Fee Summary for May 1, 2024 through May 31, 2024

| Timekeeper | Position | Department | Year Admitted to the NY Bar | Rate | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| Gottlieb, Jason P. | Partner | Digital Assets | 2002 | $1,400.00 | 0.7 | $980.00 |
| Isaacs, Daniel C. | Partner | Digital Assets | 2011 | $975.00 | 19.5 | $19,012.50 |
| Rosenblat, Heath D. | Partner | Bankruptcy, Restructuring & Governance | 2003 | $1000.00 | 0.1 | $100.00 |
| Siconolfi, Sally | Contract Attorney | Bankruptcy, Restructuring & Governance | 2005 | $650.00 | 7.3 | $4,745.00 |
| Roth, William I. | Associate | Digital Assets | 2017 | $770.00 | 2.2 | $1,694.00 |
| McGrath, Emma E. | Associate | Digital Assets | 2023 | $590.00 | 22.5 | $13,275.00 |

#13114516v1\030986\0001

| **Timekeeper** | **Position** | **Department** | **Year Admitted to the NY Bar** | **Rate** | **Billed Hours** | **Billed Amount** |
|---|---|---|---|---|---|---|
| Knox, Tukisha | Paralegal | Bankruptcy, Restructuring & Governance | n/a | $505.00 | 1.6 | $808.00 |
| Crawley, Brianna S. | Paralegal | Digital Assets | n/a | $250.00 | 0.2 | $50.00 |

#13114516v1\030986\0001

**EXHIBIT B**

**Fee Summary by Project Category for May 1, 2024 through May 31, 2024**

| Matter/Description | Hours | Amount |
|---|---|---|
| B110 Case Administration | 4.2 | $2,493.00 |
| B160 Fee/Employment Applications | 4.9 | $3,185.00 |
| B190 Litigation | 45.0 | $34,986.50 |
| **Total** | 54.1 | **$40,664.50** |

# EXHIBIT C

## Time Records for May 1, 2024 through May 31, 2024



| | | | |
|---|---|---|---|
| 030986 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 06/11/24 |
| | | INVOICE #: | 2229668 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

## FEE SUMMARY BY MATTER

| MATTER NAME | CLIENT-MATTER # | HOURS | $ AMOUNT |
|---|---|---|---|
| BANKRUPTCY MATTER | 030986-0001 | 9.00 | 5,653.00 |
| **GRAND TOTALS** | | **9.00** | **$ 5,653.00** |

## FEE SUMMARY BY TIMEKEEPER

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---|---|---|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 0.10 | 100.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 7.30 | 4,745.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 1.60 | 808.00 |
| **GRAND TOTALS** | | | **9.00** | **$ 5,653.00** |

**Morrison Cohen**

| | | | | |
|---|---|---|---|---|
| 030986 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | | DATE: | 06/11/24 |
| | | | INVOICE #: | 2229668 |

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---:|---:|---:|
| ROSENBLAT, HEATH D. | PARTNER | 1,000.00 | 0.10 | 100.00 |
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 2.40 | 1,560.00 |
| KNOX, TUKISHA | PARALEGALS | 505.00 | 1.60 | 808.00 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **4.10** | **2,468.00** |

**FEE TASK CODE: B160 / Fee/Employment Applications**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---:|---:|---:|
| SICONOLFI, SALLY | ASSOCIATE | 650.00 | 4.90 | 3,185.00 |
| **TOTALS FOR TASK CODE: B160  Fee/Employment Applications** | | | **4.90** | **3,185.00** |
| | **GRAND TOTALS** | | **9.00** | **$ 5,653.00** |

| | | |
|---|---|---:|
| TOTAL BALANCE DUE FOR THIS PERIOD | $ | 5,653.00 |



| 030986-0001 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO BANKRUPTCY MATTER | DATE: 06/11/24 INVOICE #: 2229668 |
|---|---|---|

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 05/03/24 | TMK | CHECK DOCKET FOR OBJECTIONS (.2); EMAIL TO S. SICONOLFI REGARDING OPEN ITEMS (.1). | 0.20 | 101.00 |
| 05/20/24 | SSI | TALK TO LITIGATORS REGARDING STATUS OF THEIR MATTERS. | 2.20 | 1,430.00 |
| 05/21/24 | SSI | EMAILS TO PARTIES REGARDING RECENT FILING. | 0.20 | 130.00 |
| 05/21/24 | TMK | EMAIL TO/FROM S. SICONOLFI REGARDING FILING (.1); PROOF AND REVISE EXHIBITS (.4); FILE DOCUMENTS (.3); EMAIL TO/FROM SERVICE AGENT AND FOLLOW-UP WITH S. SICONOLFI AND H. ROSENBLAT WITH OBJECTION DEADLINE (.2). | 1.00 | 505.00 |
| 05/22/24 | TMK | PREPARE AND FILE CERTIFICATE OF SERVICE. | 0.40 | 202.00 |
| 05/29/24 | HDR | E-MAILS TO/FROM C. RIBERIO REGARDING OPEN ITEMS. | 0.10 | 100.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **4.10** | **2,468.00** |
| **TASK CODE B160 Fee/Employment Applications** | | | | |
| 05/20/24 | SSI | DRAFT, REVIEW, AND REVISE MONTHLY FEE STATEMENT AND RELATED EXHIBITS. | 3.20 | 2,080.00 |
| 05/21/24 | SSI | REVIEW AND FINALIZE MONTHLY FEE STATEMENT. | 1.70 | 1,105.00 |
| | | **TOTAL TASK CODE B160 Fee/Employment Applications** | **4.90** | **3,185.00** |
| | | **TOTAL FEES SERVICES** | **$** | **5,653.00** |

# Morrison Cohen

030986         GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO         DATE:      06/11/24
                                                                INVOICE #: 2229668

| | | | |
|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | $ | **5,653.00** |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| HEATH D. ROSENBLAT | 0.10 | 1,000.00 | 100.00 |
| SALLY SICONOLFI | 7.30 | 650.00 | 4,745.00 |
| TUKISHA KNOX | 1.60 | 505.00 | 808.00 |
| **TOTAL FEES** | **9.00** | | **5,653.00** |

| | | | |
|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | $ | **5,653.00** |



| | | | |
|---|---|---|---|
| 030986 | GENESIS GLOBAL CAPITAL, LLC, GENESIS GLO | DATE: | 06/11/24 |
| | | INVOICE #: | 2229668 |

### WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |





| 030983 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 06/11/24 |
|---|---|---|---|---|
| | | | INVOICE #: | 2229669 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

## FEE SUMMARY BY MATTER

| **MATTER NAME** | **CLIENT-MATTER #** | **HOURS** | **$ AMOUNT** |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 030983-0001 | 1.10 | 1,110.00 |
| ▇▇▇▇▇▇▇▇▇ | 030983-0017 | 44.00 | 33,901.50 |
| **GRAND TOTALS** | | **45.10** | **$ 35,011.50** |

## FEE SUMMARY BY TIMEKEEPER

| **NAME** | **TITLE** | **HOURLY RATE** | **HOURS** | **$ AMOUNT** |
|---|---|---|---|---|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 0.70 | 980.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 19.50 | 19,012.50 |
| MCGRATH, EMMA E. | ASSOCIATE | 590.00 | 22.50 | 13,275.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 2.20 | 1,694.00 |
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.20 | 50.00 |
| **GRAND TOTALS** | | | **45.10** | **$ 35,011.50** |

# Morrison Cohen

| | | | | | |
|---|---|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | | | DATE: | 06/11/24 |
| | | | | INVOICE #: | 2229669 |

## FEE SUMMARY BY TASK CODE & TIMEKEEPER

**FEE TASK CODE: B110 / Case Administration**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---:|---:|---:|
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.10 | 25.00 |
| **TOTALS FOR TASK CODE: B110  Case Administration** | | | **0.10** | **25.00** |

**FEE TASK CODE: B190 / Litigation**

| NAME | TITLE | HOURLY RATE | HOURS | $ AMOUNT |
|---|---|---:|---:|---:|
| GOTTLIEB, JASON | PARTNER | 1,400.00 | 0.70 | 980.00 |
| ISAACS, DANIEL C. | PARTNER | 975.00 | 19.50 | 19,012.50 |
| MCGRATH, EMMA E. | ASSOCIATE | 590.00 | 22.50 | 13,275.00 |
| ROTH, WILL | ASSOCIATE | 770.00 | 2.20 | 1,694.00 |
| CRAWLEY, BRIANNA S. | PARALEGALS | 250.00 | 0.10 | 25.00 |
| **TOTALS FOR TASK CODE: B190  Litigation** | | | **45.00** | **34,986.50** |
| **GRAND TOTALS** | | | **45.10** | **$ 35,011.50** |

## SUMMARY OF DISBURSEMENTS BY MATTER & TYPE

| MATTER NAME | CLIENT-MATTER # | TYPE | $ AMOUNT |
|---|---|---|---:|
| ███████ | 030983-0001 | ELECTRONIC DATA STORAGE | 2,508.92 |
| | 030983-0017 | ELECTRONIC DATA STORAGE | 16.00 |
| | **GRAND TOTALS** | | **$ 2,524.92** |

| | |
|---|---:|
| TOTAL BALANCE DUE FOR THIS PERIOD | $ 37,536.42 |



| 030983-0001 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 06/11/24 |
|---|---|---|---|---|
| | | | INVOICE #: | 2229669 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| **TASK CODE B110 Case Administration** | | | | |
| 05/17/24 | BSC | REVIEWED AND DOCKETED CONFIDENTIALITY STIPULATION. | 0.10 | 25.00 |
| | | **TOTAL TASK CODE B110 Case Administration** | **0.10** | **25.00** |
| **TASK CODE B190 Litigation** | | | | |
| 05/09/24 | JXG | EMAIL REGARDING PROTECTIVE ORDER. | 0.20 | 280.00 |
| 05/13/24 | JXG | EMAIL WITH D. LAVERNE REGARDING DRAFT PROTECTIVE ORDER. | 0.10 | 140.00 |
| 05/17/24 | WIR | CORRESPONDENCE REGARDING DISCOVERY. | 0.30 | 231.00 |
| 05/20/24 | JXG | EMAIL REGARDING STIP & ORDER & LETTER TO REGULATOR | 0.20 | 280.00 |
| 05/31/24 | WIR | CORRESPONDENCE REGARDING DISCOVERY ITEMS. | 0.20 | 154.00 |
| | | **TOTAL TASK CODE B190 Litigation** | **1.00** | **1,085.00** |
| | | **TOTAL FEES SERVICES** | **$** | **1,110.00** |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| | ELECTRONIC DATA STORAGE | 2,508.92 |
| | **TOTAL DISBURSEMENTS** | **$ 2,508.92** |

# Morrison Cohen

| 030983 | GENESIS GLOBAL HOLDCO, LLC | | | DATE: | 06/11/24 |
| --- | --- | --- | --- | --- | --- |
| | | | | INVOICE #: | 2229669 |

| | | | | |
| --- | --- | --- | --- | --- |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | $ | **3,618.92** |

| ATTORNEY | HOURS | RATE | VALUE | |
| --- | --- | --- | --- | --- |
| JASON GOTTLIEB | 0.50 | 1,400.00 | 700.00 | |
| WILLIAM ROTH | 0.50 | 770.00 | 385.00 | |
| BRIANNA S. CRAWLEY | 0.10 | 250.00 | 25.00 | |
| **TOTAL FEES** | **1.10** | | **1,110.00** | |

| | | | | |
| --- | --- | --- | --- | --- |
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | $ | **3,618.92** |


# Morrison Cohen

| 030983-0017 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 06/11/24 |
| | | INVOICE #: | 2229669 |

DIANA KIM
ANDREW SULLIVAN
GENESIS GLOBAL TRADING, INC.
175 GREENWICH STREET, 38TH FLOOR
NEW YORK, NY 10007

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| **TASK CODE B190 Litigation** | | | | |
| 05/01/24 | EEM | CONTINUING GENESIS DOCUMENT REVIEW FOCUSING ON COMMUNICATIONS ▮▮▮ | 2.80 | 1,652.00 |
| 05/02/24 | EEM | FINSHING GENESIS DOCUMENT REVIEW FOCUSING ON ▮▮▮ | 2.70 | 1,593.00 |
| 05/03/24 | EEM | DRAFTING UPDATE OF DOCUMENT REVIEW (.2); COMMUNICATIONS WITH D ISAACS AND W ROTH REGARDING SAME (.1). | 0.30 | 177.00 |
| 05/03/24 | WIR | ATTENTION TO RULE 45 SUBPOENA RESPONSE. | 0.30 | 231.00 |
| 05/06/24 | BSC | REVIEWED AND DOCKETED MOTION TO WITHDRAW AS ATTORNEY. | 0.10 | 25.00 |
| 05/07/24 | EEM | CORRESPONDENCE REGARDING NEW SAVED SEARCH TO REVIEW ▮▮▮. | 0.10 | 59.00 |
| 05/08/24 | EEM | REVIEWING ▮▮▮ AS PART OF GENESIS DOCUMENT REVIEW FOR REGULATOR SUBPOENA. | 2.10 | 1,239.00 |
| 05/09/24 | EEM | DRAFT UPDATE FOR D. ISAACS REGARDING STATUS OF GENESIS DOC REVIEW AND OUTSTANDING QUESTIONS. | 0.50 | 295.00 |
| 05/09/24 | EEM | CONTINUING TO REVIEW ▮▮▮ AS PART OF GENESIS DOCUMENT REVIEW FOR REGULATOR SUBPOENA. | 0.90 | 531.00 |
| 05/13/24 | EEM | FINALIZING TAGGING OF ▮▮▮ FOR INITIAL REVIEW OF GENESIS DOCUMENTS. | 0.80 | 472.00 |
| 05/14/24 | WIR | ATTENTION TO DISCOVERY ISSUES AND FOLLOW-UP ON SAME. | 0.30 | 231.00 |
| 05/14/24 | DCI | M&C PREPARATION (.8); ANALYZE DOCUMENTS AND POTENTIAL RESPONSES TO SUBPOENA (1.6). | 2.40 | 2,340.00 |
| 05/14/24 | EEM | MEET AND CONFER WITH THE REGULATOR REGARDING SUBPOENA REQUESTS (.5); FOLLOW-UP CALL WITH D ISAACS REGARDING SAME (.3); FOLLOW-UP REGARDING CALL NOTES (.2). | 1.00 | 590.00 |



| 030983 | GENESIS GLOBAL HOLDCO, LLC | | DATE: | 06/11/24 |
|---|---|---|---|---|
| | | | INVOICE #: | 2229669 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/24 | EEM | FOLLOW UP MEETING WITH REGULATOR REGARDING SUBPOENA REQUESTS. | 0.50 | 295.00 |
| 05/15/24 | DCI | M&C WITH REGULATORS (.5); ANALYSIS REGARDING SAME (.8) ; LEGAL RESEARCH REGARDING ▮▮▮ (1.2); ANALYZE STRATEGY (.7). | 3.20 | 3,120.00 |
| 05/15/24 | EEM | RESEARCH REGARDING ▮▮▮ (1.3); SENDING SUMMARY OF RESEARCH TO D ISAACS (.4). | 1.70 | 1,003.00 |
| 05/15/24 | JXG | EMAIL REGARDING PROTECTIVE ORDER FOR SIGNATURE. | 0.10 | 140.00 |
| 05/16/24 | JXG | EMAIL WITH D. LAVERNE REGARDING COVER LETTER & PROTECTIVE ORDER. | 0.10 | 140.00 |
| 05/16/24 | WIR | CORRESPONDENCE REGARDING RULE 45 SUBPOENA AND RELATED DOCUMENT REVIEW. | 0.20 | 154.00 |
| 05/16/24 | EEM | CREATING NEW EXCEL WITH CUSTODIAN COLLECTION INFO (.6); ▮▮▮ CHECKING CDS SEARCHES (.5). | 2.30 | 1,357.00 |
| 05/16/24 | DCI | REVIEW DOCUMENTS TO ANALYZE RESPONSE TO SUBPOENA. | 0.80 | 780.00 |
| 05/17/24 | DCI | ANALYSIS OF ▮▮▮ (4.9); CORR. WITH CLEARY REGARDING SAME (.9). | 5.80 | 5,655.00 |
| 05/17/24 | EEM | MEETING WITH A SULLIVAN AND D ISAACS REGARDING ▮▮▮ (.4); FOLLOW-UP WORK REGARDING SAME (.5). | 0.90 | 531.00 |
| 05/19/24 | DCI | CORR. WITH VENDOR REGARDING SEARCHES. | 0.20 | 195.00 |
| 05/20/24 | DCI | CONF. WITH CLEARY REGARDING RESPONSE TO SUBPOENA (.3); ANALYSIS REGARDING SAME (1.1) | 1.40 | 1,365.00 |
| 05/21/24 | DCI | CONF. WITH TEAM REGARDING ▮▮▮ (.5); ATTENTION TO DOCUMENT SEARCHES AND SEARCH PROTOCOL (.8). | 1.30 | 1,267.50 |
| 05/21/24 | EEM | MEETING WITH D ISAACS AND W ROTH TO DISCUSS DOC REVIEW FOR ▮▮▮ DOCUMENTS. | 0.50 | 295.00 |
| 05/21/24 | WIR | TEAM MEETING REGARDING SUBPOENA RESPONSE. | 0.50 | 385.00 |



| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 06/11/24 |
|---|---|---|---|
| | | INVOICE #: | 2229669 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2024**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/22/24 | EEM | PRELIMINARY REVIEW OF A SAMPLE OF RESPONSIVE DOCUMENTS (.8); DRAFTING EMAIL TO D ISAACS REGARDING ▓▓▓ (.3). | 1.10 | 649.00 |
| 05/22/24 | EEM | CALL WITH D ISAACS REGARDING ▓▓▓ | 0.20 | 118.00 |
| 05/22/24 | DCI | CORR. WITH VENDOR REGARDING SEARCHES (.4); ANALYSIS OF POTENTIAL SEARCH PROTOCOL (.8). | 1.20 | 1,170.00 |
| 05/23/24 | EEM | DISCUSSION WITH D ISAACS ABOUT ▓▓▓ | 0.30 | 177.00 |
| 05/23/24 | EEM | REVIEWING TEST BATCH ▓▓▓ (.8); DRAFTING EMAIL TO D ISAAC WITH QUESTIONS REGARDING SAME (.5). | 1.30 | 767.00 |
| 05/23/24 | DCI | DISCUSSION WITH JG AND EM REGARDING ▓▓▓ (.5); CORR. WITH CLIENT REGARDING ▓▓▓ (.9). | 1.40 | 1,365.00 |
| 05/24/24 | DCI | ANALYZE RESPONSE TO REGULATOR. | 0.40 | 390.00 |
| 05/28/24 | DCI | ANALYSIS REGARDING ▓▓▓. | 0.80 | 780.00 |
| 05/28/24 | EEM | ONGOING DOCUMENT REVIEW PERTAINING TO REGLAUTOR SUBPOENA. | 2.50 | 1,475.00 |
| 05/29/24 | DCI | ANALYZE REVIEW ▓▓▓ | 0.60 | 585.00 |
| 05/30/24 | WIR | ATTENTION TO SUBPOENA RESPONSE. | 0.40 | 308.00 |
| | **TOTAL TASK CODE B190 Litigation** | | **44.00** | **33,901.50** |
| | **TOTAL FEES SERVICES** | | **$** | **33,901.50** |

| DISBURSEMENTS: | | VALUE |
|---|---|---|
| ELECTRONIC DATA STORAGE | | 16.00 |
| TOTAL DISBURSEMENTS | $ | 16.00 |

# Morrison Cohen

| | | | | | |
|---|---|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | | | DATE: | 06/11/24 |
| | | | | INVOICE #: | 2229669 |

| | | | | |
|---|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | $ | 33,917.50 |

| ATTORNEY | HOURS | RATE | VALUE |
|---|---|---|---|
| JASON GOTTLIEB | 0.20 | 1,400.00 | 280.00 |
| DANIEL C. ISAACS | 19.50 | 975.00 | 19,012.50 |
| WILLIAM ROTH | 1.70 | 770.00 | 1,309.00 |
| EMMA E. MCGRATH | 22.50 | 590.00 | 13,275.00 |
| BRIANNA S. CRAWLEY | 0.10 | 250.00 | 25.00 |
| **TOTAL FEES** | **44.00** | | **33,901.50** |

| | | | | |
|---|---|---|---|---|
| **TOTAL BALANCE DUE FOR THIS PERIOD** | | | $ | 33,917.50 |



| | | | |
|---|---|---|---|
| 030983 | GENESIS GLOBAL HOLDCO, LLC | DATE: | 06/11/24 |
| | | INVOICE #: | 2229669 |

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank Name: | HSBC |
| Bank Address: | 452 Fifth Avenue<br>New York, NY 10018 |
| | *(Please note that the Bank Address may vary, but as long as the ABA Number and Account Number shown below are entered correctly, we will receive the wire.)* |
| ABA Number: | 021 001 088 |
| SWIFT Code (Only for International Wire): | MRMDUS33 |
| Account Number: | 610-044460 |
| Account Name: | Morrison Cohen LLP<br>Operating Account |
| Account Address: | 909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Special Instructions: | Please reference Client Name and/or Client Number |

## EXHIBIT D

### Summary of Expenses for May 1, 2024 through May 31, 2024

| Expense Category | Total Expenses |
|---|---:|
| Relativity Hosting Fee | $2,524.92 |
| **Grand Total Expenses** | **$2,524.92** |

## EXHIBIT E

## Summary of Expenses for May 1, 2024 through May 31, 2024

**Relativity Hosting Fee**

05/31/2024       Relativity Hosting May 2024 – 030983-0001 - $2,508.92

05/31/2024       Relativity Hosting May 2024 – 030983-0017 - $16.00