**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Tukisha Knox, certify that on the 20th day of June 2024, I caused the *Notice Of Sixteenth Fee Statement That Occurred In The Fourth Fee Application Period Of Morrison Cohen LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors And Debtors-In-Possession For The Period From May 1, 2024 Through May 31, 2024* with Exhibits ("**Sixteenth Fee Statement**") [ECF. No. 1785] to be filed electronically *via* the Case Management/Electronic Case Filing System ("**CM/ECF**") for the United States Bankruptcy Court for the Southern District of New York, which in turn caused a Notice of Electronic Filing to be sent to all registered users thereof. Additionally, parties to the above-captioned action may access the above-listed filing through CM/ECF or at the Debtors' case website managed by the noticing and claims agent located at (https://restructuring.ra.kroll.com/genesis/).

In addition, on June 20, 2024, an unredacted copy of **Exhibit C** to the Eleventh Fee Statement was sent via electronic mail to Greg Zipes, Esq. (greg.zipes@usdoj.gov), Arianna Pretto-Sankman (arianna@genesistrading.com), Sean A. O'Neal, Esq. (soneal@cgsh.com), and Jane VanLare, Esq. (jvanlare@cgsh.com).

/s/ Tukisha Knox
Tukisha Knox

---

[1] The debtors and debtors-in-possession (collectively, "**Debtors**") in the above-captioned jointly-administered cases ("**Chapter 11 Cases**") are: (i) Genesis Global Holdco, LLC (8219); (ii) Genesis Global Capital, LLC (8564); and (iii) Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, New York 10007.

#13117144v1\030986\0001