PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550

*Counsel to the Ad Hoc Group of Genesis Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*, | Case No. 23-10063 (SHL) |
| Debtors.[1] | Jointly Administered |

**SUPPLEMENT TO STATEMENT OF THE AD HOC GROUP OF
GENESIS LENDERS IN SUPPORT OF REIMBURSEMENT OF
ACTUAL, NECESSARY FEES AND EXPENSES INCURRED IN
MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable) are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (9564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

The Ad Hoc Group of Genesis Lenders (the "Ad Hoc Group") hereby submits this supplement (this "Supplement") to the *Statement of the Ad Hoc Group of Genesis Lenders in Support of Reimbursement of Actual, Necessary Fees and Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases* [ECF No. 1747] (the "Statement"), filed on June 7, 2024, pursuant to this Court's *Memorandum of Decision*, dated May 17, 2024 (the "Memorandum Decision") [ECF No. 1691].[2] The Ad Hoc Group respectfully states as follows:

1. On May 17, 2024, this Court entered the Memorandum Decision, overruling objections to confirmation of the Plan and finding that the Ad Hoc Group had made a substantial contribution to the Chapter 11 Cases. *Memorandum Decision* at 128. However, the Court indicated that it did "not have a sufficient record to determine what fees were incurred for services that benefitted the entire case, as compared with the fees incurred solely for the parochial interests of the specific creditor" and directed parties seeking a finding of substantial contribution to "submit evidence of its fees incurred in making a substantial contribution, together with an explanation of the tasks for which it is seeking compensation." *Id*. The Court also directed the U.S. Trustee to respond (a "Response"), by June 21, 2024, with a "detailed statement of its position on the requests, including a detailed list of any tasks (and related compensation) that it contests and why." *Id.*

2. On June 7, 2024, pursuant to the Memorandum Decision, counsel to the Ad Hoc Group filed the Statement. Since the filing of the Statement, counsel to the Ad Hoc Group has met and conferred with the U.S. Trustee regarding its review of the Statement and any potential Response the U.S. Trustee may determine to file pursuant to the Memorandum Decision.

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Memorandum Decision.

3. After meeting and conferring, and in resolution of the U.S. Trustee's potential Response to the Statement, counsel to the Ad Hoc Group has agreed to waive entitlement to reimbursement of fees incurred in the amount of $75,000.00 prior to May 31, 2024.

4. The Ad Hoc Group respectfully requests that the Court (a) authorize reimbursement of the Ad Hoc Group Restructuring Expenses in the modified amount of (i) $11,234,492.32 in Ad Hoc Group Restructuring Expenses incurred through May 31, 2024 and (ii) when incurred, Ad Hoc Group Restructuring Expenses incurred through the Effective Date and (b) grant such other and further relief as is just.

Dated: June 20, 2024
      New York, New York

**PROSKAUER ROSE LLP**

*/s/ Brian S. Rosen*
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: brosen@proskauer.com

-and-

Jordan E. Sazant
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

*Counsel to the Ad Hoc Group of Genesis Lenders*