CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>                        Plaintiff,<br>v.<br><br>Digital Currency Group, Inc.<br><br>                        Defendant. | Adv. Pro. No. 23-01168 (SHL) |
| Genesis Global Capital, LLC,<br><br>                        Plaintiff,<br>v.<br><br>DCG International Investments Ltd.<br><br>                        Defendant. | Adv. Pro. No. 23-01169 (SHL) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

# AGENDA FOR HEARING TO BE HELD
# JUNE 25, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)

| | |
|---|---|
| **Date and Time of Hearing:** | June 25, 2024, at 11:00 A.M. (Prevailing Eastern Time) |
| **Location of Hearing:** | Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The June 25 hearing will be conducted through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the June 25 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the June 25 Hearing to those parties who have made an electronic appearance. |
| | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website. |

## AGENDA FOR JUNE 25 HEARING

**Matters to be Heard at June 25 Hearing:**

**I. Status Update**

1. **Ad Hoc Group of Dollar Lenders 503(b) Motion:** *Application of the Ad Hoc Group of Dollar Lenders for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases.* ECF No. 1745.

   i. **Related Pleadings:**

   a. *Supplement to the Application of the Ad Hoc Group of Dollar Lenders for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and*

2

     *Actual, Necessary Expenses in Making a Substantial Contribution to These Cases.* ECF No. 1767.

   b. *Supplement to the Application of the Ad Hoc Group of Dollar Lenders for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases.* ECF No. 1769.

   c. *The Ad Hoc Group of Dollar Lenders for Entry of an Order Authorizing Redaction and Filing of Certain Information Under Seal in Connection with Statement in Support of Reimbursement of Actual, Necessary Fees and Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases.* ECF No. 1770.

 ii. **Status:** The U.S. Trustee will provide an update at the Hearing.

2. **Ad Hoc Group of Genesis Lenders 503(b) Statement:** *Statement of the Ad Hoc Group of Genesis Lenders in Support of Reimbursement of Actual, Necessary Fees and Expenses Incurred and Making a Substantial Contribution in These Chapter 11 Cases.* ECF No. 1747.

 i. **Related Pleadings:**

   a. *Motion of the Ad Hoc Group for Entry of an Order Authorizing Redaction and Filing of Certain Information Under Seal in Connection with Statement in Support of Reimbursement of Actual, Necessary Fees and Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases.* ECF No. 1748.

   b. *Supplement to Statement of the Ad Hoc Group of Genesis Lenders in Support of Reimbursement of Actual, Necessary Fees and Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases.* ECF No. 1788.

 ii. **Status:** The U.S. Trustee will provide an update at the Hearing.

## II. Uncontested Matters

1. **Setoff Motion:** *Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1374.

 i. **General Response Deadline:** March 8, 2024 at 4:00 P.M. (Prevailing Eastern Time)

 ii. **Responses:**

   a. *Objection of Chainview Capital Fund, LP to Debtors' Motion for (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1442.

      b. *Objection of David Morton to Debtors' Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations.* ECF No. 1443.

   iii. **Related Pleadings:**

      a. *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1451.

      b. *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1560.

      c. *Notice of Further Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1641.

      d. *Notice of Adjournment of the Hearing on Certain Motions to June 25, 2024.* ECF No. 1680.

      e. *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith Solely with Respect to Claim No. 351.* ECF No. 1765.

      f. *Notice of Adjournment of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith Solely with Respect to Claim No. 367.* ECF No. 1776.

      g. *Debtors' Reply in Support of Debtors' Motion (I) for Relief from Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith.* ECF No. 1779.

   iv. **Status:** A proposed order has been filed and the matter is going forward with respect to all claims except for Claim Nos. 351 and 367, which have been adjourned to July 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

2. **Anonymous Claimant Settlement Agreement:** *Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with a Claimant and (II) Granting Related Relief.* ECF No. 1740.

   i. **General Response Deadline:** June 18, 2024 at 4:00 P.M. (Prevailing Eastern Time)

   ii. **No Objections**

   iii. **Related Pleadings:**

4

      a. *Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1315.

      b. *Claimant's Response and Reservation of Rights to Debtors' Twenty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1643.

      c. *Notice of Presentment of Scheduling Order and Stipulation and Agreed Order for Estimation of a Claim Solely for the Purpose of Determining Reserves Pursuant to the Debtors' Amended Joint Chapter 11 Plan.* ECF No. 1694.

      d. *Notice of Suspension of Stipulation and Order Solely with Regard to the Schedule.* ECF No. 1749.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

3. **Thirty-First Omnibus Claims Objection:** *Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Duplicate).* ECF No. 1706.

    i. **General Response Deadline:** June 14, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

4. **Thirty-Second Omnibus Claims Objection:** *Debtors' Thirty-Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability).* ECF No. 1707.

    i. **General Response Deadline:** June 14, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

5. **Thirty-Third Omnibus Claims Objection:** *Debtors' Thirty-Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Satisfied).* ECF No. 1708.

    i. **General Response Deadline:** June 14, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

      **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

6. **Thirty-Fourth Omnibus Claims Objection:** *Debtors' Thirty-Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify).* ECF No. 1709.

    i. **General Response Deadline:** June 14, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **No Related Pleadings**

    iv. **Status:** A proposed order has been filed and the matter is going forward.

7. **Thirty-Fifth Omnibus Claims Objection:** *Debtors' Thirty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Late Filed).* ECF No. 1710.

    i. **General Response Deadline:** June 14, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

       a. *Notice of Withdrawal of the Debtors' Thirty-Fifth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Late Filed) Solely with Respect to Claim No. 636.* ECF No. 1726.

    iv. **Status:** A proposed order has been filed and the matter is going forward, with respect to all claims except for Claim No. 636.

8. **Objection to Claim No. 411:** *Debtors' Objection (Non-Substantive) to Claim No. 411 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow).* ECF No. 1551.

    i. **General Response Deadline:** April 26, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings:**

       a. *Notice of Adjournment of Debtors' Objection (Non-Substantive) to Claim No. 411 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (Modify and Allow).* ECF No. 1665.

       b. *Notice of Adjournment of the Hearing on Certain Motions to June 25, 2024.* ECF No. 1680.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

**III. Contested Matters**

6

1. **Twenty-Eighth Omnibus Claims Objection:** *Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation).* ECF No. 1548.

    i. **General Response Deadline:** April 26, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **Responses:**

        a. *Claimant TAFL's Response to Debtors' Non-Substantive Objection to Claim Nos. 323, 324, 325, 468, 488, and 502.* ECF No. 1735.

    iii. **Related Pleadings:**

        a. *Notice of Adjournment of Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation).* ECF No. 1616.

        b. *Notice of Adjournment of the Hearing on Certain Motions to June 25, 2024.* ECF No. 1680.

        c. *Statement of the Foreign Representatives of Three Arrows Capital, Ltd.'s (In Liquidation) in Support of the Genesis Debtors' Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007.* ECF No. 1778.

        d. *Debtors' Reply in Support of the Twenty-Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability and Insufficient Documentation).* ECF No. 1780.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

## IV. <u>Matters not Going Forward</u>

1. **CoinFlip Settlement Agreement:** *Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with GPD Holdings LLC d/b/a CoinFlip and (II) Granting Related Relief.* ECF No. 1593.

    i. **General Response Deadline:** May 1, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Objections**

    iii. **Related Pleadings**:

        a. *Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with GPD Holdings LLC d/b/a CoinFlip and (II) Granting Related Relief.* ECF No. 1660.

        b. *Notice of Adjournment of the Hearing on Certain Motions to June 25, 2024.* ECF No. 1680.

    **iv.**    **Status:** The Debtors have requested an adjournment of this matter to July 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

**V. Adversary Proceeding Matters not Going Forward**

1. **Pre-Trial Conference**: *Complaint against Digital Currency Group, Inc.* ECF No. 1, Adv. Pro. No. 23-01168.

    **i.**    **Related Pleadings:**

        a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 4, Adv. Pro. No. 23-01168.

        b. *Notice of Adjournment and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 29, Adv. Pro. No. 23-01168.

        c. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against Digital Currency Group, Inc.* ECF No. 30, Adv. Pro. No. 23-01168.

        d. *Notice of Adjournment of the Pre-Trial Conference on the Complaint Against Digital Currency Group, Inc.* ECF No. 34, Adv. Pro. No. 23-01168.

    **ii.**   **Status:** The pretrial conference has been adjourned to July 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

2. **Pre-Trial Conference**: *Complaint against DCG International Investments Ltd.* ECF No. 1, Adv. Pro. No. 23-01169.

    **i.**    **Related Pleadings:**

        a. *Notice of Voluntary Stay of Prosecution of Complaints Against Digital Currency Group, Inc. and DCG International Investments Ltd.* ECF No. 6, Adv. Pro. No. 23-01169.

        b. *Notice of Adjournment and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 29, Adv. Pro. No. 23-01169.

        c. *Notice of Adjournment of Hearing and Rescheduling of the Pretrial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 31, Adv. Pro. No. 23-01169.

        d. *Notice of Adjournment of the Pre-Trial Conference on the Complaint Against DCG International Investments, Ltd.* ECF No. 34, Adv. Pro. No. 23-01169.

      **ii.**    **Status:** The pretrial conference has been adjourned to July 16, 2024 at 11:00 A.M. (Prevailing Eastern Time).

| | |
|---|---|
| Dated: June 21, 2024<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Jane VanLare*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |