**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
:
In re: : Chapter 11
:
GENESIS GLOBAL HOLDCO, LLC, et al., : Case No. 23-10063 (SHL)
:
Debtors[1]. : (Jointly Administered)
:
------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

    I, Libby B. Ro, do hereby certify that I am over the age of 18 and not a party to this action and that on the 21st day of June, 2024, I did cause to be served true and correct copies of the **Notice of Distribution to Gemini Lenders of Completion Digital Assets Resulting in 100% in Kind Distributions to Gemini Lenders** (ECF No. 1791) on the parties listed on Exhibit A hereto by email, where such parties' email addresses were provided, and by overnight delivery on all other parties listed thereto.

    I further certify under penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2024
New York, New York

                                                   By: */s/ Libby B. Ro*
                                                            Libby B. Ro

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R) (collectively, the "Debtors" or "Genesis"). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**Exhibit A**

In re: Genesis Global Holdco, LLC, *et al.*
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | benjamin.mintz@arnoldporter.com; marcus.asner@arnoldporter.com; justin.imperato@arnoldporter.com |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem | 60 East 42nd Street, 46th Floor | | New York | NY | 10165 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com; mudem@askllp.com |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak | 1700 Farnam St. Ste. 1500 | | Omaha | NE | 68102 | | 402-636-8317 | 402-344-0588 | jhollembeak@bairdholm.com |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Kenneth J. Aulet | Seven Times Square | | New York | NY | 10036 | | 212-209-4800 | | kaulet@brownrudnick.com |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Matthew A. Sawyer | One Financial Center | | Boston | MA | 02111 | | 617-856-8200 | 617-856-8201 | msawyer@brownrudnick.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 147 | White Plains | NY | 10601 | | | | |
| Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2314 | | jmassey@cgsh.com |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver, Rishi Zutshi, Thomas S. Kessler, Brad Lenox, David Z. Schwartz, Deandra Fike, Katharine Ross | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000; 212-225-2593 | 212-225-3999 | soneal@cgsh.com; jvanlare@cgsh.com; hokim@cgsh.com; mdweinberg@cgsh.com; rminott@cgsh.com; cribeiro@cgsh.com; lbarefoot@cgsh.com; aweaver@cgsh.com; rzutshi@cgsh.com; tkessler@cgsh.com; blenox@cgsh.com; dschwartz@cgsh.com; dfike@cgsh.com; kross@cgsh.com |
| Counsel to Grayscale Investments, LLC | Davis Polk & Wardwell LLP | Attn: Benjamin S. Kaminetzky, Brett M. McMahon, Jacquelyn S. Knudson | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | Genesis.notices@davispolk.com |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Andrew Sullivan | 175 Greenwich Street | Floor 38 | New York | NY | 10007 | | | | asullivan@genesistrading.com |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman | 500 W. Madison St., Ste. 3700 | | Chicago | IL | 60661 | | 312-606-3200 | 312-606-3232 | ahammer@hmblaw.com; ndelman@hmblaw.com; ecfnotices@hmblaw.com |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin, Erin Diers | One Battery Park Plaza | | New York | NY | 10004 | | 212-837-6000 | 212-422-4726 | anson.frelinghuysen@hugheshubbard.com; dustin.smith@hugheshubbard.com; jeff.margolin@hugheshubbard.com; erin.diers@hugheshubbard.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | mimi.m.wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | mimi.m.wong@irscounsel.treas.gov |
| Counsel to GPD Holdings LLC d/b/a CoinFlip | K&L GATES LLP | Attn: Carly S. Everhardt | 200 S. Biscayne Boulevard | Suite 3900 | Miami | FL | 33131 | | 305-539-3300 | 305-358-7095 | carly.everhardt@klgates.com |
| Counsel to GPD Holdings LLC d/b/a Coinflip | K&L Gates LLP | Attn: Robert T. Honeywell | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4863 | | Robert.Honeywell@klgates.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi | 800 Third Avenue, 38th Floor | | New York | NY | 10022 | | 212-687-1980 | 212-687-7714 | jcampisi@kaplanfox.com |
| Counsel to Creditor | Katten Muchin Rosenman LLP | Attn: Patrick M. Smith | 525 West Monroe Street | | Chicago | IL | 60661-3693 | | 312-902-5393 | | patrick.smith@katten.com |
| Counsel to Creditor | Katten Muchin Rosenman LLP | Attn: Steven Reisman, Shaya Rochester, Julia Mosse | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | | 212-940-8700; 212-940-8529; 212-940-7010 | | sreisman@katten.com; shaya.rochester@katten.com; julia.mosse@katten.com |

In re: Genesis Global Holdco, LLC, *et al.*
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Foundry Digital LLC | Kilpatrick Townsend & Stockton LLP | Attn: Aaron L. Hammer, Nathan E. Delman | 500 W. Madison St., Ste. 3700 | | Chicago | IL | 60661 | | 312-606-3200 | 312-606-3232 | ahammer@ktslaw.com; ndelman@ktslaw.com; ecfnotices@ktslaw.com |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | joshua.sussberg@kirkland.com; christopher.marcus@kirkland.com |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte | 800 Third Avenue | | New York | NY | 10022 | | 212-488-1200 | 212-488-1220 | Danielle.Rose@kobrekim.com; Daniel.Saval@kobrekim.com; John.Conte@kobrekim.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman, Christine Porter, & Herb Baer | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | | 212-257-5450 | 646-536-2810 | genesisteam@ra.kroll.com; serviceqa@ra.kroll.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Nacif Taousse, Marissa Alter-Nelson | 1271 Avenue of the Americas | | New York | NY | 10020 | | 212-906-1200 | 212-751-4864 | adam.goldberg@lw.com; chris.harris@lw.com; nacif.taousse@lw.com; marissa.alter-nelson@lw.com |
| Counsel to Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Eric R. Swibel | 330 North Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 | eric.swibel@lw.com |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda, Sarah F. Mitchell, Emily R. Orman | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | | 213-485-1234 | 213-891-8763 | nima.mohebbi@lw.com; tiffany.ikeda@lw.com; sarah.mitchell@lw.com; emily.orman@lw.com |
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel | 875 Third Avenue, 9th Floor | | New York | NY | 10022 | | 212-603-6300 | 212-956-2164 | fringel@leechtishman.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com; abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Darren Azman, Joseph B. Evans, Lucas Barrett | One Vanderbilt Avenue | | New York | NY | 10017-3852 | | 212-547-5400 | 212-547-5444 | dazman@mwe.com; jbevans@mwe.com; lbarrett@mwe.com |
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Gregg Steinman | 333 SE 2nd Avenue | Suite 4500 | Miami | FL | 33131-2184 | | 305-329-4473 | 305-503-8805 | gsteinman@mwe.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street | Suite 1401 | Newark | NJ | 07102 | | 973-565-2183 | 973-622-5314 | jbernstein@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | 225 Liberty Street | 36th Floor | New York | NY | 10281 | | 973- 565-2048 | 212-483-9129 | nleonard@mdmc-law.com |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | 1300 Mt. Kemble Avenue | P.O. Box 2075 | Morristown | NJ | 07962-2075 | | 201-493-3709 | 973-425-0161 | vshea@mdmc-law.com |
| Counsel to BAO Family Holdings LLC | Medina Law Firm LLC | Attn: Eric S. Medina | 641 Lexington Avenue | Thirteenth Floor | New York | NY | 10022 | | 212-404-1742 | 888-833-9534 | emedina@medinafirm.com |
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb | 909 Third Avenue | 27th Floor | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | hrosenblat@morrisoncohen.com |
| Counsel to NYSOAG | New York State Office of the Attorney General | Attn: Gabriel Tapalaga | Investor Protection Bureau | 28 Liberty St., 21st Floor | New York | NY | 10005 | | 212-416-6177 | | gabriel.tapalaga@ag.ny.gov |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-318-3000 | 212-318-3400 | eric.daucher@nortonrosefulbright.com; victoria.corder@nortonrosefulbright.com; victoria.corder@nortonrosefulbright.com |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes | Alexander Hamilton Custom House | One Bowling Green, Suite 515 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | ustpregion02.nyecf@usdoj.gov; andy.velez-rivera@usdoj.gov; tara.tiantian@usdoj.gov; greg.zipes@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | krishansen@paulhastings.com; kenpasquale@paulhastings.com; isaacsasson@paulhastings.com |
| Counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation) | Pillsbury Winthrop Shaw Pittman LLP | Attn: John Pintarelli, Hugh M. McDonald, Patrick Fitzmaurice, Rahman Connelly | 31 West 52nd Street | | New York | NY | 10019 | | 212-858-1213; 212-858-1170; 212-858-1000; 212-858-1237 | 212-858-1500 | john.pintarelli@pillsburylaw.com; hugh.mcdonald@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com; rahman.connelly@pillsburylaw.com |

In re: Genesis Global Holdco, LLC, *et al.*
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | 302-252-0920 | | cward@polsinelli.com |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson | 600 Third Avenue, 42nd Floor | | New York | NY | 10016 | | 212-684-0199 | | jeremy.johnson@polsinelli.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | | brosen@proskauer.com vindelicato@proskauer.com mvolin@proskauer.com PDoyle@proskauer.com GSanchezTavarez@proskauer.com wdalsen@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant | 70 West Madison, Suite 3800 | | Chicago | IL | 60602 | | 312-962-3550 | | jsazant@proskauer.com |
| Counsel to Ad Hoc Group of Dollar Lenders | Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman | 7 Times Square | | New York | NY | 10036-6569 | | 212-421-4100 | 212-326-0806 | slieberman@pryorcashman.com msilverman@pryorcashman.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | 100 Pearl St. | Suite 20-100 | New York | NY | 10004-2616 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | | ashmead@sewkis.com kotwick@sewkis.com lotempio@sewkis.com matott@sewkis.com |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss | One Landmark Square, 15th Floor | | Stamford | CT | 06901 | | 203-325-4491 | 203-325-3769 | isloss@sgtlaw.com |
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg | 125 Turkey Lane | | Cold Spring Harbor | NY | 11724 | | 516-228-4280 | | |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com kranzleya@sullcrom.com jensenc@sullcrom.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | | | |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | jeffrey.oestericher@usdoj.gov lawrence.fogelman@usdoj.gov peter.aronoff@usdoj.gov linda.riffkin@usdoj.gov |
| Counsel to Digital Currency Group, Inc., Barry Silbert | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui, Jonathan Polkes, Caroline Zalka, Jenna Harris, Jennifer Lau | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | jeffrey.saferstein@weil.com ronit.berkovich@weil.com jessica.liou@weil.com furqaan.siddiqui@weil.com jonathan.polkes@weil.com caroline.zalka@weil.com jenna.harris@weil.com jennifer.lau@weil.com |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Josh Wesneski | 2001 M Street, NW, Suite 600 | | Washington | DC | 20036 | | 202-682-7248 | 202-857-0940 | joshua.wesneski@weil.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce | 111 South Wacker Drive | Suite 5100 | Chicago | IL | 60606 | | 312-881-5400 | 312-881-5450 | gregory.pesce@whitecase.com |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com philip.abelson@whitecase.com michele.meises@whitecase.com |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | dforman@willkie.com |

**In re: Genesis Global Holdco, LLC, *et al.***
Master Service List
Case No. 22-10063 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Donald Burke, Mark T. Stancil | 1875 K Street, N.W. | | Washington | DC | 20006 | | 202-303-1000 | 202-303-2000 | dburke@willkie.com; mstancil@willkie.com |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan | 156 West 56th Street | | New York | NY | 10019 | | 212-237-1000 | 212-262-1215 | jsullivan@windelsmarx.com |