CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>Digital Currency Group, Inc.<br><br>                      Defendant. | Adv. Pro. No. 24-01312 (SHL) |

**AGENDA FOR HEARING TO BE HELD
JUNE 28, 2024, AT 10:30 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**     June 28, 2024, at 10:30 A.M. (Prevailing Eastern Time)

**Location of Hearing:**     Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

of New York. The June 28 hearing will be hybrid and will be conducted in person and through Zoom for government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 P.M. (Prevailing Eastern Time) on the business day before the June 28 hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the June 28 hearing to those parties who have made an electronic appearance.

Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AGENDA FOR JUNE 28 HEARING

**Matters to be Heard at June 28 Hearing:**

I. **Uncontested Matters:**

1. **Motion to Seal:** *Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Debtors' Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a).* ECF No. 1619.

    i. **Response Deadline:** May 1, 2024 at 4:00 P.M. (Prevailing Eastern Time)

    ii. **No Responses**

    iii. **Related Pleadings:**

        a. *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a).* ECF No. 1618.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

II. **Contested Matters:**

1. **Motion to Dismiss Counterclaim:** *Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC.* Adv. Pro. ECF No. 14.

2

      **i.**    **Response Deadline:** May 16, 2024 at 11:59 P.M. (Prevailing Eastern Time)

      **ii.**    **Response:**

           a.  *Digital Currency Group, Inc.'s Opposition to Genesis Global Capital, LLC's Motion to Dismiss DCG's Counterclaim.*  Adv. Pro. ECF No. 26.

      **iii.**    **Related Pleadings:**

           a.  *Adversary Complaint.*  Adv. Pro. ECF No. 1.

           b.  *Answer and Affirmative Defenses of Digital Currency Group, Inc. to Genesis Global Capital, LLC's Adversary Complaint.*  Adv. Pro. ECF No. 5.

           c.  *Amended Answer, Affirmative Defenses, and Counterclaim of Digital Currency Group, Inc. Genesis Global Capital, LLC's Adversary Complaint.*  Adv. Pro. ECF No. 8.

           d.  *Scheduling Order.*  Adv. Pro. ECF No. 17.

           e.  *Letter Regarding In re Genesis Global Holdco, LLC, et al., Case No. 23-10063 (SHL) and Genesis Global Capital, LLC v. Digital Currency Group, Inc., 24-01312 (SHL).*  Adv. Pro. ECF No. 18.

           f.  *Proposed Scheduling Order.*  ECF No. 1651; Adv. Pro. ECF No. 22.

           g.  *Plaintiff's Reply in Support of (I) Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a) and (II) Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC.*  ECF No. 1700; Adv. Pro. ECF No. 28.

      **iv.**    **Status:** A proposed order has been filed and the matter is going forward.

2. **Motion to Estimate Counterclaim:** *Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a).*  ECF No. 1618.

      **i.**    **Response Deadline:** May 16, 2024 at 11:59 P.M. (Prevailing Eastern Time)

      **ii.**    **Response:**

           a.  *Digital Currency Group, Inc.'s Opposition to the Debtors' Motion to Estimate DCG's Counterclaim Under Bankruptcy Code Sections 502(c) and 105(a).*  ECF No. 1688.

      **iii.**    **Related Pleadings:**

           a.  *Proposed Scheduling Order.*  ECF No. 1651; Adv. Pro. ECF No. 22.

           b.  *Plaintiff's Reply in Support of (I) Motion to Estimate DCG's Counterclaim Against the Debtors Under Bankruptcy Code Sections 502(c) and 105(a)*

    *and (II) Motion to Dismiss Counterclaim Against Genesis Global Capital, LLC.*  ECF No. 1700; Adv. Pro. ECF No. 28.

  **iv.**  **Status:** A proposed order has been filed and the matter is going forward.

| | |
|---|---|
| Dated:  June 26, 2024<br>   New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ *Luke A. Barefoot*<br>Sean A. O'Neal<br>Luke A. Barefoot<br>Jane VanLare<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Counsel for the Debtors<br>and Debtors-in-Possession* |