**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 17, 2024, at my direction and under my supervision, employees of Kroll caused the unredacted version and customized version of the following document to be served via First Class Mail on the Supplemental Affected Claimants Service List attached hereto as **Exhibit A**:

- Notice of Presentment of the Debtors' Second Proposed Order Allowing Certain Claims Pursuant to 11 U.S.C. § 502 [Docket No. 1673]

On June 21, 2024, at my direction and under my supervision, employees of Kroll caused the following document, customized to include the name and address of the party, the debtor, and amount to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice of Revised Exhibit in Connection with the Debtors' Second Proposed Order Allowing Certain Claims Pursuant to 11 U.S.C. § 502 [Docket No. 1685]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Dated: June 26, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 26, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

# Exhibit A

Supplemental Affected Claimants Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 12047310 | Name on File | Address on File |
| 12046492 | Name on File | Address on File |
| 12046865 | Name on File | Address on File |
| 12047160 | Name on File | Address on File |
| 12047151 | Name on File | Address on File |
| 12046568 | Name on File | Address on File |
| 12047326 | Name on File | Address on File |
| 12047327 | Name on File | Address on File |
| 12047328 | Name on File | Address on File |
| 12047329 | Name on File | Address on File |

**Exhibit B**

# Exhibit B

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 12046570 | Name on File | Address on File |
| 12047310 | Name on File | Address on File |
| 12046492 | Name on File | Address on File |
| 12046865 | Name on File | Address on File |
| 12047160 | Name on File | Address on File |
| 12046568 | Name on File | Address on File |
| 12047328 | Name on File | Address on File |
| 12047425 | Name on File | Address on File |