**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

# AFFIDAVIT OF SERVICE

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 21, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served as set forth on the Master Service List attached hereto as **Exhibit A**:

- Agenda for Hearing to Be Held June 25, 2024, at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 1790] (*the **"Agenda for Hearing"***)

- Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Approving a Settlement Agreement with GPD Holdings LLC d/b/a Coinflip and (II) Granting Related Relief [Docket No. 1792] (*the **"Notice of Adjournment Regarding GPD Holdings LLC Settlement"***)

- Notice of Filing of Stipulation and Order by and Among the Debtors and David Morton Regarding the Debtors' Motion (I) for Relief from the Automatic Stay, to the Extent Applicable, to Allow for Setoff of Mutual Obligations and (II) to Allow Certain Claims in Connection Therewith [Docket No. 1793] (*the **"Stipulation Regarding David Morton's Claims"***)

- Notice of Filing of Stipulation and Order by and Between the Debtors, the Ad Hoc Group and Anonymous Lender 44 [Docket No. 1794]

On June 21, 2024, at my direction and under my supervision, employees of Kroll caused the Agenda for Hearing to be served via Email on the Respondents Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

On June 21, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment Regarding GPD Holdings LLC Settlement to be served via First Class Mail and Email on (1) the DN 1792 Notice Parties Service List attached hereto as **Exhibit C**; and (2) a client of the debtors at addresses that have been redacted in the interest of privacy.

On June 21, 2024, at my direction and under my supervision, employees of Kroll caused the Stipulation Regarding David Morton's Claims to be served as set forth on the DN 1793 Notice Parties Service List attached hereto as **Exhibit D**.

On June 21, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Notice Parties Service List attached hereto as **Exhibit E**, and (2) via first class mail and email on a client of the debtors (ADRID: 12046719), whose name and addresses have been redacted in the interest of privacy:

- Notice of Filing of Stipulation and Order by and Between the Debtors, the Ad Hoc Group and Anonymous Lender 44 (Unredacted)

Dated: June 27, 2024

                                                */s/ Isa Kim*
                                                Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 27, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Soichiro "Michael" Moro | Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz, Marcus Asner, Justin Imperato<br>250 West 55th Street<br>New York NY 10019 | benjamin.mintz@arnoldporter.com<br>marcus.asner@arnoldporter.com<br>justin.imperato@arnoldporter.com | Email |
| Counsel to Donut, Inc. | ASK LLP | Attn: Edward E. Neiger, Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York NY 10165 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Counsel to Digital Finance Group Co. | Baird Holm LLP | Attn: Jeremy C. Hollembeak<br>1700 Farnam St. Ste. 1500<br>Omaha NE 68102 | jhollembeak@bairdholm.com | Email |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Kenneth J. Aulet<br>Seven Times Square<br>New York NY 10036 | kaulet@brownrudnick.com | Email |
| Counsel to the Fair Deal Group | Brown Rudnick LLP | Attn: Matthew A. Sawyer<br>One Financial Center<br>Boston MA 02111 | msawyer@brownrudnick.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Genesis Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 147<br>White Plains NY 10601 | | First Class Mail |
| Counsel to the Debtors and Debtors-in Possession | Cleary Gottlieb Steen & Hamilton LLP | Attn: Jack Massey<br>One Liberty Plaza<br>New York NY 10006 | jamassey@cgsh.com | Email |
| Counsel to the Debtors | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O'Neal, Jane VanLare, Hoo Ri Kim, Michael Weinberg, Richard C. Minott , Christian Ribeiro, Luke A. Barefoot, Andrew Weaver, Rishi Zutshi, Thomas S. Kessler, Brad Lenox, David Z. Schwartz, Deandra Fike, Katharine Ross<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>jvanlare@cgsh.com<br>hokim@cgsh.com<br>mdweinberg@cgsh.com<br>rminott@cgsh.com<br>cribeiro@cgsh.com<br>lbarefoot@cgsh.com<br>aweaver@cgsh.com<br>rzutshi@cgsh.com<br>tkessler@cgsh.com<br>blenox@cgsh.com<br>dschwartz@cgsh.com<br>dfike@cgsh.com | Email |
| Counsel to Grayscale Investments, LLC | Davis Polk & Wardwell LLP | Attn: Benjamin S. Kaminetzky, Brett M. McMahon, Jacquelyn S. Knudson<br>450 Lexington Avenue<br>New York  NY 10017 | Genesis.notices@davispolk.com | Email |
| Debtors | Genesis Global Holdco, LLC | Attn: Derar Islim, Andrew Sullivan<br>175 Greenwich Street<br>Floor 38<br>New York NY 10007 | asullivan@genesistrading.com | Email |
| Counsel to Foundry Digital LLC | Horwood Marcus & Berk Chartered | Attn: Aaron L. Hammer, Nathan E. Delman<br>500 W. Madison St., Ste. 3700<br>Chicago IL 60661 | ahammer@hmblaw.com<br>ndelman@hmblaw.com<br>ecfnotices@hmblaw.com | Email |
| Counsel to Gemini Trust Company, LLC | Hughes Hubbard & Reed LLP | Attn: Anson B. Frelinghuysen, Dustin P. Smith, Jeffrey S. Margolin, Erin Diers<br>One Battery Park Plaza<br>New York NY 10004 | anson.frelinghuysen@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com<br>erin.diers@hugheshubbard.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | mimi.m.wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Counsel to GPD Holdings LLC d/b/a CoinFlip | K&L GATES LLP | Attn: Carly S. Everhardt<br>200 S. Biscayne Boulevard<br>Suite 3900<br>Miami FL 33131 | carly.everhardt@klgates.com | Email |
| Counsel to GPD Holdings LLC d/b/a Coinflip | K&L Gates LLP | Attn: Robert T. Honeywell<br>599 Lexington Avenue<br>New York NY 10022 | Robert.Honeywell@klgates.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Kaplan Fox & Kilsheimer LLP | Attn: Jeffrey P. Campisi<br>800 Third Avenue, 38th Floor<br>New York NY 10022 | jcampisi@kaplanfox.com | Email |
| Counsel to Creditor | Katten Muchin Rosenman LLP | Attn: Patrick M. Smith<br>525 West Monroe Street<br>Chicago IL 60661-3693 | patrick.smith@katten.com | Email |
| Counsel to Creditor | Katten Muchin Rosenman LLP | Attn: Steven Reisman, Shaya Rochester, Julia Mosse<br>50 Rockefeller Plaza<br>New York  NY 10020-1605 | sreisman@katten.com<br>shaya.rochester@katten.com<br>julia.mosse@katten.com | Email |
| Counsel to Foundry Digital LLC | Kilpatrick Townsend & Stockton LLP | Attn: Aaron L. Hammer, Nathan E. Delman<br>500 W. Madison St., Ste. 3700<br>Chicago IL 60661 | ahammer@ktslaw.com<br>ndelman@ktslaw.com<br>ecfnotices@ktslaw.com | Email |
| Counsel to Ad Hoc Group of Creditors | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Joshua A. Sussberg, Christopher Marcus, Ross J. Fiedler<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>christopher.marcus@kirkland.com | Email |
| Special Litigation Counsel to Debtors and Debtors-in-Possession | Kobre & Kim LLP | Attn: Danielle L. Rose, Daniel J. Saval, John G. Conte<br>800 Third Avenue<br>New York NY 10022 | Danielle.Rose@kobrekim.com<br>Daniel.Saval@kobrekim.com<br>John.Conte@kobrekim.com | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam J. Goldberg, Christopher Harris, Nacif Taousse, Marissa Alter-Nelson<br>1271 Avenue of the Americas<br>New York NY 10020 | adam.goldberg@lw.com<br>nacif.taousse@lw.com<br>marissa.alter-nelson@lw.com | Email |
| Counsel to Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Eric R. Swibel<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | eric.swibel@lw.com | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda, Sarah F. Mitchell, Emily R. Orman<br>355 South Grand Avenue, Suite 100<br>Los Angeles CA 90071 | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com<br>sarah.mitchell@lw.com<br>emily.orman@lw.com | Email |
| Counsel to 250 Park LLC | Leech Tishman Robinson Brog, PLLC | Attn: Fred B. Ringel<br>875 Third Avenue, 9th Floor<br>New York NY 10022 | fringel@leechtishman.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew D. Behlmann, Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 7068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Darren Azman, Joseph B. Evans, Lucas Barrett<br>One Vanderbilt Avenue<br>New York NY 10017-3852 | dazman@mwe.com<br>jbevans@mwe.com<br>lbarrett@mwe.com | Email |
| Counsel to Genesis Crypto Creditors Ad Hoc Group | McDermott Will & Emery LLP | Attn: Gregg Steinman<br>333 SE 2nd Avenue<br>Suite 4500<br>Miami FL 33131-2184 | gsteinman@mwe.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Suite 1401<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to the New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to BAO Family Holdings LLC | Medina Law Firm LLC | Attn: Eric S. Medina<br>641 Lexington Avenue<br>Thirteenth Floor<br>New York NY 10022 | emedina@medinafirm.com | Email |
| Special Litigation and Enforcement Counsel to the Debtors | Morrison Cohen LLP | Attn: Heath D. Rosenblat, Jason P. Gottlieb<br>909 Third Avenue<br>27th Floor<br>New York NY 10022 | hrosenblat@morrisoncohen.com | Email |
| Counsel to NYSOAG | New York State Office of the Attorney General | Attn: Gabriel Tapalaga<br>Investor Protection Bureau<br>28 Liberty St., 21st Floor<br>New York NY 10005 | gabriel.tapalaga@ag.ny.gov | Email |
| Counsel to Mirana Corp. | Norton Rose Fulbright US LLP | Attn: Eric Daucher, Victoria V. Corder, Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | eric.daucher@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com<br>victoria.corder@nortonrosefulbright.com | Email |
| Office of The United States Trustee – NY Office | Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>greg.zipes@usdoj.gov | Email |
| Counsel to Official Committee of Unsecured Creditors of FTX Trading Ltd., et al. | Paul Hastings LLP | Attn: Kristopher M. Hansen, Kenneth Pasquale, Isaac Sasson<br>200 Park Avenue<br>New York NY 10166 | krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>isaacsasson@paulhastings.com | Email |
| Counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation) | Pillsbury Winthrop Shaw Pittman LLP | Attn: John Pintarelli, Hugh M. McDonald, Patrick Fitzmaurice, Rahman Connelly<br>31 West 52nd Street<br>New York NY 10019 | john.pintarelli@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>patrick.fitzmaurice@pillsburylaw.com<br>rahman.connelly@pillsburylaw.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | Email |
| Counsel to Caramila Capital Management LLC and Residia Asset Management AG | Polsinelli PC | Attn: Jeremy R. Johnson<br>600 Third Avenue, 42nd Floor<br>New York NY 10016 | jeremy.johnson@polsinelli.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com<br>PDoyle@proskauer.com<br>GSanchezTavarez@proskauer.com<br>wdalsen@proskauer.com | Email |
| Counsel to Ad Hoc Group of Genesis Lenders | Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| Counsel to Ad Hoc Group of Dollar Lenders | Pryor Cashman LLP | Attn: Seth H. Lieberman, Matthew W. Silverman<br>7 Times Square<br>New York NY 10036-6569 | slieberman@pryorcashman.com<br>msilverman@pryorcashman.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors | Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>kotwick@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com | Email |
| Bankruptcy Counsel to the Securities Litigation Lead Plaintiff | Silver Golub & Teitell LLP | Attn: Ian W. Sloss<br>One Landmark Square, 15th Floor<br>Stamford CT 06901 | isloss@sgtlaw.com | Email |
| Attorney for Vivian Farmery | Stuart P. Gelberg | Attn: Stuart P. Gelberg<br>125 Turkey Lane<br>Cold Spring Harbor NY 11724 | | First Class Mail |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, Christian P. Jensen<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>jensenc@sullcrom.com | Email |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | jeffrey.oestericher@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Digital Currency Group, Inc., Barry Silbert | Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Ronit Berkovich, Jessica Liou, Furqaan Siddiqui, Jonathan Polkes, Caroline Zalka, Jenna Harris, Jennifer Lau<br>767 Fifth Avenue<br>New York NY 10153 | jeffrey.saferstein@weil.com<br>ronit.berkovich@weil.com<br>jessica.liou@weil.com<br>furqaan.siddiqui@weil.com<br>jonathan.polkes@weil.com<br>caroline.zalka@weil.com<br>jenna.harris@weil.com<br>jennifer.lau@weil.com | Email |
| Counsel to Digital Currency Group, Inc. | Weil, Gotshal & Manges LLP | Attn: Josh Wesneski<br>2001 M Street, NW, Suite 600<br>Washington DC 20036 | joshua.wesneski@weil.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F. Pesce<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606 | gregory.pesce@whitecase.com | Email |
| Counsel to Official Committee of Unsecured Creditors | White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | cshore@whitecase.com<br>philip.abelson@whitecase.com<br>michele.meises@whitecase.com | Email |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Daniel I. Forman<br>787 Seventh Avenue<br>New York NY 10019 | dforman@willkie.com | Email |
| Counsel to Gemini Trust Company, LLC | Willkie Farr & Gallagher LLP | Attn: Donald Burke, Mark T. Stancil<br>1875 K Street, N.W.<br>Washington DC 20006 | dburke@willkie.com<br>mstancil@willkie.com | Email |
| Counsel to Barry Habib | Windels Marx Lane & Mittendorf, LLP | Attn: James M. Sullivan<br>156 West 56th Street<br>New York NY 10019 | jsullivan@windelsmarx.com | Email |

**Exhibit B**

Exhibit B

Respondents Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| FARRELL FRITZ, P.C. | Patrick Collins , Martin G. Bunin | pcollins@farrellfritz.com; mbunin@farrellfritz.com |
| THE LAW OFFICES OF RICHARD J. CORBI PLLC | Richard J. Corbi | rcorbi@corbilaw.com |

**Exhibit C**

## Exhibit C

DN 1792 Notice Parties Service List

Served via First Class Mail and Email

| ADRID | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| 15416687 | GPD Holdings LLC d/b/a CoinFlip | Address on file | Address on file |
| 20829973 | GPD Holdings LLC d/b/a CoinFlip | Address on file | Address on file |
| 16295144 | GPD Holdings LLC d/b/a CoinFlip | Address on file | Address on file |

**Exhibit D**

# Exhibit D

DN 1793 Notice Parties Service List
Served via First Class Mail and Email

| ADRID | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| 12869081 | Name on file | Address on file | Address on file |
| 12885401 | Name on file | Address on file | Address on file |

**Exhibit E**

# Exhibit E

Notice Parties Service List

Served via First Class Mail and Email

| NAME | ADDRESS | EMAIL |
|---|---|---|
| Office of The United States Trustee – NY Office<br>Office of the US Trustee | Attn: Greg Zipes<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 515<br>New York NY 10014 | ustpregion02.nyecf@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br>tara.tiantian@usdoj.gov<br>greg.zipes@usdoj.gov |
| Counsel to Ad Hoc Group of Genesis Lenders<br>Proskauer Rose LLP | Attn: Brian S. Rosen, Vincent Indelicato, Megan R. Volin, Peter D. Doyle, Genesis G. Sanchez Tavarez, William D. Dalsen<br>Eleven Times Square<br>New York NY 10036 | brosen@proskauer.com<br>vindelicato@proskauer.com<br>mvolin@proskauer.com<br>PDoyle@proskauer.com<br>GSanchezTavarez@proskauer.com<br>wdalsen@proskauer.com |
| Counsel to Ad Hoc Group of Genesis Lenders<br>Proskauer Rose LLP | Attn: Jordan E. Sazant<br>70 West Madison, Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com |
| Special Litigation Counsel to the Official Committee of Unsecured Creditors<br>Seward & Kissel LLP | Attn: John R. Ashmead, Mark D. Kotwick, Catherine V. LoTempio, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>kotwick@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| Counsel to Official Committee of Unsecured Creditors<br>White & Case LLP | Attn: Gregory F. Pesce<br>111 South Wacker Drive<br>Suite 5100<br>Chicago IL 60606 | gregory.pesce@whitecase.com |
| Counsel to Official Committee of Unsecured Creditors<br>White & Case LLP | Attn: J. Christopher Shore, Philip Abelson, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | cshore@whitecase.com<br>philip.abelson@whitecase.com<br>michele.meises@whitecase.com |

In re: Genesis Global Holdco, LLC, *et al.*

Case No. 22-10063 (SHL)

Page 1 of 1