Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 1807** |

NOTICE OF ADJOURNMENT
OF STIPULATION AND ORDER BY AND BETWEEN
THE DEBTORS AND THE HOLDER OF CLAIM NO. 467

**PLEASE TAKE NOTICE** that, on January 19, 2023, Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on or about May 22, 2023, proof of claim number 467 ("Claim No. 467") was filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, on June 27, 2024, the Debtors filed the *Notice of Stipulation and Order by and Between the Debtors and the Holder of Claim No. 467*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC ("Holdco") (8219); Genesis Global Capital, LLC ("GGC") (8564); and Genesis Asia Pacific Pte. Ltd. ("GAP") (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich St., 38th Floor, New York, NY 10007.

(ECF No. 1807, the "Stipulation and Order"), which noticed the Stipulation and Order for an objection deadline of July 3, 2024 at 4:00 P.M. (prevailing Eastern time) and a presentment date and time of July 4, 2024 at 4:00 P.M. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby adjourn, without prejudice, the date of presentment of the Stipulation and Order to July 9, 2024 at 4:00 P.M. (prevailing Eastern time). The objection deadline is hereby extended to July 8, 2024 at 4:00 P.M. (prevailing Eastern time) solely with respect to the Ad Hoc Group of Genesis Lenders and the Official Committee of Unsecured Creditors. For the avoidance of doubt, the objection deadline is not extended with respect to any other party, which remains July 3, 2024 at 4:00 P.M. (prevailing Eastern time).

Dated:  July 2, 2024
        New York, New York

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*