**Hearing Date: July 24, 2025, at 11:00 a.m. (Prevailing Eastern Time)**
**Objection Date: July 17, 2025, at 4:00 p.m. (Prevailing Eastern Time)**

SEQUOR LAW, P.A.
Fernando J. Menendez, Jr.
Joseph Rome
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
E-mail: fmenendez@sequorlaw.com
E-mail: jrome@sequorlaw.com

*Attorneys for Wo Weidong*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS DIGITAL HOLDCO, LLC, et al.,[1] | Case No. 23-10063 (SHL) |
| Wind-Down Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION FOR AN ORDER PURSUANT TO RULE
2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AUTHORIZING MOVANT TO ISSUE SUBPOENA TO THE WIND-DOWN
DEBTORS FOR THE PRODUCTION OF LIMITED DOCUMENTS
<u>RELATING TO CLAIM</u>**

**PLEASE TAKE NOTICE** that On January 19, 2023, each of the Wind-Down Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>", and the date of such filing, the "<u>Petition Date</u>").

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors is 175 Greenwich Street, New York, NY 10003.

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2025, Wo Weidong ("Movant") submitted a motion ("Motion") for entry of an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing Movant to issue a subpoena to the Wind-Down Debtors for the production of limited documents relating to Claim No. 405. ECF No. 2177.

**PLEASE TAKE FURTHER NOTICE** a hearing (the "Hearing") on the Motion will be held before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on **July 24, 2025 at 11:00 a.m. (the "Hearing Date")**.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to register for the Hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344#.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Motions or the relief requested therein shall be made in writing and (a) filed with the Bankruptcy Court no later than **July 17, 2025 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline")** and (b) served as required by the *Order Implementing Certain Notice and Case Management Procedures*, ECF No. 44 (the "Case Management Order").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Application, the Movant may, on or after the Objection Deadline, submit to the

Bankruptcy Court an order substantially in the form annexed as Exhibit B to the Motion, which order the Bankruptcy Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and/or obtained (i) by accessing the Court's website at www.nysb.uscourts.gov (PACER password required) or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, which maintains a website at https://restructuring.ra.kroll.com/genesis or by calling +1 888 524 2017.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the Motion carefully and, if you have one available, discuss it with your attorney. (If you do not have an attorney, you should consider consulting with one.)

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Motion, or if you want the Court to hear your position on the Motion, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter orders granting the relief requested by the Movant.

Dated: July 14, 2025

Respectfully submitted,

**SEQUOR LAW**

   *Fernando J. Menendez, Jr.*
Fernando J. Menendez, Jr.
Joseph Rome
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
E-mail: fmenendez@sequorlaw.com
E-mail: jrome@sequorlaw.com

*Attorneys for Wo Weidong*

### CERTIFICATE OF SERVICE

I certify that on July 14, 2025, I caused true and correct copies of this notice of hearing as well as the 2004 Motion to be serve upon those parties identified on (i) the master service list attached hereto as **Exhibit A**; and (ii) the service listed attached hereto as **Exhibit B** in the manner specified herein.

/s/ Fernando J. Menendez, Jr.
Fernando J. Menendez, Jr.