Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to GGC and GAP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>        Wind-Down Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |
| Digital Currency Group, Inc.,<br><br>        Plaintiff,<br><br>    -against-<br><br>Genesis Global Capital, LLC<br>Genesis Asia Pacific Pte. Ltd.,<br><br>        Defendants. | Adv. Proc. No. 25-01129 (SHL) |

**AGENDA FOR HEARING TO BE HELD**
**MARCH 25, 2026, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**   March 25, 2026, at 2:00 P.M. (Prevailing Eastern Time)

**Location of Hearing:**   Before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The March 25 hearing (the "Hearing") will be hybrid and will be conducted in person and through Zoom for

---

[1]   The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

| | |
|---|---|
| | government. Parties wishing to register for the Zoom hearing should use the eCourt Appearances link on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 P.M. (Prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. |
| | Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-929-205-6099, Access Code: 92353761344# |
| **Copies of Motions:** | Copies of each pleading identified below can be viewed and/or obtained: (i) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, for free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/genesis/ or by calling +1 888-524-2017 or (ii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website. |

## AGENDA FOR MARCH 25 HEARING

**Matters to be Heard at March 25 Hearing:**

I. **Contested Matter:**

1. **Motion to Dismiss:** *Motion to Dismiss Complaint Against Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.* Adv. Pro. ECF No. 8.

    i. **Response Deadline:** October 17, 2025 at 11:59 P.M. (Prevailing Eastern Time)

    ii. **Response:**

        a. *Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss.* Adv. Pro. ECF No. 18.

    iii. **Related Pleadings:**

        a. *Complaint.* Adv. Pro. ECF No. 1.

        b. *Case Management Plan and Scheduling Order.* Adv. Pro. ECF No. 12.

        c. *Defendants' Reply in Support of Motion to Dismiss Complaint Against Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.* Adv. Pro. ECF No. 20.

    iv. **Status:** A proposed order has been filed and the matter is going forward.

Dated:  March 23, 2026
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Luke A. Barefoot*
Luke A. Barefoot
Sean A. O'Neal
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to GGC and GAP*

3