# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
BEIJING
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

D: +1 212 225 2872
jvanlare@cgsh.com

March 19, 2026

**Via ECF**

Hon. Sean H. Lane
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:  *In re Genesis Global Holdco, LLC*, Case No. 23-10063 (SHL)**

Dear Judge Lane,

We write on behalf of the Wind-Down Debtors in the above-captioned proceedings (the "Chapter 11 Cases") with regards to the deadline for the Wind-Down Debtors to file an objection (the "Objection Deadline") to certain Administrative Expense Claims.[1]  Pursuant to Article II.A. of the Amended Plan, the deadline for the Wind-Down Debtors to object to Administrative Expense Claims was set for no later than ninety (90) days after the Effective Date or such other date fixed by the Bankruptcy Court.  As the Effective Date was August 2, 2024, *see Notice of (I) Occurrence of Effective Date for the Debtors' Amended Joint Chapter 11 Plan and (II) Final Deadlines for Filing Certain Claims* (ECF No. 1907), the Objection Deadline was October 31, 2024.

On September 1, 2024, Genesis Global Trading, Inc. ("GGT") filed three Administrative Expense Claims, claim number 1675 ("Claim No. 1675"), claim number 1678 ("Claim No. 1678") and claim number 1680 ("Claim No. 1680" and together with Claim No. 1675 and Claim No. 1678, the "GGT Administrative Claims").  Given ongoing negotiations between the Wind-Down Debtors and GGT, the Wind-Down Debtors have requested extension of this deadline solely with respect to the GGT Administrative Claims, all of which have been granted by this Court.  *See Memorandum Endorsed Order Signed on 11/1/2024* (ECF No. 2058) (granting extension from October 31, 2024 to December 6, 2024); *Memorandum Endorsed Order Signed on 12/4/2024* (ECF No. 2078) (granting extension from December 6, 2024 to February 4, 2025); *Memorandum Endorsed Order Signed on 2/3/2025* (ECF No. 2112) (granting extension from February 4, 2025,

---

[1]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in as defined in the *Debtors' Amended Joint Chapter 11 Plan* (ECF No. 1874, and as it may be further amended and supplemented, the "Amended Plan").

to April 5, 2025); *Memorandum Endorsed Order Signed on 4/7/2025* (ECF No. 2141) (granting extension from April 5, 2025, to June 4, 2025); *Memorandum Endorsed Order Signed on 6/9/2025* (ECF No. 2161) (granting extension from June 4, 2025 to July 9, 2025); *Memorandum Endorsed Order Signed on 7/9/2025* (ECF No. 2173) (granting extension from July 9, 2025 to August 8, 2025); *Memorandum Endorsed Order Signed on 8/7/2025* (ECF No. 2211) (granting extension from August 8, 2025 to September 22, 2025); *Memorandum Endorsed Order Signed on 9/18/2025* (ECF No. 2231) (granting extension from September 22, 2025 to October 22, 2025); *Memorandum Endorsed Order Signed on 10/22/2025* (ECF No. 2244) (granting extension from October 22, 2025 to November 21, 2025); *Memorandum Endorsed Order Signed on 12/3/2025* (ECF No. 2249) (granting extension from November 21, 2025 to December 22, 2025); *Memorandum Endorsed Order Signed on 12/23/2025* (ECF No. 2254) (granting extension from December 22, 2025 to January 21, 2026); *Memorandum Endorsed Order Signed on 1/22/2026* (ECF No. 2278) (granting extension from January 21, 2026 to February 20, 2026); *Memorandum Endorsed Order Signed on 2/27/2026* (ECF No. 2296) (granting extension from February 20, 2026 to March 23, 2026).

As those negotiations are still continuing, and given the consent of counsel to GGT, the Wind-Down Debtors respectfully request that the Court further adjourn the Objection Deadline solely with respect to the GGT Administrative Claims from March 23, 2026 to April 22, 2026. The Wind-Down Debtors are available to answer any questions the Court may have.

Respectfully submitted,

*/s/ Jane VanLare*
Jane VanLare
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
jvanlare@cgsh.com

*Counsel to the Wind-Down Debtors*

Copy to:

Jeffrey D. Saferstein
Weil, Gotshal & Manges LLP
767 Fifth Avenue
Jeffrey.Saferstein@weil.com

*Counsel to GGT*

**MEMORANDUM ENDORSED ORDER:**
**The requested extension of time is granted.**
**So Ordered.**
**Dated: March 24, 2026**
*/s/ Sean H. Lane*
**United States Bankruptcy Judge**

2