CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:26-cv-03230-DEH
## Internal Use Only

| | |
|---|---|
| Genesis Global Holdco, LLC et al v. Digital Currency Group, Inc. et al | Date Filed: 04/20/2026 |
| Assigned to: Judge Dale E. Ho | Date Terminated: 06/03/2026 |
| Case in other court: Delaware, 1:25-cv-00733 | Jury Demand: None |
| Cause: 28:1446nr Notice of Removal | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Genesis Global Holdco, LLC**      represented by

     **Rudolf Koch**
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7721
Fax: 302-498-7721
Email: koch@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

     **Andrew L. Milam**
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*ATTORNEY TO BE NOTICED*

     **Claire O'Brien**
Selendy Gay PLLC
NY
1290 Avenue of the Americas
Floor 17
New York, NY 10104
212-390-9000
Email: cobrien@selendygay.com
*ATTORNEY TO BE NOTICED*

     **Claire E. O'Brien**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

     **Jennifer M. Selendy**
Selendy Gay PLLC
1290 Avenue of the Americas

Ste 17th Floor
New York, NY 10104
212-390-9000
Fax: 212-390-9399
Email: jselendy@selendygay.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura M. King**
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212-390-9352
Email: lking@selendygay.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philippe Z. Selendy**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Lewis Burns**
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
302-651-7618
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genesis Global Capital LLC**                represented by **Rudolf Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew L. Milam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire E. O'Brien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura M. King**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philippe Z. Selendy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Lewis Burns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genesis Asia Pacific Pte. Ltd.**         represented by **Rudolf Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew L. Milam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire E. O'Brien**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura M. King**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philippe Z. Selendy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

23-10063-shl    Doc 2326-134    Filed 06/03/26    Entered 06/03/26 17:33:22    SDNY
Docket sheet    Pg 4 of 22

**Robert Lewis Burns**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Digital Currency Group, Inc.** | represented by | **Kevin Michael Coen** |

Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Center
18th Floor
1201 North Market Street
Wilmington, DE 19899-1347
(302) 351-9301
Fax: (302) 425-3097
Email: kcoen@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin S. Kaminetzky**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4259
Fax: (212)-450-3259
Email: ben.kaminetzky@dpw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Schwartz**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Jacob Schwartz**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4581
Fax: (212)-450-3581
Email: daniel.schwartz@davispolk.com
*ATTORNEY TO BE NOTICED*

**Elliot Moskowitz**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4241
Fax: (212)-450-3241
Email: elliot.moskowitz@dpw.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jacob Michael Perrone**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
302-351-9231
*ATTORNEY TO BE NOTICED*

**Marshall S. Huebner**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marshall Scott Huebner**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4099
Fax: (212)-450-5572
Email: marshall.huebner@davispolk.com
*ATTORNEY TO BE NOTICED*

**Matthew R. Brock**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Russell Brock**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212)-450-3046
Email: matthew.brock@davispolk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barry Silbert**                    represented by **Anthony Mathias Candido**
Clifford Chance US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
212-878-8000
Fax: 212-878-8375
Email:
anthony.candido@cliffordchance.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Stern Silver**
Clifford Chance
Two Manhattan West
375 9th Avenue

New York, NY 10001
212-878-8000
Email: daniel.silver@cliffordchance.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Michael Perrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Silver**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Alexander**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Alexander**
Clifford Chance US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
212-878-8000
Fax: 212-878-8375
Email:
john.alexander@cliffordchance.com
*ATTORNEY TO BE NOTICED*

**S. Mark Hurd**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Kraines**       represented by   **Emily L. Skaug**
Bayard, P.A.
Corporate Litigation Department
600 N. King St.
Ste 400
Wilmington, DE 19801
302-655-5000
Email: els@chimicles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Brauerman**

Bayard, P.A.
600 N. King Street
Suite 400
Wilmington, DE 19801
(302) 655-5000
Fax: (302) 658-6395
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Richard P. Donoghue**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Murphy**                    represented by **Jacob Michael Perrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Jeffrey H. Knox**
Simpson Thacher & Bartlett LLP
900 G St. NW
Washington, DC 20001
202-636-5532
Email: jeffrey.knox@stblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Karen M. Porter**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Karen Michelle Porter**
Simpson Thacher & Bartlett LLP (DC)
900 G Street, NW
Washington, DC 20001
(202)-636-5539
Email: karen.porter@stblaw.com
*ATTORNEY TO BE NOTICED*


**Kevin Michael Coen**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Peter E. Kazanoff**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Soichiro Moro**                                    represented by    **Brendan Patrick McDonnell**
*aka Michael*                                                                        Heyman Enerio Gattuso & Hirzel
                                                                                              222 Delaware Avenue
                                                                                              Ste 900
                                                                                              Wilmington, DE 19801
                                                                                              302-472-7308
                                                                                              *LEAD ATTORNEY*
                                                                                              *ATTORNEY TO BE NOTICED*

                                                                                              **Marcus Aaron Asner**
                                                                                              Arnold & Porter Kaye Scholer LLP (NYC)
                                                                                              250 West 55th Street
                                                                                              New York, NY 10019
                                                                                              212-836-8000
                                                                                              Fax: 212-836-8689
                                                                                              Email: marcus.asner@arnoldporter.com
                                                                                              *LEAD ATTORNEY*

                                                                                              **Michael Kim Krouse**
                                                                                              Arnold & Porter Kaye Scholer LLP
                                                                                              250 West 55th Street
                                                                                              New York, NY 10019-9710
                                                                                              212-836-7750
                                                                                              Email: michael.krouse@arnoldporter.com
                                                                                              *LEAD ATTORNEY*

                                                                                              **Patricia L. Enerio**
                                                                                              Proctor Heyman LLP
                                                                                              300 Delaware Avenue, Suite 200
                                                                                              Wilmington, DE 19801
                                                                                              (302) 472-7300
                                                                                              Email: penerio@proctorheyman.com
                                                                                              *LEAD ATTORNEY*
                                                                                              *ATTORNEY TO BE NOTICED*

                                                                                              **Kodjo Kumi**
                                                                                              Arrnold & Porter Kaye Scholer LLP
                                                                                              250 West 55th Street
                                                                                              New York, NY 10019-9710
                                                                                              212-836-7919
                                                                                              Email: kodjo.kumi@arnoldporter.com
                                                                                              *ATTORNEY TO BE NOTICED*

                                                                                              **Yiqing Shi**
                                                                                              Arnold & Porter Kaye Scholer LLP
                                                                                              250 West 55th Street
                                                                                              New York, NY 10019-9710
                                                                                              212-836-8000
                                                                                              Email: yiqing.shi@arnoldporter.com
                                                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Ducera Partners LLC**             represented by    **Daniel M. Silver**
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
Fax: (302) 691-1260
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Kaufman**
Morrison & Foerster LLP (NYC)
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: jkaufman@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maliheh Zare**
McCarter & English, LLP
405 N. King Street
Wilmington, DE 19801
302-984-6300
Fax: 302-984-6399
*TERMINATED: 01/08/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janie C. Buckley**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
(212)-468-8000
Fax: (212)-468-7900
Email: jbuckley@mofo.com
*ATTORNEY TO BE NOTICED*

**Justin A. Young**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: justinyoung@mofo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Kramer**                        represented by    **Daniel M. Silver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Kaufman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maliheh Zare**
(See above for address)
*TERMINATED: 01/08/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janie C. Buckley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin A. Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2025 | 1 | NOTICE OF REMOVAL and copies of documents from Delaware Court of Chancery, Case Number 2025-0532 (Filing fee $405, receipt number ADEDC-4710173)- filed by Digital Currency Group, Inc. (Attachments: # 1 Exhibits A-P, # 2 Civil Cover Sheet)(slk) [Transferred from Delaware on 4/20/2026.] (Entered: 06/13/2025) |
| 06/12/2025 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (slk) [Transferred from Delaware on 4/20/2026.] (Entered: 06/13/2025) |
| 06/12/2025 | 3 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Digital Currency Group, Inc. (slk) [Transferred from Delaware on 4/20/2026.] (Entered: 06/13/2025) |
| 06/13/2025 | 4 | MOTION to Remand - filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Rule 7.1.1)(Koch, Rudolf) [Transferred from Delaware on 4/20/2026.] (Entered: 06/13/2025) |
| 06/13/2025 | 5 | OPENING BRIEF in Support re 4 MOTION to Remand filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Answering Brief/Response due date per Local Rules is 6/27/2025. (Koch, Rudolf)[Transferred from Delaware on 4/20/2026.] (Entered: 06/13/2025) |
| 06/13/2025 | 6 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Digital Currency Group, Inc. for Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC filed by Genesis Asia Pacific Pte. Ltd., |

| | | |
|---|---|---|
| | | Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Koch, Rudolf) [Transferred from Delaware on 4/20/2026.] (Entered: 06/13/2025) |
| 06/18/2025 | | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (alb) [Transferred from Delaware on 4/20/2026.] (Entered: 06/18/2025) |
| 06/18/2025 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Marshall S. Huebner, Benjamin S. Kaminetzky, Elliot Moskowitz, Daniel J. Schwartz, and Matthew R. Brock - filed by Digital Currency Group, Inc.. (Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 06/18/2025) |
| 06/18/2025 | 8 | NOTICE of Appearance by S. Mark Hurd and Jacob Michael Perrone on behalf of Barry Silbert (Perrone, Jacob) Modified on 6/18/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/18/2025) |
| 06/18/2025 | 🔒 | (Court only) ***Attorney S. Mark Hurd for Barry Silbert added per D.I. 8 . (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 06/18/2025) |
| 06/20/2025 | | CORRECTING ENTRY: The notice of appearance filed at D.I. 9 has been removed from the docket. This notice was duplicative of the notice already on file at D.I. 8 . (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 9 | Remark: Pro Hac Vice Fee - Credit Card Payment received for D.I. 7 MOTION for Pro Hac Vice Appearance of Attorney Marshall S. Huebner, Benjamin S. Kaminetzky, Elliot Moskowitz, Daniel J. Schwartz, and Matthew R. Brock - filed by Digital Currency Group, Inc. Payment in the amount of $250.00 at receipt number ADEDC-4714120. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Marshall S. Huebner, Benjamin S. Kaminetzky, Elliot Moskowitz, Daniel J. Schwartz, and Matthew R. Brock filed by Digital Currency Group, Inc.. Signed by Judge Richard G. Andrews on 6/20/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 10 | NOTICE of Appearance by Kevin M. Coen and Jacob Michael Perrone on behalf of Mark Murphy (Perrone, Jacob) Modified on 6/20/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 🔒 | (Court only) ***Attorney Kevin Michael Coen for Mark Murphy added per D.I. 10 . (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 11 | MOTION for Pro Hac Vice Appearance of Attorney Philippe Z. Selendy, Jennifer M. Selendy, Claire E. O'Brien, and Laura M. King - filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |

| 06/20/2025 | 12 | Pro Hac Vice Fee - Credit Card Payment received for Philippe Z. Selendy, Jennifer M. Selendy, Claire E. OBrien, and Laura M. King. ( re 11 MOTION for Pro Hac Vice Appearance of Attorney Philippe Z. Selendy, Jennifer M. Selendy, Claire E. O'Brien, and Laura M. King )( Payment of $ 200, receipt number ADEDC-4715341).(Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
|---|---|---|
| 06/20/2025 | | SO ORDERED, re 11 MOTION for Pro Hac Vice Appearance of Attorney Philippe Z. Selendy, Jennifer M. Selendy, Claire E. O'Brien, and Laura M. King filed by Genesis Global Capital, LLC, Genesis Global Holdco, LLC, Genesis Asia Pacific Pte. Ltd.. Signed by Judge Richard G. Andrews on 6/20/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 13 | NOTICE of Appearance by Daniel M. Silver on behalf of Ducera Partners, LLC, Michael Kramer (Silver, Daniel) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 14 | NOTICE of Appearance by Maliheh Zare on behalf of Ducera Partners, LLC, Michael Kramer (Zare, Maliheh) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 15 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Ducera Partners, LLC. (Silver, Daniel) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 16 | NOTICE of Appearance by Patricia L. Enerio on behalf of Soichiro Moro (Enerio, Patricia) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 17 | NOTICE of Appearance by Brendan McDonnell on behalf of Soichiro Moro (McDonnell, Brendan) [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 18 | Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1412 and 28 U.S.C. Section 1404(a) - filed by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. (Attachments: # 1 Proposed Order, # 2 7.1.1 Certification)(Perrone, Jacob) Modified on 6/23/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 19 | OPENING BRIEF in Support re 18 Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1412 and 28 U.S.C. Section 1404(a), filed by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. Answering Brief/Response due date per Local Rules is 7/7/2025. (Perrone, Jacob) Modified on 6/23/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/20/2025 | 20 | DECLARATION of Kevin M. Coen re 19 Opening Brief in Support, by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. (Attachments: # 1 Exhibits A-F)(Perrone, Jacob) Modified on 6/23/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/20/2025) |
| 06/23/2025 | 21 | MOTION for Pro Hac Vice Appearance of Attorney Peter E. Kazanoff, Jeffrey H. Knox, and Karen M. Porter - filed by Mark Murphy. (Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 06/23/2025) |

| | | |
|---|---|---|
| 06/23/2025 | 22 | Pro Hac Vice Fee - Credit Card Payment received for Peter E. Kazanoff, Jeffrey H. Knox, and Karen M. Porter. ( re 21 MOTION for Pro Hac Vice Appearance of Attorney Peter E. Kazanoff, Jeffrey H. Knox, and Karen M. Porter )( Payment of $ 150, receipt number ADEDC-4717328).(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 06/23/2025) |
| 06/24/2025 | | SO ORDERED, re 21 MOTION for Pro Hac Vice Appearance of Attorney Peter E. Kazanoff, Jeffrey H. Knox, and Karen M. Porter filed by Mark Murphy. Signed by Judge Richard G. Andrews on 6/24/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 06/24/2025) |
| 06/24/2025 | | Pro Hac Vice Attorney Peter E. Kazanoff & Karen M. Porter for Mark Murphy added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (slk) [Transferred from Delaware on 4/20/2026.] (Entered: 06/24/2025) |
| 06/26/2025 | | Pro Hac Vice Attorney Philippe Z. Selendy, Jennifer M. Selendy, Laura M. King & Claire E. O'Brien for Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC & Genesis Global Holdco, LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (slk) [Transferred from Delaware on 4/20/2026.] (Entered: 06/26/2025) |
| 06/26/2025 | 23 | NOTICE of Appearance by Stephen B. Brauerman on behalf of Michael Kraines (Brauerman, Stephen) [Transferred from Delaware on 4/20/2026.] (Entered: 06/26/2025) |
| 06/26/2025 | 24 | JOINDER by Michael Kraines, joining in 18 Motion to Change Venue, . (Brauerman, Stephen) [Transferred from Delaware on 4/20/2026.] (Entered: 06/26/2025) |
| 06/26/2025 | 25 | NOTICE of Appearance by Emily L. Skaug on behalf of Michael Kraines (Skaug, Emily) [Transferred from Delaware on 4/20/2026.] (Entered: 06/26/2025) |
| 06/27/2025 | 26 | ANSWERING BRIEF in Opposition re 4 MOTION to Remand, filed by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. Reply Brief due date per Local Rules is 7/7/2025. (Perrone, Jacob) Modified on 6/27/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/27/2025) |
| 06/27/2025 | 27 | DECLARATION of Kevin M. Coen re 26 Answering Brief in Opposition , by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. (Attachments: # 1 Exhibits A-H)(Perrone, Jacob) Modified on 6/27/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 06/27/2025) |
| 06/30/2025 | | Pro Hac Vice Attorney Matthew R. Brock, Benjamin S. Kaminetzky, Elliot Moskowitz, Daniel J. Schwartz, Marshall S. Huebner for Digital Currency Group, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cdd) [Transferred from Delaware on 4/20/2026.] (Entered: 06/30/2025) |
| 06/30/2025 | 28 | ANSWERING BRIEF in Opposition re 18 Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1412 and 28 U.S.C. Section 1404(a) filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, |

| | | |
|---|---|---|
| | | LLC.Reply Brief due date per Local Rules is 7/7/2025. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 06/30/2025) |
| 06/30/2025 | 29 | NOTICE OF SERVICE of Responses and Objections to Plaintiffs First Requests for Production of Documents Directed to Defendant Digital Currency Group, Inc. filed by Digital Currency Group, Inc..(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 06/30/2025) |
| 07/02/2025 | 30 | MOTION for Pro Hac Vice Appearance of Attorney Jessica Kaufman and Janie C. Buckley - filed by Ducera Partners, LLC, Michael Kramer. (Zare, Maliheh) [Transferred from Delaware on 4/20/2026.] (Entered: 07/02/2025) |
| 07/03/2025 | 31 | Remark: Pro Hac Vice Fee submitted on the 77mc7777 docket paid via Credit Card Payment for D.I 30 MOTION for Pro Hac Vice Appearance of Attorney Jessica Kaufman and Janie C. Buckley has been refunded. Counsel has been advised to resubmit the motion payment. (aas) Modified on 7/3/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/03/2025) |
| 07/03/2025 | | CORRECTING ENTRY: The SO Ordered Entry added to the docket on 7/3/2025, regarding the motion at D.I. 30 has been removed. Counsel's motion payment was refunded as the fee was submitted incorrectly. Counsel will resubmit the payment accordingly. (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 07/03/2025) |
| 07/03/2025 | 32 | Pro Hac Vice Fee - Credit Card Payment received for Jessica Kaufman and Janie C. Buckley. ( re 30 MOTION for Pro Hac Vice Appearance of Attorney Jessica Kaufman and Janie C. Buckley )( Payment of $ 100, receipt number ADEDC-4725646).(Zare, Maliheh) [Transferred from Delaware on 4/20/2026.] (Entered: 07/03/2025) |
| 07/03/2025 | | SO ORDERED, re 30 MOTION for Pro Hac Vice Appearance of Attorney Jessica Kaufman and Janie C. Buckley filed by Michael Kramer, Ducera Partners, LLC. Signed by Judge Richard G. Andrews on 7/3/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 07/03/2025) |
| 07/07/2025 | 33 | NOTICE OF SERVICE of Responses and Objections to Plaintiffs First Requests for Production of Documents filed by Barry Silbert.(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 07/07/2025) |
| 07/07/2025 | 34 | REPLY BRIEF re 4 MOTION to Remand filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 07/07/2025) |
| 07/07/2025 | 35 | NOTICE OF SERVICE of Michael Kramer's Responses and Objections to Plaintiffs' First Requests for Production of Documents filed by Michael Kramer. (Zare, Maliheh) [Transferred from Delaware on 4/20/2026.] (Entered: 07/07/2025) |
| 07/07/2025 | 36 | REPLY BRIEF re 18 Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1412 and 28 U.S.C. Section 1404(a), filed by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. (Perrone, Jacob) Modified on 7/7/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/07/2025) |
| 07/07/2025 | 37 | NOTICE OF SERVICE of Defendant Michael Moro's Objections and Responses to Plaintiffs' First Request for Production of Documents filed by Soichiro Moro. (McDonnell, Brendan) [Transferred from Delaware on 4/20/2026.] (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/07/2025) |
| 07/07/2025 | 38 | | STATEMENT Pursuant to Local Rule 81.2, by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Milam, Andrew) Modified on 7/7/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/07/2025) |
| 07/09/2025 | 39 | | NOTICE OF SERVICE of Digital Currency Group, Inc.'s Responses and Objections to Plaintiffs First Set of Interrogatories Directed to Defendant Digital Currency Group, Inc. filed by Digital Currency Group, Inc..(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 07/09/2025) |
| 07/09/2025 | 40 | | NOTICE OF SERVICE of Defendant Mark Murphy's Responses and Objections to Plaintiffs' First Requests for Production of Documents filed by Mark Murphy. (Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 07/09/2025) |
| 07/10/2025 | 41 | | MOTION for Pro Hac Vice Appearance of Attorney Marcus A. Asner, Christian D. H. Schultz, Tyler J. Fink and Kodjo E.A. Kumi - filed by Soichiro Moro. (McDonnell, Brendan) [Transferred from Delaware on 4/20/2026.] (Entered: 07/10/2025) |
| 07/10/2025 | 42 | | Pro Hac Vice Fee - Credit Card Payment received for Marcus A. Asner, Christian D. H. Schultz, Tyler J. Fink, and Kodjo E.A. Kumi. ( re 41 MOTION for Pro Hac Vice Appearance of Attorney Marcus A. Asner, Christian D. H. Schultz, Tyler J. Fink and Kodjo E.A. Kumi )( Payment of $ 200, receipt number ADEDC-4730708).(McDonnell, Brendan) [Transferred from Delaware on 4/20/2026.] (Entered: 07/10/2025) |
| 07/10/2025 | | | SO ORDERED, re 41 MOTION for Pro Hac Vice Appearance of Attorney Marcus A. Asner, Christian D. H. Schultz, Tyler J. Fink and Kodjo E.A. Kumi filed by Soichiro Moro. Signed by Judge Richard G. Andrews on 7/10/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 07/10/2025) |
| 07/11/2025 | 43 | | MOTION for Pro Hac Vice Appearance of Attorney Richard P. Donoghue - filed by Michael Kraines. (Attachments: # 1 Certification of Richard P. Donoghue) (Brauerman, Stephen) [Transferred from Delaware on 4/20/2026.] (Entered: 07/11/2025) |
| 07/11/2025 | 44 | | Pro Hac Vice Fee - Credit Card Payment received for Richard P. Donoghue. ( re 43 MOTION for Pro Hac Vice Appearance of Attorney Richard P. Donoghue )( Payment of $ 50, receipt number ADEDC-4732520).(Brauerman, Stephen) [Transferred from Delaware on 4/20/2026.] (Entered: 07/11/2025) |
| 07/14/2025 | | | SO ORDERED, re 43 MOTION for Pro Hac Vice Appearance of Attorney Richard P. Donoghue filed by Michael Kraines. Signed by Judge Richard G. Andrews on 7/14/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 07/14/2025) |
| 07/14/2025 | 45 | | REQUEST for Oral Argument by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC re 4 MOTION to Remand . (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 07/14/2025) |
| 07/14/2025 | | | Pro Hac Vice Attorney Richard P. Donoghue for Michael Kraines added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cdd) |

| | | |
|---|---|---|
| | | [Transferred from Delaware on 4/20/2026.] (Entered: 07/14/2025) |
| 07/14/2025 | 46 | REQUEST for Oral Argument by Digital Currency Group, Inc., Mark Murphy, Barry Silbert re 18 Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1412 and 28 U.S.C. Section 1404(a). (Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 07/14/2025) |
| 07/14/2025 | 47 | MOTION for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Remand Motion - filed by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. (Attachments: # 1 Exhibits A-B, # 2 Proposed Order, # 3 7.1.1 Certification)(Perrone, Jacob) Modified on 7/15/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/14/2025) |
| 07/14/2025 | | Set Answering Brief Deadline re 47 MOTION for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Remand Motion. Answering Brief/Response due date per Local Rules is 7/28/2025. (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 07/15/2025) |
| 07/15/2025 | 48 | MOTION for Pro Hac Vice Appearance of Attorney Anthony Candido, Daniel Silver, and John Alexander - filed by Barry Silbert. (Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 07/15/2025) |
| 07/15/2025 | 49 | Pro Hac Vice Fee - Credit Card Payment received for Anthony Candido, Daniel Silver, and John Alexander. ( Payment of $ 150, receipt number ADEDC-4734514).(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 07/15/2025) |
| 07/15/2025 | | SO ORDERED, re 48 MOTION for Pro Hac Vice Appearance of Attorney Anthony Candido, Daniel Silver, and John Alexander filed by Barry Silbert. Signed by Judge Richard G. Andrews on 7/15/2025. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 07/15/2025) |
| 07/23/2025 | | Pro Hac Vice Attorney Daniel Silver & John Alexander for Barry Silbert added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (slk) [Transferred from Delaware on 4/20/2026.] (Entered: 07/23/2025) |
| 07/24/2025 | 50 | Letter to The Honorable Richard G. Andrews, from Rudolf Koch, regarding Federal Rules of Civil Procedure 16 and 26 deadlines and motion to remand. (Koch, Rudolf) Modified on 7/25/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/24/2025) |
| 07/25/2025 | 51 | Letter to The Honorable Richard G. Andrews, from Kevin M. Coen, Esq., in response to Plaintiffs' July 24, 2025, letter (D.I. 50 ). (Coen, Kevin) Modified on 7/25/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/25/2025) |
| 07/28/2025 | 52 | RESPONSE to 47 MOTION for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Remand Motion, filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Attachments: # 1 Exhibit 1) (Koch, Rudolf) Modified on 7/28/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 07/28/2025) |
| 08/06/2025 | 53 | MOTION to Extend Page Limit for Opening Brief in Support of Motion to Dismiss - filed by Digital Currency Group, Inc., Mark Murphy, Barry Silbert. (Attachments: # 1 Exhibit A, # 2 Proposed Order, # 3 7.1.1 Certification) |

| | | |
|---|---|---|
| | | (Perrone, Jacob) Modified on 8/7/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/06/2025) |
| 08/07/2025 | 54 | ORAL ORDER: The motion to extend page limit (D.I. 53 ) is DENIED. Simply because both sides seek to move the case to a different court is not a reason to assume that the case will be moved to one or the other of the requested courts. Unless and until the case is moved, motions ought to be briefed as though this court will decide them. Ordered by Judge Richard G. Andrews on 8/7/2025. (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 08/07/2025) |
| 08/11/2025 | 55 | MOTION to Dismiss - filed by Digital Currency Group, Inc.. (Attachments: # 1 Proposed Order)(Perrone, Jacob) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 56 | OPENING BRIEF in Support re 55 MOTION to Dismiss, filed by Digital Currency Group, Inc.. Answering Brief/Response due date per Local Rules is 8/25/2025. (Perrone, Jacob) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 57 | DECLARATION of Kevin M. Coen re 56 Opening Brief in Support by Digital Currency Group, Inc.. (Attachments: # 1 Exhibits A - I)(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 58 | MOTION to Dismiss - filed by Ducera Partners, LLC, Michael Kramer. (Attachments: # 1 Proposed Order)(Silver, Daniel) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 59 | MOTION to Dismiss - filed by Barry Silbert. (Attachments: # 1 Proposed Order) (Perrone, Jacob) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 60 | OPENING BRIEF in Support re 59 MOTION to Dismiss, filed by Barry Silbert. Answering Brief/Response due date per Local Rules is 8/25/2025. (Perrone, Jacob) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 61 | OPENING BRIEF in Support re 58 MOTION to Dismiss, filed by Ducera Partners, LLC, Michael Kramer. Answering Brief/Response due date per Local Rules is 8/25/2025. (Silver, Daniel) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 62 | MOTION to Dismiss - filed by Soichiro Moro. (Attachments: # 1 Proposed Order)(Enerio, Patricia) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 63 | DECLARATION of John P. Alexander re 60 Opening Brief in Support by Barry Silbert. (Attachments: # 1 Exhibits A - E)(Perrone, Jacob) [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 64 | OPENING BRIEF in Support re 62 MOTION to Dismiss, filed by Soichiro Moro. Answering Brief/Response due date per Local Rules is 8/25/2025. (Enerio, Patricia) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 65 | MOTION to Dismiss - filed by Mark Murphy. (Attachments: # 1 Proposed Order)(Perrone, Jacob) Modified on 8/13/2025 (nms). [Transferred from |

| | | |
|---|---|---|
| | | Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 66 | DECLARATION of Tyler J. Fink in support of 64 Opening Brief in Support, by Soichiro Moro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Enerio, Patricia) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 67 | OPENING BRIEF in Support re 65 MOTION to Dismiss, filed by Mark Murphy. Answering Brief/Response due date per Local Rules is 8/25/2025. (Perrone, Jacob) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 68 | MOTION to Dismiss - filed by Michael Kraines. (Attachments: # 1 Proposed Order)(Brauerman, Stephen) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 69 | OPENING BRIEF in Support re 68 MOTION to Dismiss, filed by Michael Kraines. Answering Brief/Response due date per Local Rules is 8/25/2025. (Brauerman, Stephen) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/11/2025 | 70 | DECLARATION of Stephen B. Brauerman re 68 MOTION to Dismiss, by Michael Kraines. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brauerman, Stephen) Modified on 8/13/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 08/11/2025) |
| 08/19/2025 | 71 | STIPULATION and [Proposed] Order Regarding Motion to Dismiss Briefing Scheduling by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Metzler, Sara) (Additional attachment(s) added on 8/19/2025: # 1 Exhibit A) (aas). [Transferred from Delaware on 4/20/2026.] (Entered: 08/19/2025) |
| 08/19/2025 | | CORRECTING ENTRY: Exhibit A to D.I. 71 was added per filer request as it was inadvertently omitted. NEF regenerated.(aas) [Transferred from Delaware on 4/20/2026.] (Entered: 08/19/2025) |
| 08/20/2025 | 72 | ORAL ORDER: The Stipulation and Proposed Order Regarding the Motions to Dismiss Briefing Schedule (D.I. 71 ) is DENIED. The following briefing schedule shall apply to All motions to dismiss: Answering briefs are due September 16, 2025, and Reply briefs are due by October 7, 2025. Ordered by Judge Richard G. Andrews on 8/20/2025. (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 08/20/2025) |
| 09/16/2025 | 73 | ANSWERING BRIEF in Opposition re 55 MOTION to Dismiss filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Reply Brief due date per Local Rules is 9/23/2025. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 09/16/2025) |
| 09/16/2025 | 74 | ANSWERING BRIEF in Opposition re 62 MOTION to Dismiss filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Reply Brief due date per Local Rules is 9/23/2025. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 09/16/2025) |
| 09/16/2025 | 75 | ANSWERING BRIEF in Opposition re 59 MOTION to Dismiss filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Reply Brief due date per Local Rules is 9/23/2025. (Milam, Andrew) |

| | | |
|---|---|---|
| | | [Transferred from Delaware on 4/20/2026.] (Entered: 09/16/2025) |
| 09/16/2025 | 76 | ANSWERING BRIEF in Opposition re 65 MOTION to Dismiss filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Reply Brief due date per Local Rules is 9/23/2025. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 09/16/2025) |
| 09/16/2025 | 77 | ANSWERING BRIEF in Opposition re 68 MOTION to Dismiss filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Reply Brief due date per Local Rules is 9/23/2025. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 09/16/2025) |
| 09/16/2025 | 78 | ANSWERING BRIEF in Opposition re 58 MOTION to Dismiss filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC.Reply Brief due date per Local Rules is 9/23/2025. (Milam, Andrew) [Transferred from Delaware on 4/20/2026.] (Entered: 09/16/2025) |
| 10/07/2025 | | Pro Hac Vice Attorney Jeffrey H. Knox for Mark Murphy added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (slk) [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 79 | REPLY BRIEF re 55 MOTION to Dismiss, filed by Digital Currency Group, Inc.. (Perrone, Jacob) Modified on 10/8/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 80 | REPLY BRIEF re 59 MOTION to Dismiss, filed by Barry Silbert. (Perrone, Jacob) Modified on 10/8/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 81 | REPLY BRIEF re 68 MOTION to Dismiss filed by Michael Kraines. (Brauerman, Stephen) [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 82 | REPLY BRIEF re 58 MOTION to Dismiss, filed by Ducera Partners, LLC, Michael Kramer. (Silver, Daniel) Modified on 10/8/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 83 | REPLY BRIEF re 65 MOTION to Dismiss, filed by Mark Murphy. (Perrone, Jacob) Modified on 10/8/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 84 | REPLY BRIEF re 62 MOTION to Dismiss filed by Soichiro Moro. (Enerio, Patricia) [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/07/2025 | 85 | DECLARATION of Tyler J. Fink in support of 84 Reply Brief, by Soichiro Moro. (Attachments: # 1 Exhibit 1)(Enerio, Patricia) Modified on 10/8/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 10/07/2025) |
| 10/14/2025 | 86 | REQUEST for Oral Argument, by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Milam, Andrew) Modified on 10/15/2025 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 10/14/2025) |
| 10/14/2025 | 87 | REQUEST for Oral Argument, by Digital Currency Group, Inc., Ducera Partners, LLC, Michael Kraines, Michael Kramer, Soichiro Moro, Mark Murphy, Barry Silbert. (Perrone, Jacob) Modified on 10/15/2025 (nms). [Transferred from |

| | | | |
|---|---|---|---|
| | | | Delaware on 4/20/2026.] (Entered: 10/14/2025) |
| 01/08/2026 | | 88 | NOTICE of Withdrawal of Maliheh Zare, Esq., as counsel for Defendants Ducera Partners LLC and Michael Kramer. (Zare, Maliheh) Modified on 1/9/2026 (nms). [Transferred from Delaware on 4/20/2026.] (Entered: 01/08/2026) |
| 01/08/2026 | 🔒 | | (Court only) *** Attorney Maliheh Zare terminated per D.I. 88 . (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 01/08/2026) |
| 03/25/2026 | | 89 | MEMORANDUM OPINION. Signed by Judge Richard G. Andrews on 3/25/2026. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 03/25/2026) |
| 03/25/2026 | | 90 | ORDER: Plaintiffs' Motion to Remand (D.I. 4 ) is DENIED, Defendants' Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Remand Motion is DISMISSED as moot (D.I. 47 ), Defendants' Motion to Transfer (D.I. 18 ) is GRANTED, and the motions to dismiss (D.I. 55 ; D.I. 58 ; D.I. 59 ; D.I. 62 ; D.I. 65 ; D.I. 68 ) are DISMISSED without prejudice to refiling in the transferee court. This case is TRANSFERRED to the United States District Court for the Southern District of New York. Signed by Judge Richard G. Andrews on 3/25/2026. (aas) [Transferred from Delaware on 4/20/2026.] (Entered: 03/25/2026) |
| 04/10/2026 | | | Case transferred to The United States District Court for the Southern District of New York. (nms) [Transferred from Delaware on 4/20/2026.] (Entered: 04/10/2026) |
| 04/20/2026 | 🔒 | 91 | CASE TRANSFERRED IN from the United States District Court - District of Delaware; Case Number: 1:25-cv-00733. Original file certified copy of transfer order and docket entries received. (Entered: 04/20/2026) |
| 04/20/2026 | | | Case Designated ECF. (vba) (Entered: 04/20/2026) |
| 04/20/2026 | | | CASE OPENING INITIAL ASSIGNMENT NOTICE - TRANSFER CASE: This case is assigned to: Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(vba) (Entered: 04/20/2026) |
| 04/20/2026 | | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vba) (Entered: 04/20/2026) |
| 04/20/2026 | | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at https://nysd.uscourts.gov/ for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (vba) (Entered: 04/20/2026) |
| 04/21/2026 | | | NOTICE OF CASE REASSIGNMENT to Judge Dale E. Ho. Judge Ronnie Abrams is no longer assigned to the case. (laq) (Entered: 04/21/2026) |

| 04/24/2026 | 92 | NOTICE OF APPEARANCE by Daniel Stern Silver on behalf of Barry Silbert.. (Silver, Daniel) (Entered: 04/24/2026) |
|---|---|---|
| 04/24/2026 | 93 | NOTICE OF APPEARANCE by Anthony Mathias Candido on behalf of Barry Silbert..(Candido, Anthony) (Entered: 04/24/2026) |
| 04/24/2026 | 94 | NOTICE OF APPEARANCE by John P. Alexander on behalf of Barry Silbert.. (Alexander, John) (Entered: 04/24/2026) |
| 04/27/2026 | 95 | NOTICE OF APPEARANCE by Marshall Scott Huebner on behalf of Digital Currency Group, Inc...(Huebner, Marshall) (Entered: 04/27/2026) |
| 04/27/2026 | 96 | NOTICE OF APPEARANCE by Daniel Jacob Schwartz on behalf of Digital Currency Group, Inc...(Schwartz, Daniel) (Entered: 04/27/2026) |
| 04/27/2026 | 97 | NOTICE OF APPEARANCE by Matthew Russell Brock on behalf of Digital Currency Group, Inc...(Brock, Matthew) (Entered: 04/27/2026) |
| 04/30/2026 | 98 | LETTER addressed to Judge Dale E. Ho from Jennifer Selendy dated April 30, 2026 re: Amended Standing Order Re: Title 11. Document filed by Genesis Asia Pacific Pte. Ltd., Genesis Global Capital LLC, Genesis Global Holdco, LLC.. (Selendy, Jennifer) (Entered: 04/30/2026) |
| 04/30/2026 | 99 | NOTICE OF APPEARANCE by Claire O'Brien on behalf of Genesis Asia Pacific Pte. Ltd., Genesis Global Capital LLC, Genesis Global Holdco, LLC.. (O'Brien, Claire) (Entered: 04/30/2026) |
| 04/30/2026 | 100 | NOTICE OF APPEARANCE by Marcus Aaron Asner on behalf of Soichiro Moro..(Asner, Marcus) (Entered: 04/30/2026) |
| 04/30/2026 | 101 | NOTICE OF APPEARANCE by Yiqing Shi on behalf of Soichiro Moro..(Shi, Yiqing) (Entered: 04/30/2026) |
| 04/30/2026 | 102 | NOTICE OF APPEARANCE by Kodjo Kumi on behalf of Soichiro Moro.. (Kumi, Kodjo) (Entered: 04/30/2026) |
| 04/30/2026 | 103 | LETTER addressed to Judge Dale E. Ho from Elliot Moskowitz dated April 30, 2026 re: Amended Standing Order Re: Title 11. Document filed by Digital Currency Group, Inc., Ducera Partners LLC, Michael Kraines, Michael Kramer, Soichiro Moro, Mark Murphy, Barry Silbert..(Moskowitz, Elliot) (Entered: 04/30/2026) |
| 05/01/2026 | 104 | NOTICE OF APPEARANCE by Michael Kim Krouse on behalf of Soichiro Moro..(Krouse, Michael) (Entered: 05/01/2026) |
| 05/15/2026 | 105 | NOTICE OF APPEARANCE by Janie C. Buckley on behalf of Ducera Partners LLC, Michael Kramer..(Buckley, Janie) (Entered: 05/15/2026) |
| 05/15/2026 | 106 | NOTICE OF APPEARANCE by Jessica Kaufman on behalf of Ducera Partners LLC, Michael Kramer..(Kaufman, Jessica) (Entered: 05/15/2026) |
| 05/15/2026 | 107 | NOTICE OF APPEARANCE by Justin A. Young on behalf of Ducera Partners LLC, Michael Kramer..(Young, Justin) (Entered: 05/15/2026) |

| | | |
|---|---|---|
| 05/22/2026 | 108 | MOTION for Daniel M. Silver to Withdraw as Attorney . Document filed by Ducera Partners LLC, Michael Kramer. (Attachments: # 1 Proposed Order Granting Motion for Daniel M. Silver to Withdraw as Counsel of Record). (Kaufman, Jessica) (Entered: 05/22/2026) |
| 05/22/2026 | 109 | DECLARATION of Jessica Kaufman in Support re: 108 MOTION for Daniel M. Silver to Withdraw as Attorney .. Document filed by Ducera Partners LLC, Michael Kramer..(Kaufman, Jessica) (Entered: 05/22/2026) |
| 05/29/2026 | 110 | NOTICE OF APPEARANCE by Jeffrey H. Knox on behalf of Mark Murphy.. (Knox, Jeffrey) (Entered: 05/29/2026) |
| 05/29/2026 | 111 | MOTION for Karen M. Porter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-32921302. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mark Murphy. (Attachments: # 1 Affidavit of Karen M. Porter, # 2 Exhibit A - California Certificate of Good Standing, # 3 Exhibit B - District of Columbia Certificate of Good Standing, # 4 Proposed Order Granting Motion for PHV Admission). (Porter, Karen) (Entered: 05/29/2026) |
| 06/01/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 111 MOTION for Karen M. Porter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-32921302. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/01/2026) |
| 06/02/2026 | 112 | ORDER: The Court is in receipt of the parties' joint request to transfer the above-captioned case to the United States Bankruptcy Court for the Southern District of New York, ECF Nos. 98, 103. That request is GRANTED pursuant to this District's Standing Order of Reference. See Am. Standing Order of Reference Re: Title 11, 12-mc-32 (S.D.N.Y. Jan. 31, 2012). The Clerk of Court is respectfully directed to transfer this case to the Bankruptcy Court for the Southern District of New York. SO ORDERED. (Signed by Judge Dale E. Ho on 6/2/2026) (ks) Transmission to Civil Case Openings Clerk for processing. (Entered: 06/02/2026) |
| 06/03/2026 | 113 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 23-10063 (shl). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (gp) (Entered: 06/03/2026) |
| 06/03/2026 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York..(gp) (Entered: 06/03/2026) |